## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TRITA PARSI**                                    *
1411 K STREET, NW
SUITE 600
WASHINGTON, DC 20005               *          Civil Action No. _____

     And
                             *

**NATIONAL IRANIAN AMERICAN COUNCIL**
1411 K STREET, NW                         *
SUITE 600
WASHINGTON, DC 20005               *

     Plaintiffs,

v.                                                 *

**DAIOLESLAM SEID HASSAN**
A/K/A HASSAN DAIOLESLAM              *
5320 EAST WINCHCOME DRIVE
SCOTTSDALE, AZ 85254                       *

     Defendant.                            *

---

## COMPLAINT

COME NOW Plaintiffs, Trita Parsi and the National Iranian American Council, by and through undersigned counsel, and for their Complaint against Daioleslam Seid Hassan a/k/a Hassan Daioleslam state as follows:

## NATURE OF THE ACTION

1.     The Defendant, Daioleslam Seid Hassan a/k/a Hassan Daioleslam, has engaged in a campaign to disparage, defame, and harm the reputation of the Plaintiffs by publicly stating that Plaintiffs have engaged in illegal behavior as agents or instrumentalities of the Islamic Republic of Iran.

2.     The Defendant has made and disseminated false and public statements suggesting there is a criminal link between the Plaintiffs and unsavory or controversial

1

organizations and governments, and that the conduct and intentions of the Plaintiffs are criminal.

3.     The Defendant has further attributed controversial political beliefs, to the Plaintiffs, which the Plaintiffs do not hold.

4.     The Defendant has published these statements to the public at large, to the Iranian American community, and to the policy-making and political communities in Washington, DC, causing substantial damage to the reputation of the Plaintiffs.

5.     Some of the Defendant's defamatory publications occurred in the form of articles posted on the Defendant's website, Iranianlobby.com, the content of which is nearly exclusively focused on demonstrating an allegedly subversive and illicit link between the Plaintiffs and Islamic Republic of Iran and various criminal enterprises. Articles from this website are attached to and made part of this pleading as Plaintiff's Exhibits 1 – 6.

6.     The Defendant also set forth defamatory statements that are the subject of this action through numerous television and radio broadcasts, a Voice of America broadcast, and through numerous personal appearances and other media outlets.

## JURISDICTION AND VENUE

7.     The Court has subject matter jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction) as this is an action between citizens of different states where the matter in controversy is greater than the sum or value of $75,000, exclusive of interests and costs.

8.     Venue is proper under 28 U.S.C. § 1391 (a) (2) as this Court is in a judicial district in which a substantial part of the events giving rise to the claim occurred.

## PARTIES

9.     At all times material hereto, the Plaintiff, Trita Parsi (hereinafter "Parsi") is and was a natural person residing in Washington, DC.

10.     At all times material hereto, the Plaintiff, National Iranian American Council (hereinafter "NIAC") is and was a non-partisan, non-political, and not for profit organization, based in Washington, DC at 1411 K Street, NW, Suite 600, Washington,

DC 20005, and dedicated to promoting Iranian American involvement in American civic life and relying on the public for financial and human resource support.

11.    At all times material hereto, Defendant Daioleslam Seid Hassan a/k/a Hassan Daioleslam is and was a natural person residing at 5320 East Winchcomb Drive, Scottsdale, AZ 85254.

## COUNT I
## (DEFAMATION - PARSI)

12.    Plaintiff Parsi, realleges and incorporates by reference paragraphs 1 through 11, as though fully set forth herein.

13.    Defendant published one or more defamatory written and oral statements tending to adversely affect the reputation, honesty, integrity, or virtue of Parsi or exposing him to public scorn, contempt, or ridicule. Specifically, the Defendant has published false and defamatory statements indicating that Parsi is a member of a subversive and illegal Iranian lobby colluding with the Islamic Republic of Iran and engaging in criminal or disingenuous conduct.

14.    Defendant published one or more defamatory written and oral statements relating that Parsi is and has engaged in illegal enterprises, and such statements are defamatory per se.

15.    The false and defamatory statements made by the Defendant were of and concerning Parsi.

16.    These statements were published by the Defendant, without privilege, to the public at large through various outlets, including, but not limited to, the internet, radio broadcast, television broadcast, at events held open to the public, and through Voice of America broadcasting out of and to Washington, DC.

17.    The defamatory statements were, including, but not limited to, the following:

> A.    "The sponsors of the program (NIAC and Trita Parsi) are key players in the lobby enterprise of Tehran's ayatollahs in the United States." See Plaintiff's Exhibit 1 – July 12, 2007 Internet Article.

B.     "In reality, the Iranian regime had entrusted Parsi and his boss so much that when three years later, in 2006, the situation was worsening again for the regime of Tehran, Parsi was once again given a new (and different) copy of the 2003 offer and called upon to reconstruct the smoke screen." See Plaintiff's Exhibit 2 – December 20, 2007 Internet Article entitled 2003 *Grand Bargain and Trita Parsi*.

C.     "Tehran's ploy was a well kept secrete [sic] plan, conceived by a handful of the highest-ranking Iranian leaders, implemented by Sadegh Kharazi- the Iranian Ambassador to France, Bob Ney (former Congressman and current federal prisoner), and his Iranian assistant Trita Parsi…It is to be revealed that the characters of this scheme have assisted Tehran's ayatollahs in buying time towards advancing their malicious hegemony in the region." See Plaintiff's Exhibit 2.

D.     "Trita Parsi was the regime's trusted man within the new network." See Plaintiff's Exhibit 3 - July 16, 2007 Blog entitled *Trita Parsi, Bob Ney, and Iran's Oil Mafia: Penetrating the US Political System.*

E.     "Understanding the NIAC'S activities in the US necessitates familiarity with Trita Parsi's main partner in Iran, Siamack Namazi, one of the most important figures of this new lobby enterprise and a prominent member of the Iranian oil Mafia." See Plaintiff's Exhibit 3.

F.     Attempting to refute Parsi's denials of the false allegation that he was running a subversive lobbying arm for the Islamic Republic of Iran, the Defendant states "Reality exposes the falsehood of Parsi's claim. NIAC has strived to penetrate the US political system as per the 1999 roadmap by Namazi and Parsi." See Plaintiff's Exhibit 3.

G.      "Trita Parsi, Namazi and company fully intended to infiltrate the US Congress." See Plaintiff's Exhibit 3.

H.      "NIAC and its major figures, such as Bob Ney and Trita Parsi are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends." See Plaintiff's Exhibit 3.

I.      "Trita Parsi along with many other Tehran proxies in the US…" See Plaintiff's Exhibit 4 - August 24, 2007 Internet Article entitled *Congressman Kucinich Must Find a Better Role Model than Bob Ney.*

J.      "In a recent article I wrote about NIAC (National Iranian American Council) and its front man Trita Parsi [3, 4]. This organization, with strong connections to the inner circles of power in Tehran, and interest groups outside Iran has the specific role of lobbying the US Congress by utilizing unwary ordinary Iranian Americans concerned about their inborn land." See Plaintiff's Exhibit 5 – August 23, 2007 Internet Article entitled *Ray Takeyh and the Council on Foreign Relations.*

18.      The Defendant made other defamatory statements by innuendo including, but not limited to, the following:

A.      In reference to Parsi and NIAC, and implying that the Plaintiffs acted corruptly and illegally, the Defendant states "should we believe that one of the most expensive lobby teams in the US, one of the most corrupt lawmakers in Washington and a Congressional aid in his office, none of them Iranian American, worked hard for nine months out of their humanitarian concern for the Iranian people?" Plaintiff's Exhibit 3.

B.      "Is it accidental when Tehran needed to create the pretence that they were offering an olive branch to US, they went to Trita Parsi and

Ney's group, the same group that was helping Tehran in removing US sanctions." See Plaintiff's Exhibit 2.

C.     "Obviously, the Swiss ambassador [Parsi] did not intend to put at risk such a historical event by turning to Bob Ney's group. He was surely instructed by his Iranian contacts to do so." Plaintiff's Exhibit 2.

D.     "NIAC has now formally implemented a paid trainee program and is actively in search for unwary Iranian American youth." Plaintiff's Exhibit 3.

E.     Implying that Parsi has links to criminal elements, the Defendant states "Turning Tehran into an international gathering point for Neo-Nazis and various racist and fascist elements from around the world, contradicts the image of an Iranian regime as a victim. Here too, the intellectual imagination of Parsi's circle has been admirable." See Plaintiff's Exhibit 6 - October 18, 2007 Internet Article entitled *The Iranian Regime's Lobby in US and the Israeli Decoy.*

19.     The Defendant made numerous other false and defamatory statements, both directly and by innuendo, to the effect of the above mentioned statements and otherwise.

20.     All of the Defendant's statements, as listed or described in this Count, are false.

21.     The Defendant knowingly or with reckless disregard of the truth, made the false and defamatory statements about Parsi.

22.     In the alternative, the Defendant negligently made the false and defamatory statements about Parsi.

23.     As a result of the false and defamatory statements published by Defendant, the character and reputation of Parsi were harmed, his standing and reputation in the

Iranian-American community and the community at large were impaired, and he suffered mental anguish and personal humiliation.

24.    In the alternative, as a direct and proximate result of the false and defamatory statements made by Defendant, Plaintiff Parsi has suffered special damages.

## COUNT II
## (FALSE LIGHT)

25.    Parsi, repeats, realleges, and incorporates by reference paragraphs 1 through 24 as though fully set forth herein.

26.    Defendant improperly publicized facts about Plaintiff which placed Parsi, in a false light by falsely attributing to him conduct and views.

27.    In the alternative, Defendant improperly publicized false representations or false imputations of conduct and views to Parsi.

28.    Defendant knew that the facts, representations, or imputations publicized about the life of Parsi, were false, or the Defendant printed them with a reckless disregard for the truth of those facts.

29.    Specifically, the Defendant falsely represented that Parsi engages in criminal conduct, is associated with criminal elements, holds certain policy views, and is involved in a subversive lobbying group colluding with the Islamic Republic of Iran.

30.    These false representations, imputations, or statements are understood to be of and concerning Parsi.

31.    The publication of these false facts, imputations, and representations are highly offensive to any reasonable person.

32.    As a result of the false and defamatory statements published by Defendant, the character and reputation of Parsi were harmed, his standing and reputation in the Iranian-American community and the community at large were impaired, and he suffered mental anguish and personal humiliation.

## COUNT III
## (DEFAMTION – NIAC)

33.     Plaintiff NIAC, repeats, realleges, and incorporates by reference paragraphs 1 through 32 as though fully set forth herein.

34.     Defendant published one or more false and defamatory written and oral statements tending to adversely affect the reputation of NIAC and adversely affecting the public's estimation of that organization. Specifically, the Defendant has published false and defamatory statements indicating that NIAC is an extension of the Islamic Republic of Iran engaging in illegal and subversive lobbying on behalf of the foreign republic.

35.     Defendant published one or more false and defamatory written or oral statements indicating that NIAC is organized and operated by corrupt and criminal persons.

36.     The defamatory statements were, including, but not limited to, the following:

A.     "Officially founded in 2002, NIAC is one of the Iranian regime's Lobby arms in the US." Plaintiff's Exhibit 1.

B.     "Conspicuously missing from this dossier of disservice to the country is Ney's masterful creation of an active and disguised Washington-based lobbying enterprise for the Iranian theocratic regime, The National Iranian-American Council (NIAC). NIAC is an effective node of Tehran's comprehensive US lobbying web." Plaintiff's Exhibit 3.

37.     The Defendant published numerous other false and defamatory statements, both directly and by innuendo, to the affect of the above mentioned statements and otherwise.

38.     These false and defamatory statements were made by the Defendant of and concerning NIAC.

39.     These statements were published by the Defendant, without privilege, to the public at large through various outlets, including, but not limited to, the internet, radio broadcast, television broadcast, through a Voice of America broadcast, and at events held open to the public.

40.     All of the Defendant's statements, as listed or described in this Count, are false.

41.     The false and defamatory statements made by the Defendant, of and concerning NIAC, damaged NIAC's reputation and the public estimation of the organization.

42.     In the alternative, NIAC depends on public financial and human resource support, and the false and defamatory statements made by the Defendant of and concerning NIAC have interfered or damaged the public support of NIAC by affecting NIAC's public estimation and reputation.

43.     In the alternative, the defamatory statements made by the Defendant have interfered with the activities of NIAC by prejudicing the public's estimation of that organization.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Trita Parsi and the National Iranian American Council pray this Court enter judgment in their favor as follows:

a.     Award Plaintiffs, Parsi and NIAC, compensatory damages in an amount to be determined at a later time.

b.     Award Plaintiffs, Parsi and NIAC, punitive damages in an amount to be determined at a later time.

c.     Grant injunctive relief prohibiting the Defendant from making false and defamatory statements concerning Parsi and NIAC.

d.     Award Trita Parsi and the National Iranian American Council attorneys fees and the costs of the action

e.     Award Trita Parsi and the National Iranian American Council any other further relief as this Court may deem appropriate.

Respectfully Submitted,

Afshin Pishevar

Bar No. 451015
*Pishevar & Associates, P.C.*
600 East Jefferson Street, Suite 316
Rockville, MD 20852
(301) 279 – 8773
ap@pishevarlegal.com

*Attorney for Plaintiffs Trita Parsi and the
National Iranian American Council*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRITA PARSI                                        *

    And                                         *

NATIONAL IRANIAN AMERICAN          Civil Action No. _____
COUNCIL
                                                            *
    Plaintiffs,

v.                                                          *

DAIOLESLAM SEID HASSAN
A/K/A HASSAN DAIOLESLAM               *

    Defendant.
                                                            *

---

### PRAYER FOR JURY TRIAL

    COME NOW Plaintiffs, Trita Parsi and the National Iranian American Council, by and through undersigned counsel, and submit this Prayer for a Jury Trial on all counts raised by their Complaint.

Respectfully Submitted,

Afshin Pishevar
Bar No. 451015
*Pishevar & Associates, P.C.*
600 East Jefferson Street, Suite 316
Rockville, MD 20852
(301) 279 – 8773
ap@pishevarlegal.com

*Attorney for Plaintiffs Trita Parsi and the
National Iranian American Council*



**Hassan Daioleslam**    in search of truth

Home | فارسی

**Hassan Daioleslam's**

- Biography
- Articles
- Interviews
- Journal

**Guest Articles**

**Archives**

**Links**

**Contact**

# Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

**Hassan Daioleslam**                                           July 12, 2007

Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

*By Hassan Daioleslam*

The National Iranian American Council (NIAC) and its president Trita Parsi plan to organize a panel in the US House of Representatives on July 26th, 2007, titled "Human Rights in Iran and US Foreign Policy Options" [1]. According to the published agenda, representatives from Amnesty International and Human Rights Watch will participate. The sponsors of the program (NIAC and Trita Parsi) are key players in the lobby enterprise of Tehran's ayatollahs in the United States. The Iranian regime's violations of human rights have reached unprecedented levels. Its barbaric suppression of women, workers, students and dissidents, and the stoning of a man after 11 years of imprisonment, have been the subject of broad international condemnation. The reason Iran's lobby is organizing the program is twofold:

- 1-    To present "human rights" as a negotiating item on the "engagement" table with hopes to have human rights entities argue for Tehran-friendly rapprochement, easing of sanctions and tolerance of a nuclear Iran. In a nut shell, the lobby's message is that the more West pressures the regime, the more violent it becomes, hence, lift the pressure.

- 2-    To uphold the Ayatollahs' friends and inner circles in control of international reaction to Tehran's human rights abuses.

The Iranian regime's lobby has continuously tried to justify the Iran's clerical behavior and especially its record of human rights violations, by arguing that its cause are external factors and US coercive policies. If the Iranian American scholars are arrested, blame the US administration for allocating funds for Iranian activists. If Ahmadinejad has embarked on a policy of total repression inside the country and antagonism abroad, the blame is on US administration for the famous axis of evil speech and not supporting Khatami.

