UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | Civil No.: 08 CV 00705 (JDB) |
| vs. ) | Honorable John D. Bates |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant** ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Comes now the defendant, Hassan Daioleslam, through counsel, Jeffrey B. O'Toole, and requests the Court to enlarge the time in which the defendant must file a responsive pleading to the plaintiffs' Complaint to allow the defendant to make such filing on or before June 10, 2008 and in support of this request offers the following:

The plaintiff filed the Complaint in this matter and served the defendant by certified mail on May 1, 2008, making the responsive pleading due on approximately May 20, 2008. The counsel for the plaintiffs' has consented to permit the defendant to reply by June 10, 2008.

WHEREFORE, the defendant respectfully requests that this motion be granted and that the responsive pleading is due by June 10, 2008.

Respectfully submitted,

                    */s/* Jeffrey B. O'Toole_____

Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave., NW, #200
Washington, DC 20036
(202) 775-1550
Counsel for defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of this consent motion for enlargement of time was served upon counsel for the plaintiffs, Afshin Pishevar, on this 19th day of May, 2008 by email and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD, 20852.

                    */s/* Jeffrey B. O'Toole_____

Jeffrey B. O'Toole

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil No.: 08 CV 00705 (JDB) |
| vs. ) | Honorable John D. Bates |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER

This matter comes before the Court on the Consent Motion for Enlargement of Time for Defendant to File Responsive Pleading to the Complaint. Upon consideration of this motion, the record herein and good cause having been found, it is this _____ day of May, 2008

**HEREBY ORDERED** that the motion be **GRANTED;** and it is

**FURTHER ORDERED** that the time for the Defendant to file a responsive pleading to the Plaintiff's Complaint is hereby **ENLARGED** and the new date for the Defendant to reply shall be by June 10, 2008.

_____
Judge John D. Bates

Signed: May \_\_\_\_\_, 2008

Plaintiffs' counsel:
Afshin Pishevar

600 East Jefferson Street Suite 316
Rockville, MD 20852

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036