UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TRITA PARSI, et al,**

    **Plaintiffs,**

    vs.

**DAIOLESLAM SEID HASSAN,**

    **Defendant**

**Civil No.: 08 CV 00705 (JDB)**
**Honorable John D. Bates**

## ORDER

This matter comes before the Court on the Consent Motion for Enlargement of Time for Defendant to File Responsive Pleading to the Complaint. Upon consideration of this motion, the record herein and good cause having been found, it is this _____ day of May, 2008

**HEREBY ORDERED** that the motion be **GRANTED;** and it is

**FURTHER ORDERED** that the time for the Defendant to file a responsive pleading to the Plaintiff's Complaint is hereby **ENLARGED** and the new date for the Defendant to reply shall be by June 10, 2008.

_____
Judge John D. Bates

Signed: May \_\_\_\_\_, 2008

Plaintiffs' counsel:
Afshin Pishevar

600 East Jefferson Street Suite 316
Rockville, MD 20852

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036