UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | **Civil No.: 08 CV 00705 (JDB)** |
| vs. ) | **Honorable Judge John D. Bates** |
| ) | |
| ) | |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| Defendant ) | |
| _____) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Comes now the defendant, Hassan Daioleslam, by and through undersigned counsel, Jeffrey B. O'Toole, and respectfully requests that this Honorable Court enlarge the time in which the Defendant must file a responsive pleading to the Plaintiffs' Complaint in the above captioned matter to allow the Defendant to make such filing on or before June 24, 2008. In support of this Motion, counsel states as follows:

1.  The Plaintiff filed the Complaint in this matter and served the defendant by certified mail on May 1, 2008, making the responsive pleading originally due on approximately May 20, 2008. The Court has granted one extension of time already, giving the Defendant until June 10, 2008 to respond to the Complaint.

2.  Counsel for Defendant will be out of town on June 10, 2008 and due to the press

of business, and intervening unexpected business travel, cannot file prior to leaving the jurisdiction.

3.      Counsel for the Plaintiffs' has consented to permit the defendant to reply by June 24, 2008.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant this motion and that the responsive pleading is due by June 24, 2008.

                                            Respectfully submitted,

                                            /s/ Jeffrey B. O'Toole_____

                                            Jeffrey B. O'Toole
                                            O'Toole, Rothwell, Nassau & Steinbach
                                            1350 Connecticut Ave., NW, #200
                                            Washington, DC 20036
                                            (202) 775-1550
                                            Counsel for defendant

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of this consent motion for enlargement of time was served upon counsel for the plaintiffs, Afshin Pishevar, on this 4$^{th\ day}$ of June, 2008 by email to ap@pishevarlegal.com and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD, 20852.

                                            /s/ Jeffrey B. O'Toole_____

                                            Jeffrey B. O'Toole

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TRITA PARSI, et al,**

    **Plaintiffs,**

        vs.

**DAIOLESLAM SEID HASSAN,**

    **Defendant**

**Civil No.: 08 CV 00705 (JDB)**
**Honorable Judge John D. Bates**

## ORDER

This matter comes before the Court on defendant's Consent Motion For Enlargement Of Time For Defendant To File Responsive Pleading To The Complaint. Upon consideration of the Motion, and the plaintiff's consent thereto, and the entire record, and good cause having been found, it is this_____ day of

    **HEREBY ORDERED** that the motion is **GRANTED;** and it is

    **FURTHER ORDERED** that the defendant shall answer or otherwise respond to the complaint not later than June 24, 2008.

**SO ORDERED.**

_____
**Judge John D. Bates**
District Court for the District of Columbia

Plaintiffs' counsel:
Afshin Pishevar
600 East Jefferson Street Suite 316
Rockville, MD 20852

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036