**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TRITA PARSI, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | **Civil No.: 08 CV 00705 (JDB)** |
| **vs.** | ) | **Honorable Judge John D. Bates** |
| | ) | |
| | ) | |
| | ) | |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**
**FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Comes now the defendant, Hassan Daioleslam, by and through undersigned counsel,

Jeffrey B. O'Toole, and respectfully requests that this Honorable Court enlarge the time in which

the Defendant must file a responsive pleading to the Plaintiffs' Complaint in the above captioned

matter to allow the Defendant to make such filing on or before June 24, 2008. In support of this

Motion, counsel states as follows:

1.      The Plaintiff filed the Complaint in this matter and served the defendant by

certified mail on May 1, 2008, making the responsive pleading originally due on approximately

May 20, 2008.  The Court has granted one extension of time already, giving the Defendant until

June 10, 2008 to respond to the Complaint.

2.      Counsel for Defendant will be out of town on June 10, 2008 and due to the press

of business, and intervening unexpected business travel, cannot file prior to leaving the

jurisdiction.

3.      Counsel for the Plaintiffs' has consented to permit the defendant to reply by June

24, 2008.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant this

motion and that the responsive pleading is due by June 24, 2008.

Respectfully submitted,

*/s/* Jeffrey B. O'Toole_____

Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave., NW, #200
Washington, DC 20036
(202) 775-1550
Counsel for defendant

CERTIFICATE OF SERVICE

This is to certify that a copy of this consent motion for enlargement of time was served upon counsel for the plaintiffs, Afshin Pishevar, on this 4th day of June, 2008 by email to ap@pishevarlegal.com and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD, 20852.

*/s/* Jeffrey B. O'Toole_____

Jeffrey B. O'Toole