UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil No.: 08 CV 00705 (JDB)** |
| vs. ) | **Honorable Judge John D. Bates** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant** ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Comes now the defendant, Hassan Daioleslam, by and through undersigned counsel, Jeffrey B. O'Toole, and respectfully requests that this Honorable Court enlarge the time in which the Defendant must file a responsive pleading to the Plaintiffs' Complaint in the above captioned matter to allow the Defendant to make such filing on or before July 8, 2008. In support of this Motion, counsel states as follows:

1.  The Plaintiff filed the Complaint in this matter and served the defendant by certified mail on May 1, 2008, making the responsive pleading originally due on approximately May 20, 2008. The Court has granted two extensions of time already, giving the Defendant until June 24, 2008 to respond to the Complaint.

2.  Due to the press of business and intervening travel, Counsel for Defendant cannot

file prior to June 24, 2008.

    3.    Counsel for the Plaintiffs has consented to permit the defendant to reply by July 8, 2008.

**WHEREFORE**, the Defendant respectfully requests that this Honorable Court grant this motion and that the responsive pleading is due by July 8, 2008.

                                             Respectfully submitted,

                                             */s/* Jeffrey B. O'Toole_____

                                             Jeffrey B. O'Toole
                                             O'Toole, Rothwell, Nassau & Steinbach
                                             1350 Connecticut Ave., NW, #200
                                             Washington, DC 20036
                                             (202) 775-1550
                                             Counsel for defendant

CERTIFICATE OF SERVICE

    This is to certify that a copy of this consent motion for enlargement of time was served upon counsel for the plaintiffs, Afshin Pishevar, on this 23rd day of June, 2008 by email to ap@pishevarlegal.com and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD, 20852.

                                             */s/* Jeffrey B. O'Toole_____

                                             Jeffrey B. O'Toole

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al,**   )<br>   )<br>   **Plaintiffs,**   )<br>   )<br>   )<br>   vs.   )<br>   )<br>   )<br>   )<br>**DAIOLESLAM SEID HASSAN,**   )<br>   )<br>   **Defendant**   )<br>_____ ) | **Civil No.: 08 CV 00705 (JDB)**<br>**Honorable Judge John D. Bates** |

## **ORDER**

This matter comes before the Court on defendant's Consent Motion For Enlargement Of Time For Defendant To File Responsive Pleading To The Complaint. Upon consideration of the Motion, and the plaintiff's consent thereto, and the entire record, and good cause having been found, it is this ____ day of _____, 2008

**HEREBY ORDERED** that the motion is **GRANTED;** and it is

**FURTHER ORDERED** that the defendant shall answer or otherwise respond to the complaint not later than July 8, 2008.

**SO ORDERED.**

_____
**Judge John D. Bates**
District Court for the District of Columbia

Plaintiffs' counsel:
Afshin Pishevar
600 East Jefferson Street Suite 316
Rockville, MD 20852

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036