## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | **Civil No.: 08 CV 00705 (JDB)** |
| **vs.** ) | **Honorable Judge John D. Bates** |
| ) | |
| ) | |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

### ORDER

This matter comes before the Court on defendant's Consent Motion For Enlargement Of Time For Defendant To File Responsive Pleading To The Complaint. Upon consideration of the Motion, and the plaintiff's consent thereto, and the entire record, and good cause having been found, it is this _____ day of _____, 2008

**HEREBY ORDERED** that the motion is **GRANTED;** and it is

**FURTHER ORDERED** that the defendant shall answer or otherwise respond to the complaint not later than July 8, 2008.

**SO ORDERED.**

_____
**Judge John D. Bates**
District Court for the District of Columbia

Plaintiffs' counsel:
Afshin Pishevar
600 East Jefferson Street Suite 316
Rockville, MD 20852

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036