Case 1:08-cv-00705-JDB   Document 5-2   Filed 07/08/08   Page 1 of 40





EXHIBIT
1

Home

An Iranian American
Voice in Washington DC!

Home ▸ About ▸ Mission and Vision

**NIAC Newsletter**

your email
○ HTML  ● Text
[ Subscribe ]

**Top Stories**

- Background on Persepolis Artifact Case
- Slavin on Iran, Identity, and Influence
- The Impact of Electoral Trends on Iran's Security Policies
- Update: Is a New Congressional Resolution Declaring War with Iran?

**NIAC in the News**

- NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
- NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
- NIAC photo essay in Iranian.com: Good people, good work
- What Do Google and Saddam Have in Common?
- NIAC in the News: Time for a fresh approach with Iran

**US-Iran News**

- Slavin on Iran, Identity, and Influence
- Update: Is a New Congressional Resolution Declaring War with Iran?
- US Conference of Mayors to Consider Iran Resolution
- Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue
- Gallup poll confirms majority of Americans

## MISSION STATEMENT

### Vision

Advancing the interests of the Iranian-American Community

### Mission

- **Advocacy:** We advance the interests of the Iranian American Community on civic, cultural and political issues
- **Education:** We supply the resources, knowledge and tools to enable civic participation and informed decision making.
- **Community Building:** We provide the infrastructure for bridge-building across the network of Iranian American organizations and the peoples of America and Iran

### Core Values

- Integrity We take our responsibility to the Iranian American community seriously. We will stand and defend our principles. Integrity is fundamentally interwoven in our core philosophy, advocacy and actions.
- Pride We celebrate our rich heritage and our contributions to American life to set an example for future Iranian Americans.
- Transparency We are transparent in sharing objectives, sources of funding and positions on issues that count.
- Leadership We lead by example and inspire future leaders by delivering tangible results for our community.

< Prev          Next >

[ Back ]

**Donate to NIAC!**

Enter Amount:
$ 50.00
[ Donate ]

**Join NIAC!**



**NIAC Factbook**



niac FACTBOOK

**Scholarships**

Iranian-American
Scholarships



Case 1:08-cv-00705-JDB    Document 5-2    Filed 07/08/08    Page 2 of 40

_favor diplomacy with Iran_

© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
Tel: 202-386-6325 Fax: 202-386-6409

**NIAC Events**

**US Iran Media**



**Anti-Discrimination**



**IraNexus**



**SBA**



**Irancensus**



**Register to Vote!**






EXHIBIT
2

An Iranian American
Voice in Washington DC!

Home

**NIAC Newsletter**

your email

⦿ HTML  ◯ Text

Subscribe

**Latest News**

↳ Event: NIAC and NAF to Hold US-Iran Conference on Capitol Hill February 14
↳ Lee Introduces Sweeping Iran Diplomacy Bill
↳ Mass Rally in DC Calls for New Strategy in Iraq, No War in Iran
↳ Lantos Call for More Iran Sanctions at Hearing

**Login**

Username:

Password:

☐ Remember me

Login

Lost Password?
No account yet? Register

**Syndicate**



| RSS 0.91 |
| RSS 1.0 |
| RSS 2.0 |
| ATOM 0.3 |
| OPML | SMART!!! |

Home  •  Elected Officials  •  Candidates & Elections  •  Legislation  •  Media Guide

Legislative Alerts and Updates  •  Current Legislation  •  Key Votes  •  Capitol Hill Basics

**Issues and Legislation**

## Current Action Alerts

Congress:
- Tell your representative to say "no" to Iran war resolution

Smart Alert:
- Ask your Senators to support diplomacy with Iran

See All Legislative Alerts and Updates

## Current Legislation

Congress:
- S.1977 'A bill to provide for sustained United States leadership in a cooperative global effort to prevent nuclear terrorism, reduce global nuclear arsenals, stop the spread of nuclear weapons and related material and technology, and support the responsible and peaceful use of nuclear technology.
- S.1752 'A bill to establish the policy of the United States with respect to deployment of missile defense systems capable of defending allies of the United States against ballistic missile attack.
- S.1547 'An original bill to authorize appropriations for fiscal year 2008 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes.
- S.1534 'A bill to hold the current regime in Iran accountable for its human rights record and to support a transition to democracy in Iran.
- S.1430 'A bill to authorize State and local governments to direct divestiture from, and prevent investment in, companies with investments of $20,000,000 or more in Iran's energy sector, and for other purposes.
- S.1234 'A bill to strengthen the liability of parent companies for violations of sanctions by foreign entities, and for other purposes.
- S.970 'A bill to impose sanctions on Iran and on other countries for assisting Iran in developing a nuclear program, and for other purposes.
- S.759 'A bill to prohibit the use of funds for military operations in Iran.
- S.527 'A bill to make amendments to the Iran, North Korea, and Syria Nonproliferation Act.
- S.387 'A bill to prohibit the sale by the Department of Defense of parts for F-14 fighter aircraft.
- S.RES.580 'A resolution expressing the sense of the Senate on preventing Iran from acquiring a nuclear weapons capability.
- S.RES.356 'A resolution affirming that any offensive military action taken against Iran must be explicitly approved by Congress before such action may be initiated.
- S.RES.39 'A resolution expressing the sense of the Senate on the need for approval by the Congress before any offensive military action by the United States against another nation.
- S.J.RES.23 'A joint resolution clarifying that the use of force against Iran is not authorized by the Authorization for the Use of Military Force Against Iraq, any resolution previously adopted, or any other provision of law.
- S.CON.RES.19 'A concurrent resolution expressing the sense of Congress on the nuclear program of Iran.

S.CON.RES.13 'A concurrent resolution expressing the sense of Congress

**Donate to NIAC!**

Enter Amount:

$ 50.00

Donate

**Join NIAC!**



**US Iran Media**



**Anti-Discrimination**



**IraNexus**

- that the President should not initiate military action against Iran without first obtaining authorization from Congress.
- **H.R.5056** Encourage appointment of high level envoy to Iran to improve diplomatic relations.
- **H.R.3674** 'To address the impending humanitarian crisis and security breakdown as a result of the mass influx of Iraqi refugees into neighboring countries, and the growing internally displaced population in Iraq, by increasing directed accountable assistance to these populations and their host countries, increasing border security, and facilitating the resettlement of Iraqis at risk.
- **H.R.3653** 'To hold the current regime in Iran accountable for its human rights record and to support a transition to democracy in Iran.
- **H.R.3390** 'To impose sanctions on Iran and on other countries for assisting Iran in developing a nuclear program, and for other purposes.
- **H.R.3222** 'Making appropriations for the Department of Defense for the fiscal year ending September 30, 2008, and for other purposes.
- **H.R.2880** 'To amend the Iran Sanctions Act of 1996 to enhance United States diplomatic efforts with respect to Iran by expanding economic sanctions against Iran to include the importation of refined petroleum.
- **H.R.2764** 'Making appropriations for the Department of State, foreign operations, and related programs for the fiscal year ending September 30, 2008, and for other purposes.
- **H.R.2347** A bill to authorize State and local governments to direct divestiture from, and prevent investment in, companies with investments of $20,000,000 or more in Iran's energy sector, companies that sell arms to the Government of Iran, and financial institutions that extend $20,000,000 or more in credit to the Government of Iran for 45 days or more, and for other purposes.
- **H.R.1585** 'To authorize appropriations for fiscal year 2008 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes.
- **H.R.1441** 'A bill to strengthen controls on the export of surplus parts for F-14 fighter aircraft.
- **H.R.1400** Label IRGC as terrist group, sanction business that do work in Iran.
- **H.R.1357** To require divestiture of current investments in Iran, to prohibit future investments in Iran, and to require disclosure to investors of information relating to such investments.
- **H.R.1324** 'To urge the Secretary of State to designate the Quds Force, a unit of Iran's Islamic Revolutionary Guards Corps, as a foreign terrorist organization.
- **H.R.957** 'To amend the Iran Sanctions Act of 1996 to expand and clarify the entities against which sanctions may be imposed.
- **H.R.770** 'To prohibit the use of funds to carry out any covert action for the purpose of causing regime change in Iran or to carry out any military action against Iran in the absence of an imminent threat, in accordance with international law and constitutional and statutory requirements for congressional authorization.
- **H.R.394** 'To provide for payment of certain claims against the Government of Iran.
- **H.RES.738** 'Expressing the sense of the House of Representatives regarding the Government of Syria''s continued interference in the internal affairs of Lebanon.
- **H.RES.690** 'Expressing grave concern of the House of Representatives for Iran and Syria's continued and systematic violations of UN Resolutions 1701 and 1559.
- **H.RES.435** 'Expressing concern relating to the threatening behavior of the Iranian regime and its leader Mahmoud Ahmadinejad, and the activities of terrorist organizations sponsored by that regime in Latin America.
- **H.RES.163** 'Urging the collective judgment of both Congress and the President regarding the use of military force by the United States.
- **H.J.RES.95** Expressing Congress' disapproval of the proposed 123 agreement for nuclear cooperation between the United States and the Russian Federation.
- **H.J.RES.14** 'Concerning the use of military force by the United States against Iran.
- **H.CON.RES.362** Impose further sanction to increase international and regional pressure on Iran.
- **H.CON.RES.257** 'Expressing concern regarding arms transfers to Iran and Syria by the Russian Federation and entities in the Russian Federation and urging the President of the United States to implement sanctions against such entities found to be in violation of United States law prohibiting arms transfers to Iran and Syria.
- **H.CON.RES.203** 'Condemning the persecution of labor rights advocates in Iran.
- **H.CON.RES.188** 'Condemning the attack on the AMIA Jewish Community Center in Buenos Aires, Argentina, in July 1994, and for other purposes.
- **H.CON.RES.33** 'Expressing the sense of Congress that the President should not initiate military action against Iran without first obtaining authorization from Congress.
- **H.CON.RES.21** 'Calling on the United Nations Security Council to charge Iranian leader Mahmoud Ahmadinejad with violating the 1948 Convention on the Prevention and Punishment of the Crime of Genocide and United Nations Charter because of his calls for the destruction of the State of Israel.

See **All Current Legislation**



**FIND**
**AN IRANIAN AMERICAN ORGANIZATION**

**SBA**



niac 8(a)
Support Project

**Irancensus**



Strength in Numbers

**Register to Vote!**



Register To
**VOTE**

**Key Votes**

U.S. House:

- Expressing the concern of Congress over Irans development of the means to produce nuclear weapons
- Expressing the sympathy of the House of Representatives for the victims of the devastating earthquake that occurred on December 26, 2003 in Bam, Iran

See All Key Votes                Enter ZIP Code to see how your reps voted [          ]  GO

 **Capitol Hill Basics**
Tips about communicating with Members and general information about Hill staffers, the legislative process and more.

✉ **Tell A Friend**

powered by **Capitol Advantage** ©2008
Copyright © 2008 National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
(202) 386-6325 Direct
(202) 386-6409 Fax



search keywords.....

Home

An Iranian American
Voice in Washington DC!

Home

**NIAC Newsletter**

your email
○ HTML  ○ Text

[Subscribe]

**Latest News**

- Event: NIAC and NAF to Hold US-Iran Conference on Capitol Hill February 14
- Lee Introduces Sweeping Iran Diplomacy Bill
- Mass Rally in DC Calls for New Strategy in Iraq, No War in Iran
- Lantos Call for More Iran Sanctions at Hearing

**Login**

Username:

Password:

☐ Remember me

[Login]

**Lost Password?**
No account yet? **Register**

**Syndicate**

RSS 0.91
RSS 1.0
RSS 2.0
ATOM 0.3
OPML  SHARE IT!

Home  •  Elected Officials  •  Candidates & Elections  •  Legislation  •  Media Guide

**Take Action!**

**Tell your representative to say "no" to Iran war resolution**
Does Your Representative Support War With Iran?

**Rebuke Clinton for threatening to "totally obliterate" Iran**
Contact her campaign headquarters today!

**Ask your Senators to support diplomacy with Iran**

**Find Your Elected Officials**

**Elected Officials**

Enter your ZIP Code and click "Go" or **click here** for other searches.

