

EXHIBIT
tabbies'
14

# Iran-Americans: The bridge between two nations

**Siamak Namazi & Trita Parsi**

**Paper Presented to DAPIA Conference
Cyprus, November 1999**

> *In general, immigration has throughout history played a big role in joining, founding, growing and expanding civilizations. Immigration is a very valuable human development and one should not look at this development in a derogatory manner...*
>
> - President Mohammad Khatami, during his September 1998 address to Iranians abroad in New York

## Introduction

Twenty years ago a group of radical Iranian students stormed the American Embassy and took over the compound. That event, which was the start of the 444 day hostage crisis, was arguably what made many Americans realize that there is an Iran – or at least an "Eye-Ran" – on the world map.

Prior to the hostage crisis, it may have been harder to explain to the average Joe American where Iran was. It would often take a game of name associations to provoke any sort of recognition of the Iranian nation. Ask any Iranian who lived or visited the US back then, and they will readily reveal the list of magic terms that may have had an impact: oil, the Shah, carpets, caviar, Persia, fluffy cats, etc. While the hostage taking may have finally made "Iran" a household name in Anywhere, America, the image that was conjured was far from an desirable or constructive. The new magic vocabulary now included: terrorists, Ayatollah, hostage takers, and the like.

The aim here is not to poke fun at the American ignorance of Iran. The record is not much better on the Iranian side. Perhaps Hollywood has been able to give some more information about the American people and the way the American systems works to a nation such as Iran, but often an Iranian's knowledge of the US is as sophisticated as a Hollywood thriller. Add to that the effects of various political tirades, such as the regular Friday prayer sermon, combined with Madonna clips from MTV, and the level of distortion becomes clearer.

Having said that, the Iranian revolution did have a tremendous impact on raising the understanding between the Iranian and American nations, albeit unintentionally. The emigration of Iranians has generated a substantial, if often unnoticed wealth for both nations: a large group of people who have a good understanding of the two countries.

Iranian-Americans have had an irreversible impact on the people of Iran and America already. They continue to grow in importance as the bridge between two civilizations during troubled times. Today, there is a good chance that if Joe American is young, his first affiliation to the word "Iran" will not be the hostage crisis, Ayatollahs or the Shah. He may very well tell you that he has or had and Iranian-American school mate, co-worker, or neighbor. A similar process is seen on the Iranian side. Iranian-Americans who return to their motherland to visit often report of all the silly notions of America their cousins back home had – silly notions they helped dispel. At a time when few Americans have been able to travel to Iran, it has been the Iranian-Americans who fulfilled the role of cultural ambassadors to Iran. Given their knowledge of both cultures, they are perhaps best suited for this position.

The following paper is dedicated to discussing the role of Iranian-Americans as a formidable force in mending the differences and misperceptions between Iran and the United States. It will be argued that this group has not fulfilled its full potential as a bridge between the said nations for a number of reasons. We will further show that a number of factors are making Iranian-Americans increasingly active as a positive force in reconciling the two civilizations they belong to. A discussion of the potentials of this group that are yet to be fully realized and appreciated is complimented by recommended actions that would help in better developing and harnessing this group's positive role.

## About Iranians in America

Presenting accurate demographic information on Iranians abroad in general is a challenging task. There is a huge discrepancy among the various studies done on this, with various reasons.

For example, the US Census estimates Iranian-Americans to be just over 300 thousand, while folklore estimates widespread among the group itself go up to 4 million and sometimes beyond. In the case of the Census, an issue of definition comes to mind, beyond possible flaws in survey methodology: Who is an Iranian-American? Iran considers nationality to pass by blood[1]. Thus, a child born of at least one Iranian parent in America is considered Iranian by Iran, and American by the United States. Estimates on the high end are also most probably very far from reality. They are based on pure word of mouth figures, and are sometimes exaggerated with ulterior purpose. For example, a number of opposition groups used inflated figures for the number of Iranians who left the country to make the point that the Iranian population is fleeing the clerical establishment. On the other side of the scale, Iranians abroad themselves sometimes use the higher estimates to say that they are representative of a more powerful group in a democratic society where numbers of potential votes matter greatly.

The government of Iran estimates the number of Iranian expatriates at close to 3 million[2]. According to the same source, this population is spread in over 50 countries, but is more concentrated in 20 of them. The predominant majority of Iranians abroad left after the 1979 Revolution.

More specifically, in the case of Iranians in the US, the estimates that the authors feel are most reliable are those calculated by the Iranian Interest Section in Washington, DC. It is that body that has been issuing passports and other official documents for the Iranians in the US, and in terms of sampling has had more access than any other organization to data. Faramarz Fathnezhad, who up to very recently headed the Iranian interest section in Washington for over a decade, was interviewed in Tehran by one of the authors. According to that source, there has been an ongoing study to come up with accurate demographic information for years now. Fathnezhad claims that there are over 200,000 files in the DC interest section. It should be noted that the section maintains one file per family, and so the above number is not of individuals. The estimated average family size for the said files is 3 persons. That means that there are at least 600,000 thousands Iranians residing in the United States.

---

[1] One can obtain Iranian nationality by being born of an Iranian parent or by marrying an Iranian.

[2] Estimates from the Office for Cultural Affairs of Iranians Abroad, Ministry of Culture & Islamic Guidance, Tehran, Iran.

But even these numbers underestimate reality. As Fathnezhad pointed out, not all Iranians in the US have referred to the interest section. Using a trend analysis based on the number of people who have come for the first time, the former head of Iran's interest section in the US believes that there are close to 800,000 Iranians in that country. Adding second generation Americans of Iranian decent, he believes the number could reach up to 1 million.

While no studies were found with exact information on the demographic spread of Iranians in the United States, it is known that the majority of this group is clustered in southern California (Los Angeles, San Diego and Orange County in particular). Other cluster areas include New York, the District of Columbia, Austin and Houston. It is also known that on average, Iranians abroad are more educated and wealthier than the society where they have immigrated.

## The Early Years

Above we describe a very well educated and wealthy immigrant group that is close to a million strong. The immediate question that comes to mind is why such a group is not very visible in the American political landscape? Two trends in particular may help unravel this mystery.

First, it took years for Iranians to accept that they had immigrated to the United States. Most Iranians who left the country after the revolution simply did not believe, at least initially, that this migration was a permanent one. For years many thought that after some time, as the era of revolutionary fervor goes by, they would return to Iran. As such, they treated their host society as a temporary setting and did not start looking at America as permanent home until much later.

Second, a good portion of the Iranians who had left their motherland were not on good terms with the Islamic Republic. Among the very first groups that parted Iran, in fact, were those who had some sort of strong affiliation with the ancien regime or were involved in the active opposition to the current establishment during the early revolutionary period. Others left because they could not tolerate the social, political or cultural atmosphere of the country after the revolution. Yet another group departed Iran because of the war conditions after the Iraqi invasion that resulted in an 8-year war. The point is, the said group was not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic.

Nonetheless, we now see a changing pattern whereby Iranian-Americans are becoming increasingly involved and heard in American politics.

## The Politicization Process

Immigration is difficult. Like any new emigrant group, Iranians in the United States needed some time to adjust to their new surroundings, to adapt to a new language and system, to get over a sense of loneliness and estrangement, and to basically build a new home in a foreign land. Thus, with time we see this group get increasingly involved in America's Main Street

politics, particularly the new generation that actually grew up in the US and is fully adapted to that environment.

Three sets of factors in particular acted as a catalyst in making Iranians in America more active in political affairs, a process that is currently gaining in speed and momentum.

The first of these can be broadly lumped into a **"Natural Factors"** category, basically factors that change with the passage of time. This point has been touched on already, but deserves more attention. It took close to twenty years after the first large exodus from Iran – i.e., following the Revolution – for may Iranians abroad to finally accept that they are not in transit awaiting return to their homeland. With time, they began to accept that they are indeed an immigrant population concerned with integrating and succeeding in their new setting. Maturing as an émigré group and learning the political ropes of their host country, Iranians abroad are slowly learning that they can influence policy. After all, two decades had past since they had come to the United States, and most are now naturalized citizens with the power to brandish their voting power in a democratic society. Perhaps more important than the large number of newly naturalized American citizens is the new generation of Iranians born and raised in the United States. Arguably, this new generation of Iranians abroad does not harbor the barriers that handicapped their parents. Unlike their parents, they are not immigrants and do not carry the same emotional burdens that stand in the way of fully adapting to a new country and culture. They have a much better understanding of America than their parents did.

