UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No.: 08 CV 00705 (JDB) |

## ORDER

Upon consideration of the Defendant's Motion To Dismiss Complaint Or In The Alternative Defendant's Motion For Summary Judgment, the Memoranda of Points and Authorities in Support thereof and in opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

**ORDERED,** that the Defendant's Motion to Dismiss for failure to state a claim upon which relief may be granted be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED,** that the Defendant's Motion for Summary Judgment is also hereby **GRANTED** to the Defendant on all counts of the Complaint.

**SO ORDERED.**

Plaintiffs' counsel:
Afshin Pishevar
600 East Jefferson Street Suite 316
Rockville, MD 20852
ap@pishevarlegal.com

Defendant's counsel:
Jeffrey B. O'Toole
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW Suite 200
Washington, DC 20036
otoole@otrons.com