UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

**ORDER DENYING DEFENDANT'S MOTION**

Upon consideration of the Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment, and any opposition thereto, it his hereby ORDERED:

Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment is DENIED.

It is so ORDERED.

_____
Judge, United States District Court for the
District of Columbia

*Copies to*:
A.P. Pishevar
600 East Jefferson Street, Suite 316
Rockville, MD 20852

Jeffrey B. O'Toole
1350 Connecticut Avenue NW, Suite 200
Washington, DC 20036