

An Iranian American
Voice in Washington DC!

Home ▸ About Us ▸ main ▸ DR. TRITA PARSI, President

**NIAC Newsletter**

your email

○ HTML ○ Text

Subscribe

**Top Stories**
- New Guidelines Highlight Opportunities for Humanitarian Assistance to Iran
- Iran on the Bush Agenda and Beyond
- Iranian American Bar Association Urges Reversal of Florida Law
- The Risk of a US-Iran Proxy War

**NIAC in the News**
- NIAC in the News: Ahmadinejad Faces Intra-Party Challenge
- NIAC in the News: Response to Sen. McCain's Call for Additional Sanctions
- NIAC photo essay in Iranian.com: Good people, good work
- What Do Google and Saddam Have in Common?
- NIAC in the News: Time for a fresh approach with Iran

**US-Iran News**
- The Risk of a US-Iran Proxy War
- Lawmakers Turn Their Backs on Blockade Resolution
- NIAC Welcomes US Participation in Nuclear Talks
- Iran in Latin America: No More than a Nearby Nuisance, for now
- Burns to Congress: Iran is not 10 feet tall

**NIAC Events**

### DR. TRITA PARSI, President

NIAC
Jul 09, 2007



With a background as director for two U.S.-based Iranian organizations, Dr. Trita Parsi possesses a rich set of leadership skills and vision that will guide NIAC towards its goals.

Trita Parsi has worked for the Swedish Permanent Mission to the UN in New York where he served in the Security Council handling affairs for Afghanistan, Iraq, Tajikistan and Western Sahara, and the General Assembly's Third Committee addressing human rights in Iran, Afghanistan, Myanmar and Iraq. He has also served as a foreign policy advisor to Congressman Bob Ney (R-OH).

His expertise is Iranian foreign policy and US-Iran relations. His book, Treacherous Alliance - The Secret Dealings of Israel, Iran and the United States, (Yale University Press 2007), is based on more than 130 interviews that Dr. Parsi has conducted - in his personal capacity - in Israel, Iran and the United States with senior officials from all three countries.

Dr. Parsi's articles on Middle East affairs have been published in the Financial Times, Jane's Intelligence Review, the Globalist, the Jerusalem Post, The Forward, BitterLemons and the Daily Star.

As a Middle East expert, he is a frequent commentator on US-Iranian relations and Middle Eastern affairs, and has appeared on BBC World News, PBS NewsHour with Jim Lehrer, CNN, Al Jazeera, C-Span, NPR, ABC, and MSNBC.

Dr. Parsi was born in Iran and grew up in Sweden. He earned a Master's degree in international relations at Uppsala University, a second Master's degree in economics at Stockholm School of Economics and a PhD in international relations at Johns Hopkins University's SAIS. His personal website is www.tritaparsi.com.

< Prev     Next >

**Donate to NIAC!**

Enter Amount:

$ 50.00

Donate

**Join NIAC!**



**NIAC Factbook**



**Scholarships**
Iranian-American Scholarships



Case 1:08-cv-00705-JDB   Document 79   Filed 08/09/08   Page 2 of 2

[ Back ]

US Iran Media



Anti-Discrimination



IraNexus



SBA



Irancensus



Register to Vote!



© 2008 NIAC - National Iranian American Council
c/o 1411 K St NW Ste 600, Washington DC 20005
Tel: 202-386-6325 Fax: 202-386-6409