UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

## REQUEST FOR HEARING

The Plaintiffs hereby request a hearing on the Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment.

Respectfully submitted,
*PISHEVAR & ASSOCIATES, P.C.*

_____/S/_____
Afshin Pishevar, Esq.
Bar No. 451015
ap@pishevarlegal.com

600 East Jefferson Street
Jefferson Plaza, Suite 316
Rockville, Maryland  20852
301-279-8773