UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

DAIOLESLAM SEID HASSAN,

Defendant.

Civ. No.: **08 CV 00705 (JDB)**

## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC"), by and through their counsel, Afshin Pishevar and Pishevar & Associates, P.C., and submits this Opposition to Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment. In support thereof they state the following and submit the attached Memorandum of Law in Opposition to Defendant's Motion to Dismiss Complaint in the Alternative Defendant's Motion for Summary Judgment.

1. The Plaintiffs filed a Complaint in the above-captioned matter stating that the Defendant, Seid Hassan Daioleslam defamed the Plaintiffs. In response, the Defendant has filed Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment ("Defendant's Motion").

2. The Defendant has filed a Motion to Dismiss the Complaint, alleging that the Plaintiffs have failed to state a claim upon which relief can be granted. (Def.'s Mot. to Dismiss Compl. or in the Alternative Def.'s Mot. for Summ. J. [hereinafter Def.'s Mot.].)

3. The Plaintiffs have alleged the four required elements for a defamation cause of action. (Compl. ¶¶ 13-17, 20-24, 34-39, 41-43.) Therefore the Defendant's Motion to Dismiss the Complaint should be denied.

4. The Defendant has filed a Motion, in the Alternative, for Summary Judgment. (Def.'s Mot.) In support thereof, the Defendant has filed a Statement of Material Fact as to Which There is no Genuine Dispute. The Plaintiffs dispute numerous facts contained in that list, including, *inter alia*, numbers 4-5, 8, 10, 11, 14, 16, 18.

5. The Plaintiffs further dispute numerous facts asserted or assumed in the Defendant's Memorandum in Support of Defendant's Motion ("Defendant's Memo."), including, inter alia, the following:

   A. The truth or falsity of the Defendant's defamatory statements;

   B. The facts establishing the Defendant's requisite degree of fault;

   C. Whether association with the Iranian regime conveys a defamatory meaning;

   D. The harm to the Plaintiffs as a result of the Defendant's defamatory statements.

6. The disputed facts are material to the Plaintiffs' claims and, on a motion of summary judgment must be viewed in the light most favorable to the nonmoving party, the Plaintiffs. As such, the Defendant's Motion for Summary Judgment should be denied.

7. The Defendant has filed the Defendant's Motion in lieu of filing an Answer, and discovery has not yet commenced. Should the Court find that the Plaintiffs have not demonstrated sufficient facts to oppose the Defendant's Motion for Summary Judgment,

the Court should deny the Defendant's Motion and allow the Plaintiffs time to conduct discovery. (Aff. Afshin Pishevar Regarding Need for Disc.)

WHEREFORE the Plaintiffs respectfully request that this Honorable Court grant the following relief:

    A.    Deny the Defendant's Motion to Dismiss the Complaint;

    B.    Deny the Defendant's Motion in the Alternative for Summary Judgment; and

    C.    Such other relief as this Court deems just and proper.

Respectfully submitted,
*PISHEVAR & ASSOCIATES, P.C.*

Afshin Pishevar, Esq.
Bar No. 451015
ap@pishevarlegal.com

600 East Jefferson Street
Jefferson Plaza, Suite 316
Rockville, Maryland 20852
301-279-8773

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing, as well as the memorandum, exhibits, and proposed order, was served on this 8th day of August, 2008. This document was filed electronically and thereby served on all counsel of record.

/s/
A.P. Pishevar, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

## ORDER DENYING DEFENDANT'S MOTION

Upon consideration of the Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment, and any opposition thereto, it his hereby ORDERED:

Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment is DENIED.

It is so ORDERED.

 

_____
Judge, United States District Court for the
District of Columbia

*Copies to*:
A.P. Pishevar
600 East Jefferson Street, Suite 316
Rockville, MD 20852

Jeffrey B. O'Toole
1350 Connecticut Avenue NW, Suite 200
Washington, DC 20036