UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

DAIOLESLAM SEID HASSAN,

Defendant.

Civ. No.: **08 CV 00705 (JDB)**

## ORDER DENYING DEFENDANT'S MOTION

Upon consideration of the Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment, and any opposition thereto, it his hereby ORDERED:

Defendant's Motion to Dismiss Complaint or in the Alternative Defendant's Motion for Summary Judgment is DENIED.

It is so ORDERED.

_____
Judge, United States District Court for the
District of Columbia

*Copies to*:
A.P. Pishevar
600 East Jefferson Street, Suite 316
Rockville, MD 20852

Jeffrey B. O'Toole
1350 Connecticut Avenue NW, Suite 200
Washington, DC 20036