**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

DAIOLESLAM SEID HASSAN,

Defendant.

Civ. No.: **08 CV 00705 (JDB)**

**AFFIDAVIT OF AFSHIN PISHEVAR REGARDING NEED FOR DISCOVERY**

I, Afshin Pishevar, of Pishevar & Associates, P.C., an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury depose and say:

1. I represent the Plaintiffs, Dr. Trita Parsi and the National Iranian American Council, in the above-captioned matter.
2. The above-captioned action is one for defamation against the Defendant, Seid Hassan Daioleslam.
3. The Defendant has not yet filed an Answer to the Complaint.
4. The Plaintiffs have not had an opportunity to conduct discovery on this matter.
5. The Defendant argues that the Plaintiffs are public figures and that, as such, they will need to demonstrate actual malice to prevail against the Defendant.
6. To demonstrate actual malice, the Plaintiffs will need to provide evidence of the Defendant's reckless disregard for falsity, ill will, or bad faith. In order to do so, the

Plaintiffs need to obtain discovery responses from the Defendant regarding his knowledge, mental state, motives, ties to third-party organizations, and other relevant factors.

7. The Plaintiffs need to conduct discovery to ascertain the extent to which the Defendant was aware of Plaintiff Parsi's statements criticizing and condemning the Iranian government.

Further Affiant sayeth not.

Afshin Pishevar, Esq.

8/8/08
Date

*Witness my hand and official seal at* Rockville*, County of* Montgomery*, State of* Maryland *this* 8th *day of* August*, 2008.*

*Notary Public*

*My commission expires*

SERENA R. WOOD
Notary Public-Maryland
Montgomery County
My Commission Expires
July 01, 2010

SERENA R. WOOD NOTARY PUBLIC MONTGOMERY CO. MD