IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil No.: 08 CV 00705 (JDB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to D.D.C. L.R. 83.6, Defendant respectfully files this notice of substitution of counsel. Jeffrey B. O'Toole of O'Toole, Rothwell, Nassau & Steinbach herewith gives notice of his withdrawal as defendant's counsel and Bradford A. Berenson, Timothy E. Kapshandy, and HL Rogers of Sidley Austin LLP give notice of their substitution as defendant's counsel in the above captioned case. All future correspondence and pleadings in this matter intended for defendant may be addressed to Bradford Berenson, Timothy Kapshandy, and HL Rogers as shown below.

Dated: October 29, 2008           Respectfully submitted,

                                  _____/s/_____
                                  Bradford A. Berenson (D.C. Bar #441981)
                                  Timothy E. Kapshandy (application for admission
                                  *pro hac vice* pending)
                                  HL Rogers (D.C. Bar #974462) (application for
                                  admission pending)
                                  SIDLEY AUSTIN LLP

1501 K Street, NW
Washington, DC 20005
*Counsel for Defendant*

_____
Jeffrey B. O'Toole
O'TOOLE, ROTHWELL, NASSAU &
STEINBACH
1350 Connecticut Ave., NW, #200
Washington D.C. 20036
(202) 775-1550
*Formerly Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing Notice of Substitution of Counsel in the above-titled action on counsel for plaintiffs, Afshin Pishevar, by email to ap@pishevarlegal.com and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD 20852.

October 29, 2008

/s/
Bradford A. Berenson

DC1 1256680v.1