# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI ) | |
| and ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL ) | Civil No.: 08 CV 00705 (JDB) |
| Plaintiffs, ) | |
| v. ) | |
| DAIOLESLAM SEID HASSAN, ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TIMOTHY E. KAPSHANDY

Pursuant to D.D.C. L.R. 83.2(d), Bradford A. Berenson, attorney for Defendant Daioleslam Seid Hassan in the above-captioned action, hereby moves the Court to admit Timothy E. Kapshandy of the firm Sidley Austin LLP *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant Daioleslam Seid Hassan.

Dated: October 29, 2008                  Respectfully submitted,

                                         /s/
                                         Bradford A. Berenson (D.C. Bar #441981)
                                         SIDLEY AUSTIN LLP
                                         1501 K Street, NW
                                         Washington, DC 20005
                                         *Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing Motion for Admission *Pro Hac Vice* of Timothy E. Kapshandy in the above-titled action on counsel for plaintiffs, Afshin Pishevar, by email to ap@pishevarlegal.com and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD 20852.

October 29, 2008

/s/

Bradford A. Berenson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI )
 )
  and )
 )
NATIONAL IRANIAN AMERICAN COUNCIL ) Civil No.: 08 CV 00705 (JDB)
 )
  Plaintiffs, )
 )
  v. )
 )
DAIOLESLAM SEID HASSAN, )
 )
  Defendant. )

### DECLARATION OF TIMOTHY E. KAPSHANDY
### IN SUPPORT OF MOTION TO BE ADMITTED *PRO HAC VICE*

I, Timothy E. Kapshandy, declare under penalty of perjury under the laws of the United States of America, and in accordance with 28 U.S.C. § 1746, that the following is true and correct:

1. My full name is Timothy E. Kapshandy.

2. My office address and phone number is:

   Sidley Austin LLP
   One South Dearborn,
   Chicago, IL 60603
   312-853-7643

3. I have been admitted to the following bars:

   - Illinois Supreme Court -- November 1981

   - Indiana Supreme Court -- December 1986

3

- United States District Court for the Southern District of Indiana -- March 1994
- United States District Court for the Northern District of Indiana -- July 1986
- United States District Court for the District of Colorado -- July 2003
- United States District Court for the Northern District of Illinois -- December 1981
- Seventh Circuit Court of Appeals -- January 1982

4. I have not been disciplined by any bar and certifications of such are attached hereto as Exhibit A.

5. I have not been admitted to practice *pro hac vice* before this court at any time over the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar.

I have declared under penalty of perjury that the foregoing is true and correct..

_____
Timothy E. Kapshandy

Dated: October 29, 2008

# Exhibit A

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

_____TIMOTHY EDWARD KAPSHANDY_____

is a member of the bar of said Court since admission on _____DECEMBER 17, 1986_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this ___24th___ day of _____OCTOBER_____, 20 _08_ .

_____
KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Timothy Edward Kapshandy

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1981 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, October 24, 2008.

*Juleann Hornyak*

Clerk