UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>SEID HASSAN DAIOLESLAM,<br><br>Defendant. | Civil Action No. 08-705 (JDB) |

### ORDER

Upon consideration of the defendant's motion to dismiss, or in the alternative for summary judgment, the memoranda in support thereof and opposition thereto, and the entire record herein, it is hereby **ORDERED** that the motion is **DENIED**. However, defendant's motion to strike paragraph 18(C) of plaintiffs' complaint is **GRANTED**.

It is further **ORDERED** that an initial scheduling conference is set in this matter for March 4, 2009 at 9:00 a.m. in Courtroom 8. Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   February 4, 2009