IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> Daioleslam Seid Hassan, <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

## CERTIFICATE OF SERVICE

I certify that today, February 6, 2009, I served Defendant's First Request for Production on the following via federal express:

>Afshin Pishevar
>600 East Jefferson Street
>Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com

Pursuant to D.D.C. L.R. 52., I will retain the original in my possession.

Dated: February 6, 2009

_____
Tim Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendant
Daioleslam Seid Hassan