IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI et.al.** : | |
| : | |
| : | |
| **Plaintiffs,** : | |
| : | **Case No. 1:08-cv-00705-JDB** |
| **v.** : | |
| : | |
| **SEID HASSAN DAIOLESLAM** : | |
| : | |
| : | |
| **Defendant** : | |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY, that on February 05, 2009, I sent via EMAIL and U.S. Mail, **NIAC's** INTERROGATORIES and REQUEST FOR PRODUCTION OF DOCUMENTS as well as NOTICE OF DEPOSITIONS with date TBD to

HL Rogers | Sidley Austin LLP |
1501 K Street, N.W. |
Washington, D.C. | 20005

I will retain the original of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has expired.

Respectfully submitted,
*THE LAW OFFICES OF A.P. PISHEVAR, P.C.*


_/s/_____
A.P. Pishevar, Esquire
Attorney for the *Plaintiff*
600 E. Jefferson Street
Suite 316
Rockville, Maryland 20852
301/ 279-8773
ap@pishevarlegal.com