IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI )<br>)<br>and )<br>)<br>NATIONAL IRANIAN AMERICAN COUNCIL )<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>DAIOLESLAM SEID HASSAN, )<br>)<br>      Defendant. )<br>) | Civil No. 08 CV 00705 (JDB) |

NOTICE OF ENTRY OF APPEARANCE OF PETER JENSEN
ON BEHALF OF DEFENDANT SEID HASSAN DAIOLESLAM

The Clerk of this Court will please note the entry of appearance of Peter Jensen (D.C. Bar No. 982599), of Sidley Austin LLP, 1501 K Street, N.W. Washington, D.C. 20005, (202) 736-8887, as counsel for Defendant Seid Hassan Daioleslam.

Dated:  March 3, 2009

Respectfully Submitted,

                  /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 41981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Tel:  (202) 736-8887
Fax:  (202) 736-8711
pjensen@sidley.com

## CERTIFICATE OF SERVICE

I certify that today, March 3, 2009, I electronically served the foregoing Notice of Entry of Appearance on the following through the Court's CM/ECF system pursuant to LCvR 5.4(d):

    Afshin Pishevar
    ap@pishevarlegal.com

Dated: March 3, 2009

          /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam