UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>    Plaintiffs,<br><br>        v.<br><br>SEID HASSAN DAIOLESLAM,<br><br>    Defendant. | Civil Action No.  08-705 (JDB) |

### INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on March 4, 2009, and the parties' Joint Rule 16.3 Report, it is hereby ORDERED as follows:

1. All discovery shall be completed by September 10, 2009.  The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

2. Amendments or joinder of other parties, if necessary, shall occur by not later than June 10, 2009.

3. The parties shall exchange initial disclosures pursuant to Rule 26(a)(1) by not later than March 18, 2009.

4. Expert reports and information, if any, will be exchanged pursuant to Rule 26(a)(2).

5. Dispositive motions, if any, shall be filed by October 22, 2009.  Responses thereto shall be filed by not later than November 23, 2009 and replies shall be filed by December 7, 2009.

6. A status conference shall be held on September 22, 2009, at 9:00 am.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 4, 2009