**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TRITA PARSI** | ) | |
| and | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil No. 08 CV 00705 (JDB)** |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION**
**FOR LEAVE TO FILE SURREPLY**

Defendant Seid Hassan Daioleslam, by and through undersigned counsel, hereby provides notice of his Withdrawal of Defendant's Motion for Leave to File Surreply filed on June 22, 2009.

Dated: June 23, 2009

              /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

- **IN THE UNITED STATES DISTRICT COURT**
  **FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I certify that on June 23, 2009, I served, via email and first class mail, Defendant's Notice of Withdrawal of Defendant's Motion for Leave to File Surreply:

>Afshin Pishevar
>600 East Jefferson Street
>Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com

|  |  |
|---|---|
| Dated: June 23, 2009 | <u>         /s/         </u><br>Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)<br>Bradford A. Berenson (D.C. Bar No. 441981)<br>HL Rogers (D.C. Bar No. 974462)<br>Peter G. Jensen (D.C. Bar No. 982599)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000<br>hrogers@sidley.com<br><br>Attorneys for Defendant<br>Seid Hassan Daioleslam |