IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> Daioleslam Seid Hassan, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 08 CV 00705 (JDB) |

## PRAECIPE

Per agreement of parties, please withdraw the pending discovery Motions without prejudice. Said Motions include the following:

(i)  Motion for Protective Order filed June 5, 2009;

(ii) Motion for leave to file Surreply filed June 23, 2009.


__s/_____
A.P. Pishevar (D.C. Bar #: 451015)
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com

Attorney for Plaintiffs

__s/_____
Timothy E. Kapshandy (Illinois Bar No.
06180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
Attorneys for Defendant
Daioleslam Seid Hassan