# ATTACHMENT A

## Rogers, HL

| | |
|---|---|
| **From:** | Rogers, HL |
| **Sent:** | Monday, May 04, 2009 5:07 PM |
| **To:** | babaktalebi@gmail.com |
| **Cc:** | Kapshandy, Timothy E.; Jillson, Elisa K.; Lynch, Kelly; ap@pishevarlegal.com |
| **Subject:** | Subpoena Noncompliance |

**Attachments:** Untitled.pdf; Untitled.pdf

Mr. Talebi,

I'm attaching a letter to this email that has also been sent to you via regular mail advising you that you are overdue in responding to the subpoena sent to you on February 19, 2009 requiring production of documents on May 1, 2009. I have also attached a copy of the original subpoena. Please respond immediately to the subpoena. If you fail to do so, we will seek relief from the Court, which has the authority to hold you in contempt of court for your failure to respond.

Regards,

HL

HL Rogers | Sidley Austin LLP
1501 K Street, N.W. | Washington, D.C. 20005
Tel: 202.736.8301 | Fax: 202.736.8711
hrogers@sidley.com

 

Untitled.pdf (18 KB)  Untitled.pdf (248 KB)

1



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

hrogers@sidley.com
(202) 736-8301

FOUNDED 1866

May 4, 2009

Babak Talebi
1557 Westmoreland St.
McLean, VA 22101

Re:   Court-ordered Response to Subpoena in Parsi et al. v. Hassan, Case No. 08-705

Dear Mr. Talebi:

Your response to the subpoena served on you on February 19, 2009 in the above-captioned matter is overdue. The District Court for the District of Columbia required your response to the subpoena on May 1, 2009, at 10:00 am at 1501 K St. NW, Washington D.C. 20005.

Please respond immediately to the subpoena. If you fail to do so, we will seek relief from the Court, which has the authority to hold you in contempt of court for your failure to respond.

Sincerely,

H.L. Rogers

cc:   Afshin Pishevar
Timothy E. Kapshandy
Bradford A. Berenson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

 **SIDLEY AUSTIN LLP**

SIDLEY AUSTIN LLP
1501 K STREET, N W,
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

hrogers@sidley.com
(202) 736-8301

FOUNDED 1866

February 19, 2009

Babak Talebi
1557 Westmoreland St.
McLean, VA 22101

OR

6127 Quiet Times
Columbia, MD 21045

Re: Parsi et al. v. Hassan, Case Number 08-705

Dear Mr. Talebi,

Enclosed please find a subpoena requiring you to provide documents as set out in Attachment A to the subpoena no later than May 1, 2009 at 10:00 am at 1501 K St. NW, Washington D.C. 20005 in the above-captioned matter. The subpoena also requires that you appear for deposition testimony on June 1, 2009 at 10:00 am at 1501 K St. NW, Washington D.C. 20005.

Please do not destroy any documents that are relevant to this subpoena. Also, please contact me, or have your counsel contact me, at the above phone number or email address regarding the format of the documents to be produced. Feel free to contact me, or have your counsel contact me, if you have any other questions.

We appreciate your attention to this important matter and regret any inconvenience that it may cause you.

Sincerely,

HL Rogers

cc: Afshin Pishevar

Enclosure

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Trita Parsi and National Iranian American Council

## SUBPOENA IN A CIVIL CASE

V.

Seid Hassan Daioleslam

Case Number:[1]   08-705 (JDB)

TO: Babak Talebi
1557 Westmoreland St., McLean, VA 22101 4443 OR
6127 Quiet Times, Columbia MD 21045 7426

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    1501 K St. NW, Washington D.C. 20005 | DATE AND TIME 6/1/2009 10:00 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A

| PLACE    1501 K St. NW, Washington D.C. 20005 | DATE AND TIME 5/1/2009 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    (ATTORNEY FOR DEFENDANT) | DATE 2/19/2009 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
HL Rogers
1501 St. NW, Washington D.C. 20005

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| **SERVED** | 2/19/2009 | 557 Westmoreland St., McLean, VA 22101; 6127 Quiet Times, Columbia MD 21045;1411 K St NW DC 20005 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| Babak Talebi | | Certified Mail |
| SERVED BY (PRINT NAME) | | TITLE |
| HL Rogers | | Attorney |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     2/19/2009
               DATE

SIGNATURE OF SERVER

1501 K St. NW, Washington D.C. 20005

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## ATTACHMENT A

### DEFINITIONS

1.    "NIAC" shall mean the National Iranian American Council, its board of directors or trustees and any officials, representatives, employees, servants, attorneys, agents, or any other person acting for or on its behalf, including, but not limited to, Plaintiff Trita Parsi.

2.    "Iran" shall mean the country of the Islamic Republic of Iran and its ministries, agencies, instrumentalities, government-owned or controlled corporations, partnerships, or business entities, and any citizens, officials, representatives, employees, servants, attorneys, agents, or any other person acting for or on its behalf.

3.    "Membership," unless otherwise specified, shall mean former, current, or potential members of NIAC; persons who currently identify or formerly identified as members of NIAC, contribute or have contributed time or money to NIAC or provide or have provided NIAC with information regarding its policies.

4.    "Staff," unless otherwise specified, shall mean any employees, servants, agents, representatives or any other person acting for or on behalf of his/her/their employer.

5.    "Internship," unless otherwise specified, shall mean any program which offered temporary, paid or unpaid employment with NIAC or a United States political official, including any fellowship program.

6. "Executive Board," unless otherwise specified, shall mean any individual currently affiliated with NIAC or formerly affiliated with NIAC as a member of any board, board of directors, or group of supervisors or trustees.

7. "Government officials," unless otherwise specified, shall mean any United States Senator or Congressperson and all staff or interns associated with any United States Senator or Congressperson.

8. "Complaint" shall mean the complaint filed by Parsi and NIAC against Hassan in this action.

9. "Document" or "documents" is used in its broadest sense, as defined by Federal Rule of Civil Procedure 34(a), and includes, without limitation, all electronic, written, or printed matter of any kind, including drafts, originals and non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise, and records of any type or description, including without limitation the following: correspondence; interoffice and intraoffice communications; notes; letters; memoranda; work papers; analyses; plans; studies; statistical records; reports; press releases; contracts and agreements; records, summaries, agendas, minutes or notes of conferences, meetings, telephone calls, or other conversations; calendars, diaries, and appointment books; message pads; telephone messages and telephone logs; facsimiles, teletypes, telexes, and thermafaxes; photographs; tapes or other recordings; handwritten notes or notations in any form; voicemail messages; instant messages; data compilations, including, but not limited to, computer-generated and computer-stored information, whether or not ever printed out or displayed, such as documents stored on a network server, computer drive, CD or floppy disks; electronic mail,

5

whether or not ever printed out or displayed, and any enclosures or attachments thereto; data posted or transmitted on Internet websites, including social networking sites and blogs.

