IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI )<br>)<br>and )<br>)<br>NATIONAL IRANIAN AMERICAN COUNCIL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAIOLESLAM SEID HASSAN )<br>)<br>Defendant. )<br>) | Civil No. 08 CV 00705 (JDB) |

## JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs, Trita Parsi and the National Iranian American Council, and Defendant Daioleslam Seid Hassan, through their respective undersigned counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby file this joint consent motion respectfully requesting that this Court amend the Scheduling Order in this matter to extend the discovery deadline until March 10, 2010, to extend the deadline for the exchange of expert witness reports until January 10, 2010, and to extend the deadline for filing dispositive motions until April 22, 2010, with responses to be filed by not later than May 23, 2010 and replies filed by June 7, 2010. As support for this Motion, the parties respectfully refer this Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

| | |
|---|---|
| __s/_____ | __s/_____ |
| A.P. Pishevar (D.C. Bar #: 451015) | Timothy E. Kapshandy (Illinois Bar No. |
| 600 East Jefferson Street | 06180926, admitted *pro hac vice*) |
| Suite 316 | Bradford A. Berenson (D.C. Bar No. 441981) |
| Rockville, Maryland 20852 | HL Rogers (D.C. Bar No. 974462) |
| (301) 279-8773 | SIDLEY AUSTIN LLP |
| ap@pishevarlegal.com | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| Attorney for Plaintiffs | (202) 736-8000 |
| | Attorneys for Defendant |
| | Daioleslam Seid Hassan |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 08 CV 00705 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER

In support of the foregoing Motion, the parties state as follows:

1. Pursuant to the initial Scheduling Order, discovery was to be completed by September 10, 2009, and expert reports and information were to be exchanged pursuant to Rule 26(a)(2). Dispositive motions were to be filed by October 22, 2009, with all responses thereto filed by not later than November 23, 2009 and replies filed by December 7, 2009.

2. Discovery has been delayed due to unforeseeable challenges.

3. The parties are currently still attempting to resolve this matter in good faith and believe that this extension will facilitate the efficient resolution of discovery.

4. The parties therefore respectfully request that the Court amend the Scheduling Order in this matter in the manner set forth in the attached proposed order. Specifically, the parties request that the discovery deadline be extended by six months from September 10, 2009 until March 10, 2010, that the deadline for the exchange of expert witness reports be extended until January 10, 2010, that the deadline for the filing of any dispositive motions be extended from October 22, 2009 until April 22, 2010, with all responses thereto to be filed by May 23, 2010 and replies to be filed by June 7, 2010.

Respectfully submitted,

| _s/_ | _s/_ |
|---|---|
| A.P. Pishevar (D.C. Bar #: 451015) | Timothy E. Kapshandy (Illinois Bar No. |
| 600 East Jefferson Street | 06180926, admitted *pro hac vice*) |
| Suite 316 | Bradford A. Berenson (D.C. Bar No. 441981) |
| Rockville, Maryland 20852 | HL Rogers (D.C. Bar No. 974462) |
| (301) 279-8773 | SIDLEY AUSTIN LLP |
| ap@pishevarlegal.com | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| Attorney for Plaintiffs | (202) 736-8000 |
| | Attorneys for Defendant |
| | Daioleslam Seid Hassan |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| ) | |
| DAIOLESLAM SEID HASSAN ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, it is this _____ day of _____, 2009;

ORDERED, that the parties' Joint Consent Motion to Amend the Scheduling Order is hereby GRANTED; and it is further;

ORDERED, that the Scheduling Order is hereby amended to reflect the following deadlines:

| | |
|---|---|
| Discovery Deadline | March 10, 2010 |
| Deadline for the Exchange of Expert Witness Reports | January 10, 2010 |
| Deadline for the Filing of Dispositive Motions | April 22, 2010 |
| Deadline for the Filing of Responses to Dispositive Motions | May 23, 2010 |
| Deadline for the Filing of Replies to Dispositive Responses | June 7, 2010 |

SO ORDERED.

_____
JOHN D. BATES
United States District Judge

Cc:

A.P. Pishevar
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com

Attorney for Plaintiffs


Bradford A. Berenson
HL Rogers
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000

Attorneys for Defendant


Timothy E. Kapshandy
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Attorney for Defendant