UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL
IRANIAN AMERICAN COUNCIL,

    Plaintiffs,

    v.                                    Civil Action No. 08-705 (JDB)

SEID HASSAN DAIOLESLAM,

    Defendant.

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' joint motion to amend the scheduling order, and the entire record herein, it is hereby ORDERED as follows:

1. All discovery shall be completed by March 10, 2009.

2. Expert reports and information, if any, will be exchanged by not later than January 12, 2009.

3. Dispositive motions, if any, shall be filed by April 22, 2009. Responses thereto shall be filed by not later than May 22, 2009 and replies shall be filed by June 5, 2009.

4. A status conference shall be held on November 2, 2009, at 9:00 am.

**SO ORDERED.**

                                                            /s/
                                            JOHN D. BATES
                                    United States District Judge

Dated: August 11, 2009