**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.  08-705 (JDB)** |
| **SEID HASSAN DAIOLESLAM,** | |
| **Defendant.** | |

**REVISED AMENDED SCHEDULING ORDER**

Upon consideration of the parties' joint motion to amend the scheduling order, and the entire record herein, it is hereby ORDERED as follows:

1.      All discovery shall be completed by March 10, 2010.

2.      Expert reports and information, if any, will be exchanged by not later than January 12, 2010.

3.      Dispositive motions, if any, shall be filed by April 22, 2010.  Responses thereto shall be filed by not later than May 24, 2010 and replies shall be filed by June 7, 2010.

4.      A status conference shall be held on November 2, 2009, at 9:00 am.

**SO ORDERED.**

                                                    /s/
                                            JOHN D. BATES
                                        United States District Judge

Dated:   August 11, 2009