UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL
IRANIAN AMERICAN COUNCIL,

    Plaintiffs,

       v.                                      Civil Action No.  08-705 (JDB)

SEID HASSAN DAIOLESLAM,

    Defendant.

**ORDER**

Upon review of defendant's motion to compel Babak Talebi to comply with a subpoena served on February 19, 2009, it is hereby **ORDERED** that Mr. Talebi[1] show cause, in writing and by not later than August 31, 2009, why the Court should not grant defendant's motion to compel as conceded.

**SO ORDERED.**

                                                    /s/
                                        JOHN D. BATES
                           United States District Judge

Dated:  August 20, 2009

---

[1] This Order supersedes the Court's August 20, 2009 Minute Order, which ordered <u>plaintiffs</u> to show cause why defendant's motion should not be granted.

*Copies to:*

Babak Talebi
1557 Westmoreland Street
McLean, VA 22101

Babak Talebi
6127 Quiet Times
Columbia, MD 21045