## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.  08-705 (JDB)** |
| **SEID HASSAN DAIOLESLAM,** | |
| **Defendant.** | |

### ORDER

Defendant filed a motion to compel Babak Talebi to comply with a subpoena on August 4, 2009.  On August 20, 2009, the Court ordered Mr. Talebi to show cause by not later than August 31, 2009 why the Court should not grant defendant's motion to compel as conceded.  Mr. Talebi has not responded to the August 31 show cause order, and defendant's motion is proper under Federal Rules of Civil Procedure 37 and 45.  Accordingly, it is hereby **ORDERED** that defendant's motion to compel compliance with the subpoena is **GRANTED**.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:   September 16, 2009