IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

AND

NATIONAL IRANIAN AMERICAN COUNCIL

    Plaintiffs

    v.                                 Case No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN

    Defendant

## PLAINTIFF'S MOTION FOR AN EMERGENCY PROTECTIVE ORDER SEEKING TO PROHIBIT THE PUBLICATION OF FIVE EMAILS BETWEEN DEBBIE BIRD AND TRITA PARSI REGARDING AN INDIVIDUAL NAMED THEREIN

The Plaintiffs, The National Iranian American Counsel (hereinafter, "NIAC"), and its President, Dr. Trita Parsi, moves this Honorable Court to issue an Emergency Protective Order prohibiting the disclosure of Five (5) emails between Dr. Parsi, Plaintiff and Debbie Bird, the White House scheduler dated April 24, 26, 27, 28 and May 6, 2009, regarding setting up a potential meeting with an Iranian economist ("Dr. B") and the White House and for reasons states as follows:.

    1.        Before the popular uprising following the June elections in Iran, Plaintiff, Dr. Trita Parsi, had attempted to arrange a meeting between Dr. B, an Iranian economist, and the White House to discuss the June 2009 election in Iran and Iran in general.

    2.        These Five (5) emails were provided to the Defendant pursuant to his discovery and are between Trita Parsi and Debbie Bird; they are dated: 4/24/2009, 4/26/2009, 4/27/2009, 4/28/2009, and 5/6/2009.

3.  Dr. B has subsequently been imprisoned in Iran by the Ahmadinejad government, following the post-election unrest, accused of seeking a velvet revolution in Iran.

4.  As such, publication of said emails will jeopardize Dr. B's life and security, as he is currently in an Iranian jail or out on bail pending trial in Iran with no access to legal representation here in the United States.

5.  In addition, the emails implicate communications with governmental officials and are therefore especially susceptible to being misused for malicious purposes by the Defendant against Plaintiffs.

6.  Pursuant to the Federal Rules of Civil Procedure 26 (c) (1) (D), opposing counsel, Mr. HL Rogers of Sidley, LLP was notified by telephone on Tuesday, October 6, 2009 and subsequently in additional calls prior to the filing of this Motion by Plaintiff's attorney that this motion is to be filed.

WHEREFORE, the Plaintiff requests:

1.  A Protective Order be granted to prohibit the publication of the above-referenced emails.

2.  For such other and further relief as deemed necessary by this Honorable Court,

Respectfully Submitted

PISHEVAR & ASSOCIATES, P.C.

By:  /s/ A.P. Pishevar
A.P. Pishevar ( #451015)(AP@pishevarlegal.com)
Jefferson Plaza, Suite 316
600 East Jefferson Street
Rockville, Maryland 20850
(301) 279-8773 (Telephone)
(301) 279-7347 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2009, a copy of the foregoing was mailed to:

Sidley Austin LLP
Mr. HL Rogers, Esq.
1501 K Street, N.W.
Washington, DC 20005

                                                /s/ A.P. Pishevar
                                                A.P. Pishevar (#451015)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

AND

NATIONAL IRANIAN AMERICAN COUNCIL

    Plaintiffs,

vs.                                                                  Civil Case: No: 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EMERGENCY PROTECTIVE ORDER SEEKING TO PROHIBIT THE PUBLICATION OF FIVE EMAILS BETWEEN DEBBIE BIRD AND TRITA PARSI REGARDING AN INDIVIDUAL NAMED THEREIN

UPON CONSIDERATION of the Plaintiff's Motion for a Protective Order prohibiting the publication of said emails between Dr. Trita Parsi and Debbie Bird regarding the emails described in said Motion., and any opposition thereto and it is this ____ day of

_____, 2009, by the United States District Court for the District of Columbia.

That the Motion is hereby **GRANTED,** and it is

**ORDERED,** that the e-mails referenced in the Motion are not to be disseminated by the Defendant and is to be kept confidential and returned to the Plaintiffs at the conclusion of this case.

**IT IS SO ORDERED.**

                                                            _____
                                                            **JOHN D. BATES**

Copies to:

Sidley Austin LLP
Mr. HL Rogers, Esq.
1501 K Street, N.W.
Washington, DC 20005

A.P. Pishevar, Esq.
Jefferson Plaza, Suite 316
600 East Jefferson Street
Rockville, Maryland 20850