IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br>  Plaintiffs,<br><br>  v.<br><br>DAIOLESLAM SEID HASSAN,<br>  Defendant. | Civil No. 08 CV 00705 (JDB) |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW OF DEFENDANT'S
OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Defendant Seid Hassan Daioleslam ("Daioleslam"), by and through undersigned counsel, hereby moves, unopposed, to withdraw Defendant's Opposition to Plaintiffs' Motion for a Protective Order filed October 16, 2009. Plaintiffs contend that Attachment A to Defendant's Opposition to Plaintiffs' Motion for a Protective Order contains sensitive information.

Dated: October 19, 2009

                         /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| **Defendant.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that on October 19, 2009, I served, via email, Defendant's Motion to Withdraw Defendant's Opposition to Plaintiffs' Motion for a Protective Order:

    Afshin Pishevar
    600 East Jefferson Street
    Suite 316
    Rockville, Maryland 20852
    (301) 279-8773
    ap@pishevarlegal.com

                                  /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: October 19, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7(M)**

I certify that on October 19, 2009, I conferred by telephone with Plaintiffs' counsel. Parties conferred in good faith; this motion is unopposed.

5

                                           /s/
_____
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: October 19, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** )<br>)<br>**and** )<br>)<br>**NATIONAL IRANIAN AMERICAN COUNCIL** )<br>   **Plaintiffs,** )<br>)<br>   **v.** )<br>)<br>**DAIOLESLAM SEID HASSAN,** )<br>   **Defendant.** )<br>)<br>)<br>) | Civil No. 08 CV 00705 (JDB) |

## PROPOSED ORDER

Upon consideration of Defendant Daioleslam's Motion to Withdraw Defendant's Opposition to Plaintiffs' Motion for a Protective Order, it is hereby:

ORDERED this \_\_\_\_ day of _____, 2009 that Defendant's motion to withdraw is GRANTED;

SO ORDERED.

_____
Judge John D. Bates
United States District Judge