# ATTACHMENT B

**From**: Patrick Parsa <pparsa@pishevarlegal.com>
**To**: Rogers, HL
**Cc**: Afshin Pishevar <ap@pishevarlegal.com>
**Sent**: Fri Oct 09 18:53:26 2009
**Subject**: Re: Motion

HL,

I'm afraid that wouldn't be suffcent enough for us. We're going to file the motion.

Patrick

On Oct 9, 2009, at 5:07 PM, "Rogers, HL" <hrogers@Sidley.com> wrote:

Patrick,


We would not agree to any specific remedy but if we violate the agreement you would be able to seek any relief to which you think you are entitled.


> **From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
> **Sent:** Friday, October 09, 2009 2:56 PM
> **To:** Rogers, HL
> **Cc:** Afshin Pishevar
> **Subject:** Re: Motion
>
>
>
> HL,
>
> Assuming we agree with your proposal, what are the consequence if it is violated?  Will you agree to a Contempt of Court and Monetary Penalty?
>
> Patrick
>
> On Thu, Oct 8, 2009 at 7:34 PM, Rogers, HL <hrogers@sidley.com> wrote:
>
> Patrick,
>
> Thanks for sending us the motion. It seems we could avoid a protective order by stipulating that any release of these emails would have Dr. B's name redacted and replaced with "Iranian Economist." I think this would resolve all of the concerns you have raised and is something we would readily agree to. Let me know if that is acceptable. Thanks
>
> HL

2

**From**: Patrick Parsa <pparsa@pishevarlegal.com>
**To**: Rogers, HL
**Sent**: Thu Oct 08 18:52:04 2009
**Subject**: Motion
HL:

FYI - Unless I hear from you guys regarding the motion soon I will be filing it.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347


-----------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This e-mail is sent by a law firm and may contain information that is
privileged or confidential.


If you are not the intended recipient, please delete the e-mail and any
attachments and notify us


immediately.

***********************************************************************
***************************

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347