IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br>     Plaintiffs, <br><br>     v. <br><br> DAIOLESLAM SEID HASSAN, <br>     Defendant. | Civil No. 08 CV 00705 (JDB) |

**DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL
ATTACHMENT A TO DEFENDANT'S RESPONSE IN
<u>OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER</u>**

Defendant Seid Hassan Daioleslam ("Daioleslam"), by and through undersigned counsel, hereby moves, unopposed, to file under seal Attachment A to Defendant's Motion for a Protective Order. The attachment contains information plaintiffs contend is sensitive.

>                         /s/
> Timothy E. Kapshandy (Illinois Bar No. 6180926,
> admitted *pro hac vice*)
> Bradford A. Berenson (D.C. Bar No. 441981)
> HL Rogers (D.C. Bar No. 974462)
> Peter G. Jensen (D.C. Bar No. 982599)
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C.  20005
> (202) 736-8000
> hrogers@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam

Dated: October 19, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br>     Plaintiffs, <br><br>     v. <br><br> DAIOLESLAM SEID HASSAN, <br>     Defendant. | Civil No. 08 CV 00705 (JDB) |

## CERTIFICATE OF SERVICE

I certify that on October 19, 2009, I served, via email, Defendant's Unopposed Motion to File Under Seal Attachment A to Defendant's Response in Opposition to Plaintiffs' Motion for a Protective Order:

        Afshin Pishevar
        600 East Jefferson Street
        Suite 316
        Rockville, Maryland 20852
        (301) 279-8773
        ap@pishevarlegal.com

                                                                  /s/
                                      Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
                                      Bradford A. Berenson (D.C. Bar No. 441981)
                                      HL Rogers (D.C. Bar No. 974462)
                                      Peter G. Jensen (D.C. Bar No. 982599)
                                      SIDLEY AUSTIN LLP
                                      1501 K Street, N.W.
                                      Washington, D.C.  20005
                                      (202) 736-8000
                                      hrogers@sidley.com

                                      Attorneys for Defendant
                                      Seid Hassan Daioleslam

Dated: October 19, 2009

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
|       Plaintiffs, ) | |
| ) | |
|       v.  ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
|       Defendant. ) | |

## CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7(M)

I certify that on October 19, 2009, I conferred by telephone with Plaintiffs' counsel. Parties conferred in good faith; this motion is unopposed.

5

                                                          /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: October 19, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** <br><br> **and** <br><br> **NATIONAL IRANIAN AMERICAN COUNCIL** <br> **Plaintiffs,** <br><br> v. <br><br> **DAIOLESLAM SEID HASSAN,** <br> **Defendant.** | Civil No. 08 CV 00705 (JDB) |

## PROPOSED ORDER

Upon consideration of Defendant Daioleslam's Unopposed Motion to File Under Seal Attachment A to Defendant's Response in Opposition to Plaintiffs' Motion for a Protective Order, it is hereby:

ORDERED this ____ day of _____, 2009 that Defendant's motion to file under seal is GRANTED;

SO ORDERED.

_____
Judge John D. Bates
United States District Judge