IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br> Defendant. | Civil No. 08 CV 00705 (JDB) |

**NOTICE OF DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL
ATTACHMENT A TO DEFENDANT'S RESPONSE IN
OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER**

Defendant Seid Hassan Daioleslam ("Daioleslam"), by and through undersigned counsel, hereby provides notice of his unopposed Motion to File Under Seal Attachment A to Defendant's Response in Opposition to Plaintiffs' Motion for a Protective Order, filed October 19, 2009. Attachment A is not filed electronically but will be filed directly with the clerk's office pending the Unopposed Motion to File Under Seal Attachment A to Defendant's Response in Opposition to Plaintiffs' Motion for a Protective Order.

2

                    /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926,
admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: October 19, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** ) <br> ) <br> **and** ) <br> ) <br> **NATIONAL IRANIAN AMERICAN COUNCIL** ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **DAIOLESLAM SEID HASSAN,** ) <br> **Defendant.** ) <br> ) <br> ) <br> ) | **Civil No. 08 CV 00705 (JDB)** |

### CERTIFICATE OF SERVICE

I certify that on October 19, 2009, I served, via email, Notice of Defendant's Unopposed Motion to File Under Seal Attachment A to Defendant's Response in Opposition to Plaintiffs' Motion for a Protective Order:

       Afshin Pishevar
       600 East Jefferson Street
       Suite 316
       Rockville, Maryland 20852
       (301) 279-8773
       ap@pishevarlegal.com

                                               /s/
                             Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: October 19, 2009