IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** ) <br> ) <br> **and** ) <br> ) <br> **NATIONAL IRANIAN AMERICAN COUNCIL** ) <br>  Plaintiffs, ) <br> ) <br>  v. ) <br> ) <br> **DAIOLESLAM SEID HASSAN,** ) <br>  Defendant. ) <br> ) | Civil No. 08 CV 00705 (JDB) |

## JOINT STATUS REPORT

Pursuant to the Court's direction, Defendant Seid Hassan Daioleslam and Plaintiffs Trita Parsi and the National Iranian American Council submit the following Joint Status Report detailing their continued efforts to resolve the dispute regarding the publication of five (5) emails between Trita Parsi and Debbie Bird, a scheduler for the White House, regarding the scheduling of a meeting for "Dr. B", an Iranian economist. The emails were the subject of Plaintiffs' October 9, 2009 Motion for An Emergency Protective Order Seeking to Prohibit the Publication of Five Emails Between Debbie Bird and Trita Parsi Regarding An Individual Named Therein ("Plaintiffs' Motion for A Protective Order"), which the Court denied on October 22, 2009. *Parsi et al. v. Daioleslam*, No. 08-705, at 3 (D.D.C. October 22, 2009) (Mem. Order) ("October 22, 2009 Court Order").

### Parties' Joint Statement

The Parties agree to redact Dr. B's name from the five emails referenced above and replace it with "Iranian Economist" before sending, publishing, or otherwise disclosing those

emails to anyone other than the Parties and their counsel. This step completely resolves the instant dispute and satisfies the parties' obligations to "in good faith confer[] or attempt[] to confer with other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1). If either Party breaches this agreement, the aggrieved party shall be entitled to any damages and/or remedies deemed appropriate by the judge.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| A.P. Pishevar (D.C. Bar No. 451015) | Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*) |
| Jefferson Plaza, Suite 316 | Bradford A. Berenson (D.C. Bar No. 441981) |
| 600 East Jefferson Street | HL Rogers (D.C. Bar No. 974462) |
| Rockville, Maryland 20850 | Peter G. Jensen (D.C. Bar No. 982599) |
| (301) 279-8773 | SIDLEY AUSTIN LLP |
| AP@pishevarlegal.com | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| *Attorney for Plaintiffs Trita Parsi and the National Iranian American Council* | (202) 736-8000 |
| | hrogers@sidley.com |
| | *Attorneys for Defendant Daioleslam Seid Hassan* |

**Dated:  October 28, 2009**

2