UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>SEID HASSAN DAIOLESLAM,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EMERGENCY PROTECTIVE ORDER

UPON CONSIDERATION of the Plaintiff's Motion for an Emergency Protective Order prohibiting disclosure of discovery material to third parties by the Defendant, and any opposition thereto, it is this _____ day of _____, 2009, by the United States District Court for the District of Columbia

ORDERED, that the Motion for an Emergency Protective Order is hereby **GRANTED**; and further

ORDERED, that an Order of Default on the issue of liability is hereby **GRANTED**; and further

ORDERED, that the Defendant is prohibited from offering any testimony or exhibits at trial on the issue of liability and any defenses thereto Default on the issue of liability.

_____<br>JUDGE JOHN D. BATES

Cc. all parties