### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

    and

NATIONAL IRANIAN AMERICAN COUNCIL       Civ. No.: **08 CV 00705 (JDB)**

    Plaintiffs,

    v.

SEID HASSAN DAIOLESLAM,

    Defendant.

---

### AFFIDAVIT OF TRITA PARSI IN SUPPORT OF THE MOTION FOR EMERGENCY PROTECTIVE ORDER SEEKING TO PROHIBIT THE DEFENDANT FROM DISCLOSING ANY AND ALL INFORMATION GAINED THROUGH DISCOVERY FROM PLAINTIFFS WITH PARTIES OUTSIDE OF LITIGATION

In support of the attached Motion for Protective Order, Dr. Trita Parsi, President of NIAC (the National Iranian American Council), makes this statement and affidavit upon oath and affirmation of personal knowledge that the following matters, facts, and things set forth are true and correct:

We (at NIAC) have concerns regarding sharing any and all discovery material with the Defendant absent a Protective Order which prohibits from disclosure all of our material to outside parties unrelated to the litigation for the following reasons:

1.     On October 29, 2009, I was called into the offices of the Washington Times to be interviewed by Eli Lake for a story he was doing on me and my organization with the aim of "showing that we are a lobby" and that we act as an "intermediary" and "fixer" for the government of Iran.

2.      The basis of Lake's assertions was in his own words the discovery material we had provided opposing counsel.

3.      Lake said he had studied the discovery material in detail.

4.      Indeed, he shared much of the discovery material, including board minutes and other material, with us in the course of the 2 hour and 40 minute interview.

5.      The nature of the interview itself was clearly aimed at further defaming and hurting our organization, by taking select pieces of the discovery out of context and presenting it in a disingenuous way.

6.      Later that day, I received an email from opposing counsel, confirming that Sidley Austin was directly involved in sending the discovery material to the Washington Times.

        I DO SOLEMNLY DECLARE AND AFFIRM under the penalty of perjury that the contents of the foregoing documents are true and correct to the best of my knowledge, information and belief.


Date:___October 30 2009_____


By:_____

                                    Dr. Trita Parsi
                                    President of NIAC
                                    1411 K St. NW, Suite 600
                                    Washington, DC 20005