-----Original Message-----
From: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Date: Thu, 29 Oct 2009 15:39:29
To: Trita Parsi<tparsi@jhu.edu>; Siamak Namazi<snamazi@atiehbahar.com>
Subject: RE: what do you think of this?

And they are using it for lobbying! Send it to Lake right away. He is looking to cement the Namazi relationship. This is perfect and it shows them using the NED account for lobbying.
Thanks,


Tim Kapshandy
Sidley Austin, LLP
1 South Dearborn Street
Chicago, Illinois 60603
312-853-7643
cell: (219) 670-0698
tkapshan@sidley.com
http://www.sidley.com



_____

From: Trita Parsi [mailto:tparsi@jhu.edu]
Sent: Saturday, December 24, 2005 10:30 PM
To: 'Siamak Namazi'
Subject: RE: what do you think of this?


Hey,

Great seeing you today.


I guess the plan you list below is for us to first come up with some rec's, try them on our group, then take the modified version to Burns? That sounds good.

PLAINTIFF'S EXHIBIT

http://open.g00ya.com/politics/archives/041200.php

---

Siamak Namazi

Reagan-Fascell Democracy Fellow

International Forum for Democratic Studies

National Endowment for Democracy

1101 Fifteenth Street, NW, Suite 800

Washington, DC 20005-5002


T: 202-293-0300 x. 625

F: 202-293-0258

---
--

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be

used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.
*********************************************************************
***************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*********************************************************************
***************