## Confidentiality Agreement

### The Parties

This confidentiality agreement is between Plaintiffs, The National Iranian American Council and Trita Parsi, their counsel, Pishevar & Associates, and Defendant, Mr. Daioleslam Seid Hassan and his counsel Sidley Austin LLP, in regard to case number 1:08-CV-00705-JDB, filed in the US District Court for the District of Columbia.

### Confidential and Protected Information

The parties agree that the names of NIAC's members and donors (listed in their accounting records and donor lists), their email addresses, and personal information are protected propriety information and shall not be disclosed by Defendant unless such have been disclosed by Plaintiffs to others or in public documents such as tax returns.

### Scope of Use

Said confidential information shall not be used outside the scope of litigation for any purpose unrelated to the litigation. This includes not: publishing, divulging, or revealing in any way the confidential information to third parties not directly privy to the litigation.

_____  9/22/09
Mr. A.P. Pishevar, Counsel for Plaintiff    Date

_____  9/23/09
Dr. Trita Parsi, Plaintiff & President of NIAC    Date

_____ By: HLR  9/22/09
Mr. Timothy Kapshandy, Counsel for Defendant    Date

_____  9.22.09
Mr. Daioleslam Seid Hassan, Defendant    Date


PLAINTIFF'S EXHIBIT