**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**TRITA PARSI and NATIONAL**
**IRANIAN AMERICAN COUNCIL,**

     **Plaintiffs,**

       **v.**                                                      **Civil Action No.  08-705 (JDB)**

**SEID HASSAN DAIOLESLAM,**

     **Defendant.**

<u>**ORDER**</u>

     Pursuant to the status conference held on this date, and upon consideration of the entire record herein, it is hereby **ORDERED** as follows:

1.     Defendants shall file their response to [41] plaintiffs' motion for a protective order by not later than November 6, 2009.  Plaintiffs may file a reply by not later than November 11, 2009.

2.     Until further Order of the Court, the parties and their counsel shall not disseminate discovery materials, except to the parties or their counsel.

3.     A status conference shall be held on March 16, 2010, at 9:00 a.m. in Courtroom 8.

**SO ORDERED.**

                                /s/
                            JOHN D. BATES
                 United States District Judge

Dated:   November 2, 2009