IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br> Defendant. | Civil No. 08 CV 00705 (JDB) |

**NOTICE OF** DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL ATTACHMENTS TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN EMERGENCY PROTECTIVE ORDER

Defendant Seid Hassan Daioleslam ("Daioleslam"), by and through undersigned counsel, hereby provides notice of his unopposed Motion to File Under Seal Attachments to Defendant's Response in Opposition to Plaintiffs' Motion for an Emergency Protective Order, filed October 31, 2009. The attachments are not filed electronically but will be filed directly with the clerk's office pending the Unopposed Motion to File Under Seal Attachments to Defendant's Response in Opposition to Plaintiffs' Motion for an Emergency Protective Order.

                      /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: November 6, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| **Defendant.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that on November 6, 2009, I served, via email, Notice of Defendant's Unopposed Motion to File Under Seal Attachments to Defendant's Response in Opposition to Plaintiffs' Motion for an Emergency Protective Order:

       Afshin Pishevar
       600 East Jefferson Street
       Suite 316
       Rockville, Maryland 20852
       (301) 279-8773
       ap@pishevarlegal.com

                                                /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: November 6, 2009