**From:** Pat Parsa [mailto:parsa008@yahoo.com]
**Sent:** Thursday, October 22, 2009 7:09 PM
**To:** Rogers, HL
**Cc:** Kapshandy, Timothy E.
**Subject:** Re: Activity in Case 1:08-cv-00705-JDB PARSI et al v. HASSAN Order on Motion for Protective Order

HL,

I'll discuss with AP and let you know. Also, please be advised that we'll drop off or send the accounting files to you next week.

Patrick

Sent from my iPhone

