**From:** Afshin Pishevar <ap@pishevarlegal.com>
**Date:** October 30, 2009 9:20:01 PM EDT
**To:** "NIAC (OC) Rogers HL" <hrogers@Sidley.com>, "NIAC OP. COUNCEL Kapshandy Timothy E." <tkapshandy@sidley.com>, pjensen@sidley.com, Patrick Parsa <pparsa@pishevarlegal.com>
**Subject: NIAC v. DAIOLESLAM - Fwd: Attached Image**


Dear HL: *As was discussed in the telephone conversation earlier today*, enclosed is that Motion for your review. We will be filing it after 2 hours, if we don't hear from you. Our respective Cell #s are 240 401 2062 (AP)   and   (310) 980-9011 (PP)


--
Sincerely,
**A.P. Pishevar, Esq.**
**Patrick Parsa, Esq.**
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))



PLAINTIFF'S EXHIBIT F