---- Original Message ----- From: Patrick Parsa <pparsa@pishevarlegal.com> To: Rogers, HL Cc: Afshin Pishevar <ap@pishevarlegal.com> Sent: Fri Oct 30 17:34:18 2009 Subject: Motion

HL,

We are going to be sending you a copy of the protective motion for your review before we file. Hopefully we can come to a mutual agreement so we won't have to file. Will send it to you tonight.

Patrick

--------------------------------------------------------------------------------
-------------------- IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. ***********************************************
***********************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * *



PLAINTIFF'S EXHIBIT