

An Iranian-American Voice in Washington DC!





### Truth Out 2010: Setting the Record Straight

Written by NIAC Staff
Tuesday, 03 November 2009

Ever since NIAC has become a recognized and effective voice for the Iranian-American community in Washington DC, opponents of NIAC's efforts have engaged in a defamation campaign, seeking to silence the organization by falsely connecting it to the Islamic Republic.

What is happening is ominously similar to what has happened in Iran - radical and extremist elements are increasingly dominating the public discourse, while the moderate center gets smeared into silence.

**Here at NIAC, of course, we refuse to be silenced.**

Study the facts about NIAC and learn more about the people smearing our organization (click the buttons below for more information):

 

**NIAC Newsletter**

your email
⦿ HTML ◯ Text
[ Subscribe ]

**Donate to NIAC!**
Enter Amount:
$ 50.00
[ Donate ]

Want to help us fight the smears and defend the voice of Iranian Americans in Washington DC? Donate $20.10 to the 2010 Truth Out Campaign! (Click here to donate more).

**Upcoming Events**
Check back soon for future events.

**Facebook**


**niacINsight**
Beltway insights for the Iranian-American community
↳ Deal or No Deal Talks Must Continue
↳ Clinton Appoints NIAC Advisory Board Member to Senior Iran Post
↳ NIAC rejects Rep. Kirk?s accusation

Visit the launch page of the 2010 Truth Out Campaign!

&lt; Prev    Next &gt;

[ Back ]

© 2009 National Iranian American Council (NIAC)
Joomla! is Free Software released under the GNU/GPL License.


PLAINTIFF'S EXHIBIT H