# Iran-Interlink.org

Home | News | Information | Publications | Factfile | Contact us | About | Search:

**Archives**
- Archive 2008
- Archive 2007
- Archive 2006
- Archive 2005
- Archive 2004
- Archive 2003

Search in the Archive

**Audio / Video**
- Audio
- Video

**Key Information**

Second Report on Camp Ashraf and Mojahedin-e Khalq cult led by Massoud Rajavi and Maryam Rajavi in Iraq (Reuters, Sep 2009: Iran Interlink report carried out by Massoud Khodabandeh describing events since Jan 1, 2009)

New document on Mojahedin Khalq (Rajavi cult) released by RAND - The Mujahedin-e Khalq in Iraq, A Policy Conundrum - study examined the evolution of this controversial decision, which has left the United States open to charges of hypocrisy in the war on

Wahsington backed terrorists used to discredit Iranian demands for justice (Professor Paul Sheldon Foote, June 20, 2009 on Jafarzadeh, Fox news and Washington Backed terrorists)

Maryam Rajavi's cult representative in European Parliament (Spanish MEP Alejo Vidal-Quadras has already scurriously attacked 'a faction' of the Iraqi government in the European Parliament alleging them

Cult leaders decide the sell-by date and extent of misuse of their members (The case of Hussein, Fatemeh and Hassan Daioleslam)

## Cult leaders decide the sell-by date and extent of misuse of their members

### (The case of Hussein, Fatemeh and Hassan Daioleslam)

Mohammad Sobhani, Ghalam Association, August 15, 2007
Sobhani_m_h@hotmail.com



http://www.iran-ghalam.de/2Haupt/1107.sobhani.16.8.07.HTM

A brief look at the literature produced together with the internal reports from a cult can clearly show the extent of danger that society is faced by vis-à-vis cults. A group or a political organisation which adopts armed struggle as a strategy will soon end up with cult characteristics rooted in its basic and fundamental relations. In this respect, the members of these organisations are themselves among the vast number of victims of such groups.

Cult leaders need obedient followers as the tools they use to push forward their violent ideological agenda. And in this way those who do or even could pose a threat to the execution of such orders, and especially who pose any threat to the position of the leader should be, and usually are, the first victims to be got rid of and silenced. This is particularly evident at every point of history of the Mojahedin Khalq Organisation following the Internal Ideological Revolution which began in 1985 and evolved to its peak with forced divorces in 1989. The leader made sure that no one would or could prevent him from changing a political organisation into a pure cult.

Now the internal relations inside Mojahedin Khalq Organisation has deteriorated to the point that people (members) have changed their use from creative elements to consumable elements. One such example could be Hussein Daioleslam.

Hussein Daioleslam (aka Ali Ghaderi) is a long serving executive member of the Mojahedin Khalq who had served prison sentences during the reign of the late Shah of Iran. He was released after the fall of the Shah and began his responsibilities in the Mojahedin's newly created Social Department under Mohammed Zabeti.

After the failed coup by the Mojahedin Khalq in June 1981 and Massoud Rajavi's escape from Iran, Daioleslam, together with Mehdi Fatolah Nejad (captured by US forces in Iraq during the fall of Saddam in 2003) and Mansour Bazargan (killed in an insurgence by the Mojahedin Khalq into Iran

ready to commit a second Srebrenica in Iraq)

Iraq's National Security Advisor Dr. Mowaffak al Rubaie on Camp Ashraf- Massoud Rajavi and Detoxifying MEK Members (Reuters, April 06, 2009)

Europe vs. MKO(Mojahedin Khalq, Rajavi cult): West controversial act in war on terror (March 11 2009 )

Zebari: Mojahedin Khalq (MKO, MEK, Rajavi cult) expulsion from Iraq will be strictly monitored by a special committee(Feb 16, 2009)

President Talebani: God willing, with the new EU attitude, they will take Mojahedin Khalq back to Europe (Al-Arabiya TV, Dubai, in Arabic, February 01, 2009)

Nejat Society Asks UK to Support Iraqi Government Plans for Camp Ashraf Victims (Iran Interlink, London, December 2008)

MEP lines up with remains of Saddam (Rajavi cult, Mojahedin, MKO, MEK) against Iraqi government - Open Letter to Mr. Alejo Vidal-Quadras (Massoud Khodabandeh, November 2008)

