IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>SEID HASSAN DAIOLESLAM,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

## SUPPLEMENTAL TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND SANCTIONS

The Plaintiffs, The National Iranian American Counsel (hereinafter, "NIAC"), and its President, Dr. Trita Parsi, files this Supplement regarding Plaintiffs' Motion for a Protective Order and appropriate Sanctions, and in support thereof states as follows:

1. It has come to the Plaintiffs' attention that discovery furnished to the Defendant and his counsel by Plaintiffs has been published, on November 13, 2009, in the Washington Times newspaper and on their on-line website. The discovery material was published and used in a defamatory article targeting the Plaintiffs. (*See:* http://www.washingtontimes.com/news/2009/nov/13/exclusive-did-iranian-advocacy-group-violate-laws/A).

2. The Times article is called "Iran Advocacy Group Said to Skirt Lobby Rules" ("Article"). The author of the article, Mr. Eli Lake, admits that he used discovery material gained *from* Defendant in writing the piece. Moreover copies of actual letters (gained in discovery *from* Plaintiffs) are reproduced in the printed edition of newspaper as well.

3. The Defendant even discussed Dr. Parsi and his wife's private bank accounts in a defamatory fashion through the use of innuendos.

4. The Article was the end result of extrajudicial statements Defendant's counsel, Mr. Timothy Kapshandy, made to Mr. Eli Lake in-violation of rule 3.6 of the D.C. Rules of Professional Responsibility.

5. The email alerted Plaintiffs to the need for a Motion for a Protective Order and Sanctions on October 31, 2009 and the Court's interim Order of November 2, 2009.

6. Likewise, the Defendant has breached a Confidentiality Agreement that he and his counsel signed with Plaintiffs by publishing private and confidential information regarding the salaries, and income of NIAC employees. (*See http://www.politico.com/blogs/bensmith/*; *See also* the Confidentiality Agreement attached to the Plaintiffs' Original Motion as "Exhibit B").

7. This material was published on the Politico.com website on November 13th, 2009. (*See* attached Affidavit of Patrick Disney).

8. The Article and the Politico.com websites extensive publication of the discovery material in this case makes it clear that there is manifest necessity for the instant motion and for appropriate relief.

WHEREFORE, the Plaintiff requests that:

The Motion for Protective Order be granted and for any and all other relief this Honorable Court deems necessary and proper.

Respectfully Submitted,

By:

_____/s/_____
Afshin Pishevar (D.C. Bar No. #451015)

_____/s/_____
Patrick Parsa (D.C. Bar No. #988054)
PISHEVAR & ASSOCIATES, P.C.
600 East Jefferson St. Suite 316
Rockville, MD 20852
Phone: (301) 279-8773
Fax: (301) 279-7346

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2009, a copy of the foregoing was mailed to:

Sidley Austin LLP
HL Rogers
1501 K Street N.W.
Washington, D.C. 20005

_____
A.P. Pishevar (#451015)