IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>SEID HASSAN DAIOLESLAM,<br><br>Defendant. | Civ. No.: **08 CV 00705 (JDB)** |

### AFFIDAVIT OF PATRICK DISNEY IN SUPPORT OF THE SUPPLEMENTAL TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND SANCTIONS

In support of the attached Supplemental to Plaintiffs' Motion for a Protective Order and Sanctions, Mr. Patrick Disney, Acting Policy Director, makes this statement and affidavit upon oath and affirmation of personal knowledge that the following matters, facts, and things set forth are true and correct:

1. At 2:29 pm on Friday, November 13, 2009, Ben Smith, a reporter for Politico, published on the Internet, private email correspondence from Patrick Disney and Trita Parsi of the National Iranian American Council (NIAC).

2. Within an article titled "Documents Detail Iran Engagement Campaign," (available at http://www.politico.com/blogs/bensmith/1109/Documents_detail_Iran_engagement_campaign.html), Mr. Smith published materials that NIAC had previously handed over as part of the discovery process.

3. These materials include a private email correspondence from Trita Parsi to NIAC's accountant, Nahzi Nikki, discussing arrangements for Patrick Disney's salary, as well as numerous meeting minutes from meetings of a coalition chaired by Patrick Disney.

4. Included in the meeting minutes Mr. Smith published online are the names and affiliations of the individuals in attendance.

5. All of these materials were obtained as part of the discovery process.

I DO SOLEMNLY DECLARE AND AFFIRM under the penalty of perjury that the contents of the foregoing documents are true and correct to the best of my knowledge, information and belief.

Date: November 13, 2009

By: /s/

Mr. Patrick Disney
*Acting Policy Director*
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005