UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

SEID HASSAN DAIOLESLAM,

Defendant.

Civ. No.: **08 CV 00705 (JDB)**

## CONSENT MOTION FOR A SECOND AMENDED SCHEDULING ORDER

NOW COMES, the Plaintiffs, The National Iranian American Counsel ("NIAC"), and its President, Dr. Trita Parsi, and files with this Honorable Court a Consent Motion for a Second Amended Scheduling Order and as grounds thereof states as follows:

1. On August 11, 2009, this Court ordered a revised scheduling order ("Order").

2. The Order stated expert reports and information shall be exchanged by January 12, 2010. The Order further stated that discovery shall be concluded by March 10, 2010.

3. The parties have conferred and agreed that due to the amount of discovery required in preparation for this case, they will not be able to meet the deadline set forth by this Court.

4. The Defendant consented to the Plaintiff filing this Motion for a Second Amended Scheduling Order.

WHEREFORE, the Plaintiff requests that this Court:

A. amend the Scheduling Order and set the date by which expert reports and information must be exchanged to March 10, 2010; and

B.  for any other and further relief the Court may deem just.

Respectfully Submitted

PISHEVAR & ASSOCIATES, P.C.

By: ____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)

____/S/_____
Patrick Parsa (D.C. Bar No. 988054)
*PISHEVAR & ASSOCIATES, P.C.*
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
ap@pishevarlegal.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2010, a copy of the foregoing Consent Motion for a Second Amended Scheduling Order was mailed to:

Sidley Austin LLP
HL Rogers
1501 K Street N.W.
Washington, D.C. 20005

____/S/_____
A.P. Pishevar (#451015)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

SEID HASSAN DAIOLESLAM,

Defendant.

Civ. No.: **08 CV 00705 (JDB)**

## SECOND AMENDED SCHEDULING ORDER

UPON CONSIDERATION of the parties' joint motion to amend the scheduling order, it is hereby ORDERED as follows:

1. Expert reports and information, if any, will be exchanged by no later than March 10, 2010.

2. All discovery shall be completed by March 10, 2010.

3. Dispositive Motions, if any, shall be filed by April 22, 2010. Responses thereto shall be filed by no later than May 24, 2010 and replies shall be filed by June 7, 2010.

**SO ORDERED**

_____
JUDGE JOHN D. BATES

Cc. all parties