**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Patrick Parsa [pparsa@pishevarlegal.com] |
| **Sent:** | Wednesday, January 13, 2010 4:02 PM |
| **To:** | Kapshandy, Timothy E. |
| **Cc:** | Afshin Pishevar |
| **Subject:** | Discovery issues... |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Tim,

We have addressed your concerns that you listed in your email of December 31 below.

Talebi Email - The email you gave us is dated from January 2008, several months before the current lawsuit began - hence it was from a time when there wasn't a litigation hold in place. Moreover, the email is from Talebi's niacouncil.org account, and for that reason alone would not have shown up in the search of his gmail account. I do not know if there is a miscommunication between you and your associates, but these facts should have been very clear. And your constant questioning of us about them is turning into harassment that we do not appreciate, as it is both time consuming and fruitless.

Calendar Entries - Per your specific request of December 9 - we made every effort to sort out irrelevant information and produce only the calendar entries you had requested, namely meetings with government and foreign officials. The charge that we somehow spoiled the evidence is baseless since we were only complying with your request, You had asked for only relevant entries (i.e. meetings with government and foreign officials), and that was what we produced, moreover no one has been deleting calendar entries. To threaten with sanctions when we complied with your request, again, is turning this into harassment - considering that we have been producing discovery material to you on a regular basis and in good faith.

2008 Amended Tax Return - Counter to your contention, these figures (regarding the $14,771 lobbying expenses) are not required to be documented by the IRS (according to our understanding), but once we have completed our calculations we will produce them to you.

> Disney's email to Parsi about lobbying laws - we can look for this, although our clients have no recollection of that email. We believe we gave you everything, but can look again, in good faith.
>
> Blout email to Iranian.com - We agree to attach noname-3.eml to Emily's deposition as Ex. No. 29.
>
> Mansouri- Again, we reiterate that all of his emails were kept on his laptop which was subsequently thrown away by him since the hard-drive crashed. NIAC does not store emails on any central server. All of an individual's emails were on their own computers. This is starting to turn into a form of harassment as we have mentioned these facts over and over again.
>
> Time Records - these are the time records used to track lobbying time. These are voluntary tools used to make our own work easier. They are not a requirement. The "less formal" ones are our calendars.
>
> Also, the records we gave you are the timesheets we have used, but we are about to go over to a new system for 2010 that is more

2/5/2010

**EXHIBIT B**

detailed.

Further, Emily Blout was not the legislative director till May 2009. She worked with NIAC till March of that year, and then as a part time consultant for a few more weeks. after March, however, she no longer used her Calendar at work and as a result, her calendar is empty from mid-March and onwards.

Finally, you have sent us 100s of scrambled emails, and emails that just take you to a yahoo page. Also, there are only a dozen farsi emails, which gives us the strong impression that discoverable information is being withheld considering the amount of material your client writes/produces about the plaintiffs. We ask that all discoverable information be turned over (including all Farsi emails). Moreover, we ask that all scrambled emails be turned over in a proper, readable format as well. Thank you very much.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

2/5/2010

## Otis, Sharon

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Thursday, December 31, 2009 12:09 PM |
| **To:** | Otis, Sharon |
| **Subject:** | Fw: NIAC Discovery Materials |
| **Attachments:** | HASSAD_00018669.htm; noname-3.eml |

Pls prt 3 copies
Timothy E. Kapshandy
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
312-853-7643
tkapshan@sidley.com

**From:** Kapshandy, Timothy E.
**To:** Patrick Parsa <pparsa@pishevarlegal.com>
**Cc:** Afshin Pishevar <ap@pishevarlegal.com>
**Sent:** Thu Dec 31 11:50:57 2009
**Subject:** RE: NIAC Discovery Materials

Patrick:

Thanks for these materials. As for the amount of work involved collecting these records over the holidays, please note that all of these materials were requested months ago and should have been produced long ago and any inconvenience to NIAC employees should not be attributed to our client. Lobbying time records as far back as January 2009, calendar entries from early this year, and NIAC's 2008 amend tax return filed June 1, 2009 all should have been produced before the depositions of Elliott and Blout and I am sure we would have had questions for them about these documents.

Missing Talebi Emails -- Attached is an example of a Talebi email that should have easily been caught by your search methodology. It was not produced either from Talebi's NIAC email or gmail account. Given that Mr. Talebi initially complained that his email account contained tens of thousands of emails and ultimately only ~120 were produced and that this highly relevant email was not produced, serious questions are raised about the accuracy of your responses.

