| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 1 | CUSTODIAN | SUBJECT | DATESENT | LAST MODIFIED DA | ATTENDEES | OWNER |
| 2 | TP | CVG-DCA | 00/00/0000 | 5/11/2009 | Trita Parsi | |
| 3 | TP | Dag hjulin | 00/00/0000 | 8/20/2009 | | |
| 4 | TP | Gustav blix | 00/00/0000 | 8/20/2009 | | |
| 5 | TP | Fogo de chao | 00/00/0000 | 12/25/2009 | | |
| 6 | TP | Amideast japan scholars | 00/00/0000 | 9/24/2009 | | |
| 7 | TP | Hadi semati | 00/00/0000 | 11/18/2009 | | |
| 8 | TP | Copy: Meeting with Carol O'Reirden, JD on SBA issues | 00/00/0000 | 12/27/2009 | Emily Blout <eblout@niacouncil.org>; Trita | Emily Blout <eblout@niacounci |
| 9 | TP | Fogo de chao, Nakagawa,Koichi | 1/16/2009 | 1/28/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 10 | TP | Deputy Minister of Foreign Affairs Michael Ambühl | 1/27/2009 | 2/10/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 11 | TP | state Dep Briefing | 1/29/2009 | 2/24/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 12 | TP | Bengt o Jamal | 2/3/2009 | 2/10/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 13 | TP | Todd Scwartz | 2/9/2009 | 2/11/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 14 | TP | Maz Jobrani | 2/9/2009 | 4/28/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 15 | TP | Copy: Meeting with Jofi Joseph from CASEY regarding Iran hearings | 2/10/2009 | 12/27/2009 | Emily L Blout <eblout@niacouncil.org>; 'Trita Parsi, PhD' | Emily L Blout <eblout@niacounci l.org> |
| 16 | TP | Paolo cotta | 2/10/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 17 | TP | Fatemeh Haghighatjoo | 2/10/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 18 | TP | rich harper feinstein | 2/10/2009 | 2/12/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |

**EXHIBIT F**

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 19 | TP | Copy: Meeting w/ David McKean (SFRC) | 2/18/2009 | 12/27/2009 | David Elliott <delliott@niacouncil.org>; 'Trita Parsi, PhD' <tparsi@niacouncil.org>; 'Emily> | David Elliott <delliott@niacounil.org> |
| 20 | TP | ZURICH TO WASHINGTON (IAD) | 2/18/2009 | 2/18/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 21 | TP | 1-218-936-4700, 337682 | 2/24/2009 | 3/2/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 22 | TP | Ascot | 3/18/2009 | 4/2/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 23 | TP | Copy: Nakagawa,Koichi | 3/23/2009 | 12/27/2009 | Trita Parsi, PhD; David Elliott <delliott@niacouncil.org>; 'Trita Parsi, PhD' | Trita Parsi, PhD <tparsi@niacouncil. |
| 24 | TP | Meeting with Puneet Talwar | 3/25/2009 | 12/27/2009 | David Elliott <delliott@niacouncil.org> 'Trita Parsi, PhD' | David Elliott <delliott@niacounil.org> |
| 25 | TP | Cate - kucinich's office | 4/6/2009 | 12/27/2009 | tparsi@niacouncil.org; Trita Parsi <tp@tritaparsi.com> | tparsi@niacouncil.org |
| 26 | TP | Minister-Counselor Mr. Jesper Moller Sorensen | 4/8/2009 | 4/14/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 27 | TP | State Dep Reception | 4/15/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 28 | TP | SWISS EMBASSY | 4/15/2009 | 4/29/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 29 | TP | Fogo de chao with Koici | 4/21/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 30 | TP | alex dehghan and paolo cotta | 5/4/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 31 | TP | danish dips | 5/11/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 32 | TP | Puneet | 5/12/2009 | 5/15/2009 | | tparsi@niacouncil.org |
| 33 | TP | Copy: Robert rydberg | 5/25/2009 | 12/27/2009 | tparsi@niacouncil.org; Parsi <tp@tritaparsi.com> | tparsi@niacouncil.org |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 34 | TP | State Dep with Jillian Burns | 6/3/2009 | 12/25/2009 | | Trita Parsi, PhD |
| 35 | TP | British Embassy | 6/12/2009 | 6/24/2009 | | Trita Parsi, PhD |
| 36 | TP | Copy: Alex Dehgan | 6/16/2009 | 12/27/2009 | Patrick Disney <PDisney@niacouncil.org>; tparsi@niacouncil.org | Patrick Disney <PDisney@niacoun cil.org> |
| 37 | TP | Koici Nakagawa | 6/23/2009 | 12/25/2009 | | Trita Parsi, PhD |
| 38 | TP | Avi Eliyahu | 7/9/2009 | 12/27/2009 | Trita Parsi, PhD <tparsi@niacouncil.org> | Trita Parsi, PhD <tparsi@jhu.edu> |
| 39 | TP | Meeting w/ Perry Cammack (SFRC) | 9/10/2009 | 12/27/2009 | David Elliott (NIAC) <delliott@niacouncil.org>; tparsi@niacouncil.org | David Elliott (NIAC) <delliott@niacounc il.org> |
| 40 | TP | Talk with Mike Kuiken (Senate Armed Services) | 9/16/2009 | 12/27/2009 | Patrick Disney <PDisney@niacouncil.org>; tparsi@niacouncil.org | Patrick Disney <PDisney@niacoun cil.org> |
