IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI**<br><br>and<br><br>**NATIONAL IRANIAN AMERICAN COUNCIL**<br><br>Plaintiffs,<br><br>v.<br><br>**DAIOLESLAM SEID HASSAN**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil No. 08 CV 00705 (JDB)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs, Trita Parsi and the National Iranian American Council, and Defendant Daioleslam Seid Hassan, through their respective undersigned counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby file this Second Joint Consent Motion respectfully requesting that this Court amend the Scheduling Order in this matter to extend the discovery deadline until June 11, 2010, to extend the deadline for filing dispositive motions to July 30, 2010, with responses to be filed by not later than August 27, 2010, and replies filed by September 10, 2010. The parties also request that the deadline for the exchange of expert witness reports be extended until April 16, 2010, and that the Status Conference currently scheduled for March 16, 2010, be continued until June 15, 2010. As support for this Motion, the parties respectfully refer this Court to the attached Memorandum of Points and Authorities.

|  |  |
|---|---|
| /s/ | /s/ |
| A.P. Pishevar (D.C. Bar No. 451015) | Timothy E. Kapshandy (Illinois Bar No. |
| Jefferson Plaza, Suite 316 | 6180926, admitted *pro hac vice*) |
| 600 East Jefferson Street | Bradford A. Berenson (D.C. Bar No. 441981) |
| Rockville, Maryland 20850 | HL Rogers (D.C. Bar No. 974462) |
| (301) 279-8773 | Peter G. Jensen (D.C. Bar No. 982599) |
| AP@pishevarlegal.com | Sidley Austin LLP |
|  | 1501 K Street, N.W. |
| *Attorney for Plaintiffs Trita Parsi and the* | Washington, D.C.  20005 |
| *National Iranian American Council* | (202) 736-8000 |
|  | hrogers@sidley.com |

*Attorneys for Defendant Daioleslam Seid Hassan*

Respectfully submitted,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

In support of the foregoing Motion, the parties state as follows:

1. Pursuant to the initial Scheduling Order, discovery was to be completed by September 10, 2009, and expert reports and information were to be exchanged pursuant to Rule 26(a)(2). Dispositive motions were to be filed by October 22, 2009, with all responses thereto filed by not later than November 23, 2009, and replies filed by December 7, 2009.

2. Pursuant to the Joint Consent Motion to Amend the Scheduling Order, discovery was to be completed by March 30, 2010, and expert reports and information were to be exchanged pursuant to Rule 26(a)(2). Dispositive motions were to be filed by April 22, 2010, with all responses thereto filed by not later than May 23, 2010 and replies filed by June 7, 2010.

3. Discovery has again been delayed due to unforeseeable challenges.

4. The parties are currently still attempting to resolve this matter in good faith and believe that this extension will facilitate the efficient resolution of discovery.

5. The parties therefore respectfully request that the Court amend the Scheduling order in this matter in the manner set forth in the attached proposed order. Specifically, the parties request that the discovery deadline be extended by three months from March 10, 2010, until June 11, 2010, that the deadline for the exchange of expert witness reports be extended until April 16, 2010, that the deadline for the filing of any dispositive motions be extended from April 22, 2010, until July 30, 2010, with all responses thereto to be filed by August 27, 2010, and replies to be filed by September 10, 2010. The parties also request that the Status Conference currently scheduled for March 16, 2010, be continued until June 15, 2010.

Respectfully submitted,

/s/
A.P. Pishevar (D.C. Bar No. 451015)
Jefferson Plaza, Suite 316
600 East Jefferson Street
Rockville, Maryland 20850
(301) 279-8773
AP@pishevarlegal.com

*Attorney for Plaintiffs Trita Parsi and the National Iranian American Council*

/s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

*Attorneys for Defendant Daioleslam Seid Hassan*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** )<br>)<br>**and** )<br>)<br>**NATIONAL IRANIAN AMERICAN COUNCIL** )<br>)<br>      **Plaintiffs,** )<br>)<br>      **v.** )<br>)<br>**DAIOLESLAM SEID HASSAN** )<br>)<br>      **Defendant.** )<br>) | **Civil No. 08 CV 00705 (JDB)** |

## ORDER

Upon consideration of the parties' Second Joint Motion to Amend the Scheduling Order, it is this _____ day of March, 2010;

ORDERED, that the parties' Joint Consent Motion to Amend the Scheduling Order is hereby GRANTED; and it is further;

ORDERED, that the Scheduling Order is hereby amended to reflect the following deadlines:

| | |
|---|---|
| Deadline for the Exchange of Expert Witness Reports | April 16, 2010 |
| Discovery Deadline | June 11, 2010 |
| Deadline for the Filing of Dispositive Motions | July 30, 2010 |
| Deadline for the Filing of Responses to Dispositive Motions | August 27, 2010 |
| Deadline for the Filing of Replies to Dispositive Responses | September 10, 2010 |

ORDERED, that the Status Conference currently scheduled for March 16, 2010, be continued until June 15, 2010.

SO ORDERED.

JOHN D. BATES<br>United States District Judge

CC:

A.P. Pishevar
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com

Attorney for Plaintiffs

Bradford A. Berenson
HL Rogers
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant

Timothy E. Kapshandy
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7643
tkapshandy@sidley.com

Attorney for Defendant