UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, | ) |
| and | ) |
| NATIONAL IRANIAN AMERICAN COUNCIL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| HASSAN SEID DAIOLESLAM | ) |
| Defendant. | ) |

## PLAINTIFFS' MOTION FOR LIMITED ADMISSION
## OF ADRIAN V. NELSON, II, PRO HAC VICE

Undersigned attorney Afshin Pishevar, a member of the U.S. District Court for the District of Columbia since 1999, hereby moves the Court to admit, *pro hac vice*, Adrian V. Nelson, II, Esquire, to represent the Plaintiffs in the above-captioned case.

Adrian V. Nelson, II is an attorney in good standing. He was admitted to the State Bar of Maryland on December 16, 1992; to the United States District Court for the District of Maryland in 1993; and to the United States Court of Appeals for the Fourth Circuit in 2001. His Bar Number in the U.S. District Court for the District of Maryland is 11371. Mr. Nelson received his Juris Doctor (J.D.) degree from the Marshall-Wythe School of Law at the College of William and Mary in May 1992.

An appropriate Order accompanies this Motion.

Respectfully submitted,

By: /s/
A.P. Pishevar (D.C. Bar No. 451015)
*PISHEVAR & ASSOCIATES, LLP*
600 East Jefferson Street
Jefferson Plaza, Suite 316
Rockville, Maryland 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, </br></br> and </br></br> NATIONAL IRANIAN AMERICAN COUNCIL </br></br> Plaintiffs, </br></br> v. </br></br> SEID HASSAN DAIOLESLAM </br></br> Defendant. | Civil Action No. 08 CV 00705 (JDB) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Limited Admission of Adrian V. Nelson, II, *Pro Hac Vice*, filed by Afshin Pishevar, and there appearing good cause shown, it is hereby on this _____ day of March, 2010,

**ORDERED** that Adrian V. Nelson, II, is admitted *pro hac vice* in the above-captioned matter for the purpose of representing Plaintiff.

                                                    _____
                                                    The Honorable John D. Bates, Judge
                                                    United States District Court