UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, | ) |
| | ) |
| and | ) |
| | ) |
| NATIONAL IRANIAN AMERICAN COUNCIL | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| SEID HASSAN DAIOLESLAM | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ADRIAN V. NELSON, II

I, ADRIAN V. NELSON, II, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. My full name is Adrian V. Nelson, II.

2. The following is my office address and telephone number:

    LAW OFFICES OF ADRIAN V. NELSON, II
    600 East Jefferson Street
    Jefferson Plaza, Suite 316
    Rockville, MD 20852
    301-424-6770.

3. The following is a list of all of the bars to which I have been admitted:

    A. State Bar of Maryland (1992)

    B. U.S. Dist. Court for the Dist. of Maryland (1993)

    C. U.S. Court of Appeals for the 4th Circuit (2001)

4. I have been disciplined only once by any bar, the State Bar of Maryland. On that occasion, I was disciplined for a small overdraft, of less than fifty dollar ($50.00), that occurred in

my client trust account. However, I am presently in good standing with the State Bar of Maryland, which is evidenced by the attached Certificate of Good Standing from the State Bar of Maryland. (*See* Attachment A to Declaration.)

5. I have not been admitted *pro hac vice* to the U.S. District Court for the District of Columbia since December 2008.

6. I am not engaged in the practice of law from an office in the District of Columbia, I am not a member of the District of Columbia Bar, and I have no application pending for membership in the District of Columbia Bar. However, I do plan to seek admission to the District of Columbia bar in the next six (6) months.

The foregoing facts are true and correct to the best of my knowledge and belief.

_____          3/10/10
Adrian V. Nelson, II                                       Date