## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **TRITA PARSI** | ) |
| | ) |
| **and** | ) |
| | ) |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **Civil No. 08 CV 00705 (JDB)** |
| **v.** | ) |
| | ) |
| **DAIOLESLAM SEID HASSAN** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

---

## THIRD JOINT CONSENT MOTION TO
## AMEND THE SCHEDULING ORDER

Plaintiffs, Trita Parsi and the National Iranian American Council, and Defendant Daioleslam Seid Hassan, through their respective undersigned counsel and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby file this Third Joint Consent Motion respectfully requesting that this Court amend the Scheduling Order in this matter to extend the deadline for the exchange of expert witness reports until May 10, 2010.  The Second Joint Consent Motion to Amend the Scheduling Order, filed March 9, 2010, requested an extension until April 16, 2010; upon further deliberation, the parties believe that an extension until May 10, 2010, would be more appropriate.  As support for this Motion, the parties respectfully refer this Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| A.P. Pishevar (D.C. Bar No. 451015) | Timothy E. Kapshandy (Illinois Bar No. |
| Jefferson Plaza, Suite 316 | 6180926, admitted *pro hac vice*) |
| 600 East Jefferson Street | Bradford A. Berenson (D.C. Bar No. 441981) |
| Rockville, Maryland 20850 | HL Rogers (D.C. Bar No. 974462) |
| (301) 279-8773 | Peter G. Jensen (D.C. Bar No. 982599) |
| AP@pishevarlegal.com | Sidley Austin LLP |
| | 1501 K Street, N.W. |
| ***Attorney for Plaintiffs Trita Parsi and the*** | Washington, D.C.  20005 |
| ***National Iranian American Council*** | (202) 736-8000 |
| | hrogers@sidley.com |

***Attorneys for Defendant Daioleslam Seid Hassan***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 08 CV 00705 (JDB)** |
| | ) | |
| **DAIOLESLAM SEID HASSAN** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT CONSENT MOTION TO AMEND THE SCHEDULING ORDER</u>

In support of the foregoing Motion, the parties state as follows:

1.    Pursuant to the initial Scheduling Order, discovery was to be completed by September 10, 2009, and expert reports and information were to be exchanged pursuant to Rule 26(a)(2).  Dispositive motions were to be filed by October 22, 2009, with all responses thereto filed by not later than November 23, 2009, and replies filed by December 7, 2009.

2.    Pursuant to the Joint Consent Motion to Amend the Scheduling Order, discovery was to be completed by March 30, 2010, and expert reports and information were to be exchanged pursuant to Rule 26(a)(2).  Dispositive motions were to be filed by April 22, 2010, with all responses thereto filed by not later than May 23, 2010 and replies filed by June 7, 2010.

3.      On March 9, 2010, the parties filed the Second Joint Consent Motion to Amend
        the Scheduling Order, which requested that the Court amend the Scheduling
        Order in this matter to extend the discovery deadline until June 11, 2010; the
        deadline for the exchange of expert reports until April 16, 2010; and the deadline
        for the filing of any dispositive motions until July 30, 2010, with all responses
        thereto to be filed by August 27, 2010, and replies to be filed by September 10,
        2010.  The parties also requested that the Status Conference currently scheduled
        for March 16, 2010, be continued until June 15, 2010.

4.      Upon further deliberation, the parties believe that an extension of the deadline for
        the exchange of expert witness reports until May 10, 2010, would be more
        appropriate.

5.      This request for a further extension is due to delays in discovery caused by
        unforeseeable challenges.

6.      The parties are currently attempting to resolve these challenges in good faith and
        believe that this extension would facilitate the efficient resolution of discovery.

7.      The parties therefore respectfully request that the Court amend the Scheduling
        Order in this matter in the manner set forth in the attached proposed order.
        Specifically, the parties request that the deadline for the exchange of expert
        witness reports be extended until May 10, 2010.  The parties reaffirm all other
        requests made in the Second Joint Consent Motion to Amend the Scheduling
        Order, filed on March 9, 2010.

Respectfully submitted,

|  |  |
|---|---|
| /s/ | /s/ |
| A.P. Pishevar (D.C. Bar No. 451015) | Timothy E. Kapshandy (Illinois Bar No. |
| Jefferson Plaza, Suite 316 | 6180926, admitted *pro hac vice*) |
| 600 East Jefferson Street | Bradford A. Berenson (D.C. Bar No. 441981) |
| Rockville, Maryland 20850 | HL Rogers (D.C. Bar No. 974462) |
| (301) 279-8773 | Peter G. Jensen (D.C. Bar No. 982599) |
| AP@pishevarlegal.com | Sidley Austin LLP |
|  | 1501 K Street, N.W. |
| ***Attorney for Plaintiffs Trita Parsi and the*** | Washington, D.C.  20005 |
| ***National Iranian American Council*** | (202) 736-8000 |
|  | hrogers@sidley.com |
|  |  |
|  | ***Attorneys for Defendant Daioleslam Seid*** |
|  | ***Hassan*** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

      Upon consideration of the parties' Third Joint Motion to Amend the Scheduling Order, it

is this _____ day of April, 2010;

      ORDERED, that the parties' Third Joint Consent Motion to Amend the Scheduling Order

is hereby GRANTED; and it is further;

      ORDERED, that the Scheduling Order is hereby amended to reflect the following

deadlines:

      Deadline for the Exchange of Expert Witness Reports      May 10, 2010

      SO ORDERED.

                             _____
                                    JOHN D. BATES
                             United States District Judge

CC:

A.P. Pishevar
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com

Attorney for Plaintiffs


Bradford A. Berenson
HL Rogers
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant


Timothy E. Kapshandy
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7643
tkapshandy@sidley.com

Attorney for Defendant