IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 08 CV 00705 (JDB) |
| v. ) | |
| ) | |
| HASSAN SEID DAIOLESLAM, ) | |
| ) | |
| Defendant ) | |

## PLAINTIFFS' NOTICE OF FILING EXPERT WITNESS DISCLOSURE

Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "Plaintiffs"), through their undersigned counsel, and pursuant to the Court's Scheduling Order, hereby file their Notice of Filing Expert Witness Disclosure.

Respectfully submitted,

/S/
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>HASSAN SEID DAIOLESLAM,<br><br>Defendant | Civil No. 08 CV 00705 (JDB) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, pursuant to the United States District Court for the District of Columbia Rules, that on this 10th day of May, 2010, I mailed a copy of Plaintiffs' Notice of Filing Expert Witness Disclosure, Expert Witness Disclosure, the Expert Witness Report of Dr. Joel N. Morse, and the Expert Witness Report of Colonel Sam Gardiner, via first class, U.S. mail, postage prepaid to counsel for the defendant:

HL Rogers, Esquire
Sidley Austin, LLP
1501 K. Street, N.W.
Washington, D.C. 20005

Respectfully Submitted,

/S/
Adrian V. Nelson, II

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>HASSAN SEID DAIOLESLAM,<br><br>Defendant | Civil No. 08 CV 00705 (JDB) |

## EXPERT WITNESS DISCLOSURE

Plaintiffs, Dr. Trita Parsi and NIAC, by and through their undersigned counsel, and pursuant to the Court's Scheduling Order, hereby disclose the following experts:

1. Joel N. Morse, Ph.D.
   Professor of Finance
   University of Baltimore
   230 Stony Run Lane, #2F
   Baltimore, MD 21210
   (P) 410-235-8094
   (F) 410-235-6884
   jnmorse@verizon.net

2. Col. Sam Gardiner
   U.S. Air Force Colonel (Retired) and War College Instructor
   4624 North Dittmar Road
   Arlington, Virginia 22207
   (P) 730-534-7402
   samgard@aol.com

3

3.      Journalism expert (to be supplied)[1]

                                  Respectfully submitted,

                                           /S/

A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II, (*Pro Hac Vice*)
*PISHEVAR & ASSOCIATES, P.C.*
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

---

[1] Plaintiffs have filed a Motion for Extension of Time to Disclose Expert in order to supply the identity and opinion of their journalism expert, which Motion is incorporated herein by reference.