IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

Plaintiffs,

v.

HASSAN SEID DAIOLESLAM,

Defendant

Civil No. 08 CV 00705 (JDB)

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT

COME NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council (hereinafter collectively "NIAC"), by and through undersigned counsel, and hereby request that NIAC be given one (1) additional week, until May 17, 2011, to disclose the name of its journalism expert, and two (2) additional weeks, until June 1, 2011, to serve Defendant with a copy of said expert's report, and state as follows in support of this Motion:

1. Pursuant to the Second Amended Scheduling Order in this case, expert reports are to be exchanged by May 10, 2010, in advance of the June 11, 2010, discovery cut-off.

2. NIAC has endeavored to comply with the May 10, 2010, deadline to exchange expert reports as it relates to the three (3) experts NIAC intends to call at trial.

3. To that end, on May 10, 2010, NIAC served upon the defendant two of its three anticipated expert reports, including expert reports from Dr. Joel Morse, NIAC's damages expert, and Col. Sam Gardiner, NIAC's foreign policy expert.

4. Only recent did NIAC secure its third expert, who will serve as its journalism expert. Despite its best effort, NIAC had difficulty locating a journalism expert, given the novelty of issues involved in this case. The journalism expert that NIAC fully anticipates calling at trial is a professor at a well-respected university school of journalism with international journalism experience.

5. NIAC is unable to identify its journalism expert because the parties have not agreed upon his fee and memorialized said experts engagement on behalf of NIAC. However, NIAC expects that it can identify its journalism expert by May 17, 2010, and provide his report by June 1, 2010, which is sufficiently in advance of the discovery cut-off in this case.

6. NIAC attempted to discuss this request with counsel for defendant but was unable to make contact with any senior member of the defendant's counsel team.

7. NIAC's request for additional time will not prejudice any party or the Court.

WHEREFORE, NIAC respectfully requests that this Court extend the deadline by which expert reports must be exchanged to allow NIAC until March 17, 2010, to disclose its final expert witness, and until June 1, 2010, to serve a copy of said expert's report upon the defendant.

Respectfully submitted,

/S/
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>HASSAN SEID DAIOLESLAM,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 08 CV 00705 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time to Disclose Expert, any opposition thereto, replies, and the full record herein, it is this ____ day of _____, 2010, hereby:

**ORDERED,** that the Plaintiffs' Motion is GRANTED;

**FURTHER ORDERED,** that Plaintiff shall have until May 17, 2010, to disclose its journalism expert, and until June 1, 2010, to serve a copy of said expert's report upon the defendant.

John D. Bates, Judge<br>
United States District Court for the<br>
District of Columbia

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, pursuant to the United States District Court for the District of Columbia Rules, that on this 10th day of May, 2010, I mailed a copy of Plaintiffs' Motion for Extension of Time to Disclose, via first class, U.S. mail, postage prepaid to counsel for the defendant:

>HL Rogers, Esquire
>Sidley Austin, LLP
>1501 K. Street, N.W.
>Washington, D.C. 20005

Respectfully Submitted,

_____/S/_____
Adrian V. Nelson, II