IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> HASSAN SEID DAIOLESLAM, <br><br> Defendant | Civil No. 08 CV 00705 (JDB) |

## PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL EXPERT WITNESS DISCLOSURE

Plaintiffs, Trita Parsi and NIAC, through their undersigned counsel, and consistent with Plaintiffs' Motion for Extension of Time to File Expert Disclosure pursuant to the Court's Scheduling Order, hereby file their Supplemental Expert Witness Disclosure.

Respectfully submitted,

/S/
A.P. Pishevar (D.C. Bar No. 451015)
*PISHEVAR & ASSOCIATES, P.C.*
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs