IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> HASSAN SEID DAIOLESLAM, <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

### PLAINTIFFS' NOTICE OF EXCHANGE OF EXPERT REPORT

Plaintiffs, Trita Parsi and NIAC, through their undersigned counsel, and consistent with Plaintiffs' Motion for Extension of Time to File Expert Disclosure pursuant to the Court's Scheduling Order, hereby file this Notice of Exchange of Expert Report for Debashis Aikat, Ph.D.

Respectfully submitted,

/S/
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs