**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Friday, April 09, 2010 9:10 AM
**To:** Kapshandy, Timothy E.
**Cc:** Adrian Nelson; Afshin Pishevar
**Subject:** NIAC Discovery

Tim:

Attached you'll find a copy Adrian's letter that was e-mailed to you yesterday. I sent you the additional 5 emails referenced in the letter (regarding Dr. Mansouri) yesterday as well.

Rgds,

Patrick

EXHIBIT 2

# PISHEVAR & ASSOCIATES, P.C.
## ATTORNEYS

600 EAST JEFFERSON STREET
JEFFERSON PLAZA • SUITE 316
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 279-8773 – FACSIMILE (301) 279-7347
WWW.PISHEVARLEGAL.COM

Timothy E. Kapshandy, Esquire
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

Re:   **Trita Parsi and NIAC v. Seid Hassan Daioleslam**
      Civil Action No.: 08-705 (JDB) (USDC-DC)

Dear Mr. Kapshandy:

As you are aware, on March 11, 2010, NIAC produced approximately 36 e-mails written or received by Dr. Mansouri that were responsive to the subpoena issued to Dr. Mansouri in the above-referenced case. At that time, NIAC also advised that there were additional e-mails, approximately 300 in number, that it had not had an opportunity to review for responsiveness.

NIAC has completed their review of those additional Mansouri-related e-mails. Today, NIAC is producing five (5) additional e-mails, in "pdf" form, that are responsive to the subpoena issued to Dr. Mansouri.

Further, regarding e-mails written or received by Mr. Talebi NIAC is in the process of using search terms, previously agreed upon by the parties, to determine if there are any responsive e-mails on a NIAC CPU that NIAC was unaware, until recently, contained Talebi-related e-mails. (Given the search terms agreed upon, NIAC's search term review may result in the identification of approximately 8,000 Talebi-related e-mails, some of which may have been produced already.) NIAC hopes to complete its search term review within the next few days at which time NIAC counsel will need to do a responsiveness review of the Talebi-related e-mails.

If you have any questions or concerns, please contact me or Afshin Pishevar.

Very truly yours,

Adrian V. Nelson, II
*Of Counsel*

Enclosures (as stated)