# Hassan – Search Terms

Trita Parsi
Michelle Moghtader
Emily Blout
Patrick Disney
Hadi Ghaemi
Hamyaran
Dokhi Fassihian
Francis Fukuyama
Bob Ney
Roy Coffee
Dave DiStefano
Siamak Namazi
Babak Namazi
Bijan Khajehpour
Nooshin Hashemi
Mohammad Bazquer Namazi
Abbas Edalat
Hooshangang Amirahmadi
Darius Baghai
Ali Mostashari
Ramazani
Michael Rubin
Kenneth (Ken) Timmerman
Babak Talebi
Farah Azadeh
Linley Erin Hall
Kazem Kazerounian
Ana Sami
Shahriar Ahy
Jamie Glavov
Ben Johnson
Mohammad Parvin
Keyvan Kaboli
Hossein Khomeini
Abbas Abdi
Farshid Jahedi
MEK
MKO
People's Mujahedin of Iran
PMOI
Monafiqeen-e-Khalq
Mojahedin-e-Khalq Organization
National Liberation Army of Iran

EXHIBIT 3

DCI 1335588v.1

Lobby
Lobbyist
Lobbying
Imam
Funding
Gaza
Mullah
Defraud
Negotiation
Magazine
Interview
Newspaper
Jounalist
Journalism
Reporter
Edit
Editor
Ahmadinejad
Iranian-American
terrorist
Shah
Islamic Republic


FrontPage, Front Page
Iran Press News
New Secularism
American Chronicle
Progressive American-Iranian Committee
PAIC
National Iranian American Council
NIAC
National Endowment for Democracy
NED
Atieh Bahar
Alavi Foundation
Parsa Foundation
Iranians for International Cooperation
IIC
Chape Khaviar
Pezhvake-e-Iran
Fenton Communications
Middle East Legal Forum

www.pezhvakeiran.com
www.iranpressnews.com

www.newsecularism.com
www.americanchronicle.com
http://iranpoliticsclub.net
www.niacouncil.org
www.iranian.com
www.iranianlobby.com

# HARD DRIVE SEARCH AGREEMENT

**THIS AGREEMENT** is made and executed this 9th day of October 2009, by and between Babak Talebi ("Mr. Talebi") and HL Rogers. Mr. Talebi has been advised that we represent Hassan Dai (defendant to the action at issue) and not Mr. Talebi.

Mr. Talebi and HL Rogers agree as follows:

1. On October 9, 2009, Mr. Talebi shall present for inspection his personal computer ("PC") at the office of Sidley Austin, located at 1501 K St. N.W., Washington, D.C. 20005;

2. Sidley Austin shall conduct an imaging of the PC's hard drive as well as the Google Mail ("Gmail") account belonging to Mr. Talebi;

3. Sidley Austin shall perform an electronic search of all imaged data from the hard drive and Gmail account against a schedule of search terms ("terms") attached hereto as Exhibit 1;

4. Mr. Talebi consents to Sidley Austin LLP retaining possession of all imaged data responsive to the terms; however, Sidley Austin LLP shall promptly destroy all imaged data unresponsive to the terms; this agreement does not impose any obligation on any lawyer at Sidley Austin LLP aside from HL Rogers; we have advised Mr. Talebi to consult with counsel but he has declined; this agreement does not create an attorney-client relationship with Mr. Talebi and therefore will not create any basis for a motion to disqualify Sidley Austin LLP or any lawyer therein from representing any person adverse to Mr. Talebi in this litigation; and

5. Upon completion of the process described in 1 to 3 herein, Sidley Austin shall promptly return the PC to Mr. Talebi. Mr. Talebi will receive a copy of the responsive data and have an opportunity to discuss with Mr. Rogers the basis for its responsiveness.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

**BABAK TALEBI**


By:_____


**HL Rogers**


By:_____

1

**EXHIBIT 1**
Schedule of Search Terms

Trita Parsi
Michelle Moghtader
Emily Blout
Patrick Disney
Hadi Ghaemi
Hamyaran
Dokhi Fassihian
Francis Fukuyama
Bob Ney
Roy Coffee
Dave DiStefano
Siamak Namazi
Babak Namazi
Bijan Khajehpour
Nooshin Hashemi
Mohammad Bazquer Namazi
Abbas Edalat
Hooshangang Amirahmadi
Darius Baghai
Ali Mostashari
Ramazani
Michael Rubin
Kenneth (Ken) Timmerman
Farah Azadeh
Linley Erin Hall
Kazem Kazerounian
Ana Sami
Shahriar Ahy
Jamie Glavov
Ben Johnson
Mohammad Parvin
Keyvan Kaboli
Hossein Khomeini
Abbas Abdi
Farshid Jahedi
MEK
MKO

2

People's Mujahedin of Iran
PMOI
Monafiqeen-e-Khalq
Mojahedin-e-Khalq Organization
National Liberation Army of Iran
Lobby
Lobbyist
Lobbying
Imam
Funding
Gaza
Mullah
Defraud
Negotiation
Magazine
Interview
Newspaper
Jounalist
Journalism
Reporter
Edit
Editor
Ahmadinejad
Iranian-American
terrorist
Shah
Islamic Republic
FrontPage, Front Page
Iran Press News
New Secularism
American Chronicle
Progressive American-Iranian Committee
PAIC
National Iranian American Council
NIAC
National Endowment for Democracy
NED
Atieh Bahar
Alavi Foundation
Parsa Foundation
Iranians for International Cooperation
IIC
Chape Khaviar
Pezhvake-e-Iran
Fenton Communications
Middle East Legal Forum

3

www.pezhvakeiran.com
www.iranpressnews.com
www.newsecularism.com
www.americanchronicle.com
http://iranpoliticsclub.net
www.niacouncil.org
www.iranian.com
www.iranianlobby.com

4