Talebi Emails Produced April 21 in Native (mht) Format



EXHIBIT 4



