| From: | Emily Blout [eblout@niacouncil.org] |
|---|---|
| Sent: | Monday, December 03, 2007 2:12 PM |
| To: | Trita Parsi |
| Cc: | 'Shabnam Sahandy'; 'Babak Talebi' |
| Subject: | Debrief on Obey meeting |

Good news: Obey is looking to scrap the Iran democracy funding rather than tinker around with funding levels/re-programming. They are way over budget and need ways of cutting back. If they were to reprogram, the danger is that some of the funds would actually get spent- thus effecting their bottom line.

His staffer suggested we make the rounds to the republicans and most importantly, the House and Senate leadership- ultimately it's in their hands. He called the state and foreign opps a "must pass" bill by the end of the year (non withstanding a bush veto). Obey is very concerned about oversight on state appropriations and thinks that the subcommittee is not doing enough to resolve the bill's problems.  He also identified Christians United for Israel as likely backers of this funding (which we knew).

I'm going to get a head count on who is with us on the House side (I think we are good on the senate side). Lowey is still non-committal, but Sam says she's likely to go along with the rest of the dems. Still working on getting a meeting with her staff. Going to call Steve Lopes....

Regards,

Emily Blout

Acting Legislative Director
National Iranian American Council (NIAC)
1411 K Street, Suite 600
Washington, DC 20005
Tel: (202) 386 6325
Cell: (202) 290 8309
www.niacouncil.org

EXHIBIT 5

**From:**     Shobeir Shobeiri [shobeir.shobeiri@gmail.com]
**Sent:**     Thursday, March 27, 2008 1:12 PM
**To:**       Babak Talebi
**Subject:**  Re: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein Today

Hey Babak jaan,

I sent an email directly to Senator Feinstiens website.

Best,

Shobeir

On Thu, Mar 27, 2008 at 8:41 AM, Babak Talebi <btalebi@niacouncil.org> wrote:

> Dear Shobeir,

> The Iranian American community needs you to TAKE ACTION **TODAY.**
> Senator Dianne Feinstein, a powerful member of the Senate has emerged as a
> leading voice for pursuing diplomacy rather then confrontation when it comes
> to US policy on Iran.

> She needs to know that she has the support of the Iranian American
> community in California to continue holding her position on these issues.  This
> is where you come in.  As a valued NIAC member, we need you to take a few
> minutes and send an email of support to Sen. Feinstein.

> Only members in California can send this email, and if you have already sent
> a message, please **forward this request** to your family, friends, and
> contacts in California.  To be effective, your emails need to be sent by Friday
> of this week.

> Forward this email:

> Your Senator could be the key to kick-starting the drive for smart US policy on
> Iran. Senator Dianne Feinstein has in the last few years emerged as a leading
> voice of reason on Iran. She has recently come out in support of
> comprehensive talks with Iran in the San Francisco Chronicle and has stressed
> the need for basic communication between Washington and Tehran on CNN.
> She has also resisted significant pressure to sign-on to a major new sanctions
> bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- claiming to represent ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, she needs to know that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran policy. Please click on the link below and send her a message now! And do not forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,

Babak Talebi

Director of Community Relations

National Iranian American Council

| From: | Babak Talebi [btalebi@niacouncil.org] |
|---|---|
| **Sent:** | Monday, April 21, 2008 10:25 AM |
| **To:** | KMoaveni@aol.com |
| **Subject:** | RE: Response to your recent comments |

Mr. Moaveni,

Thank you for forwarding that response.  Some Senators will be more difficult to convince then others and Sen. Martinez is certainly one of them.  I have shared this response to our legislative team to see if there is a particular strategy that might be useful.

Meanwhile, if you are inclined.  It might be worth responding in your own words – saying something along the lines outlined below.  It is important to send the email in your own voice and with your own words.  Starting and continuing a conversation with Senator's staff is the most effective way to influence their understanding of an issue.  Often, a response letter is taken more seriously then the initial email.

Whether you choose to respond, I do want to thank you for sending the letter and for your continued support of NIAC.

