

# CAPITOL HILL MEETING GUIDE

THE NATIONAL IRANIAN AMERICAN COUNCIL

Promoting Iranian-American participation
at all levels of American civic life

www.niacouncil.org

EXHIBIT 8a

# Getting started…

Meeting with a member of Congress or congressional staff is a very effective way to convey a message about a specific legislative issue. The first question is whether you should meet with your representative in Washington DC or in the home district. The vast majority of members prefer to meet with constituents in the districts. Their schedule is less hectic when not in Washington and the atmosphere is calmer. Members of Congress meet with numerous lobbyists while in Washington, all competing for a time slot in the Congressman's busy schedule. Meetings in Washington are usually shorter and more hectic.

We strongly suggest that you meet with your representative in your home district if this is your first meeting with him. Below are some suggestions to consider when planning a visit to a congressional office.

*If you have any questions, please do not hesitate to contact our Washington DC office at 202 518 6187.*

# Step 1: Make an Appointment:

When attempting to meet with a member, write a letter, fax or email to your Congressman and put it to the attention of the Appointment Secretary/Scheduler.

To find your representative's contact information, you may use our searchable online congressional directory at www.niacouncil.org or call the U.S. Capitol Switchboard at (202)224-3121 and ask for your Senator's and/or Representative's office.

Your purpose for writing should be stated in the first paragraph of the letter. If your letter pertains to a specific piece of legislation, identify it accordingly, e.g., House bill: H. R. ____, Senate bill: S.____ .

Explain your purpose and that you are a constituent. It is easier for congressional staff to arrange a meeting if they know what you wish to discuss and your relationship to the area or interests represented by the member.

Suggest two dates and times for the meeting, but also make it clear that you are willing to adjust to the Congressman's schedule.

Be courteous, to the point, and personalize the letter. Explain why you feel strongly about the issue you wish to discuss with your representative. Address only one issue in each letter; and, if possible, keep the letter to one page.

***Addressing Correspondence:***

**To a Senator:**
The Honorable (full name)
__(Rm.#)__(name of)Senate Office Building
United States Senate
Washington, DC 20510

Dear Senator:

**To a Representative:**
The Honorable (full name)
__(Rm.#)__(name of) House Office Building
United States House of Representatives
Washington, DC 20515

Dear Representative:

Note: When writing to the Chair of a Committee or the Speaker of the House, it is proper to address them as: Dear Mr. Chairman, Madam Chairwoman, or Dear Mr. Speaker:

**Follow up with a phone call:**

Give the scheduler a call a few days after sending the letter/fax/email. Make sure you contact the district scheduler. Mention your prior correspondence to the scheduler and ask if a meeting can be arranged.

# Step 2: Prepare your meeting

Whenever possible, bring to the meeting information and materials supporting your position. Do not hesitate to contact NIAC if you need help; preparing fact sheets and talking points is a service we provide our members with.

Members of Congress are required to take positions on many different issues. In some instances, a member may lack important details about the pros and cons of a particular matter. It is therefore helpful to share with the member information and examples that demonstrate clearly the impact or benefits associated with a particular issue or piece of legislation.

Try to discuss only one issue per meeting. Focus your case around no more than three key arguments. Unless the meeting is about US-Iran relations, try not to involve foreign policy in the discussions.

If this is your first meeting with your member, make an effort to first build a relationship with him or her. Establish your credibility by discussing issues such as health care, taxes and education during your first meetings. It is advisable that you wait with addressing Iranian-American issues until you first have established your credibility as a responsible citizen and leader in your district.

Once that credibility is established, your views regarding Iranian-American issues will be seen as expert testimony.

# Step 3: Make your case

**Be Prompt and Patient:**

When it is time to meet with a member, be punctual and be patient. It is not uncommon for a Congressman or Congresswoman to be late, or to have a meeting interrupted, due to the member's crowded schedule. If interruptions do occur, be flexible. If the Senator or Representative isn't available, meet with the responsible staff person. Gaining an ally among the Congressional staff may be more important in the long run than meeting with the Senator or Representative in person.

**Be Political:**

Members of Congress want to represent the best interests of their district or state. Wherever possible, demonstrate the connection between what you are requesting and the

interests of the member's constituency. If possible, describe for the member how you or your group can be of assistance to him/her. Where it is appropriate, remember to ask for a commitment.

### Be Responsive:

Be prepared to answer questions or provide additional information, in the event the member expresses interest or asks questions. Bring extra copies of your talking points and fact sheets.

