Grassroots Action Plan

1. Workshops – Organize "Lobby Workshops" in targeted districts. Programs/Babak trips to districts, fundraising. Part of the event.
    a. Tips for successful lobbying:
        i. In person, then phone, then handwritten letter, then typed letter, then email.
        ii. Lobby visit:
            1. Make an appointment
            2. Know the record
            3. Be punctual and positive
            4. Focus the meeting
            5. Listen and gather info
            6. Make a specific request
            7. Follow up
            8. Express thanks

Who are we targeting? Who's in our corner on everything? Who's on the fence? Who can be swayed?

EXHIBIT 8b