From: BG <bg770@bellsouth.net>
Subject: Fw: lies about NIAC
To: hassan.dai@yahoo.com
Date: Thursday, February 28, 2008, 10:56 AM

Dear Mr. Dai,
E-mails below between NIAC & I may be of interest for you.

You are doing a great work.

Highest Regards,

Behrooz Ghomghani
Marietta, GA


----- Original Message -----
**From:** Babak Talebi
**To:** 'BG'
**Sent:** Tuesday, January 29, 2008 6:23 PM
**Subject:** lies about NIAC


BG,


I can tell you for a fact that both those articles you are linking to are full of lies.  Why?  Because I was one of the founders of NIAC after 9/11.


I was there from the start and know every detail of NIAC's finances, its founders, and its backers.  There has not been one penny from any government ever donated to NIAC (except through NED – a grant was given to help NGO's inside Iran in 2003 and 2004).  Our entire budget, our entire IRS tax-returns are fully available on our website for people to review.  Our budget in 2002 was $78,000 and I was the first and only person in 2002 to get a salary from NIAC at $1000/mo for part time work while I was still in school.

EXHIBIT 9

Furthermore, Ney, Coffee, and Namazi had absolutely nothing to do with the group – because as I said – I personally was there from the VERY start.

Now let me tell you a thing or two about Frontpage, Timmerman, and Hassan Dia –

Frontpage: This is a neo-conservative web-only mag – small readership but backed up by neo-con and Israel-first interests

Ken T: this guy has been calling for the bombing of Iran for decades. He is a neo-conservative who has supported war incessantly through his career.

Hassan D: He admits that he was a former MEK member, his brother is a high-ranking MEK member to this day.

If you think these are reliable sources – then more power to you. They all have a right to have their own opinions – but their ideologies and philosophies speak for themselves.

As for NIAC's official response, you should read it before you jump to conclusions:

http://www.niacouncil.org/index.php?option=com_content&task=view&id=744&Itemid=59

finally – as for Mehr and their attack on our Human Rights conference on Capitol Hill in July of 2007 – read this article:

http://www.iranian.com/main/2007/all-hoopla-over-nothing

Well, all I can ask is that you consider these points with an open mind and make a sound judgments based on your own logic. It is perfectly possible that you do not agree with NIAC or our mission – but I hope you are basing your judgment on reality rather than fabrications.

Best wishes for you and yours.

Regards,

Babak Talebi

Director of Community Relations

(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax


National Iranian American Council
1411 K St. Suite 600

Washington, DC 20005
Web: www.niacouncil.org

"Promoting Iranian American Participation In American Civic Life"


-----Original Message-----
**From:** BG [mailto:bg770@bellsouth.net]
**Sent:** Wednesday, January 23, 2008 2:05 PM
**To:** Babak Talebi
**Cc:** mehr@mehr.org
**Subject:** Re: Reminder to Vote in Georgia's Super Tuesday Primary


Dear Babak,

I am not a member of Mehr either. But like you , I value their work. Because they work for the people of Iran and not for the survival of IRI or its thieving mullahs and their agents.

I just referenced Mehr.org for you to read through their materials and see for yourself what NIAC really is all about hoping that you see the light.


Here are couple of more examples of reading materials for you.


http://www.frontpagemag.com/Articles/Read.aspx?GUID={B30E945B-5F1F-4A57-A7AA-F4975D12FC4C}


http://www.kentimmerman.com/news/2007_02_23-fr-mullahs-voice.htm


I do not know you so I have nothing against you personally and I do hope you contact Mehr and talk to them to be enlightened by them.

Thank you.

BG

----- Original Message -----

**From:** Babak Talebi

**To:** 'BG'

**Sent:** Wednesday, January 23, 2008 11:53 AM

**Subject:** RE: Reminder to Vote in Georgia's Super Tuesday Primary

I'm truly sorry to hear that.

We will of course remove you, but if you are interested, I would like to discuss your opposition to our work.  To be hones I feel that there is a misunderstanding of our work on your behalf.  I have been a supporter of Mehr's work and have for a long time held very positive views of what you are trying to achieve.  I feel though, that over the past year, there has bee an absolutely incorrect perception promulgated about NIAC and I would like the opportunity to express NIAC's side of the story if you are willing to discuss it.

If not, no problem.  I understand.

Best of luck in your continued work, and I do hope you do vote and encourage your members to vote in this primary process.

Regards,

Babak Talebi

Director of Community Relations

(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600

Washington, DC 20005
Web: www.niacouncil.org

"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** BG [mailto:bg770@bellsouth.net]
**Sent:** Tuesday, January 22, 2008 8:02 PM
**To:** Babak Talebi
**Cc:** mehr@mehr.org
**Subject:** Re: Reminder to Vote in Georgia's Super Tuesday Primary

**Please remove me from your database as NIAC does not represent me and I do not war to be affiliated with organizations such as yours.**

**Thank you.**

**http://www.mehr.org/**

----- Original Message -----

**From:** Babak Talebi

**To:** bg770@bellsouth.net

**Sent:** Tuesday, January 22, 2008 6:39 PM

**Subject:** Reminder to Vote in Georgia's Super Tuesday Primary

5

Dear Behrooz,

**Georgia's presidential primary is coming up on February 5th** and NIAC wants to remind you to register and vote. To help you, we have included all the relevant information you need below:

Behrooz, if you are **not registered** to vote in Georgia then follow this link to complete your registration:

https://ssl.capwiz.com/niacouncil/e4/nvra/?language=en&action=form&state=ga

*Although the presidential primary registration deadline has passed, you can still register to vote in the congressional primary and the general election.

Find your Voting Location at: http://sos.georgia.gov/cgi-bin/locator.asp

**Presidential Primary Dates and Registration Deadlines by Party**

In Georgia the political parties use an **open primary** to choose delegates for the national nominating convention. This means that anyone can vote in either primary regardless of personal party affiliation.

| Georgia | Primary Date | Registration Deadline |
| --- | --- | --- |
| Republican Party | February 5th | Deadline Passed |
| Democratic Party | February 5th | Deadline Passed |

Note:

* For information on absentee voting follow this link:
http://sos.georgia.gov/elections/voting_information.htm#Absentee_Voting

**Congressional Primary**

It is important to note that in Georgia, Congressional primaries are held on a different date than the Presidential primary.

| Georgia | Primary Date | Registration Deadline |
| --- | --- | --- |
| Republican Party | July 15th | June 16th |
| Democratic Party | July 15th | June 16th |

Note:

* For information on absentee voting follow this link:
http://sos.georgia.gov/elections/voting_information.htm#Absentee_Voting

Iranian Americans have a tremendous opportunity to impact the outcome of this year's elections! To read NIAC's analysis of the potential impact of the Iranian-American vote in the primary process,

6

please read these three articles on:

- **Presidential Primaries**
  http://www.niacouncil.org/index.php?option=com_content&task=view&id=998&Itemid=2
- **Congressional Primaries**
  http://www.niacouncil.org/index.php?option=com_content&task=view&id=999&Itemid=2
- **Senate Races**
  http://www.niacouncil.org/index.php?option=com_content&task=view&id=1019&Itemid=2

Please forward this email to all your Iranian-American friends so that our community can make a greater impact on this year's elections! Thank you Behrooz for your help in creating a stronger and better informed Iranian-American community.

Regards,
Babak Talebi



Director of Community Relations



(202) 460-5680 Cell



(202) 386-6319 Direct



(202) 386-6409 Fax
National Iranian American Council



1411 K St. Suite 600



Washington, DC 20005

Web: www.niacouncil.org

"Promoting Iranian American Participation In American Civic Life"