## Kapshandy, Timothy E.

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Friday, April 16, 2010 3:51 PM |
| **To:** | 'Patrick Parsa'; 'Adrian Nelson' |
| **Cc:** | 'Afshin Pishevar'; Jensen, Peter; Rogers, HL |
| **Subject:** | RE: NIAC Discovery |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Gentlemen:
It has been exactly 6 weeks since you promised to produce the unedited complete calendars and Mansouri and Talebi emails. We have received no calendars, about 3 dozen Mansouri emails (none before 2007), and no Talebi emails. In addition, we've been informed that there is a CPU with thousands of emails that has not been searched. In the intervening time, no depositions have been able to be scheduled and we are now facing yet another request to extend the discovery schedule. Having heard no response to our request of last week, we will contact the court next week to set up a call to discuss our original request for a forensic image that was withdrawn upon your promise to produce the aforementioned files as well as other possible relief including dismissal. If we can expect these files Monday or Tuesday in native format as discussed, please let me know. Otherwise, we will set up a conference with the court.
Thank you.
Sincerely,


Tim Kapshandy
Sidley Austin, LLP
1 South Dearborn Street
Chicago, Illinois 60603
312-853-7643
cell: (219) 670-0698
tkapshan@sidley.com
http://www.sidley.com


**From:** Kapshandy, Timothy E.
**Sent:** Friday, April 09, 2010 11:29 AM
**To:** Patrick Parsa
**Cc:** Adrian Nelson; Afshin Pishevar; Jensen, Peter; Rogers, HL
**Subject:** RE: NIAC Discovery

Patrick and Adrian:

Thanks. Several questions:

1. When Adrian and I spoke last Friday, he asked in what format we wanted these, and I responded (and in writing on Monday) that eml or pst was fine. I understand that in the haste to get them to us the day of Mansouri's dep, they were scanned and emailed, but as with all ESI and per the FRCP we request these in native format. It would appear NIAC reviewed these electronically on an AOL server (as we did with Hassan's) and it is feasible and easy to save them electronically.
2. We asked about the document retention policies of the ISP and what became of the pre-2007 emails. We await a response to that.
3. You mention that you are reviewing a recently discovered server where thousands of Talebi emails exist and are being reviewed. We would like to know when and where that server is and why it was only discovered two

EXHIBIT 10

years into the litigation. How was it tied into the NIAC email system and its ISP account? Is it a backup or a central server or what? Moreover, please let us know if that server is being reviewed for more than just Talebi emails. If not, it should be reviewed for responsive docs and emails of all NIAC employees especially given the voids in the Mansouri and other productions.

4. While you state that the recently discovered server is being reviewed for Talebi emails, what about the ISP server? At the March 5 court conference, you stated that the ISP server would be reviewed for Talebi emails. Please confirm that that is being done, also.

5. You state that only 5 of the 300 Mansouri emails were responsive. Given that Mansouri only used the NIAC email account for NIAC work, this is a bit hard to understand. Mansouri told us that he did have his own, personal gmail account, it would appear that most of these 300 emails related to NIAC business. Please call me to discuss.

6. Finally, please let us know when we can expect the complete, unedited Outlook calendars in native format.

Please call me to discuss the recently discovered cache of emails and what else is on this CPU. We need to discuss an expeditious way to get through these so as to not set the discovery schedule back any further.

Thanks,

Tim

**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Friday, April 09, 2010 9:10 AM
**To:** Kapshandy, Timothy E.
**Cc:** Adrian Nelson; Afshin Pishevar
**Subject:** NIAC Discovery

Tim:

Attached you'll find a copy Adrian's letter that was e-mailed to you yesterday. I sent you the additional 5 emails referenced in the letter (regarding Dr. Mansouri) yesterday as well.

Rgds,

Patrick