# PISHEVAR & ASSOCIATES, P.C.
### ATTORNEYS

600 East Jefferson Street
Jefferson Plaza • Suite 316
Rockville, Maryland 20852
Telephone (301) 279-8773 – Facsimile (301) 279-7347
www.PishevarLegal.com

April 21, 2010

**VIA E-MAIL**

Timothy E. Kapshandy, Esquire
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

Re: **Trita Parsi and NIAC v. Seid Hassan Daioleslam**
Civil Action No.: 08-705 (JDB) (USDC-DC)

Dear Mr. Kapshandy:

    Attached please find Outlook calendars for years 2006 through 2010 for the following current and former NIAC employees and/or agents, including: 1) Dr. Trita Parsi, 2) Kevin Cowl, 3) Emily Blout, 4) Patrick Disney, 5) David Elliott, 6) Arsalan Barmand, and 7) Michelle Moghtader.

    Plaintiffs hereby reserve their right to object to the use of these documents during the discovery, pretrial, or trial phase of this case for any reason, including, but not limited to, privilege and relevance. Further, Plaintiffs reserve the right to supplement this production as necessary.

    If you have any questions or concerns, please contact me directly.

Very truly yours,

/s/

Adrian V. Nelson, II

Attachments (as stated)

EXHIBIT 11