Trita Parsi December 28, 2009 Calendar Produced in Native pst form



EXHIBIT 12

Excel Version of Trita Parsi Calendar Produced April 21, 2010 (December 2009 Entries)



Excel Version of Trita Parsi Calendar Produced April 21, 2010 (December 2009 Entries)

| | | | | |
|---|---|---|---|---|
| Shirin mohammadi | 12/2/2009 | 3:00:00 PM | 12/2/2009 | 4:00:00 PM |
| Leigh ndi | 12/2/2009 | 11:00:00 AM | 12/2/2009 | 12:00:00 PM |
| Dr Bahman shahin for DP and JP | 12/9/2009 | 10:00:00 AM | 12/9/2009 | 10:30:00 AM |
| Iad-sea | 12/16/2009 | 12:22:00 PM | 12/16/2009 | 3:20:00 PM |
| DCA-LGA | 12/16/2009 | 6:00:00 AM | 12/16/2009 | 7:00:00 AM |
| Sea-iad | 12/17/2009 | 1:23:00 PM | 12/17/2009 | 9:10:00 PM |
| LGA-DCA | 12/17/2009 | 2:00:00 PM | 12/17/2009 | 3:00:00 PM |
| avi | 12/17/2009 | 4:30:00 PM | 12/17/2009 | 5:00:00 PM |
| Tolo o v anlander | 12/18/2009 | 3:30:00 PM | 12/18/2009 | 4:00:00 PM |
| Lunch with bernd | 12/18/2009 | 12:30:00 PM | 12/18/2009 | 1:30:00 PM |
| Car service! 703790 5920 | 12/18/2009 | 8:00:00 AM | 12/18/2009 | 9:30:00 AM |
| conf call with Phil | 12/21/2009 | 11:00:00 AM | 12/21/2009 | 12:00:00 PM |
| Emily br | 12/21/2009 | 1:00:00 PM | 12/21/2009 | 2:00:00 PM |
| Dreyfuss | 12/22/2009 | 1:00:00 PM | 12/22/2009 | 2:00:00 PM |
| Jamil follow up with shahin | 12/23/2009 | 10:00:00 AM | 12/23/2009 | 10:30:00 AM |
| Canceled: year end catch up | 12/23/2009 | 11:00:00 AM | 12/23/2009 | 12:00:00 PM |
| Radio Kairo Seattle | 12/30/2009 | 1:00:00 PM | 12/30/2009 | 1:30:00 PM |