## Otis, Sharon

**From:** Kapshandy, Timothy E.
**Sent:** Thursday, April 22, 2010 2:27 PM
**To:** Adrian Nelson
**Cc:** Afshin Pishevar; Patrick Parsa; Rogers, HL; Jensen, Peter
**Subject:** RE: NIAC Production of Talebi/Talebi-related E-mails

Adrian:

Adrian:

I know you are new to the case but am not sure where you could have gotten the understanding that you were not to produce the calendars (or any other docs such as emails in nonnative format). Your assumption is ill-founded:

1. Our client has produced almost all docs and all emails in native format. In fact, he emails in Farsi were reproduced to you at great expense and hundreds of hours in eml format as the original html production garbled much of the Farsi characters. Both eml and html are native formats.
2. The parties agreed early on to exchange docs in native format per the meet and confer required under FRCP 26 for ESI. You may recall that NIAC's Congressional emails were originally sent in pdf (non-native) and thus were reproduced in pst (native format).
3. Every single email produced by NIAC was produced in pst (native format) as we agreed. The native format for Outlook calendars is the very same pst format.
4. The FRCP express a preference for ESI to be produced in native format. FRCP 34(b) required NIAC to have objected to producing ESI that was requested in native format
5. When we spoke on April 2, you claimed that the reason for the delay was you did not know in what format we wanted the entries. I responded that pst (just as the Dec 28 production) was what we wanted. I confirmed this by email on April 4 and again April 9.

In sum, to now assert nearly 2 months after these we promised that we are not entitled to them in native format is difficult to understand. Please produce them in native pst format as you have produced every other Outlook file to date.

Thanks,

Tim

> **From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
> **Sent:** Thursday, April 22, 2010 7:28 AM
> **To:** Kapshandy, Timothy E.
> **Cc:** Afshin Pishevar; Patrick Parsa; Rogers, HL; Jensen, Peter
> **Subject:** Re: NIAC Production of Talebi/Talebi-related E-mails
>
> Tim:
>
> Regarding the form of the Outlook calendars, it is my understanding that the defendant has not produced any documents in native format. If not, why does defendant believe it is entitled to receive documents from NIAC in native format.
>
> In sum, the fact that NIAC inadvertently produced prior documents in native format does not entitle defendant to receive additional productions in native format.

EXHIBIT 13

Please correct my understanding.

Thanks,

Adrian


On 4/21/10, **Kapshandy, Timothy E.** <tkapshandy@sidley.com> wrote:

Thanks, Adrian. Friday is fine for the Talebi emails. However, we would like answers to the questions in my April 9 email and the remaining materials discussed therein by Friday. Also, as for the calendar files, could you please let us know why they were converted to xls format and not produce in the native pst format as were the original first production of December 28? When we spoke on April 2 you asked about the format, and I responded that we wanted pst files. Can we please get these in pst?
Thanks,

Tim



Tim Kapshandy
Sidley Austin, LLP
1 South Dearborn Street
Chicago, Illinois 60603
312-853-7643
cell: (219) 670-0698
tkapshan@sidley.com
http://www.sidley.com



**From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
**Sent:** Wednesday, April 21, 2010 3:43 PM
**To:** Kapshandy, Timothy E.
**Cc:** Afshin Pishevar; Patrick Parsa
**Subject:** NIAC Production of Talebi/Talebi-related E-mails



Dear Tim:


Today you received NIAC Outlook calendars in our effort to put to bed some of the outstanding discovery production issues.


Unfortunately, only today did we receive copies of Talebi/Talebi-related e-mails. (NIAC has been working very diligently to review recently discovered possibly responsive Talebi/Talebi-related e-mails.) Based upon what we received today, we believe that we will be able to review these e-mails for responsiveness and produce those e-mails that are not privileged and responsive by c.o.b. Friday, April 23, 2010.

2

Please let me know if you have any objections to the proposed date of our planned production of Talebi/Talebi-related e-mails.

Very truly yours,

Adrian

On Wed, Apr 21, 2010 at 4:21 PM, Patrick Parsa <pparsa@pishevarlegal.com> wrote:

Tim,

Attached you will find the outlook calendars for NIAC along with a corresponding covering letter from Adrian.

Rgds,

Patrick

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*********************************************************************************
***************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.