**From:** Jensen, Peter
**Sent:** Tuesday, March 03, 2009 6:42 PM
**To:** ap@pishevarlegal.com
**Cc:** Kapshandy, Timothy E.; Rogers, HL; Jillson, Elisa K.
**Subject:** Agreements

Mr. Pishevar,

Per our phone conversations on March 3, this email confirms that we have informally agreed to the following items:

1. To exchange the methodologies each party has employed for reviewing its electronic files (including emails, financial record, and other responsive documents). This includes exchanging the search terms each party is using to determine which documents are relevant to the production requests, and making information technology personnel who are involved in the collection and culling of relevant documents available to answer questions from the opposing party.

2. To exchange the documents in their native formats.
3. To the extent practicable, we will provide electronic documents to the opposing party via email.
4. To extend the production deadline by thirty days. The deadline for document production is now April 9, 2009.

Each party reserves the right to withdraw from this informal agreement at any time.

Sincerely,
Peter Jensen

**Peter G. Jensen** | Sidley Austin LLP
1501 K Street, NW | Washington, D.C. 20005
Phone: (202) 736-8887 | Fax: (202) 736-8711
pjensen@sidley.com | www.sidley.com

EXHIBIT 14