IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| TRITA PARSI ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL ) | |
|      Plaintiffs, ) | |
| ) | |
|      v. ) | Civil No. 08 CV 00705 (JDB) |
| ) | |
| DAIOLESLAM SEID HASSAN, ) | |
| ) | |
|      Defendant. ) | |

**DEFENDANT'S PROPOSED FORM OF ORDER REGARDING PLAINTIFFS'
FAILURE TO PRODUCE LOBBYING CALENDAR RECORDS AND EMAILS**

Pursuant to the Court's order of June 4, 2010, Defendant hereby submits the attached form of proposed order.  The parties conferred on June 8, 2010, and were not able to agree to a proposed form of order, Plaintiffs having objections to each of the proposed paragraphs.

Most notably, Plaintiffs insisted on adding a provision not raised at the June 3 hearing barring Defendant or the forensic e-discovery experts from looking at any metadata in NIAC's Outlook calendar files.  Such a provision would essentially gut the order and make it impossible for the consultants to analyze the files for deleted, altered, or unproduced entries.  Plaintiffs further objected to the fee shifting provisions of Paragraphs 5 and 6 insisting that Defendant bear the entire costs of the forensic exercise even if the forensic analysis shows that Plaintiffs improperly withheld, altered, or deleted data.  Defendant believes that his proposal to possibly

shift the burden of such costs reasonable given that Plaintiffs initially denied the existence of such lobbying records in the calendars, were ordered to produce them twice, and to date have produced only parts of the records with evidence that some have been altered. Finally, Plaintiffs objected to any factual finding in the order by the Court that their withholding of Talebi emails relating to "community service" was unfounded. Defendant believes that such was consistent with the Court's ruling and necessary under FRCP 37 in order to impose the appropriate relief.

For the foregoing reasons as well as those raised at the hearing and in Defendant's Memorandum filed June 2, Defendant requests entry of the attached form of order.

Respectfully submitted,

Dated: June 8, 2010

          /s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

     I certify that on June 8, 2010, I served Defendant's Proposed form of Order Regarding NIAC's Failure to Produce Lobbying Calendar Records and Emails via email and that I have also sent a copy to the following via first-class mail:

        Afshin Pishevar
        Adrian Nelson
        Patrick Parsa
        600 East Jefferson Street
        Suite 316
        Rockville, Maryland 20852
        (301) 279-8773
        ap@pishevarlegal.com

Pursuant to D.D.C. L.R. 5.2(a), I will retain the original in my possession.

|  |  |
|---|---|
| Dated: June 8, 2010 | /s/<br>Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)<br>Bradford A. Berenson (D.C. Bar No. 441981)<br>HL Rogers (D.C. Bar No. 974462)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>(202) 736-8000<br>hrogers@sidley.com<br><br>Attorneys for Defendant<br>Seid Hassan Daioleslam |