IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br>     Plaintiffs, <br><br>     v. <br><br> DAIOLESLAM SEID HASSAN, <br><br>     Defendant. | Civil No. 08 CV 00705 (JDB) |

### PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's order of June 4, 2010, Plaintiffs and Defendant hereby submit the attached form of proposed order requesting that the current deadlines be reset as follows:

| | |
|---|---|
| Discovery Deadline | September 13, 2010 |
| Deadline for Dispositive Motions | October 29, 2010 |
| Deadline for Responses to Dispositive Motions | November 29, 2010 |

The parties also request that the scheduling conference previously set for June 15 be reset to September 16, 2010.

Respectfully submitted,

|  |  |
|---|---|
|  | _____/S/_____ |
| June 9, 2010 | Afshin P. Pishevar (D.C. Bar No. 451015) |
|  | Patrick Parsa |
|  | Adrian V. Nelson |
|  | Pishevar & Associates, P.C. |
|  | 600 East Jefferson Street |
|  | Suite 316 |
|  | Rockville, Maryland 20852 |
|  | (301) 279-8773 |
|  | ap@pishevarlegal.com |
|  |  |
|  | Attorneys for Plaintiffs |

_____/S/_____
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant