IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br>     Plaintiffs, <br><br>     v. <br><br> DAIOLESLAM SEID HASSAN, <br><br>     Defendant. | Civil No. 08 CV 00705 (JDB) |

## ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, it is hereby ORDERED as follows:

ORDERED, that the parties' Joint Motion to Amend Scheduling Order is hereby GRANTED;

ORDERED, that the Scheduling Order is hereby amended to reflect the following deadlines:

1. Discovery deadline      September 16, 2010

2. Deadline for Dispositive Motions      October 29, 2010

3. Deadline for Responses to Dispositive Motions      November, 29, 2010

ORDERED, that the scheduling conference previously set for June 15, 2010 be reset to September 16, 2010.

 

_____
JOHN D. BATES
United States District Judge

Dated: _____