# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
|      **Plaintiffs,** | ) | |
| | ) | |
|      **v.** | ) | **Civil No. 08 CV 00705 (JDB)** |
| | ) | |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| | ) | |
|      **Defendant.** | ) | |

## PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's order of June 4, 2010, Plaintiffs and Defendant hereby submit the attached form of proposed order requesting that the current deadlines be reset as follows:

| | |
|---|---|
| Discovery Deadline | September 13, 2010 |
| Deadline for Dispositive Motions | October 29, 2010 |
| Deadline for Responses to Dispositive Motions | November 29, 2010 |

The parties also request that the scheduling conference previously set for June 15 be reset to September 16, 2010.

Respectfully submitted,

_____/S/_____

June 9, 2010                           Afshin P. Pishevar (D.C. Bar No. 451015)
                                       Patrick Parsa
                                       Adrian V.  Nelson
                                       Pishevar & Associates, P.C.
                                       600 East Jefferson Street
                                       Suite 316
                                       Rockville, Maryland 20852
                                       (301) 279-8773
                                       ap@pishevarlegal.com

                                       Attorneys for Plaintiffs




_____/S/_____

Timothy E. Kapshandy (Illinois Bar No. 6180926,
admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant