IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| SEID HASSAN DAIOLESLAM | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION
OF JULY 1, 2010, ORDER REGARDING DISCOVERY**

COMES NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., pursuant to Fed. R. Civ. P., Rule 59(e), and hereby respectfully moves the Court to reconsider its July 1, 2010, Order (hereinafter "the Order") regarding discovery in the above-captioned case in order to avoid a "manifest injustice."

For several reasons, the Court's Order will visit "manifest injustice" upon NIAC and should therefore be reconsidered. First, as fashioned, the Court's Order unnecessarily will saddle NIAC with bearing the costs for the ordered forensic imaging of NIAC's Outlook server as NIAC does not dispute that forensic analysis ultimately will show that calendar entries, whether discoverable or not, were omitted from previous productions consistent with the agreement between NIAC and the defendant. Second, the Court's Order appears to improperly require NIAC to produce email relating to Babak Talebi without regard to whether the contents of any Talebi email is responsive to the defendant's requests for production of documents, which would be an overly broad result.

Accordingly, to avoid "manifest injustice" NIAC hereby respectfully requests that the Court reconsider the prescriptions and remedies set forth in its Order.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347

Dated: July 15, 2010
Counsel for the Plaintiffs