# EXHIBIT "A"

Pishevar Legal Mail - (no subject)                                                                  Page 1 of 2



                                                          Patricia Constanza <pc@pishevarlegal.com>

---

# (no subject)
1 message

---

**Patrick Parsa <pparsa@pishevarlegal.com>**                          Tue, Jul 13, 2010 at 5:01 PM
To: Patricia Constanza <pc@pishevarlegal.com>

---------- Forwarded message ----------
From: **Kapshandy, Timothy E.** <tkapshandy@sidley.com>
Date: Wed, Dec 9, 2009 at 7:48 PM
Subject: Discovery
To: Patrick Parsa <pparsa@pishevarlegal.com>
Cc: ap@pishevarlegal.com, "Jensen, Peter" <pjensen@sidley.com>, "Rogers, HL" <hrogers@sidley.com>


Patrick:


Further to yesterday's deposition and discussion, please let us know the exhibits you are missing (by number,
date, author, title, etc.) and we will be glad to send a copy once we get them back from the reporter.


As for discovery still owed by NIAC to defendant, several items were addressed yesterday:


1.  NIAC has changed its tax status to 501(h) – please produce all the papers related to this change of filing,
including any amendments to tax returns, supporting documentation, and lobbying records.

2.  Time records – we have repeatedly requested these since David Elliott revealed their existence at his
deposition.  These should have been produced long ago.

3.  Outlook/Calendar records of meetings with government officials (and any foreign persons) -- Ms. Blout
revealed at her deposition that her Outlook calendar reflects such meetings.  We had previously specifically
asked you about such when not a single calendar/diary of NIAC employees was produced and was informed
there were none.  Someone is not leveling on this.  We ask that you immediately review all diaries, calendars
for such and produce them immediately.  As NIAC has used Outlook for email for many years and you were
able to produce those going back more than 6 years, the same should be true of Outlook calendar entries
unless someone deleted them.   Since a litigation hold was in place since the case was filed by your client
over 18 months ago, we expect all of these to have been preserved.   This is especially the case in light of the
detailed records that a 501(h) is required to keep on lobbying contacts.

4.  Blout's email to Iranian.com --  Her email to the website about her likeness being used in its photoessay
on NIAC should have been produced.  Please produce it.


Thanks,

Tim


Timothy Kapshandy
Sidley Austin LLP
One South Dearborn,
Chicago, IL 60603
312-853-7643
fax 853-7036
cell 219-670-0698


--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

# EXHIBIT "B"



Patricia Constanza <pc@pishevarlegal.com>

# Fwd: NIAC Discovery Materials
1 message

---

**Patrick Parsa <pparsa@pishevarlegal.com>**                        Tue, Jul 13, 2010 at 5:14 PM
To: Patricia Constanza <pc@pishevarlegal.com>

---

---------- Forwarded message ----------
From: **Patrick Parsa** <pparsa@pishevarlegal.com>
Date: Mon, Dec 28, 2009 at 10:51 PM
Subject: NIAC Discovery Materials
To: Patrick Parsa <pparsa@pishevarlegal.com>

Tim,

Attached you'll find several of the items you had requested from us including: the time sheets, outlook calender with records of meetings with (any) government officials and the Emily Blout emails. Please note that the schedule and time sheets material is still being assessed to see if there are additional reporting that is required. According to the government's reporting deadline, this is not yet due.

Regarding Babak Talebi's gmail account, please send us any specific emails which would suggest that we are missing something. We would then be able to look further in the specific areas that you're concerned about again. Thus, despite our strong conviction that we turned over everything, we would nonetheless being willing to assist you further in good faith.

I also attempted to contact Dr. Mansouri (per your request), but he has not returned my messages. I made sure to convey the urgency of the matter to him, but have yet to hear from him. I remind again that we do not represent him. Of course, if he does decide to contact me, I will keep you informed.

I also remind you that any relevant email from NIAC regarding Dr. Mansouri has already been turned over in discovery. Please recall that Dr. Mansouri left NIAC several months before the initiation of the suit. There might be some emails on his laptop that he took with him but (as both of us were told) the laptop broke down and was subsequently thrown away by Dr. Mansouri. Any/all communications that might be relevant to search has already been turned over to you.

