IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI, et al.                )
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 08 CV 00705 (JDB)
                                   )
SEID HASSAN DAIOLESLAM              )
                                   )
        Defendant.                 )

## CONSENT MOTION

COMES NOW, Plaintiffs Trita Parsi, Ph.D. and the National Iranian American Council, by and through his undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and hereby requests that the Court reschedule the current date for production of Plaintiffs' servers to PricewaterhouseCoopers (herein after "PWC") for forensic imaging to July 23rd, 2010 in the above-referenced matter and states that :

1. July 16, 2010, was the date earlier ordered by the Court for the imaging;

2. Requested additional time is necessary for the plaintiffs to coordinate providing PWC access to the for forensic imaging.

3. Opposing counsel has been contacted and consents to the relief requested in this Motion.

WHEREFORE, Plaintiff respectfully requests upon good cause shown that the date for production of its servers to PWC be changed to July 23, 2010.

Respectfully submitted,

/S/
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347

Dated: July 16, 2010                    Counsel for the Plaintiffs


## *CERTIFICATE OF SERVICE*

I hereby Certify that a copy of the foregoing was mailed on the July 16, 2010, to counsel for Defendant, at:

Sidley Austin, LLP
HL Rogers
1501 K Street
Washington, DC 20005


/S/
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347

Dated: July 16, 2010                    Counsel for the Plaintiffs

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| SEID HASSAN DAIOLESLAM | ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Plaintiffs Consent Motion, and the record

herein, it is on this _____ day of _____, 2010, ORDERED

That the Plaintiff's Motion is hereby GRANTED

It is so ORDERED.

_____
Judge, John D. Bates


cc:     Afshin Pishevar, Esq.
        600 East Jefferson St.
        Rockville, MD 20852



        Sidley Austin, LLP
        HL Rogers
        1501 K Street
        Washington, DC 20005