## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Civil Action No. 08 CV 00705 (JDB)** |
| | ) |
| **SEID HASSAN DAIOLESLAM** | ) |
| | ) |
| **Defendant.** | ) |

### PLAINTIFFS' MOTION TO STAY THE COURT'S ORDER
### OF JULY 1, 2010, ORDER REGARDING DISCOVERY

COMES NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., pursuant to Fed. R. Civ. P., Rule 59(e), and hereby respectfully moves the Court to stay its July 1, 2010, Order (hereinafter "the Order") regarding discovery in the above-captioned case in order to in light of Plaintiffs' pending motion for Reconsideration and states as follows:

For the purposes of preserving the resources of the parties that will be used in a forensic imaging of the Plaintiffs' servers, per the Court's Order of July 1, 2010, Plaintiffs ask that the Order be stayed pending the Court's consideration of Plaintiffs' July 15, 2010, Motion for Reconsideration.

Accordingly, NIAC hereby respectfully requests that the Court issue a Stay of its Order of July 1, 2010.

Respectfully submitted,


_____ /S/ _____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:     (301) 279 – 7347
Dated:  July 16, 2010                            Counsel for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 08 CV 00705 (JDB)** |
| | ) |
| **SEID HASSAN DAIOLESLAM** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF
## PLAINTIFFS' MOTION TO STAY THE ORDER
## <u>OF JULY 1, 2010, ORDER REGARDING DISCOVERY</u>

COMES NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., pursuant to Fed. R. Civ. P., Rules 59(e), and hereby moves that the Court order a stay of its July 1, 2010, Order (hereinafter "the Order") regarding discovery in the above-captioned case, and states as follows:

### I. INTRODUCTION

Plaintiffs filed a Motion for Reconsideration on July 15, 2010 regarding the Court's Order of July 1, 2010. That Order stipulated that Plaintiffs, by no later than July 16, 2010: 1) make it servers available to PricewaterhouseCoopers (hereinafter "PWC") for forensic imaging; 2) provide to defendant on a CD "pst"calendar records produced by NIAC on December 28, 2009, and the Excel calendar records produced by NIAC on April 21, 2001 and 3) that NIAC disclose all email relating to Babak Talebi.

## II. ARGUMENTS

Plaintiffs are seeking a stay of the Court's Order of July 1, 2010 due to the financial harm that may unnecessarily result if forensic imaging process begins prior to the time that the Court has decided on the Plaintiffs Motion for Reconsideration.

Plaintiffs are also asking the Court to reconsider whether the Plaintiffs have to produce all of the nearly 8,000 Talebi emails whether discoverable or not. Plaintiffs believe that producing all of the 8,000 Talebi emails is beyond the scope of discovery and accordingly raises serious ethical concerns relating to work-product and attorney-client privilege. Consequently, having to produce the non-discoverable emails will unfairly prejudice Plaintiffs notwithstanding the fact that they have been asked to review a voluminous number of emails prior to July 16, 2010.

For the foregoing reasons, a stay of the Court's Order is requested until the Court decides the Motion for Reconsideration.

## III. CONCLUSION

Accordingly, to avoid any unfair prejudice to its interest, Plaintiffs hereby request that the Court stay its Order of July 1, 2010.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Dated:  July 16, 2010                Counsel for the Plaintiffs

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI, et al.                        )
                                           )
                Plaintiffs,                )
                                           )
        v.                                 ) Civil Action No. 08 CV 00705 (JDB)
                                           )
SEID HASSAN DAIOLESLAM                     )
                                           )
                Defendant.                 )

## ORDER

Upon consideration of the Plaintiffs Motion to Stay, and the record

herein, it is on this _____ day of _____, 2010, ORDERED

That the Plaintiff's Motion is hereby GRANTED

It is so ORDERED that the Discovery Order *sub judice* is Stayed pending a

Ruling on the Plaintiff's Motion for Reconsideration.


_____
Judge, John D. Bates



cc:    Afshin Pishevar, Esq.
       600 East Jefferson St.
       Rockville, MD 20852



       Sidley Austin, LLP
       HL Rogers
       1501 K Street
       Washington, DC 20005