IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| SEID HASSAN DAIOLESLAM | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF MEET AND CONFER BETWEEN THE PARTIES RELATING TO PLAINTIFS' MOTION TO STAY

I HEREBY CERTIFY that on July 16, 2010 the Defendant's through counsel confirmed during a telephonic conference that it would not consent to the relief sought in Plaintiff's Motion to Stay, except to the limited extent that Defendant agreed to stay Plaintiffs obligations regarding forensic imaging until July 23, 2010, as is set forth in the Consent Motion filed on July 16, 2010, in the above captioned matter.

Respectfully submitted,


_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
PISHEVAR & ASSOCIATES, P.C.
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Dated:  July 16, 2010          Counsel for the Plaintiffs

### *CERTIFICATE OF SERVICE*

I hereby Certify that a copy of the foregoing was mailed on the July 16, 2010, to counsel for Defendant, at:

Sidley Austin, LLP
HL Rogers
1501 K Street
Washington, DC 20005

__/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:     (301) 279 – 7347
Counsel for the Plaintiffs

Dated:  July 16, 2010