**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Babak Talebi [babaktalebi@gmail.com] |
| **Sent:** | Friday, June 26, 2009 3:14 PM |
| **To:** | ap@pishevarlegal.com; jg@pishevarlegal.com; Rogers, HL |
| **Subject:** | Response to subpoena - Email 4 |

\* There are a TON of emails such as this where Dr. Parsi or other NIAC staff are co-recipients of emails sent by others informing us of various events in or out of DC or sharing some information. There are way too many of these types of emails for me to produce them all, and it is an undue burden for me to sift through my entire inbox for such examples. However, if there are any cases at all of a 'government official of iran' or 'agent of iran' or any similar individual or entitiy sending me or others emails I will be sure to identify and produce them.

---------- Forwarded message ----------
From: **Carol Moore in DC** <endviolence@carolmoore.net>
Date: Thu, Mar 8, 2007 at 9:58 PM
Subject: A House Subcommittee Hearing
To: Shervin Boloorian <sboloorian@niacouncil.org>
Cc: akanegis@afsc.org, wilfrederick@earthlink.net, Stephen Mcinerney <stephen.mcinerney@pomed.org>, Kevin Martin <kmartin@peace-action.org>, jcolvin@nftc.org, mamitay@osi-dc.org, Kevin Zeese <KZeese@earthlink.net>, Nadersadeghi@yahoo.com, babaktalebi@gmail.com, David Culp <david@fcnl.org>, lee@thepluralismfund.org, Carah Ong <cong@armscontrolcenter.org>, Carly Chomer <cchomer@winwithoutwarus.org>, Tannaz Haddadi <tannazhaddadi@yahoo.com>, Marie Rietmann <rietmann@wand.org>, tparsi@niacouncil.org


The House Foreign Affairs full committee hearing was interesting in that the Democrats (especially the top ranking Democrats) were insistant on enforcing every sanction possible on Iran -- including cutting off all refined oil -- to really starve them into submission. There were four activists there, two in t-shirts, so they know we are paying attention. But a few more wearing don't bomb iran or hands off iran t's or buttons would be great. Go here to get annoucements. Lantos main interest right now is his draft **"Iran Counter-Proliferation Act of 2007 will close loopholes letting Administration waive sanctions, and get tough on companies, countries doing business with Iran"** http://www.internationalrelations.house.gov/
+++++++++++++

## JOINT SUBCOMMITTEE HEARING NOTICE

## COMMITTEE ON FOREIGN AFFAIRS

*U.S. HOUSE OF REPRESENTATIVES*

*WASHINGTON, D.C. 20515*

### SUBCOMMITTEE ON

### TERRORISM, NONPROLIFEATION, AND TRADE

**Brad J. Sherman (D-CA), Chairman**

And

EXHIBIT A

## SUBCOMMITTEE ON THE MIDDLE EAST AND SOUTH ASIA

### Gary L. Ackerman (D-NY), Chairman

March 8, 2007

**TO:** **MEMBERS OF THE COMMITTEE ON FOREIGN AFFAIRS**

You are respectfully requested to attend the following joint OPEN hearing of the Subcommittee on Terrorism, Nonproliferation, and Trade, and the Subcommittee on the Middle East and South Asia, to be held in Room 2172 of the Rayburn House Office Building:

**DATE:** Thursday, March 15, 2007

**TIME:** 1:00 p.m.

**SUBJECT:** Iranian Nuclear Crisis: Latest Developments and Next Steps

**WITNESSES** Mr. David Albright

President

Institute for Science and International Security

Matthew Levitt, Ph.D.

Director

Stein Program on Terrorism, Intelligence, and Policy

The Washington Institute for Near East Policy

Daniel Byman, Ph.D.

Director

Security Studies Program

Edmund A. Walsh School of Foreign Service

Georgetown University

Mr. Ilan Berman

Vice President for Policy

American Foreign Policy Council

NOTE: Witnesses may be added.

2

**By Direction of the Chairman**

*The Committee on Foreign Affairs seeks to make its facilities accessible to persons with disabilities. If you are in need of special accommodations, please call 202/225-5021 at least four business days in advance of the event, whenever practicable. Questions with regard to special accommodations in general (including availability of Committee materials in alternative formats and assistive listening devices) may be directed to the Committee as noted above.*