**From:** ▮
**To:** ▮
**Subject:**

Trita Parsi [tp@tritaparsi.com]
Wednesday, August 23, 2006 1:04 PM
'zarif@141.com'
Salaam

Hope all is well and that you are back from Tehran. Would love to get a chance to see the proposal or to understand more what it entails. If it is substantial, then certainly members of Congress may find it a reasonable offer, even if the White House doesn't. tp

EXHIBIT C