| From: | Trita Parsi [tparsi@niacouncil.org] |
|---|---|
| Sent: | Monday, July 07, 2008 4:46 PM |
| To: | board@niacouncil.org |
| Cc: | btalebi@niacouncil.org |
| Subject: | From Babak - important |
| Attachments: | Iranians Page38-article.pdf; Iranians Page5-article.pdf; Iranians Page5-title.pdf; Regarding the Iranians editorials which referred to NIAC (15.4 KB) |

Dear members of the board,

This is the 2nd *Editor's Note* that was published in "Iranians" weekly newspaper (www.iraniansnewspaper.com). Both of his editorials are most directly pointed at Abbas Edalat, founder and leader of CASMII. Mainly he regurgitates Dai's claims giving them credence while attacking CASMII and Edalat as spokespeople for IRI... The problem however is that in both articles he refers to NIAC several times as 'another such group' and as closely linked to CASMII and even claims that Trita and Edalat are working partners in all this.

I spoke with Taghi Mokhtar today (my follow-up email attached also) and he basically said that he only 're-published well-researched articles available online' and that we (NIAC) was entitled to respond and he would publish a response letter to the editor. This would be most powerful if it came from a board member and I'm sure Trita or our staff could help with the framing of the response. The main point however is that it needs to be done in Farsi – well-written Farsi to be exact.

I have attempted to remain friendly but I basically made two points – 1) he should have given us a chance to respond and 2) the defemation law-suit means we are legally claiming that Dai is intentionally using lies to make his points which should be mentioned.

I also asked for a meeting with him directly.

Regards,

*Babak Talebi*
*Director of Community Relations*

(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web : www.niacouncil.org
"Advancing the interests of the Iranian-American Community"

EXHIBIT D

**From:**          MOSTAFAKP@aol.com
**Sent:**          Thursday, March 27, 2008 12:29 PM
**To:**            btalebi@niacouncil.org
**Subject:**       Re: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein

Dear Babak,

Thanks for all your great works and this email. While a reader can find a lot of value in the email and the embedded links to NIAC site and the article, they can also use a link to Senator Feinstein's email for a quick actionable result. It will make your email even more powerful.

Best regards,

Mostafa

In a message dated 3/27/2008 8:15:41 A.M. Pacific Daylight Time, btalebi@niacouncil.org writes:

Dear Mostafa,

Your Senator could be the key to kick-starting the drive for smart US policy on Iran. Senator Dianne Feinstein has in the last few years emerged as a leading voice of reason on Iran. She has recently come out in support of comprehensive talks with Iran in the San Francisco Chronicle and has stressed the need for basic communication between Washington and Tehran on CNN. She has also resisted significant pressure to sign-on to a major new sanctions bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- claiming to represent ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, she needs to know that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran policy. Please click on the link below and send her a message now! And do not forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,

Babak Talebi

Director of Community Relations

National Iranian American Council

Create a Home Theater Like the Pros. Watch the video on AOL Home.

| | |
|---|---|
| **From:** | Farzam Farrokhi [ffarrokh@yahoo.com] |
| **Sent:** | Thursday, March 27, 2008 12:37 PM |
| **To:** | Babak Talebi |
| **Subject:** | Re: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein Today |

Dear Babak,

In my recent communications with Senators Feinstein & Boxer I was notified that they prefer communications from their own website rather than third party websites. In one case; to be honest I dont remember which senator it was, I was told they would not accept communications from third party websites.

Wasn't sure if it has already been checked with the Senator's office so thought to mention it considering the current campaign.

Thanks for your work.

Best Regards,
Farzam Farrokhi.
***Babak Talebi <btalebi@niacouncil.org>*** wrote:

Dear Farzam,

The Iranian American community needs you to TAKE ACTION **TODAY**.
Senator Dianne Feinstein, a powerful member of the Senate has emerged as a leading voice for pursuing diplomacy rather then confrontation when it comes to US policy on Iran.

