UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAIOLESLAM SEID HASSAN**<br><br>Defendant. | Civil Action No.  08-705 (JDB) |

### ORDER

Pursuant to the telephonic status conference held with the Court on November 24, 2010 to discuss several discovery disputes between the parties, and the entire record herein, it is hereby **ORDERED** as follows:

1. The two-day deposition of plaintiff Trita Parsi shall occur on December 1, 2010, and December 2, 2010.

2. The two-day deposition of defendant Daioleslam Seid Hassan shall occur on December 14, 2010, and December 15, 2010.

3. The parties shall work together to agree to mutually convenient dates for all remaining depositions, including plaintiffs' economist and plaintiffs' professor of journalism ("Internet futurist"). With respect to the latter, plaintiffs shall, by not later than December 6, 2010, offer a proposed deposition date.

4. The parties shall make their best efforts to conduct all remaining depositions within the next three weeks, for the purpose of complying with this Court's previously-scheduled December 16, 2010 discovery deadline.

4.  Defendant shall prepare and submit to the Court, after consultation with plaintiffs, a proposed order regarding the parties' agreement to preserve documents and electronic data for purposes of this litigation. The proposed order shall be applicable to plaintiffs and defendant.

5.  To the extent that the defendant believes it is necessary, he may file an "omnibus" discovery motion -- or two separate motions -- regarding discovery disputes that the parties cannot resolve. However, the Court strongly encourages the parties amicably to resolve all discovery disputes without the Court's assistance. Therefore, defendant shall only file discovery motion(s) in the event that the parties cannot resolve their disagreements on their own, despite their good faith efforts to do so.

5.  Pursuant to this Court's September 16, 2010 Minute Order, a status conference shall be held on December 17, 2010, at 9:00 AM in Courtroom 8.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: November 29, 2010