UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>DAIOLESLAM SEID HASSAN<br><br>　　Defendant. | Civil Action No.  08-705 (JDB) |

### ORDER

Pursuant to the status conference held with the Court on December 17, 2010, to discuss several discovery disputes between the parties, and the entire record herein, it is hereby **ORDERED** as follows:

1. The previously-scheduled discovery deadline of December 16, 2010, is hereby extended to February 4, 2011.  The Court strongly encourages the parties to resolve all remaining discovery disputes amicably and without the Court's assistance prior to February 4, 2011.

2. In the event that there are disagreements that the parties cannot resolve prior to February 4, 2011, the parties shall identify those disagreements in a brief joint status report, which shall be filed with the Court by not later than February 11, 2011.

3. The Court will conduct a hearing on remaining discovery disputes (other than requests for sanctions) identified in the parties' joint status report on March 4, 2011, at 10:00 AM in Courtroom 8.  To the extent that additional briefing is

required prior to the March 4, 2011 hearing, or that fewer than all remaining discovery disputes will be addressed at the hearing, the Court will notify the parties.

4. Once all discovery disputes have been resolved, the Court will refer the parties to a United States magistrate judge, for the sole purpose of the facilitation of settlement discussions for a period of sixty (60) days.  The parties shall promptly notify the Court if the case settles in whole or in part, or if there is a need for additional time for settlement discussions with the magistrate judge.

5. If mediation is unsuccessful, the Court will set a briefing schedule for the filing of dispositive motions.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 21, 2010