UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL
IRANIAN AMERICAN COUNCIL,

Plaintiffs,

v.

DAIOLESLAM SEID HASSAN,

Defendant.

**FILED**

**DEC 2 2 2010**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Civil Action No. 08-0705 (JDB)

## ORDER

With regard to electronically stored information ("ESI") possessed by the parties or under their control since the commencement of the litigation until final resolution, it is hereby

**ORDERED:**

(1) ESI shall be preserved, shall not be destroyed, overwritten, or cleaned from any computers or other media possessed by the parties or under their control.

(2) Storage media, hard drives (internal or external), tapes, CPUs, back-up drives, PCs, laptops, desktops, computers, servers, shall also be preserved, shall not be destroyed, overwritten, or cleaned.

(3) Backups shall be preserved and not overwritten.

(4) If data is migrated from one computer to another, it shall not be deleted from the previous media nor shall the media on which it was migrated be discarded or destroyed.

**SO ORDERED.**

- 1 -

JOHN D. BATES
United States District Judge

Date: December 21, 2010