**From:** Kapshandy, Timothy E.
**Sent:** Tuesday, January 11, 2011 10:13 AM
**To:** Adrian Nelson
**Subject:** RE: FW: PDF Discovery issues chart

Adrian, I am pretty free all day today so please give me a call.
Thanks,
Tim

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Monday, January 10, 2011 12:20 PM
To: Kapshandy, Timothy E.
Subject: Re: FW: PDF Discovery issues chart

Tim,

If we could talk tomorrow (1/11) before noon that would be great.
Please call me at 301.424.6601.

After noon, I won't be easily reachable. And I probably will not have
access to email.

Thanks,

Adrian

On 1/7/11, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
> Adrian, I was in a dep all day and just got back. I have a meeting all day
> Monday but could talk anytime Tuesday perhaps before you leave.
> Thanks,
> Tim
> Timothy E. Kapshandy
> Sidley Austin LLP
> 1 South Dearborn
> Chicago, IL 60603
> 312-853-7643
> tkapshan@sidley.com
>
> ----- Original Message -----
> From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
> Sent: Friday, January 07, 2011 01:42 PM
> To: Kapshandy, Timothy E.
> Cc: Afshin Pishevar <ap@pishevarlegal.com>; Patrick Parsa
> <pparsa@pishevarlegal.com>
> Subject: Re: FW: PDF Discovery issues chart
>
> Tim:
>
> I'd like to set a time to talk with you about a possible discovery
> supplementation cut off date (and some of the discovery issues
> outlined in your chart). Can you make yourself available on Monday,
> 1/10? As you know, I'll be unavailable 1/11 through 1/18.
>

1

EXHIBIT B

```
> Please let me know.
>
> Thanks,
>
> Adrian
>
> On 1/7/11, Adrian Nelson <anelson@pishevarlegal.com> wrote:
>> Please take a look at this chart from Kapshandy before our 1 pm conf.
>> call with Trita.
>>
>> ---------- Forwarded message ----------
>> From: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
>> Date: Mon, 3 Jan 2011 12:31:39 -0600
>> Subject: FW: PDF Discovery issues chart
>> To: Adrian Nelson <anelson@pishevarlegal.com>, ap@pishevarlegal.com,
>> Patrick Parsa <pparsa@pishevarlegal.com>
>> Cc: "Rogers, HL" <hrogers@sidley.com>, "Jensen, Peter"
>> <pjensen@sidley.com>
>>
>> Adrian:
>> Further to the Court's Dec 22 order and discussions at the Dec 17 status
>> conference, attached is a list of outstanding discovery issues we have
>> complied to enable us to work together to wrap up discovery by Feb 5.
>> While we would not expect NIAC to agree to some of them, please note
>> that some have been outstanding for weeks and we'd ask that you supply
>> those materials as soon as possible (e.g., the memos mentioned at
>> Disney's dep, the materials mentioned at Parsi's dep, the litigation
>> hold, access to the SF/Convio database, etc.)  Using this as a
>> checklist, let's try to knock off as many of these as possible and get
>> this substantially narrowed down well in advance of the Feb 5 hearing.
>> Please let me know a good time to discuss.
>>
>> Thanks,
>>
>> Tim
>>
>>
>> ----------------------------------------------------------------------
>> ----------
>> IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
>> regulations, we inform you
>> that, unless expressly stated otherwise, any U.S. federal tax advice
>> contained in this
>> communication, including attachments, was not intended or written to
>> be used, and cannot be
>> used, by any taxpayer for the purpose of avoiding any penalties that
>> may be imposed on such
>> taxpayer by the Internal Revenue Service. In addition, if any such tax
>> advice is used or referred
>> to by other parties in promoting, marketing or recommending any
>> partnership or other entity,
>> investment plan or arrangement, then (i) the advice should be
>> construed as written in connection
>> with the promotion or marketing by others of the transaction(s) or
>> matter(s) addressed in this
>> communication and (ii) the taxpayer should seek advice based on the
```

```
>> taxpayer's particular
>> circumstances from an independent tax advisor.
>>
**************************************************************************
>> This e-mail is sent by a law firm and may contain information that is
>> privileged or confidential.
>> If you are not the intended recipient, please delete the e-mail and
>> any attachments and notify us
>> immediately.
>>
>>
**************************************************************************
>>
>
```