| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Wednesday, January 12, 2011 4:31 PM |
| **To:** | Patrick Parsa |
| **Cc:** | Afshin Pishevar; Adrian Nelson; Farrokh Mohammed; Rogers, HL; Jensen, Peter |
| **Subject:** | RE: Subpoenas - Timmerman/Rubin |

Thanks, Patrick. Have you spoken with these witnesses or counsel regarding whether these dates are agreeable to them? If not, please consult with us before finalizing a date.

Also, as Adrian did not get a chance to speak with me about the list of outstanding discovery issues sent to you on January 3 before he left for Europe, could you please get back to me? Many of the materials (such as the things promised at the Parsi and Disney deps or the litigation hold) are pretty straight-forward and should have been produced long ago. It would not be productive to produce those on the night of the discovery cut-off and after all deps have been taken. Likewise, we need dates for Safavi's and Gardiner's deps asap and not the night of the discovery cut-off which is only 14 working days away now.

Thanks,
Tim


**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Wednesday, January 12, 2011 12:34 PM
**To:** Kapshandy, Timothy E.
**Cc:** Afshin Pishevar; Adrian Nelson; Farrokh Mohammed
**Subject:** Subpoenas - Timmerman/Rubin

Tim:

Please find the attached subpoenas that we will be serving shortly.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347


EXHIBIT C