IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI ) | |
| and ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| DAIOLESLAM SEID HASSAN ) | |
| Defendant. ) | |

## AFFIDAVIT OF STUART KUSHNER

The undersigned, Stuart Kushner, having been duly sworn, deposes and states under oath as follows:

1. I am over the age of eighteen years; I am competent to testify to the facts set forth herein; and I have personal knowledge of same, except those statements below which are expressly based on information and belief, only.

2. I am currently the Chief Executive Officer of Progressive Office located at 1001 V Street, NW, Washington, D.C. 20001 and doing business in the District of Columbia and surrounding areas as consultants in computers and information technology.

3. On or about September 5, 2010, I was served with a subpoena by Sidley Austin in the case of Parsi and NIAC vs. Daioleslam, a copy of which is attached as Ex. A.

4. On or about September 6 and 7, 2010 I produced in response to the subpoena the collection of emails attached as Ex. B and the reports by ProgressiveOffice.com for NIAC attached as Ex. C. Exhibits B and C are true and authentic copies of business records of Progressive Office made



EXHIBIT

E

and kept in the ordinary course of the business of Progressive Office by employees of Progressive Office with knowledge and responsibility for the making of such records.

5.      Exhibits B and C were made in the course of a network audit and survey, as well as other computer work Progressive Office was retained to do for NIAC from  November 4, 2009  to April 10, 2010.

6.      The inventory and audit of Progressive Office generated as a result of  2 visits to NIAC and extensive testing reflected that ten PCs or laptops were connected to the NIAC network from November 4 to December 16, 2009. The computer names, types, models, and serial numbers are reflected in the reports attached as Exhibit C.

7.      At no time during this period did the audit and inventory of Progressive Office of NIAC's network reflect or detect that a Dell Vostro 410 desktop with a serial number BBWQH1was connected to the NIAC network. NIAC's office is very small and the existence of a computer that size not connected to the network would have been noticed and raised questions.

8.      At no time during this project, was Progressive Office informed by NIAC that it was experiencing problems with Trita Parsi's desktop falling off the network or becoming disconnected.

9.      Another part of this project involved the installation of a new and larger server on NIAC's network.  As part of that work, data from NIAC's old, existing server was migrated over to the new, larger server installed by Progressive Office.  As of April 8, 2010 the date Progressive Office completed this project, the old, existing server was still connected to the NIAC network, had not had any data deleted from it, and was still in the possession of NIAC.

FURTHER, AFFIANT SAYETH NAUGHT

Stuart Kushner

WASHINGTON                )
DISTRICT  OF               ) SS
COLUMBIA                   )

On this 22 day of 12 in the year 2010, before me Stuart Kushner, a Notary Public in and for said State, personally appeared Cheryl Hoyle known to me to

Cheryl Y. Hoyle
Notary Public, District of Columbia
My Commission Expires 9/31/2015

be the person who executed the within Affidavit of_____, and acknowledged to me that he executed the same for the purposes therein stated.

　　　IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires:
Carol V. Moran
Notary Public, District of Columbia
My Commission Expires 3/31/2015



| | SIDLEY AUSTIN LLP | BEIJING | NEW YORK |
| | 1501 K STREET, N.W. | BRUSSELS | PALO ALTO |
| | WASHINGTON, D.C. 20005 | CHICAGO | SAN FRANCISCO |
| | (202) 736 8000 | DALLAS | SHANGHAI |
| | (202) 736 8711 FAX | FRANKFURT | SINGAPORE |
| | | GENEVA | SYDNEY |
| | | HONG KONG | TOKYO |
| | | LONDON | WASHINGTON, D.C. |
| | | LOS ANGELES | |

pjensen@sidley.com
(202) 736 8887

FOUNDED 1866

October 5, 2010

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

Re:    Subpoena for Documents

*Parsi et al. v. Hassan*, Case Number 08-705

To Whom it May Concern:

Enclosed please find a subpoena requiring you to provide certain documents as outlined in Attachment A to the subpoena. Please deliver those documents by October 22, 2010 at 10:00 a.m. Should you have any questions regarding this request, please contact me at pjensen@sidley.com or (202) 736-8887.

I appreciate your attention to this important matter and regret any inconvenience that it may cause you.

Very truly yours,

Peter G. Jensen

cc:    AP Pishevar
       Adrian Nelson
       Patrick Parsa

Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

**EXHIBIT A**

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Trita Parsi and National Iranian American Council

V.

Daioleslam Seid Hassan

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  08-705 (JDB)

TO:   Progressive Office, Inc.
      1001 V Street, NW
      Washington, DC 20001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A.

| PLACE      Sidley Austin LLP, 1501 K St. NW, Washington, DC 20005 | DATE AND TIME 10/22/2010 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  (Attorney for Defendant) | DATE 10/5/2010 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Peter G. Jensen
1501 K. St., NW, Washington, D.C. 20005; (202) 736-8887; pjensen@sidley.com

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev.  12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 10/5/2010 | 1001 V Street, NW<br>Washington, DC 20001 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____ 10/5/2010 _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
   (1) A person or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
   (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises— or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
   (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
      (i) fails to allow reasonable time for compliance;
      (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
      (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) If a subpoena
      (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
      (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
      (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
   (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
   (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
   (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
   (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
   (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
   (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## ATTACHMENT A

### DEFINITIONS

1.   "NIAC" shall mean the National Iranian American Council, its board of directors or trustees and any officials, representatives, employees, servants, attorneys, agents, or any other person acting for or on its behalf, including, but not limited to, Plaintiff Trita Parsi.

2.   "Document" or "documents" is used in its broadest sense, as defined by Federal Rule of Civil Procedure 34(a), and includes, without limitation, all electronic, written, or printed matter of any kind, including drafts, originals and non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise, and records of any type or description, including without limitation the following: correspondence; interoffice and intraoffice communications; notes; letters; memoranda; work papers; analyses; plans; studies, statistical records; reports; press releases; contracts and agreements; records, summaries, agendas, minutes or notes of conferences, meetings, telephone calls, or other conversations; calendars, diaries, and appointment books; message pads; telephone messages and telephone logs; facsimiles, teletypes, telexes, and thermafaxes; photographs; tapes or other recordings; handwritten notes or notations in any form; voicemail messages; instant messages; data compilations, including, but not limited to, computer-generated and computer-stored information, whether or not ever printed out or displayed, such as documents stored on a network server, computer drive, CD or floppy disks; electronic mail, whether or not ever printed out or displayed, and any enclosures or attachments thereto; data posted or transmitted on Internet websites, including social networking sites and blogs.

3.      "Relate to" or "relating to" shall mean any information or document which addresses, constitutes, contains, embodies, evidences, reflects, concerns, identifies, states, refers to, regards, records, responds to, deals with, describes, discusses, explains or is in any way pertinent to the subject of the request.

## INSTRUCTIONS

1.      Documents produced in response to one specific paragraph of this request need not be produced again, provided they are designated as being responsive to subsequent specific paragraphs when they are first produced.

2.      You are required to produce all of the requested documents which are in your possession, custody or control, including (by way of illustration only and not limited to) documents in the possession, custody or control of your affiliates, or merged and acquired predecessors and your present or former investigators, attorneys, directors, officers, partners, employees or other agents, as well as your present or former independent contractors over which you have or had control, and any other person acting on your behalf.

3.      You are to produce the originals and all copies of originals within the scope of this request, and make such original documents available for inspection and copying. These original documents must remain available throughout the custodian of records' examination.

4.      This request for production is continuing so as to require supplemental production pursuant to applicable procedural rules. If, after making your initial production, you or any person acting on your behalf obtains varying or additional information or documents called for by the requests, all such original information and documents shall be made available to Counsel for Defendant.

2

5.  If you withhold any information or documents requested herein on grounds of privilege, work-product or otherwise, identify the specific grounds upon which your objection is based and the particular request objected to, and identify any withheld documents or portion(s) thereof as follows:

  a.  date;
  b.  identity of its author/signatory and recipient;
  c.  type of document (e.g., letter, chart, memorandum, etc.);
  d.  summary of document contents, or the nature of the document;
  e.  Notwithstanding the assertion of an objection, any purportedly privileged document containing non-privileged matter must be disclosed, with the purportedly privileged portion excised.

6.  If any otherwise responsive document was, but is no longer in existence or in your possession, custody or control, identify its current or last known custodian, the location/address of such document, and describe in full the circumstances surrounding its disposition from your possession or control.

7.  Documents produced pursuant to this request shall be produced as they are kept in the ordinary course of business. If a document was prepared in several copies, or if additional copies were thereafter made, and if such copies were not identical or are no longer identical by reason of subsequent notation or modifications of any kind whatsoever, including, without limitation, notations on the front or back of the document, such non-identical copies must be produced. The fact that a document has been or shall be produced by one person does not relieve any other person from the obligation to produce a copy of the same document, even if the two documents are identical in all respects.

3

## DOCUMENTS TO BE PRODUCED

1.      Any and all communications and/or documents pertaining to any work performed by you on behalf of NIAC relating to computers and/or shared servers from January 1, 2008, to present.

2.      Any and all electronically stored information obtained by you in the course of performing work on behalf of NIAC relating to computers and/or shared servers from January 1, 2008, to present, including any media copied or backed up for NIAC in its <u>original</u> form (*e.g.*, hard drives, server equipment).

4

## CERTIFICATE OF SERVICE

I certify that today, October 5, 2010, I served the foregoing Notice of Subpoena on the following via email:

> Afshin Pishevar
> Adrian Nelson
> Patrick Parsa
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com

Dated: October 5, 2010

Peter G. Jensen
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8887
pjensen@sidley.com

5

# Gmail

Stuart Kushner <stu.kushner@gmail.com>

## 2196 2198
1 message

Eric Fitzgerald <eric.m.fitzgerald@gmail.com>                                    Sat, Apr 10, 2010 at 2:19 PM
To: Stu Kushner <stu@progressiveoffice.com>

Kevin at NIAC is going to return the Dlink switch and is looking into buying a Linksys switch like the one recommended by Speakeasy.

2 attachments

📄 **2196.pdf**
   30K

📄 **2198.pdf**
   24K

**EXHIBIT B**

Gmail

Stuart Kushner <stu.kushner@gmail.com>

## NIAC

2 messages

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Thu, Apr 1, 2010 at 10:30 PM

Can we reschedule NIAC for Monday. After I go to Mendelson tomorrow, I have a call in VA and won't make it back till afternoon. I also have to go back to Capital Design and I would like to do both on Monday.

**Stu Kushner <stu.kushner@gmail.com>**
Reply-To: Stu Kushner <stu@progressiveoffice.com>
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Thu, Apr 1, 2010 at 11:35 PM

I updated the calendar. Am playing golf in the morning.

Stu
-- Sent from my Palm Pre

On Apr 1, 2010 10:37 PM, Eric Fitzgerald <eric.m.fitzgerald@gmail.com> wrote:

Can we reschedule NIAC for Monday. After I go to Mendelson tomorrow, I have a call in VA and won't make it back till afternoon. I also have to go back to Capital Design and I would like to do both on Monday.

Gmail - Re: Updated Invitation: NIAC - Switch Install @ Fri Apr 2 12pm ...      https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...



Stuart Kushner <stu.kushner@gmail.com>

## Re: Updated Invitation: NIAC - Switch Install @ Fri Apr 2 12pm - 1:30pm (kcowl@niacouncil.org)

1 message

kcowl@niacouncil.org <kcowl@niacouncil.org>                                                      Thu, Apr 1, 2010 at 10:39 PM
To: Stu Kushner <stu@progressiveoffice.com>
Cc: "kcowl@niacouncil.org" <kcowl@niacouncil.org>, "sphalsaphie@niacouncil.org" <sphalsaphie@niacouncil.org>, Eric Fitzgerald <eric.fitzgerald@progressiveoffice.com>

Did it not get finished tonight ?

> This event has been changed.
>
> Title: NIAC - Switch Install
> Install new 24-port switch. This will cause a disruption in service. If
> you
> prefer a later time, let us know and we will reschedule it.
> When: Fri Apr 2 12pm – 1:30pm Eastern Time (changed)
> Where: 1411 K St. NW  Ste. 600  Washington, DC 20005
> Calendar: kcowl@niacouncil.org
> Who:
>     * eric.fitzgerald@progressiveoffice.com - organizer
>     * stu@progressiveoffice.com - creator
>     * sphalsaphie@niacouncil.org
>     * kcowl@niacouncil.org
>
> Event details:
> https://www.google.com/calendar/event?action=VIEW&eid=aTZwZTlhOGhjdXV1MHM4NzEzcWNjMTc1bmsga2Nvd2xAbmlhY291bmNpbC5vcmc&tok=MzcjZXJpYy5maXR6Z2VyYWxkQHByb2
> dvZXNzaXZlb2ZmaWNlLmNvbWVyZWM5OWFhOTFIY2U0MmZjQGNYTQwZDA0ODE2N2E1Ng0YTo1MWI&ctz=America%2FNew_York&h=en
>
> Invitation from Google Calendar: https://www.google.com/calendar/
>
> You are receiving this courtesy email at the account kcowl@niacouncil.org
> because you are an attendee of this event.
>
> To stop receiving future notifications for this event, decline this event.
> Alternatively you can sign up for a Google account at
> https://www.google.com/calendar/ and control your notification settings
> for
> your entire calendar.
>

10/6/2010 3:43 PM

Gmail - FW: please do research

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

 Gmail

Stuart Kushner <stu.kushner@gmail.com>

## FW: please do research
1 message

**Kevin Cowl <kcowl@niacouncil.org>**
To: eric@progressiveoffice.com, eric.m.fitzgerald@gmail.com
Cc: sphalsaphie@niacouncil.org, Stu Kushner <stu@progressiveoffice.com>

Thu, Mar 25, 2010 at 1:24 PM

Eric – will this one work ?  Let us know and we'll buy it.

