From: David Yerushalmi [mailto:david.yerushalmi@verizon.net]
Sent: Wednesday, August 04, 2010 6:29 PM
To: 'Patrick Parsa'
Cc: 'Afshin Pishevar'; 'Adrian Nelson'; 'Kapshandy, Timothy E.'
Subject: RE: Deposition - Lopez

I will need to check with my client but I can tell you that I am not available during the month of September (further, my trial schedule this month does not permit it in August either). I am out of the country for the High Holidays and return October 4. If you'd like to schedule something early October, given my client's schedule, that should be fine.

We will have to have a very clear understanding of the scope of the deposition.

**Sent from my BlackBerry® wireless handheld**

**David Yerushalmi**

Law Offices of David Yerushalmi, P.C.:
    Washington, D.C., New York, California & Arizona
    T: 646.262.0500 (direct)
    T: 800.714.9650 (toll free Ariz. office)
    T: 202.379.4774 (D.C. office)
    F: 801.760.3901
    E: david.yerushalmi@verizon.net
    W: www.davidyerushalmilaw.com

This electronic message transmission may contain ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.

From: Patrick Parsa [mailto:pparsa@pishevarlegal.com]
Sent: Wednesday, August 04, 2010 6:02 PM
To: David Yerushalmi
Cc: Afshin Pishevar; Adrian Nelson
Subject: Deposition - Lopez

Dear Mr. Yerushalmi,

We would like to depose your client, Clare Lopez. Would agree to sometime between Sept 1-3 for her deposition?

Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel (301) 279-8773
Fax (301) 279-[illegible]


EXHIBIT 6

---------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*****************************************************************************************************

**From:** David Yerushalmi [mailto:david.yerushalmi@verizon.net]
**Sent:** Wednesday, December 22, 2010 3:10 PM
**To:** Kapshandy, Timothy E.
**Subject:** FW: FW: Deposition - Lopez

I double checked and all we have is an email BUT WE EVEN AGREED TO BE AVAILABLE in Oct and he never followed up.

**Sent from my BlackBerry® wireless handheld**

**David Yerushalmi**
Law Offices of David Yerushalmi, P.C.:
  Washington, D.C., New York, California & Arizona
  T: 646.262.0500 (direct)
  T: 800.714.9650 (toll free Ariz. office)
  T: 202.379.4774 (D.C. office)
  F: 801.760.3901
  E: david.yerushalmi@verizon.net
  W: www.davidyerushalmilaw.com

This electronic message transmission may contain ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.