Thursday, December 16, 2010 1:52 PM

**Subject:** [Staff] Reminder
**Date:** Thursday, October 15, 2009 11:35 PM
**From:** trita parsi <tparsi@niacouncil.org>
**To:** Staff <staff@niacouncil.org>
**Cc:** 'Afshin Pishevar' <ap@pishevarlegal.com>

Guys – this is a reminder. We are in a litigation ad as a result a litigation hold applies. Do NOT delete any files from the computers, no emails, and no physical documents. This is of utmost importance.

Thanks.

**Trita Parsi, PhD**
*President*

_____
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005

Tel: (202) 386-6325
www.niacouncil.org <http://www.niacouncil.org>

Check out NIAC's blog at www.niacINsight.com <http://www.niacINsight.com>



EXHIBIT H

Page 1 of 1