1    A.    When there is pending legislation
2    and I send them information about that, that is
3    either in support or opposition, then yes.
4    Q.    When that happens, what time do you
5    count as lobbying, the time you spend
6    considering that and sending it to the
7    congressional office or do you also include the
8    time you spent researching and writing the
9    piece?
10   A.    If I wrote something for the purpose
11   of lobbying, then yes, I include that as in my
12   lobbying time.
13   Q.    Are there instances where you wrote
14   it for the purpose of educating and then it
15   became relevant to legislation, sent to a
16   staffer for that reason?
17   A.    If that is the case, that is counted
18   as lobbying time.
19   Q.    Including the time that you
20   researched, you drafted the piece?
21   A.    Yes.
22   Q.    What about when you're sending

1   pieces to congressional offices whether you've
2   written or researched them or not and they have
3   to do with pending legislation but don't openly
4   advocate a position one way or the other, do
5   you consider that lobbying?
6       A.   Only if I sent it for the explicit
7   purpose of lobbying.
8       Q.   What about a piece that's advocating
9   a certain position but there's no pending
10  legislation at the time?
11      A.   That's not lobbying.
12      Q.   Have you modified your electronic
13  mail backups to comply with the requests?
14      A.   Can you repeat that question?
15      Q.   Have you modified your electronic
16  mail backup procedures to comply with recent
17  discovery requests?
18      A.   I do not know the answer to your
19  question.  I have not taken any measures to
20  change our E-mail system in response to the
21  discovery.
22      Q.   Are you aware of a litigation hold

1   being placed?

2       A.   Yes.

3       Q.   When was that put in place?

4       A.   I do not know the date when I was
5   informed of the litigation hold.

6       Q.   Were you given responsibilities
7   related to the litigation hold?

8       A.   No. Other than my own personal
9   responsibilities.

10      Q.   Was anyone given overarching
11  responsibility for litigation hold?

12      A.   Everyone was given individual
13  responsibility to adhere to the hold.

14      Q.   Has everyone adhered to that
15  litigation hold?

16      A.   To the best of my recollection.

17      Q.   Have any documents been destroyed or
18  deleted since litigation started?

19      A.   No business documents have been
20  deleted.

21      Q.   How do you define business
22  documents?

1    A.    If I have a personal document, maybe
2  unrelated to my activities, then I'll hold that
3  for the purposes that I have relayed the policy
4  (inaudible).
5    Q.    Is that the practice of others in
6  the office?
7    A.    You would have to ask them.
8    Q.    Has anyone told you that that's what
9  they do?
10   A.    I haven't had any occasions.
11   Q.    You've had no communications about
12 the litigation hold?
13   A.    Other than being informed of it and
14 saying I'll follow it.
15   Q.    Who informed you of it?
16   A.    Trita.
17   Q.    Do you remember roughly when you
18 were informed of it?
19   A.    No.  I get many E-mails.
20   Q.    Had you deleted documents prior to
21 receiving litigation hold?
22   A.    I don't think so.

1    Q.    Aside from personal documents?

2    A.    I don't believe so.

3    Q.    Any?

4    A.    I don't believe so.

5    Q.    Was the litigation hold communicated
6    to you just that once?

7    A.    It was communicated via E-mail and
8    may have been reiterated orally.  I don't
9    recall but I believe it was communicated
10   orally.

11   Q.    Do you remember when it was
12   communicated orally?

13   A.    Shortly after the electronic
14   notification.

15   Q.    Do you remember what the setting
16   was?

17   A.    I believe it was at a staff meeting.

18   Q.    How often do you have staff
19   meetings?

20   A.    Once a week generally.

21   Q.    Has it come up in more than one
22   staff meeting?

1    A.   No, not to my knowledge.

2    Q.   Let's see if I can get a little more
3 understanding of the times of the litigation.
4 Would you say that it was communicated to you
5 more than a month ago or less than a month ago?

6    A.   More than a month ago.

7    Q.   More than two months ago?

8    A.   I have no idea.

9    Q.   That would put us in the beginning
10 of August?

11   A.   I do not know.  We've been busy.  I
12 don't know.

13   Q.   I understand.  And I know it seems
14 tedious trying to cabinet these but we're just
15 trying to get an understanding.  Would you say
16 it was communicated to you before February?

17   A.   I don't believe so.

18   Q.   What about before March?

19        MR. PISHEVAR:  Calls for speculation.

20   A.   I would say that I had a general
21 understanding that any documents related to
22 this lawsuit needed to be kept and I followed