# Kapshandy, Timothy E.

**From:** Kapshandy, Timothy E.
**Sent:** Monday, January 31, 2011 4:42 PM
**To:** Adrian Nelson
**Cc:** Jensen, Peter
**Subject:** RE: Parsi/NIAC -- Litigation hold email

Thanks, Adrian. When speaking to your client today or tomorrow, I urge you to ask them to produce the earlier version of the litigation hold and not just this later "reminder." On October 5, 2009, David Elliott, who was tendered as the person managing the document production, testified that the litigation hold was communicated to all staff via email at least a month before his deposition. It would perhaps be the ultimate irony that the original litigation hold was not preserved after it was enacted. We look forward to your responses to the rest of our requests sent on January 3 and discussed today after you discuss with your client.
Thanks,
Tim

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Monday, January 31, 2011 4:08 PM
To: Kapshandy, Timothy E.
Cc: Jensen, Peter
Subject: Parsi/NIAC -- Litigation hold email

Tim:

As discussed today, attached is the email reminding NIAC staff about the litigation hold in the case. It must have dropped off of my 12/16/10 email to you.

Adrian



EXHIBIT
J