## Kapshandy, Timothy E.

| | |
|---|---|
| **From:** | Jensen, Peter |
| **Sent:** | Tuesday, January 18, 2011 2:32 PM |
| **To:** | Adrian Nelson (anelson@pishevarlegal.com) |
| **Cc:** | 'Nonprofitlaw@aol.com'; Kapshandy, Timothy E.; Rogers, HL; Fougere, Josh; 'Afshin Pishevar'; 'Patrick Parsa' |
| **Subject:** | Pugwash - Confidentiality Agreement |
| **Attachments:** | Pugwash Confidentiality Agreement.docx |
| | |
| **Categories:** | Red Category |

Adrian –

As you know, we have issued a subpoena to Pugwash for documents.  While Pugwash has documents that are responsive to the subpoena, much of the information in those documents was provided to Pugwash by individuals who were assured that the information they were providing to Pugwash would be kept confidential.   As such, Pugwash has asked us to respect those individuals' privacy by only using those documents in connection with this litigation and by seeking to file under seal or otherwise trying to protect the confidentiality of those documents if we elect to use them. Under the Federal Rules of Civil Procedure, you are entitled access to any documents provided to us in response to a third-party subpoena.  Therefore, to protect the privacy of its members, Pugwash has asked for you to make identical commitments with regards to your use of any documents obtained from this subpoena.  I am attaching a confidentiality agreement that was drafted by Peter Wolk—Pugwash's counsel, who is copied on this email (nonprofitlaw@aol.com)— which we are prepared to sign. Please let us know if you and your client agree to sign as well.

We are hopeful that the three parties will be able to work out an agreement so that we will not need to involve Judge Bates in this matter.

Regards,
Pete

Peter G. Jensen | Sidley Austin LLP
1501 K Street, NW | Washington, D.C. 20005
Phone: (202) 736-8887 | Fax: (202) 736-8711
pjensen@sidley.com | www.sidley.com



# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement ("Agreement") is by and between Pugwash USA, Inc. (the "Disclosing Party") and the Plaintiffs, The National Iranian American Council and Trita Parsi, their counsel, Pishevar & Associates, and the Defendant, Mr. Daioleslam Seid Hassan and his counsel Sidley Austin LLP (together the "Recipients") in a civil case filed in the U.S. District Court for the District of Columbia, Trita Parsi and National Iranian American Council v. Daioleslam Seid Hassan, Civil Number 08-CV 00705 (JDB) (the "Litigation").

Mr. Hassan has issued to the Pugwash Conferences on Science and World Affairs a subpoena seeking information related to Trita Parsi and National Iranian American Council as described in the subpoena.

## TERMS

(1)     The Recipients hereby agree, in consideration of the following, to keep Confidential and not disclose (i.e., not use, publish, or otherwise reveal) anyone's names, addresses, or any other personally-identifying information received from the Disclosing Party in relation to this subpoena (the "Information"), except as noted below. The Recipients acknowledge that any such Information was originally furnished by individuals who had been assured that their identities would be kept confidential.

(2)     The Recipients agree to notify the Disclosing Party in the event of any unauthorized disclosures of Information they become aware of.

(3)     The Recipients agree that in the event of any breach or threatened breach by any of the Recipient Parties, the Disclosing Party may obtain, in addition to any other legal remedies which may be available, such equitable relief as may be necessary to protect the Disclosing Party against any such breach or threatened breach, and the breaching Recipient Party hereby indemnifies the Disclosing Party for any cost or claims experienced by the Disclosing Party arising from any such actual or threatened unauthorized disclosure.

(4)     The Recipients are not authorized to disclose the Information except:

   (a) In connection with this Litigation; and,

   (b) Only if the disclosing Recipient Party first seeks in good faith to obtain an order or form of agreement from the Court indicating that any documents containing this Information will be sealed or will otherwise be handled by the Court to ensure that the Information remains confidential.

(5)     This Agreement shall be governed and construed in accordance with the laws of the District of Columbia, which shall be the forum for any enforcement and disputes.


_____          _____
Mr. Jeffrey Boutwell (on behalf of Pugwash USA)          Date

_____                    _____
Mr. Trita Parsi (on behalf of Plaintiffs)          Date


_____                    _____
Mr. Adrian Nelson (on behalf of Pishevar & Associates)   Date
Counsel for NIAC and Trita Parsi


_____                    _____
Mr. Daioleslam Said Hassan                         Date


_____                    _____
Mr. Timothy Kapshandy (on behalf of Sidley Austin)   Date
Counsel for Mr. Hassan

DC1 1889497v.1