```
-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Tuesday, November 30, 2010 7:54 AM
To: Kapshandy, Timothy E.
Cc: ap@pishevarlegal.com; Patrick Parsa; Jensen, Peter; Ross, Tom
Subject: Re: FW: Puneet Talwar Deposition
```

Tim:

We do not agree that the deposition date should only need to be agreed to by the deponent and the defendant.  It should be a mutually agreeable date for all parties.

Also, 30 minutes for defendants may be fine, but we should be allowed to cover all topics raised by the plaintiffs.

These are our objections.

-Adrian

On 11/29/10, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
> Gentlemen:
>
> Here is the response to the Justice Department to Defendant's subpoena of
> Puneet Talwar.  If you object to their conditions, please let us know as
> soon as possible so we can raise with the DOJ and  Court, if necessary.
>
> Thanks,
>
> Tim
>
>
>
> From: Wilkenfeld, Joshua (CIV) [mailto:Joshua.I.Wilkenfeld@usdoj.gov]
> Sent: Monday, November 29, 2010 12:12 PM
> To: Ross, Tom
> Cc: Kapshandy, Timothy E.; Goldberg, Arthur (CIV)
> Subject: Puneet Talwar Deposition
>
>
>
> Tom and Tim,
>
>
>
> Thank you for the productive conversation last week.  This email is meant to
> confirm our understanding of the conditions for Puneet Talwar's deposition.

EXHIBIT
P

> We ask that Defendants gain Plaintiffs' consent to these conditions, and
> forward us that consent.
>
>
>
> Mr. Talwar will be made available for a direct deposition of up-to one hour,
>  followed by up-to thirty minutes of cross-examination, at a time and place
> that is mutually convenient for Mr. Talwar and Defendants. The Defendants
> will provide a list of topics to be covered in the deposition one week prior
> to the deposition itself. These topics will generally concentrate on
> communications between Mr. Talwar and representatives of the National
> Iranian American Council, including Trita Parsi. Neither Defendants nor
> Plaintiffs will not seek testimony on internal governmental communications
> or deliberations.
>
>
>
> Additionally, so as to efficiently proceed through the deposition,
> Plaintiffs and Defendants will, in advance of the deposition, provide Mr.
> Talwar with whatever documents that Defendants intend to show Mr. Talwar
> during the deposition. These documents will be provided to Mr. Talwar's
> counsel one week in advance of Mr. Talwar's deposition.
>
>
>
> Please let us know if Defendants agree to these conditions for Mr. Talwar's
> deposition, and please forward us Plaintiffs' consent to these conditions.
>
>
>
> Very truly yours,
>
>
>
> Josh
>
>
>
>
>

2

```
>
>
>
>
>
>
> Joshua Wilkenfeld
>
> Trial Attorney
>
> U.S. Department of Justice - Civil Division
>
> Federal Programs Branch
>
> 20 Massachusetts Ave., N.W.
>
> Washington, D.C. 20530
>
> Telephone: (202) 305-7920
>
>
>
>
-----------------------------------------------------------------------
-------------------------------
> IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
> regulations, we inform you
> that, unless expressly stated otherwise, any U.S. federal tax advice
> contained in this
> communication, including attachments, was not intended or written to
be
> used, and cannot be
> used, by any taxpayer for the purpose of avoiding any penalties that
may be
> imposed on such
> taxpayer by the Internal Revenue Service. In addition, if any such tax
> advice is used or referred
> to by other parties in promoting, marketing or recommending any
partnership
> or other entity,
> investment plan or arrangement, then (i) the advice should be
construed as
> written in connection
> with the promotion or marketing by others of the transaction(s) or
matter(s)
> addressed in this
> communication and (ii) the taxpayer should seek advice based on the
> taxpayer's particular
> circumstances from an independent tax advisor.
>
*************************************************************************
**************************
```

```
> This e-mail is sent by a law firm and may contain information that is
> privileged or confidential.
> If you are not the intended recipient, please delete the e-mail and any
> attachments and notify us
> immediately.
>
>
***************************************************************************************
>
```

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Friday, December 10, 2010 11:11 AM |
| **To:** | Adrian Nelson |
| **Cc:** | Patrick Parsa; Afshin Pishevar (ap@pishevarlegal.com); Jensen, Peter; Rogers, HL; Wilkenfeld, Joshua I. (CIV) |
| **Subject:** | Proposed Form of Order and Talwar Deposition |
| **Attachments:** | Order Template.pdf |

Adrian:

Attached per the Nov 24 conference is a draft form of order regarding the litigation hold for you comment.

Also, Mr. Wilkenfeld called today to say that while he had reached out to you to work with plaintiffs about your objections to the time limit he had not heard back from you. As it is less than a week before the Nov 16 date he had offered, Mr. Talwar is not able to hold that date any longer while waiting to learn your position. The DOJ is agreeable to producing him after the December 16 discovery cutoff as is defendant. But, we need to know if you still object to the DOJ's proposal regarding time limits. If so, please let us know so we can raise it with the Court Dec 17. Also, please let us know dates in January you can do the deposition in DC and we will work with Mr. Wilkenfeld to get it rescheduled.

Thanks,

Tim

1