## Kapshandy, Timothy E.

**From:** Kapshandy, Timothy E.
**Sent:** Friday, February 11, 2011 11:03 AM
**To:** Adrian Nelson
**Cc:** Afshin Pishevar (ap@pishevarlegal.com); Rogers, HL; Jensen, Peter
**Subject:** Status Report

Adrian:

Not having heard anything from you further since your email of February 4 or response to our proposed joint status memo sent February 9 and the deadline fast approaching to comply with the Court's order to file a status report this afternoon, we will plan to file a status report on behalf of the defendant only. If you believe we have stated anything incorrectly, we have no objection to you doing your own filing.

Sincerely,

Tim Kapshandy
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312.853.7643
Cell: 219.670.0698
fax: 312.853.7036
tkapshan@sidley.com
http://www.sidley.com

EXHIBIT

R

1