| | |
|---|---|
| **From:** | Adrian Nelson [anelson@pishevarlegal.com] |
| **Sent:** | Wednesday, January 19, 2011 8:50 AM |
| **To:** | Jensen, Peter |
| **Cc:** | Nonprofitlaw@aol.com; Kapshandy, Timothy E.; Rogers, HL; Fougere, Josh; Afshin Pishevar; Patrick Parsa |
| **Subject:** | Re: Pugwash - Confidentiality Agreement |

Hello, Pete.

I am just returning from my week in Europe. So, I'll get back to you tomorrow.

Adrian

On 1/18/11, Jensen, Peter <pjensen@sidley.com> wrote:
> Adrian -
>
>
>
> As you know, we have issued a subpoena to Pugwash for documents. While
> Pugwash has documents that are responsive to the subpoena, much of the
> information in those documents was provided to Pugwash by individuals
> who were assured that the information they were providing to Pugwash
> would be kept confidential. As such, Pugwash has asked us to respect
> those individuals' privacy by only using those documents in connection
> with this litigation and by seeking to file under seal or otherwise
> trying to protect the confidentiality of those documents if we elect to
> use them. Under the Federal Rules of Civil Procedure, you are entitled
> access to any documents provided to us in response to a third-party
> subpoena. Therefore, to protect the privacy of its members, Pugwash has
> asked for you to make identical commitments with regards to your use of
> any documents obtained from this subpoena. I am attaching a
> confidentiality agreement that was drafted by Peter Wolk-Pugwash's
> counsel, who is copied on this email (nonprofitlaw@aol.com)-which we are
> prepared to sign. Please let us know if you and your client agree to
> sign as well.
>
>
>
> We are hopeful that the three parties will be able to work out an
> agreement so that we will not need to involve Judge Bates in this
> matter.
>
>
>
> Regards,
>
> Pete
>
>
>
>
> Peter G. Jensen | Sidley Austin LLP

1

**EXHIBIT**
7

> 1501 K Street, NW | Washington, D.C. 20005
> Phone: (202) 736-8887 | Fax: (202) 736-8711
> pjensen@sidley.com <mailto:pjensen@sidley.com>  | www.sidley.com
> <http://www.sidley.com/>
>
>
>
>
>
> -------------------------------------------------------------------------------
> IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
> regulations, we inform you
> that, unless expressly stated otherwise, any U.S. federal tax advice
> contained in this
> communication, including attachments, was not intended or written to be
> used, and cannot be
> used, by any taxpayer for the purpose of avoiding any penalties that may be
> imposed on such
> taxpayer by the Internal Revenue Service. In addition, if any such tax
> advice is used or referred
> to by other parties in promoting, marketing or recommending any partnership
> or other entity,
> investment plan or arrangement, then (i) the advice should be construed as
> written in connection
> with the promotion or marketing by others of the transaction(s) or matter(s)
> addressed in this
> communication and (ii) the taxpayer should seek advice based on the
> taxpayer's particular
> circumstances from an independent tax advisor.
>
**************************************************************************************
> This e-mail is sent by a law firm and may contain information that is
> privileged or confidential.
> If you are not the intended recipient, please delete the e-mail and any
> attachments and notify us
> immediately.
>
**************************************************************************************
>

2