**From:** Adrian Nelson [anelson@pishevarlegal.com]
**Sent:** Friday, February 11, 2011 12:18 PM
**To:** Kapshandy, Timothy E.
**Subject:** Re: Status Report

Tim:

My comments were just emailed to you a few moments ago. We need a day to meet with our client and address the draft completely as it was provided late in the day on 2/9 and raises many issues.

We expect the defendant to work toward a joint filing.

Adrian


On 2/11/11, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
> Adrian:
>
> Not having heard anything from you further since your email of February
> 4 or response to our proposed joint status memo sent February 9 and the
> deadline fast approaching to comply with the Court's order to file a
> status report this afternoon, we will plan to file a status report on
> behalf of the defendant only. If you believe we have stated anything
> incorrectly, we have no objection to you doing your own filing.
>
> Sincerely,
>
> Tim Kapshandy
> Sidley Austin LLP
> One South Dearborn
> Chicago, Illinois 60603
> 312.853.7643
> Cell: 219.670.0698
> fax: 312.853.7036
> tkapshan@sidley.com
> http://www.sidley.com <http://www.sidley.com>
>
>
>
>
>
> ----------------------------------------------------------------
> IRS Circular 230 Disclosure: To comply with certain U.S. Treasury
> regulations, we inform you
> that, unless expressly stated otherwise, any U.S. federal tax advice
> contained in this
> communication, including attachments, was not intended or written to be
> used, and cannot be
> used, by any taxpayer for the purpose of avoiding any penalties that may be
> imposed on such
> taxpayer by the Internal Revenue Service. In addition, if any such tax

EXHIBIT U

1

```
> advice is used or referred
> to by other parties in promoting, marketing or recommending any partnership
> or other entity,
> investment plan or arrangement, then (i) the advice should be construed as
> written in connection
> with the promotion or marketing by others of the transaction(s) or matter(s)
> addressed in this
> communication and (ii) the taxpayer should seek advice based on the
> taxpayer's particular
> circumstances from an independent tax advisor.
>
**************************************************************************
*******
> This e-mail is sent by a law firm and may contain information that is
> privileged or confidential.
> If you are not the intended recipient, please delete the e-mail and any
> attachments and notify us
> immediately.
>
>
**************************************************************************
*******
>
```