Adrian Nelson &lt;anelson@pishevarlegal.com&gt;

# Parsi/NIAC -- Let's Chat ...

6 messages

---

**Adrian Nelson &lt;anelson@pishevarlegal.com&gt;**     Mon, Jan 24, 2011 at 4:42 PM
To: "Kapshandy, Timothy E." &lt;tkapshandy@sidley.com&gt;
Cc: Afshin Pishevar &lt;ap@pishevarlegal.com&gt;, Patrick Parsa &lt;pparsa@pishevarlegal.com&gt;
Bcc: "Trita Parsi, PhD" &lt;tparsi@niacouncil.org&gt;

    Tim,

    I left you a voice message today.  Let's chat as soon as possible.

    Thanks,

    Adrian

---

**Kapshandy, Timothy E. &lt;tkapshandy@sidley.com&gt;**     Mon, Jan 24, 2011 at 4:55 PM
To: Adrian Nelson &lt;anelson@pishevarlegal.com&gt;
Cc: Afshin Pishevar &lt;ap@pishevarlegal.com&gt;, Patrick Parsa &lt;pparsa@pishevarlegal.com&gt;

    Adrian:
    I am out today but can talk tomorrow morning 10-1100 EST.  Please let me
    know if that works.
    Thanks,
    Tim

    [Quoted text hidden]

    ----------------------------------------------------------------------------------------------------
    IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
    that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
    communication, including attachments, was not intended or written to be used, and cannot be
    used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
    taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred
    to by other parties in promoting, marketing or recommending any partnership or other entity,
    investment plan or arrangement, then (i) the advice should be construed as written in connection
    with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
    communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
    circumstances from an independent tax advisor.
    *******************************************************************************************
    This e-mail is sent by a law firm and may contain information that is privileged or confidential.
    If you are not the intended recipient, please delete the e-mail and any attachments and notify us
    immediately.

    *******************************************************************************************

---

**Adrian Nelson &lt;anelson@pishevarlegal.com&gt;**     Mon, Jan 31, 2011 at 12:06 PM
To: "Kapshandy, Timothy E." &lt;tkapshandy@sidley.com&gt;
Cc: Afshin Pishevar &lt;ap@pishevarlegal.com&gt;

    Good morning, Tim.

    Due to the snow we had here in DC last week and the nearly 3 day loss
    of power, I wasn't able to get back to you regarding the discovery

issues chart you prepared.

Are you free to talk today? If so, please let me know what time.

Adrian

[Quoted text hidden]

---

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**     Mon, Jan 31, 2011 at 12:24 PM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>

300 EST is fine.
Thanks

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Monday, January 31, 2011 11:06 AM
To: Kapshandy, Timothy E.
Cc: Afshin Pishevar

[Quoted text hidden]

---

**Adrian Nelson <anelson@pishevarlegal.com>**     Mon, Jan 31, 2011 at 12:27 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>

3 pm EST is fine, but I'd prefer 4:15 pm EST. Does that work for you?

[Quoted text hidden]

---

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**     Mon, Jan 31, 2011 at 12:28 PM
To: Adrian Nelson <anelson@pishevarlegal.com>

OK

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Monday, January 31, 2011 11:28 AM
To: Kapshandy, Timothy E.

[Quoted text hidden]