

Adrian Nelson <anelson@pishevarlegal.com>

# Joint Report Re Status of Discovery in pdf format
8 messages

---

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**  Wed, Feb 9, 2011 at 6:06 PM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: ap@pishevarlegal.com, "Jensen, Peter" <pjensen@sidley.com>, "Rogers, HL" <hrogers@sidley.com>

> Adrian:
> Here is our draft of the joint status report on discovery due Friday. Please let us have your changes tomorrow so we can file early Friday afternoon. Note that there are some open spots (e.g,, the deps of Cirincione, Abdi, and Lynch) pending your response to our email of Monday, Feb. 7.
>
> Thanks,
>
> Tim
>
> ----------------------------------------------------------------------------------------------
> IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
> ****************************************************************************************
> This e-mail is sent by a law firm and may contain information that is privileged or confidential.
> If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
>
> ****************************************************************************************

 **Joint Report Regarding Status of Discovery.pdf**
32K

---

**Adrian Nelson <anelson@pishevarlegal.com>**  Thu, Feb 10, 2011 at 5:37 PM
To: Afshin Pishevar <ap@pishevarlegal.com>, "Trita Parsi, PhD" <tparsi@niacouncil.org>, Kevin Cowl <kcowl@niacouncil.org>

Below is the draft Joint Status Report that I mentioned.
[Quoted text hidden]

 **Joint Report Regarding Status of Discovery.pdf**

32K

---

**Afshin Pishevar <ap@pishevarlegal.com>**　　　　　　　　　　　　　　Thu, Feb 10, 2011 at 5:56 PM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: "Trita Parsi, PhD" <tparsi@niacouncil.org>, Kevin Cowl <kcowl@niacouncil.org>

thank you Adrian.  -AP
[Quoted text hidden]
--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

---

**Adrian Nelson <anelson@pishevarlegal.com>**　　　　　　　　　　　　　　Thu, Feb 10, 2011 at 7:44 PM
To: Afshin Pishevar <ap@pishevarlegal.com>
Cc: "Trita Parsi, PhD" <tparsi@niacouncil.org>, Kevin Cowl <kcowl@niacouncil.org>

Below are the comments that I would send to Tim:

Tim,

Here are Plaintiff's comments about the Draft Joint Report Regarding Status of Discovery.

**The Overall Tone of the Report**

**Overall, the Joint Report clearly tries to paint a picture of clean hands by the defendant.  The level of detail regarding who did what and said what makes the document cumbersome to read and provide a lot of unnecessary detail.**

For instance, the opening substantive paragraph regarding our attempts to arrange a telephone call to discuss outstanding discovery issues fails to make clear that on January 10, Adrian Nelson's email to you clearly set out a time he was available to call and asked you to give him a ring during that time before he left for Europe midday on January 11.  Instead of calling on January 11 as requested, Tim Kapshandy simply replied, "I'm free most of the day (January 11) so, you call me."  **This nuisance was omitted.**

**Also omitted is that Mr. Nelson was out of the country as he had advised the court between January 11 and January 18, 2011.  Further omitted is that upon Mr. Nelson's return from Europe he emailed with Mr. Jensen, which is contrary to the statement that "Defendant next heard from Plaintiff on January 25 when Mr. Nelson called ..."**

Next, Plaintiffs do not understand the statement: "... the parties agreed that there be (sic) no need to

supplement the May 2009 discovery responses except to the extent already specifically undertaken subsequent to May 2009." **Please clarify.**

Defendant's focus upon Mr. Elliott's testimony about when the litigation hold was emailed to NIAC staff fails to consider as a possibility that Mr. Elliott's memory was faulty.  **Again, it is NIAC's position that this level of detail is unnecessary and fails to provide any important information to the Court.**

### Server/Forensic Imaging/PCs

**NIAC assumes that Defendant's failure to complain about the list of NIAC computers provided to Defendant at the close of the December 17 hearing means that the Defendant has failed to find anything nefarious about NIAC's explanation that Progressive Office provided an inaccurate list of computers to Defendant.**

### Salesforce Membership Database

**Defendant fails to advise the Court that early in discovery NIAC had previously produced membership database information, whether in Salesforce form or not.**

### Depositions

**Again, this section regarding the status of depositions contains overblown detail regarding scheduling.  Clearly Defendant wants the court to pat its self-proclaimed "clean hands."**

