

Adrian Nelson <anelson@pishevarlegal.com>

# Status Report
3 messages

---

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**     Fri, Feb 11, 2011 at 12:03 PM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: ap@pishevarlegal.com, "Rogers, HL" <hrogers@sidley.com>, "Jensen, Peter" <pjensen@sidley.com>

Adrian:

Not having heard anything from you further since your email of February 4 or response to our proposed joint status memo sent February 9 and the deadline fast approaching to comply with the Court's order to file a status report this afternoon, we will plan to file a status report on behalf of the defendant only. If you believe we have stated anything incorrectly, we have no objection to you doing your own filing.

Sincerely,

Tim Kapshandy
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
312.853.7643
Cell: 219.670.0698
fax: 312.853.7036
tkapshan@sidley.com
http://www.sidley.com

----------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************

---

**Afshin Pishevar <ap@pishevarlegal.com>**     Fri, Feb 11, 2011 at 12:50 PM
To: Adrian Nelson <anelson@pishevarlegal.com>

?
[Quoted text hidden]
--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

---

**Adrian Nelson <anelson@pishevarlegal.com>**                               Fri, Feb 11, 2011 at 1:18 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>

Tim:

My comments were just emailed to you a few moments ago.  We need a day
to meet with our client and  address the draft completely as it was
provided late in the day on 2/9 and raises many issues.

We expect the defendant to work toward a joint filing.

Adrian


On 2/11/11, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
> Adrian:
>
> Not having heard anything from you further since your email of February
> 4 or response to our proposed joint status memo sent February 9 and the
> deadline fast approaching to comply with the Court's order to file a
> status report this afternoon, we will plan to file a status report on
> behalf of the defendant only.  If you believe we have stated anything
> incorrectly, we have no objection to you doing your own filing.
>
> Sincerely,
>
> Tim Kapshandy
> Sidley Austin LLP
> One South Dearborn
> Chicago, Illinois 60603
> 312.853.7643
> Cell: 219.670.0698
> fax: 312.853.7036
> tkapshan@sidley.com

> http://www.sidley.com <http://www.sidley.com>

[Quoted text hidden]