

Adrian Nelson &lt;anelson@pishevarlegal.com&gt;

# Status Report Regarding Discovery -- Joint or Not?
3 messages

**Adrian Nelson &lt;anelson@pishevarlegal.com&gt;**     Fri, Feb 11, 2011 at 2:40 PM
To: "Kapshandy, Timothy E." &lt;tkapshandy@sidley.com&gt;
Cc: Afshin Pishevar &lt;ap@pishevarlegal.com&gt;

Tim:

NIAC is proceeding under the assumption that the defendant's preference is for the parties to file seperate Status Reports Regarding Discovery.  Please advise by noon on Monday (2/14) whether our reports will be joint or not.

-Adrian

**Kapshandy, Timothy E. &lt;tkapshandy@sidley.com&gt;**     Sun, Feb 13, 2011 at 4:58 PM
To: Adrian Nelson &lt;anelson@pishevarlegal.com&gt;
Cc: Afshin Pishevar &lt;ap@pishevarlegal.com&gt;

Adrian, given the vast differences and your admission that it would have to contain two sets of facts, I am afraid we'll be in the same position Tuesday afternoon.  You are welcome to make revisions to our draft or start a joint report from scratch but I am not optimistic that we will iron out all matters on Tuesday in time to file.

For example, your contention that the fact that Mr. Elliott testified that there was a written litigation hold sent to all staffers prior to September 2009 and Mr. Parsi disputes that are unnecessary detail and fails to provide any important information to the Court is disputed by Defendant.  Likewise, your request to add language that Defendant's request was "baseless" or "this nuisance was omitted" are qualitative words that we tried to avoid in our draft.  We tried to keep our draft as factual as possible.  The Court will want to know why little was done to complete discovery until 15 minutes before the close of business the day of the discovery cutoff.  Rather than hurling accusations, we have laid out the facts and will let those speak for themselves.  If you believe the facts do not portray the way NIAC treated its discovery obligations favorably, that is probably because that is the case but those are the facts.  If there are particular facts you would like added, we  will do so.  For example, you mentioned that you did email Mr. Jensen on January 19 (promising to get back to him the next day on the Pugwash conf agt); you did not get back to him as promised or respond to several other of his requests on Pugwash, so we will add these facts for completeness.

So, if you would like to revise our draft or do your own, please get that to us by noon Monday.  If you do not,  we will plan to file separate status reports.

Thanks,

Tim

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Friday, February 11, 2011 1:40 PM
To: Kapshandy, Timothy E.
Cc: Afshin Pishevar
Subject: Status Report Regarding Discovery -- Joint or Not?

Tim:

NIAC is proceeding under the assumption that the defendant's
preference is for the parties to file separate Status Reports
Regarding Discovery.  Please advise by noon on Monday (2/14) whether
our reports will be joint or not.

-Adrian

--------------------------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************************

**Adrian Nelson <anelson@pishevarlegal.com>**                              **Mon, Feb 14, 2011 at 11:33 AM**
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>

Tim:

Thanks for getting back to us.

I think it will be impossible to file anyting jointly with the defendants.  The tone and format of Defendant's Status Report is nothing like anything I've ever seen in nearly 20 years of federal court litigation practice.

So, please proceed with your own filing on behalf of your client.

Adrian

[Quoted text hidden]