

Adrian Nelson <anelson@pishevarlegal.com>

# Draft Joint Report Re Status of Discovery -- Plaintiffs' Comments

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**  Sun, Feb 13, 2011 at 5:33 PM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>, "Jensen, Peter" <pjensen@sidley.com>, "Rogers, HL" <hrogers@sidley.com>

Adrian:

To respond to several of the issues you raised:

1. Discovery Supplementation -- When we agreed to relieve the parties of supplementing their May 2009 discovery responses, that meant generally and was not meant to bar specific requests for any documents after May 2009.  For example, Defendant has sent a number of document requests and interrogatories and both parties have inquired at depositions about events and documents AFTER May 2009.  You have provided to your experts many materials after May 2009 and those have been produced to Defendant.  We have sent interrogatories and doc requests after May 2009 about events after May 2009 such as the stolen laptop, computers in use at NIAC, 2009 tax returns, the Talebi emails, and the issue of discovery fraud committed both before and after May 2009.  Defendant requested and NIAC produced calendar entries through May 2010.  None of those were or could have been covered by the supplementation suspension.  The same is true of your legal invoices which we have been requesting.  If you want to claim them as damages, then produce them.  If your understanding of the supplementation agreement is that no documents after May 2009 are discoverable, then there is a misunderstanding and we'll need to discuss a date certain for cutting off supplementation as we had been requesting most of 2010.  Please let us know.

2. Safavi deposition -- We will take his deposition in Chicago on of the three days you suggested.  I will let you know when I am back in the office Tuesday.

3. Parsi Deposition --  Please confirm that you are agreeing to produce Mr. Parsi on the after-produced items.   Also, please start looking at dates, but let's make sure we get all the items requested so we only have to do it once.

Thanks,

Tim

[Quoted text hidden]