

Adrian Nelson <anelson@pishevarlegal.com>

# FW: Puneet Talwar Deposition

**Adrian Nelson <anelson@pishevarlegal.com>**                    **Tue, Nov 30, 2010 at 8:54 AM**
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: ap@pishevarlegal.com, Patrick Parsa <pparsa@pishevarlegal.com>, "Jensen, Peter"
<pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>

Tim:

We do not agree that the deposition date should only need to be agreed
to by the deponent and the defendant.  It should be a mutually
agreeable date for all parties.

Also, 30 minutes for defendants may be fine, but we should be allowed
to cover all topics raised by the plaintiffs.

These are our objections.

-Adrian

[Quoted text hidden]