

Adrian Nelson <anelson@pishevarlegal.com>

# FW: Puneet Talwar Deposition

**Kapshandy, Timothy E. <tkapshandy@sidley.com>**     Tue, Nov 30, 2010 at 9:36 AM
To: Adrian Nelson <anelson@pishevarlegal.com>
Cc: ap@pishevarlegal.com, Patrick Parsa <pparsa@pishevarlegal.com>, "Jensen, Peter" <pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, Joshua.I.Wilkenfeld@usdoj.gov

Adrian:

Obviously, the DOJ will work with both parties on a date. The date that they have suggested is Dec. 14. Mr. Talwar's schedule is pretty hectic so we will both need to be flexible. Please let us know if that works for you.

Also, you appear to have misread the DOJ's proposal. They have offered Defendant up to one hour for his examination of the witness and Plaintiffs up to 30 minutes. While I cannot speak for the DOJ, I suspect they will be reasonable and entertain your reasons for needing more than 30 minutes and may well grant you up to an hour, also. I have copied Josh Wilkenfeld on this email so you can reach out to him regarding your objections. I'd request that you try to resolve the issue with him by Thursday so the DOJ and we can present your objections to the Court by week's end.

Thanks,
Tim

[Quoted text hidden]