

Adrian Nelson <anelson@pishevarlegal.com>

# FW: Puneet Talwar Deposition

**Adrian Nelson <anelson@pishevarlegal.com>**  Wed, Dec 1, 2010 at 10:25 AM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: ap@pishevarlegal.com, pparsi@pishevarlegal.com

Tim:

Is not Dec. 14 the date already agreed to by the parties (during our conference call with Judge Bates) for day one of the defendant's deposition? Are you suggesting two depositions on Dec. 14? The defendant's deposition in Chicago and Mr. Talwar's deposition in DC? That doesn't seem practical.

So, we would object to Dec. 14. Call me to discuss this.

-Adrian

[Quoted text hidden]