

Adrian Nelson <anelson@pishevarlegal.com>

# FW: Puneet Talwar Deposition

**Adrian Nelson <anelson@pishevarlegal.com>**  Thu, Dec 2, 2010 at 10:42 AM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>

Tim:

Thanks for the update.  However, are you not planning on doing Safavi's deposition on December 16th?

Please advise.

-Adrian

[Quoted text hidden]