

Adrian Nelson <anelson@pishevarlegal.com>

# Parsi/NIAC -- Salesforce Membership Database

**Adrian Nelson <anelson@pishevarlegal.com>**  Tue, Feb 15, 2011 at 2:11 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>
Bcc: "Trita Parsi, PhD" <tparsi@niacouncil.org>

Tim:

Subject to the parties' existing Confidentiality Agreement, attached is NIAC's Salesforce membership database.

Adrian

---

  **Salesforce Membership Database.zip**
2878K