**From:** Emily Blout <eblout@niacouncil.org>
**Sent:** Friday, October 19, 2007 2:39 PM (GMT)
**To:** Trita Parsi <tparsi@niacouncil.org>
**Subject:** talking points

The widely publicized funding has fueled the Iranian government's paranoia of a covert US mission to institute regime change through soft revolution. It has used this threat as an excuse to create a securitized atmosphere and crack down on civil society. While the Iranian government has not historically needed a pretext to crack down on its citizens, Congress should not to be responsible for providing it with one.

It is morally unacceptable to continued funding a program that is uniformly decried by the Iranian activist community. To ignore these people's wishes/needs is tantamount to declaring that the US does not care about the welfare of/stand with the Iranian people or the success of the democracy movement.

- **Prominent Iranian activists have uniformly denounced this program**, including Akbar Ganji, who has now released two statements on the issue, prisoner's rights activist Emaddedin Baghi, and Nobel Peace Prize winner Shirin Ebadi. Woodrow Wilson Scholar, Haleh Esfandiari, has also made public her opposition to the program. Esfandiari was recently released from Iran's Evin Prison, where she had been held for 3 months on charges of conspiracy.

- **Iranian activists have refused to accept this money**, as evidenced by the State Department's failure to spend the money previously appropriated for this program. According to the House committee report, of the $25 million appropriated specifically to fund groups inside Iran in 2006, less than $2 million has been spent.

- **Proponents of this funding have failed to offer up a single example of groups that have benefited from this account.** Rubin's example of a trade unionist's wife "pleading for more outside support" does not cut it.

**As we have told Congressional offices and the coalitions we work with, NIAC has been a recipient of National Endowment for Democracy (NED) money.** We had been using this money for non-political capacity building workshop in Iran as a response to request from Iranian NGO's. Given that Iranian Americans are such a natural bridge between the two countries and peoples, we felt that NIAC, as one of the premier Iranian American organizations in the US, would be a natural fit for this role. Our work focues on helping Iranian NGO build the institutions and networks so critical for democracy to take hold. However, our activities were put to a halt with the broad publicizing of the $75 million in 2006. Fearful of their safety, our Iranian partners pulled out of these workshops, and an NIAC staff running these programs in Iran was subject to the Iranian government's intimidation/scare tactics. NIAC has had to return the remainder of the funds to NED because of this.

**Rubin points out that cultural exchanges are virtually impossible under the current circumstances. He is right.** It is far too dangerous for Americans to travel to Tehran. That is why NIAC has been advocating funding NGO to NGO exchanges in mutual third party countries such as Turkey. Also, it has argued to shift the funding to educational and cultural programs that encourage understanding between the two nations. Genuine people to people exchanges, absent of government interference, will enhance America's soft power in Iran.

Emily Blout

Acting Legislative Director


EXHIBIT D

National Iranian American Council (NIAC)
1411 K Street, Suite 600
Washington, DC 20005
Tel: (202) 386 6325
Fax: (202) 386 6409
www.niacouncil.org