Time I logged the Conversation around 7:45 p.m. Central Time

The Meeting began at 8:00 p.m. Central time

## NIAC Board of Directors

Roll call at 8:09 pm

Attendees:

> Mohammad Navab
> Trita Parsi (TP)
> Farhad Talebian
> Leela Ghaffari
> Mariam Borghey
> Hossain Hosseini
> Mahshid Akhavan
> Gita Kashani
> Mike Amin
> Baha Hariri

Meeting began 8:15 pm

1. **Update on political developments**

    a. *Dennis Ross appointment*

    > State Dep has been weary of what our public reaction to the appointment of Denise Ross will be, knowing our ability to move the debate on Iran. Our public posture will remain cautious but hopeful.

    > We have coordinated efforts of our coalition partners to highlight the controversial aspect of this appointment. That effort has been successful and contributed to failure to be appointed envoy. There is far greater awareness today about the problematic nature of his persona.

    > Maryam Borghey's group Network Promoting Peace with Iran has taken a stronger public stance. It is important however to distinguish between NIAC's position and individual board member's personal position.

    > Re the coalition we head — J-Street is part of the coalition now but has not yet officially joined.

    b. **Meeting with Kerry's office**

    > Established a very good relationship with the Kerry office



EXHIBIT E

EXHIBIT 13

2. **Update on Persian Artifacts – 1500 emails, 500 new subscribers 12,000 many pieces**

    The lawsuit in Chicago is between the Iranian government, victims of terrorism and Chicago University. Since NIAC is not connected to any of these parties, NIAC and the Iranian-American community is not itself a party to the lawsuit. Instead, NIAC has sought to create an avenue for the Iranian-American community to be heard on this issue by getting a pro-bono law firm (Mayor Brown ) to file an amicus brief to the court. We will continue to explore avenues through which NIAC can become more directly involved in the lawsuit and prevent the artifacts from being auctioned off.

    Mayor Brown will likely file the amicus in 1-2 weeks.

    NIAC is also working to get the media involved and sow the unacceptable nature of this case. We have allies in Chicago museum. Mathew Stolper from Chicago University will attend our March 7 fundraiser in DC to talk to our members about this case. Board agrees that the Persian artifact case is a great opportunity for fundraising. Challenge is to find constructive action to fundraise around.

    The AP story on this issue was very sympathetic to our position. Shows that we can win the media battle on this issue.

    Dr. Navab and Dr. Hosseini emphasized the need to get on Persian language radio stations asap and inform our community about this case and NIAC's work.

    **Due to sensitivity of case, Board agreed that only board members that have been trained by our media people are permitted to speak to the media about this case.**

    NIAC's staff will prepare factsheet as well as talking points.

    Board members with Persian language media contacts will provide staff with those contacts so that we can map out our media penetration capability and begin coordinating the work.

    Action alert emails should have donation button to make sure that we catch interested people in the moment. Staff will ensure of this.

3. **Update Membership**

    a. **Two sets of call done, December 22 and Feb 18. The December call generated $900 in immediate funds, the February one $500.**

        A total of 12 pitches were made in Dec, 25 in February. While 6 out of 12 calls resulted in the members renewing (with 6 refusals), in February, only 5 out of 25 (20%) pitches resulted in the members renewing, with a record 80% refusing. The motivation given

was overwhelmingly because of the financial downturn. Many of our members have lost their jobs.

Similar responses have been given to our email solicitation of membership renewals. On a positive side, we sent a mailing to 8,800 people in November, which yielded donations from 227 people (a response rate of 2.58%, well above the 0.50% industry average). The mailing cost about $4,200 (not counting staff time) and generated $30,935.

A second mailing was sent last week, to 8400 recipients, offering a Nowruz special: Join NIAC and get a free NIAC membership for a friend as a Nowruz gift. We are yet to see the response to that mailing.

b. **A new service – the NIAC dish – will roll out this week.** It will be weekly email updates a la the Obama campaign with snippets of juicy information about NIAC's activities that won't go up on the website.

c. **March 7 – guests will include John Limbert, former hostage who speaks Persian, and Congressman Meeks from New York.**

d. Great difficulty that membership fees are not coming in. **Gita: What's the real reason for a large membership: The funds they bring or the strength they provide in Congress?** Suggested that instead of kicking out expired members, offer them free membership if they are facing tough economic times. This will ensure our list doesn't grow. Keep membership going (extension) and make these members contribute in other ways. TP agrees, but says this is only feasible if money then is secured through other means. We cannot just think of the long term when we have immediate crisis on hand. Membership has been a main source of income for NIAC. We cannot do away with it at a time when foundation grants as well as other donations are drying up.

Board agrees that beyond voting rights, membership isn't offered anything tangible to create incentives to renew. Board members with experience from other organizations emphasize that this is a chronic problem and members tend to renew when they see local events.

Agreement that more local fundraisers needed – at people's houses with minimum overhead expenses – in order to boost membership as well as revenue stream.

**Gita and Baha offer to organize one in the Bay Area before May 2009.**

**Farhad and Leela offer to organize one in New York before May 2009 – initial preparations already made.**

**Dr. Navab, Mike Amin, Dr. Hosseini offer to organize one in the LA Area.** TP mentions that Marsha can likely help and Mac Hashemian has been showing interest for some time.

Maryam Borghey will look into possibility of doing something in Seattle with Sean and Reza.

TP: Staff will prepare instructions on how NIAC events have been done in the past, to get ball rolling.

---

meeting closed at Time: 9:45 pm