**Lord Corbett of Castle Vale**



House of Lords

London  SW1A 0PW

Honorable Ileana Ros-Lehtinen
Ranking member, Foreign Affairs Committee
U.S. House of Representatives
2160 Rayburn H.O.B.
Washington, DC 20515-0918

21 July 2008

Dear Congresswoman Ros-Lehtinen,

I understand that two agents of the Ministry of Intelligence as well as the Qods Force of the Islamic Revolutionary Guards Corp are scheduled to travel to your country. These two individuals are Massoud Khodabandeh, an Iranian national naturalized in the United Kingdom who travels on a UK passport and his wife, Anne Khodabandeh (nee Singleton). They, along with a well-known lobbyist of the Iranian regime, Trita Parsi, will try to persuade members of Congress in favor of the Iranian regime, and against its main opposition groups.

In October 2007, our British Parliamentary Committee for Iran Freedom published "SPYING FOR THE MULLAHS: IRAN'S AGENTS IN UK." We explained in the report that in 1998, Massoud Khodabandeh was recruited by the Ministry of Intelligence (MOIS) and began to act as its agent. He traveled to various countries including Turkey, Iraq, the UK, Netherlands, France, and Germany. He has expanded his cooperation with the Qods Force of the IRGC, Tehran's elite force for carrying terrorist acts. He traveled to Iraq last year and extended his activities against the Iraqi nationalist forces who were opposed to the Iranian influence in Iraq, as well as the main Iranian opposition.

The prominent Kuwaiti newspaper, Al-Seyassah, quoting "Society of Iraqi students and intellectuals" in two articles on February 1 and February 2, 2008, referred to Khodabandeh and is wife as "dangerous agents of the Qods Force and the Ministry of Intelligence" of the Iranian regime, who had gone to Iraq for spying purposes and suggested that the two should be arrested and expelled by the Iraqi government.

According to information available to us, while in Iraq, Khodabandeh and other agents of Tehran, stayed in the 3rd floor of the Al Mansour Hotel in Baghdad, under the supervision of Qods Force and MOIS officials including Tabatabaei, Nobakht, and Assadi. All hotel expenses were fully paid by the Iranian Embassy in Baghdad, which is now headed by a senior commander of the Qods Force, Ambassador Hassan Kazemi Qomi.

According to reliable reports, in June 2008, Khodabandeh traveled to Iran via ground transportation, and after receiving new instructions, flew back to Amsterdam before returning to the UK, where he made final arrangements and preparation to travel to various countries including the United States.

According to 13 July 2008 issue of the German newspaper, Der Spiegel, two other associates of Khodabandeh, namely Ali Akbar Rastgoo, and Mehdi Khoshhal, traveled to Iraq in order "to spy



HSD_0008524

on important Iraqi national facilities." The two were arrested in May 2008 by the Iraqi security forces and were detained and interrogated for 5 weeks. Our Committee has obtained pictures of Khodabandeh next to Rastgoo clearly showing close association between the two.

According to the Italian paper, Corriere della Sera, 17 July 2008, Tehran has been sending its intelligence agents using tourists as cover to various countries including Italy, France, UK, and the USA whose aim is "to identify and gather intelligence on sensitive targets for potential attacks in the future."

For this reason, I thought you should have this information about these two agents of Tehran and new efforts by the Ahmadinejad government. The aim of these activities is a political-intelligence campaign in favor of the regime and deviating attention by a psychological campaigns against its main opposition. Tehran seems to be expanding its spying and terrorist network under the cover of political and lobbying activities on Capitol Hill.

It is worth noting that, using these two agents, MOIS intended to misuse our democracy and hold a briefing in November 2005 in our Parliament in order to pursue Tehran's objectives. UK parliamentarians prevented that from happening.

I hope that you find our attached research paper useful. I would be delighted if I could be of any further assistance. Thank you for your attention.

Yours sincerely,

*[signature]*

Lord Corbett of Castle Vale
Chairman, British Parliamentary Committee for Iran Freedom

Rt. Hon. Lord Waddington GCVO DL QC, former UK Home Secretary
Rt. Hon. Lord Archer of Sandwell QC, former UK Solicitor-General
Rt. Hon. Lord Fraser of Carmyllie QC, former Lord Advocate for Scotland
Rt. Hon. Lord Slynn of Hadley, former UK Law Lord
Lord Russell-Johnston, former President of the Parliamentary Assembly of the Council of Europe
Mr. David Jones MP, Shadow Minister for Wales
Mr. Henry Bellingham MP, Shadow Minister for Constitutional Affairs/Justice
David Gauke MP, Shadow Minister for the Treasury
Baroness Gould of Potternewton, Deputy Speaker of the House of Lords
Baroness Turner of Camden, Deputy Speaker of the House of Lords
Lord Taverne QC, former Home Office minister and Financial Secretary to the Treasury

Rt. Hon. Baroness Dean of Thornton-le-Fylde
Lord Alton of Liverpool
David Amess MP
Dr. Rudi Vis MP
Brian Binley MP
David Drew MP
Lord King of West Bromwich
Mark Williams MP
Andrew Mackinlay MP
Lord Inglewood DL
Lord Joffe CBE

Lord Turnberg
Roger Gale MP
Baroness Blood
John Leech MP
Lord Clarke of Hampstead
Lord Dholakia OBE DL
Baroness Harris of Richmond DL
Dr. Ian Gibson MP
Mr. Mike Hancock CBE MP
Mr. Bob Russell MP