

From: Trita Parsi <tparsi@niacouncil.org>
To: raminahmadi@juno.com
Subject: You did it. Again!
Date: Mon, 1 Nov 2010 14:09:23 -0500 (CDT)

Dear Hello,

You did it. *Again!*

In September we asked for you help through a letter from our Advisory Board member, Reza Aslan. With talk of war all over the media and aggressive actions in Congress, there were strong indicators that a narrative was being built that would push us toward war with Iran. As with the run-up to the Iraq war, once this narrative gets beyond a certain point, it is nearly impossible to stop.

We asked for your support to help us stop this drive toward war. We asked you to help us raise $50k by October 1. The results were amazing. Within a few days we were more than halfway to our goal, and by the end of the first week, our goal had been achieved.

Then something incredible happened. A donor stepped in with a challenge - they would match all donations dollar for dollar - up to $50k. In the days that followed, we went even beyond that matching challenge, and by the end of the campaign raised a total of $180,160 – *beating our campaign goal by 360% !!!*

Your support this year has been the strongest endorsement of our work that we could ever hope for – and a ringing rejection of the forces for war. Keeping an Iranian-American voice in Washington, a balanced voice on policy that seeks peace and human rights, building an active and engaged community, preserving and protecting our cultural heritage and identity – all these things are made possible by **you** – our members and supporters across the nation.

Thank you again for your contributions during this, our most successful fundraiser yet.


*Trita Parsi*
*President*

---

National Iranian American Council
1411 K St. NW Ste. 600
Washington, DC 20005
ph: (202) 386-6325

Web: www.niacouncil.org
Blog: www.niacINsight.com
Facebook: facebook.com/niacouncil
Donate: www.niacouncil.org/donate
Opt-out from all emails from NIAC



EXHIBIT I

EXHIBIT 14



nonprofit software

**My 2010 Credit Scores**
Click Here to See Your 2010 Credit Scores! All 3 Scores are FREE !
freescore.com