**From:** Trita Parsi [tparsi@niacouncil.org]
**Sent:** Friday, April 25, 2008 10:52 AM
**To:** 'Gohari, Behzad'
**Cc:** ali@itmx.com; btalebi@niacouncil.org; 'Shadee Malaklou'
**Subject:** RE: Behzad Gohari Introduction

Dear Behzad,
Would be delighted to meet and hear your suggestions. Would also like to bring Shadee and Babak from our office, who work on this.

Getting the outside perspective is very important to us. Equally important is to share the inside perspective with you – the reality that in spite of all the accusations and defamation spread by certain elements, NIAC has never raised as much money or attracted as many members as in the past few months.

But things can always be improved, and we love to hear your ideas. Would prefer a meeting in DC if possible. tp


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Gohari, Behzad [mailto:behzad@gohari.com]
**Sent:** Thursday, April 24, 2008 12:57 PM
**To:** tparsi@niacouncil.org
**Cc:** ali@itmx.com
**Subject:** Behzad Gohari Introduction

Gentlemen,

Ali, Thanks for following up so quickly.



EXHIBIT J

EXHIBIT 16

Trita, we've met a couple of times, but very briefly. You can read up on me and my bio on www.gohari.com (click on about us to see my bio).

I'm a JD/MBA and studied marketing under one of the gurus of the field.

I've noticed over the past year that NIAC's messaging has been focused on efforts to sway US policy away from any war with Iran.

A few months ago, in a conversation with several individuals of differing backgrounds and political beliefs, I heard something astounding. One person said that NIAC is pro-Islamic Republic! Another person actually said that NIAC has been "infiltrated by agents" of the Islamic Republic. I found these allegations to be so preposterous, that I asked both

1

individuals where they heard this and if they had any proof. Of course, neither could produce any evidence, or even support for their false belief.

However, over the next few months, I would casually ask different people about their opinion of NIAC. Therein, I have noticed a definite pattern of belief, innuendo, and opinion that falsely links NIAC to the Islamic Republic.

I decided to begin researching the issue, and have read your website, articles, blog, etc.

I have arrived at the conclusion that NIAC is suffering from a serious public relations problem. The organizations messaging is hurting its efforts to reach out to the Iranian-American community.

As I've told Ali, I would love to volunteer my time for the organization and help shore up its public image in the community.

I sincerely believe that NIAC has noble intents, and with minor tweaks the entire Iranian-American community from DC to LA can successfully take part in its efforts.

I hope that my participation will allow the organization to brighten its message, broaden its base, and reach out to those Iranian-Americans, who, by their social and political experiences in America have been left out of the political process.

I was going to propose that the three of us meet for lunch (my treat☺), and discuss my ideas at length.

I look forward to hearing from you soon.

Sincerely,
Behzad Gohari
THE GOHARI LAW FIRM, LLC
www.gohari.com
600 East Jefferson Street
Suite 316
Rockville, MD 20852
Tel: (301) 951 - 8000
Fax: (301) 951 - 8575