فارسی

About Us    News    Take Action    Policy Positions    Resources    Blog    Media Center

SHARE

# A Message from the President

*Monday, December 6, 2010*
*By: Trita Parsi*

NIAC has come a long way from our humble beginnings in 2002. During this time, we have grown a nationwide network and made important gains for the community. Our achievements have been augmented by key structural enhancements that have enabled us to grow from a staff of one and a budget of less than $60,000 to a staff of seven and a budget of over $1 million. In many ways, NIAC has never been in a better position. But there is still much to do and the need for our work grows each day.

Since our founding, NIAC has led the efforts to transform Iranian Americans into an active, informed and engaged community, but our work is not done. Our participation in American civic life must catch up to that of other communities. The ability to move quickly and completely and to speak with a united voice are the hallmarks of success for any community. Now is the time for us to achieve the same. It has never been more important for Iranian Americans to have a presence and a voice in American life, as well as a seat at the table where the decisions are made that affect us -- in Washington DC

During our first few years, our Board of Directors looked ahead and began to lay the groundwork for growth, preparing the necessary structure for the organization to be able to sustain itself and grow to meet the community's increasing demands. Over the past two years in particular, NIAC has significantly improved its infrastructure and systems and attracted and retained a talented, dedicated professional staff. These are essential steps in supporting the kind of growth necessary to achieve our long term goals.

With the structural and systemic improvements made over the past two years, the ground has been broken for further enhancements and new activities to begin. NIAC's challenge now is to expand our financial resources in order to fulfill our mission and meet our expectations for growth.

As a non-profit, we are always looking at our bottom line, and must constantly pursue the necessary financial support not only to operate, but to grow to meet the needs of the community. Over the past eight years NIAC has utilized a proven sustainable model where our annual budget comes from a combination of member dues and donations from supporters, plus foundation grants.

Currently standing at close to 4,000 paid members and 43,000+ active supporters nationwide, our grassroots network provides 70% of our annual budget. We supplement this grassroots support with grants from some of the country's largest and most prominent foundations, making up the other 30%.

EXHIBIT K

EXHIBIT 11