# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TRITA PARSI,                                    )
                                                )
    **and**                 )
                                                )
NATIONAL IRANIAN AMERICAN COUNCIL )
                                                )
      **Plaintiffs,**       )
                                                )
    **v.**                  ) Civil Action No. 08 CV 00705 (JDB)
                                                )
DAIOLESLAM SEID HASSAN                          )
                                                )
      **Defendant.**        )

### PLAINTIFFS' NOTICE OF FILING REGARDING *IN CAMERA* PRODUCTION

NOW COMES, Plaintiffs Dr. Trita Parsi and National Iranian American Council (collectively "NIAC"), and files with the Honorable Court this Notice of Filing Regarding *In Camera* Production and states as follows:

1. The Court issued an Order regarding discovery on March 29, 2011.

2. The Court stated in its Order that it was unable to open a CD provided by the Plaintiffs for *in camera* review of unresponsive Babak Talebi emails. The Court further stated that Plaintiffs were to provide the emails in a different manner that the Court could open and review.

3. On March 30, 2011, Counsel for Plaintiffs contacted Chambers regarding the Talebi Emails provided on the CD at issue. Based on communications with Chambers, the problem has been resolved and no new CD will be sent or is being required by the Court.

Respectfully Submitted,
*PISHEVAR & ASSOCIATES, P.C.*


_____/s/_____
Adrian V. Nelson, II, Esquire
600 East Jefferson St.
Jefferson Plaza- Suite 316
Rockville, MD 20852
(301) 279-8773
Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

   *I HEREBY CERTIFY* pursuant to United States District Court for the District of
Columbia Rules that on this 30th day of March, 2011 I e-mailed a copy of Plaintiffs' Notice of
Filing Regarding *In Camera* Production to:


Tim Kapshandy, Esquire,
tkapshandy@sidley.com
Pete Jensen, Esquire,
pjensen@sidley.com
Counsel for Defendant
Sidley Austin, LLP
1501 K. Street, N.W.
Washington, D.C. 20005.

Respectfully Submitted,
*PISHEVAR & ASSOCIATES, P.C.*


_____/s/_____
Adrian V. Nelson, II, Esquire
600 East Jefferson St.
Jefferson Plaza- Suite 316
Rockville, MD 20852
(301) 279-8773
Counsel for Plaintiffs