IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| DAIOLESLAM SEID HASSAN, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO
DEFENDANT'S MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY OF JOEL MORSE**

COME NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., pursuant to Fed. R. Civ. P. 6, and hereby respectfully move to enlarge the time to respond to Defendant's Unopposed Motion *In Limine* to Exclude the Testimony of Joel Morse, and as grounds state as follows:

1.    On March 25, 2011, Defendant filed a Motion *In Limine* to Exclude the Testimony of Joel Morse (hereinafter "Defendant's Motion").  Dr. Joel Morse is NIAC's damages expert.

2.    Defendant's Motion consists of 21 pages and over 100 pages of supporting exhibits.

3.    The parties have not completed discovery to date.  In fact, the next status conference in this case is not until June 3, 2011.

4. As such, the requested enlargement of time will not delay the administration of justice herein.

5. Consistent with the meet and confer Local Rules requirement, on April 1, 2011, NIAC advised the defendant that it would be seeking an enlargement of time to respond to Defendant's Motion, which would have been due on April 8, 2011 by rule. NIAC requested that the defendant consent to an enlargement of time until June 17, 2011, which is two weeks after the June 3, 2011 status conference and ten weeks in total.

6. Defendant has advised that it is only willing to consent to an enlargement of time of five weeks from April 8, 2011 to May 13, 2011.

Accordingly, for each of the reasons set forth above NIAC respectfully requests that the time to respond to Defendant's Motion be enlarged at least to May 13, 2011, unless the Court believes, as does NIAC, that additional time beyond May 13, 2011 is warranted.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, Maryland 20852
(301) 279 – 8773
(301) 279 – 7347 Fax
Counsel for the Plaintiffs

## CERTIFICATE OF CONFERENCE WITH COUNSEL

I HEREBY CERTIFY that on April 1, 2011, I contacted counsel for Defendant Timothy Kapshandy to determine whether Defendant would consent to the relief sought in Plaintiffs' Motion for Enlargement of Time to Respond to Defendant's Motion *In Limine* to Exclude Testimony of Joel Morse.  Defendant is only willing to consent to the requested relief through May 13, 2011.

/S/
Adrian V. Nelson, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion In Limine to Exclude Testimony of Joel Morse was served on April 8, 2011, via email and first class U.S. mail, postage prepaid, upon:

Timothy E. Kapshandy, Esquire
Peter Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
*Counsel for the Defendant*

/S/
Adrian V. Nelson, II