**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Upon consideration of Plaintiffs' Unopposed Motion for Enlargement of Time to

Respond to Defendant's Motion *In Limine* to Exclude Testimony of Joel Morse, an there being

no opposition thereto, and the full record herein, it is this ____ day of April, 2011, hereby:

**ORDERED,** that the Plaintiffs' Motion is GRANTED; and

**FURTHER ORDERED,** that Plaintiffs shall have until _____

to respond to Defendant's Motion *in Limine* to Exclude Testimony of Joel Morse.

_____
John D. Bates, Judge
United States District Court for the
 District of Columbia