



**UNC**
SCHOOL OF JOURNALISM
AND MASS COMMUNICATION

THE UNIVERSITY
*of* NORTH CAROLINA
*at* CHAPEL HILL

DEBASHIS "DEB" AIKAT, Ph.D.
*Associate Professor* and *Media Futurist*

CB# 3365, CARROLL HALL 374
CHAPEL HILL,
NC 27599-3365, USA

Tel:  919.962.4090
Fax:  919.962.0620
Email: da@unc.edu
Web: http://tiny.cc/da

Re: Civil Action no: 08-705 (JDB) USDC-DC

This report relates to the *Trita Parsi and NLAC v. Seid Hassan Daioleslam,*
Civil Action No. 08-705 (USDC-DC)

For the record, I should note that I have no personal or professional ties
relating to the Plaintiffs (Dr. Trita Parsi and National Iranian American
Council), the Defendant (Mr. Seid Hassan Daioleslam), the Iranian government
or its agents and representatives. So, there is no conflict of interest in providing
this report to the United States District Court for the District of Columbia. For
testimony in the case, I have agreed to a compensation of $ 400 per hour for
my time and research work. Over the previous four years, I have not testified
as an expert at trial or by deposition in any court of law whatsoever.

Pursuant to Federal Rules of Evidence, Rule 702 and Federal Rules of
Civil Procedure, Rule 26 (a)(2) (A) & (B), I take this opportunity to provide
some relevant information about my own professional background and hence
my research perspective for this report. I have been a journalism and mass
communication faculty member since 1995 in the School of Journalism and
Mass Communication at University of North Carolina at Chapel Hill, which is
classified as a "Carnegie Research University I." Read Appendix I for my short
biography, which details my background, professional experience and research
interests. Read Appendix III for a more detailed version of my curriculum
vitae.

EXHIBIT
3
Aikat

My teaching and research work focuses on social media, global communication, interactive media and the future of communication. As a former journalist and media researcher, I consider this report as a public service. It is important that this report is read and reviewed in that context.

For ease of reading and brevity, I will, hereinafter, refer to the Plaintiffs (Dr. Trita Parsi and National Iranian American Council) and the Defendant (Mr. Seid Hassan Daioleslam), as the "Plaintiff" and the "Defendant" respectively.

Drawing upon journalism and mass communication theories, concepts and practices, this report is based on independent research that addressed the following points:

1. The general standard of care and compliance within the journalism community/industry as it applies to those persons who hold themselves out as a journalist, including any varying standard of care and compliance for those who hold themselves out as a cyber-journalists;

2. Whether and to what extent, you see evidence of "willful blindness" in the writings of the Defendant as it relates to assertions against the Plaintiffs, and

3. Whether the Defendant had a duty to allow the Plaintiffs an opportunity to respond to his assertions against them.

The independent research for this report was based on:

▶ Detailed reading and review of articles in English, as written and presented, on the Defendant's web site "Iranianlobby Dot Com" which may be accessed at the web address http://www.iranianlobby.com/ This reading and review was conducted over a period of over three weeks, May 8, 2010 through June 1, 2010.

▶ While researching this issue, I found the web site, PAIC - Progressive American-Iranian Committee http://www.iranian-americans.com/ that addresses the NIAC "Internal Documents"(accessed at the web address http://www.iranian-americans.com/category/internal) by the same author, the

Defendant. This reading and review was done over a period of three weeks, May 8, 2010 through June 1, 2010.

▶ My report is restricted to analyses of English language documents. I mention this because while researching this issue, I discovered several articles, documents, online resources and other media resources, such as online videos on YouTube http://www.youtube.com/ in *Farsi* and different languages other than English. Due to my lack of knowledge in *Farsi* and related Persian languages, I did not review those items for this report.

I outline, in the following paragraphs, my observations relating to specific points, as outlined below ( in bold print).

▼ **The general standard of care and compliance within the journalism community/industry as it applies to those persons who hold themselves out as a journalist, including any varying standard of care and compliance for those who hold themselves out as cyber-journalists;**

▶ The principles and standards of practice of journalism are delineated in the Society of Professional Journalists (SPJ) Code of Ethics. Regardless of place or platform, scholars, writers, editors and other news professionals follow and abide by the SPJ code. On a related note, the standard of care and compliance for those who hold themselves out as cyber-journalists is <u>no different from that of a traditional journalist.</u>

As the preamble of the SPJ code states, "public enlightenment is the forerunner of justice and the foundation of democracy. The duty of the journalist is to further those ends by seeking truth and providing a fair and comprehensive account of events and issues. Conscientious journalists from all media and specialties strive to serve the public with thoroughness and honesty. Professional integrity is the cornerstone of a journalist's credibility." (For your reading and reference, please see the SPJ code at http://www.spj.org/pdf/ethicscode.pdf or see Appendix II).

With its historical origins from the American Society of Newspaper Editors in 1926, the SPJ code was adopted in 1996 after months of study and debate.

Here are some excerpts of the care and compliance that is expected of anyone writing about issues of public concern. Some elements of the code relate closely to this case

*From section **"Seek Truth and Report It"** in the Society of Professional Journalists (SPJ) Code*

"Test the accuracy of information from all sources and exercise care to avoid inadvertent error. Deliberate distortion is never permissible."

"Diligently seek out subjects of news stories to give them the opportunity to respond to allegations of wrongdoing."

"Examine their own cultural values and avoid imposing those values on others."

"Identify sources whenever feasible. The public is entitled to as much information as possible on sources' reliability."

"Avoid stereotyping by race, gender, age, religion, ethnicity, geography, sexual orientation, disability, physical appearance or social status."

"Avoid undercover or other surreptitious methods of gathering information except when traditional open methods will not yield information vital to the public. Use of such methods should be explained as part of the story."

"Support the open exchange of views, even views they find repugnant."

"Distinguish between advocacy and news reporting. Analysis and commentary should be labeled and not misrepresent fact or context."

*From section "**Minimize Harm**" in the Society of Professional Journalists (SPJ) Code*

"Show compassion for those who may be affected adversely by news coverage. Use special sensitivity when dealing with children and inexperienced sources or subjects."

"Recognize that gathering and reporting information may cause harm or discomfort. Pursuit of the news is not a license for arrogance."

"Show good taste. Avoid pandering to lurid curiosity."

*From section "**Act Independently**" in the Society of Professional Journalists (SPJ) Code*

"Avoid conflicts of interest, real or perceived"

"Remain free of associations and activities that may compromise integrity or damage credibility."

"Disclose unavoidable conflicts."

"Be wary of sources offering information for favors or money; avoid bidding for news."

*From section "**Be Accountable**" in the Society of Professional Journalists (SPJ) Code)*

"Clarify and explain news coverage and invite dialogue with the public over journalistic conduct."

"Admit mistakes and correct them promptly."

"Abide by the same high standards to which they hold others."

It is reasonable and relevant to expect the Defendant to conform to the SPJ code elements, as outlined above, regardless of place or platform.

▼ Whether and to what extent, you see evidence of "willful
   blindness" in the writings of the Defendant as it relates to
   assertions against the Plaintiffs, and

   ► I analyzed the Defendant's writings, as published and
   presented for free reading from web sites such as Iranianlobby
   Dot Com and PAIC - Progressive American-Iranian
   Committee. My analyses indicate that there is ample evidence
   of "willful blindness" in the writings of the Defendant as it
   relates to assertions against the Plaintiffs.

   In their attempt to address controversial matters of public
   interest, several of the Defendant's writings provide definitive
   statements that are not supported or substantiated by adequate
   evidence. Such writings compromise integrity and disrupt the
   credibility of the Plaintiffs in the mind of the reading public.
   For good reason, the reading public cannot distinguish the
   difference between misrepresented context and the truth.

   In the absence of properly substantiated facts, several writings
   of the Defendant, seem to misrepresent issues and context.
   For instance, the Defendant critiques the Plaintiff's
   professional identity and standing with unsubstantiated
   allegations. A significant number of the articles highlights
   events, actions and "evidence" that are out of context and,
   therefore, misleading to the reader.

   The Defendant's writings, as published and presented for free
   reading from web sites such as Iranianlobby Dot Com and
   PAIC - Progressive American-Iranian Committee, make no
   mention of efforts or requests, if any, to provide a fair and
   reasonable opportunity for the Plaintiffs to respond to
   allegations of wrongdoing, if any.

▼ **Whether the Defendant had a duty to allow the Plaintiffs an opportunity to respond to his assertions against them.**

▶ The Defendant's writings are published and available for free reading from web sites such as Iranianlobby Dot Com and PAIC - Progressive American-Iranian Committee.

With their professed aim of "in search for truth," these web sites can and should allow the Plaintiffs an opportunity to respond to Defendant's assertions against them.

Although a majority of the Defendant's writings relate to controversial matters of public interest, they do not expose their viewers to a diversity of viewpoints. Such absence of contrasting viewpoints, limits the vigor and variety of public discourse. Apart from inhibiting differing voices, the Defendant's writings, in effect, degrade in the mind of the reader the character and identity of the Plaintiffs and their work.

The Defendant's web sites perpetuate that perception in the mind or the reader because the writings does not mention of attempts, if any, to impart a fair and reasonable opportunity for the Plaintiffs to respond and react to allegations of wrongdoing, if any. The Defendant's web sites also do not provide forums for the reading public to react or voice grievances, if any, against its content.

## Conclusion

In conclusion, it is reasonable and relevant to expect the Defendant to conform to the general standard of care and compliance in his writings, regardless of place or platform.

Based on the points outlined above, I can provide you with additional details that are pertinent and relevant to this case.

Thank you for the opportunity to research this issue and write this report. If you wish to discuss this issue further, please contact me.

Please let me know if you have any questions about this report.

Respectfully submitted

Deb Aikat

Dated: This first day of June in the year Two Thousand Ten.

Appendix I:          Short biography of Dr. Debashis "Deb" Aikat



# UNC
## SCHOOL OF JOURNALISM
## AND MASS COMMUNICATION



Dr. Debashis "Deb" Aikat
Associate Professor and Media
Futurist, UNC-CH School of
Journalism and Mass
Communication

ASSOCIATE PROFESSOR DEBASHIS "DEB" AIKAT is the Media Futurist in the School of Journalism and Mass Communication at the University of North Carolina at Chapel Hill (UNC-CH), a "Carnegie Research University I" institution. An award-winning researcher and teacher, Dr. Aikat's work focuses on social media, global communication, interactive media and the future of communication. Dr. Aikat (pronounced EYE-cut) has been a UNC-CH faculty member since 1995.

