

Deb Aikat's Profile                                                                    Page 1 of 1

| Deb Aikat's Bio | Home |
| Research | Research Interests | The Fifth Estate |
| Teaching >>> JoMC 50 | JoMC 149 | JoMC 191 Global | JoMC 390 |
| Galleria | Logos | Pix |
| Everything else |



**Debashis "Deb" Aikat**
Associate Professor and Media Futurist

Associate Professor **Debashis "Deb" Aikat** is the Media Futurist in the School of Journalism and Mass Communication at the University of North Carolina at Chapel Hill (UNC-CH). He teaches online research and reporting to journalism and mass communication students and conducts research on Internet applications and the future of communication. Aikat (pronounced EYE-cut) is an award-winning teacher and researcher on the impact of communication technologies and social aspects of interactive technologies.

Along with published book chapters, Aikat's articles have appeared in refereed research publications of the Microsoft Corporation, International Radio and Television Society Foundation, Association for Computing Machinery (ACM) Special Interest Group for DOCumentation (SIGDOC), Electronic Journal of Communication/La Revue Electronique de Communication, and Convergence: The Journal of Research into New Media Technologies. He is a member of the editorial board of Journal of Magazine and New Media Research.

Apart from Internet classes on campus, his popular courses are now offered online on the Web. In fall 1997 Aikat developed JoMC 149 Introduction to Internet Issues and Concepts as a first-of-its-kind, pedagogically-innovative distance education journalism course at UNC-CH using the Web as a virtual classroom. In Fall 2001 he developed another online course JoMC 191.1: The Global Impact of New Communication Technologies.

Aikat earned his Ph. D. in Mass Communication and Journalism from the E. W. Scripps School of Journalism at Ohio University in 1995. His dissertation, "Adventure in Cyberspace: Exploring the Information Content of the World Wide Web Pages on the Internet," was among the first studies of its kind in the field.

A native of India, Aikat earned a B. A. with honors in English literature from the University of Calcutta in 1984. In 1990, he was ranked first in order of merit in the M. A. Journalism program of the University of Calcutta. From 1984 to 1992, Aikat worked in India for The Telegraph newspaper and BBC World Service. He has received several honors and awards for professional excellence and research in journalism.

| Deb Aikat's Bio | Home |
| Research | Research Interests | The Fifth Estate |
| Teaching >>> JoMC 50 | JoMC 149 | JoMC 191 Global | JoMC 390 |
| Galleria | Logos | Pix |
| Everything else |

EXHIBIT
7
Aikat

Speakers By Name - Debashis Aikat, Ph.D.                                      Page 1 of 1

University of North Carolina | Chapel Hill Campus Box 6225 | 210 Pittsboro St | Chapel Hill, NC 27599-6225



Home

About Us

Our Speakers

Speech
Categories

Speaker List

Request Form

Promoting
Events

FAQs

Donations

Links

Feedback

Contact Us

# Speakers By Name



### Debashis Aikat, Ph.D

An expert on people, products, and perspectives that are shaping the digital revolution, Professor Aikat is a media futurist and an associate professor of Journalism and Mass Communication. He is an award-winning teacher and researcher on the impact of new media. He has worked as a journalist for India's *The Telegraph*, and philly.com as a fellow of the 1997 Institute for Journalism Excellence. Professor Aikat teaches Internet classes on campus, and his popular courses are now offered online.

**Speech Topics:**

· Of Motley Fools, Yahoo! and Adult Web Sites: Many Faces of the Digital Revolution

· Internet Pioneers: The History of the World Wide Web and Other True Stories

· E-Communities in Cyberspace: Virtual Community Building Through the Internet

· History of the Internet

**Links:**

· www.unc.edu/~daikat

· Featured in Winter 2002 *endeavors* "Community Online"

TOP

Email: uncspeak@unc.edu | Phone: (919) 843-9393 | Fax: (919) 962-2279

Deb Aikat                                                                                          Page 1 of 1

| Deb Aikat's Bio | Home |
| Research | Research Interests | The Fifth Estate |
| **Teaching** >>> JoMC 50 | JoMC 149 | JoMC 191 Global | JoMC 390 |
| Galleria | Logos | Pix |
| Everything else |



Caricature by Shish Aikat

| Deb Aikat's Bio | Home |
| Research | Research Interests | The Fifth Estate |
| **Teaching** >>> JoMC 50 | JoMC 149 | JoMC 191 Global | JoMC 390 |
| Galleria | Logos | Pix |
| Everything else |

5/18/2010