

EXHIBIT
E
Aikut Motion

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL    :

IRANIAN AMERICAN COUNCIL    :

    Plaintiffs         :

    V.                 :    Civil No.:

DAIOLESLAM SEID HASSAN,     :    08 CV 00705 (JDB)

    Defendant          :    Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
 1   APPEARANCES:

 2


 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11        ERIC GALVEZ, ESQUIRE
     One South Dearborn
12   Chicago, IL  60603
     (312) 853-7643
13   (312) 835-7036 (Fax)
     E-mail:  Tkapshandy@sidley.com
14            Jfougere@sidley.com
              Megalvez@sidley.com
15   Representing the Defendant

16   ALSO PRESENT:

17       Daioleslam Seid Hassan, Defendant
         Jeff Tisak, Legal Assistant
18       Mia Marbury, Videographer

19

20

21

22
```

```
 1                       I N D E X

 2                         - - -

 3

 4    Testimony of:  Dr. Trita Parsi                   Page

 5

 6    By Mr. Kapshandy                                    8

 7

 8    EXHIBITS    DESCRIPTION                          PAGE

 9    24    Wachovia Bank Records (T. Parsi) '03 - '09  11

10    25    Wachovia Bank Records (T. Parsi) '03 - '09  11

11    26    Wachovia Bank Records (T. Parsi) '03 - '09  11

12    27    Wachovia Bank Records (T. Parsi) '03 - '09  11

13    28    Wachovia Bank Records (T. Parsi) '03 - '09  11

14    29    Wachovia Bank Records (T. Parsi) '03 - '09  11

15    30    Wachovia Bank Records (T. Parsi) '03 - '09  11

16    31    2002 through 2009 Tax Returns of NIAC       11

17    32    2002 through 2009 Tax Returns of NIAC       11

18    33    2002 through 2009 Tax Returns of NIAC       11

19    34    2002 through 2009 Tax Returns of NIAC       11

20    35    2002 through 2009 Tax Returns of NIAC       11

21    36    2002 through 2009 Tax Returns of NIAC       11

22    37    2002 through 2009 Tax Returns of NIAC       11
```

Page 4

1    EXHIBITS CONTINUED:

2

3    EXHIBITS    DESCRIPTION                                    PAGE

4    38    2002 through 2009 Tax Returns of NIAC           11

5    39    2002 through 2009 Tax Returns of NIAC           11

6    40    Bank Fund FCU Records Dated '03 - '09           12

7    41    Bank Fund FCU Records Dated '03 - '09           12

8    42    Bank Fund FCU Records Dated '03 - '09           12

9    43    Bank Fund FCU Records Dated '03 - '09           12

10   44    Bank Fund FCU Records Dated '03 - '09           12

11   45    Bank Fund FCU Records Dated '03 - '09           12

12   46    Bank Fund FCU Records Dated '03 - '09           12

13   47    Citibank Records for NIAC Dated '05 - '10       12

14   48    Citibank Records for NIAC Dated '05 - '10       12

15   49    Citibank Records for NIAC Dated '05 - '10       12

16   50    Citibank Records for NIAC Dated '05 - '10       12

17   51    Citibank Records for NIAC Dated '05 - '10       12

18   52    Citibank Records for NIAC Ending in 5111        12

19   53    Citibank Records for NIAC Ending in 5111        12

20   54    Citibank Records for NIAC Ending in 5111        12

21   55    Citibank Records for NIAC Ending in 5111        12

22   56    Various Lobby Time Records (NIAC) - 12/28/0915

1   EXHIBITS CONTINUED:

2

3   EXHIBITS     DESCRIPTION                              PAGE

4   57   Various Lobby Time Records (NIAC) - 12/28/0915

5   58   Various Lobby Time Records (NIAC) - 12/28/0915

6   59   Various Lobby Time Records (NIAC) - 12/28/0915

7   60   Various Lobby Time Records (NIAC) - 12/28/0915

8   61   2009 Tax Return Form 1040 - T.P. & A.S.         13

9   62   PwC Report-Unproduced Calendar Entries          16

10  62A  PwC Report-Unproduced Calendar Entries          16

11  63   Screen Shot from IIC for 2005                   38

12  64   Word Document                                   40

13  65   Word Document                                   44

14  66   Curriculum Vitae for Trita Parsi                49

15  67   Revised Curriculum Vitae for Trita Parsi        51

16  68   Curriculum Vitae for T. Parsi - 1/1/02          56

17  69   Congressman Bob Ney on Iran U.S. Relations      58

18  69A  Farsi Interview                                 61

19  70   Article Dated 9/7/04 - Los Angeles Times        66

20  71   Photograph of Trita Parsi                       67

21  72   Article By Trita Parsi Dated August 1997        71

22  73   IIC Letter Dated 6/23/01 to M. Pourfar          84

1   EXHIBITS CONTINUED:

2

3   EXHIBITS    DESCRIPTION                              PAGE

4   74    Article - Act as a Community              94

5   75    conference Call June 18, 2000             113

6   76    AOL Mail E-mail Dated 6/17/01             118

7   77    AOL Mail E-mail Dated 6/23/01             124

8   78    AOL Mail E-mail Dated 6/25/01             131

9   79    E-mail Dated 6/25/01 to Trita Parsi       137

10  80    E-mail Dated 3/19/07 to E. Vargas-Baron   142

11  80A   E-mail Dated 3/19/07 to E. Vargas-Baron   159

12  80B   CD Containing Native Files                230

13  81    E-mail Dated 9/1/06 to B. Namazi          160

14  82    E-mail Dated 7/14/08 to S. Namazi         160

