

# In Search of Truth

Reports on Mullahs' lobby in US
Editor: Hassan Daioleslam

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Monday 11 April 2011 |
|------|----------|------------|---------|--------|----------|---------|----------|------|----------|

## ARTICLES

**NIAC's internal document-Series three**
**Trita Parsi'e collaboration with Siamak Namazi**

○ Did NIAC defraud the Congressional fund? Report on NIAC-NED relation
Hassan Dai

○ NIAC's internal documents, Series 5, Part 2 How did NIAC spend the Congressional Funds?
Hassan Dai

○ NIAC's internal documents-Series one Lobby organization: IIC
Hassan Dai

○ NIAC's internal documents (Series 5) Funding from NED and EF
Hassan Dai

○ NIAC's internal Documents-Series four Parsi's communications with M. Javad Zarif in 2006-2007
Hassan Dai

○ NIAC's internal document-Series three Trita Parsi'e collaboration with Siamak Namazi
Hassan Dai

○ NIAC's internal documents-Series two Trita Parsi: 2001-2002
Hassan Dai

○ The Iranian revolt and the role of pro- appeasement lobby in the US
Hassan Dai

○ Iranian regime, the War in Gaza and Trita Parsi
Hassan Dai

○ Twelve years of pro-Tehran lobby
Hassan Dai

○ Iran: America's Sophie's choice
Hassan Dai

○ Iranian regime's web of influence A money trail
Hassan Dai

○ Did the NIAC Defraud the National Endowment for Democracy and Congress
Hassan Dai

○ Flirting with the Mullahs Mohammad Parvin and Hassan Daioleslam
Hassan Dai

○ The Iranian Web of Influence in the United States
Hassan Dai

○ Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
Hassan Dai

○ Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
Hassan Dai

○ Iran's Oil Mafia: Penetrating the US Political System
Hassan Dai

○ The Iranian Lobby and the Israeli Decoy
Hassan Dai

○ An Iranian Embassy in Boston
Hassan Dai

○ Return from Paradise in the Left Lane
Hassan Dai

○ Congressman Kucinich Must Find a Better Role Model than Bob Ney
Hassan Dai

○ Ayatollahs' Lobby In Washington Offering Human Rights as a

[ARTICLES] [23 Dec 2009]
Hassan Dai
Source: [www.iranianlobby.com]

**NIAC's internal document-Series three**

**Trita Parsi's collaboration with his mentor, associate and lobby partner:**

**Siamak Namazi**

* * * * * * * *

**Introduction: Who is Siamak Namazi?**

Siamak Namazi, was an Iranian-American living in US who went back to Iran in 1999 and became a partner and the managing director of Atieh Bahar Company in Tehran. The company was founded in 1993 by Pari Namazi and her husband Bijan Khajehpour. Babak Namazi (Siamak's brother) leads the legal division of Atieh Bahar.

In a separate document, I have explained in details the relation between Atieh Bahar and the inner circle of the regime's economic mafia. Please go to the following links to see the document:

**Power presentation one: http://www.iranian-americans.com/AtiehBahar-3.pdf**

**Power presentation two: http://www.iranian-americans.com/AtiehBahar-4.pdf**

Atieh Bahar, the leading Iranian consulting firm, helps the foreign companies, especially in oil corporations to work in Iran. The portfolio of this company entails a potpourri of engagements and partnerships with the Iranian regime, including joint ventures, consulting, organizing policy conferences for the regime, facilitating convergence of foreign and Iranian oil enterprises, representing and handholding of the multinational foreign companies in their dealings with the Iranian regime. Atieh's Iranian customer list includes high level Iranian institutions like Banks and the parliament. Atieh's subsidiaries have unmatched access to sensitive electronic data from government banks and institutions.

Siamak Namazi, an owner and one of the active directors of this enterprise is inseparable from the Iranian regime and its mafia web that controls the wealth of the country.

**Note:** After the June 2009 election and the purge of Rafsanjani faction, Bijan Khajehpour, the chairman of Atieh was arrested upon his return from London. He was released later. Rafsanjani's son did not return to Tehran and stayed in London.

===========================================================================

**1999: Parsi and Siamak Namazi present their project for creation of an Iranian-American lobby in US**

In 1999, Siamak Namazi and Trita Parsi participated at a Conference in Cyprus and presented their proposal to create an Iranian American lobby to influence US policy toward Iran, especially Congressional decisions.

The authors made three recommendations. Interestingly, they demonstrate an astonishing knowledge about how the Israeli lobby (AIPAC) works and propose the same kind of activities:

Public document: **Iranian-Americans, a bridge between two nations:**

Excerpts from document:

*1. Seminars in lobbying for Iranian-American youth and intern opportunities in Washington DC.*

*"While the new generation of Iranian-Americans has a greater understanding of the American political culture, they still have much to learn. It is import to further this group's understanding of the American political system and the concept of lobbying.*

*Every year, thousands of college and university students flock to Washington DC to intern at different policy institutions, from the White House, to Capitol Hill, to lobby groups, to CSIS and other actors in the political field.*

*Established communities such as that of the Jewish-Americans have taken advantage of these floods of future American leaders and politicians. The American Israeli Public Affairs Committee (AIPAC), one of the most powerful lobbies in the US 10, does not only provide Jewish-American youth with numerous intern opportunities, it also facilitates internships for members at other institutions and uses the influx of young political talents to export its pro-Israel views and values...*

*Most impressive and educational is AIPAC's "Youth Leadership Seminars," which are held annually and offered at highly subsidized rates. They train AIPAC members not only in essential public policy skills such as lobbying, monitoring and responding to the media, etc., but also use the forum to guide members in how to succeed in the American society at large.*

*Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian- American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again. Arguably an Iranian-American lobby (which is different from a lobby group purely pursuing the interests of the Islamic Republic of Iran) is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again."*

*2. Increased awareness amongst Iranian-Americans and Americans about the effects of sanctions, both at home and in Iran.*

*3. The taboo of working for a new approach on Iran must be further legitimized.*

| Negotiating Item   Hassan Dai |
| more ... |

==================================================================

2000: parsi and Namazi meet in Iran and travel together:

Parsi and Namzi in a temple in Yazd, 2000

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Court Documents**

•••••

2002: Creation of NIAC

Parsi is hired by Namazi 's company Atieh Bahar. He prepares newsletters for Atieh and is paid in return.

Documents 1: Newsletter prepared by Parsi for Atieh Bahar in Tehran

Documents 2: Newsletter prepared by Parsi for Atieh Bahar in Tehran

Document: Atieh Newsletter sent to Parsi

Khajehpour pays back Parsi

Document: Khajehpour's email:

*"Dear Trita,*

*Thanks for your message. Unfortunately, my visa authorization has not come through and I will certainly postpone my planned trip until some time in November. I hope this is not too much of an inconvenience for you.*

*As soon as I get my visa I will plan a new date and let you know.*

*On a different note, I wanted to transfer some funds to your account on Thursday, but realized that I have not kept the account information. Can you please email your account info to me?*

*Best wishes,*

*Bijan"*

==================================================================

2005: Start of NIAC's lobby, Namazi's role

Namazi is in Washington and starts a study group with Parsi, Karim Sadjadpour and Afshin Molavi to coordinate policy:

Document: Namazi's email

Document: Siamak lays down the agenda for the meeting

Namazi lays down the agenda for the group:

Document: Namazi's email to the group

*I would think that these meetings have 3 main purposes:*

*1- To get this group to bring to the table their various pieces of the puzzle so that we all see a clearer picture of what is happening in/about Iran;*

*2- To develop a common list of policy recommendation to enhance our ability to influence decision-makers;*

*3- To help "train" people like Haghighatjoo who will get a lot of attention but don't nec have a good understanding of how things work in the USA*

==================================================================

Game plan: Namazi and Parsi are privately planning to meet with US under Secretary of State Nicholas Burns.

At the start of NIAC's lobby in late 2005, Siamak Namazi and Parsi planned to meet Burns and advise him on US policy toward Iran. They coordinated a *"game plan"* to influence Nicholas Burns.

Document: communications between Parsi and Namazi:

Parsi: *"Btw, for the Burns meeting, I need your date of birth, city, country and ssn"* (12.18.2005)

Namazi: *"We need to meet up and coordinate."*

At the same time that they were planning to meet with Burns, Namazi and Parsi were also getting ready to hold their regular private policy discussions with Karim Sadjadpour and Afshin Molavi.

Document: Namazi's email of 12.23.2005

*"Subject: RE: what do you think of this?*

*Let's try to get the group together again before we meet with Burns. That way, we will have fresh ideas. That was the 18th, huh?*

*It's not a bad plan for us to sit and try to come up with some policy recs. Actually, if you like, let's have our Burns meeting (the private one) and come up with some policy ideas, then pitch them without mention of why to the group to see what sort of critiques we need to consider. I understand that we will have to focus the meeting with Burns on expat issues, but (1) most of our group is comprised of Iranian-Americans and (2) Burns is likely to ask us about generally what up in Iran too. Good to be prepared."*

Parsi **emailed** back to Siamak and talked about their "game plan" with Burns:

*"I guess the plan you list below is for us to first come up with some rec's, try them on our group, then take the modified version to Burns? That sounds good.*

*I think Burns is interested in hearing our views across the board. My responsibility as the NIAC president is to also present the majority view per our statistics and mention the minority view. Other than that, we should stick to the game plan."*

Document: **Namazi's email:**

*"Agha, we need to carve out time to work on our discussion with Burns. If you have any policy papers I can look at, I could also start working on one for Hadley's office. Once a draft is available, we can get input from our network and make it stronger."*

====================================================================================

**2007: Parsi reports his lobby to Namazi in Tehran**

In 2007, Siamak Namzi from Tehran asked Trita Parsi to report to him about what was happening inside the Congress with respect to Iran. Upon Siamak Namazi's request, Trita Parsi, sent two reports to him in Tehran.

