

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :

IRANIAN AMERICAN COUNCIL          :

      Plaintiffs          :

      V.          :     Civil No.:

DAIOLESLAM SEID HASSAN,          :     08 CV 00705 (JDB)

      Defendant          :     Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

Continued deposition, videotaped, of Dr.
Trita Parsi, was taken at the Law Offices of Sidley
Austin, LLP, 1501 K Street, NW, Sixth Floor,
Washington, DC 20005 commencing at 9:03 a.m. before
Sherry L. Brooks, Professional Court Reporter and
Notary Public, in and for the District of Columbia.

* * *

```
 1    APPEARANCES:

 2

 3    PISHEVAR & ASSOCIATES, PC
      BY:   ADRIAN V. NELSON, II, ESQUIRE
 4          A.P. PISHEVAR, ESQUIRE
            PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:   TIMOTHY E. KAPSHANDY, ESQUIRE
            JOSHUA J. FOUGERE, ESQUIRE
11          ERIC GALVEZ, ESQUIRE
      One South Dearborn
12    Chicago, IL  60603
      (312) 853-7643
13    (312) 835-7036 (Fax)
      E-mail:  Tkapshandy@sidley.com
14             Jfougere@sidley.com
               Megalvez@sidley.com
15    Representing the Defendant

16    ALSO PRESENT:

17        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
18        Mia Marbury, Videographer

19

20

21

22
```

1   it was 40 or 50 or 60 -- I didn't count -- but it was

2   a pretty large setting.

3       Q.   Who is Rahim Mashaei?

4       A.   Rahim Mashaei is, I believe, a somewhat

5   controversial figure in Iran.  He is a person who is

6   -- I think he is in the position of Chief of Staff

7   because many of the conservatives for whatever reason

8   don't like him, even though he doesn't necessarily

9   seem to be very different from them.

10          So I think his position is Chief of Staff,

11  but I'm not 100 percent sure.  I think at some point

12  he has held other positions in the Iranian

13  government.

14      Q.   What positions do you understand him to

15  have held in the Iranian government?

16      A.   I think he has held the position as vice

17  president, but I think -- I'm not sure if that is the

18  position that he currently holds.

19      Q.   At one time, he was the vice president?

20      A.   I think so.

21      Q.   Other than this meeting in New York where

22  he may have also been present in the same room with

Page 218

1   you and President Ahmadinejad, have you ever met him
2   anywhere else on the face of the earth?
3       A.    I do not recall ever having met him again,
4   no.
5       Q.    What about Hashemi Samareh?
6       A.    Hashemi Samareh attended some, if not all,
7   of those Pugwash meetings that were held in Europe. I
8   do not recall Samareh attending any meetings in
9   Israel.
10      Q.    Have you ever met Hashemi Samareh anywhere
11  in the United States or outside of the United States?
12      A.    As I mentioned to you, he was at the
13  Pugwash meetings, yes.
14      Q.    How many?  Which ones?
15      A.    I believe I attended -- again, if you
16  permit me to take a look at my calendar, I can
17  probably have a more accurate remembrance of how many
18  meetings there were.
19      Q.    How many Pugwash meetings there were?
20      A.    That I attended.
21      Q.    Well, let's continue.  We were in 2008,
22  right?

```
 1        A.     Correct.

 2        Q.     You don't believe that there was one in

 3    New York.

 4               Let me hand you what we'll mark --

 5        A.     I don't recall the Pugwash meeting in New

 6    York, no.

 7               MR. KAPSHANDY:  Let me hand you what we'll

 8    mark as your Deposition Exhibit Number 98, which, per

 9    your request, is the E-mail string that I was

10    referring to earlier from Emily Blout.

11               THE REPORTER:  98?

12               MR. NELSON:  Do you mean Exhibit 90?

13               MR. KAPSHANDY:  I will defer to you,

14    counsel.  Yes, you are correct.  Mr. Parsi, if you

15    want, I'll remark that.

16               For the record, I'm handing you what we'll

17    mark as Exhibit 90, a September 17th, 2008 E-mail

18    from Emily Blout to Chris Homan, apparently a Durbin

19    staffer, describing Pugwash and mentioning Pugwash

20    talks the next week in New York City.

21               (Exhibit Number 90 was marked for

22    identification and was attached to the deposition.)
```

Page 252

1    Columbia University to give a talk on the book, and

2    my book which I believe was released only two or so

3    weeks before this date of 9/11/2007 -- which brings

4    me to suspect that based on the information you have

5    provided me here, that that is exactly what this

6    calendar entry is, my --

7         Q.    Turn to the next page, please, 9/12/2007,

8    2:00 p.m., it says Khazaei?  Do you see that?

