

# I  S arch of Truth

**Reports on Mullahs's lobby in US**
Editor: Hassan Daioleslam

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | ⋯ ▾ |   Friday 18 June 2010 |

## ARTICLES

▸ Did NIAC defraud the
Congressional fund?
Report on NIAC-NED relation
Hassan Dai

▸ NIAC's internal documents,
Series 5, Part 2
How did NIAC spend the
Congressional Funds?
Hassan Dai

▸ NIAC's internal documents-
Series one
Lobby organization: IIC
Hassan Dai

▸ NIAC's internal documents
(Series 5)
Funding from NED and EF
Hassan Dai

▸ NIAC's internal Documents-
Series four
Parsi's communications with M.
Javad Zarif in 2006-2007
Hassan Dai

▸ NIAC's internal document-
Series three
Trita Parsi'e collaboration with
Siamak Namazi
Hassan Dai

▸ NIAC's internal documents-
Series two
Trita Parsi: 2001-2002
Hassan Dai

▸ The Iranian revolt and the
role of pro- appeasement lobby
in the US  Hassan Dai

▸ Iranian regime, the War in
Gaza and Trita Parsi  Hassan
Dai

▸ Twelve years of pro-Tehran
lobby  Hassan Dai

▸ Iran: America's Sophie's
choice  Hassan Dai

▸ Iranian regime's web of
influence
A money trail
Hassan Dai

▸ Did the NIAC Defraud the
National Endowment for
Democracy and Congress
Hassan Dai

▸ Flirting with the Mullahs
Mohammad Parvin and Hassan
Daioleslam
Hassan Dai

▸ The Iranian Web of Influence
in t¥e United States  Hassan
Dai

▸ Pro-Ayatollahs Disinformation
and Manipulation Campaign by
Washington Think Tankers
Hassan Dai

▸ Iran's 2003 Grand Bargain
Offer: Secrets, Lies, and
Manipulation  Hassan Dai

▸ Iran's Oil Mafia: Penetrating
the US Political System  Hassan
Dai

## Iran's Oil Mafia: Penetrating the US Political System

[ARTICLES]  [23 Jun 2008]
Hassan Dai
Source: [www.iranianlobby.com]

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006. On October 13, 2006 Ney pled guilty [1] to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal. Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen – a felon and an arms dealer – in exchange for using his position to advance their interests.

Conspicuously missing from this dossier of disservice to the country is Ney's masterful creation of an active and disguised Washington-based lobbying enterprise for the Iranian theocratic regime, The National Iranian-American Council (NIAC). NIAC is an effective node of Tehran's comprehensive US lobbying web. This article will address the creation of NIAC, the motives underlying its formation, NIAC's manifesto, Tehran's role, NIAC's connection to Iran's oil mafia, and NIAC attempts to penetrate the US political system.

### Creation of NIAC

The main actors behind the creation of the National Iranian-American Council (NIAC) were four non Iranian-Americans: Roy Coffee, Dave DiStefano, Bob Ney and Trita Parsi. Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip for Bob Ney to meet a known felon and a Syrian arms dealer in an effort to circumvent sanctions to sell US-made airplane parts to Tehran. [2]

Roy Coffee sent a letter to the Dallas Morning News in February 2006 to justify his relationship with the two London-based felons. Part of the letter discussed the creation of NIAC in 2002. In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney: [3]

> From the meeting Darius, Dave and I began to work with Trita Parsi, another Iranian-American, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 8 months to form this committee.

Trita Parsi at the time was a Swedish-Iranian graduate student in his early twenties with ties to Iran's ambassador in Sweden. [4] He was working part time as a Congressional aid in Ney's office in Washington on a temporary visa. Parsi was subsequently appointed president of NIAC. Should we believe that one of the most expensive lobbying teams in the US, one of the most corrupt lawmakers in Washington and a Congressional aid in his office, none of them Iranian-American, worked hard for nine months out of their humanitarian concern for the Iranian people?

### The New Lobby

In the 1990's, the American-Iranian Council (AIC), with backing from multinational oil companies, was a front for the Iran's lobbying efforts in the US. Houshang Amir-Ahmadi served as its president. Amirahmadi has been an active pro-Tehran player in the US since the early 1980s. While residing in the US, he was also a presidential candidate in Iran's elections. He officially collaborated with different Iranian institutions and notably the foreign ministry. [5] In 1998 and 2000 Trita Parsi was closely working with Amirahmadi and was well positioned in the leadership of AIC. [6][7]

In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to improve US-Iran relations. Despite extraordinary pressure from this lobby, ILSA passed overwhelmingly.

Prior to his imprisonment, Bob Ney, in concert with AIC, was Tehran's adopted warrior in Washington as he relentlessly led Congressional efforts to end ILSA and initiate Tehran-friendly policies. Ney, disappointed and angered by the ILSA vote, began to plan for the next battle of the war.

