

EXHIBIT K
Aikat Motion

Page 1

```
 1
 2             IN THE UNITED STATES DISTRICT COURT
 3                 FOR THE DISTRICT OF COLUMBIA
 4   ------------------------------------------------
 5   TRITA PARSI and NATIONAL IRANIAN AMERICAN
 6   COUNCIL,
 7                          Plaintiffs,
 8              vs.              No. 08 CV 00705 (JDB)
 9   DAIOLESLAM SEID HASSAN,
10                          Defendant.
11   ------------------------------------------------
12
13
14          DEPOSITION OF DAIOLESLAM SEID HASSAN
15                     Chicago, Illinois
16               Wednesday, December 15, 2010
17
18
19
20
21
22   Reported by:
23   Mary M. Flagg, RPR
24   JOB NO. 4776
```

1         December 15, 2010

2            9:00 a.m.

3

4

5    Deposition of DAIOLESLAM SEID HASSAN,

6 held at the offices of Sidley Austin, LLP, One South

7 Dearborn Street, Chicago, Illinois, pursuant to Notice

8 and Agreement, before Mary M. Flagg, a Notary Public of

9 the State of Illinois.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

```
 1   A P P E A R A N C E S:

 2   PISHEVAR & ASSOCIATES, P.C.
     Attorneys for Plaintiffs
 3      Jefferson Plaza, Suite 316
        600 East Jefferson Street
 4      Rockville, MD 20852
     BY: ADRIAN V. NELSON, II, ESQ.
 5       A.P. PISHEVAR, ESQ.
         E-mail: Anelson@pishevarlegal.com
 6

 7   SIDLEY AUSTIN LLP
     Attorneys for Defendant
 8      One South Dearborn Street
        Chicago, Illinois 60603
 9   BY: TIMOTHY E. KAPSHANDY, ESQ.
         ERIC GALVEZ, ESQ.
10       Email: Tkapshandy@sidley.com
                megalvez@sidley.com
11
     ALSO PRESENT:  DR. TRITA PARSI.
12

13

14

15

16

17

18

19

20

21

22

23

24
```

1    A    Because one of the persons working over there
2  sent it to me.
3    Q    Do you recall what it said?
4    A    What it said?  The threat letter?
5    Q    What you're calling a threat letter, yes.
6    A    Said if you bring Hassan Dai -- Because the
7  thing is like what happened like that.  I explain you why
8  for me it is a threat letter.  Because they invited Mr.
9  Parsi to -- or anyone from NIAC to come and debate about
10  this issue that the Iranian American community could
11  judge about this issue.
12         Not only they didn't come and they have refused
13  for, you know, after that to come to debate anyone about
14  this issue.  Also they sent this from Mr. Pishevar
15  telling that if you continue to bring Hassan Dai or
16  that he repeat his allegations about NIAC we will sue
17  you, we will take legal action.  And the result after
18  that letter until now, that there are three years and a
19  half after that letter, I have been in Voice of America.
20  Many times the director of Voice of America they told me
21  openly please don't talk about NIAC, we are afraid of to
22  be sued.
23         And the other example I give you, Radio Farda,
24  F-a-r-d-a, is a government funded radio by United States.

1  A Farsi radio. Even the lawyer consulted, wanted to know
2  because Mr. Parsi and his lawyer had threatened to take
3  legal action against him because of an article posted on
4  that website by Mr. Rubin. So they were afraid. They
5  were scared.
6      So what I'm telling you here when Mr. Parsi's
7  counsel sends these kind of letters to the media or
8  Mr. Parsi's partner from Tehran, Namazi, sends a letter
9  to the Voice of America asking not to bring Hassan Dai
10 anymore or executive director of NIAC tell us that they
11 are consulting with NED and they have enough resources to
12 hit me hard, these kind of languages, sir, that they have
13 used against me and many other people it frightens
14 people, and I consider them as a threat letter, not using
15 the legal action they have at their disposition to defend
16 themself.
17     I don't think that they were seeking the truth
18 but they were trying to intimidate people.
19 Q    So is it your testimony that there is something
20 illegal about an attorney sending a cease and desist
21 letter to someone?
22 A    Not at all. It is not illegal. It is their
23 right to do that. That my understanding was that they
24 were using the legal means at their disposition to

Page 260

1    STATE OF ILLINOIS    )
                          )
2    COUNTY OF COOK       )

3

4              I, MARY M. FLAGG, a Registered Professional
     Reporter, within and for the State of Illinois, do hereby
5    certify:

6              That previous to the commencement of the
     examination of the witness, the witness was duly sworn to
7    testify the whole truth concerning the matters herein;

8              That the foregoing deposition was reported
     stenographically by me, was thereafter reduced to a
9    printed transcript by me, and constitutes a true record
     of the testimony given and the proceedings had;
10
               That the said deposition was taken before me
11   at the time and place specified;

12             That the signature of the witness was
     reserved.
13
               That I am not a relative or employee for
14   attorney or counsel, nor a relative or employee of such
     attorney or counsel for any of the parties hereto, nor
15   interested directly or indirectly in the outcome of this
     action.
16
               IN WITNESS WHEREOF, I do hereunto set my
17   hand at Chicago, Illinois this __ day of           2010.

18

19

20   _____
     Registered Professional Reporter
21   License No. 084-001447

22

23

24