

# TRITA PARSI

## WELCOME TO TRITAPARSI.COM

---

## TRITA PARSI'S PERSONAL PAGE

Dr. Trita Parsi is the author of **Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007)**, recipient of the Council on Foreign Relation's 2008 Arthur Ross Silver Medallion and the 2010 Grawemeyer Award for Ideas Improving World Order.



He wrote his Doctoral thesis on Israeli-Iranian relations under Professor Francis Fukuyama (and Drs. Zbigniew Brzezinski, R. K. Ramazani, Jakub Grygiel, Charles Doran) at Johns Hopkins University School of Advanced International Studies while heading the largest Iranian-American organization in the US, the National Iranian American Council (NIAC).

## TRITA PARSI WINS GRAWEMEYER AWARD FOR IDEAS IMPROVING WORLD ORDER

Trita Parsi has won the prestigious 2010 Grawemeyer Award for Ideas Improving World Order for his 2007 book, Treacherous Alliance – The Secret Dealings of Israel, Iran and the US.

The award, which carries a prize of $200,000, is presented annually. Previous recipients of the award include Mikhail Gorbatjov, the former leader of the Soviet Union, the late Harvard Professor Samuel Huntington, former Australian Foreign Minister Gareth Evans, and renowned political scientist Robert Jervis.

Rodger Payne, a political science professor at the University of Louisville who administers the awards, said the judges thought the potential for conflict in the Middle East was one of the largest threats to world order and that Parsi's book "addressed this problem very effectively."

Zbigniew Brzezinski, national security adviser to former President Jimmy Carter, helped supervise Parsi's PhD dissertation at Johns Hopkins University SAIS, on which the book is based on.

"I felt that it was an insightful and well-researched effort, of high intellectual caliber," Brzezinski told the Courier Journal of Louisville.

## TREACHEROUS ALLIANCE AWARDED COUNCIL ON FOREIGN RELATION'S ARTHUR ROSS SILVER MEDALLION

"Treacherous Alliance – The Secret Dealings of Israel, Iran and the US" has been awarded the silver medal in the Council on Foreign Relations' prestigious Arthur Ross Book Award.



The prize is the "the most significant award for a book on international affairs." It honors books "that merit special attention for: bringing forth new information that changes our understanding of events or problems; developing analytical approaches

that allow new and different insights into critical issues; or providing new ideas that
help resolve foreign policy problems."
<!--[if !supportLineBreakNewLine]--> <!--[endif]-->

According to the jury, "This unique and important book takes a closer look at the complicated triangular relations
between Israel, Iran, and the United States that continue to shape the future of the Middle East."

See link.

# CONVERSATION WITH HISTORY - UC BERKELEY



# TREACHEROUS ALLIANCE AVAILABLE IN STORES NOW!

***Treacherous Alliance - Secret Dealings of Israel, Iran and the US*** (Yale University Press) is
available in stores now!

The book deals with Israeli-Iranian relations in the last 50 years and their impact on US policies and
America's standing in the Middle East. ***It's the first book in more than 20 years that deals with
the highly sensitive issue of Iran and Israel's dealings.*** It is based on more than 130
interviews with high-level Israeli, Iranian and American officials.

Contrary to conventional wisdom, Iran and Israel are not entangled in an ideological clash, but rather a resolvable
strategic conflict. The book explains both how this rivalry erupted and how it can be resolved. And of course, it
reveals many of Iran and Israel's behind-the-scene dealings that have never been revealed before.

Israel's former foreign minister **Shlomo Ben-Ami** calls the book "a brilliant interpretation of one of today's most
enigmatic conflicts," **Francis Fukuyama** says it is "extremely important," **John Mearsheimer** calls it
"outstanding" and former National Security Advisor **Zbigniew Brzezinski** writes that *Treacherous Alliance* is "a
penetrating, provocative, and very timely study."

**Click here to order the book at Amazon!**

## TREACHEROUS ALLIANCE ON KINZER TOUR



...

## LATEST UPDATES



- Iran, Israel, and Nuclear Weapons: An Interview with Professor Trita Parsi, Muftah, January 05, 2011
- Quoted in Jim Lobe, Wikileaks Reveals Treacherous Footing for Iran Policy, November 30, 2010.
- WikiLeaks eliminated charade and the wiggle room for diplomacy it created, The Hill, November 29, 2010
- Want to defuse the Iran crisis?, Foreign Policy, November 12, 2010
- The Washington Diplomat Profiles NIAC President, November 8, 2010
- Quoted in William Yong, Iran Will Try American Hikers on Nov. 6, Their Lawyer Says, New York Times, October 20, 2010
- Quoted in Stewart Ain, Israel To Iran: Time's Up, The Jewish Week, October 5, 2010.
- Quoted in Roula Khalaf, No compromise as sanctions bite in Iran, Financial Times, September 16, 2010.
- Quoted in Mahir Zeynalov, Concerns and mistrust prevail over looming Iran nuclear talks, Today's Zaman, September 12, 2010.
- Quoted in Tony Karon, Two minutes to midnight, Asia Times Online, August 26, 2010.
- Quoted in Tony Karon, The "Bomb Iran!" debate from hell, Salon, August 24, 2010.
- Quoted in Gareth Porter, Israel gives Obama reason to worry, Asia Times Online, August 17, 2010.
- A campaign for war with Iran begins, Salon, August 13, 2010
- Quoted in Jonathan Cook, US Arms 'bonanza' in Middle East, Middle East Online, August 12, 2010.
- Quoted in William Yong and Robert F. Worth, Iran Expatriates Get Chilly Reception, New York Times, August 7, 2010.
- Quoted in Michael Purcell, Rumblings putting Ahmadinejad's bravado in doubt, News Scotsman, August 7, 2010.
- Quoted in US needs Iran's help to fight Afghan war, Daily Times, February 2, 2009.
- Quoted in Alistair Lyon, US pressure on Iran narrows UAE options, Reuters, July 1, 2010
- Quoted in Scott Peterson, Why Iran vs. Israel rhetoric could escalate into war, Christian Science Monitor, June 22, 2010.
- Quoted in Ladane Nasseri, Henry Meyer and Ali Sheikholeslami, Iran Ipposition Struggles as Ahmadinejad Gets Boost, Bloomberg Businessweek, June 09, 2010.
- Quoted in Iran to ship uranium to Turkey in nuclear swap, Haaretz, June 16, 2010.
- Quoted in Barbara Slavin, Attack complicates new sanctions on Iran, Asia Times Online, June 3, 2010.
- US Shouldn't Dismiss Turkish-Brazilian Nuclear Deal, Huffington Post, June 1, 2010.
- Quoted in Gareth Porter, Iran Proposal to US Offered Peace with Israel, IPS, May 24, 2010.
- Quoted in Jim Lobe, Brazil-Turkey-Mediated Deal Puts Ball in U.S. Court, IPS, May 17, 2010.
- Quoted in Iran signs deal to enrich uranium in Turkey, Ynet News, May 17, 2010.
- Why Are Reps. Miller and Posey Refusing to Wish Iranians a Happy Norooz?, Huffington Post, March 22, 2010.
- Beyond Sanctions: How to Solve the Iranian Riddle, Time, March 15, 2010.
- Quoted in Evan DeFilippis, Nuclear Optimism is how I learned to stop worrying and love the bomb, OU Daily, March 4, 2010.
- Quoted in Ardeshir Ommani, Destiny of Iran's Reform Movement, Mathaba, February 16, 2010.
- Quoted in Ray McGovern, Taboo inhibits frank Iran/Israel talk, Al Jazeera, February 15, 2010.
- Quoted in Hilary Leila Krieger, US Affairs: Is the US off-target with its focus on the IRGC?, The Jerusalem Post, February 12, 2010.
- Iran's Unhappy Anniversary, The Daily Beast, February 11, 2010.
- How Obama Can Really Help the Pro-Democracy Movement in Iran, Fox News, February 11, 2010.
- Quoted in Mohammed A. Salih, Sanctions Are the Talk of the Day, IPS, February 8, 2010.
- Open Letter to Congressman Gresham Barrett on His Plans to Deport All Iranian Visa Holders, Huffington Post, January 9, 2010.
- Quoted in Iran's opposition gaining momentum, Al Jazeera, December 30, 2009.
- Quoted in David Dayen, Have the Iran protests reached a tipping point?, Firedoglake, December 29, 2009.
- Quoted in Paul Richter, Iran Sanctions: US, Allies may tighten sanctions around the government--not the entire populace, Los Angeles Times, December 29, 2009.
- Quoted in Iran raises death toll from protests, Telegraph UK, December 28, 2009.

