

# NIAC and Trita Parsi's Internal Documents (1997-2001)

Nov 21st, 2009

### Trita Parsi: from Sweden to US

### Lobby organization: IIC

### 1997 - 2001

### Discovery Documents: Part One

******

### 1991: Parsi came to US as a high school exchange student and was hosted by Bob Ney

### Document: Letter for Bob

Written by Parsi to the judge in favor of Bob Ney - 1.16.2007

Quote from the original document:

"When I came to the US from Sweden in 1991 as a high-school exchange student, I was fortunate enough to get acquainted with Mr. Ney, who at the time served as a State Senator. I later ended up in a disagreement with my host-family and risked being sent back to Sweden without having completed my studies in the US. As the host-family and the organization who had arranged for my stay in the US were preparing to send me back to Sweden, Mr. Ney stepped in and took me in with his own family. It was nothing less than a random act of kindness."

---

### Who is Bob Ney?

Trita Parsi worked closely with Bob Ney from 1997 till 2005 when his corruption was revealed to the public. Ney, a former Congressman from Ohio, was sentenced to 30 months in prison for corruption. Part of his indictment and plea agreement is related to the bribes he received from Fouad Al Zayat, an arm dealer in London who worked for the Iranian regime. For some information on Bob Ney: **See this brief power presentation**

---

### 1996: Parsi met Siamak Namazi from Iran. Since then, Namazi has been Parsi's partner in lobbying

Parsi told the Washington Times on 11.13.2009

**http://www.washingtontimes.com/news/2009/nov/13/exclusive-did-iranian-advocacy-group-violate-laws/?page=3**

Quote from the article:

"The genesis of NIAC goes back more than a decade to when Mr. Parsi was a student in Sweden. In 1996, he met another Iranian expatriate, Siamak Namazi. Mr. Namazi had a degree in urban planning but had recently joined a firm in Iran that sought to bring Western business standards to the Islamic Republic"

---

### Who is Siamak Namazi?

He has been managing director of Atieh Bahar Consulting. Atieh group works with the Iranian government.



For a complete review of Namazi and Atieh Bahar see the following exhibits at:

http://www.iranian-americans.com/AtiehBahar-3.pdf

http://www.iranian-americans.com/AtiehBahar-4.pdf

---

**1997: Living in Swededn, Trita Parsi founded the US based organization called the "Iranians for International Cooperation (IIC), the first Iranian lobby group to remove US political and economic sanctions against Iran**

**Document : IIC CV**

Date: June 1999 by Parsi

Quote from the original document:

**History**

IIC was founded in August 1997 by Trita Parsi, the present President. While conducting research on Iran for US Congressmen in Washington DC in 1997, he recognized the necessity of establishing a lobbying organization ...

**Objectives**

IIC's main objective is to safeguard Iran's and Iranian's interests. Currently, our agenda is topped by the removal of US economic and political sanctions against Iran, and the commencement of an Iran-US dialogue.

**What we can achieve**

**IIC is capable of organising the grassroots and pressure US lawmakers to pose a more Iran friendly position.** We are also capable of undertaking nation-wide fax and petition campaigns. Furthermore, we have extensive contacts with the US media and can have IIC representatives participate in TV and radio debates. Moreover, we have highly educated members whit excellent diplomatic skills who can play the role of mediators between Iran and the US. We are, however, not fully capable of raising substantial amounts of money as of yet. But bearing in mind the age of our organisation, we are confident that we will double our fund-raising capacity this year.

---

**Parsi described the IIC as a lobby organization**

**• Document: IIC FAQ to Congress**

Date: June 1999 by Parsi

Quote from the original document:

**Q: What is IIC, is it a political party or a lobby organization?**

A: IIC is not a political party *or* even a political organization. We consider ourselves a lobby organization; we use our constitutional rights to influence our elected representatives. But we have no ambition to run for public office! We simply do not consider ourselves an alternative to the regime *or* to the opposition.

---

**In his personal CV, Parsi explains IIC's activities**

**• Document: Curriculum Vitae, till BOB**

By Trita Parsi. date: June 1999

Extra Curricular Activities

### Iranians for International Cooperation (www.iic.org)

Quote from the original document:

Founder and elected President (1997-99)

- Established the first lobby group in the US to support the normalization of ties between Iran and the US.
- Interviewed by AP, Reuters, RFE and other news agencies.
- Increased membership from 15 to 500 members worldwide in less than two years.
- Lobbied the US Congress, EU and Swedish Parliaments.

