IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| DAIOLESLAM SEID HASSAN, | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO
DEFENDANT'S MOTION *IN LIMINE*
<u>TO EXCLUDE THE TESTIMONY OF DEBASHIS AIKAT</u>**

COME NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., pursuant to Fed. R. Civ. P. 6, and hereby respectfully move to enlarge the time to respond to Defendant's Motion *In Limine* to Exclude the Testimony of Debashis Aikat, and as grounds state as follows:

1. On April 25, 2011, Defendant filed a Motion *In Limine* to Exclude the Testimony of Debashis Aikat Morse (hereinafter "Defendant's Motion"). Professor Aikat is NIAC's journalism expert.

2. Presently, NIAC is in the process of responding to Defendant's Motion *In Limine* to Exclude Testimony of Joel Morris, NIAC's damages expert.

3. The parties have not completed discovery to date. In fact, the next status conference in this case is not until June 3, 2011.

4. As such, the requested enlargement of time will not delay the administration of justice herein.

5. Consistent with the meet and confer Local Rules requirement, on May 5, 2011, NIAC advised the defendant that it would be seeking an enlargement of time to respond to Defendant's Motion. NIAC requested that the defendant consent to an enlargement of time until June 3, 2011.

6. Defendant has advised that it is willing to consent to the aforementioned enlargement of time.

Accordingly, for each of the reasons set forth above NIAC respectfully requests that the time to respond to Defendant's Motion be enlarged at least to June 3, 2011.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, Maryland 20852
(301) 279 – 8773
(301) 279 – 7347 Fax
Counsel for the Plaintiffs

## CERTIFICATE OF CONFERENCE WITH COUNSEL

I HEREBY CERTIFY that on May 5, 2011, I contacted counsel for Defendant Timothy Kapshandy to determine whether Defendant would consent to the relief sought in Plaintiffs' Motion for Enlargement of Time to Respond to Defendant's Motion *In Limine* to Exclude Testimony of Debashis Aikat. Defendant has consented to the requested relief.

/S/
Adrian V. Nelson, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion In Limine to Exclude Testimony of Debashis Aikat was served on May 6, 2011, via email and first class U.S. mail, postage prepaid, upon:

> Timothy E. Kapshandy, Esquire
> Peter Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> *Counsel for the Defendant*

/S/
Adrian V. Nelson, II