# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** | ) |
| and | ) |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 08 CV 00705 |
| **DAIOLESLAM SEID HASSAN,** | ) |
| Defendant | ) |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Defendant's Motion to Exclude the Testimony of Joel Morse, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this ____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Exclude the Testimony of Joel Morse is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court