IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| DAIOLESLAM SEID HASSAN, | ) |
| Defendant. | ) |

## PROPOSED ORDER

Upon consideration of Plaintiff NIAC's Opposition to Defendant's Motion to Exclude the Testimony of Debashis Aikat it is hereby:

ORDERED this ____ day of _____, 2011 that Defendant's Motion to Exclude the Testimony of Debashis Aikat is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Judge