# PISHEVAR & ASSOCIATES, P.C.
### ATTORNEYS

600 EAST JEFFERSON STREET
JEFFERSON PLAZA • SUITE 316
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 279-8773 – FACSIMILE (301) 279-7347
WWW.PISHEVARLEGAL.COM

May 17, 2010

**VIA E-MAIL ONLY**
Dr. Debashis Aikat
School of Journalism and Mass Communication
University of North Carolina
Caroll Hall – CB 374
Chapel Hill, North Carolina 27599

> Re:  **Trita Parsi and NIAC v. Seid Hassan Daioleslam**
>      Civil Action No.: 08-705 (JDB) (USDC-DC)

Dear Dr. Aikat:

This letter serves to confirm your agreement to serve as an expert witness for the plaintiffs in the above-referenced matter, to outline the scope of the expert witness services you will provide, and to outline the terms under which you will serve as an expert witness.

First, on behalf of the plaintiffs we have asked you to write an expert report regarding the following:

1. The general standard of care and compliance within the journalism community/industry as it applies to those persons who hold themselves out as journalist, including any varying standard of care and compliance for those who hold themselves out as cyber-journalists;

2. Whether, and to what extent, you see evidence of "willful blindness" in the writings of the defendant as it relates to his assertions against the plaintiffs; and

3. Whether the defendant had a duty to allow the plaintiffs an opportunity to respond to his assertions against them.

In this regard, we have asked that you provide us with your final expert report by May 27, 2010.

Lastly, we have agreed that you will be compensated at a rate of four hundred



dollars per hour ($400.00) for a minimum number of ten (10) hours of work. If you will need more than 10 hours to complete your work, you will obtain our prior approval to perform work beyond the initial ten (10) guaranteed hours of compensation.

Of course, if you have any questions or concerns please feel free to contact me or Afshin Pishevar, Esquire.

Very truly yours,

Adrian V. Nelson, II

AGREED AND UNDERSTOOD:

Debashi Aikat, Ph.D.

PISHEVAR & ASSOCIATES, P.C.
ATTORNEYS