```
                                                          Page 1
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF COLUMBIA
 4   -----------------------------------------------------
 5   TRITA PARSI and NATIONAL IRANIAN AMERICAN
 6   COUNCIL,
 7                          Plaintiffs,
 8              vs.                  No. 08 CV 00705 (JDB)
 9   DAIOLESLAM SEID HASSAN,
10                          Defendant.
11   -----------------------------------------------------
12
13
14           DEPOSITION OF DAIOLESLAM SEID HASSAN
15                     Chicago, Illinois
16                 Tuesday, December 14, 2010
17
18
19
20
21
22   Reported by:
23   Mary M. Flagg, RPR
24   JOB NO. 4775
```

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 2

```
 1            December 14, 2010
 2            9:00 a.m.
 3
 4
 5        Deposition of DAIOLESLAM SEID HASSAN,
 6   held at the offices of Sidley Austin, LLP, One South
 7   Dearborn Street, Chicago, Illinois, pursuant to Notice
 8   and Agreement, before Mary M. Flagg, a Notary Public of
 9   the State of Illinois.
10
```

Page 3

```
 1   A P P E A R A N C E S:
 2   PISHEVAR & ASSOCIATES, P.C.
       Attorneys for Plaintiffs
 3       Jefferson Plaza, Suite 316
         600 East Jefferson Street
 4       Rockville, MD 20852
     BY: ADRIAN V. NELSON, II, ESQ.
 5       A.P. PISHEVAR, ESQ.
         E-mail: Anelson@pishevarlegal.com
 6
     SIDLEY AUSTIN LLP
 7     Attorneys for Defendant
       One South Dearborn Street
 8     Chicago, Illinois 60603
     BY: TIMOTHY E. KAPSHANDY, ESQ.
 9       ERIC GALVEZ, ESQ.
         tkapshandy@sidley.com
10       megalvez@sidley.com
11   ALSO PRESENT:  LARRY HITZ, LVS, Videographer
         larry@toplegalvideoservices.com
12
             DR. TRITA PARSI.
13
```

Page 4

```
 1              I N D E X
 2
 3   Testimony of                Page
 4   Daioleslam Seid Hassan
 5   By Mr. Nelson                 6
 6
 7   EXHIBITS  DESCRIPTION
 8   1     Notice of Deposition    5
 9   2     Complaint              134
```

Page 5

```
 1         MR. NELSON:  Would you mark this as Plaintiff's
 2   Exhibit Number 1.
 3              (Whereupon, Plaintiff's Exhibit
 4               Number 1, notice of deposition,
 5               was marked for identification.)
 6       THE VIDEOGRAPHER:  Good morning.  This is the start
 7   of tape labeled number one of the videotaped deposition
 8   of Hassan Daioleslam, case number 08 CV 00705 entitled
 9   Parsi et al. versus Hassan et al. in the United States
10   District Court for the District of Columbia.
11         Today is December 14, 2010.  The approximate
12   time is 8:57 a.m. Chicago.  The location is One North
13   Dearborn, Chicago, Illinois, 60603.
14         My name is Larry Hitz, Certified Legal Video
15   Specialist on behalf of TransPerfect Legal Solutions, 216
16   East 45th Street, 9th floor, New York, New York, zip code
17   10017.  The court reporter is today is Mary Flagg on
18   behalf of TransPerfect.
19         Will counsel please identify themselves for the
20   record and state what party you are representing with
21   your notice.
22         MR. NELSON:  Good morning.  Adrian Nelson and Afshin
23   Pishevar on behalf of the plaintiffs NIAC and Trita
24   Parsi.
```

2 (Pages 2 to 5)

