INTERNET ARCHIVE WaybackMachine BETA
http://iranianlobby.com/page1.php?id=15   Go   SEP DEC MAY   Close
3 captures                                  ◀ 30 ▶   Help
29 Sep 08 - 8 May 09                       2007 2008 2009

| صفحه‌ی نخست | مقاله | اسناد | گفت‌وگو | مقالات دیگران | جست‌وجو | آرشیو | در باره‌ی ما | تماس | English | - سه شنبه ۱۰ دی ۱۳۸۷ Tuesday 30 December 2008 |

## درخواست همیاری و همراهی

حسن داعی

### هموطنان گرامی:



سه ماه پیش در آوریل 2008، "تریتا پارسی" و انجمن خودخوانده اش "شورای ملی ایرانیان آمریکائی"(NIAC) شکایت حقوقی را بر علیه من در دادگاه فدرال واشنگتن اقامه کردند. پارسی در شکایت خود مدعی شده است که گزارشات تحقیقی و فعالیت های رسانه ای من به شخصیت و حیثیت اجتماعی وی آسیب رسانده و خود او نیز دچار اضطراب روحی و حقارت شخصی گشته است.

متقابلاً من هم با استخدام یک تیم حقوقی حرفه ایی در واشنگتن به استقبال این چالش جدید رفته ام. البته این قبیل پروسه های قضایی در آمریکا عموماً پیچیده، چند مرحله ایی و طولانی میباشد که طبعاً هزینه بسیار سنگین مالی را نیز طلب میکند.

اتفاقاً یکی از دلایلی که تریتا پارسی و حامیان او را به شکایت از من ترغیب نمود همین امید کاذب است که من از پس مخارج سرسام آور وکیل و پروسه این دفاع قانونی برنیایم و بنابراین ناچار به عقب نشینی و سکوت خواهم شد؛ و در نتیجه رسانه های عمومی و شخصیتهای ملی و مستقل نیز با عبرت آموزی از سرنوشت من، سخن گفتن از شبکه لابی ملایان را به فراموشی خواهند سپرد.

تا آنجا که به من مربوط میشود، به همه شما هموطنان گرامی اطمینان میدهم که لحظه ای عقب نخواهم نشست و در حد توان وظیفه خود را در مقابله با دلالان وطن فروش ادامه خواهم داد. با این حال از آنجا که مقابله با لابی ملایان، از هر جهت ابعادی بسیار فراتر از فرد و گروه محدودی دارد و از آنجا که بسیاری از شما دوستان و یاران عزیز بزرگوارانه پیشنهاد کمک و یاری داده بودید، در همینجا با تواضع دست یاری و همیاری همه شما را میفشارم و مشتاق همراهی شما در این کارزار مهم و میهنی هستم.

اکنون پروسه قانونی وارد مراحل جدی تر و حساس تری میشود و میتوان از این فرصت تاریخی بیشترین استفاده را کرد و با اتخاذ یک سیاست تهاجمی و بازگذاشتن دست وکلای مجرب، به گشودن تمامی درهای بسته و تاریک خانه های نفوذ رژیم ایران اقدام نمود. میتوان سیستم لابی ملایان در آمریکا را بطور کامل در معرض دید همگان قرار داد.

بدیهی است که تأمین مالی این پروسه حقوقی-قضایی که ثمرات پربهای سیاسی-اجتماعی برای همه ما دربر خواهد داشت، از توان شخصی من خارج است و به کمک تک تک شما نیاز دارم. در همین رابطه بنیاد "درجستجوی حقیقت" و صندوق دریافت کمک های اهدایی شما را با مشخصات زیر به ثبت قانونی رسانده ام. بدین ترتیب، همه کمک های مالی و نحوه استفاده از آن بطور کاملا شفاف در اختیار هموطنان قرار خواهد گرفت. مسئول قانونی این بنیاد نیز برعهده من است.

پیشاپیش دست یاری همه شما عزیزان وطن دوست و آزادیخواه را با سپاس میفشارم. در نامه های بعدی شما را در جریان دقیق تحولات مربوط به این پرونده خواهم گذاشت.

مشخصات حساب بانکی بنیاد "در جستجوی حقیقت" (In Search of Truth)

ISOT
Bank of America
Phoenix, Arizona
Account: 457006344533
Bank code: 122101706

هموطنانی که از بانک های خارج از آمریکا اقدام میکنند، به اطلاعات کاملتری در مورد حساب بانکی احتیاج دارند که بقرار زیر است:
ISOT
Bank of America
13008 N. Tatum Blvd
Phoenix, AZ 85032

Account # Account: 457006344533
Routing #: 026009593
Swift Code: BOFAUS3N

دوستانی که مایلند از داخل آمریکا چک بانکی ارسال نمایند، میتوانند از آدرس زیر استفاده کنند:

ISOT
5320 E. Winchcomb Dr.
Scottsdale, AZ 85254

### مقاله

- همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران  حسن داعی
- رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم) حسن داعی
- رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست) حسن داعی
- سفر احمدی نژاد به نیویوک و آینده رابطه با آمریکا  حسن داعی
- میراث راکفلر  حسن داعی
- پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم)  حسن داعی
- درخواست همیاری و همراهی  حسن داعی
- پایه های مالی-سیاسی لابی رژیم ایران(بخش اول)  حسن داعی
- "بنیاد راکفلر" راز لپ های گل انداخته "حسن خمینی" را میداند!  حسن داعی
- در این "جبهه ضد امپریالیستی" جای "امام" خالی!  حسن داعی
- ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا  حسن داعی
- گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی  حسن داعی
- شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)  حسن داعی
- بازگشت از بهشت، سفر صلح دوستان به ایران  حسن داعی
- شبکه لابی ایران بخش اول گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا  حسن داعی
- شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه  حسن داعی
- شبکه لابی رژیم ایران در آمریکا، بخش دوم  حسن داعی
- شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ  حسن داعی
- شبکه لابی رژیم ایران و پروژه هسته‌ای  حسن داعی
- شورای روابط خارجی آمریکا  حسن داعی
- شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی  حسن داعی

ادامه‌ی فهرست ...

منبع: ایرانیان لابی

[نظر دهید]   [تعداد نظر ها 6]   [برای خواندن نظر ها اینجا را کلیک کنید!]

نسخه‌ی چاپی
ارسال مقاله به دوستان

دیگرنوشته‌های حسین داعی   در آرشیو سایت   ایرانیان لابی:

* چپ خاویار
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران
* مصاحبه عباس عبدی
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)
* سفر احمدی نژاد به نیویورک و آینده رابطه با آمریکا
* تسلیت به رادیو فردا و بی بی سی
* مصاحبه تلفنی با سایت ایران ب ب ب در مورد ادعاهای اخیر هوشنگ امیر احمدی
* ضیافت افطار با "احمدی نژاد" در نیویورک!
* سگ زنجیری امپریالیسم پیدا شد
* بی بی سی و حکومت آخوندی
* میراث راکفلر
* هوشنگ امیراحمدی در تهران، رقت بار و مضحک
* PAAIA اولین گروه لابی نیست و تریتا پارسی حقیقت را نمی گوید
* پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم)
* دیپلماسی پارلمانی و امامزاده لاریجانی
* انتقاد آقای گلنام از برخورد من با اکبر گنجی (مقاله لابی و جنبش ضد جنگ، بخش دوم)
* پایه های مالی-سیاسی لابی رژیم ایران(بخش اول)
* "بنیاد راکفلر" راز لپ های گل انداخته "حسن خمینی" را میداند!
* در این "جبهه ضد امپریالیستی" جای "امام" خالی!
* ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا
* گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی
* شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)
* بازگشت از بهشت، سفر صلح دوستان به ایران
* شبکه لابی ایران بخش اول
گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا
* شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه
* شبکه لابی رژیم ایران در آمریکا، بخش دوم
* شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ
* شبکه لابی رژیم ایران و پروژه هسته‌ای
* شورای روابط خارجی آمریکا
* شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی

[تاریخ ثبت: 06 Dec 2008]   [ارسال‌کننده:صادق]   [ ]
تلاش‌های صادقانه شما در جهت مقابله با این جیره خواران رژیم را که برای منافع شخصی‌حقوق مردم ایران زیر پا گذاشته اند، تقدیر میکنم.
صادق، بستن، آمریکا

[تاریخ ثبت: 12 Nov 2008]   [ارسال‌کننده:Hossein]   [ ]
You are right. But first I have a question. Do you have a sympathyic to MOK? If yes It has a bad impression.

[تاریخ ثبت: 14 Jul 2008]   [ارسال‌کننده:سیاوش]   [ damavandi57@hotmail.com ]
قبلا باید از آقای داعی تشکر فراوان بکنم بابت اینکه با توانمندی بالا توانست زیربنای لابی رژیم جنایتکار آخوندی را به لرزه در آورد و خلاصه اینکه بنیاد راکفلر را که حد اقل در طول این سی سال کار چاقکن این رژیم سرکوبگر بود با تمامی افراد پیش برنده کارهایش رسوا کند . بنابراین از تمامی هموطنان شریف تقاضا دارم که در این کار زار مهم تیم وطن پرست آقای داعی را تنها نگذارند و در این نبرد به هر وسیله ممکن ایشان و تیم اش را یاری برسانند تا مزدوران برون مرزی این رژیم قرون وسطائی هر چه بیشتر رسوا و بور گردد .

[تاریخ ثبت: 01 Jul 2008]   [ارسال‌کننده:Ali]   [ alj1334@gmail.com ]
Dear Mr. Daie, I am grateful for your courageous and unstoppable campaign for truth and justice. From the Constitution Revolution of 1906 on there have been two fronts in Iranian national politics, one fought for freedom & justice which was supported by the people of Iran; and the other stood for dictatorship and corruption and was supported by the colonial powers. I salute your struggle against the Regime and its dirty hands proud of so many of us and make us proud of your stand and commitment. The paid agents of Khomeini regime earn nothing but the scorn of people. Please open your defense account and we will support you with all that we have. Ali

[تاریخ ثبت: 30 Jun 2008]   [ارسال‌کننده:جلال مظهری ملکشاه]   [ mazhari@web.de ]
دوست عزیز و شرافتمند مقاومت ایران آقای حسن داعی الاسلام عزیز: از زحمات و مبارزات شرافتمندانه ات به عنوان یک هوادار مقاومت ایران به خود می بالم. در باره مزدور تریتا پارسی و باند وی و شکایتی که از شخص شما در دادگاه و به دستور جانبان حاکم در تهران نموده است، باید بگویم که بی شک این مزدوران و اربابانشان در صحنه دادگاه پور و بی آبرو خواهند شد که دشمن به پای خود آمد که گورا!! و اما تا آنجایی که به ما دوستداران مقاومت بر می گردد خواستم پیشنهادی به همگی این عزیزان که به این دادگاه بکنم که هر کس به تناسب وسع خود بطور سمبلیک در این مبارزه میهنی شرکت کرده و حساب ویژه ای را در یکی از بانکهای آمریکا برای واریز کردن این کمکها بگشایند. چه خوب میشد که در این امر خطیر همه پیشقدم بشوند زیرا صحنه دادگاه به صلابه کشیدن این رژیم فاسد و جنایتکار و مزدوران آنهامنجر

خواهد شد. خوب است که در باره این ایده نظر داده شود. شاد و پیروز باشید ارادتمند شما جلال- برلین

[تاریخ ثبت: Jun 2008 30] [ارسال‌کننده: behzad.vakili@gmail.com ] [ Behzad ]

aghaye daie khastam be eteelaa shoma beresanam man va doostanam har gah lazem bashad befarmayid meghdari har chand koochak dar in mobarezeh sho ma ra yari khahim kard ba sepas, Behzad

بازچاپ مطالب این سایت با ذکر منبع آزاد است.
hassan.dai@yahoo.com
© Iranian lobby 2005

INTERNET ARCHIVE
WaybackMachine BETA

http://iranianlobby.com/page1.php?id=58    Go

2 captures
28 Dec 08 - 27 Feb 09

DEC  FEB  MAR
◄ 27 ►
2008  2009  2010

Close

Help

Friday 27 February 2009  -  جمعه ۹ اسفند ۱۳۸۷ | English | تماس | در باره‌ی ما | آرشیو | جستجو | مقالات دیگران | گفتگو | اسناد | مقاله | صفحه‌ی نخست

چپ خاویار

حسن داعی

هفته آینده دانشگاه نیویورک کنفرانسی یکروزه ای در باره سیاست های دولت اوباما و ایران برگزار میکند.[1] هدف واقعی از این نشست، ارائه و توصیه راههای جوش دادن آمریکا با حکومت ملایان میباشد. مجموعه سخنرانان این جلسه، طیفی از جبهه متحد دوستداران نظام آخوندی در آمریکا را شامل میشود. همان جبهه شناخته شده ای که با پوشش ها و حمایت های گوناگونش، لابی عریض و طویل رژیم آخوندی در آمریکا تثبیت و تقویت شده و میشود. در این نشست "گری سیک" و چند کارشناس شناخته شده دیگر که طی سالیان گذشته بطور مستمر برای برداشتن فشار از روی حکومت ایران تلاش کرده اند سخنرانی خواهند نمود. اما گذشته از این چهره های همیشگی، چند شخصیت قابل توجه نیز در این برنامه حضور بهم رسانده اند که باید به آن اشاره کرد.

