INTERNET ARCHIVE WaybackMachine BETA
http://english.iranianlobby.com/page1.php?id=30&bakhsh=ARTICLES  Go
2 captures
29 Sep 08 - 30 Dec 08
AUG **SEP** DEC
◀ **29** ▶
2007 **2008** 2009
Close
Help

# In Search of Truth
**Reports on Mullahs's lobby in US**
Editor: Hassan Daioleslam

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Monday 29 September 2008 |

**ARTICLES**

- Iranian regime's web of influence
  A money trail
  Hassan Dai

- Did the NIAC Defraud the National Endowment for Democracy and Congress
  Hassan Dai

- Flirting with the Mullahs
  Mohammad Parvin and Hassan Daioleslam
  Hassan Dai

- The Iranian Web of Influence in the United States   Hassan Dai

- Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
  Hassan Dai

- Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation   Hassan Dai

- Iran's Oil Mafia: Penetrating the US Political System   Hassan Dai

- The Iranian Lobby and the Israeli Decoy   Hassan Dai

- An Iranian Embassy in Boston   Hassan Dai

- Return from Paradise in the Left Lane   Hassan Dai

- Congressman Kucinich Must Find a Better Role Model than Bob Ney   Hassan Dai

- NIE and Iranian internal politics   Hassan Dai

- Where in the World is the Moderate Ayatollah?   Hassan Dai

- Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item
  Hassan Dai

more ...

## Iranian regime's web of influence
### A money trail

[ARTICLES]  [06 Aug 2008]
Hassan Dai
Source: [www.iranianlobby.com]

In a recent article, Joseph Klein discussed [1] in details the hundreds of millions of Dollars of the United Nations' aid to Iran. These funds are mostly financed by US contributions. In Tehran's corrupt system it is hard to imagine that even a small portion of these resources reach the intended target population.



But, how can a wealthy country manage to confront the US and the UN, and at the same time be the recipient of West's generous support? The credit for that goes to Tehran's effective web of influence in the US. Here is a glimpse at the web:

· Siamak Namazi, is the managing director of Atieh enterprise in Iran. This company is owned by Namzi family, an influential player in Irani's oil and financial Mafia.

· Baquer Namazi, is Siamak's father and a former UN high level officer. Namazi and an active Iranian deputy minister, founded a false flag NGO (Hamyaran) to monitor and control other Iranian NGOs .

· Baquer Namazi, arranged for Siamak Namazi and Trita Parsi to present the roadmap for establishing the Iranian Lobby in the US.

· Trita Parsi the president of the Iranian lobby organization NIAC has been the recipient of close to $200,000 congressionally appropriated funds through National Endowment for Democracy (NED) to spend it in Iran on organizations under Baquer Namazi's control.

· NED has also provided funding for Tehran based Siamak Namazi (himself an affluent executive in Iran) for a fellowship in the US.

· Siamak Namazi elaborated on why and how the Iranian regime should implant Tehran friendly experts in key positions in the US and inside the UN to influence policy.

· Siamak Namazi co-founded an organization (I-AIM) to recruit influential Iranian-Americans. One of his major partners in these activities is Ali Mostashari.

· Ali Mostashari has been working at key UN positions in charge of $1.2 billion in annual UN aid to the third world countries.

· Iranian regime (Which is in control of close to $100 billion in oil income) .czzvhas been the recipient of hundreds of millions of dollars of UN aids.

· Baquer Namazi is a major player in many of the associated organizations that benefit from UN aid.

Are you shocked?

**Building Iran's web of influence in the US**

Atieh Bahar is an influential enterprise in Iran which along with some of the notorious factions of the regime is a partner and/or contractor in major oil, industrial or financial projects of the country. Siamak Namazi, is the managing director of this company which his family owns. [2]

Siamak's father is Baquer Namazi. A governor under the previous regime in Iran, he has been a high official in the United Nations after the revolution in Iran. In mid 1990's Baquer went back to Iran to work with Tehran's regime. In late 1990's, along with an Iranian deputy minister and other government officials, Baquer founded an Iranian false flag NGO called Hamyaran. The motive behind creating Hamyaran was multifold. It was Tehran's means of controlling Iranian NGO's by organizing them under one umbrella. Hamyaran was also a false flag NGO to attract and control international help. Yet another motive for creating Hamyaran was to reach out to unsuspecting Iranians aboard (and mainly in the US) to use them for Tehran friendly purposes. [3]

Parallel to Baquer's efforts in Iran, Siamak along with friend and associate Trita Parsi, undertook the effort to setup the Iranian web of influence and lobby machinery in the US. [2] Parsi founded the Iranian lobby organization IIC (Iranians for International Cooperation). Namazi and Parsi jointly co-authored the Iranian lobby roadmap paper "Iran-Americans: The bridge between two nations" in 1999. This paper was presented in DAPIA conference co-organized by Baquer Namazi's Hamyaran organization. Then, Parsi and other founders of IIC later founded the Iranian lobby organization NIAC (National Iranian American Council). While Parsi's work was focused on lobbying for Tehran friendly causes in the US Congress, Siamak Namazi's efforts were more focused on creating relations between influential Iranian Americans and Tehran's regime. In this arena, his father's extensive experience in the United Nations certainly came handy. [4]

One year before his infamous roadmap paper with Trita Parsi, Siamak Namazi wrote an article titled "Hyphenated Iranians: Misguided policies toward expatriates", published in April 1998. The article advocated the use of the Iranian Diaspora to influence the UN and US decision making system for Iranian regime's benefit: [5]

*" Hyphenated Iranians are a potential wealth to the country that no lobby can ever achieve. But, in order to realize their true value, Tehran must augment its current policy by establishing a positive relationship with this new population*

*To better explain the point, we need not look any further than another country in the region that has understood the potential of its expatriates much better, Egypt. The Nile is of vital importance to Egypt. By extension, international laws affecting the water rights are of serious concern for that country. Fortunately for Egypt, many of the current regulations are largely favorable to that country. It is particularly interesting that many influential persons holding strategic decision-making positions who can change these laws are of Egyptian decent, holding the passport of a Western country. It is well known that the Yousef Boutros Ghali, the Minister of Finance and nephew of the former UN Secretary General, benefited tremendously by his six years working as a denizen of the IMF. As a result of his personal clout, Egypt's long drawn-out negotiations with the fund culminated in a favorable deal that concluded a major debt-restructuring program.*

*No doubt successful expatriates can play an extremely important role for their home country.*

*Picture the mood in the U.S. Congress with Senators of Iranian origin. Could France have sold the sophisticated technology it did to Iraq during the Iran-Iraq war if the French foreign ministry housed influential French-Iranians? Clearly Iran stands to gain substantially should its expatriate population hold decision-making power in foreign lands. Then, the Iranian government should be cognizant that the inevitable assimilation and naturalization of its expatriate population is in accordance with the long-term interests of Iran."*

