## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRITA PARSI** | ) | |
| **and** | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL**<br>**Plaintiffs,** | ) | |
| **v.** | ) | **Civil No. 08 CV 00705 (JDB)** |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SUPPLEMENTAL
## DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Defendant Seid Hassan Daioleslam ("Daioleslam"), by and through undersigned counsel, hereby provides this second supplement to his initial disclosures (the "Initial Disclosure Statement") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

## PRELIMINARY STATEMENT

1.     The information provided in this Initial Disclosure Statement is based upon information known to Daioleslam as of the date of this Initial Disclosure Statement and is provided without prejudice to the disclosure, identification, or production, during the course of discovery, or at any other time, of information or documents that subsequently may be discovered or determined to be relevant, or inadvertently omitted from the Initial Disclosure Statement.  Daioleslam expressly reserves the right to revise, amend, and/or supplement his Initial Disclosure Statement as appropriate or necessary.

2.    No incidental or implied admissions are intended by the Initial Disclosure

Statement.  The fact that Daioleslam describes a document or a category of documents in the

Initial Disclosure Statement is not intended and should not be construed as an admission that

Daioleslam accepts or admits the existence of any facts set forth or assumed by such documents,

or that any of such documents or information constitutes admissible evidence.

**INITIAL DISCLOSURES**

**I.     Individuals With Information – Rule 26(a)(1)(A)**

Daioleslam has identified the following Individuals who are likely to have discoverable

information that Daioleslam is likely to use to support his defenses in this matter.

**1. Individuals With Information Regarding Daioleslam's Journalism**

These individuals may have discoverable information concerning topics including, but

not limited to: the sources for Daioleslam's articles; Daioleslam's research method; the process

by which Daioleslam verified information prior to publication; Daioleslam's editing process;

Daioleslam's translation from Farsi to English; Daioleslam's relationship and communications

with his sources and editors.

**A.     Kenneth Timmerman**

Middle East Data Project, Inc.,
7831 Woodmont Ave., Suite 395
Bethesda, MD 20814
(Telephone number unknown.)

**B.     Michael Rubin**

c/o American Enterprise Institute
1150 Seventeenth Street, N.W.
Washington, DC 20036
202-862-5800

**C.**     **Farah Azadeh**

Scottsdale, AZ
fazadeh913@hotmail.com
(Address and telephone number unknown.)


**D.**     **Linley Erin Hall**

P.O. Box 7631
Berkeley, CA 94707
415-282-8549


**E.**     **Kazem Kazerounian**

University of Connecticut
Department of Mechanical Engineering
United Tech Eng, Unit 3139
Storrs-Mansfield, CT 06269
860-486-2251


**F.**     **Ana Sami**

anasami@gmail.com; ansami@mines.edu
(Address and telephone number unknown.)


**G.**     **Shahriar Ahy**

shary@ahy.com
(Address and telephone number unknown.)


**H.**     **Jamie Glazov**

Managing Editor
FrontPage Magazine
David Horowitz Freedom Center
P.O. Box 55089
Sherman Oaks, CA 91499-1964
818-849-3470


**I.**     **Ben Johnson**

Associate Editor
FrontPage Magazine
David Horowitz Freedom Center
P.O. Box 55089
Sherman Oaks, CA 91499-1964
818-849-3470

**J.**     **Mohammad Parvin**

President
Mission for Establishment of Human Rights in Iran
P.O. Box 2037
P.V.P., CA 90274
818-831-4938; 310-377-4590

**K.**     **Keyvan Kaboli**

Progressive American-Iranian Committee
P.O. Box 541
Montrose, CA 91021-0541
310-933-5682

### 2. Individuals With Information Regarding Plaintiff's Connections to the Iranian

### Government and U.S. Political Officials

These individuals may have discoverable information concerning topics including, but
not limited to: Plaintiff's connections to Iran; Plaintiff's connections to United States political
officials; information in Daioleslam's articles; and Daioleslam's sources.

