UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil Action No. 08-705 (JDB) |

**ORDER**

Pursuant to the status conference held with the Court on June 3, 2011, and upon consideration of the entire record herein, it is hereby **ORDERED** as follows:

1. All motions pertaining to outstanding discovery matters – including motions to compel the production of documents or CPUs, and motions related to the deposition of Mr. Timmerman – shall be filed by not later than July 8, 2011.

2. Responses to discovery motions shall be filed by not later than August 1, 2011; replies shall be filed by not later than August 16, 2011.

3. A hearing on discovery motions is scheduled for August 30, 2011, at 9:30 AM in Courtroom 14.

4. This case is **REFERRED** to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days, which shall expire on August 8, 2011. The parties shall promptly notify the Court if the case settles in whole or in part, or if there is a need for additional time for

settlement discussions with Magistrate Judge Kay.

5. In the event that settlement discussions prove unsuccessful, all other motions – including motions for sanctions, motions to strike particular claims or defenses, and motions for summary judgment – shall be filed by not later than September 16, 2011. Oppositions thereto shall be filed by not later than October 28, 2011; replies shall be filed by not later than November 11, 2011.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 9, 2011