REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Libel,Assault,Slander | | | |
|---|---|---|---|---|
| CASE NO: 08-705 | DATE REFERRED: 06/09/11<br><br>DISPOSITION DATE: | PURPOSE: Facilitate Settlement Discussions | JUDGE: JOHN D. BATES | MAG. JUDGE ALAN KAY |

| PLAINTIFF(S): <br>TRITA PARSI, ET AL | DEFENDANT(S): <br>DAIOLESLAM SEID HASSAN |
|---|---|

ENTRIES:

For a period of not more than sixty (60) days, which shall expire on August 8, 2011.