IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 08 CV 00705 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF ENTRY OF APPEARANCE OF THOMAS E. ROSS
ON BEHALF OF DEFENDANT SEID HASSAN DAIOLESLAM

The Clerk of this Court will please note the entry of appearance of Thomas E. Ross (D.C. Bar No. 994275), of Sidley Austin LLP, 1501 K Street, N.W. Washington, D.C. 20005, (202) 736-8374, as counsel for Defendant Seid Hassan Daioleslam.

Dated: June 13, 2011

Respectfully Submitted,

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 41981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Tel:  (202) 736-8301
Fax:  (202) 736-8711
hrogers@sidley.com

## CERTIFICATE OF SERVICE

I certify that today, June 13, 2011, I electronically served the foregoing Notice of Entry of Appearance on the following through the Court's CM/ECF system pursuant to LCvR 5.4(d):

    Afshin Pishevar        Adrian Nelson
    ap@pishevarlegal.com   anelson@pishevarlegal.com

Dated: June 13, 2011

/s/
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8301
Fax: (202) 736-8711
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

DC1 2035697v.1