IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TRITA PARSI )
 )
and )
 )
NATIONAL IRANIAN AMERICAN COUNCIL )
 )
                Plaintiffs, ) Civil No.   08 CV 00705 (JDB)
 )
                v. )
 )
DAIOLESLAM SEID HASSAN )
 )
                Defendant. )
_____ )

## MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT F. CRAIG

Pursuant to D.D.C. L.R. 83.2(d), Thomas E. Ross, attorney for defendant Daioleslam Seid Hassan in the above-captioned case, hereby moves the Court to admit Scott F. Craig *pro hac vice* to appear and participate as counsel or co-counsel in this cause on behalf of Kenneth Timmerman.

DATED:   JUNE 13, 2011

                                          By:
                                          _____/s/_____
                                          Thomas E. Ross

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT F. CRAIG in the above-titled cause on attorneys, Afshin Pishevar and Adrian Nelson, representing the plaintiffs in this action, by email to ap@pishevarlegal.com and anelson@pishevarlegal.com, and by regular mail to 600 East Jefferson Street, Suite 316, Rockville, MD 20852.

DATED:   JUNE 13, 2011

By:
_____/s/_____
Thomas E. Ross