IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TRITA PARSI

and

NATIONAL IRANIAN AMERICAN COUNCIL

                Plaintiffs,    Civil No.   08 CV 00705 (JDB)

                    v.

DAIOLESLAM SEID HASSAN

                Defendant.
_____

## DECLARATION OF SCOTT F. CRAIG IN SUPPORT OF MOTION FOR ORDER ADMITTING COUNSEL *PRO HAC VICE*

I, Scott F. Craig, declare under penalty of perjury pursuant to the laws of the United States of America, and in accordance with 28 U.S.C. § 1746, that the following is true and correct:

1. My full name is Scott Frazier Craig

2. My law office address and telephone number are:

    Scott F. Craig
    9107 Wilshire Boulevard, Ste 450
    Beverly Hills, California 90210
    Telephone: (310) 867-5980

3. I am admitted to practice law before:

    California Supreme Court (1987)
    United States District Court for the Southern District of California (Sept, 1987)
    United States District Court for the Northern District of California (Sept, 1987)
    United States District Court for the Central District of California (May, 1988)
    United States District Court for the Eastern District of California (Nov, 1990)

−1−

4. I have not been disciplined by any bar and a certificate of good standing is attached hereto as Exhibit "A."

5. I have not been admitted *pro hac vice* before this court at any time during the last two years preceding this petition.

6. I do not engage in the practice of law from an office located in the District of Columbia and am not a member of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 13, 2011

By: _____/s/_____
Scott F. Craig