# Exhibit A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 9, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SCOTT FRAZIER CRAIG #129244 was admitted to the practice of law in this state by the Supreme Court of California on July 7, 1987 ; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records