IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

### NOTICE OF ENTRY OF APPEARANCE OF THOMAS E. ROSS
### ON BEHALF OF DEFENDANT SEID HASSAN DAIOLESLAM

The Clerk of this Court will please note the entry of appearance of Thomas E. Ross (D.C. Bar No. 994275), of Sidley Austin LLP, 1501 K Street, N.W. Washington, D.C. 20005, (202) 736-8374, as counsel for Defendant Seid Hassan Daioleslam.

Dated: June 17, 2011

Respectfully Submitted,

_/s/_

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 41981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
Thomas Ross (D.C. Bar. No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Tel:  (202) 736-8374
Fax:  (202) 736-8711
tom.ross@sidley.com

## CERTIFICATE OF SERVICE

I certify that today, June 17, 2011, I electronically served the foregoing Notice of Entry of Appearance on the following through the Court's CM/ECF system pursuant to LCvR 5.4(d):

| | |
|---|---|
| Afshin Pishevar | Adrian Nelson |
| ap@pishevarlegal.com | anelson@pishevarlegal.com |

Dated: June 17, 2011

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar No. 982599)
Thomas Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam