UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>　　　　　Defendant. | Civil Action No. 08-705 (JDB/AK) |

### ORDER

The above-captioned case was referred to the undersigned by the Honorable John D. Bates, for the purpose of conducting a mediation. Accordingly, it is by the Court this 22nd day of June 2011, hereby

**ORDERED :**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [ROOM 2333] on July 18, 2011, at 10:30 a.m. The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to arrange a telephone conference call with chambers to select an alternative date and time.

4. If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE