IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

NOTICE OF ENTRY OF APPEARANCE OF THOMAS E. ROSS
ON BEHALF OF DEFENDANT SEID HASSAN DAIOLESLAM

The Clerk of this Court will please note the entry of appearance of Peter G. Jensen (D.C. Bar No. 982599), of Sidley Austin LLP, 1501 K Street, N.W. Washington, D.C. 20005, (202) 736-8887, as counsel for Defendant Seid Hassan Daioleslam.

Dated: June 22, 2011

Respectfully Submitted,

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 41981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
Thomas Ross (D.C. Bar. No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8887
Fax: (202) 736-8711
pjensen@sidley.com

## CERTIFICATE OF SERVICE

I certify that today, June 22, 2011, I electronically served the foregoing Notice of Entry of Appearance on the following through the Court's CM/ECF system pursuant to LCvR 5.4(d):

Afshin Pishevar
ap@pishevarlegal.com

Adrian Nelson
anelson@pishevarlegal.com

Dated: June 22, 2011

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
Thomas Ross (D.C. Bar. No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8887
Fax: (202) 736-8711
pjensen@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam