## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** )<br>)<br>**and** )<br>)<br>**NATIONAL IRANIAN AMERICAN COUNCIL** )<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**DAIOLESLAM SEID HASSAN,** )<br>**Defendant.** )<br>)<br>) | **Civil No. 08 CV 00705 (JDB)** |

### DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS J, K AND M TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MEMBERSHIP LISTS

Defendant, Seid Hassan Daioleslam, by and through undersigned counsel, hereby moves, unopposed, to file under seal Exhibits J, K and M (Parsi Deposition Exhibits 117, 116B and 111) to Defendant's Motion to Compel Production of Membership Lists.  The exhibits contain personal identifying information of NIAC members produced by Plaintiffs subject to a Confidentiality Agreement.  Copies of the exhibits will be provided to the Clerk of the Court.

Dated: June 29, 2011

           /s/         

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI )<br><br>and )<br><br>NATIONAL IRANIAN AMERICAN COUNCIL )<br>      **Plaintiffs,** )<br><br>      **v.** )<br><br>DAIOLESLAM SEID HASSAN, )<br>      **Defendant.** )<br> ) | **Civil No. 08 CV 00705 (JDB)** |

### CERTIFICATE OF SERVICE

I certify that on June 29, 2011, I served, via email, Defendant's Unopposed Motion to File Under Seal Exhibits J, K and M to Defendant's Motion to Compel Production of Membership Lists:

> Adrian Nelson
> Afshin Pishevar
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com

Dated: June 29, 2011

                                         /s/

                       Thomas E. Ross (D.C. Bar No. 994275)
                       Bradford A. Berenson (D.C. Bar No. 441981)
                       HL Rogers (D.C. Bar No. 974462)
                       Peter G. Jensen (D.C. Bar No. 982599)
                       SIDLEY AUSTIN LLP
                       1501 K Street, N.W.
                       Washington, D.C.  20005
                       (202) 736-8374
                       tom.ross@sidley.com

                       Attorneys for Defendant
                       Seid Hassan Daioleslam

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 08 CV 00705 (JDB)** |
| | ) | |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7(M)

I certify that on June 27, 2011, I conferred by email with Plaintiffs' counsel.

Parties conferred in good faith; this motion is unopposed.

Dated: June 29, 2011

_____/s/_____

Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 08 CV 00705 (JDB)** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

<u>PROPOSED ORDER</u>

Upon consideration of Defendant Daioleslam's Unopposed Motion to File Under Seal

Exhibits J, K and M (Parsi Deposition Exhibits 117, 116B and 111) to Defendant's Motion to

Compel Production of Membership Lists, it is hereby:

ORDERED this _____ day of _____, 2011 that Defendant's motion to file

under seal is GRANTED;

SO ORDERED.

_____
Judge John D. Bates
United States District Judge