# EXHIBIT A

Page 1

```
     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
TRITA PARSI                      :
                                 :
and                              :
                                 :
NATIONAL IRANIAN AMERICAN        :
COUNCIL                          : Civil Action No.
                                 :
     Plaintiffs,                 :
                                 : 08 CV 00705 (JDB)
v.                               :
                                 :
DAIOLESLAM SEID HASSAN,          :
                                 :
     Defendant.                  :
- - - - - - - - - - - - - - - - x
```

Deposition of DAVID ELLIOTT

VOLUME I

Washington, D.C.

Monday, October 5, 2009

2:19 p.m.

\* \* \* \*

Reported by:  Okeemah S. Henderson, LSR

```
 1

 2        Deposition of DAVID ELLIOTT, held at the

 3   offices of:

 4

 5        SIDLEY AUSTIN, LLP

 6        1501 K Street, Northwest

 7        Washington, D.C.   20005

 8        (202) 736-8533

 9

10

11

12        Pursuant to agreement, before Okeemah S.

13   Henderson, Licensed Shorthand Reporter and

14   Notary Public in and for The District of

15   Columbia.

16

17                *    *    *    *    *

18

19

20

21

22
```

```
                                                          Page 3

 1                   A P P E A R A N C E S

 2
     ON BEHALF OF PLAINTIFF:
 3        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 4        PARGOL PARTOVI, ESQUIRE
          PISHEVAR & ASSOCIATES, P.C.
 5        Jefferson Plaza, Suite 316
          600 East Jefferson Street
 6        Rockville, Maryland  20852
          (301) 279-8773
 7        E-Mail:  Ap@pishevarlegal.com

 8
     ON BEHALF OF DEFENDANT:
 9        HL ROGERS, ESQUIRE
          ERIC GALVEZ, ESQUIRE
10        SIDLEY AUSTIN
          1501 K Street, NW
11        Washington, D.C.  20005
          (202) 736-8533
12        E-Mail:  Megalves@sidley.com

13

14

15

16

17

18

19

20

21

22
```

Page 103

1     Q.     Did somebody in the office serve the
2  function of gathering them all up and sending
3  them on to the lawyers?
4     A.     One person each time delivered them.
5  Yes.
6     Q.     Who was it each time?
7     A.     It varied.
8     Q.     How many deliveries were made to the
9  lawyers?
10    A.     More than three or four.
11    Q.     How did the person who was
12 coordinating the delivery get the documents?
13    A.     They picked them up and took them.
14    Q.     Did somebody put them in a central
15 room?  What this termed electronic?
16    A.     They collected the CDs or box of
17 document and delivered them.
18    Q.     Did every staffer create a CD then
19 one person gathered up all the CDs and took
20 them to the lawyers?
21    A.     All the electronic documents were
22 stored on electronic server and then sent to

Page 104

1  lawyer.
2      Q.   How did you get them to the central
3  server?  For instance, was there a file folder
4  in the share drive that everyone knew when you
5  got something responsive, drop it in my folder?
6      A.   Yes.
7      Q.   And then the contents of the folder
8  were burned to a CD and that's how you gave
9  them to the lawyers?
10     A.   Yes.  Though I believe other times
11 they may have been other E-mail.  There were
12 multiple deliveries made.
13     Q.   Were they always correlated?  Were
14 they always gathered in one of the file folders
15 of the shared server?
16     A.   Could you clarify that question?
17     Q.   So before you said there was a
18 folder on the shared server, documents that
19 were responsive were dropped into that.  Every
20 time there was a delivery was it out of a
21 folder or, for instance, were there times where
22 an individual employee just forwarded the

Page 174

# CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Okeemah S. Henderson, LSR and Notary Public, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this _____ day of _____, 2009.

My Commission Expires:
February 28, 2010.

Okeemah S. Henderson, LSR
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA