# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :
IRANIAN AMERICAN COUNCIL          :
     Plaintiffs                 :
     V.                         :   Civil No.:
DAIOLESLAM SEID HASSAN,            :   08 CV 00705 (JDB)
     Defendant                  :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

     Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
 1    APPEARANCES:

 2

 3    PISHEVAR & ASSOCIATES, PC
      BY:  ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11    One South Dearborn
      Chicago, IL  60603
12    (312) 853-7643
      (312) 835-7036 (Fax)
13    E-mail:  Tkapshandy@sidley.com
               Jfougere@sidley.com
14    Representing the Defendant

15    ALSO PRESENT:

16         Daioleslam Seid Hassan, Defendant
           Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

1    internet, are you?
2         A.    Have I ever lost an Outlook file?
3         Q.    Well, let's talk about that.  You lost a
4    whole computer in Norway in May of this year,
5    correct?
6         A.    No.  It was stolen from me.
7         Q.    And we'll get into that in some detail,
8    but that computer had not been backed up, we were
9    informed by your counsel.
10        A.    No.
11        Q.    Had it been synchronized with your
12   desktop?
13        A.    Yes, I believe so.
14        Q.    Now, in Interrogatory answers in this
15   case, which is the same as your sworn testimony here,
16   you stated that that desktop is one you had been
17   using for approximately the last 18 months since
18   August of this year, correct?
19        A.    I believe that is correct.
20        Q.    Okay.  Meaning, you started using that
21   desktop in early 2009, correct?
22        A.    I don't recall exactly when that new

1  desktop was purchased.
2      Q.   Well, you answered under oath, and you had
3  time to make sure that you got the answer right.  So
4  if you have any information to correct that, we need
5  to know that pretty soon.
6           Is it, in fact, the case that that
7  desktop, which was produced for the imaging, was one
8  that you had been using for the last 18 months?
9      A.   I believe so.
10     Q.   What computer were you using before that?
11     A.   A different computer.
12     Q.   Okay.  That's fair.  What happened to it?
13     A.   I think it's one of the computers that the
14  interns are using.
15     Q.   What happened to all of your files?
16     A.   All the files were transmitted to the new
17  computer.
18     Q.   Why did you get a new computer?
19     A.   Sometimes old computers don't work as fast
20  as new computers.
21     Q.   Was that old computer produced to PwC for
22  the imaging?

1   A.   I believe it's one of those computers.

2   Q.   Do you know for sure or not?

3   A.   I don't recall exactly.  We don't have

4   that many computers, so when one computer is used by

5   me and it's starting to get a little bit slower and I

6   decide to buy a new computer because it's making my

7   work problematic to conduct, then that computer -- if

8   it's still functional, we keep it under normal

9   circumstances, and certainly under litigation hold,

10  we keep it.

11          And the interns who may not have the same

12  intensity to work as I do can then use that.

13  Q.   Well, let's put that on the list of things

14  to follow up along with which computer Babak Talebi

15  was using by serial number.

16          We would like to know, because we asked in

17  the interrogatory answers, which computer you were

18  using since the institution of the lawsuit throughout

19  the entire year of 2008 from which your files were

20  transferred to the new computer.

21  A.   Actually, I do believe this is getting

22  into the dates when various things were bought, but

1   the computer, if I'm not mistaken, that was used
2   before was actually my laptop -- I believe so -- and
3   the files were transferred from my laptop to the
4   desktop.
5           Because a laptop is very good when you're
6   traveling, but it is never as strong as an equal-cost
7   desktop.
8       Q.   And that's the laptop that was stolen?
9       A.   I believe so.
10      Q.   And never backed up?
11      A.   Never backed up.
12      Q.   How is it that you just realized now that
13  that was the computer you were using in --
14      A.   Because you asked.
15      Q.   Well, when I asked you before, you thought
16  you gave it to an intern.
17      A.   That's usually what happens, but on this
18  case, I remembered and I think in this specific case
19  I believe that's the case.
20           As I'm sure you know, counsel, I don't
21  have the habit of memorizing things of this, which is
22  usually of no particular life shaking importance.

1  instructed that that machine is subject to a
2  litigation hold and that data should not be deleted
3  from it?
4      A.   Two parts of that. I was not the person
5  in contact. I don't believe I met these people.
6  When it came to this, I have to say that numerous
7  times on the record I was not the person handling
8  this.
9            Mindful of the fact that their job was
10 never to delete anything from anything, I don't know
11 the relevance of your question, nor can I answer it
12 because I was not the person who was in contact with
13 them.
14           Their job, as I understand it, was to
15 install a new shared drive for us that was working
16 better to make sure that I was on the network and I
17 could print and that does not include them deleting
18 anything.
19           I would be quite surprised if anyone ever
20 came into our office under the impression that part
21 of their job was to delete stuff.
22     Q.   Mr. Parsi, the computer that was produced

