# EXHIBIT C

**NIAC's computers and users**

| Computer Name | Primary User | Serial Number |
| --- | --- | --- |
| Dell Vostro 410 | Trita Parsi | BBFWQH1 |
| Dell Vostro 200 | Patrick Disney | 5Z0KBG1 |
| Dell Vostro 200 | Kevin Cowl | 1Z0KBG1 |
| Lenovo ThinkCenter 7522 | David Elliott | MJ16385 |
| Dell Vostro 200 | Jamal Abdi | DTSCJF1 |
| Dell 1220 Laptop | Arsalan Barmand | 7N4XKL1 |
| Dell Vostro 410 | Sepideh Phalsaphie | 9MNLLH1 |
| Dell Vostro 200 | Michelle Moghtader | BL2FMF1 |
| Dell Latitude D610 | Intern Computer | 2X1FF91 |
| Acer TravelMate 2413LCi | Intern Computer | LXTAC0602254600C84KS00 |
| Dell Optiplex GX620 | Intern Computer | JJNC891 |
| Lenovo ThinkPad Series T61p | Intern Computer | L3-C0481 07/12 |
| Dell Dimension 4550 | Intern Computer | 42BW21 |