# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 (JDB) |

## SUPPLEMENTAL AFFIDAVIT OF STUART KUSHNER

The undersigned, Stuart Kushner, having been duly sworn, deposes and states under oath as follows:

1. I am over the age of eighteen years; I am competent to testify to the facts set forth herein; and I have personal knowledge of same, except those statements below which are expressly based on information and belief, only.

2. I am currently the Chief Executive Officer of Progressive Office located at 1001 V Street, NW, Washington, D.C. 20001 and doing business in the District of Columbia and surrounding areas as consultants in computers and information technology.

3. On December 20, 2010, I gave a previous affidavit in this case regarding a network audit and survey Progressive Office performed for NIAC in late 2009.

4. I have become aware that on February 15, 2011 NIAC has filed with this Court a Status Memorandum describing Progressive Office's work as "unauthorized, inaccurate and incomplete."

5. All of the work Progressive Office performed was authorized by NIAC's Chief Operation Officer, Kevin Cowl.

6. The network survey is done digitally by a Managed Service Provider (MSP) system called Kaseya; computer names, hardware, peripherals and serial numbers are not compiled manually by human beings but rather are extracted by Kaseya agents that are installed onto each machine. The agents do an electronic survey of the hardware and of all embedded serial numbers. Dell computers all have their serial numbers embedded into the hardware. The agents then send this information to a Server and back to our dashboard. Kaseya's built-in report feature compiles and generates a report. No humans ever touch or change the data.

7. As for completeness and accuracy, after a preliminary survey detected fewer machines than expected, Mr. Cowl found that a machine or two was missing from the survey. I sent a technician out to install the agent(s) and a new report was generated. I don't recall exactly how many computers were missing from the survey. I only recall that at least one was missing and that we had to install additional agent(s). The network survey that was attached to my December 20, 2010 affidavit as Exhibit C, completely and accurately reflects all computers attached to the NIAC network on that date.

8. At no time prior to NIAC's February 15, 2011 status memo had I been informed of any dissatisfaction of NIAC with Progressive Office's work. NIAC paid Progressive Office for its work in full and, in fact, on February 10, 2011 NIAC requested Progressive Office to return to NIAC's office for further work relating to cabling issues NIAC was experiencing.

FURTHER, AFFIANT SAYETH NAUGHT

Stuart Kushner

**CHRISTINA MILES**
**NOTARY PUBLIC**
**MONTGOMERY COUNTY**
**MARYLAND**
**My Commission Expires Sept. 13, 2014**

```
WASHINGTON            )
DISTRICT OF           ) SS
COLUMBIA              )
```

On this 28 day of June, 2011 in the year 2011, before me, _____, a Notary Public in and for said State, personally appeared Stuart Kushner, known to me to be the person who executed the within Affidavit of Stuart Kushner, and acknowledged to me that he executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires:

CHRISTINA MILES
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires Sept. 13, 2014