# EXHIBIT F

| # | Machine ID | NetworkCare Inventory (Dec 2009) Computer Name | Computer Type | Manufacturer | Computer Model | Serial Number | PwC Imaging (Aug 2010) Computer Type | Manufacturer | Computer Model | Serial Number | Custodian | Court Produced (Dec 2010) Computer Name | Primary User | Serial Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | d1z0kbg1.va.silver.po1.niac | D1Z0KBG1 | Desktop | Dell Inc. | Vostro 200 | 1Z0KBG1 | Desktop | Dell | Vostro 200 | 1Z0KBG1 | Kevin Cowi | Dell Vostro 200 | Kevin Cowi | 1Z0KBG1 |
| 2 | d5z0kbg1.va.silver.po1.niac | D5Z0KBG1 | Desktop | Dell Inc. | Vostro 200 | 5Z0KBG1 | Desktop | Dell | Vostro 200 | 5Z0KBG1 | Patrick Disney | Dell Vostro 200 | Patrick Disney | 5Z0KBG1 |
| 3 | david.va.silver.po1.niac | DAVID | Desktop | LENOVO | 7522/4U | M116385 | Desktop | Lenovo | J4U | M116385 | David Elliott | Lenovo ThinkCenter 7522 | David Elliott | M116385 |
| 4 | djinc891.va.silver.po1.niac | DJINC891 | Desktop | Dell Inc. | Optiplex GX620 | JJINC891 | | | | | | Dell Optiplex GX620 | Intern Computer | JJINC891 |
| 5 | lenovo-1.va.silver.po1.niac | LENOVO-1 | Laptop | LENOVO | ThinkPad T61p | L3C0481 | | | | | | Lenovo ThinkPad Series T61p | Intern Computer | L3-C0481 07/12 |
| 6 | niac-emily.va.silver.po1.niac | niac-emily | Laptop | Dell Inc. | Latitude D610 | N/A | | | | | | Dell Latitude D610 | Intern Computer | 2X1FF91 |
| 7 | niac-main.va.silver.po1.niac | NIAC-Main | Desktop | Dell Inc. | Vostro 200 | DTSCJF1 | Desktop | Dell | Vostro 200 | DTSCJF1 | Jamal Abdi | Dell Vostro 200 | Jamal Abdi | DTSCJF1 |
| 8 | niac2008.va.silver.po1.niac | NIAC2008 | Desktop | Dell Inc. | Vostro 200 | 7TSCJF1 | Desktop | Dell | Vostro 200 | 7TSCJF1 | Michelle Moghtader & Emily Blout | | | 9MNLLH1 |
| 9 | pannewdell.va.silver.po1.niac | PanNewDell | Desktop | Dell Inc. | Vostro 200 | 9MNLLH1 | Desktop | Dell | Vostro 410 | 9MNLLH1 | Sepideh Phalsaphie | Dell Vostro 410 | Sepideh Phalsaphie | BL2FMF1 |
| 10 | policydirector.va.silver.po1.niac | PolicyDirector | Desktop | Dell Inc. | Vostro 200 | BLZFMF1 | Laptop | Dell | Vostro 1220 Laptop | 7NAXKL1 | Arsalan Barmand | Dell 1220 Laptop | Arsalan Barmand | 7NAXKL1 |
| | | | | | | | Desktop | Dell | Vostro 410 | BBFWQH1 | Trita Parsi | Dell Vostro 410 | Trita Parsi | BBFWQH1 |
| | | | | | | | | | | | | Acer TravelMate 2413LCi | Intern Computer | LXTAC06022546 |
| | | | | | | | | | | | | Dell Dimension 4550 | Intern Computer | 00C84K500 |
| | | | | | | | | | | | | | | 428W21 |