# EXHIBIT J

# THIS CD CONTAINING EXCEL FILES WAS FILED UNDER SEAL WITH THE COURT





EXHIBIT
116

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ID | WHOID | WHATID | SUBJECT | ACTIVITYDATE | STATUS | PRIORITY | OWNERID | DESCRIPTION | TYPE | ISDELETED | ACCOUNTID | ISCLOSED | CREATEDDATE | CREATEDBYID | LASTMODIFIEDDATE |
| 2 | 00T30000005Z90qEAC | | | majan's letters | 11/17/2004 | Completed | Normal | 00530000000do6JAAQ | mail out the letters of members list that trita will provide | | FALSE | | TRUE | 2004-11-12T16:03:21.000Z | 00530000000do6JAAQ | 2004-12-08T16:30:08.000Z |
| 3 | 00T30000006D06sEAG | 00330000005kLwzAAE | | Email: Testing Salesforce | 12/8/2004 | Completed | Normal | 00530000000dELBAA2 | CC:<br>BCC: dfassihian@niacouncil.org<br>Attachment:<br><br>Subject: Testing Salesforce<br>Body: Hi, we're testing salesforce, sending an email through it.<br>______<br>Sent from salesforce.com. experience success.<br>http://www.salesforce.com/ | | FALSE | 00130000003vwcSAAQ | TRUE | 2004-12-08T17:56:53.000Z | 00530000000dELBAA2 | 2004-12-08T17:56:53.000Z |
| 4 | 00T30000006DPDWEA4 | 00330000005lLNZAA2 | | Write a thank you | 12/9/2004 | Completed | Normal | 00530000000dELBAA2 | sent thank you email | | FALSE | 00130000003whCeAAI | TRUE | 2004-12-08T18:08:28.000Z | 00530000000dELBAA2 | 2004-12-22T22:09:57.000Z |
| 5 | 00T30000006DPDXEA4 | 00330000005lLNZAA2 | | Wrote blurb on National Geographic issue | 12/8/2004 | Completed | Normal | 00530000000dELBAA2 | http://daily.nysun.com/Repository/getmailfiles.asp?Style=OliveXLib:ArticleTo Mail&Type=text/html&Path=NYS/2004/12/08&ID=Ar00601 | | FALSE | 00130000003whCeAAI | TRUE | 2004-12-08T18:08:28.000Z | 00530000000dELBAA2 | 2004-12-08T18:08:28.000Z |
| 6 | 00T30000006DR6cEAG | 00330000005IPJLAA2 | | Request for interview | 12/7/2004 | Completed | Normal | 00530000000dELBAA2 | Wanted to interview someone on results of National Geographic meeting. Referred him to Djamshid. | | FALSE | 00130000003vyacAAA | TRUE | 2004-12-08T18:27:37.000Z | 00530000000dELBAA2 | 2004-12-08T18:27:37.000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LASTMODIFIEDBYID | SYSTEMMODSTAMP | ISARCHIVED | ISVISIBLEINSELFSERVICE | CALLDURATIONINSECONDS | CALLTYPE | CALLDISPOSITION | CALLOBJECT | REMINDERDATETIME | ISREMINDERSET | RECURRENCEACTIVITYID | ISRECURRENCE | RECURRENCESTARTDATEONLY | RECURRENCEENDDATEONLY | RECURRENCETIMEZONESIDKEY | RECURRENCETYPE | RECURRENCEINTERVAL | RECURRENCEDAYOFWEEKMASK | RECURRENCEDAYOFMONTH | RECURRENCEINSTANCE | RECURRENCEMONTHOFYEAR |
| 2 | 00530000000do6JAAQ | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 3 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 4 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 5 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 6 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 00T30000<br>006D5v2E<br>AG | 00330000<br>005kLzRA<br>AU | | Email:<br>Stay-in-<br>Touch<br>Request | 12/8/2004 | Complete<br>d | Normal | 00530000<br>000dELBA<br>A2 | BCC:<br><br>Subject: Staying in touch<br>Body:<br><br>Stay-in-Touch<br><br>Hi [redacted]<br><br>I'm updating my address book and I want to be sure we keep in touch. Can you take a look at the info I have for you below and let me know if it's out of date?<br>Dokhi<br><br>Name: Ms. [redacted]<br>Title: (Title)<br>Department: (Department)<br>Account: Family: [redacted]<br>Mailing Address Street: [redacted] | | FALSE | 00130000<br>003vwgEA<br>AQ | TRUE | 2004-12-<br>08T18:43:<br>46.000Z | 005300000<br>00dELBAA2 | 2004-12-<br>08T18:43:46.<br>000Z |
| 8 | 00T30000<br>006DUSFE<br>A4 | 00330000<br>005kLxFA<br>AU | | test email | 12/8/2004 | Complete<br>d | Normal | 00530000<br>000dELBA<br>A2 | From: Dokhi Fassihian <dfassihian@niacouncil.org><br>To: smurphy@niacouncil.org <smurphy@niacouncil.org><br>Sent at: 12/8/2004 1:54:59 PM<br>-----------------------------------<br>Test | | FALSE | 00130000<br>003vwcgA<br>AA | TRUE | 2004-12-<br>08T18:54:<br>56.000Z | 005300000<br>00dELBAA2 | 2004-12-<br>08T18:54:56.<br>000Z |
