# EXHIBIT M

# THIS CD CONTAINING EXCEL FILES WAS FILED UNDER SEAL WITH THE COURT



EXHIBIT 11A

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ISDELETED | MASTERRECORDID | ACCOUNTID | LASTNAME | FIRSTNAME | SALUTATION | NAME | OTHERSTREET | OTHERCITY | OTHERSTATE | OTHERPOSTALCODE | OTHERCOUNTRY | MAILINGSTREET | MAILINGCITY | MAILINGSTATE | MAILINGPOSTALCODE | MAILINGCOUNTRY | PHONE | FAX | MOBILEPHONE | HOMEPHONE | OTHERPHONE | ASSISTANTPHONE |
| 1 | 0033000000Sk1zHAAU | FALSE | | 0013000000003vwgSAAA | | | Mr. | | | | | | | Bethesda | MD | 20817-6532 | USA | | | | | | |
| 2 | 0033000000061A1PAA2 | FALSE | | 001300000000047rkKAAQ | | | Ms. | | | | | | | New York | NY | 10150-6830 | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | |

| | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REPORTSTO ID | EMAIL | TITLE | DEPARTMENT | ASSISTANTNAME | LEADSOURCE | BIRTHDATE | DESCRIPTION | OWNERID | HASOPTEDOUTOFEMAIL | HASOPTEDOUTOFFAX | DONOTCALL | CREATEDDATE | CREATEDBYID | LASTMODIFIEDDATE | LASTMODIFIEDBYID | SYSTEMMODSTAMP | LASTACTIVITYDATE | LASTCUREQUESTDATE | LASTCUUPDATEDATE | EMAILBOUNCEDREASON | EMAILBOUNCEDDATE |
| 1 | | ■ | Director of Economic Affairs | | | | | | 0053000 00000dEa EAAU | FALSE | FALSE | FALSE | 2004-12-07T22:47:34.000Z | 0053000 00000EIJ SAAM | 2010-02-25T14:30:50.000Z | 0053000 00000eiQ bAAI | 2010-04-14T17:07:51.000Z | 4/14/2010 | 2005-02-25T03:51:58.000Z | 2005-02-25T15:52:24.000Z | | |
| 2 | | ■ | | | | None | | (in response to Iranian election feedback June 30, 2009) Michelle khanoom, You sent me the same letter even after I responded to you and your organization! I guess you have this 'strategy' that by tell lies and repeating them again and again, people | 0053000 00000dEa EAAU | TRUE | FALSE | FALSE | 2004-12-30T02:42:44.000Z | 0053000 00000dEa EAAU | 2009-06-30T15:13:32.000Z | 0055000 00000mR H2AA2 | 2009-06-30T15:13:32.000Z | 6/29/2009 | | | | |
| 3 | | | | | | None | | | | | | | | | | | | | | | | |

| AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOLUNTE ER_INTER ESTS_C | OLD_LAST_DONATION_AM OUNT_C | OLD_LIFETIME_DON ATIONS_C | OLD_LAST_ DONATION_ METHOD_C | OLD_MEMBERSHIP_ NOTES_C | RECURRING_D ONOR_C | DO_NOT _MAIL_C | CURRENT_MEMBERS HIP_C | MEMBERSHIP_EXPIRA TION_DATE_C | CONGRESSI ONAL_DISTR ICT_C | NIAC_AL UM_C | OLD_ID_NU MBER_C | OLD_LAST_UPD ATED_C | MEMBER_AS_OF_ C | EMPLOYER_ |
| Communit y Outreach | 40 | 80 | MasterCard | Work number is ▮▮▮▮. C&P Letter sent by TP 12/04/2002 | FALSE | | Standard | 1/13/2011 | MD08 | FALSE | 278 | 12/21/2003 | 12/30/2002 | |
| | | | | | FALSE | FALSE | Standard | 1/3/2006 | NY11 | FALSE | | | 1/3/2005 | |

| | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA | CB | CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VOLUNTEER_NO TES_C | VOLUNTEER R_C | MEMBERSHIP_ST ATUS_C | CONGRESS_ROL E_C | SPOUSE_ FIRST_C | SPOUSE_ LAST_C | EMAIL2 _C | NIAC_AF FILIATIO N_C | NOTES_C | RECURRI NG_PAY MENT_A MOUNT_ C | RECURRI NG_PAY MENT_C YCLE_C | NEXT_RE CURRING _PAYME NT_DATE _C | LIFETIME _DONATI ON_C | LIFETIME _DONATI ON_TD_ C | ANNUAL _DONATI ON_C | ANNUAL _DONATI ON_TD_ C | LIFETIME _DONATI ON_RAN K_C | NUMBER_OF_EM AILS_SENT_TO_C ONGRESS_C | NUMBER_OF_ MEETINGS_WI TH_CONGRESS _C | NIAC_POLICY_P RIORITY_2_C |
| 1 | Senior Economist I would like to help with issues other than above, as well. i.e., administrative, lobbying, etc. | Yes | Active - Expires in 230 Days | | | | | | | | | | | | | | | | | |
| 2 | | Yes | Expired - 1606 Days Ago | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |

