# EXHIBIT N

# Letter Of Inquiry Form                                         #134

| Field | Value |
|---|---|
| Full name: * | National Iranian American Council (NIAC) |
| Website address: * | http://www.niacouncil.org |
| Mailing address: * | 1411 K St. NW Suite 600, Washington, DC 20005, United States |
| Name of executive director: * | Trita Parsi |
| Executive director's length of tenure: * | 8 years |
| Is the executive director: * | Full-time |
| Is the executive director: * | Paid |
| Please upload the Executive Director's bio or resume: * | cv_2010_april3.doc — 71.50 KB · DOC |
| Is this a registered, 501(c)(3) Public Charity? * | Yes |
| Fiscal sponsor's name: | |
| Proof of 501(c)(3) Public Charity status: * | taxexemption_letter3.pdf — 89.67 KB · PDF |
| Does this nonprofit work with Iran in any capacity? * | No |
| OFAC license number: | |
| OFAC license: | |
| Name: * | Trita Parsi |
| Position: * | President |
| Email: * | tparsi@niacouncil.org |
| Phone number: * | (202) 386-2303 |

EXHIBIT 105

| | |
|---|---|
| **Fax number** | (202) 386-6409 |
| **Mission:** * | NIAC is dedicated to advancing the interests of the Iranian-American community. |
| **Opportunity, need or problem the nonprofit adresses:** * | NIAC promotes an active and engaged Iranian-American community in the US and celebrates the community&rsquo;s deep historical and cultural roots and traditions. |
| **Three current programs and activities:** * | Leading efforts to protect ancient Iranian artifacts, educate about the proud heritage of Americans of Iranian descent and fight against unfair and biased portrayals of Iranian-Americans in the media. |
| | Ensuring that Iranian Americans are equipped, trained and informed civic participants who are fully engaged in the practice of democracy |
| | Developing a national network of young leaders who can lead the community in the future. |

**What is the one accomplishment the nonprofit is most proud of:** *

Since its inception in 2002, the National Iranian American Council (NIAC) has significantly enhanced the civic participation of the Iranian-American community, and through that, the community&rsquo;s overall influence. It has achieved this by establishing and nurturing a nationwide grassroots network of Iranian Americans that is growing in power and number. This network is a strong force that has proven it can mobilize to produce real and lasting change on behalf of the community. Today, NIAC&rsquo;s base is comprised of more than 3,500 dues-paying members &ndash; many of whom have supported NIAC annually since its inception - and 35,000 supporters.

| | |
|---|---|
| **How do you measure success? Please list quantitative metrics as well as qualitative factors.** * | Realizing or exceeding goals for each project or initiative in a cost effective and timely manner |
| | Attracting new supporters as a result of activities |
| | Adding value to an each initiative such that future endeavors benefit from improvements |
| | Leveraging support and collaboration from beyond the community |
| | Raising awareness of the Iranian American perspective |
| **Fiscal year end:** * | Friday, December 31, 2010 |
| **Annual budget of the nonprofit:** * | 950000 |
| **What are nonprofit's source(s) of revenue?** * | 70% of our support comes from member dues, donations and charitable donations. The remaining 30% is from grants by leading foundations including Ploughshares Fund, Rockefeller Brothers Fund, Open Society Institute, Kenbe Foundation, Tides Foundation. |

PARSA 0003273

1/20/2011                           Wufoo · Entry Manager · Letter Of Inq...

| | |
|---|---|
| Full-time: * | 7 |
| Part-time: * | 1 |
| Volunteers: * | 6 |
| Board Size: * | 18 |

**Tell us about your board of directors (frequency of meetings, attendance rate, roles and committees, tenure and brief bios.)**

Members of the Board are influential and prominent members of the Iranian American community. The Board sets the strategic direction, oversees operations, evaluates progress and ensures that the organization continues to progress in fulfilling its mission and goals. Committees of the Board include executive, finance, governance and membership and provide direction on matters related to each area.

The Board holds 2 meetings per year and attendance averages 80%. Board members serve one 2 year term and may be elected to serve an additional 2 year term.

NIAC&rsquo;s Board of Advisors consists of prominent individuals who represent a wide range of knowledge and expertise. The Advisory Board provides advice and counsel to NIAC&rsquo;s Board of Directors on matters of strategic significance.

