# EXHIBIT P



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

tkapshandy@sidley.com
(312) 853 7643

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

May 16, 2011

**VIA EMAIL & U.S. MAIL**

Mr. Adrian Nelson
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852

Re: Trita Parsi v. Hassan Daioleslam

Dear Adrian:

Further to our email exchange of May 9 regarding an attempt to meet and confer about outstanding discovery issues after Dr. Parsi's deposition May 11, please allow this letter to serve as our summary of the outstanding issues per the Court's March 29 order.

Membership Lists: Most of the missing information relates to the membership lists (Para. 6 of Court's March 29 Order). NIAC did provide on April 22 a decoded list of the meeting notes produced on February 15, 2011 (originally created December 16, 2011). We have not received, however, the same conversions for the five membership lists produced March 2. It would appear that the conversion NIAC provided was unique to the meeting notes list as both the original list and the decoded list contained 17,220 entries. Below is an excerpt of the decoded list:

| Activity ID | Account Owner | Created By | Last Modified By | Company / Account |
|---|---|---|---|---|
| 00T30000005Z90q | | Behnaz Former-Hadji | Behnaz Former-Hadji | |
| 00T30000006DO6s | Trita Former-Parsi | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Family: Parsi-Trita |
| 00T30000006DPDW | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Dokhi Former-Fassihian | New York Sun |
| 00T30000006DPDX | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Dokhi Former-Fassihian | New York Sun |
| 00T30000006DR6c | Sara Shokravi | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Radio Farda |
| 00T30000006DSv2 | Trita Former-Parsi | Dokhi Former- | Dokhi Former- | Family: Fassihian- |

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Mr. Adrian Nelson
May 16, 2011
Page 2

| | | Fassihian | Fassihian | Dokhi |
|---|---|---|---|---|
| 00T30000006DUSF | Trita Former-Parsi | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Family: Murphy-Sean |
| 00T30000006DaW0 | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Senator Barbara Mikulski |
| 00T30000006EnAB | Trita Former-Parsi | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Family: Sohrabi-Reza |
| 00T30000006EwBm | Trita Former-Parsi | Dokhi Former-Fassihian | Dokhi Former-Fassihian | Family: Fassihian-Dokhi |

With this in hand, it was a pretty simple matter for us to merge the two versions of the meeting notes so that we could read the coded fields for each entry. Although we attempted to used the codes to convert the other five member lists, that does not work as the conversion is different for each list. Please provide the conversions for the five member lists produced March 2 in the same manner as you did with the meeting notes on May 22.

Dr. Parsi testified about two new member lists that have not been produced: "Former Members" and "Active Supporters" (43,000+ as of December 2010). He claimed that these were not produced as Defendant only asked for "paid membership" lists. (Parsi Dep., Vol. III, p. 72). As you know, Defendant's request for membership information was not so limited. Please produce all of these lists as soon as possible.

<u>NIAC's Shared Drive/Server</u>: Per the Court's March 29 Order (Para. 5), NIAC was to produce its shared drive/server for imaging. Rather than produce the OLD server onto which pst files were placed for review and production in May 2009, NIAC chose to produce a NEW server NIAC had Progression Office install in December 2009 and onto which files were migrated from the old server. As NIAC well knows, the migration does not transferred deleted files from the old device and thus evades the purpose of the imaging. Defendant requests that the OLD server in use in May of 2009 be immediately produced for imaging.

<u>Talebi Emails</u>: At his previous deposition, Dr. Parsi undertook to provide the identify of the CPU/PC/server/database where the Talebi emails were located. He was still not able to answer questions about that at his May 11 deposition, and again undertook to provide that information (by device serial number). Please provide this in advance of the next status conference.

<u>Legal Bills</u>: Defendant has repeatedly asked for these to be produced given that they are claimed as damages and are listed on all of Plaintiffs' Rule 26 disclosures. Please produce these by the hearing or withdraw them as claimed damages.





Privilege Claims: Defendant objects to Plaintiffs' claims of privileges regarding the lobbying documents on its privilege log. To date, Plaintiffs have produced no advice that their conduct was in compliance with relevant lobbying laws. If plaintiffs intend to maintain that that their conduct was in compliance with all lobbying laws, then ALL such advice (not just advice confirming NIAC's position) are subject to discovery. If Plaintiffs will stipulate that they had no legal advice confirming that they were in compliance with all lobbying laws then perhaps we can dispense with Court involvement on this issue.

Items from Parsi's May 11 Deposition: There were several new items from Dr. Parsi's deposition requiring follow-up:

(1) He refused to answer whether he had sought any legal advice as to whether it was permissible for him to meet with current Iranian government officials. The fact, not the content, of any such communications is not privileged.

(2) He testified that his invitations to the Pugwash meetings were in writing. None have been produced so he undertook to look for such. Please confirm that NIAC will look for these in emails and other documents using word searches such as "Pugwash", "Paolo" and "Ramusini."

(3) Parsi undertook to locate the membership renewal information for Reza Shirazi. Shirazi had not renewed his membership as of the date of the Salesforce member lists (May 2010) yet Dr. Parsi testified that Shirazi had renewed his membership. However, the Convio member list (March 2011) still reflected him as an expired member. Accordingly, please produce all documents showing that Shirazi has renewed his membership including when and at what level.

Please let me know if you are able to discuss these May 24 or 27. Thank you.

Sincerely,

Timothy E. Kapshandy

TEK:sgo
cc: A. Pishevar
P. Jensen
HL Rogers