# EXHIBIT R

# Trita Parsi

2144 California St, Apt. 701
Washington DC 20008
Tel: 202 797 0785
Email: tparsi@jhu.edu

PAGE 1

## Summary of Qualifications

- Third Secretary, Swedish Permanent Mission to the UN. Served in the Third Committee of the General Assembly.
- Commentator on Middle East affairs on BBC World News, CNN, MSNBC
- Several years of experience on Capitol Hill
- Founder and President of 501 (c)3 organization, raised over $450,000
- PhD from Johns Hopkins University under Prof. Francis Fukuyama (Sep 2005)

## Work Experience

**National Iranian American Council** — Washington, DC
**President, Founder** — January 2002 -
- Raised $450,000 and increased membership to 10,000 in less than one year.
- Organized fundraisers with members of Congress
- Received grants from the National Endowment for Democracy, Tides Foundation and the Open Society Institute
- Lectured on civic participation at Stanford, New York, New Jersey, Chicago, San Francisco, Atlanta and Los Angeles

**Chairman Robert Ney (R-OH), Part-time** — Washington, DC
**Foreign Policy Advisor** — November 2001 -
- Advised the Congressman on the Middle East, with a focus on US-Iran relations
- Authored speeches, press releases and statements for the Congressman

**PhD Candidate, Johns Hopkins University (SAIS)** — Washington, DC
- Frequent commentator on Middle Eastern affairs on BBC World News, CNN International, MSNBC, PBS, Voice of America and Swedish National Television
- Invited lecturer on US-Iran relations, Israeli-Iranian Relations and Iranian domestic politics at:

| | |
|---|---|
| Catholic University | April 2005 |
| CIRA | May 2005 |
| National Defense University | Dec 2004 |
| ISIS, Washington DC | May 2004 |
| Stanford University | Sep 2003 |

**Professor Charles Doran** — Washington, DC
**Teacher's Assistant, International Relations** — September 2003 -

**Kreab** — Stockholm, Sweden
**Strategy/Communications Consultant** — 2000

**Permanent Mission of Sweden to the UN** — New York
**Third Secretary (Diplomatic Internship)** — September 1998 - January 1999
- Assisted in drafting Human Rights resolutions on Iran, Iraq and Afghanistan.
- Assisted in the Security Council's handling of the conflicts in Afghanistan, Iraq, Tajikistan, and West Sahara.

EXHIBIT 106

# *Trita Parsi*

PAGE 2

| | |
|---|---|
| **Swedish Handelsbanken** | Stockholm, Sweden |
| Macro Economist | June - August 1998 |

## *Education*

| | |
|---|---|
| **Johns Hopkins School of Advanced International Studies (SAIS)** | Washington, DC |
| PhD in International Relations under Professor Francis Fukuyama | |
| Topic: Israeli-Iranian Relations 1969-2005 | Expected Oct. 2005 |
| | |
| **Stockholm School of Economics** | Stockholm, Sweden |
| Master's of Science in Economics | 2000 |
| Major in Trade and Macro Economics | |
| | |
| **Uppsala University** | Uppsala, Sweden |
| Master's of Science in Political Science | 2000 |
| Major in International Relations | |

## *Publications*

- The Need For Genuine Human Rights Activists, Payvand.Com, September 23, 2000.
- "Israeli-Iranian relations 1979-2005," *Encyclopedia Iranica,* Fascicle 6, volume XIII.
- "Israel-Iranian Relations Assessed: Strategic Competition form the Power Cycle Perspective," *Iranian Studies*, volume 38, number 2, June 2005.
- Europe's mendacity doomed Iran talks to failure, *Financial Times*, August 31, 2005.
- The Unwitting China-Iran Axis, *The Globalist*, August 10, 2005.
- Who Lost Iran? *Jerusalem Post*, July 28, 2005.
- Iran Policy - Is Turkey the model? *The Globalist*, July 18, 2005.
- Iranian Public Opinion and Tehran's Nuclear Program, *Tharwa Project*, April 4, 2005.
- America's Failure May Lie in Its Own Success, *Bitterlemons.org*, March 17, 2005.
- Reconnecting Iran with Democracy, *Financial Times*, January 3, 2005.
- Wither the Persian-Jewish alliance? *Bitterlemons.org*, December 16, 2004.
- Victorious Bush has rare chance to bring Tehran in from the cold, *Daily Star*, November 5, 2004

## *Language and Computer skills*

English, Swedish, Persian, French (Conversant)
Windows XP, Office XP, SPSS, Eviews, MacOS

## *Scholarships and Awards*

- Bradley Fellow
- Swedish-America Foundation grant
- Nobel laureate Bertil Ohlin's award for outstanding paper in International Economics
- SIDA's scholarship for Diplomatic internship at the UN
- John Kallenberg's scholarship
- Houtan Foundation Scholarship
- Helge Ax:son Johnson's scholarship