# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN<br><br>Defendant. | Civil No. 08 CV 00705 (JDB) |

## [PROPOSED] ORDER

     The Court, Hon John D. Bates, judge of the U.S.D.C. for the District of Columbia presiding, having reviewed the papers of moving party Kenneth R. Timmerman in support of his motion for an order quashing subpoena, or in the alternative, for a protective order, as well as the papers of the plaintiffs in opposition to the motion, and after oral argument, hereby rules and adjudges as follows:

     The plaintiffs, having failed to concurrently tender fees or mileage expenses to Mr. Timmerman at the time of service of their subpoena on him in violation of FRCP Rule 45, and further, having violated the court's discovery order requiring plaintiffs' to take Timmerman's deposition no later than May 13, 2011, thereby rendering plaintiffs' subpoena jurisdictionally defective and void.

     Therefore, an order issues prohibiting plaintiffs from taking the deposition of Kenneth R. Timmerman and also from compelling him to produce records in this cause.

///

-1-



**IT IS SO ORDERED.**

DATED:

                                      By: _____
                                              Hon. John D. Bates
                                              District Court Judge
                                              of United States District Court
                                              *for the* District of Columbia