# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL :

IRANIAN AMERICAN COUNCIL :

        Plaintiffs :

v.                     :   Civil No.:

DAIOLESLAM SEID HASSAN, :   08 CV 00705 (JDB)

        Defendant :   Page 1 - 243

VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 10:01 a.m. before Leslie A. Todd, Registered Professional Court Reporter and Notary Public, in and for the District of Columbia.

TransPerfect Legal Solutions
212-400-8845 - depo@transperfect.com

Page 2

1   On behalf of the Plaintiffs:

2       A. P. PISHEVAR, ESQUIRE
        Pishevar & Associates, P.C.
3       Jefferson Plaza, Suite 316
        600 East Jefferson Street
4       Rockville, Maryland 20852
        (301) 279-8773
5       ap@pishevarlegal.com

6
    On behalf of the Defendant:
7
        TIMOTHY E. KAPSHANDY, ESQUIRE
8       THOMAS E. ROSS, ESQUIRE
        ERIC GALVEZ, ESQUIRE
9       TASHA MANORANJAN, ESQUIRE
        Sidley Austin, LLP
10      1501 K Street, Northwest
        Washington, D.C. 20005
11      (202) 736-8374
        tim.kapshandy@sidley.com
12

13  Also present:

14      DAIOLESLAM SEID HASSAN
        DANIEL HOLMSTOCK (Videographer)
15

16

17

18

19

20

21

22

```
13:36:36   1    and Iran; that the human rights issue in Iran is not
13:36:41   2    neglected directed by the outside world; and that
13:36:44   3    the Iranian-American community has an ability to --
13:36:46   4    to be relevant in these decisions.
13:36:47   5         Q    Have you ever told the members of NIAC or
13:36:51   6    the Iranian-American community about your meetings
13:36:54   7    with these Iranian governmental officials and what
13:36:57   8    you have discussed with them?
13:36:59   9         A    There has been numerous occasions on which
13:37:02  10    members have asked me, and I tell them because as a
13:37:05  11    result of being able to go to these meetings, I have
13:37:08  12    a better understanding of what actually is taking
13:37:10  13    place.  They rely on me on an analysis of what the
13:37:14  14    situation is, which direction the different
13:37:16  15    governments are moving in, and particularly the most
13:37:18  16    common question is, Has the risk of war reduced?
13:37:21  17         Q    Well, you understand under the United
13:37:25  18    States Constitution that authority to enter into
13:37:29  19    international negotiations is vested solely in the
13:37:33  20    Executive Branch, right?
13:37:33  21              MR. PISHEVAR:  Objection.  This is not an
13:37:35  22    appropriate question.
```

Page 163

```
13:37:35  1              THE WITNESS:  This is not a negotiation.  I
13:37:37  2   think you --
13:37:37  3              MR. PISHEVAR:  Don't -- don't respond,
13:37:39  4   please.
13:37:39  5   BY MR. KAPSHANDY:
13:37:40  6       Q    Do you understand that?  I know you are
13:37:42  7   not a U.S. citizen and this is very humorous, but my
13:37:46  8   question for you is --
13:37:47  9              MR. PISHEVAR:  Objection.  Counsel, please.
13:37:47 10   BY MR. KAPSHANDY:
13:37:48 11       Q    -- do you understand that it's the
13:37:50 12   Executive Branch's sole authority, not even the
13:37:53 13   Legislative Branch, to have negotiations and
13:37:54 14   communications with members of foreign governments?
13:37:58 15       A    Do you know what a Track II meeting is?
13:38:00 16       Q    Do you understand the question, first of
13:38:02 17   all?
13:38:02 18       A    I asked your question.  Your question is
13:38:04 19   completely irrelevant.  This is a Track II meeting.
13:38:07 20   There is no negotiation taking place.
13:38:09 21       Q    Do you understand the question?
13:38:10 22       A    I do understand the question.  I'm
```

Page 164

```
13:38:11   1   answering you, there is no negotiation --
13:38:11   2       Q    Do you understand --
13:38:13   3       A    -- taking place here.
13:38:13   4       Q    Do you know what the Logan Act is?
13:38:15   5       A    The Logan Act, no, I don't think so.
13:38:16   6            MR. PISHEVAR:  Objection.
13:38:16   7   BY MR. KAPSHANDY:
13:38:17   8       Q    You are not aware that there is federal
13:38:21   9   legislation that prohibits --
13:38:21  10            MR. PISHEVAR:  Same objection.
13:38:21  11   BY MR. KAPSHANDY:
13:38:22  12       Q    -- private citizens from meeting with
13:38:24  13   foreign governmental officials?
13:38:26  14            MR. PISHEVAR:  Objection.  This is not an
13:38:28  15   expert on legal analysis or --
13:38:28  16            THE WITNESS:  No.
13:38:29  17   BY MR. KAPSHANDY:
13:38:29  18       Q    So you never sought any legal advise as to
13:38:32  19   whether it is prohibited or not --
13:38:33  20            MR. PISHEVAR:  Objection.  Privileged and
13:38:35  21   confidential.
13:38:35  22
```

```
                                                          Page 165
13:38:35   1    BY MR. KAPSHANDY:
13:38:36   2         Q    -- to meet with foreign governmental
13:38:37   3    officials --
13:38:37   4              MR. PISHEVAR:  Inappropriate question.
13:38:37   5    BY MR. KAPSHANDY:
13:38:37   6         Q    -- to discuss international --
13:38:38   7              MR. PISHEVAR:  Don't answer that.
13:38:38   8    BY MR. KAPSHANDY:
13:38:40   9         Q    -- relations?
13:38:40  10              MR. PISHEVAR:  Objection.  Don't answer
13:38:42  11    that.
13:38:42  12    BY MR. KAPSHANDY:
13:38:45  13         Q    Can you -- have you ever sought legal
13:38:45  14    advice --
13:38:45  15              MR. PISHEVAR:  Objection.
13:38:45  16    BY MR. KAPSHANDY:
13:38:46  17         Q    -- on whether that's permissible?
13:38:48  18              MR. PISHEVAR:  Don't answer that.  Next
13:38:53  19    question.
13:38:53  20    BY MR. KAPSHANDY:
13:38:54  21         Q    Can you answer the question?
13:38:55  22              MR. PISHEVAR:  No.  He's -- I'm instructing
```

