# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------

TRITA PARSI and NATIONAL IRANIAN AMERICAN
COUNCIL,

       Plaintiffs,

       vs.      No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

       Defendant.

-------------------------------------------------

DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010

Reported by:
Jeremy Frank, MPM
JOB NO. 4506

```
 1
 2                    October 29th, 2010
 3                         2:14 p.m.
 4
 5        Deposition of PATRICK DISNEY, held at
 6   the offices of Sidley Austin, LLP, 787 7th
 7   Avenue, New York, New York, pursuant to Notice
 8   and Agreement, before Jeremy Frank, a Notary
 9   Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S:
 3
 4        PISHEVAR & ASSOCIATES, P.C.
 5        Attorneys for Plaintiffs
 6             Jefferson Plaza, Suite 316
 7             600 East Jefferson Street
 8             Rockville, MD 20852
 9        BY:  ADRIAN V. NELSON, II, ESQ.
10             A.P. PISHEVAR, ESQ.
11             PATRICK PARSA, ESQ.
12
13        SIDLEY AUSTIN LLP
14        Attorneys for Defendant
15             1501 K Street, N.W.
16             Washington DC 20005
17        BY:  PETER G. JENSEN, ESQ.
18             JOSH FOUGERE, ESQ.
19
20        ALSO PRESENT:
21             AYDALINE GARCIA, videographer
22
23
24
25
```

```
 1
 2         IT IS HEREBY STIPULATED AND AGREED, by
 3   and between counsel for the respective
 4   parties hereto, that the filing, sealing and
 5   certification of the within deposition shall
 6   be and the same are hereby waived;
 7         IT IS FURTHER STIPULATED AND AGREED
 8   that all objections, except as to the form
 9   of the question, shall be reserved to the
10   time of the trial;
11         IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed
13   before any Notary Public with the same force
14   and effect as if signed and sworn to before
15   the Court.
16
17
18
19
20
21
22
23
24
25
```

```
 1                    Disney
 2   categorized as education and I had other
 3   activities that I categorized as advocacy and
 4   other activities that I categorized as
 5   lobbying.
 6        Q.    What was your basis for getting to
 7   that categorization?
 8        A.    We had in our office we had over
 9   quite a long period of time we gathered as
10   much information as we could about the
11   relevant definitions of these activities as
12   well as the relevant legal regulations that
13   govern those activities.
14        Q.    Whose gathering those?
15        A.    A number of people in NIAC worked
16   on gathering the information for this
17   question.  To the extent we also approached
18   legal experts around town in D.C. for their
19   interpretations.
20        Q.    Who at NIAC specifically was
21   involved with that, those efforts and which
22   legal experts did you consult?
23        A.    Specifically I know I was involved
24   in researching this issue, I know my
25   colleagues David Elliott and Trita Parsi were
```

Page 163

1                       Disney
2        A.    My conclusion was based on this
3   interpretation of the term, which again was I
4   believe inaccurate.
5        Q.    You believe that now?
6        A.    I believe that now, not at the
7   time, obviously it was a mistaken legal
8   conclusion.
9        Q.    Right.
10             But at the time you felt that the
11  legal conclusion was that you needed to
12  register with the clerk of The house and The
13  Senate as a lobbyist?
14             MR. NELSON:   Objection, that is not
15      his testimony.
16       A.    At no time did I presume to have
17  the definitive answer, but based on my
18  research based on my limited understanding of
19  the legal principles, my interpretation of it
20  was that at that time was that our activities
21  exceeded the threshold beyond which we as
22  individuals would have to register as lobbyist
23  under LDA.
24       Q.    You as individuals to the best of
25  your knowledge at the time were not

```
1                    Disney
2            MR. NELSON:  A little farther
3       please, thanks.
4       Q.    Do you recognize that document?
5       A.    I do.
6       Q.    What is that document?
7       A.    It is a copy of a Washington Times
8   article by Eli Lake about NIAC's activities.
9       Q.    Will you flip over to page 4, 4 of
10  10.  The first complete, the third complete
11  paragraph starting with, when reached
12  Thursday.
13            "When reached Thursday for the
14  story Mr. Disney said you were using an e-mail
15  from very early in my time at NIAC to
16  demonstrate that the organization is not
17  following the rules.  When I wrote the e-mail
18  in question, I was a 22-year old with no legal
19  education, but was asked to research and give
20  an opinion about a complex legal matter.  The
21  opinion I expressed in the e-mail was
22  erroneous and has since been clarified by the
23  legal professionals who have found NIAC is in
24  full compliance with the law.  The practice of
25  using out of context and partial e-mails is
```

Page 247

1         Disney

2         C E R T I F I C A T E

3    STATE OF NEW YORK    )

4                         : ss.

5    COUNTY OF NEW YORK   )

6

7        I, Jeremy Frank, a Notary Public within

8    and for the State of New York, do hereby

9    certify:

10       That PATRICK DISNEY, the witness whose

11   deposition is hereinbefore set forth, was duly

12   sworn by me and that such deposition is a true

13   record of the testimony given by the witness.

14       I further certify that I am not related

15   to any of the parties to this action by blood

16   or marriage, and that I am in no way

17   interested in the outcome of this matter.

18       IN WITNESS WHEREOF, I have hereby

19   set my hand on the 1st day of November, 2010.

20

21                    _____

22                    JEREMY FRANK, MPM

23

24

25

212-400-8845  -  Depo@TransPerfect.com