# EXHIBIT C

| From: | Patrick Disney <PDisney@niacouncil.org> |
|---|---|
| Sent: | Wednesday, July 23, 2008 2:55 PM (GMT) |
| To: | 'eblout@niacouncil.org' |
| Subject: | LDA Guidance |
| Attach: | Lobbying Disclosure Act Guidance.docx |

My analysis is in brackets, bolded and underlined.

-p

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Fax: 202.386.6409
Email: PDisney@niacouncil.org
Web: www.niacouncil.org



**Lobbying Disclosure Act Guidance**

**Sources:**
- Clerk of the House of Representatives' Guide to Lobbying Disclosure Requirements: http://lobbyingdisclosure.house.gov/amended_lda_guide.html
- Legal Analysis from Lichtman, Trister, and Ross, PLLC: http://www.afj.org/assets/resources/nap/recent-congressional-lobbying-and-ethics-reform-memo.pdf

------------------------------------------------------------------------------------------------------------

*Section 3 - Definitions*
*Lobbying Contact:*
> *Any oral, written or electronic communication to a covered official that is made on behalf of a client with regard to the enumerated subjects at 2 U.S.C. §1602(8)(A). Note the exceptions to the definition at 2 U.S.C. §1602(8)(B).*

*Lobbying Activities:*
> *Lobbying contacts and any efforts in support of such contacts, including preparation or planning activities, research and other background work that is intended, at the time of its preparation, for use in contacts and coordination with the lobbying activities of others.*

*Lobbyist:*
> *Any individual (1) who is either employed or retained by a client for financial or other compensation (2) whose services include more than one lobbying contact; and (3) whose lobbying activities constitute 20 percent or more of his or her services' time on behalf of that client during any three-month period.*

**{"Lobbying" means any efforts in support of influencing legislation, including preparation or planning activities, research and other background work that is intended to be used for influencing legislation.  If work such as reporting or monitoring occurs at a time when future lobbying contacts are contemplated, such activities are included as "lobbying activity."**

**Under this expansive view of "lobbying," I find it hard to believe Emily and I devote less than 20% of our time to lobbying activity.   I believe we fall under this definition of "lobbyist."}**

*Section 4 - Lobbying Registration*

**Who Must Register and When**

*Organizations employing in-house lobbyists file a single registration. An organization is exempt from registration if its total expenses for lobbying activities do not exceed and are not expected to exceed $10,000 during a quarterly period.*

<u>{NIAC must register as a lobbying firm if we meet the threshold of $10,000 in lobbying expenses.}</u>

**Relationship Between 20% of Time and Monetary Threshold**

*If the definition of "lobbyist" is satisfied with respect to at least one individual for a particular client, the potential registrant (either a lobbying firm or an organization employing the lobbyist, or a self-employed individual lobbyist) is not required to register if it does not meet the monetary thresholds of Section 4(a)(3)(A)(i), in the case of a "lobbying firm," or of Section 4(a)(3)(A)(ii), in the case of an organization employing in house lobbyists. Note that the monetary exemption is computed based on the lobbying activities of the potential registrant as a whole for the particular client in question, not simply on the lobbying activities of those individuals who are "lobbyists."*

<u>{Even though Emily and I are classified as "lobbyists" under this definition, if NIAC does not meet the $10,000 threshold, we do not have to register as a lobbying firm.}</u>

*Section 12 - Penalties*

*Whoever knowingly fails: (1) to correct a defective filing within 60 days after notice of such a defect by the Secretary of the Senate or the Clerk of the House; or (2) to comply with any other provision of the Act, may be subject to a civil fine of not more than $200,000, and whoever knowingly and corruptly fails to comply with any provision of this Act may be imprisoned for not more than 5 years or fined under title 18, United States Code, or both.*

<u>{Penalties for violating lobbying disclosure requirements cannot exceed 5 years in prison or a fine of $200,000, or both.}</u>

5:00 PM

03/18/10

# N.I.A.C.
## Payroll Summary
### January through December 2008

|  | TOTAL<br>Jan - Dec 08 |
|---|---|
| **Employee Wages, Taxes and Adjustments** |  |
| Gross Pay |  |
| Salary | 256,762.07 |
| **Total Gross Pay** | 256,762.07 |
| **Adjusted Gross Pay** | 256,762.07 |
| Taxes Withheld |  |
| Federal Withholding | -28,548.01 |
| Medicare Employee | -3,723.06 |
| Social Security Employee | -15,919.25 |
| MD - Withholding | -120.34 |
| **Total Taxes Withheld** | -48,310.66 |
| Deductions from Net Pay |  |
| DC Withholding | -8,074.69 |
| Health Insurance Premium | -4,146.00 |
| Virginia Withholding | -3,411.00 |
| **Total Deductions from Net Pay** | -15,631.69 |
| **Net Pay** | 192,819.72 |
| Employer Taxes and Contributions |  |
| Federal Unemployment | 323.84 |
| Medicare Company | 3,723.06 |
| Social Security Company | 15,919.25 |
| MD - Unemployment Company | 0.00 |
| **Total Employer Taxes and Contributions** | 19,966.15 |