# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, | ) |
| | ) |
| and | ) |
| | ) |
| NATIONAL IRANIAN AMERICAN COUNCIL | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| DAIOLESLAM SEID HASSAN | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFFS' PRIVILEGE LOG

Pursuant to the discovery Order issued on March 29, 2011, and Fed. R. Civ. P. 26 and 34,

Plaintiffs hereby provide the instant Privilege Log and states as follows:

| Document Date | Document Type | Subject | Author(s) | Intended Recipient(s) | Actual Recipient(s) | Privilege |
|---|---|---|---|---|---|---|
| 02-04-2010 | Memo | Classification of activities and expenditures under the LDA and IRC | Carol Laham, Esq. Robert Benton, Esq. | NIAC | T. Parsi K. Cowl | Attorney-Client |
| Undated | Memo | Lawsuit and covered lobbying activities | David Elliot | Raffa Consulting Afshin Pishevar Patrick Parsa | Raffa Consulting Afshin Pishevar Patrick Parsa | Attorney-Client |
| Undated | Memo | Lobbying Disclosure Act as of 1/1/2009 | Wiley Rein, LLP | NIAC | NIAC | Attorney-Client |
| 01-17, 18-2010 | Email | NIAC legal memo | T. Parsi | Dennis Shine, Frank Smith, Thomas Raffa, K. Cowl, A.P. Pishevar, P. Parsa | Dennis Shine, Frank Smith, Thomas Raffa, K. Cowl, A.P. Pishevar, P. Parsa | Attorney-Client |

| Document Date | Document Type | Subject | Author(s) | Intended Recipient(s) | Actual Recipient(s) | Privilege |
|---|---|---|---|---|---|---|
| 01-18, 19, 21-2010 | Email | NIAC legal memo | Thomas Raffa | Dennis Shine, Frank Smith, K. Cowl, A.P. Pishevar, P. Parsa | Dennis Shine, Frank Smith, K. Cowl, A.P. Pishevar, P. Parsa | Attorney-Client |
| 01-19, 20, 22-2010 | Email | NIAC legal memo | K. Cowl | Dennis Shine, Frank Smith, Thomas Raffa, A.P. Pishevar, P. Parsa | Dennis Shine, Frank Smith, Thomas Raffa, A.P. Pishevar, P. Parsa | Attorney-Client |
| 01-08-2010 | Email | NIAC legal memo/ Meeting | K. Cowl | Robert Benton, Esq., | Robert Benton, Esq., T. Parsi, Dennis Shine, Frank Smith, Josephine Agee | Attorney-Client |
| 01-22-2010 | Email | NIAC legal memo | Robert Benton, Esq. | Dennis Shine, Frank Smith, Thomas Raffa, A.P. Pishevar, P. Parsa, Carol Laham, Esq. | Dennis Shine, Frank Smith, Thomas Raffa, A.P. Pishevar, P. Parsa, Carol Laham, Es. | Attorney-Client |

Plaintiffs reserve their right to modify and/or amend this Privilege Log to assert any new, different or additional privilege(s) that it may deem applicable and appropriate at anytime as this litigation proceeds.

Dated:  April 6, 2011

Respectfully submitted,

_____/S/_____

Afshin Pishevar, Esq.
Adrian V. Nelson, II, Esq.
*Pishevar & Associates, P.C.*
600 E. Jefferson Street, Suite 316
Rockville, Maryland 20852
301.279.8773/301.279.7347 Fax

-- 2 --