# EXHIBIT F

# TRITA PARSI

## WELCOME TO TRITAPARSI.COM

## TRITA PARSI'S PERSONAL PAGE

Dr. Trita Parsi is the author of **Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007)**, recipient of the Council on Foreign Relation's 2008 Arthur Ross Silver Medallion and the 2010 Grawemeyer Award for Ideas Improving World Order.

He wrote his Doctoral thesis on Israeli-Iranian relations under Professor Francis Fukuyama (and Drs. Zbigniew Brzezinski, R. K. Ramazani, Jakub Grygiel, Charles Doran) at Johns Hopkins University School of Advanced International Studies while heading the largest Iranian-American organization in the US, the National Iranian American Council (NIAC).



## TRITA PARSI WINS GRAWEMEYER AWARD FOR IDEAS IMPROVING WORLD ORDER

Trita Parsi has won the prestigious 2010 Grawemeyer Award for Ideas Improving World Order for his 2007 book, Treacherous Alliance – The Secret Dealings of Israel, Iran and the US.

The award, which carries a prize of $200,000, is presented annually. Previous recipients of the award include Mikhail Gorbatjov, the former leader of the Soviet Union, the late Harvard Professor Samuel Huntington, former Australian Foreign Minister Gareth Evans, and renowned political scientist Robert Jervis.

Rodger Payne, a political science professor at the University of Louisville who administers the awards, said the judges thought the potential for conflict in the Middle East was one of the largest threats to world order and that Parsi's book "addressed this problem very effectively."

Zbigniew Brzezinski, national security adviser to former President Jimmy Carter, helped supervise Parsi's PhD dissertation at Johns Hopkins University SAIS, on which the book is based on.

"I felt that it was an insightful and well-researched effort, of high intellectual caliber," Brzezinski told the Courier Journal of Louisville.

## TREACHEROUS ALLIANCE AWARDED COUNCIL ON FOREIGN RELATION'S ARTHUR ROSS SILVER MEDALLION

"Treacherous Alliance – The Secret Dealings of Israel, Iran and the US" has been awarded the silver medal in the Council on Foreign Relations' prestigious Arthur Ross Book Award.

The prize is the "the most significant award for a book on international affairs." It honors books "that merit special attention for: bringing forth new information that changes our understanding of events or problems; developing analytical approaches



that allow new and different insights into critical issues; or providing new ideas that help resolve foreign policy problems."
<!--[if !supportLineBreakNewLine]--> <!--[endif]-->

According to the jury, "This unique and important book takes a closer look at the complicated triangular relations between Israel, Iran, and the United States that continue to shape the future of the Middle East."

See link.

# CONVERSATION WITH HISTORY - UC BERKELEY



# TREACHEROUS ALLIANCE AVAILABLE IN STORES NOW!

***Treacherous Alliance - Secret Dealings of Israel, Iran and the US*** (Yale University Press) is available in stores now!

The book deals with Israeli-Iranian relations in the last 50 years and their impact on US policies and America's standing in the Middle East. **It's the first book in more than 20 years that deals with the highly sensitive issue of Iran and Israel's dealings.** It is based on more than 130 interviews with high-level Israeli, Iranian and American officials.

Contrary to conventional wisdom, Iran and Israel are not entangled in an ideological clash, but rather a resolvable strategic conflict. The book explains both how this rivalry erupted and how it can be resolved. And of course, it reveals many of Iran and Israel's behind-the-scene dealings that have never been revealed before.

Israel's former foreign minister **Shlomo Ben-Ami** calls the book "a brilliant interpretation of one of today's most enigmatic conflicts," **Francis Fukuyama** says it is "extremely important," **John Mearsheimer** calls it "outstanding" and former National Security Advisor **Zbigniew Brzezinski** writes that *Treacherous Alliance* is "a penetrating, provocative, and very timely study."