# EXHIBIT I

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL         :
IRANIAN AMERICAN COUNCIL         :
    Plaintiffs               :
    V.                       :   Civil No.:
DAIOLESLAM SEID HASSAN,          :   08 CV 00705 (JDB)
    Defendant                :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

a9bf10af-9a86-4b45-8f87-8e0adf03c105

```
 1    APPEARANCES:

 2

 3    PISHEVAR & ASSOCIATES, PC
      BY:  ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11    One South Dearborn
      Chicago, IL  60603
12    (312) 853-7643
      (312) 835-7036 (Fax)
13    E-mail:  Tkapshandy@sidley.com
               Jfougere@sidley.com
14    Representing the Defendant

15    ALSO PRESENT:

16         Daioleslam Seid Hassan, Defendant
           Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

```
1      A.    I believe I already answered that
2  question.
3      Q.    So the record is clear, is it yes or no?
4      A.    The answer that I gave is that I promise
5  that by the end of cutoff of discovery I will provide
6  you an answer to that question.
7      Q.    And we will reserve the right to ask you
8  questions about that specific information because
9  you're not prepared to do it here today, but let me
10 ask a few follow-ups.
11           With regard to your claim of mental
12 anguish, have you sought any medical care,
13 psychiatric, psychological, or otherwise, for your
14 claim of mental anguish?
15     A.    I have not.
16     Q.    Now, in this case, you're aware that NIAC
17 has filed an expert report from a Professor Morse to
18 substantiate the lost income claim of NIAC.  You're
19 aware of that?
20     A.    Yes, I am.
21     Q.    Have you seen that report?
22     A.    I don't recall if I have or not.
```

1           CERTIFICATE

2           I hereby certify that the witness was duly

3  sworn by me and that the deposition is a true record

4  of the testimony given by the witness.

5

6           _____

7           Sherry L. Brooks, Court Reporter

8

9  (The foregoing certification of this transcript does

10 not apply to any reproduction of the same by any

11 means, unless under the direct control and/or

12 supervision of the certifying shorthand reporter.)