IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| and ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| Plaintiffs, ) | |
| v. ) | **Civil No. 08 CV 00705** |
| **DAIOLESLAM SEID HASSAN,** ) | |
| Defendant ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff NIAC's Motion in Limine to Exclude Testimony and Evidence Related to or Concerning Plaintiff's Purported Lobbying Activity and any Opposition thereto it is hereby:

ORDERED this ____ day of _____, 2011 that Plaintiff's motion to exclude all testimony and evidence associated or related to any lobbying and general operational activities or information other than lobbying activities or information concerning the Islamic Republic of Iran specific to the allegations in the Complaint is GRANTED;

IT IS SO ORDERED.

_____

Judge John D. Bates

United States District Judge