# EXHIBIT A

**line** 144:3,4 145:3
146:12 152:13
182:7 231:2 252:5
**lines** 232:8
**list** 23:16 36:16
37:5,9,15,15 38:2
38:4,6,7,13,14,16
39:2,14,15,16
40:7,13 56:25
67:10,13 88:10
120:24 124:11,15
124:18 150:8
170:3 183:10
197:6,7
**listed** 24:10 56:15
57:10 59:2 119:21
144:12 145:8
162:12 179:18
221:25 231:8
244:25
**listing** 31:19
**lists** 143:10,19
**listserv** 66:11 67:2
116:22
**listservs** 102:15
**literally** 197:15
199:21
**litigation** 191:13
222:13
**little** 23:11 31:21
32:9 49:17 52:8
61:19 67:18 77:9
102:10 133:12
134:25 137:22
207:13 227:5
238:2
**LLP** 2:6 3:13
**loaning** 160:9
**lobby** 77:10 116:7
116:13 117:14,16
117:17 136:5
**lobbying** 62:22,24
62:24 64:4 65:20
68:13,18 71:19,19
72:5 76:14 77:7
77:13,15,18,22,25
78:19 79:21 80:9

80:9,10,11,15,23
80:24,25 81:2,4,5
81:22,23,24,25
82:2 88:25 89:9
89:10,14,20 90:9
90:11,13,18 92:13
92:21 94:21 95:4
97:6,7,19 98:2
100:14,16,22
101:14,18 113:9
113:19 116:12
118:6,7,12,17,19
118:22,25 119:5
120:24 121:11,13
121:16 122:12,20
123:16 124:3,4,6
124:20 125:4,10
126:9,16,18,23
127:5 129:2,15,24
130:24 131:21
132:5,18 133:2,2
133:8,13,17,20,24
134:7,9,12,13,15
134:17,24 135:9
135:18,23 136:6
136:16,19,22
137:3,6,11,18,21
138:3,7,12,19,23
139:3,4 140:25
141:3,7,11,19
143:3 146:22
147:24 148:7,15
149:4,8,18 152:12
153:7 155:3,4,19
157:2,13 158:11
159:20,22 160:2,3
160:8,12 161:3,7
161:14,25 162:10
164:21 165:11
168:24 173:9,13
174:3,4 175:10
176:5,20 177:4,13
177:21 178:5,20
178:24 179:2,5
181:22 182:5,24
183:18 184:20,25
185:12,20 186:4

186:24 188:8
189:6 190:24
191:7,9 212:17
213:6,22 249:22
**lobbyist** 77:4
159:24 161:2,11
162:13,19,25
163:13,22 165:7
170:2,3
**lobbyists** 164:19
**lobster** 133:20
135:10
**local** 142:10
**located** 25:18 26:12
26:13
**location** 28:7 134:5
**long** 11:10 12:7,9
12:13 13:24 14:23
16:4 18:22 25:24
72:9 125:5 178:11
181:23 198:17,18
244:13
**look** 9:7 30:23
35:13 36:10 44:19
56:13 62:6,14
93:23 97:12 98:22
102:21 108:18
109:18 116:16
136:13 142:13
146:2 151:19
159:18 170:9
173:23 174:7
179:17 180:4
209:8 216:2 217:7
229:10 231:2
**looked** 178:3,7
199:16 205:12
**looking** 143:24
150:21 180:11
185:25 188:2
203:12 241:2
**looks** 36:9 96:5
142:25 151:9
152:14 183:11
206:22 216:2,15
220:3
**losing** 239:3 241:24

**lot** 6:21 22:19
61:11 85:5 87:18
89:21 97:4 104:7
118:5 161:19
175:5,25 181:7
193:9 205:15
211:20,22 234:20
**loud** 36:14 128:5
**louder** 111:4
**lunch** 135:24 136:4
**L-E-V-E-R-E-T-T**
228:16

---

**M**

**Mac** 27:20,24
**machine** 29:10,10
29:23
**machines** 29:8,11
200:15,17 227:6
**Macs** 27:17
**Maeda** 53:25
**Mahmoud** 227:17
**mailing** 138:23
**mailings** 138:22
139:2 141:2,3,8
141:10,15 142:14
147:9
**maintained** 25:20
61:17
**major** 22:12
**majors** 13:16
**makeup** 43:9
**making** 14:25 17:3
18:13 21:15 69:3
92:24 208:13,18
211:12 213:8,21
217:13 220:11,19
244:22 245:17
**manage** 48:9
**manager** 23:24
25:11 46:9 54:3
55:15 226:10
**managers** 24:6
**managing** 46:12
47:5 48:16 55:12
66:25
**Mann** 228:15

**map** 115:10
**March** 206:16
207:4,5 229:11
**mark** 35:8 40:25
53:16 55:24 65:10
82:13 83:6 93:11
98:9 100:19
101:25 106:4,7
119:8 134:6 136:3
139:9,22 147:21
150:15 172:19
176:10 213:25
237:22 239:18
243:7
**marked** 35:11 41:3
51:14 53:18 56:3
65:19 82:10 83:9
85:18 93:14 98:12
101:4 102:3,5
106:2 115:20,23
119:11 139:12,25
142:15 147:25
150:18 151:3
153:24 154:2
172:22 176:13
214:4 215:18,21
230:2,5 237:24
239:20 243:10,14
**marking** 105:23
**marriage** 247:16
**Martin** 35:18,19,21
37:23 248:14
**masters** 13:10
**match** 182:25
**matched** 197:19
**math** 146:19
**mathematically**
144:20 145:9
146:13,17
**matter** 5:4 11:11
18:16 20:7,10
26:7 50:9 71:22
83:18,19 128:4
142:12 158:16
169:22 170:21
189:24 238:20
247:17