# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 98:8 112:5 114:4 | lists 42:6 | lobbying 36:18 | longer 88:4 99:13 | Los 5:19 65:15,21 |
| 122:21 123:20 | litigation 9:6,15,16 | 41:16 46:9,20 | 114:6 178:12 | 66:19 |
| 128:2 147:9 150:4 | 119:9,13,16 120:1 | 47:22 49:10 55:5 | 246:14 314:9,12 | lost 316:13 318:6 |
| 151:20 158:10 | 120:7 192:4,9 | 55:5,11,14 72:11 | look 44:21 47:2 | lot 110:1 114:19 |
| 159:15 185:17 | 273:6,16,21 | 74:4 76:13 78:12 | 52:13 56:13 59:11 | 115:8 118:4 126:3 |
| 199:3,21 200:14 | little 22:3 35:12 | 78:15,16,18,19 | 69:1 77:17 87:1 | 193:14 216:17 |
| 204:19 205:2 | 41:19 81:15 | 79:2,13,14 80:3,5 | 92:18 113:12 | 228:6 253:18 |
| 210:19 218:21 | 107:14 170:20 | 81:20 82:6,8,17 | 120:20 124:21,22 | 254:15 273:8 |
| 224:15 240:19 | 285:22 305:16 | 82:21 83:10 84:5 | 131:20 132:3 | 279:15,17,18 |
| 241:8 244:6,14 | live 207:5 | 84:6 90:10,21 | 135:12 137:3,14 | 306:10,14 310:6 |
| 245:19 255:21 | lives 207:4,6 | 91:13 92:11,20 | 137:16,17 142:10 | lots 28:5 |
| 292:7 305:16 | 260:18,21 261:3 | 93:1 98:10,15,22 | 145:10 150:13 | love 272:15 |
| 306:17 325:14 | living 49:12 318:15 | 99:6 100:4,8,11 | 160:12,22 161:2 | Lugar 87:8 277:10 |
| level 264:3 | LLP 1:17 2:9 | 100:13,17 101:6 | 168:6 169:5 | Luncheon 170:3 |
| Leverette 188:10 | loan 22:8 25:4 | 101:10,12,19,21 | 171:17 172:7,10 | Lynch 258:1 |
| Libya 27:17 63:14 | 26:15,18 | 101:21 102:5,6,7 | 181:10 183:7,14 | |
| Lichtenstein | loans 23:14 24:3 | 102:13,15,18,19 | 185:18,20 192:20 | M |
| 200:14,16,22 | lobbied 54:16 57:4 | 102:20,22 103:7 | 193:19 196:14 | M 5:22 84:19 |
| 201:5,6,8,10,12 | 57:10 83:8 84:3 | 103:19,21 104:2,5 | 213:19,22 218:16 | machines 302:20 |
| 201:15,17,18 | lobbies 59:16 | 104:12,13 105:7,9 | 220:2,5 224:12 | Mahdavy 143:17 |
| 202:2,4,21 203:10 | lobby 4:22 5:4,5,6 | 106:9,10 107:4 | 228:5 232:1 | Mahsa 143:21 |
| 204:7,11,16 | 5:7 15:14 36:1 | 116:13 123:7 | 234:20,21 247:4 | Mail 6:6,7,8 |
| lifting 115:15 | 37:14,18 38:14,17 | 137:10 140:18 | 250:2 256:7 260:6 | mailing 54:8,14 |
| light 59:15 123:16 | 39:11 40:15,18 | 141:10 257:1,2 | 260:13 262:10 | 55:13 310:5 311:9 |
| 152:3 236:3 | 41:3,12 42:22 | 297:5,6,6,6,7,19 | 268:21 270:17 | main 290:5 |
| lightly 20:12 | 43:4 45:1,2,10,12 | 299:8,11 300:15 | 271:11 287:21 | maintaining 313:2 |
| liked 251:8 | 45:17 46:18 47:16 | 301:13 303:1,5,18 | 290:6 293:22 | Majd 7:10 288:16 |
| likelihood 198:15 | 47:17,18,21 49:4 | 304:8 305:3,19 | 298:1,5 302:9,14 | 288:17,22 289:3 |
| 243:18 279:6 | 50:2,7,8,11 51:7 | 306:12,17 | 302:15,21 303:3,7 | 289:15,16,17 |
| limited 93:1 123:5 | 51:10 54:20,21 | lobbyist 36:18 | 303:21 304:1 | 293:17 |
| 123:12 186:3 | 61:22 62:18,22 | 48:10,15 55:6 | 310:9 | major 165:1 |
| line 22:1 28:22 | 63:2,6,9,11,17,19 | 57:18 67:5,6,8,9 | looked 70:7 | 204:12 208:4 |
| 75:15 222:7 | 64:22 65:8,9,11 | 70:4,12,17,21 | looking 51:6 52:13 | 210:2 |
| 236:10 304:12 | 65:12,13,16 66:9 | 71:2,7 80:17 81:5 | 121:10,20 122:4,7 | majority 29:14 |
| 320:13 330:4 | 66:20 67:16 74:21 | 255:10,13 257:9 | 123:9 125:1 134:7 | 33:12 61:16 |
| lines 109:16 274:19 | 75:3,8,14,22 76:5 | located 199:16 | 136:1 138:3 | making 19:20 |
| link 157:21 176:14 | 76:20 77:20 80:19 | log 306:20,22 | 145:12 151:21 | 23:14 24:9,21 |
| 176:17 | 89:5,19 98:11 | London 34:8 157:7 | 153:4 189:1 | 117:2 148:12 |
| list 10:1 50:1 54:8 | 99:4 102:14 | 195:14,15 209:12 | 201:22 233:16 | 175:10,15 180:7 |
| 54:14 55:13 | 110:15,19 111:22 | long 10:6 21:11 | 235:10 237:7,14 | 250:22 294:14 |
| 305:19 310:5 | 112:3,4 115:14,15 | 56:14 58:20 74:9 | 249:17 290:12 | Malek 174:4,8 |
| 311:9 | 115:21 116:22 | 117:11 144:12 | 293:20 306:9 | 178:15,21 235:16 |
| listed 39:13 120:11 | 184:5 186:10,22 | 161:17 162:6 | looks 44:4 85:4 | 237:16 238:1,12 |
| 132:22 274:16 | 187:6,17 188:22 | 187:9 241:20 | 88:12 135:9 | 238:14 239:8 |
| listen 108:17 | 190:1 | 262:7 290:11 | 290:11,19,21 | 240:3 |
| 152:17 | Lobbygroups.doc | 296:8 309:3,10 | 291:3 292:17,21 | managing 189:14 |
| listing 263:11 | 184:6 | 315:15 | 317:6 318:4 | 190:2 |