# EXHIBIT C

Page 26

1    MR. NELSON: Objection.
2    THE WITNESS: I don't recall.
3    BY MR. KAPSHANDY:
4    Q. And then further down below under tasks
5    for interns, it says: Enter Emily's meetings and
6    notes into sales force. Do you see that?
7    A. Yes.
8    Q. Now, how did that work? You apparently
9    had some notes and somebody entered them into sales
10   force?
11   A. Correct.
12   Q. Okay. Tell me a little bit more. What
13   sort of notes did you give them?
14   A. Notes.
15   Q. Notes related to what?
16   A. My work.
17   Q. That's good. Your work on what?
18   A. Issues pertaining to the Iranian/American
19   community.
20   Q. It says: Enter meetings into sales force
21   also. Did sales force also track your meetings?
22   A. I recall at a time there had been a push

Page 27

1    to track my meetings via sales force, but it was so
2    cumbersome and it was so tedious that I think we gave
3    up after a while, and I believe that's what this is
4    referring to, this time period.
5    Q. How often did you give notes to somebody
6    to enter into sales force?
7    A. Rarely. A couple of times.
8       (Exhibit Number 31 was marked for
9    identification and was attached to the deposition.)
10       BY MR. KAPSHANDY:
11   Q. Let me hand what we'll mark as your
12   Deposition 31, which is a February 6th, 2008 E-mail
13   from Ali Scotten to Sara Shokravi regarding lobbying
14   rules.
15       MR. KAPSHANDY: Counsel, I will represent,
16   for the record, this was produced recently as part of
17   the Talebi, T-A-L-E-B-I, production.
18       BY MR. KAPSHANDY:
19   Q. Now, first, if you could tell me, who is
20   Sara Shokravi and who is Ali Scotten?
21   A. Sara Shokravi was our events coordinator
22   and Ali Scotten was our intern at the time.

Page 28

1    Q. And did you ever see this memo at the
2    time?
3    A. I don't remember this memo.
4    Q. Do you recall any discussions at any of
5    your staff meetings or with anyone at NIAC about the
6    lobbying rules for meeting with congressional members
7    and staff?
8    A. I believe I already answered that
9    question.
10   Q. Pardon?
11   A. I believe I already answered that
12   question.
13       MR. WILSON: If you have a memory, just --
14       THE WITNESS: I don't have a memory.
15       MR. KAPSHANDY: Let me hand you what we'll
16   mark as your Deposition Exhibit 32, which is a
17   composite of several documents that were produced to
18   us recently by NIAC.
19       (Exhibit Number 32 was marked for
20   identification and was attached to the deposition.)
21       BY MR. KAPSHANDY:
22   Q. The first page is a March 25, 2008 memo

Page 29

1    from Nancy Chen at the Alliance for Justice to Babak
2    Talebi with, it would appear, three separate
3    attachments.
4       The first question is, who is Babak
5    Talebi?
6    A. He was our -- at one time, our director of
7    committee outreach.
8    Q. What did that involve?
9    A. It involved interacting with members and
10   the Iranian American community.
11   Q. Did Babak Talebi have any involvement in
12   lobbying issues at NIAC?
13       MR. NELSON: Objection. Foundation.
14       MR. WILSON: If you know, you can answer.
15       THE WITNESS: I don't know.
16       BY MR. KAPSHANDY:
17   Q. Well, you were the legislative director at
18   one point in time at NIAC, correct?
19   A. Correct.
20   Q. Did you interact -- interface with Mr.
21   Talebi on any lobbying issues? And by lobbying, I
22   mean meeting with members of Congress or their staff

8 (Pages 26 to 29)

Page 30

1  on various issues of interest to the Iranian/American
2  community?
3      MR. WILSON: Objection to the form of the
4  question. I don't think that's the accurate
5  description of lobbying. If you want to ask her
6  about legislative activity, maybe that would be more
7  appropriate.
8      MR. NELSON: Objection.
9      BY MR. KAPSHANDY:
10     Q.  That's fair. Did you have any interaction
11 with Mr. Talebi with regard to legislative activity
12 while you were both at NIAC?
13     A.  Can you clarify what legislative activity
14 means?
15     Q.  Meeting with members of Congress and
16 staff.
17     A.  What's your question?
18     Q.  Did you have any interaction with Mr.
19 Talebi about these legislative interactions?
20     A.  What are interactions?
21     Q.  Meetings, Emily, or E-mails.
22     MR. WILSON: Communications with members

Page 31

1  of Congress and staff.
2      I think that's your question. Right, Tim?
3      MR. KAPSHANDY: Right. I'm not trying to
4  be tricky.
5      THE WITNESS: I communicated. I shared
6  with him meetings I would have or -- and worked with
7  him and the Iranian/American community to reach out
8  to the Iranian/American community in his -- all
9  right.
10     I worked with him in his responsibility to
11 reach out to the Iranian/American community and
12 helped him with his work as it pertained to my work.
13 That's my interaction. That's my summary of my
14 interaction with Babak.
15     BY MR. KAPSHANDY:
16     Q.  Did he have an office at NIAC or did you
17 interact with him mostly by E-mail -- how did that
18 work? -- or both?
19     A.  He worked at NIAC.
20     Q.  And if I told you NIAC has produced
21 hundreds, if not thousands, of E-mails between he and
22 you about these interactions, that wouldn't surprise

Page 32

1  you, correct?
2      A.  Regarding our work?
3      Q.  Right.
4      A.  No, it wouldn't.
5      Q.  I mean, I don't want to go through them.
6  They were just produced last week, and we'll discuss
7  those with him, but I just want to get a general
8  sense for your interaction with him on these
9  legislative issues.
10     A.  I don't recall, and I couldn't tell you
11 accurately if there were hundreds of E-mails or to
12 the extent of which we interacted on what you'd call
13 legislative issues.
14     Q.  In any event, it would appear from this
15 memo that in March of 2008 Mr. Talebi did some
16 research on lobbying rules and definitions with an
17 organization called the Alliance for Justice --
18     MR. NELSON: Objection. The document
19 speaks for itself.
20     BY MR. KAPSHANDY:
21     Q.  -- correct?
22     MR. WILSON: I'm just concerned that we're

Page 33

1  wasting a lot of time. You're showing her documents
2  that her name is not on and you're asking her to
3  characterize a document that she's never seen. Let's
4  move.
5      MR. KAPSHANDY: That's all right. Let me
6  ask another question.
7      BY MR. KAPSHANDY:
8      Q.  Okay. Did you and Mr. Talebi discuss at
9  all his research and discussions and communications
10 with the Alliance for Justice on lobbying rules or
11 any of these attachments that he brought back or was
12 sent to by the Alliance for Justice?
13     MR. NELSON: Objection to the form of the
14 question. There is no evidence that there was any
15 research done by Babak Talebi.
16     MR. WILSON: If you have a recollection --
17 I think the question is, if you have a recollection
18 of discussing what's in this exhibit with Mr. Talebi.
19     I think that's your question. Right, Tim?
20     MR. KAPSHANDY: Right. I'm not trying to
21 be tricky. Let me break it down.
22     BY MR. KAPSHANDY: