IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant | Civil No. 08 CV 00705 |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Compel Deposition of Kenneth Timmerman, including the accompanying Memorandum of Points and Authorities and exhibits, any Opposition thereto, and any permitted replies, it is hereby:

ORDERED this ____ day of _____, 2011 that Plaintiff's Motion to Compel Deposition of Kenneth Timmerman is GRANTED;

FURTHER ORDEDERD that deposition of Kenneth Timmerman shall take place within 30 days of this Order on a date mutually agreeable to the parties and Mr. Timmerman.

IT IS SO ORDERED.

_____
The Honorable John D. Bates
United States District Judge