# EXHIBIT A

Page 102

1  saw in the response that NIAC posted that Hassan Dai is
2  accusing NIAC or Mr. Parsi of violating the law by
3  actively participating in that delivery.
4      I understood that acting in that delivery would
5  constitute breaking of, violating of the law. I didn't
6  know about the law before and, you know, it wasn't
7  something that I was focused on.
8      Q   Now there is a link on Iranianlobby.com to an
9  organization by the name of the Progressive American
10 Iranian --
11     A   Committee.
12     Q   Committee. What is the Progressive American
13 Iranian Committee?
14     A   Oh they st   ed, you   ow, a group of people,
15 about I think ten people. I believe it was in early
16 2008. I don't know when exactly the time in 2008. They
17 had started to collaborate on creating a kind of
18 organization, a group, and they called me and first of
19 all, I think two people called me, I told no, I'm so busy
20 with my writings, I don't want to get involved in
21 anything. And again they called me and so I joined them
22 in the conversation they had to create that.
23     So I participated after they had decided and so
24 so I participated in the creation of this organization.

Page 103

1      Q   And who were the other individuals who were
2  involved in the creation of this organization?
3      A   It was Mr. Kaboli, K-a-b-o-l-i. It was -- I
4  think the names should be on the website. It's
5  Mr. Shahabi, S-h-a-h-a-b-i. At that time was Mr. Parvin,
6  P-a-r-v-i-n. It was Mr. Massali, M-a-s-s-a-l-i. Was Mr.
7  Abghari, A-b-g-h-a-r-i, and his wife.
8      And who else it was? It was a gentleman from
9  San Diego called Estekhteri, E-s-t-e-k-h-t-e, let me --
10 r-i. Estekheri. As long as I remember. But later on
11 Mr. Parvin, you know, didn't participate anymore. The
12 president of this organization is Mr. Abghari. He's a
13 professor of University in (unintelligible).
14     Q   Would you spell his name, please?
15     A   Sivass Abghari, S-i-v-a-s-s, Abghari is
16 A-b-g-h-a-r-i.
17     Q   And where does Dr. Abghari live?
18     A   In Atlanta, Georgia.
19     Q   Have you had any contract with Dr. Abghari
20 since this lawsuit was filed?
21     A   Oh, many.
22     Q   Have you ever had any discussions with him
23 about the nature of this particular lawsuit?
24     A   Oh, yeah of course.

Page 104

1      Q   What discussions have you had with him?
2      A   The discussions I had in the public, you know,
3  when I ask about it. That it's a lawsuit filed against
4  me to silence me, and that is mostly about that.
5      Q   Have you exchanged e-mails with him relating to
6  the lawsuit?
7      A   Yes.
8      Q   And when did you most recently exchange e-mails
9  with him about the lawsuit?
10     A   About the lawsuit I don't remember. The
11 lawsuit is long term. I don't communicate about the
12 lawsuit. What can I communicate about it? But I -- Two
13 days ago I was over the phone with him.
14     Q   I want to make sure I understand what you'r
15 saying. Have you had any e-mail communication with Dr.
16 Abghari regarding the lawsuit?
17     A   What do you mean regarding the lawsuit? I
18 don't know.
19     Q   Have you discussed any of the allegations via
20 e-mail with Dr. Abghari?
21     A   Via e-mail I don't know. Maybe. I don't know.
22 I should go check, you know.
23     Q   Do you know whether or not you've provided
24 copies of any e-mail?

Page 105

1      A   Everything has been with the lawsuit has been
2  provided, no doubt. Everything was downloaded. If it's
3  been e-mail exchange in which you know we have discussed
4  it of course it's been provided.
5      Q   How often do you allow your current counsel to
6  review your e-mails to see whether or not there are any
7  supplemental documents that should be provided to the
8  plaintiffs in this lawsuit?
9      A   They have my -- they have access to my e-mail.
10 They are allowed every time day and night. There's no
11 limit.
12     Q   Did Dr. Abghari ever tell you that we attempted
13 to subpoena documents relating to the Progressive
14 American Iranian Committee?
15     A   Yes, he did.
16     Q   And what conversation did you have with him
17 about our attempt to serve a subpoena on him for
18 documents?
19     A   He wanted to know what kind of a strategy to
20 get. He consulted me and I told that we have nothing to
21 hide, just to be truthful. And use all the legal -- you
22 know, everything that the law permitted you to do.
23 That's all.
24     Q   So was it your understanding that initially Dr.

