# EXHIBIT B

# PISHEVAR & ASSOCIATES, P.C.

### ATTORNEYS

600 EAST JEFFERSON STREET
JEFFERSON PLAZA • SUITE 316
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 279-8773 – FACSIMILE (301) 279-7347
WWW.PISHEVARLEGAL.COM

June 16, 2010

Progressive American Iranian Committee
c/o Mr. Siavash Abghari
7865 Landowne Drive
Atlanta, GA 30350

**Re:**   **Trita Parsi and NIAC v. Seid Hassan Daioleslam**
        Civil Action No.: 08-705 (JDB) (USDC-DC)

Dear Mr. Abghari:

This letter confirms the telephone conversation that you had yesterday with Patrick Parsa, Esquire, of this office regarding the subpoena issued to the Progressive American Iranian Committee ("PAIC") in the above-referenced matter.

You advised that you will be leaving for a vacation shortly. As such, on behalf of PAIC, you requested additional time to retain a lawyer and respond to the outstanding subpoena issued to PAIC. To that end, the plaintiffs have agreed to allow you until July 30, 2010, to produce documents in response to the subpoena issued to PAIC.

As discussed, the agreed upon extension anticipates that PAIC will provide all responsive, non-privileged documents by July 30, 2010. The spirit of the agreed upon extension of time will be violated if by July 30, 2010, PAIC responds simply by outlining objections to the outstanding subpoena without producing all responsive, non-privileged documents.

Further as discussed, Plaintiffs will be prepared to file a Motion to Compel should we determine that PAIC's July 30, 2010, production is inadequate.

If you have any questions or concerns, please feel free to contact me directly.

Very truly yours,

Adrian V. Nelson, II

FROM : KHOI FOUNDATION          FAX NO. : 770 698 0851          Jun. 15 2010 01:25PM P1

June 15, 2010

Mr. Adrian V. Nelson, II
600 East Jefferson St. Suite 316
Rockville, MD. 20852

Case Number 08-705(JDB)          Trita Parsi/NIAC  V. Hassan Daioleslam

Dear Mr. Nelson:

Per my phone conversation and mutual agreement with your Associate Mr. Patrick Parsa today, Progressive American Iranian Committee(PAIC) will respond to the subpoena concerning the case number 08-705(JDB) by July 31, 2010.
Thank you for the extention.

Sincerely yours

Siavash Abghari
7865 Landowne Dr.
Atlanta, GA. 30350