# EXHIBIT C

July 29, 2010

Mr. Adrian V. Nelson, II
600 East Jefferson St. Suite 316
Rockville, MD. 20852

Case Number 08-705(JDB)   Trita Parsi/NIAC  V. Hassan Daioleslam

Dear Mr. Nelson,

Progressive American Iranian Committee(PAIC) received your subpoena in the above referenced matter. PAIC will not respond to this subpoena for the following reasons:

1. PAIC is not located in the jurisdiction of the United States District Court/District of Columbia and is about 500 miles away from that jurisdiction.
2. It is unduly burdensome
3. Documents requested are not relevant to the above case.

If you should have any questions or concerns, please do not hesitate to contact

Very truly yours

Siavash Abghari, PAIC registered agent
7865 Landowne Dr.
Atlanta, GA. 30350

