# EXHIBIT D

# AFFIDAVIT OF SERVICE

State of UNITED STATES D        County of DISTRICT OF COLUMBIA        United States District Court

Case Number: 08-705(JDB)   Court Date: 6/1/2011  9:30 am

Plaintiff:
**TRITA PARSI AND NATIONAL IRANIAN COUNCIL**

vs.

Defendant:
**SEID HASSAN DAIOLESLAM**

For:
Adrian Nelson II
PISHEVAR & ASSOCIATES
600 East Jefferson Street
Suite 316
Rockville, MD 20852

Received by PISHEVAR & ASSOCIATES on the 11th day of May, 2011 at 3:52 pm to be served on **KEN TIMMERMAN, 10310 FREEMAN PLACE, KENSINGTON, MD 20895.**

I, Lynn Hill, being duly sworn, depose and say that on the **13th day of May, 2011 at 12:58 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Suppoena to Testify at a Deposition in a Civil Action, Attachment A, , to: KEN TIMMERMAN** at the address of: **10310 FREEMAN PLACE, KENSINGTON, MD 20895**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/11/2011  4:13 pm   PERSONAL SERVICE ONLY
AT TIME OF SERVICE THE WITNESS WAS ANGRY AND PULLED OUT A TAPE RECORDER AND RECORDED THE PPS AS HE SERVED THE PROCESS

**Description** of Person Served: Age: 55,  Sex: M,  Race/Skin Color: White,  Height: 5.9,  Weight: 170,  Hair: Blk-Gry,  Glasses: Y

I declare and Affirm under the Penalty of Perjury, that the foregoing facts are true and correct, that I am over the age of 18, not a party to this action and that this Affidavit was executed by the undersigned.

Subscribed and Sworn to before me on the 14th day of May, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

Michael A. Mills
**NOTARY PUBLIC**
Carroll County, MD
My Commission Expires 12/17/2014

Lynn Hill
Process Server

**PISHEVAR & ASSOCIATES**
**600 East Jefferson Street**
**Suite 316**
**Rockville, MD 20852**
**(301) 279-8773**
Our Job Serial Number: PSU-2011000703