# EXHIBIT A

# AFFIDAVIT OF SERVICE

**District of Columbia**                                                                                        **Court**

Case Number: 08-705 ( JDB )

Plaintiff:
**TRITA PARSI AND NATIONAL IRANIAN AMERICAN COUNCIL**

vs.

Defendant:
**SAID HASSAN DAIOLESLAM**

For:
Afshin Pishevar
600 E. Jefferson St.
Suite # 316
Rockville, MD  20852

Received by PRIORITY PROCESS to be served on **KEN TIMMERMAN, 10310 FREEMAN PLACE, KENSINGTON, MD 20895**.

I, Constantine Mckoy, being duly sworn, depose and say that on the **5th day of January, 2010 at 5:35 pm, I:**

**Individually Served** the within named person with a true copy of the **SUBPOENA IN A CIVIL ACTION** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Description** of Person Served:  Age: 65,  Sex: M,  Race/Skin Color: White,  Height: 5'6",  Weight: 160,  Hair: Salt/Pepper,  Glasses: Y

Under penalty of perjury, I certify that the above made statements are true.  I am over the age of 18, under no legal disabilities and have no interest in the above action.

ANDREA BERMAN
Notary Public, State of Maryland
County of Montgomery
My Commission Expires June 8, 2013

NOTARY PUBLIC
MONTGOMERY CO., MD

**Constantine Mckoy**
Process Server

Subscribed and sworn to before me on the 8th day of January, 2010 by the affiant who is personally known to me.

_____
Notary Public

Priority Process
1776 I Street, N.W.
9th Floor
Washington, D.C.  20006

Our Job Serial Number: 2009020353

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w