Ahmadinejad hold the Holocaust conference and declared that "Israel should be wiped off from the map", Trita Parsi and his cohorts not only did not condemn this anti-Iranian and anti-humanity act, but launched a campaign directed by Siamak Namazi (Parsi's main partner in Tehran) to blame the fault on "neocon" media which intentionally misinterpreted Ahmadinejad's declarations [2].

The lobby's PR tactic on human rights issue in Iran is best presented in Trita Parsi's own declarations. In 2005, he called for linking improvement of the human rights situation in Iran to guarantee of security of the mullahs and the lifting of sanctions [3].

*"While the world has focused on discussions over Tehran's nuclear capability, human rights in Iran have suffered severe setbacks......With the rest of the world distracted by the nuclear issue, anti-democratic forces in Iran have clamped down on the Iranian democracy movement....... For Tehran, a nuclear arsenal is only really useful as a deterrent against possible US aggression. Iran does not need a nuclear deterrent against any other Middle Eastern country. .... Only security guarantees from the US, as part of a broader political arrangement, can convince Iran to agree to lasting compromises in the nuclear area."*

The mullahs' message in this article is clear: If the west does not guarantee their uninterrupted rule ("security") by providing ample financial resources (elimination of sanctions) and allowing an unimpeded path to super power status through development of nuclear capabilities, the regime will continue to suppress, kill and torture the Iranian people.

Binding accountability for Iran's barbaric suppression of the population to nuclear issues and Iran's meddling in Iraq per the demands of their US lobby, does the bidding of the ruling ayatollahs. The participation of international human rights organizations in this charade would be a grave mistake.

### NIAC, Trita Parsi  and The Iranian Regime

Officially founded in 2002, NIAC is one of the Iranian regime's Lobby arms in the US. In a recent article I wrote about NIAC and its effective role as a lobby node for Tehran's rulers [4,5].

In order to better understand the relation between NIAC and Tehran, we should refer to several figures directly involved in its creation. First and foremost, is Bob Ney, a current federal prisoner and former Ohio Congressman.


PLAINTIFF'S EXHIBIT 1

Ney reportedly received bribes from lobbyists and two international arms dealers in a conspiracy to circumvent sanctions to sell US-made airplane parts to Tehran [6-8]. At the time, Trita Parsi was Ney's assistant in Iran-related matters [7]. Then, there are two of Neys accomplices in his bribery and conspiracy relations with the arms dealers. These two are well-known Washington lobbyists Roy Coffee and Dave DiStefano. Roy Coffee in a letter to the *Dallas Morning News* in February 2006 [10] justifying his relationship with Ney and the arms dealers, discussed their collaboration with Trita Parsi to create an Iranian American lobby in 2002. In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney:

*"From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 9 months to form this committee."*

One of the most important figures behind the creation of NIAC is Siamak Namazi who along with his sister and brother, control the *Atieh Bahar* enterprise, a major umbrella firm for several companies in Iran. Atieh's customers include the foreign corporations who wish to do business in Iran and find no option but to bribe officials. Recent fiascos involving Atieh's customers corrupted dealings with the Iranian regime (such as Norway's *Statoil*.[12]or the CEO of the French oil company *Total SA* [13] did not changed Namazi's prominent place inside the dominant spheres of power in Tehran. Namazi's enterprise continues to provide networking and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor nearly all Iranian economic and political activities and have access to the country's most sensitive data [14]. One of the Atieh Bahar's affiliated companies is Azar Energy, which is in partnership with Iranian government in oil projects and is a part of the Mullah's oil mafia [15].

In 1999, Trita Parsi who was then living in Sweden, and Siamak Namazi, living in Tehran, presented a project in which they explained how to create an Iranian lobby in Washington. This roadmap for creating NIAC and its modus operandi was presented at the invitation and arrangement of Hossein Alikhani at a conference called "Dialogue and Action Amongst the People of Iran and America" (DAPIA) that he hosted in Cypress in 1999. [16]. Hossein Alikhani is a former felon who in 1992, pled guilty to charges of violating anti-terrorist sanctions [17] and spent some time in US federal prisons. Recently Iran's ayatollahs promised him the deed for the US embassy complex in Tehran [18] for his pain and suffering in American prisons. The true reason for this very generous $1.0 billion dollar reward should be sought elsewhere.

The roadmap for the lobby in US is described in the paper [19] titled "*Iranian-Americans: The bridge between two nations*" in DAPIA. This report comprises the manifesto and roadmap of the new Iranian lobby in the US. In this paper, the authors suggest that: "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was AIPAC (*American Israeli Public Affairs Committee*). The pillars of the road map are: To give the appearance of a citizen's lobby; To mimic the Jewish lobby in the US; To impede Iranian opposition activities; To infiltrate the US political system; To break the taboo of working with the Iran's cleric rulers for the Iranian Diaspora; To improve the image of the Iran's government abroad.

Once NIAC was created in 2002, on November 25, 2002, Roy Coffee and Distefano organized a lobbying training class for NIAC in a restaurant in Washington DC area.[20,21]. On January 29th 2003, Bob Ney organized a fundraising for NIAC [22]. This was at the same time that the two London based felons related to the Iranian government, had hired the Washington lobbyists and were bribing Bob Ney.

On December 28, 2006 the governmental newspaper Aftab in Iran published an interview with Trita Parsi [23]. In his introduction, the editor underlined the role of Parsi's lobby on behalf of the Iranian regime. Next to Parsi's photo, the article's title seems interesting: "*The Iranian Lobby Becomes Active*". The translation of parts of the paper follows:

*"The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be. The role of unofficial diplomacy (lobbying) has been correctly underlined by experts"*

On September 19, 2006, the former head of the Iran Interest in Washington, Ambassador Faramarze Fathnejad thrilled about Trita Parsi and NIAC's efforts underlined "the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts" [24].

To this date Trita Parsi and NIAC have tenaciously followed their declared roadmap and have worked hard to improve the image of Tehran's rulers and pale Tehran unfriendly actions by the West.

**Trita Parsi and the violations of Human Rights in Iran**

In order to understand the Iranian regime's goal of organizing the "human rights panel" in Washington, we should first examine Trita Parsi's past activities on the issue of human rights in Iran. In this regards, Parsi has meticulously followed his boss, Bob Ney. In his famous speech in June 2001 before the American Iranian Council

(AIC), Ney criticized the US government and stressed that Iran "has a freely elected president and a parliament". Ney promised the launching of a citizen's lobby to educate the American lawmakers about Iran. [25]. In 2002 NIAC was founded. In the next several years, Ney relentlessly opposed every single bill criticizing the Iranian regime. He countered such bills by presenting a rival bill. Naturally Trita Parsi's role was to provide the "citizen's support" through sending letters and contacting the lawmakers. NIAC continuously assisted Ney's defense of the Iranian regime [26].

Parsi's efforts have not been limited to helping Bob Ney. For instance, in 2000, the human rights activists protesting Kamal Kharazi presence in UCLA, disturbed the Iranian foreign minister's speech. While Trita Parsi had always refrained from condemnation of the torture, mass executions, rapes of women in prison, and stoning consistently carried out by Tehran's mullahs, he was outraged by this event and Kharazi's deprivation of his rights. He wrote an article "The need for genuine human rights activists" [27].

By selectively quoting statements of the U.N. Special Representative for Human Rights in Iran, Parsi paints a rosy picture of the human rights situation in Iran.

*"…significant progress has become evident in a number of areas and sums up the report with the following words: Overall, progress is certainly being made and, in the Special Representative's view, it is very likely to continue, perhaps even accelerate."*

Parsi then harshly criticizes the human rights groups that protested the speech of the Tehran's Foreign Minister at UCLA:

*"It is quite disturbing to witness groups that title themselves as Human Rights activists, openly and blatantly opposing the freedom of speech of an individual, no matter how despised he or she may be...... Freedom of expression is a fundamental human right that cannot be denied to anyone-including a person accused of violating other people's human rights or guilty of representing a government that continues to show inadequate respect for these rights. It was therefore a sad spectacle to witness the noisy opposition by these so-called Human Rights groups to Kharrazi's right to free expression at UCLA."*

For Mr. Parsi, "noisy opposition" at the speech of the envoy of an oppressive regime is a "quite disturbing" violation of a "fundamental human right" which "undermines the very idea" of human rights. Nonviolent verbal protests are, for Parsi, a "sad spectacle" of "intimidation" that we should deplore and denounce, but violent, misogynous, and well-documented oppression should be addressed with "respect and dialogue":

*"We need to implement and nurture a culture of mutual respect and dialogue, and, once and for all, turn our backs on intimidation, verbal aggression and intolerance."*

**NIAC's sister organization: CASMII: denying the violation of human rights in Iran**

In December 2005, Abbas Edalat, a London based computer engineer, along with several pro-regime activists, founded the Campaign Against Sanctions and Military Intervention in Iran (CASMII) [28].

On January 6, 2006, Jon Tirman from MIT, one of Parsi's guests for the July 26th event, hosted a meeting for Edalat to launch CASMII in the US. This new organization was primarily consisted of Mr. Parsi's circle. Six members of CASMII's board and advisory (the majority at the time) belong to NIAC and Mr. Parsi's former organization, Iranians for International Cooperation (IIC). These were M. Ala, S. Mostarshed, A. Patico, M. Navab, J. Fakharzadeh, and D. Pourkessali [29]. Alex Patico, the US coordinator of CASMII, is also listed as one of the NIAC's founders and its treasurer [30]. Indeed, CASMII is NIAC's offspring (2 links) [31,32].

Parallel to Mr. Parsi, his cohorts have engaged in silencing the regime's critics. Two short examples are adequate evidence. One example is included below. In May 2006, one of the anti-war movement's groups released a petition called "Iran: Neither U.S. aggression, nor theocratic repression" [33]. In this petition, there was a mild reference to the Iranian regime's record of human rights violations. CASMII released a statement titled "Opposing Theocratic Repression in Iran or Playing into Hands of US Warmongers?" in which Mr. Parsi's cohorts strongly condemned the petitioners' stance against the Iranian regime:

*"It is regrettable that your petition caves into US propaganda by devoting more space in its text to condemnation of the Iranian regime, which is to a large extent based on fallacies, inaccuracies and exaggerations, than to opposing the US warmongers. As citizens or residents of western countries, our essential duty is to oppose the aggressive and imperial policies of our own elected governments which we face and can impact rather than present a misleading and condescending picture of the internal situation in Iran and promote our version of "democracy" for a country with a different culture than ours. Rather than joining the bias Western media and condemning Iran for human rights violations... The war crimes and the gross violations of human rights committed by the coalition forces in Iraq and Afghanistan, the human rights issues in Israel, and the Arab client states of the United Sates, as well as the violations of the U.S. Constitution, international renditions, Guantanamo Bay, and torture, will remain our main area of public focus."*

CASMII's chief in the U.S. is Rostam Pourzal who like Edalat and Parsi is a strong advocate of Tehran's rulers. For instance, in the June 2006, a women rally in Tehran was brutally crashed by the police. The police brutalities were widely reported by international media and human rights organizations. Pourzal came to the regime's rescues and in under the title "What Really Happened in Tehran" wrote [35]:

*"Contrary to dispatches by news services, I learned from an eyewitness whom I infinitely trust that he saw no beating or gassing of the demonstrators. Now I quote from his email directly: I witnessed a few women protesters being asked by some female police officers to walk away. In response the protestors [sic] started screaming hysterically at the officers and accused them of beating them, an accusation which looked unsound. "Why are you beating us?", shouted a woman protestor at a female police officer, who was visibly shaken and became speechless at such an accusation. Small crowds of bystanders would also converge on these places to see what is going on, as it is typical in the Iranian culture. I did not see any expression of sympathy by these bystanders and onlookers for the cause of the protestors. If, for example, equal rights for women are actually*

not as popular in Iran as we wish, we would be better off facing the facts and asking what we are doing wrong, instead of inventing excuses or blaming the messenger. I was stunned during a recent visit to Iran to find that President Ahmadinejad is quite popular among women from all walks of life."

Mr. Parsi's cohorts in CASMII are so concerned about protecting the image of Tehran's mullahs on the human rights issues that even Shirin Ebadi the Nobel laureate is not safe from their attacks. After her call to the international community to raise the human rights issue in their negation with the Iranian regime, Rostam Pourzal, smeared her in his article titled: "Dancing to Western Music".

NIAC and its sister organizations have rarely raised the issue of human rights in Iran. Nonetheless, like clockwork, those rare occasions parrot several predictable claims, namely that the human rights situation in Iran is improving; that the main reason for human rights violations is pressure from the West or resistance from the victims and the oppressed. Invariably, the recommendations are to increase kindness toward the ayatollahs, to offer more carrots, and to develop pundits of a more Tehran-friendly breed.

About the author: *Hassan Daoleslam is an independent Iran Analyst and writer. He is well published in Farsi and has appeared as an expert guest in the Voice of America-TV as well as other Persian media.*

## References

•1.        http://www.niacouncil.org/index.php?option=com_content&task=view&id=830

•2.        http://www.iht.com/articles/2006/06/11/news/iran.php

•3.        Parsi, T., "Reconnecting Iran with Democracy" Financial Times, January 2, 2005.

•4.        Daioleslam, H., Available from:    http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=27787

•5.        Daioleslam, H., Available from:    http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%e2%80%99s-oil-mafia-penetrating-the-us-political-system/#respond

•6.        http://www.msnbc.msn.com/id/10857676/site/newsweek/

•7.        http://tpmmuckraker.com/ney.php

•8.        http://www.sourcewatch.org/index.php?title=Bob_Ney

•9.        http://www.iranian.com/Opinion/2002/May/Group/

•10.       http://frontburner.dmagazine.com/archives/013069.html

•11.       http://www.atiehbahar.com/

•12.       Intl. Herald Tribune - Europe, "Statoil chairman resigns from anti-corruption group board after Iran bribery case," October 20, 2006.

•13.       PIERRE-ANTOINE SOUCHARD, A. Total CEO held for questioning over company's Iran activities. (March 21st, 2007) available from: http://www.adpdigital.net/

•14.       http://www.azar-energy.com/

•15.       http://www.worlddialogue.org/meet4.htm

•16.       http://www1.umn.edu/humanrts/cases/63-05.html

•17.       http://www.asianews.ir/main1.asp?a_id=27078

•18.       available from:    http://www.asianews.ir/main1.asp?a_id=27078

•19.       http://www.niacouncil.org/index.php?option=com_content&task=view&id=64&Itemid=2

•20.       http://web.payk.net/mailingLists/iran-news/html/2002/msg00572.html

•21.       http://www.niacouncil.org/index.php?option=com_content&task=view&id=67&Itemid=29

•22.       http://www.aftabnews.ir/vdccpoq2biqpp.html

•23.       http://www.topiranian.com/ngo/archives/009103.html

•24.       http://www.american-iranian.org/pubs/articles/Bob%20Ney%20speech.pdf

•25.       http://www.niacouncil.org/index.php?option=com_content&task=view&id=49&Itemid=2

•26.       http://www.iranian.com/News/2000/September/rights.html

•27.       http://www.campaigniran.org/casmii/

•28.       http://www.campaigniran.org/casmii/index.php?q=node/70

•29.       http://www.globalexchange.org/getInvolved/speakers/210.html

• 30.       http://www.niacouncil.org/index.php?option=com_content&task=view&id=647&Itemid=2

• 31.       http://www.niacouncil.org/index.php?option=com_content&task=view&id=683&Itemid=2

• 32.       Znet, may 18.2006, available from: http://www.zmag.org/content/showarticle.cfm?
ItemID=10289

• 33.       CASMII, June 11, 2006 available from: [http://www.zmag.org/content/showarticle.cfm?
ItemID=10407]

• 34.       MRZine 6.18.06: available from: http://mrzine.monthlyreview.org/pourzal180606.html

• 35.       The Iranians, May 4, 2006 by] [http://www.iranian.com/Pourzal/2006/May/Ebadi/index.html

**Recent user comments**

See all comments

Post a comment

Hassan Daioleslam

in search of truth

Home | فارسی

**Hassan Daioleslam's**
- Biography
- Articles
- Interviews
- Journal

Guest Articles

Archives

Links

Contact

## 2003 Grand Bargain and Trita Parsi

**Hassan Daioleslam**
Intellectual Conservative

December 20, 2007

Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation

In the past year, Iran has emerged as the main concern for United States foreign policy. In the aftermath of Iraq war, the United States is blamed for not pursuing diplomatic means in dealing with Iran. Much is said and written about the lost opportunity of dialogue and settling differences with Iran in 2003.