Zip Code [    ] [■]

**Issues and Legislation**

Important issues, recent votes, current legislation, and more. **Click here.**

[■]

**Election and Candidates**

For election results, enter your ZIP Code or **search by state.**

Zip Code [    ] [■]

**Media Guide**

**Donate to NIAC!**

Enter Amount:

$50.00

[Donate]

**Join NIAC!**

**US Iran Media**

**Anti-Discrimination**

**IraNexus**



Enter your ZIP Code and click "Go" or **click here** for other searches.

Copyright © 2008 National Iranian
American Council
1411 K St. Suite 600
Washington, DC 20005
(202) 386-6325 Direct
(202) 386-6409 Fax

Zip Code





| Stay informed | Spread the word | Congress today |
|---|---|---|
| ■ **NIAC News & Alerts** Get an alert when your involvement can make a critical difference. ■ **Alert feed** Get our alerts in your RSS feed reader. ■ **NIAC's Congressional Voting Report Service** Stay in touch with how your Congressman votes every week. | ■ **Spread the Word about NIAC** Reach out to your friends and family ■ **Add NIAC Action Alerts to Your Website** These web stickers make it simple to add NIAC content to your personal or your organization's website. | **July 1, 2008** ■ **Today's House Schedule** ■ **Today's Senate Schedule** ■ **Committee Hearings Search** Search the House and Senate current committee schedules. |

**SBA**



powered by **Capitol Advantage** ©2008

**Irancensus**



**Register to Vote!**



7/1/2008 10:37 AM

Case 1:08-cv-00705-JDB    Document 5-2    Filed 07/08/08    Page 8 of 40





EXHIBIT
3

An Iranian American
Voice in Washington DC!

Home ▶ About Us ▶ main ▶ DR. TRITA PARSI, President

**NIAC Newsletter**

your email

○ HTML ○ Text

[Subscribe]

**Top Stories**

- **Background on Persepolis Artifact Case**
- **Slavin on Iran, Identity, and Influence**
- **The Impact of Electoral Trends on Iran's Security Policies**
- **Update: Is a New Congressional Resolution Declaring War with Iran?**

**NIAC in the News**

- **NIAC in the News: Ahmadinejad Faces Intra-Party Challenge**
- **NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions**
- **NIAC photo essay in Iranian.com: Good people, good work**
- **What Do Google and Saddam Have in Common?**
- **NIAC in the News: Time for a fresh approach with Iran**

**US-Iran News**

- **Slavin on Iran, Identity, and Influence**
- **Update: Is a New Congressional Resolution Declaring War with Iran?**
- **US Conference of Mayors to Consider Iran Resolution**
- **Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue**
- **Gallup poll confirms majority of Americans**

## DR. TRITA PARSI, President

NIAC

Jul 09, 2007



With a background as director for two U.S.-based Iranian organizations, Dr. Trita Parsi possesses a rich set of leadership skills and vision that will guide NIAC towards its goals.

Trita Parsi has worked for the Swedish Permanent Mission to the UN in New York where he served in the Security Council handling affairs for Afghanistan, Iraq, Tajikistan and Western Sahara, and the General Assembly's Third Committee addressing human rights in Iran, Afghanistan, Myanmar and Iraq. He has also served as a foreign policy advisor to Congressman Bob Ney (R-OH).

His expertise is Iranian foreign policy and US-Iran relations. His book, Treacherous Alliance - The Secret Dealings of Israel, Iran and the United States, (Yale University Press 2007), is based on more than 130 interviews that Dr. Parsi has conducted - in his personal capacity - in Israel, Iran and the United States with senior officials from all three countries.

Dr. Parsi's articles on Middle East affairs have been published in the Financial Times, Jane's Intelligence Review, the Globalist, the Jerusalem Post, The Forward, BitterLemons and the Daily Star.

As a Middle East expert, he is a frequent commentator on US-Iranian relations and Middle Eastern affairs, and has appeared on BBC World News, PBS NewsHour with Jim Lehrer, CNN, Al Jazeera, C-Span, NPR, ABC, and MSNBC.

Dr. Parsi was born in Iran and grew up in Sweden. He earned a Master's degree in international relations at Uppsala University, a second Master's degree in economics at Stockholm School of Economics and a PhD in international relations at Johns Hopkins University's SAIS. His personal website is www.tritaparsi.com.

< Prev          Next >

**Donate to NIAC!**

Enter Amount:

$50.00

[Donate]

**Join NIAC!**



**NIAC Factbook**



niac FACTBOOK

**Scholarships**

**Iranian-American Scholarships**



EXHIBIT

4

امنیت ملی و سیاست خارجی

اگر امنیت ملی هر کشوری به وضعیت، استحکام، قدمت و بیان های ساختارهای داخلی آن کشور منتهی نمی شود بلکه ماهیت و چگونگی تحولات و تعاملات منطقه ای و بین المللی آن کشور می تواند باعث تقویت آن شود.



دیگر امنیت ملی هر کشوری به وضعیت، استحکام، قدمت و بنیان های ساختارهای داخلی آن کشور منتهی نمی شود بلکه ماهیت و چگونگی تحولات و تعاملات منطقه ای و بین المللی آن کشور می تواند باعث تقویت آن شود . به عبارتی امنیت ملی هر کشوری به امنیت منطقه ای و بین المللی ربط وثیقی پیدا کرده است.

دیگر آن که حفظ و گسترش امنیت ملی خود تا اندازه زیادی به چگونگی پی ریزی و اقدام معطوف به نتیجه در سیاست خارجی بستگی دارد. سیاست خارجی بدون در نظر گرفتن امنیت ملی صرفا می تواند سرزنان نگرانی نگرانی باشد که آخر آن را همه می دانند. واقعیت این است که امروزه دولت ها با چالش هایی نوینی مواجه شده اند که توفیق در آنها مستلزم فراست سیاسی و درک چهره جدید قدرت و امنیت است. گویا اینکه دولت ها دیگر نمی توانند ثروت بیندند و اطاعت بطلبند. مشروعیت آنها به طور می نظری با کارآمدی پیوند خورده است.

البته مشروعیت نیز خود دچار تحول مفهومی شده. دیگر مشروعیت. فقط شروط اطاعت و فرمانبرداری داخلی نیست. شرط اصلی مشروعیت مقبولیت نزد جامعه بین الملل است. به هر حال مشروعیت نیز خود یکی از عوامل گرانسنگ تقویه امنیت ملی است که جنبه بین المللی آن در حوزه سیاسی خارجی هر کشوری قرار می گیرد.

کسب چهره و پرستیز امروزه دیگر نه برای شهروندان خود بلکه نزد شهروندان جامعه جهانی کسب مشروعیت و مقبولیت است. خاطره «مصطفی العقامه کارگردان معروف عرب و سازنده فیلم های مشروعی چون «محمد رسول الله...» و «عمرمختار» در این زمینه عبرت آمیز و غم انگیز است. العقاد می گوید: «هنگامی که فیلم عمرمختار را در یکی از جشنواره شاف سینماهای امریکا به نمایش درآوردم، برای اولین بار، دیدم که یک امریکایی برای یک عرب دست می زند.»

این برداشت شهروندان عرب با امریکایی از امریکایی از مردم خاورمیانه جدا از ریشه های تاریخی و فرهنگی به نوع نگاه برساخته آنها از دولت هایشان است. اینجا است که نظر یک شهروند زاینی با امریکایی در مورد یک دولت تاثیر بسیاری در مقبولیت و مشروعیت آن دولت در جامعه بین المللی به طور روندی دارد.

شاید این مقاله ارتباط میان مشروعیت امنیت ملی و سیاست خارجی باشد که بسیاری سخن از جامعه مدنی جهانی دارند. جامعه ای که در آن جنبان امور با هم تنیده شده که فرد. شرکت های چندملیتی و غیره عوامل خاثر گذار بر حوزه سیاست. قدرت و امنیت هستند.

با این سخنان حوزه ارتباط میان امنیت ملی و مسئولیت امنیت ملی و مقبولیت حوزه ای مکمل مشروعیت و مسئولیت می شود. به عبارتی اگر کشوری برای حفظ امنیت ملی خویش، سیاست خارجی بر مبنای عقلانیت و توجه به حوزه نرم داشته باشد ظهم در سطح داخلی و هم جامعه بین المللی توانایی کسب اعتبار. پرستیژ و مهم تر از آن مشروعیت و مقبولیت را داراست.

• امنیت ملی و سیاست خارجی در ایران

در منظر رئالیسمی سیاست خارجی کشوری موفق و کارآمد ظاهر می شود که بتواند در قبال تهدیدات نظامی خارجی که استقلال و تمامیت ارضی کشور را به خطر می اندازد و خوب عمل کند. ولی شعور شناف جدید مطالعات امنیتی مانند مکتب کینهیاگ اگرچه امنیت ملی و مرکز ثقل (گرانیگاه) مطالعات خود لحاظ کرده ولی معتقد است که دولتی، اگر نتواند امنه به زندگی را در بین شهروندان تامین و تضمین کند. در لحاظ امنیت اجتماعی. امنیت عمومی فاقد کارآمدی باشد. امنیت اقتصادی و زیست محیطی را تامین نماید فاقد هر گونه امنیت ملی است.

همین مکتب کینهیاگ که نماینده اصلی آن برشوسور باری بوزان است معتقد است که امنیت دیگر آن مفهوم سنتی خود که در چارچوب: مدل وستفالیایی بود از دست داده و امروزه امنیت چندبعدی شده است. بوزان معتقد است که امنیت ملی و امنیت بین المللی به وسیله امنیت منطقه ای مبنا و مفهوم می باید.

پس سیاست خارجی مناسب هر کشوری با توجه به منظر کنیهگاه سیاستی است که به امنیت چندبعدی توجه ویژه و همچنین برای کسب امنیت ملی خویش نگاه ویژه ای به امنیت منطقه ای خود داشته باشد. سیاست خارجی از آن جهت بایستی به امنیت نگاه چندبعدی داشته باشد که مثلاً تهدیدات اقتصادی متفاوت از تهدیدات نظامی است، تهدیدات اقتصادی خارجی ممکن است از جانب اقتصاد جهانی صورت بگیرد، چرا که هیچ کشوری به تنهایی توان مقابله با اقتصاد جهانی را ندارد و تصمیمات آنها، هر چند هم غیرهمعامله باشد، امنیت اجتماعی را متاثر می سازد.

بازیگران اقتصاد بین المللی ممکن است تصمیم بگیرند که توان یک دولت را در زمینه تامین مایحتاج نیروهای نظامی و تهیه نیازهای اولیه مردمش تحت تاثیر قرار داده، بدین وسیله به امنیت اجتماعی و ثبات رژیم حاکم صدمه وارد کنند. اینجاست که عقلانیت در سیاست خارجی بایستی وارد صحنه شود و با توجه به امنیت چندبعدی، امنیت ملی و مقبولیت تا حد زیادی بحران وارده را مدیریت کند. در همه کشورها، هر چند که تهدیدات اقتصادی و زیست محیطی مهم ترین مساله امنیتی آنها در قرن بیست ویکم به شمار می آید، اما آنان فکر می کنند که تهدیدات نظامی خارجی مهم ترین معضل است.

به عقیده رهبران این کشورها ارتباط مستقیمی بین امنیت اجتماعی و مشروعیت با امنیت ملی وجود ندارد، ولی امروزه مشروعیت موثرترین عامل در امنیت ملی هر کشوری است. یکی دیگر از ابعاد سیاست خارجی پویا برای ترفیع امنیت ملی توجه معطوف به حوزه نرم است.

سیاست خارجی جمهوری اسلامی ایران اگرچه توانسته افکار عمومی در خاورمیانه و امریکای لاتین را به خود جلب کند ولی افکار عمومی غرب که تاثیر عمده ای بر حوزه سیاستگذاری خارجی دارد را نتوانسته به خوبی جذب کند.

افکار عمومی در کشورهای عرب خاورمیانه فاقد هر گونه تاثیرگذاری بر حوزه تصمیم گیری رهبرانشان است ولی تلاش برای جلب افکار عمومی عرب به وسیله توجه به نرم افزاری سیاست خارجی می تواند در ترفیع امنیت ملی کشور مفید ظاهر شود. مثلاً تظاهرات ضدجنگ و با مخالفت افکار عمومی و احزاب با تحریم های اقتصادی علیه ایران خود یک کارت برنده در دست مجریان سیاست خارجی است.