The second broad category revolves around an **"Increase in Communications"** as follows:

### a)  *Increased communications between Iranian-Americans and the IRI*

When discussing Iran after the revolution, historians often refer to a radical period of revolutionary zeal. This zeal and radicalism was in no way limited to the way the Islamic Republic was in its policy towards foreign states. In the words of one government official:

> *The turbulent and crisis-filled years that immediately followed the success of the revolution is regarded as one of the exceptional periods in contemporary world history. Exceptional for several reasons: First of all, the very occurrence of a revolution in the end of the twentieth century is remarkable in itself – and indicative of the depth and magnitude of the cultural, economic and political rift in a society, such that it lead to explosion in this way as a means to reform and balance. Second, until eight years after this event, and during a period when the economic, social and political foundations of the country were influenced by this change, a foreign element, that is a massive military attack, threatened the survival of the nation and the existence of the country. In such exceptional circumstances, there was no opportunity left for attending to anything but defending the territorial integrity and existence of the country. In this complicated situation, which influenced all other matters, naturally there was no opportunity for instituting proper policies that are correct and desirable in relation to Iranians abroad[3].*

---

[3] This is an excerpt from a letter written by Seyyed Mohamad Reza Darbandi, Director General of the Cultural Affairs of Iranians Abroad, Ministry of Culture and Islamic Guidance, to Siamak Namazi in response to an article Namazi had written in CIRA Bulletin criticizing the Iranian government's policy towards its expatriate population.

Regardless of the reasons, relations between the government in Tehran and Iranian expatriates were extremely bad, if not outright hostile in the early periods of post-revolutionary Iran. Iranians abroad were often treated as either traitors affiliated with the Shah's regime or cowards who fled the Iran-Iraq war. An atmosphere of fear and mistrust was created between Iranians abroad and the rulers of their motherland.

However, revolutions mature and so do their policies. Over time, especially after the end of the war with Iraq, as Iran stepped into its "reconstruction" era, there was a noticeable shift in Tehran's attitude and behavior towards its expatriate population. For the Iranian away from home, obtaining necessary paper work from Iran's interest sections and embassies throughout the world became much easier and less frightful of an experience. Under the government of former president Akbar Hashemi Rafsanjani, a number of new solutions allowed greater numbers of Iranians abroad to return to Iran to visit after years of exile. These include a *de facto* acceptance of dual nationality[4], and a provision that allowed expatriate men to buy their national service instead of serving in the armed forces for two years at a price tag of $16,600.

Things have been changing even more during the administration of Mohammad Khatami. For example, Iranians abroad would often have to pay close to $600 to obtain an Iranian passport. It was in 1998 when this absurd practice was changed and the price for an Iranian passport became $48. Moreover, a temporary waiver from the national service has been extended for any Iranian man abroad. Under this new regulation, one can go to Iran and return to his country of residence within 3-months, once per year, without worrying about being subject to the draft laws.

But Khatami's charm offensive against the Iranian expatriate population did not end there. He dedicated a full morning of his time during his landmark visit to New York on occasion of the United Nation's General Assembly session in September 1997 to addressing some 800 Iranian expatriates. One of the more impressive features of this session was the question and answer period which followed the president's speech: the event was broadcast live over the Internet and Iranian expatriates from all around the world were given the opportunity to email in questions and comments live.

Two offices in Tehran are now dedicated to dealing with matters related to Iranians abroad: one in the foreign ministry and the other in the ministry of culture and Islamic guidance. Talking to the officials within these establishments one clearly gets a sense of the new attitude Tehran displays towards its expatriate population. "The policy of the Iranian government is that an Iranian, no matter where s/he is, is Iranian and possesses all the rights of an Iranian citizen," affirms Mr. Mousavi, head of the office of expatriate affairs at the foreign ministry[5]. Mousavi continues to add that this has always been the government's policy, "though perhaps this has not always been reflected in actions by the government's representatives." He admits that over the past three years in particular there is a notable difference in the way Tehran treats its expatriates. Apparently, the government has launched a training program to ensure that its embassies and interest sections have positive dealings with Iranians abroad.

---

[4] Iran does not recognize dual nationality. An Iranian citizen is considered Iranian unless that citizen sets forth a very complicated motion to revoke his or her nationality, something that is in reality not possible. In recent years, given the shear number of Iranians with two passports, the government has adopted a blind-eye policy, though legally dual nationality is still not recognized as valid.

[5] Interview with Siamak Namazi, November 1999.

The comments by the highest official in the Iranian political system prove just how serious Tehran is in respect to this new drive. During a meeting with various Iranian ambassadors to Europe, Supreme Leader Ayatollah Ali Khamenei instructs:

> *You must show the necessary sensitivities in regards to Iranians abroad. You must think and plan in this regards. Do not concern yourselves with whether or not the individual is revolutionary or not, it makes no difference, s/he is Iranian. In your field of work, whenever you see an Iranian has a problem, employ your best efforts in resolving his/her problem.*

While the evolution of the Islamic Republic's attitude and actions towards Iranians abroad has many more intricacies that deserve due attention, the focus of this paper does not allow for that discussion. Regardless, what is important here is the net result of Tehran's charm offensive and improving political image: more and more Iranian-American have been going back to Iran to visit. Increasingly, we see young Iranians who left their motherland at an early age, or were even born in the United States, return to Iran for a rather long period to rediscover their roots and better understand the country and its people.

The impact of the travel back and forth during a time when few other Americans spend time in Iran should not be underestimated. Iranian-Americans are the only real cultural ambassadors that the two nations currently have. They are the ones that answer the complicated questions Iranian people have about the Americans and the Americans have about the Iranians. They are the ones that throughout the years have been quietly bridging the two civilizations.

Moreover, with increasing numbers of Iranian-Americans traveling to Iran, and learning more about the new realities in their motherland, they have shown a greater tendency for engaging in the debate regarding Iran-US relations. Certainly the general euphoria over the recent reform movement in Iran has had a tremendous impact on this process as well.

**b)  *Increased communications between Iranian-Americans and the USG***
The Iranians expatriates' improved political standing is not limited to Tehran. Slowly we are witnessing a strong will from Capitol Hill to hear the views of the Iranian-American community. During the past two decades, the only organized Iranian lobbying efforts have been those of Mujahedin Khalq Organization (MKO), a militant opposition group that the State Department has now recognized as terrorists. Due to the lack of Iranian-Americans' participation and engagement in these processes, many Congressmen have been under the impression that this organization, despite its terrorist listing, was the true representative of the Iranian-American community at times the entire Iranian nation. Certainly increased political participation by Iranian-Americans in a democracy such as the United States could do a lot in the way of ostracizing the MKO; in other words, the MKO capitalized from the fact that up until recently Iranian-Americans were not interested in playing Capital Hill's political game.

Nonetheless, with the recent developments in Iran, an increasing number of Senators and House representatives have become aware of the possibilities of a thaw with Iran and the dissatisfaction of Iranian-Americans with past US policies towards Iran. For instance, quite a few Congressmen have declared their willingness to travel to Tehran and hold talks with the clergy. Yet, mindful of the political strength of anti-Iranian forces in Congress, they feel that they need stronger support from the Iranian-American community, not only as a political

force and ally, but also as an expert group with unique knowledge about Iran, its customs and cultural traits. Unfortunately, Congressmen are not in the habit of initiating contacts with unorganized and timid communities, and Iranian-Americans are not in the habit of contacting their political representatives.

Iranian-Americans' participation in the Iran debate would be highly welcomed by Capitol Hill and Iranian-Americans should capitalize on this unique opportunity to declare their views and preferences. It should be added that there have been some success stories already. For example, prior to the recent listing of the MKO and all its affiliate organizations on the terrorist list, a group of Iranian-Americans had initiated a petition calling for such an act. The petition gathered several hundred signatures in a couple of weeks. Senator Boxer also got a taste of the recent upsurge in the political activity of Iranian-Americans after her offices was flooded with emails, calls and letters following an insensitive comment regarding Iranians.

We can only expect such a trend to grow exponentially at this point and for Iranians in the United States to claim a larger share of that country's mainstream politics. A good manifestation of this pattern is that at least one Iranian-American in running for the next Senate[6] and another for the House[7].

### c) Public Choice & the Politicization of Iranian-Americans

It should also be recognized that the new approach to the Persian Gulf region taken by the Clinton Administration might have caused Iranian-Americans to ascend from their anti-political position. The Clinton Administration has conducted a very tough and at times anti-Iranian policy, increasing rather than decreasing tensions with Iran. Whereas President Bush had been somewhat successful in his dealings with the Iranians, resulting in the release of all American hostages taken by the Hezbollah in Lebanon, through the promise of "Goodwill begets Goodwill", Clinton and his Advisor Martin Indyk chose the path of confrontation and economic sanctions.

The level of aggressive rhetoric between the nations reached top levels, with the State department's vocabulary on Iran being dominated by the terms "pariah", "outlaw", "rouge" and "evil terrorist nation". Former State Department spokesperson Nicholas Burns even referred to Iran as a "perverted place" during a press conference. After a few years of relative calm, Iranian-Americans found themselves back on square one: Iranians and Iran were once again pointed out as America's number one enemy and the most evil nation of the world. Those thinking that with the passing away of Ayatollah Khomeini, being Iranian in the US would become a less arduous task were proven wrong.