10.    "Communications" means any transmittal of information in the form of facts, ideas, inquiries or otherwise, including a letter, memorandum, facsimile, meeting, telephone call, e-mail, instant message, blog posting, social networking site update, social networking site post, or social networking site message, or other communication, whether written or oral, between two or more of the persons or entities identified in the requests below, or relating to any person or entity identified in the request below, during the time period January 1, 2003 through the present.

11.    "Including" shall mean "including, but not limited to."

12.    "Relate to" or "relating to" shall mean any information or document which addresses, constitutes, contains, embodies, evidences, reflects, concerns, identifies, states, refers to, regards, records, responds to, deals with, describes, discusses, explains or is in any way pertinent to the subject of the request.

## INSTRUCTIONS

1.    Documents produced in response to one specific paragraph of this request need not be produced again, provided they are designated as being responsive to subsequent specific paragraphs when they are first produced.

6

2.     You are required to produce all of the requested documents which are in your possession, custody or control, including (by way of illustration only and not limited to) documents in the possession, custody or control of your affiliates, or merged and acquired predecessors and your present or former investigators, attorneys, directors, officers, partners, employees or other agents, as well as your present or former independent contractors over which you have or had control, and any other person acting on your behalf.

3.     You are to produce the originals and all copies of originals within the scope of this request, and make such original documents available for inspection and copying. These original documents must remain available throughout the custodian of records' examination.

4.     This request for production is continuing so as to require supplemental production pursuant to applicable procedural rules. If, after making your initial production, you or any person acting on your behalf obtains varying or additional information or documents called for by the requests, all such original information and documents shall be made available to Counsel for Plaintiffs.

5.     If you withhold any information or documents requested herein on grounds of privilege, work-product or otherwise, identify the specific grounds upon which your objection is based and the particular request objected to, and identify any withheld documents or portion(s) thereof as follows:

    a.     date;

    b.     identity of its author/signatory and recipient;

    c.     type of document (e.g., letter, chart, memorandum, etc.);

    d.     summary of document contents, or the nature of the document;

7

e.  Notwithstanding the assertion of an objection, any purportedly privileged document containing non-privileged matter must be disclosed, with the purportedly privileged portion excised.

6.  If any otherwise responsive document was, but is no longer in existence or in your possession, custody or control, identify its current or last known custodian, the location/address of such document, and describe in full the circumstances surrounding its disposition from your possession or control.

7.  Documents produced pursuant to this request shall be labeled to indicate the specific paragraph(s) of the request to which they respond or, in the alternative, produced as they are kept in the ordinary course of business. If a document was prepared in several copies, or if additional copies were thereafter made, and if such copies were not identical or are no longer identical by reason of subsequent notation or modifications of any kind whatsoever, including, without limitation, notations on the front or back of the document, such non-identical copies must be produced.  The fact that a document has been or shall be produced by one person does not relieve any other person from the obligation to produce a copy of the same document, even if the two documents are identical in all respects.

## DOCUMENTS TO BE PRODUCED

1.  All communications to or from persons in Iran, or the Iranian government (including all government agencies and quasi-government agencies) related in any way to Iran, NIAC, Iranians for International Cooperation ("IIC"), and/or American Iranian Council ("AIC").

2.  All communications to or from Government Officials, including their staff and/or interns related in any way to Iran, NIAC, Iranians for International Cooperation ("IIC"), and/or American Iranian Council ("AIC").

8

3.    All communications with NIAC, any of its staff, interns, officers, or board members. All communications with IIC, any of its staff, interns, officers, or board members. All communications with AIC, any of its staff, interns, officers, or board members.

4.    Documents reflecting any funds received by you from or sent by you to NIAC, IIC, Iran, or persons in Iran.

9

# ATTACHMENT B

## Rogers, HL

**From:**  Rogers, HL

**Sent:**  Thursday, May 21, 2009 4:37 PM

**To:**  'Babak Talebi'

**Cc:**  'ap@pishevarlegal.com'; Kapshandy, Timothy E.; Jillson, Elisa K.

**Subject:** RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

Unfortunately, I have not heard back from you since this letter was sent. As soon as possible, please let me know the best date for your deposition the week of June 8-12. In addition, please send any and all responsive documents (including emails, calendars, computer files, hard copy documents, etc.) immediately.

> **From:** Rogers, HL
> **Sent:** Friday, May 08, 2009 4:00 PM
> **To:** Babak Talebi
> **Cc:** ap@pishevarlegal.com; Kapshandy, Timothy E.; Jillson, Elisa K.
> **Subject:** RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> Please see our attached response, which has also been mailed to you.
>
> HL
>
> > **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> > **Sent:** Tuesday, May 05, 2009 8:48 PM
> > **To:** ap@pishevarlegal.com
> > **Cc:** Rogers, HL
> > **Subject:** Re: NIAC - RE: Subpoena Noncompliance
> >
> > HL,
> >
> > I am in posetion of no documents that I am aware of. Any documents that I had a part in while at NIAC are in NIAC's posetion at this time.
> >
> > Babak
> >
> > > On May 5, 2009 5:36 PM, <ap@pishevarlegal.com> wrote:
> > >
> > > Mr. Talebi has contacted me and I will be finding out what documents if any there are to produce in the near future. Please afford Mr. Talebi, a little more time to respond. Obviously, he is a witness and not my client. So that is the extent of my involvement there.
> > >
> > > Thank you for your courtesy.

6/22/2009

Sincerely,
A.P. Pishevar, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

Your Case Our Mission, • Re: First Quality, Small Firm size, Professional Litigation & Integration

# PISHEVAR & ASSOCIATES, P.C.

## ATTORNEYS

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail
is inherently insecure. Internet messages may be corrupted or
incomplete, or may incorrectly identify the sender. ((NOTICE:
Confidentiality notice: The unauthorized disclosure or interception of
email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message
transmission contains information which may be confidential or
privileged. The information is intended solely for the recipient, and use
by any other party is not authorized. This is not legal advice nor does
this communication establish an attorney-client relationship. If you are
not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of thisinformation is prohibited. If
you have received this electronic transmission in error, please
immediately notify us. Thank you.))

-----Original Message-----
From: "Rogers, HL" <hrogers@Sidley.com>
Sent: Monday, May 4, 2009 5:06pm
To: babaktalebi@gmail.com
Cc: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, "Jillson, Elisa
K." <ejillson@Sidley.com>, "Lynch, Kelly" <kjlynch@sidley.com>,
ap@pishevarlegal.com
Subject: Subpoena Noncompliance

Mr. Talebi,

I'm attaching a letter to this email that has also been sent to you via regular mail
advising you that you are overdue in responding to the subpoena sent to you on
February 19, 2009 requiring production of documents on May 1, 2009. I have also
attached a copy of the original subpoena. Please respond immediately to the
subpoena. If you fail to do so, we will seek relief from the Court, which has the
authority to hold you in contempt of court for your failure to respond.