Half-measures by European Union failing real victims of Mojahedin Khalq( MKO, MEK, Rajavi cult) terrorism in Camp Ashraf (Anne Singleton. October 2008)

West should take responsibility for helping former terrorists Mojahedin Khalq (Rajavi cult) -Massoud Khodabandeh, May 2008

The Masters of Terror - Robin Corbetts beloved Mojahedin Khalq Terrorists, The Beaten Bargaining Chip ( May 2008)

The List of Designated Terrorist Organizations Was Released - Rajavi cult failed again in its lobbying efforts (April 2008)

U.S.- Protected Iranian Exiles in Limbo in Iraq (NPR News: Anne Garrels reporting from Baghdad, April 2008)

Getting to know Mojahedin Khalq hooligan Leila Jazayeri

Report on the situation of Mojahedin Khalq in Camp Ashraf (Iran Interlink, Massoud Khodabandeh, February 2008)

Member of Parliament for Hire - The good old Lord Corbett- (Middle East Online March 2008)

by order of Saddam Hussein) under the supervision of Ebrahim Zakeri (later the head of Mojahedin intelligence services who died of brain tumour), started the military wing of Mojahedin Khalq in Iranian Kurdistan and later went to Iraq. In 1985 he became the head of Mojahedin Khalq logistics under the command of Mehdi Abrishamchi (the first husband of Maryam Rajavi before she left him for the leader, Massoud Rajavi), who was the main contact between the Iraqi regime and the Mojahedin Khalq. The main office then was in Baghdad.

After the forced divorces in 1989 Daioleslam was placed under severe pressure by the leaders and was rapidly excluded from any serious position and/or creative role.

His shelf-life ended there and then. Hussein Daioleslam was demoted and his sister Fatemeh Daioleslam became a member of the Mojahedin's Central Council, later to be promoted to the all-women Central Leadership Council. Hussein was demoted because he did not, or could not, convince his wife to love Rajavi more than her husband. (She refused to give in to the divorce orders in that time.) And Fatemeh was appointed to the Central Council as proof of Rajavi's claims for his Ideological Revolution. She was a good example to show the 'liberation of women' was a result of the forced divorce order, but the real reason was something that I may explain in a separate article.

Now after all these years, the claim for and the use of the concept 'liberation of women' has also lost its sell-by date and is no longer useful for the cult leader. Even the recently selected members, men or women, have been involved long enough and know enough not to be trusted any more. They usually end up in the kitchen or are used in construction and building work or similar positions.

After Hussein Daioleslam and Fatemeh Daioleslam now has come the turn for the consumption of their brother Hassan Daioleslam.

Hassan Daioleslam, who is also considered as a member of the Mojahedin Khalq Organisation (Rajavi Cult) had been under harsh criticism for a long time by the cult leader Massoud Rajavi because he would not leave the USA and join the cult under the rule of Saddam Hussein in Iraq. But now, in the new circumstances in which the remnants of the Rajavi cult after the fall of Saddam Hussein find themselves in western countries, Hassan's social position and his ability to speak English has grabbed the attention of Rajavi. He seems to be next in line to be consumed. This time in the United State of America where both the Mojahedin Khalq Organisation and its alias the National Council of Resistance have been maintained on the list of dangerous terrorist entities for more than a decade.

This trend of using one-time sympathizers of the Mojahedin in western countries in the place of long serving executive members of the organisation who now have no skills which match the needs for consumption in western countries, is now evident in every European and North American country. Those who were under pressure and were demonised regularly under the pejorative label 'Supporters', are now the real executive members of the Mojahedin Khalq Organisation and are treated by Maryam Rajavi as such. This change of place, this change of use and this change of Rajavi's relationship with both ex-executive members who now serve in the kitchen and ex-supporters in western countries who now run the cult's offices in London, Washington and Paris, has one specific reason. That is, the fall of Rajavi's