Calendar Entries -- This production raises some very troubling concerns including possible spoliation and altering of evidence. For example, Trita Parsi's 2009 calendar reflects only 58 entries and 2/3 of those were altered Dec 25-27. Emily Blout's contains none after March 15 even though she worked there through May. Only 32 were produced and 11 of those were altered Dec 26 a half year after she left. Patrick Disney produced 150 entries but 80 of those are entries such as Ground Hog Day and Valentines Day and all of those are on Nov 16. Of the remaining 70 emails, 1/3 were altered on Dec 26. In short, the fact that a substantial number of calendar entries were revised the Saturday and Sunday after Christmas when NIAC's offices were supposedly closed raises serious discovery issues. We ask that you instruct your client immediately cease any further revisions and deletions of Outlook Calendar entries and they agree to allow all Outlook Calendar entries to be mirrored and downloaded by independent IP consultants to determine any revisions and deletions during December and since the litigation was commenced. Specifically instruct NIAC to not purge any deletions (the fact of any purging is detectable). Let's discuss the logistics of mirroring these calendar entries early next week. If NIAC will not agree to such will will seek an order to compel.

No calendar entries were produced for years other than 2009. Since NIAC has been using Outlook for email and has produced emails back to 2002, we assume that every employee did not all start using Outlook Calendar on Jan 1, 2009. Do not bother to review those earlier years as the mirroring should capture all of those. Again, however, please have NIAC instruct all employees not to delete or revise any calendar entries from these other years and that such is detectable.

Time Records -- These appear to be monthly summaries and not time records. Please produce the time record entries behind these. Mr. Elliott testified that formal time records began being kept in July or August of 2009 but that less formal records were kept before then. These summaries are obviously the same for the first half of the year and last half so cannot be either of those. Again, we repeat our request for the original time records upon which these summaries are

1

based. Also, Emily Blout was the legislative director for the first 5 months of the year and the IRS will require similar data on her lobbying time in order to accurately substantiate NIAC's lobbying calculations and taxes for 2009. Where are those?

2008 Amended Tax Return -- The lobbying expenses ($14,771) are clearly in summary form. Please produced the calculations and substantiation behind these figures and as required to be documented by the IRS.

Disney's Email to Parsi about Lobbying Laws -- At Emily Blout's deposition, she testified about an email or memo in July 2008 from Disney to Parsi and that was different from the July 23 memo marked as Ex. No. 7. We asked at the deposition that that be produced immediately. When can we expect to get that email/memo?

Blout Email to Iranian.com -- Thanks for sending her emails to Iranian.com. The attached one relates to the picture marked as Ex. 6. The others relate to another image (a cartoon). We did not inquire about that but would have had we had these emails. We reserve the right to continue her deposition on these emails (and her calendar entries). For the time being, however, we'd ask your agreement to attach noname-3.eml to the deposition as Ex. No. 29.

Please let me know good times to speak next week.

Thank you,

Tim

Tim Kapshandy
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312.853.7643
Cell: 219.670.0698
fax: 312.853.7036
tkapshan@sidley.com
http://www.sidley.com

---

**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Monday, December 28, 2009 9:41 PM
**To:** Kapshandy, Timothy E.
**Cc:** Afshin Pishevar
**Subject:** NIAC Discovery Materials

Tim,

Attached you'll find several of the items you had requested from us including the time sheets, outlook calender with records of meetings with (any) government officials and the Emily Blout emails. Please note that the schedule and time sheets material is still being assessed to see if there are additional reporting that is required. According to the government's reporting deadline, this is not yet due.

Regarding Babak Talebi's gmail account, please send us any specific emails which would suggest that we are missing something. We would then be able to look further in the specific areas that you're concerned about again. Thus, despite our strong conviction that we turned over everything, we would nonetheless being willing to assist you further in good faith.

I also attempted to contact Dr. Mansouri (per your request), but he has not returned my messages. I made sure to convey the urgency of the matter to him, but have yet to hear from him. I remind again that we do not represent him. Of course, if he does decide to contact me, I will keep you informed.

I also remind you that any relevant email from NIAC regarding Dr. Mansouri has already been turned over in discovery. Please recall that Dr. Mansouri left NIAC several months before the initiation of the suit. There might be some emails on his laptop that he took with him but (as both of us were told) the laptop broke down and was subsequently thrown away by Dr. Mansouri. Any/all communications that might be relevant to search has already been turned over to you.

I have attached a copy of NIAC's request to the IRS for the 501 h material. It was requested several weeks ago and the IRS informed them that at a MAXIMUM it would take 60 days. So there is a strong possibility that it will be delivered in January, at which point we will turn it over to you.

Finally, I've also included NIAC's amended tax return for 2008.

Please note that the production of the attached documents was extremely time consuming and was conducted during the christmas holiday break (when many people are out of town) - in good faith in order to satisfy your deadline. And, as I've mentioned earlier, AP and myself will be out of town/office till January 4, and have limited access to email. Yet, we would be more than willing to discuss any issues upon our return.

Hope you're enjoying the holidays.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347