| 41 | TP | Meeting with Carl Levin | 9/22/2009 | 12/27/2009 | Patrick Disney <pdisney@niacouncil.org>; Trita Parsi | Patrick Disney <pdisney@niacoun cil.org> |
| 42 | TP | House Judiciary Committee mtg re: Persian Tablets | 9/22/2009 | 12/27/2009 | Patrick Disney <PDisney@niacouncil.org>; 'Trita Parsi, PhD' <tparsi@niacouncil.org>; | Patrick Disney <PDisney@niacoun cil.org> |
| 43 | TP | dinner | 10/2/2009 | 10/13/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 44 | TP | Copy: Swiss embassy Lunch | 10/7/2009 | 12/27/2009 | Trita Parsi <tparsi@jhu.edu>; Trita Parsi | Trita Parsi <tparsi@jhu.edu> |
| 45 | TP | Avi Eliyahu | 10/8/2009 | 12/27/2009 | Trita Parsi <tparsi@jhu.edu>; Trita Parsi | Trita Parsi |
| 46 | TP | Mr. Zhou Wenzhong Ambassador of China | 10/13/2009 | 11/6/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 47 | TP | Lars von Spreckelsen-Syberg | 10/15/2009 | 10/19/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 48 | TP | Paolo Cotta | 10/21/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 49 | TP | Sophia King (Meeks) | 10/21/2009 | 12/27/2009 | Patrick Disney <pdisney@niacouncil.org>; 'Trita Parsi | Patrick Disney <pdisney@niacoun cil.org> |
| 50 | TP | Meeting w Chairman Berman | 10/22/2009 | 12/27/2009 | David Elliott (NIAC) <delliott@niacouncil.org>; 'Trita Parsi, PhD' <tparsi@niacouncil.org>; Reza Firouzbakht <reza.firouzbakht@northwestni ac.org>; board@niacouncil.org; reza.firouzbakht@accenture.co m; | David Elliott (NIAC) <delliott@niacounc il.org> Reza Firouzbakht <reza.firouzbakht@ northwestniac.org> |
| 51 | TP | Copy: NIAC Board Meeting | 10/27/2009 | 12/27/2009 | julia.getsch@northwestniac.org | |
| 52 | TP | | 00/00/0000 | 00/00/0000 | | |
| 53 | TP | | 00/00/0000 | 00/00/0000 | | |
| 54 | TP | avi eliyahu | 12/15/2009 | 12/25/2009 | | Trita Parsi, PhD <tparsi@niacouncil. |
| 55 | TP | Copy: Planning for End-of-year donation letter | 12/18/2009 | 12/27/2009 | Sepideh Phalsaphie <sphalsaphie@niacouncil.org>; 'Trita Parsi, PhD' <tparsi@niacouncil.org>; 'Michelle Moghtader' | Sepideh Phalsaphie <sphalsaphie@niac ouncil.org> |
| 56 | TP | Erik Belfrage | 12/25/2009 | 12/25/2009 | | Babak Talebi <babaktalebi@gma |
| 57 | TP | Puneet at NSC | 12/25/2009 | 12/25/2009 | | Babak Talebi <babaktalebi@gma |
| 58 | TP | Puneet at NSC | 12/25/2009 | 12/25/2009 | | Babak Talebi <babaktalebi@gma |
| 59 | PD | Shai | 00/00/0000 | 7/29/2009 | | |
| 60 | PD | Next to normal | 00/00/0000 | 1/14/2009 | | |
| 61 | PD | Get stuff for thurs. | 00/00/0000 | 5/20/2009 | | |
| 62 | PD | Sen. Mitch McConnell; Agenda for 111th | 00/00/0000 | 1/22/2009 | | |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 63 | PD | Rep. Jim McGovern's Swearing-In Party | | | | Patrick Disney <PDisney@niacoun |
| 64 | PD | Copy: Senate Majority Welcome Reception | 1/5/2009 | 1/6/2009 | | Patrick Disney <PDisney@niacoun |
| 65 | PD | Copy: Pelosi reception | 1/5/2009 | 00/00/0000 | eblout@niacouncil.org | Patrick Disney <PDisney@niacoun |
| 66 | PD | Call Dan Adelstein re: incidents at sea bill (Conyers) | 1/13/2009 | 12/26/2009 / 1/13/2009 | eblout@niacouncil.org | Patrick Disney <PDisney@niacoun |
| 67 | PD | calls on Conyers Incidents - at Sea | 1/16/2009 | 1/16/2009 | | Patrick Disney <PDisney@niacoun |
| 68 | PD | Bret Rumbeck phone call | 1/22/2009 | 1/22/2009 | | Patrick Disney <PDisney@niacoun |
| 69 | PD | Senate meetings with Mike and Anthony | 1/29/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 70 | PD | Hill Meeting on Incidents-at-Sea | 2/3/2009 | 2/5/2009 | | Patrick Disney <PDisney@niacoun |
| 71 | PD | Annie Baker, (Roscoe Bartlett R-MD) | 2/13/2009 | 2/19/2009 | | Patrick Disney <PDisney@niacoun |
| 72 | PD | Emily's Akin meeting re incidents at sea | 2/17/2009 | 2/18/2009 | | Patrick Disney <PDisney@niacoun |
| 73 | PD | Copy: Meeting with THORNBERRY w/eric ham regarding incident at sea | 2/26/2009 | 12/26/2009 | Emily L Blout <eblout@niacounci l.org> 'Patrick Disney' | Emily L Blout <eblout@niacounci l.org> |
| 74 | PD | Mark Middaugh - Rick Larsen (D-Wash) | 3/3/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 75 | PD | Daniel Bristow | 3/18/2009 | 3/23/2009 | | Patrick Disney <PDisney@niacoun |
| 76 | PD | Niyara Mardamova | 3/18/2009 | 3/23/2009 | | Patrick Disney <PDisney@niacoun |
| 77 | PD | Shahin Rothermel | 3/18/2009 | 3/23/2009 | | Patrick Disney <PDisney@niacoun |
| 78 | PD | Ken Katzman - Elections in Iraq, Iran and Afghanistan | 3/19/2009 | 3/23/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 79 | PD | Cosgriff - Maritime Security Issues | 4/2/2009 | 4/6/2009 | | Patrick Disney <PDisney@niacoun |