Senator, I respectfully disagree with your position very strongly for the following reasons:

1) This isolation policy has not induced a behavior change in the Iranians for 30 years now.  There is no evidence that it will work specially in light of the dangers Iran poses to our national security.  It is imperative that we pursue a policy that is actually effective rather then one that simply makes Congress feel good about itself.
2) The Human Rights issue is of paramount concern, and again, without direct diplomatic engagement, this issue will be swept under the rug rather then receiving the international spotlight it deserves.
3) Sanctions, particularly unilateral ones like those proposed in S 970, are not diplomacy.  In fact they draw our country closer to either a military confrontation that we can ill afford or worst yet, allow the Iranians to pursue their policies unabated as evidenced by the past 30 years.
4) Finally – for any policy to succeed in this increasingly inter-dependent world, we must pursue multi-lateral policies rather then the discredited unilateral policies that earn the contempt of even our closest allies and friends.  Without these allies, and without drawing in countries like China and Russia, our foreign policy requirements will not be met and we will fail in both affecting Iran's behavior and serving our own national security interests.

In conclusion, I urge you to reconsider your position on our Iran policy and open your thoughts to alternative options that have actual potential for success.  I am disappointed that other Senators are taking a leadership role in pursuing alternatives and my Senator is sitting on the side-lines.  Please exercise your leadership and at the very least, consider and examine the alternatives being proposed by your colleagues Sen. Hagel, Lugar, Feinstein and others.

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** KMoaveni@aol.com [mailto:KMoaveni@aol.com]
**Sent:** Monday, April 21, 2008 10:03 AM
**To:** btalebi@niacouncil.org
**Subject:** Fwd: Response to your recent comments

FYI

From: Mel_Martinez@martinez.senate.gov
To: kmoaveni@aol.com
Sent: 4/21/2008 9:27:13 A.M. Eastern Daylight Time
Subj: Response to your recent comments

Below is a response to the recent comments I received from you:

Dear Mr. Moaveni:

Thank you for contacting me regarding our nation's policy toward the Islamic Republic of Iran. I appreciate hearing from you.

For nearly three decades, the theocratic regime in Iran has gained an international reputation for its dismal human rights record and its state sponsorship of terrorism. Negative Iranian influence in the region includes providing material support to terrorist groups opposed to the Middle East Peace Process and our presence in Iraq. Equally disturbing is the deplorable anti-Israel rhetoric from Iran's President. Of most concern is Iranian defiance of the international community in its pursuit of a nuclear program considered to be a precursor for acquiring nuclear weapons.

Iran's provocative international behavior, underlined last April by the unlawful seizure of 15 British sailors enforcing a United Nations mandate within Iraqi waters in the Persian Gulf, continues to create a potentially destabilizing situation for the region and the world. I fully support this Administration's sustained diplomatic efforts to work with our allies and the United Nation's Security Council to appropriately respond to Iran's actions.

The U.S. has offered significant incentives to Iran, such as agreeing to lift the embargo on aircraft parts to Iran, allowing Iranian admission to the World Trade Organization, and agreeing to direct talks with senior U.S. officials. These offers have been met by intransigence and inflammatory rhetoric.

In September 2006, President Bush signed into law the Iran Freedom Support Act (P.L. 109-293). This law places U.S. sanctions on foreign investment in Iran's energy sector, provides for U.S. assistance to democratic movements inside Iran, and expresses Congress' objections to U.S. cooperation with any country assisting Iran's nuclear program.

I share your concerns about this situation. Rest assured that I will keep your thoughts in mind as the Senate continues to assess our nation's policies towards Iran. Do not hesitate to contact

me with any additional questions or comments. For more information on issues and activities important to Florida, please sign up for my weekly newsletter at http://martinez.senate.gov.

Sincerely,

Mel Martinez
United States Senator


**Note: PLEASE DO NOT REPLY TO THIS E-MAIL. If you would like to reply to this message, please contact me through my website at http://martinez.senate.gov.

---

Need a new ride? Check out the largest site for U.S. used car listings at AOL Autos.