### Be Focused and Courteous:

This is a congressional meeting, not a rally. Keep your focus on the *single* issue that the meeting is set up for and the *single* message you wish to convey. Keep the tone of the meetings constructive, not adversarial. Senators and Representatives will react best to honest comments about the issue, not personal attacks. Even if he or she disagrees with your viewpoint, avoid arguing, take the high road, and explain why you're worried.

### Bring a Friend or Family Member:
For maximum impact, bring a friend, college, family member or neighbor with you to the meeting. Influence often lies in the numbers and you impact will be greater if you can show that others share your concern. Make sure that you announce the people you will bring to the meeting to the Congressman's scheduler well in time.

Also, it is imperative that the people that accompany you focus on the same issue and convey the exact same message as you do.

## Step 4: Follow up

Follow up the meeting with a thank you letter that outlines the different points covered during the meeting, and send along any additional information and materials requested.

Please do notify NIAC about your meeting and let us know if there is anything we can assist you with in the follow up.

National Iranian American Council
www.niacouncil.org

Capitol Hill Meeting Guide

# Congressional Staff Roles

Each member of Congress has staff to assist him/her during a term in office. To be most effective in communicating with Congress, it is helpful to know the titles and principal functions of key staff.

**Commonly Used Titles:**

*Administrative Assistant or Chief of Staff:*
The Administrative Assistant reports directly to the member of Congress. He/she usually has overall responsibility for evaluating the political outcome of various legislative proposals and constituent requests. The Admin. Asst. is usually the person in charge of overall office operations, including the assignment of work and the supervision of key staff.

*Legislative Director, Senior Legislative Assistant, or Legislative Coordinator:*
The Legislative Director is usually the staff person who monitors the legislative schedule and makes recommendations regarding the pros and cons of particular issues. In some congressional offices there are several Legislative Assistants and responsibilities are assigned to staff with particular expertise in specific areas. For example, depending on the responsibilities and interests of the member, an office may include a different Legislative Assistant for health issues, environmental matters, taxes, etc.

*Press Secretary or Communications Director:*
The Press Secretary's responsibility is to build and maintain open and effective lines of communication between the member, his/her constituency, and the general public. The Press Secretary is expected to know the benefits, demands, and special requirements of both print and electronic media, and how to most effectively promote the member's views or position on specific issues.

*Appointment Secretary, Personal Secretary, or Scheduler:*
The Appointment Secretary is usually responsible for allocating a member's time among the many demands that arise from congressional responsibilities, staff requirements, and constituent requests. The Appointment Secretary may also be responsible for making necessary travel arrangements, arranging speaking dates, visits to the district, etc.

*Caseworker:*
The Caseworker is the staff member usually assigned to help with constituent requests by preparing replies for the member's signature. The Caseworker's responsibilities may also include helping resolve problems constituents present in relation to federal agencies, e.g., Social Security and Medicare issues, veteran's benefits, passports, etc. There are often several Caseworkers in a congressional office.

*Other Staff Titles:*
Other titles used in a congressional office may include: Executive Assistant, Legislative Correspondent, Executive Secretary, Office Manager, and Receptionist.

# The Legislative Process

Anyone may draft a bill; however, only members of Congress can introduce legislation, and by doing so become the sponsor(s). There are four basic types of legislation: bills, joint resolutions, concurrent resolutions, and simple resolutions. The official legislative process begins when a bill or resolution is numbered - H.R. signifies a House bill and S. a Senate bill - referred to a committee and printed by the Government Printing Office.

**Step 1. Referral to Committee:**
With few exceptions, bills are referred to standing committees in the House or Senate according to carefully delineated rules of procedure.

**Step 2. Committee Action:**
When a bill reaches a committee it is placed on the committee's calendar. A bill can be referred to a subcommittee or considered by the committee as a whole. It is at this point that a bill is examined carefully and its chances for passage are determined. If the committee does not act on a bill, it is the equivalent of killing it.

**Step 3. Subcommittee Review:**
Often, bills are referred to a subcommittee for study and hearings. Hearings provide the opportunity to put on the record the views of the executive branch, experts, other public officials, supporters and opponents of the legislation. Testimony can be given in person or submitted as a written statement.

**Step 4. Mark Up:**
When the hearings are completed, the subcommittee may meet to "mark up" the bill, that is, make changes and amendments prior to recommending the bill to the full committee. If a subcommittee votes not to report legislation to the full committee, the bill dies.