I have attached a copy of NIAC's request to the IRS for the 501 h material. It was requested several weeks ago and the IRS informed them that at a MAXIMUM it would take 60 days. So there is a strong possibility that it will be delivered in January, at which point we will turn it over to you.

Finally, I've also included NIAC's amended tax return for 2008.

I must remind that the production of the attached documents was extremely time consuming and was conducted during the christmas holiday break (when many people are out of town) - in good faith in order to satisfy your deadline. And, as I've mentioned earlier, AP and myself will be out of town/office till January 4. We would be more than willing to discuss any issues upon our return.

Regards,

Patrick

--

Pishevar Legal Mail - Fwd: NIAC Discovery Materials          Page 2 of 2

Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

**8 attachments**



**Tax return.jpg**
498K



**Tax return2.jpg**
401K

**noname.eml**
4K

**For production.zip**
1107K

**noname-1.eml**
2K

**noname-2.eml**
1K

**noname-3.eml**
2K

**3532_001.pdf**
1056K

# EXHIBIT "C"

DE : MERCURE HOTEL BRASILIA EIXO          FAX : 61 34242002          15 JUL. 2010 14:25   Pág. 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRITA PARSI, et al.                               )
                                                  )
             **Plaintiffs,**                 )
                                                  )
    v.                                       ) Civil Action No. 08 CV 00705 (JDB)
                                                  )
SEID HASSAN DAIOLESLAM                            )
                                                  )
             **Defendant.**                  )

## DECLARATION OF TRITA PARSI
## IN SUPPORT OF
## PLAINTIFFS' MOTION FOR RECONSIDERATION
## OF JULY 1, 2010, ORDER REGARDING DISCOVERY

I, TRITA PARSI, PH.D., solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true and therefore depose and state as follows:

1.     I am currently the President of the National Iranian American Council ("NIAC") and have served in this capacity at all times relevant herein.

2.     In December 2009, I initially participated in NIAC's effort to produce certain Outlook calendar entries to the defendant.

3.     I was advised that on or before December 28, 2009, the defendant wanted copies of those NIAC Outlook calendar entries that <u>only</u> related to meetings with government officials and foreign individuals.

4.     Based upon the defendant's insistence that it needed the Outlook calendar entries by December 28th, I went into NIAC's Washington, D.C. office during the Christmas break to prepare for the defendant a set of Outlook calendars that only contained entries relating to meetings with government officials and foreign individuals.

5.      To that end, I created copies of the calendars of all staffers and redacted calendar entries that did not fit the criteria spelled out by defendant's counsel in his December 9, 2009, email.

6.      When initially produced in December 2009, the calendars were produced in native format as ".pst" files.

7.      Subsequently, Defendant changed its position and demanded that all calendars be provided, not just those relating to meetings with government officials and foreign individuals.

8.      Even though the defendant's subsequent request contradicted his original request, in goodwill NIAC exported all the calendars into ".xls" files and produced them to the defendant.

9.      Consequently, NIAC produced calendar entries to the defendant pursuant to the defendant's instructions and in good faith.

10.      Moreover, contrary to defendant's claim, neither I, nor an agent of NIAC, to the best of my knowledge, held a meeting with an NSC official on December 25.

11.      Accordingly, I am not aware that such any such meeting was ever listed on any NIAC calendar.

12.      And if any such meeting was listed, which I deny, it was not intentionally removed, if removed at all from the two sets of outlook calendars previously produced by NIAC.

Trita Parsi, Ph.D., Affiant

-2-

# EXHIBIT "D"



Patrick Parsa <pparsa@pishevarlegal.com>

# Babak's email

**Patrick Parsa <pparsa@pishevarlegal.com>**                    **Tue, Jul 13, 2010 at 5:28 PM**
To: Patrick Parsa <pparsa@pishevarlegal.com>

---------- Forwarded message ----------
From: **Patrick Parsa** <pparsa@pishevarlegal.com>
Date: Mon, Dec 21, 2009 at 5:56 PM
Subject: Babak's email
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>

Tim,

Here are the emails from Babak's gmail account.