She needs to know that she has the support of the Iranian American community in California to continue holding her position on these issues.  This is where you come in.  As a valued NIAC member, we need you to take a few minutes and send an email of support to Sen. Feinstein.

Only members in California can send this email, and if you have already sent a message, please **forward this request** to your family, friends, and contacts in California.  To be effective, your emails need to be sent by Friday of this week.

Forward this email:

Your Senator could be the key to kick-starting the drive for smart US policy on Iran. Senator Dianne Feinstein has in the last few years emerged as a leading voice of reason on Iran. She has recently come out in support of comprehensive talks with Iran in the San Francisco Chronicle and has stressed the need for basic communication between Washington and Tehran on CNN.

She has also resisted significant pressure to sign-on to a major new sanctions bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- claiming to represent ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, she needs to know that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran policy. Please click on the link below and send her a message now! And do not forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,

Babak Talebi
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->
Director of Community Relations
<!--[if !supportLineBreakNewLine]-->
<!--[endif]-->
National Iranian American Council

| | |
|---|---|
| **From:** | Babak Talebi [btalebi@niacouncil.org] |
| **Sent:** | Monday, April 21, 2008 10:25 AM |
| **To:** | KMoaveni@aol.com |
| **Subject:** | RE: Response to your recent comments |

Mr. Moaveni,

Thank you for forwarding that response.  Some Senators will be more difficult to convince then others and Sen. Martinez is certainly one of them.  I have shared this response to our legislative team to see if there is a particular strategy that might be useful.

Meanwhile, if you are inclined.  It might be worth responding in your own words – saying something along the lines outlined below.  It is important to send the email in your own voice and with your own words.  Starting and continuing a conversation with Senator's staff is the most effective way to influence their understanding of an issue.  Often, a response letter is taken more seriously then the initial email.

Whether you choose to respond, I do want to thank you for sending the letter and for your continued support of NIAC.

Senator, I respectfully disagree with your position very strongly for the following reasons:

1) This isolation policy has not induced a behavior change in the Iranians for 30 years now.  There is no evidence that it will work specially in light of the dangers Iran poses to our national security.  It is imperative that we pursue a policy that is actually effective rather then one that simply makes Congress feel good about itself.
2) The Human Rights issue is of paramount concern, and again, without direct diplomatic engagement, this issue will be swept under the rug rather then receiving the international spotlight it deserves.
3) Sanctions, particularly unilateral ones like those proposed in S 970, are not diplomacy.  In fact they draw our country closer to either a military confrontation that we can ill afford or worst yet, allow the Iranians to pursue their policies unabated as evidenced by the past 30 years.
4) Finally – for any policy to succeed in this increasingly inter-dependent world, we must pursue multi-lateral policies rather then the discredited unilateral policies that earn the contempt of even our closest allies and friends.  Without those allies, and without drawing in countries like China and Russia, our foreign policy requirements will not be met and we will fail in both affecting Iran's behavior and serving our own national security interests.

In conclusion, I urge you to reconsider your position on our Iran policy and open your thoughts to alternative options that have actual potential for success.  I am disappointed that other Senators are taking a leadership role in pursuing alternatives and my Senator is sitting on the side-lines.  Please exercise your leadership and at the very least, consider and examine the alternatives being proposed by your colleagues Sen. Hagel, Lugar, Feinstein and others.

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

| | |
|---|---|
| **From:** | BB [bbazargan@hotmail.com] |
| **Sent:** | Friday, April 18, 2008 2:27 AM |
| **To:** | Babak Talebi |
| **Cc:** | senator@feinstein.senate.gov |
| **Subject:** | Re: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT) |

Babak Jan,

Thank you for your reply.  I still think, as Iranian Americans, we owe it to the people of our nation of origin to mention Human Rights in every conversation about Iran.  And, we owe it to our host country, not to lower the level of their politicians to put them at the same level as the barbars that believe in Sharia law in the 21st century.