$149: http://www.provantage.com/d-link-systems-des-1228-7DLN505K.htm

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Wednesday, March 17, 2010 4:59 PM
**To:** eric@progressiveoffice.com
**Cc:** sphalsaphie@niacouncil.org
**Subject:** FW: please do research

Eric – thanks.  Looks like it does support VLAN tagging from what I was able to read online.

Sepideh, please go shopping online and see what kind of prices you can get for this unit:

DES-1228 Web Smart 24-Port 10/100 + (4) 1000BASE-T Ports + 2 Combo Ports Switch

I found it for $179 here http://www.dlink.com/products/?pid=540 , but maybe you can find it for less somewhere else ?  Please look.  Thanks.

**From:** Eric Fitzgerald [mailto:eric.m.fitzgerald@gmail.com]
**Sent:** Wednesday, March 17, 2010 4:45 PM
**To:** 'Kevin Cowl'
**Subject:** RE: please do research

I'm sure it would as long as it supports VLAN tagging.

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Wednesday, March 17, 2010 3:07 PM
**To:** 'Kevin Cowl'; 'Kody Wilson'; eric@progressiveoffice.com; eric.m.fitzgerald@gmail.com; 'Stu Kushner'; 'Jen Moon'
**Cc:** sphalsaphie@niacouncil.org
**Subject:** RE: please do research

Eric, Kody, Jen – little help here.  Seems like this has been discontinued.  Will the alternative recommendation works just as well ?   I need someone to weight in here since I have no technical knowledge to make this assessment.

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Monday, March 15, 2010 12:38 PM
**To:** 'Kody Wilson'; 'eric@progressiveoffice.com'; 'eric.m.fitzgerald@gmail.com'; 'Stu Kushner'
**Cc:** 'sphalsaphie@niacouncil.org'
**Subject:** RE: please do research

Kody and Eric – looks like this products has been discontinued as of 207.  Would the DES-1228 (see link below) work just as well ?

------

**DES-1526 Web Smart 24-Port PoE 10/100 + 2 Combo Gigabit Copper/SFP ports Switch**

This product is End-of-Life as of February 01, 2007
See our latest product: DES-1228

10/6/2010 3:42 PM

Gmail - FW: please do research                    https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...



**From:** Sepideh Phalsaphie [mailto:sphalsaphie@niacouncil.org]
**Sent:** Monday, March 15, 2010 12:23 PM
**To:** 'Kevin Cowl'
**Subject:** RE: please do research

This product was discontinued as of Wednesday, February 07, 2007. I was able to find one in Australia for ~$800. Please let me know if there is another product you'd like me to investigate.

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Friday, March 12, 2010 5:24 PM
**To:** sphalsaphie@macouncil.org
**Subject:** please do research

Into buying one of these 24 port switches:   D-Link DES 1526

Plz give me some prices and vendors.  Thx.

**Kevin Cowl**

*Chief Operating Officer*

National Iranian American Council

1411 K St. NW  Ste. 600

Washington, DC 20005

ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacINsight.com

10/6/2010 3:42 PM

Gmail - RE: please do research

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...



Stuart Kushner <stu.kushner@gmail.com>

## RE: please do research

3 messages

**Kevin Cowl <kcowl@niacouncil.org>**                                                                                        Mon, Mar 15, 2010 at 12:37 PM
To: Kody Wilson <Kody.Wilson@hq.speakeasy.net>, eric@progressiveoffice.com, eric.m.fitzgerald@gmail.com, Stu Kushner <stu@progressiveoffice.com>
Cc: sphalsaphie@niacouncil.org

Kody and Eric – looks like this products has been discontinued as of 207.  Would the DES-1228 (see link below) work just as well ?

------

**DES-1526 Web Smart 24-Port PoE 10/100 + 2 Combo Gigabit Copper/SFP ports Switch**

This product is End of Life as of February 01, 2007
See our latest product: DES-1228



**From:** Sepideh Phalsaphie [mailto:sphalsaphie@niacouncil.org]
**Sent:** Monday, March 15, 2010 12:23 PM
**To:** 'Kevin Cowl'
**Subject:** RE: please do research

This product was discontinued as of Wednesday, February 07, 2007.  I was able to find one in Australia for ~$800.  Please let me know if there is another product
you'd like me to investigate.

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Friday, March 12, 2010 5:24 PM
**To:** sphalsaphie@niacouncil.org
**Subject:** please do research

Info buying one of these 24 port switches:  D-Link DES 1526

Plz give me some prices and vendors.  Thx.

Kevin Cowl

*Chief Operating Officer*

_____

National Iranian American Council

1411 K St. NW  Ste. 600

Washington, DC 20005

ph: 202 386 6324

mobile  202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacINsight.com

**Kevin Cowl <kcowl@niacouncil.org>**                                                                                        Wed, Mar 17, 2010 at 3:06 PM

10/6/2010 3:42 PM

To: Kevin Cowl <kcowl@niaconcil.org>, Kody Wilson <Kody.Wilson@hq.speakeasy.net>, eric@progressiveoffice.com, eric.m.fitzgerald@gmail.com, Stu Kushner <stu@progressiveoffice.com>, Jen Moon <Jen.Moon@hq.speakeasy.net>
Cc: sphalsaphie@niacouncil.org

Eric, Kody, Jen – little help here.  Seems like this has been discontinued.  Will the alternative recommendation works just as well ?   I need someone to weight in here since I have no technical knowledge to make this assessment.

---

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Monday, March 15, 2010 12:38 PM
**To:** 'Kody Wilson'; 'eric@progressiveoffice.com'; 'eric.m.fitzgerald@gmail.com'; 'Stu Kushner'
**Cc:** 'sphalsaphie@niacouncil.org'

[Quoted text hidden]

[Quoted text hidden]

---

**Jen Moon** <Jen.Moon@hq.speakeasy.net>                                              Wed, Mar 17, 2010 at 8:15 PM
To: Kevin Cowl <kcowl@niacouncil.org>, Kody Wilson <Kody.Wilson@hq.speakeasy.net>, "eric@progressiveoffice.com" <eric@progressiveoffice.com>, "eric.m.fitzgerald@gmail.com" <eric.m.fitzgerald@gmail.com>, Stu Kushner <stu@progressiveoffice.com>
Cc: "sphalsaphie@niacouncil.org" <sphalsaphie@niacouncil.org>

Hi Kevin,

I'd check with your IT person but the replacement router for that use seems fine.  I'd make sure it has a good warranty since it's not a piece of equipment that Speakeasy will be supporting.  Thanks!

Jen Moon
Strategic Implementations Project Manager
((·-·))
speakeasy
Direct > 206.902.5324 Fax > 206.269.5599
Email > Jen.moon@hq.speakeasy.net
www.speakeasy.net

**Broadband Voice & Data Communications**

---

**From:** Kevin Cowl [mailto:kcowl@niacouncil.org]
**Sent:** Wednesday, March 17, 2010 12:07 PM
**To:** 'Kevin Cowl'; Kody Wilson; eric@progressiveoffice.com; eric.m.fitzgerald@gmail.com; 'Stu Kushner'; Jen Moon
[Quoted text hidden]

[Quoted text hidden]

10/6/2010 3:42 PM



Stuart Kushner <stu.kushner@gmail.com>

## RE: [Speakeasy] Managed Switches - NIAC
1 message

**Kevin Cowl <kcowl@niacouncil.org>**                                                           Fri, Mar 12, 2010 at 6:18 PM
To: Kody Wilson <Kody.Wilson@hq.speakeasy.net>, Jen Moon <Jen.Moon@hq.speakeasy.net>
Cc: eric@progressiveoffice.com, eric.m.fitzgerald@gmail.com, Stu Kushner <stu@progressiveoffice.com>

Thanks Kody. Eric, let's talk next week about purchasing and configuring.

-----Original Message-----
From: Kody Wilson [mailto:Kody.Wilson@hq.speakeasy.net]
Sent: Friday, March 12, 2010 4:44 PM
To: 'Kevin Cowl'; Jen Moon
Cc: eric@progressiveoffice.com; eric.m.fitzgerald@gmail.com
Subject: RE: [Speakeasy] Managed Switches - NIAC

Hi Kevin,

This would be something that you would purchase and configure. Since the
connectivity is already there and the phones are already on the DSL that you
would want them on, it will just require the following steps:

1) Purchase the managed switch.
2) Configure the switch with one VLAN for the phones and one for the
computers (tagged VLAN I'm pretty sure).

Diagram for the next section: NIAC_HV-Network_Designs.pdf

3) Leave the EdgeMarc plugged into its current connection. Plug the other
DSL (the 6.0MB circuit) into the firewall. The firewall and EdgeMarc both
then plug into the managed switch. The phones and then PC's are plugged into
the switch as diagramed.

Since it's not super simple, I have also included some example switch
configurations and a VLAN overview.

Please let me know if I need to clarify anything Eric, hopefully the diagram
and other documentations makes sense!

Best regards,


Kody Wilson
Implementations Project Coordinator

Speakeasy
Direct > 800.556.5829 x3719
Email > kody.wilson@hq.speakeasy.net  *Web > www.speakeasy.net

Voice *Data * Managed Services


-----Original Message-----
From: Kevin Cowl [mailto:kcowl@niacouncil.org]
Sent: Friday, March 12, 2010 11:39 AM
To: 'Kody Wilson'; Jen Moon
Cc: eric@progressiveoffice.com; eric.m.fitzgerald@gmail.com
Subject: RE: [Speakeasy] Managed Switches - NIAC

Kody ?

-----Original Message-----
From: Kevin Cowl [mailto:kcowl@niacouncil.org]
Sent: Thursday, March 11, 2010 2:45 PM
To: 'Kody Wilson'; 'Jennifer Moon'
Cc: 'eric@progressiveoffice.com'; 'eric.m.fitzgerald@gmail.com'
Subject: RE: [Speakeasy] Managed Switches - NIAC

Kody - I have checked with Eric and he said any of these would work and that
we do not need PoE.  I am inclined to go with the least expensive one. The
Linksys is, according to him, twice as much as the others so it looks like
the D-Link DES 1526 is the right one.

So - how much does this cost, who buys it and what do we do now ?  Is this a
Speakeasy installation ?

Please let me know so we can move forward.


-----Original Message-----
From: Kody Wilson [mailto:Kody.Wilson@hq.speakeasy.net]
Sent: Thursday, March 04, 2010 11:52 AM
To: 'kcowl@niacouncil.org'; Jennifer Moon
Cc: 'eric@progressiveoffice.com'; 'eric.m.fitzgerald@gmail.com'
Subject: [Speakeasy] Managed Switches - NIAC

Hi Kevin and Jen,

I did say that I would send known working switches. As we discussed on the
phone, I cannot say that we recommend any particular switch because we do
not configure or support them directly.

With that being said, these have worked for others:

SMC 10/100/1000 SMCGS24 (managed, PoE)
Linksys SRW224P (managed, PoE)
D-Link DES-1526 (managed, and no PoE)

POE means Power over Ethernet and refers to the ability to power the phone
with the network cable. You would want to make sure the switch can provide
POE to Cisco phones, if you were to utilize that functionality.

Eric, if you can send me the switch model you were thinking of, I can take a
quick look and see if it seems like it would work. The main thing is to
choose something affordable (per Kevin) and that you can configure fairly
easily.

Sorry for the wait Kevin, let me know how else I can assist!

Best regards,


Kody Wilson
Implementations Project Coordinator

Speakeasy
Direct > 800.556.5829 x3719
Email > kody.wilson@hq.speakeasy.net  * Web > www.speakeasy.net

Voice * Data * Managed Services

-----Original Message-----
From: kcowl@niacouncil.org [mailto:kcowl@niacouncil.org]
Sent: Wednesday, March 03, 2010 5:10 PM
To: Jennifer Moon
Cc: 'kcowl@niacouncil.org'; Kody Wilson
Subject: RE: [Fwd: RE: Calling you soon - otp]

I'm only saying this because on the call Kody said he would send Eric the
information and we are waiting.  if its not something you can "officially"
do, then Kody should have indicated that so we weren't waiting in vain.