For instance, the reference to NIAC having dropped its objections to Puneet Talwar's deposition.  What objections are you referring to? **Scheduling and deposition format concerns are not objections.  So, your phrasing is unacceptable.**

**Has NIAC really refused to produce Dr. Parsi, not Mr. Parsi as he has earned a Ph.D., for further deposition?  Since Defendant always has an email to support its position, please support this assertion.**

**Regarding the information in follow-up to Mr. Disney's deposition, upon closer review of the materials provided to counsel it appears that all of the materials were produced and reviewed after the May 2009 supplementation cut-off date and need not be produced.**

### Talebi Emails & Pugwash Subpoena

[NIAC and counsel need to discuss both of these issues.]

### Daioleslam Follow-Up

[NIAC's counsel needs to review this issue.]

Let's talk as early as everyone is available tomorrow.

-Adrian
[Quoted text hidden]

---

**Afshin Pishevar <ap@pishevarlegal.com>**                      Thu, Feb 10, 2011 at 7:45 PM
To: Adrian Nelson <anelson@pishevarlegal.com>, Trita Parsi <tparsi@niacouncil.org>, Kevin Cowl <kcowl@niacouncil.org>

ok yes lets talk.
-AP
[Quoted text hidden]

---

**kcowl@niacouncil.org** <kcowl@niacouncil.org>    Thu, Feb 10, 2011 at 9:05 PM
To: Afshin Pishevar <ap@pishevarlegal.com>
Cc: Adrian Nelson <anelson@pishevarlegal.com>, Trita Parsi <tparsi@niacouncil.org>

Thanks Adrian - your comments are good and answer Kapshandy's smug assessment of the situation quite well. I am not available for a call, but Trita will participate and he and I can debrief.

We need to be sure that the judge is not left with any lingering doubts by Kapshandy's summary.

If there is additional clarity needed on the computer issue, my e-mail summary from several weeks ago may help.

[Quoted text hidden]

>>> www.PishevarLegal.com <http://www.pishevarlegal.com/>

[Quoted text hidden]

---

**Trita Parsi** <tparsi@niacouncil.org>    Fri, Feb 11, 2011 at 8:59 AM
To: Adrian Nelson <anelson@pishevarlegal.com>, Afshin Pishevar <ap@pishevarlegal.com>
Cc: "kcowl@niacouncil.org" <kcowl@niacouncil.org>

Ok. What time can we talk?


**Trita Parsi, PhD**
*President*

_____
National Iranian American Council
1411 K St. NW  Ste. 600
Washington, DC 20005

ph: 202 386 6325
www.niacouncil.org
check out NIAC's blog at www.niacINsight.com

---

**From:** Adrian Nelson <anelson@pishevarlegal.com>
**Date:** Thu, 10 Feb 2011 19:44:04 -0500
**To:** Afshin Pishevar <ap@pishevarlegal.com>
**Cc:** trita parsi <tparsi@niacouncil.org>, "kcowl@niacouncil.org" <kcowl@niacouncil.org>
**Subject:** Re: Joint Report Re Status of Discovery in pdf format

[Quoted text hidden]

---

**Trita Parsi** <tparsi@niacouncil.org>    Fri, Feb 11, 2011 at 9:04 AM
To: Adrian Nelson <anelson@pishevarlegal.com>, Afshin Pishevar <ap@pishevarlegal.com>, "kcowl@niacouncil.org" <kcowl@niacouncil.org>

Why is the status memo drafted by them? Just trying to understand the process here.

The document is clearly flawed, needs significant rewriting.

**Trita Parsi, PhD**
*President*

National Iranian American Council
1411 K St. NW  Ste. 600
Washington, DC 20005

ph: 202 386 6325
www.niacouncil.org
check out NIAC's blog at www.niacINsight.com

**From:** Adrian Nelson <anelson@pishevarlegal.com>
**Date:** Thu, 10 Feb 2011 17:37:15 -0500
**To:** Afshin Pishevar <ap@pishevarlegal.com>, trita parsi <tparsi@niacouncil.org>, "kcowl@niacouncil.org" <kcowl@niacouncil.org>
**Subject:** Fwd: Joint Report Re Status of Discovery in pdf format

[Quoted text hidden]