Along with book chapters, Dr. Aikat's research has been published in refereed publications of the Microsoft Corporation, International Radio and Television Society (IRTS), Association for Computing Machinery (ACM), *Electronic Journal of Communication/La Revue Electronique de Communication*, *Convergence: The Journal of Research into New Media Technologies*, and *Popular Music and Society*. He has reviewed research for *Journalism and Communication Monographs*, *Journalism and Mass Communication Quarterly*, *Journal of Communication* and publishers such as McGraw-Hill, Oxford University Press and Sage Publications.

A former journalist, Dr. Aikat was named the inaugural winner of the Scripps Howard Foundation's "National Journalism Teacher of the Year (2003)" award for "distinguished service to journalism education." In 1997, the IRTS named him the Coltrin Communications Professor of the Year. In 2007, Dr. Aikat was elected to serve on the Accrediting Council on Education in Journalism and Mass Communications (ACEJMC), which evaluates journalism and mass communications programs in colleges and universities. He is chair of the Association for Education in Journalism and Mass Communication (AEJMC)'s Standing Committee on Teaching.

Besides teaching on-campus classes, Dr. Aikat has taught online courses since 1997. He conceptualized one of the first online courses in journalism in 1997 and developed in 2003 a graduate-level online certificate program in technology and communication. He has won fellowships from internationally renowned research institutions such as the Institute for the Arts and Humanities (2000 & 2003) and Journalism Leadership Institute in Diversity (2004-05) of the AEJMC and the Association of Schools of Journalism and Mass Communication (ASJMC).

His awards for excellence in research and teaching (see vita for a full list) include AEJMC Communication Technology Division Top Paper Award (2003), a Distinguished Teaching Award for Post-Baccalaureate Instruction (2003), UNC-CH's highest honor for excellence in graduate studies, and the David Brinkley Teaching Excellence Award (2000). The AEJMC Baskett Mosse Award (1999), the Tanner Faculty Award for Excellence in Undergraduate Teaching (1999), the UNC-CH Students' Undergraduate Teaching Award (1998), and an IBM Research Fund Award (1995). Several UNC-CH senior classes have honored him with the Edward Kidder Graham-Favorite Faculty Awards from 1997 through 2005.

Dr. Aikat earned a Ph. D. in Mass Communication and Journalism from Ohio University's Scripps School of Journalism in 1995. He completed a Certificate in American Political Culture from New York University in 1990. He has lectured in Asia, Australia, Europe, and the Americas.

He graduated with distinction attaining first rank in M. A. Journalism in 1990 from the University of Calcutta, India, where he also earned a B. A. with honors in English literature in 1984. He worked as a journalist in India for *The Telegraph* newspaper from 1984 through 1992. He also reported for the BBC World Service.

Born in India, Dr. Aikat and his wife, Jay, became United States citizens in 2003. Jay is currently pursuing doctoral studies in computer science at UNC-CH after a six-year stint as an information technology leader in business and academe. They live in Chapel Hill, North Carolina, with their son, Vikram, 11, and daughter, Divya, 6.

Appendix II:          SPJ Code of Ethics

**SPJ Code of Ethics**

Preamble

Members of the Society of Professional Journalists believe that public enlightenment is the forerunner of justice and the foundation of democracy. The duty of the journalist is to further those ends by seeking truth and providing a fair and comprehensive account of events and issues. Conscientious journalists from all media and specialties strive to serve the public with thoroughness and honesty. Professional integrity is the cornerstone of a journalist's credibility. Members of the Society share a dedication to ethical behavior and adopt this code to declare the Society's principles and standards of practice.

**Seek Truth and Report It**

Journalists should be honest, fair and courageous in gathering, reporting and interpreting information.

Journalists should:

— Test the accuracy of information from all sources and exercise care to avoid inadvertent error. Deliberate distortion is never permissible.

— Diligently seek out subjects of news stories to give them the opportunity to respond to allegations of wrongdoing.

— Identify sources whenever feasible. The public is entitled to as much information as possible on sources' reliability.

— Always question sources' motives before promising anonymity. Clarify conditions attached to any promise made in exchange for information. Keep promises.

— Make certain that headlines, news teases and promotional material, photos, video, audio, graphics, sound bites and quotations do not misrepresent. They should not oversimplify or highlight incidents out of context.

— Never distort the content of news photos or video. Image enhancement for technical clarity is always permissible. Label montages and photo illustrations.

— Avoid misleading re-enactments or staged news events. If re-enactment is necessary to tell a story, label it.

— Avoid undercover or other surreptitious methods of gathering information except when

traditional open methods will not yield information vital to the public. Use of such methods should be explained as part of the story

— Never plagiarize.

— Tell the story of the diversity and magnitude of the human experience boldly, even when it is unpopular to do so.

— Examine their own cultural values and avoid imposing those values on others.

— Avoid stereotyping by race, gender, age, religion, ethnicity, geography, sexual orientation, disability, physical appearance or social status.

— Support the open exchange of views, even views they find repugnant.

— Give voice to the voiceless; official and unofficial sources of information can be equally valid.

— Distinguish between advocacy and news reporting. Analysis and commentary should be labeled and not misrepresent fact or context.

— Distinguish news from advertising and shun hybrids that blur the lines between the two.

— Recognize a special obligation to ensure that the public's business is conducted in the open and that government records are open to inspection.

**Minimize Harm**

*Ethical journalists treat sources, subjects and colleagues as human beings deserving of respect.*

Journalists should:

— Show compassion for those who may be affected adversely by news coverage. Use special sensitivity when dealing with children and inexperienced sources or subjects.

— Be sensitive when seeking or using interviews or photographs of those affected by tragedy or grief.

— Recognize that gathering and reporting information may cause harm or discomfort. Pursuit of the news is not a license for arrogance.

— Recognize that private people have a greater right to control information about themselves than do public officials and others who seek power, influence or attention. Only an overriding public need can justify intrusion into anyone's privacy.

— Show good taste. Avoid pandering to lurid curiosity.

— Be cautious about identifying juvenile suspects or victims of sex crimes.

— Be judicious about naming criminal suspects before the formal filing of charges.

— Balance a criminal suspect's fair trial rights with the public's right to be informed.

**Act Independently**

Journalists should be free of obligation to any interest other than the public's right to know.

Journalists should:

—Avoid conflicts of interest, real or perceived.

— Remain free of associations and activities that may compromise integrity or damage credibility.

— Refuse gifts, favors, fees, free travel and special treatment, and shun secondary employment, political involvement, public office and service in community organizations if they compromise journalistic integrity.

— Disclose unavoidable conflicts.

— Be vigilant and courageous about holding those with power accountable.

— Deny favored treatment to advertisers and special interests and resist their pressure to influence news coverage.

— Be wary of sources offering information for favors or money; avoid bidding for news.

**Be Accountable**

*Journalists are accountable to their readers, listeners, viewers and each other.*

Journalists should:

— Clarify and explain news coverage and invite dialogue with the public over journalistic conduct.

— Encourage the public to voice grievances against the news media.

— Admit mistakes and correct them promptly.

— Expose unethical practices of journalists and the news media.

— Abide by the same high standards to which they hold others.

*The SPJ Code of Ethics is voluntarily embraced by thousands of writers, editors and other news professionals. The present version of the code was adopted by the 1996 SPJ National Convention, after months of study and debate among the Society's members.*

*Sigma Delta Chi's first Code of Ethics was borrowed from the American Society of Newspaper Editors in 1926. In 1973, Sigma Delta Chi wrote its own code, which was revised in 1984, 1987 and 1996.*

Appendix III:            Curriculum vitae of Dr. Debashis "Deb" Aikat

# See next page



# CURRICULUM VITAE

▶ SHORT BIOGRAPHY
▶ TEACHING AND RESEARCH AWARDS
▶ RESEARCH AND SCHOLARSHIP
▶ PUBLIC SERVICE

*Please Note: This CV is limited to the nine years after my tenure in 2000.*

# DEBASHIS "DEB" AIKAT

● JUNE 2010 ●



# UNC
## SCHOOL OF JOURNALISM
## AND MASS COMMUNICATION



# UNC
## SCHOOL OF JOURNALISM
## AND MASS COMMUNICATION



**Dr. Debashis "Deb" Aikat**
*Associate Professor and Media Futurist*
UNC-CH School of Journalism
and Mass Communication

**ASSOCIATE PROFESSOR DEBASHIS "DEB" AIKAT** is the Media Futurist in the School of Journalism and Mass Communication at the University of North Carolina at Chapel Hill (UNC-CH), a "Carnegie Research University I" institution. An award-winning researcher and teacher, Dr. Aikat's work focuses on social media, global communication, interactive media and the future of communication. Dr. Aikat (pronounced EYE-cut) has been a UNC-CH faculty member since 1995.

Along with book chapters, Dr. Aikat's research has been published in refereed publications of the Microsoft Corporation, International Radio and Television Society (IRTS), Association for Computing Machinery (ACM), *Electronic Journal of Communication/La Revue Electronique de Communication, Convergence: The Journal of Research into New Media Technologies,* and *Popular Music and Society.* He has reviewed research for *Journalism and Communication Monographs, Journalism and Mass Communication Quarterly, Journal of Communication* and publishers such as McGraw-Hill, Oxford University Press and Sage Publications.

A former journalist, Dr. Aikat was named the inaugural winner of the Scripps Howard Foundation's "National Journalism Teacher of the Year (2003)" award for "distinguished service to journalism education." In 1997, the IRTS named him the Coltrin Communications Professor of the Year. In 2007, Dr. Aikat was elected to serve on the Accrediting Council on Education in Journalism and Mass Communications (ACEJMC), which evaluates journalism and mass communications programs in colleges and universities. He is chair of the Association for Education in Journalism and Mass Communication (AEJMC)'s Standing Committee on Teaching.

Besides teaching on-campus classes, Dr. Aikat has taught online courses since 1997. He conceptualized one of the first online courses in journalism in 1997 and developed in 2003 a graduate-level online certificate program in technology and communication. He has won fellowships from internationally renowned research institutions such as the Institute for the Arts and Humanities (2000 & 2003) and Journalism Leadership Institute in Diversity (2004-05) of the AEJMC and the Association of Schools of Journalism and Mass Communication (ASJMC).

His awards for excellence in research and teaching (see vita for a full list) include AEJMC Communication Technology Division Top Paper Award (2003), a Distinguished Teaching Award for Post-Baccalaureate Instruction (2003), UNC-CH's highest honor for excellence in graduate studies, and the David Brinkley Teaching Excellence Award (2000). The AEJMC Baskett Mosse Award (1999), the Tanner Faculty Award for Excellence in Undergraduate Teaching (1999), the UNC-CH Students' Undergraduate Teaching Award (1998), and an IBM Research Fund Award (1995). Several UNC-CH senior classes have honored him with the Edward Kidder Graham-Favorite Faculty Awards from 1997 through 2005.