15  83    E-mail Dated 3/3/07 to S. Namazi          184

16  84    E-mail Dated 7/16/08 to B. Haig           184

17  85    E-mail Dated 3/2/07 to S. Namazi          189

18  86    E-mail Dated 2/7/06 to Trita Parsi        192

19  87    Iran-US Watch 1 October 2002              193

20  88    Iran-US Watch February 26, 2003           193

21  89    E-mail Dated 1/20/06 to Trita Parsi       195

22  90    E-mail Dated 9/17/08 to Chris Homan       219

1   EXHIBITS CONTINUED:

2

3   EXHIBITS     DESCRIPTION                               PAGE

4   91   E-mail Dated 8/17/08                              227

5   92   E-mail Dated 7/5/08 to Trita Parsi                234

6   94   E-mail Dated 8/23/06 to Zarif@141.com             271

7   95   E-mail Dated 9/28/06 to Zarif@141.com             277

8   96   Photograph of a Crowd                             286

9   97   Photograph of Six Gentlemen                       289

10  98   Photograph of Trita Parsi and Hooman Majd   293

11  99   E-mail Dated 9/6/06 to Trita Parsi                319

12  100  Legal-sized Document (Salutation)                 315

13

14

15

16       (Exhibits 24 through 71 retained by counsel.)

17   (Exhibits 72 through 100 attached to the transcript.)

18           (Exhibit 93 omitted by counsel.)

19

20

21

22

Student address:
Körsbärsv. 3:503
114 23 Stockholm
Sweden

## *Trita Parsi*
Tel: + 46 8 153145
Email: President@iic.org

Permanent address:
Altfiolv. 6
756 54 Uppsala
Sweden

## Qualification Summary

- Double Master's degrees in Macro Economics and Political Science
- Policy advisor to US Congressman
- Founder and elected President of an international not-for-profit organization
- Diplomatic Internship at the UN in New York
- Fluent in several languages
- Recipient of several academic scholarships

## Education

**Stockholm School of Economics**
**Stockholm, Sweden**

Master's of Science in Economics. Degree expected January 2000
Major in Trade and Macro Economics

*Relevant courses:*

- International Trade
- Econometrics
- Open Economy Macro
- Rhetoric

**Stockholm University**
**Stockholm, Sweden**

Master's of Science in Political Science. Degree expected January 2000
Major in International Relations

**Barnesville High school**
High school diploma, Ohio, USA, 1992

## Extra Curricular Activities

**Iranians for International Cooperation (www.iic.org)**
Founder and elected President (1997-99)

- Established the first lobby group in the US to support the normalization of ties between Iran and the US.
- Interviewed by *AP, Reuters, RFE* and other news agencies.
- Increased membership from 15 to 500 members worldwide in less than two years.
- Lobbied the US Congress, EU and Swedish Parliaments.

**Harvard University Model United Nations 1997 and 1998**
Chairman and Head Delegate of the Stockholm School of Economics' delegation.
A five-day exercise in diplomacy with over 2000 students from more than 20 countries.

**Lund Association of Foreign Affairs**
Invited lecturer 1999. Topic: US - Iran relations

**Uppsala Association of Foreign Affairs.**
Member of Board 1996.


EXHIBIT 66

## Relevant Work Experience

**Permanent Mission of Sweden to the UN, New York**
**Diplomatic Internship (September 1998 - January 1999)**

- Assisted in the Security Council's handling of the conflicts in Iraq, Afghanistan and Western Sahara.
- Took part in the drafting of the UN resolutions on the Human Rights situation in specific member states, including Iran.

**Swedish Handelsbanken, Stockholm Sweden**
**Macro Economist (June - August 1998)**

- Authored economic analyses in the bank's periodicals.
- Generated economic forecasts for EU economies.

**Congressman Robert Ney, Washington DC**
**Policy Advisor (June - August 1997)**

- Adviced on US foreign policy on Middle Eastern issues.
- Monitored the political and economic situation in the Mideast.
- Authored three reports on US-Iran relations which were used by Congressman Ney to alter his position vis-à-vis Iran

## Languages

Fluent: English, Swedish and Farsi.                          Conversant: French

## Computer Skills

MSWord, Excel, Powerpoint, WordPerfect, SPSS, Eviews, Windows, MacOS

## Scholarships

- Henrik Granholm's Scholarship (twice)
- SIDA's international scholarship
- Johan och Hjalmar Kallenberg's Scholarship (twice)

## References

- Congressman Robert Ney, Member of the United States Congress
  LOB 1024, Washington, DC 20515, USA
  Tel: (202) 225-6265

- Jan Häggström
  Chief Economist
  The Swedish Handelsbank
  106 70 Sockholm, Sweden
  Tel: (+ 46 8) 701 10 97

- Ambassador Per Norström
  Permanent Mission of Sweden
  to the United Nations
  885 Second Ave., 46th Floor
  New York, NY 10017, USA
  Tel: (212) 583 2500

1       CERTIFICATE

2       I hereby certify that the witness was duly

3  sworn by me and that the deposition is a true record

4  of the testimony given by the witness.

5

6       _____

7       Sherry L. Brooks, Court Reporter

8

9  (The foregoing certification of this transcript does

10 not apply to any reproduction of the same by any

11 means, unless under the direct control and/or

12 supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22