On March 1, 2007, Parsi sent the first report about US Congress to Tehran and by email asked Siamak:

Document: **Namazi and Parsi's communications**

*"Any comments on teh congress piece? Was it in line with what you wanted? So sorry about the delay, will have the other one for you tonight."*

**A day later, Siamak responds:**

*"Thanks. Looking forward to reading what you have to say about AIPAC. And please send it soon!"*

**Trita responds:**

*"So terribly sorry. You this is not my style, but things have really been hectic lately. I cant wait till the baby comes because I am sure that is paradise compared to the current situation... 50% of the AIPAC piece is written. Will finish it tonight."*

**On March 3, Parsi sent him the second report by email and wrote:**

*"Let me know your thoughts."*

Through the discovery process, we have received the second report titled "Lobby Groups" that you can read here:

Document: **Lobby Groups**

====================================================================================

**Namazi writes a talking point for Parsi**

Document: **Parsi's email**

From: Trita Parsi [mailto:tparsi@jhu.edu]
Sent: Tuesday, February 07, 2006 1:19 AM
To: 'Siamak Namazi'
Subject: dude

Where's the report )

*"Seriously, try to send it to me as quickly as possible. If I cant use it, I have to write a report for Friday and time is short L"*

**A day later, Namazi sent a talking point for Parsi**

Document: **Namazi's talking point for Parsi**

====================================================================================

**Namazi from Tehran asks Parsi about what happens in Washington**

Document: **email between Namazi and Parsi**

**Namazi:**

*"I am not sure if it's less risky or more. The main risk sits on your side of the fence. But the social/civil soc atmosphere is definitely getting more restricted. Let's try to skype later this week. Btw, what's happening with ILSA? How can I find out?"*

**Parsi:**

*"Yes, skypt this weekend would be good.*

*Ilsa is standing still at the stage. Burns today opposed 282 in the senate, and most likely there will be a one year extension of ILSA. It won't be permitted to elapse, but neither is it likely to be extended for five years. In the short term, do not expect any positive developments in it. "*

**Parsi reports NIAC's lobby to Namazi in Tehran**

Document: **Parsi's email**

From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Saturday, January 13, 2007 5:53 PM
To: 'Siamak Namazi'
Subject: RE: nytimes read your article!

*"I spoke to about 20 journalists yesterday, including NY Times, trying to get them ask questions about that angie. I spend almost 50% of my time at niac on this now, almost all the legislative work is left to Shervin and Bahram"*

===========================================================================

**Parsi needs some briefing from Tehran**

**Document: Parsi and Namazi email**

From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Tuesday, January 16, 2007 2:16 AM
To: 'Siamak Namazi'
Subject: RE: nytimes read your article!

*"What are you hearing in Tehran? What is the thinking. They are reacting very cautiously. Is the strategy to sacrifice Ahmadinejad and reach out to Saudi? Will that work? I doubt it. what are people saying?"*

**Namazi responds:**

*"We have a briefing on tiurs. J will write you some notes then. Meanwhile, read through the daily press summaries. I don't have insight beyond that, but will share with you anything interesting that I trip on."*

===========================================================================

**Parsi asks 2 things from Namazi in Tehran. We don't have Parsi's email and do not know what he wanted. But we have Namazi's response:**

**Document: Parsi and Namazi email:**

*"Trita, this is what I have so far. If he was also in 6th Majles, Hadi should know him. Imam Sadegh University is headed by Mahdavy Kani and a hot bed of training conservatives. Believe it or not, I think Hadi might have taught a course or two there.*

*1. Sure. I'm ready whenever you have time.*

*2. Regarding Kazem Jalali:*

*He is an MP of Shahroud, Semnan province in the 7th Majles and is believed to be close to the modern conservative camp. He was born in Gorgan in 1967 and holds a PhD in political sciences from Imam Sadegh University. Some sources believe that he has reasonable positions. He was also an MP in the 6th Majles."*

===========================================================================

**Namazi reports about a meeting with a British diplomat:**

**Document: Namazi's email to Parsi**

*"Ray was recently in a series of meetings where our Brit friend was also present. He too was angered about the duplicitous comments and policy recommendations that were being made. More reason to be careful of what we tell him. He is apparently considerably more hawkish than other diplomats from that country and apparently very malicious.*

*I have decided to ignore any future communications with this person, including on a social basis. We have much more reliable, honest and professional channels to deal with the Brits if needed."*

===========================================================================

**May 2007, Parsi & Namazi participate in Middle East Forum in Jordan**

**Atieh Bahar is managing Parsi's hotel reservation:**

**Document: Communication between them about hotel**

**Document: Communication between them about hotel**

**Document: Siamak asks Atieh Bahar executive assistant to resolve the hotel issue**

*Alenoosh,*

*Please check something for me: call this hotel, pretend to be Trita's secretary, and say:*

*1) Dr. Parsi is very picky about his room, please make sure it is a nice one*

*2) Check if the room has one or two beds in it. Say you prefer a room with two beds...*

*3) Tell them he would really like an Xbox game to be placed in the room for his convenience. Or at least a Playstation 3.*

*Siamak Namazi*
*Managing Director*

*Atieh Bahar Consulting*
*No. 14 Fifth Street, Unit 7*

*Ahmad Ghasir (Bokharest) Ave*

*Tehran 15137, Iran*

**Alenoush emails Parsi:**

*Dear Trita,*

As of the email below I've checked with the hotel as Siamak had asked me but they explained that they have no reservation under Parsi name! they asked also for a confirmation number and said that if you have reserved a room you should have the confirmation number.

Could you please helping me in this case?

Alenoosh Shahnazarian

Executive Assistant - Atieh Bahar Consulting

============================================================================

**Parsi arranges an interview for Namazi with the Congressional Quarterly Journal**

Documet: Parsi's email

Sia - Charles Hoskinson from Cong quarterly to discuss the idea of funding Iranian opposition groups. I spoke to him on the record. I think you should talk to him too, you can do so on background and they won't mention your name. I told him that I will try to get you to contact him, without mentioning your name or who you are (except that you are usually based in Iran) he is at 202-419-8337. choskinson@cq.com. I will send this to Karim as well

**Follow up**

============================================================================

**Namazi complains about Hassan Dai's appearance on VOA TV**

Document: Parsi and Namazi email

From: Siamak Namazi [mailto:siamakn@hotmail.com]
Sent: Tuesday, February 03, 2009 6:04 AM
To: 'Trita Parsi'
Subject: VOA

"Agha, did you see Hassan D on VOA again? He mentions Bijan and my father, in a cursory fashion, but not you and I. Can't believe VOA has this guy on again!"

Siamak namazi writes to the VOA director:

Document: Namazi's email

From: Siamak Namazi [mailto:siamakn@hotmail.com]
Sent: Tuesday, February 03, 2009 9:17 PM
To: Jeffrey Trimble (jtrimble@IBB.GOV)
Subject: complaint about VOA
Importance: High

"Dear Mr. Trimble,

Once again VOA has chosen to bring Mr. Hassan Daeoleslam at its guest and once again he makes a slanderous claim that my father and my business associate - Mssrs Baquer Namazi and Bijan Khajehpour - are fronts for the Iranian government.

I have brought the matter to your attention in the past, stressing that such comments not only hard the reputation of respectable democrats, but also put them in direct danger in Iran. I told you in detail how after Daeoleslam's fictitious claims against me I was subjected to problems in Iran and also how it harmed my reputation in the Iranian community. We spoke at length about this issue when we met in August 2007 and you promised to look into it.

I am once again asking the Broadcasting Board of Governors (BBG) to make it known to VOA, which falls under your umbrella of responsibility, that it cannot just air slanderous garbage at will. You have been served several notices about the harm that such acts have brought in the past and is likely to bring in the future. BBG and VOA will be held responsible if any harm comes to my family and I due to such irresponsible behavior. I once again urge you to pay greater attention to the programming at VOA and to cease and desist from airing the views of a fabulist with malicious intent.

I expect immediate action to rectify this situation, specifically by barring VOA from bringing Mr. Daeoleslam on air. Consider this a formal complaint which can be used as evidence of serving notice of harm in a court of law. While my family and I do not desire to make a legal issue out of this matter, we reserve all right if you fail to take adequate measures and continue to allow Mr. Daeoleslam to air his malicious commentary.

Sincerely, Siamak Namazi"

**Parsi and NIAC lobby the Congress to "clean up" the VOA**

**Document 1**

**Document 2**

**Document 3**

============================================================================

**Parsi & Namazi meet with Julia Nanay**

Julia Nanay is a Senior Directorat PFC Energy's Markets & Country Strategies Group. She heads the firm's Russia and Caspian Service.

PFC is one of the most important advisory groups for international oil companies

Document: Parsi and Namazi's email with Julia Nanay

From: Julia Nanay [mailto:JNANAY@pfcenergy.com]
Sent: Wednesday, January 18, 2006 11:35 AM
To: 'Trita Parsi'; Siamak Namazi; Andrew Parasiliti
Subject: Next week for drinks?

"Thought I would coordinate a possible get together for next week. Trita suggested Thursday Jan. 26. If 6:45 were possible maybe we could set a place? Alternatively, Wednesday Jan. 25 at 6pm. What might be easiest for all of you? Julia"

**Follow up email**

**Parsi tries to find someone from Atieh Bahar in Tehran to report for IPS in Washington**

**Document: Parsi's email**

Parsi to Siamak Namazi in Tehran:

*"Does any of your staffers in AB have time to write a weekly columns for IPS and get $150 or so a piece? They are looking for good English writers that can write for IPS on a range of issues. Tp"*

**Namazi introduces Parsi to *Stefano Beltrame, Italy's* First Counselor in Washington**

**Document: Parsi and Namazi email**

*"Dear Stefano,*

*It was great to see you last week!*

*Following-up on our conversation, I would like to cyber introduce you to Trita Parsi, of NIAC fame. I think the two of you would have a lot of ideas to share.*

*I'm still in DC, but will be going to NYC and then San Francisco soon. I'll keep you posted.*

*Warm regards, Siamak"*

**Parsi:**

*"Dear Stefano - I've heard great things about you and would be delighted to meet at your convenience. Tp"*

Stefano Beltrame:

*"Dear Trita, thank you for writing me.I know you name since quite some time.*

*Next friday I will have some Italian-iranian scholars plus some diplomats at my place for dinner. Possibly it will not be the best setting for a open discussions like the one I have in mind for you, but it van be a good way to break the ice and there will be people worth knowing (Prof Pedde, who has a review of Iranian studies in Rome and Karim Mezran) . Siamak is also invited*

Stefano"

**Parsi asks Namazi to brief the Congressional staffers**

**Document: Parsi's email**

From: Trita Parsi [mailto:tp@tritaparsi.com]