9         A.    Um-hum.

10        Q.    Who is Khazaei.

11        A     There's many differently Khazaeis.

12        Q.    Well, at the time, the United Nations

13   ambassador from Iran was a gentleman by the name of

14   Khazaei, was it not?

15        A.    I don't remember if he was ambassador at

16   that time, but later on, there's an ambassador -- I

17   think he still serves -- who's name is Khazaei.

18        Q.    By the same spelling as you have there in

19   your calendar, correct?

20        A.    I don't know if there's many other ways of

21   spelling that.

22        Q.    And it shows a meeting from 2:00 p.m. to

Page 253

1    3:00 p.m. at no particular place.  It just says

2    Khazaei, correct?

3         A.    Correct.

4         Q.    And that doesn't refresh your recollection

5    as to whether you met with Ambassador Khazaei from

6    Iran to the United Nations on September 12, 2007?

7         A.    I have met with Ambassador Khazaei.

8    Whether this is a meeting with him or not, I don't

9    know.  I see also that, apparently, that same day or

10   the day after I had radio interviews in Wisconsin

11   over the radio station in Wisconsin.

12              And I also see after that, there's an

13   entry for a radio interview with a radio station in

14   Montana, which also says discuss your book,

15   "Treacherous Alliance."  And again, this is the time

16   in which my book was released.

17        Q.    I'm sorry.  I don't believe I asked you if

18   you did any radio interviews.  It will go a lot

19   faster if you just try and answer the question.

20              The question was the reference to Khazaei

21   at 2:00 p.m. on 9/12/2007, was that a meeting with

22   Ambassador Khazaei in New York when you were in New

1   York?

2       A.    I do not recall if that is a meeting with

3   Khazaei, and also based on my calendar, I'm not sure

4   if I was in New York at the time, because,

5   apparently, I had a radio interview with Wisconsin.

6             So as to your question, I do not recall if

7   that meeting is with Ambassador Khazaei or not.

8       Q.    Turn back to the previous page.  Now, is

9   it possible -- I know you give interviews to radio

10  stations all over the country in some really small

11  towns.

12            Do they sometimes do those over the

13  telephone?

14      A.    Yes, they do.

15      Q.    It's a lot cheaper than flying you out to

16  some of these places all the time, right?  It's not

17  like people can see you on the radio?

18      A.    It has happened that I've been invited to

19  do a radio interview in a city far away in a studio.

20  I don't recall going to Wisconsin for that, however.

21      Q.    Further up on that page under 9/6/07, I

22  see an entry to someone named Slattery --

1       Q.      Headed up by Genevieve Lynch?

2       A.      Correct -- oh, I don't know if she was the

3    president of the foundation.  I know she was part of

4    that foundation.

5       Q.      Turn, if you could, please, to a few pages

6    back, July 19th, 2007.

7       A.      Um-hum.

8       Q.      Do you see there's reference to a meeting

9    with Mohammad Nia, 12 p.m. to 1:30 p.m. and the

10   address given is 67 and 1st, correct?

11      A.      Yes.

12      Q.      Now, that's the way streets are numbered

13   in New York City, is it not?

14      A.      Not exclusively, but yes.

15      Q.      Well, you put it on your calendar.  You

16   had to figure out where to go.  When you see 67 and

17   1st, what does that tell you?

18      A.      I don't recall this specific entry, so I

19   don't know why.

20      Q.      Well, where would you have met -- and this

21   is Mohammad Nia, who is the assistant to the

22   ambassador at the mission to the United Nations from

1   the government of Iran, is it not?

2       A.      Stop right there.  You said that he's the

3   assistant?

4       Q.      Well, how would you describe him?  What

5   was his title?

6       A.      I don't remember.  I thought -- I was

7   under the impression that he was the press secretary.

8       Q.      Okay.  But he was with the mission,

9   correct?

10      A.      Correct.

11      Q.      He's a member of the government of Iran?

12  He's employed by the government of Iran, is he not?

13      A.      Correct.

14      Q.      Did he come down to Washington, DC to meet

15  with you or did you meet with him in New York?

16      A.      It seems like I met with him in New York.

17      Q.      Now, right above that, we see for July 19,

18  2007, 8:00 p.m. to 10 p.m. the name Amjad, correct?