> The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and forming a citizen's lobby to make sure that members of Congress and their offices are educated on this issue.
>
> —Speech to AIC, June 2001. [8] (Emphasis added).

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their true wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

> Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right direction.
>
> —Iran Analysis, July 2001, Peyvand/ Iran News [9]

Their failure to block the renewal of ILSA marked the start of a new era for the pro-Iran lobby in the United States. The lobbyists recognized that they must broadly reach out to Iranian-Americans. Iran became directly involved in creating, organizing and implementing a far-reaching lobbying campaign in the US, fundamentally different in its organization, which targeted the strategic needs of Tehran's rulers. The creation of NIAC as the main executer of this new endeavor had been meticulously planned since the late 1990s. Parsi stepped down from the board of directors of the AIC. An influential US Congressman and a posh Washington lobbyist came to Tehran's help to create NIAC. An unknown Iranian Swedish student was selected to serve as president of this new organization.

Trita Parsi was the regime's trusted man within the new network. Tehran's faith in Parsi was so profound that in 2003 when Iran decided to send a highly secret proposal for negotiations to the White House, Parsi was called on to arrange the delivery of the message through Bob Ney to Karl Rove. Parsi, admitted that "he was the point person for Ney in helping to manage this issue." [10]

### Trita Parsi and the Regime's Inner Circle

During the eight years of Rafsanjani's presidency, which ended in 1997, the Iranian regime had attempted without success to attract the Iranian Diaspora to its cause. Khatami's presidency recharged Tehran's efforts. With the Supreme Leader's direct involvement, the High Council for Iranian Compatriots Overseas was created in 2000 under the auspices of the Foreign Ministry. The President heads the Council, and the Foreign Minister serves as its deputy director. The Ministry of Intelligence and the Ministry of Culture and Islamic Guidance collaborate to implement the decisions of the council. The objective was to create a network of organizations to infiltrate and seemingly represent the Iranian community abroad, and promote policies favorable to the Iranian government. Tehran anticipated that this strategy would neutralize opposition activities abroad and legitimize the new lobby.



EXHIBIT
9

• The Iranian Lobby and the Israeli Decoy  Hassan Dai

• An Iranian Embassy in Boston  Hassan Dai

• Return from Paradise in the Left Lane  Hassan Dai

• Congressman Kucinich Must Find a Better Role Model than Bob Ney  Hassan Dai

• Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item  Hassan Dai

more ...

In a very interesting interview in 2006, Sadegh Kharazi, the Iranian diplomat behind the 2003 grand bargain proposal, explained the nature of an Iranian created lobby in U.S which according to him, should not wear the Iranian state label on it but the authorities could assist and direct it. During his interview and in order to explain such lobby, he brings the example of Trita Parsi's effort to defend the Persian Gulf name. Kharazi admitted clearly that "there is actually an existing Iranian lobby in US" [11]

State-sanctioned Iranian newspapers have always promoted Trita Parsi and NIAC. The former head of the Iran interest in Washington, Ambassador Faramarze Fahnejad, was thrilled about Trita Parsi's efforts and NIAC, highlighting [12] "the importance of relations with Iranian organizations in the U.S and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts." The Iran Ambassador even claimed 20,000 members for NIAC (while only 150 is claimed by NIAC itself)! The most interesting element is an editorial by the state controlled news outlet "Aftab" which in 2006 posted an article about the Iranian nuclear issue. Next to Trita Parsi's photo was "The Iranian lobby becomes active" and it explained the role of Iranian American lobby to support the regime's nuclear policy. [13]

But token rhetorical support would not alone turn an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. Understanding the NIAC activities in the US necessitates familiarity with Trita Parsi's main partner in Iran, Siamak Namazi, one of the most important figures of this new lobbying enterprise and a prominent member of the Iranian oil Mafia.

Namazi, along with his sister Pari and brother Babak, control the Atieh enterprise [14] in Iran and its three sister-companies Atieh Roshan, Atieh Bahar and Atieh Associates, as well as numerous other direct and indirect partnerships, including [15] Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services and MES Middle East Strategies. Particularly noteworthy is the fact that Baquer Namazi [16] (the father) is the Chairman of Hamyaran, an umbrella organization for the NGOs in Iran – a man of considerable influence in the internal and foreign affairs of the country.

Atieh claims to be a "... fully private strategic consulting firm that assists companies to better understand the Iranian market, develop business and stay ahead of competition." People familiar with the oil industry in Iran know what this description is code for. In reality, Atieh is notorious for being a conduit for racketeering, bribery and money laundering, mainly for corrupt Iranian rulers. Atieh's customers include the foreign corporations who wish to do business in Iran and find no choice but to bribe officials. One of their fiascos involved Norway's Statoil, [17] a customer of Atieh Bahar. [18] Their bribery of Iranian officials through consultants was exposed by the US Securities and Exchange Commission and the Department of Justice. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norwegian governments for "payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field."