- Quoted in Iran seizes opposition figures, Al Jazeera, December 28, 2009.
- Interview with Margaret Warner, PBS Newshour, December 28, 2009.
- Could the Mullahs Fall This Time?, The Daily Beast, December 27, 2009.
- Quoted in Howard LaFranchi, New US stance on Iranian protests: stress human rights violations, Christian Science Monitor, December 23, 2009.
- Interview with Pedro Echevarria, C-SPAN, December 12, 2009.
- Quoted in Ron Kampeas, Iran sactions likely to pass--thanks to Iran, Jewish Telegraphic Agency, December 8, 2009.
- Obama Should End Silence on Human Rights Abuses in Iran, Huffington Post, December 7, 2009.
- Washington Can Give An Israeli Attack On Iran The Red Light, Huffington Post, November 29, 2009.
- Quoted in Outlook for tough Iran sanctions is dim, IBN Live, November 20, 2009.
- Quoted in Michael Slackman, Iran's Politics Stand in the Way of a Nuclear Deal, New York Times, November 2, 2009.
- Quoted in Howard LaFranchi, Draft of Iran nuclear deal, Start of a thaw in relations with US?, Christian Science Monitor, October 21, 2009.
- Quoted in Nich Baumann, On Tape: Bolton Backs Israeli Nuke Strike on Iran?, Mother Jones, October 16, 2009.
- Quoted in Michael Slackman, Some See Iran as Ready for Nuclear Deal, New York Times, October 14, 2009.
- Quoted in Tony Karon, Iran's Geneva Offer on Nukes: Progress for All, Time, October 2, 2009.
- Quoted in Ron Kampeas, Revelations of Iranian Plant Return Nuclear Threat to Center Stage, September 30, 2009.
- Quoted in Richard Wolf, Allies: Iran risks sanctions with nuke program, USA Today, September 25, 2009.
- Quoted in David Goldstein, Kansas doctor's side practice: working to overthrow Iran regime, McClatchy, September 25, 2009.
- Will the Focus at the UN Be on Ahmadinejad's Human Rights Abuses?, Huffington Post, September 22, 2009.
- Quoted in Eli Clifton, Poll Finds Public Support for Nuke Power over Weapons, IPS, September 22, 2009.
- Quoted in Dainel Luban and Jim Lobe, Obama clings to hope as Iran hawks circle, Asia Times Online, September 15, 2009.
- Interview with Lynn Neary, NPR, September 13, 2009.
- Quoted in Iran defiant on nuclear rights, Gulf Daily News, September 14, 2009.
- Quoted in Ben Smith, W.H. wants concrete actions from Iran, Politico, September 12, 2009.
- Quoted in Ahmadinejad says Iran ready to talk but not on nuclear issues, Channel News Asia, September 13, 2009.
- Quoted in U.S. agrees to talks with Iran, North Korea, Washington Times, September 11, 2009.
- Why Washington Should Welcome Iran's Broadening of the Agenda, Huffington Post, September 11, 2010.
- Quoted in Michele Kelemen, U.S. To 'Test' Iran's Willingness On Nuclear Talks, NPR, September 11, 2009.
- Unforgiable Crimes in Iran: The Under-Reporting of Deaths, Huffington Post, September 7, 2009.
- Quoted in Tony Karon, A Nuclear Deadline Looms for Iran -- and for Obama, Time, September 3, 2009.
- Quoted in Laura Rozen, Short takes: Hurricane Bill, Foreign Policy, August 21, 2009.
- Throwing Ahmadinejad a Lifeline, New York Times, August 14, 2009.
- Quoted in Daniel Luban, Under Pressure from Hawks, Obama Tacks to the Right, IPS, August 12, 2009.
- With Iran, a Tactical Pause Is Needed, Huffington Post, August 10, 2009.
- Quoted in Mark Heinrich, Nuclear Iran looms on horizon, Times of Malta, August 8th, 2009.
- Quoted by Russ Wellen, Hillary Poppins Opens Her Nuclear Umbrella, The Faster Times, August 8, 2009.
- Quoted in Daniel Luban, Nuclear Capability After 2013, Says U.S. Intelligence, IPS, August 7, 2009.
- Quoted in Laura Rozen, Gibbs walks back Ahmadinejad recognition, Foreign Policy, August 5, 2009.
- Quoted in U.S. considers cutting off Iran's gasoline supplies, Herald de Paris, August 3, 2009.
- Quoted in Daniel Luban, Why Iran Hawks Are Pushing Engagement, The Faster Times, August 3, 2009.
- Quoted in Laina Farhat-Holzman: The Iranian revolution may be in phase two, Santa Cruz Sentinel, July 18, 2009.
- Quoted in Ali Gharib, To Deal or Not to Deal, Asia Times Online, July 17, 2009.
- Quoted in Iran Develops Proposal for Renewed Nuclear Diplomacy, Global Security Newswire, July 13,

2009.