### In another personal CV, Parsi explains IIC's activities

### Document: CV, 20010830 ECON

Trita Parsi's resume written by himself 2001

Extra Curricular Activities

### Iranians for International Cooperation (www.iic.org)

Quote from the original document:

Founder and elected President (1997-99)

- Increased membership from 15 to 1000 members worldwide
- Lobbied the US Congress, EU and Swedish Parliaments.

### Parsi worked as a lobbyist a lobby firm in Sweden

### • Document: "Standard"

By Parsi, Auguste 2000

Quote from the original document:

"I am currently working as a strategy consultant and lobbyist at Kreab, Scandinavia's largest PR and Communications firm. At Kreab, I have advised multinationals, Internet startups and interest organizations on political, communications and strategy issues. My experience in government affairs and communications consulting has provided me with a deep understanding of teamwork, coalition building and media relations."

### 1997: Parsi became Bob Ney's foreign policy advisor

### Document: CV, 20020131

Trita Parsi's resume written by himself January 2002

Quote from the original document:

**Work Experience**

**Chairman Robert Ney (R-OH)**

**Foreign Policy Advisor, Middle East and South East Asia 1997, 2001**

---

**Trita Parsi explains his work for Bob Ney**

<u>**Curriculum Vitae US version 0724**</u>

Trita Parsi's resume written by himself, August 2000

Quote from the original document:

Qualification Summary

- Strategy Consultant at Sweden's largest communications/lobby firm

**Congressman Robert Ney, Washington DC**

**Policy Advisor (June - August 1997)**

- Adviced on US foreign policy on Middle Eastern issues
- Monitored the political and economic situation in the Mideast
- Authored three reports on US-Iran relations which were used by Congressman Ney to alter his position vis-à-vis Iran

---

**Parsi influenced Bob Ney to become the most ardent US Congressman defending rapprochement policy with Iran**

<u>**Document : IIC CV**</u>

Trita Parsi's CV written by himself, June 1999

Quote from the original document:

**Achievements**

The first achievement of IIC can be traced back to the summer of 1997 when Trita Parsi worked as a political consultant for Congressman Robert Ney of Ohio. Congressman Ney was at the time a proponent of the US's isolation policy of Iran and had contacts with the Mujahedine Khalq terrorist organisation. Mr. Parsi was hired to consult the Ohio Congressman on his policy vis-à-vis Iran, and persuade him to reconsider his position in favour of a pro-dialogue, pro-engagement policy.

---

**Parsi influenced Bob Ney to become the most ardent US Congressman defending rapprochement policy with Iran**

• Document: "Standard"

By Parsi, Auguste 2000

Quote from the original document:

"Most of my work experience has pertained to politics, government affairs and communication. I have worked in the United States Congress as a political advisor to Congressman Robert Ney of Ohio, formulating and marketing his position vis-à-vis Iran. My job at his office was to point out to him the benefits of engagement with Iran and persuade him to change his position to favor such a policy. This task was successfully accomplished and Congressman Ney are today one of Capitol Hill's most outspoken advocates of dialogue with Iran."

Another version of Parsi's CV - This time he served Bob Ney after 2001

• Document: WWC Coverletter

He writes:  (September 2005)

Quote from the original document:

"I believe that my background in policy making makes me particularly suitable for this project. I have served as a Foreign Policy Advisor to Congressman Bob Ney (R-OH) on a part-time basis since 2001. My work on Capitol Hill has primarily been focused on US-Iran relations and nuclear non-proliferation."

Parsi describes his success to change Bob Ney's position toward Iran

• document: "Statement of purpos"

December 2000, written by Parsi

Quote from the original document:

"In 1997, I worked as policy advisor on MidEastern issues to Congressman Robert Ney of Ohio. **My job was to reformulate Ney's position vis-à-vis Iran.** At the time, Ney was a supporter of the Clinton Administration's isolation policy of Iran. By identifying the long-term strategic necessity of befriending Iran and showing how such a policy should be pursued, I was successful in convincing Ney to alter his position. In 1997, he became one of the first Congressmen to propagate dialogue with Tehran. Ever since, I have continued to act as his advisor and in early September 2000, I was invited to accompany him at the Conference on Dialogue Among Civilizations held at the UN.