Page 202

1  Dai supporter of a terrorist organization. There's no
2  basis for that, or at least we don't know what basis he
3  had. This is the first thing. Or when he said Hassan
4  Dai articles were first published in MEK websites prior
5  to being published in English.
6       He knows that tens of websites they published
7  my articles and I don't remember MEK websites publish my
8  articles. So even I remember one of them published my
9  article, but in that website it mentioned that they took
10 it from another website. I never sent my article to MEK
11 websites. So when he tries to portray me as MEK
12 terrorist warmonger and so for three, four years that is
13 this kind of smearing and intimidation campaign. So how
14 do you want me to expect truth?
15    Q   So are you saying that there was an occasion
16 when an MEK website posted one of your articles without
17 your permission?
18    A   Without my permission, you know. This is not
19 something I don't have the right. It is not -- the
20 people they can publish anything they want. They take --
21 they quote from where they took it. So I didn't contest
22 it. They did it.
23       And something beside that, you know, I wanted
24 to mention something I forgot. You should see something.

Page 203

1  I have always from the beginning, not only me, other part
2  of the Iranian community asked, requested, begged
3  Mr. Parsi and NIAC to come for public debate, public
4  discussion about these issues. Not only has he always
5  refused that, they intimidated the party that they asked
6  for it, like the Voice of America.
7       I remember Voice of America tried for two,
8  three weeks to organize a debate between me and him that
9  the Iranian American community to be judged. They can
10 hear me, they can hear him, and I remember I was invited
11 in Washington for a kind of association, Iranian
12 association. I had a speech over there and they tried.
13 I remember they tried to have someone from NIAC to come
14 and publicly debate.
15      We let the Iranian American community to be the
16 judge. I remember I had a very good personal debate with
17 Babak Talebi, the NIAC's outreach community, outreach
18 director a year ago, you know. After I had my speech we
19 went to a restaurant before everyone for maybe two hours.
20 We speak with each other and the people which was very
21 civilized. No one attacked the other one. We didn't
22 hate each other. We didn't attack each other. And I
23 remember after everyone was gone out of that restaurant
24 for maybe 20 minutes I had a more private discussion with

Page 204

1  Mr. Talebi. Nothing, you know, we did not treat each
2  other like enemies. So but I mean it could happen.
3       Voice of America tried. I remember many radio
4  and Farsi station tried. Every time Mr. Parsi refused
5  and I hope that again here I hope that we let the people,
6  the Iranian American community to be the judge. We go.
7  They are smart. They can see. I develop my conclusions
8  and he can tell what he thinks about me or what he can
9  defend his positions, and that's fair enough I think.
10      I have always supported that. I have told
11 always that. That is my position.
12    Q   When was the occasion that you had this
13 conversation with Mr. Babak Talebi?
14    A   It was in April 2009 or maybe May 2009.
15 Something around it.
16    Q   And who sponsored this debate that you spoke
17 about?
18    A   I think it's called Iranian Cultural
19 Association in Washington, D.C. Something like 20 years
20 old association.
21    Q   And during that time do you recall whether or
22 not Babak Talebi was still employed with NIAC?
23    A   I didn't know that until that, you know, lately
24 that night he told me that he has left NIAC officially

Page 205

1  since the end of 2008, but anyway, he was defending NIAC
2  all the time with the debate I had with him. He was
3  defending NIAC as if he was an employee of NIAC or member
4  of NIAC or part of NIAC?
5     Q   Did you all have any discussions regarding this
6  particular lawsuit during that occasion?
7     A   Not that -- I mean not particular issue. The
8  only thing he told me why we sent -- he mentioned two
9  things, you know. That why we sent a subpoena to
10 Leverette's family. Flint and his wife. He asked that.
11 He complained about it.
12      And the other thing is that you have outspent
13 NIAC. You have a lot of resources. And that was the two
14 things I remember he told.
15    Q   Have you had any contact with Mr. Talebi since
16 that time in 2009?
17    A   No.
18    Q   Did you tell him the reason why you had sent a
19 subpoena to the Leverettes?
20    A   I think I mentioned him that the reason first
21 of all, you know, I think as I explained it was our right
22 to understand what happened in 2003 grand bargain. I
23 told him that I believed or we believed that there are
24 documents that can help us to understand the case.