یکی "غلامعلی خوشرو" معاون سابق وزارت خارجه حکومت اسلامی است. ایشان که سه سال پیش ظاهرا از مسئولیت رسمی در وزارت خارجه کنار رفته است مانند دیگر دیپلمات های سابق رژیم که سر از آمریکا در میاورند، یکباره به کار آکادمیک مشغول شده و در حال نگارش یک دایره المعارف اسلام امروزی است. در عین حال، ایشان دستیار "محمد خاتمی" در مرکز گفتگوی تمدن ها نیز میباشد.[2]

یکی دیگر از شرکت کنندگان "استفان هاینز"، رئیس صندوق (خیریه) برادران راکفلر میباشد که در مورد حمایت های ایشان و خانواده راکفلر از حکومت آخوندی و لابی آن در آمریکا در گزارشات پیشین بخصوص مقاله "میراث راکفلر"، به تفصیل گفتگو کرده ام.[3] البته برخی از شرکت کنندگان مثل گری سیک، سالهای سال از سخاوتمندی این خانواده بخوبی بهره برده و برای رژیم حاکم بر کشورمان از رفسنجانی گرفته تا احمدی نژاد تبلیغ کرده اند. اما استفان هاینز که تاکنون بیشتر نقش پشت صحنه را برای خود درنظر گرفته بود، این بار به وسط صحنه آمده تا به دولت جدید آمریکا پیام سیاسی روشنی ارسال کند.

**اما گذشته از لابیست های حرفه ای و دیپلمات های کارکشته حکومت ایران و نمایندگان کمپانی های عظیم نفتی، باید به یکی دیگر از سخنرانان اشاره شود که حضور ایشان شاید جلوه ای خاص و بسا امپریالیستی نیز به جلسه مزبور بدهد. ایشان "اروند آبراهامیان" یکی از شخصیت های مورد احترام و از مراجع اعظم صلح طلبان قلابی وطنی است.** هنگامیکه سال گذشته در برخی از مقالات خود به شرکت آبراهامیان در بعضی محافل لابی رژیم ایران اشاره کردم، یکی از توده ای های سابق و دگراندیشان کنونی بنام "رضا فانی یزدی"، در حمله شدیدی به من نوشت:[4]

*« او (حسن داعی) و دوستان و هم پالکی‌هایش با عناد و دشمنی کور تا آنجا پیش رفته‌اند که حتی شخصیت‌هایی مثل اروند آبراهامیان را که اساسا خود را درگیر مسائل روزمره سیاسی ایران نکرده و سالهاست که با حوصله اساسی‌ترین مباحث حقوق بشری از جمله شکنجه و قتل عام در ایران پس از انقلاب را موضوع پژوهش خود قرار داده را متهم به همکاری و لابی‌گری و دفاع از "رژیم خونخوار ملایان" می‌کند.*

*ابراهامیان با تالیف کتب و مقالات متعدد، از جمله اعتراف شکنجه‌شدگان، مجاهدین ایرانی، ایران بین دو انقلاب، و دهها مقاله و اثر آکادمیک دیگر، به عنوانی یکی از تحلیل‌گران برجسته مسائل ایران مورد احترام ایرانیان دمکرات و طرفدار حقوق بشر در داخل و خارج از کشور بوده و از احترام بین‌المللی نیز برخوردار است.»*

ازآنجا که فانی یزدی ممکن است در مقاله بعدی خود ادعا کند که کنفرانس دانشگاه نیویورک "درگیر مسائل روزمره سیاست ایران" نیست (و لابد از نمایندگان خانواده راکفلر و آبراهامیان و گری سیک و نمایندگان حکومت، برای گفتگو در مورد کشورداری در زمان ساسانیان دعوت کرده اند)، بهتر است در همینجا به دلائل برگزاری این جلسه نظری بیاندازیم.

در تابستان امسال، تعدادی از کارشناسان "ایران دوست" و لابیست های حرفه ای آمریکا بهمراه "تریتا پارسی" و شبکه وابسته به وی گردهم آمدند و با راه اندازی یک لابی عریض و طویل، پروژه مشخصی را در کنگره امریکا پیش بردند.[5] در گزارش قبلی که تحت عنوان رابطه گروههای ضد جنگ با حکومت ایران منتشر کردم، به این داستان اشاره شده بود. موفقیت این لابی زمانی بود که لایحه 362 که خواهان تحریم بیشتر حکومت ایران بود از دستور کار کنگره خارج شد. پس از این موفقیت، همین افراد لابی جدید دیگری بنام "پروژه سیاست خارجی آمریکا" براه انداختند.[7]

هفته گذشته، همین کارشناسان، باز هم با تریتا پارسی، در سنای آمریکا یک جلسه مهم برگزار کردند و در آن، یک گزارش در مورد راههای کنار آمدن با حکومت ایران را پیشنهاد نمودند. به ادعای تریتا پارسی و شرکت کنندگان در این جلسه، گزارش مزبور کار کارشناسی و مشترک 21 متخصص ایران شناس بوده است.[8]

از این بیست و یکنفر کارشناس، شش نفرشان عضو هیئت مدیریت یا عضو هیئت مشاوران انجمن "نیاک"، یعنی همان سازمان وابسته به تریتا پارسی هستند. برخی از آنان مثل توماس پیکرینگ، گری سیک و باب میلر، از اعضای هیئت مدیره شورای آمریکائی-ایرانی وابسته به هوشنگ امیراحمدی هستند. اتفاقا در مقاله انگلیسی که همان روز جلسه به چاپ رسیدند، من از گزارش این 21 نفر کارشناس را با یک گزارش دیگر که سال گذشته بنام خود تریتا پارسی به چاپ رسیده بود مقایسه کرده و نشان دادم که بیش از 80 در صد از گزارش جدید (هم در شکل و هم در محتوی)، کپی برداری از همان نوشته تریتا پارسی است و حتی ترتیب بیشترجملات نیز یکسان است.[9]

اکنون، همین کارشناسان که در لابی مزبور فعال شده اند، برای ادامه کار یعنی ایجاد موج جدیدی از فریب افکار عمومی و فشار به دولت جدید آمریکا به دانشگاه نیویورک روانه شده اند. اما این بار از آنجا که میزبان جلسه، یک دانشگاه است، احتیاج مبرمی به امثال اروند آبراهامیان نیز هست تا اعتبار آکادمیک خود را برای برادران راکفلر و نماینده حکومت ایران خرج کند. داستان شرکت آبراهامیان و دیگر ایرانیانی که تحت نام مبارزه خیالی با امپریالیسم یا صلح طلبی دروغین، خواسته یا ناخواسته به رژیم فاشیست و چنگ افروز ایران امداد میرسانند، درس عبرتی برای نسل حال و آینده ایرانیان است. به خوانندگان توصیه میکنم که گزارشات قبلی در اینمورد را یکبار دیگر مطالعه فرمایند.

اما داستان این قبیل افراد مرا بیاد خاطره ای از سالها پیش می‌اندازد. زمانیکه من از جهنم آخوندی گریخته و به فرانسه رفتم، با یک اصطلاح جالب و گزنده آشنا شدم و آن "چپ خاویار" بود. **منظور روشنفکران فرانسه از چپ خاویار، کسانی است با گذشت زمان، اکنون به مال و منالی رسیده و گهگاه پس از صرف خاویار و شامپاین، افکار مترقی شان غلیان میکند و با سخنانی احساس برانگیز به دفاع از ستمدیدگان جهان برخاسته و در جلسه ناشی از الکل، همچون دون کیشوت به جنگ امپریالیسم میروند... چه بسا این گونه افراد فرصت طلب بمنظور دستیابی به خاویار و شامپاین خود، از همکاری با خونخوارترین سرمایه داران نیز دریغ نکرده و در صورت لزوم کمر زحمتکشان را نیز خرد کنند.**

از زمانیکه اصطلاح فرانسوی "چپ خاویار" را شنیدیم، سالها میگذرد ولی واقعا هنوزنمیدانم بعنوان یک ایرانی، افرادی نظیر فانی یزدی، اردشیر عمانی، آبراهامیان و... را چه باید خطاب کرد؟ کسانی که در کنار نمایندگان حکومت آخوندی و لابی مربوطه به صلح طلبی

دروغین مشغولند و هم زمان با افرادی مثل خانواده راکفلر نیز نشست و برخاست دارند و مدعی ترقی خواهی هم هستند. **آیا و قت آن نرسیده که چپ مستقل ایران مرز قاطعی با این مدعیان چپ گرائی داشته باشد؟**
در اینجا بهتر است از آبراهامیان که هفته آینده در کنار نماینده خانواده راکفلر و همینطور فرستاده حکومت ملایان سخنرانی میکند یک نقل قول بیاورم تا ایشان در حین سخنرانی، وظیفه تاریخی خود را از یاد نبرد. آبراهامیان در این نقل قول، 150 سال مبارزات مردم ایران را یک جا در دامن احمدی نژاد و خامنه ای میریزد و جاه طلبی های هسته ای پاسداران جنایتکار حاکم بر کشورمان را با مبارزات ملی دکتر مصدق یکسان جلوه میدهد:[10]

«به تاریخ 150 ساله ایران نگاه کنید، مبارزه ایست بی وقفه با امپریالیسم. مبارزه با زورگوئی آنان که همیشه درحال دادن اولتیماتوم به ایران بوده اند. در طول تاریخ ایران، آن دسته از سیاستمدارانی که به اولتیماتوم آنان تن داده اند از طرف ملت بعنوان خائن شناخته گشته اند و آن رهبرانی که در برابر آنان کوتاه نیامده اند قهرمان تلقی میشوند، حتی اگر در آخر شکست بخورند.

هم اکنون نیز در ایران، بحران کنونی با آمریکا و غرب بر سر مسئله هسته ای به همان صورتی نگاه میشود که ملی شدن نفت و مبارزات مصدق بود. درآن زمان ایران میخواست خودکفا شده و بر سرنوشت خویش مسلط باشد ولی آمریکا و انگلستان به ایران اولتیماتوم دادند. مصدق نیز تسلیم نشد و به قهرمانی برای ملت تبدیل گشت.

هم اکنون نیز ایرانیان همین احساس را دارند و تنها تفاوت این است که بجای نفت، مسئله بر سر تکنولوژی هسته ای است. اگر شما به قرن بیستم برگردید می بینید که ایران نمی توانست راه آهن ایجاد کند زیرا دو قدرت امپریالیستی روس و انگلستان اجازه نمی دادند. هرگاه که ایران میخواست به راه آهن که در آن زمان تکنولوژی پیشرفته دوران بود دست یابد، امپریالیست ها پا جلو گذاشته و می گفتند: "شما به اندازه کافی توسعه نیافته اید و لیاقت داشتن آنرا ندارید" اکنون نیز همین داستان در مورد تکنولوژی هسته ایست و استدلال نیز این است که ایران نه به این تکنولوژی احتیاج دارد و نه به اندازه کافی بالغ شده که بتوان به او اجازه داشتن آنرا داد.»

hassan.dai@yahoo.com
www.iranianlobby.com

**یادداشت ها:**
1- این کنفرانس سوم دسامبر در دانشگاه نیویورک برگزار میشود. برای مشاهده برنامه و اسامی سخنرانان به این لینک مراجعه کنید: http://centerfordialogues.org/events_Islam_and_the_West/
2- http://www.gcgmelbourne2008.info/pages/speakers.html
3- برای مطالعه مجموعه مقالات در این زمینه، به این سایت مراجعه کنید: http://www.iranianlobby.com
4- http://www.rezayazdi.com/index.php?/site/comments/hassanhosein/
5- سایت رسمی این سازمان جدید http://www.newiranpolicy.org/401.html
6- گزارش کامل در باره رابطه ایران با صلح طلبان آمریکا http://www.iranian-americans.com/regime-war.pdf
7- سایت رسمی این سازمان دوم که همان کارشناسان سازمان قبلی است. http://americanforeignpolicy.org/
8- میزبان این جلسه نیاک بود و خود تریتا پارسی نیز جلسه را اداره میکرد http://www.niacouncil.org/index.php?option=com_content&task=view&id=1279&Itemid=29
9- در این مقاله دو گزارش مزبور را مقایسه کرده ام http://www.americanchronicle.com/articles/81956
10- بخش هائی از کتاب Targeting Iran که درآن از آبراهامیان نقل قول شده است: http://www.iranian.com/main/2007/targeting-iran-0

منبع: ایرانیان لابی

[نظر دهید]   [تعداد نظر ها 5]   [برای خواندن نظر ها اینجا را کلیک کنید!]

🖨 نسخه‌ی چاپی
✉ ارسال مقاله به دوستان

دیگرنوشته‌های حسن داعی   در آرشیو سایت   ایرانیان لابی:

* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران
* مصاحبه عباس عبدی
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)
* سفر احمدی نژاد به نیویوک و آینده رابطه با آمریکا
* تسلیت به رادیو فردا و بی بی سی
* مصاحبه تلفنی با سایت ایران ب ب ب در مورد ادعاهای اخیر هوشنگ امیر احمدی
* ضیافت افطار با "احمدی نژاد" در نیویورک!
* سگ زنجیری امپریالیسم پیدا شد
* بی بی سی و حکومت آخوندی
* میراث راکفلر
* هوشنگ امیراحمدی در تهران، رقت بار و مضحک
* PAAIA اولین گروه لابی نیست و تریتا پارسی حقیقت را نمی گوید
* پایه‌های مالی-سیاسی لابی رژیم ایران (بخش دوم)
* دیپلماسی پارلمانی و امامزاده لاریجانی
* انتقاد آقای گلنام از برخورد من با اکبر گنجی (مقاله لابی و جنبش ضد جنگ، بخش دوم)
* درخواست همیاری و همراهی
* پایه های مالی-سیاسی لابی رژیم ایران(بخش اول)
* "بنیاد راکفلر" راز لپ های گل انداخته "حسن خمینی" را میداند!
* در این "جبهه ضد امپریالیستی" جای "امام" خالی!

* ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا
* گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی
* شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)
* بازگشت از بهشت، سفر صلح دوستان به ایران
* شبکه لابی ایران بخش اول
گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا
* شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه
* شبکه لابی رژیم ایران در آمریکا، بخش دوم
* شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ
* شبکه لابی رژیم ایران و پروژه هسته‌ای
* شورای روابط خارجی آمریکا
* شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی

---

[تاریخ ثبت: Dec 2008 06]   [ارسال‌کننده:کیانوش رشیدی]   [ kia_rashidi44@yahoo.de ]
هم میهن گرامی آقای داعی! با درودهای فراوان. نوشته ی "چپ خاویار" در ویلاگهای زیر آمده است:
http://www.kianooshrashidi.blogspot.com http://www.glashaus.blogfa.com http://www.kiarashidi.blogfa.com شاد، تندرست و پیروز باشید. کیانوش رشیدی

[تاریخ ثبت: Dec 2008 06]   [ارسال‌کننده:پیروز جمشیدی]   [ piroozj@yahoo.de ]
آقای داعی! با سپاس از شما، نوشته "چپ خاویار" در ویلاگ زیر نصب شد: http://www.paris1007.blogfa.com پیروز باشید. پیروز جمشیدی

[تاریخ ثبت: Dec 2008 06]   [ارسال‌کننده:قاسم]   [ ghjasem123@yahoo.com ]
چرت و مزخرف بود

[تاریخ ثبت: Dec 2008 06]   [ارسال‌کننده:مرداویچ زیاری]   [ mardavich100@gmail.com ]
سپاس از مطلبت. بهره بردم. هر چند من به عنوان یک آدم غیرسیاسی در داخل ایران ارتباط آمریکا با رژیم کنونی را باعث تسریع در سقوط می‌بینم نه تثبیت. پیروز باشی.

[تاریخ ثبت: Dec 2008 06]   [ارسال‌کننده:michelle98@bluewin.ch]   [ kambiz ]
kheili khub aghaie dai movaffagh va piruz bashid va be kare khod edameh bedahid va bedanid.zendeh bad Iran

---

بازچاپ مطالب این سایت با ذکر منبع آزاد است.
hassan.dai@yahoo.com
© Iranian lobby 2005

INTERNET ARCHIVE WaybackMachine BETA
http://iranianlobby.com/page1.php?id=14   Go
4 captures
29 Sep 08 - 8 May 09
DEC  FEB  MAY
◄ 27 ►
2008 2009 2010
Close
Help

Friday 27 February 2009  -  جمعه ۹ اسفند ۱۳۸۷          English   تماس   در باره‌ی ما   آرشیو   جستجو   مقالات دیگران   گفتگو   اسناد   مقاله   صفحه‌ی نخست

پایه های مالی-سیاسی لابی رژیم ایران(بخش اول)
شبکه لابی ملایان و بحث شیرین دلار!

حسن داعی

مقاله

● همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران  حسن داعی

● رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم) حسن داعی

● رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست) حسن داعی

● سفر احمدی نژاد به نیویوک و آینده رابطه با آمریکا  حسن داعی

● میراث راکفلر  حسن داعی

● پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم) حسن داعی

● درخواست همیاری و همراهی  حسن داعی

● پایه های مالی-سیاسی لابی رژیم ایران(بخش اول) حسن داعی

● "بنیاد راکفلر" راز لب های گل انداخته "حسن خمینی" را میداند!  حسن داعی

● در این "جبهه ضد امپریالیستی" جای "امام" خالی! حسن داعی

● ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا  حسن داعی

● گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی  حسن داعی

● شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)  حسن داعی

● بازگشت از بهشت، سفر صلح دوستان به ایران  حسن داعی

● شبکه لابی ایران بخش اول گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا  حسن داعی

● شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه  حسن داعی

● شبکه لابی رژیم ایران در آمریکا، بخش دوم  حسن داعی

● شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ  حسن داعی

● شبکه لابی رژیم ایران و پروژه هسته‌ای  حسن داعی

● شورای روابط خارجی آمریکا  حسن داعی

● شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی  حسن داعی

ادامه‌ی فهرست ...



مقدمه: گزارش کنونی شامل چند بخش مجزاست که بصورت پی در پی تقدیم خوانندگان میشود. در بخش اول مروری خواهیم داشت به تاریخچه و چگونگی راه اندازی لابی رژیم در آمریکا. در گزارش دوم به حامیان اصلی مالی-سیاسی این شبکه در داخل ایران و مجموعه افراد و شرکتهائی که عموما در بخش نفت فعالیت میکنند اشاره میشود. در بخش سوم به نحوه شکل گیری لابی کنونی و جایگاه "تریتا پارسی" و همچنین رابطه صلح طلبان دروغین و سازمان "کاسمی" با باندهای مافیائی رژیم اشاره میشود. در آخرین بخش تحت عنوان "میراث راکفلر" به حمایت های مالی و سیاسی مستقیم به لابی رژیم در آمریکا اشاره میکنیم. ذکر این نکته ضروری است که این گزارشات تماما و منحصرا با تکیه بر مدارک و اسناد عمومی و قابل دسترسی برای همه، فراهم گردیده است.

در بیستم ماه مارس 2008، وزارت بازرگانی آمریکا با صدور یک بیانیه رسمی، کمپانی BALLI در انگلستان را مورد مجازات های بازرگانی قرار داد.[1] شرکت "بالی" قوانین تحریم علیه جمهوری اسلامی را نادیده گرفته و سه هواپیمای مسافربری را بطور پنهانی به ایران فروخته بود. این سه هواپیما در اختیار شرکت هوائی "ماهان" وابسته به خانواده رفسنجانی قرار گرفته اند.[2] اگرچه ظاهرا این ماجرا به مانند بسیاری از دیگر معاملات پشت پرده و قاچاقی رژیم ملایان است اما این داستان دست برخی از دانه درشتهای پشت صحنه را بیشتر رو میکند.

شرکت "بالی" متعلق به برادران، حسن، ناصر و وحید "علاقبند" میباشد[3] که از سرمایه داران بزرگ در زمان رژیم گذشته بودند. آنها پس از انقلاب به انگلستان رفته و بعد از چند سال تجارت موفق در این کشور، در اوائل ریاست جمهوری رفسنجانی به ایران بازگشته و بازرگانی پرورنق خویش را در سرزمین مادری نیز ادامه دادند.

شرکت بالی در بسیاری از نقاط جهان به کار مشغول است و حرفه اصلی آن تجارت "فولاد و آلومینیوم" میباشد که سالانه چندین میلیارد دلار داد و ستد میکند. در داخل ایران نیز میتوان به کارخانجات متعدد و سیستم مالی و بانکی آنان اشاره نمود. برادران علاقبند یکی از مهمترین صاحبان سرمایه در ایران میباشند که با باندهای درونی حکومت بخصوص باند رفسنجانی در هم تنیده اند. همگان میدانند که اصولا نمی توان در ایران بدون مشارکت با بخشی از حکومت، به هر درجه از ثروت و نفوذ اقتصادی رسید.

داستان برادران علاقبند بطور مستقیم با شبکه لابی ملایان در خارج از کشور بخصوص در آمریکا مربوط میشود و میتوان برای بازکردن بحث مربوط به حمایت های مالی و سیاسی از این شبکه، از همین شرکت "بالی" و خلافکاری اخیر آنان شروع نمود.

همانطور که در گزارشات قبلی گفته شد، 5 سال پیش یعنی در سال 2003 نیز رژیم ملایان تصمیم به خرید هواپیما و ارسال آن به ایران داشت.[4-5-6-7] در آنزمان، قرار بود یک هواپیمای تشریفاتی برای استفاده مقامات بالای حکومت خریداری شود. بهمین منظور یک فروند هواپیمای متعلق به سلطان برونئی مورد انتخاب قرار گرفت ولی از آنجا که مشکل قانون تحریم آمریکا وجود داشت، وزارت دفاع ملایان دست به دامان دو دلال لندنی شد که نامبردگان نیز به سراغ دو لابیست مشهور آمریکا رفتند تا با استفاده از نفوذ خود و لابی گری بتوانند مسائل قانونی را حل کنند. این دو لابیست نیز به سراغ یکی از نمایندگان کنگره آمریکا بنام "باب نی" رفتند. داستان رشوه گیری "باب نی" از دو دلال لندنی و گرفتاری قانونی این نماینده فاسد کنگره در گزارشات قبلی توضیح داده شده است.

دستیار باب نی در آنزمان، یک ایرانی بنام "تریتا پارسی" بود. وی رئیس شورای ملی آمریکائیان ایرانی تبار یا "نایاک" میباشد که طی 11 سال گذشته بدون وقفه برای برداشتن فشار سیاسی یا اقتصادی از روی رژیم آخوندی به لابی گری مشغول بوده است.

گفتنی است که "وحید علاقبند" یعنی برادر بزرگتر، درست مانند باب نی، قبلا با زندان و درگیری قانونی هم سر و کار داشته است.[8] وی بجرم تخلفات تجاری و بازرگانی، مدتی را در زندان آلمان به سر برده است. اما داستان خرید هواپیما ابعاد گسترده تری نیز دارد.

برادران علاقبند در داخل ایران با مسئولان شرکت "آتیه بهار" از جهات مختلف رابطه دارند که این ارتباطات را در بخش بعدی گزارش به تفصیل مورد بررسی قرار میدهیم. مدیر عامل شرکت "آتیه"، فردی است بنام "سیامک نمازی" که یکی از چهره های کلیدی و پشت پرده لابی ملایان در آمریکاست. سیامک نمازی همان دوست قدیمی تریتا پارسی است که در سال 1999 بطور مشترک، طرحی برای راه اندازی یک لابی "ایرانی-آمریکائی" نوشتند که در عمل نیز بطور دقیق پیاده شده است.

از طرف دیگر، وحید علاقبند که مرکز اصلی فعالیت اش در لندن است، یکی از اصلی ترین حامیان مالی یک بنیاد خیریه در آمریکا بنام "بنیاد پارسا" میباشد که این بنیاد نیز بنوبه خود از حامیان مالی تریتا پارسی بوده است.[9-10] البته میتوان گفت پرداخت پول را صرفا یک کار خیریه قلمداد نمود اما قضیه هنگامی جالب تر میشود که بدانیم برادران علاقبند نمایندگی دو کمپانی مهم آمریکا یعنی "کاتر پیلار" و "نیراکس" را در ایران بعهده دارند. "کاتر پیلار" از اولین کمپانی های مهم آمریکا بود که برای برداشتن تحریم از روی رژیم ملایان، یک لابی بزرگ و پر خرج براه انداخت و در این مسیر نیز تعدادی از دلالان وطنی را بکار گرفت. بر حسب اتفاق، تریتا پارسی نیز فعالیت لابیگری خود را درست همان موقع شروع کرد.

بنظر میرسد که این داستان فروختن چند هواپیمای "ناقابل" به باند رفسنجانی، ابعاد گسترده تری دارد که یک سر طیف آن باندهای مافیائی حاکم بر اقتصاد کشورمان قرار دارند و طرف دیگر آن نیز کمپانی های بزرگ آمریکائی قرار میگیرند. در این میان نیز دستجات دلال یا لابیگری قرار دارند که به هر دو طرف در داخل و خارج ایران سرویس میدهند. قبل از آنکه وارد اصل داستان شویم، یک اشاره کوتاه در مورد شبکه لابی رژیم ایران ضروری است.

در سلسله گزارشاتی که طی سال گذشته در مورد شبکه لابی ملایان تقدیم خوانندگان گردید، توضیح داده شد که این لابی روی سه پایه استوار است یا بعبارت دیگر به سه دسته یا گروه "خیر و برکت" میرساند. این سه گروه، در همکاری فشرده با یکدیگر، از لابی ایجاد شده در آمریکا حمایت سیاسی و مالی میکنند.

گروه اول کلیت خود رژیم حاکم بر کشورمان میباشد که برای برداشتن فشار سیاسی از طرف آمریکا، به این لابی احتیاج مبرم دارد. هدف اصلی ملایان این است که بدون تغییر جدی در سیاست خارجی خود و ضمن تلاش برای دستیابی به هژمونی در خاورمیانه و دستیابی به سلاح هسته ای، خطری از جانب غرب و بخصوص آمریکا متوجه موجودیت رژیمش نگردد.

دسته دوم که ضمنا بخشی از کلیت رژیم است، باندهای مافیائی حاکم بر اقتصاد کشورند که با زد و بند با صاحبان قدرت و با بهره گیری از انحصاراتی که نصیب شان شده، به تصاحب و غارت هرچه بیشتر سرمایه های طبیعی و ارزی کشور پرداخته و در دو زمینه خاص، ثروتهای بادآورده ای را اندوزند. یکی صنعت پر سود و بی حساب و کتاب نفت میباشد و دومی، واردات کلان و کاملا انحصاری است که ویران کننده هرآنچه از این اقتصاد آخوندزده بر جای مانده، میباشد. طبعا این دسته از افراد نوکیسه و زالوصفت، خواهان کم شدن فشار بر روی رژیم ایران و فراهم شدن فضای مناسب برای کسب و کار "حلال" و پر رونق خود میباشند. از آن جایی که این صاحبان سرمایه، با کمپانی های خارجی بده و بستان میکنند، طبیعتا تحریم اقتصادی یا فشار سیاسی روی ملایان، بنفع آنان نیست. نمونه مشخص این دسته از افراد خانواده "نمازی" صاحب اصلی شرکت "آتیه بهار" و یا غول مالی و اقتصادی "بالی" متعلق به برادران

علاقبند است.
دسته سومی که حامی لابی رژیم ملایان در آمریکاست، بخشی از صاحبان صنایع و کمپانی های بزرگ در آمریکا و اروپا میباشند که یا بدنبال ورود به بازار ایرانند، یا هم اکنون در حال بده و بستان با حکومت آخوندی هستند و یا اینکه وجود ملایان برای منافع سرشار بین المللی آنان مفید و ضروری است. این دسته از صاحبان منافع، اصولا تمایلی به آوردن فشار بر روی ملایان و یا خدای ناکرده سقوط این رژیم قرون وسطائی ندارند. شرکت های بزرگ نفتی آمریکا و اروپا در رأس این کمپانی ها قرار دارند. در قسمت های بعدی گزارش مالی، تحت عنوان "میراث راکفلر" این حمایت های را مورد بررسی قرار میدهیم. بطور خلاصه لابی ملایان در امریکا روی سه پایه قرار دارد که دو پایه آن در ایران است.