**Recruiting Elite Iranian Expatriates**

Towards this goal, Siamak Namazi, co-founded a new organization in Tehran called I-AIM (International Association of Iranian Managers). [6] This organization is designed to identify and recruit Iranian elites. In June 2007, I-AIM held a major workshop in Tehran. Abbas Maleki, the Iranian deputy foreign minister under Rafsanjani, and advisor to the Supreme Leader and one of the chief organizers of Iranian lobby in the US, was one of the key speakers. [7]

One of the co-founder and executive board member of I-AIM is Ali Mostashari. [8] Mostashari 's own resume introduces him as a strategic advisor to the Assistant Secretary General and Director of the Regional Bureau for Africa (RBA) at the United Nations Development Program, with oversight and performance management functions for RBA's 44 country offices with over $1.1 billion in annual portfolio of UN Development funds. [9]

Are the relations between the Namazi family, and those who control hundreds of millions of dollars incidental? Is the fact that the NGOs under Baquer Namazi are a beneficiary of the UN funds completely accidental? Is the dual role of Ali Mostashari accidental? Is the fact that Trita Parsi's NIAC have been the recipient of hundreds of thousands of congressionally appropriated NED funds to be spent with the same NGOs under Namazi's Hamyaran accidental? NED's unexplained generosity to NIAC is further amended by another grant to Siamak Namazi to study *"the role of the private sector in promoting good governance."* [10] Was this also accidental? Namazi's Atieh is as much representative of Iranian private sector as his father's Hamyaran is representative of Iranian NGOs.

Are these hallucinations of a single writer or legitimate questions of Iranians and Americans that deserve answers?

**Notes:**

1- Joseph Klein, "The UN's gravy train to Iran", Frontpage, June 17, 2008 http://frontpagemagazine.com/Articles/Read.aspx?GUID=9B2CEACE-2D7F-47C7-8714-01611265AD53

2- See the Iran's oil Mafia: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%E2%80%99s-oil-mafia-penetrating-the-us-political-system/

3- See "The fraud of NIAC": http://www.frontpagemag.com/Articles/Read.aspx?GUID=AAB962F3-4361-4576-B8D7-A7AE4D6072EC

4- See Baquer Namazi's interview: http://programs.ssrc.org/gsc/publications/quarterly10/shaeryham.pdf

5- http://www.iranian.com/Opinion/April98/Expat/index.html

6- http://www.i-aim.org/content/en/default.aspx

7- http://www.i-aim.org/content/en/video-entrepreneurship/video-entrepreneurship%20.aspx

8- http://www.i-aim.org/content/en/who/execBoard.aspx

9- http://www.linkedin.com/in/alimostashari

10- http://www.ned.org/forum/past.html

**Ali Mostashari's letter:**

Dear Jamie Glazov,
Dear Hassan Daeioleslam,

The article entitled "Iran's Web of Influence in the U.S." published on August 6th by Frontpage Magazine contains defamatory remarks that are unsubstantiated against my person and I would like to respond to its contents, at least as they pertain to me. I am using this opportunity to ask you to remove the sections bearing my name, in order to avoid unnecessary legal action on the basis of libel against Frontpage Magazine and the author.

Taking publically available information from my website and others, the article has then proceeded to put an uninformed, false and defamatory spin which lacks both a basic regard for journalism as well as ethical due diligence.

Here are some clarifying points that should shed light on the defamatory nature of the article.

1) My work at the United Nations has been on African countries and I have never worked on issues related to Iran. Additionally, it is the executive board of UNDP (with the U.S. government playing a major role) that determines the budget for UNDP activities in every country, not individual staff members. Whatever your grievance towards the United Nations and its policies, the factual depiction of its workings are strongly inaccurate in the article and should be retracted. Logically, a country that earns $7 million in 4 hours would't need the UN's annual project expenditure of $7 million and go through lengthy processes to gain it.

2) I disagree with the author that engaging the private sector in Iran is the same as engaging the Iranian government. In fact I believe that the strengthening of the private sector in Iran can go a long way in helping the Iranian people better integrate in the international community , even if their government doesn't and increase the demands for a democratic country . Regardless of whether or not you agree with this view, slanderous remarks tying this activity with being in the service of the Iranian regime are unethical in this regard.

3) Lastly please use better judgement in constructing your arguments. At least get to know the person you are slandering. If you sat down 15 minutes with me you would find it hard to maintain any one of your assertions. I have never had any relations to the Iranian government, and do not have a favorable view of the Iranian regime. My family has suffered like millions of others of Iranians (probably more so than most) and the assertions in the article are therefore even more unacceptable to my person.

In any case, I do not have anything against the author or Frontpag magazine, although I do not share your views. What I ask of you in return is to maintain a minimum standard of quality control and due dilligence to avoid labeling individuals wrongly.

Based on the above clarifications, I would like to ask the author to remove my name from the article or retract the entire article whichever works best. I would like to receive a decision by the author and the editorial board by August 15, 2008. Otherwise I will keep my options open to engage in legal action to protect my name and reputation. A lack of response to this request will be seen as a willful intent to tarnish my reputation despite recieving clarifying statements. Please note that this letter may serve as evidence of alerting the editor on the falsehood of the statements and can be used in a court of law as evidence of note for a libel case.

Thanks and Best Regards.

Dr. Ali Mostashari
ali.mostashari@gmail.com

**My response to Ali Mostashari:**

Dear Mr. Ali Mostashari,
I have received your e-mail and for fairness and following the traditions of journalism, I have posted it on my site.  I also learned that it is now posted on Front Page Magazine's website as well.
You have mentioned that your *"family has suffered like millions of others of Iranians (probably more so than most),"* under the Iranian regime. I am confident that you will not make that statement lightly, as this regime has executed, imprisoned and tortured hundreds of thousands of Iranian citizens. Please accept my deepest sympathies for your family's losses and sufferings.  If you want their story told so that world gets to know the atrocities our people have endured, my website is yours to use.
With regards to my article and your critique of it, I have a few clarifying points, as well as a few questions. Your help in finding answers to these questions will be appreciated.
Firstly, I have not made the allegation that you are connected to the Iranian regime, or you have abused your position in the UN to funnel funds to the Iranian regime.  I simply do not have any information on that.  However, it is an established fact that the Iranian regime has developed a "web of influence" in the West to promote Tehran friendly policies. Some of your activities give the appearance that you are connected to this web, and with respect to your UN position, it has the appearance of potential conflict of interest.  In light of well known Iranian regime's "check book politics" particularly in relation to many African countries, this becomes even a more sensitive issue.  If in fact such conflict of interest exists, and if it was declared to the United Nations and was appropriately managed, then your explanations will be most welcomed and will be prominently placed on my website.  Denying the right of the public to question such conflict of interest, and their demand for transparency, particularly when it is in the form of threatening legal action, is disturbing.
The followings are indications that give the appearance that you are connected to Tehran's web of influence and therefore at a conflict of interest position in the UN.  Your clarifying responses to these are most welcome.