**A.**     **Bob Ney**

c/o The Talk Radio News Service DC Bureau
236 Massachusetts Ave, N.E., Ste 306
Washington, DC 20003
202-337-5322

**B.**     **Siamak Namazi**

c/o Atieh Bahar Company
P.O. box 13145-869
Tehran, Iran
+98 21 22 86 80 32

**C.**   **Babak Namazi**

        c/o Atieh Bahar Company
        P.O. box 13145-869
        Tehran, Iran
        +98 21 22 86 80 32

**D.**   **Bijan Khajehpour**

        c/o Atieh Bahar Company
        P.O. box 13145-869
        Tehran, Iran
        +98 21 22 86 80 32

**E.**   **Nooshin Hashemi**

        President
        HAND Foundation
        P.O. Box 7124
        Menlo Park, CA 94026
        (Telephone number unknown.)

**F.**   **Mohammad Baquer Namazi**

        Hamyaran Resource Center
        No. 18 Parvin St., Valiasr Ave.
        Tehran 1966813781, Iran
        +98 21 2204 3217

**G.**   **Abbas Edalat**

        Department of Computing
        Imperial College
        180 Queen's Gate
        London SW7 2BZ
        United Kingdom
        +44 (0)21 7594 8245

**H.**   **Hooshang Amirahmadi**

        American Iranian Council
        29A Wiggins St.
        Princeton, NJ 08540
        609-751-0479

**I.**   **Darius Baghai**

3686 Sweetwater Cny Dr.
Malibu, CA 90265
703-624-8394

**J.**   **Ali Mostashari**

The School of Systems and Enterprises
619 Babbio
1 Castle Point on Hudson
Hoboken, NJ 07030
201-216-8723

**K.**   **Trita Parsi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**L.**   **Michelle Moghtader**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**M.**   **Emily Blout**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**N.**   **Patrick Disney**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**O.**   **Hormoz Rashidi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**P.**     **David Elliott**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**Q.**     **Pam Maeda**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**R.**     **Sara Shokravi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**S.**     **Aisan Raisdana**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**T.**     **Sahar Jooshani**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**U.**     **Hadi Ghaemi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**V.**     **Dokhi Fassihian**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005

7

202-386-6325

**W.**    **Marsha Ershaghi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**X.**    **Hossien Hosseini**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**Y.**    **Kaveh Maleknia**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**Z.**    **Mohamad Navab**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**AA.**    **Djamshid Foroughi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**BB.**    **Parissa Behnia**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**CC.**    **Reza Firouzbakht**

National Iranian American Council

1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**DD.**   **Sean Jazayeri**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**EE.**   **Kamyar Molavi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**FF.**   **Narimon Safavi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**GG.**   **The Honorable Thomas Pickering**

391 Seven Oaks Dr.
Bentonville, VA 22610
540-636-4089

**HH.**   **The Honorable Wayne Gilchrest**

13501 Turners Creek Rd.
Kennedyville, MD 21645

**II.**   **The Honorable Jim Moody**

5105 Baltan Rd.
Bethesda, MD 20816
301-229-8177

**JJ.**   **Reza Aslan**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005

202-386-6325

**KK.  Professor Mehrzad Boroujerdi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**LL.  Professor Houchang Chehabi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**MM.  Professor Juan Cole**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**NN.  Maz Jobrani**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**OO.  Professor Ahmad Karimi-Hakkak**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**PP.  Dr. Habib Ladjevardi**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**QQ.  Professor John Limbert**

211 Maury Hall

United States Naval Academy
Annapolis, MD 21402
410-293-2984

**RR.   Cyrus Mehri**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**SS.   Alex Patico**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**TT.   Professor R.K. Ramazani**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**UU.   Professor Ahmad Sadri**

National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**VV.   Ambassador James F. Dobbins**

RAND Corporation
1200 South Hayes St.
Arlington, VA 22202
703-413-1100, x5134

**WW.  Gary G. Sick**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**XX.   Ali Banuazizi**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**YY.**   **Rola el-Husseini**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**ZZ.**   **Farideh Farhi**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**AAA.**   **Geoffrey E. Forden**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**BBB.**   **Philip Giraldi**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**CCC.**   **Farhad Kazemi**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**DDD.**   **Stephen Kinzer**

c/o National Iranian American Council
1411 K St., N.W., Ste. 600
Washington, DC 20005
202-386-6325

**EEE.  Ambassador William G. Miller**

> Woodrow Wilson International Center for Scholars
> 1300 Pennsylvania Ave. N.W.
> Washington, DC 20004
> 202-691-4000