1  to PwC on August 18th and represented to be your
2  computer had the serial number BBWQH1. Where is that
3  computer in the Progressive Office inventory of
4  NIAC's network?
5        MR. NELSON: Objection. No foundation for
6  both parts of the question.
7        BY MR. KAPSHANDY:
8    Q.   Go ahead and answer.
9    A.   I don't understand the question. You're
10 saying that my computer had a certain serial number.
11 I see that there's one computer here that doesn't
12 have a serial number and you're claiming that my
13 computer has --
14   Q.   Which one doesn't have a serial number?
15   A.   There's one that says
16 NIAC-Emily.VA.Silver.PO.NIAC. It doesn't have a
17 serial number.
18   Q.   The one that was produced and represented
19 by you and your counsel on August 18th to be the
20 computer that you used for your Outlook calendar and
21 E-mails had the serial number BBWQH1.
22        Where is that on this inventory?

1   A.   I do not see it on this inventory, and it
2   may be because he didn't look at my computer or he
3   may have missed it.  I do not know the reason for
4   that.  You probably have to ask him about that.
5   Q.   How big is the office?  I mean, they came
6   in.  You paid them a lot of money to do an inventory
7   of your network and fix the problem with your
8   computer, and they didn't even find it?
9   A.   That's not necessarily the case --
10   Q.   Okay.  Where is it?
11   A.   -- just because it's called an inventory
12   report.
13          My recollection is not that that's the
14   reason why they were to come in.  I think, to be
15   frank, we have no problem counting the number of
16   computers we have in that small office without having
17   somebody come in and, according to you, pay them a
18   lot of money.
19          We can count computers themselves.  The
20   reason they were there was to be able to make sure
21   that a new shared drive was put in.
22   Q.   I thought they were going to fix the

1    problem with --

2         A.    It was to make sure --

3         Q.    I thought they were going to fix the

4    problem with your computer falling off the network

5    and not printing?

6         A     That was definitely one of the concerns

7    that I had.

8         Q.    And they must not have done a very good

9    job if when they did the inventory they couldn't even

10   find your computer.

11              MR. NELSON:  Well, there's no foundation

12   for the fact that you've got the right number for his

13   computer.  Again, you're testifying, as you've done

14   throughout this case.  If you want to testify, then

15   we'll add you to the witness list.

16              MR. KAPSHANDY:  Just look in the PwC

17   report, counsel.

18              BY MR. KAPSHANDY:

19        Q.    PwC reports a serial number BBWQH1 as

20   being a computer that was represented by you, Trita

21   Parsi, and your counsel as being the computer that

22   you used for your Outlook E-mails.

1   A.   And you're saying apparently that this
2   company missed to include that in their inventory
3   report that I don't even believe was sent to us
4   necessarily because I did not see it.
5        Perhaps you are stating that we have a
6   right to go back to them and ask them to get some of
7   our money back.
8   Q.   It sounds like it, doesn't it?
9   A.   I appreciate you finding that --
10  Q.   All right.  Let's put that aside.
11  A.   -- but beyond that, I don't know what to
12  tell you.
13  Q.   Let me ask you about the other computers
14  that weren't produced, and maybe you can explain why
15  they weren't produced.
16  A.   The fact that I had a computer -- I know
17  for a fact, as I think others do, because you were
18  looking at E-mails that I sent --
19  Q.   One of them that wasn't produced -- there
20  were two laptops that weren't produced.
21       Let me ask this:  There was another laptop
22  that wasn't connected to the network on December --

Page 235

1    A.    How do you know that?

2    Q.    It's not on this list, Exhibit 11, but it
3 was produced for the imaging.

4    A.    So you're saying there was yet another
5 computer that our friends at Progressive Office
6 didn't manage to count but we produced it?

7    Q.    There may be a reason for it.  Let me
8 finish the question, okay, Dr. Parsi?  May I finish
9 the question?

10    A.    Please do.

11    Q.    Produced at the imaging -- and you can
12 check PwC's report -- is this funny?

13    A.    Part of this is amusing, yes.

14    Q.    Okay.  Good.  I'm glad.  One of the
15 computers that wasn't produced, 7N4XKL1, or was
16 produced -- excuse me -- but wasn't connected to the
17 network -- can you answer?

18    A.    I didn't hear a question.

19    Q.    The question was --

20    MR. NELSON:  There wasn't a question.

21    BY MR. KAPSHANDY:

22    Q.    The question was one of the computers that

1          CERTIFICATE

2          I hereby certify that the witness was duly

3   sworn by me and that the deposition is a true record

4   of the testimony given by the witness.

5

6          _____

7          Sherry L. Brooks, Court Reporter

8

9   (The foregoing certification of this transcript does

10  not apply to any reproduction of the same by any

11  means, unless under the direct control and/or

12  supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22