| 9 | 00T30000<br>006DaWO<br>EAK | 00330000<br>005lSawA<br>AE | | Congressi<br>onal<br>breakfast | 12/8/2004 | Complete<br>d | Normal | 00530000<br>000dELBA<br>A2 | Wanted to discuss scheduling possibilities for January. Sounded interested and realized that we've been sending invitations for a whole year. The week of the 3rd probably won't work but she will put in the request for the entire month of January and will get back to us by the week of December 14. | | FALSE | 00130000<br>003wpAF<br>AAY | TRUE | 2004-12-<br>08T19:44:<br>39.000Z | 005300000<br>00dELBAA2 | 2004-12-<br>08T19:44:39.<br>000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 00530000000<br>dELBAA2 | 2010-12-<br>16T22:23:<br>49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 8 | 00530000000<br>dELBAA2 | 2010-12-<br>16T22:23:<br>49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 9 | 00530000000<br>dELBAA2 | 2010-12-<br>16T22:23:<br>49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 00T30000 006EnABE A0 | 00330000 00SkM41 AAE | | Email: NIAC newsletter | 12/9/2004 | Completed | Normal | 00530000 000dELBA A2 | BCC: dfassihian@niacouncil.org<br>Attachment:<br><br>Subject: NIAC newsletter<br>Body: Dear Mr. [redacted]<br><br>Mr. [redacted] has brought to my attention that you are not receiving our newsletter. I wanted to apologize for that and confirm with you that the following email is the right email to be sending the newsletter to: [redacted]. We will be sure to fix this problem right away.<br><br>Thank you for your generous support of NIAC and happy holidays to you and your family.<br><br>Best regards,<br>Dokhi Fassihian<br>Executive Director<br><br>Dokhi Fassihian<br>Executive Director<br>National Iranian American Council<br><br>202-518-6187<br>www.niacouncil.org | | FALSE | 00130000 003vwnbA AA | TRUE | 2004-12-09T16:25:47.000Z | 005300000 00dELBAA2 | 2004-12-09T16:25:47.000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 00530000000 dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 00T30000006EwBmEAK | 00330000005kLzRAAU | | Email: Stay-in-Touch Request | 12/9/2004 | Completed | Normal | 00530000000dELBAA2 | BCC:<br><br>Subject: Staying in touch<br>Body:<br><br>Stay-in-Touch<br><br>Hi .<br><br>I'm updating my address book and I want to be sure we keep in touch. Can you take a look at the info I have for you below and let me know if it's out of date?<br>d<br><br>Name: Ms.<br>Title: (Title)<br>Department: (Department)<br>Account: Family:<br>Mailing Address Street: | | FALSE | 00130000003vwgEAAQ | TRUE | 2004-12-09T17:44:25.000Z | 00530000000dELBAA2 | 2004-12-09T17:44:25.000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 00T30000006EyQLEAO | 00330000 0D5kLxFA AU | | Email: Stay-in-Touch Request | 12/9/2004 | Completed | Normal | 00530000000dEJSAAM | BCC:<br><br>Subject: Staying in touch<br>Body:<br><br>Stay-in-Touch<br><br>Hi<br><br>I'm updating my address book and I want to be sure we keep in touch. Can you take a look at the info I have for you below and let me know if it's out of date?<br>Sean<br><br>Name: Mr.<br>Title: (Title)<br>Department: (Department)<br>Account: Family:<br>Mailing Address Street: | | FALSE | 00130000003vwcgAAA | TRUE | 2004-12-09T18:05:23.000Z | 00530000000dEJSAAM | 2004-12-09T18:05:23.000Z |
| 13 | 00T30000006GmCFEA0 | 00330000 0D5oEYLA A2 | | Call: re Congressional Breakfast | 1/15/2005 | Completed | Normal | 00530000000dEJSAAM | Call to setup our congressional breakfast with the member. | | FALSE | 00130000003yX6QAAU | TRUE | 2004-12-11T20:21:52.000Z | 00530000000dEJSAAM | 2005-04-16T14:34:08.000Z |