| | | 1 | |
|---|---|---|---|
| 3 | 2 | NIAC_PO LICY_PRI ORITY_3 _C | CD |
| | | NIAC_PO LICY_PRI ORITY_4 _C | CE |
| | | NIAC_PO LICY_PRI ORITY_1 _C | CF |
| | | JOB_TITL E_C | CG |
| | | ANNUAL_DO NATION_RA NK_C | CH |
| | | REGISTE RED_TO_ VOTE_C | CI |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0035000000iMVAA0 | FALSE | | 0015000000Qu2nAAD | ■ | ■ | Mr. | ■ | | | | | | ■ | Louisville | KY | 40245 | USA | ■ | | | | | |
| 4 | 0033000005kM86AAE | FALSE | | 00130000003vwsnAAA | ■ | ■ | Mr. | ■ | | | | | | ■ | Fairfax | VA | 22030-4214 | USA | ■ | ■ | ■ | ■ | | |
| 5 | 0035000000UzKWdAAN | FALSE | | 0015000000MQqwwAAD | ■ | ■ | | ■ | | | | | | | | | | | ■ | | | | | |
| 6 | 0035000000afCHRAA2 | FALSE | | 0015000000QcHZ4AAN | ■ | ■ | | ■ | | | | | | | | | | | ■ | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |

| Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   | 4 |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |   | 5 |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |   | 6 |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   | None |   | somewhat aggressive. He and his wife asked to have their membership refunded on June 30. He sent a letter in June 30th "if we fail to support the reformers in the streets of Iran in whatever ways we can, we not only miss an opportunity to regain the close | 0055000 0000mR H2AA2 | FALSE | FALSE | FALSE | 2009-05-11T15:42:55.000Z | 0055000 0000mR H2AA2 | 2009-06-30T13:37 :29.000Z | 0055000 0000mR H2AA2 | 2010-04-08T11:32 :08.000Z | 4/14/2010 4/8/2010 |   |   |   |   |
|   |   |   |   |   | None |   | refused donation phone outreach 2/18/09 because of employment concerns | 0053000 0000dEa EAAU | FALSE | FALSE | FALSE | 2004-12-07T22:48:10.000Z | 0053000 0000dEl SAAM | 2009-02-19T18:44 :28.000Z | 0053000 0000eiQ bAAl | 2010-04-14T17:07 :59.000Z | 4/14/2010 | 2005-02-25T03:37:25 .000Z |   |   |   |
|   |   |   |   |   | None |   | CMEP | 0055000 0000mR H2AA2 | FALSE | FALSE | FALSE | 2008-02-22T23:23:32.000Z | 0055000 0000mR H2AA2 | 2008-02-22T23:23 :32.000Z | 0055000 0000mR H2AA2 | 2008-02-22T23:23 :32.000Z |   |   |   |   |   |
|   |   |   |   |   |   |   | Call about National Lobby Day |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   | None |   | NOTE: This fellow called us after hours 6/25/09 at 5:21pm. | 0053000 0000eiQ bAAl | FALSE | FALSE | FALSE | 2009-06-25T21:49:05.000Z | 0053000 0000eiQ bAAl | 2009-06-25T21:57 :56.000Z | 0053000 0000eiQ bAAl | 2009-06-25T21:57 :56.000Z |   |   |   |   |   |
|   |   |   |   |   |   |   | Spoke to Artin and Michelle for about 10 minutes. |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   | Called Trita a paid "Rafsanjani lobbyist" said NIAC was a Rafsanjani lobby |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   | Accused us of changing our stance from a non-partisan organization p |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

| | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | | 40 | 40 | Check | | FALSE | FALSE | Standard | 10/19/2009 | VA11 | FALSE | 775 | 7/9/2004 | 7/6/2004 | Fairfax Public Access/1st Empire Mortgage |
| 5 | | | | | | FALSE | FALSE | None | | | FALSE | | | | |
| 6 | | | | | | FALSE | FALSE | None | | | FALSE | | | | |
| 7 | | | | | | FALSE | FALSE | | | | | | | 5/11/2010 | |

Note: Row 4 also shows date 5/11/2010 in column BC area and KY03 in BD area — table structure rotated 90°.

| | 4 | 5 | 6 | 7 |
|---|---|---|---|---|
| BJ | | | | |
| BK | No | | No | No |
| BL | Expired - 17 Days Ago | Expired - 221 Days Ago | No Membership History | No Membership History |
| BM | | | | |
| BN | | | | |
| BO | | | | |
| BP | | | | |
| BQ | No | | No | |
| BR | | | | |
| BS | | | | |
| BT | None | | None | |
| BU | | | | |
| BV | | | | |
| BW | | | | |
| BX | | | | |
| BY | | | | |
| BZ | | | | |
| CA | | | | |
| CB | | | | |
| CC | | | | |

| 7 | 6 | 5 | 4 | |
|---|---|---|---|---|
|   |   |   |   | CD |
|   |   |   |   | CE |
|   |   |   |   | CF |
|   |   |   |   | CG |
|   |   |   |   | CH |
|   |   |   |   | CI |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 1003500000 CWAAR | FALSE | | | ■ | ■ | | ■ | | | | | | | | | | | | | | | | |

| Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | None | | Met with on Secret Diplomacy - emily's contact | 0055000 0000myr 0AAA | FALSE | FALSE | FALSE | 2008-12-05T17:05:14.000Z | 0055000 0000myr 0AAA | 2008-12-05T17:05:14.000Z | 0055000 0000myr 0AAA | 2009-01-16T19:52:49.000Z | 10/26/2008 | | | | |

| | 8 | |
|---|---|---|
| | | AU |
| | | AV |
| | | AW |
| | | AX |
| | | AY |
| | FALSE | AZ |
| | FALSE | BA |
| | None | BB |
| | | BC |
| | | BD |
| | FALSE | BE |
| | | BF |
| | | BG |
| | | BH |
| | | BI |

| 8 | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY | BZ | CA | CB | CC |
|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|   |    | No | No Membership History |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

| | 8 |
|---|---|
| | CD |
| | CE |
| | CF |
| | CG |
| | CH |
| | CI |