Bios of all NIAC Board of Directors and Advisory Board members may be found on NIAC&rsquo;s website at:
http://www.niacouncil.org/site/PageServer?pagename=About_staff_board

| | |
|---|---|
| This request is for * | A specific project |
| Please upload proof of endowment matching funds: | |
| Project name: | Cultural Heritage - Preserving and Protecting our Rich Traditions |
| Project focus: * | Preservation of Arts and Culture |
| Please describe "other": | |
| Person in charge of project implementation: * | Trita Parsi |
| Title: * | President |

Project description: *

Since its inception in 2002, the National Iranian American Council (NIAC) has significantly enhanced the civic participation of the Iranian-American community, and through that, the community&rsquo;s overall influence. It has achieved this by establishing and nurturing a nationwide grassroots network of Iranian Americans that is growing in power and number. This network is a strong force that has proven it can mobilize to produce real and lasting change on behalf of the community. Today, NIAC&rsquo;s base is comprised of more than 3,500 dues-paying members &ndash; many of whom have supported NIAC annually since its inception – and 35,000 supporters.

PARSA 0003274

NIAC has overcome the Iranian-American community's initial skepticism toward organizations of any type and has emerged as the leading entity working in this field. With 70% of our annual budget coming from annual membership dues and charitable donations from Iranian Americans, it is NIAC's members and supporters who have underwritten our success. NIAC supplements their support with grants from some of America's largest and most prominent foundations including Rockefeller Brothers, Ploughshares Fund, Open Society Institute and others.

The demand for NIAC's services existed before the organization was founded. NIAC has filled that gap, grown a national base of support and has won important victories, including registering thousands of Iranian-American voters, stopping a push for a US-Iran war by one of the most powerful lobbies in the US, correcting negative portrayals of Iranian Americans in Hollywood movies, and protecting priceless cultural property.

As the Iranian-American community continues to grow, its needs grow, and so must the ability and capacity to meet those needs. In order for NIAC to continue to address the growing needs of the community, the fundraising models that supported it in its early stages need to be adjusted. In order for the community to continue to benefit from NIAC's proven track record of leadership and service and to ensure that it is around for the next generation and beyond, a long-term institutional investment is necessary.

As the leading Iranian-American institution practicing strategic philanthropy, PARSA has provided consistent, annual support to NIAC since 2002 in the form of small grants. The 2010 Mehrgan Grant Cycle is an opportunity to ensure that the Iranian-American community's growing needs are met and that there is an institution that grows with them, addresses new challenges and provides leadership and direction for the future.

Special Note:
NIAC proposes the enhancements described below to build on our current work in the area of Cultural Heritage to meet the community's growing needs. This is one of several proposals that NIAC is submitting during this grant cycle. While each of these proposals can be considered individually, it is in the combination of them all that NIAC makes its greatest impact. We ask that the grants committee consider the overall long term combined impact of all these activities, which, by informing and adding value to each other, make NIAC's integrated approach stand out.
Our purpose in applying to PARSA's Mehrgan Grant Cycle is to ensure that these activities are institutionalized as core areas, allow enhancements and special additions to make each area stronger, respond to time bound opportunities, and allow us to build out in new areas to meet community needs.

We believe that PARSA, through this grant cycle can underwrite a lasting set of institutionalized activities that will continue to give back to the community for years to come. NIAC's portfolio accurately tracks PARSA's intentions and NIAC is uniquely qualified to lead these efforts.

Cultural Heritage--
Preserving and Protecting our Rich Traditions

NIAC is committed to protecting the cultural identity and heritage of Americans of Iranian descent and also celebrates the rich history and customs as well the artistic and scientific achievements of the Iranian civilization. NIAC has led efforts to protect ancient Iranian artifacts, educate policymakers about the proud *heritage of Americans of Iranian* descent and fight against unfair and biased portrayals of Iranian-Americans in the media.

PARSA 0003275

NIAC successfully pressed the National Geographic Society to correct their 8th Edition Atlas of the World which was released with the Persian Gulf renamed "the Arabian Gulf", arguing that it could fuel ethnic tensions and harm world heritage. Also, NIAC worked with the directors of the movie "Crossing Over" to correct inaccurate, inflammatory portrayals of Iranian Americans committing an "honor killing". NIAC helped rewrite key elements of the script to remove this story narrative that would have generated a serious backlash against Iranian Americans.