Page 166

| | | |
|---|---|---|
| 13:38:56 | 1 | him not to answer that. |
| 13:38:58 | 2 | MR. KAPSHANDY: On what basis? |
| 13:38:59 | 3 | MR. PISHEVAR: It's -- you are asking him |
| 13:39:00 | 4 | about legal advice that is privileged and |
| 13:39:02 | 5 | confidential. |
| 13:39:02 | 6 | MR. KAPSHANDY: I'm asking him if he simply |
| 13:39:04 | 7 | sought the advice. |
| 13:39:04 | 8 | BY MR. KAPSHANDY: |
| 13:39:05 | 9 | Q    Without stating exactly what the advice |
| 13:39:07 | 10 | is, have you ever sought advice as to whether it |
| 13:39:07 | 11 | is -- |
| 13:39:07 | 12 | MR. PISHEVAR: Objection. |
| 13:39:07 | 13 | BY MR. KAPSHANDY: |
| 13:39:11 | 14 | Q    -- permissible for a private citizen to |
| 13:39:11 | 15 | have communications with foreign governmental |
| 13:39:13 | 16 | officials? |
| 13:39:13 | 17 | MR. PISHEVAR: It's irrelevant. It's |
| 13:39:15 | 18 | privileged. |
| 13:39:16 | 19 | Don't answer that. |
| 13:39:16 | 20 | MR. KAPSHANDY: Are you instructing him not |
| 13:39:18 | 21 | to answer? |
| 13:39:19 | 22 | MR. PISHEVAR: Call the Judge -- we can |

Page 167

```
13:39:20   1   call the Judge right now and see if you can ask that
13:39:22   2   question or not.
13:39:23   3              MR. KAPSHANDY:  That's fine.  Let's go off
13:39:25   4   the record.
13:39:26   5              THE VIDEOGRAPHER:  The time is 1:39 p.m.
13:39:30   6   We're going off the record.
13:39:30   7              (Recess.)
14:03:01   8              THE VIDEOGRAPHER:  The time is 2:02 p.m.
14:03:03   9   and we're back on the record.
14:03:05  10   BY MR. KAPSHANDY:
14:03:08  11       Q    Okay.  Dr. Parsi, with agreement of
14:03:11  12   counsel, we'll raise that issue later with the Court
14:03:14  13   since we can't track the Judge down right now.
14:03:18  14              But one other question with regard to the
14:03:22  15   Logan Act.  Have you ever heard of the Logan Act?
14:03:26  16       A    I can't recall right now, no.
14:03:27  17       Q    Let me hand you a document what we'll mark
14:03:31  18   as your deposition Exhibit 122, which is a summary
14:03:34  19   of Capitol Hill meetings prepared in 2006 by
14:03:39  20   Shervin Boloorian.  Ask you have you ever seen this
14:03:44  21   before?
14:04:03  22              MR. PISHEVAR:  Is there an exhibit number
```

```
 1                CERTIFICATE OF NOTARY PUBLIC
 2            I, LESLIE A. TODD, the officer before whom
 3    the foregoing deposition was taken, do hereby certify
 4    that the witness whose testimony appears in the
 5    foregoing deposition was duly sworn by me; that the
 6    testimony of said witness was taken by me in stenotypy
 7    and thereafter reduced to typewriting under my
 8    direction; that said deposition is a true record of the
 9    testimony given by said witness; that I am neither
10    counsel for, related to, nor employed by any of the
11    parties to the action in which this deposition was
12    taken; and, further, that I am not a relative or
13    employee of any counsel or attorney employed by the
14    parties hereto, nor financially or otherwise
15    interested in the outcome of this action.
16
17    Dated this ____ day of _____ 2011.
18
19                              _____
                                LESLIE A. TODD
20                              Notary Public in and for the
                                District of Columbia
21
22    My commission expires:
```

TransPerfect Legal Solutions
212-400-8845 - depo@transperfect.com