27 (Pages 102 to 105)

Page 130

against Mr. Lake or anyone who wanted to write against NIAC at that time. So I ask him if, you know, if he will do it honestly, we don't waste the time and he told me yeah, we should try, so I tried.

Q  Do you know whether or not the Washington Times or the Washington Post has a larger circulation?

A  Washington Post has a larger.

Q  Do you know whether or not you all approached anyone at the Washington Post about writing an article regarding NIAC?

A  I never, no. I don't remember.

Q  Why did you approach someone at the Washington Times versus the Washington Post if the Washington Post has larger circulation?

A  Because I am not naive. I know that to have something published is not like, you know, to go a bakery and buy something or to go to a pawn shop and sell something. You should have contacts. They should trust you. Someone should present you, introduce you. So I had no one. I would, you know, now you provide that contact I will go to New York Times. I don't have it. So the reason I didn't go because I didn't have the contact.

Q  So the reason that you went to the Times is

Page 131

because you had a contact with Mr. Rubin?

A  Mr. Rubin had provided someone from Huffington Post I would have then. I tried to publish with Huffington Post and they didn't publish me.

Q  And prior to the point when you were taken to the Washington Times by Mr. Rubin what was the nature of your relationship with Mr. Rubin?

A  So how did I know Mr. Rubin for the first time. Let me remember that. I remember I had some exchange on e-mail with him, you know, about NIAC but because I remember that over the NED grants to NIAC he had some articles against NIAC. NIAC tried to write something against him. I knew that he was involved, and more than that Mr. Rubin is one of the Iran experts who I think is very close to the reality about the Iranian issue and has written lot about Iran.

I used to read his articles, so I tried to contact him but it remained just exchange of e-mail. Nothing more.

Q  So are you saying that you first became aware of Mr. Rubin based upon things he had written?

A  Oh yes. Something he wrote, yeah.

Q  And then you contacted him?

A  Yeah, I tried to contact him and I remember

Page 132

maybe it was the first -- I don't know how the first time I contacted him. It was maybe trying to have something published in his journal because I told you he was the editor of Middle East Quarterly and he was -- I tried to have something published. He's very prestigious journal so I tried to do that.

Q  Now in addition to posting the discovery documents or some of them on Iranianlobby.com and providing some of them to Eli Lake for his article did you provide copies of the discovery documents to any other person or entity?

A  Yes I have.

Q  Who else?

A  Oh the most of them was provided to Mr. Kaboli to PAIC because he takes care of the website to (unintelligible) to post it.

Q  Progressive American Iranian Committee?

A  Yes.

Q  And did you say it's Kobbleman (phonetically)?

A  Kaboli, K-a-b-o-l-i.

Q  And what is his connection with PAIC?

A  He is executive director of PAIC.

Q  Other than PAIC, Mr. Lake and publishing on your own Iranianlobby.com website did you provide the

Page 133

discovery documents to any other entities?

A  Yes, I have. Let me remember everyone. It was just all of them after the Washington Times article and they were all limited to those documents that already provided to Mr. Eli Lake. So I sent some of them to Mr. Rubin, Michael Rubin. I sent some to Mr. Timmerman and he never used them. He never used them for any publication. And who else did I send it to? That's all I remember so far.

Q  Do you know why Mr. Timmerman never used the documents?

A  I have no idea.

Q  Did you ever ask him?

A  I didn't ask him, no.

Q  And same question. Do you know whether or not Mr. Rubin used the documents?

A  I remember he had two, three blogs and his friends they had. Like I remember Michael Goldfarb (phonetically) and two other people they wrote something about NIAC. They used the documents, the discovery documents.

Q  Prior to your deposition we had marked as Deposition Number 1 the notice of deposition in this case. Show it to your attorney first, please.

34 (Pages 130 to 133)