The "grand bargain" offered by Iran and rejected by US, The missed opportunity to resolve the nuclear impasse. The prospect to coexist with the theocratic regime of Iran. The chance to bring stability to Iraq and peace to the Middle East.

While there have been a large number of articles about the US's disregard toward the Iranian offer, a thorough examination of Iranian intentions and the possibility of a manipulative misinformation campaign led by Tehran has been conspicuously absent. This study is highly needed at a time when the new NIE on Iran has been released and questions are being raised about the Iranian regime's behavior in 2003.

The purpose of this article is to study the 2003 "Iranian offer," the motives behind it, its main players, and its outcomes. It will be attempted to show how this "offer" was a masterful deception technique by Tehran's rulers who needed to buy time to facilitate the internal shift of power, to advance their nuclear technologies, and to strengthen their foothold in the region.

Tehran's ploy was a well kept secrete plan, conceived by a handful of the highest-ranking Iranian leaders, implemented by Sadegh Kharazi- the Iranian ambassador to France, Bob Ney (former Congressman and current federal prisoner), and his Iranian assistant Trita Parsi. The plan was complex; unraveling it sounds like a mystery novel. To understand it, the Iranian party-line story needs to be studied, the version the Iranian lobby in the US has been tenaciously reciting: the grand bargain. The article will then proceed with examining the missing links in Tehran's tale in search of a true account of what went on behind the curtain.

It is to be revealed that the characters of this scheme have assisted Tehran's ayatollahs in buying time towards advancing their malicious hegemony in the region. The profound consequences of this grand ploy range from innocent lives lost in Iraq, to confusion within US foreign policy and the real possibility of an ugly and disastrous war with Iran.

**Tehran's Motives**

Between 2002 and 2003, Iran's ayatollahs were faced with serious challenges and priceless opportunities. Confronted with increasing popular discontent and paralysis of the political system due to the continued factional divergences, the clerical regime was in the middle of a power shift towards the more unified, militant, and conservative faction that Ahmadinejad represents.

With the fall of two unfriendly neighboring regimes, Tehran's theocratic regime sensed the opportunity to expand its ideological, political, and military hegemony in the region. On the other hand, the US military presence surrounding Iran and the disclosure of the Iranian nuclear program and its subsequent referral to the UN, were major threats to the Iranian regime's strategic ambitions.

To fend the perils and seize the opportunities, Tehran desperately needed to buy time; hence a sophisticated misinformation campaign in the US, which started with the grand bargain offer of 2003.

**The Facade:  Tehran's Party-Line Story**

In April of 2003, the Iranian regime extended an olive branch to the United States. The highest-ranking leaders of the theocratic regime developed a proposal for dialogue, peace and friendship between the two countries. Sadegh Kharazi, the Iranian ambassador to France asked Tom Guldiman, the Swiss ambassador in Tehran, to take the proposal, known as "Iran's Grand Bargain Proposal" to US leaders. [1] Accompanied with a short memo written by Guldiman, the one page proposal [2] was faxed to the State Department on May 4th, 2003. A few days later, Ambassador Guldiman came to Washington to deliver the proposal personally. [3]

The affair remained undisclosed for 3 years until early 2006, when international pressure over Iran's nuclear



PLAINTIFF'S
EXHIBIT
2

issue was mounting on Iran; Trita Parsi released a new copy of the Iranian offer to the press.[4] According to Parsi, in 2003, the Iranian regime was determined to initiate a dialogue with the United States to resolve all the outstanding issues between the two countries, but an arrogant US government, judging that Iran was at the verge of collapsing, killed the opportunity: [5]

*"In May 2003. The United States had just defeated Saddam in less than three weeks, and I think there were a lot of feelings inside Iran that they needed to present some sort of a negotiation deal with the United States...*

*Iranians were basically offering significant policy modifications in the hope that this would be able to open up a new chapter in the relationship with the United States, when the United States,*

*And the argument by the hardliners, the hawks in the Washington -- in the White House at the time was basically that Iran is weak and it's giving this proposal precisely because of the fact that it is fearful of the United States and that the US can achieve more by taking on the Iranian regime and just removing it than by negotiating. So we had this situation in which, back then, because of America's strength, the Bush administration argued that it could not negotiate... What was really interesting is that when the Iranians put this on the table and they were basically offering significant policy modifications in the hope that this would be able to open up a new chapter in the relationship with the United States."*

### Ongoing Negotiations in 2003

Parsi's numerous declarations are all missing one element: when the Swiss ambassador came to Washington to deliver the Iranian offer, there were already secret but official negotiations going on between the two countries, led by high ranking Iranian diplomats. The Iranian foreign minister and the ambassador to the UN were personally involved. The chronology of these negotiations was reported in the New York Times: [6]

*"On May 3rd, Ambassador Zarif (Iranian ambassador to the UN) meets Ambassador Zalmy Khalilzad and Ambassador Ryan Crocker in Geneva. The US delegation is headed by Dr. Khalilzad. The US has already invaded Iraq and is in control of its Government."*

During the May 3rd meeting, the two countries agreed on another meeting on May 24th in Geneva. Meanwhile, these official negotiations ceased for another reason: [6-7]

*"During the May 3rd meeting, Khalilzad tells Zarif that the US has learned that a terrorist bombing incident is planned to happen in the Persian Gulf area. He asks that Iranian Government utilize members of Al-Qaeda in Iranian prisons for information on the planned incident. The incident happened on May 12 in Riyadh, Saudi Arabia."*

The US blamed the terrorists operating from Tehran and did not show up for the next meeting on May 24th.

### Role of Bob Ney and Trita Parsi in the "Grand Bargain"

In early May, Guldimann, who was not involved in the official negotiations, arrived in Washington. He brought with him the Iranian proposal which had been already faxed to the State Department on May 4th. Guldimann wanted to personally brief State Department officials. According to Guldimann's memos, the affair was extremely confidential: [2]

*"S. Kharazi asked me whether I could present the enclosed roadmap very **confidentially** to someone very high in the DoS in order to know the US reaction to it. He said that the lack of trust with the US imposes them to proceed very carefully and very confidentially. After discussing this problem with him, I understood that they want to be sure that if the initiative failed and if anything about the new Iranian flexibility became known, they would also for internal reason not to be bound to it." (emphasis mine)*

The affair was apparently so covert and important, that only four people were informed in Iran, The Supreme Leader, President Khatami, Foreign minister Kamal Kharazi and Sadegh Kharazi:

*"Kharazi told me that he had two long discussions with the leader on the roadmap. In those meetings which both lasted two hours, only president Khatami and foreign minister Kamal Kharazi were present. The question is dealt with in high secrecy. Therefore no one else has been informed."*

The secrecy implied that the Revolutionary Gurads, the National Security Council, the cabinet ministers, and the Iranian parliament were all kept in the dark on this historical shift in Iranian foreign policy. There was however a fifth Iranian involved in managing the issue. This man, so highly trusted by the Iranian regime, was Trita Parsi, Congressman Bob Ney's assistant and president of the then newly founded "National Iranian American Council."

Following Kharazi's instructions, Guldiman gave a copy of the proposal to Bob Ney and Trita Parsi. In a long interview with the "Democracy Now", Parsi explained this part of the story: [5]

*"The Iranians gave a proposal to the Swiss ambassador that he then sent to the Swiss foreign ministry in Bern, who faxed it onto the State Department, but the Swiss ambassador also made a personal visit to Washington, D.C. to brief the State Department about the proposal, and he also made sure that he met with Congressman Ney, who has been a longtime advocate for negotiations and dialogue between the United States and Iran, and he handed him the proposal, as well.*

*I was an advisor to Bob Ney at the time. And Tim met with Bob and handed over the proposal to him. And Bob afterwards sent it to be hand-delivered to the White House to Karl Rove, and Karl Rove called back within two hours, and they had a brief discussion about the proposal."*

Parsi admitted that: *"he was the point person for Ney in helping to manage this issue."* [8] Obviously, the Swiss ambassador did not intend to put at risk such a historical event by turning to Bob Ney's group. He was surely instructed by his Iranian contacts to do so.

It is hard to explain why Iran did not use its usual channel of diplomacy, which was leading the negotiation with the US to send the grand bargain offer. Why Iran did not ask Javad Zarif, one of the most skiful diplomats Iran has ever had, to deliver the massage to his contacts in the White House and the State Department during his May 3rd meeting in Geneva?

Why did Iran decide to ask Bob Ney and Trita Parsi to "manage this issue" (as Parsi stated) and send the proposal to the White House? What could this team achieve that the Iranian Foreign minister and other diplomats were unable to do? Put simply, couldn't the Swiss ambassador deliver the message directly to the White House without asking for Ney and Parsi's help?

In reality, the Iranian regime had entrusted Parsi and his boss so much that when three years later, in 2006, the situation was worsening again for the regime of Tehran, Parsi was once again given a new (and different) copy of the 2003 offer and called upon to reconstruct the smoke screen: [9]

*"Parsi, who provided the document to IPS, says he got it from an Iranian official earlier this year but is not at liberty to reveal the source."* (Gareth Porter, IPS, May 24, 2006)

We should remember that the choice of Bob Ney's circle was not accidental. It was the third time in less than a year that Ney's group was called upon by the Iranian regime for special favors. Surely, the White House was informed about Ney's special relations with Tehran.

At the same time that Ney was delivering the Iranian offer to the White House, he was also involved with two London based felons hired by the Iranian regime. A part of Ney's indictment (that sent him to federal prison) is related to this affair. This story is briefly summarized as follows. [10]

In 2002, the Iranian regime wanted to buy a VIP aircraft for their officials. Restricted by US sanctions, the Iranian defense ministry founded a company in Cypress called Safat Air.[11] Then, the Iranian company signed the purchase contract with London based FN Aviation, led by two international felons. In order to resolve the sanctions issue, they needed some help in the US and naturally, they found and bribed Bob Ney. In this fiasco, his former assistant David Diestefano and a famous Washington lobbyist Roy Coffee also assisted Ney.

More strangely, is the creation of Trita Parsi's organization called the "National Iranian American Council" (NIAC) in 2002. Roy Coffee, the Washington lobbyist who was involved in Ney's dealings with FN Aviation, wrote a letter to the Dallas Morning News on February 2, 2006 and declared: [12]

*"Back in the spring or summer of 2002, a good friend of mine from law school, Darius Baghai, had just returned from visiting relatives in Iran for the first time since his family left before the revolution. He spoke with me about how the economy of Iran was humming and that the US was missing out because we were the only country imposing sanctions on Iran since 1979. ... From this, I took Darius into visit with Mr. Ney. What was to be a 15 minute meeting became a 1 1/2 hour meeting as they spoke passionately about their hopes for the Iranian people. They also spoke in Farsi a great deal - I'm sure talking smack about me. From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries."*

Is it accidental that the timing of this "grand bargain offer," the timing of Ney's affair with the Iranian backed international felons, and Ney's group's involvement with Trita Parsi to create a lobbying political affairs committee for normalizing relations between Iran and the US, overlapped?

Is it accidental when Tehran needed to create the pretence that they were offering an olive branch to US, they went to Trita Parsi and Ney's group, the same group that was helping Tehran in removing US sanctions? What could this small group of people achieve that the Iranian diplomats were unable to fulfill?

## Grand bargain or buying time?

In 2003, Mohammad Khatami was a totally powerless president. He did not even have control on his own government, let alone foreign policy, which was the Supreme Leader's exclusive domain. Was the Khatami government mandated by the Supreme Leader to negotiate with the US to settle the problems between the two countries? The answer is clearly and unequivocally no. Elite members of Khatami's government have brought clear responses to these questions:

Mohsen Amin Zadeh, the senior Iranian deputy foreign minister (1997-2005) [13]

*"Mohammad Khatami's government was authorized (by the Iranian ruling power) to engage the United States about Afghanistan and Iraq and was permitted to have some kind of collaboration on these issues but was forbidden to negotiate the main issues of national importance like the sanctions. There was a group in Iran that did not want to use the opportunity created at the time to resolve the most important problems of Iranian foreign policy (US-Iran relation)."*

The political group "Mojahedine Enghelabe Eslami," a main component of Iranian government in 2003 was even more explicit: [14]

*"It should be emphasized that during the reformist government (1997-2005), the US administration was trying by different means to open a dialogue with Iran. But, on our side, there were some groups in Iran, which did not give the permission to Khatami's government to take effective steps in this direction"*

More illuminating, is Sdegh Kharazi's own declarations. He is the initiator of the 2003 offer. He admitted that the conditions were not ready for any kind of bargain. He gave a long interview to *Etemad* newspaper on February 2, 2007 of which an excerpt is below.

*Question: Why was the opportunity to normalize the relations with the US lost under Khatami (1997-2005)?*

*Kharazi: Khatami was not given the permission to proceed in this direction. Some initiatives were launched to dissipate the mistrust between the two countries but did not advance. The conditions for a dialogue were not ready in Iran and in the US.*

In an interview to the Iranian press, Sadegh Kharazi was clear about the Iranian regime's goal in sending the grand bargain offer, which was to neutralize an American military strike: 15

*"In 2003 there was a wall of mistrust between Iran and the US and they could attack us at any moment. Therefore, the government accepted my suggestion and sent a conciliatory letter to the US administration."*

Was Iran seeking a settlement with the US or just looking to reduce the tensions and overcome a critical and dangerous situation in 2003? During a public debate in November 2006, Hamid Reza Taraghi, the head of *"Heiate Motalefe"*, one of Iran's main conservative groups declared: [16]

*"After 9/11 and its consequences, we were very worried and a group of the deputies met with the Supreme leader and explained the root of their fear. We reached the conclusion that Iran was facing a real threat and we could be occupied as it happened in 1941.*

*We asked the Leader to be more moderate toward the US. He accepted our view and through the government and other officials, wisely and <u>successfully</u> managed that dangerous time"*

The best way to understand the Iranian goals in 2003 is to see its policy over the nuclear issue, which was on the verge of being referred to the UN. Pressured, Iran decided to suspend its Uranium enrichment.

Was Iran seeking to resolve the dispute over its nuclear program or was it trying to pass the storm and buy time? The answer given by the Iranian chief negotiator at that time is clear and unequivocal: "Buying time to complete those parts of the program which needed to be improved". In a recent speech, Hassan Rohani defended the regime's decision to cede to European pressure in 2003 and suspend uranium enrichment: [17]

*"During the period that we suspended the enrichment, we built the centrifuges, built the Arak center and as a whole, we completed every aspect of the program, which was incomplete. The West wanted that we suspend the enrichment to stop our program but we suspended it to be able to improve our program. By suspending, we were able to pass the danger and at the same time, strengthen our program."*

The readers can also watch a video from the Iranian negotiator in 2003, Hossein Mousavian, who with astonishing clarity explains how: *"the negotiations with the European Troika helped Iran to buy time to complete the Esphahan UCF project and also the work on centrifuges in Natanz."* [17]


### The 2003 Offer Was Part of a Broader Misinformation Campaign

The 2003 offer had the immediate goal of disarming and undermining potential American action against Iran. This offer also was a major element of an unprecedented misinformation campaign to disguise the nature of the Iranian regime and its intentions. The campaign was high priority for Tehran at a time when the Iranian power structure was experiencing a fundamental transformation towards Ahmadinejad's era.

Iran never intended to conduct serious negotiations with the US to settle problems. As seen with the "Iranian Grand Bargain," Tehran preferred the Swiss ambassador to its own negotiating team. Iran also made sure that its friends in Washington (Ney's circle) would be involved in the delivery of the blueprint. This inclusion could guarantee that any time in the future that US administration would decide to be harsh on Iran; the friends would come forward and tell the public the story of US failure and Iranian flexibility.