اینجاست که همین افکار عمومی، جامعه مدنی جهانی هستند که تا حد زیادی امنیت بین الملل را تعریف و مشخص می کنند. نگاه دیگر سیاست خارجی پویا و موفق توجه به امنیت منطقه ای است. تا زمانی که امنیت در عراق و افغانستان با خلیج فارس امنیت ایجابی نباشد، ما نمی توانیم از امنیت ملی صحبت کنیم.

تظاهرات ضدجنگ و با مخالفت افکار عمومی و احزاب با تحریم های اقتصادی علیه ایران خود یک کارت برنده در دست مجریان سیاست خارجی است.

اینجاست که همین افکار عمومی جامعه مدنی جهانی هستند که تا حد زیادی امنیت بین الملل را تعریف و مشخص می کنند. نگاه دیگر سیاست خارجی پویا و موفق توجه به امنیت منطقه ای است. تا زمانی که امنیت در عراق و افغانستان با خلیج فارس امنیت ایجابی نباشد، ما نمی توانیم از امنیت ملی صحبت کنیم.

گسترش تروریسم در عراق و با ناامنی قاچاق مواد مخدر از افغانستان و با حضور نیروهای خارجی در خلیج فارس تاثیر زیادی بر ماهیت امنیت ملی کشور می تواند داشته باشد. در سطح منطقه ای همان طور که نامبسوس شی گوید، مذاکره، چانه زنی با بازیگران منطقه ای و تعامل و مذاکره مستقیم با کشورهای ذی نفوذ در منطقه خود تامین کننده امنیت منطقه ای و سیمی امنیت ملی است.

این راهکار خود سیاست خارجی پویا و موفق و کارآمدی را می طلبد که به دور از گفرگزنه نسبی، مذاکره و چانه زنی را برای کاهش مشکلات در صدر برنامه خود قرار دهد. پس نقش سیاست خارجی برای ارتقای هم امنیت ملی و هم امنیت اجتماعی و امنیت منطقه ای و تاثیرگذاری بر عناصر مختلف امنیتی و بالا بردن پرستیژ و مشروعیت بین المللی خود عنصری مهم برای ترفیع امنیت ملی محسوب می شود.

امروزه کشورها برای جایگاه امنیت ملی خود به دیپلماسی و سیاست خارجی پویا روی آورده اند. مثلاً کشورهای شرقی اروپا با کمترین پیشرفت در حوزه های اقتصادی و فنی در حوزه بومی دارای پرستیژ و نگاه ویژه ای در سطح جامعه بین الملل هستند.

این کشورها با بهره مندی از سیاست خارجی و دیپلماسی به تنهایی توانسته اند هم از لحاظ اقتصادی و هم از لحاظ امنیت اجتماعی به حد بالایی از استانداردها برسند. اینسان امروزه آنقدر امنیت دارد که پیشنهادادنش در مقابل آمدان در اتحادیه اروپا مشروع و مورد احترام است. پس دنیای امروز، دنیای عقلانیت، کارآمدی و تخصص است؛ دنیایی که کارگزاران برای امنیت ملی خویش بایستی قواعد تازی را به وسیله سیاست خارجی و دیپلماسی پویا به خوبی وارد شوند.

بنی الله ابراهیمی

روزنامه شرق

مرجعیت، اجتهاد و مکه

امنیت ملی و سیاست خارجی
http://www.aftab.ir/articles/politics/iran/c1c1183822467p1.php
Screen clipping taken: 5/11/2008, 7:07 PM

rch keywords.....



An Iranian American
Voice in Washington DC!

Home

**NIAC Newsletter**

your email

Home  •  Elected Officials  •  Candidates & Elections  •  **Legislation**  •  Media Guide

Legislative Alerts and Updates    •    Current Legislation    •    Key Votes    •    Capitol Hill Basics

○ HTML  ○ Text

Subscribe

### Latest News

↳ Event: NIAC and NAF to Hold US-Iran Conference on Capitol Hill February 14

↳ Lee Introduces Sweeping Iran Diplomacy Bill

↳ Mass Rally in DC Calls for New Strategy in Iraq, No War in Iran

↳ Lantos Call for More Iran Sanctions at Hearing

### Login

Username:

Password:

☐ Remember me

Login

Lost Password?
No account yet? Register

### Syndicate



### Action Alert

🔖 BOOKMARK 📧 ✐



**Tell your representative to say "no" to Iran war resolution**

Does Your Representative Support War With Iran?

You may be surprised at the answer; there are already over 169 cosponsors of H.Con.Res. 362.

This resolution demands that the president initiate an international effort to impose a land, sea, and air blockade on Iran to prevent it from importing gasoline and to subject all cargo entering or leaving Iran to stringent inspection requirements.

**For such a blockade to be imposed without United Nations authority (which the resolution does not call for) would be considered an act of war. Some congressional sources say the House could vote on the resolution as early as this week.**

Adoption of this resolution would pave the way for such a war and bypass diplomacy. Sensing that the threat of war has once again increased, IAEA Head El Baradei warned yesterday that he would resign if any country attacked Iran.

The immediate effect would be a further increase in oil prices - with gas prices in the US incing closer to $5/gallon and beyond.

**Is your representative a cosponsor?**

***Email your representative today and ask him or her to oppose this measure for war!***

### Take Action

**1   COMPOSE MESSAGE**

**Message Recipients:**
• Your U.S. Senators
• Your U.S. House Representative

**Delivery Method:**
◉ Email
○ Printed Letter

**Donate to NIAC!**

Enter Amount:

$ 50.00

Donate

**Join NIAC!**



**US Iran Media**



**Anti-Discrimination**



**IraNexus**

**Subject:**

Say "no" to Iran war resolution

**Editable text to House:**
(edit or add your own text - 8850 characters left)

Please don't raise gas prices to $6/gallon.

This is what will happen if the Congress passes H.Con.Res. 362, which demands that President Bush impose a blockade to prevent Iran from importing gasoline and to subject all cargo entering or leaving Iran to stringent inspection requirements.

A blockade, which is universally recognized as an act of war, would destabilize the Strait of Hormuz and drive up oil prices. Even the threat of such a measure, which this resolution represents, will cause us more pain at the pump.

Tip: Cutting-and-pasting? Save as **plain text** first.    spell check ✓

**Editable text to Senate:**
(edit or add your own text - 8932 characters left)

Please don't raise gas prices to $6/gallon.

This is what will happen if the Congress passes S.Res. 580, which demands that President Bush impose a blockade to prevent Iran from importing refined petroleum products.

A blockade, which is universally recognized as an act of war, would destabilize the Strait of Hormuz and drive up oil prices. Even the threat of such a measure, which this resolution represents, will cause us more pain at the pump.

It is ironic that measures of this kind – or the mere threat of

Tip: Cutting-and-pasting? Save as **plain text** first.    spell check ✓

**Your Closing:**                **Your Name:**

Sincerely,

## 2   SENDER INFORMATION

This system requires that you provide your name and contact information. This information will not be used for any purpose other than to identify you to the recipient.

**Your Contact Information:**
**Prefix (required** by some officials)

Select...

**First***                        **Last***

**Email***

**Address***

**City***

**State/Province***    **ZIP/Postal Code***   **ZIP + 4**

**Phone**

**Organization**



**SBA**



**Irancensus**



**Register to Vote!**



**Title**

**Street Two**

☑ Remember Me! (**what's this?**)

☑ **YES! Keep me in the loop by sending me the NIAC Newsletter. I understand that I can unsubscribe at any time.**
**A copy of your message will be sent to the e-mail address entered above.**

[ Preview Message ]   [ Send Message ]
(Please click only once.)

powered by **Capitol Advantage** ©2008
Copyright © 2008 National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
(202) 386-6325 Direct
(202) 386-6409 Fax




EXHIBIT
5B

Mission and Vision

Leadership Structure

Board

Staff

NIAC Factbook

Financial Records

Our Story

Job Opportunites

FAQ

**An Iranian American
Voice in Washington DC!**

Home ▶ News ▶ US-

...alls for New Strategy in Iraq, No War in Iran

NIAC Newslett

your email

**DC Calls for New Strategy in Iraq, No War in Iran**

**Donate to NIAC!**

Enter Amount:

○ HTML ○ Text

Subscribe

Feb 03, 2007

*Washington DC* - An estimated 100,000 people attended a rally this pats Saturday surrounding the US Capitol to protest President Bush's escalation strategy in Iraq and call for an end to hostilities with Iran. While the threat of war with Iran was not an official component of the rally sponsored by United for Peace and Justice (UFPJ), thousands of demonstrators chanted for the prevention of conflict with Iran and carried signs and banners calling for "Stop the War on Iran."

$ 50.00

Donate

**Join NIAC!**

**Top Stories**

↳ Background on Persepolis Artifact Case
↳ Slavin on Iran, Identity, and Influence
↳ The Impact of Electoral Trends on Iran's Security Policies
↳ Update: Is a New Congressional Resolution Declaring War with Iran?

The Campaign against Sanctions and Military Intervention on Iran (CASMII) carried banners and signs opposing war with Iran.

Among the speakers at the event were several Members of Congress, including Reps. Lynn Woolsey (D-CA) and Maxine Watters (D-CA), the coauthors of legislation that would institute a phased withdrawal from Iraq over six months. Speakers also included war veterans, religious heads, and Hollywood celebrities.



**NIAC in the News**

↳ NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
↳ NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
↳ NIAC photo essay in Iranian.com: Good people, good work
↳ What Do Google and Saddam Have in Common?
↳ NIAC in the News: Time for a fresh approach with Iran

The majority of speakers at the rally fiercely criticized President Bush's plan to address the sectarian violence in Iraq by escalating troop levels there by an additional 21,500.

Several speakers referenced the need for the President to pay closer attention to the bipartisan Iraq Study Group's (ISG) recommendations. The ISG report urges direct talks between the US and Iran and Syria in order to stabilize conditions in Iraq.

About 40 people participated in a counter-protest nearby the Senate office buildings and expressed their backing for the operation in Iraq.

**NIAC Factbook**


niac FACTBOOK

**US-Iran News**

↳ Slavin on Iran, Identity, and Influence
↳ Update: Is a New Congressional Resolution Declaring War with Iran?
↳ US Conference of Mayors to Consider Iran Resolution
↳ Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue
↳ Gallup poll confirms majority of Americans favor diplomacy with Iran

Building on the march's momentum, UFPJ sponsored a lobby day on Congress on Monday, January 29. On the previous day, a National Iranian American Council (NIAC) representative was invited to lead a workshop on Iran and to help provide information and education concerning opportunities to resolve the US-Iran stand-off peacefully for the 1,000 estimated people who planned to visit their congressional representatives.

**Scholarships**
**Iranian-American Scholarships**



Case 1:08-cv-00705-JDB   Document 9-2   Filed 07/09/08   Page 15 of 40

**NIAC Events**

< Prev          Next >

[ Back ]

**US Iran Media**



**Anti-Discrimination**



**IraNexus**



**SBA**



**Irancensus**



**Register to Vote!**



© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
**Tel:** 202-386-6325 **Fax:** 202-386-6409

rch keywords.....



EXHIBIT

5C

Washington Policy Watch

Congressional Breakfast Series

Legislative Action Center

Anti-Discrimination Center

Fellowship Program

An Iranian American
ice in Washington DC!

Home ▸ Projects ▸ Washington Policy Watch

**NIAC Newsletter**

your email

○ HTML ○ Text
Subscribe

**Top Stories**

↳ Background on Persepolis Artifact Case
↳ Slavin on Iran, Identity, and Influence
↳ The Impact of Electoral Trends on Iran's Security Policies
↳ Update: Is a New Congressional Resolution Declaring War with Iran?