With the imposition of sanctions things got worse. In 1991, Iran-US trade stood as high as $760 billion, with imports from Iran constituting one third of the trade. Two years later, imports from Iran had decreased to $0.2 billion, while exports to Iran had increased slightly. With Executive orders 12957 and 12959, Iran-US trade was entirely wiped out. This affected many Iranian-Americans who were engaged in the trade between the two nations.

---

[6] Sohrab (Rob) Sobhani.

[7] Maziar Mafi.

Traveling was also made more difficult due to the sanctions, as the Immigration and Naturalization Services' (INS) procedures were toughened. Iranian residing in America were subject to being fingerprinted and have their luggage frisked upon returning from a trip to London, Buenos Aires or Mexico City. Needless to say, many Iranian-Americans felt humiliated and discriminated by the new procedures which affected some of their friends who where not naturalized yet, or their visiting relatives, including respected elderly, arguing that their own government was treating them as terrorists due to their Iranian ancestry. The imposition of sanctions on Iran and the increased level of confrontation between the US and Iran made many Iranian-Americans cognizant of the fact that in the eyes of US law, often no distinction was made between Iranians and the Iranian regime.[8]

Political economists Kaempfer and Lowenberg have studied the creation and activities of interest groups from a public choice perspective. They argue that the ability of individuals to group together for purposes of collective action is determined by the degree to which these groups can overcome free-riding incentives, i.e., there is a threshold. In this context, one could argue that while the emergence of Khatami and the reformist alternative increased incentives for collective action, US sanctions and the hostile position taken by the US government vis-à-vis Iran and Iranian-Americans lowered the threshold.


## Iranian-Americans & the Internet

Another phenomenon, that may not have *caused* Iranian-Americans to get vocal, but certainly has helped in this regard, is the Internet. This innovation has put millions of Iranian-Americans and Iranians in contact with each other and the non-personal and often "identity-less" nature of the Internet has challenged some of the Iranian-American culture's semi-taboo.

For instance, to be labeled *"siyaasi"* (political) may have devastating effects on an Iranian-American's social life and well being. As the political history of Iran has not always been peaceful and characterized as amicable and consensus seeking, Iranians and Iranian-Americans may have bitter memories of politics in general, and political debates in particular. Agreeing to disagree is a concept that has not rooted all to well in the Iranian culture.

Nevertheless, with the Internet, topics that previously were repressed found a way to be aired. The often politically disillusioned Iranian-Americans now tend to discuss politics more than anything else at forums such as soc.culture.iranian. In this sense, the Internet has provided the Iranian-American community with a forum in which they can discuss issues such as their own role in the American society, the importance of their ties with Iran, their feelings regarding the developments in Iran, how they can play a role in the future of Iran, etc., without being ostracized by their peers.

However, the Internet has done much more than just providing the Iranian-American community with a non-personal discussion forum. Due to the spread of the Internet in Iran, Iranian-Americans can today enjoy much closer ties with friends and relatives in their motherland.

Furthermore, the Internet has enabled people outside Iran to get a better understanding of what is going on in the country. News on what is happening in Iran is now easily available on the Internet. This has been no small help in keeping the Iranian-American community politically aware. In addition, the feelings and views of the people in Iran are far better understood now than before, as they can express them themselves directly via the Internet.

This last point should not be underestimated. It goes to underscore the importance of breaking Iran out of its isolation in order to facilitate the democratization process of the country. During the recent demonstrations in Iran, the Internet arguably played a more important role than mainstream media in portraying the student's side of the story, as few Western journalists reported directly from Tehran. The students broadcasted their eyewitness accounts, *with scanned pictures*, directly on the Net, enabling millions of Iranians outside Iran to get a clear picture of what was going on. Forums such as the soc.culture.Iranian and the on-line "webzine", *The Iranian* (www.iranian.com) – and its associated mailing list, *The Iranian Times* – helped distribute these accounts and very soon, websites were set up in which pictures and stories of local Tehrani's were published. The fact that many journalists browse these newsgroups and websites in order to find a scoop stresses the significance of the Internet.

The direct contacts between Iranian-Americans and Iranians in Iran via the Internet have also had some other consequences. The needs, views and thoughts of the people on "the other side" is better understood and communicated without any censorship. Outsiders can today better grasp the *choices* and *alternatives* of the Iranians in Iran. As such, Iranians abroad now have a better ability to monitor what their counterparts back home feel about various issues. This is an important point. One of the psychological factors that stymied the politicization of expatriate community was a fear that their actions would not reflect the wants and needs of the Iranian people. In that sense, the ability to communicate directly and without censor, even in a limited way, does a lot in raising an Iranian-American activist's confidence and "mandate."

The Internet has played an even more important role: it has put active Iranian-Americans in touch by providing them with a forum to "meet," educate, and exchange ideas with another. In fact, the "virtual" Iranian-American community is the most politically active. We have already alluded to the petition to blacklist the MKO and the objection to Senator Baxton's comments, both of which were disseminated via the Internet. But things reach far beyond that and there are numerous activist organizations that owe their nascence and management ability to cyber space. Perhaps one of the best examples is Iranians for International Cooperation (IIC),[9] a US and Web-based advocacy group pursuing improved relations between Iran and the US and the lifting of American sanctions on Iran. Most of IIC's 800 members learned of this organization on-line. Moreover, IIC is able to coordinate the activities of its many chapters throughout the world using the Internet. The group further relies on the Internet to reach out to the media and to policy-makers in Washington.

The potential of the Internet for political advocacy is hard to assess, and any assessment will most likely fail to grasp the entire capacity of this innovation. Perhaps the 80-20 initiative of the Asian-American community goes to underscore this last point, as this group has succeeded in acquiring a membership of over 50,000 Asian-Americans in just a few months. The goal of the 80-20 initiative is similar to that of IIC – to organize its community via the Internet into a political force to be reckoned with.

---

[9] www.iic.org

## Conclusions & Actions

To recap, this paper has so far made the following assertions: Iranian-Americans are a formidable force in helping mend the bridge between Iran and the United States. However, this group role has not been utilized any where close to its potential, however, for several reasons: (1) The I-A's themselves did not accept that they had actually immigrated, up until very recently, and treated their new home like a temporary base (2) A good portion of them were against the IRI, therefore would not do anything to help.

Nonetheless, all that is changing. We see the Iranian-American community increasingly involved and heard in US political scene.

Like any new emigrant group, it takes time to adjust to the new surroundings and to learn the ropes of the host country. With time, as the Iranian immigrants stayed on in the United States, and a new generation actually grew up under the American system, we see this group get increasingly involved in political matters.

Several factors helped this process along, acting as catalysts expediting the politicization process. These include increase in communications, both, between Iranian-Americans and Iran (the government and people), and also between Iranian-Americans and the US government. In addition, in line with the public choice studies by political economists Kaempfer and Lowenberg, the emergence of Khatami and the reformist alternative increased incentives for collective action, as did US sanctions and the hostile position taken by the US government vis-à-vis Iran and Iranian-Americans. Meanwhile, the Internet served as an ideal forum for the furthering this process.

It is important to underline a point here: the increased politicization of this group is to the benefit of both nations they belong to. It will facilitate the bridging of the differences of the two sides. For example, while Iranian-Americans use their influence in the United States to curb discriminatory and derogatory behavior towards Iranians, they also pressure the Iranian government on issues such as developing a freer, more democratic society.

With that in mind, it is appropriate to conclude this paper with a list of recommended actions that would help along this process:

### 1. Seminars in lobbying for Iranian-American youth and intern opportunities in Washington DC.

Despite having spent between 20-30 years in the United States, it is apparently still not a sufficiently long period for a community such as the Iranian-American to comprehend the function and role of lobbying at Capitol Hill. In the eyes of many Iranian-Americans, lobbying is not much different from nepotism or *"party-bazi"*, and hardly a legitimate and democratic way of exerting influence.

While the new generation of Iranian-Americans has a greater understanding of the American political culture, they still have much to learn. It is import to further this group's understanding of the American political system and the concept of lobbying. The question is how? We suggest that there is no need to re-invent the wheel and that there is much to be learned from the best in the business.

Every year, thousands of college and university students flock to Washington DC to intern at different policy institutions, from the White House, to Capitol Hill, to lobby groups, to CSIS and other actors in the political field.