Regards,

HL

6/22/2009

HL Rogers | Sidley Austin LLP
1501 K Street, N.W. | Washington, D.C. 20005
Tel: 202.736.8301 | Fax: 202.736.8711
hrogers@sidley.com

<<Untitled.pdf>> <<Untitled.pdf>>

-------------------------------------------------------------------------------------
-----------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice
contained in this
communication, including attachments, was not intended or written to
be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may
be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such tax
advice is used or referred
to by other parties in promoting, marketing or recommending any
partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed
as written in connection
with the promotion or marketing by others of the transaction(s) or
matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the
taxpayer's particular
circumstances from an independent tax advisor.

*********************************************************************************

This e-mail is sent by a law firm and may contain information that is
If you are not the intended recipient, please delete the e-mail and a
immediately.

*********************************************************************************

6/22/2009



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D C

hrogers@sidley.com
(202) 736-8301

FOUNDED 1866

May 8, 2009

Babak Talebi
1557 Westmoreland St.
McLean, VA 22101

> Re:   Court-ordered Response to Subpoena in Parsi et al. v. Hassan, Case No. 08-705

Dear Mr. Talebi:

I received your email, dated May 5, 2009, in response to the subpoena served on you in the above-captioned matter. You stated that you do not have any documents that are responsive to the subpoena.

This letter serves as a reminder that the subpoena requires you to provide us with *all* responsive documents. The fact that NIAC has a copy of the document does not relieve you of your obligation to produce the document. For example, if you have a copy of the email attached as Exhibit A, you must provide us with that email even though we already have a copy of it. I expect to receive this and similar communications that you have.

Please review your files, including emails, calendars, computer files, and send them to my office at 1501 K St. N.W., Washington, D.C. 20001 before June 1, 2009.

I would also like to schedule your deposition for the week of June 8 – June 12. Please let me know which date is best for you. Please bring your laptop to the deposition.

Sincerely,

HL Rogers

cc:   Afshin Pishevar
      Timothy E. Kapshandy
      Bradford A. Berenson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Babak Talebi
May 8, 2009
Page 2

**Exhibit A**

Sent: Thursday, March 27, 2008 8:14:23 AM
Subject: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein



Dear Iranians in California,

Your Senator could be the key to kick-starting the drive for smart US policy on
Iran. Senator Dianne Feinstein has in the last few years **emerged as a
leading voice of reason on Iran**. She has recently come out in support of
comprehensive talks with Iran in the San Francisco Chronicle and has stressed
the need for basic communication between Washington and Tehran on CNN.
She has also resisted significant pressure to sign-on to a major new sanctions
bill in Congress.

But right now, front groups for the **Mujahedine-e Kalq** -- claiming to
represent **ALL Iranian Americans in California** -- are pressuring the
Senator to cease her constructive efforts against war. They are pressuring her
to concede to the paralysis of sanctions and rhetoric that has consumed many
US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the
potential to reframe the debate and take the lead on crafting a smart policy
on Iran for the next administration. But to continue her leadership, she needs
to know that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she
deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran
policy. Please click on the link below and send her a message now! And do not
forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,



Babak Talebi
May 8, 2009
Page 3

Babak Talebi
Director of Community Relations
National Iranian American Council

# ATTACHMENT C

## Rogers, HL

| | |
|---|---|
| **From:** | Rogers, HL |
| **Sent:** | Tuesday, May 26, 2009 5:15 PM |
| **To:** | 'Babak Talebi' |
| **Cc:** | 'ap@pishevarlegal.com'; jg@pishevarlegal.com; Kapshandy, Timothy E., Jillson, Elisa K. |

**Subject:** RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

We still have not heard from you regarding documents and your deposition. Non-compliance with the court-ordered subpoena will result in the court holding you in contempt. *See* Fed. R. Civ. P. 45(e). The penalties for contempt of court are broad and can involve fines as well as imprisonment. Please respond to our numerous inquiries and requests to comply with the court order, otherwise we will have no alternative but to initiate contempt proceedings.

Please contact me if you have any questions.

HL

HL Rogers | Sidley Austin LLP
1501 K Street, N.W. | Washington, D.C. 20005
Tel: 202.736.8301 | Fax: 202.736.8711
hrogers@sidley.com

> **From:** Rogers, HL
> **Sent:** Thursday, May 21, 2009 4:37 PM
> **To:** 'Babak Talebi'
> **Cc:** 'ap@pishevarlegal.com'; Kapshandy, Timothy E.; Jillson, Elisa K.
> **Subject:** RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> Unfortunately, I have not heard back from you since this letter was sent. As soon as possible, please let me know the best date for your deposition the week of June 8-12. In addition, please send any and all responsive documents (including emails, calendars, computer files, hard copy documents, etc.) immediately
>
> > **From:** Rogers, HL
> > **Sent:** Friday, May 08, 2009 4:00 PM
> > **To:** Babak Talebi
> > **Cc:** ap@pishevarlegal.com; Kapshandy, Timothy E.; Jillson, Elisa K.
> > **Subject:** RE: NIAC - RE: Subpoena Noncompliance
> >
> > Mr. Talebi,
> >
> > Please see our attached response, which has also been mailed to you.

Case 1:08-cv-00705-JDB   Document 27-1   Filed 08/04/09   Page 22 of 57   Page 2 of 4

HL

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Tuesday, May 05, 2009 8:48 PM
**To:** ap@pishevarlegal.com
**Cc:** Rogers, HL
**Subject:** Re: NIAC - RE: Subpoena Noncompliance

HL,

I am in posetion of no documents that I am aware of.  Any documents that I had a part in while at NIAC are in NIAC's posetion at this time.

Babak

> On May 5, 2009 5:36 PM, <ap@pishevarlegal.com> wrote:
>
> Mr. Talebi has contacted me and I will be finding out what
> documents if any there are to produce in the near future. Please
> afford Mr. Talebi, a little more time to respond. Obviously, he is a
> witness and not my client. So that is the extent of my involvement
> there.
>
> Thank you for your courtesy.
>
> Sincerely,
> A.P. Pishevar, Esq.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com

Your Case. Our Mission. • *Big Firm Quality, Small Firm Care* ℗ Investor • Litigation & Immigration

# PISHEVAR & ASSOCIATES, P.C.
## ATTORNEYS

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an

attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of thisinformation is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

-----Original Message-----
From: "Rogers, HL" <hrogers@Sidley.com>
Sent: Monday, May 4, 2009 5:06pm
To: babaktalebi@gmail.com
Cc: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, "Jillson, Elisa K." <ejillson@Sidley.com>, "Lynch, Kelly" <kjlynch@sidley.com>, ap@pishevarlegal.com
Subject: Subpoena Noncompliance

Mr. Talebi,

I'm attaching a letter to this email that has also been sent to you via regular mail advising you that you are overdue in responding to the subpoena sent to you on February 19, 2009 requiring production of documents on May 1, 2009. I have also attached a copy of the original subpoena. Please respond immediately to the subpoena. If you fail to do so, we will seek relief from the Court, which has the authority to hold you in contempt of court for your failure to respond.