- Iran sees less threat in exiled MKO (Mojahedin Khalq Organisation) militants (The Christian Science Monitor, Feb. 2008)
- The Week on the Hill: Lobbying & Law - Touting Terrorists (National Journal, 19, January 2008)
- Massoud Khodabandeh replies and "Alseyassah" explains (Alseyassah, February 07, 2008)
- EU keeps Mojahedin Khalq Organisation (Rajavi cult, MKO, MEK....) on its terror list (December 2007)
- Angelika Beer: Mojahedin Khalq Organisation illegal outfit in UK, US and EU (December 2007)
- Massoud Rajavi's timetable for destruction - January 2008 or 2009? (Iran Interlink Brief)
- Open letter to Lord Corbett by Mohammad Sobhani (December 2007)
- Professor Paul Sheldon Foote and Massoud Khodabandeh visit to the British Parliament (November 2007)
- British parliamentary delegation visits Nejat (Rescue) Society in Tehran (Nejat Association, Tehran November 2007)
- Rajavi's latest statement: I am not a terrorist but I am going to kill you all (Ebrahim Khodabandeh, November 2007)
- Daniel Zucker List: Enemies of the Rajavi Cult Terrorists (Professor Foote, Global plitician, September 4, 2007)
- Rajavi decides the sell by date (the case of Hassan Daioleslam - aka: hassan Dai) - Mohammad Sobhani? August 2007

benefactor Saddam Hussein and his new pursuit to find a new benefactor; this time in the west. The situation has changed so the consumable tools need to be changed accordingly.

No doubt the remains of Hassan Daioleslam, like his brother and sister and many before them, will be rejected after consumption by the cult leader. In the United States of America itself there are many examples of rejected consumed members and ex-members of the cult who at one time carried exciting titles like Doctors, Sport champions, Artists, Political Activists with Decades of History, and even National Heroes. People who now have nothing left for themselves and no energy even to be heard.

Certainly the future for Hassan Daioleslam and similar cult members is not bright. While the shelf-life of cult representatives in the USA, Alireza Jafarzadeh and Ali Safavi is reaching its end, Hassan Daioleslam is being presented as a "Religious, Nationalist Personality" in limited circles in the USA to be consumed under this label for a short time before these circles are forced to accept the revelations about him and his family and their membership of the blacklisted Mojahedin Khalq Cult. He will be used so much in the near future that his shelf-life will certainly not be more than a fraction of the shelf-life of his brother or his sister in the terrorist cult's propaganda machine.







(Mr. Sobhani in European Parliament. Feb. 2007)
Link: http://www.iran-interlink.org/?mod=view&id=1828

(Cult leader Massoud Rajavi orders follwers to Kill Mr. Sobhani-2007)
link: http://iran-interlink.org/?mod=view&id=2805

------------

Related links:

State Department Report on Mojahedin Khalq Orgainsation. Rajavi cult headed by Massoud Rajavi and Maryam Rajavi (2007)
http://iran-interlink.org/?mod=view&id=2309

The European Parliament Held an Assembly, Considering the MKOs Present Situation
http://www.iran-interlink.org/?mod=view&id=1828

Massoud Rajavi name in Mojahedin propaganda signals a cult spiralling toward disaster(Iran Interlink Brief, July 2007)
http://iran-interlink.org/?mod=view&id=2805

Cult leader Massoud Rajavi gives go-ahead to kill witnesses in European countries. An open letter to the British Home Secretary Jacqui Smith (Anne

Singleton, July 2007)
http://iran-interlink.org/?mod=view&id=2804

MKO s efforts for de-proscription the group as a terrorist entity (Massoud Khodabandeh, IPS, June 2007)
http://iran-interlink.org/?mod=view&id=2523

The Americans are fully responsible for the MKO file. MKO is a serious threat to Iraq security and stability
http://www.iran-interlink.org/?mod=view&id=2667

Open Letter to US Secretary of State Condoleezza Rice - Questions arise over appearance of Mojahedin cult terrorists in Europe
http://www.iran-interlink.org/?mod=view&id=2653

Who pays millions for Rajavi Cult show in Paris on 30th June?
http://www.iran-interlink.org/?mod=view&id=2646

Agents of the Intelligence Ministry of Iran - Understanding Mojahedin Activity from a Cult Perspective
http://www.iran-interlink.org/?mod=view&id=2632

Why the Cult Resorts to Bludgeoning in Europe!
http://www.iran-interlink.org/?mod=view&id=2621

**Home**

---

Date: 16-08-2007

Copyright © 2006, iran-interlink.org