| 80 | PD | CALL TIM TARPLEY | 4/3/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 81 | PD | Gary Woodward (Scott) | 4/7/2009 | 4/15/2009 | | Patrick Disney <PDisney@niacoun |
| 82 | PD | Sen. Jon Kyl (AZ), "Senate Perspectives on Iran and Missile Defense." | 4/8/2009 | 4/21/2009 | | Patrick Disney <PDisney@niacoun cil.org> |
| 83 | PD | elyse (Wolf) | 4/8/2009 | 4/15/2009 | | Patrick Disney <PDisney@niacoun |
| 84 | PD | Colleen (Flake) | 4/8/2009 | 4/15/2009 | | Patrick Disney <PDisney@niacoun |
| 85 | PD | Alex McKnight | 4/9/2009 | 4/9/2009 | | Patrick Disney <PDisney@niacoun |
| 86 | PD | Brian Diffel (Blunt-MO) | 4/13/2009 | 00/00/0000 | | Patrick Disney <PDisney@niacoun |
| 87 | PD | Copy: Kristen Smith - Rep. Denny Rehberg (R-MT) | 4/14/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; 'Patrick Disney' | David Elliott <delliott@niacounc il.org> |
| 88 | PD | Helen Hardin | 4/17/2009 | 4/21/2009 | | Patrick Disney <PDisney@niacoun |
| 89 | PD | Jessica Lawrence Payne (Sires-NJ) | 4/20/2009 | 4/21/2009 | | Patrick Disney <PDisney@niacoun |
| 90 | PD | Nick (Goodlatte) | 4/20/2009 | 4/21/2009 | | Patrick Disney <PDisney@niacoun |
| 91 | PD | Erin Fogelman (Wamp) | 4/21/2009 | 4/21/2009 | | Patrick Disney <PDisney@niacoun |
| 92 | PD | rj hoekstra | 4/23/2009 | 4/23/2009 | | Patrick Disney <PDisney@niacoun |
| 93 | PD | Wolf meeting prep | 4/24/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 94 | PD | Nassima | 4/28/2009 | 4/29/2009 | | Patrick Disney <PDisney@niacoun |
| 95 | PD | ron paul call re: INCSEA | 4/28/2009 | 4/28/2009 | | Patrick Disney <PDisney@niacoun |
| 96 | PD | Melissa (Bartlett) | 4/28/2009 | 5/16/2009 | | Patrick Disney <PDisney@niacoun |
| 97 | PD | Copy: Rich (Feinstein) | 4/28/2009 | 12/26/2009 | eblout@niacouncil.org | Patrick Disney <PDisney@niacoun |
| 98 | PD | Copy: Andrew (Baucus) | 4/28/2009 | 12/26/2009 | eblout@niacouncil.org | Patrick Disney <PDisney@niacoun |
| 99 | PD | Copy: Josh Kremer (Bond) | 4/29/2009 | 12/26/2009 | eblout@niacouncil.org | Patrick Disney <PDisney@niacoun |
| 100 | PD | Delahunt subcommittee hearing | 4/29/2009 | 4/30/2009 | | Patrick Disney <PDisney@niacoun |
| 101 | PD | Joel Shapiro (Wyden) | 4/29/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 102 | PD | Dan Stein (Tester) | 5/1/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 103 | PD | Ken Cummings (Van Hollen) | 5/1/2009 | 5/1/2009 | | Patrick Disney <PDisney@niacoun |
| 104 | PD | Brian Chelcun (Feingold) | 5/4/2009 | 5/4/2009 | | Patrick Disney <PDisney@niacoun |
| 105 | PD | Jennifer Prather (CHandler) | 5/4/2009 | 5/4/2009 | | Patrick Disney <PDisney@niacoun |
| 106 | PD | Meeting Richard, Alex, Elliott, Ayame, Jennifer | 5/8/2009 | 5/13/2009 | | Patrick Disney <PDisney@niacoun |
| 107 | PD | Hera Abbasi (Connoly) | 5/15/2009 | 6/3/2009 | | Patrick Disney <PDisney@niacoun |
| 108 | PD | Ploughshares event: Hagel, Gallucci, Douglas | 5/15/2009 | 5/20/2009 | | Patrick Disney <PDisney@niacoun |
| 109 | PD | Rebecca Heinrichs (Franks) | 5/27/2009 | 5/28/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 110 | PD | call Shai today | 5/28/2009 | 5/29/2009 | | Patrick Disney <PDisney@niacoun |
| 111 | PD | Call Hera | 5/28/2009 | 5/29/2009 | | Patrick Disney <PDisney@niacoun |
| 112 | PD | Shai | 5/29/2009 | 6/2/2009 | | Patrick Disney <PDisney@niacoun |
| 113 | PD | Hera Abbasi (Connoly) RESCHEDULE | 6/1/2009 | 6/5/2009 | | Patrick Disney <PDisney@niacoun |
| 114 | PD | Elsa Tung | 6/2/2009 | 6/5/2009 | | Patrick Disney <PDisney@niacoun |
| 115 | PD | Sophia (meeks) | 6/3/2009 | 6/9/2009 | | Patrick Disney <PDisney@niacoun |
| 116 | PD | Jason Harris (Hastings) | 6/3/2009 | 6/16/2009 | | Patrick Disney <PDisney@niacoun |
| 117 | PD | Rich Harper | 6/4/2009 | 6/9/2009 | | Patrick Disney <PDisney@niacoun |
| 118 | PD | Andrew Person | 6/4/2009 | 6/10/2009 | | Patrick Disney <PDisney@niacoun |
| 119 | PD | Copy: Alex Dehgan | 6/11/2009 | 12/26/2009 | Trita Parsi, PhD <tparsi@niacouncil.org> | Patrick Disney <PDisney@niacoun |
| 120 | PD | Greg Chaney (Rockefeller) | 6/14/2009 | 6/16/2009 | | Patrick Disney <PDisney@niacoun |
| 121 | PD | Brian (Feingold) | 6/26/2009 | 6/29/2009 | | Patrick Disney <PDisney@niacoun |
| 122 | PD | Doug Babcock (Brown) | 6/29/2009 | 6/30/2009 | | Patrick Disney <PDisney@niacoun |
| 123 | PD | Copy: PD-KC mtg | 7/6/2009 | 12/26/2009 | Kevin Cowl <kcowl@niacouncil.org> | Patrick Disney <PDisney@niacoun |
| 124 | PD | Shai | 7/6/2009 | 7/7/2009 | | Patrick Disney <PDisney@niacoun |
| 125 | PD | Vance Serchuk (Lieberman) | 7/8/2009 | 7/16/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 126 | PD | Morad Elmi | 7/13/2009 | 7/15/2009 | | Patrick Disney <PDisney@niacoun |