**From:**      BB [bbazargan@hotmail.com]
**Sent:**      Friday, April 18, 2008 2:27 AM
**To:**        Babak Talebi
**Cc:**        senator@feinstein.senate.gov
**Subject:**   Re: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

Babak Jan,

Thank you for your reply. I still think, as Iranian Americans, we owe it to the people of our nation of origin to mention Human Rights in every conversation about Iran. And, we owe it to our host country, not to lower the level of their politicians to put them at the same level as the barbars that believe in Sharia law in the 21st century.

While we should oppose any military action against Iran, we should also oppose normalizing relations with such an oppressive regime. There should not be any high level contacts with Iranian officials without mention of Human Rights at front and center. Senator Fienstein's suggestion to meet with them unconditionally, is nothing short of surrendering to a regime that kills its dissidents under torture and then, tells their family that they have committed suicide in prison! Are the US officials at the same level as the Islamic Republic's to meet with them without a precondition? I know for fact Iranian officials have precondition when meeting with Ms. Feinstein or Ms. Rice; they will not shake their hands!

Unfortunately, I have only heard the cause of Human Rights championed by President Bush. While, I have not voted for President Bush, I do not see other US politicians bring up the issue of Human Rights when discussing Iran.

Ghorbanat,
Babak

----- Original Message -----
> **From:** Babak Talebi
> **To:** 'BB'
> **Sent:** Wednesday, April 16, 2008 2:17 PM
> **Subject:** RE: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)
>
> Babak jan,
>
> You are absolutely correct that the issue of Human Rights MUST be addressed in any negotiations or diplomatic efforts between the two countries. In fact, when Dr. Parsi, our president, went to the Q&A for Sen. Feinstein, it was one of the first issues he brought up. Also – take a look at this article in the Philadelphia Chronicle on Feb 7th calling on the US to include HR issues in any diplomatic engagement.
>
> http://www.philly.com/inquirer/opinion/20080227_Bush_administration_has_fueled_the_human-rights_abuses_in_Iran.html
>
> The fact of the matter is that for us at NIAC – the issue of war with Iran is the worst possible catastrophe which will directly affect the deterioration of Human Rights for all Iranians living there.
>
> I really do appreciate your very thoughtful and important comment – and I want to assure you that for us, Human Rights of Iranians remains a very important component of why we are advocating for diplomacy.
>
> Regards,
>
> Babak Talebi
> Director of Community Relations
> (202) 460-5680 Cell
> (202) 386-6319 Direct

(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** BB [mailto:bbazargan@hotmail.com]
**Sent:** Wednesday, April 16, 2008 5:42 PM
**To:** Babak Talebi
**Subject:** Re: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

I wish someone had asked Senator Feinstein where she stands on Human Right violations in Iran.  Is it OK to have a dialog without condition with a regime that treats women as second class citizens?  If Senator Feinstein goes to Iran, will the officials there shake her hand?  Lets not talk about elections without political parties, none representative government, torture of dissidents, ..

So, I am here to ask you to please do not forget the people of Iran in your efforts to bring the two countries closer to each other.

Yours Truely,
Babak Bazargan

----- Original Message -----
**From:** Babak Talebi
**To:** bbazargan@hotmail.com
**Sent:** Wednesday, April 16, 2008 9:16 AM
**Subject:** Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

Bob,

There is new momentum on Capitol Hill to pursue a shift in US policy towards Iran. Most recently, Senator Feinstein of California added her powerful voice to this debate, calling for direct, unconditional dialogue between the US and Iran (The video of her comments will be available on NIAC's website shortly). The support of the Iranian American community in California for her position was instrumental in her decision.

Your help is crucial to get your Senators to follow Senator Feinstein's lead, and call for direct dialogue between the US and Iran without pre-conditions. Urge your Senators to speak out, so that the new administration—whether Democratic or Republican—can have viable options for a new, effective US foreign policy on Iran.

At NIAC's April 8 conference she re-iterated her support for an alternative to sanctions and war. The proposal, recently put forth by former senior American officials and nuclear experts, suggests a multinational fuel enrichment facility inside Iran under extensive international supervision.