**Step 5. Committee Action to Report A Bill:**
After receiving a subcommittee's report on a bill, the full committee can conduct further study and hearings, or it can vote on the subcommittee's recommendations and any proposed amendments. The full committee then votes on its recommendation to the House or Senate. This procedure is called "ordering a bill reported."

**Step 6. Publication of a Written Report:**
After a committee votes to have a bill reported, the committee chairman instructs staff to prepare a written report on the bill. This report describes the intent and scope of the legislation, impact on existing laws and programs, position of the executive branch, and views of dissenting members of the committee.

**Step 7. Scheduling Floor Action:**
After a bill is reported back to the chamber where it originated, it is placed in chronological order on the calendar. In the House there are several different legislative


calendars, and the Speaker and majority leader largely determine if, when, and in what order bills come up. In the Senate there is only one legislative calendar.

**Step 8. Debate:**
When a bill reaches the floor of the House or Senate, there are rules or procedures governing the debate on legislation. These rules determine the conditions and amount of time allocated for general debate.

**Step 9. Voting:**
After the debate and the approval of any amendments, the bill is passed or defeated by the members voting.

**Step 10. Referral to Other Chamber:**
When a bill is passed by the House or the Senate it is referred to the other chamber where it usually follows the same route through committee and floor action. This chamber may approve the bill as received, reject it, ignore it, or change it.

**Step 11. Conference Committee Action:**
If only minor changes are made to a bill by the other chamber, it is common for the legislation to go back to the first chamber for concurrence. However, when the actions of the other chamber significantly alter the bill, a conference committee is formed to reconcile the differences between the House and Senate versions. If the conferees are unable to reach agreement, the legislation dies. If agreement is reached, a conference report is prepared describing the committee members recommendations for changes. Both the House and the Senate must approve of the conference report.

**Step 12. Final Actions:**
After a bill has been approved by both the House and Senate in identical form, it is sent to the President. If the President approves of the legislation he signs it and it becomes law. Or, the President can take no action for ten days, while Congress is in session, and it automatically becomes law. If the President opposes the bill he can veto it; or, if he takes no action after the Congress has adjourned its second session, it is a "pocket veto" and the legislation dies.

**Step 13. Overriding a Veto:**
If the President vetoes a bill, Congress may attempt to "override the veto." This requires a two-thirds roll call vote of the members who are present in sufficient numbers for a quorum.

www.niacouncil.org

Capitol Hill Meeting Guide

# About NIAC

Founded in 2002, the National Iranian-American Council is a non-partisan, non-political, non-sectarian, and non-profit organization dedicated to promoting Iranian-American participation in American civic life.

This goal will be achieved through the exchange of ideas and resources, and the development of programs and initiatives aimed at mustering broad expertise for responding to problems facing the Iranian-American community.

NIAC's activities center around four separate objectives:

- Building a database of Iranian American organizations through services and activities that support collaboration and cooperation among grassroots groups.

- Encouraging opportunities for the Iranian-American community to represent itself in its own words and on its own terms by promoting media outlets directed at enhancing public awareness and education about the community.

- Supporting capacity-building activities for Iranian-American organizations through information sharing, professional development, voter registration and the promotion of philanthropy among Iranian-Americans.

- Fostering greater understanding between Iran and the United States by creating opportunities for Iranian-Americans to serve as a natural bridge between both peoples.



# National Iranian American Council

## Membership Form

This printable form is provided for ease of use in making your donation. Please mail completed form with check to:
NIAC, 2451 18th St. NW, 2nd Fl, Washington, DC 20009

Questions? Call: 202 518-6187

### Individual Membership

| | | |
|---|---|---|
| Student/Senior membership | ☐ | $20/year |
| Basic membership | ☐ | $40/year |
| Sustaining membership $40/month | ☐ | $40/month |
| Friend of NIAC | ☐ | $250/year |
| Lifetime $1,000 | ☐ | $1,000 |

**PLEASE COMPLETE THE FORM BELOW**

| Name | |
|---|---|
| Business Name | Title |
| Mailing Address | |

| City | | State | | Zip | |
|---|---|---|---|---|---|
| Phone | | Fax | | E-mail | |

**ADDITIONAL DONATION**

I would like to make an additional contribution of: $_____

Signature _____  Date _____

Thank you for your support!
www.niacouncil.org