Patrick

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

 **Babak's Gmails.zip**
2705K

# EXHIBIT "E"

**Search Terms**

Trita Parsi
Michelle Moghtader
Emily Blout
Patrick Disney
Hadi Ghaemi
Hamyaran
Dokhi Fassihian
Francis Fukuyama
Bob Ney
Roy Coffee
Dave DiStefano
Siamak Namazi
Babak Namazi
Bijan Khajehpour
Nooshin Hashemi
Mohammad Bazquer Namazi
Abbas Edalat
Hooshangang Amirahmadi
Darius Baghai
Ali Mostashari
Ramazani
Michael Rubin
Kenneth (Ken) Timmerman
Babak Talebi
Farah Azadeh
Linley Erin Hall
Kazem Kazerounian
Ana Sami
Shahriar Ahy
Jamie Glavov
Ben Johnson
Mohammad Parvin
Keyvan Kaboli
Hossein Khomeini
Abbas Abdi
Farshid Jahedi
MEK
MKO
People's Mujahedin of Iran
PMOI
Monafiqeen-e-Khalq
Mojahedin-e-Khalq Organization
National Liberation Army of Iran

Lobby
Lobbyist
Lobbying
Imam
Funding
Gaza
Mullah
Defraud
Negotiation
Magazine
Interview
Newspaper
Jounalist
Journalism
Reporter
Edit
Editor
Ahmadinejad
Iranian-American
terrorist
Shah
Islamic Republic


FrontPage, Front Page
Iran Press News
New Secularism
American Chronicle
Progressive American-Iranian Committee
PAIC
National Iranian American Council
NIAC
National Endowment for Democracy
NED
Atieh Bahar
Alavi Foundation
Parsa Foundation
Iranians for International Cooperation
IIC
Chape Khaviar
Pezhvake-e-Iran
Fenton Communications
Middle East Legal Forum

www.pezhvakeiran.com
www.iranpressnews.com

DCI 1335588v.1

www.newsecularism.com
www.americanchronicle.com
http://iranpoliticsclub.net
www.niacouncil.org
www.iranian.com
www.iranianlobby.com

# EXHIBIT "F"



Patricia Constanza <pc@pishevarlegal.com>

---

# Fwd: Parsi/NIAC -- Talebi/Talebi-related E-mail Production 4/23/10

1 message

---

**Patrick Parsa <pparsa@pishevarlegal.com>**                    Tue, Jul 13, 2010 at 1:08 PM
To: Patricia Constanza <pc@pishevarlegal.com>

---------- Forwarded message ----------
From: **Adrian Nelson** <anelson@pishevarlegal.com>
Date: Fri, Apr 23, 2010 at 4:35 PM
Subject: Parsi/NIAC -- Talebi/Talebi-related E-mail Production
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>, Patrick Parsa <pparsa@pishevarlegal.com>

Dear Mr. Kapshandy:

Attached is a transmittal letter relating to the attached Talebi/Talebi-related E-mail production.

Please be further advised that there is one e-mail that NIAC is not producing at this time on the basis of the attorney-client privilege.  In lieu of a formal privilege log, please be advised of the following regarding this e-mail: 1) sender: Nancy@afj.org (Nancy Chen, Law Fellow, Alliance for Justice); 2) recipient: btalebi@niacouncil.org; 3) date: March 24, 2008; 4) subject: Response to your question, 5) attachments: Election Year Advocacy --candidate forums (03-2007).pdf, Lobbying Definitions.pdf, and Electing the 501h.pdf.  We will discuss the circumstances relating to this e-mail with our client on Monday and determine if production is warranted.

Still further, I have not produced a handful of e-mails whose contents are partly written in Farsi.  Patrick Parsa was unable to review these documents with me before leaving the office today.  Once he has reviewed them with me, we should be able to forward these additional e-mails on Monday, of course assuming they are not privileged and responsive.

Very truly yours,

Adrian V. Nelson, II

---------- Forwarded message ----------
From: <ar@pishevarlegal.com>
Date: Fri, Apr 23, 2010 at 3:52 PM
Subject: Attached Image
To: Adrian Nelson <anelson@pishevarlegal.com>

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316

600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

**2 attachments**

 **4901_001.pdf**
21K

**Babak Talebi Files Folder.zip**
960K