While we should oppose any military action against Iran, we should also oppose normalizing relations with such an oppressive regime.  There should not be any high level contacts with Iranian officials without mention of Human Rights at front and center.  Senator Fienstein's suggestion to meet with them unconditionally, is nothing short of surrendering to a regime that kills its dissidents under torture and then, tells their family that they have committed suicide in prison!  Are the US officials at the same level as the Islamic Republic's to meet with them without a precondition?  I know for fact Iranian officials have precondition when meeting with Ms. Feinstein or Ms. Rice; they will not shake their hands!

Unfortunately, I have only heard the cause of Human Rights championed by President Bush.  While, I have not voted for President Bush, I do not see other US politicians bring up the issue of Human Rights when discussing Iran.

Ghorbanat,
Babak

----- Original Message -----
**From:** Babak Talebi
**To:** 'BB'
**Sent:** Wednesday, April 16, 2008 2:17 PM
**Subject:** RE: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

Babak jan,

You are absolutely correct that the issue of Human Rights MUST be addressed in any negotiations or diplomatic efforts between the two countries.  In fact, when Dr. Parsi, our president, went to the Q&A for Sen. Feinstein, it was one of the first issues he brought up.   Also – take a look at this article in the Philadelphia Chronicle on Feb 7th calling on the US to include HR issues in any diplomatic engagement.

http://www.philly.com/inquirer/opinion/20080227_Bush_administration_has_fueled_the_human-rights_abuses_in_Iran.html

The fact of the matter is that for us at NIAC – the issue of war with Iran is the worst possible catastrophe which will directly affect the deterioration of Human Rights for all Iranians living there.

I really do appreciate your very thoughtful and important comment – and I want to assure you that for us, Human Rights of Iranians remains a very important component of why we are advocating for diplomacy.

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct

Page 2 of 3

(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** BB [mailto:bbazargan@hotmail.com]
**Sent:** Wednesday, April 16, 2008 5:42 PM
**To:** Babak Talebi
**Subject:** Re: Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

I wish someone had asked Senator Feinstein where she stands on Human Right violations in Iran. Is it OK to have a dialog without condition with a regime that treats women as second class citizens? If Senator Feinstein goes to Iran, will the officials there shake her hand? Lets not talk about elections without political parties, none representative government, torture of dissidents,

So, I am here to ask you to please do not forget the people of Iran in your efforts to bring the two countries closer to each other.

Yours Truely,
Babak Bazargan

----- Original Message -----
**From:** Babak Talebi
**To:** bbazargan@hotmail.com
**Sent:** Wednesday, April 16, 2008 9:16 AM
**Subject:** Your turn to make a difference on the Iran policy decisions in the Senate (ACTION ALERT)

Bob,

There is new momentum on Capitol Hill to pursue a shift in US policy towards Iran. Most recently, Senator Feinstein of California added her powerful voice to this debate, calling for direct, unconditional dialogue between the US and Iran (The video of her comments will be available on NIAC's website shortly). The support of the Iranian American community in California for her position was instrumental in her decision.

Your help is crucial to get your Senators to follow Senator Feinstein's lead, and call for direct dialogue between the US and Iran without pre-conditions. Urge your Senators to speak out, so that the new administration—whether Democratic or Republican—can have viable options for a new, effective US foreign policy on Iran.

At NIAC's April 8 conference she re-iterated her support for an alternative to sanctions and war. The proposal, recently put forth by former senior American officials and nuclear experts, suggests a multinational fuel enrichment facility inside Iran under extensive international supervision.

Take a moment to send this letter to your Senators and directly affect policies being considered by the US Senate.

Bob, you should also **forward this email to three** like-minded Iranian-American friends, persuading them to take individual action. As always, thank you for your continued support of NIAC.

http://capwiz.com/niacouncil/issues/alert/?alertid=11267606

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax
National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org