So - can you or can you not do this ?  If you can, when can we expect the
information ?


> Hi Kevin,
>
> This isn't info we usually have at hand as we can't give official
> recommendations on switches; it's probably taking Kody some time to get it
> from one of our solution engineers.
>
> Kody, if you have trouble with this, I recommend checking in with Robert.
> Do we have all the info we need about the one recommended by Stu?  Thanks!
>
>
> Jen Moon
> Strategic Implementations Project Manager
>
>
> Direct > 206.902.5324 Fax > 206.269.5599
> Email > jen.moon@hq.speakeasy.net
> www.speakeasy.net
>
> Broadband Voice & Data Communications
>
> -----Original Message-----
> From: kcowl@niacouncil.org [mailto:kcowl@niacouncil.org]
> Sent: Wednesday, March 03, 2010 4:53 PM
> To: Jennifer Moon
> Subject: [Fwd: RE: Calling you soon - otp]
>
> waiting for Kody...................
>
> -------------------------- Original Message --------------------------
> Subject: RE: Calling you soon - otp
> From:    "Eric Fitzgerald" <eric.m.fitzgerald@gmail.com>
> Date:    Wed, March 3, 2010 2:46 pm
> To:      "'Kevin Cowl'" <kcowl@niacouncil.org>
> --------------------------------------------------------------------------
>
> I'm still waiting for Kody to send me a list of know compatible switches,
> or to confirm the one Stu suggested will work
>
> -----Original Message-----
> From: Kevin Cowl [mailto:kcowl@niacouncil.org]
> Sent: Wednesday, March 03, 2010 9:50 AM
> To: 'Jennifer Moon'; 'Eric Fitzgerald'; Stu Kushner@Gmail.com
> Cc: 'Kody Wilson'
> Subject: RE: Calling you soon - otp
>
> We did and we are moving forward.  Eric and Kody were going to exchange
> some technical information and then we were going to proceed.  Eric - Kody
> - do you have the info each of you needs ?
>
>
> -----Original Message-----
> From: Jennifer Moon [mailto:Jen.Moon@hq.speakeasy.net]

> Sent: Tuesday, March 02, 2010 10:22 PM
> To: Kevin Cowl; 'Eric Fitzgerald'; Stu.Kushner@Gmail.com
> Cc: Kody Wilson
> Subject: RE: Calling you soon - otp
>
> Hi Kevin,
>
> As I mentioned last week, I will not be returning from vacation until
> tomorrow.  I hope you all were able to meet!  Thanks!
>
> --Jen
> _____
> From: Kevin Cowl [kccowl@niacouncil.org]
> Sent: Monday, March 01, 2010 10:12 AM
> To: 'Kevin Cowl'; 'Eric Fitzgerald'; Stu.Kushner@Gmail.com
> Cc: Jennifer Moon; Kody Wilson
> Subject: RE: Calling you soon - otp
>
> Other than Enc - no responses for tomorrow's scheduled call.  Kody ?
> Jennifer ?
>
> From: Kevin Cowl [mailto:kccowl@niacouncil.org]
> Sent: Thursday, February 25, 2010 11:23 AM
> To: 'Kevin Cowl'; 'Eric Fitzgerald'; 'Stu.Kushner@Gmail.com'
> Cc: 'Jennifer Moon'; 'Kody Wilson'
> Subject: RE: Calling you soon - otp
>
> Please indicate your availability for the Tuesday call.  As of now, no one
> has responded.
>
> From: Kevin Cowl [mailto:kccowl@niacouncil.org]
> Sent: Wednesday, February 24, 2010 10:50 AM
> To: 'Eric Fitzgerald'; 'Stu.Kushner@Gmail.com'
> Cc: 'Jennifer Moon'; 'Kody Wilson'
> Subject: RE: Calling you soon - otp
>
> Eric .. this is helpful.
>
> If a recommendation is coming from someone at Speakeasy and then someone
> else at Speakeasy is issuing a conflicting recommendation, then we need to
> have a discussion.
>
> Jennifer/Kody - please see below.
>
> I look fo
>
>

Gmail - NIAC Sales Tax Exemption certificate

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

 Gmail

Stuart Kushner <stu.kushner@gmail.com>

## NIAC Sales Tax Exemption certificate
2 messages

**Sepideh Phalsaphie <sphalsaphie@niacouncil.org>**
To: Stuart Kushner <stu.kushner@progoffice.com>

Fri, Feb 19, 2010 at 3:45 PM

Hi Stu,

I am forwarding you NIAC's sales tax exemption certificate for your records.

Thanks,

**Sepideh Phalsaphie**
*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

---

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stuart Kushner
**Sent:** Thursday, November 19, 2009 5:37 PM
**To:** Sepideh Phalsaphie
**Subject:** Re: Invoice from Progressive Office, Inc.

I will knock off another half hour and send you the credit memo.

Stu

_____

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
* www.ProgressiveOffice.com
*

---

On Thu, Nov 19, 2009 at 5:21 PM, Sepideh Phalsaphie <sphalsaphie@niacouncil.org> wrote:

A discount on that one would be great! I didn't realize there was a 2-hour minimum, so we appreciate anything you can do to help us with the cost.

Thanks so much, Stu!

**Sepideh Phalsaphie**
*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

10/6/2010 3:40 PM

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of** Stuart Kushner
**Sent:** Thursday, November 19, 2009 5:14 PM

**To:** Sepideh Phalsaphie
**Subject:** Re: Invoice from Progressive Office, Inc.

Sepideh -

I knew we could work this out. :)

We have a 2 hour minimum. Do I need to discount that too?

Stu
———

On Thu, Nov 19, 2009 at 4:10 PM, Sepideh Phalsaphie <sphalsaphie@niacouncil.org> wrote:

Hi Stu,

Yes, we would appreciate the credit. The appointment was on a federal holiday, and only one staff person came to the office that afternoon for the sole purpose of being present during the appointment window. Under normal circumstances, we would have been open all day.

Can you also explain the 2.5 hours of charge for the third visit? Eric definitely was not here for that long, and again, since there was no service order for me to sign, so I could not approve/disapprove the time spent connecting our modems.

Thanks,

**Sepideh Phalsaphie**
Office Administrator

———
National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of** Stuart Kushner
**Sent:** Thursday, November 19, 2009 3:35 PM
**To:** Sepideh Phalsaphie
**Subject:** Re: Invoice from Progressive Office, Inc.

Hi Sepideh -

Yes, you were charged for his visit. Our appointments are not precise. They can't be. My technicians are out fixing computers and never know if they are going to finish early or late. And I really can't recall sending a technician to an office that is locked.

The invoice you paid included a 1 hour charge for that visit. I will credit your account if you feel it is unfair. That still leaves the original invoice of $279.28. Should I issue a $95 credit?

Stu
———

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
* www.ProgressiveOffice.com
*

On Thu, Nov 19, 2009 at 2:53 PM, Sepideh Phalsaphie <sphalsaphie@niacouncil.org> wrote:

Hi Stu,

I'm not sure what the second visit was - Eric was only at our office twice. Were we charged for him arriving outside of the appointment window?

Thanks,

**Sepideh Phalsaphie**

*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

_____

**From:** Progressive Office, Inc. [mailto:stu.kushner@progoffice.com]
**Sent:** Thursday, November 19, 2009 2:50 PM
**To:** sphalsaphie@niacouncil.org
**Subject:** Invoice from Progressive Office, Inc.

To Sepideh

I received a check for the second and third visits but this invoice was for the first initial visit. It is attached as a pdf below. Let me know if there is an issue.

Thank you for your business - we appreciate it very much.

Regards,
Stu Kushner

Progressive Office, Inc.
http://www.ProgressiveOffice.com
202-462-4290

**To view your invoice**
Open the attached PDF file. You must have Acrobate Reader installed to view the attachment.

_____

⇁] NIAC Tax_Exemption certificate.pdf
⇁] 99K

_____

Stuart Kushner <stu.kushner@progoffice.com>
To: Sepideh Phalsaphie <sphalsaphie@niacouncil.org>                    Fri, Feb 19, 2010 at 3:48 PM

Got it. Your tax status is now exempt. :)

Stu

_____

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

° Phone 202-462-4290
° Fax 202-330-5240

° www.ProgressiveOffice.com

[Quoted text hidden]

_____

Gmail

## finishing the job
3 messages

---

**Kevin Cowl** <kcowl@niacouncil.org>                                    Wed, Feb 17, 2010 at 5:11 PM
To: Eric Fitzgerald <eric@progressiveoffice.com>
Cc: Stu Kushner <stu@progressiveoffice.com>

Eric,

Sepideh said that you need to shut down our phones and internet to complete the Untangle install and  this would be best done after hours or on a weekend.  After hours is best and we can accommodate you tomorrow (Thursday).  We'll give you access as of 5pm and you can do what you need to do.  Does this work ?  We are eager to get this completed.

Thanks,

**Kevin Cowl**

*Chief Operating Officer*

---

National Iranian American Council

1411 K St. NW  Ste. 600

Washington, DC 20005

ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacINsight.com

---

**Stu Kushner** <stu@progressiveoffice.com>                              Wed, Feb 17, 2010 at 5:51 PM
To: Kevin Cowl <kcowl@niacouncil.org>
Cc: Eric Fitzgerald <eric@progressiveoffice.com>

Eric

There is a conflict for you at 5pm tomorrow with CAM. Do you think you can get to NIAC at 5pm? Or should we do this on Friday?

*Stu*

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

Phone 202-462-4290
Fax 202-330-5240

www.ProgressiveOffice.com

[Quoted text hidden]

---

**Kevin Cowl** <kcowl@niacouncil.org>                                    Wed, Feb 17, 2010 at 6:34 PM
Reply-To: kcowl@niacouncil.org
To: Stu Kushner <stu@progressiveoffice.com>, stu.kushner@gmail.com
Cc: Eric Fitzgerald <eric@progressiveoffice.com>

I have indicated that Friday would work for us.

Sent via BlackBerry from T-Mobile

From: Stu Kushner <stu@progressiveoffice.com>
Date: Wed, 17 Feb 2010 16:51:11 -0500
To: Kevin Cowl<kcowl@niacouncil.org>
Cc: Eric Fitzgerald<eric@progressiveoffice.com>
Subject: Re: finishing the job
[Quoted text hidden]

---

# Gmail

Stuart Kushner <stu.kushner@gmail.com>

## Patch Updates
1 message

**Stu Kushner <stu@progressiveoffice.com>**                                    Sat, Feb 13, 2010 at 1:34 AM
To: Kevin Cowl <kcowl@niacouncil.org>

FYI...

See attached file.

Stu

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
* www.ProgressiveOffice.com
*

NIAC NetworkCare Patch Summary.pdf
82K



Gmail

Stuart Kushner <stu.kushner@gmail.com>

## any update ?
2 messages

Kevin Cowl <kcowl@niacouncil.org>
To: Stu Kushner <stu@progressiveoffice.com>

Fri, Feb 12, 2010 at 12:45 PM

Stu – like the rest of the DC area, we have been closed for most of the last week.  We are open today and will be Monday as well.  Wanted to check in with you to see where the Untangle install is ?

Please let me know.

**Kevin Cowl**

*Chief Operating Officer*

National Iranian American Council

1411 K St. NW  Ste  600

Washington, DC 20005

ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacInsight.com

---

Stu Kushner <stu@progressiveoffice.com>
To: Kevin Cowl <kcowl@niacouncil.org>, Eric Fitzgerald <eric@progressiveoffice.com>

Fri, Feb 12, 2010 at 12:51 PM

Eric?

Status please?

Also.   Kevin..  I need to know by the end of the month your goal for the NetworkCare monitoring and patch management agents we have running. Do you think that is possible?

Thanks,
Stu

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240

* www.ProgressiveOffice.com
*

Stuart Kushner | Create Your Badge

Stuart Kushner
stu.kushner@gmail.com
Cotton - Environmental Disaster & Lethal Pesticides
Glenn Beck is obsessed with Hitler and Woodrow Wilson. (I'm just saying.)
Golf Tip - Putting [HQ]

— @ WiseStamp Signature. Get it now
[Quoted text hidden]

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

# Gmail

Stuart Kushner <stu.kushner@gmail.com>

## got the invoices
2 messages

---

**Kevin Cowl** <kcowl@niacouncil.org>
To: Stu Kushner <stu@progressiveoffice.com>

Tue, Feb 2, 2010 at 4:32 PM

Cutting checks now.  When can we expect Eric to be here ?


**Kevin Cowl**

*Chief Operating Officer*

---

National Iranian American Council

1411 K St. NW  Ste. 600

Washington, DC 20005


ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacINsight.com

---

**Stu Kushner** <stu@progressiveoffice.com>
To: Kevin Cowl <kcowl@niacouncil.org>, Eric Fitzgerald <eric@progressiveoffice.com>

Tue, Feb 2, 2010 at 6:19 PM

Eric -

Did you get the RAM for the NIAC Untangle box?