Dr. Aikat earned a Ph. D. in Mass Communication and Journalism from Ohio University's Scripps School of Journalism in 1995. He completed a Certificate in American Political Culture from New York University in 1990. He has lectured in Asia, Australia, Europe, and the Americas.

He graduated with distinction attaining first rank in M. A. Journalism in 1990 from the University of Calcutta, India, where he also earned a B. A. with honors in English literature in 1984. He worked as a journalist in India for *The Telegraph* newspaper from 1984 through 1992. He also reported for the BBC World Service.

Born in India, Dr. Aikat and his wife, Jay, became United States citizens in 2003. Jay is currently pursuing doctoral studies in computer science at UNC-CH after a six-year stint as an information technology leader in business and academe. They live in Chapel Hill, North Carolina, with their son, Vikram, 11, and daughter, Divya, 6.



# THE UNIVERSITY
## *of* NORTH CAROLINA
### *at* CHAPEL HILL

# Debashis 'Deb' Aikat, Ph.D.

**Associate Professor and Media Futurist**
School of Journalism and Mass Communication
University of North Carolina at Chapel Hill
Campus Box 3365, Carroll Hall 374,
Chapel Hill, NC 27599-3365.

☎ **Phone:** (919) 962 4090 (Work) 🖺 **Fax (office):** (919) 962 0620 📠 **Email:** da@unc.edu

# The Aikat File

**Born:** 1963 in Calcutta, India **Citizenship:** United States

**Home page:** http://www.unc.edu/~daikat/
**Home address:** 1000 Camden Lane, Chapel Hill, NC 27516-7756 ☎ **Home phone:** (919) 969-7070
**Family:** Deb Aikat is married to Jay Aikat, who is currently pursuing doctoral studies in computer science at UNC-CH. Until January 2001, Jay was Director of Information Technology & Services and an administrative faculty member in the School of Information and Library Science at UNC-CH. They live in Chapel Hill with their son, Vikram, 11, and daughter, Divya, 6.

**The Media Futurist Faculty Position:** In September 1994, the UNC School of Journalism and Mass Communication launched a search for the "Media Futurist" faculty position to "expand its curricular offerings and research in the future of mass communication and new communication and information technologies." In February 1995, an eight-member search committee and the faculty recommended Deb Aikat for the position after a national search.

**The UNC-CH School of Journalism and Mass Communication:** Long recognized as one of the top schools in the United States, the School of Journalism and Mass Communication has been nationally accredited since 1958 and was the first school in the nation to receive full unit-wide accreditation. The School offers a comprehensive undergraduate degree with five sequences: advertising, electronic communication, news editorial, public relations, and visual communication. Journalism education at Carolina began in 1909. The UNC-CH Department of Journalism was formed in 1924. It became a School in 1950. The School's graduate program was established in 1954. The School also offers Master's (first awarded in 1957) and Ph.D (first dissertated in 1967) degree programs. With more than 1,200 students, the School has 48 full-time faculty members and a world-class facility.

**The University of North Carolina at Chapel Hill:** As America's first state university, the University of North Carolina at Chapel Hill was chartered in 1789 and opened to students in 1795. Carolina was the only public university to award degrees to students in the 18th century and one of the select institutions forming the Association of American Universities in 1900. Carolina's motto, *Lux Libertas*, Latin for "light and liberty," is etched in its official seal. With more than 27,700 students and a 3,200-member faculty, UNC's academic offerings span more than 100 fields, including bachelor's, master's, doctoral, and professional degrees.

# SUMMARY OF CREDENTIALS_____(More details inside)

- **Academic degree**
  - Ph.D. in Journalism and Mass Communication, Ohio University. Co-winner of "Outstanding Ph.D. Student Award" for achievements in academics, research and teaching.

- **Research in new media, cyberpublishing and Webcasting projects**
  Award-winning researcher and teacher on the impact of communication technologies and social aspects of interactive technologies.
  - Research interests: Internet issues, online sources for journalists, communication concepts in cyberspace, computer-assisted reporting, World Wide Web publishing and international communication.
  - Founding faculty adviser for *The Fifth Estate* <http://www.5thestate.org/>, first online publication at the University of North Carolina at Chapel Hill.

- **Expertise in Internet issues, concepts, media, technology, society and culture**
  - Developed and taught courses on online research and reporting, electronic information sources, communication issues in cyberspace, research in communication technology and distance education on the Internet courses using the World Wide Web as a virtual classroom.
  - Founding director, "MassCommunicationOnline@Carolina," distance education programs in journalism and mass communication. Developed degree-certification program in "Technology and Communication" (How technology changes commerce, community and reality).

- **Awards for excellence in research and teaching**
  - Scripps Howard's "2003 National Journalism Teacher of the Year" Award (2004)
  - AEJMC Communication Technology Division Top Paper Award (2003)
  - University-wide teaching awards, University of North Carolina -- Distinguished Teaching Award for Post-Baccalaureate Instruction (2003) and Outstanding Favorite Faculty Teaching Awards for nine consecutive years (1997 to 2005).
  - Awarded Institute for the Arts and Humanities Ethics Fellowship for 2002-2003.
  - Selected as one of eight fellows of the AEJMC and ASJMC Journalism Leadership Institute in Diversity (2004-05).

- **Eleven years of international journalism experience**
  Worked with the BBC World Service. Reported in India on major national and international issues for English-language newspapers and magazines in India and international media organizations. Helped news gathering activities for *Newsweek*, the *New York Times*, *Wall Street Journal*, *Time*, Reuters, and Agence France Presse.

- **Fellowships, memberships, research grants and awards**
  - Elected to serve on the Accrediting Council on Education in Journalism and Mass Communications (ACEJMC), which evaluates professional journalism and mass communications programs in colleges and universities.
  - Awarded fellowships from the Institute for the Arts and Humanities (2000 and 2003)
  - Awarded grants for research in distance education and digital journalism ( 2002 and 2003).
  - Co-Principal Investigator, $ 100,000 UNC-CH Chancellor's Task Force 1997-98 grant and Principal investigator, $ 23,600 project "*The Fifth Estate*" (1996-97).
  - ASNE Institute for Journalism Excellence Fellow (1997) and Poynter Research Fellow (1998-99).
  - IBM Research Fund Award (1995-97).

# Education

1992 - 1995

OHIO UNIVERSITY

Ph. D. in mass communication (August 1995)
- Emphasis: Communication technology, mass communication research
  Minor areas: Digital journalism, advertising, public relations
- Chair of dissertation committee: Dr. Guido H. Stempel III, Distinguished Professor,
  E. W. Scripps School of Journalism, Ohio University.
- Dissertation topic: *"Adventure in Cyberspace: Exploring the Information Content of World Wide Web Pages on the Internet."*

1990

NEW YORK UNIVERSITY

Certificate program in American Political Culture
- United States Information Agency fellowship. Lecture/seminar/research trip through USA, UK, France, and Germany.

1988 - 1990

UNIVERSITY OF CALCUTTA, India

M. A. in journalism (August 1990)
University valedictorian: Ranked First in Order of Merit with record-highest grades
- Emphasis: Broadcast Journalism, International Communication, Public Relations.
- Thesis: *"Campaign Trends: A Critical Study of Media Campaigns in the 1989 Indian General Elections"*

1981 - 1985

UNIVERSITY OF CALCUTTA, India

B. A. honors in English literature (July 1985)
- Major: English literature; Minor: Economics and political science

# PROFESSIONAL EXPERIENCE _____

July 1995 to Present
    UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
        **Associate Professor and Media Futurist** (July 2000 to the present)
        Awarded tenure and promoted to the rank of Associate Professor (effective July 1, 2000).
        **Assistant Professor and Media Futurist** (July 1995 to 2000)
        • Teaching and research in the broad area of communication technology, interactive media and the Internet.

July 1997 to 2008
    UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL
        **Principal Investigator and Founding Director, "MassCommunicationOnline@Carolina"**
        • Developed graduate-level **Certificate Program in Technology and Communication.** This
          interdisciplinary program addresses compelling questions surrounding the social, ethical, legal and
          rhetorical aspects of technology, media, society and culture.
        • Awarded two grants (2002 through 2005) for the Distance Education project:
          "MassCommunicationOnline@Carolina" to develop innovative strategies for interactive distance
          learning courses in journalism and mass communication.

# Awards and Honors

| | |
|---|---|
| 2004 | **Scripps Howard's "2003 National Journalism Teacher of the Year" Award** |

• Honored for "distinguished service to journalism education" and "demonstrated journalism teaching excellence on his campus and beyond." The award recognizes s "teaching excellence and leadership in the core areas of print, broadcast and online journalism instruction at bachelor's degree-granting colleges and universities." It is given in conjunction with four major journalism institutions: the Freedom Forum, the Knight Foundation, the Scripps Howard Foundation and the Association for Education in Journalism and Mass Communication (AEJMC)

**2004-5    AEJMC Journalism Leadership Institute in Diversity Fellowship**

• Awarded Journalism Leadership Institute in Diversity (JLID) Fellowship by the Association for Education in Journalism and Mass Communication (AEJMC) and the Association of Schools of Journalism and Mass Communication (ASJMC). The JLID fellowship offers a year-round program to identify, recruit, mentor and train future leaders and administrators. The purpose of the fellowship program is to increase gender, racial and ethnic diversity in administrative and other senior-level positions in journalism and mass communication education.

**2003    Top-Three Faculty Research Paper Award, Communication Technology and Policy Division**

• Recognized with a "Top-Three Faculty Research Paper " award for refereed research paper: Frith, Cary Roberts and Debashis "Deb" Aikat. *"The Interplay of Old and New Media: How the Traditional News Agenda Affected Web Searches Before and After September 11, 2001"* refereed research paper presented to the Communication Technology and Policy Division, 86th annual convention of the Association for Education in Journalism and Mass Communication, Kansas City, Missouri, Jul. 30-Aug. 2, 2003.

**2003    "Superlative" Edward Kidder Graham Award for Faculty**

• Recognized for "superlative contributions" as a faculty member whose "leadership, dedication, and innovation" was particularly noteworthy in advancing undergraduate education. Every UNC-CH senior was invited to nominate. The Senior Class, the General Alumni Association, and the Division of Student Affairs sponsor the awards.