Sent: Monday, December 25, 2006 8:48 PM

To: siamak namazi

Subject: Re: coming to DC

*"Awesome. Would you be available for a briefing with staffers (off-the-record)?*

*Niac is organizing monthly one-hour staff briefings during lunch hours on both the house and senate side.*

*Our first will be actually be a breakfast for freshmen members on Jan 17"*

**Namazi:**

*"In principle, I'd love to. But I would ask you not to publicize it and would always have to check the weather before coming..."*

==============================================================

**More communications between Namazi and Parsi:**

**Document 1**

**Document 3**

**Document 4**

**Document 5**

**Document 6**

**Document 7**

**Document 8**

**Document 9**

Source: www.iranianlobby.com

facebook

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

* Chasing Dennis Ross, the Israeli advocate
* Iranian nuclear defector: A policy failure
* A former Iranian diplomat and terrorist turns to scholar at Princeton
* The pro-engagement lobby and US failure with Iran
* Did NIAC defraud the Congressional fund?
* Did NIAC defraud the Congressional funds?
* Trita Parsi: A Green Resurrection
* NIAC's internal documents, Series 5, Part 2
* NIAC's internal documents-Series one
* NIAC's internal documents (Series 5)
* NIAC's internal Documents- Series four
* NIAC's internal documents-Series two
* When Trita Parsi lies
* NIAC's Smoke Screen and Intimidation Campaign
* The Iranian regime's ears in Washington
* Washington Times writes about Trita Parsi and NIAC
* Congressman Kirk's remarks about NIAC
* Gary Sick is angry at Ahmadinejad
* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran
* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby
* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* Iran's Oil Mafia: Penetrating the US Political System
* The Iranian Lobby and the Israeli Decoy
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranian internal politics
* Where in the World is the Moderate Ayatollah?
* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©

# In Search of Truth
**Reports on Mullahs's lobby in US**
**Editor: Hassan Daioleslam**

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Monday 11 April 2011 |
|------|----------|-----------|---------|--------|----------|---------|----------|------|------|

## ANALYSIS

⚬ Chasing Dennis Ross, the Israeli advocate  Hassan Dai

⚬ The pro-engagement lobby and US failure with Iran
May 15, 2010
Hassan Dai

⚬ Did NIAC defraud the Congressional funds?
Examination of NIAC's internal documents released during a defamation lawsuit suggests that this organization has violated the rules governing Congressional funds.
Hassan Dai

⚬ The Iranian regime's ears in Washington
Trita Parsi reports to Tehran  Hassan Dai

⚬ Washington Times writes about Trita Parsi and NIAC  Hassan Dai

⚬ The Future of "Iran" Lobby
Hassan Dai

### The Iranian regime's ears in Washington
**Trita Parsi reports to Tehran**

[ANALYSIS] [03 Dec 2009]
Hassan Dai
Source: [http://www.americanthinker.com/2009/12/trita_parsi_reports_to_tehran.html ]

In 2008, the National Iranian American Council (NIAC) and its president Trita Parsi filed a defamation lawsuit against me. The discovery process has unearthed very valuable documents that clarify the working of NIAC and the relation of its president with influential people connected to the Iranian regime. Some of these documents raise serious concerns about the possible threat that Parsi's connections has on US national security. Some examples follow.

On September 28, 2006 Trita Parsi sent an email to Mohammad Javad Zarif, the Iranian ambassador at the United Nation. The email contained a press report that the "UN Envoy Bolton Unlikely to Get US Senate Vote". In addition to the AP report, Parsi added his personal note informing the Iranian regime's representative in the US that: "From what I hear, the below article still stands." Parsi did not reveal in that e-mail who his sources are, and how they are aware of what the Senate vote will be!

A few weeks later, Parsi reported to the Iranian envoy Zarif about the lawmakers who had decided to oppose George Bush policy on Iran. This October 25, 2006 email included:

*"Just wanted to check and see if you have seen the draft of the resolution?*

*Also, happy to hear that you will meet with Gilchrest and potentially Leach.*

*There are many more that are interested in a meeting, including many respectable Democrats. Due to various reasons, they will contact you directly (partly to avoid going through Jeremy Stone). Their larger goal is to meet with Iranian elected parliamentarians.*

*Gilchrest is a great guy, low key but very respected among Republicans as well as the Democrats. These members are very disillusioned with the Bush foreign policy and are tired to sit on the sidelines as Bush undermines the US's global position. As a result, they are willing to take matters in their own hands and they accept the political risk that comes with it."*

The next day, Zarif responded to Parsi: *"I am always open to these meetings. Your help is always welcome. I leave the modalities to your discretion."*

While we can bet on the Iranian regime having many people in the United States reporting to them, it becomes particularly alarming when a man with extensive access to congressmen and women , senators and the governmental officials looks like the Tehran's ears in Washington.

A few months later, Siamak Namzi from Tehran asked Trita Parsi to report to him about what was happening inside the Congress with respect to Iran. Namazi was at the time the managing director and partner at Atieh Bahar Consulting. The Atieh group has multiple business partnerships with the government, provided IT services for many Iranian governmental entities including the most security sensitive institutions. The group also assisted the regime in its business deals with foreign multinational. (Because of Atieh Bahar's close ties to Rafsanjani's clan, some of Atieh's leaders have been the subject of the regime's anger in the past few months.) Following Siamak Namazi's request, Trita Parsi, sent two reports to him in Tehran.

The related email exchanges between Parsi in Washington and a man in Tehran who was connected to the Iranian regime is baffling. On March 1, 2007, Parsi sent the first report about US Congress to Tehran and by email asked Siamak:

*"Any comments on teh congress piece? Was it in line with what you wanted? So sorry about the delay, will have the other one for you tonight."*

A day later, Siamak responds:

*"Thanks. Looking forward to reading what you have to say about AIPAC. And please send it soon!"*

Trita responds:

*"So terribly sorry. You this is not my style, but things have really been hectic lately. I cant wait till the baby comes because I am sure that is paradise compared to the current situation... 50% of the AIPAC piece is written. Will finish it tonight."*

On March 3, Parsi sent him the second report by email and wrote:

*"Let me know your thoughts."*

Through the discovery process, we have received the second report titled "Lobby Groups" that you can read here. Obviously, there are not too many people in Washington who send to Tehran detailed reports on what happens inside the US Congress. The first report that apparently details the Congressional policy toward Iran is still missing.

**Game plan**

As we have noted in communications between Parsi and the Iranian ambassador, the exchange of information is followed by action to influence US policy toward Iran. This coordination of action is even more astonishing with Namazi. See, how they coordinated a *"game plan"* to influence the US under Secretary of State. In early Jan 2005, they planned to meet Burns and brief him on US policy toward Iran. Once again, the communications are baffling:

Parsi: *"Btw, for the Burns meeting, I need your date of birth, city, country and ssn"* (12.18.2005)

Namazi: *"We need to meet up and coordinate."*

At the same time that they were planning to meet with Burns, Namazi and Parsi were also getting ready to hold their regular private policy discussions with few close friends who are considered as Iran experts in Washington. Namazi wrote in his email of 12.23.2005

*"Subject: RE: What do you think of this?*

*Let's try to get the group together again before we meet with Burns. That way, we will have fresh ideas. That was the 18th, huh?*

It's not a bad plan for us to sit and try to come up with some policy recs. Actually, if you like, let's have our Burns meeting (the private one) and come up with some policy ideas, then pitch them without mention of why to the group to see what sort of critiques we need to consider. I understand that we will have to focus the meeting with Burns on expat issues, but (1) most of our group is comprised of Iranian-Americans and (2) Burns is likely to ask us about generally what up in Iran too. Good to be prepared."

Parsi emailed back to Siamak and talked about their "game plan" with Burns:

"I guess the plan you list below is for us to first come up with some rec's, try them on our group, then take the modified version to Burns? That sounds good.

I think Burns is interested in hearing our views across the board. My responsibility as the NIAC president is to also present the majority view per our statistics and mention the minority view. Other than that, we should stick to the game plan."

And Namazi on 1.20,2006 wrote in his email:

"Agha, we need to carve out time to work on our discussion with Burns. If you have any policy papers I can look at, I could also start working on one for Hadley's office. Once a draft is available, we can get input from our network and make it stronger."

It is naive to believe that all communications between Trita Parsi and the Iranian officials or their associates in Iran have been disclosed.To report the goings on of Washington's politically influential circles back to the Iranian regime is quite disturbing in and of itself, but more so when consider that the reporting individual often frequents the halls of Congress, Senate, as well as the CIA and State Department.There is no indication that Trita Parsi has briefed NIAC members or directors on his communications with the Iranian regime. Therefore it is safe to assume that Even Parsi was conscious that regular NIAC members would not stomach such a cozy relations with the Iranian regime's associates.

---

Source: http://www.americanthinker.com/2009/12/trita_parsi_reports_in_tehran.html

---

facebook

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

Error in query: SELECT * FROM maghaleh WHERE nevisandeh = 'Hassan Dai' AND onvan != 'The Iranian regime's ears in Washington' ORDER BY timestamp DESC. You have an error in your SQL syntax; check the manual that corresponds to your MySQL server version for the right syntax to use near 's ears in Washington' ORDER BY timestamp DESC' at line 1

# In Search of Truth

**Reports on Mullahs's lobby in US**
**Editor: Hassan Daioleslam**

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Monday 11 April 2011 |

**ARTICLES**

◦ Did NIAC defraud the Congressional fund? Report on NIAC-NED relation
Hassan Dai

◦ NIAC's internal documents, Series 5, Part 2 How did NIAC spend the Congressional Funds?
Hassan Dai

◦ NIAC's internal documents-Series one
Lobby organization: IIC
Hassan Dai

◦ NIAC's internal documents (Series 5)
Funding from NED and EF
Hassan Dai

◦ NIAC's internal Documents-Series four
Parsi's communications with M. Javad Zarif in 2006-2007
Hassan Dai

◦ NIAC's internal document-Series three
Trita Parsi'e collaboration with Siamak Namazi
Hassan Dai

◦ NIAC's internal documents-Series two
Trita Parsi: 2001-2002
Hassan Dai

◦ The Iranian revolt and the role of pro- appeasement lobby in the US
Hassan Dai

◦ Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

◦ Twelve years of pro-Tehran lobby
Hassan Dai

◦ Iran: America's Sophie's choice
Hassan Dai

◦ Iranian regime's web of influence A money trail
Hassan Dai

◦ Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

◦ Flirting with the Mullahs
Mohammad Parvin and Hassan Daioleslam
Hassan Dai

◦ The Iranian Web of Influence in the United States  Hassan Dai

◦ Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

◦ Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
Hassan Dai

◦ Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

◦ The Iranian Lobby and the Israeli Decoy  Hassan Dai

◦ An Iranian Embassy in Boston
Hassan Dai

◦ Return from Paradise in the Left Lane  Hassan Dai

◦ Congressman Kucinich Must Find a Better Role Model than Bob Ney
Hassan Dai

◦ Ayatollahs' Lobby In Washington Offering Human Rights as a

## The Iranian Lobby and the Israeli Decoy

[ARTICLES] [25 Jan 2008]
Hassan Dai
Source: [www.iranianlobby.com]

President Mahmoud Ahmadinejad, addressing the Qods Day (Jerusalem Day) celebration, which was commemorated on October 5 in Iran, suggested the settlement of Israeli Jews in big lands like Alaska or Canada. Evidently, the more the Iranian regime is confronted with international pressure over its nuclear program or meddling in Iraqi affairs, the more inflammatory its anti-Israeli rhetoric becomes.