19      A.      How does this work?  Why is the 8:00 p.m.

20  before the 12 p.m.?

21      Q.      It's just way it works, unfortunately,

22  when it's exported into Excel.  It has the dates in

1    the right order but the times are slightly out of

2    order --

3         A.    I see.

4         Q.    -- so I caution you of that.  They don't

5    come correctly in order within the day.  You may have

6    to look at the times closely.

7              But, in fact, the record does reflect a

8    meeting with an Amjad at 8:00 p.m. to 10 p.m. on July

9    19th, 2007, does it not?

10        A.    It does.

11        Q.    And would that be Amjad Attalah?

12        A.    It may have been.

13        Q.    Well, look at the address, 1308 Clifton

14   Street, Northwest, Apartment 208.

15        A.    Okay.

16        Q.    Does that sound like Amjad's address?

17        A.    That does sound like Amjad's address, yes.

18   I mean, it sounds like a DC address.  If Amjad lives

19   here or not, I'm not 100 percent sure.

20        Q.    Let me suggest this:  If you Google that

21   address, you find that Amjad Attalah lives there,

22   even today.  Would that surprise you?

Page 261

```
 1              MR. NELSON:  Objection.
 2              THE WITNESS:  I don't know where Amjad
 3    lives today.
 4              BY MR. KAPSHANDY:
 5       Q.    Have you ever met with him at his
 6    apartment?
 7       A.    You are saying this is an apartment?
 8       Q.    Have you ever met with Amjad Attalah at
 9    his apartment or condo?
10       A.    I have been invited to dinner with Amjad.
11    And at the time, that was also, I believe, his then
12    wife and it was Ken Pollack from the Brookings
13    Institute, and Andrea Mitchell from CNN.  Ken and
14    Andrea are married.
15       Q.    And that dinner was at his condo or his
16    apartment or somewhere else?
17       A.    No.  I believe that was at his house.  Or
18    if I remember his house correctly, it is a condo.
19    Now, that may not mean that it's not at the same time
20    an apartment.  Some of these condos in DC are both --
21    or a townhouse apartment.
22       Q.    In any event, back to -- .
```

1         A.    That is an evening meeting, correct?

2         Q.    Right.  And we know earlier in the day you

3    were up in New York City meeting with Mohammad Nia

4    from the mission, correct?

5         A.    That is what my calendar seems to

6    indicate.

7         Q.    It seems like a long day.

8         A.    Can you see what kind of a day July 19th,

9    2007 is?  Is it a Friday?  Is it a Saturday?

10        Q.    We'll look at it, but my question for you

11   is:  Why were you meeting with Mohammad Nia in New

12   York City?  Do you know?

13        A.    I have had regular meetings with many

14   different individuals from many different

15   governments.

16        Q.    We're just talking about Iran right now.

17   We'll talk about some of the other governments later

18   if we have time, but try to focus here, okay?

19              My question for you is:  Why were you

20   meeting with Mohammad Nia on this date?

21        A.    I don't recall exactly why there was that

22   meeting.  As I mentioned, I meet regularly with

1    officials from many different countries, including

2    Iran, including Israel, including many of the

3    European states.  That's part of what I do as an

4    academic and a scholar who studies the Middle East.

5          Q.    July 19, 2007 was a Thursday.  Does that

6    help you?

7          A.    It was a Thursday?

8          Q.    Right.

9          A.    That strengthens my suspicion that an 8:00

10   to 10:00 p.m. meeting or a calendar entry with Amjad,

11   which is listing his home address, apparently, was

12   the dinner that I was at at his house with Ken

13   Pollack and Andrea Mitchell.

14         Q.    And you can't remember why you were

15   meeting with Mohammad Nia?

16         A.    No.  No.  No.  Is it Andrea Mitchell?

17   Andrea Kopel -- yes, sorry.  Her name is Andrea

18   Kopel.

19         Q.    The question is:  Do you remember what the

20   meeting with Mohammad Nia was about?

21         A.    I do not recall what that meeting was

22   about, but it may have been similar to many other

1                           CERTIFICATE

2             I hereby certify that the witness was duly

3     sworn by me and that the deposition is a true record

4     of the testimony given by the witness.

5

6             _____

7             Sherry L. Brooks, Court Reporter

8

9     (The foregoing certification of this transcript does

10    not apply to any reproduction of the same by any

11    means, unless under the direct control and/or

12    supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22