The most recent debacle of Atieh enterprise was in March of 2007, when the CEO of the French oil company Total SA [19] was charged for bribery of Iranian high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

Tehran's trust in Namazi is elucidated by the fact that his enterprise provides the network and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor [20] nearly all Iranian economic or political activities and have access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran.

While representing Tehran, Namazi, disguised as a scholar, [21, 22] travels to the US to seemingly pursue academic activities through think-tanks close to the Iranian regime. This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars." Mohammad Mahallati [23] who was also the Iranian ambassador to the UN in the late 1980s, Farhad Atai and, Abbas Maleki. [24] In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

Trita Parsi and Namazi worked very closely on developing the details of the grand plan of forming an Iranian-American "Citizen's Lobby" in the US. They traveled to Iran together. [25] They organized joint conferences and meetings, launched lobbying projects and wrote joint papers.

## The Roadmap

In 1999, Parsi and Namazi presented a joint paper titled, "Iranian-Americans: The bridge between two nations," at the DAPIA conference organized by the Iranian government in Cypress. [26] This report comprises the manifesto and roadmap of the new Iranian lobby in the US. In this paper, the authors suggest that "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). The pillars of the road map were

- To have the appearance of a citizen's lobby
- To mimic the Jewish lobby in the US
- To impede Iranian opposition activities
- To infiltrate the US political system
- To break the taboo of working with Iran's cleric rulers for the Iranian Diaspora
- To improve the image of the Iran's government abroad.

In their report, Namazi and Parsi admitted that the Iranian community by large rejects the clerical regime and there is no hope that this community will help a pro-regime lobby in the US

This group's [Iranian Americans] role has not been utilized anywhere close to its potential, however, for several reasons: A good portion of them were against the IRI [Islamic Republic of Iran], therefore would not do anything to help. The point is, the said group [Iranian Americans] was not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic

This was also underlined by Roy Coffee, one of the NIAC's founders [27]

We [NIAC's founders] found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved.

The lack of genuine participation from the Iranian-American community in this lobby has been overcome with a sophisticated machine of professional lobbyists and "friendly" circles that favor a rapprochement with the Iranian regime.

Tehran's Advice: Mimic Jewish Lobby in Washington

One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration was so strong that an organization [28] was created and called IAPAC (Iranian American Political Action Committee) as compared with AIPAC (American Israeli Public Affairs Committee). Three of IAPAC's board members came from the AIC's leadership. [29]

In their 1999 DAPIA paper, Parsi and Namazi analyzed at length the techniques used by AIPAC, and suggested that the same approach should be taken to create an Iranian lobby in Washington:

Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian- American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again.

Trita Parsi has been reciting this comparison to the Israeli lobby since the late 1990's, about the time that the High Council was formed.

At the beginning his tone was more contentious and resembled the mullah's usual rhetoric. While he has toned down his anti-Israeli remarks in his English communiqués, the governmental newspaper Aftab published on December 28, 2009 an interview with Trita Parsi.[30] In his introduction, the reporter underlined the role of Parsi's lobby on behalf of the Iranian regime. The article's title is interesting: "The Iranian Lobby Becomes Active." Translation:

> The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be.

In coordination with Trita Parsi, Siamak Namazi also started singing the same songs.[31]

> I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the finer skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda.

**Not Lobbyists?**

As Ney's criminal bribery and lobbying fiasco became more public, NIAC's president Trita Parsi attempted to deny the lobbying nature of NIAC. NIAC was not registered as a lobbying organization, and lobbying activities would have been illegal. Furthermore, being lobbied by a former aid would have added to Ney's already complicated and ugly situation and impede Parsi's career in Washington! Therefore in an interview with Washington Prism in 2005, Parsi in response to a direct question asking whether his group lobbies the US congress, declared:[32]

> Our group does not do any lobbying at all. We do not contact the Congressmen to support or oppose a bill.

Reality exposes the falsehood of Parsi's claim. NIAC has strived to penetrate the US political system as per the 1999 road map by Namazi and Parsi. NIAC's actions lucidly reveal the nature of the organization. The Washington Post reported on June 29, 2008.[33]

> The NIAC website persuaded a dozen conservative House members to sign a letter to President Bush earlier this month calling for unconditional negotiations with Iran's regime.

The external communications of Parsi and other NIAC leaders shed further light on NIAC's lobbying activities.[34, 35, 36] Bob Ney, Roy Coffee, and Dave DiStefano arranged numerous workshops, training classes, seminars and speeches in which they themselves and others with experience prepared members and affiliates of NIAC to lobby and influence Congress. Parsi, Namazi and Ney organized public gatherings and discrete and exclusive fundraiser events (with $1,000 plates). They developed training manuals on lobbying.