- Quoted in Alistair Lyon, Iranian hardliners poised for revenge on dissenters, Reuters, July 5, 2009.
- Quoted in Dan Murphy, Iranians find new ways to keep protests alive, Christian Science Monitor, July 5, 2009.
- Quoted in Dan Murphy, British Embassy row: Why Iran's hard-liners are inviting isolation, Christian Science Monitor, July 3, 2009.
- Quoted in Dan Murphy, Iran's mass arrests: Broadest since 1979 Islamic Revolution, Christian Science Monitor, June 28, 2009.
- Quoted in Experts Debate Effect of Iranian Protests on Nuclear Policy, Global Security Newswire, June 23, 2009.
- Quoted in Jeremy R. Hammond, Has the U.S. Played a Role in Fomenting Unrest During Iran's Election?, Foreign Policy Journal, June 23, 2009.
- What Obama must do now on Iran, Christian Science Monitor, June 22, 2009.
- Let Me Introduce You to One of the People Imprisoned in Iran, Huffington Post, July 20, 2009.
- Quoted in Henry Meyer, Khamenei-Rafsanjani Split Limits Power to Stop Unrest, Bloomberg, June 19, 2009.
- Quoted in Gary Kamiya, Night of the living neocons, Salon, June 18, 2009.
- Quoted in Ali Gharib, Will "Changed" Iran Complicated U.S. Engagement?, IPS, June 18, 2009.
- Quoted in Joel Schectman, Iran's Twitter Revolution? Maybe Not Yet, Bloomberg Businessweek, June 17, 2009.
- Quoted in Junathan Berr, Twitter gives voice to outraged Iranians, Daily Finance, June 16, 2009.
- Who's Fighting Who in Iran's Struggle?, Time, June 16, 2009.
- Quoted in Iran protesters using tech to skirt curbs, June 15, 2009.
- Quoted in Blow To Obama, Gulf Daily News, June 14, 2009.
- Quoted in Azadeh Ansari, Iranian-Americans Cast Vote On Iran's Future, San Francisco Sentinel, June 12, 2009.
- How Diplomacy with Iran Can Succeed, Huffington Post, June 11, 2009.
- Congress-Ahmadinejad Secret Love Affair Continues, Huffington Post, June 11, 2009.
- Congress Decides Against Aiding Ahmadeinjad's Campaign, Huffington Post, June 8, 2009.
- Quoted in Farah Stockman, Anti-Iran militia faces terrorist designation, Boston Globe, May 30, 2009.
- Quoted in Pauline Jelinek, US officials confirm Iranian missile launch, AP, May 20, 2009.
- Quoted in Martin Matishak, Conservatives Reject Possibility of "Grand Bargain" With Russia on Iranian Nuclear Program, Global Security Newswire, May 15, 2009.
- Quoted in Borzou Daragahi and Ramin Mostaghim, Iran frees U.S. journalist Roxana Saberi, Los Angeles Times, May 12, 2009.
- Quoted in Bernd Debusmann, Iran sanctions and wishful thinking, Reuters, May 7, 2009.
- Quoted in Michael Theodoulou, No-chance challenger undercuts Ahmadinejad, The NAtional, May 6, 2009.
- Quoted in Scott MacLeod, Has Ahmadinejad Softened His Position on Israel?, April 27, 2009.
- Quoted in Abdullah Al Shayji, Iran's shadow over Arab world, GulfNews, April 26, 2009.
- Quoted in ,Michele Kelemen, Obama Administration Defends Outreach To Iran, NPR, April 23, 2009.
- Quoted in Antony Loewenstein, Israel To Bomb Iran? Don't Believe The Hype, NewMatilda, April 22, 2009.
- Quoted in Emily Bazar, Father sees 'positive step' in Iran's case against U.S. reporter, USA Today, April 21, 2009.
- Why Roxana, Huffington Post, April 20, 2009.
- Quoted in AFP, Reporter should be released: Obama, April 19, 2009.
- Middle East Policy Council Conference April 16, 2009. Transcript - Video
- Quoted in Roane Carey, Don't Flash the Yellow Light, Middle East Online, April 13, 2009.
- Quoted in Farah Stockman, US to join nuclear talks with Tehran, Boston Globe, April 9, 2009.
- Quoted in Roger Cohen, Israel cries wolf, New York Times, April 8, 2009.
- Quoted in Laura Rozen, Washington to join international talks with Iran "from now on", ForeignPolicy.com, April 8, 2009.
- Netanyahu and Threat of Bombing Iran -- The Bluff that Never Stops Giving?, Hiuffington Post, April 8, 2009.
- Quoted in Daniel Dombey, US may cede to Iran's nuclear ambition, Financial Times, April 4, 2009.
- Quoted in Ron Kampeas, Lawmakers pushing for Iran sanctions, JTA, March 31, 2009.