Parsi's lobby in the US congress was coordinated with Bob Ney

• Document: Include Iran on FY 2001 Agriculture Appropriations Bill

Date: 5.29.2000

Parsi wrote to Bob Ney:

Quote from the original document:

"Thank you for the conversation we had on the phone just now. Below you will find a first draft of a letter we plan to send out to our members and Iranian-American webpages. We would appreciate if you gave comments on what else could be included in or excluded from the letter.

We are mostly interested in comments regarding the amendment itself, and perhaps arguments you wish to emphasize.

We would also appreciate if we could continue this communication so that we can adapt our activities to the developments in Congress.

At this stage, we believe that a fax/telephone/letter/email campaign will be more effective than a petition. But if you believe that a petition would be useful, we can launch one over the net."

## Leave a comment »

1. **Melica November 23rd, 2009 1:03 pm** :

   Thank you very much Mr Dai .Trita Parsi is finished .Iranian people hate him.

2. **bob ney November 24th, 2009 1:17 am** :

   You are such funny people, What are you smoking?

   Bob Ney

3. **Arash November 24th, 2009 7:00 am** :

   Thank you very much Mr. Daei. You are doing a fantastic job. Please keep disclosing the Iranian terrorist regime and its disgraced agents like Trita Prsi and NIAC.

4. **Arash November 24th, 2009 10:41 am** :

   Thank you Mr. Dai, we are looking forward to reading more. It is abundantly clear that you have done a great deal of hard working in compiling this info. I have never trusted NIAC and was suspicious of their activities, you have enabled us to connect the dot, in the complex web of treachery and treason. Thank you for educating the world.

   NIAC does not represent Iran or Iranians and has been a mouth piece for the mullahs to buy them enough time to develop their weapon's program. Exposing Trita and his ilk, is a great service to Iran.

5. **Steven Monash November 24th, 2009 12:30 pm** :

   Mr. Daie
   I appreciate your help identifying Islamic Republics' full-time missionaries in the US. I have also a message for Obama administration and that is:
   When will you people stop messing around with these guys? This fanciest regime must be stopped now!
   Steven Monash

6. **Meehan November 24th, 2009 2:05 pm** :

   Many many thanks to you Mr daei for great effort and i congratulate you for the great great success. NAYAK is done.

7. **Bahram November 24th, 2009 6:31 pm** :

   Ba sallam va kaste nabachin ma az avall ham midunstim ke choma pirozin Gorban choma Bahram

8. **massoud November 24th, 2009 8:57 pm** :

   Mr. Daei,
   Many thanks for all your hard work in exposing the traitors and the agents of the mullahs in the USA. The mullahs network is dealt a heavy blow by your work. The likes of Trita Parsi and his clan should be put on

trial when Iran is a free and democratic country. I read about Gary Sick is being mentioned for taking money from Alavi Foundation (the mullahs)!! It is a wonderful day to see these paid agents ( mozdors) of the mullahs be exposed! Thank you once again.

9. **Alborz November 25th, 2009 2:20 pm** :

   Many thanks for all your hard work,You are doing a fantastic job.

10. Ashraf Shirdel **November 25th, 2009 10:43 pm** :

    Dear Mr, Daei
    lot of Thanks to you and your courage. and your hard work, I am proud of you and I, support you.

    November 26/2009 7.PM
    Ashraf hirdel
    American Iranian.

11. Ali **November 28th, 2009 7:43 am** :

    You have done such a very great job for both American and Iranian people. Thank you so much for your efforts.
    November 28 2009
    Ali
    Maryland USA

12. Parviz **November 29th, 2009 5:59 am** :

    Dear Die
    Thanks so much
    We are proud of you and we need few more restless like you,

13. Arman **November 30th, 2009 7:49 pm** :

    Thank you Mr Dai, Please continue .Good luck

14. irandoost **December 12th, 2009 12:25 pm** :

    I know Trita Parsi and his other traitor partener Houshang Amir Ahmadi. They have accumulated so much wealth from being paid by the Islamic Regime and oil companies. They live in mansions decorated with blood of Iran's freedom fighters. I am sure that very soon their financial records will come under investigation and they will be prosecuted in the court of law.

15. Kevin **December 12th, 2009 8:34 pm** :

    Dear Mr. Dai,

    I wish you the best in your endeavors and I am sure with Iran lovers like you we will soon witness a free Iran. Please keep up the excellent work.

16. Adam **January 6th, 2010 8:34 pm** :

    Iranian are expert in distroying each other.

# Leave Comment