**لابی آمریکایی**
داستان لابی ملایان و مافیای اقتصادی داخل کشور و هماهنگی آن با کمپانی های بزرگ غربی را اینبار از برادران علاقبند شروع میکنیم. همانطور که گفتیم، صاحبان شرکت "بالی"، گذشته از کارخانجات و بانکها و موسسات ریز و درشتی که در ایران در اختیار دارند، ضمنا نمایندره دو شرکت بزرگ آمریکایی "کاترپیلار" و "زیراکس" در ایران میباشند. این دو شرکت برای ورود به بازار ایران با مشکل تحریم های اقتصادی آمریکا بخصوص قانون ILSA روبرو بودند. این قانون در سال 1996 زمانی به تصویب رسید که حکومت ایران بطور افسار گسیخته ای به ترور و بمب گذاری در خارج از کشور روی آورده بود و منجمله با حمایت از گروههای تندروی فلسطینی، مذاکرات صلح را به شکست کشانده بود.
یکسال بعد، محمد خاتمی رئیس جمهور شد و برخی کمپانی های آمریکایی یک لابی قوی تحت نام USA*Engage به راه انداختند تا این قانون ILSA ملغی شده و شرکت های بزرگ آمریکایی بتوانند همچون رقبای اروپایی خود، سهمی از بازار ایران را در اختیار بگیرند.
یکی از مهمترین کمپانی هایی که در رهبری این لابی قرار داشت همین کمپانی کاترپیلار بود. [11]
فعالیت های این لابی در سال 2001 که این قانون برای تمدید به کنگره آمریکا رفت، به اوج خود رسید. از آنجا که حکومت ملایان بجز لبخند ملیح خاتمی و چند کنفرانس در مورد "گفتگوی تمدنها" ارمغان دیگری نیاورده بود و درب سیاست خارجی ملایان در همان پاشنه "حزب الله و ترور و صدور انقلاب" میچرخید، کنگره آمریکا با اکثریت نزدیک به اتفاق آرا، قانون ILSA را برای پنج سال دیگر تمدید کرد.
بنابراین، میتوان با خوش باوری به این نتیجه ساده رسید که مثلا کمپانی کاترپیلار از ورود به بازار پرونق ایران محروم گشته است. همانطور که میدانیم، در چند سال گذشته نیز، دهها تحریم و محدودیت اقتصادی یا تجاری دیگر علیه ملایان به تصویب کنگره آمریکا رسیده است. بنابراین جای این سوال باقی است که کمپانی کاترپیلار با کدام شعبده بازی توانسته است وارد بازار ایران شود؟
از نظر قانونی، راه حلی که امثال کاترپیلار و زیراکس یا هالیبرتون برای ورود به بازار ایران پیدا کرده اند این است که قانون تحریم شامل کمپانی های داخل آمریکا میشود ولی نمایندگی های خارج از آمریکای این شرکت ها میتوانند با ایران معامله کنند. مثلا نمایندگی کاترپیلار در سوئیس به بازار ایران راه پیدا کرده است. این توجیه قانونی یا کلاه شرعی البته بیشتر به یک شوخی شبیه است زیرا کمتر کمپانی مهم آمریکایی را میتوان یافت که شعبه ای در خارج از آمریکا نداشته باشد. طبیعی است که هدف قانونگذاران آمریکا نیز عدم سرمایه گذاری در ایران بوده است و فرقی بین شرکت هالیبرتون در تگزاس و شعبه آن در دوبی نیست. بهمین دلیل نیز این سوال بجای خود باقی است که چرا انگیزه و اراده سیاسی لازم برای جلوگیری از این دور زدن قانون تحریم ها در آمریکا وجود ندارد؟
در حقیقت، کمپانی های بزرگ آمریکایی در یک تلاش مشترک با دوستان ایرانی خود، تا کنون آنچنان لابی قوی و موفقی در کنگره امریکا به پیش برده اند که اصولا قانون تحریم ها را از درون تهی کرده و هرگونه اقدام برای جدی کردن این قوانین را نیز خنثی نموده اند. حال باید دید که این لابی با چه مکانیزم و شگردی توانسته در روز روشن قوانین تحریم را دور بزند و راه جلوگیری از آثرا نیز ببندد.
طبیعی است که موفقیت برادران علاقبند در دور زدن تحریم های آمریکا و فقدان یک عکس العمل جدی، کار را بجائی رسانده که نامبردگان اینبار به تقلب آشکار و روشن روی آورده و چند هواپیما را غیرمستقیم و قاچاقی به ایران فرستاده اند.

همانطور که گفتیم، لابی کمپانی های بزرگ آمریکا و در رأس آن غول های نفتی از سال 1997 و در کادر USA*Engage شروع شد. این لابی احتیاج مبرمی به افراد ایرانی که در روی صحنه داشت تا به تبلیغات این کمپانی ها برای ورود به بازار ایران مشروعیت بخشند. در این رابطه، سه انجمن تأسیس شد. مهمتر از همه شورای آمریکائی ایرانی (AIC)  به سرپرستی "هوشنگ امیراحمدی" بود، دومی سازمان کوچکی بنام "ایرانیان برای همکاری بین المللی"  بود ( IIC )  که توسط "تریتا پارسی"  که در آن زمان در سوئد زندگی میکرد تأسیس شده بود و چند نفر ایرانی در آمریکا را دور خود جمع کرده بود و سومی نیز سازمان کوچکی بنام "سازمان تجارت ایرانی" (ITA ) بود که توسط "شهریار افشار" در سان دیه گوی کالیفرنیا راه اندازی شد. در این زمینه به این چند خبر نگاه کنیم: (San Diego Union Tribune 5.22.1998)

*«افشار یک کارمند شهرداری سان دیه گو بود که بخاطر شغل خود در رابطه با شرکت های آمریکائی قرارداشت.    وی پس ازآنکه متوجه شد که بسیاری از کمپانی های آمریکائی برای رفع تحریم ها علیه ایران احتیاج به لابی کردن دارند، انجمن خود را در سپتامبر 1997  راه انداخت.  افشار موفق به جذب حمایت های خوبی از انجمن خود شده است.  شرکت نفتی Conoco درماه فوریه 98  باو پیوست و هفته آینده نیز وی به واشنگتن میرود تا با مسئولین لابی شرکت های کاترپیلار و چند شرکت نفتی دریپشت درهای بسته مذاکره کند.              ماه آینده نیز به لندن پرواز خواهد نمود تا حمایت های بیشتری را جلب کند.  Kittredge  رئیس شرکت لابی  USA-Engage  در واشنگتن میگوید که تحریم های آمریکا باعث گردیده تا منافع نفتی شرکت های آمریکائی در این منطقه ازحساب ازدست برود.  بسیاری از کمپانی های آمریکائی برای مبارزه با تحریم ها وارد صحنه شده اند و همینجاست که وجود افشار برای آنان لازم است. افشار پس از دیدار ماه فوریه خود با مسئولین لابی شرکت Conoco  و جذب حمایت آنان به کانادا رفت و با سفیر ایران درهمین زمینه دیدار نمود».*

در مقاله ای که در مجله National Journal چاپ شده است به تلاش شرکت های نفتی دراین زمینه به روشنی اشاره شده است:

*« Red Cavaney رئیس شرکت American Petroleum Institute و متحدان وی در بجوجه تلاش های خود برای مبارزه با تحریم های آمریکا علیه ایران هستند. استدلال این افراد این است که این تحریم ها اصولا منافع شرکت های آمریکائی و سیاست های این کشور درزمینه انرژی را بخطر میاندازد. شرکت های نفتی دراین زمینه بسیار فعال شده و با تعداد زیادی از نمایندگان کنگره دیدار کرده اند. یکی ازاین مسئولین میگوید که این تحریم ها هیچ تاثیری در صنعت نفت ایران ندارد و هیچ پروژه ای نیست که بخاطر عدم حضور ما درایران لنگ مانده و فلج شده باشد. تنها نتیجه این تحریم ها محروم ماندن شرکت های آمریکائی از بازار ایران است.
یکی ازاین لابیست ها Bennett Johnston نماینده سابق کنگره و عضو هیئت مدیره Chevron است که بهمراه هیئتی ازاین شرکت اخیرا ازایران بازدید کرده بود. شرکت های نفتی برای پیشبرد مبارزه خود از تشکل های ایرانی کمک میگیرند که یکی از آنان انجمن تجارت سان دیه گوست که بگفته افشار رئیس آن، بودجه این انجمن توسط این شرکت های نفتی و کمپانی کاترپیلار تامین میشود.» 4.28.2001 National Journal*

در گزارشات قبلی در مورد شورای وابسته به هوشنگ امیراحمدی و نحوه فعالیت های آن توضیح داده شد که در قسمت بعدی این گزارش نیز مجددا اشاره ای به آن خواهیم داشت. اما گروه تریتا پارسی که از سوئد راه اندازی شده بود، از همان آغاز روش جدیدی برای لابیگری انتخاب کرده بود. درحالیکه شورای امیراحمدی به برگزاری کنفرانس و سخنرانی و مقاله نویسی مشغول بود، "پارسی" از همان آغاز کنگره آمریکا را هدف قرار داده بود. وی در همکاری تنگاتنگ با نماینده فاسد کنگره یعنی "باب نی"، با استفاده از روش جدید جمع آوری نامه و طومار سراغ نمایندگان میرفت و به نمایندگی از طرف ایرانیان! مقیم امریکا، در جهت برداشتن فشار از روی رژیم ملایان فعالیت مینمود. به اظهارات خود وی در اولین اعلامیه اش نگاه کنیم که در تاریخ 25 جولای روی اینترنت منتشر کرده است: [12]
*« 14  نفر از ایرانیان یا دوستداران ایران بیانیه ای را امضا کرده اند که خطاب به نمایندگان کنگره آمریکاست و از آنان میخواهد که تحریم های علیه ایران را لغو کرده و وارد گفتگو با ایران شود.   باید ایرانیان بخود بیایند و صدایشان را بگوش مسئولین آمریکائی برسانند. تا کنون فقط مجاهدین خلق، کنت تیمرمن ولابی طرفدار اسرائیل در صحنه فعال بوده اند.......   قدم بعدی رساندن این طومار به دست نمایندگان مجلس و سنای آمریکا بود. بمدت چهار روز من یک تنه از این دفتر نماینده کنگره به آن یکی رفتم و آنرا شخصا بدست مشاورین و مسئولین دفترآنان دادم.  آنان همه حیرت زده بودند که یک دانشجوی سوئدی-ایرانی برای پایان دادن به انزوای کشورمان مشغول لابی کردن است.                از فعالیت های خود در کنگره را به اطلاع امضا کنندگان بیانیه رساندم و **نتیجه آن شد که ما یک گروه لابی درست کردیم**. اکنون 80 نفر از نمایندگان کنگره بطور مرتب فاکس های ما را دریافت میکنند».  تریتا پارسی، سلیمان کیاست پور، محسن شبانیان، زرد سارتی و مهدی اردلان*



البته تریتا پارسی نیازی به اسم بردن از "مرشد" خود یعنی "باب نی" نمی بیند و خواننده را در برابر این سـوال بـی جـواب میگـذارد کـه چگونه یک جوان دانشجوی مقیم سوئد با دست خالی یک تنه به آمریکا رفته و برای مقابله با اپوزیسیون ایرانی و لابی اسرائیلی، گـروه لابی به نفع رژیم جهنمی ایران تشکیل داده و روزانه به دفاتر نمایندگان کنگره آمریکا سرکشـی میکـرده است. در اینجـا بـد نیسـت بـه مصاحبه ایکه خود باب نی با مجله "ایران فوکوس" که توسط دوستان تریتا پارسی در داخل ایران منتشر میشد نگاه کنیم.
*باب نی:* در طی سالهای گذشته، فقط چند گروه خاص بوده انـد کـه علیه ایران فعال بوده اند. ولـی هـم اکنـون گروههـای دیگری در حال شکل گرفتن هستند که منافع ایران و آمریکائیان ایرانی تبار را دنبال میکنند. معتقـدم کـه شـما در آینـده نشـانه های حضور این گروهها را در کنگره مشاهده خواهید کرد و اثر مثبتی روی قانونگذاری در کنگره خواهند داشت.
*ایران فوکوس:* آیا آمریکائیان ایرانی تبار قادر به راه اندازی یک گروه فشار بر علیه این گروههای ضد ایرانی در کنگره بوده انـد؟ آیا جامعه ایرانی قادر به راه اندازی یک لابی برای دفاع از منافع ایران در آمریکا هست؟
*باب نی:* آنطور که من شخصا شاهد بوده ام، ایرانی ها فعال شده اند و در حال فشار آوردن  به نمایندگان کنگره هستند تا بـا ایران وارد گفتگو شده و تحریم های اقتصادی را ملغی کنند. گروههای زیادی تشکیل شـده انـد مثـل "ایرانیان برای همکاری بین المللی" (تریتا پارسی)، انجمن تجارت ایرانی در سان دیه گو (شـهریار افشـار)  یـا "شـورای آمریکـائی ایرانـی" (هوشـنگ امیـر احمدی). این موضوع یک تحول بسیار مثبت است. (مجله ایران فوکوس، 27 مارس 2000، برابـر بـا اسـفند و فـروردین 79-1378 شماره سوم جلد 14)
قابل ذکر است که مجله "ایران فوکوس" متعلق به باند سیامک نمازی و شرکت "آتیه بهار" میباشد. نکته دیگر دلسوزی "باب نی" بـرای منافع ایران است. وی هم اکنون بخاطر ارتکاب مجموعه ای از فساد های مالی و خیانت به هموطنان آمریکایی خودش در زندان بـه سـر میبرد ولی به ایران که میرسد، طبیعتا انگیزه ای بجز خدمت به مردم مظلوم ایران نداشته است!
در مورد بودجه و امکانات مالی آن و محفل یعنی شورای هوشنگ امیر احمدی و همچنین انجمن تجارت ایرانی در سـان دیـه  گو قضیه روشن است و عمدتآ کمپانی های بزرگ آمریکایی آنرا تأمین کرده اند. اما در مورد گروه تریتا پارسی، بحث شیرین دلار! بسـیار مفصـل و متنوع تر است که در این سلسله گزارشات سعی خواهد شد در حد مقدورات برخی از ابعاد و زوایای آن روشنتر گردد. .