1. Your Tehran based partner Siamak Namazi has unequivocally advocated finding or placing prominent Iranians inside the UN to influence the decision making process. He asserted that such influential people are more efficient than any formal lobby. Baquer Namazi, Siamak Namazi's father has been an influential figure inside the UN.  Your sister Gelareh Mostashari is a well placed consultant in the UN.  Would you agree with me that this strategic grouping warrants a close watch and scrutiny of the media observers?

2. You are co-founder and a key executive of I-Aim.   The goals of this organization are strikingly in line with the declared strategies of Tehran's rulers. One of your key collaborating organizations is "Industrial Management Institute (IMI)".  The managing director of IMI is Daoud Mesgarian Haghighi, a high government official. Many other managers and VIPs of this organization are government officials or well connected individuals.  IMI lists UNDP as a close collaborating organization. Doesn't so much coincidence make you nervous?

3. A key figure in I-AIM is your partner Siamak Namazi. He is the managing director of Atieh Bahar Company. His company is also collaborating with I-AIM.  Do you believe that Atieh, with its multiple ties to and partnerships with the Iranian regime, is a

private sector company? I have detailed this company's relations and partnerships with the inner circle of the Iranian economic power centers. I invite you to critique my writings on this issue. If you so wish, I can provide you with ample additional information.

4- Is it accidental that among all Iranian consulting companies, the UNDP has chosen Atieh Bahar, (as listed by Atieh Bahar on their web site) managed by your partner Siamak Namazi?

Is it also accidental that a large number of UN collaborators in Tehran are connected to the Namazi family's circle? Among them, I can name Alirza Omidvar and Yasser Salimi Namin, who both worked for Atieh Bahar and UN offices.

5- In June 2007, your organization held an important workshop in Tehran. One of the key speakers was Abbas Maleki. He is an important Iranian official and advisor to the Supreme Leader. Was Maleki's invitation accidental? You are certainly familiar with his close relation with Bijan Khajehpour (Atieh Bahar's chairman).

6- Does your organization have any arrangements with the Iranian government? It is hard to believe that a private organization which many of its principals live abroad, freely and with no supervision establishes relations between Iranian expatriates and leaders of private industry in Iran. How can your firm enjoy such trust and freedom while the impression that the rest of the world has from the Iranian government is otherwise.

To understand how the Iranian regime is monitoring, organizing and controlling the issue of Iranian expatriates, I give you the example of someone close to you, Baquer Namazi and his false flag NGO called Hamyaran. Below is the report of their meeting with the Iranian government officials:

"*March 16, 2002*

*A luncheon meeting was held at the ministry of foreign affairs to discuss the issues related to the role of Iranian Expatriates in the sustainable development process of Iran.*

*Representatives of four entities reviewed the grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process.*

*An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs both domestic and abroad.*"

7- You founded the Iranian study group at MIT and organized a dozen lecture events. Two times (8.4.2007 and 1.2.2007) Abbas Maleki was the only speaker. Is this choice of inviting an Iranian official accidental? A week ago, the Iranian newspaper Sharvand Emrooz, published an interview with Abbas Maleki. The journal introduced him as follows: *"Maleki is a prominent and very sophisticated Iranian diplomat who has always been active behind the scene. In English language press he is considered as a lobbyist for the Iranian regime."*

I understand that the mere assumption of having any relation with the Iranian brutal regime is tarnishing and negative. By no means have I intended to tarnish any person's reputation. However, our nation has suffered too much to remain silent to questionable situations and connections that would sink it further in misery. There are simply too many coincident in your connection to the regime's web of influence to be silent about. Some are listed above and more wait to be said.

I welcome your help in clarifying these and look forward to hearing from you. I deeply respect my readers and will post your comments, response or critique on my website for them to judge.

Respectfully, Hassan Daioleslam

Source: www.iranianlobby.com

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

Error in query: SELECT * FROM maghaleh WHERE nevisandeh = 'Hassan Dai' AND onvan != 'Iranian regime's web of influence' ORDER BY timestamp DESC. You have an error in your SQL syntax; check the manual that corresponds to your MySQL server version for the right syntax to use near 's web of influence' ORDER BY timestamp DESC' at line 1

# In Search of Truth
## Reports on Mullahs's lobby in US
### Editor: Hassan Daioleslam

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | • • •••• | Thursday 17 June 2010 |

### ARTICLES

- Did NIAC defraud the Congressional fund?
  Report on NIAC-NED relation
  Hassan Dai

- NIAC's internal documents, Series 5, Part 2
  How did NIAC spend the Congressional Funds?
  Hassan Dai

- NIAC's internal documents-Series one
  Lobby organization: IIC
  Hassan Dai

- NIAC's internal documents (Series 5)
  Funding from NED and EF
  Hassan Dai

- NIAC's internal Documents-Series four
  Parsi's communications with M. Javad Zarif in 2006-2007
  Hassan Dai

- NIAC's internal document-Series three
  Trita Parsi'e collaboration with Siamak Namazi
  Hassan Dai

- NIAC's internal documents-Series two
  Trita Parsi: 2001-2002
  Hassan Dai

- The Iranian revolt and the role of pro- appeasement lobby in the US   Hassan Dai

- Iranian regime, the War in Gaza and Trita Parsi   Hassan Dai

- Twelve years of pro-Tehran lobby   Hassan Dai

- Iran: America's Sophie's choice   Hassan Dai

- Iranian regime's web of influence
  A money trail
  Hassan Dai

- Did the NIAC Defraud the National Endowment for Democracy and Congress
  Hassan Dai

- Flirting with the Mullahs
  Mohammad Parvin and Hassan Daioleslam
  Hassan Dai

- The Iranian Web of Influence in the United States   Hassan Dai

- Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
  Hassan Dai

- Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation   Hassan Dai

- Iran's Oil Mafia: Penetrating the US Political System   Hassan Dai

## Iranian regime's web of influence
### A money trail

[ARTICLES]  [06 Aug 2008]
Hassan Dai
Source: [www.iranianlobby.com]

In a recent article, Joseph Klein discussed [1] in details the hundreds of millions of Dollars of the United Nations' aid to Iran. These funds are mostly financed by US contributions. In Tehran's corrupt system it is hard to imagine that even a small portion of these resources reach the intended target population.



But, how can a wealthy country manage to confront the US and the UN, and at the same time be the recipient of West's generous support? The credit for that goes to Tehran's effective web of influence in the US. Here is a glimpse at the web:

· Siamak Namazi, is the managing director of Atieh enterprise in Iran. This company is owned by Namzi family, an influential player in Irani's oil and financial Mafia.

· Baquer Namazi, is Siamak's father and a former UN high level officer. Namazi and an active Iranian deputy minister, founded a false flag NGO (Hamyaran) to monitor and control other Iranian NGOs .