**FFF.  Emile A. Nakhleh**

> c/o National Iranian American Council
> 1411 K St., N.W., Ste. 600
> Washington, DC 20005
> 202-386-6325

**GGG.  Augustus Richard Norton**

> c/o National Iranian American Council
> 1411 K St., N.W., Ste. 600
> Washington, DC 20005
> 202-386-6325

**HHH.  Barnett R. Rubin**

> c/o National Iranian American Council
> 1411 K St., N.W., Ste. 600
> Washington, DC 20005
> 202-386-6325

**III.  John Tirman**

> c/o National Iranian American Council
> 1411 K St., N.W., Ste. 600
> Washington, DC 20005
> 202-386-6325

**JJJ.  James Walsh**

> c/o National Iranian American Council
> 1411 K St., N.W., Ste. 600
> Washington, DC 20005
> 202-386-6325

**KKK.  Babak Talebi**

> 1557 Westmoreland St.
> McLean, VA 22101

**LLL.  Claire Lopez**

The Intelligence Summit
c/o Global Resources & Solutions, LLC
1620 Eye Street, N.W., Suite 210
Washington, DC, USA 20006

**MMM. Lord Corbett of Castle Vale**

96 Piccotts End
Hemel Hempstead HP1 3AT
United Kingdom

**NNN.  Dr. Mohammed Mansouri**

165 West 66th St.
Apartment 10X
New York City, New York 10023

**OOO.  Mahan Abedin**

Jamestown Foundation
1111 16th St. NW, Suite #320
Washington, DC 20036

**PPP.  Amir Abbas Fakhravar**

P.O. Box 1722
Falls Church, VA 22041

**QQQ.  Erica Kasraie**

Fredericksburg, VA

**RRR.  Dr. Ali Eghlima**

22 Upland Rd.
Burlington, MA 01803

**SSS.  Mahmoud Gaffari**

30755 Via La Cresta
Rancho Palos Verdes, CA 90275

**TTT.  Reza Kahlili**

interviews@rezakahlili.com

**UUU. Prof. Ali Anari**

ashk@txcyber.com

**VVV.  Jahanshah Rashidian**

jahanshah_rashidian@gmx.de

## II.    Documents – Rule 26(a)(1)(B)

Set forth below are the categories of documents in Daioleslam's possession which

Daioleslam may use to support his defenses in this case.  The documents are currently available

at Daioleslam's counsel's office, Sidley Austin LLP, at 1501 K St. N.W., Washington, D.C.

20005.

Daioleslam reserves the right to supplement these categories of documents as new

information becomes available and discovery continues.  In addition to these categories of

documents, Daioleslam reserves the right to make use of, and introduce at trial, any documents

produced by the plaintiff, Daioleslam, or any third party to this action.  In making these

disclosures, Daioleslam does not waive the attorney-client privilege, the work product doctrine,

or other privileges that may be applicable to the identified documents and specifically reserves

and does not waive all objections that it may have to the discovery, authenticity, relevance, or

admission of the foregoing categories of documents.

### A.  Articles Written by Daioleslam in English Referring to Plaintiff(s), Available Electronically

1. "The Pro-Engagement Lobby and US Failure with Iran"

   Iranianlobby
   http://english.iranianlobby.com/page1.php?id=73&bakhsh=ANALYSIS

2. "Did NIAC Defraud the Congressional Funds?"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=71&bakhsh=ANALYSIS

3.   "When Trita Parsi Lies"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=62&bakhsh=JOURNAL

4.   "NIAC's Smoke Screen and Intimidation Campaign"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=61&bakhsh=JOURNAL

5.   "The Iranian Regime's Ears in Washington"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=60&bakhsh=ANALYSIS

6.   "The Future of 'Iran' Lobby"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=45&bakhsh=ANALYSIS

7.   "Iranian Regime's Recycling Circus"

American Chronicle
http://www.americanchronicle.com/articles/view/91342

8.   "Iranian Regime, the War in Gaza and Trita Parsi"

American Chronicle
http://www.americanchronicle.com/articles/view/90046

9.   "Iran's Oil Mafia Penetrating U.S. Congress"

FrontPage Magazine
http://97/74/65/51/readArticle.aspx?ARTID=25959

10.   "Twelve Years of Pro-Tehran Lobby"