| 14 | 00T30000006HugsEAC | 00330000 005kLzEA AU | | name change | 12/13/2004 | Completed | Normal | 00530000000dELBAA2 | Artist and member of Artist's Committee for Kanoon-e Doostdaran in DC area. Would be interested in collaboration between NIAC and Iranian artists. I told her we would keep this in mind for our future events. | | FALSE | 00130000003vwg2AAA | TRUE | 2004-12-13T19:00:33.000Z | 00530000000dELBAA2 | 2004-12-13T21:00:43.000Z |
| 15 | 00T30000006Hz0yEAC | 00330000 005os6YA AQ | | Call | 12/13/2004 | Completed | Normal | 00530000000dELBAA2 | Contacted us through for an interview on the National Geographic meeting. Asked Djamshid to follow up with her and do a possible interview. | | FALSE | 00130000003vyacAAA | TRUE | 2004-12-13T19:39:12.000Z | 00530000000dELBAA2 | 2004-12-13T19:39:12.000Z |
| 16 | 00T30000006IRHfEAO | 00330000 005p0pjA AA | | Cong. Breakfast said no | 12/9/2004 | Completed | Normal | 00530000000dELBAA2 | Gabriele said that . Chief of Staff told her to decline our invitation to participate. | | FALSE | 00130000003zAOrAAM | TRUE | 2004-12-13T21:39:44.000Z | 00530000000dELBAA2 | 2004-12-13T21:39:44.000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 00530000000dEJSAAM | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 13 | 00530000000dEJSAAM | 2010-12-16T22:23:54.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 14 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 15 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |
| 16 | 00530000000dELBAA2 | 2010-12-16T22:23:49.000Z | FALSE | FALSE | | | | | | FALSE | | FALSE | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72211 | 00T50000017KSIPEA4 | 0033000000ExEQNAA3 | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000AgqcOAAB | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72212 | 00T50000017KSIQEA4 | 0033000000FntfwAAB | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000BKpvJAAT | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72213 | 00T50000017KSIREA4 | 0033000000GKWKTAA5 | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000BjlpOAAR | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72214 | 00T50000017KSISEA4 | 0033000000GKq5bAAD | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000BjuCTAAZ | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72215 | 00T50000017KSITEA4 | 0033000000GXR7pAAH | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000BklKdAAJ | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72216 | 00T50000017KSIUEA4 | 0033000000GhqZqAAJ | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000By7tSAAR | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72217 | 00T50000017KSIVEA4 | 0033000000GhsLkAAJ | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000By7kWAAR | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72218 | 00T50000017KSIWEA4 | 0033000000GhsZqAAJ | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000By7YYAAZ | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72219 | 00T50000017KSIXEA4 | 0033000000GiplhAAJ | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 0013000000BynwmAAB | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |
| 72220 | 00T50000017KSIYEA4 | 0033000000GjBlzAAN | | Mass Email: | 4/14/2010 | Completed | Normal | 00550000000mRHZAA2 | | | FALSE | 00130000003vwfbAAA | TRUE | 2010-04-14T17:07:55.000Z | 00550000000mRHZAA2 | 2010-04-14T17:07:55.000Z |

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72211 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72212 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72213 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72214 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72215 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72216 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72217 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72218 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72219 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |
| 72220 | 00550000000mRHZAA2 | 2010-04-14T17:07:57.000Z | FALSE | FALSE | 0 | | | | | FALSE | | FALSE |