In this area, one of NIAC's current top priorities is to protect Persian artifacts, including over 12,000 stone tablets from the ancient city of Persepolis that provide a unique first-hand account of life 2,500 years ago in the Court of Darius the Great. These tablets are currently caught in a complicated legal battle stemming from a suicide bombing attack in Israel. Survivors of the attack sued the government of Iran, claiming it was complicit. When the judge awarded the survivors $412 million, their attorneys looked to collect by filing suit against American museums and universities to seize and auction the Persepolis Tablets and other Persian artifacts. NIAC has led the Iranian-American community's efforts to protect the Tablets, fighting in the courts, the Congress, and even the White House to protect them from winding up at auction, sold to the highest bidder.

This is a long battle but one that the community cannot afford to lose. NIAC will stay at the forefront of ensuring that the community's identity and heritage is protected and preserved.

Role and Impact-

The Iranian American community has a rich shared past – exemplified by the priceless artifacts of Persepolis, as well as history and traditions. These elements form a cultural identity that is essential as a unifying force and source of pride. NIAC's work in cultural property protection and in ensuring accurate portrayals of the community in the media are underlying elements in protecting the identity and promoting the cohesiveness of the community.

NIAC's proposed activities would serve to educate more people about the threats the cultural identity of the community and the loss to the public at large of priceless historical artifacts. It would attract a new cadre of people who are not necessarily engaged on a civic level, but whose sense of cultural identity is strong and who would engage and help build community in other ways.

Proposal-

NIAC proposes to continue all of its current cultural heritage activities, with an enhanced focus on education and building awareness of the Persepolis Tablets through a series of "Nights at the Museum" in the three locations where the Persepolis Tablets are on display – in Chicago, Boston and at the University of Michigan.

These events would be educational/social evenings with a speaker and guided tour of the objects, explanation of the case by experts (Prof. Stolper, NIAC staff, others) and accompanying articles/publicity in local media and interviews.

Summary-

NIAC has taken a comprehensive approach to servicing the needs of the Iranian-American community and has provided the leadership necessary for the community to have a voice and a presence in American life. *No other organization exists that is doing this work on such a scale and with such a range.* The services NIAC provides to the community are now "institutionalized" needs and the community cannot go back to a time where these needs are not being addressed and this leadership is not being

provided.

As the community grows and its needs grow, it must have the support and guidance of a trusted institution. The community is ripe for the &ldquo;institutionalization&rdquo; of an organization that can meet its needs and serve it for years to come.

NIAC&rsquo;s proven track record of success and its comprehensive service on behalf of the community makes it the ideal choice to be the institution that will serve the community well into the future.

NIAC requests support from PARSA&rsquo;s Mehrgan Grant Cycle for its activities in the area of Cultural Heritage in order to ensure that we can grow along with our community, adapt as necessary to meet its changing needs and take the community to the next level.

| | |
|---|---|
| Start date: * | Wednesday, September 1, 2010 |
| End date: * | Wednesday, September 1, 2010 |
| First six months: * | 1000000 |
| First year: * | 1000000 |
| Second year: * | 1000000 |
| Third year: | |
| Total cost of the project: * | 153880 |
| Describe fundraising strategy and timeline, including matching commitments: * | Members and supporters will provide additional funding. Members provided over 70% of our 950,000 budget last year. A recent online fundraising campaign also yielded $66,000 in one month. Foundation targets will also be pursued. |
| Requesting from PARSA CF: * | 153880 |
| How will the grant from PARSA CF be used? * | The grant will be used to support and expand our activities in the area of cultural heritage. |
| Source: | members and supporters |
| Amount: | 25000 |
| Source: | |
| Amount: | |
| Source: | |
| Amount: | |
| Committed matching funds from: | |

PARSA 0003277

Amount:

Government grants from:

Amount:

Small donations from:

Amount:

Ticket sales:

Amount:

Fundraisers/galas:

Amount:

Other revenue from:

Amount:

Do you agree to the terms and conditions? *     • I understand and agree.