This scenario was exactly what happened in 2006 when the Iranian nuclear issue was referred to the UN and there was fear of harsh measures by the US. Then, the Iranian regime gave a fresh copy of the offer to Trita Parsi. This goal is so evident that even Ray Takeyh, the CFR expert and one of the most ardent defenders of engaging the Iranian regime had to admit: [18]

*"Look, to be frank, the 2003 argument is useful if you want to beat up on the Bush administration. If you want to go out there and say Condi's lying and, you know, Bush administration is censoring, if that's -- then it's useful, as a stick to beat the Bush administration as a government, as an administration that purposely missed a historical opportunity to reconcile Iran and America and assure the epoch of bliss. It's useful in that sense.*

*I don't think it's useful in terms of assessment of Iranian foreign policy and where it is today."*

"Beating up" the US administration is a part of bigger campaign to prevent any harsh policy toward the Iranian regime. This was exactly the essence of what Trita Parsi and his Iranian partner Siamak Namazi wrote in a joint paper in 1999: *"An Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies, set up this goal. Without it, Iran-bashing may become popular in Congress again."* In a separate article I have discussed the creation of this Iranian American lobby in the US and the role of Namazi,

Parsi, and Sadegh Kharazi. [19]

This group has achieved one of the most formidable campaigns to present the Iranian dictatorship as a permanently pragmatic regime which bears no threat to the US and is always ready for a deal. The 2003 offer has been the foundation of this campaign.

As a result of this campaign, the gap between what Parsi and his friends have been proposing to the American public and what really happens in Iran is flagrant. For example, in 2006, Parsi initiated an anti-war petition signed by him and several American organizations. After denouncing US policy toward Iran, they declared: *"The US has refused to start a dialogue with Iran for the past 26 years"* [20]

We can compare Parsi's declaration with a public statement by one of the main factions of the Iranian government from 1997 to 2005. The Mojahedine Enghelab Elami released a statement in July of 2007 about Iran-US relations. In this piece, the authors incriminated the Iranian leaders for the US-Iran impasse and declared: [21]

*"This question has remained unanswered that why Iran did not respond positively to American gestures to resolve the problem between the two countries. While there was an ideal condition to settle our differences with US and American leaders took the most reconcilable positions toward us and declared that they are ready for unconditional dialogue with us and even told that they understand some of our positions like our opposition to the Middle East peace process, but we did not respond to them."(emphasis mine)*

In a separate paper: *"Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers"* [22] I have discussed this extraordinary campaign of misinformation in favor of the Iranian regime, especially in 2003-2004 when Iran was trying to mask the rise of Ahmadinejad's faction. During this time, this campaign was focused on publicizing the idea that a pragmatic faction is replacing the reformers and this imaginary faction is aiming for a "Chinese model" of development. Even more stunning, when the reality about this extraordinary amalgam was becoming visible and the mirage of the Chinese model was fading, the very people who fabricated this mirage came back with a new suggestion, that Iran is close to a *"lite Chinese model."* Interestingly, the inventor of such a mini miracle was none other than Trita Parsi's partner in Tehran, Siamak Namazi. I highly recommend the readers to study Namazi's paper that is a master of misinformation in order to see how some Iran experts in the US have been repeating his claims. [23]

The key to understanding the Iranian so-called 2003 grand bargain offer and its impacts on US politic resides within Trita Parsi and his former boss, Bob Ney. We know little about the 10 years of relations between them and the Iranian regime. What we do know is enough to ask serious questions.

On December 28, 2006, the governmental newspaper Aftab in Iran published an interview with Trita Parsi. In his introduction, the editor underlined the role of Iranian lobby in US and considered it as its "unofficial diplomacy." Next to Parsi's photo, the article's title reads: "The Iranian Lobby Becomes Active?" A translation of parts of the article is as follows: [24]

*"The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be. The role of <u>unofficial diplomacy</u> has been correctly underlined by experts" (emphasis mine)*

Another governmental commentator was more explicit about how this "unofficial diplomacy" could "moderate" the policies of the White House: [25]

*"We have successfully aligned the public opinion of Middle Eastern and Latin American counties to our cause but have not attracted the public opinion in the Western countries, where it could affect the governmental policies toward Iran.*

*Aligning the Western public opinion to our side could be greatly helpful to our national security. For example, anti-war demonstrations or the opposition by public opinion or political parties against the economic sanctions against our country is a winning card in the hand of our foreign policy planners."*

The 2003 grand bargain could only be viewed as a part of the Iranian regime's unofficial diplomacy, in harmony with its general foreign policy.

Notes:

•1-    Glenn Kessler, Washington Post Feb. 14, 2007 http://www.washingtonpost.com/wp-dyn/content/article/2007/02/13/AR2007021301363.html

•2-    A copy of Iranian offer by Washington Post:  http://media.washingtonpost.com/wp-srv/world/documents/us_iran_roadmap.pdf

•3-    Nicholas Kristof, New York Times, April 2007 http://kristof.blogs.nytimes.com/2007/04/28/

•4-    Gareth Porter, IPS, May 24, 2006:  http://ipsnews.net/news.asp?idnews=33348

•5-    Trita Parsi's interview with Democracy Now, Feb. 26, 2007:
http://www.democracynow.org/2007/2/26/ex_congressional_aide_karl_rove_personally

•6-    The Grand Bargain, American Iranian Council:  http://www.american-iranian.org/pubs/articles/The_Grand_Bargain_April-May_2007.pdf

•7-    The Council on Foreign Relations Task Force Report on Iran 2004, (p. 29)
http://www.cfr.org/content/publications/attachments/Iran_TF.pdf

•8-    Steve Clemons, Feb. 17, 2007:  http://www.huffingtonpost.com/steve-clemons/what-did-rove-do-with-200_b_41472.html

•9-    Gareth Porter, May 25, 2006:  http://www.commondreams.org/headlines06/0525-05.htm

•10-    DOJ on Bob Ney: http://www.usdoj.gov/opa/pr/2007/January/07_crm_027.html For a complete story go
to http://www.sourcewatch.org/index.php?title=Bob_Ney

•11-    The VIP airplane and role of FN Aviation reported by Iranian Press: http://baztab.com/news/24835.php
also: Times of London: http://business.timesonline.co.uk/tol/business/law/article2576175.ece

•12-    Roy Coffee's letter:  http://frontburner.dmagazine.com/archives/013069.html

•13-    Nameh magazine # 49, March 2006

•14-    A review of Iranian diplomacy under Ahmadinejad, Asre No reprinted by Rooze, March21, 2007
http://emruz.info/ShowItem.aspx?ID=6047&p=1

•15-    Asre Iran and Raja News Feb. 20, 2007 http://www.asriran.com/view.php?id=12170

•16-    March 22, 2007 Emrooz news web site from the "Goftegoo" Radio station, broadcast on Jan, 31, 2007

•17-    11.21.2007 Aftab News http://www.aftabnews.ir/vdchzqn23vnq-.html.  Also watch an interview by
Hossein Moussavian http://www.memritv.org/clip/en/805.htm

•18-    Ray Takeyh, Time for detent with Iran, CFR, Feb. 22, 2007
http://www.cfr.org/publication/12718/time_for_detente_with_iran.html?breadcrumb=%2Fbios%2F112%2Fgideon_rose

•19-    Iran's oil Mafia, FrontPage Magazine April 16, 2007  http://www.frontpagemag.com/Articles/Read.aspx?GUID=B30E945B-5F1F-4A57-A7AA-F4975D12FC4C

•20-    http://www.downsizedc.org/blog/2007/mar/08/no_war_with_iran_coalition

•21-    Mojahedine Enghelabe Eslami, Asre No, Published by Emrooz, Auguste 16. 2007
http://emruz.biz/ShowItem.aspx?ID=9194&p=1

•22-    Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers, Auguste 1, 2007
http://www.americanchronicle.com/articles/viewArticle.asp?articleID=33939

•23-    Siamak Namazi, What happened to the Chinese model, Wilson Center Nov. 16, 2004:
http://www.wilsoncenter.org/index.cfm?fuseaction=events.event_summary&event_id=95452 you can read a
copy of his speech at: http://www.wilsoncenter.org/events/docs/SiamakNamaziFinal.pdf

•24-    Aftab, Dec. 28, 2006:  http://www.aftabnews.ir/vdccpoq2biqpp.html

•25-    Shargh newspaper, Nabiollah Ebrahimi, republished by Aftab July, 7, 2007:
http://www.aftab.ir/articles/politics/iran/c1c1183822467p1.php

**Recent user comments**

See all comments

Post a comment

|SEARCH BLOG| | FLAG BLOG| Next Blog»          Create Blog | Sign In

# Articles

**Blog Archive**

▼ 2007 (1)

▼ July (1)

Trita Parsi, Bob Ney,
and Iran's Oil
Mafia:

## About Me

HASSAN DAI

View my complete profile

MONDAY, JULY 16, 2007

### Trita Parsi, Bob Ney, and Iran's Oil Mafia:

Trita Parsi, Bob Ney, and Iran's Oil Mafia:
Penetrating the US Political System
By Hassan Daioleslam

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006. On October 13, 2006 Ney pled guilty to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal. Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen - a felon and an arms dealer - in exchange for using his position to advance their interests.

Conspicuously missing from this dossier of disservice to the country is Ney's masterful creation of an active and disguised Washington-based lobbying enterprise for the Iranian theocratic regime, The National Iranian-American Council (NIAC). NIAC is an effective node of Tehran's comprehensive US lobbying web. This article will address the creation of NIAC, the motives underlying its formation, NIAC's manifesto, Tehran's role, NIAC's connection to Iran's oil mafia, and NIAC attempts to penetrate US political system.

Creation of NIAC

The National Iranian-American Council (NIAC) was founded by four non Iranian-Americans: Roy Coffee, Dave DiStefano, Bob Ney and Trita Parsi. Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip for Bob Ney to meet a known felon and a Syrian arms dealer in a conspiracy to circumvent sanctions to sell US-made airplane parts to Tehran. Roy Coffee sent a letter to the Dallas Morning News in February 2006 to justify his relationship with the two London-based felons. Part of the letter discussed the creation of NIAC in 2002. In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney: "From that meeting, Darius, Dave and I began to work with Trita Parsi,



PLAINTIFF'S
EXHIBIT
3

another Iranian-American, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 9 months to form this committee."

Trita Parsi at the time was a Swedish-Iranian graduate student in his early twenties with ties to Iran's ambassador in Sweden. He was working part time as a Congressional aid in Ney's office in Washington on a temporary visa. Parsi was subsequently appointed president of NIAC. Should we believe that one of the most expensive lobby teams in the US, one of the most corrupt lawmakers in Washington and a Congressional aid in his office, none of them Iranian American, worked hard for nine months out of their humanitarian concern for the Iranian people?

The New Lobby

In the 1990's, the American-Iranian Council (AIC), with backing from multinational oil companies, was a front for the Iran's lobbying efforts in the US. Houshang Amir-Ahmadi served as its president. Amirahmadi has been an active pro-Tehran player in the US since early 1980s. While residing in US, he was also a presidential candidate in Iran's elections. He officially collaborated with different Iranian institutions and notably the foreign ministry. In 1999 and 2000 Trita Parsi was closely working with Amirahmadi and was well positioned in the leadership of AIC.

In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to improve the US-Iran relations. Despite extraordinary pressure from the lobby, ILSA passed overwhelmingly.

Prior to his imprisonment, Bob Ney, in concert with AIC, was Tehran's dogged warrior in Washington as he relentlessly led Congressional efforts to end ILSA and initiate Tehran-friendly policies. Ney, disappointed and angered by the ILSA vote, began to plan for the next battle of the war.

"The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and forming a citizen's lobby to make sure that members of Congress and their offices are educated on this issue." (speech to AIC, June 2001, my emphasis)

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their true wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

"Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right

direction" (IranAnalysis July 2001 www.iic.org- Peyvand' Iran News)
Their failure to block the renewal of ILSA marked the start of a new era
for the pro-Iran lobby in the United States. The lobbyists recognized
that they must broadly reach out to Iranian-Americans. Iran became
directly involved in creating, organizing and implementing a far-
reaching lobbying campaign in the US, fundamentally different in its
organization, which targeted the strategic needs of Tehran's rulers. The
creation of NIAC as the main executer of this new endeavor had been
meticulously planned since the late 1990s. Parsi stepped down from the
board of directors of the AIC. An influential US Congressman and a posh
Washington lobbyist came to Tehran's help to create NIAC. An unknown
Iranian Swedish student was selected to serve as president of this new
organization.

Trita Parsi was the regime's trusted man within the new network.
Tehran's faith in Parsi was so profound that in 2003 when Iran decided
to send a highly secret proposal for negotiations to the White House,
Parsi was called on to arrange the delivery of the message through Bob
Ney to Karl Rove. Parsi, moreover, was among the few chosen men
(along with Mahallati, Iran's former ambassador to UN) to present the
results of a shady Tehran-friendly poll of the Iranian population which
indicated the popularity of Iran's nuclear program.

Trita Parsi and the Regime's Inner Circle

During the eight years of Rafsanjani's presidency, which ended in 1997,
the Iranian regime had attempted without success to attract the Iranian
Diaspora to its cause. Khatami's presidency recharged Tehran's efforts.
With the Supreme Leader's direct involvement, the High Council for
Iranian Compatriots Overseas was created in 2000 under the auspices
of the Foreign Ministry. The President heads the Council, and the
Foreign Minister serves as its deputy director. The Ministry of
Intelligence and the Ministry of Culture and Islamic Guidance
collaborate to implement the decisions of the council. The objective was
to create a network of organizations to infiltrate and seemingly
represent the Iranian community abroad, and promote policies
favorable to the Iranian government. Tehran anticipated that this
strategy would neutralize opposition activities abroad and legitimize the
new lobby.

State-sanctioned Iranian newspapers started a campaign to promote
Trita Parsi and NIAC. Pro-government publications outside Iran
followed suit. The former head of the Iran interest in Washington,
Ambassador Faramarze Fathnejad thrilled about Trita Parsi's efforts
and NIAC underlined "the importance of relation with Iranian
organizations in the U.S. and specially pointed to NIAC and his young
leader who is a consultant to CNN and has been very successful in his
efforts." The Iran Ambassador even claimed 20,000 strong membership

for NIAC (while only 150 is claimed by NIAC itself)!

But token rhetorical support would not alone turn an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. Understanding the NIAC's activities in the US necessitates familiarity with Trita Parsi's main partner in Iran, Siamak Namazi, one of the most important figures of this new lobby enterprise and a prominent member of the Iranian oil Mafia.

Namazi, along with his sister Pari and brother Babak, control the Atieh enterprise in Iran and its three sister companies Atieh Roshan, Atieh Bahar and Atieh Associates, as well as numerous other direct and indirect partnerships, including Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services and MES Middle East Strategie. Particularly noteworthy is the fact that Baquer Namazi (the father) is the Chairman of Hamyaran, an umbrella organization for the NGOs in Iran- a man of considerable influence in the internal and foreign affairs of the country. Atieh claims to be " ... fully private strategic consulting firm that assists companies better understand the Iranian market, develop business and stay ahead of competition."

People familiar with the oil industry in Iran know what this description is code for. In reality, Atieh is notorious for being a conduit for racketeering, bribery and money laundering, mainly for corrupt Iranian rulers. Atieh's customers include the foreign corporations who wish to do business in Iran and find no choice but to bribe officials. One of their fiascos involved Norway's Statoil, a customer of Atieh Bahar. Their bribery of the Iranian officials through consultants was exposed by the US Securities and Exchange Commission and the Department of Justice. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norway governments for "payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field." The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company Total SA was charged for bribery of the Iran high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

Tehran's trust in Namazi is elucidated by the fact that his enterprise provides the network and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor nearly all Iranian economic or political activities and have

access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran. While representing Tehran, Namazi, disguised as a scholar, travels to the US to seemingly pursue academic activities through think-tanks close to the Iranian regime. This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars": Mohammad Mahallati who was also the Iranian ambassador to the UN in the late 1980s Farhad Atai and, Abbas Maleki. In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

Trita Parsi and Namazi worked very closely on developing the details of the grand plan of Iranian-American "Citizen's Lobby" in the US. They traveled to Iran together. They organized joint conferences and meetings, launched lobby projects and wrote joint papers.