**NIAC in the News**

↳ NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
↳ NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
↳ NIAC photo essay in Iranian.com: Good people, good work
↳ What Do Google and Saddam Have in Common?
↳ NIAC in the News: Time for a fresh approach with Iran

**US-Iran News**

↳ Slavin on Iran, Identity, and Influence
↳ Update: Is a New Congressional Resolution Declaring War with Iran?
↳ US Conference of Mayors to Consider Iran Resolution
↳ Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue
↳ Gallup poll confirms majority of Americans favor diplomacy with Iran

## Washington Policy Watch

### NIAC Decries Rudy Giuliani's Reckless Iran Comments

NIAC
Sep 20, 2007

Contact: Trevor FitzGibbon
Fenton Communications
202-246-5303

*Presidential Candidates should not play politics with US National Security*
Washington DC - NIAC decries Rudy Giuliani's promise of initiating war with Iran over its nuclear program. Giuliani said yesterday in London that if Iran gets "to the point that they become a nuclear power, then we will set them back five years. That is not a threat, that is a promise."

**Iranian-American Eyes and Ears in the Corridors of Power**

NIAC
Apr 06, 2006
**Washington Policy Watch**

The purpose of NIAC's Washington Policy Watch is threefold: to bring transparency to debates on issues affecting Iranian Americans, to allow of our community to react to and affect these debates at an early stage, and to give young Iranian Americans first-hand experience and exposure to the policy world in Washington, DC.

The policy process "inside the beltway"—a common phrase in Washington—can be quite complicated. Ideas and solutions may float around in search of an appropriate problem, rather than the other way around. New policies can be formed months before they are picked up by the media, giving latecomers little opportunity to affect them. Policy speakers often speak one language within the protected circles of the policy world in Washington, and another in front of the cameras.



Policy seminars at think tanks, seldom covered by the press, can often give a taste of policies to come. Unfortunately, Iranian Americans have not had access to policy

**Donate to NIAC!**

Enter Amount:

$ 50.00

Donate

**Join NIAC!**



**NIAC Factbook**


niac FACTBOOK

**Scholarships**
**Iranian-American Scholarships**



Case 1:08-cv-00705-JDB   Document 5-2   Filed 07/08/08

**NIAC Events**

meetings and, as a result, have been unable to affect the formation of new policies at the crucial initial stages. Furthermore, the complexities of the issues, as well as the motives of key political actors, are unknown to the vast majority of Iranian Americans.

NIAC's Washington Policy Watch program aims first to bring transparency to debates on issues most important to Iranian Americans. Second, by covering policy conferences and hearings in Washington DC, NIAC allows Iranian Americans to react to, and influence policy at an early stage. Exposure to these debates and knowledge of the issues by our community makes it more difficult for policy makers to ignore the Iranian-American public.

By sending Iranian-American college and graduate students to cover these events, NIAC meets its third objective and provides our youth with first-hand exposure to Congressional hearings, think tank conferences and policy seminars. Early in their careers, our youth will be afforded practical knowledge and networking opportunities, which will serve them well in their future careers.

NIAC has covered all Congressional hearings and policy conferences in Washington DC that are of relevance to the interest of the Iranian American community since the Fall of 2002. Our published reports on these events are not only read by Iranian Americans, but also by members of the National Security Council, the US State Department, the Department of Defense, Congressional staffers, and members of foreign ministries overseas.

This program gives our Iranian-American interns the invaluable experience of not only attending these hearings and conferences, but also writing for a highly sophisticated audience. In turn, their hard work enhances our community's knowledge of the policy process and further strengthens our ability to affect the outcomes.

[ Back ]

**US Iran Media**



**Anti-Discrimination**



**IraNexus**



**SBA**



**Irancensus**



**Register to Vote!**



© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
Tel: 202-386-6325 Fax: 202-386-6409

Case 1:08-cv-00705-JDB    Document 5-2    Filed 07/08/08    Page 18 of 40



An Iranian American
Voice in Washington DC!

Home ▸ News ▸ Alerts and Announcements ▸ The NIAC Factbook: The Truth about NIAC

**NIAC Newsletter**

your email

○ HTML ○ Text
Subscribe

**Top Stories**

↳ Background on Persepolis Artifact Case
↳ Slavin on Iran, Identity, and Influence
↳ The Impact of Electoral Trends on Iran's Security Policies
↳ Update: Is a New Congressional Resolution Declaring War with Iran?

**NIAC in the News**

↳ NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
↳ NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
↳ NIAC photo essay in Iranian.com: Good people, good work
↳ What Do Google and Saddam Have in Common?
↳ NIAC in the News: Time for a fresh approach with Iran

**US-Iran News**

↳ Slavin on Iran, Identity, and Influence
↳ Update: Is a New Congressional Resolution Declaring War with Iran?
↳ US Conference of Mayors to Consider Iran Resolution
↳ Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue
↳ Gallup poll confirms majority of Americans favor diplomacy with Iran

## The NIAC Factbook: The Truth about NIAC

Shadee Malaklou
Apr 03, 2008

### What is NIAC's mission? Has it evolved since the organization's inception?

Since its inception, NIAC's mission has been to promote Iranian-American participation in American civic life. This mission was amended during a February 2008 Board of Directors meeting to reflect NIAC's increased efforts on behalf of Iranian Americans.

NIAC's new mission is threefold: To advance the interests of the Iranian-American community on civic, cultural and political issues; to supply the resources, knowledge and tools to enable civic participation and informed decision making; and to provide the infrastructure for building bridges between Iranian-American organizations and the peoples of America and Iran.

### Who founded NIAC?

NIAC was founded in early 2002 by Alex Patico, Trita Parsi, Babak Talebi, and Farzin Illich as a 501 c (3) non-profit education organization with the express mission to promote Iranian-American civic participation. Trita Parsi and Babak Talebi continue to work for NIAC, as President and Director of Community Relations (respectively). Alex Patico serves on NIAC's Advisory Board.

### Are Iranian Americans the only members of NIAC?

NIAC is an American organization open to everyone, regardless of

**Donate to NIAC!**

Enter Amount:

$ 50.00

Donate

**Join NIAC!**



**NIAC Factbook**



**Scholarships**
**Iranian-American Scholarships**



Case 1:08-cv-00705-JDB    Document 5-2    Filed 07/08/08    Page 19 of 40

**NIAC Events**

their ethnic, religious and political background. NIAC members, board members and supporters come from all walks of American life. They are joined by the idea that Iranian-Americans have the ability to play a key role in American civil society with the same levels of success and professionalism that they have played in American economic, academic, technological and scientific life.

**US Iran Media**



**Anti-Discrimination**



## Where does NIAC's funding come from?

Approximately 75% of NIAC's funds come from the Iranian-American community, a point of pride for NIAC. NIAC is a true grassroots organization, with members in over 44 states. Over the past five years, the average donation of our membership has ranged from $112 - $160 per person per year.

**IraNexus**



NIAC receives the remaining 25% of its funds from prominent foundations like the Ploughshares Fund, the Tides Foundation, and the Open Society Institute. In the past, NIAC has also received funding from the National Endowment for Democracy (NED).

NIAC does not receive funds from any government, including the US or the Iranian governments.

As a 501 c (3) non-profit, NIAC's financial records are part of the public record. Also, we are taking a lead in the Iranian-American community to spread a culture of transparency, and have made our tax returns available for download on NIAC's website.

**SBA**



## What are some of NIAC's accomplishments?

Since its inception in 2002, NIAC has enjoyed unprecedented success. NIAC is regularly quoted in numerous media outlets as an authority on affairs related to the Iranian-American community, including US-Iran relations; and is celebrated as the largest Iranian American grassroots organization, with members in 44 states.

**Irancensus**



NIAC is a household name on Capitol Hill and has emerged as a trusted source on US-Iran relations and the Iranian-American viewpoint. NIAC often teams up with groups like the New America Foundation and Amnesty International to discuss issues like the deteriorating human rights situation inside Iran and the Iranian nuclear file.

Some of NIAC's individual successes are as follows:

**Register to Vote!**



-- NIAC regularly hosts briefings on Capitol Hill for Congressional Staffers on areas of interest to the Iranian-American community. Some of our latest briefings have focused on Iran's parliamentary

Case 1:08-cv-00705-JDB   Document 5-2   Filed 07/08/08   Page 20 of 40

elections, the National Intelligence Estimate (NIE) report on Iran, and Iran's role in Iraq.

-- NIAC has been on the forefront of the debate on US foreign policy with Iran, pushing for direct, diplomatic negotiations, and urging against war.

-- In 2003, NIAC challenged and won against Monster.com, a major US company discriminating against Iranian-Americans by keeping them from competing fairly in the job market.

-- In January 2005, NIAC successfully compelled the National Geographic Society to correct their 8th edition maps to read "Persian Gulf" instead of "Arabian Gulf."

-- NIAC forced an apology from MSNBC's Don Imus for a derogatory comment he made in 2004 about an Iranian airliner crash that killed 43 passengers.

-- NIAC worked with writer/director Wayne Kramer and Weinstein Company to make changes to the screenplay for *Crossing Over* (2007). The film, which features an all-star cast, originally depicted Iranian Americans committing an "honor killing." Had the script not changed, the movie would have had similar affects for the Iranian-American community as the film, *Not Without My Daughter* (1991).

**How does NIAC choose which issues to focus on?**

NIAC advocates the interests of the Iranian American community, as defined by Iranian Americans themselves. As a true grass-roots organization, NIAC's membership regularly votes on the organization's stance on various issues, actively shaping the direction of the organization.

NIAC focuses on issues that are on the national agenda, like major legislation passing through Congress or the potential of a US-Iran war; and issues specific to the Iranian-American community, like the mislabeling of the "Persian Gulf" on Google Earth.

**Why is NIAC being defamed by supporters of military confrontation with Iran?**

NIAC opposes war with Iran, and has been very successful pushing for diplomacy on Capitol Hill. NIAC's efforts lend Iranian Americans a voice in Washington, D.C.; but like all successful political organizations, it is impossible to be effective without garnering critics.

Case 1:08-cv-00705-JDB   Document 5-2   Filed 07/03/08   Page 21 of 40

NIAC's critics equate opposition to war with support for the Iranian government. Nothing could be further from the truth. NIAC opposes a US-Iran war because it would be detrimental to US national interest and likely prolong the reign of the current Iranian government.

NIAC's critics include neo-conservatives activists like Kenneth Timmerman and Michael Rubin, two steadfast supporters of war with Iraq. Critics in the Iranian-American community include groups like the terrorist-listed People's Mujahedin of Iran (also known as the MEK or MKO).

NIAC welcomes a debate on how to best deal with the challenge that Iran poses to the United States, but we deplore the practice of resorting to ad hominem attacks and character defamation, rather than addressing the issues in good faith.

**Is NIAC is a lobbying group? If so, for whom does it lobby?**

No, NIAC is not a lobby. NIAC does, however, advocate the interests of the Iranian-American community-as defined by Iranian Americans-on Capitol Hill.

NIAC does not lobby on behalf of the Iranian government or any other government. NIAC's agenda is determined by its membership. The positions NIAC has taken on foreign policy, for example, reflect the view of the vast majority of Iranian Americans, according to a 2007 poll conducted by the University of California at Berkeley.

**Because NIAC opposes a US-Iran war, does it support the Iranian government?**

No, NIAC does not support the Iranian government. Opposition to a US-Iran war does not equate support for the Iranian government. NIAC opposes war because it is not in the national interest of the United States. NIAC believes that war would impose tremendous suffering on the American (and the Iranian) people. NIAC also believes that war with Iran will most likely fuel radial elements inside Iran, and strengthen Iran's current government.

Numerous public opinion polls in the United States have shown tremendous opposition to war and support for diplomacy, including a 2007 poll conducted by the University of California at Berkeley. The vast majority of Iranian Americans wish to see a different future for Iran, and this is why they have made America their new home. However, as they witness developments in Iraq, Iranian Americans tend to believe that prospects for change inside

Iran would be undermined by war.

## Why does NIAC oppose US government funding for organizations inside Iran?

Prominent Iranian pro-democracy and human rights activists-like Nobel Peace Prize winner Shirin Ebadi, investigative journalist Akbar Ganji, Woodrow Wilson scholar Haleh Esfandiari, and Human Rights Watch-have all come out forcefully against any politicized US government funding for organizations inside Iran, because of the additional security risk these funds pose to on-the-ground activists.

NIAC believes that it is critical for the United States to take the concerns and prospective of pro-democracy, human rights activists inside Iran seriously. NIAC has seen-up close-the negative effects of politicized US government funding. For several years, NIAC worked with Iranian NGOs doing non-political capacity building through National Endowment for Democracy (NED) funds; and we witnessed how the atmosphere in which these organizations operated inside Iran became drastically worse due to politicized US funds.