Established communities such as that of the Jewish-Americans have taken advantage of these floods of future American leaders and politicians. The American Israeli Public Affairs Committee (AIPAC), one of the most powerful lobbies in the US[10], does not only provide Jewish-American youth with numerous intern opportunities, it also facilitates internships for members at other institutions and uses the influx of young political talents to export its pro-Israeli views and values. Numerous seminars are organized by AIPAC for these students, with high-ranking speakers such as US Diplomat Dennis Ross and Congressman Gene Ackerman[11]. The topics of these speeches may vary between "the Middle East process" to "How to succeed as a Jew in a non-Jewish environment".

Most impressive and educational is AIPAC's "Youth Leadership Seminars," which are held annually and offered at highly subsidized rates. They train AIPAC members not only in essential public policy skills such as lobbying, monitoring and responding to the media, etc., but also use the forum to guide members in how to succeed in the American society at large. For example, a prominent Jewish-American teacher tells her fellows just how she got to her position, sharing her knowledge and foresight with the young members of AIPAC.

These seminars serve several purposes. First, it enables AIPAC to meet the best future minds of the Jewish-American community, of whom many may be hired by AIPAC later in their careers. Second, the bonds between the US and Israel, and between the Jewish American community and Israel is strengthened through these events. The students on the other hand get to network, learn more about the political mechanisms of the US, and strengthen their bonds to Israel and its future. In many of these seminars, the lobbying process and its importance is explained to the students, who often through role-play get to put their newly acquired lobbying skills to a test.

Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian-American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again. Arguably an Iranian-American lobby (which is different from a lobby group purely pursuing the interests of the Islamic Republic of Iran) is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again.

**2. *Increased awareness amongst Iranian-Americans and Americans about the effects of sanctions, both at home and in Iran.***

As with many other regimes with poor Human Rights records, concerned citizens in other nations, including Iranian-Americans, have often opted for the sanctions tool to voice their

---

[10] AIPAC was ranked second most influential interest group by Fortune Magazine both in 1997 and 1998. *FORTUNE Magazine*, November 23, 1998.

[11] Gene Ackerman is mostly known to the Iranian-American community for his undivided support to the Mujahedin.

opposition to the objectionable activities of the Iranian regime. Unfortunately, the general view on sanctions is that it is a "one size fit all" solution – that is, sanctions work essentially the same way in Yugoslavia, Cuba, Myanmar and Iran.

Naturally, things are not this simple. Economic sanctions operate by redistributing resources and influence between competing groups within the target nation, resources that are necessary for these groups to exert political influence. In order for sanctions to be effective, they must hit where it hurts, i.e. reduce the abilities of those advocating the objectionable policy while leaving other groups unaffected at a minimum. However, formulating sanctions with such precision is an arduous task, and more often than not, sanctions hit the target nations blindly and reduce the influence and resources of domestic forces working *against* the objectionable policy.

Whether sanctions can or cannot be effective is thus depending on how precise the sanctions can be constructed and the political situation in the target nation. Paradoxically, sanctions are more effective when imposed on other democracies, as these nations have functioning political systems that enables public opinion to influence policies and respond to demands from the international community. Sanctioning nations such as Iraq and Cuba, on the other hand, usually leaves the peoples of these nations in a worse situation while the political elite hardly is affected at all. Yet, sanctions are often utilized as they do give the impression that one is "doing something".

Iran's political system is of course not comparable to that of Iraq's. The problem with sanctioning Iran is that it is hard to see how increased hostility from the US can work to help the forces within Iran seeking improved relations with the international community, the rule of law and civil society. Most analysts agree that while conservative forces have been seeking to isolate Iran from within, the US's efforts to isolate Iran from the outside, via sanctions, have only worked to the benefit of these forces.

Yet, at a first glance, many Iranian-Americans may still believe that confrontation with the Iranian regime as a whole is positive, perhaps even necessary. Since one of the primary functions Iranian-Americans can play in improving relations between Iran and the US is to constitute a political force favoring a constructive approach vis-à-vis Iran, increased awareness regarding the counterproductive aspects of a confrontational sanctions policy is necessary.

**3. The taboo of working for a new approach on Iran must be further legitimized.**
The fear of coming across as a lackey of the Iranian regime is still prohibiting many Iranian-Americans from fully engaging in the debate on the future of Iran-US relations. There continues to be a wall of suspicion between the Iranian-American community and the regime in Iran – and vice versa – although many bricks have been knocked down during the past three years. While this process must continue, it is important to clarify that support for a *rational* approach to Iran is not the same thing as support for the regime in Iran.

In this sense, although the Iranian-American community must be utilized for improving relations between Iran and the US, it is essential that Americans of non-Iranian background also play a highly visible role in these efforts. The presence of these groups will further legitimize this process in the eyes of many Iranian-Americans and make them more inclined to participate in this process.



سه شنبه ۲۸ شهریور ۱۳۸۵ - ملاقات با دکتر فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا

روز یکشنبه مورخه ۲۶ / ۶ / ۱۳۸۵ ساعت ۱۷ : ۳۰ آقای دکتر سید احمد شمس دبیر کل انجمن دوستداران ایران با آقای دکتر فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا که هم اکنون ریاست دانشگاه مجازی دانشگاه آزاد اسلامی را بر عهده دارد، دیدار و گفتگو کرد.

در ابتدای این ملاقات دکتر شمس توضیحاتی در مورد انجمن و شرح وظائف ، هم چنین اقداماتی را که تا کنون انجام داده است بیان نمود و در ادامه آقای دکتر فتح نژاد ضمن تقدیر از فعالیت های صورت گرفته از سوی انجمن دوستداران ایران اظهار داشت: بایستی در جذب نخبگان و چهره های برجسته علمی کشور تلاش شود تا از پتانسیل و توانمندیهای آنان استفاده گردد و در این خصوص اصراری بر اقامت و بازگشت آنان به کشور صورت نگیرد چرا که گاه با حضور آنها در دیگر کشورها امکان خدمت رسانی به ایران بیشتر وجود دارد، وی حفظ تماس و برقراری ارتباط با ایرانیان مقیم خارج از کشور را امری ضروری شمرد و بر تداوم آن تاکید کرد.

وی افزود : برگزاری تورهای داخل کشور برای ایرانیان نسل سومی که هنوز کشور را ندیده و با آن از نزدیک آشنا نیستند از دیگر مواردی است که در برنامه ریزی های ما قرار دارد .

در ادامه آقای دکتر فتح نژاد علاوه بر جامعه ایرانیان ، در ارتباط با تشکل های ایرانیان خارج از کشور نیز تاکید نمود و با اشاره به موفقیت های برخی از آنان از جمله انجمن نایاک (NIAK) اشاره نمود که جوان ایرانی بنام تریتا پارسی که مشاور مطبوعاتی (CNN) می باشد ، مسئولیت آن را برعهده دارد و موفق به جذب۰۰۰ / ۲ ۰ عضو ایرانی گردید تا در جریان توطئه تغیر نام خلیج فارس با پوشش خبری فراوان تاثیر گذار باشد.

آقای دکتر فتح نژاد بر تدوین قوانین مناسب مربوط به ایرانیان مقیم خارج از کشور توسط کمیته حقوقی کنسولی انجمن، رفع قوانین دست و پاگیر و تدوین مقررات سهل و آسان جهت رفع مشکلات ایرانیان خارج از کشور اشاره نمود .

وی گفت : انجمن دوستداران ایران بایستی به مشکلات حقوقی ایرانیان در خارج از کشور رسیدگی کند. گاه دولت در این زمینه تعلل می کند شما با به چالش کشیدن وزارت خارجه و سفارت خانه های ایران خواستار حل مشکل جدی ایرانیان مقیم خارج از کشور شوید و به عنوان نماینده آن ها مطالباتشان را به دولت تذکر دهید، و در مواقع ضروری به خانواده ها یشان در داخل و خارج سرکشی کنید و از آن ها دلجوئی به عمل آورید.

رئیس دانشگاه مجازی دانشگاه آزاد خاطر نشان کرد : امروز مسئله ایرانیان مقیم خارج از کشور به یک مسئله ملی تبدیل شده است و خوشبختانه حساسیت موضوع را تمام مسئولان از هر سلیقه و جناح درک کرده اند.

در ادامه آقای شمس از دکتر فتح نژاد درخواست نمود مسئولیت کمیته امور بین الملل انجمن دوستداران ایران را پذیرفته و همراه با تعدادی از اساتید دانشگاه و صاحب نظران آن را فعال نماید ، ارتباط با سازمان های بین المللی ، ارتباط با تشکل های ایرانیان مقیم خارج از کشور ، انجام پروژه های تحقیقاتی در مورد ایرانیان مقیم خارج از کشور و علائق آن ها از جمله وظائف کمیته امور بین الملل انجمن دوستداران ایران است که آقای دکتر فتح نژاد قول دادند به زودی در این خصوص نظر خود را اعلام نمایند.