Regards,

HL

HL Rogers | Sidley Austin LLP
1501 K Street, N.W. | Washington, D.C. 20005
Tel: 202.736.8301 | Fax: 202.736.8711
hrogers@sidley.com

<<Untitled.pdf>> <<Untitled.pdf>>

------------------------------------------------------------------------------------
------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such

tax advice is used or referred
to by other parties in promoting, marketing or recommending any
partnership or other entity,
investment plan or arrangement, then (i) the advice should be
construed as written in connection
with the promotion or marketing by others of the transaction(s) or
matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on
the taxpayer's particular
circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information th
If you are not the intended recipient, please delete the e-mail
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ATTACHMENT D

## Rogers, HL

**From:** Rogers, HL

**Sent:** Monday, June 01, 2009 5:35 PM

**To:** 'Babak Talebi'

**Cc:** Kapshandy, Timothy E., 'ap@pishevarlegal.com'; 'jg@pishevarlegal.com'; Jillson, Elisa K.

**Subject:** RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

I'm still awaiting your response as to whether you have responsive documents and dates in June when you are available for a deposition. Please let me know as soon as possible. Thanks

HL

> **From:** Rogers, HL
> **Sent:** Wednesday, May 27, 2009 7:26 PM
> **To:** Babak Talebi
> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
> **Subject:** RE: RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> Thank you for the response. In an effort to facilitate this process allow me to clarify a couple points. The subpoena you were served does not request only "NIAC documents." You have been subpoenaed in your individual capacity and not as a NIAC employee. The subpoena, by its terms, includes "All communications with NIAC, any of its staff, interns, officers, or board members." This includes any and all emails, letters, or other communication that you have had with anyone at NIAC, including Mr. Parsi up to and including the date you were served with the subpoena. This would also include any communications you have had with Mr. Pishevar since he is not serving as your attorney. The subpoena also requests any and all communications between you and anyone at IIC, AIC, and the U.S. or Iranian government.
>
> It would be surprising, to say the least, if you in fact have no such communications. However, if you continue to maintain that is the case, please provide that position to us in writing as well as when and why you destroyed these documents. Also, please provide us the name of your personal internet provider.
>
> As to the date of your subpoena, due to delays on the part of NIAC in producing documents and the possibility that you will still provide documents responsive to the subpoena, we will need to hold the deposition later in June. Please provide us with dates in June that you are available. Thank you.
>
> HL
>
> > **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> > **Sent:** Tuesday, May 26, 2009 11:09 PM
> > **To:** Rogers, HL
> > **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
> > **Subject:** Re: RE: NIAC - RE: Subpoena Noncompliance
> >
> > Hello all,

I am sorry, but I thought I did respond to the email. I do not have any NIAC documents in my posetion, nor access to my former NIAC email account.

I have also moved to Maryland, and have been engaged with my move issues... the june 1st deposition is fine... I will be there, please email me the details of where I need to be and at what time. I'm sorry if I may have been seen as uncooperative by you, I was under the impression was being, and have every intent to be, as cooperative with this process as can be.

Thanks for the emails.

Babak

On May 26, 2009 5:38 PM, "Rogers, HL" <hrogers@sidley.com> wrote:

AP,

We also sent specific instructions to Mr. Talebi clarifying which documents are responsive to the subpoena and have not heard from him since. In the absence of any response we must assume that he has documents responsive to that request. Further, the subpoena orders him to appear on June 1 for a deposition. We have tried to contact Mr. Talebi to schedule this deposition and have been met by silence.

**From:** Kapshandy, Timothy E.
**Sent:** Tuesday, May 26, 2009 5:28 PM
**To:** ap@pishevarlegal.com; Rogers, HL
**Cc:** Babak Talebi; jg@pishevarlegal.com; Jillson, Elisa K.

> Subject: RE: NIAC - RE: Subpoena Noncompliance


> Actually, AP, he replied that he only had copies of what NIAC had, not that he had nothing. But, ...

# ATTACHMENT E

**From:** Rogers, HL
**To:** Babak Talebi <babaktalebi@gmail.com>
**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com <ap@pishevarlegal.com>; jg@pishevarlegal.com <jg@pishevarlegal.com>; Jillson, Elisa K.
**Sent:** Tue Jun 02 08:28:47 2009
**Subject:** RE: RE: RE: NIAC - RE: Subpoena Noncompliance
Mr. Talebi,

You can reach me at 202 736 8301.

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Monday, June 01, 2009 9:14 PM
**To:** Rogers, HL
**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** Re: RE: RE: NIAC - RE: Subpoena Noncompliance

Can you please give me a number where I can call uou tomorrow please?
On Jun 1, 2009 5:37 PM, "Rogers, HL" <hrogers@sidley.com> wrote:

Mr. Talebi,

I'm still awaiting your response as to whether you have responsive documents and dates in June when you are available for a deposition. Please let me know as soon as possible. Thanks

HL

**From:** Rogers, HL
**Sent:** Wednesday, May 27, 2009 7:26 PM
**To:** Babak Talebi
**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** RE: RE: NIAC - RE: Subpoena Noncompliance

> Mr. Talebi, > > Thank you for the response. In an effort to facilitate this process allow me to cl...

As to the date of your subpoena, due to delays on the part of NIAC in producing documents and the possibility that you will still provide documents responsive to the subpoena, we will need to hold the deposition later in June. Please provide us with dates in June that you are available. Thank you.
HL

>> From: Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Tuesday, May 26, 2009 11:09 PM
**To:** Rogers, HL
**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** Re: RE: NIAC - RE: Subpoena Noncompliance

>> Hello all, >> >> I am sorry, but I thought I did respond to the email. I do not have any NIAC do...

---------------------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, ...
**********************************************************************************
********************...

# ATTACHMENT F

## Rogers, HL

**From:** Rogers, HL

**Sent:** Tuesday, June 16, 2009 9:57 AM

**To:** Babak Talebi

**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.

**Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

I understand that much is going on right now in relation to Iran and the recent election. However, you were served months before the election, your documents were due on May 1 (over a month before the election), and you acknowledged having responsive documents and we agreed on a plan going forward for production on June 2 (more than a week before the election). Given the substantial amount of time we have already allowed you to have and the fact that you are now more than a month past the subpoena deadline and in violation of the subpoena issued by the D.C. Federal District Court, we cannot give you more time. Please send me the exemplars we discussed ASAP.