| 127 | PD | Kristin Smith | 7/13/2009 | 7/16/2009 | | Patrick Disney <PDisney@niacoun |
| 128 | PD | Markus Rose (Frank) | 7/13/2009 | 7/17/2009 | | Patrick Disney <PDisney@niacoun |
| 129 | PD | David Weil | 7/13/2009 | 7/14/2009 | | Patrick Disney <PDisney@niacoun |
| 130 | PD | Ayame Nagatani | 7/13/2009 | 7/20/2009 | | Patrick Disney <PDisney@niacoun |
| 131 | PD | Call Dan Adelstein | 7/14/2009 | 7/15/2009 | | Patrick Disney <PDisney@niacoun |
| 132 | PD | Hannah Brown (Sires) | 7/14/2009 | 7/15/2009 | | Patrick Disney <PDisney@niacoun |
| 133 | PD | Charlie Cromwell (Baucus) | 7/14/2009 | 7/20/2009 | | Patrick Disney <PDisney@niacoun |
| 134 | PD | Elyse Anderson (Wolf) | 7/15/2009 | 7/16/2009 | | Patrick Disney <PDisney@niacoun |
| 135 | PD | Call John Jones (Schumer) | 7/17/2009 | 7/20/2009 | | Patrick Disney <PDisney@niacoun |
| 136 | PD | Elliott Gillerman | 7/20/2009 | 7/20/2009 | | Patrick Disney <PDisney@niacoun |
| 137 | PD | call sherie brown | 7/20/2009 | 7/23/2009 | | Patrick Disney <PDisney@niacoun |
| 138 | PD | Copy: Alan Makovsky | 7/22/2009 | 12/26/2009 | Pdisney@niacouncil.org; David Elliott | Pdisney@niacounci l.org |
| 139 | PD | Brian Chelcun (Feingold) | 7/23/2009 | 7/24/2009 | | Patrick Disney <PDisney@niacoun |
| 140 | PD | email Cliff Stammerman | 7/30/2009 | 12/26/2009 | | Patrick Disney <PDisney@niacoun |
| 141 | PD | Cliff Stammerman | 8/3/2009 | 8/4/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 142 | PD | call brian diffel (blunt) re; Jennifer Douris | 8/6/2009 | 8/10/2009 | | Patrick Disney <PDisney@niacoun |
| 143 | PD | Jennifer Douris | 8/7/2009 | 8/10/2009 | | Patrick Disney <PDisney@niacoun |
| 144 | PD | call Don MacDonald | 8/11/2009 | 8/11/2009 | | Patrick Disney <PDisney@niacoun |
| 145 | PD | NSWG | 8/14/2009 | 12/26/2009 | | Patrick Disney <PDisney@niacoun |
| 146 | PD | lunch, Mikhail | 8/24/2009 | 8/28/2009 | | Patrick Disney <PDisney@niacoun |
| 147 | PD | Marvin | 8/26/2009 | 8/26/2009 | | Patrick Disney <PDisney@niacoun |
| 148 | PD | Don MacDonald | 9/1/2009 | 9/2/2009 | | Patrick Disney <PDisney@niacoun |
| 149 | PD | Copy: Mtg to discuss SWIPA | 9/8/2009 | 12/26/2009 | Pdisney@niacouncil.org; emily.blout@mail.house.gov; Shai Tamari | Pdisney@niacounci l.org |
| 150 | PD | Copy: FW: Meeting w/ Perry Cammack (SFRC) | 9/10/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; Pdisney@niacouncil.org | David Elliott <delliott@niacounc il.org> |
| 151 | PD | Copy: Talk with Mike Kuiken (Senate Armed Services) | 9/16/2009 | 12/26/2009 | Pdisney@niacouncil.org; Trita Parsi <tparsi@niacouncil.org> | Pdisney@niacounci l.org |
| 152 | PD | Copy: Keith Ellison | 9/16/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org> | Patrick Disney <PDisney@niacoun |
| 153 | PD | George Tagg (Rep. Tanner) | 9/18/2009 | 9/22/2009 | | Patrick Disney <PDisney@niacoun |
| 154 | PD | Call w Sophia King | 9/18/2009 | 9/25/2009 | | Patrick Disney <PDisney@niacoun |
| 155 | PD | call Dan Adelstein | 9/18/2009 | 9/24/2009 | | Patrick Disney <PDisney@niacoun |
| 156 | PD | Damian Murphy (Casey) | 9/21/2009 | 9/25/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 157 | PD | Elliot Gillerman | 9/21/2009 | 9/22/2009 | | Patrick Disney <PDisney@niacoun |
| 158 | PD | Copy: Meeting with Carl Levin | 9/22/2009 | 12/26/2009 | Pdisney@niacouncil.org; Trita Parsi <tparsi@niacouncil.org> | Pdisney@niacounci l.org |
| 159 | PD | Melody Reis (Lofgren) | 9/22/2009 | 9/23/2009 | | Patrick Disney <PDisney@niacoun |
| 160 | PD | Copy: House Judiciary Committee mtg re: Persian Tablets | 9/22/2009 | 12/26/2009 | Trita Parsi, PhD <tparsi@niacouncil.org>; delliott@niacouncil.org | Patrick Disney <PDisney@niacoun cil.org> |
| 161 | PD | Brian Chelcun | 9/25/2009 | 9/28/2009 | | Patrick Disney <PDisney@niacoun |
| 162 | PD | Andi Friedman calling re: Persp. | 9/30/2009 | 10/2/2009 | | Patrick Disney <PDisney@niacoun |
| 163 | PD | Call Scott Sudduth | 9/30/2009 | 10/2/2009 | | Patrick Disney <PDisney@niacoun |
| 164 | PD | Mikhail | 10/5/2009 | 10/15/2009 | | Patrick Disney <PDisney@niacoun |
| 165 | PD | Raffi Balian (Gillibrand) - BRING BOOK | 10/5/2009 | 10/7/2009 | | Patrick Disney <PDisney@niacoun |
| 166 | PD | Jessica Elledge (Chris Murphy) - BRING BOOK | 10/5/2009 | 10/6/2009 | | Patrick Disney <PDisney@niacoun |
| 167 | PD | Hannah Brown (Sires) | 10/5/2009 | 10/7/2009 | | Patrick Disney <PDisney@niacoun |
| 168 | PD | Paul Nadeau (Snowe) | 10/8/2009 | 10/13/2009 | | Patrick Disney <PDisney@niacoun |
| 169 | PD | Lautenberg Conference Call | 10/13/2009 | 10/21/2009 | | Patrick Disney <PDisney@niacoun |