Take a moment to send this letter to your Senators and directly affect policies being considered by the US Senate.

Bob, you should also **forward this email to three** like-minded Iranian-American friends, persuading them to take individual action. As always, thank you for your continued support of NIAC.

http://capwiz.com/niacouncil/issues/alert/?alertid=11267606

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax
National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org

**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Dokhi Fassihian [dokhif@hotmail.com] |
| **Sent:** | Friday, May 16, 2008 11:20 AM |
| **To:** | Babak Talebi |
| **Cc:** | tparsi@niacouncil.org |
| **Subject:** | RE: Join in the National Iranian American Council's campaign against rhetoric |

Hi Babak,

Great letter, who are you asking for sign ons? It's definitely about time we did sign-ons within the community and strategically it will work in our favor.

I have a quick question: what "war-mongering" rhetoric are we referring to by Iran's radical leaders? What similar remarks? "wiping Israel off the map" or Israel being a stinking corpse?


> As a key legislator and Presidential candidate with-in your own words-years of "experience," we had hoped that you would not disgrace America by using the same war-mongering rhetoric employed by Iran's radical leaders.
>
> When officials from Iran's unpopular government made similar remarks, the international community justifiably condemned Tehran. As Americans of Iranian descent, we are appalled by your rhetoric and the values it represents, and we condemn it.


------------------------------------
> Date: Thu, 15 May 2008 13:45:00 +0000
> From: btalebi@niacouncil.org
> To: dokhif@hotmail.com
> Subject: Join in the National Iranian American Council's campaign against rhetoric
>
> As you may have heard, Senator Clinton made an extremely controversial statement in which she used the word obliterate in reference to Iran. Naturally this has upset our community and our members have taken great efforts to make it clear that they take offense at such provocative language.
>
> Although we understand that Senator Clinton gave her answer in response to a worst case scenario question, we feel that no politician should feel comfortable making this kind of claim. We see this as an insult to both our culture and our identity as Iranian Americans. We at NIAC have written a letter in order to present a unified front and productive outlet for our constituents in regards to Mrs. Clinton's comments and refusal to apologize.
>
> We are contacting you in order to ask if you would be a signatory to our letter. With every Iranian-American organization added to the list, we present a stronger and louder message to politicians who rely on rhetoric and threats to gain support. In order to maximize impact on this issue, we must ask for a response by this Friday at 11:00 am.
>
> This letter is non-partisan and is meant only to show that Iranian Americans will not stand by while threats and insults are hurled at our entire community. We ask that you send your reply to
> ahadji@niacouncil.org. Please include your full name, the name of your organization, and your title within that organization.
>
> We at NIAC thank you in advance for your support in this endeavor.

>
> Below is the letter we sill send to Senator Clinton with you signature

---

>
> Senator Clinton,
>
> When you initially said, in an April 22 interview with Good Morning America, that you would "obliterate" Iran should Tehran develop a nuclear weapon and use it against Israel, we, as the Iranian-American community, were saddened and deeply disappointed.
>
> Your refusal to express regret for this irresponsible statement and your insistence on repeating it on the May 4 edition of ABC's This Week, however, is simply shocking.
>
> A nuclear response to a nuclear attack is one thing; promising to "obliterate" a nation and its people is something else entirely.
>
> This is not about semantics, Senator Clinton. This is about human lives.
> To "obliterate" a nation is to remove that nation and its people from existence.
>
> Your promise to "obliterate Iran" is not deterrence, its genocide.
>
> To obliterate 70 million innocent men, women and children for a decision made by Iran's unpopular government – a government whose men, women, and children have little or no control over – is heartless.
>
> As a key legislator and Presidential candidate with–in your own words–years of "experience," we had hoped that you would not disgrace America by using the same war-mongering rhetoric employed by Iran's radical leaders.
>
> When officials from Iran's unpopular government made similar remarks, the international community justifiably condemned Tehran. As Americans of Iranian descent, we are appalled by your rhetoric and the values it represents, and we condemn it.