Stu

---

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

º Phone 202-462-4290
º Fax 202-330-5240
º
º www. ProgressiveOffice.com
º

[Quoted text hidden]

---

Gmail - any update ?                                                    https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...



Gmail                                                          Stuart Kushner <stu.kushner@gmail.com>

## any update ?
5 messages

**Kevin Cowl** <kcowl@niacouncil.org>                                     Thu, Jan 28, 2010 at 2:01 PM
To: stu@progressiveoffice.com

Will Eric be here Monday ?


**Kevin Cowl**

*Chief Operating Officer*

National Iranian American Council

1411 K St. NW  Ste. 600

Washington, DC 20005


ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacInsight.com


**Stu Kushner** <stu@progressiveoffice.com>                               Thu, Jan 28, 2010 at 4:24 PM
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>
Cc: Kevin Cowl <kcowl@niacouncil.org>

Eric

Kevin is asking if you will be able to install the Untangle Server on Monday.

Stu

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240

* www.ProgressiveOffice.com

[Quoted text hidden]

**Eric Fitzgerald** <eric.m.fitzgerald@gmail.com>                         Thu, Jan 28, 2010 at 7:12 PM
To: Stu Kushner <stu@progressiveoffice.com>

I still need a HDD for it. I'll be in Rockville tomorrow. Will you be up this way anytime tomorrow or during the weekend?


**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of Stu Kushner**
**Sent:** Thursday, January 28, 2010 3:25 PM
**To:** Eric Fitzgerald
**Cc:** Kevin Cowl
**Subject:** Re: any update ?

[Quoted text hidden]

**Stu Kushner** <stu@progressiveoffice.com>                               Thu, Jan 28, 2010 at 7:46 PM
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

No plans to be out that way. Was at Mendelson today.

Stu

[Quoted text hidden]

**Kevin Cowl** <kcowl@niacouncil.org>                                     Fri, Jan 29, 2010 at 5:29 PM
To: Stu Kushner <stu@progressiveoffice.com>, Eric Fitzgerald <eric@progressiveoffice.com>

Any updates ?

10/6/2010 3:32 PM

Gmail - any update ?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of Stu Kushner**
**Sent:** Thursday, January 28, 2010 3:25 PM
**To:** Eric Fitzgerald
**Cc:** Kevin Cowl
**Subject:** Re: any update ?

Eric -

[Quoted text hidden]

[Quoted text hidden]

# Gmail

Stuart Kushner <stu.kushner@gmail.com>

## NIAC
12 messages

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 10:13 PM

Stu-

I cannot format either hard drive in this PC with the Untangle disc or a Windows XP disc. I think both HDDs are bad.

---

**Stu Kushner <stu@progressiveoffice.com>**
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Wed, Jan 27, 2010 at 10:20 PM

2 bad HDDs? I have extra brand new 40gb hard drives sitting in my garage. Pick one up on your way to NIAC?

Stu
—

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001
°
* Phone 202-462-4290
* Fax 202-330-5240
°
* www.ProgressiveOffice.com
°

[Quoted text hidden]

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 10:24 PM

Are they SATA or IDE?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, January 27, 2010 9:21 PM
**To:** Eric Fitzgerald
**Subject:** Re: NIAC

[Quoted text hidden]

---

**Stu Kushner <stu@progressiveoffice.com>**
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Wed, Jan 27, 2010 at 10:26 PM

IDE.

Stu
—

[Quoted text hidden]

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 10:31 PM

That's what we need. Do I need to go to Technoserve tomorrow?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, January 27, 2010 9:27 PM
**To:** Eric Fitzgerald
**Subject:** Re: NIAC

IDE.

Stu
—

On Wed, Jan 27, 2010 at 9:24 PM, Eric Fitzgerald <eric.m.fitzgerald@gmail.com> wrote:

Are they SATA or IDE?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, January 27, 2010 9:21 PM
**To:** Eric Fitzgerald
**Subject:** Re: NIAC

*2 bad HDDs? I have extra brand new 40gb hard drives sitting in my garage. Pick one up on your way to NIAC?*

Stu

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240

* www.ProgressiveOffice.com

On Wed, Jan 27, 2010 at 9:13 PM, Eric Fitzgerald <eric.m.fitzgerald@gmail.com> wrote:

Stu-

I cannot format either hard drive in this PC with the Untangle disc or a Windows XP disc. I think both HDDs are bad.

---

**Stu Kushner <stu@progressiveoffice.com>**
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Wed, Jan 27, 2010 at 11:05 PM

TechnoServe? I have no idea. I thought you were scheduling all of that yourself.

Stu

[Quoted text hidden]

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 11:12 PM

OK. last week was the last one.

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, January 27, 2010 10:06 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Stu Kushner <stu@progressiveoffice.com>**
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Wed, Jan 27, 2010 at 11:16 PM

OK. I will check with Jim.

Stu

[Quoted text hidden]

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 11:23 PM

I found the schedule he sent me back on 12/02 and last week was the last one.

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, January 27, 2010 10:17 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Stu Kushner <stu@progressiveoffice.com>**
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

Wed, Jan 27, 2010 at 11:26 PM

OK.

Stu

[Quoted text hidden]

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Jan 27, 2010 at 11:35 PM

Do you want to check with him just to make sure?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of** Stu Kushner
**Sent:** Wednesday, January 27, 2010 10:26 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Stu Kushner <stu@progressiveoffice.com>**                                    Wed, Jan 27, 2010 at 11:49 PM
**To:** Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

I already sent him an email to make sure.

Stu

[Quoted text hidden]

---

**Subject:** Re: Audit Reports

[Quoted text hidden]

---

**Kevin Cowl** <kcowl@niacouncil.org>
To: Stu Kushner <stu@progressiveoffice.com>

Fri, Dec 18, 2009 at 11:03 AM

Just remembered – Wed is the 23rd and Thurs is Christmas eve – we're off that day, back on Monday the 28th   Can it wait til then ?

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of Stu Kushner**
**Sent:** Wednesday, December 16, 2009 5:48 PM
**To:** kcowl@niacouncil.org
**Subject:** Re: Audit Reports

I will give you call when I get back!

[Quoted text hidden]

[Quoted text hidden]

---

**Stu Kushner** <stu@progressiveoffice.com>
To: Kevin Cowl <kcowl@niacouncil.org>

Fri, Dec 18, 2009 at 11:05 AM

After Xmas is fine. Do you have a date and time that works?

Stu

---

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
* www.ProgressiveOffice.com
*

[Quoted text hidden]

---

**Kevin Cowl** <kcowl@niacouncil.org>
To: Stu Kushner <stu@progressiveoffice.com>

Fri, Dec 18, 2009 at 11:06 AM

The 28th , 29th or 30th are fine.

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of** Stu Kushner
**Sent:** Friday, December 18, 2009 10:05 AM
**To:** Kevin Cowl
**Subject:** Re: Audit Reports

[Quoted text hidden]

---

Gmail - ready to go

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

 **Gmail**

Stuart Kushner <stu.kushner@gmail.com>

## ready to go
2 messages

**Kevin Cowl <kcowl@niacouncil.org>**
To: Stu Kushner <stu@progressiveoffice.com>

Wed, Nov 25, 2009 at 5:44 PM

Stu – we discussed it internally and are ready to go ahead with Proposal #17592 for $1,889.68 (the server setup). The other proposals the Gmail host setup and the Essential/Premier service packages) we are going to wait on for now, but will revisit after a little while. We are interested in the 27-point network audit though – as its free - and it will probably help answer a lot of questions!

I have the signed agreement ready for you. Please let me know schedule and next steps

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] On Behalf Of Stu Kushner
**Sent:** Wednesday, November 25, 2009 3:29 PM
**To:** Kevin Cowl
**Subject:** Re: FW: Thanks

Kevin -

It was really nice meeting you too. I had enough time this afternoon to work up all of the proposals. I am attaching the NetworkCare IT Support Agreement. Before you commit, I would very much like to do the free audit. It takes just a few minutes at each computer to install the NetworkCare Agent and then about a week for our system to do all of the updates and diagnostics.

After it is done, I can present to you a report showing a complete inventory of your hardware and the patch staus of each machine and lots of other cool stuff. I hope you let me do it. There is no risk or commitment to this audit. I can uninstall the agents remotely in just a few minutes.

Regards,
Stu

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

＊Phone 202-462-4290
＊Fax 202-330-5240

＊www.ProgressiveOffice.com

On Wed, Nov 25, 2009 at 1:04 PM, Kevin Cowl <kcowl@niacouncil.org> wrote:

Stu,

Thanks for coming down to meet with us today. We look forward to receiving your 3 proposals.

I have read the NetworkCare Support Program Plan and I like what I see so far. I am interested in finding out more about the 27-Point Free Network Audit as well.

Have a great Thanksgiving and I look forward to hearing from you soon.

**Kevin Cowl**

*Chief Operating Officer*

National Iranian American Council

1411 K St. NW Ste. 600

Washington, DC 20005

ph: 202 386 6324

mobile: 202 290 7547

www.niacouncil.org

check out NIAC's blog at www.niacINsight.com

**Stu Kushner <stu@progressiveoffice.com>**
To: Kevin Cowl <kcowl@niacouncil.org>

Wed, Nov 25, 2009 at 6:39 PM

Kevin -

Excellent and thank you! I will get the NAS and hard drives shipped out and get Eric scheduled to install it and to get the agents installed so that we can perform the audit.

Stu
_____

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
' www.ProgressiveOffice.com

[Quoted text hidden]

Gmail - RE: Invoice from Progressive Office, Inc.                    https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

 Gmail

Stuart Kushner <stu.kushner@gmail.com>

## RE: Invoice from Progressive Office, Inc.
6 messages

**Sepideh Phalsaphle** <sphalsaphle@niacouncil.org>                    Thu, Nov 19, 2009 at 3:53 PM
To: "Progressive Office, Inc." <stu.kushner@progoffice.com>

Hi Stu,

I'm not sure what the second visit was - Eric was only at our office twice.  Were we charged for him arriving outside of the appointment window?

Thanks,

**Sepideh Phalsaphle**

*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

**From:** Progressive Office, Inc. [mailto:stu.kushner@progoffice.com]
**Sent:** Thursday, November 19, 2009 2:50 PM
**To:** sphalsaphle@niacouncil.org
**Subject:** Invoice from Progressive Office, Inc.

To Sepideh

I received a check for the second and third visits but this invoice was for the first initial visit. It is attached as a pdf below. Let me know if there is an issue.

Thank you for your business - we appreciate it very much.

Regards,
Stu Kushner

Progressive Office, Inc.
http://www.ProgressiveOffice.com
202-462-4290

**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

**Stuart Kushner** <stu.kushner@progoffice.com>                    Thu, Nov 19, 2009 at 4:34 PM
To: Sepideh Phalsaphie <sphalsaphie@niacouncil.org>

Hi Sepideh

Yes, you were charged for his visit. Our appointments are not precise. They can't be. My technicians are out fixing computers and never know if they are going to finish early or late. And I really can't recall sending a technician to an office that is locked.

The invoice you paid included a 1 hour charge for that visit. I will credit your account if you feel it is unfair. That still leaves the original invoice of $279.28. Should I issue a $95 credit?

Stu

_____

Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240

* www.ProgressiveOffice.com

Gmail - RE: Invoice from Progressive Office, Inc.

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

[Quoted text hidden]

---

**Sepideh Phalsaphie** <sphalsaphie@niacouncil.org>
To: Stuart Kushner <stu.kushner@progoffice.com>

Thu, Nov 19, 2009 at 5:10 PM

Hi Stu,

Yes, we would appreciate the credit. The appointment was on a federal holiday, and only one staff person came to the office that afternoon for the sole purpose of being present during the appointment window. Under normal circumstances, we would have been open all day.

Can you also explain the 2.5 hours of charge for the third visit? Eric definitely was not here for that long, and again, since there was no service order for me to sign, so I could not approve/disapprove the time spent connecting our modems.

Thanks,

**Sepideh Phalsaphie**

*Office Administrator*

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

---

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of Stuart Kushner**
**Sent:** Thursday, November 19, 2009 3:35 PM
**To:** Sepideh Phalsaphie
**Subject:** Re: Invoice from Progressive Office, Inc.

[Quoted text hidden]

---

**Stuart Kushner** <stu.kushner@progoffice.com>
To: Sepideh Phalsaphie <sphalsaphie@niacouncil.org>

Thu, Nov 19, 2009 at 6:13 PM

Sepideh -

I knew we could work this out. :)

We have a 2 hour minimum. Do I need to discount that too?

Stu

[Quoted text hidden]

---

**Sepideh Phalsaphie** <sphalsaphie@niacouncil.org>
To: Stuart Kushner <stu.kushner@progoffice.com>

Thu, Nov 19, 2009 at 6:21 PM

A discount on that one would be great! I didn't realize there was a 2-hour minimum, so we appreciate anything you can do to help us with the cost.