**2003    Distinguished Teaching Award for Post-Baccalaureate Instruction**

• Named winner of a 2003 Distinguished Teaching Award for Post-Baccalaureate Instruction, the university's highest honor for excellence in graduate education. The award was first given by the University in 1995 to recognize the important role of post-baccalaureate teaching in Carolina. The UNC-CH Chancellor, Dr. James Moeser, recognized award winners at half time of the UNC-Virginia men's basketball game February 12, 2003 at the Dean E. Smith Center. Each winner receives $5,000 and a framed citation. (February 12, 2003).

**2002    Honorable Mention, AEJMC Web Site Design Competition**

• "Honorable Mention" for "Teaching web sites" category of the AEJMC Web Site Design Competition, an annual peer reviewed contest to recognize and reward the creative intellectual work involved in the development of web sites, Association for Education in Journalism and Mass Communication (AEJMC) at the AEJMC annual convention in Miami Beach, Florida. (August 8, 2002).

**2002    "Superlative" Edward Kidder Graham Award for Faculty**

• Recognized for "superlative contributions" as a faculty member whose "leadership, dedication, and innovation" was particularly noteworthy in advancing undergraduate education. Every UNC-CH senior was invited to nominate. The Senior Class, the General Alumni Association, and the Division of Student Affairs sponsor the awards.

# Awards and Honors_____(CONTINUED)

**2002**    **Institute for the Arts and Humanities Ethics Fellowship for 2002-2003**
• Awarded Institute for the Arts and Humanities Ethics Fellowship for 2002-2003.
Ethics Fellowship covered research seminars and projects to analyze digital ethics
and ethical issues in the information age. The purpose of the fellowship program is
to build a community of ethics teachers and scholars.

**2000**    **Prize for Top Research Paper, MC&S Division, AEJMC's Phoenix Convention**
• Recognized with a "Second Place" award for refereed research paper "An E-Community of
Ideas and Information: Media Content Characteristics of Children's Web Sites," in the
"Media and the Family" research paper competition of the Mass Communication & Society
Division at the 83rd annual convention of the Association for Education in Journalism and
Mass Communication, Phoenix, Arizona, August 9-12, 2000.

**1997-2001 Outstanding Favorite Faculty Teaching Awards, UNC-CH**
• Awarded UNC-CH Outstanding Favorite Faculty Teaching Awards for five consecutive years
(1997, 1998, 1999, 2000 and 2001). Recognized for "superlative contributions" as a faculty
member whose "leadership, dedication, and innovation" was particularly noteworthy in
advancing undergraduate education. Every UNC-CH senior was invited to nominate. The
Senior Class, the General Alumni Association, and the Division of Student Affairs sponsor
the awards.

**1993 -Present**    **Kappa Tau Alpha**
• Inducted, in June 1993, to the National Journalism honor society.

**2000 to present**    **Charter Member, UNC-CH Academy of Distinguished Teaching Scholars**
• Inducted in 2000 as charter member of the UNC-CH Academy of Distinguished Teaching
Scholars. The academy aims to recognize outstanding teaching and improve Carolina's
intellectual climate. The 131 members of the academy are faculty and graduate teaching
associates who have received campus-wide awards for excellence in teaching and
mentoring during their tenure. The late Michael Hooker's Chancellor's Task Force on
Intellectual Climate recommended the academy.

# RESEARCH

- **Research Interests**
    - Evolution of communication technology as a 20th century phenomenon and its surging significance in the 21st century digital age.
    - Theorizing technology: Theoretical and conceptual development of technology theories for media and communication.
    - Evolution of social media, interactive media, global communication and the future of communication.
    - Information content of the Internet, the World Wide Web as a mass medium, multimedia concepts, interactive media publishing and other futuristic aspects of mass communication.
    - Impact of communication technology in journalism, advertising, public relations and global
    - Qualitative and quantitative research methods for communication technologies.

    Original research contribution includes articles published in refereed journals, book chapters, research Web sites, refereed papers presented at international journalism and mass communication associations such as the Association for Education in Journalism and Mass Communication (AEJMC), the International Communication Association (ICA), the Speech Communication Association (SCA) and the Special Interest Group for DOCumentation (SIGDOC) of the Association for Computing Machinery.

- **Research Publications**

    **Book Chapters or Sections**

    **Indian Journalism**
    - Aikat, Debashis 'Deb.' (2009) "India" *Encyclopedia of Journalism*, Volume 2, eds. Christopher H. Sterling, and Charles Whitney, Sage Publications, Thousand Oaks, CA, pages (2009) pages 748-754. Also available online at http://www.sage-ereference.com/journalism/Article_n195.html

    **Indian Journalism**
    - Aikat, Debashis 'Deb.' (2009) "India" *Encyclopedia of Journalism*, Volume 2, eds. Christopher H. Sterling, and Charles Whitney, Sage Publications, Thousand Oaks, CA, pages (2009) pages 748-754. Also available online at http://www.sage-ereference.com/journalism/Article_n195.html

    **Violence in the Media**
    - Aikat, Debashis 'Deb.' (2007) "Violence, Extent of and Responses to" *Encyclopedia of Children, Adolescents, and the Media*, Volume 2, ed. Jeffrey Jensen Arnett, Sage Publications, Thousand Oaks, CA, pages 852-854.

# Research _____(CONTINUED)

### Mediated Virtual Reality
• Aikat, Debashis 'Deb.' (2007) "Virtual Reality" *Encyclopedia of Children, Adolescents, and the Media*, Volume 2, ed. Jeffrey Jensen Arnett, Sage Publications, Thousand Oaks, CA, pages 868-870.

### Media Reading Patterns
• Aikat, Debashis 'Deb.' (2007) "Patterns of Reading" *Encyclopedia of Children, Adolescents, and the Media*, ed. Jeffrey Jensen Arnett, Sage Publications, Thousand Oaks, CA, pages 699-702.

### Cyberspace of the People, by the People, for the People
• Aikat, Debashis 'Deb.' (2003) "Cyberspace of the People, by the People, for the People: Predominant Use of the Web in the Public Sector" in *Understanding the Web: Social, Political, and Economic Dimensions of the Internet*, eds. Alan B. Albarran and David H. Goff, Blackwell Publishing, Ames, Iowa, pages 23 to 48.

### Of Online News and "Rogue" Web sites
• Aikat, Debashis 'Deb.' (2003) "Of Online News and "Rogue" Web sites: Impact of the Web on the Private Sector" in *Understanding the Web: Social, Political, and Economic Dimensions of the Internet*, eds. Alan B. Albarran and David H. Goff, Blackwell Publishing, Ames, Iowa, pages 49 to 71.

### E-Commerce Advertising
• Aikat, Debashis 'Deb.' (2003) "E-Commerce" *The Advertising Age Encyclopedia of Advertising*, eds. John McDonough, Museum of Broadcast Communications and Karen Egolf, Fitzroy Dearborn, New York and London, pages 513 to 517.

### Interactive Multimedia and Digital Technologies
• Aikat, Debashis 'Deb.' (2002), Interactive Multimedia and Digital Technologies, in Journalism and Mass Communication: The Making of Meaning, edited by Rashmi Luthra, in *Encyclopedia of Life Support Systems* (EOLSS), Developed under the Auspices of the UNESCO, EOLSS Publishers, Oxford ,UK, EOLSS Online <http://www.eolss.net>

### Traditional and Modern Media
• Aikat, Debashis 'Deb.' (2002), Traditional and Modern Media, in Journalism and Mass Communication: The Making of Meaning, edited by Rashmi Luthra in *Encyclopedia of Life Support Systems* (EOLSS), Developed under the Auspices of the UNESCO, EOLSS Publishers, Oxford , UK, EOLSS Online <http://www.eolss.net>

## • Other Publications

### Teaching of Information Gathering
• *Best Practices in Teaching of Information Gathering* (2008) [Compilation of winning entries "Best Practices Competition in Teaching of Information Gathering" sponsored by the AEJMC Elected Committee on Teaching]. Compiled and edited by Debashis 'Deb' Aikat. Association for Education in Journalism and Mass Communication, Columbia, South Carolina, 24 pages. This publication is also available online at:
http://www.aejmc.org/_scholarship/teaching/books/infogath_08.pdf

### Diversity in Journalism and Mass Communication
• *Best Practices in Teaching of Diversity* (2009) [Compilation of winning entries "Best Practices Competition in Teaching of Information Gathering" sponsored by the AEJMC Elected Committee on Teaching]. Compiled and edited by Debashis 'Deb' Aikat. Association for Education in Journalism and Mass Communication, Columbia, South Carolina, 28 pages. Released: August 5, 2009. This publication is also available online at:
http://www.aejmc.org/_scholarship/teaching/books/diversity_09.pdf

## Refereed Articles in Peer-Reviewed Journals

### Institutional Review Boards and Applied Communication Researchers
- _____ (2005) "Communication Scholars' Narratives of IRB Experience" in the special issue on Campus Institutional Review Boards. *Journal of Applied Communication Research*, Vol. 33 (3) August 2005 p. 204-230. [Due to the sensitive nature of this topic, this article was published anonymously. The general approach of this special issue was similar to the *Journal of Applied Communication Research* special issue on sexual harassment in 1992].

### Digital Music Delivery
- Aikat, Debashis "Deb." (2004) "Streaming Violent Genres Online: Visual Images in Music Videos on BET.com, Country.com, MTV.com, and VH1.com," special theme issue "Digital Music Delivery: Its Past, Present, and Future." *Popular Music and Society* (vol. 27, no. 2), 2004, p. 221-240.

### Historical Approach to Understanding the Future Adoption of New Media Technologies
- Aikat, Debashis "Deb." (2001) "Pioneers of the Early Digital Era: Innovative Ideas that Shaped Computing in 1833-1945," in special theme issue on the history of new media "Historical Approach to Understanding the Future Adoption and Diffusion of New Media Technologies", *Convergence: The Journal of Research into New Media Technologies* (vol. 7, no. 4) Winter 2001, p. 52–81.