Tehran's theocratic dictators have several motives for their persistent threats against Israel, the least of which is concern for Palestinians. As part of their fundamentalist expansionist ideology, the Iranian regime wishes to present itself as the leader of the Islamic world and Middle East. Therefore, clerics capitalize on regional, nationalistic, and religious sentiments. Iran also uses Israel alongside the United States as a scarecrow to justify its ill intentions behind meddling in neighboring countries. Internally, Iran uses Israel and the US as a decoy to distract attention from the widespread poverty and suppression, while expending huge sums for armed forces to maintain its grip on dictatorship.

The Iranian regime has always tried to frame its confrontation with international community and its own people, as a battle between Iran and Israel. This strategic campaign is the most visible in the US where Mullahs' advocacy organizations have followed suit and repeated the same arguments, of course dressed up to fit within the boundaries of local laws and norms.

### The Iranian lobby in US

In 1999, Trita Parsi, a young Iranian-Swede living in Stockholm and Siamak Namazi, residing in Tehran, wrote a joint paper entitled "*Iranian-Americans: The bridge between two nations*" at a conference organized by the Iranian regime in Cypress.[1] The authors argued,

"An Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again."

The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). In this paper, Parsi and Namazi demonstrated an astonishing level of knowledge about how this organization functions. They proposed a roadmap for mimicking AIPAC in order to establish an Iranian Lobby in the US.

Namazi is a member of Iranian regime's inner circle and his firm is in tight cooperation with the government, especially within the oil sector.[2]

Both Parsi and Namazi have been involved in reciting Tehran's anti-Israeli propaganda abroad, toned down of course for obvious cultural and legal reasons. In his first political statement in 1997, Parsi pointed to AIPAC as one of the main reasons for the US sanctions and animosities towards Iran.[3] Similarly, his partner Siamak Namazi wrote a paper in 1998 and appealed to the Iranian Diaspora to create a lobby in the US. He wrote:[4]

"We need to get involved and for the time being the government in Iran is even encouraging such a development, albeit not always harmoniously... I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda."

Two years after their Iran lobby roadmap paper, Parsi came to the US and became Congressman Bob Ney's assistant. In April 2002, assisted by Ney and two Washington lobbyists, he founded the National Iranian American Council (NIAC).[5] Ney, a former congressman from Ohio, is currently serving prison time. His indictment was partly related to his affair with two international arms dealers hired by the Iranian regime.[5]

On several occasions, the Iranian authorities have publicly portrayed NIAC as the Iranian regime's lobby in US. For example, on December 28, 2006 the state-run newspaper, *Aftab*, in Iran published an interview with Parsi. In his introduction, the editor underlined the role of Parsi's lobby on behalf of the Iranian regime. Next to Parsi's photo, the article's title is indeed telling: "*The Iranian Lobby Becomes Active.*"[6]

On September 19, 2006, the head of the Iran Interest section in Washington, Ambassador Faramarze Fathnejad, thrilled about Parsi's efforts, underlined "the importance of relationship between the Iranian regime and Iranian-American organizations in the U.S. He especially pointed to "NIAC and its young leader who is a consultant to CNN and has been very successful in his activities".[7]

Sadegh Kharazi, the senior Iranian diplomat under Rafsanjani and Khatami, conducted the pro-Iranian regime's activities in US for six years (1989-1995). Kharazi was the man behind the 2003 grand bargain initiative; he gave a very interesting interview to *Shargh* newspaper on May 28, 2006.

During the interview, he clearly admitted the existence of an Iranian lobby in US and urged the authorities to support this lobby more actively. He pointed to Parsi's nationalistic efforts in the US and explained that the Iranian lobby in US should remain non-governmental. "The authorities should help and direct this lobby," Kharazi urged.

### Israel depicted as a burden on US

Similar to the Iranian regime's goal of putting Israel at the center of its foreign policy, its advocacy organizations have also concentrated their efforts on Israel. It is not accidental that Parsi's doctoral thesis and his only book are focused on the "Israeli problem."[8]

The Iranian lobby's campaign line is simple and efficient; Iran has always been ready to reach an agreement with the US, and the US according to Parsi "has refused to start a dialogue with Iran for the past 26 years."[9]. The reason behind US hostilities and refusal to engage Iran, they say, is Israel, and such policy contradicts American interests.

This simple approach has been dominant in Parsi's campaign for the past ten years. His first major endeavor was assisting his boss, Bob Ney, in preventing the renewal of ILSA (Iran Libya Sanctions Act) by Congress in 2001. The ILSA entailed economic sanctions against Iran. Despite a large-scale campaign by the pro-Iranian regime lobby and advocacy machinery in the US, including the efforts of the powerful USA*Engage, the act was passed overwhelmingly.

Ney harshly criticized the US administration for the failure of opening up the dialogue with the Iranian regime and blamed Israel:[10]

Negotiating Item   Hassan Dai
more ...

"I serve this country and no other. So, therefore, if another country does not like Iran, it doesn't mean that we don't talk to Iran. I'm very tired of hearing Iran doesn't get along with this country or that country. We know that. We don't particularly get along with Iran. But I don't want to hear from other countries dictating our policy of who we deal with."

Parsi was even more explicit and blamed the passage of ILSA on Israel alone. For Parsi, AIPAC had forced the lawmakers to vote against American interests: [11]

"In the Senate, the vote was 96 in favor and only two against. In the House, 409 Congressmen favored an extension whereas six opposed it; but these numbers neither reflect the mood in Congress nor the difficulties the Israeli lobby had to overcome in order to force Congress to pursue a policy that contradicts US interest."

Parsi's "blame Israel" attitude found fertile ground in 2006 when the Iranian nuclear program became the center of international attention. For Parsi, this "sudden and unjustified" world focus on Iran should be blamed on Israel. He wrote in 2006: [12]

"For more than 14 years, Israel has been the primary force countering Iran's nuclear advances. Though Israel presents the prospect of a nuclear Iran as a global rather than an Israeli problem, it has compelled Washington to adopt its own red lines and not those of the non-proliferation treaty (NPT)...Under these circumstances, US-Iran negotiations could damage Israel's strategic standing, since common interests shared by Iran and the US would overshadow Israel's concerns with Tehran and leave Israel alone in facing its Iranian rival....Israel is playing hardball to prevent Washington from cutting a deal with Tehran that could benefit America, but deprive Israel of its military and strategic supremacy."

For Parsi, it was not only the US attitude towards the Iranian nuclear issue that had been dictated by Israel, but also the international community's decision to refer the Iranian file to the UN: [13]

"With the issue of Iran's nuclear program being taken up by the U.N. Security Council, Israel's hawkish policy and AIPAC's support for Bush administration hard-liners would appear to be paying dividends."

The Israeli attitude, according to Parsi, is not limited to the nuclear issue and is a consistent policy: [13].

"From the early 1990s, Israel consistently failed to appreciate the opportunity American-Iranian negotiations could provide in alleviating the Iranian threat to the Jewish state. Rather, Israel saw such dialogue as a greater danger than Iran's anti-Israeli activities, fearing that Washington would betray Israeli security interests once faced with the opportunity to make up with Tehran."

Parsi even goes as far as blaming Israel for Tehran's support of the Palestinian factions to terminate the peace process: [13]

"In late 1992, the Rabin-Peres government broke with the "periphery doctrine" that had long guided Israeli foreign policy... and began depicting Iran as a global and existential threat, in the hope that the West would come down hard on Tehran... But rather than winning the attention of the West, Israel only made itself shine brighter on the Iranian radar, prompting Tehran to significantly toughen its stance on Israel and patch up its ideological differences with Palestinian Sunni-Islamist groups."

The Mullahs' campaign to single out Israel also has been the primary goal of Parsi's sister organization, "The Campaign Against Sanctions and Military Intervention in Iran" (CASMII) which was created in 2006. [14]

CASMII in the US primarly consisted of Parsi's circle. Six founding members of its board and advisory (the majority at that time) belonged to NIAC and Parsi's inner circle. [15] Alex Patico, the US coordinator of CASMII, is also listed as one of NIAC's founders and its treasurer. [16] Indeed, CASMII is NIAC's offspring and they work closely together. [17-19]

In order to single out Israel, CASMII's web site is regularly posting news and articles about the Israeli plan to attack Iran. These articles aim to maintain an atmosphere of permanent Israeli threat against Iran and to convince the public that the real factor to keep the heat on the Iranian nuclear issue is Israel. The essence of these weekly articles is very clear in their titles:

"An American strike on Iran is essential for our existence": AIPAC demands "action" on Iran"

"Bomb Iran: For Israel and America!"

"Israel losing patience for Iran talks"

"Israel to ready public for 'all-out war'"

"Missile Raid Would Hit Iran Nuclear Plans: Olmert"

"Revealed: Israel plans nuclear strike on Iran"

"Are We Still Going to Support Israel If They Use Nuclear Weapons?"

One of the best examples of the Iranian regime's campaign could be seen in former UN inspector Scott Ritter's activities. He visited Iran in 2006 and wrote a book titled: "Target Iran" in which he totally defended the Iranian regime's position point after point. He recently summarized his book in an article titled: "The Big Lie: Iran is a Threat" which was published by CASMII on October 9, 2007: "A careful fact-based assessment of Iran clearly demonstrates that it poses no threat to the legitimate national security interests of the United States," he wrote.