NIAC itself admits that.[34] In 2002, Congressman Ney benefited from letters sent by Iranian-Americans through NIAC's Legislative Action Center in support of his resolution on US Iran relations."

**Infiltrating Congress**

Trita Parsi, Namazi and company fully intended to infiltrate the US Congress. Its methods included both engaging unsuspecting Iranian-Americans working in various Congressional offices and recruiting and placing young Iranian-Americans to serve as interns or pages in these offices by offering room, board and financial incentives. NIAC's website brags of success stories in this venture. The young Iranian-American Press Secretary for Rep. Marcy Kaptur is drafted to help in improving the lobbying skills of NIAC members and affiliates. An Iranian-American student at the University of Minnesota receives a financial scholarship in his senior year and becomes an Intern in Senator Norm Coleman's (R-MN) Washington office.[37] Another intern, a graduate of the University of South Florida, is placed in Congressman Jim Davis' (D-FL) Washington, D.C. office. Expanding the operation to penetrate the US political system, NIAC has now formally implemented a paid trainee program and is actively in search for unwary Iranian- American youth.

**Conclusion**

Since the early 1990's, Tehran has embarked on developing a sophisticated lobby enterprise in the United States. Iran's government has devoted significant manpower and financial resources to this cause. This lobbying enterprise consists of a complex, convoluted and intermingled web of entities and organizations with significant overlap of leadership and rank and file, and heavy involvement of the notoriously mafia-like inner circles of the Iranian regime. Disguised as scholars, many of the former Iranian government officials reside in the US and constitute an important piece of the lobbying machine. NIAC and its major figures, such as Bob Ney and Trita Parsi, are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends.

**PS**

There is confusion about the role that Coffee, Ney, Distefano and Baghai played in the creation of NIAC. There is a clear contradiction between NIAC's story and Coffee's letter. here is NIAC's response to my claims:

*"Mr. Daioleslam's article is full of fiction, misquotations and fabrications. It makes the spurious and unfounded claim that NIAC was founded by Roy Coffee, Dave DiStefano, Representative Bob Ney, and Trita Parsi as a lobbying organization for the Islamic Republic of Iran. In addition, the Daioeslam article incorrectly and without any responsible corroboration states that Darius Baghai, an Attorney, was a founding member NIAC. Mr. Baghai has never participated in any of NIAC's events. On the contrary, NIAC was founded in early 2002 by Alex Patico, Trita Parsi, Babak Talebi, and Farzin Ilich as a 501 c (3) non-profit education organization with the express mission to promote Iranian-American civic participation. Neither Mr. Coffee, Mr. DiStefano, Mr. Baghai, nor Representative Ney had any involvement in NIAC's inception. In addition, NIAC has no ties whatsoever to the government in Iran. Years ago, Roy Coffee, Darius Baghai and Dave DiStefano, independent of NIAC, were briefly involved in trying to create an Iranian-American lobby group whose focus was on improving the image of Iranian-Americans in the United States, as well as highlight issues such as easing visa restrictions, promoting cultural ties, and preventing descrimination against Iranian Americans living in the U.S. In fact, that non-partisan lobbying group was mandated to only deal with domestic U.S. issues and take no position or involvement in US foreign policy concerning Iran. Mr. Daioleslam has mischaracterized the mission of this group and confused it with NIAC without ever contacting any of the people actually involved. This can only be characterized as poor and unethical journalism."*

To read NIAC's response, go to: http://www.niacouncil.org/index.php?
Itemid=59&id=744&option=com_content&task=view

**Endnotes**

1.        DOJs document, September 15, 2008 http://www.usdoj.gov/opa/pr/2008/September/08_crm_826.html
Kiel, P. "Ney Faces Possible 2 Years Plus in Prison."
http://www.tpmmuckraker.com/archives/002532.php (09-15-2006).
2.        Dallas Morning News, January 24, 2006 http://www.dallasnews.com/sharedcontent/dws/dn/latestnews/stories/012506
dnmetlobbyists.122fa5b0.html