- Quoted in Laura Rozen, Iran Sending B Team to Afghan Powwow, ForeignPolicy.com, March 30, 3009.
- Quoted in Nathan Guttman, Israel, U.S. Pursue Divergent Path on Iran, The Forward,March 26, 2009.
- Quoted in Stephen Walt, Thoughts on the Obama-Khamenei exchange, ForeignPolicy.com, March 23, 2009.
- Quoted in Ali Gharib, US hand of friendship means a freer Norouz for Iranians, IPS, March 21, 2009.
- Quoted in KIRIT RADIA and LARA SETRAKIAN, Iran Disses Obama: No Change Is Seen, ABC News, March 21, 2009.
- Quoted in Barbara Slavin, Obama reaches out to Iranians, Washington Times, March 21, 2009.
- Quoted in Iranian expats in US divided on Obama speech, AFP, March 21, 2009.
- Quoted in Obama launches 'YouTube diplomacy', AFP, March 21, 2009.
- Quoted in Arthur Bright, Obama offers olive branch to Iran in new video, Christian Science Monitor, March 21, 2009.
- Quoted in Obama offers Iran 'new beginning', Arab News, March 21, 2009.
- Quoted in Michael Theodoulou, Iran rejects overture from US, The National, March 21, 2009.
- Quoted in Bitte Hammargren, Obama vill ha ny relation med Iran, SVD, March 21, 2009.
- Video: CNN Situation Room, March 20, 2009.
- Video: NBC Nightly News, March 20, 2009.
- Video: ABC News,Obama Reaches out to Iran, March 20, 2009.
- Video: PBS World Focus, March 20, 2009.
- Quoted in Thomas Omestad, Obama's Strategy for Reaching Out to Iran, US News & World Report, March 20, 2009.
- Quoted in Ali Gharib, From "Axis of Evil" to "Happy New Year", IPS, March 20, 2009.
- Quoted in ABC News,Some Thoughts on President Obama's Iranian Outreach, March 20, 2009.
- Quoted in Bob Keeler, A tale of two messages, Newsday, March 20, 2009.
- Quoted in Glenn Greenwald, Obama's new message to Iran, Salon.com, March 20, 2009.
- Quoted in ABC News, POTUS Sends Special Video New Years Greeting to Iranians, March 20, 2009.
- Quoted in Laura Rozen, In New Year's message, Obama reaches out to Iran, ForeignPlicy.com, March 20, 2009.
- Will Tehran Tango? Obama's Historic Norooz Message, Huffington Post, March 20, 2009.
- Radio, WOSU/NPR, Fred Anderle, March 18, 2009.
- Radio: World Focus PBS, March 17, 2009.
- Quoted in NIAC, Five minutes to Midnight? Congress debates Iran divestment, March 17, 2009.
- Quoted in Adam Graham-Silverman, Administration Seeks 'Just Right' Approach to Iran Engagement, CQ, March 16, 2009.
- Quoted in Stephen Walt, The quagmire in southwest Asia: How did we get there?, ForeignPolicy.com, March 16, 2009.
- Testimony in Congress, March 12, 2009.
- NIAC President Trita Parsi testifies before House Financial Services Subcommittee, March 12, 2009.
- Quoted in Farah Stockman, US may soon make overture to Iran leader, Boston Globe, March 11, 2009.
- Quoted in MJ Rosenberg, Top Iran Scholar on What's Next, TPMCafe, March 10, 2009.
- Quoted in Gareth Porter, Iran's Anti-Israel Rhetoric Aimed at Arab Opinion, IPS, March 9, 2009.
- The Path Back to Square One, The MidEast Peace Pulse, March 9, 2009.
- Quoted in Rebecca Spence, In Iran, Baha'i Leaders Stand Accused of Spying for Israel, The Forward, March 7, 2009.
- Quoted in Michael Theodoulou, Obama on wrong path, says Iran, The National, March 5, 2009.
- Quoted in Guy Dinmore, EU trio targets tougher Iran sanctions, FT, February 25, 2009.
- On Iran, begin with end in mind, Chicago Tribune, February 22, 2009 (With Stanley Weiss)
- Quoted in Sharon Cohen, Terror victims seeking Persian relics in court, Associated Press, February 22, 2009.
- Quoted in Michael Theodoulou, Route deal on table for US and Iran, The NAtional, February 22, 2009.
- Quoted in Alasdair Soussi, Iran's comeback kid, The National,February 14, 2009.
- Quoted in Sahar Jooshani, On US and Iran, is there an end game?, NIAC, February 12, 2009.
- Quoted in Olivia Ward, How Iran-U.S. talks could shake Mideast, Toronto Star, February 12, 2009.
- Quoted in Ali Gharib, Hoping for a Spontaneous Regime Change, IPS, February 11, 2009.
- Quoted in Brian Bender, Gentler approach challenges anti-US regimes, analysts say, Boston Globe,