### تریتا پارسی و سیامک نمازی

در سال 1998، سیامک نمازی پس از 5 سال اقامت در تهران به واشنگتن بازگشت. وی قبلا تحصیلات خود را در آمریکا به پایان رسـانده بود که بخشی از آن را در همان دانشگاه راتگرز که هوشنگ امیر احمدی در آن بکار مشغول است انجام داده بود. نمازی در مدت اقامت خود در تهران کار خود در شرکت "آتیه بهار" را بعنوان مدیر عامل و یکی از شرکای اصلی آن آغاز کرده بود.
در بازگشت از ایران، نمازی مقاله ای در سایت ایرانیان دات کام نوشت که عنوان آن "اگر مهدی نیاید" بود.[13]   وی در این مقاله خطاب به ایرانیان مقیم آمریکا نوشته بود که نباید منتظر ظهور امام زمان شد و باید خودمان برای اصلاح امور دست بکار شـویم. وی در این مقاله طولانی پس از کلی بافی های بسیار در مورد اصلاحات و نقش جامعه مدنی به اصل موضوع پرداخت و از ایرانیان خواسـت  کـه:  *"بایـد متشکل شویم و حکومت ایران نیز ما را در این زمینه تشویق میکند"*. حال باید دید که این تشکیلات چگونه سازمانی اسـت کـه رژیم خونخوار آخوندی نیز آنرا تشویق میکند. از طرف دیگر معلوم نیست که نمازی از کجا فهمیده که رژیم آنرا تشویق میکنـد؟ آ یا قبـل از سفر به آمریکا به وی تضمین داده شده است؟ بسیار خوب، حال هموطنان متشکل شده و آماده خدمت برای سیامک نمازی هسـتند. مشکل کجاست و چه باید کرد. وی میگوید:
*«چرا تنها گروه خارج از کشوری کـه  حرفش را بگـوش سیاسـتمداران آمریکا میرسـاند مجاهـدین خلـق اسـت؟... خوشـبختانه نشانه های مثبتی در حال ظهور است و گروههای دیگری که نماینده گرایشات واقعی ایرانیان هسـتند فعالیـت خود را شـروع کرده اند. گروههای جدید مثل "شـورای آمریکائیان ایرانی تبار جمهوریخواه (به ریاست گلی عـامری) یـا "ایرانیان برای همکاری بین المللی" (به ریاست تریتا پارسی) خود را وارد گروههای لابی واشنگتن کرده انـد.... من پیشنهاد میکنـم کـه وارد عمل شـویم، باید در سمینارها و جلسات لابی اسرائیل حضور پیدا کنیم، از این طریق هـم راههـای لابـی گـری را یـاد میگیریم و هم از اینکه لابی اسرائیل تبلیغات دروغین خود علیه ایران را پیش برد جلوگیری میکنیم»*
بنظر میرسد که اینگونه ادبیات را قبلا شنیده و خوانده ایم. بهر صورت سـیامک نـمازی در پایان مقاله از تریتا پارسـی و هوشـنگ امیـر احمدی که درنوشتن این مانیفست وطن پرستی به وی کمک کرده اند تشکر میکند. یکسال بعد در نوامبر 1999، سیامک نمازی و تریتـا پارسی باهم به قبرس میروند تا در کنفرانسی که توسط "حسین علیخانی" یکی از دوستان هوشنگ امیر احمدی برگزار میشد شرکت کنند.[14]
علیخانی تاجر نفت مقیم قبرس بود که به مدت کوتاهی را نیز در سال 1992 بجرم نقض قوانین تحریم علیه لیبی در زنـدان آمریکـا گذارنـده بود. علیخانی نیز همانند دیگر تاجران محترم "نفت"، خواهان برداشتن تحریم های آمریکـا علیـه ایـران بـود. وی  همچنیـن بـه پیـروی از محمد خاتمی دکانی بنام "مرکز جهانی گفتگو" راه انداخته بود که کارش برگزاری کنفرانس و سخنرانی بود.[14-15]
تریتا پارسی و سیامک نمازی در گزارش خود در این کنفرانس، پروژه ای برای راه اندازی یک لابی متشکل از ایرانیان مقیم آمریکا ارائه نمودند. در این پروژه استدلال شده بود که این لابی باید با بهره گیری از کارآمدترین شیوه های لابی گری و با تقلید از لابی اسـرائیل در این کشور، کنگره آمریکا را هدف اصلی فعالیت های خود قرار دهد تا از این پس، قوانینی بر علیه ایران تصویب نـشود. در قسـمت بعـدی گزارش، پیشنهاد سال 1999 سیامک نمازی و پارسی را مورد بررسی قرار داده و نشان میدهیم که انجمن "نایاک" کـه اکـنون فعالتریـن گروه لابی ایرانی بنفع رژیم در آمریکاست، بطور حیرت آوری همان پروژه را به پیش میبرد.[17]
مهمترین نکته اما رابطه سیامک نمازی با رژیم ایران است. با درک همین نکته میتوان به ماهیت لابی کنونی تریتـا پارسـی و گروههـای ریز و درشتی که پیرامون آن ایجاد شده پی برد. نمازی کیست، رابطه اش با تریتا پارسی چه میزان است؟ باید قبل از همـه بـه جایگـاه ویژه شرکت "آتیه بهار" و مافیای نفت اشاره کنیم.
پایان بخش اول
**یادداشت ها:**
1- http://www.bis.doc.gov/news/2008/bis_tdo03212008.html
2- ماهان ایر http://www.tradingmarkets.com/.site/news/Stock%20News/_1232669/
3- خانواده علاقبند http://www.balli.co.uk/About_us/Group_structure.asp
4- مـدرک وزارت دادگسـتری آمریکا در مـورد بـاب نـی و رشـوه گـیری از دو قاچـاقچی لنـدن :Bob  Ney's  plea  agreement http://www.usdoj.gov/opa/pr/2006/September/06_crm_622.html
5- داستان خرید هواپیما از قول روزنامه رژیم http://baztab.com/news/24835.php
6- شکایت وزارت دفاع از قاچاقچی لندنی در دادگاه انگلستان http://business.timesonline.co.uk/tol/business/law/article3505782.ece

7 - برای نگاهی به کل داستان، به سایت [http://iranianlobby.com](http://iranianlobby.com) مراجعه کنید.
8- زندانی شدن وحید علاقبند [http://www.bloomberg.com/apps/news?pid=10000100&sid=aEodr6ltrnoQ&refer=germany](http://www.bloomberg.com/apps/news?pid=10000100&sid=aEodr6ltrnoQ&refer=germany)
9[http://www.parsacf.org/honor-roll/honor roll/avicenna/?searchterm=vahid%20alaghband](http://www.parsacf.org/honor-roll/honor roll/avicenna/?searchterm=vahid%20alaghband) همچنین EVENING PROGRAM
10 - کمک بنیاد پارس به انجمن ناباک [http://www.parsacf.org/grant-seekers/past-grantees](http://www.parsacf.org/grant-seekers/past-grantees)
11- به این لینک مراجعه کنید تا برداشتی جامع به لابی آمریکایی بدست آورید" [http://www.sourcewatch.org/index.php?title=USA_Engage](http://www.sourcewatch.org/index.php?title=USA_Engage)
12- اولین اعلامیه تریتا پارسی [http://www.geocities.com/CapitolHill/Lobby/3725/trita.html](http://www.geocities.com/CapitolHill/Lobby/3725/trita.html)
13- اگر مهدی نیاید [http://www.iranian.com/SiamakNamazi/Nov98/Reform/index.html](http://www.iranian.com/SiamakNamazi/Nov98/Reform/index.html)
14- کنفرانس سال 99 [http://www.worlddialogue.org/meet4.htm](http://www.worlddialogue.org/meet4.htm)
15- در باره علیخانی [http://www1.umn.edu/humanrts/cases/63-05.html](http://www1.umn.edu/humanrts/cases/63-05.html)
16- بخشیدن سفارت سابق آمریکا به علیخانی [http://www.asianews.ir/main1.asp?a_id=27078](http://www.asianews.ir/main1.asp?a_id=27078)
17- مقاله نمازی و پارسی
[http://www.geocities.com/tritaparsi/iranamericans.PDF](http://www.geocities.com/tritaparsi/iranamericans.PDF)

منبع: ایرانیان لابی

[نظر دهید]   [تعداد نظرها 2]   [برای خواندن نظرها اینجا را کلیک کنید!]

🖨 نسخه‌ی چاپی
✉ ارسال مقاله به دوستان

دیگرنوشته‌های حسین داعی در آرشیو سایت ایرانیان لابی:

* چپ خاویار
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران
* مصاحبه عباس عبدی
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)
* سفر احمدی نژاد به نیویوک و آینده رابطه با آمریکا
* تسلیت به رادیو فردا و بی بی سی
* مصاحبه تلفنی با سایت ایران ب ب ب در مورد ادعاهای اخیر هوشنگ امیر احمدی
* ضیافت افطار با "احمدی نژاد" در نیویورک!
* سگ زنجیری امپریالیسم پیدا شد
* بی بی سی و حکومت آخوندی
* میراث راکفلر
* هوشنگ امیراحمدی در تهران، رفت بار و مضحک
* PAAIA اولین گروه لابی نیست و تریتا پارسی حقیقت را نمی گوید
* پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم)
* دیپلماسی پارلمانی و امامزاده لاریجانی
* انتقاد آقای گلنام از برخورد من با اکبر گنجی (مقاله لابی و جنبش ضد جنگ، بخش دوم)
* درخواست همیاری و همراهی
* "بنیاد راکفلر" راز لب های گل انداخته "حسن خمینی" را میداند!
* در این "جبهه ضد امپریالیستی" جای "امام" خالی!
* ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا
* گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی
* شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)
* بازگشت از بهشت، سفر صلح دوستان به ایران
* شبکه لابی ایران بخش اول
گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا
* شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه
* شبکه لابی رژیم ایران در آمریکا، بخش دوم
* شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ
* شبکه لابی رژیم ایران و پروژه هسته‌ای
* شورای روابط خارجی آمریکا
* شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی

[تاریخ ثبت: 08 Oct 2008]   [ارسال‌کننده: ara]   [ ]   [ ]
بادرودبه شرف شماکه درراه آزادی ایران از دست ملایان کراواتی باهمه ی وجودمی کوشید/سپاس

[تاریخ ثبت: 14 Jul 2008]   [ارسال‌کننده: hnt@psa.edu]   [ John ]
All these mercenary secret service agents of tyrant ayatollahs with fake covers - (that have managed to fool only a bunch of corrupt leftists in US with large sum of money -millions of dollars-stolen by ayatolalhs from Iranian nation)- and these undercover agents of terrorist regime must be exposed to FBI and NIA as the mercenary agents, collaborators, and members of the IR sleeper-cells in the USA of the corrupt and terrorist ayatollahs' illegitimate regime in Iran. These people are collaborators and agents of ayatollahs and through them, connected to the International Jihadist Terrorism Groups, and should one day all appears

.in front of International Court of Justice as the accomplices in Crimes against Humanity

بازچاپ مطالب این سایت با ذکر منبع آزاد است.
hassan.dai@yahoo.com
© Iranian lobby 2005

INTERNET ARCHIVE WaybackMachine BETA
http://iranianlobby.com/page1.php?id=30  Go
3 captures
29 Sep 08 - 27 Feb 09
DEC **FEB** MAR
◀ **27** ▶
2008 **2009** 2010
Close
Help

پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم)
شبکه لابی ملایان و بحث شیرین دلار!

حسن داعی

### معجزه دو قلو

آشنایی "تریتا پارسی" با "سیامک نمازی" و همکاری مشترک شان برای راه اندازی یک لابی در آمریکا، داستانی است که ما را با مافیای اقتصادی رژیم آخوندی بیشتر آشنا میکند و ضمناً میتوانیم درک واقعی تری از حامیان خارجی حکومت ایران بدست آوریم. اما اگر به عمق و ابعاد قضیه توجه نشود، داستان پارسی و نمازی، بیشتر شبیه یک رویای شیرین و چیزی مانند داستان "سیندرلا" یا "شاه پریان" به نظر میاید که به هرچه دست میزنند به طلا تبدیل میشود و همه دربها بروی آنان باز میگردد.