· Baquer Namazi, arranged for Siamak Namazi and Trita Parsi to present the roadmap for establishing the Iranian Lobby in the US.

· Trita Parsi the president of the Iranian lobby organization NIAC has been the recipient of close to $200,000 congressionally appropriated funds through National Endowment for Democracy (NED) to spend it in Iran on organizations under Baquer Namazi's control.

· NED has also provided funding for Tehran based Siamak Namazi (himself an affluent executive in Iran) for a fellowship in the US.

· Siamak Namazi elaborated on why and how the Iranian regime should implant Tehran friendly experts in key positions in the US and inside the UN to influence policy.

· Siamak Namazi co-founded an organization (I-AIM) to recruit influential Iranian-Americans. One of his major partners in these activities is Ali Mostashari.

· Ali Mostashari has been working at key UN positions in charge of$1.2 billion in annual UN aid to the third world countries.

· Iranian regime (Which is in control of close to $100 billion in oil income) .czzvhas been the recipient of hundreds of millions of dollars of UN aids.

· Baquer Namazi is a major player in many of the associated organizations that benefit from UN aid.

Are you shocked?

**Building Iran's web of influence in the US**

Atieh Bahar is an influential enterprise in Iran which along with some of the notorious factions of the regime is a partner and/or contractor in major oil, industrial or financial projects of the country. Siamak Namazi, is the managing director of this company which his family owns. [2]

Siamak's father is Baquer Namazi. A governor under the previous regime in Iran, he has been a high official in the United Nations after the revolution in Iran. In mid 1990's Baquer went back to Iran to work with Tehran's regime. In late 1990's, along with an Iranian deputy minister and other government officials, Baquer founded an Iranian false flag NGO called Hamyaran. The motive behind creating Hamyaran was multifold. It was Tehran's means of controlling Iranian NGO's by organizing them under one umbrella. Hamyaran was also a false flag NGO to attract and control international help. Yet another motive for creating Hamyaran was to reach out to unsuspecting Iranians aboard (and mainly in the US) to use them for Tehran friendly purposes. [3]

Parallel to Baquer's efforts in Iran, Siamak along with friend and associate Trita Parsi, undertook the effort to setup the Iranian web of influence and lobby machinery in the US. [2] Parsi founded the Iranian lobby organization IIC (Iranians for International Cooperation). Namazi and Parsi jointly co-authored the Iranian lobby roadmap paper "Iran-Americans: The bridge between two nations" in 1999. This paper was presented in DAPIA conference co-organized by Baquer Namazi's Hamyaran organization. Then, Parsi and other founders of IIC later founded the Iranian lobby organization NIAC (National Iranian American Council). While Parsi's work was focused on lobbying for Tehran friendly causes in the US Congress, Siamak Namazi's efforts were more focused on creating relations between influential Iranian Americans and Tehran's regime. In this arena, his father's extensive experience in the United Nations certainly came handy. [4]

One year before his infamous roadmap paper with Trita Parsi, Siamak Namazi wrote an article titled "Hyphenated Iranians: Misguided policies toward expatriates", published in April 1998. The article advocated the use of the Iranian Diaspora to influence the UN and US decision making system for Iranian regime's benefit: [5]

" Hyphenated Iranians are a potential wealth to the country that no lobby can ever achieve. But, in order to realize their true value, Tehran must augment its current policy by establishing a positive relationship with this new population

To better explain the point, we need not look any further than another country in the region that has understood the potential of its expatriates much better, Egypt. The Nile is of vital importance to Egypt. By extension, international laws affecting the water rights are of serious concern for that country. Fortunately for Egypt, many of the current regulations are largely favorable to that country. It is

- The Iranian Lobby and the Israeli Decoy   Hassan Dai
- An Iranian Embassy in Boston   Hassan Dai
- Return from Paradise in the Left Lane   Hassan Dai
- Congressman Kucinich Must Find a Better Role Model than Bob Ney   Hassan Dai
- Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item   Hassan Dai

more ...

*particularly interesting that many influential persons holding strategic decision-making positions who can change these laws are of Egyptian decent, holding the passport of a Western country. It is well known that the Yousef Boutros Ghali, the Minister of Finance and nephew of the former UN Secretary General, benefited tremendously by his six years working as a denizen of the IMF. As a result of his personal clout, Egypt's long drawn-out negotiations with the fund culminated in a favorable deal that concluded a major debt-restructuring program.*

*No doubt successful expatriates can play an extremely important role for their home country.*

*Picture the mood in the U.S. Congress with Senators of Iranian origin. Could France have sold the sophisticated technology it did to Iraq during the Iran-Iraq war if the French foreign ministry housed influential French-Iranians? Clearly Iran stands to gain substantially should its expatriate population hold decision-making power in foreign lands. Then, the Iranian government should be cognizant that the inevitable assimilation and naturalization of its expatriate population is in accordance with the long-term interests of Iran."*

**Recruiting Elite Iranian Expatriates**

Towards this goal, Siamak Namazi, co-founded a new organization in Tehran called I-AIM (International Association of Iranian Managers). [6] This organization is designed to identify and recruit Iranian elites. In June 2007, I-AIM held a major workshop in Tehran. Abbas Maleki, the Iranian deputy foreign minister under Rafsanjani, and advisor to the Supreme Leader and one of the chief organizers of Iranian lobby in the US, was one of the key speakers. [7]

One of the co-founder and executive board member of I-AIM is Ali Mostashari. [8] Mostashari 's own resume introduces him as a strategic advisor to the Assistant Secretary General and Director of the Regional Bureau for Africa (RBA) at the United Nations Development Program, with oversight and performance management functions for RBA's 44 country offices with over $1.1 billion in annual portfolio of UN Development funds.[9]

Are the relations between the Namazi family, and those who control hundreds of millions of dollars incidental? Is the fact that the NGOs under Baquer Namazi are a beneficiary of the UN funds completely accidental? Is the dual role of Ali Mostashari accidental? Is the fact that Trita Parsi's NIAC have been the recipient of hundreds of thousands of congressionally appropriated NED funds to be spent with the same NGOs under Namazi's Hamyaran accidental? NED's unexplained generosity to NIAC is further amended by another grant to Siamak Namazi to study *"the role of the private sector in promoting good governance."*[10] Was this also accidental? Namazi's Atieh is as much representative of Iranian private sector as his father's Hamyaran is representative of Iranian NGOs.

Are these hallucinations of a single writer or legitimate questions of Iranians and Americans that deserve answers?