American Chronicle
http://www.americanchronicle.com/articles/view/84703

11.   "Today's Iran Experts' Report Was Already Published in 2007"

American Chronicle
http://www.americanchronicle.com/articles/view/81956

12.   "Iran's Lobby Drooling in Washington Bazaar"

Interview with FrontPage Magazine
http://www.frontpagemag.com/Articles/Read.aspx?GUID=73802A95-
D9FC-4178-8C58-A33D3170E466

13.   "Dining with Ahmadinejad or Guess Who's Coming for Dinner"

Co-written with Keyvan Kaboli
American Chronicle
http://www.americanchronicle.com/articles/view/75314

14.   "Iran's Web of Influence and Money Trail in America!"

Iranspoliticsclub
http://iranpoliticsclub.net/movement/money-trail/index.htm

15.   "Barbarism in Tehran, Patriotism in Hollywood"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=18&bakhsh=JOURNAL

16.   "Confronting Mullahs Lobby in Court"

Iranianlobby
http://english.iranianlobby.com/page1.php?id=20&bakhsh=JOURNAL

17.   "Did NIAC Defraud the National Endowment for Democracy and
Congress"

American Chronicle
http://www.americanchronicle.com/articles/view/65425

18.   "An Iranian Embassy in Boston"

American Chronicle
http://www.americanchronicle.com/articles/view/64492

19.   "The Game of Shame: Negotiation With Iran"

FrontPage Magazine
http://www.frontpagemag.com/Articles/Read.aspx?GUID=30C6122F-
84E4-49FA-9B44-033193FB9D33

20.   "Iran's Lobby in the U.S."

FrontPage Magazine
http://frontpagemag.com/Articles/Read.aspx?GUID=5CD288B3-1F01-
4872-9604-EBF31F5100DC

21.     "Flirting with the Mullahs"

        Co-written with Mohammad Parvin
        American Chronicle
        http://www.americanchronicle.com/articles/view/57657

22.     "The Iranian Web of Influence in the United States"

        American Chronicle
        http://www.americanchronicle.com/articles/view/57315

23.     "NIE and Iranian Internal Politics"

        American Chronicle
        http://www.americanchronicle.com/articles/view/55026

24.     "Where in the World is the Moderate Ayatollah?"

        American Chronicle
        http://www.americanchronicle.com/articles/view/54078

25.     "Questions About a New Conference on Iran"

        American Chronicle
        http://www.americanchronicle.com/articles/view/88968

26.     "Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation"

        American Chronicle
        http://www.americanchronicle.com/articles/view/46522

27.     "The Iranian Regime's Lobby in US and the Israeli Decoy"

        American Chronicle
        http://www.americanchronicle.com/articles/view/40519

28.     "Congressman Kucinich Must Find a Better Role Model than Bob Ney"

        Global Politician
        http://www.globalpolitician.com/23311-foreign

29.     "Pro-Ayatollahs Disinformation and Manipulation Campaign by
        Washington Think Tankers"

        American Chronicle
        http://www.americanchronicle.com/articles/view/33939

30.     "Ayatollahs' Lobby In Washington Offering Human Rights As A
        Negotiating Item"

Global Politician
http://www.globalpolitician.com/23130-iran

31.  "Trita Parsi in Congress, an Insult to the Iranian Community"

Co-written with Keyvan Kaboli
Iranian-Americans
http://www.iranian-americans/com/2009/03/871.html

32.  "Washington Libel Lawfare Speech"

Iranian-Americans
http://www.iranian-americans.com/2009/05/1085.html

33.  "The Iranian Uprising and Trita Parsi's Disarray"

American Chronicle
http://www.americanchronicle.com/articles/view/115882

34.  "The Iranian Revolt and the Role of the Pro-Appeasement Lobby in the
U.S."

American Chronicle
http://www.americanchronicle.com/articles/view/106562

35.  "The Strange New Friend of the Iranian Demonstrators"

American Thinker
http://www.americanthinker.com/2010/01/the_strange_new_friend_of_the
.html

36.  "Iranian-Americans: the Key to Dismantle the Iranian Regime's Lobby in
the U.S."