Created
**14 Jun 2010**
11:05:35 AM

**66.92.171.179**
IP Address

PUBLIC

## NIAC - Building Civic Participation and Leadership

### A Note to the Review Committee:

The information below is included in order to provide a fuller description of the proposed project than the online application form's 1800 word limit will allow. This document follows the online application form's questionnaire format, but includes only answers to the substantive, programmatic questions. All other required application information and attachments have been submitted electronically.

Brief Description of the Project:

Building Civic Participation and Leadership

Ensuring the Iranian-American community's full integration into American society requires that Iranian Americans be trained, informed civic participants fully engaged in the practice of democracy, that a new cadre of leaders is developed that can lead the community in the future, and that the practice of democracy becomes engendered within the community.

To achieve this, the National Iranian American Council (NIAC) employs a three-way approach: 1) Through education and training provided by our Demystifying Democracy workshops, we reach thousands of Iranian Americans nationwide and provide individuals with effective tools and training on voter registration, contacting elected officials, writing effective opinion-editorials and other democratic practices; 2) through informal trainings via our *Mehmoonak* action gatherings we work to increase participation and impact by equipping and mobilizing Iranian Americans to take action on key issues affecting the community such as civil rights, immigration, and anti-discrimination; and 3) by providing six NIAC Public Service Fellowships per year, which are the first and only fellowships designed to grant Iranian-American students the opportunity to gain valuable practical experience by interning in Washington, DC, we enable them to develop a firm understanding of the political process and gain firsthand exposure to American democracy.

How many people does the project reach and or serve and over what timeframe?

The first six months will focus on marketing the Demystifying Democracy workshops and NIAC Public Service fellowships and outreach to the community to develop the *Mehmoonaks* and other activities. In this timeframe, the first workshops and *Mehmoonaks* will take place and reach approximately 200 people.

Within the first year, we propose to conduct ten workshops and 20 *Mehmoonaks* that will attract 500-600 people and our Public Service Fellowship will be awarded to up to six students. By expanding the number of student fellows to six, we build on our successful record of placements and increase the number of Iranian Americans with essential experience. Since we began offering this fellowship, we have learned that selecting candidates and securing placements is a labor intensive process, so we have phased the expansion of the fellowship program.

1

The focus in the second year of this project will be to again conduct and ensure that the 10 Demystifying Democracy workshops, 20 *Mehmoonaks* and six fellowships have a tangible and significant impact in the form of a more engaged and well-informed Iranian-American community. NIAC maintains that it is not enough only to educate those who take part in the program, but the effects must be felt beyond those in attendance. Participants who receive training and experience from these activities must go out into the community and, with NIAC's help, activate others to become more engaged in civic life. To facilitate this, we commit significant resources to post-workshop support and follow-up.

What geographic area does the project serve?

The workshops are held in communities nationwide, focusing on those with the highest density of Iranian Americans, including Los Angeles, Washington, D.C., New York and Chicago metropolitan areas. The Public Service Fellowships are awarded to students from universities nationwide, though many applicants will likely come from the dominant Iranian-American centers in California (UCLA, UC-Berkeley, Stanford, etc). In coordination with NIAC's policy staff, special emphasis is placed upon activities in key Congressional districts in order to magnify the potential impact of Iranian-American representation in Congress overall.

Provide a brief history of your organization. Why was your organization created and how has it changed?

Founded in early 2002, the National Iranian American Council (NIAC) is a non-profit, nonpartisan educational organization based in Washington, D.C. dedicated to organizing Iranian Americans into a more cohesive and civically active community. While Iranian Americans have enjoyed great professional and economic success and have integrated well into American society, their participation in American civic society has been modest and has not achieved the same level of prominence as others. There are an estimated one million Iranian Americans dispersed throughout the United States, with large concentrations in major metropolitan areas including Los Angeles, Washington, D.C., New York and Chicago. Considered one of the most successful immigrant groups in the country, Iranian Americans have thrived in a multitude of professions including medicine, law, science, engineering, business and academia as well as the arts, music, theater and the humanities.

The majority of Iranian Americans arrived in the United States shortly before or after Iran's 1979 Revolution. Now, over 30 years later, a new generation of Iranian Americans is surfacing with loose ties to their Iranian culture and heritage, and has significantly different needs than that of their parents who left Iran over three decades ago. Although culturally acclimated and economically successful, this new generation's involvement in American civic life lags.