The Roadmap

In 1999, Parsi and Namazi presented a joint paper titled "Iranian-Americans: The bridge between two nations" in DAPIA conference organized by the Iranian government in Cypress. This report comprises the manifesto and roadmap of the new Iranian lobby in the US. In this paper, the authors suggest that: "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). The pillars of the road map were:

· To have the appearance of a citizen's lobby

· To mimic the Jewish lobby in the US

· To impede Iranian opposition activities

· To infiltrate the US political system

· To break the taboo of working with the Iran's cleric rulers for the Iranian Diaspora

· To improve the image of the Iran's government abroad.

In their report, Namazi and Parsi admitted that the Iranian community by large rejects the clerical regime and there is no hope that this community help a pro-regime lobby in the US.

"this group's [Iranian Americans] role has not been utilized any where close to its potential, however, for several reasons: A good portion of them were against the IRI [Islamic Republic of Iran], therefore would not do anything to help."

"The point is, the said group [Iranian Americans] was not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic

Republic."

This was also underlined by Roy Coffee, one of the NIAC's founders: "We [NIAC's founders] found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved."

http://frontburner.dmagazine.com/archives/013069.html

The lack of genuine participation from the Iranian American community in this lobby has been overcome with a sophisticated machine of professional lobbyists and "friendly" circles who favor a rapprochement with the Iranian regime.

Tehran's Advice: Mimic Jewish Lobby in Washington

One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration was so strong that an organization was created and called IAPAC (Iranian American Political Action Committee) as compared with AIPAC (American Israeli Public Affairs Committee). Three of IAPAC's board members came from the AIC's leadership.

In their 1999 DAPIA paper, Parsi and Namazi analyzed at length the techniques used by AIPAC, and suggested that the same approach should be taken to create an Iranian lobby in Washing:

"Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian- American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again."

Trita Parsi has been reciting this comparison to the Israeli lobby since the late 1990's, about the time that the High Council was formed. At the beginning his tone was more contentious and resembled the mullah's usual rhetoric. While he has toned down his anti-Israeli remarks in his English communiqués, the governmental newspaper Aftab published on December 28, 2006 an interview with Trita Parsi. In his introduction, the reporter underlined the role of Parsi's lobby on behalf of the Iranian regime. The article's title is interesting: "The Iranian Lobby Becomes Active".

Translation: "The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting

Israel, we see the difference between what is and what could be."

In coordination With Trita Parsi, Siamak Namazi also started singing the same songs:

"I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda."

Not Lobbyists?

As Ney's criminal bribery and lobbying fiasco became more public, NIAC's president Trita Parsi attempted to deny the lobbying nature of NIAC. NIAC was not registered as a lobbying organization, and lobbying activities would have been illegal. Furthermore, being lobbied by a former aid would have added to Ney's already complicated and ugly situation. Therefore in an interview with Washington Prism in 2005 Trita Parsi, in response to a direct question asking whether his group lobbies the US congress, declared:

"Our group does not do any lobbying at all. We do not contact the Congressmen to support or oppose a bill"

Reality exposes the falsehood of Parsi's claim. NIAC has strived to penetrate the US political system as per the 1999 roadmap by Namazi and Parsi. NIAC's actions lucidly reveal the nature of the organization. The Washington Post reported on June 25, 2006:

"The NIAC helped persuade a dozen conservative House members to sign a letter to President Bush earlier this month calling for unconditional negotiations with Iran's regime."

The external communications of Parsi and other NIAC leaders shed further light on NIAC's lobbying activities.

"The NIAC members have educational and experimental knowledge on the lobbying process and politics in America".

".. we must establish connections on Capitol Hill to establish early-warning systems about proposed votes or bills that may oppose the best interests of Iranian-Americans."

Bob Ney, Roy Coffee, and Dave DiStefano arranged numerous workshops, training classes, seminars and speeches in which they themselves and others with experience prepared members and affiliates of NIAC to lobby and influence Congress. Parsi, Namazi and Ney organized public gatherings and discrete and exclusive fundraiser events (with $1000 plates). They developed training manuals on lobbying. NIAC itself admits that, " In 2002, Congressman Ney benefited from letters sent by Iranian-Americans through NIAC's Legislative Action Center in support of his resolution on US-Iran relations".

Infiltrating Congress

Trita Parsi, Namazi and company fully intended to infiltrate the US
Congress. Its methods included both engaging unsuspecting Iranian
Americans working in various Congressional offices and recruiting and
placing young Iranian Americans to serve as interns or pages in these
offices by offering room, board and financial incentives. NIAC's website
brags of success stories in this venture. The young Iranian American
Press Secretary for Rep. Marcy Kaptur is drafted to help in improving
the lobbying skills of NIAC members and affiliates. An Iranian American
student in the University of Minnesota receives a financial scholarship
in his senior year and becomes an intern in Senator Norm Coleman's (R-
MN) Washington office. Expanding the operation to penetrate the US
political system, NIAC has now formally implemented a paid trainee
program and is actively in search for unwary Iranian American youth.

Conclusion

Since the early 1990's, Tehran has embarked on developing a
sophisticated lobby enterprise in the United States. Iran's government
has devoted significant manpower and financial resources to this cause.
This lobbying enterprise consists of a complex, convoluted and
intermingled web of entities and organizations with significant overlap
of leadership and file and rank, and heavy involvement of the
notoriously mafia-like inner circles of the Iranian regime. Disguised as
scholars, many of the former Iranian government officials reside in the
US and constitute an important piece of the lobby machine. NIAC and
its major figures, such as Bob Ney and Trita Parsi are effective nodes of
Tehran's efforts to manipulate US policy toward self-serving ends.

About the author: Hassan Daioleslam is an independent researcher and
writer who worked closely with two experienced investigative reporters
inside Iran to explore and expose Iran lobbying enterprise in the United
States. This article is focused on Trita Parsi, Bob Ney and NIAC, as one
part of this comprehensive investigation.

Posted by Hassan Dai at 8:14 PM

0 comments:

Post a Comment

Home

Subscribe to: Post Comments (Atom)

Home | فارسی

**Hassan Daioleslam's**
- Biography
- Articles
- Interviews
- Journal

Guest Articles

Archives

Links

Contact

# Congressman Kucinich Must Find a Better Role Model than Bob Ney

**Hassan Daioleslam**
**Global Politicians**

August 24, 2007

Hassan Daioleslam

Bob Ney, a current federal prisoner and former Ohio Congressman, has left quite a legacy. Throughout his tenure in the US Congress he received bribes in exchange for providing services to a variety of clients. Ney was finally convicted for several charges including accepting bribes from lobbyists and international arms dealers in an effort to circumvent sanctions to sell US-made airplane parts to Tehran[1]. In the US congress, Ney was an active and outspoken advocate of the Iranian mullahs. He fought hard against sanctions, toned down the pro human right statements against Iran and worked hard to create a pro-Iran lobbying organization in Washington (the National Iranian American Council- NIAC)[2,3]. Ney wrote articles, organized meetings, delivered speeches and held fundraising events for various pro-mullahs causes. It took about ten years for Ney's criminal affairs to be exposed.



Congressman Kucinich warmly embracing Iranian ambassador Mohamad Javad Zarif on 6-25-2007, AIC event..

An alarming resemblance exists between Ney's advocacy of Tehran over the past decade and Congressman Dennis Kucinich's (D-Ohio) advocacy of Tehran now. On August 1, 2007, Baztab, the Farsi language web site controlled by the former commander of the revolutionary guards, wrote an article about Kucinich's "lonely battle" in opposition to sanction efforts against the Iranian regime.[4]

Kucinich and Ney's support of Tehran's ayatollahs is quite similar in method and substance. They both call for engagement with mullahs; They both vehemently fight against any type of sanction against the mullahs; They both oppose human right statements against Iran by the congress; They both associate with the same known mullahs' proxies in the US; And they both side with Iran when it comes to Iran's anti Israeli rhetoric.

Kucinich passionate criticism of H.R. 2347, the "Iran Sanctions Enabling Act of 2007" and H.R. 957, the "Amendments to the Iran Sanctions Act of 1996", and his demand for unconditional engagement with mullahs [5] is remarkably similar in tone and speech by Ney six years earlier. [6]

Kucinich voted against the bill that was designed to condemn the repression of religious minorities and especially Bahais, again identical to Ney's activities in the past.[7]

Bob Ney's assistant and right hand man in Iran related affairs was Trita Parsi. Roy Coffee, one of the lobbyists involved in Ney's Iran sanction affair, in a letter to media admitted that they worked with Trita Parsi to create an Iranian lobbying organization. [8] Parsi who is known in Washington circles as the voice of mullahs was subsequently appointed the president of NIAC.[9] For this reason, when Kucinich invited Trita parsi to a congressional hearing and introduced him as "one of the nation's top experts on Iran", the Iranian community was deeply troubled.[10]

We note that the two Ohio congressmen have offered different justifications for their friendly gestures towards the Iranian mullahs. While Bob Ney claimed defense of US economic interests, Kucinich offers the more noble cause of preventing war with Iran. If this is indeed true, surely his peaceful inspirations could find a more suitable partner than Trita Parsi. Note that this individual was the advisor of Ney, a vehement defender of war with Iraq and the instigator of the "freedom fries" charade.

### Anti-Israeli positions

Trita Parsi along with many other Tehran proxies in the US have always had a strong anti- Israeli undertone in their proclamations. They have portrayed Israel and the Israeli lobby in the US as the main reason that Iran is isolated, is accused of human rights violation and terrorism in the world, and is not allowed to pursue the god-given right of nuclear technology.[11-13]

They used these arguments also to justify Tehran's lobby in the US to balance Israeli lobby. They proclaimed, "An Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." [14]


PLAINTIFF'S EXHIBIT 4

Bob Ney had no reservation in jumping on this bandwagon and blame Israel for what the mullahs have done. When in 2001, the Iran Libya Sanctions Act (ILSA) was extended for five years. For Bob Ney and his assistant Trita Parsi, the blame was to be put on Israel.[6]

In 2005 and 2006, the ultra-fascist Iranian president Ahmadinejad embarked on a large-scale campaign of anti-Semitism, which has been condemned by the international community. This campaign includes "Holocaust" conference, call for wiping out Israel, criminal declarations and support of the most heinous racist figures of the contemporary world. The day after Ahmadinejad's declaration, the "Jomhouri Eslami", a governmental newspaper dedicated its front page to an organized rally in support of Ahmadinejad's speech. The front page reads; "Israel (country) should be eradicated" and a big picture of demonstrators shows a similar sign, leaving no doubt what the Iranian president meant and said. [19]

Siamak Namazi, Parsi's cohort and a leading figure of Iran's oil mafia offered a ridiculous interpretation of Ahmadinejad's call for" wiping out Israel from the map" and suggested that there was a translation problem and he meant the Israeli regime should be changed.[15]

Two years later, the US Congress passed a statement condemning Ahmadinejad's deplorable declarations. Despite overwhelming support for the bill, Representative Dennis Kucinich (D-OH) voiced the same shady argument that Ahmadinejad's true intentions were lost in translation. [16]

The Iranian-American community has not been surprised by NIAC's absence of denouncing these horrible acts. We are not even shocked at the subsequent disinformation campaign by Trita Parsi and his partners from Tehran to spin the PR disaster of Ahmadinejad. We are however seriously concerned about the Congressman Kucinich's direct participation in this anti-Iranian and anti-humanity campaign of hatred. Astonishingly, Congressman Kucinich's friendly gesture toward the Iranian regime does not stop here as he declared: "President Ahmadinejad's speeches can also be translated as a call for regime change, much in the same manner the Bush Administration has called for regime change in Iraq and Iran, making this resolution very ironic." [20]

We wonder how Congressman Kucinichcan can possibly interpret Ahmadinejad's repeated declarations that the Jewish population must look for another place or country and evacuate the actual Israel as a call for "regime change" in Israel.[17,18]

The Iranian community in the United States is appalled at Kucinich participation in the disinformation campaign advocacy of Tehran's mullahs. The gentleman from Ohio needs to look for better role models than his previous congressional colleague now in prison.

### About the Author

*Hassan Daioleslam is an independent writer and Iran Analyst. He is well published and has appeared as an expert guest in the Voice of America-TV as well as other Persian media. Daioleslam has three decades of history of political activism and political scholarly analysis.*

### References

1. Lobbying: The Web Widens. in NewsWeek, , Jan. 23, 2006
(www.msnbc.msn.com/id/10857676/site/newsweek/).

2. Daioleslam, H. Ayatollahs' Lobby In Washington Offering Human Rights As A Negotiating Item. in
http://www.globalpolitician.com/articledes.asp?ID=3130&cid=2&sid=4

3. Daioleslam, H. Iran's Oil Mafia. in http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=27787

4. in Baztab, http://www.baztab.ir/news/72496.php.

5. Kucinich Stands Against Drumbeat of War Targeting Iran. (July 31, 2007).
http://kucinich.house.gov/News/DocumentSingle.aspx?DocumentID=70545

6. Speech by Congressman Bob Ney (R-Ohio) (June 2001). http://www.american-iranian.org/pubs/articles/Bob%
20Ney%20speech.pdf

7. Condemning Repression of Iran's Baha'is a Pretext for War? Dennis Kucinich speaking from the Floor of the
House. (Sept 19th, 2006). http://www.kucinichforcongress.com/floor_speeches/intl_bahai_pretext19sep.php

8. RE: A LAWYER IN TROUBLE. Front Burner, (February 1, 2006).
http://frontburner.dmagazine.com/archives/013069.html

9. Timmerman, K.R. The Mullah's Voice. (Feb. 23, 2007).
http://www.frontpagemagazine.com/Articles/Read.aspx?GUID={02549A0A-61FB-4A13-A574-756C67F9155B}

10. Kucinich, D. Opening Statement, Iran Briefing. (October 11, 2006).
http://kucinich.house.gov/UploadedFiles/dkiranstatement.pdf

11. IRANIANS FOR INTERNATIONAL COOPERATION. in http://www.payvand.com/news/01/jul/1161.html.

12. Parsi, T. What's to fear? A challenge to Israel's strategic primacy. in (January 5,
2006).http://www.iranian.com/Parsi/2006/January/Nuclear/index.html

13. Parsi, T. A Modus Vivendi Between Jerusalem and Tehran. (March 17, 2006).
http://www.forward.com/articles/a-modus-vivendi-between-jerusalem-and-tehran/

14. Namazi, S. & Parsi, T. Iran-Americans: The bridge between two nations. DAPIA Conference, (Cyprus, November 1999). http://www.geocities.com/tritaparsi/iranamericans.PDF

15. Lost in Translation: Ahmadinejad Never said Israel Should Be "Wiped off the Map". in http://edstrong.blogcity.com/lost_in_translation_ahmadinejad_never_said_israel_should_be_.htm.

16. House Resolution Highlights Debate over Interpretation of Ahmadinejad Comments (Jun 19, 2007). in www.niacouncil.org/index.php?option=com_content&task=view&id=807&Itemid=2

17. Iran's president tells Israel to find a new home. (Aug 4, 2007). http://news.yahoo.com/s/afp/20070804/wl_mideast_afp/iranisraelalgeria_070804151914

18. Speech by Ahmadinejad. in http://emruz.biz/ShowItem.aspx?ID=9050&p=1

(1386/05/14 (Iranian Calander)).