NIAC believes that any effort by the US government to help the Iranian people must be supported by the Iranian people, and must not endanger their lives.

## What is NIAC's position about the human rights situation in Iran?

NIAC is deeply concerned about the human rights situation in Iran, and has made a number of positive contributions to this issue. NIAC has worked on several occasions with legitimate human rights organizations, like Amnesty International and Human Rights Watch, to call attention to human rights abuses in Iran; and on July 26, 2007, NIAC hosted a conference on this very issue (sponsored by Amnesty International) on Capitol Hill in Washington, D.C. NIAC opposes, however, efforts to use Iran's abysmal human rights record as a pretext to start a war with Iran, mindful of the suffering and human rights violations that a war would bring.

## Why is NIAC suing Hassan Daioleslam?

Hassan Daioleslam, who has been identified by former members

Case 1:08-cv-00705-JDB   Document 5-2   Filed 07/08/08   Page 23 of 40

of the terrorist-listed People's Mujahedin of Iran (also known as the MEK or MKO) as a member of the organization's executive committee, has published several defamatory articles about NIAC and its President, Trita Parsi.

Daioleslam is opposed to dialogue between the US and Iran. Because NIAC has called for direct, comprehensive talks with Iran, Daioleslam has attempted to silence NIAC by equating opposition to a US-Iran war with lobbying for the Iranian government.

NIAC has tried to engage Daioleslam, but despite our efforts, Daioleslam has continued to bully NIAC through defamation, slander, misquotations, incorrect links and references to figures that played no role in NIAC's inception, operations, or development, forcing NIAC to seek legal recourse.

The MEK/MKO is recognized by the US State Department as a terrorist organization and its extensive human rights violations have been documented by Human Rights Watch.

Additional information on Hassan Daioleslam and Kenneth Timmerman's defamation campaign against NIAC can be found here.

**Next >**

[ Back ]

© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
**Tel: 202-386-6325 Fax: 202-386-6409**



**EXHIBIT**

*5E*



# National Iranian American Council

PROMOTING IRANIAN-AMERICAN PARTICIPATION IN AMERICAN CIVIC LIFE

⬥⬥⬥⬥⬥ NIAC US-IRAN POLICY MEMO ⬥⬥⬥⬥⬥

| 1411 K St NW Ste 600, Washington, DC 20005 | 202-386-6325 | June 2008 |

web: www.niacouncil.org    |    e-mail: info@niacouncil.org

## WHY TEHRAN WILL REJECT THE NEW INCENTIVE PACKAGE

Iran's likely rejection of the new incentive package to halt the country's nuclear enrichment program has opened a new chapter in Tehran's successive transgression of nuclear demarcations. Even before EU foreign policy and security chief, Javier Solana, could deliver the package to the Iranian Foreign Minister, Tehran had already warned that it would reject any deal requiring a halt to uranium enrichment. In the words of Ali Larijani, the new speaker of the parliament, Iran is allergic to the suspension of its enrichment program.

For those who describe the package as a "generous offer," Iran's decision appears insular, even irrational. However, if the purpose of the deal is to lure Tehran suspend enrichment, the new package, once again, failed to deliver the most significant incentive for Tehran to change its behavior: the permanent deferment of the U.S. containment strategy. What the Islamic Republic urgently wants is the as-

***For those who describe the package as a "generous offer," Iran's decision appears insular, even irrational. However, if the purpose of the deal is to lure Te-hran suspend enrichment, the new package, once again, failed to deliver the most significant incentive for Tehran to change its behavior: the permanent deferment of the U.S. containment strategy.***

surance that Washington will not pose a threat to its survival, a comprehensive package of incentive that explicates a consistent U.S. policy toward Iran, devoid of economic sanctions and an aggressive program for regime change.

Tehran's reaction to the package is threefold. First off, Tehran has been defying U.S. sanctions for years, acquiring much needed technology for its nuclear program from alterna-

tive markets in Asia. Sanctions will certainly make things harder for Iran, but not necessarily prevent it from developing nuclear technology. Armed with a huge windfall of oil revenue due to record-high oil prices, Tehran will continue to acquire new technology and expand its nuclear program in subversive ways, defying future U.N. sanctions, as it has successfully continued to do since it rejected the first incentive package in 2006.

Rejection of the latest package is backed with the belief that the U.S. is militarily too vulnerable to attack Iran and the Security Council lacks the political will to engage in a military confrontation. For the most part, Tehran views the logic of sanctions primarily as a tactic of psychological warfare that is best tackled with defiance.

The notion of defiance brings us to the second reason why Tehran will reject the package: symbolic politics. The country's

# WHY TEHRAN WILL REJECT THE NEW INCENTIVE PACKAGE

nuclear program is a source of national pride to many Iranians, even to dissidents strongly opposed to the theocratic regime. The idea that Iran should pursue nuclear technology despite foreign pressures is a belief that is shared by many Iranians of diverse political backgrounds. The clerical regime is fully aware of the power of such symbolic politics and continues to capitalize on it by propagating the value of its nuclear project through various civic, educational institutions and media outlets, including popular shows on television. In fact, with an increase of sanctions, Tehran will find more ammunition to bolster its legitimacy among ordinary Iranians, therefore continue with its uranium enrichment capabilities at a faster pace.

But the main reason why Tehran will reject the offer lies with Iran's deep suspicion over U.S. objectives to endorse the incentive package. History serves as a guide here. At the time when the six-nation offer of incentives was rejected by Tehran in 2006, the U.S. State Department allocated $75 million in emergency funds to support oppositional forces outside and inside Iran. The problem with the democracy-promotion program was that it was made public only months before the first incentive package was introduced to Tehran. The regime-change policy cancelled out the incentive package,

*The regime-change policy cancelled out the incentive package, since it promoted programs for the annihilation of the regime while at the same time offering incentives for its survival. Such inconsistencies have made the Iranian regime highly suspicious of Washington's participation in the nuclear talks.*

since it promoted programs for the annihilation of the regime while at the same time offering incentives for its survival. Such inconsistencies have made the Iranian regime highly suspicious of Washington's participation in the nuclear talks.

It is now highly likely that Iran's move will prompt the Security Council and Germany to adopt tougher sanctions. While sanctions will surely hinder Iran's economic growth, such punitive measures aimed at international ostracism will only harden Tehran's posture on the nuclear issue and, in turn, encourage it to charge ahead with its nuclear program. With the rise of a climate of suspicion, the Iranian regime will also move to further limit political activities in the name of unifying the nation against a foreign threat. In reality, the repercussions of the sanctions are multitude, most significantly hindering the growth of the Iranian civil society as the regime gains strength with the increasing centralization of state power as a reaction to the sanctions.

Yet recent tensions over Iran's nuclear program come as Iran's political landscape undergo considerable transformation. As America heads to the polls in November, the newly elected Iranian parliament embraces a new political approach, which appears to be less confrontational in posture though still cautious about West's intentions to halt Iran's nuclear program. Led by the pragmatic Ali Larijani, the revisionist conservatives still want to negotiate with the West over the nuclear issue; however, they are weary of Washington's objective toward Iran.

For some time to come, the political balance in Iran will be indirectly shaped by decisions Washington will make to influence the Security Council. The best way of promoting nuclear non-proliferation and democratization in Iran is by allowing the Iranian civil society to have direct access to the global market. But in order to do so, Washington must first reconsider its policy of sanctions that only helps empowering the Iranian state and weaken Iran's civil society.

*Prof. Babak Rahimi teaches Iranian and Islamic Studies at University of California San Diego. He is currently conducting field research in Iran.*

EXHIBIT
*5F*

# (niac) National Iranian American Council

## PROMOTING IRANIAN-AMERICAN PARTICIPATION IN AMERICAN CIVIC LIFE

### ▚▚▚▚▚ NIAC US-IRAN POLICY MEMO ▚▚▚▚▚

1411 K St NW Ste 600, Washington, DC 20005     202-386-6325     Nov 2007

web: www.niacouncil.org    |    e-mail: info@niacouncil.org

## U.S. SANCTIONS ON IRAN: WILL THEY WORK?

The Bush administration's latest unilateral sanctions on Iran are likely to fail. The debate over whether or not these sanctions will work has so far focused on economic considerations. Psychological and political factors, however, are more important.

Historically, Iranian national sentiment soars in the face of foreign pressure. Like the leaders of the past, the current regime can benefit internally from resisting coercion by foreign powers such as the United States.

In the nineteenth century, the Iranian people rejected imperial Britain's bid to impose a monopoly on the Iranian tobacco industry. Led by opposition leaders, the public stopped using tobacco, and in 1892 the Qajar monarch, Nasser-edin Shah, was forced to cancel the tobacco

***Historically, Iranian national sentiment soars in the face of foreign pressure. Like the leaders of the past, the current regime can benefit internally from resisting coercion by foreign powers such as the United States.***

concession he had granted to the British.

The flame of national awakening thus kindled led to the Iranian Constitutional Movement at the turn of the twentieth century. The movement aimed primarily at ridding Iran of foreign domination. Its nationalist and religious supporters created the first representative government in Iranian history

to limit arbitrary powers of the Shah in foreign as well as domestic affairs. The failure of the Qajar monarchs to share power with the religious and political opposition brought their dynasty to an end.

By contrast, Reza Khan, a mere colonel in the Iranian Cossack Brigade, shrewdly exploited the frustrated Iranian national will. He first consolidated his power by successful military campaigns against provinces seeking autonomy, strengthened the central government, and declared himself Shah in 1925.

All criticism of his regime aside, he in fact pursued a rational and realistic foreign policy to free Iran from a century of British and Russian domination, setting the foundation for



## U.S. SANCTIONS ON IRAN: WILL THEY WORK?

achieving Iran's territorial integrity and political independence.

But his son, Mohammad Reza Shah, failed to learn from his father's example.  Instead of seeking the support of religious and nationalist forces, he waged a campaign of political warfare against the supporters of Prime Minister Mohammad Musaddiq. While the British and American covert operations helped overthrow the Musaddiq government in 1953, the Shah's victory marked his loss of political legitimacy, and eventually sealed his fate.

While Mohammad Reza Shah adamantly refused to share real power even with moderate nationalist opposition forces during the revolutionary crisis in 1978-1979, Ayatollah Ruhollah Khomeini took a different approach, calling on support from nationalist leaders to wrest power from the Shah and establish the Islamic Republic.

Even though Khomeini later suppressed nationalist political forces, still he rode the wave of popular Iranian nationalist feeling in fighting a bloody defensive war against Iraq in 1980-1988, which cost the lives of hundreds of thousands of Iranians—young and old, men and women, religious and secular—who had responded patriotically to the invasion of their country.

*In reaction to foreign coercion, the Iranian sense of national unity overcomes factional strife. It is a transcendental force inspired by a powerful belief of the Iranian people that their national identity is rooted in the continuity and resilience of their culture and civilization despite over two millennia of foreign pressures and invasions, from Alexander of Macedonia to Saddam of Iraq.*

In the face of U.S. pressure and threats of force, Iranian supreme leader Ali Khamenei and President Ahmadinejad insist on Iran's right to continue uranium enrichment for energy on Iranian soil. This does not simply reflect, as so often portrayed, the hard-line stance of Ahmadinejad. Even the moderate and soft-spoken President Mohammad Khatami, who served as Iran's president from 1997 to 2005, warned America and Israel of Iran's retaliatory "fire of hell" in response to any military attack on Iran over the nuclear issue.

In reaction to foreign coercion, the Iranian sense of national unity overcomes factional

strife. It is a transcendental force inspired by a powerful belief of the Iranian people that their national identity is rooted in the continuity and resilience of their culture and civilization despite over two millennia of foreign pressures and invasions, from Alexander of Macedonia to Saddam of Iraq.

Given such profound Iranian cultural, psychological and political realities, America's newly expanded unilateral sanctions are likely to fail, as have all previous sanctions since the United States broke diplomatic relations with Iran in 1980.

Diplomacy, rather than pressure or military action, remains the most realistic option. American and Iranian ambassadors in Baghdad will soon renew discussions on Iraqi security. Yet to resolve the nuclear standoff between the US and Iran, unconditional and direct negotiations at higher levels are essential to avoid a military collision.