Tel: +98 (21) 8898 6593 - 8898 6594, Fax: +98 (21) 8897 5734 E-Mail: webmaster@Topiranian.com



| About | Actions! | Projects | Join | News | Events | Reports | Home |

### Iranian-American Eyes and Ears in the Corridors of Power

$ 50.00  **Donate**



#### *Washington Policy Watch*

The purpose of NIAC's Washington Policy Watch is threefold: to bring transparency to debates on issues affecting Iranian Americans, to allow of our community to react to and affect these debates at an early stage, and to give young Iranian Americans first-hand experience and exposure to the policy world in Washington, DC.

your email
◉ HTML  ○ Text
Join



The policy process "inside the beltway"—a common phrase in Washington—can be quite complicated. Ideas and solutions may float around in search of an appropriate problem, rather than the other way around. New policies can be formed months before they are picked up by the media, giving latecomers little opportunity to affect them. Policy speakers often speak one language within the protected circles of the policy world in Washington, and another in front of the cameras.

Policy seminars at think tanks, seldom covered by the press, can often give a taste of policies to come. Unfortunately, Iranian Americans have not had access to policy meetings and, as a result, have been unable to affect the formation of new policies at the crucial initial stages. Furthermore, the complexities of the issues, as well as the motives of key political actors, are unknown to the vast majority of Iranian Americans.

NIAC's Washington Policy Watch program aims first to bring transparency to debates on issues most important to Iranian Americans. Second, by covering policy conferences and hearings in Washington DC, NIAC allows Iranian Americans to react to, and influence policy at an early stage. Exposure to these debates and knowledge of the issues by our community makes it more difficult for policy makers to ignore the Iranian-American public.

By sending Iranian-American college and graduate students to cover these events, NIAC meets its third objective and provides our youth with first-hand exposure to Congressional hearings, think tank conferences and policy seminars. Early in their careers, our youth will be afforded practical knowledge and networking opportunities, which will serve them well in their future careers.

NIAC has covered all Congressional hearings and policy conferences in Washington DC that are of relevance to the interest of the Iranian American community since the Fall of 2002. Our published reports on these events are not only read by Iranian Americans, but also by

| **NIAC Testimonies** |
|---|
| Name: Marjan Ehsassi |
| How will NIAC serve the Iranian American Community? |
| *As the only non-partisan and non-sectarian organization representing Iranian-Americans, NIAC's position within the NGO community is as unique as its vision: to give a voice to the Iranian-American* |

members of the National Security Council, the US State Department, the Department of Defense, Congressional staffers, and members of foreign ministries overseas.

This program gives our Iranian-American interns the invaluable experience of not only attending these hearings and conferences, but also writing for a highly sophisticated audience. In turn, their hard work enhances our community's knowledge of the policy process and further strengthens our ability to affect the outcomes.

*community. Specifically, we will endeavor to coordinate, educate and motivate Iranian-Americans to take an active role in the American political and social agenda. Never before has an organization attempted to leverage the vast yet largely untapped resources of our community. Only with your support can we realize our mission, and only with your participation can America hear our voice.*



The National Iranian American Council is a non-profit, non-partisan, non-political and non-sectarian organization based in Washington DC

Case 1:08-cv-00705-CKK Document 18 Filed 07/03/08 Page 19 of 39



An Iranian American
Voice in Washington DC!

Home   Projects   Fellowship Program   NIAC Public Service and Journalism Fellowship Program

**NIAC Newsletter**

your email

⦿ HTML  ○ Text

[Subscribe]

### Top Stories

↳ Background on Persepolis Artifact Case
↳ Slavin on Iran, Identity, and Influence
↳ The Impact of Electoral Trends on Iran's Security Policies
↳ Update: Is a New Congressional Resolution Declaring War with Iran?

### NIAC in the News

↳ NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
↳ NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
↳ NIAC photo essay in Iranian.com: Good people, good work
↳ What Do Google and Saddam Have in Common?
↳ NIAC in the News: Time for a fresh approach with Iran

### US-Iran News

↳ Slavin on Iran, Identity, and Influence
↳ Update: Is a New Congressional Resolution Declaring War with Iran?
↳ US Conference of Mayors to Consider Iran Resolution
↳ Set Reasonable Expectations but Talk to Iran, Committee Witnesses Argue
↳ Gallup poll confirms majority of Americans favor diplomacy with Iran

## NIAC Public Service and Journalism Fellowship Program

Dec 12, 2007

## Jump-starting the Careers of Iranian-American Youth

**<u>Application Deadline for the 2008 Fellowship is February 1, 2008!</u>**

NIAC is accepting applications for its fourth annual Public Service and Journalism Fellowship. The NPSJ fellowship is the first and only initiative designed to grant Iranian-American youth the opportunity to witness first-hand how democracy works in America. The program provides outstanding Iranian-American college students with internships in political and media organizations in Washington, DC through a paid fellowship.

**NIAC is currently accepting applications for the 2008 Summer Fellowship!**

NIAC will help place the 2008 NPSJ fellow in a Congressional office, to fulfill an internship during the months of June to August. The fellowship also includes travel to and from Washington, DC, housing for three months, and a stipend of $500 per month.

College juniors, seniors, and graduate students who are US citizens or legal permanent residents of Iranian descent are eligible to apply. Responsibilities of the fellow include attending committee hearings; working on special projects; researching legislation; general office duties; and other activities that promote first-hand knowledge of the American legislative process.

The selection process is highly competitive; applicants are judged on the basis of their academic credentials, demonstrated interest in community and public service, and the ability to fulfill the needs and expectations of the Congressional office they will be placed in. A background in public policy, political science, economics, international affairs, or journalism is preferred.

**Interested students should submit the following by February 1, 2008:**

- A completed application form
- Three letters of recommendation, two academic and one from an employment supervisor
- Resume
- Current college transcript
- 500-word essay addressing the following question: How

**Donate to NIAC!**

Enter Amount:

$ 50.00

[Donate]

**Join NIAC!**



**NIAC Factbook**



**Scholarships**
Iranian-American Scholarships



Case 1:08-cv-00705-JDB Document 13 Filed 04/03/08 Page 20 of 39

**NIAC Events**

has being Iranian American influenced your decision to pursue a career in public service or journalism?

**Electronically submitted applications are strongly encouraged (email to Shabnam Sahandy).** Physical copies should be sent to:

NIAC
1411 K Street NW, Suite 600
Washington, DC 20005

**Click here for application and instructions.**

**Application deadline is February 1, 2008.** NIAC will select finalists, who will be asked to submit supplemental information to the Congressional office for a final decision. At the end of the fellowship, the fellow will be required to submit to NIAC a summary report on the internship experience.

### ###

# SUPPORT NIAC'S PUBLIC SERVICE AND JOURNALISM FELLOWSHIP PROGRAM!

### INVEST IN OUR COMMON FUTURE – INVEST IN OUR YOUTH

NIAC's Public Service and Journalism Fellowship Program is the first and only initiative offering Iranian-American youth the invaluable opportunity to work in our nation's decision-making offices. National organizations of other ethnic groups have for years helped their youth access valuable career opportunities. Through its fellowship program, NIAC is proud to offer our community's youth the opportunities they deserve.

As Iranian Americans participate more fully in American civic life, it becomes all the more important for Iranian-American youth to be exposed to the institutions that can broaden their perspectives and networks, strengthen their resumes, and help them become more competitive in the US job market. For the institutions, the interns are a unique opportunity to connect to an important community. For the Iranian-American community, it is an investment in the future.

As a nonprofit organization, NIAC relies on your financial contributions to ensure these opportunities for our community. The estimated cost to secure and coordinate internships, review applications, and provide 9-12 weeks of housing, transportation, and a living stipend is $6,000 per fellow.

*Your tax-deductible financial contribution allows outstanding Iranian-American youth the opportunity to work at:*

- Congressional offices
- Agencies of the federal executive branch
- Mass media
- Think tanks

**Make a tax-deductible donation today!**

**US Iran Media**



**Anti-Discrimination**



**IraNexus**



**SBA**



**Irancensus**



**Register to Vote!**



Case 1:08-cv-00705-DDB Document 51-8 Filed 04/08/06 Page 21 of 39

[ Back ]

© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
Tel: 202-386-6325 Fax: 202-386-6409



**A Pioneering Approach to Project Development in Iran's Energy Sector**

Home | About us | Our Approach | Services | Our Projects | Our Team | Our Clients | Code Of Conduct | Contact

**Azar Energy Qeshm
Holding Company**
License to engage in energy sector projects on Qeshm Island



With some of the largest reserves in the world, the oil and gas industries in Iran offer unparalleled scope for upstream and downstream activities in the early part of the 21st century.
Azar Energy Qeshm is the holding company of a small family of companies with a fresh approach to the challenges of development and implementation of upstream and downstream projects in Iran.