Regards,
HL

> **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> **Sent:** Monday, June 15, 2009 1:49 PM
> **To:** Rogers, HL
> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
> **Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Rogers...
>
> the current Iranian election events and protests have taken precedence... I am in the middle of organizing rallies in DC and coordinating with other cities. Please understand the significance of what is going on and I ask you to please bear with me.
>
> I will comply fully with the subpoena... but I ask for your forbearance...
>
> thanks.
>
> babak
>
> On Mon, Jun 15, 2009 at 8:43 AM, Rogers, HL <hrogers@sidley.com> wrote:
>
>> Mr. Talebi,
>>
>> As we discussed on June 2, you are not in compliance with the subpoena you received. As you communicated to me on the phone on June 2, you have documents responsive to the subpoena. In an effort to work with you in good faith, we agreed on the 2nd that you would spend a couple days reviewing those documents, that you would send me a couple exemplars of the documents you were finding that were responsive, and that we would then discuss which you should produce, which you

could hold off on for now, and whether we needed to discuss any sort of confidentiality agreement.

However, I have not heard from you since June 2. My good faith attempts to allow you to produce according to the subpoena past due have as yet come to nothing. Please promptly reply to this email, send along the documents as discussed, or I will have to contact the court regarding contempt proceedings. I would like to avoid the latter. Please contact me ASAP. Thank you.

HL

**From:** Rogers, HL
**Sent:** Monday, June 08, 2009 11:04 AM
**To:** 'babaktalebi@gmail.com'; 'ap@pishevarlegal.com'
**Cc:** Kapshandy, Timothy E.; 'jg@pishevarlegal.com'; Jillson, Elisa K.

**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

Let me know where you are on the review of your documents. I would like discuss in the next couple days. Thanks

**From:** Rogers, HL
**To:** Babak Talebi <babaktalebi@gmail.com>; ap@pishevarlegal.com <ap@pishevarlegal.com>
**Cc:** Kapshandy, Timothy E.; jg@pishevarlegal.com <jg@pishevarlegal.com>; Jillson, Elisa K.
**Sent:** Tue Jun 02 12:14:32 2009
**Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

As we discussed on the phone, once we have had a chance to see your documents we will schedule the deposition. Thanks

> **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> **Sent:** Tuesday, June 02, 2009 11:48 AM
> **To:** ap@pishevarlegal.com
> **Cc:** Rogers, HL; Kapshandy, Timothy E.; jg@pishevarlegal.com; Jillson, Elisa K.
> **Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> ap + HL,
>
> Does thursday the 4th work for everyone?
>
> Bt
>
> > On Jun 2, 2009 9:38 AM, <ap@pishevarlegal.com> wrote:
> >
> > HL: I will need to be there for any depo. FYI, I am out of the
> > country from the 5th thru the 14th. Please also provide dates for
> > your client for depos when he is here in the DC area. Thank you.

Sincerely, A.P. Pishevar, Esq. Jefferson Plaza - Suite 316 600 E. Jefferson Street Rockville, ...

Sent: Tuesday, June 2, 2009 8:28am To: "Babak Talebi" <babaktalebi@gmail.com>

Cc: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, ap@pishevarlegal.com, jg@pishevarlegal.com, "Ji...

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privile
If you are not the intended recipient, please delete the e-mail and any attacl
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--

---------------------------------
"YOU have the power!"
~ Howard Dean M.D.

"Yes we can!"
~ Barack Obama
---------------------------------

# ATTACHMENT G

## Rogers, HL

| From: | Rogers, HL |
|---|---|
| Sent: | Monday, June 22, 2009 9:56 PM |
| To: | 'Babak Talebi' |
| Cc: | Kapshandy, Timothy E., 'ap@pishevarlegal.com'; 'jg@pishevarlegal.com'; Jillson, Elisa K., Jensen, Peter |
| Subject: | RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance |

**Attachments:** Untitled.pdf; Hassan - Motion to Compel Production.DOC

Mr. Talebi,

I have received no answer to the below email. Unfortunately, you have continued to refuse to obey the court ordered subpoena issued on you February 19, 2009. Our next step will be to file a motion to compel with the judge in the case pending in the D.C. District Court. Attached please find a draft of the motion to compel you to obey the subpoena and produce the responsive documents you have acknowledged are in your possession. We would much rather work this out with you without having to turn to the Court to compel your compliance. However, our months of negotiation and good will have led to no results and we have come to the conclusion that nothing short of an order to compel or an order to hold you in contempt from the Court will lead to any results. Please consider this our last attempt to confer with you and work out a solution to your resistance to the court-issued subpoena. Unless I hear from you by close of business tomorrow and receive the set of exemplars we agreed you would send to me during our June 2 phone call, I will file this motion with the Court.

Regards,

HL

> **From:** Rogers, HL
> **Sent:** Tuesday, June 16, 2009 9:57 AM
> **To:** Babak Talebi
> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
> **Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> I understand that much is going on right now in relation to Iran and the recent election. However, you were served months before the election, your documents were due on May 1 (over a month before the election), and you acknowledged having responsive documents and we agreed on a plan going forward for production on June 2 (more than a week before the election). Given the substantial amount of time we have already allowed you to have and the fact that you are now more than a month past the subpoena deadline and in violation of the subpoena issued by the D.C. Federal District Court, we cannot give you more time. Please send me the exemplars we discussed ASAP.
>
> Regards,
> HL
>
> > **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> > **Sent:** Monday, June 15, 2009 1:49 PM
> > **To:** Rogers, HL

**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Rogers...

the current Iranian election events and protests have taken precedence... I am in the middle of organizing rallies in DC and coordinating with other cities.  Please understand the significance of what is going on and I ask you to please bear with me.

I will comply fully with the subpenea... but I ask for your forbearance...

thanks.

babak

On Mon, Jun 15, 2009 at 8:43 AM, Rogers, HL <hrogers@sidley.com> wrote:


Mr. Talebi,

As we discussed on June 2, you are not in compliance with the subpoena you received. As you communicated to me on the phone on June 2, you have documents responsive to the subpoena. In an effort to work with you in good faith, we agreed on the 2nd that you would spend a couple days reviewing those documents, that you would send me a couple exemplars of the documents you were finding that were responsive, and that we would then discuss which you should produce, which you could hold off on for now, and whether we needed to discuss any sort of confidentiality agreement.

However, I have not heard from you since June 2. My good faith attempts to allow you to produce according to the subpoena past due have as yet come to nothing. Please promptly reply to this email, send along the documents as discussed, or I will have to contact the court regarding contempt proceedings. I would like to avoid the latter. Please contact me ASAP. Thank you.