| 170 | PD | Coffee with George | 10/16/2009 | 10/21/2009 | | Patrick Disney <PDisney@niacoun |
| 171 | PD | call w/ Ellison | 10/19/2009 | 10/19/2009 | | Patrick Disney <PDisney@niacoun |
| 172 | PD | Tauscher call | 10/20/2009 | 10/20/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 173 | PD | Flake | 10/20/2009 | 10/21/2009 | | Patrick Disney <PDisney@niacoun |
| 174 | PD | Copy: Sophia King (Meeks) | 10/21/2009 | 12/26/2009 | Pdisney@niacouncil.org; Trita Parsi <tparsi@niacouncil.org> | Pdisney@niacounci l.org |
| 175 | PD | Copy: Meeting w Chairman Berman | 10/22/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; Pdisney@niacouncil.org; Trita Parsi <tparsi@niacouncil.org> | David Elliott <delliott@niacounc il.org> |
| 176 | PD | Neal Orringer (Dodd) | 10/23/2009 | 10/26/2009 | | Patrick Disney <PDisney@niacoun |
| 177 | PD | Zahir / Ellison | 10/23/2009 | 12/26/2009 | | Patrick Disney <PDisney@niacoun |
| 178 | PD | Copy: Meeting with Assad at Bill Pascrell's office | 10/27/2009 | 12/26/2009 | Michelle Moghtader <mmoghtader@niacouncil.org> ; 'Patrick Disney' ; pdisney@niacouncil.org> | Michelle Moghtader <mmoghtader@nia council.org> |
| 179 | PD | Copy: Meeting with Nathan Davern (Burris) | 11/16/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; Jamal Abdi <jabdi@niacouncil.org>; | David Elliott <delliott@niacounc il.org> |
| 180 | PD | Zahir | 11/16/2009 | 11/17/2009 | | Patrick Disney <PDisney@niacoun |
| 181 | PD | Christmas Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 182 | PD | Christmas Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 183 | PD | Christmas Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 184 | PD | Christmas Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 185 | PD | Christmas Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 186 | PD | Christmas Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 187 | PD | Columbus Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 188 | PD | Columbus Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 189 | PD | Columbus Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 190 | PD | Easter Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 191 | PD | Easter Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 192 | PD | Easter Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 193 | PD | Easter Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 194 | PD | Election Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 195 | PD | Election Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 196 | PD | Election Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 197 | PD | Father's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 198 | PD | Father's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 199 | PD | Father's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 200 | PD | Flag Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 201 | PD | Flag Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 202 | PD | Flag Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 203 | PD | Flag Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 204 | PD | Groundhog Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 205 | PD | Groundhog Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 206 | PD | Groundhog Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 207 | PD | Halloween | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 208 | PD | Halloween | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 209 | PD | Halloween | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 210 | PD | Independence Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 211 | PD | Independence Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 212 | PD | Independence Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 213 | PD | Labor Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 214 | PD | Labor Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 215 | PD | Labor Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 216 | PD | Lincoln's Birthday | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 217 | PD | Lincoln's Birthday | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 218 | PD | Lincoln's Birthday | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 219 | PD | Martin Luther King Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 220 | PD | Martin Luther King Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 221 | PD | Martin Luther King Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 222 | PD | Memorial Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 223 | PD | Memorial Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 224 | PD | Memorial Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 225 | PD | Memorial Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 226 | PD | Mother's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 227 | PD | Mother's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 228 | PD | Mother's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 229 | PD | Mother's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 230 | PD | New Year's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 231 | PD | New Year's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 232 | PD | New Year's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 233 | PD | New Year's Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 234 | PD | New Year's Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 235 | PD | New Year's Eve | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 236 | PD | Saint Patrick's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 237 | PD | Saint Patrick's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 238 | PD | Saint Patrick's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 239 | PD | Saint Patrick's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 240 | PD | Tax Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 241 | PD | Tax Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 242 | PD | Tax Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 243 | PD | Tax Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 244 | PD | Thanksgiving Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 245 | PD | Thanksgiving Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 246 | PD | Thanksgiving Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 247 | PD | Valentine's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 248 | PD | Valentine's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |
| 249 | PD | Valentine's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney<br><PDisney@niacoun |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 250 | PD | Veteran's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 251 | PD | Veteran's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 252 | PD | Veteran's Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 253 | PD | Administrative Professionals Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 254 | PD | Administrative Professionals Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 255 | PD | Administrative Professionals Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 256 | PD | Administrative Professionals Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 257 | PD | Presidents' Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 258 | PD | Presidents' Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 259 | PD | Presidents' Day | 11/16/2009 | 11/16/2009 | | Patrick Disney <PDisney@niacoun |
| 260 | PD | Copy: Policy Meeting | 11/23/2009 | 12/26/2009 | Jamal Abdi <JAbdi@niacouncil.org>; David Elliott <delliott@niacouncil.org>; | Jamal Abdi <JAbdi@niacouncil. org> |
| 261 | PD | Shai /Moran | 11/24/2009 | 12/26/2009 | | Patrick Disney <PDisney@niacoun |
| 262 | PD | Mikhail | 12/2/2009 | 12/10/2009 | | Patrick Disney <PDisney@niacoun |
| 263 | EB | Meet with Rebecca Hummel from state dept | 00/00/0000 | 1/9/2009 | | |
| 264 | EB | Meet with Brian Chelcun from FIENGOLD for coffee | 00/00/0000 | 1/9/2009 | | |
| 265 | EB | Coffee with Oliver Wilcox | 00/00/0000 | 1/16/2009 | | |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 266 | EB | Meeting with Andy Wright from national security subcommittee | 00/00/0000 | 2/17/2009 | | |
| 267 | EB | Meet with Dave Turk | 00/00/0000 | 2/23/2009 | | |
| 268 | EB | Meet with Andy from Teirney | 00/00/0000 | 2/19/2009 | | |
| 269 | EB | Connolly st. Patrick day straw pole | 00/00/0000 | 3/18/2009 | | |
| 270 | EB | Call Mike from Conyers | 00/00/0000 | 3/18/2009 | | |
| 271 | EB | Lunch with J from Meeks office | 1/5/2009 | 1/7/2009 | | Emily L Blout |
| 272 | EB | Kissell (NC-8) | 1/5/2009 | 1/7/2009 | | Emily L Blout |
| 273 | EB | Call Shane Maharj from Filner re Conyers resolution | 1/13/2009 | 1/15/2009 | | Emily L Blout <eblout@niacounci l.org> |
| 274 | EB | Copy: Meet with Diane from HIRANO | 1/16/2009 | 12/26/2009 | Emily Blout <eblout@niacouncil.org>; Raisdana | Emily Blout <eblout@niacounci l.org> |
| | | | | | Aisan Raisdana | Aisan Raisdana |
| 275 | EB | Copy: Annemarie Chotvacs from WOLF on dem fund | 1/16/2009 | 12/26/2009 | <araisdana@niacouncil.org>; Emily Blout | <araisdana@niacou ncil.org> |
| | | | | | Aisan Raisdana | Aisan Raisdana |