Thanks so much, Stu!

**Sepideh Phalsaphie**

*Office Administrator*

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

10/6/2010 3:16 PM

Gmail - RE: Invoice from Progressive Office, Inc.

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

**From:** stu.kushner@gmail.com [mailto:stu.kushner@gmail.com] **On Behalf Of Stuart Kushner**
**Sent:** Thursday, November 19, 2009 5:14 PM

[Quoted text hidden]

---

**Stuart Kushner <stu.kushner@progoffice.com>**                                                    Thu, Nov 19, 2009 at 6:37 PM
To: Sepideh Phalsaphie <sphalsaphie@niacouncil.org>

I will knock off another half hour and send you the credit memo.

Stu

---

*Progressive Office, Inc.*
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240
*
* www.ProgressiveOffice.com
*

[Quoted text hidden]

---

10/6/2010 3:16 PM

https://mail.google.com/mail/?ui=2&ik=d3f9fd91b9&view=pt&q=niac&s...

Gmail

Stuart Kushner <stu.kushner@gmail.com>

## 2nd/3rd invoice
1 message

Sepideh Phalsaphie <sphalsaphie@niacouncil.org>
To: Stu Kushner <stu@progressiveoffice.com>

Thu, Nov 19, 2009 at 4:05 PM

Hi Stu,

I am confused about the invoice we paid for what you said was the 2nd and 3rd visits. It says that we are being charged for 3.5 hours of service. Eric was only here for ~1 hour on the 3rd visit and he wasn't present for the 2nd visit because he arrived at time that was not within our appointment window. When he left, I asked for a service order slip, and he said that he had left them in his car (it was raining heavily that day and his car was parked far away), so I did not have the opportunity to sign it to approve the charge. I understand that (I believe) a ½ hour of travel is included in each appointment, but I don't understand why 3.5 hours were billed. Can you help me understand this?

Thanks,

**Sepideh Phalsaphie**

*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

_____

10/6/2010 3:15 PM



Stuart Kushner <stu.kushner@gmail.com>

## FW: Update on your new Speakeasy DSL order # 13144472
1 message

**Sepideh Phalsaphie <sphalsaphie@niacouncil.org>**        Tue, Nov 10, 2009 at 5:59 PM
To: stu@progressiveoffice.com

Hi Stu,

Below is the email chain between myself and one of the techs, Solomon, at SpeakEasy. Solomon said that we should have been instructed to request this service from Eric, but unfortunately we did not get those instructions.

We have a voice installation team coming into our office on Tuesday (Nov. 17) to re-configure our phones, so we hope that we can have something scheduled before then.

Thanks so much!

**Sepideh Phalsaphie**

*Office Administrator*

---

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

**From:** Solomon Kasim [mailto:Solomon.Kasim@hq.speakeasy.net]
**Sent:** Monday, November 09, 2009 4:10 PM
**To:** 'Sepideh Phalsaphie'
**Cc:** Lindsay Baugh
**Subject:** RE: Update on your new Speakeasy DSL order # 13144472
**Importance:** High

Hi,

You just need to instruct him to complete the cross connections between the circuit that is located in the 6th floor phone room and the new inside wiring he ran for you.

Best Regards,

Solomon Kasim

Install Coordinator

Speakeasy

Direct>800-556-5829 ext2499

Fax>206-728-1500

Email>solomon.kasim@hq.speakeasy.net • Web ▪ http://www.speakeasy.net

Voice • Data • Managed Services

**From:** Sepideh Phalsaphie [mailto:sphalsaphie@niacouncil.org]
**Sent:** Monday, November 09, 2009 12:59 PM
**To:** Solomon Kasim
**Subject:** RE: Update on your new Speakeasy DSL order # 13144472

Thanks Solomon,

So, just that I'm clear, this information includes instructions?  We forwarded this information to the cabling tech the first time he came and he did not do the step that you mention is necessary

before the voice team comes in.

Can you please tell me what are the instructions to the cabling tech for his second visit?

Thanks,

**Sepideh Phalsaphie**
*Office Administrator*

_____

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com

**From:** Solomon Kasim [mailto:Solomon.Kasim@hq.speakeasy.net]
**Sent:** Monday, November 09, 2009 3:51 PM
**To:** 'Sepideh Phalsaphie'
**Cc:** Lindsay Baugh
**Subject:** RE: Update on your new Speakeasy DSL order # 13144472

**Hi Sepideh,**

**Yes it is. Here is the information we have for this circuit,just to make sure it is the same. It is located at "DMARC :: Bsmt, Main telco room, POS # 5, CLIC RJ 21X, White tag with CKT ID & PON, Front desk for access.**

Best Regards,

Solomon Kasim

Install Coordinator

Speakeasy

Direct>800-556-5829 ext2119

Fax>206-728-1500

Email>solomon.kasim@hq.speakeasy.net • Web > http://www.speakeasy.net

Voice • Data • Managed Services

**From:** Sepideh Phalsaphie [mailto:sphalsaphie@niacouncil.org]
**Sent:** Monday, November 09, 2009 11:32 AM
**To:** Solomon Kasim
**Subject:** FW: Update on your new Speakeasy DSL order # 13144472
**Importance:** High

Hi Solomon,

I just wanted to confirm with you that these instructions are the same for our other line/order: #13144461.

Sorry for my lack of orientation, but does the information you are giving us contain the instructions that we are to communicate to our data cabling guy? The circuit location information has already been sent to us by SpeakEasy, but I don't know exactly what to tell our cabling tech about what he needs to do – can you also sent that info as well?

Thanks,

**Sepideh Phalsaphie**
*Office Administrator*

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005


Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at www.niacINsight.com


**From:** Kevin Cawl [mailto:kcowl@niacouncil.org]
**Sent:** Monday, November 09, 2009 2:23 PM
**To:** 'Sepideh Pnalsaphie'
**Subject:** FW: Update on your new Speakeasy DSL order # 13144472
**Importance:** High


**From:** Solomon Kasim [mailto:Solomon.Kasim@hq.speakeasy.net]
**Sent:** Monday, November 09, 2009 2:22 PM
**To:** 'kcowl@niacouncil.org'
**Subject:** Update on your new Speakeasy DSL order # 13144472
**Importance:** High


Hi Sepideh,


Here is the circuit information you requested. The circuit is located at DMARC :: Bsmt, Main telco room, POS # 5, CLIC RJ 21X, White tag with CKT ID & PON, Front desk for access.


Best Regards,

Solomon Kasim

Install Coordinator


Speakeasy

Direct>800-556-5829 ext2499

Fax>206-728-1500

Email>solomon.kasim@hq.speakeasy.net • Web > http://www.speakeasy.net


Voice • Data • Managed Services



Stuart Kushner <stu.kushner@gmail.com>

## RE: NIAC - Install Cat5 cable
2 messages

---

**Eric Fitzgerald <eric.m.fitzgerald@gmail.com>**                                            Wed, Nov 4, 2009 at 11:05 PM
To: Stu Kushner <stu@progressiveoffice.com>

Is this for 1 line or 2? You have 2 circuits listed here.

-----Original Appointment-----
**From:** Eric Fitzgerald [mailto:eric.fitzgerald@progressiveoffice.com] **On Behalf Of** Eric Fitzgerald
**Sent:** Wednesday, November 04, 2009 4:27 PM
**To:** Eric Fitzgerald; sphalsaphie@niacouncil.org; kcowl@niacouncil.org
**Subject:** NIAC - Install Cat5 cable
**When:** Thursday, November 05, 2009 2:00 PM-6:00 PM {GMT-05:00) Eastern Time (US & Canada).
**Where:** 1411 K St. NW, Suite 600 Washington, DC 20005

more details »

### NIAC - Install Cat5 cable

Upgrade of internet phone service in office and need the following work performed. Below is the DMARC information and circuit ID:

Will need to borrow a ladder from building management.

OID 13144461 - 6.0 DSL Line
*DMARC :: Bsmt, Main telco room, POS # 5, CLIC RJ 21X, White tag with CKT ID & PON, Front desk for access.
Circuit ID: 36/ARDU/613334//DC

OID 13144472 - 3.0 DSL Line
Dmarc: BSMT, Main telco rm, RJ 21x, Pos # 6, White tag with ckt id and pon, Security desk for access.
Circuit ID: 36/ARDU/613394//DC

*When*

Thu Nov 5 2pm – 6pm Eastern Time

*Where*

1411 K St. NW, Suite 600 Washington, DC 20005 (map)

*Calendar*

Eric Fitzgerald

*Who*

- Eric Fitzgerald - organizer
- stu@progressiveoffice.com - creator
- sphalsaphie@niacouncil.org
- kcowl@niacouncil.org

Going?  Yes - Maybe - No   more options »

Invitation from Google Calendar

You are receiving this email at the account eric.fitzgerald@progressiveoffice.com because you are subscribed for invitations on calendar Eric Fitzgerald.

To stop receiving these notifications, please log in to http://www.google.com/calendar/hosted/progressiveoffice.com/ and change your notification settings for this calendar.

<< File: invite.ics >>

---

**Stu Kushner <stu@progressiveoffice.com>**                                                  Thu, Nov 5, 2009 at 1:05 AM
To: Eric Fitzgerald <eric.m.fitzgerald@gmail.com>

I think it is for one line. It's cryptic. Be prepared.

I will call them and find out.

Stu

---
Progressive Office, Inc.
1001 V Street, NW
Washington, DC 20001

* Phone 202-462-4290
* Fax 202-330-5240

*www.ProgressiveOffice.com

[Quoted text hidden]

---

# Proposal

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

| Date | Proposal # |
|------|-----------|
| 11/25/2009 | 17592 |

| Name / Address |
|----------------|
| National Iranian American Council<br>Kevin Cowl<br>1411 K Street, NW, Suite 600<br>Washington, DC 20005 |

| P.O. No. | Rep | Terms | Project |
|----------|-----|-------|---------|
|  | SEK | Net 15 |  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Iomega StorCenter ix4-200d Network Storage Server<br>STORCENTER PRO IX4-200D NAS SERVER 2TB 4X500GB Marvell 6281 1.20 GHz - 2 TB (<br>- RJ-45 Network, USB (BX1883) | 1 | 680.00 | 680.00T |
| SimpleTech Hitachi SimpleDrive External Hard Drive<br>1TB HITACHI SIMPLEDRIVE II USB 2.0<br>1 TB - USB - 3.5" - External  (BV2354) | 2 | 129.00 | 258.00T |
| Consulting Services - Installation and Setup<br>- Setup and confifure NAS device (format and configure RAID)<br>- Migration of data from old server to new NAS device<br>- Map workstations to the new NAS<br>- Configure applications to default to new NAS Server directories<br>- Setup of external hard drive backup utility | 8 | 105.00 | 840.00T |
| Shipping & Handling | 1 | 15.00 | 15.00 |

Work performed beyond the scope of proposal above may result in additional charges.

| | |
|--|--|
| **Subtotal** | $1,793.00 |
| **Sales Tax  (6.0%)** | $106.68 |
| **Total** | $1,899.68 |

Approved by _____  Date _____

Printed/Title _____

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

# Proposal

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

| Date | Proposal # |
|------|-----------|
| 11/25/2009 | 17593 |

| Name / Address |
|----------------|
| National Iranian American Council |
| Kevin Cowl |
| 1411 K Street, NW, Suite 600 |
| Washington, DC 20005 |

| P.O. No. | Rep | Terms | Project |
|----------|-----|-------|---------|
|  | SEK | Net 15 |  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Consulting Services - Gmail Hosting Setup<br>- Register the domain with Google Apps<br>- Redirect MX records with domain registrar<br>- Setup emails on all workstations<br>- Migrate email Inbox of all users to Google Hosting | 8 | 105.00 | 840.00 |

Work performed beyond the scope of proposal above may result in additional charges.