### Web Content Characteristics of Fortune 500 Companies
- Aikat, Debashis "Deb." "A New Medium for Organizational Communication: Analyzing Web Content Characteristics of Fortune 500 Companies," in special issue on "Communication as a Constitutive Process in Organizing and Organizations" of *Electronic Journal of Communication/La Revue Electronique de Communication* Vol. 10 (1 and 2), 2000 <Available: http://www.cios.org/EJCPUBLIC$$335733321603$$/010/1/010111.html>

Also published in French:
- Aikat, Debashis "Deb", "Un nouveau support pour la communication organisationnelle: Analyse des proprietes du contenu du Web3 de 500 societes qui figurent sur la liste de la revue Fortune," in special issue on " La communication en tant que processus constitutif des diverses methodes d'organisation au sein meme des organisations" of *La Revue Electronique de Communication* Vol. 10 (1 and 2), 2000 <Available: http://www.cios.org/www/ejc/v10n1200.htm#nouveau>

# RESEARCH IN PROGRESS _____(CONTINUED)

- **Of Wikis, Blogs and Social Media: The Role of Online Communities in Disseminating News, Entertainment and Information:** This research project traces the intellectual genealogy and definition of online communities, provides an overview of the success of wikis, blogs and social networks in disseminating news, entertainment, information and public opinion, discusses how research in online communities relates to associated concepts, summarizes the wide range of behaviors related to online communities, considers the factors influencing the success and failure of communication in online communities, traces the development of participatory patterns in online communities, summarizes theories that help explain the efficacy of online communities, and examines instruments used to measure the communicative role and impact of online communities..
- **"New Media in Developing Nations: The Role of Internet Communication in India.** This research into the expanding role of the Internet in India will contribute greatly to our understanding of communications within developing societies.
- **E-Agenda Setting:** Collaborated with Dr. Don Shaw on the agenda setting on the internet.
- **"Media Online":** "Prototype to Enhance Distance Education and E-Learning in Journalism and Mass Communication" for university-level distance education and e-learning in North Carolina.

# BOOK PROJECTS_____

- Aikat, Debashis "Deb". *Communication Technology Classics: The Best Minds, Key Works, Concepts and Issues* (Expected completion: Spring 2011)
  Book Abstract: George Santayana (1863-1952), American philosopher, poet, and novelist, once said, "Those who fail to learn from history are doomed to repeat it." The book *Communication Technology Classics: The Best Minds, Key Works, Concepts and Issues* explores the best minds and their seminal work in communication technology. It provides an introduction to the people, products and perspectives that reflect important contributions, dominant impact, and new way of thinking in communication technology and covers a spectrum of key areas, concepts and issues in communication technology and concludes with analyses of the impact and culmination of the most interesting and most influential works in communication technology.

- Aikat, Debashis "Deb". Core Concepts in Communication Technology (Expected completion: Summer 2011)
  Book Abstract: *Core Concepts in Communication Technology* is a compendium of theories, ideas and core concepts relating to the convergence in cyberspace of information, entertainment, education and commerce. The structure of the book is based on five assumptions: (i) Research is a skill needed in all sequences, (ii) Research is creative, not a mechanical process; it takes imagination to do well. (iii) Developing research skills also means developing abilities to evaluate, analyze, synthesize and conceptualize. (iv) Much can be learned about research from fellow researchers. (v) Research is best learned by doing research.

- Aikat, Debashis "Deb". *Extremist Ironography and Hi-Tech Hate Online: Images of Bigotry and Violence on the Internet* (Expected completion: Fall 2011)
  Book Abstract: Based on seminal theories and communication technology concepts, the book, *Extremist Iconography and Hi-Tech Hate Online: Images of Bigotry and Violence on the Internet,* documents how extremists are increasingly using the free flow of information allowed by the Internet to spread messages of hate around the globe. According to theoretical perspectives, hate speech is defined as an expression "that is abusive, insulting, intimidating, harassing, or which may incite to violence, hatred, or discrimination based on race, ethnicity, religion, or sexual orientation." Entangled with multiculturalism and equality problems, hate speech has been the "hardest free speech question." While hate Web sites reflect conditions of any modern society, they have increased significance in today's shrinking global village that harbors unity in diversity. In addition to enhancing existing knowledge about such complex issues that confront American society, the book, *Hi-Tech Hate Online,* will be of vital scholarly significance because respect for others and a tolerant atmosphere are of great value in any community.

# RESEARCH _____(CONTINUED)

## Refereed Research Papers Presented at Conferences
Refereed Research Papers • #1~ to • #42~ presented 1999 and earlier
Refereed Research Papers • #43~ to • #77~ presented 2000 to 2009

• #84~ 2010 ICA conference: "Matters of Communication: Political, Cultural & Technological Challenges"
Aikat, Debashis 'Deb.' India's Media Revolution: Meaning and Materiality of Politics, Culture and Technology in
the World's Largest Democracy, refereed research paper accepted for presentation to the 60th annual
conference "Matters of Communication: Political, Cultural & Technological Challenges" of the International
Communication Association, Singapore, June 22-25, 2010.

• #83~ 2010 ICA Preconference: "Online Social Capital: An Agenda for Future Research"
Aikat, Debashis 'Deb.' "Newspaper Business Models in India and China: A Comparative Analysis," refereed
research paper accepted for presentation to the preconference, "Chindia challenge to global communication"
of the 60th annual conference of the International Communication Association, Singapore, June 22, 2010.

• #82~ 2010 ICA Preconference: "Innovations in Mobile Use"
Aikat, Debashis 'Deb.' Redefining Mobile Society: Emerging Concepts and Theories of Wireless Communication,
refereed research paper accepted for presentation to the preconference, "Innovations in Mobile Use" of the
60th annual conference of the International Communication Association, Singapore, June 21-22, 2010.

• #81~ 2010 ICA Preconference, "Online Social Capital"
Aikat, Debashis 'Deb.' "You Are Who You Know": The Origins and Evolution of Online Social Capital Theories and
Concepts, refereed research paper accepted for presentation to the preconference, "Online Social Capital: An
Agenda for Future Research" of the 60th annual conference of the International Communication Association,
Singapore, June 22, 2010.

• #80~ 2009 AEJMC Convention, Civic & Citizen Journalism and Community Journalism Interest Groups
Aikat, Debashis 'Deb.' Citizen Journalism in India: Lessons Learned from the 2008 Mumbai Terrorist Attacks,
refereed research paper presented at the Civic & Citizen Journalism and Community Journalism Interest
Groups pre-conference workshop on "Citizen Journalism and Media Literacy in the Mumbai Terrorist
Attacks" 92nd annual convention of the Association for Education in Journalism and Mass Communication,
Boston, Massachusetts, Aug. 5, 2009.

• #79~ 2009 ICA Conference, "Keywords in Communication"
Aikat, Debashis 'Deb.' Of Wikis, Blogs and Social Networks: The Role of Online Communities in Disseminating News,
Entertainment and Information, refereed research paper presented to the Information Systems Division of the
59th annual conference of the International Communication Association, Chicago, Illinois, May 21-25, 2009.

• #78~ 2009 ICA Conference, "India and Communication Studies"
Aikat, Debashis 'Deb.' An Inexorable Watchdog: The Evolution of India's News Media in Re-shaping Democratic Traditions,
refereed research paper presented at the ICA pre-conference "India and Communication Studies" of the 59th
annual conference of the International Communication Association, Chicago, Illinois, May 20, 2009.

• #77~ 2009 ICA Conference, "The Future is Prologue: New Media, New Histories?"
Aikat, Debashis 'Deb.' Digitally Inspired: Classic Concepts, Texts and the Pioneers Who Shaped the Evolution of Computing in
1833-1945, refereed research paper presented at the Pre-conference "The Future is Prologue: New Media,
New Histories?" session of the 59th annual conference of the International Communication Association,
Chicago, Illinois, May 21-25, 2009.

• #76~ 2007 World Journalism Education Congress
Aikat, Debashis 'Deb.' Born to be Wired: Information, Entertainment, Education, Commerce, and Interactivity in Children's
Web Sites, refereed research paper presented at the first World Journalism Education Congress in conjunction
with the 16th annual conference of the Asian Media Information and Communication Centre, Singapore,
June 25-28, 2007.

# RESEARCH _____(CONTINUED)

• #75~ 2007 World Journalism Education Congress

Aikat, Debashis 'Deb.' *Many Causes, One Struggle: Mahatma Gandhi's Political Activism in South Africa (1888-1914),* refereed research paper presented at the first World Journalism Education Congress in conjunction with the 16th annual conference of the Asian Media Information and Communication Centre, Singapore, June 25-28, 2007.

• #74~ 2007 ICA Conference, Methodologies of Comparative Media Research in a Global Sphere

Aikat, Debashis 'Deb.' Communications within Developing Societies: The Role of Internet Communication in India, refereed research paper presented at the "Methodologies of Comparative Media Research in a Global Sphere: Paradigms – Critique – Method" session of the 57th annual conference of the International Communication Association, San Francisco, California, May 22-24, 2007.

• #73~ 2007 ICA Conference, Creating Communication: Content, Control, and Critique Theme Session

Aikat, Subhashis & Aikat, Debashis 'Deb.' Online Content Creation and Control: A Study of Collaborative Roles in a Wiki Meta-Community , refereed research paper presented at the "Creating Communication: Content, Control, and Critique" theme session of the 57th annual conference of the International Communication Association, San Francisco, California, May 23-29, 2007.

• #72~ 2006 ICA Conference, Ethnicity and Race in Communication Interest Group

Aikat, Debashis 'Deb.' *"Images of Bigotry and Violence: Analyses of Extremist Iconography and Visuals in Hate Group Web Sites,"* refereed research paper presented to the Ethnicity and Race in Communication Interest Group of the 56th annual conference of the International Communication Association, "Networking Communication Research," June 19-23, 2006, Dresden, Germany.

• #71~ 2006 ICA Conference, Networking Communication Research Theme Session

Aikat, Debashis 'Deb.' *"Online Protests and Consumer Scorn: Analyzing "Rogue Web Sites" from a Communication Perspective,"* refereed research paper presented to the Networking Communication Research Theme Session of the 56th annual conference of the International Communication Association, "Networking Communication Research," June 19-23, 2006, Dresden, Germany.

• #70~ 2005 ICA Conference, Journalism Studies Interest Group

Yu, Jason J. and Aikat, Debashis 'Deb.' *"News on the Web: Agenda Setting of Online News in Web Sites of Major Newspaper, Television and Online News Services,"* refereed research paper presented to the Journalism Studies interest group of the 55th annual conference of the International Communication Association, "Communication: Questioning the Dialogue," May 26–30, 2005, New York City, New York.

• #69~ 2004 ICA Conference, "Communication in the Public Interest" Theme Session

Aikat, Debashis 'Deb.' *"Of Nostradamus and Anthrax: Web Search Trends Related to September 11 Terrorist Attacks,"* refereed research paper presented to the "Communication in the Public Interest" Theme Session of the 54th annual conference of the International Communication Association, "Communication in the Public Interest," May 27–31, 2004, New Orleans, Louisiana.

• #68~ 2004 ICA Conference, Communication & Technology Division

Aikat, Debashis 'Deb.' *"Violent Content in Online Music Videos: Characteristics of Violence in Online Videos on BET.com, Country.com, MTV.com, and VH1.com,"* refereed research paper presented to the Communication & Technology Division of the 54th annual conference of the International Communication Association, "Communication in the Public Interest," May 27–31, 2004, New Orleans, Louisiana.