Similar to Trita Parsi, Ritter has been putting the blame of US-Iranian impasse on Israel. In a October 11, 2007 article published by CASMII, he wrote: [20]

A major impetus behind this trend towards rhetorically-based negativism regarding Iran is the influence exerted on the US national security decision making process by the government of Israel, and those elements within the United States, both governmental and non-governmental, which lobby on behalf of Israel.

Since 2004 Israel has been successful in pressuring American policy positions vis-à-vis Iran to more closely model the positions taken by Israel, up to and including a characterization of Iran as a nation pursuing nuclear weapons ambitions, operating as a state sponsor of terror, and possessing a government which is fundamentally incompatible with regional and global peace and security.

In his interview with Seymour Hersh on the TV news show "Democracy Now", *on December 21st, 2006 he declared:* [21]

"Israel now complicates America's overall policy posture vis-à-vis the Middle East, because now it becomes very difficult to treat the Palestinian situation in isolation. It becomes very difficult to treat the Hezbollah situation in isolation or to treat Iran in isolation. Israel has lumped it all together, because they know how to play the American political game, I think, better than we know how to play the American political game. So this is about domestic politics trumping intelligence and sound analytical processes."

Then, he went through a long list of Israeli activities against the Iranian regime including covert actions inside Iran, using opposition groups, unfairly accusing Iran, etc. Then, Hersh asked him why the US media does not echo Ritter's preoccupations. He replied:

"One of the big problems is — and here goes the grenade — Israel. The second you mention the word "Israel," the nation Israel, the concept Israel, many in the American press become very defensive. We're not allowed to be highly critical of the state of Israel. And the other thing we're not allowed to do is discuss the notion that Israel and the notion of Israeli interests may in fact be dictating what America is doing, that what we're doing in the Middle East may not be to the benefit of America's national security, but to Israel's national security. But, see, we don't want to talk about that, because one of the great success stories out there is the pro-Israeli lobby that has successfully enabled themselves to blend the two together, so that when we speak of Israeli interests, they say, "No, we're speaking of American interests."

It's interesting that AIPAC and other elements of the Israeli lobby don't have to register as agents of a foreign government. It would be nice if they did, because then we'd know when they're advocating on behalf of Israel or they're advocating on behalf of the United States of America.

Then, after clearing up the Iranian regime's reputation and putting the blame on Israel, Ritter turned to another US problem:

"As an American, I will tell you, Hezbollah does not threaten the national security of the United States of America one iota. So we should not be talking about using American military forces to deal with the Hezbollah issue. That is an Israeli problem. And yet, you'll see the *New York Times*, the *Washington Post* and other media outlets confusing the issue. They want us to believe that Hezbollah is an American problem. It isn't, ladies and gentleman. Hezbollah was created three years after Israel invaded Lebanon, not three years after the United States invaded Lebanon. And Hezbollah's sole purpose was to liberate southern Lebanon from Israeli occupation. I'm not here to condone or sing high praises in virtue for Hezbollah. But I'm here to tell you right now, Hezbollah is not a terrorist organization that threatens the security of the United States of America."

The long and relentless efforts of the Iranian regime to put the blame on Israel and portray the clerical rule as an innocent, non-ideological regime which only pursues the national interests of Iranian people has however never been confronted with a few hurdles.

Turning Tehran into an international gathering point for Neo-Nazis and various racist and fascist elements from around the world, contradicts the image of an Iranian regime as a victim. Here too, the intellectual imagination of Parsi's circle has been admirable.

After Ahmadinejad's famous declaration of wiping the Israel off the map, a large-scale campaign was orchestrated to argue that the peaceful president was mistranslated. [22] Strangely, the suitable translator was in Tehran. He was Siamak Namazi, the same who in 1999 along with Parsi wrote the roadmap for the Iranian lobby in the US. [23]

As the Iranian regime is coming under increasing pressure from the world to curb its desire for regional hegemony, Tehran's mullahs will intensify their harsh words for Israel. We should expect that their advocates in the US follow suit and elevate their anti-Israeli rhetoric as well.

*Hassan Daioleslam has appeared as an expert guest in the Voice of America-TV as well as other Persian media. Daioleslam has three decades of history of political activism and political scholarly analysis.*
*http://iranianlobby.com/*

Notes:

1. Iranian-Americans: A bridge between two nations: http://www.geocities.com/tritaparsi/iranamericans.PDF

2. See: "Iran's oil Mafia" at: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%E2%80%99s-oil-mafia-penetrating-the-us-political-system/#comments

3. Parsi's first organization, "Iranians for international cooperation": http://www.geocities.com/CapitolHill/Lobby/3725/trita.html

4. Siamak Namazi, "If Mehdi doesn't come" at: http://www.iranian.com/SiamakNamazi/Nov98/Reform/index.html

5. http://www.usdoj.gov/opa/pr/2007/January/07_crm_027.html

6. http://www.aftabnews.ir/vdecpoq2biqpp.html

7. http://www.topiranian.com/ngo/archives/009103.html

8. http://www.sourcewatch.org/index.php?title=Trita_Parsi

9. Statement signed by Parsi and several anti-war groups at:

http://www.downsizedc.org/blog/2007/mar/08/no_war_with_iran_coalition

10. Ney's speech, AIC, 2001 http://www.american-iranian.org/pubs/articles/Roh%20Ney%20speech.pdf

11. Parsi's organization, "Iranians for international cooperation" : http://www.payvand.com/news/01/jul/1161.html

12. Parsi: "A challenge to Israel's strategic primacy" at: http://www.bitterlemons-international.org/inside.php?id=468

13. Parsi: A modus vivendi between Jerusalem and Tehran" at: http://www.forward.com/articles/a-modus-vivendi-between-jerusalem-and-tehran/

14. CASMII's web site is illustrative of its relation with Iranian regime: http://www.campaigniran.org/casmii/. You can also read my article about NIAC and CASMII's defense of the Iranian regime at: http://www.globalpolitician.com/articledes.asp?ID=3130&cid=2&sid=4

15. These were M. Ala, S. Mostarshed, A. Patico, M. Navab, J. Fakharzadeh, and D. Pourkessali

16. http://www.globalexchange.org/getInvolved/speakers/210.html

17. http://www.niacouncil.org/index.php?option=com_content&task=view&id=647&Itemid=2

18. http://www.niacouncil.org/index.php?option=com_content&task=view&id=683&Itemid=2

19. http://www.niacouncil.org/index.php?option=com_content&task=view&id=909&Itemid=2

20. Scott Ritter: "Oil, Israel, and America: The Root Cause of the Crisis" CASMII, 10.11.2007
http://www.campaigniran.org/casmii/index.php?q=node/3057

21. http://www.democracynow.org/article.pl?sid=06/12/21/143259

22. http://www.niacouncil.org/index.php?option=com_content&task=view&id=807&Itemid=2

23. Lost in translation: Ahmadinejad never said Israel should be wiped off the map: at http://edstrong.blog-city.com/lost_in_translation_ahmadinejad_never_said_israel_should_be_.htm

---

Source: www.iranianlobby.com

---

facebook.

[Post your comment]  [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

* Chasing Dennis Ross, the Israeli advocate
* Iranian nuclear defector: A policy failure
* A former Iranian diplomat and terrorist turns to scholar at Princeton
* The pro-engagement lobby and US failure with Iran
* Did NIAC defraud the Congressional fund?
* Did NIAC defraud the Congressional funds?
* Trita Parsi: A Green Resurrection
* NIAC's internal documents, Series 5, Part 2
* NIAC's internal documents-Series one
* NIAC's internal documents (Series 5)
* NIAC's internal Documents- Series four
* NIAC's internal document-Series three
* NIAC's internal documents-Series two
* When Trita Parsi lies
* NIAC's Smoke Screen and Intimidation Campaign
* The Iranian regime's ears in Washington
* Washington Times writes about Trita Parsi and NIAC
* Congressman Kirk's remarks about NIAC
* Gary Sick is angry at Ahmadinejad
* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran

* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby
* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* Iran's Oil Mafia: Penetrating the US Political System
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranian internal politics
* Where in the World is the Moderate Ayatollah?
* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©

# In Search of Truth
Reports on Mullahs' lobby in US
Editor: Hassan Daioleslam

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Monday 11 April 2011 |

## ARTICLES

○ Did NIAC defraud the Congressional fund? Report on NIAC-NED relation
Hassan Dai

○ NIAC's internal documents, Series 5, Part 2
How did NIAC spend the Congressional Funds?
Hassan Dai

○ NIAC's internal documents-Series one
Lobby organization: IIC
Hassan Dai

○ NIAC's internal documents (Series 6)
Funding from NED and EF
Hassan Dai

○ NIAC's internal Documents-Series four
Parsi's communications with M. Javad Zarif in 2006-2007
Hassan Dai

○ NIAC's internal document-Series three
Trita Parsi'e collaboration with Siamak Namazi
Hassan Dai

○ NIAC's internal documents-Series two
Trita Parsi: 2001-2002
Hassan Dai

○ The Iranian revolt and the role of pro- appeasement lobby in the US
Hassan Dai

○ Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

○ Twelve years of pro-Tehran lobby
Hassan Dai

○ Iran: America's Sophie's choice
Hassan Dai

○ Iranian regime's web of influence
A money trail
Hassan Dai

○ Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

○ Flirting with the Mullahs
Mohammad Parvin and Hassan Daioleslam
Hassan Dai

○ The Iranian Web of Influence in the United States  Hassan Dai

○ Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

○ Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
Hassan Dai

○ Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

○ The Iranian Lobby and the Israeli Decoy  Hassan Dai

○ An Iranian Embassy in Boston
Hassan Dai

○ Return from Paradise in the Left Lane  Hassan Dai

○ Congressman Kucinich Must Find a Better Role Model than Bob Ney
Hassan Dai

○ Ayatollahs' Lobby in Washington Offering Human Rights as a

## Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

[ARTICLES] [25 Jun 2008]
Hassan Dai

Source: [www.iranianlobby.com]

The National Iranian American Council (NIAC) and its president Trita Parsi plan to organize a panel in the US House of Representatives on July 26th, 2007, titled "Human Rights in Iran and US Foreign Policy Options" [1]. According to the published agenda, representatives from Amnesty International and Human Rights Watch will participate. The sponsors of the program (NIAC and Trita Parsi) are key players in the lobby enterprise of Tehran's ayatollahs in the United States. The Iranian regime's violations of human rights have reached unprecedented levels. Its barbaric suppression of women, workers, students and dissidents, and the stoning of a man after 11 years of imprisonment, have been the subject of broad international condemnation. The reason Iran's lobby is organizing the program is twofold:

1- To present "human rights" as a negotiating item on the "engagement" table with hopes to have human rights entities argue for Tehran-friendly rapprochement, easing of sanctions and tolerance of a nuclear Iran. In a nut shell, the lobby's message is that the more West pressures the regime, the more violent it becomes, hence, lift the pressure.