3.   RE: A LAWYER IN TROUBLE. Front Burner, (February 1, 2006). http://frontburner.dmagazine.com/archives/013069.html
4. Dialog between Iranian Ambassador and Iranian exiles in Sweden.
http://www.payvand.com/news/00/mar/1050.html (03/13/00).
For more information, seethe exhibit One about Into Parsi at http://www.iranian-americans.com/Document1-Parsi.pdf
5. Dariush Sadjadi: http://www.tothian.info/Farsi/Shabgard.htm
For more information about A1C and its president H. Amirahmadi, see following links:
http://www.amirahmadi.org/Letters/VITAA2005.pdf
http://www.american-iranian.org/about/amirahmadian.pdf
http://www.american-iranian.org/home.php?value=2&pahe=13
6. "The Iranian Presidential Elections and Its Implications for US-Iran Relations."
http://payvand.com/news/05/jun/1009.html (6/4/01).
7. Javid, J. "Act as a community."
http://www.iranian.com/Opinion/2002/May/Group/ (ed. Iranian, T.) (May 10, 2002).
8. AIC UPDATE - Vol. 2, No. 20.
http://www.american-iranian.org/pubs/aicupdate/05202005.html (May 2005).
9. IIC's statement about ILSA vote Payvand News, http://www.payvand.com/news/01/jul/1161.html
10. See Steve Clemons, Huffington Post 2.17.2007 at http://www.huffingtonpost.com/steve-clemons/what-did-rove-do-with-200_b_41472.html
11. S. Kharazi, Shargh Newspaper, Tehran, May 28, 2006
12. Gh. Fathnejad meets with TopIranian organization, Tehran September 9,
2008 http://www.topiranian.com/ngo/archiv ev/000100.html
13. - Aftab newspaper and Parsi's lobby 12.28.2006 http://www.aftabnews.ir/videpvo2/nuw.html

14 and 15. For a complete review of Namazi, and Atieh Bahar see the exhibit 3 and 4 at
http://www.iranian-americans.com/Atiehbahar-3.pdf
http://www.iranian-americans.com/Atiehbahar-4.pdf
16. B Namazi at Woodrow Wilson, http://www.wilsoncenter.org/index.cfm?fuseaction=events.event_summary&event_id=152273.
See the exhibit 2 about Baqer Namazi and Hamyaran at http://www.iranian-americans.com/Document5-Hamyaran.pdf
17. See the DOJ document on Statute 10.13.2006 at
http://www.usdoj.gov/usao/nyt/presreleases/October06/statuteldeferredprosecutionagreement.pdf
19. PIERRE-ANTOINE SOUCHARD, A. "Total CEO held for questioning over company's Iran activities." (March 21st, 2007).
http://www.theglobeandmail.com/servlet/story/RTGAM.20070321.wtotal0321/BNStory/Business/?
page=rss&id=RTGAM.20070321.wtotal0321
21. Woodrow Wilson Center http://www.wilsoncenter.org/index.cfm?
topic_id=1298.fuseaction=topics.profile&person_id=13781985.fcuction
22. National Endowment for Democracy.
http://www.ned.org/forum/past.html
23. Ilex Foundation. http://ilexfoundation.org/.
24. Abbas Maleki fellow at Belfer Center of Harvard.
http://belfercenter.ksg.harvard.edu/experts/878/abbas_maleki.html
25. Namazi and Parsi pictures in their joint Iran trip are on Iranian.com.
http://www.iranian.com/SamakNamazi/2000/August/Water/index.html
26. Namazi, S & Parsi, T. "Iran-Americans The bridge between two nations," in DAPIA Conference (Cyprus, November 1999).
http://www.geocities.com/rrijapan/iranamericans.PDF
27. Roy Coffee's letter: A LAWYER IN TROUBLE. Front Burner, (February 1, 2006). http://frontburner.dmagazine.com/archives/013069.html
28. Iranian American Political Action Committee http://www.iranianamericanpac.org/.
29. Hassan Namazi, Faraj Ated and Ghahari  http://www.iranianamericanpac.org/ca/leadership/ov.shtml.
30. "The Iranian Lobby Becomes Active," Aftab Newspaper (December 28, 2008).
http://www.aftabnews.ir/vidcpvo26/cpp.html
31. Namazi, S If Mahdi doesn't come. At Iranian.com. November 9, 1998
http://www.iranian.com/SamakNamazi/Nov98/Reform/index.html
32. Babak Yektafar, Washington Prism (2005). http://english.washingtonprism.org/showartidle.cfm?id=50
33 "Iran on the Potomac," Washington Post
http://www.washingtonpost.com/wp-dyn/content/article/2009/06/23/AR2009062301846_pf.html (June 25, 2009).
34. NIAC fundraising with Bob Ney, January 30, 2003 http://www.niacouncil.org/index.php?
option=com_content&task=view&id=678&Itemid=29
See also the following:
Saam Dehghani' article NIAC beats AIPAC, Itennin.com, 10.7.2008 http://www.iranian.com/main/2008 niac-beats-aipac
Also see NIAC's article: NIAC Defeats Iran War Resolution, 10.6.2008 http://www.niacouncil.org/index.php?
option=com_content&task=view&id=1245&Itemid=59
See NIAC's lobbying class at:
http://www.niacouncil.org/index.php?option=com_content&task=view&id=44&Itemid=1
http://web.payk.net/mailer/index.php?news=html/2007/news0057.html
NIAC document on lobbying http://www.niacouncil.org/index.php?option=com_content&task=blogcategory&id=73&Itemid=142
35. Dokhi Fashian, NIAC's executive director: http://www.tothian.info/Farsi/article.asp?obmd=0_101?
36. Ali Scotten  http://www.payvand.com/news/05/sep/1015.html
37. http://www.niacouncil.org/index.php?option=com_content&task=view&id=3088&Itemid=2
NIAC's funded programs at: http://www.niacouncil.org/index.php?
option=com_content&task=view&id=3566&Itemid=29