February 11, 2009.
- Interview with Minnesota NPR, February 9, 2009.
- Quoted in Bitte Hammargren, Khatami - Irans gubben i lådan?, SVD, February 9, 2009.
- Can Khatami Make a Comeback?, Huffington Post, February 8, 2009.
- Quoted by Jonathan Broder, An All-Star Cast for the Global Stage, CQ, February 7, 2009.
- Interview with Dianne Rehm, WAMU 88.5FM, February 5, 2009.
- Quoted in Alastair Crooke, The strange tale of Iran and Israel, Le Monde Diplomatique, February 2009.
- Quoted in Mehmet Kalyoncu, Turkey's turn from the West or yet another smear campaign?,Al Arabiya, February 4, 2009.
- Quoted in Nina Hamedani, Can Obama Untangle the Iranian Challenge?, Washington Report on Middle East Affairs, January-February 2009.
- Quoted in Paul Richter, Obama to keep Bush official who led squeeze on Iran with economic sanctions, Chicago Tribune,February 3, 2009.
- Quoted in Golnar Motevalli, U.S. needs Iran's help to fight Afghan war, Reuters, January 31, 2009.
- Interview with Konflikt (Swedish P1), IRAN-USA - REDO FÖR EN NY ERA?, January 31, 2009.
- Interview with NPR/WHYY, January 29, 2009.
- Quoted in Foreign Policy, Recent U.S.-Iran nuclear talks involved key officials, January 31, 2009.
- Quoted in the Cornell Daily Sun, January 28, 2009.
- Interview with The World, January 27, 2009.
- Quoted in Stephen Walt, It's easier than Tom Friedman thinks: a realistic Middle East strategy, Foreign Policy, January 26, 2009.
- Quoted in The big picture in Israel's invasion of Gaza, Pakistan Daily, January 25, 2009.
- Did Obama Wink at Tehran?, Huffington Post, January 23, 2009.
- Quoted in Bernd Debusmann, Obama, Iran and Richard Nixon, Reuters, January 22, 2009.
- Quoted in Bitte Hammargren, Förödelsen räknas i miljarder, SVD, January 19, 2009.
- Quoted in Mehmet Kalyoncu, The big picture in Israel's invasion of Gaza, Today's Zaman, January 2009.
- Quoted in Bitte Hammargren, "Ett krig för att tvinga på Obama en agenda", SVD, January 17,2009.
- Quoted in Helene Cooper, Mideast Awaits Signs of Obama's Stance on Gaza, New York Times, January 15, 2009.
- Israel, Iran and Gaza: Trapping Obama in Imagined Fault lines, HuffingtonPost, January 13, 2009.
- Quoted in Stephen Walt, Iran, past and future, Foreign Policy.com, January 11, 2009.
- Interview with To the Point with Warren Olney, NPR, January 9, 2008.
- Quoted in Michelle Smith, Neoconservative Sings the Blues on Iran, HuffingtonPost, December 30, 2008.
- David Stuart Hurrel: Persians, Spartans and Republicans, Globalia Magazine, Dec 19, 2008.
- Quoted in Eli Lake, Obama to create Iran outreach post, The Washington Times, December 19, 2008.
- Quoted in Ron Kampeas, Is it time to prepare for a nuclear Iran?, Jewish Telegraphic Agency, December 19, 2008.
- Quoted in Celestine Bohlen, Obama Can End Loony Iran Idea With Reality, Bloomberg, Dec 11, 2008.
- Quoted in Bitte Hammargren, Palestinsk skepsis infor Obamas val, Svenska Dagbladet, December 6, 2008.
- Why diplomacy and sanctions don't mix, BitterLemons, December 4, 2008.
- Quoted Michael Theodoulou, Tehran gives backing to US-Iraq agreement, The National, December 1, 2008.
- Quoted in Nicholas Kralev, Decision on Iran post left to Obama, Washington Times, November 27, 2008.
- Quoted in Alistair Lyon, Obama pelted with advice on Iran, no easy options, Reuters, November 21, 2008.
- Quoted Howard LaFranchi, Iran: Will talks happen under Obama?, CSMonitor, November 20, 2008.
- Quoted in the Jewish Telegraphic Agency, November 19, 2008.
- Quoted in The American Conservative, November 19, 2008.
- Quoted in The National, Former US diplomats urge major change towards Iran, November 19, 2008.
- Quoted in Salon, The Obama Effect, November 18, 2009.
- Quoted in Reuters, Experts urge Obama to rethink Iran policy, November 14, 2008.
- Quoted in Barry Schweid, Threats won't tame Iran, experts say, AP, November 13, 2008.
- Quoted in Lachlan Carmichael, Obama risks trap with Ahmadinejad letter, analysts warn, AFP, November 13, 2008.
- NIAC mentioned in Barry Schweid, Threats won't tame Iran, experts say, AP, November 13, 2008.
- Interview with Worldstream radio, November 11, 2008.
- Quoted in Scholar urges diplomacy with Iran, South Bend Tribune, November 7, 2008.

- Quoted in Cautious optimism over Iranian support for Obama, France 24, November 6, 2008.
- How to Stop an Iranian Bomb, The Guardian, October 31, 2008. (With Andreas Persbo)
- Interview with KPBS-NPR/San Diego, October 29, 2009.
- Blog post on Rootless Cosmopolitan, Israel Gets real on Iran, October 15, 2008.
- Quoted in Jumana Al Tamimi, US Congress shelves Iran draft war resolution, GulfNews, October 10, 2008.
- Quoted in Maya Schenwar, In Reversal, Democrats Shelve Iran Resolution, TruthOut, October 9, 2008.
- Deciding the fate of the Mujahedin, Washington Times, October 5, 2008.
- Quoted in BBC Persian, Oct 2, 2008. طرح "محاصره دریایی ایران" از دستور کار خارج شد
- Quoted in Jim Lobe, Israel lobby loses on Iran resolution, Asia Times, Sep 30, 2008.
- Quoted in Nicholas Kralev, Democrats bury resolution due to fears of another war, Washington Times, September 26, 2008.
- Quoted in JONATHAN S. LANDAY AND WARREN P. STROBEL, McCain and Obama differ on how to handle global hot spots, McClatchy Newspapers September 25, 2008.
- Quoted in Susan Ferriss, Iranian Americans target expulsion, Sacbee.com, September 7, 2008.
- Quoted in Michael Theodoulou, Iran takes a back seat, The National, September 7, 2008.
- Jim Lobe, Iran Could Reap Benefits of U.S.-Russian Tensions, IPS, August 27, 2008.
- A Second Fateful Triangle, Review of Treacherous Triangle by Marsha Cohen in Global Dialogue, Summer/Autumn 2007. (PDF)
- Interview in the Persianesque, August 2008.
- Center for Middle Eastern Studies Newsletter, Fall 2008.
- Quoted in Michael Theodoulou, Iranian politician denounced for saying Israelis can be friends, The National, August 13, 2008.
- Quoted in Sadegh Kabeer, A Not-So-Diplomatic Turn, Antiwar.com, August 11, 2008.
- Quoted in Nahid Siamdoust, Why Iran Won't Budge on Nukes, Time Magazine, August 6, 2008.
- Quoted in Michael Theodoulou, Iran keeps everyone guessing on deadline, The National, August 5, 2008.
- Drawing a red line with Iran, International Herald Tribune, July 28, 2008. (With Anatol Lieven)
- WorldView Radio NPR, July 24, 2008. (Audio)
- On Point, NPR, July 16, 2008. (Audio)
- These enemies have faces, Haaretz, July 18, 2008. (With Roi Ben-Yehuda)
- Quoted in Thomas Omestad, Iran Warily Eyes U.S. Presidential Contenders Obama and McCain, US News & World Report, July 17, 2008.
- Quoted in Jonathan S. Landay and Warren P. Strobel, Bush steps back from showdown with Iran, McClatchy Newspapers, July 17, 2008.
- Quoted in Laura Rozen, Washington's Iran Pivot: How Big a Shift?, MotherJones, July 17, 2008.
- Quoted in US move on Iran a big shift from 'axis of evil' days: analysts, AFP, July 17, 2008.
- Quoted in Laura Rozen, A test of US flexibility toward Iran, Guardian, July 17, 2008.
- Quoted in Jason Leopold, State Department's Iran Democracy Fund Shrouded in Secrecy, The Public Record, July 10, 2008.
- Interview, Swedish Radio P1, July 9, 2008. (Swedish Audio)
- Quoted in Tony Karon, The Wrong Questions on Iran - Again, Rootless Cosmopolitan, July 9, 2008.
- Quoted in Warren P. Strobel, Iran tests missiles, but some see signs of moderation, McClatchy Newspapers, July 9, 2008.
- Quoted in Pushing for war, The Herald, July 9, 2008.
- Quoted in واکنش اوباما و مک کین به آزمایش موشکی ایران, BBC Persian, July 9, 2008.
- Quoted in Kam Zarrabi, The Iran Question, Payvand.com, July 8, 2008.
- Quoted in Greg Bruno, Israel, the West, and a Nuclear Iran, Council on Foreign Relations, July 8, 2008.
- Quoted in Balance of Opinion: Mixed signals from Iran, Dallas Morning News, July 8, 2008.
- Reading Solana in Tehran, IPS, July 7, 2008.
- Video: The real News Network, July 6, 2008.
- Quoted in Trudy Rubin, On talks, Iranians shift tone and tactics, Philadelphia Inquirer, July 6, 2008.
- Quoted in Erika Niedowski, Activists open lines to Iran, July 5, 2008.
- Quoted in Michael Theodoulou, Tehran signals interest in new offer, The National, July 2, 2008.
- The alternative to an Israeli attack on Iran, Christian Science Monitor, July 2, 2008. (Co-authored with