در سال 1997، تریتا پارسی که یک دانشجوی ایرانی مقیم سوئد بود به آمریکا رفت و یک لابی یکنفره را در کنگره آمریکا شروع کرد. وی در اعلامیه ایکه در همان زمان بزبان انگلیسی نوشت چنین میگوید:[1]

«14 نفر از ایرانیان یا دوستداران ایران بیانیه ای را امضا کرده اند که خطاب به نمایندگان کنگره آمریکاست و از آنان میخواهد که تحریم های علیه ایران را لغو کرده و وارد گفتگو با ایران شود. باید ایرانیان بخود بیایند و صدایشان را بگوش مسئولین آمریکائی برسانند. ولی تا کنون، فقط مجاهدین خلق، کنت تیمرمن ولابی طرفدار اسرائیل در صحنه فعال بوده اند...... قدم بعدی رساندن این بیانیه به دست نمایندگان مجلس و سنای آمریکا بود. بعدت چهار روز من از یک تنه از این دفتر نماینده کنگره به آن یکی رفتم و آنرا شخصا بدست مشاورین و مسئولین دفتر آنان دادم. آنان همه شگفت زده بودند که یک دانشجوی سوئدی-ایرانی برای پایان دادن به انزوای کشورش مشغول لابی کردن است. من فعالیت های خود در کنگره را به اطلاع امضا کنندگان بیانیه رساندم و نتیجه آن شد که ما یک گروه لابی درست کردیم.»

دنباله داستان "تریتا پارسی" و فعالیت های چشمگیر او در آمریکا، بسیار سوال برانگیز و قابل توجه تر است. وی در حالیکه هنوز در سوئد زندگی میکرد و دانشجوئی بیش نبود، به مقام "مشاور سیاست خارجی" باب نی رسید که یکی از قدرتمندترین (و فاسد ترین) نمایندگان کنگره آمریکا بود. 4 سال بعد در سال 2001، تریتا به آمریکا آمد و بلافاصله مدیر شورای ایرانی-آمریکائی ( AIC ) وابسته به هوشنگ امیر احمدی شد. شورائی که در هیئت مدیره آن دهها رئیس و مدیر عامل کمپانی های نفتی و سناتور آمریکایی حضور داشتند. یکسال بعد در 2002، "پارسی" با چند نفر از دوستان خود انجمن "نیاک" را تشکیل داد. هنوز مرکب اساسنامه این انجمن خشک نشده بود که دو موسسه معروف سیاسی آمریکا به وی کمک مالی کردند. چند ماه بعد، یکی از مهمترین لابیست های آمریکا بنام "روی کافی" که از دوستان خانواده بوش بود به کمک تریتا پارسی آمد و برای اعضای انجمن نیاک، جلسات خصوصی آموزش لابیگری در یکی از رستورانهای حومه واشنگتن برگزار نمود. این داستان شبیه آن است که "موتزارت" به خانه من و شما بیاید و برای فرزندانمان کلاس خصوصی موسیقی برگزار کند.[2]

متعاقباً تریتا پارسی اقدام به نوشتن کتابی در مورد رابطه ایران و آمریکا و اسرائیل میکند. در این کتاب با استفاده از شیوه های بدیع ثابت شده که از سال 1992 ببعد، دولت اسرائیل تنها مانع بهبود روابط ایران و آمریکا بوده است و تاکید شده که علیرغم آمادگی ملایان برای حل مشکلات فی مابین، دولت آمریکا تحت فشار اسرائیل از اینکار چشم پوشیده است. برای نوشتن این کتاب نیز تمام درها بروی "تریتای" جوان باز میشود. دو سال قبل از انتشار این کتاب، یکی از مسئولان بالای رژیم ملایان، یک سند کاملا محرمانه را در اختیار وی قرار میدهد تا او در کتابش ازآن استفاده کند. ظاهراً این سند آنقدر مخفی بود که تنها 4 نفر در ایران ازآن باخبر بودند. خامنه ای، خاتمی، کمال و صادق خرازی، یعنی ارزش کتاب "تریتا" از رفسنجانی و سپاه و مجلس نیز بالاتر بوده است![3]

بلافاصله پس از انتشار این کتاب، بنیاد "راکفلر" و بقیه محافل ریز و درشتی که تمام دغدغه شان کنارآمدن با حکومت آخوندی است به میدان آمده و برای ارتقاء و تبلیغ این کتاب، به برگزاری سخنرانی و مصاحبه با نویسنده جوان مذکور اقدام نمودند. داستان رویایی تریتا بهمین جا ختم نمیشود. ظاهراً مقرر شده بود که او یک شبه ره صد ساله را بپیماید... اکنون نوبت به آن رسیده بود که وی برای دفاع از تز دکترای خود حاضر شود. جالب است بدانیم که برای ایفای نقش استاد راهنما، دکتر برژینسکی، شخصاً در آن جلسه حاضر میشود.

 

سفر مشترک تریتا و سیامک نمازی به آتشکده یزد، تابستان 2000 (از یکدیگر عکس گرفته اند)[4]

ادامه داستان شیرین این سیندرلای جوان را در همینجا متوقف میکنیم و به سراغ شریک و دوست وی یعنی "سیامک نمازی" میرویم. محمد باقر نمازی، پدر سیامک است. وی در زمان حکومت گذشته یکی از مهمترین مقامات دولتی و منجمله سالها استاندار خوزستان بود. خوشبختانه پس از انقلاب هیچ خطری متوجه ایشان نشد و سه سال بعد، خانواده نمازی به خارج از کشور میرود و با یک جهش خیره کننده، محمد باقر بعنوان دیپلمات ارشد سازمان ملل در امور خیریه کار خود را شروع میکند. با آغاز ریاست جمهوری رفسنجانی، دختر این خانواده یعنی "پری نمازی" به همراه همسرش "بیژن خواجه پور"، شرکت مشاوره (دلالی) آتیه بهار را در سال 1993 در تهران تأسیس میکند. کار اصلی این شرکت، کمک به کمپانی های بزرگ چند ملیتی برای ورود به بازار ایران است. اتفاقا فعالیت عمده آتیه نیز در تجارت نفت و مشتقات آن است. درآغاز، برادر بزرگتر یعنی "بابک نمازی" که بتازگی درس حقوق خود را در آمریکا تمام کرده به شرکت آتیه میرود و بخش حقوقی این شرکت را برعهده میگیرد. بعد برادر کوچکتر یعنی سیامک به این شرکت آمده و مدیرعامل بخش مشاوره آتیه میشود. داستان ظهور وصعود خانواده نمازی و شرکت آتیه، به همان شیرینی افسانه تریتا پارسی است.

در عرض چند سال، این شرکت به یکی از مهمترین بازیگران در قلمرو فعالیت های اقتصادی داخل کشور و همچنین کار سیاسی در خارج از کشور تبدیل میگردد. **داستان خانواده نمازی و تریتا پارسی، قبل ازآنکه نشانی از معجزه باشد، ریشه در مافیای اقتصادی داخل**

ایران از یکطرف و کمپانی های مهم آمریکا از طرف دیگر دارد. هدف از گزارش حاضر نیز قبل از هر چیز شناخت آندسته از محافل اقتصادی و سیاسی است که برای حفظ و استمرار منافع کلان خود، با حمایت از رژیم ملایان، راه بر هرگونه تحول دموکراتیک و نجات مردم از دست جلادان حاکم بر ایران بسته اند.

**مافیای جدید**
پس از پایان جنگ با عراق، رفسنجانی رئیس جمهور شد و هدف خود را ظاهرا گشایش نسبی و کنترل شده اقتصاد ویران شده ایران قرار داد. تا آنزمان، اقتصاد کشور عمدتا توسط دو قطب مهم یا مافیای اقتصادی کنترل میگردید. یکی از بنیادهای بزرگ مثل بنیاد مستضعفین یا بنیادشهید و آستان قدس رضوی بودند که با سرمایه های عظیم و تاراج کرده بخش های مهمی از اقتصاد کشور را در تیول خود داشتند. بخش دوم نهادهای رسمی خود دولت بود که عمدتا در جهت تأمین نیازهای جنگ با عراق کوک شده بود.  در مجموع جریانات وابسته به بازار و روحانیت سنتی، با استفاده از رانت های حکومتی،  نیروی مسلط در اقتصاد ایران بودند.
بعد از جنگ و در زمان ریاست جمهوری رفسنجانی شاهد ظهور دو مافیای جدید هستیم که اولی به خانواده فاسد رفسنجانی وابسته است و دیگری در سیطره رهبران سپاه پاسداران قرار دارد که پس از پایان جنگ با عراق و تأسیس شرکت های گوناگون، تازه نفس در تاراج سرمایه های مملکت سهیم شدند.
مافیای رفسنجانی بطور عمده در صنعت نفت رشد کرد و قدرت گرفت. سرکردگان این قطب اقتصادی جدید، عموما از صاحب منصبان دولتی بوده و با آزاد سازی نسبی اقتصاد و رشد باصطلاح بخش خصوصی در آغاز دهه هفتاد شمسی، با راه اندازی دهها شرکت و بانک خصوصی، کنترل بخش های مهمی از اقتصاد کشور را بدست گرفتند.
یکی از مهمترین محور های اقتصادی مافیای رفسنجانی، جذب سرمایه ها و متخصصان خارج از کشور بود. بدین منظور تسهیلات و قوانین جدیدی به اجراء درآمد مثلا در برنامه اول توسعه ( 1368-72 )، دولت ایجاد سه منطقه آزاد تجاری- صنعتی کیش، قشم و چابهار را در سال 1369 اعلام نمود. در ایندوره، دولت ایران توانست بطور بسیار محدود، بخش هائی از صاحبان سرمایه و گروههایی از متخصصان را به مملکت بکشاند. در حقیقت، آنچه باند رفسنجانی را از دیگر مافیاهای اقتصادی ایران متمایز میکند، رابطه ارگانیک آن با محافل اقتصادی در غرب بخصوص کمپانی های نفتی است.
رفسنجانی با یک تیر دو نشان زد. با جذب بخش ناچیزی از سرمایه داران و متخصصان خارج به ایران و نشاندن آنان بر سر سفره رنگینی که از تاراج نفت مملکت فراهم شده بود، هم قدرت اقتصادی خود در داخل و خارج کشور را مستحکم نمود و هم بخاطر حمایتی که در غرب توسط این دسته از محافل سرمایه داری بدست آورده بود، نفوذ سیاسی خود در خارج از کشور را تقویت کرد. موفقیت نسبی ملایان در راه اندازی شبکه وسیع لابی نیز به کمک این دسته از شریکان اقتصادی رژیم در آمریکا و اروپا امکان پذیر بود. برای شناخت لابی ملایان، درک مکانیزم بالا ضروری است.
اما در رابطه با رشد بخش خصوصی در دوران پس از جنگ، ذکر یک نکته ضروری است تا اشتباها روند باصطلاح آزاد سازی دوران رفسنجانی و اقدامات ظاهری مشابه را با روند معمول در دیگر کشورها یکسان تصور نکرده باشیم. اقتصاد ایران به اذعان اکثریت قریب به اتفاق کارشناسان بیطرف، با تمام اصول شناخته شده دنیای مدرن تناقض دارد. اقتصاد آخوندی، ملغمه ای است از باندهای مافیائی که بدون یک برنامه مدون یا استراتژیک، در حال تاراج سرمایه های کشور و خرج آن برای اهداف پلید خود میباشند.
شاید ایران تنها کشور شناخته شده در جهان است که حتی ابتدائی ترین آمار اقتصادی قابل اعتماد که برای هرگونه برنامه ریزی ضروری است درآن وجود ندارد. میزان بدهی خارجی دولت، نرخ تورم، میزان سرمایه گذاری خارجی، دخل و خرج دولت، ذخیره ارزی، میزان ریخت و پاش رژیم ایران در دیگر کشورهای جهان و همچنین سهم هر یک از جناحهای حکومتی در چپاول سرمایه های کشور، برای هیچ کارشناس داخلی یا خارجی شناخته شده نیست. این خصوصیت منحصر بفرد اقتصاد آخوندی است که بجای شباهت به مدلهای اقتصادی شناخته شده جهان، بیشتر به چپاول و غارت اموال یک کشور توسط اشغالگران خارجی شبیه است.
بنابراین آنچه در ایران اتفاق افتاده، نه ظهور یک بخش خصوصی مستقل بلکه قشری انگلی وابسته به جناحهای حکومتی موجود است. رژیم ملایان هیچگاه قدرت سیاسی یا اقتصادی را با غیر خودی ها تقسیم نکرده است. از اینرو، همانطور که با بررسی فعالیت های شرکت "آتیه بهار" مشاهده میکنیم، این کمپانی بصورت زائده ای از باندهای درونی حکومت، به دلالی و زد و بند اقتصادی مشغول است.  با بررسی فعالیت شرکت "آتیه" میتوان به زنجیره ای از دهها کمپانی ظاهرا خصوصی برخورد که سرمنشا و سلسله گردان آنها عمدتاً تعداد انگشت شماری از مسئولان بالای حکومت اند. این مجموعه شرکتهای تو در تو وابسته بهم، بخشی از همان مافیای اقتصادی رژیم ملایان است.

**آتیه بهار** [5]



این کمپانی شامل یک بخش اصلی بنام "مشاوره" برای کمپانی های بین المللی است که 3 مدیر آن، سیامک نمازی، بیژن خواجه پور و یک جوان اتریشی الاصل بنام "فریشن اشلاگر" میباشند. بیژن خواجه پور، همسر پری نمازی یعنی خواهر سیامک است. بنا به گفته نشریات اقتصادی بین المللی، آتیه بهار مهمترین شرکت مشاوره برای کمپانی های غربی در ایران است.
پری نمازی مسئولیت بخش "مدیریت منابع انسانی" شرکت آتیه را بعهده دارد. بابک نمازی که برادر بزرگتر سیامک است نیز "شرکت حقوقی آتیه" را اداره میکند. شرکت آتیه صاحب بخش های کامپیوتری، مطبوعاتی و غیره نیز هست که به آن اشاره میکنیم.
مهمترین فعالیت آتیه، مشاوره به کمپانی های بزرگ غربی است. برای شناخت مشاوره ای که میتوان به یک کمپانی خارجی برای ورود به بازار ایران داد بهتر است بطور مثال به دو مشتری آتیه یعنی شرکتهای نروژی "استات اویل" و فرانسوی "توتال" اشاره نمود این دو غول نفتی جهان، برای ورود به بازار پررونق ایران، مجبور به پرداخت دهها میلیون دلار رشوه به پسر رفسنجانی شده اند. باید اضافه کنیم که بیژن خواجه پور ضمنا رئیس شرکت نفتی "آذر انرژی" نیز میباشد که اعضای مدیریت آن عمدتا از کسانی هستند که قبلا برای کمپانی های نفتی نروژ کار کرده اند.
برای شناخت ارتباط کمپانی "آتیه" با رژیم ملایان و مافیای اقتصادی مملکت، از آن جوان اتریشی شروع میکنیم.