**Notes:**

1- Joseph Klein, "The UN's gravy train to Iran", Frontpage, June 17, 2008 http://frontpagemagazine.com/Articles/Read.aspx?GUID=9B2CEACE-2D7F-47C7-8714-01611265AD53

2- See the Iran's oil Mafia: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%E2%80%99s-oil-mafia-penetrating-the-us-political-system/

3- See "The fraud of NIAC": http://www.frontpagemag.com/Articles/Read.aspx?GUID=AAB962F3-4361-4576-B8D7-A7AE4D6072EC

4- See Baquer Namazi's interview: http://programs.ssrc.org/gsc/publications/quarterly10/shaeryham.pdf

5- http://www.iranian.com/Opinion/April98/Expat/index.html

6- http://www.i-aim.org/content/en/default.aspx

7- http://www.i-aim.org/content/en/video-entrepreneurship/video-entrepreneurship%20.aspx

8- http://www.i-aim.org/content/en/who/execBoard.aspx

9- http://www.linkedin.com/in/alimostashari

10- http://www.ned.org/forum/past.html


**Ali Mostashari's letter:**


Dear Jamie Glazov,
Dear Hassan Daeioleslam,

The article entitled "Iran's Web of Influence in the U.S." published on August 6th by Frontpage Magazine contains defamatory remarks that are unsubstantiated against my person and I would like to respond to its contents, at least as they pertain to me. I am using this opportunity to ask you to remove the sections bearing my name, in order to avoid unnecessary legal action on the basis of libel against Frontpage Magazine and the author.

Taking publically available information from my website and others, the article has then proceeded to put an uninformed, false and defamatory spin which lacks both a basic regard for journalism as well as ethical due diligence.

Here are some clarifying points that should shed light on the defamatory nature of the article.

1) My work at the United Nations has been on African countries and I have never worked on issues related to Iran. Additionally, it is the executive board of UNDP (with the U.S. government playing a major role) that determines the budget for UNDP activities in every country,

not individual staff members. Whatever your grievance towards the United Nations and its policies, the factual depiction of its workings are strongly inaccurate in the article and should be retracted. Logically, a country that earns $7 million in 4 hours wouldn't need the UN's annual project expenditure of $7 million and go through lengthy processes to gain it.

2) I disagree with the author that engaging the private sector in Iran is the same as engaging the Iranian government. In fact I believe that the strengthening of the private sector in Iran can go a long way in helping the Iranian people better integrate in the international community , even if their government doesn't and increase the demands for a democratic country . Regardless of whether or not you agree with this view, slanderous remarks tying this activity with being in the service of the Iranian regime are unethical in this regard.

3) Lastly please use better judgement in constructing your arguments. At least get to know the person you are slandering. If you sat down 15 minutes with me you would find it hard to maintain any one of your assertions. I have never had any relations to the Iranian government, and do not have a favorable view of the Iranian regime. My family has suffered like millions of others of Iranians (probably more so than most) and the assertions in the article are therefore even more unacceptable to my person.

In any case, I do not have anything against the author or Frontpag magazine, although I do not share your views. What I ask of you in return is to maintain a minimum standard of quality control and due dilligence to avoid labeling individuals wrongly.

Based on the above clarifications, I would like to ask the author to remove my name from the article or retract the entire article whichever works best. I would like to receive a decision by the author and the editorial board by August 15, 2008. Otherwise I will keep my options open to engage in legal action to protect my name and reputation. A lack of response to this request will be seen as a willful intent to tarnish my reputation despite recieving clarifying statements. Please note that this letter may serve as evidence of alerting the editor on the falsehood of the statements and can be used in a court of law as evidence of note for a libel case.

Thanks and Best Regards,

Dr. Ali Mostashari
ali.mostashari@gmail.com

**My response to Ali Mostashari:**

Dear Mr. Ali Mostashari,
I have received your e-mail and for fairness and following the traditions of journalism, I have posted it on my site. I also learned that it is now posted on Front Page Magazine's website as well.
You have mentioned that your *"family has suffered like millions of others of Iranians (probably more so than most),"* under the Iranian regime. I am confident that you will not make that statement lightly, as this regime has executed, imprisoned and tortured hundreds of thousands of Iranian citizens. Please accept my deepest sympathies for your family's losses and sufferings. If you want their story told so that world gets to know the atrocities our people have endured, my website is yours to use.
With regards to my article and your critique of it, I have a few clarifying points, as well as a few questions. Your help in finding answers to these questions will be appreciated.
Firstly, I have not made the allegation that you are connected to the Iranian regime, or you have abused your position in the UN to funnel funds to the Iranian regime. I simply do not have any information on that. However, it is an established fact that the Iranian regime has developed a "web of influence" in the West to promote Tehran friendly policies. Some of your activities give the appearance that you are connected to this web, and with respect to your UN position, it has the appearance of potential conflict of interest. In light of well known Iranian regime's "check book politics" particularly in relation to many African countries, this becomes even a more sensitive issue. If in fact such conflict of interest exists, and if it was declared to the United Nations and was appropriately managed, then your explanations will be most welcomed and will be prominently placed on my website. Denying the right of the public to question such conflict of interest, and their demand for transparency, particularly when it is in the form of threatening legal action, is disturbing.
The followings are indications that give the appearance that you are connected to Tehran's web of influence and therefore at a conflict of interest position in the UN. Your clarifying responses to these are most welcome.

1- Your Tehran based partner Siamak Namazi has unequivocally advocated finding or placing prominent Iranians inside the UN to influence the decision making process. He asserted that such influential people are more efficient than any formal lobby. Baquer Namazi, Siamak Namazi's father has been an influential figure inside the UN. Your sister Gelareh Mostashari is a well placed consultant in the UN. Would you agree with me that this strategic grouping warrants a close watch and scrutiny of the media observers?
2- You are co-founder and a key executive of I-Aim. The goals of this organization are strikingly in line with the declared strategies of Tehran's rulers. One of your key collaborating organizations is "Industrial Management Institute (IMI)". The managing director of IMI is Daoud Mesgarian Haghighi, a high government official. Many other managers and VIPs of this organization are government officials or well connected individuals. IMI lists UNDP as a close collaborating organization. Doesn't so much coincidence make you nervous?
3- A key figure in I-AIM is your partner Siamak Namazi. He is the managing director of Atieh Bahar Company. His company is also collaborating with I-AIM. Do you believe that Atieh, with its multiple ties to and partnerships with the Iranian regime, is a private sector company? I have detailed this company's relations and partnerships with the inner circle of the Iranian economic power centers. I invite you to critique my writings on this issue. If you so wish, I can provide you with ample additional information.
4- Is it accidental that among all Iranian consulting companies, the UNDP has chosen Atieh Bahar, (as listed by Atieh Bahar on their web site) managed by your partner Siamak Namazi?

Is it also accidental that a large number of UN collaborators in Tehran are connected to the Namazi family's circle? Among them, I can name Alirza Omidvar and Yasser Salimi Namin, who both worked for Atieh Bahar and UN offices.

5- In June 2007, your organization held an important workshop in Tehran. One of the key speakers was Abbas Maleki. He is an important Iranian official and advisor to the Supreme Leader. Was Maleki's invitation accidental? You are certainly familiar with his close relation with Bijan Khajehpour (Atieh Bahar's chairman).