American Chronicle
http://www.americanchronicle.com/articles/view/81212

37.  "NIAC and Trita Parsi's Internal Documents"

Iranian-Americans
http://www.iranian-americans.com/2009/11/1548.html

38.  "Trita Parsi: Director of AIC, Creation of NIAC"

Iranian-Americans
http://www.americanchronicle.com/2009/11/1576.html

39.  "The Creation of NIAC, Namazi's Role, and the Game Plan"

Iranian-Americans
http://www.americanchronicle.com/2009/12/1604.html

40.   "Trita Parsi's Communications with M. Javad"

Iranian-Americans
http://www.americanchronicle.com/2009/12/1649.html

41.   "Funding from NED and EF: NIAC's Coordination with the Iranian
Government"

Iranian-Americans
http://www.americanchronicle.com/2009/12/1633.html

42.   "Funding from NED and EF: How Did NIAC Spend the Funds?"

Iranian-Americans
http://www.americanchronicle.com/2010/01/1693.html

43.   "Iran's Oil Mafia, Penetrating U.S. Congress"

FrontPage Magazine
http://www.frontpagemag.com/Articles/Read.aspx?GUID=B30E945B-
5F1F-4A57-A7AA-F4975D12FC4C

## B.  Articles Written by Daioleslam in Farsi Referring to Plaintiff(s), Available

## Electronically

1.   "Report on Iranian Regime's Lobby in US Part 1"

Didgah
http://www.didgah.net/maghalehMatnKamelSotonNamehKarbaran_2007.
php?id=399

2.   "Report on Iranian Regime's Lobby in US Part 2"

Didgah
http://www.didgah.net/pfiles/LobbyRegime2_1_.pdf

3.   "Report on Iranian Regime's Lobby in US Part 3"

Iranianlobby
http://www.didgah.net/maghalehMatnKamelSotonNamehKarbaran_2007.
php?id=421

4.   "Amirahmadi in Tehran"

Iran Press News
http://www.iranpressnews.com/source/043397.htm

5.   "Abbas Abdi's Interview"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=55

6.   "Chape Khaviar"

New Secularism
http://www.newsecularism.com/2008/1108-C/113008-Dai-Caviar-Left.htm

7.   "In Court Against the Iranian Regime's Lobby"

Pezhvake-e-Iran
http://www.pezhvakeiran.com/page1.php?id=2745

8.   "Grand Bargain 2003 & NIE"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=12

9.   "Iranian Regime & Anti-War Movement Part 1"

Didgah
http://www.didgah.net/magalehMatnKamelSotonNamekKarbaran_2007.php?id=551

10.   "Iranian Regime & Anti-War Movement Part 1"

Pezhvake-e-Iran
http://pezhvakeiran.com/page1.php?id=190

11.   "Iranian Regime & Anti-War Movement Part 2"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=9

12.   "Ahmadinejad in New York"

Iran Press News
10/5/2008
http://www.iranpressnews.com/source/047145.htm

13.   "American Anti-War Movement and the Iranian Regime 1"

Iranianlobby
http://www.iranianlobby.com/page1.php?bakhsh=maghaleh

14. "American Anti-War Movement and the Iranian Regime 2"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=53

15. "American Anti-War Movement and the Iranian Regime 3"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=56

16. "Diplomacy Parlemany"

Iranianlobby
http://iranianlobby.com/page1.php?id=26

17. "Is the NIE Report a Trojan Horse"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=10

18. "Lobby Network and Dollar 1"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=14

19. "Lobby Network and Dollar 2"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=30

20. "Lobby Dollar 3 Rockefeller Foundation"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=42

21. "PAAIA Is Not the First Iranian-American Lobby"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=35

22. "Rockefeller Foundation and Hossein Khomeini"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=13

23.     "We Found the Imperialist's Dog"

        Iranianlobby
        http://www.iranianlobby.com/page1.php?id=46

24.     "Obama's Norouz Message and the Iranian Regime's Lobby"

        Iran Press News
        http://www.iranpressnews.com/source/056581.htm

25.     "Elections in Iran and its Supporters in the U.S."

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=11137

26.     "The Iran Lobby and Controlling the Green Movement"

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=12902

27.     "Iranian Regime's Good Friends"

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=14113

28.     "A Reward for Gary Sick"

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=14485

29.     "A Mysterious Disease"

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=14638

30.     "Hillary Clinton's Dinner"

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=15338

31.     "An Extraordinary Achievement by Regime's Friends in U.S."