NIAC is founded under the principle that the desire for second generation Iranian Americans to identify with other Iranian Americans will continue to grow as will their need to be part of an organized community that comes together and acts united in times of need. Taking a nonpartisan approach, NIAC facilitates this process by promoting and supporting Iranian-American participation at all levels of American civic life; serving as a catalyst for information sharing and collaboration; educating Iranian Americans on the political process and raising awareness on policy issues that affect the community as a whole; providing an organized framework for effective networking and civic education; educating the

2

American public on Iran's rich cultural heritage; and through advocating for dialogue and diplomacy, fosters greater understanding between Iran and the US.

Since its inception, NIAC has significantly enhanced the engagement and influence of the Iranian-American community. It has achieved this by establishing and nurturing a nationwide grassroots network of Iranian Americans that is growing in power and number. This network is a strong force that has proven it can mobilize to produce real and lasting change on behalf of the community. Today, NIAC's base is comprised of nearly 4,000 dues-paying members – many of whom have supported NIAC annually since its inception - and 35,000 supporters.

NIAC proposes the activities described in this application to build on our current work to meet the community's growing needs. We are honored to have been selected to submit four applications based on our Letters of Inquiry. While each of these applications can be considered individually, it is in the combination of them all that NIAC makes its greatest impact. Our purpose in applying to this grant cycle is to ensure that these activities can continue to work together to deliver the kinds of value and results the community has come to expect, and be increasingly able to respond to time bound needs and opportunities. We ask that the grants committee consider the overall long term combined impact of all these activities, which, by informing and adding value to each other, make NIAC's integrated approach stand out.

NIAC's work has set a standard. In just a few years, the Iranian-American community has gone from having no national representation to having an effective and fast-responding organization that carries influence in Washington, responds immediately to discrimination in the media, and keeps the community abreast of national policies. The gains made by NIAC are highly visible and have advanced the community, but have also attracted the attention of entrenched interests that do not want to see an Iranian-American voice emerge. If these interests were to be successful in silencing our community and NIAC, the losses to the Iranian-American community would be significant. Not only would it be costly and time intensive to build this movement again from scratch, but any new Iranian-American organizations would start from behind, would have to build their networks, establish a reputation, unite the community, secure financial support and would have to work harder against a strengthened, organized and well-resourced opposition just to get to the level where NIAC is today. Additionally, the next organization that tried to represent the community would have a hard time gaining back the ground lost in NIAC's absence. It would take at least 10-15 years to get to the point where NIAC is now - with no guarantee of success. Valuable time and ground would have been lost forever.

All communities who now have a voice have one because they had the courage to stand up and demand a seat at the table. No community has gone through this process without a fight and those who have survived such "rites of passage" have gone on to have a powerful voice and effective networks of organizations that amplify their voice and keep their seat at the table.

Working together, NIAC and PCF can ensure that the voice of the Iranian-American community does not go silent, and that gains we have made for the community continue to be built on for the next generation and beyond. We as a community must rise to the occasion and not leave this task undone. We must work today for our children's tomorrow.

3

PARSA 0003361

Describe your project in detail. What is it that you will be doing, what problem you're focusing on, and how does your project address the problem?

Iranian Americans are well aware of our community's historic underrepresentation in American political life. In order to overcome this, Iranian Americans are recognizing that there are no quick fixes. Only through extensive training, activation, participation and the effective empowerment of the next generation of leaders can the community realize its full potential.

To carry out the activities described in this Building Civic Participation and Leadership project, NIAC will build on its proven comprehensive approach that has empowered thousands of people over the past eight years to promote a trained, informed community that engages in the practice of democracy -- both in American society and within the community. By including a focus on empowering youth through the Public Service Fellowships, this project will nurture a new cadre of leaders that can cement the practice of civic participation among the community.

*The activities most central to this project include:*

- <u>Demystifying Democracy workshops</u>, which will impact thousands of Iranian Americans nationwide by providing effective tools and training on subjects such as voter registration, contacting elected officials and writing effective op-eds.
- <u>Voter registration drives</u> that build upon recent successes during the 2008 campaign where NIAC organized the largest and most successful voter registration effort in our community's history.
- Engaging and mobilizing well-informed members of the community through <u>in-district meetings</u> with their elected officials; <u>*Mehmoonak*</u> action gatherings; <u>letter-writing campaigns, email action alerts, organized town hall meetings</u>, and other participatory events that maximize the community's voice.
- NIAC's unique <u>Public Service Fellowships</u> offer students a chance to learn about the processes of government from inside Washington institutions, and over time will develop a network of empowered and passionate Iranian-American leaders.
- <u>Extending NIAC's reach to college campuses across the country</u>. This involves publicizing and marketing the various opportunities, resources, and information NIAC can provide to Iranian-American youth, and dedicating resources to developing relationships with the community's next generation of leaders.
- Leveraging the <u>extensive network of relationships</u> this project creates among the current and future leaders of the Iranian-American community to amplify the voice of the community.

Ultimately, the goal of this project is to produce an active and engaged community at all levels and transform the way in which the Iranian-American community participates in American civic life and manages itself internally. No longer will organizations like NIAC need to spur the community into action after important issues arise; instead, a reservoir of know-how, energy and enthusiasm will already exist among the community and it will organically well up into constant, active civic participation. This groundswell will serve the interests of the community at every turn, accurately representing the mainstream voice of Iranian Americans, and augmenting the strength and unity of the community at large. Doing so will finally achieve what has been long sought: an Iranian-American community that can effectively represent itself in government, the media, and among the American public as well as apply democratic principles and practices internally.

4

Being both realistic and aspirational, what is your organization's vision for this project over the next three years? What is the long-term impact?

Our vision for this project is that it creates an Iranian-American community whose increased civic involvement and participation can be measured and felt through its active impact on the everyday life of the community and of the nation overall, and that the community takes ownership of its own identity in the public eye.

We also seek to build a new wave of young Iranian Americans who are active and engaged, not intimidated by public involvement, and informed and skilled in the practice of American democracy. The networks these young people will develop will pay dividends for them in the future, both personally and professionally, with significant value for the Iranian-American community as well.

The long term impact is a significantly expanded number of Iranian Americans who are trained and active participants in civic issues, and a solid and growing base of students who are assuming community leadership.

Ultimately, we desire that the community's core values and social norms include civic participation and engagement and that the expectation of such participation and of the responsibility for the "ownership" of the community's future is passed down through social, cultural and community organizations and families. This ownership should extend inside the community as well. Through the practice of democracy within the community, such as elections, consensus building, and discussions rather than decision-making by a select few, Iranian Americans can eliminate the dysfunction and discord that have historically plagued our community when attempting to organize.

What are three specific goals, objectives or intended outcomes of the project?

By increasing our community's civic participation and leadership, NIAC aims to ensure that policy and opinion makers include the Iranian-American voice more regularly and will actively seek out our opinions and points of view for newspaper articles, media pieces, etc.

Increased dialogue between the community and policy and opinion makers will help the public and policymakers better understand Iranian Americans' needs, dynamics and opinions. This will result in better relations, understanding and policies that affect our community.

Regular and consistent practice of democracy and civic engagement will also help engender a democratic culture within the Iranian-American community.

Through participation in the Public Service Fellowships and the establishment of student networks, more Iranian-American youth will be equipped to lead the community in the future. Participants will make contacts in Congressional offices and think tanks in Washington; form relationships with fellow Iranian Americans; perform non-academic writing and research and they will experience the policy making process up close.

5

PARSA 0003363

Describe key activities, milestones, and timeline of the project.

**Key Activities:**

*Demystifying Democracy workshops*
NIAC intends to increase its successful Demystifying Democracy workshops program from its current level of eight to ten events per year to engage a larger number of people in the community. In subsequent years, though, the number of these workshops will remain the same and the focus will shift to supporting the growth of an informed and activated segment of the community to ensure that this project's impact continues.

*Voter Registration Drives*
Voter registration lies at the heart of any effort to promote civic participation. NIAC will build on our successful collaboration with the C3 Table during the 2008 campaign that registered record numbers of Iranian-American voters. Technology will play a particularly important role in this effort, as NIAC's ever increasing email distribution list, Facebook, Twitter, and other online tools allow us to reach more individuals at one time than ever before.

*Mehmoonaks*
New in 2010, our *Mehmoonak* action gatherings are attracting attention in communities across the country and are engaging and mobilizing the community through letter-writing campaigns, e-mail action alerts, organized town hall meetings, and other participatory events. We intend to continue and build upon this successful model by expanding the number of *Mehmoonaks* each year. NIAC staff will help organizers by providing detailed guides, organizing support, literature and follow up coordination. NIAC plans to complete 20 such gatherings by the end of 2010. Each year going forward we expect to build on this successful model and the number of gatherings is expected to increase.

*Public Service Fellowships*
NIAC intends to significantly enhance our existing fellowship program -- increasing the number offered, as well as improving the financial terms. We propose offering six summer/year-long fellowships, (including two senior fellowships) to students nationwide in conjunction with our campus outreach efforts. The two Senior Fellows will receive stipends of $3,000 each and the other four fellows will receive $1,000 each.

Through publicity and outreach to campuses nationwide, Iranian-American students all over the country will be familiar with the details of the Fellowships program and understand the value such an experience can have for their futures. Through this program, NIAC Fellows will soon become mainstays in Washington institutions, with the NIAC Public Service Fellowship recognized as one of the most prestigious awards available to our community. Increasing the number of fellows per year will also create an extensive alumni network that will form the next generation of leaders in the Iranian-American community.

*Campus Outreach*
NIAC proposes to expand its presence on college campuses across the country to reach the next generation of leaders early in their careers. Our campus outreach began in 2009 and has resulted in more sophisticated Iranian-American student networks and a greater number of active students at leading US universities. The high mobility of students means that these networks are labor intensive to build and maintain, but have high impact. NIAC will continue to build its student networks,

6

PARSA 0003364

communicate regularly with them about opportunities for engagement, resources available to them, and provide actionable information geared specifically for students.

*Mobilization*
By growing an informed and engaged national network, NIAC will increase the participation of the Iranian-American community across the board as demonstrated by the number of letters generated in response to action alerts, the level of participation at workshops and events, the number of *Mehmoonaks*, and the increase in requests for information and assistance.

Milestones and Timelines:

The Demystifying Democracy workshops and Public Service Fellowship program are ongoing activities that NIAC seeks to increase from current levels in order to gain greater reach, frequency and penetration into the community. Over the next two years, NIAC will maintain a sustainable level of activity in these programs, with the knowledge that an effective mobilization effort can build upon the tools already given to past participants. Voter registration goals will be set to exceed previous efforts, and NIAC fully intends to expand its *Mehmoonak* program to continue the process of Iranian Americans communicating directly with their elected officials.

Ultimately, the most significant milestone of this project will be reached when there is a noticeable shift in the nature and levels of the Iranian-American community's civic participation. Whereas currently most of the community's involvement operates from the top-down (with a group like NIAC coordinating, facilitating and arranging for individuals to take action), a truly effective civic participation program will transition toward a bottom-up approach, wherein individuals will take the initiative to become active, join together with likeminded Iranian Americans, and create a groundswell of activity on a particular issue. This approach is more effective, utilizing the passions and energy of groups of supporters, and organically reflecting the views of the Iranian-American community.

What specific criteria will you use to measure the success of the project 1-3 years from now?

Success will be represented by increased levels of engagement, including successful voter registration and participation on NIAC action alerts, in-district meetings with elected officials, letter-writing campaigns, and other activities, and the realization of the intended impact of those efforts.

Success will also be determined by whether our efforts are taking hold in the community as measured by the number of requests we have for information, assistance, *Mehmoonaks*, trainings and other support. Increasing numbers of requests demonstrate that our efforts have successfully planted the seeds of civic participation in the community and these efforts are beginning to bear fruit.

Additionally, success will be measured by the academic quality of the students pursuing Fellowships and in the quality of the Fellowship opportunities they are able to obtain – high profile Hill offices, visible roles in leading government agencies, etc.

7

How does this project leverage innovative, entrepreneurial, technological, and creative strategies?

The project builds on NIAC's proven grassroots strength, which has been the backbone of our growth and support since inception. By taking the approach that the community "owns" NIAC, and thus should invest in it, nurture it and add value, we are leveraging the skills that are resident in the community. By encouraging the development of strong local networks, we are encouraging innovation and an entrepreneurial approach to meet the needs and conditions present in each community.

Likewise, with the student networks, we are leveraging the full creative potential of students to establish these networks, and to become engaged with NIAC through their fellowships and connections to the larger movement we are seeking to create.

Additionally, each and every aspect of this project will depend on NIAC's ability to use technology appropriately and creatively to reach, inform, engage and mobilize the largest possible audience. NIAC's ever increasing email distribution list, Facebook, Twitter, and other online tools allow us to reach more individuals at one time than ever before.

Please describe a financial model that pays for this project over its lifetime.

Over the past eight years, NIAC has utilized a proven sustainable model where our annual budget comes from a combination of member dues and donations from supporters, plus foundation grants. This model has provided growth in our annual budget each year – from less than $80,000 in 2002 to over $1 million today.

Currently standing at nearly 4,000 paid members and 35,000 active supporters nationwide, our grassroots network provides 70% of our annual budget with the average donation amount ranging between $112 -$160 per person. As our nationwide grassroots network continues to grow, available resources will grow along with it and support the expansion of our activities across the board. We supplement member support with grants from some of the country's largest and most prominent foundations, making up the other 30% of our annual budget.

For this project we will apply this same grassroots fundraising formula that has allowed us to grow, and will seek grants from an expanded list of foundation targets.

Describe the benefits of the project to the Iranian and Persian language speaking community. How is the project inclusive of Iranians of all religions and ethnicities? Does it brighten the image of the Iranian-American community?

All Iranian Americans, regardless of age, ethnicity, religion or other background, benefit from having a voice and representation in Washington. Even more importantly, Iranian Americans will benefit from being able to represent themselves. Many of the problems that plague the Iranian-American community -- discrimination, mistrust, misunderstanding -- are fundamentally problems of inadequate participation. Getting at the roots of those challenges requires an effective voice in the public sphere capable of standing up to defend the rights and dignity of the community, regardless of religion, ethnicity, or any other characteristic.

8

PARSA 0003366

Becoming more involved in American civic life is a prerequisite for the Iranian-American community achieving its full potential. No community can tell its own story, determine its own image and shape its own future without first becoming active in the larger fabric of American life. For Iranian Americans, we know that this is the single greatest challenge we have faced for years. Our community's involvement in civic life must grow and develop -- either the current generation becomes active now, or it will fall to our children's generation to do it for us. Either way, the longer we wait to tackle the big problems, the more ingrained and unmanageable those problems become.

Regardless of religion, ethnicity, or political persuasion, Iranian-American engagement in American civic life benefits our community. Having the capacity to accurately and effectively represent our own viewpoints and tell our own story will brighten the image of the Iranian-American community across the board. In particular, as individuals become more active, they will break down the myths and misperceptions among the American public that have festered for decades. Civic engagement, especially voter registration, empowers the Iranian-American community with the tools needed to control its own future and manage its own internal affairs.

What are three significant collaborators, peer organizations advisors and third parties you will be working with to increase the impact of the project and obtain better results?

Iranian American Bar Association (IABA): NIAC and IABA have teamed up to help protect the civil rights of Iranian Americans in the past. By maintaining a constant channel of communication, NIAC and IABA are well positioned to collaborate and maximize the impact of this project.

Network of Iranian American Professionals of Orange County (NIPOC): NIPOC and NIAC have a history of good relations and shared collaborations going back to 2002. The organizations started off co-organizing workshops, and the relationship has since grown to where we now have common board members. NIAC has helped publicize NIPOC events and the two organizations are currently working together to produce a summit of Iranian-American organizations, due to take place in Orange County in September 2010, as well as a civic participation workshop in Southern California in the fall. This type of collaboration will continue to expand under the current proposed program.

Iranian Alliance Across Borders (IAAB): NIAC and IAAB have teamed up in the past to promote Camp Ayandeh as a valuable opportunity for Iranian-American youth. Some Camp Ayandeh students have been involved in NIAC's work for years, and NIAC supporters (and even former employees) have become active in IAAB's important work as well. Given the strong emphasis on targeting the next generation of Iranian American leaders in this project, NIAC's partnership with IAAB is especially pertinent and productive.

9

PARSA 0003367