19. http://www.jomhourieslami.com/1384/13840807/index.html

20. http://kucinich.house.gov/News/DocumentPrint.aspx?DocumentID=67929

**Recent user comments**

**Ralf**

tramadol hcl , [url= http://uk.groups.yahoo.com/group/patience3 ] tramadol hcl [/url] , tramadol hcl http://uk.groups.yahoo.com/group/patience3 . buy zovirax , [url= http://uk.groups.yahoo.com/group/zoviraxes ] buy zovirax [/url] , buy zovirax http://uk.groups.yahoo.com/group/zoviraxes . order ambien online , [url= http://uk.groups.yahoo.com/group/ambiens ] order ambien online [/url] , order ambien online http://uk.groups.yahoo.com/group/ambiens . plavix , [url= http://uk.groups.yahoo.com/group/plavix1 ] plavix [/url] , plavix http://uk.groups.yahoo.com/group/plavix1 . tylenol with codeine , [url= http://uk.groups.yahoo.com/group/tylenol ] tylenol with codeine [/url] , tylenol with codeine http://uk.groups.yahoo.com/group/tylenol . tramadol sale , [url= http://uk.groups.yahoo.com/group/tramadolius ] tramadol sale [/url] , tramadol sale http://uk.groups.yahoo.com/group/tramadolius . buy zithromax , [url=http://uk.groups.yahoo.com/group/zith] buy zithromax[/url] , buy zithromax http://uk.groups.yahoo.com/group/zith . order meridia online , [url= http://uk.groups.yahoo.com/group/thereis ] order meridia online [/url] , order meridia online http://uk.groups.yahoo.com/group/thereis . buy augmentin online , [url= http://uk.groups.yahoo.com/group/augmentiin ] buy augmentin online [/url] , buy augmentin online http://uk.groups.yahoo.com/group/augmentiin . silagra , [url= http://uk.groups.yahoo.com/group/silagras ] silagra [/url] , silagra http://uk.groups.yahoo.com/group/silagras . buy prednisone , [url= http://uk.groups.yahoo.com/group/prednisones ] buy prednisone [/url] , buy prednisone http://uk.groups.yahoo.com/group/prednisones . cialis soft tab , [url= http://uk.groups.yahoo.com/group/softabs ] cialis soft tab [/url] , cialis soft tab http://uk.groups.yahoo.com/group/softabs . cheap diflucan , [url= http://uk.groups.yahoo.com/group/Cheap_Diflucan ] cheap diflucan [/url] , cheap diflucan http://uk.groups.yahoo.com/group/Cheap_Diflucan .

posted by Ralf, *October 6, 2007*

**my name is zet**

Google

posted by tpfkm, *September 28, 2007*

See all comments

Post a comment



Hassan Daioleslam                                                    in search of truth

## Ray Takeyh and the Council on Foreign Relations

Home | فارسی

**Hassan Daioleslam**                                               August 23, 2007
**Intellectual Conservative**

Hassan Daioleslam's

- Biography
- Articles
- Interviews
- Journal

Guest Articles

Archives

Links

Contact

### Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers

*Foreword: The policy of United States on Iran over the past decade has been amalgamated with confusion and shortsightedness. This is not accidental. A key factor in shaping this policy has been a disinformation campaign by the pro-Iranian circles. A leading champion of this propaganda crusade is the Council for Foreign Relations (CFR) and Dr. Ray Takeyh. Dr. Takeyh is a senior fellow at CFR and has testified frequently at various congressional committees and has appeared in numerous media venues. Takeyh until early 2000s was an ardent opponent of engagement with Iran but surprisingly became a strong advocate of rapprochement policy. As a leading figure of the pro-Iranian regime circles in the US, Dr. Takeyh has systematically and with no accountability distorted the reality of the Iranian political situation. He has selectively changed the facts and fabricated new ones. Along with acquaintances and peers such as his wife Susan Maloney (who until a short while ago held the important position of Iran policy planner staff in the State Department[1, 2]) and Richard Haas the president of the CFR, has influenced the United States policy on Iran.*

*This article is not a crusade against one person. As the toll of this political disorientation has been heavy and will continue to be heavy, a detailed study of Takeyh's standpoint is warranted. Through understanding Takeyh, we better understand pro-Iran campaigners in the United States. We have been very careful not to take quotes out of context. Nevertheless, we urge the readers to refer to the original articles and read them for themselves. The common trend of synchronized disinformation campaign is shockingly apparent.*

#### Background

In a recent article I wrote about NIAC (National Iranian American Council) and its front man Trita Parsi [3, 4]. This organization, with strong connections to the inner circles of power in Tehran, and interest groups outside Iran has the specific role of lobbying the US Congress by utilizing unwary ordinary Iranian Americans concerned about their inborn land. But the pro-Iran's campaign in the US has several other mediums. Parallel to NIAC, an army of "scholars" and "experts" have been assembled to disseminate seemingly 'authoritative' reports friendly to Tehran's strategies and instrumental in solving Iranian regime's predicament of the day. Due to the scholarly disguised nature of these opinions, they have been very effective in shaping and manipulating the United States policy on Iran.

Dr Takeyh's writings are the prime example of pro-Iran cerebral advocacy. Through studying Takeyh's works, we demonstrate how the pro-Iranian circles advance their campaign in the United States. The tactic for CFR and Dr. Takeyh is to fuel a permanent hope that the Iranian power structure is experiencing a self-transformation to a more pragmatic regime that will eventually accommodate international norms. For these pro-Tehran champions, whatever happens in Iran, there would be a pragmatic faction ready to have a deal with the U.S!

Some of the main points that these think tankers have tried hard to promote, in a nut shell, are: Iran's foreign policy, has never been ideological and antagonistic; it has always been pragmatic! Iran does not present any threat to the United States security and the regional stability! All US has to do is to offer more carrots to the Iranian regime to have them behave in a friendlier manner! Iranian intervention in Iraq is peaceful and aims to bring democracy and stability to this country and hence it is in total convergence with American goals! On the nuclear issue, Iran is merely reacting to the US and Israeli threats.

#### 2000-2001: Takeyh was zealously against engagement with Mullahs

Prior to joining the pro-Iranian circles and CFR, Takeyh presented a totally different view of the Iranian regime. Even under Khatami's rule and the peak of power of the reformist circles in Iran, Takeyh was adamantly against rapprochement based strategies towards Iran. He totally denied the concept of "moderates" in Tehran. In April 2000, in an article titled *"Pragmatic theocracy: A contradiction in terms?"* ridiculing the pro engagement circles, Takeyh wrote:

*" ... And this is where a strategy of accommodation falters. For no degree of internal liberalization is likely to alter this fundamental clash of interests. Khatemi may have discarded the Khomeini regime's intemperate rhetoric and inflammatory strategy, but he has remained loyal to its hegemonic aspirations. A more pragmatic Iran, then, is likely to offer the United States only slightly less of a challenge than its revolutionary opposition movement claiming that only a return to religious values can fulfill the masses' demands for economic and political regeneration." [5]*

**PLAINTIFF'S EXHIBIT**
**5**
tabbies

At that time, Takeyh was categorically against any carrots given to the Iranian regime. He advised the United States to maintain a harsh stance against the clerical rule which according to him *"is relentlessly complotting against the United States"*:

*"If Washington wants Tehran to conform to international rules of conduct, it will have to maintain a robust regional presence and conduct a determined effort against Iran's terrorism and efforts to acquire weapons of mass destruction. ... If the U.S. is not prepared to allow Iranian hegemony over much of the Middle East, U.S.-Iranian relations will continue to be marked by confrontation, even when both states appear to share certain interests. In essence, the Clinton-Albright approach - offering concessions as a means of generating dialogue - failed to appreciate that the U.S. and Iran simply have different plans for the region".* [6]

### 2002: Takeyh was Pro-war with Iraq

There is a perception that these pro-Iran circles are genuinely peace-loving scholars that are trying to avoid another war. Nothing could be farther from truth. The action item of the day for these scholars has always been coordination with Tehran's wishes. Parallel to the efforts of Iran's proxies such as Ahmad Chalaby in beating the drum of war, or Bob Ney's charade of "freedom fries", Takeyh and many other scholars advocated regime change in Iraq as a tradition of spreading freedom. At the onset of US conflict in Iraq in 2002, Takeyh wrote:

*"Beginning with Thomas Jefferson's call for "empire of liberties," American statesmen have long propounded a vision of a global civilization predicated on liberal democracy and market economics. .... In contrast to the European focus on the external behavior of states as opposed to their internal composition, American internationalists have long argued that the domestic character of a state is the most predictable barometer of its external conduct. U.S. President George W. Bush's emphasis on regime change and the promotion of democracy as the primary mean s of ensuring American security, at the expense of deterrence, containment, and the balance of power, is well in keeping with that outlook."* [7]

Then, Takeyh started a new career with the pro-Iranian regime circles and experienced a sudden intellectual enlightenment that turned him to a resolute and tenacious advocate of engagement.

### Best Time for a Deal

A common goal for the Iranian regime and the US business interests that support the pro-Iranian lobby, has always been to avoid harsh and coercive measures against the clerical rule. In order to justify this approach, they have publicized the idea that the regime in Tehran is at all times ready to talk and make a deal with the United States.

Regardless of the time, situation or who is in power in Iran, Takeyh and cohorts maintained that it is a unique time to deal with Iran. Followings are a few such sample declarations over the years.

*2000 (Khatami's presidency and peak of the power of reformists):* *"We get a better deal on all issues of concern, the holy trinity - weapons, terrorism, and Israel - from the reformers, who are more pragmatists than the hard-liners."* [8]

*2002:* *"This time, with public opinion in favor of reaching out to Washington, Iranian political groups of all complexion are loath to let the opportunity pass."* [9]

*2004 (Defeat of reformers and rise of radical faction):* *"The recent demise of the reform movement has facilitated the ascendance of pragmatic conservatives willing to have a far-reaching dialogue with the United States. At a time when the challenge of Iran seems most acute, the prospect of Tehran accommodating Washington has never been greater."* [10]

*2004:* *"For the first time in more than 20 years, the United States has the opportunity to deal with rational, pragmatic interlocutors who, by virtue of their standing in the government, are in a position to negotiate. It is an opportunity that should not be squandered."* [11]

*2005 (The radical fundamentalists gain power. Ahmadinejad is elected as the president):* *"Despite the election of a hard-line government in Iran, the time surprisingly might be ripe for a deal."* [12]

*2007:* *"In Iran today the idea of negotiating with the United States as late as 1999, 2001, was a contentious issue. Now there is a consensus in Iran, across political spectrum, blessed by the supreme leader, that Iran is willing to negotiate with the United States."* [13]

It is interesting to see how under very different situations, and cast of characters in power in Iran, Takeyh manages to arrive at the same conclusion. In order to justify these declarations, Takeyh and other pro-ayatollahs analysts have continiously misrepresented the realities of power structure in Iran. To convince the decision makes in the US to engage Iran and avoid harsh policies against the ayatollahs, Ray Takeyh and friends had to ascertain that a pragmatic faction in Tehran controls the situation. To do so, these scholars have demonstrated a very creative imagination.

Let's focus on the last ten years and examine the events in Iran and the corresponding proclamations of CFR and Takeyh.

### 1997-2004: Reform is concretely irreversible

The victory of Mohammad Khatami in the presidential election of 1997, created an ideal political environment for the American business interests to embark on a new aggressive lobby against the economic sanctions

imposed on Iran. The anti-sanctions drive was initiated by the National Foreign Trade Council (NFTC). In early 1997, the USA*Engage, NFTC's lobbying arm, officially started its activities.

Armed with such an impressive armada, the pro-engagement circles tried to represent the reformer's victory as rock solid and irreversible, hence a unique opportunity for the United States to change its policy toward Iran.

Robin Wright wrote:

*"The (2000 parliamentary) election may also have marked the onset of recovery - a revolution's third and final phase".[14]*

*"The impact of political change in Iran could be sweeping for the more than 50 nations of the Islamic world."[15]*

*"Like the world around it, Iran is still undergoing a profound transformation... Gradually, the government of God is being forced to cede to secular statecraft -- and to empower Iranians. In the process, Iran has begun contributing to the spread of public empowerment around the world."[16]*

Suzanne Maloney was also very clear on the irreversibility of the reform movement:

*"For the foreseeable future, then, the Islamic Republic will continue to be buffeted by the forces of divisiveness and unresolved questions of authority. Nonetheless, the February elections provide powerful evidence that the system is evolving in an irreversibly democratic fashion". [17]*

Takeyh was even more affirmative, He wrote:

*"The next institution that is likely to fall in the hands of the reformers is the judiciary... The anticipated reform of the court system will further diminish the conservatives' power base...In the coming decade it is likely that the position of the leader will undergo transformations as its absolutism is widely challenged within both clerical and secular circles."[18]*

*"Despite sporadic setbacks, Khatami and his reform supporters are forging new paths and transforming politics into a meaningful representative practice ... A politicized middle class, restive youth and an emboldened civil society make the recession of conservative power inevitable." [19]*

Takeyh, like Robin Wright was asserting that the reform movement is the Iranian regime's last chance of survival.

*"Should the hardliners succeed in completely obstructing reform, Iran may not see a revolution similar to the 1979 mass uprising, but rather a state that increasingly resembles the Soviet Union of the 1970s." [20]*

Then, in 2001, Takeyh again asserted that the reformists are Iran's last chance of survival:

*"In fact, for Iran to avoid collapsing into civil strife it must adopt some basic secular tenets. Whatever direction the country takes, this much is at least evident: Khomeini failed to establish a durable Islamic polity in Iran, and the clerics are ruling on borrowed time.[21]*

Takeyh emphasized the unique opportunity for the US to engage the Iranian regime and warned that if the reform movement is defeated, the US should adopt a new policy:

*" I think, should there be - and I don't anticipate that - there's sort of a conservative backlash and takeover of power in Iran, U.S. policy toward Iran is going to be measurably altered, and if it's not altered, that's malpractice." [22]*

### 2004: CFR and Takeyh masked the rise of Ahmadinejad's faction

In July 2004, the Council on Foreign Relations released its Task Force Report on Iran. This report urged rapprochement with the Iranian regime, basically the same policy that many such reports had already proposed for the previous seven years. What made this CFR report unique was its analysis of the Iranian power structure after the defeat of reformers in two consecutive elections in 2003 and 2004. In fact, the CFR report was released at a time, when many Iranian analysts qualified as a turning point in the life of the Islamic Republic. Alavi Tabar a prominent commentator in Iran declared:

*"We are actually at a turning point and something fundamental is happening which is the militarization of Iranian politics. The regime's stance on nuclear issue, the affiliation of the new MPs and the positions taken by some of the regime's leader regarding Iraq all are signs of the trend toward the control of power by a mafia kind complex which controls the Guards and the Bassijis."[23]*

The "Rouydad news" considered as the reformers' news website, published a commentary and strongly warned that:

*" The incident of "Imam airport" was a clear indication on the new trend in the power structure. This trend was first demonstrated in the city councils elections and shows a total control of the" Guards". During the parliamentary elections in 2004, the Guards and the Bassijis became very active and a majority of the new deputies came from these institutions and the security forces. The new head of the Iranian TV and Radio is also a former high ranking member of the Guards as it is the case for Ahmadinejad, the new mayor of Tehran. The Guards will pursue this strategy in the next presidential election of 2005 and their candidate is*

Ahmadinejad." [24]

Shargh newspaper, wrote several editorials about the new emerging radical faction. For instance, it clearly reported that:

*"Abadgaran the victorious group in parliamentary election is dominated by these new fundamentalists and as a result, the traditional conservatives are marginalized." [25]*

While a large number of Iranian analysts, political scholars and intellectuals were warning the Iranians and the international community about the rise of this new faction and its dangerous internal and international implications, the CFR task force report not only did not mention anything about this apparent element, it surprisingly discovered an "ascending pragmatic faction" in Iran:

*"Iran is experiencing a gradual process of internal change that will slowly but surely produce a government more responsive toward its citizens' wishes and more responsible in its approach to the international community." (page13 [26])*

*".... the pragmatists who appear to be ascendant in Tehran." (page19 [26])*

*".... Some conservatives appear to favor a 'China model' of reform that maintains political orthodoxy while encouraging market reforms and tolerating expanding civil liberties." (page 15 [26])*

Mr. and Mrs.Takeyh (Susan Maloney) and friends magically discovered a new ascending "pragmatic" faction completely unknown to the Iranian observers inside the country. In 2004 and 2005, Takeyh and his colleagues wrote numerous articles to institute that such pragmatic faction is indeed in command. In an extraordinary article Takeyh brought together all of his untrue conjunctures. This article, jam-packed with fabrications and a clear example of manipulation, was uniquely designed to mislead the US public and decision makers and mask the rise of Ahmadinejad faction.

*"The reality is that the postwar situation in Iraq and the massive projection of U.S. power along Iran's [border] have strengthened the position of a cadre of pragmatic conservatives seeking practical solutions to Iran's increasingly dire predicaments. Under the banner of "new thinking," this group seeks to restructure Iran's domestic priorities and international relations." [27]*

*"Such dire circumstances have facilitated the rise of a pragmatic wing among Iranian conservatives, sometimes known as the new Right. If the reformers are comparable to Gorbachev, the pragmatic conservatives resemble China's Deng Xiaoping: they recognize the need for pragmatic policy adjustments to secure the survival of their regime. Specifically, the "China model" is perceived to include economic reform accompanied by some degree of social liberalization and a pragmatic foreign policy."[27]*

*"This clerical cadre of pragmatic conservatives is grouped around influential former Iranian president Rafsanjani and the outgoing parliamentary speaker Mehdi Karrubi ... The pragmatic conservatives first found a home and a base within the political party Khedmatgozaran-i Sazandegi (Servants of Construction) that was set up in 199..." Ever since the closing years of the Rafsanjani administration (1989-1997), this faction has dominated key regime institutions such as the Expediency Council, which is responsible for mediating conflicts between the Majlis and the Guardian Council and for setting economic policy." [27]*

*"After most reformist candidates were disqualified from the 2004 elections, it has been the pragmatic grouping Abadgaran Iran-e-Islami, that has emerged as the leading faction within the new Majlis... indicating that the pragmatists have a comfortable base within the new legislature. Moreover, a leading figure of the new Right, the secretary of Iran's Supreme National Security Council, Hassan Rouhani, is the presumptive front-runner to succeed Khatami as president when the latter steps down in 2005." [27]*

This article was little more than a manipulation tactic. Even a cursory study of the Iranian press as well as the events in Iran would have pointed out the erroneous claims in the article. The course of events in 2005 proved the complete fallacy of Takeyh's assertions. There was no relation between Rafsanjani and Karroubi. The new parliament, by no means could be presented as a pragmatist assembly. The "Abadgaran" was never a pragmatic group and contrary to Takeyh's claim, the new right, bared no resemblance to Deng Xiaoping. They represent the most radical and fascist part of the regime.

Only one year later, Takeyh argued completely differently and called the new parliament a radical assembly which was against Rafsanjani. [28]

Takeyh's cohort, David L. Phillips from CFR also discovered that the defeat of reformers created a new occasion that never existed before:

*" At least the recent election results will break the log jam; (the eviction of reformers) Tehran will be represented by one unified government that is hopefully more pragmatic and more committed to fulfilling Iran's international obligations."[29]*

Gary Sick, another affiliate of CFR, went even further and completely denied the victory of conservatives. In his interview with the Farsi language radio Farda he declared:

*"The fact that some well-known reformists are no longer in the parliament doesn't mean that the new assembly is conservative. There are many independents and many reformers with the conservative pasts who are present in the new assembly." [30]*

Takeyh and his colleagues were so certain about the ascendance of this pragmatic faction that they advised the U.S. administration to be prepared for a deal in 2005:

*The U.S. should be prepared to take the first steps after the May 2005 Iranian election.... Rafsanjani's cohorts would find intermediaries in either a second-term Bush administration or a Kerry administration who believe that promoting America's interests and America's values require engagement with Iran rather than confrontation. [27]*

As the 2005 election was approaching, Takeyh and CFR, once again switched gears and took a completely opposite position. In the middle of Iran's presidential elections and when it became apparent that Rafsanjani's chances to win are low, in an article titled "The World Should Not Pin Its Hopes on Rafsanjani" in Financial Times he wrote:

*".. in their euphoric embrace of Mr Rafsanjani, the Europeans neglect both Iran's recent history and its political peculiarities ... Contrary to the popular images of Mr. Rafsanjani as the only politician who can transcend Iran's factionalized politics and produce results, his previous tenure as president was far from successful. [Here Takeyh reviews a long list of Rafsanjani's past failures.] .... Moreover, the younger generation of conservatives, many of whom covet the presidency themselves, resent not just Mr. Rafsanjani's pragmatism but also his opportunism in terms of seeking yet another presidential term and thus denying them the opportunity.... In a strange twist, Mr Rafsanjani's candidacy has generated more optimism in western capitals than on Iran's street,". [31]*

It is hard to believe that Takeyh so easily forgot the advice he was giving to the US government to be ready for a deal with Rafsanjani's cohorts in 2005. Once again, in an article for Boston Globe on June 23rd, 2005 he asserted that even in the future there would be no chance for Rafsanjani:

*" However, the facade of elections conceals the remarkable changes that Iran has undergone in the past few years. In a gradual yet relentless manner, Iran's supreme leader, Ayatollah Ali Khamenei, has consolidated his power over the theocracy..... The February 2004 parliamentary elections that witnessed the triumph of many of these conservatives essentially completed Khamenei's political hegemony..... the future of Iran belongs not to the aging mullahs who were present at the creation of the revolution, but to Khamenei and his youthful, reactionary loyalists." [32]*

## 2005- Ahmadinejad's foreign policy is pragmatist

After Ahmadinejad won presidential elections in Iran, once again, Takeyh and friends changed tones. Takyeh wrote an extraordinary article in which he tried to camouflage Ahmadinejad's threat which was already felt around the world. He wrote in Christian Science Monitor; *"Why Iran isn't a global threat"*

*"...Although the assertive nationalists (new appellation for fascism) who have taken command of Iran's executive branch have dispensed with their predecessor's "dialogue of civilizations" rhetoric, and display a marked indifference to reestablishment of relations with America, they are loath to jeopardize the successful multilateral détente that was the singular achievement of the reformist era.*

*The days when Iran sought to undermine established authority in the name of Islamic salvation are over. Grand Ayatollah Ruhollah Khomeini's disciples have long abandoned the mission of exporting the revolution, supplanting it with conventional measures of the national interest.*

*Despite the chorus of concern, Iran's new president has demonstrated no interest in substantially altering the contours of Iran's international policy - nor has the country's ultimate authority, the Supreme Leader. ... But the notion that Iran's foreign policy is entering a new radical state is yet another misreading of the Islamic Republic and its many paradoxes." [33]*

## Do not lose hope; Rafsanjani could come back to power

Only a few months prior to this, in an attempt to advocate US engagement with Ahmadinejad, Tekeyh had predicted a new irreversible era in the Iranian politics:

*"Irrespective of the verdict of the presidential contest, the future of Iran belongs not to the aging mullahs who were present at the creation of the revolution, but to Khamenei and his youthful, reactionary loyalists." [34]*

But after the world's negative reaction to Ahmadinejad's behavior, Takeyh changed his position again. As if his duty is to sustain a permanent window of hope for the West, he discovered a new solution: Rafsanjani or reformers will come back again. In his testimony before the Senate's Foreign Relations Committee on November 15, 2005 he declared

*"In Iran, however, politics is a shifting landscape. It is not inconceivable that the reformers may stage yet another comeback and reclaim the parliament in the next election. Nor can it be ruled out that Ayatollah Hashemi Rafsanjani or one of his pragmatic protégés will assume the office of the presidency yet again.*

*There are already signs that the clerical system is re-balancing itself and seeking to restraint its impetuous new president. Mahmoud Ahamdinejad's inexperience and ideological stridency has cost Iran dearly... In an unprecedented move, the Supreme Leader Ali Khamenei has empowered Rafsanjani to "supervise" the workings of the office of the presidency, particularly in the realm of foreign affairs. How this latest attempt to curb Ahmadinejad will work in actual reality is hard to tell, but there does appear a determination by the leadership of the state to check his excesses and impose limits on his expansive ideological vision." [35]*

## 2006- a new powerful faction: Realists

A few months later, Takeyh, one more time, changes position and finds a new faction. Now, the "Realists" are the new windows of hope for the West. In his testimony before the Senate Foreign Relations Committee on

September 19, 2006, Takeyh said:

*"The debates are no longer between the pragmatists such as Ayatollah Hashemi Rafsanjani and the more austere reactionary clerics... The current divide in the theocratic regime is between those who press for a revolutionary foreign policy and more tempered realists emphasizing Persian nationalism. This delineation is best exemplified by examining the worldviews of Ahmadinejad and the current head of the Supreme National Security Council, Ali Larijani.*

*Realists: President Ahmadinejad's rhetorical fulminations and presence on the international stage should not obscure the fact that he is not in complete command of Iran's foreign relations. One of the most important actors in Iran today is the powerful Secretary of the Supreme National Security Council, Ali Larijani. As the leader of a new generation of realists that evolved in the intelligence community in the 1990s, this cohort's has predominant influence over the direction of Iran's international relations. Through their presence in key institutions, links with traditional clerical community and intimate ties to the Supreme Leader, the realists chart the course of Iran's foreign policy".[36]*

Only 6 weeks later, Takeyh changed his position one more time. For more than a year he had been arguing that the Iranian leadership and the Supreme Leader are checking Ahmadinejad's power and as a result, the new "realists" charted Iran's foreign policy. Now he admits that the Supreme Leader can not or does not want to control Ahmadinejad. On November 11, 2006, in a roundtable with Pollack, he declared:

*I actually think at this particular point Ahmadinejad is probably the second most important actor in Iran, arguably the most important actor because the supreme leader doesn't have the capability or will or desire to rein him in. He has consolidated his control over all the relevant ministries.....He is probably the most-strongest president Iran has had since the first two, three years of the Rafsanjani presidency between '89 to '92, '93. [37]*

<u>2007: Nationalist Pragmatists are coming!</u>

In yet another stretch of imagination, in Newsweek on Feb.26, 2007, Takeyh announced to the world that the true power holders in Iran are internationally well-behaved pragmatist nationalists:

*"This emerging group looks askance at the strident rhetoric of President Mahmoud Ahmadinejad. Its members tend to stress Iranian nationalism over Islamic identity, and pragmatism over ideology. .... Over the past two years, members of this pragmatic faction have risen to influence within the highest ranks of government, the intelligence community and the military.... these men are trying to wrest control of Iran's international relations from the most militant old-guard mullahs."[38]*

<u>Conclusion</u>

As we have seen through a sample collection of Takeyh's writings and proclamations, he has constantly insisted that the Iranian regime has always been ready to reach out to Washington. Regardless of who has been in power in Iran, Takeyh has claimed that pragmatists are in control of the foreign policy. The policy recommendation, based on such imagination stretching declarations is clear: *"the United States would do better to shelve its containment strategy and embark on a policy of unconditional dialogue and sanctions relief."[39]*

The same advice is naturally offered in the nuclear confrontation with Tehran's ayatollahs: *"U.S. Can Only Stop Iranian Nuclear Program by Offering Broad Concessions . "[40]*

<u>References</u>

1.      *http://www.brook.edu/scholars/smaloney.htm.*

2.      Kenneth Timmerman, *Iran: The Threat We Cannot Neglect: Part II*: http://www.frontpagemag.com/articles/readarticle.asp?ID=18932&p=1.

3.      Daioleslam, H., *Ayatollahs' Lobby In Washington Offering Human Rights As A Negotiating Item*: http://www.globalpolitician.com/articledes.asp?ID=3130&cid=2&sid=4.

4.      Daioleslam, H., *Iran's Oil Mafia*: http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=27787.

5.      Takeyh, R., *Pragmatic theocracy: A contradiction in terms?* in *National Interest*. April 1, 2000.

6.      Takeyh, R., *National Review*, Nov. 5th, 2001.

7.      Takeyh, R., *A 'New' Security Agenda Revives Old Traditions*, in *Wall Street Journal Europe*. October 9, 2002.

8.      Takeyh, R., in *Middle East Policy Council*. December 12th, 2000.

9.      Takeyh, R., in *Financial Times*. November 4, 2002.

10.     Takeyh, R., in *International Herald Tribune*. August 24, 2004.

11.     Takeyh, R., in *Washington Quarterly*. Autumn 2004.

12.     Feinstein, L. and R. Takeyh, in *The Baltimore Sun*. September 26, 2005.

13.     Takeyh, R., in *a speech*. February 22, 2007.

14.    Wright, R., *The Last Great Revolution*. The Journal of The International Institute (http://www.umich.edu/~iinet/journal/vol8no1/Wright.htm).

15.    Wright, R., *Iran Now a Hotbed of Islamic Reforms*, in *Los Angeles Times*. December 29, 2000.

16.    Wright, R., *Iran's New Revolution*, in *Foreign Affairs* (http://www.foreignaffairs.org/20000101faessay10/robin-wright/iran-s-new-revolution.html). January/February 2000.

17.    Maloney, S., in *Middle East Policy*. June 2000.

18.    Takeyh, R., in *Middle East Policy Journal*. November 2000.

19.    Takeyh, R., in *Middle East Policy Journal*. 11.2000 Number 4.

20.    Takeyh, R., *Iran in the Axis of Evil*, in *Updates from AIJAC*. February 15, 2001.

21.    Takeyh, R., in *The National Interest*, AIJAC. No. 63, Spring 2001.

22.    Takeyh, R., in *Middle East policy council*. December 12th, 2000.

23.    Alavi-Tabar, in *Rouydad*. May 1st, 2004.

24.    in *Rouydad*. May 10th, 2004.

25.    in *Shargh*. April 9, 2004.

26.    *Iran:Time for a New Approach*. Report of an Independent Task Force Sponsored by the Council on Foreign Relations, Zbigniew Brzezinski and Robert M. Gates,

Co-Chairs, Suzanne Maloney, Project Director, http://www.cfr.org/content/publications/attachments/Iran_TF.pdf.

27.    Takeyh, R. and N. Gvosdev, *Pragmatism in the Midst of Iranian Turmoil*, in *The Washington Quarterly* (http://www.twq.com/04autumn/docs/04autumn_takeyh-gvosdev.pdf). Autumn 2004.

28.    in *The Boston Globe*. June 23, 2005.

29.    Phillips, D., *Pragmatism Needed in US-Iran Relations*, in *The Boston Globe*. March 7, 2004.

30.    Sick, G., *Interview with Radio Farda*. 18.2.2004.

31.    Takeyh, R., *The World Should Not Pin Its Hopes on Rafsanjani*, in *Financial Times*. May 25, 2005.

32.    Takeyh, R., *The Triumph of Absolute Rule*, in *The Boston Globe*. June 23, 2005.

33.    Takeyh, R., *Why Iran isn't a global threat*, in *Christian science Monitor*. Sep. 29th, 2005.

34.    Takeyh, R., *The Triumph of Absolute Rule*, in *The Boston Globe*. June 23, 2005.

35.    Takyeh, R., http://hsgac.senate.gov/_files/111505Takeyh.pdf.

36.    Takeyh, R., *Testimony before the Senate Foreign Relations Committee*. September 19, 2006.

37.    *Takeyh and Pollack roundtable at CFR*. November 1st, 2006.

38.    Takeyh, R., in http://www.msnbc.msn.com/id/17202829/site/newsweek/. Feb.26, 2007.

39.    Takeyh, R. and V. Nasr, in *Washington Post*. Februray 8, 2007.

40.    Takeyh, R., *interview with CFR*. April 13, 2006.

About the author: *Hassan Daioleslam is an independent writer and Iran Analyst. He is well published and has appeared as an expert guest in the Voice of America-TV as well as other Persian media. Daioleslam has three decades of history of political activism and political scholarly analysis.*

**Recent user comments**

See all comments

Post a comment

**Hassan Daioleslam**                                    in search of truth

Home | فارسی     ### The Iranian Regime's Lobby in US and the Israeli Decoy

**Hassan Daioleslam's**
- Biography
- Articles
- Interviews
- Journal

Guest Articles

Archives

Links

Contact

**Hassan Daioleslam**                                    October 18, 2007
American Thinker

The Iranian Regime's Lobby in US and the Israeli Decoy

Published by: American Thinker

President Mahmoud Ahmadinejad, addressing the Qods Day (Jerusalem Day) celebration, which was commemorated on October 5 in Iran, suggested the settlement of Israeli Jews in big lands like Alaska or Canada. Evidently, the more the Iranian regime is confronted with international pressure over its nuclear program or meddling in Iraqi affairs, the more inflammatory its anti-Israeli rhetoric becomes.

Tehran's theocratic dictators have several motives for their persistent threats against Israel, least of which is concern for Palestinians. As part of their fundamentalist expansionist ideology, the Iranian regime wishes to present itself as the leader of the Islamic world and Middle East. Therefore, clerics capitalize on regional, nationalistic, and religious sentiments. Iran also uses Israel alongside the United States as a scarecrow to justify its ill intentions behind meddling in neighboring countries. Internally, Iran uses Israel and the US as a decoy to distract attention from the widespread poverty and suppression, while expending huge sums for armed forces to maintain its grip on dictatorship.

*"The Iranian regime has always tried to frame its confrontation with International community and its own people, as a battle between Iran and Israel"*. This strategic campaign is the most visible in the US where Mullahs' advocacy organizations have followed suit and repeated the same arguments, of course dressed up to fit within the boundaries of local laws and customs .

#### The Iranian lobby in US

In 1999, Trita Parsi, a young Iranian-Swedish living in Stockholm and Siamak Namazi, residing in Tehran, wrote a joint paper entitled *"Iranian-Americans: The bridge between two nations"* at a conference organized by the Iranian regime in Cypress.[1] The authors argued, "An Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). In this paper, Parsi and Namazi demonstrated an astonishing level of knowledge about how this organization functions. They proposed a roadmap for mimicking AIPAC in order to establish an Iranian Lobby in the US.

Namazi is a member of Iranian regime's inner circle and his firm is in tight cooperation with the government, especially within the oil sector.[2]

Both Parsi and Namazi have been involved in reciting Tehran's anti-Israeli propaganda abroad, toned down of course for obvious cultural and legal reasons. In his first political statement in 1997, Parsi pointed to AIPAC as one of the main reasons for the US sanctions and animosities towards Iran.[3] Similarly, his partner Siamak Namazi wrote a paper in 1998 and appealed to the Iranian Diaspora to create a lobby in the US. He wrote:[4]

"We need to get involved and for the time being the government in Iran is even encouraging such a development, albeit not always harmoniously... I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda."

Two years after their Iran lobby roadmap paper, Parsi came to the US and became congressman Bob Ney's assistant. In April 2002, assisted by Ney and two Washington lobbyists, he founded the National Iranian American Council (NIAC).[2] Ney, a former congressman from Ohio, is currently serving prison time. His indictment was partly related to his affair with two international arms dealers hired by the Iranian regime.[5]

On several occasions, the Iranian authorities have publicly portrayed NIAC as the Iranian regime's lobby in US. For example, on December 28, 2006 the state-run newspaper, *Aftab*, in Iran published an interview with Parsi. In his introduction, the editor underlined the role of Parsi's lobby on behalf of the Iranian regime. Next to Parsi's

PLAINTIFF'S
EXHIBIT
6


photo, the article's title is indeed telling: *The Iranian Lobby Becomes Active.* [6]

On September 19, 2006, the head of the Iran Interest section in Washington, Ambassador Faramarze Fathnejad thrilled about Parsi's efforts underlined "the importance of relationship between the Iranian regime and Iranian-American organizations in the U.S. He especially pointed to "NIAC and its young leader who is a consultant to CNN and has been very successful in his activities". [7]

Sadegh Kharazi, the senior Iranian diplomat under Rafsanjani and Khatami, conducted the pro-Iranian regime's activities in US for six years (1989-1995). Kharazi was the man behind the 2003 grand bargain initiative; he gave a very interesting interview to *Shargh* newspaper on May 28, 2006.

During the interview, he clearly admitted the existence of an Iranian lobby and urged the authorities to support this lobby more actively. He pointed to Parsi's nationalistic efforts in the US and explained that the Iranian lobby in US should remain non-governmental. "The authorities should help and direct this lobby," Kharazi urged.

### Israel depicted as a burden on US

Similar to the Iranian regime's goal of putting Israel at the center of its foreign policy, its advocacy organizations have also concentrated their efforts on Israel. It is not accidental that Parsi's doctoral thesis and his only book are focused on the "Israeli problem." [8]

The Iranian lobby's campaign line is simple and efficient; Iran has always been ready to reach an agreement with the US, and the US according to Parsi "has refused to start a dialogue with Iran for the past 26 years." [9]. The reason behind US hostilities and refusal to engage Iran, they say, is Israel and such policy contradicts American interests.

This simple approach has been dominant in Parsi's campaign for the past ten years. His first major endeavor was assisting his boss, Bob Ney, in preventing the renewal of ILSA (Iran Libya Sanctions Act) by congress in 2001. The ILSA entailed economic sanctions against Iran. Despite a large-scale campaign by the pro-Iranian regime lobby and advocacy machinery in the US, including the efforts of the powerful USA*Engage, the act was passed overwhelmingly.

Ney harshly criticized the US administration for the failure of opening up the dialogue with the Iranian regime and blamed Israel: [10]

"I serve this country and no other. So, therefore, if another country does not like Iran, it doesn't mean that we don't talk to Iran. I'm very tired of hearing Iran doesn't get along with this country or that country. We know that. We don't particularly get along with Iran. But I don't want to hear from other countries dictating our policy of who we deal with."

Parsi was even more explicit and blamed the passage of ILSA on Israel alone. For Parsi, AIPAC had forced the lawmakers to vote against American interests: [11]

"In the Senate, the vote was 96 in favor and only two against. In the House, 409 Congressmen favored an extension whereas six opposed it; but these numbers neither reflect the mood in Congress nor the difficulties the Israeli lobby had to overcome in order to force Congress to pursue a policy that contradicts US interest."

Parsi's "blame Israel" attitude found fertile ground in 2006 when the Iranian nuclear program became the center of international attention. For Parsi, this "sudden and unjustified" world focus on Iran should be blamed on Israel. He wrote in 2006: [12]

"For more than 14 years, Israel has been the primary force countering Iran's nuclear advances. Though Israel presents the prospect of a nuclear Iran as a global rather than an Israeli problem, it has compelled Washington to adopt its own red lines and not those of the non-proliferation treaty (NPT)...Under these circumstances, US-Iran negotiations could damage Israel's strategic standing, since common interests shared by Iran and the US would overshadow Israel's concerns with Tehran and leave Israel alone in facing its Iranian rival....Israel is playing hardball to prevent Washington from cutting a deal with Tehran that could benefit America, but deprive Israel of its military and strategic supremacy."

For Parsi, it was not only the US attitude towards the Iranian nuclear issue that had been dictated by Israel, but also the international community's decision to refer the Iranian file to the UN: [13]

"With the issue of Iran's nuclear program being taken up by the U.N. Security Council, Israel's hawkish policy and AIPAC's support for Bush administration hard-liners would appear to be paying dividends."

The Israeli attitude, according to Parsi, is not limited to the nuclear issue and is a consistent policy: [13]

"From the early 1990s, Israel consistently failed to appreciate the opportunity American-Iranian negotiations could provide in alleviating the Iranian threat to the Jewish state. Rather, Israel saw such dialogue as a greater danger than Iran's anti-Israeli activities, fearing that Washington would betray Israeli security interests once faced with the opportunity to make up with Tehran."

Parsi even goes as far as blaming Israel for Tehran's support of the Palestinian factions to terminate the peace process: [13]

"In late 1992, the Rabin-Peres government broke with the "periphery doctrine" that had long guided Israeli

foreign policy... and began depicting Iran as a global and existential threat, in the hope that the West would come down hard on Tehran... But rather than winning the attention of the West, Israel only made itself shine brighter on the Iranian radar, prompting Tehran to significantly toughen its stance on Israel and patch up its ideological differences with Palestinian Sunni-Islamist groups."

The Mullahs's campaign to single out Israel also has been the primary goal of Parsi's sister organization, "The Campaign Against Sanctions and Military Intervention in Iran" (CASMII) which was created in 2006. [14]

CASMII in the US primarily consisted of Parsi's circle. Six founding members of its board and advisory (the majority at that time) belonged to NIAC and Parsi's inner circle. [15] Alex Patico, the US coordinator of CASMII, is also listed as one of NIAC's founders and its treasurer. [16] Indeed, CASMII is NIAC's offspring and they work closely together. [17-19]

In order to single out Israel, CASMII's web site is regularly posting news and articles about the Israeli plan to attack Iran. These articles aim to maintain an atmosphere of permanent Israeli threat against Iran and to convince the public that the real factor to keep the heat on the Iranian nuclear issue is Israel. The essence of these weekly articles is very clear in their titles:

"An American strike on Iran is essential for our existence": AIPAC demands "action" on Iran"

"Bomb Iran: For Israel and America!"

"Israel losing patience for Iran talks"

"Israel to ready public for 'all-out war'"

"Missile Raid Would Hit Iran Nuclear Plans: Olmert"

"Revealed: Israel plans nuclear strike on Iran"

"Are We Still Going to Support Israel If They Use Nuclear Weapons?"

One of the best examples of the Iranian regime's campaign could be seen in former UN inspector Scott Ritter's activities. He visited Iran in 2006 and wrote a book titled: "Target Iran" in which he totally defended the Iranian regime's position point after point. He recently summarized his book in an article titled: "The Big Lie: 'Iran Is a Threat" which was published by CASMII on October 9, 2007: "A careful fact-based assessment of Iran clearly demonstrates that it poses no threat to the legitimate national security interests of the United States," he wrote.

Similiar to Trita Parsi, Ritter has been putting the blame of US-Iranian impasse on Israel. In a October 11, 2007 article published by CASMII, he wrote: [20]

A major impetus behind this trend towards rhetorically-based negativism regarding Iran is the influence exerted on the US national security decision making process by the government of Israel, and those elements within the United States, both governmental and non-governmental, which lobby on behalf of Israel.

Since 2004 Israel has been successful in pressuring American policy positions vis-à-vis Iran to more closely model the positions taken by Israel, up to and including a characterization of Iran as a nation pursuing nuclear weapons ambitions, operating as a state sponsor of terror, and possessing a government which is fundamentally incompatible with regional and global peace and security.

In his interview with Seymour Hersh on the TV news show "Democracy Now", on December 21st, 2006 he declared: [21]

"Israel now complicates America's overall policy posture vis-à-vis the Middle East, because now it becomes very difficult to treat the Palestinian situation in isolation. It becomes very difficult to treat the Hezbollah situation in isolation or to treat Iran in isolation. Israel has lumped it all together, because they know how to play the American political game, I think, better than we know how to play the American political game. So this is about domestic politics trumping intelligence and sound analytical processes."

Then, he went through a long list of Israeli activities against the Iranian regime including covert actions inside Iran, using opposition groups, unfairly accusing Iran, etc. Then, Hersh asked him why the US media does not echo Ritter's preoccupations. He replied:

"One of the big problems is -- and here goes the grenade -- Israel. The second you mention the word "Israel," the nation Israel, the concept Israel, many in the American press become very defensive. We're not allowed to be highly critical of the state of Israel. And the other thing we're not allowed to do is discuss the notion that Israel and the notion of Israeli interests may in fact be dictating what America is doing, that what we're doing in

the Middle East may not be to the benefit of America's national security, but to Israel's national security. But, see, we don't want to talk about that, because one of the great success stories out there is the pro-Israeli lobby that has successfully enabled themselves to blend the two together, so that when we speak of Israeli interests, they say, "No, we're speaking of American interests."

It's interesting that AIPAC and other elements of the Israeli lobby don't have to register as agents of a foreign government. It would be nice if they did, because then we'd know when they're advocating on behalf of Israel or they're advocating on behalf of the United States of America.

Then, after clearing up the Iranian regime's reputation and putting the blame on Israel, Ritter turned to another US problem:

"As an American, I will tell you, Hezbollah does not threaten the national security of the United States of America one iota. So we should not be talking about using American military forces to deal with the Hezbollah issue. That is an Israeli problem. And yet, you'll see the *New York Times*, the *Washington Post* and other media outlets confusing the issue. They want us to believe that Hezbollah is an American problem. It isn't, ladies and gentleman. Hezbollah was created three years after Israel invaded Lebanon, not three years after the United States invaded Lebanon. And Hezbollah's sole purpose was to liberate southern Lebanon from Israeli occupation. I'm not here to condone or sing high praises in virtue for Hezbollah. But I'm here to tell you right now, Hezbollah is not a terrorist organization that threatens the security of the United States of America."

The long and relentless efforts of the Iranian regime to put the blame on Israel and portray the clerical rule as an innocent, non-ideological regime which only pursues the national interests of Iranian people has however been confronted with a few hurdles.

Turning Tehran into an international gathering point for Neo-Nazis and various racist and fascist elements from around the world, contradicts the image of an Iranian regime as a victim. Here too, the intellectual imagination of Parsi's circle has been admirable.

After Ahmadinejad's famous declaration of wiping the Israel off the map, a large-scale campaign was orchestrated to argue that the peaceful president was mistranslated. [22] Strangely, the suitable translator was in Tehran. He was Siamak Namazi, the same who in 1999 along with Parsi wrote the roadmap for the Iranian lobby in the US. [23]

As the Iranian regime is coming under increasing pressure from the world to curb its desire for regional hegemony, Tehran's mullahs will intensify their harsh words for Israel. We should expect that their advocates in the US follow suit and elevate their anti-Israeli rhetoric as well.

Notes:

1.    Iranian-Americans: A bridge between two nations:
http://www.geocities.com/tritaparsi/iranamericans.PDF

2.    See: "Iran's oil Mafia" at: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran☐☐s-oil-mafia-penetrating-the-us-political-system/#comments

3.    Parsi's first organization, "Iranians for international cooperation":
http://www.geocities.com/CapitolHill/Lobby/3725/trita.html

4.    Siamak Namazi, "If Mehdi doesn't come" at:
http://www.iranian.com/SiamakNamazi/Nov98/Reform/index.html

5.    http://www.usdoj.gov/opa/pr/2007/January/07_crm_027.html

6.    http://www.aftabnews.ir/vdccpoq2biqpp.html

7.    http://www.topiranian.com/ngo/archives/009103.html

8.    http://www.sourcewatch.org/index.php?title=Trita_Parsi

9.    Statement signed by Parsi and several anti-war groups at:
http://www.downsizedc.org/blog/2007/mar/08/no_war_with_iran_coalition

10.    Ney's speech, AIC, 2001 http://www.american-iranian.org/pubs/articles/Bob%20Ney%20speech.pdf

11.    Parsi's organization, "Iranians for international cooperation" :
http://www.payvand.com/news/01/jul/1161.html

12.    Parsi: "A challenge to Israel's strategic primacy" at: http://www.bitterlemons-international.org/inside.php?id=468

13.    Parsi: A modus vivendi between Jerusalem and Tehran" at: http://www.forward.com/articles/a-modus-vivendi-between-jerusalem-and-tehran/

14.    CASMII's web site is illustrative of its relation with Iranian regime:
http://www.campaigniran.org/casmii/. You can also read my article about NIAC and CASMII's defense of the Iranian regime at: http://www.globalpolitician.com/articledes.asp?ID=3130&cid=2&sid=4

15.     These were M. Ala, S. Mostarshed, A. Patico, M. Navab, J. Fakharzadeh, and D. Pourkessali

16.     http://www.globalexchange.org/getInvolved/speakers/210.html

17.     http://www.niacouncil.org/index.php?option=com_content&task=view&id=647&Itemid=2

18.     http://www.niacouncil.org/index.php?option=com_content&task=view&id=683&Itemid=2

19.     http://www.niacouncil.org/index.php?option=com_content&task=view&id=909&Itemid=2

20.     Scott Ritter: "Oil, Israel, and America: The Root Cause of the Crisis" CASMMI, 10.11.2007
http://www.campaigniran.org/casmii/index.php?q=node/3057

21.     http://www.democracynow.org/article.pl?sid=06/12/21/143259

22.     http://www.niacouncil.org/index.php?option=com_content&task=view&id=807&Itemid=2

23.     Lost in translation: Ahmadinejad never said Israel should be wiped off the map: at
http://edstrong.blog-city.com/lost_in_translation_ahmadinejad_never_said_israel_should_be_.htm

---

**Recent user comments**

See all comments

Post a comment