*R.K. Ramazani is Professor Emeritus of Government and Foreign Affairs at the University of Virginia. For over a half century, he has written extensively on Iran, including the prize-winning The Foreign Policy of Iran.  The author thanks W. Scott Harrop for assistance with this essay. This article first appeared in the Daily Progress.*



EXHIBIT
6A

An Iranian American
Voice in Washington DC!

Home

**NIAC Newsletter**

your email

○ HTML ○ Text
Subscribe

**Latest News**

↳ **Event: NIAC and NAF to Hold US-Iran Conference on Capitol Hill February 14**
↳ **Lee Introduces Sweeping Iran Diplomacy Bill**
↳ **Mass Rally in DC Calls for New Strategy in Iraq, No War in Iran**
↳ **Lantos Call for More Iran Sanctions at Hearing**

**Login**

Username:

Password:

☐ Remember me
Login
Lost Password?
No account yet? Register

**Syndicate**

RSS | RSS 2.0
RSS 1.0
RSS 0.92
ATOM 0.3
OPML SHARE

Home • Elected Officials • Candidates & Elections • Legislation • Media Guide

Legislative Alerts and Updates | Current Legislation | Key Votes | Capitol Hill Basics

**ACTION ALERT**    Enter Your Zip Code: [          ]  [Go!]

🔖 BOOKMARK

**Ask your Senators to support diplomacy with Iran**

There is new momentum on Capitol Hill to pursue a shift in US policy towards Iran.  Most recently, Senator Feinstein of California added her powerful voice to this debate, **calling for direct, unconditional dialogue** between the US and Iran. (**See video** ). The support of the Iranian American community in California for her position was instrumental in her decision.

For other Senators to follow her lead, it is crucial that they hear from the Iranian-American community.  In order for Senator Feinstein's efforts to succeed, she needs likeminded Senators to stand by her, so that the new administration—whether Democratic or Republican—can have viable options for a new, effective US foreign policy on Iran.

At NIAC's April 8 conference she re-iterated her support **for an alternative** to sanctions and war. The proposal, recently put forth by former senior American officials and nuclear experts, suggests a multinational fuel enrichment facility inside Iran under extensive international supervision.

Please take a moment to send the letter below to your members of the Senate.  With your input and involvement, your Senators can play an important role in shaping an effective and constructive policy towards Iran.

**TAKE ACTION NOW!**   Enter Your Zip Code: [          ]  [Go!]

✉ **Tell A Friend**

**Donate to NIAC!**

Enter Amount:

$ 50.00

[ Donate ]

**Join NIAC!**



**US Iran Media**



**Anti-Discrimination**

**IraNexus**

powered by **Capitol Advantage** ©2008



**SBA**



**Irancensus**



**Register to Vote!**



Copyright © 2008 National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
(202) 386-6325 Direct
(202) 386-6409 Fax

EXHIBIT
7



آفتاب
Aftab News

منجسر قهرمان لیگ برتر انگلستان شد

دوشنبه 23 اردیبهشت 1337

خارجی ‹ آرشیو گفتگو ‹ هسته ای
پنجشنبه 7 دی 1385 ساعت 18:13

تحلیل رئیس شورای آمریکایی های ایرانی تبار از بحران هسته‌ای

**لابی ایرانی در آمریکا فعال می‌شود؟**



عناوین مرتبط

■ آلمان: نیازی به قطعنامه سوم
نیست

■ هند راه خود را انتخاب کرد

■ استقبال چین از توافق ایران و
آژانس

■ بحث درباره قطعنامه سوم
شهریور آغاز می‌شود

■ پیش بینی ناباورترین دوست
ایران!

■ تهران هنوز بسته پیشنهادی را
بررسی می کند

آفتاب: روزنامزایی ایران و غرب بر سر پرونده هسته‌ای با تصویب قطعنامه تحریم در شورای امنیت سازمان ملل متحد و اقدام متقابل مجلس در ملزم ساختن دولت به تجدید نظر در همکاری‌ها با آژانس بین‌المللی انرژی هسته‌ای وارد مرحله خطیرتر شده است، در چنین شرایطی استفاده از تمامی ابزارهای موجود برای پاسداری از منافع ملی نکته‌ای است که بی‌شک می‌بایست در دستور کار عموم مسئولان دستگاه دیپلماسی قرار بگیرد. در این میان وجود جامعه نسبتا بزرگی از ایرانیان در خاک آمریکا پتانسیل بالقوه‌ای برای تاثیر گذاری و تعدیل سیاست‌های تندروانه کاخ سفید تلقی می‌شود که البته تاکنون چنانکه باید و شاید مورد توجه قرار نگرفته است. اگر این پتانسیل بالقوه و دست نخورده را با میزان تاثیر لابی رژیم صهیونیستی (یهودیان) در حمایت از اسرائیل مقایسه کنیم به شکاف ژرفی که میان آنچه هست و آنچه می‌تواند باشد وجود دارد بیشتر پی می‌بریم. شاید از باد برد که به اعتقاد بیشتر صاحب نظران در جهان امروز استفاده هوشمندانه از «دیپلماسی غیر رسمی» نقش بسیار پراهمیتی در پیشبرد و تحقق اهداف دیپلماسی رسمی دارد. «تریتا پارسی» رئیس شورای آمریکایی‌های ایرانی تبار و استاد دانشگاه جانهاپکینز در گفتگویی قطعنامه تصویب شده را در مورد یک شرایط باخت-باخت ایران و جامعه هسته‌ای ایران دانسته‌است. نظر به اهمیت موضوع آفتاب چکیده‌هایی از این گفتگو را منتشر می‌کند:

**آیا تحریم‌های کنترل‌شده شورای امنیت، کشورهای غربی را به حل پرونده هسته‌ای ایران نزدیک‌تر کرده‌است؟ در شرایطی که تهران مبارزه‌جو و سرسختانه از همیشه به نظر می‌رسد.**

من فکر می‌کنم آنچه اکنون اتفاق افتاده ورود به یک بازی باخت-باخت است که توان طرفین را به جای پیدا کردن راه‌حل و رسیدن به توافق، به این موضوع معطوف می‌کند که چگونه یک طرف کاری‌فی به طرف مقابل وارد کند. در این بازی هر طرفی که مقاومت بیشتری به خرج دهد و دیرتر خسته شود شانس بیشتری برای برنده‌شدن دارد.



آگهی

ایمن رایانه پندار

■ پربیننده ترین مطالب
■ اخبار در سایت شما
■ سایتهای دیگر
■ لینک به ما



آگهی



جستجو
جستجوی پیشرفته

■ هند راه خود را انتخاب کرد

■ استقبال چین از توافق ایران و آژانس

■ بحث درباره قطعنامه سوم شهریور آغاز می‌شود

■ پیش‌بینی نابذیرترین دوست ایران!

■ تهران هنوز بسته پیشنهادی را بررسی می کند

عناوین اصلی

■ مذاکره مستقیم ایران با 1+5 ؟

■ ایران یک گام به جلو برداشته است

■ انسداد دارایی 12 شرکت ایرانی در سوئیس

■ ایران زودتر از 2010 به سلاح اتمی نمی‌رسد!

■ کوشنر همه‌جا به دنبال تحریم ایران

جانهاپکینز در گفتگوی قطعنامه تصویب شده را بوجود آورنده یک شرایط باخت-باخت در قبال برنامه هسته‌ای ایران دانسته‌است. نظر به اهمیت موضوع آفتاب چکیده‌ای از این گفتگو را منتشر می‌کند:

**آیا تحریم‌های کنترل‌شده شورای امنیت، کشورهای غربی را به حل پرونده هسته‌ای ایران نزدیک‌تر کرده‌است؟ در شرایطی که تهران مبارزه‌جو و سرسخت‌تر از همیشه به نظر می‌رسد .**

من فکر می‌کنم آنچه اکنون اتفاق افتاده ورود به یک بازی باخت-باخت است که توان طرفین را به جای پیدا کردن راه‌حل و رسیدن به توافق، به این موضوع معطوف می‌کند که چگونه یک ضربه کاری‌تر به طرف مقابل وارد کنند. در این بازی هر طرفی که مقاومت بیشتری به خرج دهد و دیرتر خسته شود شانس بیشتری برای برنده‌شدن دارد. مطمئنا ایران به‌خاطر سرسختی خود مجبور به تحمل فشارهای اقتصادی خواهد شد، ولی فراموش نکید که ایالات متحده نیز در عراق شرایط بسیار دشواری دارد.

این قطعنامه شانس دیپلماتیک مسئله را به طور کامل از بین نبرده، ولی مطمئنا هزینه بازگشت به میز مذاکره را برای طرفین بیشتر کرده‌است.

**پس شما فکر می کنید که این قطعنامه موضوع را پیچیده‌تر کرده است. در این شرایط آیا می توان از مؤثر بودن تحریم‌های گنجانده شده در آن سخن گفت؟**

من فکر نمی‌کنم که این تحریم‌ها لزوما تاثیر خاصی بر ایران داشته باشند، حتی از جهانی می توان گفت اقدامات یکجانبه ایالات متحده در تحت فشار قراردادن بانکهای طرف معامله با ایران به نوبه خود می‌تواند از تحریم‌های لحاظ شده در قطعنامه 1737 بسیار مؤثرتر باشد.

**آیا واقعا راه حلی برای این بحران وجود دارد؟**

بله، ولی من فکر نمی‌کنم که جامعه جهانی با این اقدام(تصویب قطعنامه) گام مؤثری برای حل موضوع برداشته باشد. در شرایط کنونی دیپلماسی قربانی چرخه معیوب تهدیدها و تحریک‌ات ایران و آمریکا علیه یکدیگر شده است. درطرف ایران، شاید تحریک‌آمیزترین کاری که می توانست را ایران شرایط صورت گیرد برگزاری کنفرانس هولوکاست بود که قطعا از هیچ‌نظر نمی‌تواند تاثیر مثبتی بر منافع این کشور بگذارد. در طرف مقابل آمریکایی‌ها نیز همچنان از گفتگو با ایران در مورد عراق سرباز زده و عمدا نقش فوق‌العاده‌ای که ایران می تواند در برقراری ثبات و امنیت در عراق داشته باشد را نادیده می‌گیرند.

بسیار موثرتر باشد.

ایران

**آیا واقعا راه حلی برای این بحران وجود دارد؟**

بله، ولی من فکر نمی‌کنم که جامعه جهانی با این اقدام(تصویب قطعنامه) گام موثری برای حل موضوع برداشته باشد. در شرایط کنونی دیپلماسی قربانی چرخه معیوب تهدیدها و تحریکات ایران و آمریکا علیه یکدیگر شده است.

درطرف ایران، شاید تحریک‌آمیزترین کاری که می توانست در این شرایط صورت گیرد برگزاری کنفرانس هولوکاست بود که قطعا از هیچنظر نمی‌تواند تاثیر مثبتی بر منافع این کشور بگذارد. در طرف مقابل آمریکایی‌ها نیز همچنان از گفتگو با ایران در مورد عراق سرباز زده و عمدا نقش فوق‌العاده‌ای که ایران می تواند در برقراری ثبات و امنیت در عراق داشته باشد را نادیده می‌گیرند.

**با توجه به وضعیت روابط تهران-واشنگتن، می‌توان از احتمال آغاز یک مسیر دیپلماتیک سخن گفت؟**

بله به شرطی که ابتدا دو چیز اتفاق بیافتد؛ اول اینکه غرب به طور آشکار اعلام کند که ایران حق دارد تا تمامی جنبه‌های یک برنامه‌هسته‌ای صلح‌آمیز بهرهمند شود و مذاکرات بدون پیش‌شرط را با این کشور آغاز کند، دوم اینکه ایران به‌جای دیپلماسی تحریک‌آمیز کنونی یک سیاست خردورزانه در مذاکرات داشته‌باشد.

**در شرایط کنونی اصلا به نظر نمی رسد که ایران بخواهد فعالیت‌های غنی‌سازی (اورانیوم) خود را متوقف سازد. آیا به نظر شما شورای امنیت عکس‌العمل نشان داده و گام بعدی را بر می دارد؟**

ما اکنون داخل یک چرخه افتاده‌ایم، بله اگر تهران قطعنامه را نپذیرد شورای امنیت تا چند ماه دیگر دور دوم تحریم‌ها علیه ایران را اعمال خواهد کرد.

**در داخل ایران صدای کسانی که خواهان قطع همکاری‌های ایران با IAEA و حتی خروج از NPT هستند بلندتر از همیشه به گوش می‌رسد. آیا واقعا ممکن است دولت این کشور نیز قدم در چنین راهی بگذارد؟**

از نظر من احتمال وقوع چنین چیزی کم است. من مطمئنم در داخل ایران عناصر تاثیرگذاری وجود دارند که خطرات در پیش گرفتن چنین رویکردی را درک می کنند، هرچند ممکن است در کوتاهمدت بازرسان IAEA با محدودیت‌هایی در دسترسی به تاسیسات هسته‌ای این کشور مواجه شوند اما به طور طبیعی در بلندمدت چنین‌چیزهایی اتفاق نخواهد افتاد.

چاپ   ارسال به‌دیگران

کد مطلب : 55529

شود؟آفتاب - لابی ایرانی در آمریکا فعال می
http://www.aftabnews.ir/vdccpoq2biqpp.html
Screen clipping taken: 5/11/2008, 5:39 PM



EXHIBIT

8

حمله نومحافظه کاران به لابی ایرانی در آمریکا

گروههای نومحافظه کار آمریکایی در حال تلاش برای کاستن از نفوذ گروه شورای ملی ایرانی - آمریکایی (نایاک) هستند.

به گزارش الف، تلاشهای نومحافظه کاران برای مبارزه با نایاک پس از ماهها انتقاد ضمنی، اینک وارد مرحله ای جدید شده و این گروه به فعالیت در راستای اهداف جمهوری اسلامی متهم می شود.

نایاک که به عنوان بزرگترین سازمان ایرانی آمریکایی ایالات متحده محسوب می شود، از سال 2000 فعالیت خود را آغاز کرده است. این شورا که اعضای آن بیشتر متشکل از افراد متخصص در حوزه های حرفه ای و علمی هستند، هدف خود را گسترش پیوند میان مردم ایران و آمریکا و شناساندن فرهنگ ایرانی معرفی کرده است.

سازمان مرکزی این گروه در واشنگتن دی سی قرار دارد. نایاک به صورت غیرانتفاعی اداره می شود و به عنوان یک سازمان غیرسیاسی ثبت شده است.

همزمان با گسترش فعالیتهای نایاک در سالهای اخیر، انتقادات به فعالیت این مجموعه نیز افزایش یافته است. این انتقادات از جانب گروههای محافظه کار و نومحافظه کار سیاسی ایالات متحده مطرح می شود.

در جدیدترین این تلاشها، نشریه نیوکان فرانتپیج با ارائه تصویری خرابکارانه از نایاک، این سازمان را عامل جمهوری اسلامی ایران در آمریکا معرفی کرده و اهداف آن را نفوذ در سیستم سیاسی ایالات متحده و ارائه تصویر بهتر از دولت ایران در خارج از ایران ذکر کرده است.

این ارگان نومحافظه کار نتیجه گیری می کند: از دهه 90 ایران در پی ایجاد سیستم لابی گری گسترده ای در ایالات متحده بوده است. دولت ایران منابع مالی و انسانی فراوانی را برای رسیدن به این هدف تخصیص داده است.

↑

روزنامه قدس - روزنامه صبح ایران
http://www.qudsdaily.com/archive/1386/html/2/1386-02-01/page61.html
Screen clipping taken: 5/11/2008, 7:56 PM





ك مطلب: 7756, 2980 :P.View

IAPAC و NIAC علیه AIPAC

(3 توصیه)

بخش: خبری الف

۲۸ فروردین ۱۳۸۶

گروه های نومحافظه کار آمریکایی در حال تلاش برای کاستن از نفوذ گروه شورای ملی ایرانی - آمریکایی NIAC هستند. به گزارش "الف"، تلاش های نومحافظه کاران برای مبارزه با "نیاک" پس از ماه ها انتقاد ضمنی، اینک وارد مرحله ای جدید شده و این گروه مستقیما به فعالیت در راستای اهداف جمهوری اسلامی متهم می شود.

نیاک که به عنوان بزرگترین سازمان ایرانی آمریکایی ایالات متحده محسوب می شود، از سال 2000 فعالیت خود را آغاز کرده است. این شورا که اعضای آن عمدتا متشکل از افراد متخصص در حوزه های مختلف حرفه ای و علمی هستند هدف خود را گسترش پیوند میان مردم ایران و آمریکا و شناساندن فرهنگ ایرانی معرفی کرده است. سازمان مرکزی این گروه در واشینگتن دی سی قرار دارد. نیاک به صورت غیرانتفاعی اداره می شود و به عنوان یک سازمان غیر سیاسی ثبت شده است.

همزمان با گسترش فعالیت های نیاک در سال های اخیر، انتقادات به فعالیت این مجموعه نیز افزایش یافته است. این انتقادات که عمدتا از جانب گروه های محافظه کار و نومحافظه کار آمریکایی به عرصه سیاسی ایالات متحده مطرح می شود بر محور ارتباط احتمالی این گروه با دولت ایران متمرکز شده است. تشدید فشارها با نیاک، همزمان با افزایش تبلیغات منفی علیه شورای روابط آمریکایی-اسلامی CAIR که به عنوان بزرگترین سازمان اسلامی آمریکا شناخته می شود، صورت می گیرد.

در ذکر این تلاش ها، نشریه نیوکان فرانتیس، ضمن ارائه تصویری خرابکارانه از نیاک، این سازمان را عامل جمهوری اسلامی در آمریکا معرفی کرده و اهداف آن را تقلید و شبیه سازی یک AIPAC ایرانی در آمریکا، ارائه تصویری شهروندی از لابی خود، ممانعت و اشکال تراشی در فعالیت های اپوزیسیون ایرانی در آمریکا، نفوذ در سیستم سیاسی ایالات متحده، تابوشکنی در همکاری با ایران در این ایرانیان مهاجر و ارائه تصویر بهتر از دولت ایران در خارج از آن در خارج می کرده است. این نشریه، حمایت فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا و عضویت تعدادی از اعضای آن در برخی شرکت های تجاری ایرانی را به عنوان مدرکی بر ادعاهای خود ذکر کرده و نیاک را به تغذیه از منابع نفتی ایران متهم کرده است.

این ارگان شاخه ای از نومحافظه کاران، با اشاره به کمک چندین لابیست لابیست آمریکایی - باب نی (نماینده سابق کنگره از اوهایو)، روی کافی و دیو دی استفانو - و با استناد به پرونده ای که برای باب نی در مورد ارتباط با یک دلال سوری اسلحه در لندن تشکیل شده است، به صورت ضمنی نیاک و سازمانی در چارچوب تلاش های ایران برای انتقال اسلحه توصیف می کند.

این نشریه همچنین اعضای نیاک را متهم کرده است که در پیروی از دستورات تهران درباره ایجاد گروهی رقیب در مقابل ، IAPAC AIPAC - شورای اقدام سیاسی ایرانی آمریکایی - را تشکیل داده اند.

از اتهامات دیگری که بر نیاک وارد شده است، تلاش برای لغو و جلوگیری از تمدید ILSA - قانون تحریم ایران و لیبی - است. گزارش مذکور مدعی است نیاک با پارسی به عنوان رابط اصلی جمهوری اسلامی در دوران هاشمی و خاتمی، با نظارت مستقیم رهبر ایران و با همکاری وزارت خانه های اطلاعات و فرهنگ و ارشاد اسلامی، سیاست های نظام را به این وزارت خانه منتقل می کرده است.

این ارگان نومحافظه کار نتیجه گیری می کند "از دهه 90 ایران در پی ایجاد سیستم لابی گری گروه گسترده ای در ایالات متحده بوده است. دولت ایران منابع مالی و انسانی فراوانی را برای رسیدن به این هدف تخصیص داده است. این لابی متشکل از شبکه ای پیچیده از افراد و سازمان های همپوشان با کادر رهبری آن است که با دولت ایران، ارتباطی مافیایی دارند".

از چهره های شناخته شده NIAC و AIC - کمیته ایرانی آمریکایی که قبل از تشکیل نیاک فعالیت می کرد - می توان به تریتا پارسی و هوشنگ امیراحمدی اشاره کرد. از پارسی و امیر احمدی در بسیاری از اوقات به عنوان "رابط" و در برخی منابع به "دلال" سیاسی ایران و دولت آمریکا در سال های گذشته یاد می شود. اعضای این گروه چندان مورد اعتماد  ایران نیستند.

IAPAC و NIAC علیه AIPAC - الف
http://www.alef.ir/content/view/7756/.

EXHIBIT

tabber

10

Screen clipping taken: 5/11/2008, 8:03 PM



**FARS** NEWS AGENCY — WWW.FARSNEWS.ir — خبرگزاری فارس

04:26 صفحه اصلی / فارسی                     13 May 2008 / 1387 / 23 ارديبهشت جمعه اول جماد ديگر

8601280492 شماره                    86/01/28 - 21:25         گروه سردبیری / حوزه سیاسی امنیتی

**AIPAC علیه NIAC و IAPAC**

خبرگزاری فارس: گروه های تندمحافظه کار آمریکایی در حال تلاش برای کاستن از نفوذ گروه شورای ملی ایرانی - آمریکایی NIAC هستند. تلاش های تندمحافظه کاران برای مبارزه با "نایاک" چند ماه ها اخیر نظاره شمنی، اینک وارد مرحله ای چند شده و این گروه مستقیما به فعالیت در راستای اهداف جمهوری اسلامی متهم می شود.

گروه های تندمحافظه کار آمریکایی در حال تلاش برای گسترش از نفوذ گروه شورای ملی ایرانی - آمریکایی NIAC هستند. به گزارش "فارس" تلاش های تندمحافظه کاران برای مبارزه با "نایاک" چند ماه ها اخیر نظاره شمنی، اینک وارد مرحله ای جدید شده و این گروه مستقیما به فعالیت در راستای اهداف جمهوری اسلامی متهم می شود.

نایاک که به عنوان بزرگترین سازمان ایرانی آمریکایی ایالات متحده محسوب می شود، در سال 2000 فعالیت خود را آغاز کرده است. این شورا که اعضای آن عمدتا متشکل از افراد متخصص در حوزه های مختلف حرفه ای و علمی هستند هدف خود را گسترش پیوند میان مردم ایران و آمریکا و شناساندن فرهنگ ایرانی معرفی کرده است. سازمان مرکزی این گروه در واشینگتن دی-سی سی قرار دارد. نایاک به صورت غیرانتفاعی اداره می شود و به عنوان یک سازمان غیر سیاسی ثبت شده است.

همزمان با گسترش فعالیت های نایاک در سال های اخیر، انتقادات به فعالیت این مجموعه نیز افزایش یافته است. این انتقادات که عمدتا از جانب گروه های محافظه کار و تندمحافظه کار عرصه سیاسی ایالات متحده مطرح می شود بر محور ارتباط احتمالی این گروه با دولت ایران متمرکز شده است. تشدید فشارها بر نایاک همزمان با افزایش تبلیغات منفی علیه شورای روابط آمریکایی-اسلامی CAIR که به عنوان بزرگترین سازمان اسلامی آمریکا شناخته می شود، صورت می گیرد.

در جدی ترین این تلاش ها، نشریه نیوکان فرانتپیچ، ضمن ارائه تصویری خرابکارانه از نایاک، این سازمان را عامل جمهوری اسلامی در آمریکا معرفی کرده و اهداف آن را تقلید و شبیه سازی یک AIPAC ایرانی در آمریکا، ارائه تصویری شهروندی از لابی خود، ممانعت و اشکال تراشی در فعالیت های ایوزیسیون ایرانی در آمریکا، نفوذ در سیستم سیاسی ایالات متحده، تابوشکنی با ایران در بین ایرانیان مهاجر و ارائه تصویر بهتر از دولت ایران در خارج ذکر کرده است. این نشریه، حمایت فرامرز فاتح قتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا و عضویت تعدادی از اعضای آن در برخی شرکت های تجاری ایرانی را به عنوان مدرکی بر ادعاهای خود ذکر کرده و نایاک را به تغذیه از منابع نفتی نفتی ایران متهم کرده است.

این ارگان شاخه ای از تندمحافظه کاران، با اشاره به کمک چندین لابیست آمریکایی - باب نی (نماینده سابق کنگره از اوهایو)، روی کافی و دیو ای استوانو - و با استناد به پرونده ای که برای باب نی در مورد ارتباط با یک دلال سوری اسلحه در لندن تشکیل شده است، به صورت ضمنی نایاک را سازمانی در چارچوب تلاش های ایران برای انتقال اسلحه توصیف می کند.

این نشریه همچنین اعضای نایاک را متهم کرده است که با نیروی از دستورات تهران درباره ایجاد گروهی رقیب در مقابل AIPAC ، IAPAC - شورای اقدام سیاسی ایرانی آمریکایی - را تشکیل داده اند.

این نشریه همچنین اعضای نایاک را متهم کرده است که با پیروی از دستورات تهران درباره ایجاد گروهی رقیب در مقابل AIPAC ، IAPAC - شورای اقدام سیاسی ایرانی آمریکایی - را تشکیل داده اند.

از اتهامات دیگری که بر نایاک وارد شده است، تلاش برای لغو و جلوگیری از تمدید ILSA - قانون تحریم ایران و لیبی - است. گزارش مذکور مدعی است تریتا پارسی به عنوان رابط اصلی جمهوری اسلامی در دوران هاشمی و خاتمی، با نظارت مستقیم رهبر ایران و با همکاری وزارت خانه های اطلاعات و فرهنگ و ارشاد اسلامی، سیاست های نظام را به این گروه منتقل می کرده است.

این ارگان نومحافظه کار نتیجه گیری می کند "از دهه 90 ایران در پی ایجاد سیستم لابی گری گسترده ای در ایالات متحده بوده است. دولت ایران منابع مالی و انسانی فراوانی را برای رسیدن به این هدف تخصیص داده است. این لابی متشکل از شبکه ای پیچیده از افراد و سازمان های همپوشان با کادر رهبری آن است که با دولت ایران، ارتباطی مافیایی دارند".

از چهره های شناخته شده NIAC و AIC - کمیته ایرانی آمریکایی که قبل از تشکیل نایاک فعالیت می کرد - می توان به تریتا پارسی و هوشنگ امیراحمدی اشاره کرد. از پارسی و امیر احمدی در بسیاری از اوقات به "رابط" و در برخی منابع به "دلال" سیاسی ایران و دولت آمریکا در سال های گذشته یاد می شود.

منبع:سایت الف

نظر شما درباره این خبر:

نام:

Fars News Agency : AIPAC علیه NIAC و IAPAC
http://www.farsnews.com/newstext.php?nn=8601280492
Screen clipping taken: 5/11/2008, 8:12 PM

http://www.tebyan.net/index.aspx?pid=40463

EXHIBIT
11
tabbies





Emammahdi.com

| | اخبار . گوناگون . |
|---|---|
| صفحه ی اصلی | |
| مهدویت | AIPAC علیه NIAC و IAPAC - سه شنبه 4 اردیبهشت 1386  1:44:57 PM |
| جهان اسلام | |
| بین الملل | گروه های نومحافظه کار آمریکایی در حال تلاش |
| گوناگون | برای کاستن از نفوذ گروه شورای ملی ایرانی - |
| گزارش تصویری | آمریکایی NIAC هستند. به گزارش "الف"، تلاش |
| اخبار سایت | های نومحافظه کاران برای مبارزه با "نایاک" پس از |
| خبرنگاران افتخاری | ماه ها انتقاد ضمنی، اینک وارد مرحله ای جدید |



فرصتی برای
UNESCO

تولید توت بذار

تسهیلات ویژ
Emammahdi.
com

اعتراض دانش

_1386/10/26
ازدواج

راستی عشق چ

شده و این گروه مستقیما به فعالیت در راستای
اهداف جمهوری اسلامی متهم می شود.

نایاک که به عنوان بزرگترین سازمان ایرانی
آمریکایی ایالات متحده محسوب می شود، از سال 2000 فعالیت خود را آغاز کرده است. این شورا که
اعضای آن عمدتا متشکل از افراد متخصص در حوزه های مختلف حرفه ای و علمی هستند هدف
خود را گسترش پیوند میان مردم ایران و آمریکا و شناساندن فرهنگ ایرانی معرفی کرده است.
سازمان مرکزی این گروه در واشینگتن دی سی قرار دارد. نایاک به صورت غیرانتفاعی اداره می شود
و به عنوان یک سازمان غیر سیاسی ثبت شده است.

همزمان با گسترش فعالیت های نایاک در سال های اخیر، انتقادات به فعالیت این مجموعه نیز
افزایش یافته است. این انتقادات که عمدتا از جانب گروه های محافظه کار و نومحافظه کار عرصه
سیاسی ایالات متحده مطرح می شود بر محور ارتباط احتمالی این گروه با دولت ایران متمرکز شده
است. تشدید فشارها بر نایاک، همزمان با افزایش تبلیغات منفی علیه شورای روابط آمریکایی-
اسلامی CAIR که به عنوان بزرگترین سازمان اسلامی آمریکا شناخته می شود، صورت می گیرد.

در جدی ترین این تلاش ها، نشریه نیوکان فرانتپیج، ضمن ارائه تصویری خرابکارانه از نایاک، این
سازمان را عامل جمهوری اسلامی در آمریکا معرفی کرده و اهداف آن را تقلید و شبیه سازی یک
AIPAC ایرانی در آمریکا، ارائه تصویری شهروندی از لابی خود، ممانعت و اشکال تراشی در فعالیت
های اپوزیسیون ایرانی در آمریکا، نفوذ در سیستم سیاسی ایالات متحده، تابوشکنی از همکاری با
ایران در بین ایرانیان مهاجر و ارائه تصویر بهتر از دولت ایران در خارج ذکر کرده است. این نشریه،
حمایت فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا و عضویت تعدادی از اعضای
آن در برخی شرکت های تجاری ایرانی را به عنوان مدرکی بر ادعاهای خود ذکر کرده و نایاک را به
تغذیه از منابع نفتی ایران متهم کرده است.

این ارگان شاخه ای از نومحافظه کاران، با اشاره به کمک چندین لابیست آمریکایی- باب نی (نماینده

EXHIBIT

12

tabbies



AIPAC علیه NIAC



EXHIBIT
tabbies
13



IIC Index
http://web.archive.org/web/20020401003101/http://www.iic.org/
Screen clipping taken: 5/7/2008, 7:48 AM

# Frequent Asked Questions

**Q:** *How long has IIC existed?*

**A:** IIC was founded in August 1997 by Trita Parsi, the curent President. While conducting research on Iran for US Congressmen in Washington DC in 1997, he recognized the necessity of establishing a lobbying organization in order to protect the socio-economic and political aspirations of the Iranian people on one hand, and to promote the historical and contemporary cultural and scientific contributions of people of Iranian heritage worldwide, on the other. This consequently led, in collaboration with a large number of intellectuals and experts, to the formation of Iranians for International Cooperation (IIC).

**Q:** *What is IIC? Is it a political party or a lobby organization?*

**A:** IIC is not a political party or even a political organization. We consider ourselves a lobby organization; we use our constitutional rights to influence our elected representatives. But we have no ambition to run for public office! We simply do not consider ourselves an alternative to the regime or to the opposition.

**Q:** *But if IIC is a lobby organization, doesn't it become political if it supports politicians?*

**A:** IIC doesn't support any politicians, political groups or movements! We support ideas, objectives and reforms. And as a non-political group, we don't make politics out of this: If someone presents an idea or, in our opinion, genuinely strives to push for reforms which we agree with, we will support that move-- regardless if the person in question is a former communist, mullah or monarchist. We support the idea or the reform, not the person/group behind it.

**Q:** *What does IIC aim to do? Do we really need an Iranian lobby?*

**A:** Our main objective is to safeguard Iran's and Iranian's interests. Currently, our agenda is topped by the removal of US economic and political sanctions against Iran, and the commencement of an Iran-US dialogue.

Iranians constitute one of the most productive and highly educated ethnic groups in the US. Yet, we are a very small voice in US politics. We simply do not participate in the political processes in this great democracy, and if we do not participate we cannot expect to have our voice heard. Many of the problems Iranians face in the US, and much of the enmity between the US and Iran, could either have been terminated or reduced had we attempted to constitute a political force in the US. For instance, had there been an organized Iranian opposition to the proposed US sanctions back in 1995, chances are that the sanctions either wouldn't have been enacted or that they would have been enacted in a much more lenient form. Now, we missed that train, but we still have the opportunity and the responsibility to help our people out of this situation and to make sure that we never get in such a precarious situation again. Of course a non-political Iranian lobby is needed!

**Q:** *Why should we oppose US sanctions and what would an US-Iran dialogue do?*

**A:** There are several reasons why we should oppose US sanctions:

1. The sanctions do not hit the regime, they hit the people-- our relatives back in Iran-- and make their already hard life even more difficult to endure.

2.  Economic hardship will not lead to any political change in Iran. On the contrary, history has shown us that for the emergence of democracy, a strong middle class is needed. US sanctions effectively prohibit the emergence of a strong middle class-- and thus the emergence of democracy... To make the above point even clearer: Has economic sanctions brought democracy or even change to Libya, Iraq, or North Korea? No, but it has caused widespread starvation. And if we don't act now, we may soon face the same fate as the Iraqi people.

3.  As a result of the US sanctions, we see how our bright students get discriminated against in the US. For instance, with Iranian addresses one can not sign up to give the TOEFL and many other exams. Thus, US sanctions prohibit Iranians' access to the best universities in the world.

4.  Due to the US sanctions, the US opposes Central Asian gas pipelines to reach the Persian Gulf through Iran-- the shortest and cheapest way. The hard currency Iran would make on such pipelines is insignificant. However, the geopolitical and strategic importance Iran would gain by having these pipelines pass its territory are immense, not only for now but for the next 50 to 70 years. Thus, the US sanctions do not only aim to impoverish the Iranian people, but also to weaken the Iranian nation for the next half century-- regardless of what regime reigns in Tehran, be it democratic or theocratic.

5.  Now that we are seeing tremendous change in Iran, US aggression against Iran will be counterproductive. The Iranian people voted for President Khatami to get a more open society. If the sanctions succeed in crippling Iran, we will get the exact opposite: A more closed society where conservative forces' struggle to turn the clock back will be facilitated. We have the power and the responsibility to make sure this does not occur. From the American perspective, US sanctions are not only an excessively costly policy, but undermine US interests in the Middle East, one of the most strategically important regions in the world.

Regarding an US-Iran dialogue, this is simply the only way to put an end to the now 20 year old enmity between these two great nations. Just as the US has urged all of its allies to use dialogue and not violence in order to solve disputes and conflicts, dialogue should be the mean used to solve the disagreements between Iran and the US. Furthermore, just the resumption of talks will mean that half the battle has been won-- Iran will be one step closer to break out of its political and economic isolation.

**Q: How does IIC work?**
**A:**We work by informing our representatives of our opinions on these issue. We petition Congress and the EU Parliament, we meet with politicians, we send editorials to major newspapers, we promote tourism to Iran, we promote sports and cultural exchanges, we fight against discrimination facing Iranians in the US etc. etc.

**Q: What is required of IIC members?**
**A:**Participation is fully voluntarily, although it is preferred that members assist with drafting letters, meet with lawmakers, vote on important issues, participate in debates etc. etc. Everyone participates according to one's abilities.

**Q: How is IIC organized?**
**A:**IIC is lead by the Board of Directors. Our activities are coordinated through our three mailing lists, in which all members can participate.

**Q: What is required to become a member of IIC?**
**A:**To become a member, all you must do is to agree with our charter which you can find on our website. By submitting our online **form** , you sign that you agree with our charter and the processing of your membership request has begun.

**Q: Should I become a member of IIC?**
**A:**If you love Iran, if you wish to see friendly ties between Iran and all nations of the world, if you wish to see a prosperous Iran, and if you wish to make all of the above come true, the answer is very simple:

## Of course you should join IIC!

If you have any other questions, please do not hesitate to contact IIC President Trita Parsi.
Return to IIC Home Page
Pasted from <http://web.archive.org/web/20020605145053/iic.org/html/faq.html>