**Azar Energy Services Co.**
Mainland registered service company active in the fields of subcontracting activity to energy sector entities, including advisory and training service.

**Iran's Fact Sheet**
Reserves: 133.5 billion barrels - second le

**Subsidarise »»**



**Qeshm Energy**
Joint Venture between Azar Energy and the Qeshm Authority as an executive arm for the Qeshm Authority's gas-related projects on Qeshm Island

© Azar Energy Qeshm



EXHIBIT
17



# Siamak Namazi

## From SourceWatch

**Siamak Namazi**, was a Reagan-Fascell Democracy Fellow from November 2005–February 2006 at the National Endowment for Democracy.

"Mr. Siamak Namazi is managing director of Atieh Bahar Consulting, Iran's premier private consulting firm, and serves on the editorial board of Iran Strategic Focus, a monthly publication that features news and analysis of political and economic developments in Iran. He has published numerous articles in major Middle Eastern journals, contributed chapters to several books, and has served as editor of Iran Quarterly Report, Iran Energy Focus, and Iran Focus. Mr. Namazi devoted his fellowship to a comparative study of different models of economic reform and their impact on political development, as well as the role of the private sector in promoting good governance." [1]

"Mr. Namazi comes to Atieh Bahar after several years with one of the leading Competitive Intelligence firms based out of the US. He has worked or studied in the United States, Iran, Egypt and Kenya. He holds a BA in International Relations from Tufts University and an MS in Planning from Rutgers University, where he studied under a Russell Fellowship. Furthermore, Mr. Namazi served a stint as a visiting scholar in the Center for Strategic & International Studies (CSIS) in Washington, DC. He is fluent in English and Persian." [2]

In 2005, he was a Public Policy Scholar at the Woodrow Wilson International Center for Scholars. [3]

He is also a founding member of the Canada-based NGO, the International Association of Iranian Managers. [4]

## Resources and articles

### Related Sourcewatch articles

- Ali Afshari

## References

1. ↑ Former Reagan-Fascell Democracy Fellow's (http://www.ned.org/forum/past.html) , NED, accessed July 24, 2007.
2. ↑ Management (http://www.atiehbahar.com/WhoWeAre/Management.htm) , Atieh Bahar Consulting, accessed July 24, 2007.
3. ↑ Iran After the Presidential Elections: Continuity or Change? (http://www.wilsoncenter.org/index.cfm?event_id=132234&fuseaction=events.event_summary) , Wilson Center, accessed July 24, 2007.
4. ↑ Young Global Leaders (http://www.younggloballeaders.org/scripts/Modules/Addresses/yglsearchAddress.aspx?srh=1&ddlYear=200 , Young Global Leaders, accessed July 24, 2007.

## Blogs that mention this article

- NIAC's Hadi Ghaemi and Dokhi Fassihian held (likely) NED-funded workshop in Tehran in 2004 (http://hoder.com/weblog/archives/017201.shtml)

*Source: Technorati (view all)*

Retrieved from "http://www.sourcewatch.org/index.php?title=Siamak_Namazi"

Category: Iran

---

- This page was last modified 23:52, 20 June 2008.
- This page has been accessed 904 times.
- Content is available under GNU Free Documentation License 1.2.

7/3/2008 4:53 PM





**Affiliated Companies**

Atieh Bahar is part of the Atieh Group of companies. Our two sister firms – Atieh Associates law firm, and Atieh Roshan human resources consulting – spun off from ABC in 2001. Both are recognized as the leaders in their respective field in the Iranian market.

ABC has also a close relationship with UK-based Menas Associates and has worked with them for close to a decade. ABC assists with the preparation of the monthly *Iran Strategic Focus* (ISF). As of October 2005, ISF merged two previous publications – Iran Energy Focus (IEF) and Iran Focus – which were also authored by Atieh Bahar Consulting's specialist staff.

*("In the past few years a new news service provider using the name "Iran Focus" has been accessible through the internet. Menas Associates and its publication Iran Focus are in no way related to this news service. The editor of Menas' Iran Focus monthly disassociates his publication from all news carried by this news service provider. Menas Associates takes no responsibility for writings available on the service provider "Iran Focus".)*

Also, some of Atieh Bahar's shareholders have shares in Atieh Dade Pardaz (ADP), and Atieh Bahar...



Azar Energy Qeshm

Holding Company

License to engage in energy sector projects on Qeshm Island

With some of the largest reserves in the world, the oil and gas industries in Iran offer unparalleled scope for upstream and downstream activities in the early part of the 21st century.

Azar Energy Qeshm is the holding company of a small family of companies with a fresh approach to the challenges of development and implementation of upstream and downstream projects in Iran

**Azar Energy Services Co.**
Mainland registered service company active in the fields of subcontracting activity to energy sector entities including advisory and training service.

Subsidiaries »

**Qeshm Energy**
Joint Venture between Azar Energy and the Qeshm Authority as an executive arm for the Qeshm Authority's gas-related projects on Qeshm Island

**Iran's Fact Sheet**
Tens of billions of dollars



**Affiliated Companies**

Atieh Bahar is part of the Atieh Group of companies. Our two sister firms – Atieh Associates law firm, and Atieh Roghan human resources consulting – spun off from ABC in 2001. Both are recognized as the leaders in their respective field in the Iranian market.

ABC has a close relationship with UK-based Menas Associates and has worked with them for close to a decade. ABC assists with the preparation of the monthly *Iran Strategic Focus* (ISF). As of October 2005, ISF merged two previous publications – Iran Energy Focus (IEF) and Iran Focus – which were also authored by Atieh Bahar Consulting's specialist staff.

*("In the past few years, a new news service provider using the name "Iran Focus" has been accessible through the internet. Menas Associates and its publication Iran Focus are in no way related to this news service. The editor of Menas' Iran Focus monthly disassociates his publication from all news carried by this news service provider. Menas Associates takes no responsibility for writings available on the service provider "Iran Focus")*

Also, some of Atieh Bahar's shareholders have shares in Menas Data Portal Iranian and Azar Energy.



Serving the energy industry across the Middle East



**Pipeline**
MAGAZINE

HOME | NEWS | FEATURES | REGULARS | COMPANY FOCUS | MEDIA DETAILS | SUBSCRIBE | CONTACT US

## COMPANY FOCUS >> Iran

This articles was published in Pipeline Magazine (April 2005)



*Issue 99 April 2005*

### Contracts worth billions to greet Iran's Norouz

*$Seven Billion Contract Deal with Kuwait and $One Billion MoA with Oman*

Days before the celebration of Iran's New Year (Norouz), Iran entered into lucrative contracts with Kuwait and Oman, in two different deals.
Iran and Kuwait have signed a deal, which would bring Iran $Seven billion a year for a period of 25 years, said Iran Oil Minister Bijan Namdar Zanganeh.

Under the deal, Iran would start exporting 10 million cubic meters of gas per day (300 million cubic feet), beginning 2007. The gas would be carried from Genaveh (Bushehr province) to Kuwait, where part of it (gas) would be exported through sea and part through Assalouyeh and Genaveh, he said.

On the same day, Zanganeh and Mohammad bin Hamad al Rumhi, Oman's Minister of Oil and Gas signed a Memorandum of Agreement for export of 10 billion cubic meters of gas per year via underwater pipeline from Assalouyeh in south western Bushehr province starting 2008, which Iran officials expect to rise to 70 million cubic meters, by 2012

### Oil Minister announces two new oil and gas field discoveries

Iran Oil Minister Bijan Namdar Zanganeh has announced the discovery of Ramin Oil Field, located some 40 kilometres to the north east of Ahvaz in the south western province of Khuzestan.

The discovered oil layers, situated at a depth of 5,300 metres, have 855 million recoverable barrels of crude oil out of the 5.7 billion bbl total reserves; while the onshore field associated gas reserves stand at 242 billion cubic meters, of which 36 bcm is recoverable, he said.

He valued the oil reserves at $17 billion at a market price of $20/bbl or $25 billion at a market price of $30/bbl.

Zanganeh has also announced the discovery of a non-associated natural gas field, an extension of the South Pars. The offshore field in south eastern Iran, discovered at a depth of 3,430 meters, has 168 billion cm of recoverable gas reserves and 182 million bbl of condensates.

The minister valued the condensates at $8 billion at a market price of $25/bbl.

"All the data related to these two fields have been unified and that these two fields would produce a total of 70,000-80,000 barrels of crude oil as well as 20 million cubic metres of gas and

20,000 barrels of gas liquid per day," he added

## Iran Holds 135th OPEC Meeting

After over 34 years, OPEC meeting was once again held in Isfahan, Iran, four days shy of the Iranians' New Year called the Norouz. OPEC agreed on that date to lift output by 500,000 barrels with immediate effect. This decision will officially raise the group's ceiling to an all-time high of 27.5 million barrels a day.

It is worth taking note, however, that OPEC member-countries are already producing over 700,000 bpd at present and that current production actually exceeds the planned increase. EIA estimates the current eleven OPEC members account for almost 40 per cent of world oil production and about two-thirds of the world's proven oil reserves.



Announcing the output increase, Iran's Oil Minister Bijan Namdar Zanganeh said, "We decided to raise the OPEC production ceiling by 500,000 barrels as of May 1. We also authorised the president of the conference to mull over another 500,000 barrels increase in case of the market need."

"OPEC is trying its best to minimise the market fluctuations. But of course the cartel is not responsible for the entirety of the market conditions," he added.

In a press statement made by Kuwait's Minister of Energy and Oil Shaykh Ahmad Fahd al-Sabah , a week before the meeting, he said there were sufficient oil supplies in the international market. He said that OPEC is committed to protect the market's stability by meeting the demands of the market in all circumstances emphasizing that the organization raised its production three times during 2004.

However, despite the decision to increase output, crude futures traded above $57 a barrel, a day after the OPEC's declaration to increase production. OPEC President Sheikh Ahmad Al-Fahd Al-Sabah thereafter said that members might begin telephone consultations as early as next week to discuss a second production rise if prices do not ease. "If prices continue as they are now, then starting from next week we will start our discussions," he said.

"Still, we think there is enough supply in the market, but even if another 500 (500,000 barrels per day) means oversupply, we will make the decision. This is our part of sharing the responsibility."

## FIPPA's protection to the oil & gas industry

Despite the sanctions Iran is facing and its restrictive 'Buy Back' policy, the country is keen to develop a law that will balance all these.

Albeit massive debates, Foreign Investment Promotion and Protection Act (FIPPA) has been passed to replace Iran's first

law on foreign investment, which dated back in 1950, to further safeguard the interests of foreign investors, with the oil and gas sector comprising the majority of it.

Babak Namazi, Managing Director of Atieh Associates, one of the original figures in the drafting of this law updates Pipeline of its applicability and implications to the oil and gas sector. Namazi is one of the limited private sector participants, called by the Ministry of Economic Affairs and Finance and Organization for Investment, Economic and Technical Assistance of Iran (OIETA), to assist in drafting the executive by-laws of FIPPA.

### Has FIPPA been able to push the safeguards needed by the foreign investors in the oil and gas industry and why?

As regards the oil and gas industry, most of FIPPA's applicability has been in the downstream sector whereby direct foreign and private investment is authorized. Particularly, those foreign investors being active in the establishment of LNG and GTL projects will be able to enjoy the coverage of FIPPA. This is also true in the joint ventures being established in the petrochemicals area.

It should be noted that upstream oil activity in Iran remains a government monopoly due to legal restrictions. As such, no direct foreign and/or private domestic investment is allowed in such areas. For the most part, foreign companies act as contractors for exploration and development purposes which are not investment activities that can be covered by FIPPA. This is not a short coming of FIPPA, but rather due to the legal restrictions concerning direct foreign investment in the areas of upstream oil and gas activity. FIPPA provides for coverage in all areas that private domestic investment is authorized as well.

### What protection does it give?

FIPPA primarily provides non commercial risk cover for those investors that qualify under it. This includes guarantees of compensation in case of nationalisation as well as availability and transferability of foreign currency for the benefit of the foreign investor.

There are no specific provisions in FIPPA for protection of investors in the oil and gas industry. Rather, the applicability of FIPPA is general in nature and would cover most foreign investors including those in the oil and gas industry.

### To be covered in this new investment law, is there a process or application that has to be undergone ?

Foreign investors must apply to the investment authorities in order to obtain an investment license under FIPPA. As such, there is no automatic coverage.

### Do you think of any provision that could be added to further guarantee protection?

We believe stabilisation provisions such as protecting the foreign investor from detrimental changes in law for a certain period of time would be beneficial. While the earlier drafts of FIPPA provided for such coverages, the final ratified draft excluded these provisions. Moreover, there is very limited applicability of FIPPA in terms of situations dealing with

creeping expropriations or detrimental changes in laws and
regulations

HOME | NEWS | FEATURES | REGULARS | COMPANY FOCUS | MEDIA DETAILS | SUBSCRIBE | CONTACT US

© Copyright 2002. Reflex Publishing ME FZ LLC. All rights reserved.
Pipeline Magazine, PO Box 53777, Dubai Media City, Dubai, UAE
Tel: +971 4 3910 830 | Fax: +971 4 390 4570 | E-mail - info@pipelinedubai.com

7/3/2008 5:00 PM



EXHIBIT
18

# ANTI WAR.COM

🖨 **Click to Print**

🖨 **PRINT THIS**

SAVE THIS | EMAIL THIS | Close

May 25, 2006

# Iran Proposal to US Offered Peace With Israel

by Gareth Porter

Iran offered in 2003 to accept peace with Israel and cut off material assistance to Palestinian armed groups and to pressure them to halt terrorist attacks within Israel's 1967 borders, according to the secret Iranian proposal to the United States.

The two-page proposal for a broad Iran-U.S. agreement covering all the issues separating the two countries, a copy of which was obtained by IPS, was conveyed to the United States in late April or early May 2003. Trita Parsi, a specialist on Iranian foreign policy at Johns Hopkins University School of Advanced International Studies who provided the document to IPS, says he got it from an Iranian official earlier this year but is not at liberty to reveal the source.

The two-page document contradicts the official line of the George W. Bush administration that Iran is committed to the destruction of Israel and the sponsorship of terrorism in the region.

Parsi says the document is a summary of an even more detailed Iranian negotiating proposal, which he learned about in 2003 from the U.S. intermediary who carried it to the State Department on behalf of the Swiss embassy in late April or early May 2003. The intermediary has not yet agreed to be identified, according to Parsi.

The Iranian negotiating proposal indicated clearly that Iran was prepared to give up its role as a supporter of armed groups in the region in return for a larger bargain with the United States. What the Iranians wanted in return, as suggested by the document itself as well as expert observers of Iranian policy, was an end to U.S. hostility and recognition of Iran as a legitimate power in the region.

Before the 2003 proposal, Iran had attacked Arab governments that had supported the Israeli-Palestinian peace process. The negotiating document, however, offered "acceptance of the Arab League Beirut declaration," which it also referred to as the "Saudi initiative, two-states approach."

The March 2002 Beirut declaration represented the Arab League's first official acceptance

of the land-for-peace principle as well as a comprehensive peace with Israel in return for Israel's withdrawal to the territory it had controlled before the 1967 war. Iran's proposed concession on the issue would have aligned its policy with that of Egypt and Saudi Arabia, among others with whom the United States enjoyed intimate relations.

Another concession in the document was a "stop of any material support to Palestinian opposition groups (Hamas, Jihad, etc.) from Iranian territory" along with "pressure on these organizations to stop violent actions against civilians within borders of 1967."

Even more surprising, given the extremely close relationship between Iran and the Lebanon-based Hezbollah Shi'ite organization, the proposal offered to take "action on Hezbollah to become a mere political organization within Lebanon."

The Iranian proposal also offered to accept much tighter controls by the International Atomic Energy Agency (IAEA) in exchange for "full access to peaceful nuclear technology." It offered "full cooperation with IAEA based on Iranian adoption of all relevant instruments (93+2 and all further IAEA protocols)."

That was a reference to protocols that would require Iran to provide IAEA monitors with access to any facility they might request, whether it had been declared by Iran or not. That would have made it much more difficult for Iran to carry out any secret nuclear activities without being detected.

In return for these concessions, which contradicted Iran's public rhetoric about Israel and anti-Israeli forces, the secret Iranian proposal sought U.S. agreement to a list of Iranian aims. The list included a "Halt in U.S. hostile behavior and rectification of status of Iran in the U.S.," as well as the "abolishment of all sanctions."

Also included among Iran's aims was "recognition of Iran's legitimate security interests in the region with according defense capacity." According to a number of Iran specialists, the aim of security and an official acknowledgment of Iran's status as a regional power were central to the Iranian interest in a broad agreement with the United States.

Negotiation of a deal with the United States that would advance Iran's security and fundamental geopolitical political interests in the Persian Gulf region in return for accepting the existence of Israel and other Iranian concessions has long been discussed among senior Iranian national security officials, according to Parsi and other analysts of Iranian national security policy.

An Iranian threat to destroy Israel has been a major propaganda theme of the Bush administration for months. On March 10, Bush said, "The Iranian president has stated his desire to destroy our ally, Israel. So when you start listening to what he has said to their desire to develop a nuclear weapon, then you begin to see an issue of grave national security concern."

But in 2003, Bush refused to allow any response to the Iranian offer to negotiate an agreement that would have accepted the existence of Israel. Flynt Leverett, then the senior specialist on the Middle East on the National Security Council staff, recalled in an interview with IPS that it was "literally a few days" between the receipt of the Iranian proposal and the dispatch of a message to the Swiss ambassador expressing displeasure that he had forwarded it to Washington.

Interest in such a deal is still very much alive in Tehran, despite the U.S. refusal to respond to the 2003 proposal. Turkish international relations professor Mustafa Kibaroglu of Bilkent University writes in the latest issue of *Middle East Journal* that "senior analysts" from Iran told him in July 2005 that "the formal recognition of Israel by Iran may also be possible if essentially a 'grand bargain' can be achieved between the U.S. and Iran."

The proposal's offer to dismantle the main thrust of Iran's Islamic and anti-Israel policy would be strongly opposed by some of the extreme conservatives among the mullahs who engineered the repression of the reformist movement in 2004 and who backed President Mahmoud Ahmadinejad in last year's election.

However, many conservative opponents of the reform movement in Iran have also supported a negotiated deal with the United States that would benefit Iran, according to Paul Pillar, the former national intelligence officer on Iran. "Even some of the hardliners accepted the idea that if you could strike a deal with the devil, you would do it," he said in an interview with IPS last month.

The conservatives were unhappy not with the idea of a deal with the United States but with the fact that it was a supporter of the reform movement of President Mohammad Khatami, who would get the credit for the breakthrough, Pillar said.

Parsi says that the ultimate authority on Iran's foreign policy, Iran's Supreme Leader Ayatollah Ali Khamenei, was "directly involved" in the Iranian proposal, according to the senior Iranian national security officials he interviewed in 2004. Khamenei has aligned himself with the conservatives in opposing the pro-democratic movement.

(Inter Press Service)

**Find this article at:**
http://www.antiwar.com/orig/porter.php?articleid=9040

 Click to Print

☐ Check the box to include the list of links referenced in the article.

SAVE THIS | EMAIL THIS | Close

Copyright 2008 Antiwar.com

7/2/2008 11:45 AM



The Huffington Post

July 5, 2008

This is the print preview: Back to normal view »



 Steve Clemons | BIO | I'M A FAN OF THIS BLOGGER

# What Did Rove Do with 2003 Iranian Negotiations Offer after Bob Ney Sent to Him?

Posted February 17, 2007 | 01:27 PM (EST)

Breaking Politics News



What did Karl Rove do when he learned of the Spring 2003 Iran offer for comprehensive negotiations with the U.S.?

Gareth Porter has an important article out today, "Rove Said to Have Received 2003 Iranian Proposal."

Porter writes:

> Karl Rove, then White House deputy chief of staff for President George W. Bush, received a copy of the secret Iranian proposal for negotiations with the United States from former Republican Congressman Bob Ney in early May 2003, according to an Iranian-American scholar who was then on his Congressional staff.

> Ney, who pleaded guilty last year and was sentenced to prison in January for his role in the Jack Abramov lobbying scandal, was named by former aide Trita Parsi as an intermediary who took a copy of the Iranian proposal to the White House.

> Parsi is now a specialist on Iranian national security policy and president of the National Iranian-American Council (NIAC), a non-partisan organization that supports a negotiated settlement of the conflict between Iran and the United States.

> Parsi revealed that the document was delivered specifically to Rove, in an exclusive interview with IPS. Within two hours of the delivery of the document, according to Parsi, Ney received a phone call from Rove confirming his receipt of the document. Parsi said the proposal was delivered to Rove the same week that the State Department received it by fax, which was on or about May 4, 2003, according to the cover letter accompanying it.

> Ney was chosen by Swiss Ambassador in Tehran Tim Guldimann to carry the Iranian proposal to the White House, according to Parsi, because he knew the Ohio Congressman to be the only Farsi-speaking member of Congress and particularly interested in Iran.

The revelation that Trita Parsi made about Congressman Ney's interaction with the White House on the Iran proposal was made at a conference co-sponsored by the New America Foundation and the National Iranian American Council titled US-Iran

Relations: Collision, Stand-Off or Convergence?

The revelation that Rove is involved is huge -- because it further raises the stakes for exactly why then National Security Advisor Condoleezza Rice said that she never "saw the fax" of the Guldimann-couriered Iran offer.

Foreign policy officials confirm to this writer that the fax did make it to National Security Council official Elliot Abrams, who has not admitted seeing the memos sent by Guldimann.

But if Rove also received the proposal through the separate channel of Congressman Bob Ney, it is hard to believe that Rove would have just hidden the matter in a pile of other faxes and not passed the material on to Rice directly -- or at least to White House Chief-of-Staff Andy Card.

As Trita Parsi told Gareth Porter and attendees at the US-Iran conference, noted above, he was the point person for Ney in helping to manage this issue.

There is a copy of the 2003 Iran offer that has been making its way around the internet and has been written about by such writers as the *Washington Post*'s Glenn Kessler, the *Financial Times*' Guy Dinmore, and *USA Today*'s Barbara Slavin.

Each of these journalists, and others, were given by Trita Parsi a copy of the Iran proposal -- which differs in slight ways from the proposal made public last week by Glenn Kessler which is the final draft sent by Guldimann to the US government.

Parsi has admitted to this writer that he was the source for the documents that have been floating around the internet over the last year. He had been saving these materials for publication in his forthcoming book, but decided that it was important to get them into the public because he was afraid that the pace towards a possible US-Iran war was picking up and needed to be informed by other parts of the real diplomatic history.

I will shortly be posting two documents that I have secured from Trita Parsi -- one that came in from Guldimann and the other that he acquired from a Senior Iranian diplomat.

*-- Steve Clemons is Senior Fellow and Director of the American Strategy Program at the New America Foundation and publishes the popular political blog,* The Washington Note

## Comments for this post are now closed

More in Politics...



McCain Flips At Legit Question

Officer Injured Guarding Obama

NY Times Slams Obama For Being "New...

Obama may accept nomination at Invesco Field

Comments for this entry are currently under maintenance but will be restored soon.

⦿ Site   ○ Web   [                    ] [ SEARCH ]  ask.com

- Copyright © 2008 HuffingtonPost.com, Inc. |
- User Agreement |
- Privacy |

Case 1:08-cv-00705-JDB   Document 5-3   Filed 07/08/08   Page 38 of 39



EXHIBIT

20

[Date Prev][Date Next][Thread Prev][Thread Next][Date Index][Thread Index]

# TOP LOBBYISTS TO GIVE PRESENTATION ON LOBBYING AT NIAC POWER DINNER IN WASHINGTON

- **To:** "**IranForum@xxxxxxxxxxxxxx**" <**iran-news@xxxxxxxxxxxxxx**>
- **Subject**: TOP LOBBYISTS TO GIVE PRESENTATION ON LOBBYING AT NIAC POWER DINNER IN WASHINGTON
- **From:** "**Trita Parsi**" <**trita@xxxxxxx**>
- Date: Thu, 17 Oct 2002 23:53:33 -0400
- Content-type: multipart/alternative; boundary="----=_NextPart_000_002B_01C27638.66B26A50"
- Importance: Normal

TOP LOBBYISTS TO GIVE PRESENTATION ON LOBBYING AT NIAC POWER DINNER IN WASHINGTON

NIAC is proud to present two of Washington's most experienced lobbyists at the NIAC Power Dinner on October 30 in Washington DC.

**_Roy Coffee_**, former Chief of Staff for Governor George W. Bush, and **_David DiStefano_**, former Chief of Staff for Congressman Bob Ney (the only Persian-speaking member of Congress), will discuss the tricks of the trade of lobbying and advise Iranian-Americans on how they can start making their voices heard. As lobbyists with several years of experience in Washington, Coffee and DiStefano are excellent guides for Iranian-Americans who want to start participating in American political life.

Please note: RSVP ONLY!

**Where**: Positano Ristorante, 4940 Fairmont Ave., Bethesda, one block off Old Georgetown Road, (301) 654-1717
**When**: _Wednesday, October 30_

**Time**: 6.30pm to 8.30pm (dinner starts at 6.30, presentation and discussion starts at 7.30)
**Fee**: $30 for non-members, $25 for members and students (only checks and cash accepted)

**Parking**: 2 Hour Street Metered Parking or Public Parking across the street ($5 evenings)

**Menu**: House Salad, Agnolotti (Pasta Shells w/ Cheese and Spinach), and Iced Tea or Coffee

## Sign up today!

NATIONAL IRANIAN AMERICAN COUNCIL

www.niacouncil.org

---

- Prev by Date: **Iranian director hands back award**
- Next by Date: **Interview with Kalhor in NPR**
- Previous by thread: **Iranian director hands back award**
- Next by thread: **Interview with Kalhor in NPR**
- Index(es):
  - **Date**
  - **Thread**

**Main Index** | **Thread Index**