HL

> **From:** Rogers, HL
> **Sent:** Monday, June 08, 2009 11:04 AM
> **To:** 'babaktalebi@gmail.com'; 'ap@pishevarlegal.com'
> **Cc:** Kapshandy, Timothy E.; 'jg@pishevarlegal.com'; Jillson, Elisa K.
>
> **Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> Let me know where you are on the review of your documents. I would like discuss in the next couple days. Thanks
>
> **From:** Rogers, HL
> **To:** Babak Talebi <babaktalebi@gmail.com>; ap@pishevarlegal.com <ap@pishevarlegal.com>

**Cc**: Kapshandy, Timothy E.; jg@pishevarlegal.com <jg@pishevarlegal.com>; Jillson, Elisa K.
**Sent**: Tue Jun 02 12:14:32 2009
**Subject**: RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

As we discussed on the phone, once we have had a chance to see your documents we will schedule the deposition. Thanks

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Tuesday, June 02, 2009 11:48 AM
**To:** ap@pishevarlegal.com
**Cc:** Rogers, HL; Kapshandy, Timothy E.; jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

ap + HL,

Does thursday the 4th work for everyone?

Bt

On Jun 2, 2009 9:38 AM, <ap@pishevarlegal.com> wrote:

HL: I will need to be there for any depo. FYI, I am out of the country from the 5th thru the 14th. Please also provide dates for your client for depos when he is here in the DC area. Thank you.

Sincerely, A.P. Pishevar, Esq. Jefferson Plaza - Suite 316 600 E. Jefferson Street Rockville, ...

Sent: Tuesday, June 2, 2009 8:28am To: "Babak Talebi" <babaktalebi@gmail.com>

Cc: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, ap@pishevarlegal.com, jg@pishevarlegal.com, "Ji...

-------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you

that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be

used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such

taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or

referred

to by other parties in promoting, marketing or recommending any partnership or other entity,

investment plan or arrangement, then (i) the advice should be construed as written in connection

with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this

communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

************************************************************************

This e-mail is sent by a law firm and may contain information that is pr
If you are not the intended recipient, please delete the e-mail and any .
immediately.

************************************************************************

--
---------------------------------
"YOU have the power!"
~ Howard Dean M.D.

"Yes we can!"
~ Barack Obama
---------------------------------

# ATTACHMENT H

## Rogers, HL

| | |
|---|---|
| **From:** | Rogers, HL |
| **Sent:** | Wednesday, June 24, 2009 4:43 PM |
| **To:** | Babak Talebi |
| **Cc:** | Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.; Jensen, Peter |

**Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

Thank you for making yourself available this afternoon to discuss production under the outstanding subpoena. As we agreed to over the phone, I will expect a set of documents from you by close of business Friday. If I have not received the documents by then I will file the motion to compel Friday night.

Regards,

HL

> **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> **Sent:** Wednesday, June 24, 2009 2:04 PM
> **To:** Rogers, HL
> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.; Jensen, Peter
> **Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> I will be available at 4... you can call me at my cell first (202.340.0408) or on the home line (410.480.8311)
>
> On Wed, Jun 24, 2009 at 1:15 PM, Rogers, HL <hrogers@sidley.com> wrote:
>> I will call this afternoon. Does 4pm work for you?
>>
>>> **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
>>> **Sent:** Wednesday, June 24, 2009 12:31 PM
>>> **To:** Rogers, HL
>>> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.; Jensen, Peter
>>>
>>> **Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>>>
>>> call me at 410 480 8311 today.
>>>
>>> On Wed, Jun 24, 2009 at 11:14 AM, Rogers, HL <hrogers@sidley.com> wrote:
>>>> Mr. Talebi,
>>>>
>>>> I have still heard nothing from you. Please provide me with your phone number today so that we can discuss. If I have not heard from you by the close of business today I will file the motion to compel previously sent to you.
>>>>
>>>> HL

**From:** Rogers, HL
**Sent:** Monday, June 22, 2009 9:56 PM
**To:** 'Babak Talebi'
**Cc:** Kapshandy, Timothy E.; 'ap@pishevarlegal.com'; 'jg@pishevarlegal.com'; Jillson, Elisa K.; Jensen, Peter

**Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

I have received no answer to the below email. Unfortunately, you have continued to refuse to obey the court ordered subpoena issued on you February 19, 2009. Our next step will be to file a motion to compel with the judge in the case pending in the D.C. District Court. Attached please find a draft of the motion to compel you to obey the subpoena and produce the responsive documents you have acknowledged are in your possession. We would much rather work this out with you without having to turn to the Court to compel your compliance. However, our months of negotiation and good will have led to no results and we have come to the conclusion that nothing short of an order to compel or an order to hold you in contempt from the Court will lead to any results. Please consider this our last attempt to confer with you and work out a solution to your resistance to the court-issued subpoena. Unless I hear from you by close of business tomorrow and receive the set of exemplars we agreed you would send to me during our June 2 phone call, I will file this motion with the Court.

Regards,

HL

> **From:** Rogers, HL
> **Sent:** Tuesday, June 16, 2009 9:57 AM
> **To:** Babak Talebi
> **Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com; Jillson, Elisa K.
>
> **Subject:** RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance
>
> Mr. Talebi,
>
> I understand that much is going on right now in relation to Iran and the recent election. However, you were served months before the election, your documents were due on May 1 (over a month before the election), and you acknowledged having responsive documents and we agreed on a plan going forward for production on June 2 (more than a week before the election). Given the substantial amount of time we have already allowed you to have and the fact that you are now more than a month past the subpoena deadline and in violation of the subpoena issued by the D.C. Federal District Court, we cannot give you more time. Please send me the exemplars we discussed ASAP.
>
> Regards,
> HL

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Monday, June 15, 2009 1:49 PM
**To:** Rogers, HL
**Cc:** Kapshandy, Timothy E.; ap@pishevarlegal.com;
jg@pishevarlegal.com; Jillson, Elisa K.

**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Rogers...

the current Iranian election events and protests have taken
precedence... I am in the middle of organizing rallies in DC and
coordinating with other cities. Please understand the significance of
what is going on and I ask you to please bear with me.

I will comply fully with the subpenea... but I ask for your
forbearance...

thanks.

babak

On Mon, Jun 15, 2009 at 8:43 AM, Rogers, HL
<hrogers@sidley.com> wrote:

> Mr. Talebi,
>
> As we discussed on June 2, you are not in compliance with the
> subpoena you received. As you communicated to me on the phone on
> June 2, you have documents responsive to the subpoena. In an effort
> to work with you in good faith, we agreed on the 2nd that you would
> spend a couple days reviewing those documents, that you would send
> me a couple exemplars of the documents you were finding that were
> responsive, and that we would then discuss which you should
> produce, which you could hold off on for now, and whether we needed
> to discuss any sort of confidentiality agreement.
>
> However, I have not heard from you since June 2. My good faith
> attempts to allow you to produce according to the subpoena past due
> have as yet come to nothing. Please promptly reply to this email,
> send along the documents as discussed, or I will have to contact the
> court regarding contempt proceedings. I would like to avoid the
> latter. Please contact me ASAP. Thank you.
>
> HL
>
> > **From:** Rogers, HL
> > **Sent:** Monday, June 08, 2009 11:04 AM
> > **To:** 'babaktalebi@gmail.com'; 'ap@pishevarlegal.com'
> > **Cc:** Kapshandy, Timothy E.; 'jg@pishevarlegal.com'; Jillson, Elisa

K.

**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

Let me know where you are on the review of your documents. I would like discuss in the next couple days. Thanks

**From**: Rogers, HL
**To**: Babak Talebi <babaktalebi@gmail.com>;
ap@pishevarlegal.com <ap@pishevarlegal.com>
**Cc**: Kapshandy, Timothy E.; jg@pishevarlegal.com
<jg@pishevarlegal.com>; Jillson, Elisa K.
**Sent**: Tue Jun 02 12:14:32 2009
**Subject**: RE: RE: RE: RE: NIAC - RE: Subpoena Noncompliance

Mr. Talebi,

As we discussed on the phone, once we have had a chance to see your documents we will schedule the deposition. Thanks

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Tuesday, June 02, 2009 11:48 AM
**To:** ap@pishevarlegal.com
**Cc:** Rogers, HL; Kapshandy, Timothy E.;
jg@pishevarlegal.com; Jillson, Elisa K.
**Subject:** Re: RE: RE: RE: NIAC - RE: Subpoena
Noncompliance

ap + HL,

Does thursday the 4th work for everyone?

Bt

> On Jun 2, 2009 9:38 AM,
> <ap@pishevarlegal.com> wrote:
>
> HL: I will need to be there for any
> depo. FYI, I am out of the country
> from the 5th thru the 14th.  Please
> also provide dates for your client for
> depos when he is here in the DC area.
> Thank you.
>
> Sincerely, A.P. Pishevar, Esq.
> Jefferson Plaza - Suite 316 600 E.
> Jefferson Street Rockville, ...

Sent: Tuesday, June 2, 2009 8:28am
To: "Babak Talebi"
<babaktalebi@gmail.com>

Cc: "Kapshandy, Timothy E."
<tkapshandy@sidley.com>,
ap@pishevarlegal.com,
jg@pishevarlegal.com, "Ji...

---------------------------------------------------------------------------------
---------------------

IRS Circular 230 Disclosure: To comply with certain U.S.
Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice
contained in this
communication, including attachments, was not intended or
written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties
that may be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such
tax advice is used or referred
to by other parties in promoting, marketing or recommending any
partnership or other entity,
investment plan or arrangement, then (i) the advice should be
construed as written in connection
with the promotion or marketing by others of the transaction(s) or
matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on
the taxpayer's particular
circumstances from an independent tax advisor.

*******************************************************

This e-mail is sent by a law firm and may contain info
If you are not the intended recipient, please delete t
immediately.

*******************************************************

--
---------------------------------
"YOU have the power!"
~ Howard Dean M.D.

"Yes we can!"
~ Barack Obama

----------------------------------

# ATTACHMENT I

**Rogers, HL**

| | |
|---|---|
| **From:** | Rogers, HL |
| **Sent:** | Monday, July 20, 2009 11:44 AM |
| **To:** | 'Babak Talebi' |
| **Cc:** | 'ap@pishevarlegal.com'; 'jg@pishevarlegal.com'; Kapshandy, Timothy E.; Jensen, Peter |

**Subject:** RE: Document submission

Mr. Talebi,

We have still not received your production. Please contact me today. If I have not heard from you by today, I will file the motion to compel that I previously circulated to you.

> **From:** Rogers, HL
> **Sent:** Monday, July 13, 2009 8:55 AM
> **To:** Babak Talebi
> **Cc:** ap@pishevarlegal.com; jg@pishevarlegal.com; Kapshandy, Timothy E.; Jensen, Peter
> **Subject:** RE: Document submission
>
> Mr. Talebi,
>
> We are waiting for your production. Please let me know today when you plan to deliver to us. Thank you.
>
> HL
>
> > **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> > **Sent:** Friday, June 26, 2009 5:18 PM
> > **To:** Rogers, HL
> > **Cc:** ap@pishevarlegal.com; jg@pishevarlegal.com; Kapshandy, Timothy E.; Jensen, Peter
> > **Subject:** Re: Document submission
> >
> > Thank you HL - I have sent some 12/13 examples... I will use your guidance .
> >
> > on the technical issue of saving them as .pst format... I dont know how to do that? I'll ask a friend I guess.
> >
> > AP is not providing me legal advice - but is he not entitled to provide guidance as a party to the suit?
> >
> > I will be gone until late tonight and will study your response to the examples I have provided today. There are a lot of 'mass' emails sent by NIAC to me without response that I do not think qualify (please clarify) and a lot of emails that I've sent out to my own personal email list (non-NIAC related) which simply included NIAC staffers as recipients which again do not qualify in my current estimation. those are the majority of emails...
> >
> > Also - thank you for bearing with me... I am coordinating the organization of one last major protest tomorrow, after which I should be able to spend a few unfettered days on further complying with this subpoena request.

Have a great weekend.

Babak

On Fri, Jun 26, 2009 at 5:07 PM, Rogers, HL <hrogers@sidley.com> wrote:

Babak,

Thank you for sending these along. We appreciate your efforts and understand that you are especially busy right now. The best way to produce the documents will be to save in .pst format and burn to a cd.

As to what is responsive, please look back to the subpoena. The subpoena includes, among other things, communications to or from government officials (including senators, representatives, and staff) on any matter re Iran or NIAC, communications with NIAC staff, and documents including funds being sent between NIAC and any entity in Iran.

We do not want strictly personal emails. Emails to family members in Iran on personal issues are not of interest or relevance. We do not want this to be over-burdensome and will continue to limit this request to the extent possible.

I will send you responses to the emails you have sent indicating whether they are responsive or not. That will give you some guidance on what needs and does not need to be produced. Also, please let me know if A.P. is advising you on any of these matters (A.P., we don't want to run into the problem of interacting directly with Mr. Talebi if you are advising him and thus in some acting as his de facto attorney).

The email exemplar below is responsive. Please produce all such documents. Thanks

HL

**From:** Babak Talebi [mailto:babaktalebi@gmail.com]
**Sent:** Friday, June 26, 2009 4:01 PM
**To:** ap@pishevarlegal.com; jg@pishevarlegal.com; Rogers, HL
**Subject:** Document submission

HL,

I have been going through the emails I have exchanged with Dr. Parsi as well as other staff at NIAC through my own gmail account which I have access too. The vast majority of them are simply newsletters or mass-emails that NIAC sends out to its members.

Of those, a few such this example below are conversations where I responded in some fashion to the mass-email.

There are some personal exchanges as well which I will try to find.

but the paramaters of 'every single exchange' are overbroad and burdensome to the

extreme.  so we will need to agree on a set of parameters that are both useful to you and realistic on my end.

Also - on the production side... what is the best means of collecting these emails? do you want me to 'forward' them to you individually?  what other option exists?

On emails with inidividuals inside Iran - I have many emails of personal nature with family members in Iran including pictures, holiday greetings, and general conversational email that is irrelevant to the document request you have made which i will not produce to preserve my family's safety and privacy.  They have zero relevance to any 'government' or 'policy' or 'iran' related framework.

meanwhile - I will forward a numver of emails to you now... to see which ones are useful and need to be produced ...

Mr. Pishavar, as NIAC's attorney, I will also cc you in any emails I forward to Mr. Rogers, also, if there are any guidances I should be made aware of, please do so since I am not retaining a personal lawyer for this case.

thank you gentelman... and below is the first i'm forwarding...

Babak Talebi

* This email dates before my employment with NIAC.

---------- Forwarded message ----------
From: **Babak Talebi** <babaktalebi@gmail.com>
Date: Thu, Mar 23, 2006 at 2:44 AM
Subject: Re: Regarding your letter to Bill O'Reilly
To: Trita Parsi <tparsi@niacouncil.org>

well, I just posted the entire letter online... go read it and tell me if you want me to cut parts of it out...

http://www.dailykos.com/story/2006/3/23/13614/7742

On 3/23/06, **Trita Parsi** <tparsi@niacouncil.org> wrote:

> Problem is that we don't want all our communications to be accessible to the other
> side ...

**From:** Babak Talebi [mailto: babaktalebi@gmail.com]
**Sent:** Thursday, March 23, 2006 12:32 AM

**To:** Trita Parsi
**Subject:** Re: Regarding your letter to Bill O'Reilly

I will try to post just parts of it... but It really would have been great to link to it like I did in the last diary. specially because it legitimizes the source (both me and NIAC). having a link will also give more weight to the "2000" number.

is this not at all possible then?

Babak Talebi

On 3/23/06, **Trita Parsi** < tparsi@niacouncil.org> wrote:

Sorry, don't have it as html. Its probably better if you post only parts of it. tp

---

**From:** Babak Talebi [mailto: babaktalebi@gmail.com]
**Sent:** Wednesday, March 22, 2006 11:49 PM
**To:** Trita Parsi

**Subject:** Re: Regarding your letter to Bill O'Reilly

Trita,

Do you have this letter with an html somewhere? I would like to post another message on dailykos just like the last one, and would like to be able to link to this letter (and post parts of it with attribution).

If you could send me a link, or make sure this is up somewhere, I'd love to try and get a repeat of the last episode.

Thanks,

Babak Talebi

On 3/21/06, **Trita Parsi** < tparsi@niacouncil.org> wrote:

Dear Babak,

I write to give you an update on the situation regarding Mr.
O'Reilly's comments and to request your continued support.

Right before the Nowruz celebrations, our community was
confronted by Mr. Bill O'Reilly's outrageous call to blow of Iran
"off of the face of the earth." With haste and solidarity, **over
two thousand people including you sent emails
demanding a public apology**.

With the Iranian-American community by our side, we have
relentlessly pursued this issue.

Earlier today, I spoke at length with Mr. O'Reilly's producer and
explained how these comments have insulted and hurt our
community and why an apology must be issued.

We have also discussed the matter with other Fox News
representatives and systematically added pressure on the
network to compel Mr. O'Reilly to apologize. **While much
progress has been made, more pressure is needed.**

That is why we must, with your help, continue to pursue this campaign to its resolution.

**Babak , your support is essential for us to not only win this campaign, but also to deter others from following Mr. O'Reilly's lead.**

To reach this goal, I would like to ask two things of you:

1. Please notify three of your friends and ask them to send letters to Mr. O'Reilly through the NIAC website.
2. Support NIAC and its efforts to allow you to hold public officials accountable by making an online donation: http://www.niacouncil.org/donate.asp.

**Remember – all donations above $40 are tax-deductible!**

For five years, NIAC's efforts have been made possible through the support of dedicated people like you; people who share our vision for a community that is active, aware, and willing to stand up for its rights.

We are grateful to have you by our side!

Sincerely,

Trita Parsi

President

7/31/2009

National Iranian American Council

2801 M St NW

Washington DC 20007


Tel: 202-719-8071

Fax: 202-719-8097



--
------------------------------------------------------------------
"YOU have the power!" ~ Howard Dean M.D .



--
------------------------------------------------------------------
"YOU have the power!" ~ Howard Dean M.D .



--
------------------------------------------------------------------
"YOU have the power!" ~ Howard Dean M.D.


------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you

that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be

used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such

taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred

to by other parties in promoting, marketing or recommending any partnership or other

entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

***********************************************************************

This e-mail is sent by a law firm and may contain information that is pr
If you are not the intended recipient, please delete the e-mail and any .
immediately.

***********************************************************************

# ATTACHMENT J

## Rogers, HL

**From:** Rogers, HL

**Sent:** Wednesday, July 22, 2009 7:51 AM

**To:** Babak Talebi

**Cc:** Jensen, Peter; Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com

**Subject:** RE: RE: Document submission

Mr. Talebi,

Let us know immediately when you will be producing documents.

> **From:** Babak Talebi [mailto:babaktalebi@gmail.com]
> **Sent:** Monday, July 20, 2009 2:35 PM
> **To:** Rogers, HL
> **Cc:** Jensen, Peter; Kapshandy, Timothy E.; ap@pishevarlegal.com; jg@pishevarlegal.com
> **Subject:** Re: RE: Document submission

I can't submit today, I am on the road.

On Jul 20, 2009 11:43 AM, "Rogers, HL" <hrogers@sidley.com> wrote:

Mr. Talebi,

We have still not received your production. Please contact me today. If I have not heard from you by today, I will file the motion to compel that I previously circulated to you.

> **From:** Rogers, HL
> **Sent:** Monday, July 13, 2009 8:55 AM
> **To:** Babak Talebi

> **Cc:** ap@pishevarlegal.com; jg@pishevarlegal.com; Kapshandy, Timothy E.; Jensen, Peter

**Subject:** RE: Document submission

> Mr. Talebi, >  > We are waiting for your production. Please let me know today when you plan to de...