| 276 | EB | Copy: Sarah Trister from OLVER on dem fund | 1/16/2009 | 12/26/2009 | <araisdana@niacouncil.org>; Emily Blout | <araisdana@niacou ncil.org> |
| 277 | EB | Meeting with Jim Moran-Constituent meeting | 1/16/2009 | 12/26/2009 | | Emily L Blout <eblout@niacounci l.org> |
| 278 | EB | Meet with Ryan McKeanon from GIFFORDS re resolution | 1/16/2009 | 1/26/2009 | | Emily L Blout <eblout@niacounci l.org> |
| | | | | | Aisan Raisdana | Aisan Raisdana |
| 279 | EB | Copy: Emily meeting- annemarie chotvacs LA for congressman wolf | 1/21/2009 | 12/26/2009 | <araisdana@niacouncil.org>; Emily Blout | <araisdana@niacou ncil.org> |
| 280 | EB | meet with Bill Gould about Progressive Caucus agenda | 1/22/2009 | 1/26/2009 | | Emily L Blout <eblout@niacounci l.org> |
| 281 | EB | Meet for coffee with Aaron from MATHESON | 1/26/2009 | 1/29/2009 | | Emily L Blout <eblout@niacounci l.org> |
| 282 | EB | Constituent meeting with Connelly | 1/26/2009 | 2/17/2009 | | Emily L Blout |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 283 | EB | Lunch with Brian Chelcon from FEINGOLD (Bring copy of Trita's book and Resume) | | | | Emily L Blout <eblout@niacounci l.org> |
| 284 | EB | Meeting with Christos from LEE (interformational) | 1/27/2009 | 1/29/2009 | | Emily L Blout <eblout@niacounci l.org> |
| 285 | EB | Meeting with Diana Millet from New century Foundation | 1/29/2009 | 1/30/2009 | | Emily L Blout <eblout@niacounci |
| 286 | EB | Call with Todd Schwartz on Interests Section | 2/3/2009 | 2/6/2009 | | Emily L Blout <eblout@niacounci |
| 287 | EB | Copy: Meeting with Jofi Joseph from CASEY regarding Iran hearings | 2/9/2009 | 12/26/2009 | Emily Blout <eblout@niacouncil.org>; Trita | Emily Blout <eblout@niacounci |
| 288 | EB | meet with Alex Degan | 2/10/2009 | 2/11/2009 | | Emily L Blout <eblout@niacounci |
| 289 | EB | Copy: Meeting with Justin Johnson and Matt Dunlay from AKIN | 2/11/2009 | 12/26/2009 | Emily Blout <eblout@niacouncil.org>; Eric Ham <eric@3dsecurity.org>; David Elliott <delliott@niacouncil.org>; Emily Blout | Emily Blout <eblout@niacounci l.org> |
| 290 | EB | Copy: Meeting w/ David McKean (SFRC) | 2/18/2009 | 12/26/2009 | <eblout@niacouncil.org>; Trita | David Elliott <delliott@niacounc il.org> |
| 291 | EB | meeting with markus rose | 2/20/2009 | 2/23/2009 | | Emily L Blout |
| 292 | EB | meeting with Christos | 2/20/2009 | 2/23/2009 | | Emily L Blout |
| 293 | EB | meeting with bill from PC | 2/20/2009 | 2/23/2009 | | Emily L Blout |
| 294 | EB | Copy: Meeting with THORNBERRY w/eric ham regarding incident at | 2/23/2009 | 12/26/2009 | Patrick Disney <PDisney@niacouncil.org> | Emily L Blout <eblout@niacounci |
| 295 | EB | Copy: Meeting with Chairman Howard Berman | 3/3/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; 'Trita Parsi, PhD' | David Elliott <delliott@niacounc il.org> |
| 296 | EB | Copy: Conference call with Dan McGlinchey, Jim Segal regarding hearing Thursday | 3/10/2009 | 12/26/2009 | 'Trita Parsi, PhD' <tparsi@niacouncil.org> | Emily L Blout <eblout@niacounci l.org> |
| 297 | EB | See sophia??? | 3/12/2009 | 3/13/2009 | | Emily L Blout |
| 298 | DE | Moran/Nye | 00/00/0000 | 12/16/2009 | | |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 299 | DE | | 00/00/0000 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; | David Elliott <delliott@niacounc il.org> |
| 300 | DE | Copy: Flight 4040 / Leave for flight | 00/00/0000 | 12/26/2009 | David Elliott | |
| 301 | DE | Meeting with Justin Johnson and Matt Dunlay from AKIN | 2/17/2009 | 12/26/2009 | Emily L Blout <eblout@niacouncil.org>; 'David Elliott' <delliott@niacouncil.org>; Eric | Emily L Blout <eblout@niacounc l.org> |
| 302 | DE | Meeting w/ Annie Baker (Roscoe Bartlett) | 2/18/2009 | 4/23/2009 | | David Elliott <delliott@niacounc il.org> |
| 303 | DE | Rep. Thornberry Meeting | 2/24/2009 | 4/23/2009 | | David Elliott <delliott@niacounc il.org> |
| 304 | DE | Rick Larsen | 3/4/2009 | 4/23/2009 | | David Elliott <delliott@niacounc il.org> |
| 305 | DE | Vice Admiral Kevin J. Cosgriff | 4/3/2009 | 4/6/2009 | | David Elliott <delliott@niacounc il.org> |
| 306 | DE | Lex Pauslon - Rep. Jim Himes (CT-04) | 4/6/2009 | 12/26/2009 | Emily L Blout <eblout@niacouncil.org> | David Elliott <delliott@niacounc il.org> |
| 307 | DE | Kristen Smith - Rep. Denny Rehberg (R-MT) | 4/8/2009 | 12/26/2009 | Patrick Disney <PDisney@niacouncil.org> | David Elliott <delliott@niacounc il.org> |
| 308 | DE | Andreas Mueller - Rep. Glenn Nye (VA-02) | 4/9/2009 | 12/26/2009 | Emily L Blout <eblout@niacouncil.org>; Patrick Disney <PDisney@niacouncil.org>; | David Elliott <delliott@niacounc il.org> |
| 309 | DE | Erin Fogelman (Wamp) | 4/13/2009 | 12/26/2009 | 'David Elliott' | Patrick Disney <PDisney@niacoun cil.org> |
| 310 | DE | Sean Welch (Robert Wittman VA01) | 4/20/2009 | 5/22/2009 | | David Elliott <delliott@niacounc il.org> |
| 311 | DE | Lorissa Bounds (Brian Bilbray - CA50) | 4/21/2009 | 5/22/2009 | | David Elliott <delliott@niacounc il.org> |
| 312 | DE | Jessica Moore - Tom Rooney (FL-16) | 4/21/2009 | 4/28/2009 | | David Elliott <delliott@niacounc il.org> |
| 313 | DE | Toni-Marie Calabrese - John Boozman (AR03) | 4/23/2009 | 4/28/2009 | | David Elliott <delliott@niacounc il.org> |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 314 | DE | Leg Strategy Mtg | 5/5/2009 | 5/22/2009 | | David Elliott <delliott@niacounc |
| 315 | DE | Exploring UChicago Collaboration w/ Scott Sudduth | 5/7/2009 | 12/26/2009 | PDisney@niacouncil.org; Trita Parsi, PhD | David Elliott <delliott@niacounc |
| 316 | DE | Meeting with Mikell Brough-Stevenson | 6/3/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 317 | DE | Persepolis Meeting with UMichigan & Harvard | 6/3/2009 | 12/26/2009 | David Elliott <delliott@niacouncil.org>; Patrick Disney <pdisney@niacouncil.org>; | David Elliott <delliott@niacounc il.org> |
| 318 | DE | Meet w/ Ms. Stephanie Gidigbi - Donald Payne (D-NJ-10) | 6/5/2009 | 12/14/2009 | | David Elliott <delliott@niacounc |
| 319 | DE | Brian Miller - Gregg | 6/10/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 320 | DE | Orin Hatch | 6/10/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 321 | DE | Will White - Jeff Merkley | 6/10/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 322 | DE | Pablo Duran - Tom Udall | 6/10/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 323 | DE | Kreikemeier, Chad (Shaheen) | 6/11/2009 | 6/22/2009 | | David Elliott <delliott@niacounc |
| 324 | DE | Devereux, Nicholas (Warner) | 6/15/2009 | 6/26/2009 | | David Elliott <delliott@niacounc |
| 325 | DE | Reed Ryan (Hatch) | 7/9/2009 | 12/14/2009 | | David Elliott <delliott@niacounc |
| 326 | DE | Sean Welch (Wittman) | 7/9/2009 | 12/14/2009 | | David Elliott <delliott@niacounc |
| 327 | DE | Brian Miller (Gregg) | 7/9/2009 | 12/14/2009 | | David Elliott <delliott@niacounc |
| 328 | DE | Will White (Merkley) | 7/10/2009 | 12/14/2009 | | David Elliott <delliott@niacounc |

| # | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 329 | DE | | | 12/14/2009 | | David Elliott <delliott@niacounc |
| 330 | DE | Mikell Brough (Nye) | 7/13/2009 | | Patrick Disney <PDisney@niacouncil.org>; 'David Elliott' | Patrick Disney <PDisney@niacoun cil.org> |
| 331 | DE | Alan Makovsky | 7/27/2009 | 12/26/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 332 | DE | Meeting w/ Scott Sudduth | 8/7/2009 | 12/26/2009 | | David Elliott (NIAC) <delliott@niacounc |
| | DE | Follow up with Brian (Gregg) | 8/14/2009 | 12/14/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 333 | DE | Reed Ryan (Hatch) | 8/21/2009 | 8/25/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 334 | DE | Brian Miller (Gregg) | 9/9/2009 | 9/11/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 335 | DE | Will White (Merkley) | 9/10/2009 | 9/15/2009 | | David Elliott (NIAC) <delliott@niacounc |
| | | | | 12/26/2009 | Patrick Disney <PDisney@niacouncil.org>; 'David Elliott' | Patrick Disney <PDisney@niacoun cil.org> |
| 336 | DE | Copy: Keith Ellison | 9/17/2009 | 12/26/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 337 | DE | Bevin Cherot (Abercrombie) | 9/18/2009 | 9/29/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 338 | DE | Rep. Zoe Lofgren (Melody Reis) | 9/22/2009 | 9/29/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 339 | DE | Rep. David Price (Asher Hildebrand - LD) | 9/22/2009 | 9/29/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 340 | DE | Nate Tipton (Rep. Donna Edwards) | 9/28/2009 | 10/1/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 341 | DE | Mariana Osorio (Lynch) | 10/9/2009 | 10/14/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 342 | DE | Meet with Stacie Oliver (Corker) | 10/15/2009 | 10/20/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 343 | DE | Meeting with Scott Martin (Warner) | 10/16/2009 | 10/19/2009 | | David Elliott (NIAC) <delliott@niacounc |

| | B | C | D | G | H | I |
|---|---|---|---|---|---|---|
| 344 | DE | Meeting w Algene Sajery (Clarke) | 10/22/2009 | 11/3/2009 | | David Elliott (NIAC) <delliott@niacounc |
| 345 | DE | Copy: Meeting with Nathan Davern (Burris) | 10/28/2009 | 12/26/2009 | pdisney@niacouncil.org | David Elliott (NIAC) <delliott@niacounc |