Approved by _____ Date _____

Printed/Title _____

| | |
|---|---|
| **Subtotal** | $840.00 |
| **Sales Tax  (6.0%)** | $0.00 |
| **Total** | $840.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

# Proposal

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

| Date | Proposal # |
|------|-----------|
| 1/20/2010 | 17612 |

| Name / Address |
|---|
| National Iranian American Council |
| Kevin Cowl |
| 1411 K Street, NW, Suite 600 |
| Washington, DC 20005 |

| P.O. No. | Rep | Terms | Project |
|----------|-----|-------|---------|
|  | SEK | Net 15 |  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Dell System Pentium 4, used but very suitable as an Untangle server | 1 | 0.00 | 0.00T |
| Untangle Open Source Network Gateway - free download from www.untangle.com | 1 | 0.00 | 0.00T |
| Kaspersky Virus Blocker - Annual Fee (3 years for $252) | 1 | 108.00 | 108.00T |
| Kaspersky Virus Blocker is a best-of-breed anti-virus application for businesses that require an extra layer of protection. | | | |
| Consulting Services - Installation and setup | 4 | 105.00 | 420.00 |

Work performed beyond the scope of proposal above may result in additional charges.

| | |
|---|---|
| **Subtotal** | $528.00 |
| **Sales Tax  (6.0%)** | $6.48 |
| **Total** | $534.48 |

Approved by _____  Date _____

Printed/Title _____

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

# Proposal

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

| Date | Proposal # |
|------|-----------|
| 2/23/2010 | 17630 |

| Name / Address |
|---|
| National Iranian American Council |
| Kevin Cowl |
| 1411 K Street, NW, Suite 600 |
| Washington, DC 20005 |

| P.O. No. | Rep | Terms | Project |
|----------|-----|-------|---------|
|  | SEK | Net 15 |  |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| D-Link DES-1228 Managed Ethernet Switch | 1 | 195.00 | 195.00T |
| WEB SMART 24PORT 10/100 SWITCH 4 GIGABIT COPPER 2 COMBO SFP 24 x 10/100Base-TX, 2 x 1000Base-T, 2 x 1000Base-T (L09848) |  |  |  |
| Shipping & Handling | 1 | 15.00 | 15.00 |

Work performed beyond the scope of proposal above may result in additional charges.

| | |
|---|---|
| **Subtotal** | $210.00 |
| **Sales Tax  (0.00)** | $0.00 |
| **Total** | $210.00 |

Approved by _____   Date _____

Printed/Title _____

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/13/2009 | 28036 |

| Bill To |
|---------|
| National Iranian American Council<br>*Kevin Cowl*<br>1411 K Street, NW, Suite 600<br>Washington, DC 20005 |

| Ship To |
|---------|
| National Iranian American Council<br>Sepideh Phalsaphie<br>1411 K Street, NW<br>Suite 600<br>Washington, DC 20005 |

| P.O. # | Terms | Rep | Ship | Via | Project |
|--------|-------|-----|------|-----|---------|
|  | Net 15 | SEK | 11/5/2009 | On-Site |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 3.5 | Consulting Services - Folow-up visits to setup modem (one trip doors were locked). Includes travel. | 95.00 | 332.50 |

|  |  |
|--|--|
| Subtotal | $332.50 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $332.50 |
| Payments/Credits | $-332.50 |
| Balance Due | $0.00 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/4/2009 | 28047 |

| Bill To |
|---------|
| National Iranian American Council |
| Kevin Cowl |
| 1411 K Street, NW, Suite 600 |
| Washington, DC 20005 |

| Ship To |
|---------|
| National Iranian American Council |
| Sepideh Phalsaphie |
| 1411 K Street, NW |
| Suite 600 |
| Washington, DC 20005 |

| P.O. # | Terms | Rep | Ship | Via | Project |
|--------|-------|-----|------|-----|---------|
| | Net 15 | SEK | 12/4/2009 | Ground | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Iomega StorCenter ix4-200d Network Storage Server STORCENTER PRO IX4-200D NAS SERVER 2TB 4X500GB Marvell 6281 1.20 GHz 2 TB ( -RJ-45 Network, USB (BX1883) | 786.68 | 786.68 |
| 2 | SimpleTech Hitachi SimpleDrive External Hard Drive 1TB HITACHI SIMPLEDRIVE II USB 2.0 1 TB - USB - 3.5" External  (BV2354) | 129.00 | 258.00 |
| 8 | Consulting Services   Installation and Setup - Setup and configure NAS device (format and configure RAID) - Migration of data from old server to new NAS device   Map workstations to the new NAS   Configure applications to default to new NAS Server directories   Setup of external hard drive backup utility | 105.00 | 840.00 |
| 1 | Shipping & Handling | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal | $1,899.68 |
| Sales Tax  (6.0%) | $0.00 |
| Total | $1,899.68 |
| Payments/Credits | $-1,899.68 |
| Balance Due | $0.00 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2010 | 28122 |

| Bill To | Ship To |
|---------|---------|
| National Iranian American Council<br>Kevin Cowl<br>1411 K Street, NW, Suite 600<br>Washington, DC 20005 | National Iranian American Council<br>Sepideh Phalsaphie<br>1411 K Street, NW<br>Suite 600<br>Washington, DC 20005 |

| P.O. # | Terms | Rep | Ship | Via | Project |
|--------|-------|-----|------|-----|---------|
|  | Net 15 | SEK | 2/1/2010 | Ground |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | 512MB PC2700 333MHZ DDR 184PIN DIMM UNBUFF CL2.5 2.5V | 19.95 | 19.95T |
| 1 | Shipping & Handling | 9.25 | 9.25 |

| | |
|---|---|
| Subtotal | $29.20 |
| Sales Tax (6.0%) | $1.20 |
| **Total** | $30.40 |
| **Payments/Credits** | $-30.40 |
| **Balance Due** | $0.00 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/19/2010 | 28141 |

| Bill To | Ship To |
|---------|---------|
| National Iranian American Council<br>Kevin Cowl<br>1411 K Street, NW, Suite 600<br>Washington, DC 20005 | National Iranian American Council<br>Sepideh Phalsaphie<br>1411 K Street, NW<br>Suite 600<br>Washington, DC 20005 |

| P.O. # | Terms | Rep | Ship | Via | Project |
|--------|-------|-----|------|-----|---------|
|  | Net 15 | SEK | 2/19/2010 | On-Site |  |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Dell Pentium Computer 1gb RAM 40gb HD | 0.00 | 0.00 |
| 2.5 | Consulting Services - 02-17-10 - Deliver Untangle server to site. Cannot setup as they are still using same circut for both data and phone. Reschedule for Friday after hours. Includes travel. | 85.00 | 212.50 |
| 2.5 | Consulting Services - 02-19-10 - Set up untangle server. Inlcudes travel. | 85.00 | 212.50 |

| | |
|---|---|
| Subtotal | $425.00 |
| Sales Tax (0.00) | $0.00 |
| Total | $425.00 |
| Payments/Credits | $-425.00 |
| Balance Due | $0.00 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

Progressive Office, Inc.
2102 10th Street, NW
Washington, DC 20001-4010

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/2010 | 28163 |

| Bill To |
|---------|
| National Iranian American Council |
| Kevin Cowl |
| 1411 K Street, NW, Suite 600 |
| Washington, DC 20005 |

| Ship To |
|---------|
| National Iranian American Council |
| Sepideh Phalsaphie |
| 1411 K Street, NW |
| Suite 600 |
| Washington, DC 20005 |

| P.O. # | Terms | Rep | Ship | Via | Project |
|--------|-------|-----|------|-----|---------|
| | Net 15 | SEK | 2/19/2010 | On-Site | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1.5 | Consulting Services - 02-23-10 - Contact Speakeasy T/S to see what's needed to install Untangle Server | 105.00 | 157.50 |
| 1.5 | Consulting Services - Discount | -35.00 | -52.50T |

| | |
|---|---|
| Subtotal | $105.00 |
| Sales Tax  (0.00) | $0.00 |
| Total | $105.00 |
| Payments/Credits | $-105.00 |
| Balance Due | $0.00 |

| Phone # | Fax # | E-Mail | Web Site |
|---------|-------|--------|----------|
| 202-462-4290 | 202-330-5240 | stu@progressiveoffice.com | www.ProgressiveOffice.com |

**Progressive office, Inc.**

# NIAC NetworkCare Machine Summary

Machine Summary Report: **NetworkCare Machine Summary**
Created: **11:11:54 am 16-Dec-09**
All system settings for each agent selected from all machines in the group va.silver.po1.niac

**10 machine selected** - Click machine name to jump to that machine's data

| | | |
|---|---|---|
| d1z0kbg1.va.silver.po1.niac | lenovo-1.va.silver.po1.niac | pamnewdell.va.silver.po1.niac |
| d5z0kbg1.va.silver.po1.niac | niac-emily.va.silver.po1.niac | policydirector.va.silver.po1.niac |
| david.va.silver.po1.niac | niac-main.va.silver.po1.niac | |
| djinc891.va.silver.po1.niac | niac2008.va.silver.po1.niac | |

Top

## d1z0kbg1.va.silver.po1.niac

**Computer / Network Information for d1z0kbg1.va.silver.po1.niac**

Computer Name:  D1Z0KBG1
OS:  XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.118
Subnet Mask: 255.255.255.0
Default Gateway:  192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s):  66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on d1z0kbg1.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on d1z0kbg1.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for d1z0kbg1.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for d1z0kbg1.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**EXHIBIT C**

NetworkCare Machine Summary

**System Information for d1z0kbg1.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 200 |
| System Version | |
| System Serial Number | 1Z0KBG1 |
| Chassis Serial Number | 1Z0KBG1 |
| Chassis Asset Tag | |
| External Bus Speed | 333 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0CU409 |
| Motherboard Version | |
| Motherboard Serial Num | |
| Processor Family | Other |
| Processor Manufacturer | Intel |
| Processor Version | Intel(R) Core(TM)2 Duo CPU E8300 @ 2.83GHz |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2833 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

Port_Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| SATA-0 | SATA-0 | Unknown Type 22h | SATA |
| SATA-1 | SATA-1 | Unknown Type 22h | SATA |
| SATA-4 | SATA-4 | Unknown Type 22h | SATA |
| SATA-5 | SATA-5 | Unknown Type 22h | SATA |
| FDD | (none) | None | 8251 FIFO Compatible |
| (none) | USB1 | Other - See Reference Designator | USB |
| (none) | USB2 | Other - See Reference Designator | USB |
| (none) | USB3 | Other - See Reference Designator | USB |
| (none) | USB4 | Other - See Reference Designator | USB |
| (none) | USB5 | Other - See Reference Designator | USB |
| (none) | USB6 | Other - See Reference Designator | USB |
| (none) | USB7 | Other - See Reference Designator | USB |
| (none) | USB8 | Other - See Reference Designator | USB |
| (none) | USB9 | Other - See Reference Designator | USB |
| (none) | USB10 | Other - See Reference Designator | USB |

NetworkCare Machine Summary

| (none) | VIDEO | DB-15 pin female | | | Video Port |
|--------|-------|------------------|---|---|------------|
| (none) | AUDIO | None | | | Audio Port |
| (none) | ETHERNET RJ-45 | | | | Network Port |

**Memory Devices**

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|------|-------------|------------|----------|------|--------|-------|
| 1024 MB | DIMM | DIMM1 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM2 | | Unknown | Unknown | 0 MHz |
| 1024 MB | DIMM | DIMM3 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM4 | | Unknown | Unknown | 0 MHz |

**System Slots**

| Designator | Type | Usage | ID |
|------------|------|-------|-----|
| PCI1 | PCI | Available | 1 |
| PCI2 | PCI | Available | 2 |
| PCI3 | PCI Express | Available | 3 |
| PCI4 | PCI Express | Available | 6 |

License Codes on d1z0kbg1.va.silver.po1.niac

| Publisher | Title | Product Key | License | Version | Date |
|-----------|-------|-------------|---------|---------|------|

No license codes found

NetworkCare Machine Summary

Top

**d5z0kbg1.va.silver.po1.niac**

**Computer / Network Information for d5z0kbg1.va.silver.po1.niac**

Computer Name: D5Z0KBG1
OS: XP Professional Edition Service Pack
2 Build 2600

IP Address: 192.168.1.110
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on d5z0kbg1.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on d5z0kbg1.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for d5z0kbg1.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for d5z0kbg1.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for d5z0kbg1.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 200 |
| System Version | |
| System Serial Number | 5Z0KBG1 |
| Chassis Serial Number | 5Z0KBG1 |
| Chassis Asset Tag | |
| External Bus Speed | 333 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0CU409 |

NetworkCare Machine Summary

| | |
|---|---|
| Motherboard Version | Other |
| Motherboard Serial Num | Intel |
| Processor Family | Intel |
| Processor Manufacturer | Intel(R) Core(TM)2 Duo CPU E8300 @ 2.83GHz |
| Processor Version | Intel(R) Core(TM)2 Duo CPU E8300 @ 2.83GHz |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2833 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

## Port Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| SATA-0 | SATA-0 | Unknown Type 22h | SATA |
| SATA-1 | SATA-1 | Unknown Type 22h | SATA |
| SATA-4 | SATA-4 | Unknown Type 22h | SATA |
| SATA-5 | SATA-5 | Unknown Type 22h | SATA |
| FDD | (none) | None | 8251 FIFO Compatible |
| (none) | USB1 | Other - See Reference Designator | USB |
| (none) | USB2 | Other - See Reference Designator | USB |
| (none) | USB3 | Other - See Reference Designator | USB |
| (none) | USB4 | Other - See Reference Designator | USB |
| (none) | USB5 | Other - See Reference Designator | USB |
| (none) | USB6 | Other - See Reference Designator | USB |
| (none) | USB7 | Other - See Reference Designator | USB |
| (none) | USB8 | Other - See Reference Designator | USB |
| (none) | USB9 | Other - See Reference Designator | USB |
| (none) | USB10 | Other - See Reference Designator | USB |
| (none) | VIDEO | DB-15 pin female | Video Port |
| (none) | AUDIO | None | Audio Port |
| (none) | ETHERNET | RJ-45 | Network Port |

## Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|---|---|---|---|---|---|---|
| 1024 MB | DIMM | DIMM1 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM2 | | Unknown | Unknown | 0 MHz |
| 1024 MB | DIMM | DIMM3 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM4 | | Unknown | Unknown | 0 MHz |

## System Slots

| Designator | Type | Usage | ID |
|---|---|---|---|
| PCI2 | PCI | Available | 2 |
| PCI3 | PCI Express | Available | 3 |

NetworkCare Machine Summary

PCI4       PCI Express   Available   6
PCI1       PCI           Available   1

**License Codes on d5z0kbg1.va.silver.po1.niac**

| Publisher | Title | Product Key | License | Version | Date |
|-----------|-------|-------------|---------|---------|------|
| No license codes found | | | | | |

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

NetworkCare Machine Summary

**david.va.silver.po1.niac**

Top

**Computer / Network Information for david.va.silver.po1.niac**

Computer Name: DAVID
OS: XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.108
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on david.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on david.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for david.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for david.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for david.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | LENOVO |
| Product Name | 7522J4U |
| System Version | ThinkCentre A58 |
| System Serial Number | MJ116385 |
| Chassis Serial Number | To Be Filled By O.E.M. |
| Chassis Asset Tag | |
| External Bus Speed | 200 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 2 |
| Chassis Manufacturer | To Be Filled By O.E.M. |
| Chassis Type | Desktop |
| Chassis Version | To Be Filled By O.E.M. |
| Motherboard Manufacturer | LENOVO |
| Motherboard Product | To be filled by O.E.M. |

12/16/2009 11:12 AM

NetworkCare Machine Summary

**djjnc891.va.silver.po1.niac**

Top

**Computer / Network Information for djjnc891.va.silver.po1.niac**

Computer Name: DJJNC891
OS: XP Professional Edition Service Pack
2 Build 2600

IP Address: 192.168.1.116
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on djjnc891.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on djjnc891.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for djjnc891.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for djjnc891.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for djjnc891.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | OptiPlex GX620 |
| System Version | (none) |
| System Serial Number | JJNC891 |
| Chassis Serial Number | JJNC891 |
| Chassis Asset Tag | |
| External Bus Speed | 800 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 2 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Lunch Box |
| Chassis Version | (none) |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0DF131 |

NetworkCare Machine Summary

| Motherboard Version | |
| --- | --- |
| Motherboard Serial Num | ..CN698615CH003F. |
| Processor Family | Pentium 4 Processor |
| Processor Manufacturer | Intel |
| Processor Version | (none) |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2800 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

### On Board Devices

| Device Type | Description |
| --- | --- |
| Video - Enabled | Intel Graphics Media Accelerator 950 |
| Ethernet - Enabled | Broadcom 5751 NetXtreme Gigabit Controller |
| Sound - Enabled | AC97 Audio Controller |

### Port Connectors

| Int Ref | Ext Ref/Con Type | Port Type |
| --- | --- | --- |
| PARALLEL | (none) DB-25 pin female | Parallel Port PS/2 |
| SERIAL1 | (none) DB-9 pin male | Serial Port 16550A Compatible |
| USB1 | (none) Access Bus | USB |
| USB2 | (none) Access Bus | USB |
| USB3 | (none) Access Bus | USB |
| USB4 | (none) Access Bus | USB |
| USB5 | (none) Access Bus | USB |
| USB6 | (none) Access Bus | USB |
| USB7 | (none) Access Bus | USB |
| USB8 | (none) Access Bus | USB |
| ENET | (none) RJ-45 | Network Port |
| MIC | (none) Mini-jack (headphones) | Audio Port |
| LINE-OUT | (none) Mini-jack (headphones) | Audio Port |
| LINE-IN | (none) Mini-jack (headphones) | Audio Port |
| HP-OUT | (none) Mini-jack (headphones) | Audio Port |
| MONITOR | (none) DB-15 pin female | Video Port |

### Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
| --- | --- | --- | --- | --- | --- | --- |
| 256 MB | DIMM | DIMM_1 | | DDR | Synchronous | 533 MHz |
| 256 MB | DIMM | DIMM_3 | | DDR | Synchronous | 533 MHz |

License Codes on dijnc891.va.silver.po1.niac

| Publisher | Title | Product Key | License | Version | Date |
| --- | --- | --- | --- | --- | --- |

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

12/16/2009 11:12 AM

No license codes found

NetworkCare Machine Summary

NetworkCare Machine Summary

**lenovo-1.va.silver.po1.niac**

Top

**Computer / Network Information for lenovo-1.va.silver.po1.niac**

Computer Name: LENOVO-1
OS: XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.120
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on lenovo-1.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on lenovo-1.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for lenovo-1.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for lenovo-1.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for lenovo-1.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | LENOVO |
| Product Name | 6459CTO |
| System Version | ThinkPad T61p |
| System Serial Number | L3C0481 |
| Chassis Serial Number | Not Available |
| Chassis Asset Tag | No Asset Information |
| External Bus Speed | 200 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 2 |
| Chassis Manufacturer | LENOVO |
| Chassis Type | Notebook |
| Chassis Version | Not Available |
| Motherboard Manufacturer | LENOVO |
| Motherboard Product | 6459CTO |

NetworkCare Machine Summary

12/16/2009 11:12 AM

| | |
|---|---|
| Motherboard Version | Not Available |
| Motherboard Serial Num | VF19X7BG3XT |
| Processor Family | Other |
| Processor Manufacturer | GenuineIntel |
| Processor Version | Intel(R) Core(TM)2 Duo CPU T7250 @ 2.00GHz |
| CPU Max Speed | 2000 MHz |
| CPU Current Speed | 2000 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

On Board Devices

| Device Type | Description |
|---|---|
| Other - Enabled | IBM Embedded Security hardware |

Port Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| Not Available | IEEE1394 | 1394 | FireWire (IEEE P1394) |
| Not Available | USB 3 | Access Bus | USB |
| Not Available | USB 2 | Access Bus | USB |
| Not Available | USB 1 | Access Bus | USB |
| Not Available | Ethernet | RJ-45 | Network Port |
| Not Available | Modem | RJ-11 | Modem Port |
| Not Available | Headphone Jack | Mini-jack (headphones) | Audio Port |
| Not Available | Microphone Jack | Mini-jack (headphones) | Audio Port |
| Not Available | External Monitor | DB-15 pin female | Video Port |

Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|---|---|---|---|---|---|---|
| 1024 MB | SODIMM | DIMM 1 | Bank 0/1 | DDR2 | Synchronous | 667 MHz |
| 0 MB | SODIMM | DIMM 2 | Bank 2/3 | DDR2 | Synchronous | 667 MHz |

System Slots

| Designator | Type | Usage | ID |
|---|---|---|---|
| ExpressCard Slot 1 | PCI Express | Available | 0 |
| CardBus Slot 1 | PC Card (PCMCIA) | Available | Adapter 1, Socket 0 |
| Media Card Slot 1 | Other | Available | 4 |

License Codes on lenovo-1.va.silver.po1.niac

| Publisher | Title | Product Key | License | Version | Date |
|---|---|---|---|---|---|

No license codes found

NetworkCare Machine Summary

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

niac-emily.va.silver.po1.niac

Top

**Computer / Network Information for niac-emily.va.silver.po1.niac**

Computer Name: niac-emily
OS: XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.101
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on niac-emily.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on niac-emily.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for niac-emily.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for niac-emily.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for niac-emily.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Latitude D610 |
| System Version | (none) |
| System Serial Number | (none) |
| Chassis Serial Number | (none) |
| Chassis Asset Tag | (none) |
| External Bus Speed | 133 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 2 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Portable |
| Chassis Version | (none) |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | |

12/16/2009 11:12 AM

NetworkCare Machine Summary

Motherboard Version
Motherboard Serial Num
Processor Family                Intel (r) Pentium (r) M processor
Processor Manufacturer          Intel
Processor Version               (none)
CPU Max Speed                   1800 MHz
CPU Current Speed               1733 MHz
Function
Location
ID
NOC_Service_Level

## On Board Devices

| Device Type | Description |
| --- | --- |
| Video - Enabled | ATI MOBILITY Radeon X300 |
| Sound - Enabled | Sigmatel 9751 |

## Port Connectors

| Int Ref | Ext Ref/Con Type | Port Type |
| --- | --- | --- |
| PARALLEL | (none) DB-25 pin female | Parallel Port PS/2 |
| SERIAL1 | (none) DB-9 pin male | Serial Port 16550A Compatible |
| USB | (none) Access Bus | USB |
| MONITOR | (none) DB-15 pin female | Video Port |
| IrDA | (none) Infrared | Other |
| Modem | (none) RJ-11 | Modem Port |
| Ethernet | (none) RJ-45 | Network Port |

## Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
| --- | --- | --- | --- | --- | --- | --- |
| 512 MB | DIMM | DIMM_A | | DDR | Synchronous | 533 MHz |
| 512 MB | DIMM | DIMM_B | | DDR | Synchronous | 533 MHz |

## System Slots

| Designator | Type | Usage | ID |
| --- | --- | --- | --- |
| PCMCIA 0 | PC Card (PCMCIA) | Available | Adapter 0, Socket 0 |
| MiniPCI | Other | Available | 1 |

License Codes on niac-emily.va.silver.po1.niac

| Publisher | Title | Product Key | License | Version | Date |
| --- | --- | --- | --- | --- | --- |
| No license codes found | | | | | |

12/16/2009 11:12 AM

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

**niac-main.va.silver.po1.niac**

Top

**Computer / Network Information for niac-main.va.silver.po1.niac**

Computer Name: NIAC-Main
OS: XP Professional Edition Service Pack 3 Build 2600

IP Address: 192.168.1.111
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 192.168.1.1
DNS Server(s): 66.92.168.85
66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on niac-main.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on niac-main.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for niac-main.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for niac-main.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for niac-main.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 200 |
| System Version | |
| System Serial Number | DTSCJF1 |
| Chassis Serial Number | DTSCJF1 |
| Chassis Asset Tag | |
| External Bus Speed | 200 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0CU409 |

12/16/2009 11:12 AM

16 of 27

NetworkCare Machine Summary

12/16/2009 11:12 AM

| | |
|---|---|
| Motherboard Version | |
| Motherboard Serial Num | |
| Processor Family | Other |
| Processor Manufacturer | Intel |
| Processor Version | Intel(R) Core(TM)2 Duo CPU E4500 @ 2.20GHz |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2200 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

## Port Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| SATA-0 | SATA-0 | Unknown Type 22h | SATA |
| SATA-1 | SATA-1 | Unknown Type 22h | SATA |
| SATA-4 | SATA-4 | Unknown Type 22h | SATA |
| SATA-5 | SATA-5 | Unknown Type 22h | SATA |
| FDD | (none) | None | 8251 FIFO Compatible |
| (none) | USB1 | Other - See Reference Designator | USB |
| (none) | USB2 | Other - See Reference Designator | USB |
| (none) | USB3 | Other - See Reference Designator | USB |
| (none) | USB4 | Other - See Reference Designator | USB |
| (none) | USB5 | Other - See Reference Designator | USB |
| (none) | USB6 | Other - See Reference Designator | USB |
| (none) | USB7 | Other - See Reference Designator | USB |
| (none) | USB8 | Other - See Reference Designator | USB |
| (none) | USB9 | Other - See Reference Designator | USB |
| (none) | USB10 | Other - See Reference Designator | USB |
| (none) | VIDEO | DB-15 pin female | Video Port |
| (none) | AUDIO | None | Audio Port |
| (none) | ETHERNET | RJ-45 | Network Port |

## Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|---|---|---|---|---|---|---|
| 1024 MB | DIMM | DIMM1 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM2 | | Unknown | Unknown | 0 MHz |
| 1024 MB | DIMM | DIMM3 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM4 | | Unknown | Unknown | 0 MHz |

## System Slots

| Designator | Type | Usage | ID |
|---|---|---|---|
| PCI1 | PCI | Available | 1 |
| PCI2 | PCI | In Use | 2 |

12/16/2009 11:12 AM

NetworkCare Machine Summary

| | | | |
|---|---|---|---|
| PCI3 | PCI Express | Available | 3 |
| PCI4 | PCI Express | Available | 6 |

**License Codes on niac-main.va.silver.po1.niac**

| Publisher | Title | Product Key | License | Version | Date |
|---|---|---|---|---|---|
| No license codes found | | | | | |

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

niac2008.va.silver.po1.niac

Top

**Computer / Network Information for niac2008.va.silver.po1.niac**

Computer Name: NIAC2008
OS: XP Professional Edition Service Pack
2 Build 2600

IP Address: 192.168.1.109
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on niac2008.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on niac2008.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for niac2008.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for niac2008.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for niac2008.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 200 |
| System Version | |
| System Serial Number | 7TSCJF1 |
| Chassis Serial Number | 7TSCJF1 |
| Chassis Asset Tag | |
| External Bus Speed | 200 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0CU409 |

12/16/2009 11:12 AM

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

12/16/2009 11:12 AM

NetworkCare Machine Summary

| | |
|---|---|
| Motherboard Version | |
| Motherboard Serial Num | |
| Processor Family | Other |
| Processor Manufacturer | Intel |
| Processor Version | Intel(R) Core(TM)2 Duo CPU E4500 @ 2.20GHz |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2200 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

## Port Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| (none) | USB10 | Other - See Reference Designator | USB |
| (none) | VIDEO | DB-15 pin female | Video Port |
| (none) | AUDIO | None | Audio Port |
| (none) | ETHERNET | RJ-45 | Network Port |
| (none) | USB9 | Other - See Reference Designator | USB |
| (none) | USB8 | Other - See Reference Designator | USB |
| (none) | USB7 | Other - See Reference Designator | USB |
| (none) | USB6 | Other - See Reference Designator | USB |
| (none) | USB5 | Other - See Reference Designator | USB |
| (none) | USB4 | Other - See Reference Designator | USB |
| (none) | USB3 | Other - See Reference Designator | USB |
| (none) | USB2 | Other - See Reference Designator | USB |
| (none) | USB1 | Other - See Reference Designator | USB |
| FDD | (none) | None | 8251 FIFO Compatible |
| SATA-5 | SATA-5 | Unknown Type 22h | SATA |
| SATA-4 | SATA-4 | Unknown Type 22h | SATA |
| SATA-1 | SATA-1 | Unknown Type 22h | SATA |
| SATA-0 | SATA-0 | Unknown Type 22h | SATA |

## Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|---|---|---|---|---|---|---|
| 1024 MB | DIMM | DIMM1 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM2 | | Unknown | Unknown | 0 MHz |
| 1024 MB | DIMM | DIMM3 | | DDR2 | Synchronous | 667 MHz |
| 0 MB | DIMM | DIMM4 | | Unknown | Unknown | 0 MHz |

## System Slots

| Designator Type | | Usage | ID |
|---|---|---|---|
| PCI1 | PCI | Available | 1 |
| PCI2 | PCI | In Use | 2 |

NetworkCare Machine Summary

| Publisher | Title | Product Key | License | Version | Date |
|---|---|---|---|---|---|
| No license codes found | | | | | |

**License Codes on niac2008.va.silver.po1.niac**

| PCI3 | PCI Express | Available | 3 |
|---|---|---|---|
| PCI4 | PCI Express | Available | 6 |

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

NetworkCare Machine Summary

**pamnewdell.va.silver.po1.niac**

Top

**Computer / Network Information for pamnewdell.va.silver.po1.niac**

Computer Name: ParmNewDell
OS: XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.114
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

**Printers on pamnewdell.va.silver.po1.niac**

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

**Logical Disk Volumes on pamnewdell.va.silver.po1.niac**

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

**Physical Disk Information for pamnewdell.va.silver.po1.niac**

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

**Installed PCI Devices for pamnewdell.va.silver.po1.niac**

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

**System Information for pamnewdell.va.silver.po1.niac**

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 410 |
| System Version | |
| System Serial Number | 9MNLLH1 |
| Chassis Serial Number | 9MNLLH1 |
| Chassis Asset Tag | |
| External Bus Speed | 266 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0J584C |

12/16/2009 11:12 AM

https://cp.virtualadmins.com/ReportsTab/runAgentReport.asp

NetworkCare Machine Summary

| | |
|---|---|
| Motherboard Version | A00 |
| Motherboard Serial Num | .CN7360485N032I |
| Processor Family | Other |
| Processor Manufacturer | Intel |
| Processor Version | Intel(R) Core(TM)2 Duo CPU E7200 @ 2.53GHz |
| CPU Max Speed | 4000 MHz |
| CPU Current Speed | 2534 MHz |
| Function | |
| Location | |
| ID | |
| NOC_Service_Level | |

### Port Connectors

| Int Ref | Ext Ref | Con Type | Port Type |
|---|---|---|---|
| SATA-0 | SATA-0 | Unknown Type 22h | SATA |
| SATA-1 | SATA-1 | Unknown Type 22h | SATA |
| SATA-2 | SATA-2 | Unknown Type 22h | SATA |
| SATA-3 | SATA-3 | Unknown Type 22h | SATA |
| SATA-4 | SATA-4 | Unknown Type 22h | SATA |
| SATA-5 | SATA-5 | Unknown Type 22h | SATA |
| FDD | (none) | None | 8251 FIFO Compatible |
| (none) | USB1 | Other - See Reference Designator | USB |
| (none) | USB2 | Other - See Reference Designator | USB |
| (none) | USB3 | Other - See Reference Designator | USB |
| (none) | USB4 | Other - See Reference Designator | USB |
| (none) | USB5 | Other - See Reference Designator | USB |
| (none) | USB6 | Other - See Reference Designator | USB |
| (none) | USB7 | Other - See Reference Designator | USB |
| (none) | USB8 | Other - See Reference Designator | USB |
| (none) | USB9 | Other - See Reference Designator | USB |
| (none) | USB10 | Other - See Reference Designator | USB |
| (none) | VIDEO | DB-15 pin female | Video Port |
| (none) | AUDIO | None | Audio Port |
| (none) | ETHERNET | RJ-45 | Network Port |

### Memory Devices

| Size | Form Factor | Device Loc | Bank Loc | Type | Detail | Speed |
|---|---|---|---|---|---|---|
| 1024 MB | DIMM | DIMM1 | | DDR2 | Synchronous | 800 MHz |
| 512 MB | DIMM | DIMM2 | | DDR2 | Synchronous | 800 MHz |
| 1024 MB | DIMM | DIMM3 | | DDR2 | Synchronous | 800 MHz |
| 512 MB | DIMM | DIMM4 | | DDR2 | Synchronous | 800 MHz |

### System Slots

| DesignatorType | Usage | ID |
|---|---|---|

23 of 27

12/16/2009 11:12 AM

NetworkCare Machine Summary

| PCI1 | PCI | Available 1 |
| PCI2 | PCI | Available 2 |
| PCI3 | PCI | In Use 3 |
| PCI4 | PCI Express | In Use 4 |
| PCI5 | PCI Express | Available 5 |
| PCI6 | PCI Express | Available 6 |

**License Codes on parmnewdell.va.silver.po1.niac**

| Title | Product Key | License | Version | Date |
|-------|-------------|---------|---------|------|

**Publisher**
No license codes found

**policydirector.va.silver.po1.niac**

Top

## Computer / Network Information for policydirector.va.silver.po1.niac

Computer Name: PolicyDirector
OS: XP Professional Edition Service Pack
3 Build 2600

IP Address: 192.168.1.115
Subnet Mask: 255.255.255.0
Default Gateway: 192.168.1.1
Connection Gateway: 66.92.168.85
DNS Server(s): 66.92.159.2
216.231.41.2
DHCP Server: 192.168.1.1
WINS Server(s): WINS is Disabled

## Printers on policydirector.va.silver.po1.niac

| Printer Name | Port | Model |
|---|---|---|
| No printers found | | |

## Logical Disk Volumes on policydirector.va.silver.po1.niac

| Drive Letter | Volume Label | Drive Type | Format | Free Space | Used Space | Total Size |
|---|---|---|---|---|---|---|
| No Disks Detected | | | | | | |

## Physical Disk Information for policydirector.va.silver.po1.niac

| Disk Type | Manufacturer | Description | Notes |
|---|---|---|---|
| No Physical Disks Detected | | | |

## Installed PCI Devices for policydirector.va.silver.po1.niac

| Device Type | Vendor | Description | Notes |
|---|---|---|---|
| No PCI Devices Detected | | | |

## System Information for policydirector.va.silver.po1.niac

| | |
|---|---|
| Manufacturer | Dell Inc. |
| Product Name | Vostro 200 |
| System Version | |
| System Serial Number | BL2FMF1 |
| Chassis Serial Number | BL2FMF1 |
| Chassis Asset Tag | |
| External Bus Speed | 200 MHz |
| Max Memory Size | 4 GB |
| Max Memory Slots | 4 |
| Chassis Manufacturer | Dell Inc. |
| Chassis Type | Desktop |
| Chassis Version | OEM |
| Motherboard Manufacturer | Dell Inc. |
| Motherboard Product | 0CU409 |

(◎ **Progressive Office, Inc.**

## NIAC NetworkCare Patch Summary

Patch Management Report: **NetworkCare Patch Summary**
Created: **11:12:51 am 16-Dec-09**
For **all** machines in the group **va.silver.po1.niac**
Patch Filter: **All Updates**

**Machine Patch Summary**



- Unscanned - 0 machines
- Fully Patched - 1 machines
- Missing 1-2 Patches - 1 machines
- Missing 3-5 Patches - 0 machines
- Missing > 5 Patches - 8 machines

### Machine Patch Summary

| Machine ID | Installed Patches | Missing Approved | Missing Denied | Missing Manual | Pending Patches | User Not Logged In | Failed Patches | Test Results |
|---|---|---|---|---|---|---|---|---|
| d1z0kbg1.va.silver.po1.niac | 112 | 13 | 8 | - | 13 | - | - | Passed |
| d5z0kbg1.va.silver.po1.niac | 100 | 40 | 16 | - | 40 | - | - | Passed |
| david.va.silver.po1.niac | 130 | - | 7 | - | - | - | - | Passed |
| djinc891.va.silver.po1.niac | 134 | 14 | 10 | - | 14 | - | - | Passed |
| lenovo-1.va.silver.po1.niac | 120 | 13 | 9 | - | 13 | - | - | Passed |
| niac-emily.va.silver.po1.niac | 104 | 21 | 6 | - | 21 | - | - | Passed |

https://cp.virtualadmins.com/ReportsTab/runPatchMgmtReport.asp

NetworkCare Patch Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| niac-main.va.silver.po1.niac | 130 | 1 | 7 | - | 1 | - | - | Passed |
| niac2008.va.silver.po1.niac | 137 | 12 | 9 | - | 12 | - | - | Passed |
| pamnewdell.va.silver.po1.niac | Patch file failed to download. | | | | | | | Failed |
| policydirector.va.silver.po1.niac | 156 | 12 | 6 | - | 12 | - | - | Passed |

12/16/2009 11:13 AM

https://cp.virtualadmins.com/ReportsTab/runDataTabReport.asp

**Progressive Office, Inc.**

## NIAC NetworkCare Inventory Report

Aggregate Table Report: NetworkCare Audit Report
Created: 11:11:06 am 16-Dec-09
For all machines in the group va.silver.po1.niac

| Machine ID | Current User | Computer Name | IP Address | Manufacturer | System Serial Number | Operating System | OS Version | CPU Type | CPU Speed | RAM (MB) |
|---|---|---|---|---|---|---|---|---|---|---|
| d1z0kbg1.va.silver.po1.niac | | D1Z0KBG1 | 192.168.1.118 | Dell Inc. | 1Z0KBG1 | XP | Professional Edition Service Pack 3 Build 2600 | | 0 MHz | |
| d5z0kbg1.va.silver.po1.niac | Patrick Disney | D5Z0KBG1 | 192.168.1.110 | Dell Inc. | 5Z0KBG1 | XP | Professional Edition Service Pack 2 Build 2600 | | 0 MHz | |
| david.va.silver.po1.niac | David_Elliott | DAVID | 192.168.1.108 | LENOVO | MJ16385 | XP | Professional Edition Service Pack 3 Build 2600 | | 0 MHz | |
| djjnc891.va.silver.po1.niac | user | DJJNC891 | 192.168.1.116 | Dell Inc. | JJNC891 | XP | Professional Edition Service Pack 2 Build 2600 | | 0 MHz | |
| lenovo-1.va.silver.po1.niac | | LENOVO-1 | 192.168.1.120 | LENOVO | L3C0481 | XP | Professional Edition Service Pack 3 Build 2600 | | 0 MHz | |
| niac-emily.va.silver.po1.niac | Matt Sugrue | niac-emily | 192.168.1.101 | Dell Inc. | (none) | XP | Professional Edition Service Pack 3 Build 2600 | | 0 MHz | |
| niac-main.va.silver.po1.niac | Jamal | NIAC-Main | 192.168.1.111 | Dell Inc. | DTSCJF1 | XP | Professional Edition Service Pack 3 Build 2600 | | 0 MHz | |
| niac2008.va.silver.po1.niac | | NIAC2008 | 192.168.1.109 | Dell Inc. | 7TSCJF1 | XP | Professional Edition Service Pack 2 Build 2600 | | 0 MHz | |

12/16/2009 11:11 AM