• #67~ 2004 ICA Conference, Political Communication Division

Aikat, Debashis 'Deb.' *"Truth Never Damages a Cause That Is Just": The Roots and Success of Mahatma Gandhi's Political Communication,"* refereed research paper presented to the Political Communication Division of the 54th annual conference of the International Communication Association, "Communication in the Public Interest," May 27–31, 2004, New Orleans, Louisiana.

# RESEARCH _____ (CONTINUED)

• #66~ 2004 ICA Conference, Mass Communication Division

Aikat, Debashis 'Deb.' *"An Imprisoned Champion of the Press: James Augustus Hicky's Journey into Journalism as India's Press Pioneer in 1780,"* refereed research paper presented to the Mass Communication Division of the 54th annual conference of the International Communication Association, "Communication in the Public Interest," May 27–31, 2004, New Orleans, Louisiana.

• #65~ 2004 ICA Conference, Feminist Scholarship Division

Aikat, Debashis 'Deb.' *"'Acerbic, Opinionated and Witty': Analyses of Feminist Identity in Mainstream Web Sites for Women."* refereed research paper presented to the Feminist Scholarship Division of the 54th annual conference of the International Communication Association, "Communication in the Public Interest," May 27–31, 2004, New Orleans, Louisiana.

• #64~ 2003 AEJMC Convention, Communication Technology and Policy Division

Frith, Cary Roberts and Debashis "Deb" Aikat. *"The Interplay of Old and New Media: How the Traditional News Agenda Affected Web Searches Before and After September 11, 2001"* refereed research paper presented to the Communication Technology and Policy Division, 86th annual convention of the Association for Education in Journalism and Mass Communication, Kansas City, Missouri, Jul. 30-Aug. 2, 2003. **Awarded prize for one of top three research papers.**

• #63~ 2003 AEJMC Convention, Entertainment Studies Interest Group

Aikat, Debashis "Deb" and Cary Roberts Frith. *"Rise and Fall of News and Entertainment: The Impact of 9/11 Terrorist Attacks on Uses and Gratifications of Web Searches"* refereed research paper presented to the Entertainment Studies Interest Group, 86th annual convention of the Association for Education in Journalism and Mass Communication, Kansas City, Missouri, Jul. 30-Aug. 2, 2003.

• #62~ 2002 AEJMC Convention, Media Management and Economics Division

Aikat, Debashis 'Deb.' *""Many Will Play, Few Will Win": Global Strategies and Content Characteristics of Web Portals of Transnational Internet Media Corporations"* refereed research paper presented to the Media Management and Economics Division, 85th annual convention of the Association for Education in Journalism and Mass Communication, "Ways of Knowing: Inside and Outside the Classroom" Miami Beach, Florida, August 7–10, 2002.

• #61~ 2002 AEJMC Convention, Entertainment Studies Interest Group

Aikat, Debashis 'Deb.' *"Violent Music Genres on the Net: Analysis of Music Videos on BET.com, Country.com, MTV.com, and VH1.com"* refereed research paper presented to the Entertainment Studies Interest Group, 85th annual convention of the Association for Education in Journalism and Mass Communication, "Ways of Knowing: Inside and Outside the Classroom" Miami Beach, Florida, August 7-10, 2002.

• #60~ 2002 ICA Conference, Political Communication Division

Aikat, Debashis 'Deb.' *"A Press Pioneer in Prison: The Life and Times of James Augustus Hicky and India's First Newspaper in 1780,"* refereed research paper presented to the Political Communication Division of the 52nd annual conference of the International Communication Association, "Reconciliation Through Communication," July 15–19, 2002, Seoul, Korea.

• #59~ 2002 ICA Conference, Communication and Technology Division

Aikat, Debashis 'Deb.' *"From the "Analytical Engine" to "Memex": Pioneering Ideas that Shaped the Evolution of Computing, 1833-1945,"* refereed research paper presented to the Communication and Technology Division of the 52nd annual conference of the International Communication Association, "Reconciliation Through Communication," July 15–19, 2002, Seoul, Korea.

# RESEARCH _____ (CONTINUED)

### Refereed Research Papers Presented at Conferences (continued from previous page)

• #58~ 2002 ICA Conference, Mass Communication Division

Aikat, Debashis 'Deb.' "*Surf Globally, Search Locally: Global Strategies and Content Characteristics of Web Portals of Transnational Internet Media Corporations,*" refereed research paper presented to the Mass Communication Division of the 52nd annual conference of the International Communication Association, "Reconciliation Through Communication," July 15–19, 2002, Seoul, Korea.

• #57~ 2001 AEJMC Convention, Cultural and Critical Studies Division

Aikat, Debashis 'Deb.' "*http://feminist.identity/in/Web.sites.for.women/ Or, Analyses of Feminist Identity in Web sites of ChickClick <chickclick.com>, Cybergrrl <cybergrrl.com>, iVillage <ivillage.com>, and Women.com Networks <women.com/*" refereed research paper presented at the Cultural and Critical Studies Division of the 84th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." Washington, D.C., August 5-8, 2001.

• #56~ 2001 AEJMC Convention, Advertising Division

Aikat, Debashis 'Deb.' "Click Here to Personalize a Friend of Barbie Doll': Metaphors and Promotional Appeals in Online Advertisements for Children" refereed research paper presented to the Advertising Division, 84th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." Washington, D.C., August 5-8, 2001.

• #55~ 2001 AEJMC Convention, Mass Communication & Society Division

Aikat, Debashis 'Deb.' "*The "Coolie" Barrister: Mahatma Gandhi as a Leader of Racially and Socially Marginalized Groups in South Africa (1888-1914)*" refereed research paper presented at the Mass Communication & Society special session "Marginalized Groups in Society," the 84th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." Washington, D.C., August 5-8, 2001.

• #54~ 2001 AEJMC Convention, Communication Technology and Policy Division

Aikat, Debashis 'Deb.' "*http://the.verbal.and.the.visual/analyses_of_kid's_Web_sites/ Or, Analyses of Media Content in Web Sites of Children's Television Workshop <ctw.org>, Disney Online <disney.com>, Nickelodeon Online <nick.com>, and PBS Online <pbs.org>*" refereed research paper presented to the Communication Technology and Policy Division, 84th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." Washington, D.C., August 5-8, 2001.

• #53~ 2001 AEJMC Convention, Mass Communication & Society Division

Aikat, Debashis 'Deb.' "*The Dead Tree Edition: Teaching Information Literacy to Students Who Think They Know It All…or Nothing*" refereed research paper presented at the 84th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." Washington, D.C., August 5-8, 2001.

• #52~ 2001 ICA Conference, Language and Social Interaction Division

Aikat, Debashis 'Deb.' "*Hi-Tech Hate Online: Analyses of Language and Social Interaction in Hate Group Web Sites,*" refereed research paper presented to the Language and Social Interaction Division of the 51st annual conference of the International Communication Association, "Communication Research Matters," May 24-28, 2001, Washington, DC.

• #51~ 2001 ICA Conference, Popular Communication Division

Aikat, Debashis 'Deb.' "*A Safe Place to Play and Grow: Analyzing the Media Content in Web Sites for Children,*" refereed research paper presented to the Popular Communication Division of the 51st annual conference of the International Communication Association, "Communication Research Matters," May 24-28, 2001, Washington, DC.

# RESEARCH _____(CONTINUED)

- **#50~ 2001 ICA Conference, Feminist Scholarship Division**
Aikat, Debashis 'Deb.' "*The Online Feminine Mystique: The Depiction of Feminist Identity in Women's Web Sites*," refereed research paper presented to the Feminist Scholarship Division of the 51st annual conference of the International Communication Association, "Communication Research Matters," May 24-28, 2001, Washington, DC.

- **#49~ 2001 ICA Conference, Mass Communication Division**
Aikat, Debashis 'Deb.' "*Vibrant Visuals and Animated Content: Online Advertising to Children in Web Sites for Kids*," refereed research paper presented to the Mass Communication Division of the 51st annual conference of the International Communication Association, "Communication Research Matters," May 24-28, 2001, Washington, DC.

- **#48~ 2000 AEJMC Convention, Mass Communication & Society Division**
Aikat, Debashis 'Deb.' "*An E-Community of Ideas and Information: Media Content Characteristics of Children's Web Sites*," refereed research paper presented to the "Media and the Family" special session of the Mass Communication & Society Division, 83rd annual convention of the Association for Education in Journalism and Mass Communication, Phoenix, Arizona, August 9-12, 2000. **Awarded prize for one of top three research papers.**

- **#47~ 2000 AEJMC Convention, Communication Technology & Policy Division**
Aikat, Debashis 'Deb.' "*A Feminist Theoretical Perspective on the Melding of Humans and Machines*," refereed research paper presented to the panel "Theorizing about Communication Technology" of the Communication Technology & Policy Division, 83rd annual convention of the Association for Education in Journalism and Mass Communication, Phoenix, Arizona, August 9-12, 2000.

- **#46~ 2000 AEJMC Convention, Public Relation Division**
Aikat, Debashis 'Deb.' "'*Check Out Our Web Site at …*': *The Public Relations Content Characteristics of Fortune 500 Companies*," refereed research paper presented to the "Media and the Family" special session of the Public Relation Division, 83rd annual convention of the Association for Education in Journalism and Mass Communication, Phoenix, Arizona, August 9-12, 2000.

- **#45~ 2000 AEJMC Convention, Commission on the Status of Women**
Aikat, Debashis 'Deb.' "*Fresh, Youthful, and Female-Positive: Analyses of Feminist Identity in Web Sites for Women*," refereed research paper presented to the Commission on the Status of Women, 83rd annual convention of the Association for Education in Journalism and Mass Communication, Phoenix, Arizona, August 9-12, 2000.

- **#44~ 2000 ICA Conference, Information Systems Division**
Aikat, Debashis 'Deb.' "*The Economics of Online News: Revenue-Earning Strategies for News Web Sites*," refereed research paper presented to the Information Systems Division of the 50th annual conference of the International Communication Association, "ICA: 50 Years of Research in Communication, Culture, and Cognition," June 1-5, 2000, Acapulco, Mexico.

- **#43~ 2000 ICA Conference, Communication and Technology Division**
Aikat, Debashis 'Deb.' "*Little Interactivity, Sparse Multimedia: Examining Web Content Characteristics of Fortune 500 Companies*," refereed research paper presented to the Communication and Technology Division of the 50th annual conference of the International Communication Association, "ICA: 50 Years of Research in Communication, Culture, and Cognition," June 1-5, 2000, Acapulco, Mexico.

**Refereed Research Papers Presented at Conferences (1999 and earlier)**
Refereed Research Papers • #1~ to • #42~ presented 1999 and earlier
Refereed Research Papers • #43~ to • #71~ presented 2000 to 2006

# RESEARCH PRESENTATIONS

**AEJMC Convention, Boston**
- Aikat, Debashis 'Deb.' *"Online Tools: Enhancing Your Teaching, Advantages and Challenges of Newer Technologies, Regular Courses, Blended Courses, Online Courses"* paper presented at the AEJMC Elected Standing Committee on Teaching session "The Doctor Is In" at the 92nd annual convention of the AEJMC, Boston, Aug. 5-8, 2009.

**AEJMC Convention, Boston**
- Chair and moderator. "So Many Projects, So Little Time: FacultyConcerns over Balancing Teaching, Research, Service and Life" AEJMC Elected Standing Committee on Teaching Panel Session" at the 92nd annual convention of the AEJMC, Boston, Aug. 5-8, 2009.

**AEJMC Convention, Chicago**
- Aikat, Debashis 'Deb.' *"E-Learning:Teaching Online Course?"* paper presented at the AEJMC Elected Standing Committee on Teaching session "The Doctor Is In" at the 91st annual convention of the AEJMC, Chicago, Aug. 6-9, 2008.

**Global Education Leaders' Program**
- Featured speaker, World View's annual Global Education Leaders' Program at the Center for School Leadership Development, June 15-20, 2008, Chapel Hill.

**World View's Community College Symposium**
- Featured speaker, "The Impact of Global Technologies," at World View's Community College Symposium, *"Globalization's Impact and Model Global Programs at Community Colleges in the U.S."* November 15, 2007, Chapel Hill.

**AEJMC Convention, Washington D.C.**
- Aikat, Debashis 'Deb.' *"Teaching Large Lecture Classes"* paper presented at the AEJMC Elected Standing Committee on Teaching session "The Doctor Is In" at the 90th annual convention of the AEJMC, Washington D.C., Aug. 9-12, 2007.
- Aikat, Debashis 'Deb.' Moderated History division panel *'The Echo Chamber at Mach Speed: Meta-Reporting in the Nation's Capital,"* at the 90th annual convention of the AEJMC, Washington D.C., Aug. 9-12, 2007.

**World View Global Education Leaders' Program**
- Featured speaker, "Technology: Driving Force Behind the Flat Earth," World View Global Education Leaders' Program, June 18, 2007, Chapel Hill.

**AEJMC Convention, San Antonio, Texas**
- Featured panelist on *"1995 as a Decisive Year in American Journalism"* at the 88th annual convention of the Association for Education in Journalism and Mass Communication, "Bringing in the Outs: Toward Inclusivity in Democracy." San Antonio, Texas, August 11, 2005.

**Journalism Alumni and Friends Association**
- Featured speaker on "Interactive Technologies and the Media" at the Journalism Alumni and Friends Association dinner (November 8, 2001).

**First Amendment Days of The Freedom Forum**
- Featured panelist on "The Internet and Free Speech: Information and Communication Technologies (ICTs)" at the First Amendment Days sponsored by The Freedom Forum (March 30, 2000).

**Carroll Hall Dedication**
- Featured speaker on "Business Unusual on the Internet" at the Carroll Hall Dedication: sponsored by UNC-CH School of Journalism and Mass Communication (April 1, 2000).

# Teaching Record _____

## List of Courses Taught at UNC-CH (2000-2009)

JOMC 150: Electronic Information Sources (old number: JOMC 50)
JOMC 240: Current Issues in Mass Communication (old number: JOMC 140)
JOMC 349: Introduction to Internet Issues and Concepts (old number: JOMC 149)
JOMC 254: Advanced Reporting (old number: JOMC 154)
JOMC 191: Communication Concepts in Cyberspace
JOMC 191: Communication Technologies in a Changing World (Fall 2006)
JOMC 710: Computing Concepts and Issues: Power Tools for the Mind (old number: JOMC 220)
JOMC 713: The Global Impact of New Communication Technologies (old number: JOMC 223)
JOMC 302/391: Seminar in Media Analysis: Critical Approaches to Communication in the Digital Age (old number: JOMC 223)
JOMC 490: News Literacy and Evaluating Information. (Maymester 2008 course)

## Communication Technology Research and Teaching

July 1997 to Present

### University of North Carolina at Chapel Hill

**Principal Investigator and Founding Director, "MassCommunicationOnline@Carolina"**

- Awarded two grants in 2002 for the Distance Education project: "MassCommunicationOnline@Carolina" to develop innovative strategies for interactive distance learning courses in journalism and mass communication.

- Developed graduate-level **Certificate program in Technology and Communication.** Technology is becoming established not simply as a tool for research or another way to teach classes but also as a subject of interdisciplinary study. This program addresses compelling questions surrounding the social, ethical, legal and rhetorical aspects of technology, media, society and culture. Guided by current theories, critiques and explications, this program offers an understanding of the consequences of media technologies on political, social and economic structures.

- Developed and taught JoMC 713 **The Global Impact of New Communication Technologies** (old number: JOMC 223), online-distance-learning-on-the-Web with a communication technology research perspective for graduate and undergraduate students. Course development funded by the UNC-CH Center for International Studies and a Title VI grant from the U. S. Department of Education.

- Developed and taught JoMC 710: **Computing Concepts and Issues: Power Tools for the Mind** (old number: JOMC 220). This course provides an in-depth understanding of social, legal, political and other issues relating to access and use of computing, especially the World Wide Web. The course also is an introduction to the people and products, companies and concepts, issues and innovations that are shaping the future.

# TEACHING RECORD _____(CONTINUED)

Fall 1997 to Present

## CAROLINA COURSES ONLINE,

Online course using the World Wide Web as a virtual classroom Division of Continuing Education, UNC-CH
- Developed and taught JOMC 349: Introduction to Internet Issues and Concepts (old number: JOMC 149), first online course in journalism and mass communication at the University of North Carolina at Chapel Hill.

# RESEARCH GRANTS_____

- **Grants and Research Support (since 2000)**
  Grants • #1~ to • #15~ received 1999 and earlier
  Grants • #16~ to • #27~ received 2000 to 2008

  - **#27~ Summer Research Grants from School of JoMC (2007)**
    - Awarded $ 12,000 Summer Research Grant to work on an ongoing research project, "New Media in Developing Nations: The Role of Internet Communication in India." This research into the expanding role of the Internet in India seeks to contribute to our understanding of communications within developing societies.

  - **#26~ Summer Research Grants from School of JoMC (2004)**
    - Awarded $ 1,500 Summer Research Grant to work on an ongoing research project, "Hi-Tech Hate On-Line: Hate Speech on the Internet."

  - **#25~ Distance Education Development Grant (2002-2003)**
    - Principal investigator and project director for $ 15,000 grant from the UNC-CH Office of the Provost's with matching support from the Distance Education Development Grant for the project "MassCommunicationOnline@Carolina: Distance Education Programs in Journalism and Mass Communication."

  - **#24~ UNC/IBM Instructional Technology Development Grant (2002)**
    - Principal investigator and project administrator for $17,000 grant for the project "Mobile Computing and Communications: Exploring the Efficacy of Personal Digital Assistants for Communication, Time Management, and Information Retrieval." Awarded grant to foster the use of technology-enabled teaching strategies and resources.

  - **#23~ Summer Research Grants from School of JoMC (2002)**
    - Awarded $ 1,500 Summer Research Grant to work on an ongoing research project, "Of Nostradamus and Anthrax: Web Search Trends Related to September 11 Terrorist Attacks."

  - **#22~ Distance Education Development Grant (2001-2002)**
    - Principal investigator and project director for $ 35,000 grant from the UNC-CH Office of the Provost's with matching support from the Distance Education Development Grant for the project "MassCommunicationOnline@Carolina: Feasibility Study of Distance Education Programs in Journalism and Mass Communication."

  - **#21~ Grants for Media Analysis Seminar to Enhance Intellectual Life on Campus (2000-2002)**
    - The UNC-CH Office of Distinguished Scholarships and Intellectual Life awarded funds to conduct research-brainstorming sessions to "enhance the intellectual life on campus." The grant funded the ComTech Classics research initiative to know more about digital entrepreneurs, visionaries, movers and shakers, the cyber elite, pioneers, leaders, thinkers, innovators and their work.

  - **#20~ Summer Research Grants from School of JoMC (2001)**
    - Awarded $ 7,000 Summer Research Grant to work on an ongoing research project, "Hi-Tech Hate On-Line: Hate Speech on the Internet."

# RESEARCH GRANTS_____(CONTINUED)

- #19~ **Title VI Grant for Global Impact of New Communication Technologies (2000)**
  - Awarded $ 5,000 research and course development grant from UNC-CH UNC-CH Center for International Studies (UCIS) Title VI grant from the U.S. Department of Education.

- #18~ **Williamson Gay and Lesbian Studies Research Grants (2000-2002)**
  - Awarded three grants (Fall 2000, Spring 2001, Fall 2001) by the Dr. Charles Williamson Grant for Gay and Lesbian Studies to develop online research resources to address Internet issues related to gays and lesbians. These projects also identified how the Internet has been helping people explore the meanings of homosexuality and gay and lesbian alienation from society.
- #17~ **Grants for *The Fifth Estate* to Enhance Intellectual Life on Campus (2000-2001)**
  - The UNC-CH Office of Distinguished Scholarships and Intellectual Life awarded several grants toward *The Fifth Estate* activities to "enhance the intellectual life on campus." Research project to identify pedagogical strategies to impact a significant level of "real world" online publication experience for undergraduate and graduate students.

- #16~ **Williamson Gay and Lesbian Studies Research Grant (2000)**
  - Awarded a $ 1,500 Dr. Charles Williamson Grant for Gay and Lesbian Studies to develop online research resources for JOMC 191 Introduction to Internet Issues and Concepts to address Internet issues related to gays and lesbians. This project also identified how the Internet has been helping people explore the meanings of homosexuality and gay and lesbian alienation from society.

# RESEARCH REFEREE/JUDGE_____

| | |
|---|---|
| 1997-2009 | **Manuscript reviewer and software evaluator**<br>• Evaluated research papers, proposals for books, journals, software, journal submissions for:<br>-- Journals: *Journal of Magazine and New Media Research*, *Journalism and Communication Monographs*, *Journalism and Communication Quarterly* and other journals<br>-- Publishers: McGraw-Hill, Sage Publications, Oxford University Press, Routledge and other publishers<br>-- Computer companies: Adobe, Microsoft, SPSS, Macromedia and other computer companies. |
| 1999-2000 | **Expert for ASHA Research Project Funded by William T. Grant Foundation**<br>• **Research expert and co-investigator.** Consultant for $ 394,010 grant from William T. Grant Foundation for the American Social Health Association (ASHA) project: "Adolescents' Sexual Health and the Internet: A Case Study of iwannaknow.org." Collaborated with the Principal Investigator, Dr. Lisa Gilbert, Director of Women's Health, and collaborator and co-investigator, Dr. Jane Brown, Knight Chair, UNC-CH. |
| 1997- present | **Research Consulting**<br>**Industry Consulting** (selected companies)<br>BellSouth, Virtus, Apple Computer, Microsoft Corporation, IBM, Netscape, Internet World, Time-Warner.<br><br>**Public Service Consulting** (selected organizations)<br>National Public Radio, The Library of Congress, United States Information Agency, Metalab, Chapel Hill Historical Society. |
| 1997- 2009 | **Referee for research in journalism and mass communication**<br>• Judge for research submissions to the mid-year conferences of the Graduate Education Interest Group of the Association for Education in Journalism and Mass Communication<br>• Research evaluation and judging of research submissions for the Southwest Education Council for Journalism and Mass Communications<br>• Evaluated research papers submitted to Communication Technology and Policy, Newspaper, Public Relations and other divisions of the annual conferences of the International Communication Association and Association for Education in Journalism and Mass Communication |
| 1996-2009 | **Judge for media contests in journalism and mass communication**<br>• Judge for entries in the "Cooperative Information Fair," National Council of Farmer Cooperatives, Washington D.C.<br>• Judge for the sixth annual Sun Newspapers Editorial Awards (1995-96) |

1996-2009   **Judge for Mass Communication Research and Services**
- Judge for entries in the various classification of the "Cooperative Information Fair," National Council of Farmer Cooperatives, Washington D. C. (1996 to the present)
- External examiner for Ph.D. Dissertation, University of Calcutta, India. (2000)
- External examiner for Ph.D. Dissertation, Cultural Anthropology at Visva Bharati, Santiniketan, India (2006)

# RESEARCH ENRICHMENT

2008   **The Internet's Impact on Journalism Education and Existing Theories of Mass Communication**
Observer for symposium "Raising the Ante: The Internet's Impact on Journalism Education and Existing Theories of Mass Communication" in Phil Meyer's honor to address how journalism educators can best serve journalism in the information age.

2008   **Multimedia Design**
Participant, Multimedia Workshop for Faculty and Staff in the School, April 18-19, 2008.

2007   **Knight Foundation-funded ACEJMC training program for members of accrediting site visit teams**
Participated in John S. and James L. Knight Foundation-funded ACEJMC training program for members of accrediting site visit teams for journalism and mass communications education, Arlington, Virginia, October 20-21, 2008.

2004-2010   **AEJMC Elected Standing Committee on Teaching Standards**
- Elected to national teaching standards committee, which is concerned with Standards of faculty-administration relationships, appointment, tenure, promotion, compensation, research and retirement for teachers, academic and professional preparation for teachers in the field

2002   **NICAR Advanced Statistics workshop, Investigative Reporters and Editors**
- Participated in National Institute for Computer-Assisted Reporting (NICAR) Advanced Statistics workshop organized by Investigative Reporters and Editors. The workshop strengthens the skills of reporters who want to move beyond basic computer-assisted reporting and use statistical analysis in their work, Chapel Hill, June 9-13, 2002.

# PUBLIC SERVICE

2007-2008   **Accrediting Council on Education in Journalism and Mass Communications (ACEJMC)**
- Member, ACEJMC site visit team to Kent State University, October 19-22, 2008.
- Elected member, ACEJMC council, 2007-2010.

2007-2008   **AEJMC Elected Committee on Teaching**
- Vice-chair of AEJMC Teaching Committee, 2007-2008
- Chaired Best Practices Competition in Teaching of Information Gathering for the 2008 AEJMC convention in Chicago, August 6-9, 2008.

2000-2008   **Association for Education in Journalism and Mass Communication (AEJMC)**
- AEJMC Strategic Plan work session, December 1-2, 2006
- Represented AEJMC on the ACEJMC council.
- Member of Association for Education in Journalism and Mass Communication (AEJMC) Taskforce on Teaching and Learning in the New Millennium for 1998-2000 to explore how AEJMC can prepare and train faculty for the technological and other changes in the communications professions to better teach students seeking expertise in new media and new forms of communications.

2008-2009   **Public Insight Network, American Public Media**
- Public Insight Network participant for American Public Media, a nonprofit 501(c)(3) organization, is the largest owner and operator of public radio stations and a premier producer and distributor of public radio programming in the nation.

**2000-2008    University of North Carolina**
- Faculty adviser, Bounce Magazine, Carolina's Satirical Spin on the World
  <http://www.unc.edu/bounce/> (2002-2008).
- Faculty adviser, Patchwork - Social Activism Magazine <http://patch.unc.edu/> (2000-2008).
- Member, University Copyright Committee (2000-2008).
- Faculty adviser, Carolina Business and Economics Journal (2004-2005).

**2000-present The University of North Carolina, Chapel Hill**
- Speaker, Freshman Camp (2003-2007).
- Member, Committee to Redesign UNC-CH Home Page (2000-2006)
- Speaker, Academics at Carolina, Carolina Testing and Orientation Program Sessions C-TOPS (2000-2006)
- Member, UNC-CH Campus Web-Walkers (2000-2008).
- Speaker, University Teaching Workshop, Summer 2005.
- Appointed to the Chancellor's committee to review circumstances under which administrative inspection of personal use of university email could occur.

# Membership in Research Associations _____

**1994-Present International Communication Association**
- Member of the International Communication Association. Member of Public Relations Interest Group. Research papers accepted by Popular Communication Interest Group, Communication & Technology Division, Feminist Scholarship Interest Group and Political Communication Division.
- Member, Communication and Technology Division of the International Communication Association (ICA), (1995 - present).

**1994-Present National Communication Association**
- Member, National Communication Association

**1999-Present Association of Internet Researchers**
- Member, Association of Internet Researchers

**1993-Present Association for Education in Journalism and Mass Communication**
- Member of the Association for Education in Journalism and Mass Communication (AEJMC). Elected to the standing committee on Teaching.
- Member, AEJMC Communication Technology and Policy Division, AEJMC Public Relations Division, AEJMC Newspaper Division, AEJMC Media Ethics Division, AEJMC Magazine Division and AEJMC Mass Communication and Society Division.

# REFERENCES

- **Dr. Richard R. Cole, John T. Kerr Distinguished Professor of Journalism and Dean Emeritus**
  School of Journalism and Mass Communication, University of North Carolina at Chapel Hill,
  CB # 3365, Carroll Hall, Chapel Hill, NC 27599-3365.
  Phone: (919) 843 8289 (Work)
  Email: richard_cole@unc.edu

- **Dr. Will Norton, Dean and Professor of Journalism and New Media**
  Meek School of Journalism and New Media, University of Mississippi, 105 Farley Hall, Box 1848,
  Univertsity, MS 38677-1848
  Phone: (662) 915-7146
  Email: hw.norton@gmail.com

- **Dr. Doug Anderson, Dean of the College of Communications and Professor of Journalism**
  College of Communications, Pennsylvania State University, University Park, PA 16802
  Phone: (814) 863-1484
  Email: doug-anderson@psu.edu

- **Dr. Alex Tan, Professor of Communication, Faculty Diversity Fellow and Co-Director, National
  Science Foundation Center for Excellence in Science and Engineering**
  Edward R. Murrow College of Communication, Washington State University, Pullman, WA, 99164
  Phone: (509) 335- 3648
  Email: alextan@mail.wsu.edu

- **Jerry L. Sloan, Professor Emeritus, Ohio University, and Retired Executive Director, Public Affairs, Ford
  Motor Company**
  441 Windward Drive, Davidson, NC 28036
  Phone: 704-655-1438
  Email: sloanohio59@adelphia.net

- **Chuck Stone Jr., Walter Spearman Professor Emeritus**
  School of Journalism and Mass Communication, University of North Carolina at Chapel Hill, CB #
  3365,
  372 Carroll Hall, Chapel Hill, NC 27599-3365.
  Phone: (919) 962-0547
  Email: cstone@email.unc.edu

- **Dr. Ralph S. Izard, Professor**
  Manship School of Mass Communication, Louisiana State University, Baton Rouge, Louisiana 70803.
  Phone: (225) 578-2002
  Email: izard@lsu.edu

- **Dr. Guido H. Stempel III, Distinguished Professor Emeritus**
  E. W. Scripps School of Journalism, Ohio University, Athens, Ohio 45701.
  Phone: (740) 593-2609
  Email: stempel@ohiou.edu

# COLOPHON

- This curriculum vitae is set in Garamond, a typeface designed by Claude Garamond, French type designer known for establishing the roman-style letter as the standard in printing. Designed and typeset by Deb Aikat. © 1990-2008 by Debashis 'Deb' Aikat.

- This curriculum vitae was last revised March 8, 2010.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI, *et al.*      )
             )
             )
             )
    Plaintiffs,     )
             )  Civil No. 08 CV 00705 (JDB)
     v.       )
             )
HASSAN SEID DAIOLESLAM,  )
             )
    Defendant.    )
             )
             )

## PLAINTIFFS' NOTICE OF EXCHANGE OF EXPERT REPORT

   Plaintiffs, Trita Parsi and NIAC, through their undersigned counsel, and consistent with

Plaintiffs' Motion for Extension of Time to File Expert Disclosure pursuant to the Court's

Scheduling Order, hereby file this Notice of Exchange of Expert Report for Debashis Aikat, Ph.D.

           Respectfully submitted,

           _____/S/_____

           A.P. Pishevar (D.C. Bar No. 451015)
           Adrian V. Nelson, II (*Pro Hac Vice*)
           PISHEVAR & ASSOCIATES, P.C.
           600 East Jefferson Street, Suite 316
           Rockville, MD 20852
           Phone: (301) 279 – 8773
           Fax: (301) 279 – 7347
           Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, *et al.* | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. 08 CV 705 (JDB) |
| v. | ) |
| | ) |
| HASSAN SEID DAIOLESLAM, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** pursuant to United States District Court for the District of Columbia Rules that on this 1st day of June, 2010 I mailed and e-mailed a copy of PLAINTIFFS' NOTICE OF EXCHANGE OF EXPERT REPORT for Debashis Aikat, Ph.D., via first class, U.S. mail, postage prepaid to counsel for the defendant:

   HL Rogers, Esquire,
   Counsel for Defendant
   Sidley Austin, LLP
   1501 K. Street, N.W.
   Washington, D.C. 20005

   Respectfully Submitted,


   _____/S/_____
   Adrian V. Nelson, II