2- To uphold the Ayatollahs' friends and inner circles in control of international reaction to Tehran's human rights abuses.

The Iranian regime's lobby has continuously tried to justify the Iran's clerical behavior and especially its record of human rights violations, by arguing that its causes are external factors and US coercive policies. If the Iranian American scholars are arrested, blame the US administration for allocating funds for Iranian activists. If Ahmadinejad has embarked on a policy of total repression inside the country and antagonism abroad, the blame is on US administration for the famous axis of evil speech and not supporting Khatami.

Ahmadinejad held the Holocaust conference and declared that "Israel should be wiped off the map", Trita Parsi and his cohorts not only did not condemn this anti-Iranian and anti-humanity act, but launched a campaign directed by Siamak Namazi (Parsi's main partner in Tehran) to take the fault on "neocon" media which intentionally misinterpreted Ahmadinejad's declarations [2].

The lobby's PR tactic on human rights issue in Iran is best presented in Trita Parsi's own declarations. In 2005, he called for linking improvement of the human rights situation in Iran to guarantee of security to the mullahs and the lifting of sanctions [3].

> *"While the world has focused on discussions over Tehran's nuclear capability, human rights in Iran have suffered severe setbacks.....With the rest of the world distracted by the nuclear issue, anti-democratic forces in Iran have clamped down on the Iranian democracy movement....... For Tehran, a nuclear arsenal is only really useful as a deterrent against possible US aggression. Iran does not need a nuclear deterrent against any other Middle Eastern country. .... Only security guarantees from the US, as part of a broader political arrangement, can convince Iran to agree to lasting compromises in the nuclear area."*

The mullahs' message in this article is clear: If the west does not guarantee their uninterrupted rule ("security") by providing ample financial resources (elimination of sanctions) and allowing an unimpeded path to super power status through development of nuclear capabilities, the regime will continue to suppress, kill and torture the Iranian people.

Binding accountability for Iran's barbaric suppression of the population to nuclear issues and Iran's meddling in Iraq per the demands of their US lobby, does the bidding of the ruling ayatollahs. The participation of international human rights organizations in this charade would be a grave mistake.

**NIAC, Trita Parsi and The Iranian Regime**

Officially founded in 2002, NIAC is one of the Iranian regime's Lobby arms in the US. In a recent article I wrote about NIAC and its effective role as a lobby node for Tehran's interests [4,5].

In order to better understand the relation between NIAC and Tehran, we should refer to several figures directly involved in its creation. First and foremost, is Bob Ney, a current federal prisoner and former Ohio Congressman. Ney reportedly received bribes from lobbyists and two international arms dealers in a conspiracy to circumvent sanctions to sell US-made airplane parts to Tehran [6-8]. At the time, Trita Parsi was Ney's assistant in Iran-related matters [9]. Then, there are two of Ney's accomolices in his bribery and conspiracy relations with the arms dealers. These two are well-known Washington lobbyists Roy Coffee and Dave DiStefano. Roy Coffee in a letter to the *Dallas Morning News* in February 2006 [10] justifying his relationship with Ney and the arms dealers, discussed their colaboration with Trita Parsi to create an Iranian American lobby in 2002. In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney:

> *"From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 9 months to form this committee."*

One of the most important figures behind the creation of NIAC is Siamak Namazi, who along with his sister and brother, control the *Atieh Bahar* enterprise, a major umbrella firm for several companies in Iran. Atieh's customers include the foreign corporations who wish to do business in Iran and find no option but to bribe officials. Recent fiascos involving Atieh's customers' corrupted dealings with the Iranian regime (such as Norway's *Statoil* [12], or the CEO of the French oil company *Total SA* [13] )has not changed Namazi's prominent place inside the dominant spheres of power in Tehran. Namazi's enterprise continues to provide networking and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor nearly all Iranian economic and political activities and have access to the country's most sensitive data [14]. One of the Atieh Bahar's affiliated companies is Kate Energy, which is in partnership with Iranian government in major oil projects and is a part of the Mullah's oil mafia [15].

In 1999, Trita Parsi who was then living in Sweden, and Siamak Namazi, living in Tehran, presented a project in which they explained how to create an Iranian lobby in Washington. His roadmap for creating NIAC and its modus operandi was presented at the invitation and arrangement of Hossein Alikhani at a conference called "Dialogue and Action Amongst the People of Iran and America" (DAPIA)that he hosted in Cypress in 1999. [16]. Hossein Alikhani is a former felon who in 1992, pled guilty to charges of violating anti-terrorist sanctions [17] and spent some time in US federal prisons. Recently Iran's - ayatollahs awarded him the deed for the US embassy complex in Tehran[18] for his pain and suffering in American prisons. The true reason for this very generous $1.0 billion dollar reward should be sought elsewhere.

The roadmap for the lobby in the US is described in the paper [19] titled *"Iranian-Americans: The bridge between two nations"* in DAPIA. This report comprises the manifesto and roadmap of the new Iranian lobby in the US. In this paper, the authors suggest that: "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" is *AIPAC (American Israeli Public Affairs Committee)*. The pillars of the road map are: To give the appearance of a citizen's lobby; To mimic the Jewish lobby in the US; To replace the Iranian opposition activities; To infiltrate the US political system; To break the taboo of working with the Iran's cleric rulers for the Iranian Diaspora; To improve the image of the Iran's government abroad.

Once NIAC was created in 2002, on November 25, 2002, Roy Coffee and Distefano organized a lobbying training class for NIAC in a restaurant in Washington DC area.[20,21] On January 29th 2003, Bob Ney organized a fundraising for NIAC [22]. This was at the same time that the two London based felons related to the Iranian government, had hired the Washington lobbyists and were bribing Bob Ney.

On December 28, 2006 the governmental newspaper Aftab in Iran published an interview with Trita Parsi [23]. In his introduction, the editor underlined the role of Parsi's lobby on behalf of the Iranian regime. Next to Parsi's photo, the article's title seems interesting: "The Iranian Lobby Becomes Active". The translation of parts of the paper follows:

> *"The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society*

Negotiating Item  Hassan Dai
more ...

*In moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be. The role of unofficial diplomacy (lobbying) has been correctly underlined by experts"*

On September 19, 2006, the former head of the Iran Interest section in Washington, Ambassador Faramarze Fathnejad thrilled about Trita Parsi and NIAC's efforts underlined "the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts" [24].

To this date Trita Parsi and NIAC have tenaciously followed their declared roadmap and have worked hard to improve the image of Tehran's rulers and pale Tehran unfriendly actions by the West.

**Trita Parsi and the Violations of Human Rights in Iran**

In order to understand the Iranian regime's goal of organizing the "human rights panel" in Washington, we should first examine Trita Parsi's past activities on the issue of human rights in Iran. In this regard, Parsi has previously followed his boss, Bob Ney. In his famous speech in June 2001 before the American Iranian Council (AIC), Ney criticized the US government and stressed that Iran "has a freely elected president and a parliament". Ney promised the launching of a citizen's lobby to educate the American lawmakers about Iran. [25]  In 2002 NIAC was founded. In the next several years, Ney relentlessly opposed every single bill criticizing the Iranian regime. He countered such bills by presenting a rival bill. Naturally Trita Parsi's role was to provide the "citizen's support" through sending letters and contacting the lawmakers. NIAC continuously assisted Ney's defense of the Iranian regime [26].

Parsi's efforts have not been limited to helping Bob Ney. For instance, in 2000, the human rights activists protesting Kamal Kharazi's presence in UCLA, disturbed the Iranian foreign minister's speech. While Trita Parsi had always refrained from condemnation of the torture, mass executions, rapes of women in prison, and stoning consistently carried out by Tehran's mullahs, he was outraged by this event and Kharazi's deprivation of his rights. He wrote an article, " The need for genuine human rights activists" [27].

By selectively quoting statements of the U.N. Special Representative for Human Rights in Iran, Parsi paints a rosy picture of the human rights situation in Iran.

*"...significant progress has become evident In a number of areas and sums up the report with the following words: Overall, progress is certainly being made and, in the Special Representative's view, it is very likely to continue, perhaps even accelerate."*

Parsi then harshly criticizes the human rights groups that protested the speech of the Tehran's Foreign Minister at UCLA:

*"It is quite disturbing to witness groups that title themselves as Human Rights activists, openly and blatantly opposing the freedom of speech of an individual, no matter how despised he or she may be...... Freedom of expression is a fundamental human right that cannot be denied to anyone-including a person accused of violating other people's human rights or guilty of representing a government that continues to show inadequate respect for these rights. It was therefore a sad spectacle to witness the noisy opposition by these so-called Human Rights groups to Kharazi's right to free expression at UCLA."*

For Mr. Parsi, "noisy opposition" at the speech of the envoy of an oppressive regime is a "quite disturbing" violation of "fundamental human rights" which "undermines the very idea" of human rights. He refrains from offering similar condemnation of the torture, mass executions, rapes of women in prison, and stoning that is consistently carried out by Tehran's mullahs. Nonviolent verbal protests are, for Parsi, a "sad spectacle" of "intimidation" that we should deplore and denounce, but violent, misogynous, and well-documented oppression should be addressed with "respect and dialogue":

*"We need to implement and nurture a culture of mutual respect and dialogue, and, once and for all, turn our backs on intimidation, verbal aggression and intolerance."*

## NIAC's sister organization: CASMII: denying the violation of human rights in Iran

In December 2005, Abbas Edalat, a London based computer engineer, along with several pro-regime activists, founded the Campaign Aagainst Sanctions and Military Intervention in Iran (CASMII) [28].
On January 6, 2006, Jon Tirman from MIT, one of Parsi's guests for the July 26th event, hosted a meeting for Edalat to launch CASMII in the US. This new organization was primarily consisted of Mr. Parsi's circle. Six members of CASMII's board and advisory (the majority at the time) belong to NIAC and Mr. Parsi's former organization, Iranians for International Cooperation (IIC). These were M. Ala, S. Nostanshed, A. Patico, M. Navab, J. Fakharzadeh, and D. Pourkessali [29].  Alex Patico, the US coordinator of CASMII, is also listed as one of the NIAC's founders and its treasurer [30].  Indeed, CASMII is NIAC's offspring (2 links) [31,32].
Parallel to Mr. Parsi, his cohorts have engaged in silencing the regime's critics. Two short examples are adequate evidence. One example is included below. In May 2006, one of the anti-war movement's groups released a petition called "Iran: Neither U.S. aggression, nor theocratic repression" [33].  In this petition, there was a mild reference to the Iranian regime's record of human rights violations. CASMII released a statement titled "Opposing Theocratic Repression in Iran or Playing into Hands of US Warmongers?" in which Mr. Parsi's cohorts strongly condemned the petitioners' stance against the Iranian regime:

*"It is regrettable that your petition caves into US propaganda by devoting more space in its text to condemnation of the Iranian regime, which is to a large extent based on fallacies, inaccuracies and exaggerations, than to opposing the US warmongers. As citizens or residents of western countries, our essential duty is to expose the aggressive and imperial policies of our own elected governments which we face and can impact rather than present a misleading and condescending picture of the internal situation in Iran and promote our version of "democracy" for a country with a different culture than ours. Rather than joining the bias Western media and condemning Iran for human rights violations... The war crimes and the gross violations of human rights committed by the coalition forces in Iraq and Afghanistan, the human rights issues in Israel, and the Arab client states of the United Sates, as well as the violations of the U.S. Constitution, international renditions, Guantanamo Bay, and torture, will remain our main area of public focus."*

CASMII's chief in the U.S. is Rostam Pourzal who like Edalat and Parsi is a strong advocate of Tehran's rulers. For instance, in the June 2006, a women's rally in Tehran was brutally crashed by the police. The police brutalities were widely reported by international media and human rights organizations. Pourzal came to the regime's rescue and in an article titled: "What Really Happened in Tehran", wrote [35]:

*"Contrary to dispatches by news services, I learned from an eyewitness whom I infinitely trust that he saw no beating or gassing of the demonstrators. Now I quote from his email directly: I witnessed a few women protesters being asked by some female police officers to walk away. In response the protestors [sic] started screaming hysterically at the officers and accused them of beating them, an accusation which looked unsound. "Why are you beating us?", shouted a woman protestor at a female police officer, who was visibly shaken and became speechless at such an accusation. Small crowds of bystanders would also converge on these places to see what is going on, as it is typical in the Iranian*

culture. I did not see any expression of sympathy by these bystanders and onlookers for the cause of the protesters. If, for example, equal rights for women are actually not as popular in Iran as we wish, we would be better off facing the facts and asking what we are doing wrong, instead of inventing excuses or blaming the messenger. I was stunned during a recent visit to Iran to find that President Ahmadinejad is quite popular among women from all walks of life."

Mr. Parsi's cohorts in CASMII are so concerned about protecting the image of Tehran's mullahs on the human rights issues that even Shirin Ebadi the Nobel laureate is not safe from their attacks. After her call to the international community to raise the human rights issue in their negotiations with the Iranian regime, Rostam Pourzal, smeared her in his article titled: "Dancing to Western Music".
NIAC and its sister organizations have rarely raised the issue of human rights in Iran. Nonetheless, like clockwork, those rare occasions parrot several predictable claims, namely that the human rights situation in Iran is improving; that the main reason for human rights violations is pressure from the West or resistance from the victims and the oppressed; and that those who question the regime's brutalities violate the rights of Iran's rulers. Invariably, the recommendations are to increase kindness toward the ayatollahs, to offer more carrots, and to develop pundits of a more Tehran-friendly breed.

References
1.    http://www.niacouncil.org/index.php?option=com_content&task=view&id=830
2.    http://www.iht.com/articles/2006/06/11/news/iran.php
3.    Parsi, T., "Reconnecting Iran with Democracy" Financial Times, January 2, 2005.
4.    Daioleslam, H., Available from:   http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=27787
5.    Daioleslam, H., Available from:   http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%e2%80%99s-oil-mafia-penetrating-the-us-political-system/#respond
6.    http://www.msnbc.msn.com/id/10857676/site/newsweek/
7.    http://tpmmuckraker.com/ney.php
8.    http://www.sourcewatch.org/index.php?title=Bob_Ney
9.    http://www.iranian.com/Opinion/2002/May/Group/
10.   http://frontburner.dmagazine.com/archives/013069.html
11.   http://www.atiehbahar.com/
12.   Intl. Herald Tribune – Europe, "Statoil chairman resigns from anti-corruption group board after Iran bribery case," October 20, 2006.
13.   PIERRE-ANTOINE SOUCHARD, A. Total CEO held for questioning over company's Iran activities. (March 21st, 2007) available from: http://www.adpdigital.net/
14.   http://www.azar-energy.com/
15.   http://www.worlddialogue.org/meet4.htm
16.   http://www1.umn.edu/humanrts/cases/63-05.html
17.   http://www.asianews.ir/main1.asp?a_id=27078
18.   available from: http://www.asianews.ir/main1.asp?a_id=27078
19.   http://www.niacouncil.org/index.php?option=com_content&task=view&id=64&Itemid=2
20.   http://web.payk.net/mailingLists/iran-news/html/2002/msg00572.html
21.   http://www.niacouncil.org/index.php?option=com_content&task=view&id=67&Itemid=29
22.   http://www.aftabnews.ir/vdccpoq2biqpp.html
23.   http://www.topiranian.com/ngo/archives/009103.html
24.   http://www.american-iranian.org/pubs/articles/Bob%20Ney%20Speech.pdf
25.   http://www.niacouncil.org/index.php?option=com_content&task=view&id=49&Itemid=2
26.   http://www.iranian.com/News/2000/September/rights.html
27.   http://www.campaigniran.org/casmii/
28.   http://www.campaigniran.org/casmii/index.php?q=node/70
29.   http://www.globalexchange.org/getInvolved/speakers/210.html
30.   http://www.niacouncil.org/index.php?option=com_content&task=view&id=647&Itemid=2
31.   http://www.niacouncil.org/index.php?option=com_content&task=view&id=883&Itemid=2
32.   Znet, may 18.2006, available from: http://www.zmag.org/content/showarticle.cfm?ItemID=10289
33.   CASMII, June 11, 2006  available from: [http://www.zmag.org/content/showarticle.cfm?ItemID=10407]
34.   MRZine  6.18.06; available from: http://mrzine.monthlyreview.org/pourzal180606.html
35.   The Iranians, May 4, 2006 by] [http://www.iranian.com/Pourzal/2006/May/Ebadi/index.html

Source: www.iranianlobby.com



[Post your comment]   [Total# posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

*   Chasing Dennis Ross, the Israeli advocate
*   Iranian nuclear defector: A policy failure
*   A former Iranian diplomat and terrorist turns to scholar at Princeton
*   The pro-engagement lobby and US failure with Iran
*   Did NIAC defraud the Congressional fund?
*   Did NIAC defraud the Congressional funds?
*   Trita Parsi: A Green Resurrection
*   NIAC's internal documents, Series 5, Part 2
*   NIAC's internal documents-Series one
*   NIAC's internal documents (Series 5)
*   NIAC's internal Documents- Series four

* NIAC's internal document-Series three
* NIAC's internal documents-Series two
* When Trita Parsi lies
* NIAC's Smoke Screen and Intimidation Campaign
* The Iranian regime's ears in Washington
* Washington Times writes about Trita Parsi and NIAC
* Congressman Kirk's remarks about NIAC
* Gary Sick is angry at Ahmadinejad
* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran
* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby
* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* Iran's Oil Mafia: Penetrating the US Political System
* The Iranian Lobby and the Israeli Decoy
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranian internal politics
* Where in the World is the Moderate Ayatollah?

hassan.dai@yahoo.com

Iranian lobby 2005  ©

# In Search of Truth

**Reports on Mullahs's lobby in US**
**Editor: Hassan Daioleslam**

## ARTICLES

◦ Did NIAC defraud the Congressional fund?
Report on NIAC-NED relation
Hassan Dai

◦ NIAC's internal documents, Series 5, Part 2
How did NIAC spend the Congressional Funds?
Hassan Dai

◦ NIAC's internal documents-Series one
Lobby organization: IIC
Hassan Dai

◦ NIAC's internal documents (Series 5)
Funding from NED and EF
Hassan Dai

◦ NIAC's internal Documents-Series four
Parsi's communications with M. Javad Zarif in 2006-2007
Hassan Dai

◦ NIAC's internal document-Series three
Trita Parsi'e collaboration with Siamak Namazi
Hassan Dai

◦ NIAC's internal documents-Series two
Trita Parsi: 2001-2002
Hassan Dai

◦ The Iranian revolt and the role of pro- appeasement lobby in the US
Hassan Dai

◦ Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

◦ Twelve years of pro-Tehran lobby
Hassan Dai

◦ Iran: America's Sophie's choice
Hassan Dai

◦ Iranian regime's web of influence
A money trail
Hassan Dai

◦ Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

◦ Flirting with the Mullahs
Mohammad Parvin and Hassan Daioleslam
Hassan Dai

◦ The Iranian Web of Influence in the United States  Hassan Dai

◦ Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

◦ Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
Hassan Dai

◦ Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

◦ The Iranian Lobby and the Israeli Decoy  Hassan Dai

◦ An Iranian Embassy in Boston
Hassan Dai

◦ Return from Paradise in the Left Lane  Hassan Dai

◦ Congressman Kucinich Must Find a Better Role Model than Bob Ney
Hassan Dai

◦ Ayatollahs' Lobby In Washington Offering Human Rights as a

---

NIAC's internal documents-Series one
Lobby organization: IIC

[ARTICLES]  [26 Dec 2009]
Hassan Dai
Source: [www.iranianlobby.com]

NIAC's internal documents-Series one

Trita Parsi: from Sweden to US

Lobby organization: IIC

1997 - 2001

Discovery Documents: Part One

• • • • • •

**1991: Parsi came to US as a high school exchange student and was hosted by Bob Ney**

Document: Letter for Bob

Written by Parsi to the judge in favor of Bob Ney - 1.16.2007

Quote from the original document:

"When I came to the US from Sweden in 1991 as a high-school exchange student, I was fortunate enough to get acquainted with Mr. Ney, who at the time served as a State Senator. I later ended up in a disagreement with my host-family and risked being sent back to Sweden without having completed my studies in the US. As the host-family and the organization who had arranged for my stay in the US were preparing to send me back to Sweden, Mr. Ney stepped in and took me in with his own family. It was nothing less than a random act of kindness."

---

**Who is Bob Ney?**

Trita Parsi worked closely with Bob Ney from 1997 till 2005 when his corruption was revealed to the public. Ney, a former Congressman from Ohio, was sentenced to 30 months in prison for corruption. Part of his indictment and plea agreement is related to the bribes he received from Fouad Al Zayat, an arm dealer in London who worked for the Iranian regime. For some information on Bob Ney: See this brief power presentation

---

**1996: Parsi met Siamak Namazi from Iran. Since then, Namazi has been Parsi's partner in lobbying**

Parsi told the Washington Times on 11.13.2009

http://www.washingtontimes.com/news/2009/nov/13/exclusive-did-iranian-advocacy-group-violate-laws/?page=3

Quote from the article:

"The genesis of NIAC goes back more than a decade to when Mr. Parsi was a student in Sweden. In 1996, he met another Iranian expatriate, Siamak Namazi. Mr. Namazi had a degree in urban planning but had recently joined a firm in Iran that sought to bring Western business standards to the Islamic Republic"

---

**Who is Siamak Namazi?**

He has been managing director of Atieh Bahar Consulting. Atieh group works with the Iranian government.

For a complete review of Namazi and Atieh Bahar see the following exhibits at:

http://www.iranian-americans.com/AtiehBahar-3.pdf

http://www.iranian-americans.com/AtiehBahar-4.pdf

---

**1997: Living in Swededn, Trita Parsi founded the US based organization called the "Iranians for International Cooperation (IIC), the first Iranian lobby group to remove US political and economic sanctions against Iran**

Document : IIC CV

Date: June 1999 by Parsi

Quote from the original document:

History

Negotiating Item  Hassan Dai
more ...

IIC was founded in August 1997 by Trita Parsi, the present President. While conducting research on Iran for US Congressmen in Washington DC in 1997, he recognized the necessity of establishing a lobbying organization ...

**Objectives**

IIC's main objective is to safeguard Iran's and Iranian's interests. Currently, our agenda is topped by the removal of US economic and political sanctions against Iran, and the commencement of an Iran-US dialogue.

**What we can achieve**

IIC is capable of organising the grassroots and pressure US lawmakers to pose a more Iran friendly position. We are also capable of undertaking nation-wide fax and petition campaigns. Furthermore, we have extensive contacts with the US media and can have IIC representatives participate in TV and radio debates. Moreover, we have highly educated members whit excellent diplomatic skills who can play the role of mediators between Iran and the US. We are, however, not fully capable of raising substantial amounts of money as of yet. But bearing in mind the age of our organisation, we are confident that we will double our fund-raising capacity this year.

---

Parsi described the IIC as a lobby organization

• **Document: IIC FAQ to Congress**

Date: June 1999 by Parsi

Quote from the original document:

Q: What is IIC, is it a political party or a lobby organization?

A: IIC is not a political party or even a political organization. We consider ourselves a lobby organization; we use our constitutional rights to influence our elected representatives. But we have no ambition to run for public office! We simply do not consider ourselves an alternative to the regime or to the opposition.

---

In his personal CV, Parsi explains IIC's activities

• **Document: Curriculum Vitae, Uli BOB**

By Trita Parsi, date: June 1999

Extra Curricular Activities

Iranians for International Cooperation (http://www.iic.org/)

Quote from the original document:

Founder and elected President (1997-99)

- Established the first lobby group in the US to support the normalization of ties between Iran and the US.
- Interviewed by AP, Reuters, RFE and other news agencies.

- Increased membership from 15 to 500 members worldwide in less than two years.
- Lobbied the US Congress, EU and Swedish Parliaments.

---

In another personal CV, Parsi explains IIC's activities

**Document: CV, 20010830 ECON**

Trita Parsi's resume written by himself 2001

Extra Curricular Activities

Iranians for International Cooperation (http://www.iic.org/)

Quote from the original document:

Founder and elected President (1997-99)

- Increased membership from 15 to 1000 members worldwide

- Lobbied the US Congress, EU and Swedish Parliaments.

---

Parsi worked as a lobbyist a lobby firm in Sweden

• **Document: "Standard"**

By Parsi, Auguste 2000

Quote from the original document:

"I am currently working as a strategy consultant and lobbyist at Kreab, Scandinavia's largest PR and Communications firm. At Kreab, I have advised multinationals, Internet startups and interest organizations on political, communications and strategy issues. My experience in government affairs and communications consulting has provided me with a deep understanding of teamwork, coalition building and media relations."

---

**1997: Parsi became Bob Ney's foreign policy advisor**

**Document: CV, 20020131**

Trita Parsi's resume written by himself January 2002

Quote from the original document:

**Work Experience**

**Chairman Robert Ney (R-OH)**

**Foreign Policy Advisor, Middle East and South East Asia 1997, 2001**

---

**Trita Parsi explains his work for Bob Ney**

**Curriculum Vitae US version 0724**

Trita Parsi's resume written by himself, August 2000

Quote from the original document:

Qualification Summary

- Strategy Consultant at Sweden's largest communications/lobby firm

**Congressman Robert Ney, Washington DC**

**Policy Advisor (June - August 1997)**

- Adviced on US foreign policy on Middle Eastern issues
- Monitored the political and economic situation in the Mideast
- Authored three reports on US-Iran relations which were used by Congressman Ney to alter his position vis-à-vis Iran

---

Parsi influenced Bob Ney to become the most ardent US Congressman defending rapprochement policy with Iran

**Document : IIC CV**

Trita Parsi's CV written by himself, June 1999

Quote from the original document:

**Achievements**

The first achievement of IIC can be traced back to the summer of 1997 when Trita Parsi worked as a political consultant for Congressman Robert Ney of Ohio. Congressman Ney was at the time a proponent of the US's isolation policy of Iran and had contacts with the Mujahedine Khalq terrorist organisation. Mr. Parsi was hired to consult the Ohio Congressman on his policy vis-à-vis Iran, and persuade him to reconsider his position in favour of a pro-dialogue, pro-engagement policy.

---

Parsi influenced Bob Ney to become the most ardent US Congressman defending rapprochement policy with Iran

**• Document: "Standard"**

By Parsi, Auguste 2000

Quote from the original document:

"Most of my work experience has pertained to politics, government affairs and communication. I have worked in the United States Congress as a political advisor to Congressman Robert Ney of Ohio, formulating and marketing his position vis-à-vis Iran. My job at his office was to point out to him the benefits of engagement with Iran and persuade him to change his position to favor such a policy. This task was successfully accomplished and Congressman Ney are today one of Capitol Hill's most outspoken advocates of dialogue with Iran."

---

**Another version of Parsi's CV - This time he served Bob Ney after 2001**

**• Document: WWC Coverletter**

He writes: (September 2005)

Quote from the original document:

"I believe that my background in policy making makes me particularly suitable for this project. I have served as a Foreign Policy Advisor to Congressman Bob Ney (R-OH) on a part-time basis since 2001. My work on Capitol Hill has primarily been focused on US-Iran relations and nuclear non-proliferation."

---

**Parsi describes his success to change Bob Ney's position toward Iran**

• document: "Statement of purpos"

**December 2000, written by Parsi**

Quote from the original document:

"In 1997, I worked as policy advisor on MidEastern issues to Congressman Robert Ney of Ohio. **My job was to reformulate Ney's position vis-à-vis Iran.** At the time, Ney was a supporter of the Clinton Administration's isolation policy of Iran. By identifying the long-term strategic necessity of befriending Iran and showing how such a policy should be pursued, I was successful in convincing Ney to alter his position. In 1997, he became one of the first Congressmen to propagate dialogue with Tehran. Ever since, I have continued to act as his advisor and in early September 2000, I was invited to accompany him at the Conference on Dialogue Among Civilizations held at the UN.

---

**Parsi's lobby in the US congress was coordinated with Bob Ney**

• Document: **Include Iran on FY 2001 Agriculture Appropriations Bill**

Date: 5.29.2000

Parsi wrote to Bob Ney:

Quote from the original document:

"Thank you for the conversation we had on the phone just now. Below you will find a first draft of a letter we plan to send out to our members and Iranian-American webpages. We would appreciate if you gave comments on what else could be included in or excluded from the letter.

We are mostly interested in comments regarding the amendment itself, and perhaps arguments you wish to emphasize.

We would also appreciate if we could continue this communication so that we can adapt our activities to the developments in Congress.

At this stage, we believe that a fax/telephone/letter/email campaign will be more effective than a petition. But if you believe that a petition would be useful, we can launch one over the net."

---

Source: www.iranianlobby.com

---

facebook

[Post your comment]   [Total: posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Daï

• Chasing Dennis Ross, the Israeli advocate
• Iranian nuclear defector: A policy failure
• A former Iranian diplomat and terrorist turns to scholar at Princeton
• The pro-engagement lobby and US failure with Iran
• Did NIAC defraud the Congressional fund?
• Did NIAC defraud the Congressional funds?
• Trita Parsi: A Green Resurrection
• NIAC's internal documents, Series 5, Part 2
• NIAC's internal documents (Series 5)
• NIAC's Internal Documents- Series four
• NIAC's internal document-Series three
• NIAC's internal documents-Series two
• When Trita Parsi lies
• NIAC's Smoke Screen and Intimidation Campaign
• The Iranian regime's ears in Washington
• Washington Times writes about Trita Parsi and NIAC
• Congressman Kirk's remarks about NIAC
• Gary Sick is angry at Ahmadinejad

* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran
* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby
* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* Iran's Oil Mafia: Penetrating the US Political System
* The Iranian Lobby and the Israeli Decoy
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranian internal politics
* Where in the World is the Moderate Ayatollah?
* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©