[Post your comment]   [Total# posted comments 0]

🖨 Printable version
✉ Email it to a friend

o

Iranianlobby_Archive:
All Articles Hassan Dai:

* A former Iranian diplomat and terrorist turns to scholar at Princeton
* The pro-engagement lobby and US failure with Iran
* Did NIAC defraud the Congressional fund?
* Did NIAC defraud the Congressional funds?
* Trita Parsi: A Green Resurrection
* NIAC's internal documents, Series 5, Part 2
* NIAC's internal documents-Series one
* NIAC's internal documents (Series 5)
* NIAC's internal Documents- Series four
* NIAC's internal document-Series three
* NIAC's internal documents-Series two
* When Trita Parsi lies
* NIAC's Smoke Screen and Intimidation Campaign
* The Iranian regime's ears in Washington
* Washington Times writes about Trita Parsi and NIAC
* Congressman Kirk's remarks about NIAC
* Gary Sick is angry at Ahmadinejad
* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran
* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby
* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* The Iranian Lobby and the Israeli Decoy
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranan internal politics
* Where in the World is the Moderate Ayatollah?
* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©

## Atieh Bahar Company and Namazi family

### Note:

Iran, under the rein of the theocratic dictatorship, has created an unimaginably corrupt financial and economic system.  According to the Iranian president himself, the country is being controlled and ripped off by the Iranian mafia.  According to the Iranian government itself, a major part of the county's budget is handled off the books, further facilitating a wide spectrum of financial mischief.

Atieh Bahar and its sister companies in Iran are part of this system. The portfolio of this company entails a potpourri of engagements and partnerships with the Iranian regime, including joint ventures, consulting, organizing policy conferences for the regime, facilitating convergence of foreign and Iranian oil enterprises, representing and handholding of the multinational foreign companies in their dealings with the Iranian regime.  Atieh's Iranian customer list includes high level Iranian institutions like Banks and the parliament. Atieh's subsidiaries have unmatched access to sensitive electronic data from government banks and institutions.

It is surely apparent that for a private company in Iran to be in such a sensitive position, it needs to be well trusted by the government. More than that, it needs to be well integrated with the rest of the closed and tightly controlled system.  Siamak Namazi, an owner and one of the active directors of this enterprise is inseparable from the Iranian regime and its mafia web that controls the wealth of the

* **Atieh Bahar website**
http://www.atiehbahar.com/index.htm

* **Siamak Namazi** has been Atieh Bahar partner and managing director. After my article was published about Atieh, the company removed his name from its website.

* A screen shot from Atieh Bahar Farsi website taken in 2008 when the Namzi bio was still available as the managing director



● **His Bio from Source Watch**
"Mr. Siamak Namazi is managing director of <u>Atieh Bahar Consulting</u>, <u>Iran</u>'s premier private consulting firm
http://www.sourcewatch.org/index.php?title=Siamak_Namazi



● **Screen shot taken in January 2009 from I-Aim website**
http://www.i-aim.org/content/en/who/execBoard.aspx
Siamak Namazi is partner and managing director of Atieh Bahar Consulting, Iran's premier private strategic consulting firm.



● A newsletter from Atieh in 2007 where they point to Siamak Namazi as Atieh's managing director

http://www.atiehbahar.com/InTheNews/IranSlipsonways.htm



● **Namazi at Woodrow Wilson**

http://www.wilsoncenter.org/index.cfm?topic_id=1426&fuseaction=topics.profile&person_id=137618

● **Bijan Khajehpour is the Chairman of Atieh Bahar company**



● Khajehpour is also the managing director of Gheshm Energy. This is a joint Venture between Azar Energy and the Qeshm Authority (Iranian government) as an executive arm for the Qeshm Authority's gas-related projects on Qeshm Island http://www.qeshmenergy.com/aboutus_board.html#m1

● Azar Energy http://www.azar-energy.com/



● **Albrecht Frischenschlager is Director & CFO of Atieh Bahar Consulting**



● <u>He is the founder and managing director of a company that is in partnership with the Iranian authority</u>

*"Dr. Albrecht Frischenschlager is a director of Atieh Bahar Consulting whose area of expertise lies in Investment and Financial Consulting. Simultaneously to his work for Atieh Bahar, Albrecht is also founder and managing director of FTZ Services Ltd., a joint venture with the three governmental Free Zone Organizations of Iran. Before coming to Iran in 1998, he had worked for commercial and investment banks in Austria, Switzerland, Russia and Azerbaijan."*

● **His is director and partner in another company**
http://www.mestrategies.com/index.html



## Sample Projects

**Investment advisory**

| CLIENT | TASK |
|---|---|
| Yildiz Entegre, Turkey | "Turn-key" project management for establishment of a EUR 100 mln MDF plant in Iran |
| Viva Coffee, Germany | "Turn-key" project management for establishment of a EUR 50 mln instant coffee plant in Germany |
| EFG Hermes, Egypt | Advisor on various aspects related to the establishment of a US$ 25mln inbound investment fund |
| Supreme Council of Auto Part Producers, Iran | Advisor on various aspects related to the establishment of a US$ 100mln outbound investment fund |
| Tolaram Corp, Singapore | Investment advisor for establishment of a food production facility in Iran |
| Behbahani Group, Iran | Preparation of market research report and business opportunity studies |

● **Please go the "Sample" section of this company to review the company's activities. (http://www.mestrategies.com/en/index.php )**

● **Babak Namazi** is Siamak's brother. He is the president of Attieh Associates Law Firm
http://www.atiehassociates.com/

An excerpt from the British Guide for Law firm companies in Iran:
http://www.britishembassy.gov.uk/servlet/Front?pagename=OpenMarket/Xcelerate/ShowPage&c=Page&cid=1144253752731

## ATIEH ASSOCIATES
14, 1ST FLOOR, 5TH STREET,
BOKHAREST Ave
TEHRAN

TEL: +98(0)21 8872 1112
FAX: +98(0)21 8872 0077
E-MAIL: **babak.namazi@atiehassociates.com**
Web: **www.atiehassociates.com**

**Services:**
Advice on Inward Investment, Company Registration, Joint Ventures and other commercial law.
**Contact:**
Mr Babak Namazi (Managing Director)

● **some of Atieh Associates recent projects (from the company's website):**

**Recent Projects:**

- Advising foreign telecom operator concerning their participation in the second GSM license in Iran.

- Counsel to European banks in regards to the secured financing of very large crude carriers (VLCCs).

- Legal advisors to the Managers (European Banks) for the first and second Sovereign Eurobond issued by the Central Bank of Iran on behalf of the Government.

- A major German car manufacturer concerning establishment of a joint venture, manufacturing plant and import of their vehicles to Iran.

- Islamic and European banks concerning Islamic financing.

- Advising a number of  European companies in matters concerning joint ventures and acquisitions of Iranian concerns in the food, beverage, automotive, and fast moving consumer goods sectors.

- Legal advisors to a number of foreign oil companies regarding buy back agreements exploration contracts, and other upstream oil and gas related issues.

- Legal advisors to foreign company for a major acquisition and joint venture in the petrochemical sector.

- Legal advisors to Sponsors of the first independent power plant in Iran under a BOT scheme.

- Legal advisors to Sponsors for LNG and GTL projects in Iran.

- Legal advisors to foreign company for providing rail and metro vehicles.

- Advisors to major foreign soft drink company in Iran.

- Advising the Ministry of Economic Affairs and Finance on the implementing regulations of the new Foreign Investment Promotion and Protection Act.

- Experience with obtaining Foreign Investment Protection and Sovereign Guarantees.

● **A testimony about his activities:**

http://www.iflr1000.com/JurisdictionFirm/1972/8/Atieh-Associates.html#Jurisdiction65

### *Atieh Associates*

*Atieh Associates has reeled in many of Iran's biggest deals, keeping the firm in the top tier once again. The firm was unaffected by the departure of two senior associates Parisa Mazaheri and Faraz Naji to work in other cities in the Middle East as it gained replacements in senior associate Maryam Hosseini and associate Mehrnaz Mehrabi.*

*A relatively large proportion of the firm's mandates come from foreign clients: among its work in the energy sector, the firm advised European lenders in relation to their financing of crude-oil carriers. It also acted for a foreign oil company in connection to a liquefied natural gas (LNG) project. The firm has also been busy in the natural-resources sector, and recently advised a foreign buyer on its acquisition of a gold mine in Iran.*

*All of the firm's key deals are executed by partner Babak Namazi and his associates. A peer recommended the western-educated partner as one of the top lawyers in the country, since he has strong English skills and provides a "western-style" service to clients. Says another: "He's the most proactive lawyer I've seen in Iran." The firm's excellent client service also means it retains a large number of western clients*

● **Babak Namazi, drafting a law for the government:**

http://www.mestrategies.com/foreign_content.htm

http://www.iranmania.com/news/economy/features/fippa/default.asp

http://www.payvand.com/news/02/sep/1016.html



*Babak Namazi, Managing Director of Atieh Associates, one of the original figures in the drafting of this law*
http://www.pipelinedubai.com/focus/iran0405.htm

● **Atieh Bahar co-organizes and participates in Governmental Oil and policy conferences**

A conference in London co-organized by Atieh and The Iranian government in 2000
http://www.iranian.com/News/2000/May/conf.html



**TEXT:**

**Iranian Oil, Gas and Petrochemicals Forum in London**

Under the patronage of the Institute for International Energy Studies (IIES), an affiliation of the Iranian oil ministry, IBC Global Conferences is organising a three-day international summit will take place in London, running from 12th July.

Also a pre-conference seminar will be held on 11th July, organized in association with Atieh Bahar Consulting. The seminar focuses on new legal and political developments under the new Majles, presented by Bijan Khajehpour and Babak Namazi, both from Atieh Bahar.

For more information, email info@atiehbahar.com

The speakers of this conference were ALL top governmental officials. Khajehpour also was among them.



● **Oil and Policy Conferences organized by the Iranian regime**

http://www.iicic.com/IranChina/Program.htm



● **2nd international conference on business opportunities in the free zones**
Sponsor: Atieh Bahar http://www.iicic.com/iifz2002/index.htm

● All the speakers are ministers and high officials



● **Babak Namzi a speaker in another Conference along with Highest Iranian officials**

http://www.ibchamber.org/Magazine%2011/IFF.htm

● **Atieh's customer list**

Atieh's international client list include Statoil and Total, both had to pay bribes to enter the Iranian market. Some American corporations also work with Atieh.



- **Atieh dadehpardaz customer list includes major banks and security sensitive institutions like the parliament. Atieh has access to their data. This shows the trust between the regime and Atieh**



## Proxy Server

- Bank Sepah
- Tejarat Bank
- Bank Saderat Iran
- Bank Mellat - Jam
- Bank Mellat - Public Relations
- Saman Bank
- Eghtesad Novin Bank (EN Bank (
- Bonyad Finance & Credit Association
- National Organization for Document Registration (Sazman Sabt Asnad (
- IRI Parliament Technology Center
- Afr@net (Afranet (

Design and Implementation of Mobile Banking Software
- Tejarat Bank
- Bank Sepah

TV Game Show, Demoscopy and Special Services with SMS
- ٩٠TV Program (IRIB Channel 3 (
- IRIB Channel 3
- Riz Moj System Company (CD Final (
- Bank Saderat - Announcing Gharzolhasaneh Account Prizes
- Qazvin Municipal - Opinion Poll (Shahrdari Qazvin (
- Lorestan Telecommunication Company

URL SMS Gateway
- Samaneh Farda Company (www.ecms.ir (
- Alavi Group (www.alavigroup.com (
- Pishro Asre Danesh Company (www.shetabcard.com (
- Daneshgaran Sharif Company (www.iitkit.com (
- Saman Bank e-Payment
- Parnam Company (www.shaparaksms.ir (

- Iran Khodro Industrial
- Carno IT Company

ADP Corporate Communication System
- Agricultural Bank Securities Company
- Ministry of Culture and Islamic Guidance Network
- Mah Mehr Institute of Culture and Art
- Ati Payamara Company
- Welfare Organization of Hamedan
- Art Center of Kohkilouye Boyerahmad
- Khorasan Newspaper

AdpSMS
- IRI Parliament Research Center
- Jahad University
- Hamshahri Mahalle
- Construction Engineering Disciplinary Organization
- Iranian General Dentists Association
- Iranian Dental Association
- Urology Association of Iran
- Ophthalmology Association of Iran
- Ophthalmology Research Center (Oloum pezeshki Tehran University (
- Kavir khodro Company
- Kavir Tire Company
- Adib News Agency
- Farnam Global Bazaar
- Kanoone Khanevadeh Magazine
- Civil House
- RTC Corporation Ltd
- Farid Data Communication Company
- Shabake Gostar Company (McAfee Authorized Dealer in Iran (
- Techniques and Communication Company
- Azad University Yazd Branch
- Roshd Information Network of Bushehr
- Nasim Gostar Company of Yazd
- Ayande Gostar Company of Yazd
- Matin Pardaz Engineering Consulting Company of Yazd
- Setareh Meybod Tiles Company
- Shokouh Morvarid Yazd Company
- Bastan Yazd Carpet
- Bastan Yazd Tiles Company
- Golchin Yazd Tiles Company
- Negin Meybod Tiles company
- Traditional Hotel of Yazd
- Fotuhi Commerce of Yazd
- Khadamat Refahi Pars Mehr Yazdan
- Kashan Emruz Information and Advertisement Agency
- Green Designers Company of Gilan
- Farzanegan Novin Gostaresh Center of Computer Services
- Akhtar Bargh Company of Isfahan

- Student Organization of Tehran, 3rd Area
- Sepid Tak Company
- Persian Travel Agency
- Matin Pardaz Company
- Pegah Bookstore (G5 (
- Kahkeshn Nour Institute of Culture and Art
- Telecommunication Company of Iran
- Aria Payam Dade Pardaz Company
- Payam Fanavaran Aazar Company