Shlomo Ben-Ami)
- Quoted in Alistair Lyon, Israeli threats to Iran seen as bluff -- for now, Reuters, July 1, 2008.
- Quoted in Bernd Debusmann, Iran and nuclear consequences, Reuters, June 25, 2008.
- Quoted in Michael Theodoulou, Tehran offers UN 'Iranian package,' The National, June 19, 2008.
- Quoted in MJ Rosenberg, Diplomacy as a Last Resort, HuffingtonPost, June 16, 2008.
- Mismarriage of Convenience, Foreign Policy Magazine, June 10, 2008.
- Foreign Exchange with Daljit Dhaliwal, June 6, 2008.
- Beyond the Pale, June 8, 2008.
- Quoted in Marc Perelman, Ahmadinejad Faces Intra-Party Challenge, The Forward, June 5, 2008.
- Larijani's Election Can Boost Congressional Diplomacy, IPS, June 4, 2008.
- Quoted in Khody Akhavi, Obama Walks Fine Line at Major Pro-Israel Meet, IPS, June 4, 2008.
- Interview with Talk Radio, Middle East conflict expert Dr. Trita Parsi: McCain does not "savor" diplomacy, June 3, 2008.
- Quoted in Reuters/Washington Post, McCain calls for divestment campaign against Iran, June 2, 2008.
- Quoted in David Jackson, McCain urges institutions to pull money out of Iran, USA Today, June 2, 2008.
- Quoted in McCain calls for tougher sanctions against Iran, Xinua, June 2, 2008.
- Quoted in McCain calls for Iran divestment effort, Chicago Tribune, June 2, 2008.
- Quoted in Sharon Schmickle, Talk of war with Iran on a sweet spring evening, Minnpost.com, May 29, 2008.
- Can P5+1 Offer Break the Nuclear Stalemate?, IPS, May 9, 2008.
- Quoted in Justin Raimondo, Is War With Iran Imminent?, Antiwar.com, April 28, 2008.
- Quoted in Pam Constable, Iranians Aspire to Sharpen Public Image, Washington Post, April 26, 2008.
- Can the U.S. and Iran Share the Middle East?, IPS, April 18, 2007.
- Quoted in Guy Saperstein, The Democrats Need an Iran Strategy ASAP, Tikkun Magazine.
- Review: A.G. Noorani, Geopolitical truths, Frontline, March 29, 2008.
- Quoted in Scott Mcleod, Centrists Could Derail Ahmadinejad, Time Magazine, Mar. 19, 2008.
- Washington Journal, CSpan, March 16, 2008. (Video starts at 1:32:30)
- Quoted in Paul Roers, Israel, the United States and Iran: the tipping-point,
- OpenDemocracy.net, March 13, 2008.
- Book review: A.G. Noorani, Isolating Iran, Front Line, Vol 25, 2008.
- Quoted in US admits no silver bullet in US-led drive against Iran, AFP, March 10, 2008.
- Quoted in Trudy Rubin, Balancing diplomacy and force, Philadelphia Inquirer, March 2, 2008.
- How to reduce tensions and promote human rights in Iran, Philadelphia Inquirer, Feb. 27, 2008.
- Book Review: Israel's ties with Iran have been mercurial, The Canadian Jewish News, 21 February 2008.
- Interview with John Dankosky, WNPR, February 12, 2008.
- Quoted in The Washington Note, Wayne Gilchrest (R-MD) Got My Vote This Morning (and Tomorrow), Feb 11, 2008.
- Quoted in Chris Toensing, The Next President's Iran Dilemma, In These Times, February 6, 2008.
- Interview with Johns Hopkins Magazine, February 2008.
- Quoted in Omid Memarian, Iranian-Americans Seek Least-Hawkish Candidate, IPS, February 6, 2008.
- Interview with Gallup TV on Bush visit to the Middle East and regional public opinion, January 25, 2008. (Youtube)
- Transcript of Middle East Policy Council talk on Capitol Hill, January 18, 2007.
- Quoted in Richard Wolf, Bush takes anti-Iran push to Saudis, USA Today, January 14, 2008.
- Quoted in Greg Bruno, Gulf States Hesitant on Iran Threat, Council on Foreign Relations, January 14, 2008.
- Panel at Council on Foreign Relations, January 7, 2008.
- Quoted in Joe Cirincione, Tangled Tapes: Spliced Video Gives False View of Hormuz Incident, Center for American Progress, January 11, 2008.
- Interview with Warren Olney's To The Point, NPR, January 10, 2008.
- Will Naval Incident Undermine Bush's Iran Message?, IPS, January 9, 2008.
- Review in the Jewish Chronicle by Ali Ansari, January 4, 2008.
- Review in GlobalResearch by Muriel Mirak-Weissbach, January 3, 2008.
- Review in The Tribune, December 14, 2007.

- Review in the North South Magazine, Dec/Jan-08.
- Book review: The Arab Washingtonian, September 7, 2007.
- Quoted in Daniel Levy, Israel's supporters should push for talks with Iran, Jewish Telegraphic Agency, December 20, 2007.
- Interview with Omid Memarian, Huffington Post, December 20, 2007.
- The Case for Talking to Tehran, The Forward, December 19, 2007.
- Denying Iran's Democrats, Huffington Post, December 19, 2007.
- Panel Discussion at Center for American Progress, December 13, 2007.



- Panel discussion at Century Foundation, December 11, 2007.
- Quoted in Larry Cohler-Esses, Israeli Policy On Iran 'Paralyzed', The Jewish Week, December 12 2007.
- Iran must be included in peace talks, Newsday, December 12, 2007.
- CNN Special Investigation: Iran - Fact or Fiction, December 2007.
- Book Review: Gary Kamiya, Bringing Iran in from the cold, Salon.com, December 11, 2007.
- Book Review: Celestine Bohlen, Bush Team Snubbed `Grand Bargain' on Iran's Atomic Work in 2003, Bloomberg News, December 10, 2007.
- Quoted in Martin Sieff, Iran NIE Hurts BMD Say Some Analysts, December 7, 2007.
- Is Iran NIE a Blessing in Disguise for Israel?, IPS, December 6, 2007.
- Interview with Dianne Rehm, NPR, December 5, 2007.
- Interview with Mother Jones, Trita Parsi: The NIE's Got Nothing on Him, December 5, 2007.
- Interview with Harry Kreisler, Conversation with History, UC Berkeley, December 2007.
- Quoted in New intelligence indicates Iran less of a nuclear threat, ABC News, December 4, 2007.
- Interview with Affar Internazionali, Italy, December 2007.
- Appearance on ABC News, December 3, 2007.
- Book Talk at the Miller Center, UVA, December 3, 2007.
- Quoted by Scott MacLeod, Can Iran and Hamas Sink Annapolis?, Time Magazine, November 28, 2007.
- Quoted in Scott MacLeod, Annapolis: The Spoiler Question, Time Magazine, November 27, 2007.
- Book talk in Seattle, Nov 2007.
- Book TV -C-Span, November 26, 2007. (Video)
- Interview with On Point, NPR, November 20, 2007. (Audio)
- Quoted in David R. Henderson, Why Attack Iran?, AntiWar.com, November 19, 2007.
- Quoted in Roland Lloyd Parry, War-scarred Iranians in US fear more fighting, AFP, November 18, 2007.
- Quoted in Per Ahlin, Iran tar plats, Dagens Nyheter, November 17, 2007.
- Quoted in Caitlin B. Doherty, Inside Track: The Taming of the Hawks, The National Interest, November 15, 2007.
- Quoted in Julia O'Donoghue, Moran on Iran, The Connection, November 15, 2007.
- Quoted in Justin Elliott, Iranian-American Scholar Fears War Within Months—Can He Help Stop It?,

MotherJones.com, November 12, 2007.
- Quoted in Doug Bandow, Iran, World War III, and the Madness of President George, Antiwar.com, November 2, 2007.
- Quoted in Shafaat Ahmad, Iran-US Relations: The Bush era, The Daily Star, November 3, 2007.
- Quoted in Breffni O'Rourke, Iran: Dissidents Debate Merits Of U.S. Democracy Aid, RFE, November 2, 2007.
- The Iranian Challenge, The Nation, November 19, 2007.
- Quoted in Khody Akhavi, An attempt to douse the flames of war, Asia Times, October 31, 2007.
- Panel Discussion at the National Cathedral, Cspan, October 29, 2007.
- Book TV - Interview with Barbara Slavin, Cspan.
- Interview with Warren Olney, To The Point, KCRW/NPR, October 30, 2007.
- Book review: Nicholas Van Hoffman, They May Be Right: We May Be Crazy, The New York Observer, October 30, 2007.
- Quoted in Helene Cooper, Bombing Iran Wouldn't Be Just That, New York Times, October 26, 2007.
- Quoted in Hannah Allam, Iran courting Arab countries to blunt U.S. hostility, October 26, 2007.
- Quoted in Michael Theodoulou, Warning that tough US sanctions will 'increase tensions' with Iran, The Scotsman, October 26, 2007.
- Quoted in Paul Richter, U.S. imposes new sanctions on Iran, Los Angeles Time, October 25, 2007.
- Quoted in Sue Pleming, New sanctions boost talk of war with Iran, Reuters, Octobr 25, 2007.
- Letter to Editor - WSJ, October 22, 2007.
- Quoted in Gillian Flaccus, Iranian-American recounts 4-month ordeal in Tehran prison, AP, October 20, 2007.
- Quoted in Craig Offman, Prime-time Iranian series depicts 'myth' of Holocaust, National Post, October 15, 2007.
- A sober analysis of Iran, Ynet News, October 14, 2007.
- Quoted in AFP, Groups call for cut in US Iran democracy funding, October 11, 2007.
- Quoted in Robin Wright, Cut Iran Democracy Funding, Groups Tell U.S., Washington Post, October 11, 2007.
- Iran, the Inflatable Bogey, Rootless Cosmopolitan (Tony Karon's blog), October 10, 2007.
- Interview with Dianne Rehm, NPR/WAMU, October 8, 2007.
- Quoted in Christopher Allbritton, Iranian Hegemony: What's Not to Like?, Spot-On.com, October 8, 2007.
- Quoted in Richard Bernstein, Letter from America: U.S. deal with North Korea a compromise, International Herald Tribune, October 7, 2007.
- Interview with Yale University Press, October 5, 2007. (Blog entry)
- Interview with Al-Sharq Al-W'sat, الصفقة الايرانية التي تجاهلتها أميرك, October 3, 2007.
- Mitchell Plitnick, A Dose of Reason On Iran, September 28, 2007.
- Book review: Doug Bandow, Treacherous Alliance, AntiWar.com, September 28, 2007.
- Quoted in Ben Harris, Plenty of political theater, but nuclear issue still unresolved, JTA, September 26, 2007.
- Quoted in Pamela Constable, D.C. Area Iranians Criticize Reception Of Ahmadinejad, Washington Post, September 26, 2007.
- Interview with Democracy Now, September 25, 2007. (Video and Audio)
- Interview with C-Span, September 22, 2007.
- Interview with NPR, September 24, 2007. (Audio)
- Quoted in Senator Mike Gravel, Let Ahmadinejad Go to Ground Zero, HuffingtonPost.com, September 24, 2007.
- Interview with WNYC, September 21, 2007.
- Interview with Radio Zamaneh, September 18, 2007. (Persian)
- Quoted in Peter Galbraith, The Victor?, the New York Review of Books, October 11, 2007.
- Quoted in Thomas Omestad, Taking Aim at Iran, US News & World News, September 16, 2007.
- Quoted in Tony Barboza, Iranians in U.S. face a choice -- to speak out, or not, Los Angeles Times, September 16, 2007.
- Iran and Israel: The Avoidable War, Middle East Policy, Volume XIV, Fall 2007 (3).
- Fund bridges, not failed policy, The Hill, September 11, 2007.

- "Long Division," The American Conservative, September 10, 2007.
- Interview with Uprising Radio, September 10, 2007.
- Interview with NPR, September 6, 2007.
- Quoted in Sonja Pace, Iranian-American Scholar Leaves Iran After Three Months in Jail, VOA, 3 September 2007.
- Quoted in Robert W. Welkos,'Crossing Over' and crossing out, Los Angeles Times, September 3, 2007.
- Bush Indictment of Iran Tops Usual Rhetoric, IPS, August 29, 2007.
- Quoted in Scott Peterson, An intensifying US campaign against Iran, Christian Science Monitor, August 23, 2007.
- Interview with Michele Keleman, NPR, August 23, 2007.
- Quoted in Bitte Hammargren,Gardet på USA:s terrorlista, SVD, August 19, 2007. (Swedish)
- Quoted in Mondoweiss blog,August 16, 2007.
- Quoted in Wall Street Journal, August 17, 2007.
- Quoted in Robin Wright, As U.S. Steps Up Pressure on Iran, Aftereffects Worry Allies, Washington Post, August 16, 2007.
- Terror Label for Guard Corp Entrenches US-Iran Enmity, IPS, August 15, 2007.
- Quoted in Aljazeera English, US to brand Iran Guard 'terrorist', August 15, 2007.
- Book review: Khody Akhavi, Beneath Superheated Rhetoric, Pragmatism Rule, IPS, August 8, 2007.
- Featured in Forward: Marc Perelman, Book Reveals Details of Iran's Diplomatic Outreach to Israel, Forward, August 8, 2007.
- Quoted in Forward Editorial, Frank Talk About Iran, Forward, August 8, 2007.
- Quoted in Gareth Porter, Bush Line Distorts Iran's Real Interest in Iraq, IPS, July 25, 2007.
- Quoted in AP, Detentions have Iranian-Americans afraid of travel to Tehran, June 19, 2007.

## JOIN MAILINGLIST

### Subscribe To My Site

name:

email:

verify email:

[ Subscribe ]  What's this?

## CONTACT INFORMATION

Click here for contact information.

## Members Area

Sign In or Register

## Newest Members

   

© 2010 All Rights Reserved.

Home - Trita Parsi



National Iranian American Council (NIAC): Home

فارسی | Sign In    Search    Go »

About Us    News    Take Action    Policy Positions    Resources    Blog    Media Center    For Members    NIACampus



Become a part of the organization that has given the Iranian-American community a powerful voice in Washington, DC.



**Vahid Jahangiri**
Learn more about NIAC members
Featured Profile »

---

### NIAC Launches Student Initiative: NIACampus
*Tuesday, April 12, 2011*
*By: NIAC Staff*
NIAC believes in giving Iranian-American students the support they need to succeed. For the first time, these students will have a one-stop-shop for information as well as a way to connect with their peers on campuses across the country

### The Atlantic: A New Opportunity for the U.S. to Promote Human Rights in Iran
*Thursday, March 17, 2011*
*By: Reza Marashi and Trita Parsi*
NIAC's Reza Marashi and Trita Parsi present three ideas for how President Obama can support human rights in Iran and leverage the Arab uprising in The Atlantic.

### US and Swedish Officials Outline Human Rights Initiative at NIAC Conference
*Wednesday, March 16, 2011*
*By: NIAC Staff - News*
"This effort is not about grandstanding or showdown, but about action on a practical step that we hope will lead to change over time," declared U.S. Deputy Assistant Secretary of State Suzanne Nossel, discussing efforts now underway at the UN Human Rights Council (HRC) to establish a human rights monitor on Iran.

### Give Back this Norooz
*Wednesday, February 23, 2011*
*By: NIAC Staff*
NIAC is proud to announce the first of what promises to be an annual tradition of unity, community and giving back the National Iranian-American Day of Service.

### NIAC Applauds Senate Call for Human Rights Monitor
*Tuesday, February 15, 2011*
*By: NIAC Press Release*
NIAC applauds Senator Carl Levin (D-MI) and 23 other

### Senator Kyl Calls for Harsher Sanctions to "Assist" Iranians
*Friday April 15, 2011*
*By: Sarah Ravani - News*
Senator Jon Kyl (R-AZ) called for harsher sanctions against Iran this week, saying that regular Iranians would be willing to suffer if the U.S. makes the case that such punishment is intended to help them.

### Heritage Foundation Calls for Harsher Sanctions, Regime Change
*Wednesday, April 13, 2011*
*By: Sarah Oliai - News*
Panelists at a Heritage Foundation event called for the US to impose harsher sanctions backed by a "credible threat of force" against Iran.

### NIAC Launches Student Initiative: NIACampus
*Tuesday, April 12, 2011*
*By: NIAC Staff*
NIAC believes in giving Iranian-American students the support they need to succeed. For the first time, these students will have a one-stop-shop for information as well as a way to connect with their peers on campuses across the country.

### Iranian-American Reflections from the Campaign Trail
*Thursday, April 7, 2011*
*By: Nobar Elmi - News*
NIAC spoke with Mark Ameli who ran for a seat as a Los Angeles Superior Court Judge in the largest county in United States. Mark's reflections from the campaign trail provide good insight into the high stakes game of politics

### Senator Graham Calls for Military Strikes on Iran if Sanctions Fail
*Wednesday, April 6, 2011*
*By: Sarah Oliai - News*
Senator Lindsey Graham (R-SC) reiterated his call for the

**Get Email News & Updates**
First Name*
Last Name*
Email Address*
Zip Code

   

---

Senators who today called for the Obama Administration to work with the international community to establish an independent UN human rights monitor on Iran when the UN Human Rights Council convenes this March.

US to "neuter" Iran through military action if sanctions fail to stop its nuclear program.

**Read More News & Opinion**

**Read More Features**

© 2009-2011 National Iranian American Council (NIAC)   |   Home   |   Contact Us