"فریشن اشلاگر"  که بر ما معلوم نیست با چه شگرد و چشم بندی به مافیای آخوندی وصل شده، به گفته وبسایت شرکت آتیه، . "افزون بر کار در آتیه بهار، مؤسس و مدیرعامل شرکت خدمات مناطق آزاد می باشد، که با سه سازمان دولتی مناطق آزاد شراکت دارد." . یعنی شلاگر رسما با بخشی از رژیم ایران شریک است.
از طرف دیگر، شلاگر مدیر عامل یک شرکت مشاوره مالی بنام Middle East Strategies (MES) نیز میباشد که تنها شریک وی، فردی است بنام "احمد حاتمی یزد" که خود یکی از سران مافیای مالی – نفتی ایران است. نگاهی به پست های دولتی این مافیای بخوبی گویای موقعیت وی در درون رژیم است: رئیس سابق بانک صادرات (دومین بانک ایران)، مدیر کل بانک تجارت، معاون شرکت کشتیرانی جمهوری اسلامی، مدیر کل فروش نفت خام در شرکت نفت ملی ایران، معاون سازمان گسترش و نوسازی صنایع ایران، مدیر بخش روابط بین المللی در شورای عالی مناطق آزاد." [6] (عکس احمد حاتمی یزد)



این شراکت دو نفره بین حاتمی و اشلاگر، کارش فراهم کردن امکانات مالی برای معاملات شیرین و پرسودی است که باندهای

مختلف رژیم (غالبا باند رفسنجانی) با طرفهای خارجی می بندند. این معاملات هرکدام گاها بالغ بر صدها میلیون دلار تا بیش از یک میلیارد دلار میشوند. جای این سوال با معنا کماکان باقی است که چگونه و چرا یک جوان اتریشی و در حاتمی از یزد بهم رسیده و این کاسبی حلال را براه انداخته اند.

حال که با یکی از مدیران آتیه بهار آشنا شدیم به سراغ بیژن خواجه پور یعنی رئیس آتیه بهار برویم. ایشان در دهها موسسه و بنیاد و نهاد رسمی دولتی-اقتصادی عضویت دارد که به مهمترین آنان اشاره میکنیم. این شرکتها، بدون استثناء دارای مدیرانی است که از بالاترین مهره های مافیای اقتصادی و سیاسی حکومت اند. بعنوان مثال، خواجه پور مدیر عامل شرکت نفتی "قشم انرژی" است که با منطقه آزاد قشم یعنی یکی از نهادهای اقتصادی رژیم ایران رسما شریک است.[7] رئیس شرکت "قشم انرژی"، فردی بنام "نرسی قربان" است. ایشان یکی از مهمترین عناصر نفتی رژیم در سالهای گذشته بوده است. وی از ثابت ترین سخنرانان در کنفرانس های دولتی ایران در مورد نفت میباشد. نرسی قربان مدیر موسسه ظاهرا مطالعاتی "کاسپین" است که عضو مهم دیگر آن "عباس ملکی"، معاون وزارت خارجه رفسنجانی و مشاور خامنه ای است. ضمنا، نرسی قربان مدیر عامل یکی از مهمترین شرکت های گاز در ایران یعنی "شرکت گاز به مایع کرگگان" است. رئیس این کمپانی عظیم، یکی از مهره های مهم اقتصادی حکومت بنام علی شمس اردکانی است. این فرد نیز یکی از سران مافیاست. برخی از مسئولیتهای رسمی این فرد همچون رئیس سابق اتاق بازرگانی، سفیر سابق ایران در کویت و دهها پست دیگر در وزارت نفت و وزارت خارجه نشانی از جایگاه ویژه او در اختاپوس حاکم بر کشور است. ایشان اولین رئیس و بنیانگذار نهاد مسئول منطقه آزاد قشم در سال 1369 است.



**علی شمس اردکانی**

بیژن خواجه پور بجز مدیریت شرکت های آذر انرژی، قشم انرژی، آتیه بهار، ضمنا به کمک سیامک نمازی مجله "ایران استراتژیک فوکوس" در لندن را نیز منتشر میکند. این نشریه به شرکت مهم انگلیسی "مناس" وابسته است. مهمترین بخش کار خواجه پور و نمازی، مدیریت کارزار تبلیغاتی و لابی بنفع رژیم در خارج از کشور و بخصوص در آمریکاست که در گزارش بعدی بآن اشاره میشود. به سراغ برادر بزرگ خانواده یعنی بابک نمازی برویم. ایشان علیرغم کمی سن، بلافاصله پس از ورود به ایران مدارج ترقی را یکی پس از دیگری طی نموده و در عرض یکی دو سال به یکی از مهره های موثر و با نفوذ مافیای رژیم تبدیل شده است. ایشان یکی از کسانی است که قانون سرمایه گذاری خارجی را برای "مجمع تشخیص مصلحت" نوشته است.[8]

برای درک جایگاه این وکیل تازه به ایران رسیده؛ یک نمونه نگاه کنیم. در سال 2000، اتاق بازرگانی بریتانیا یک کنفرانس نفتی در مورد ایران برگزار نمود که گذشته از مهمترین مقامات رژیم، بابک نمازی، بیژن خواجه پور و همچنین شهریار افشار به سخنرانی پرداختند. جالب اینجاست که در یک پانل سه نفره که بابک نمازی در مورد قوانین سرمایه گذاری در ایران سخنرانی نمود، دو نفر دیگر پانل نیز از عناصر مهم دولتی ایران بودند.[9]



**بابک نمازی (سمت چپ) و شهریار افشار در کنفرانس نفتی سال 2000 در لندن**

شرکت آتیه بهار و مسئولان آن نه تنها در اکثر کنفرانس های نفتی رژیم در زمره سخنرانان اصلی هستند، بلکه در برخی از موارد، در کنار مسئولان رژیم، مشترکا برگزار کننده کنفرانس نیز بوده اند که میتوان به دو مورد اشاره کرد. یکی در سال 1998 در لندن بود که تحت عنوان "فرصت های جدید در صنعت نفت و گاز ایران" برگزار شد و در آن بیژن خواجه پور و نرسی قربان سخنرانی کردند.[10] دیگری کنفرانسی در ژولای 2000 در لندن بود[11] که آتیه بهار برای برگزاری کنفرانس با شرکت نفت ایران همکاری نمود و حتی قبل از کنفرانس اصلی، یک "پیش کنفرانس توضیحی" توسط مسئولان آتیه برگزار گردید. در این کنفرانس مهمترین مسئولان نفتی رژیم منجمله مهدی هاشمی رفسنجانی به سخنرانی پرداختند.

در کنفرانس دیگری که در سال 2006 تحت عنوان "همکاری ایران و چین" در تهران برگزار شد، بجز مهمترین مسئولان حکومتی، میتوان به سخنرانی بیژن خواجه پور و همسرش پری نمازی اشاره نمود. سخنرانی پایان کنفرانس نیز توسط علی اکبر ولایتی و عباس ملکی دوست نزدیک بیژن خواجه پور انجام گرفت.[12]

شرکت آتیه بهار ضمنا در سال 1999، یک مرکز اداری تجاری در تهران براه انداخت[13] که فقط برای کمپانی های خارجی که با ایران کار میکنند در نظر گرفته شده بود. آتیه ضمنا یک صندوق سرمایه گذاری در بورس تهران به راه انداخت که برای ایرانیان مقیم خارج که خواهان شرکت در این امر ملی هستند در نظر گرفته شده بود.[14]

### صلح طلبی و بوی خوش نفت

البته تمام موارد ذکر شده بالا تنها بخش ناچیز و آشکار روابط خانواده نمازی با حکومت ملایان است. قبل از آنکه به اصل موضوع یعنی راه اندازی لابی رژیم در آمریکا و نقش آتیه بهار بپردازیم، شاید بهتر باشد که نگاهمان را کمی گسترده تر کرده و به یک نمونه دیگر نیز نظری بیافکنیم. این نمونه بطور خاص برای آندسته از صلح طلبان قلابی که با دفاع مشمئزکننده از ملایان صبحانه میخورند و با ناسزاگویی مبتذل به امپریالیسم روز را سپری میکنند، بسیار آموزنده و ضروری است.

همانطور که در سلسله گزارشات قبلی اشاره شد، در سال 2005 با آغاز ریاست جمهوری احمدی نژاد و ارسال پرونده هسته ای ملایان به شورای امنیت سازمان ملل، یک حزب اللهی دو آتشه بنام "عباس عدالت"، ناگهان ضد امپریالیست و صلح طلب شد و محفل ضد جنگ "کاسمی" را در لندن و آمریکا راه انداخت. همانطور که در گزارشات قبلی توضیح داده شد، سازمان کاسمی در آمریکا، از دو دسته از افراد تشکیل شد که نیمی از هیئت اجرایی آن افراد وابسته به تریتا پارسی و انجمن نایاک بودند و نیم دیگر نیز عناصری هستند که تحت نام "چپ" و مبارزه خیالی با سرمایه داری و امپریالیسم، تمام تلاش خود را برای حفظ حکومت آخوندی و بخصوص دفاع از سیاستهای ماجراجویانه اتمی انان بکار میبرند.[15]

راستی "عباس عدالت" از کجا آمده و سابقه کاری اش چیست که تا این میزان صلح طلبی در تمام وجودش رخنه کرده است؟ عدالت در دانشگاه صنعتی شریف با عباس ملکی (معاون وزارت خارجه و مشاور رهبر) همکار بود، در سال 1999 این دو نفر یک بنیاد خیریه تحت نام "بنیاد دانش و هنر" تأسیس نمودند که ظاهرا وظیفه اش "فراهم نمودن تسهیلات بخصوص کامپیوتر برای مدارس ایران و جوانان در کشورهای رو به رشد است".[16]

طبیعتا درمملکتی که از صدقه سر این رژیم غارتگر، بخشی از جوانان نگون بخت و دانش آموزان بینوای آن برای ادامه زندگی چه بسا مجبور به تن فروشی و کلیه فروشی میشوند، باید هم بنیادی مانند همین موسسه عباس ملکی و عباس عدالت وجود داشته باشد تا به جوانان محتاج در کشورهای دیگر کمک کند. در واقع این موسسه سکوی پرش و محمل تبلیغاتی عباس عدالت و رفقایش در خارج از کشور بود. وی با سواستفاده از همین عنوان خیرخواهانه به خیلی از محافل انساندوست و گروههای وابسته به گرایشات چپ در اروپا و آمریکا راه پیدا کرد، البته ترکیب هیئت مدیره این محفل بسیار "صلح دوست" میتواند گویای حقایق تکان دهنده ای برای جریانات مترقی واقعی و اصیل باشد.

رئیس این بنیاد کاملا خیریه در تهران فردی است بنام "محمد رضا حائری یزدی" که مدیر کل تحقیق و بررسی صنایع وزارت رژیم بوده است. [17] ایشان در عین حال مدیر عامل و عضو هیئت مدیره شرکتی بنام "مگفا" در ایران است که بنوبه خود زیر مجموعه سازمان گسترش و نوسازی صنایع ایران (بخشی از دولت) میباشد. دو شریک دیگر حائری دراین کمپانی نیز هر دو نفر معاون وزیر در حکومت آخوندی میباشند. [18]

علیرضا امامی که رئیس هیئت مدیره شرکت مگفا ست، مدیر کل سه وزارتخانه دولت بوده است. مهرداد کارگری، عضو دیگر هیئت مدیره است که ضمنا عضو هیئت مدیره منطقه آزاد کیش نیز هست.

داستان به همینجا ختم نمی شود. بنیاد خیریه "دانش و هنر" که عباس عدالت براه انداخته و میخواهد جوانان جهان را با کامپیوتر آشنا کند، صاحب یک عضو هیئت مدیره جالب دیگر نیز هست و آن شخصی بنام "ضیاء متحده" است. ایشان به تنهائی نمونه ای از صلح طلبی به شیوه آخوندی و دلسوزی برای کودکان کشورهای عقب مانده است. جناب متحده عضو هیئت مدیره شرکت "سخت آژند"، رئیس هیات مدیره و مدیرعامل شرکت میخ پرچ ایران، رئیس هیات مدیره شرکت نورد آلومینیوم، رئیس هیات مدیره شرکت آلوم پارس، رئیس هیات مدیره شرکت زیراکس ایران، عضو و رئیس هیات مدیره، بسیاری از شرکتها و سازمانهای انتفاعی و غیرانتفاعی در ایران است. [19]

هموطنانی که گزارش قبلی را دنبال کرده اند بیاد میآورند که دو کارخانه آلومینیوم یاد شده در بالا و همچنین نمایندگی کمپانی آمریکائی زیراکس، همگی متعلق به برادران "علاقبند" میباشند. این خانواده همانی است که دو ماه گذشته بطور قاچاق سه هواپیما را به شرکت "ماهان" وابسته به مافیای رفسنجانی فروخته بود.

به نظر میرسد که هیئت مدیره "بنیاد دانش و هنر" بیشتر شبیه اتاق بازرگانی یا یک محفل مافیایی مدل آخوندی است. آیا از کمپانی آتیه بهار نیز در این بنیاد انساندوستانه کسی حضور دارد؟ پاسخ قطعا مثبت است. بیژن خواجه پور و همسرش پری نمازی (خواهر سیامک نمازی) نیز از اعضای هیئت مدیره این بنیادی هستند که عباس عدالت پایه گذاری کرده است. [17] حال با نگاهی به این اسامی این سوال در برابرمان قرار میگیرد که این آدمهای نیکوکار و صلح طلب چگونه همیشه و همه جا یکدیگر را پیدا میکنند و بهم میرسند؟ جالب است بدانیم که بتازگی یک سازمان جدیدی بنام "ایرانیان برای صلح" تشکیل شده که ظاهرا تمام صلح دوستان آنچنانی را گرد هم آورده است. با کمال تعجب؛ تشکیل دهندگان این گروه نیز همان صلح طلبانی هستند که در بالا بآن اشاره شد. [20]

دوستان عباس عدالت و سازمان کاسمی تشکیل دهنده اصلی این انجمن جدید میباشند. گذشته از آن، سه گروه کذایی Iran Haritage – Iran Onlin – Persian Gulf Alliance نیز در این مجمع حضور دارند. این سه گروه در سال 2003 توسط محفل تریتا پارسی راه اندازی شدند. بازهم سوال: آیا از خانواده نمازی و شرکت آتیه نیز در این محفل حضور دارند؟ خوشبختانه این سنگر نیز به وجود آنان مزین است. بیژن خواجه پور از تهران (مدیر کل آتیه بهار) و همچنین محمد باقر نمازی که پدر سیامک است نیز عضو این انجمن منادی صلح میباشند. راستی برای مافیای اقتصادی رژیم ملایان و صلح طلبان قلابی دنیا چقدر کوچک است! بحث شیرین دلار ادامه دارد...

**ادامه دارد**

**یادداشت ها:**

1- اولین اعلامیه تریتا پارسی http://www.geocities.com/CapitolHill/Lobby/3725/trita.html
2- برای شناخت در مورد راه اندازی لابی ملایان و مطالعه مجموعه گزارشات، به بخش فارسی سایت حسن داعی به آدرس زیر بروید.
http://www.geocities.com/CapitolHill/Lobby/3725/trita.html
این سایت بزودی با تغییرات جدید، مجموعه اسناد لابی ملایان را روی سایت در معرض قضاوت خوانندگان قرار میدهد.
3- طبق ادعای تریتا پارسی، یکی از مقامات بالای رژیم ملایان، یک کپی از سند "معامله بزرگ" را در سال 2004 به وی داد. سفیر سوئیس در تهران که در جریان معامله بزرگ بود، قبلا گفته بود که این سند کاملا سری بوده و به گفته صادق خرازی فقط 4 نفر در ایران در جریان آن بودند. برای شناخت بیشتر از این داستان، به مقاله "معامله بزرگ" در سایت حسن داعی مراجعه کنید.
4- سفر مشترک این دو یار دبستانی http://www.iranian.com/SiamakNamazi/2000/August/Water/index.html
5- سایت رسمی شرکت آتیه http://www.atiehbahar.com/
6- سایت رسمی شرکت دو نفره حاتمی و اشلاگر http://www.mestrategies.com/company.htm
7- بیژن خواجه پور و شرکت نفتی "قشم انرژی" http://www.qeshmenergy.com/aboutus_board.html
8- بابک نمازی، تهیه قانون سرمایه گذاری خارجی در ایران http://www.pipelinedubai.com/focus/iran0405.htm
9- کنفرانس سال 2000 http://www.smi-online.co.uk/event_media/programme.asp?is=3&ref=242
10- http://www.iraniantrade.org/london.htm
11- http://www.netnative.com/news/00/may/1072.html
12- http://www.iicic.com/IranChina/Program.htm
13- http://www.payvand.com/news/99/aug/1054.html
14- http://www.mees.com/postedarticles/finance/iran/a45n27b06.htm
15- به بخش فارسی سایت حسن داعی رفته و دو گزارش در مورد جنگ طلبان دروغین را مطالعه فرمایند.
16- http://www.saf.ir/en/
17- محمد رضا حائری یزدی، رییس بنیادی است که عدالت پایه گذاری کرده است. نام بقیه هیئت مدیره نیز به چشم میخورد: http://www.saf.ir/en/about/
18- حائری یزدی، عضو هیئت مدیره مگفا http://www.magfa.com/pages.asp?pgName=AboutUs
19- بخشی از مشاغل ضیاء متحده http://www.s-ajand.com/ex-members-f.htm
20- http://www.iraniansforpeace.net/

---

منبع: ایرانیان لابی

---

[نظر دهید]   [تعداد نظرها 1]   [برای خواندن نظرها اینجا را کلیک کنید!]

🖨 نسخه‌ی چاپی
✉ ارسال مقاله به دوستان

---

دیگرنوشته‌های حسن داعی  در آرشیو سایت ایرانیان لابی:

* چپ خاویار
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران
* مصاحبه عباس عبدی
* جلسه دیدار صلح طلبان آمریکائی با احمدی نژاد سپتامبر 2008 نیویورک
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)

* سفر احمدی نژاد به نیویوک و آینده رابطه با آمریکا
* تسلیت به رادیو فردا و بی بی سی
* مصاحبه تلفنی با سایت ایران ب ب ب در مورد ادعاهای اخیر هوشنگ امیر احمدی
* ضیافت افطار با "احمدی نژاد" در نیویورک!
* سگ زنجیری امپریالیسم پیدا شد
* بی بی سی و حکومت آخوندی
* میراث راکفلر
* هوشنگ امیراحمدی در تهران، رقت بار و مضحک
* PAAIA اولین گروه لابی نیست و تریتا پارسی حقیقت را نمی گوید
* دیپلماسی پارلمانی و امامزاده لاریجانی
* انتقاد آقای گلنام از برخورد من با اکبر گنجی (مقاله لابی و جنبش ضد جنگ، بخش دوم)
* درخواست همیاری و همراهی
* پایه های مالی-سیاسی لابی رژیم ایران(بخش اول)
* "بنیاد راکفلر" راز لپ های گل انداخته "حسن خمینی" را میداند!
* در این "جبهه ضد امپریالیستی" جای "امام" خالی!
* ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا
* گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی
* شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)
* بازگشت از بهشت، سفر صلح دوستان به ایران
* شبکه لابی ایران بخش اول
* گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا
* شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه
* شبکه لابی رژیم ایران در آمریکا، بخش دوم
* شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ
* شبکه لابی رژیم ایران و پروژه هسته‌ای
* شورای روابط خارجی آمریکا
* شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی

[تاریخ ثبت: Jul 2008 02]   [ارسال‌کننده: behroz_parastaran@hotmail.com]   [ Behroz Parastaran ]
Dear Mr.Dai: I am proud that you are a true iranian who work hard to introduce this people to us who are working against Iranian and working to the benefit of this brutal regime . Dear Mr. Dai please let us know if can help, we will support you all the way and I hope all other Iranian who love their Country and those who wish to free Iran should support Mr. Dai I am sure he can not do all by him self. Good luk Mr. dai

بازچاپ مطالب این سایت با ذکر منبع آزاد است.
hassan.dai@yahoo.com
© Iranian lobby 2005



Friday 8 May 2009 - جمعه ۱۸ اردیبهشت ۱۳۸۸ | English | تماس | در باره‌ی ما | آرشیو | جستجو | مقالات دیگران | گفتگو | اسناد | مقاله | صفحه‌ی نخست

## همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران
### بخش سوم: دیپلماسی شهروندان

حسن داعی



در دو بخش قبلی گزارش[1] مشاهده کردیم که بسیاری از گروه‌های ضد جنگ در آمریکا، با صلح‌آمیز قلمداد کردن برنامه هسته‌ای جمهوری اسلامی، همراه با لابی ملایان، با تحریم و فشار علیه دولت ایران مبارزه میکنند. این گروه‌ها، همچنین، در مورد نقض فاحش حقوق بشر در ایران و ابعاد گسترده جنایات این رژیم، عمداً سکوت میکنند. دلیل این سکوت نیز آنچنان که خود میگویند، ترس و نگرانی از دادن بهانه‌ای به دولت آمریکا برای حمله نظامی به ایران است.

اکنون به یکی دیگر از نمونه‌های همکاری این گروه‌ها با رژیم ایران نگاه میکنیم. این کارزار تبلیغاتی که به "دیپلماسی شهروندان" یا "ارتباط مردم آمریکا با مردم ایران" معروف شده است، نمونه‌ای از شرکت مستقیم برخی از گروه‌های ضد جنگ آمریکا در دروغ‌پردازی و کمک رسانی به یکی از جلادترین رژیم‌های دنیای معاصر است. اگر بتوان با اغماض و گشاده دستی، در مورد سکوت این گروه‌ها در مورد برنامه هسته‌ای رژیم ایران یا نقض حقوق بشر، بهانه یا توجیهی پیدا کرد، در مورد این نمایش مسخره ایکه تحت نام دیپلماسی شهروندان در حال وقوع است، نمی‌توان هیچ توجیه یا بهانه‌ای فراهم نمود.

این برنامه در دهسال گذشته با هماهنگی بین لابی کمپانی‌های مهم آمریکا (بخصوص شرکتهای نفتی) و همچنین شبکه لابی ملایان بطور کامل به اجرا در آمده است. ظاهراً، قرار است که شهروندان دو کشور بتوانند با یکدیگر رابطه برقرار کنند تا دیوار بی‌اعتمادی بین ایران و آمریکا فرو ریزد و تفاهم بین این دو کشور سرانجام به نتیجه برسد. طبیعی است که شهروندان دو کشور نمی‌توانند بطور انفرادی با یکدیگر تماس برقرار کنند و بایستی سازمانهای غیر دولتی در ایران و آمریکا، ظرف و چهارچوبی برای این تماس باشند. بدین ترتیب، تماس‌های زیادی بین برخی از سازمانهای آمریکایی با ایرانیان برقرار گردید و در نتیجه، سفرهای متعددی به ایران انجام گرفت.

از طرف آمریکایی، گردانندگان اصلی، وابستگان لابی طرفدار نزدیکی با رژیم ایران بود. در گزارشی که تحت عنوان "میراث راکفلر" تقدیم خوانندگان گردید،[2] بآن اشاره کرده ام. در طرف ایرانی، تعداد بسیار کمی از سازمانهایی بودند که بطور کامل توسط خود ملایان براه افتاده بود. نتیجه این تبادل مردمی نیز از قبل روشن است. تبلیغ به سود رژیم آخوندی و مبارزه با هرنوع فشار به این حکومت.

این مطلب در فرمت PDF ثبت شده است و با برنامه‌ی Acrobat Reader باز می‌شود. برای خواندن آن اینجا را کلیک کنید

منبع: ایرانیان لابی

[نظر دهید]   [تعداد نظرها ۱]   [برای خواندن نظرها اینجا را کلیک کنید!]

نسخه‌ی چاپی
ارسال مقاله به دوستان

دیگرنوشته‌های حسن داعی در آرشیو سایت ایرانیان لابی:

* پیام نوروزی اوباما و دم خروس لابی رژیم ایران
* سیاست اوباما در رابطه با حکومت ایران
* چپ خاویار
* جلسه دیدار صلح طلبان آمریکایی با احمدی نژاد سپتامبر ۲۰۰۸ نیویورک
* مصاحبه عباس عبدی
* جلسه دیدار صلح طلبان آمریکایی با احمدی نژاد سپتامبر ۲۰۰۸ نیویورک
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)
* سفر احمدی نژاد به نیویورک و آینده رابطه با آمریکا
* تسلیت به رادیو فردا و بی بی سی
* مصاحبه تلفنی با سایت ایران ب ب ب در مورد ادعاهای اخیر هوشنگ امیر احمدی
* ضیافت افطار با "احمدی نژاد" در نیویورک!
* سگ زنجیری امپریالیسم پیدا شد

### مقاله

* پیام نوروزی اوباما و دم خروس لابی رژیم ایران  حسن داعی
* همکاری گروه‌های ضد جنگ آمریکا با رژیم ایران  حسن داعی
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش دوم)  حسن داعی
* رابطه حکومت ایران با جنبش ضد جنگ در آمریکا (بخش نخست)  حسن داعی
* سفر احمدی نژاد به نیویورک و آینده رابطه با آمریکا  حسن داعی
* میراث راکفلر  حسن داعی
* پایه‌های مالی-سیاسی لابی رژیم ایران(بخش دوم)  حسن داعی
* درخواست همیاری و همراهی  حسن داعی
* پایه‌های مالی-سیاسی لابی رژیم ایران(بخش اول)  حسن داعی
* "بنیاد راکفلر" راز لپ های گل انداخته "حسن خمینی" را میداند!  حسن داعی
* در این "جبهه ضد امپریالیستی" جای "امام" خالی!  حسن داعی
* ماجرای «معامله بزرگ» و گزارش اخیر اطلاعاتی آمریکا  حسن داعی
* گزارش اطلاعاتی آمریکا: شاخه زیتون یا بمب ساعتی  حسن داعی
* شبکه لابی رژیم ایران و جنبش ضد جنگ (بخش دوم)  حسن داعی
* بازگشت از بهشت، سفر صلح دوستان به ایران  حسن داعی
* شبکه لابی ایران بخش اول گزارش تحقیقی درباره شبکه لابی رژیم ایران در آمریکا  حسن داعی
* شبکه لابی رژیم ایران در آمریکا، مدیریت شبکه  حسن داعی
* شبکه لابی رژیم ایران در آمریکا، بخش دوم  حسن داعی
* شبکه لابی رژیم ایران و شبکه جهانی ضد جنگ  حسن داعی
* شبکه لابی رژیم ایران و پروژه هسته‌ای  حسن داعی
* شورای روابط خارجی آمریکا  حسن داعی
* شبکه لابی رژیم ایران و اردوگاه جهانی ارتجاع اسلامی  حسن داعی

ادامه‌ی فهرست ...