6- Does your organization have any arrangements with the Iranian government? It is hard to believe that a private organization which many of its principals live abroad, freely and with no supervision establishes relations between Iranian expatriates and leaders of private industry in Iran. How can your firm enjoy such trust and freedom while the impression that the rest of the world has from the Iranian government is otherwise.

To understand how the Iranian regime is monitoring, organizing and controlling the issue of Iranian expatriates, I give you the example of someone close to you, Baquer Namazi and his false flag NGO called Hamyaran. Below is the report of their meeting with the Iranian government officials:

"March 16, 2002

A luncheon meeting was held at the ministry of foreign affairs to discuss the issues related to the role of Iranian Expatriates in the sustainable development process of Iran.

Representatives of four entities reviewed the grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process.

An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs both domestic and abroad."

7- You founded the Iranian study group at MIT and organized a dozen lecture events. Two times (8.4.2007 and 1.2.2007) Abbas Maleki was the only speaker. Is this choice of inviting an Iranian official accidental? A week ago, the Iranian newspaper Sharvand Emrooz, published an interview with Abbas Maleki. The journal introduced him as follows: *"Maleki is a prominent and very sophisticated Iranian diplomat who has always been active behind the scene. In English language press he is considered as a lobbyist for the Iranian regime."*

I understand that the mere assumption of having any relation with the Iranian brutal regime is tarnishing and negative. By no means have I intended to tarnish any person's reputation. However, our nation has suffered too much to remain silent to questionable situations and connections that would sink it further in misery. There are simply too many coincident in your connection to the regime's web of influence to be silent about. Some are listed above and more wait to be said.

I welcome your help in clarifying these and look forward to hearing from you. I deeply respect my readers and will post your comments, response or critique on my website for them to judge.

Respectfully, Hassan Daioleslam

---

Source: www.iranianlobby.com

---

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

Error in query: SELECT * FROM maghaleh WHERE nevisandeh = 'Hassan Dai' AND onvan != 'Iranian regime's web of influence' ORDER BY timestamp DESC. You have an error in your SQL syntax; check the manual that corresponds to your MySQL server version for the right syntax to use near 's web of influence' ORDER BY timestamp DESC' at line 1

www.iranianlobby.com  
Case 1:08-cv-00705-JDB   Document 103-5   Filed 06/09/11   Page 9 of 12  
Page 1 of 4

# In Search of Truth
### Reports on Mullahs's lobby in US
Editor: Hassan Daioleslam

HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | فارسی | Tuesday 7 June 2011

## ARTICLES

- Did NIAC defraud the Congressional fund?  
  Report on NIAC-NED relation  Hassan Dai

- NIAC's internal documents, Series 5, Part 2  
  How did NIAC spend the Congressional Funds?  Hassan Dai

- NIAC's internal documents- Series one  
  Lobby organization: IIC  Hassan Dai

- NIAC's internal documents (Series 5)  
  Funding from NED and EF  Hassan Dai

- NIAC's internal Documents- Series four  
  Parsi's communications with M. Javad Zarif in 2006-2007  Hassan Dai

- NIAC's internal document- Series three  
  Trita Parsi'e collaboration with Siamak Namazi  Hassan Dai

- NIAC's internal documents- Series two  
  Trita Parsi: 2001-2002  Hassan Dai

- The Iranian revolt and the role of pro- appeasement lobby in the US  Hassan Dai

- Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

- Twelve years of pro-Tehran lobby  Hassan Dai

- Iran: America's Sophie's choice  Hassan Dai

- Iranian regime's web of influence  
  A money trail  Hassan Dai

- Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

- Flirting with the Mullahs  
  Mohammad Parvin and Hassan Daioleslam  Hassan Dai

- The Iranian Web of Influence in the United States  Hassan Dai

- Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

- Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation  Hassan Dai

- Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

### Iranian regime's web of influence
#### A money trail

[ARTICLES]  [06 Aug 2008]  
Hassan Dai  
Source: [www.iranianlobby.com]



In a recent article, Joseph Klein discussed [1] in details the hundreds of millions of Dollars of the United Nations' aid to Iran. These funds are mostly financed by US contributions. In Tehran's corrupt system it is hard to imagine that even a small portion of these resources reach the intended target population.

But, how can a wealthy country manage to confront the US and the UN, and at the same time be the recipient of West's generous support? The credit for that goes to Tehran's effective web of influence in the US. Here is a glimpse at the web:

· Siamak Namazi, is the managing director of Atieh enterprise in Iran. This company is owned by Namzi family, an influential player in Irani's oil and financial Mafia.

· Baquer Namazi, is Siamak's father and a former UN high level officer. Namazi and an active Iranian deputy minister, founded a false flag NGO (Hamyaran) to monitor and control other Iranian NGOs .

· Baquer Namazi, arranged for Siamak Namazi and Trita Parsi to present the roadmap for establishing the Iranian Lobby in the US.

· Trita Parsi the president of the Iranian lobby organization NIAC has been the recipient of close to $200,000 congressionally appropriated funds through National Endowment for Democracy (NED) to spend it in Iran on organizations under Baquer Namazi's control.

· NED has also provided funding for Tehran based Siamak Namazi (himself an affluent executive in Iran) for a fellowship in the US.

· Siamak Namazi elaborated on why and how the Iranian regime should implant Tehran friendly experts in key positions in the US and inside the UN to influence policy.

· Siamak Namazi co-founded an organization (I-AIM) to recruit influential Iranian-Americans. One of his major partners in these activities is Ali Mostashari.

· Ali Mostashari has been working at key UN positions in charge of $1.2 billion in annual UN aid to the third world countries.

· Iranian regime (Which is in control of close to $100 billion in oil income) .czzvhas been the recipient of hundreds of millions of dollars of UN aids.

· Baquer Namazi is a major player in many of the associated organizations that benefit from UN aid.

Are you shocked?

**Building Iran's web of influence in the US**

Atieh Bahar is an influential enterprise in Iran which along with some of the notorious factions of the regime is a partner and/or contractor in major oil, industrial or financial projects of the country. Siamak Namazi, is the managing director of this company which his family owns. [2]

Siamak's father is Baquer Namazi. A governor under the previous regime in Iran, he has been a high official in the United Nations after the revolution in Iran. In mid 1990's Baquer went back to Iran to work with Tehran's regime. In late 1990's, along with an Iranian deputy minister and other government officials, Baquer founded an Iranian false flag NGO called Hamyaran. The motive behind creating Hamyaran was multifold. It was Tehran's means of controlling Iranian NGO's by organizing them under one umbrella. Hamyaran was also a false flag NGO to attract and control international help. Yet another motive for creating Hamyaran was to reach out to unsuspecting Iranians aboard (and mainly in the US) to use them for Tehran friendly purposes. [3]

Parallel to Baquer's efforts in Iran, Siamak along with friend and associate Trita Parsi, undertook the effort to setup the Iranian web of influence and lobby machinery in the US. [2] Parsi founded the Iranian lobby organization IIC (Iranians for International Cooperation). Namazi and Parsi jointly co-authored the Iranian lobby roadmap paper "Iran-Americans: The bridge between two nations" in 1999. This paper was presented in DAPIA conference co-organized by Baquer Namazi's Hamyaran organization. Then, Parsi and other founders of IIC later founded the Iranian lobby organization NIAC (National Iranian American Council). While Parsi's work was focused on lobbying for Tehran friendly causes in the US Congress, Siamak Namazi's efforts were more focused on creating relations between influential Iranian Americans and Tehran's regime. In this arena, his father's extensive experience in the United Nations certainly came handy. [4]

One year before his infamous roadmap paper with Trita Parsi, Siamak Namazi wrote an article titled "Hyphenated Iranians: Misguided policies toward expatriates", published in April 1998. The article advocated the use of the Iranian Diaspora to influence the UN and US decision making system for Iranian regime's benefit: [5]

*"Hyphenated Iranians are a potential wealth to the country that no lobby can ever achieve. But, in order to realize their true value, Tehran must augment its current policy by establishing a positive relationship with this new population*

*To better explain the point, we need not look any further than another country in the region that has understood the potential of its expatriates much better, Egypt. The Nile is of vital importance to Egypt. By extension, international laws affecting the water rights are of serious concern for that country. Fortunately for Egypt, many of the current regulations are largely favorable to that country. It is*

- The Iranian Lobby and the Israeli Decoy   Hassan Dai
- An Iranian Embassy in Boston   Hassan Dai
- Return from Paradise in the Left Lane   Hassan Dai
- Congressman Kucinich Must Find a Better Role Model than Bob Ney   Hassan Dai
- Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item   Hassan Dai

more ...

*particularly interesting that many influential persons holding strategic decision-making positions who can change these laws are of Egyptian decent, holding the passport of a Western country. It is well known that the Yousef Boutros Ghali, the Minister of Finance and nephew of the former UN Secretary General, benefited tremendously by his six years working as a denizen of the IMF. As a result of his personal clout, Egypt's long drawn-out negotiations with the fund culminated in a favorable deal that concluded a major debt-restructuring program.*

*No doubt successful expatriates can play an extremely important role for their home country.*

*Picture the mood in the U.S. Congress with Senators of Iranian origin. Could France have sold the sophisticated technology it did to Iraq during the Iran-Iraq war if the French foreign ministry housed influential French-Iranians? Clearly Iran stands to gain substantially should its expatriate population hold decision-making power in foreign lands. Then, the Iranian government should be cognizant that the inevitable assimilation and naturalization of its expatriate population is in accordance with the long-term interests of Iran."*

### Recruiting Elite Iranian Expatriates

Towards this goal, Siamak Namazi, co-founded a new organization in Tehran called I-AIM (International Association of Iranian Managers). [6] This organization is designed to identify and recruit Iranian elites. In June 2007, I-AIM held a major workshop in Tehran. Abbas Maleki, the Iranian deputy foreign minister under Rafsanjani, and advisor to the Supreme Leader and one of the chief organizers of Iranian lobby in the US, was one of the key speakers. [7]

One of the co-founder and executive board member of I-AIM is Ali Mostashari. [8] Mostashari's own resume introduces him as a strategic advisor to the Assistant Secretary General and Director of the Regional Bureau for Africa (RBA) at the United Nations Development Program, with oversight and performance management functions for RBA's 44 country offices with over $1.1 billion in annual portfolio of UN Development funds.[9]

Are the relations between the Namazi family, and those who control hundreds of millions of dollars incidental? Is the fact that the NGOs under Baquer Namazi are a beneficiary of the UN funds completely accidental? Is the dual role of Ali Mostashari accidental? Is the fact that Trita Parsi's NIAC have been the recipient of hundreds of thousands of congressionally appropriated NED funds to be spent with the same NGOs under Namazi's Hamyaran accidental? NED's unexplained generosity to NIAC is further amended by another grant to Siamak Namazi to study *"the role of the private sector in promoting good governance."* [10] Was this also accidental? Namazi's Atieh is as much representative of Iranian private sector as his father's Hamyaran is representative of Iranian NGOs.

Are these hallucinations of a single writer or legitimate questions of Iranians and Americans that deserve answers?

**Notes:**

1- Joseph Klein, "The UN's gravy train to Iran", Frontpage, June 17, 2008 http://frontpagemagazine.com/Articles/Read.aspx?GUID=9B2CEACE-2D7F-47C7-8714-01611265AD53

2- See the Iran's oil Mafia: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%E2%80%99s-oil-mafia-penetrating-the-us-political-system/

3- See "The fraud of NIAC": http://www.frontpagemag.com/Articles/Read.aspx?GUID=AAB962F3-4361-4576-B8D7-A7AE4D6072EC

4- See Baquer Namazi's interview: http://programs.ssrc.org/gsc/publications/quarterly10/shaeryham.pdf

5- http://www.iranian.com/Opinion/April98/Expat/index.html

6- http://www.i-aim.org/content/en/default.aspx

7- http://www.i-aim.org/content/en/video-entrepreneurship/video-entrepreneurship%20.aspx

8- http://www.i-aim.org/content/en/who/execBoard.aspx

9- http://www.linkedin.com/in/alimostashari

10- http://www.ned.org/forum/past.html


**Ali Mostashari's letter:**


Dear Jamie Glazov,
Dear Hassan Daeioleslam,

The article entitled "Iran's Web of Influence in the U.S." published on August 6th by Frontpage Magazine contains defamatory remarks that are unsubstantiated against my person and I would like to respond to its contents, at least as they pertain to me. I am using this opportunity to ask you to remove the sections bearing my name, in order to avoid unnecessary legal action on the basis of libel against Frontpage Magazine and the author.

Taking publically available information from my website and others, the article has then proceeded to put an uninformed, false and defamatory spin which lacks both a basic regard for journalism as well as ethical due diligence.

Here are some clarifying points that should shed light on the defamatory nature of the article.

1) My work at the United Nations has been on African countries and I have never worked on issues related to Iran. Additionally, it is the executive board of UNDP (with the U.S. government playing a major role) that determines the budget for UNDP activities in every country,

not individual staff members. Whatever your grievance towards the United Nations and its policies, the factual depiction of its workings are strongly inaccurate in the article and should be retracted. Logically, a country that earns $7 million in 4 hours would't need the UN's annual project expenditure of $7 million and go through lengthy processes to gain it.

2) I disagree with the author that engaging the private sector in Iran is the same as engaging the Iranian government. In fact I believe that the strengthening of the private sector in Iran can go a long way in helping the Iranian people better integrate in the international community , even if their government doesn't and increase the demands for a democratic country . Regardless of whether or not you agree with this view, slanderous remarks tying this activity with being in the service of the Iranian regime are unethical in this regard.

3) Lastly please use better judgement in constructing your arguments. At least get to know the person you are slandering. If you sat down 15 minutes with me you would find it hard to maintain any one of your assertions. I have never had any relations to the Iranian government, and do not have a favorable view of the Iranian regime. My family has suffered like millions of others of Iranians (probably more so than most) and the assertions in the article are therefore even more unacceptable to my person.

In any case, I do not have anything against the author or Frontpag magazine, although I do not share your views. What I ask of you in return is to maintain a minimum standard of quality control and due dilligence to avoid labeling individuals wrongly.

Based on the above clarifications, I would like to ask the author to remove my name from the article or retract the entire article whichever works best. I would like to receive a decision by the author and the editorial board by August 15, 2008. Otherwise I will keep my options open to engage in legal action to protect my name and reputation. A lack of response to this request will be seen as a willful intent to tarnish my reputation despite recieving clarifying statements. Please note that this letter may serve as evidence of alerting the editor on the falsehood of the statements and can be used in a court of law as evidence of note for a libel case.

Thanks and Best Regards.


Dr. Ali Mostashari
ali.mostashari@gmail.com


**My response to Ali Mostashari:**


Dear Mr. Ali Mostashari,
I have received your e-mail and for fairness and following the traditions of journalism, I have posted it on my site.  I also learned that it is now posted on Front Page Magazine's website as well.
You have mentioned that your *"family has suffered like millions of others of Iranians (probably more so than most),"* under the Iranian regime. I am confident that you will not make that statement lightly, as this regime has executed, imprisoned and tortured hundreds of thousands of Iranian citizens. Please accept my deepest sympathies for your family's losses and sufferings.  If you want their story told so that world gets to know the atrocities our people have endured, my website is yours to use.
With regards to my article and your critique of it, I have a few clarifying points, as well as a few questions. Your help in finding answers to these questions will be appreciated.
Firstly, I have not made the allegation that you are connected to the Iranian regime, or you have abused your position in the UN to funnel funds to the Iranian regime.  I simply do not have any information on that.  However, it is an established fact that the Iranian regime has developed a "web of influence" in the West to promote Tehran friendly policies. Some of your activities give the appearance that you are connected to this web, and with respect to your UN position, it has the appearance of potential conflict of interest.  In light of well known Iranian regime's "check book politics" particularly in relation to many African countries, this becomes even a more sensitive issue.  If in fact such conflict of interest exists, and if it was declared to the United Nations and was appropriately managed, then your explanations will be most welcomed and will be prominently placed on my website.  Denying the right of the public to question such conflict of interest, and their demand for transparency, particularly when it is in the form of threatening legal action, is disturbing.
The followings are indications that give the appearance that you are connected to Tehran's web of influence and therefore at a conflict of interest position in the UN.  Your clarifying responses to these are most welcome.

1- Your Tehran based partner Siamak Namazi has unequivocally advocated finding or placing prominent Iranians inside the UN to influence the decision making process. He asserted that such influential people are more efficient than any formal lobby. Baquer Namazi, Siamak Namazi's father has been an influential figure inside the UN.  Your sister Gelareh Mostashari is a well placed consultant in the UN.  Would you agree with me that this strategic grouping warrants a close watch and scrutiny of the media observers?
2- You are co-founder and a key executive of I-Aim.   The goals of this organization are strikingly in line with the declared strategies of Tehran's rulers. One of your key collaborating organizations is "Industrial Management Institute (IMI)".  The managing director of IMI is Daoud Mesgarian Haghighi, a high government official. Many other managers and VIPs of this organization are government officials or well connected individuals.  IMI lists UNDP as a close collaborating organization. Doesn't so much coincidence make you nervous?
3- A key figure in I-AIM is your partner Siamak Namazi. He is the managing director of Atieh Bahar Company. His company is also collaborating with I-AIM.  Do you believe that Atieh, with its multiple ties to and partnerships with the Iranian regime, is a private sector company? I have detailed this company's relations and partnerships with the inner circle of the Iranian economic power centers. I invite you to critique my writings on this issue. If you so wish, I can provide you with ample additional information.
4- Is it accidental that among all Iranian consulting companies, the UNDP has chosen Atieh Bahar, (as listed by Atieh Bahar on their web site) managed by your partner Siamak Namazi?

Is it also accidental that a large number of UN collaborators in Tehran are connected to the Namazi family's circle? Among them, I can name Alirza Omidvar and Yasser Salimi Namin, who both worked for Atieh Bahar and UN offices.

5- In June 2007, your organization held an important workshop in Tehran. One of the key speakers was Abbas Maleki. He is an important Iranian official and advisor to the Supreme Leader. Was Maleki's invitation accidental? You are certainly familiar with his close relation with Bijan Khajehpour (Atieh Bahar's chairman).

6- Does your organization have any arrangements with the Iranian government? It is hard to believe that a private organization which many of its principals live abroad, freely and with no supervision establishes relations between Iranian expatriates and leaders of private industry in Iran. How can your firm enjoy such trust and freedom while the impression that the rest of the world has from the Iranian government is otherwise.

To understand how the Iranian regime is monitoring, organizing and controlling the issue of Iranian expatriates, I give you the example of someone close to you, Baquer Namazi and his false flag NGO called Hamyaran. Below is the report of their meeting with the Iranian government officials:

**"March 16, 2002**

*A luncheon meeting was held at the ministry of foreign affairs to discuss the issues related to the role of Iranian Expatriates in the sustainable development process of Iran.*

*Representatives of four entities reviewed the grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process.*

*An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs b*oth *domestic and abroad."*

7- You founded the Iranian study group at MIT and organized a dozen lecture events. Two times (8.4.2007 and 1.2.2007) Abbas Maleki was the only speaker. Is this choice of inviting an Iranian official accidental? A week ago, the Iranian newspaper Sharvand Emrooz, published an interview with Abbas Maleki. The journal introduced him as follows: *"Maleki is a prominent and very sophisticated Iranian diplomat who has always been active behind the scene. In English language press he is considered as a lobbyist for the Iranian regime."*

I understand that the mere assumption of having any relation with the Iranian brutal regime is tarnishing and negative. By no means have I intended to tarnish any person's reputation. However, our nation has suffered too much to remain silent to questionable situations and connections that would sink it further in misery. There are simply too many coincident in your connection to the regime's web of influence to be silent about. Some are listed above and more wait to be said.

I welcome your help in clarifying these and look forward to hearing from you. I deeply respect my readers and will post your comments, response or critique on my website for them to judge.

Respectfully, Hassan Daioleslam

Source: www.iranianlobby.com

facebook

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

Error in query: SELECT * FROM maghaleh WHERE nevisandeh = 'Hassan Dai' AND onvan != 'Iranian regime's web of influence' ORDER BY timestamp DESC. You have an error in your SQL syntax; check the manual that corresponds to your MySQL server version for the right syntax to use near 's web of influence' ORDER BY timestamp DESC' at line 1