        Pezhvake-e-Iran
        http://pezhvakeiran.com/page1.php?id=15460

32.     "Obama's Policy Failure in Geneva"

        Pezhvake-e-Iran

http://pezhvakeiran.com/page1.php?id=16970

33.   "NIAC's Internal Documents, Series One"

Pezhvake-e-Iran
http://pezhvakeiran.com/page1.php?id=17605

34.   "NIAC's Internal Documents, Series Two"

Pezhvake-e-Iran
http://pezhvakeiran.com/page1.php?id=17637

35.   "NIAC and the Iranian-American Community"

Iranianlobby
http://www.iranianlobby.com/page1Weblog.php?id=95

36.   "The U.S. and Regime Change, Part One"

Pezhvake-e-Iran
http://pezhvakeiran.com/Content.aspx?ID=13076

37.   "The U.S. and Regime Change, Part Two"

Pezhvake-e-Iran
http://pezhvakeiran.com/Content.aspx?ID=13656

38.   "Campaign for New American Policy on Iran"

Iranianlobby
http://www.iranianlobby.com/page1.php?id=99

39.   "David Duke is the New Anti-War Activist"

Iranianlobby
http://www.iranianlobby.com/page1Weblog/php?id=103

40.   Comment on Trita Parsi's interview with Radio Zamaneh

Radio Zamaneh
http://www.radiozamaneh.org/news/2007/10/print_post_2649.html

41.   Comment on Nabavi's Defense of Trita Parsi in Radio Zamaneh

Radio Zamaneh
http://zamaaneh.com/nabavi/2007/10/post_27.html

42.   Interview with Keyvan Kaboli about Washington Times article

Iranianlobby
http://www.iranianlobby.com/page1Weblog.php?id=86

43.    TV interview with Andisheh TV

Iranian-Americans
http://www.iranian-americans.com/persian/2009/12/545.html

44.    TV interview with Pars TV

Iranian-Americans
http://www.iranian-americans.com/persian/2009/12/539.html

45.    TV interview with Apadana

Iranian-Americans
http://www.iranian-americans.com/persian/2009/11/462.html

46.    TV interview with Andisheh TV

Iranian-Americans
http://www.iranian-americans.com/persian/2010/02/631.html

47.    The 5-part video  interview

Iranian-Americans
1) http://www.iranian-americans.com/persian/2010/03/677.html
2) http://www.iranian-americans.com/persian/2010/03/683.html
3) http://www.iranian-americans.com/persian/2010/03/695.html
4) http://www.iranian-americans.com/persian/2010/03/701.html
5) http://www.iranian-americans.com/persian/2010/03/715.html

## C.  Other Documents

1.    Any documents produced by plaintiffs in this case

2.    Any documents produced by defendant in this case

3.    Any documents produced by third-party respondents in this case

4.    Price Waterhouse Coopers, Report, NIAC Calendar Appointments:
       Collection, Analysis, and Production, October 18, 2010

## III.   Damages Claimed – Rule 26(a)(1)(C)

Daioleslam is not currently claiming any damages in this action.

## IV. Insurance Agreements – Rule 26(a)(1)(D)

Daioleslam does not have any relevant insurance policies.

Timothy E. Kapshandy (Illinois Bar No. 6180926,
admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Thomas Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

Dated: December 16, 2010

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TRITA PARSI**                                        )
                                                       )
**and**                                                )
                                                       )
**NATIONAL IRANIAN AMERICAN COUNCIL**                  )
    **Plaintiffs,**                )
                                                       )
      **v.**               )    **Civil No. 08 CV 00705 (JDB)**
                                                       )
**DAIOLESLAM SEID HASSAN,**                            )
                                                       )
                                                       )
      **Defendant.**        )
                                                       )

## CERTIFICATE OF SERVICE

I certify that today, December 16, 2010, I served Defendant's Initial Disclosures via email:

> Afshin Pishevar
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com

Pursuant to D.D.C. L.R. 5.2(a), I will retain the original in my possession.

Timothy E. Kapshandy (Illinois Bar No. 6180926,
admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Thomas Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
Dated: December 16, 2010                1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam