# EXHIBIT B



Adrian Nelson <anelson@pishevarlegal.com>

# Timmerman Subpoena

5 messages

**Patrick Parsa <pparsa@pishevarlegal.com>**                    **Fri, Apr 30, 2010 at 3:10 PM**
To: rubinsteinr@gtlaw.com
Cc: Adrian Nelson <anelson@pishevarlegal.com>, Afshin Pishevar <ap@pishevarlegal.com>

Dear Reed:

As agreed, please find attached our subpoena for your client, Ken Timmerman. We are also mailing a copy to your office. Should you have any questions please feel free to contact us.

Thank you very much.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

 **Ken Timmerman Subpoena.pdf**
482K

**rubinsteinr@gtlaw.com <rubinsteinr@gtlaw.com>**                    **Mon, May 10, 2010 at 10:45 AM**
To: pparsa@pishevarlegal.com
Cc: anelson@pishevarlegal.com, ap@pishevarlegal.com

Patrick - I've yet to receive the service copy of the subpoena. Did it go out in the mail? Is it identical to the one you emailed me?

Also, I appreciate your effort to narrow the request for documents. However, the proposed scope of the subpoena remains broader than I think appropriate and so I renew my objection. I have no problem producing the relevant communications between Mr. Timmerman and Mr. Daioleslam. However, I just do not understand how anything else you've requested is within the permissible scope of discovery. Mr. Timmerman is an innocent by-stander, and not a party to the suit, and I think it is in everyone's interest to minimize the burden and inconvenience he must suffer due to your dispute. So here's what I'd like to do:

First, let's set a mutually agreeable date for the production of the communications between Mr. Timmerman and the defendant in consultation with defense counsel. This will ensure Mr. Timmerman has to deal with these matters once and once only. I will make both copies of the documents and Mr. Timmerman available at my office. You and Mr. Daioleslam's counsel may review the documents and then examine Mr. Timmerman regarding same, should you so desire.

Second, we need agreement regarding payment of Mr. Timmerman's witness fee, the copying costs, his legal costs associated with the production and his appearance, etc. In the interest of moving this matter along, I propose you pay actual copying costs (I'll find out what our per page cost is and let you know), plus the witness fee, plus two hours of lawyer time at a discounted rate of $375.00 per hour (this assumes, of course, that Mr. Timmerman's deposition is handled efficiently). Obviously, you will be responsible for all court reporter and transcript costs should you decide to take Mr. Timmerman's deposition. We will

notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**Patrick Parsa <pparsa@pishevarlegal.com>**                    **Wed, May 12, 2010 at 4:56 PM**
To: rubinsteinr@gtlaw.com
Cc: anelson@pishevarlegal.com, ap@pishevarlegal.com

Reed - I'm glad you received it. I think Friday would work for us. What time would you be available then?

[Quoted text hidden]

[Quoted text hidden]

---

**rubinsteinr@gtlaw.com <rubinsteinr@gtlaw.com>**                    **Fri, May 14, 2010 at 2:20 PM**
To: pparsa@pishevarlegal.com
Cc: anelson@pishevarlegal.com, ap@pishevarlegal.com

My apologies for the delay in getting back to you.

Are you free M at 10:00am?

**Reed Rubinstein** I Shareholder I Greenberg Traurig LLP I 2101 L Street N.W. I Washington, D.C. 20037 I Tel 202.533.2314 I Fax 202.261.0165 I rubinsteinr@gtlaw.com I www.gtlaw.com I www.environmentalandenergylawblog.com

---

**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Wednesday, May 12, 2010 4:57 PM
**To:** Rubinstein, Reed (Shld-DC-Env)
**Cc:** anelson@pishevarlegal.com; ap@pishevarlegal.com
**Subject:** Re: Timmerman Subpoena

[Quoted text hidden]

---

provide conference rooms for the production and the deposition (if any) at no charge. We've used a similar approach with third party witnesses in other cases, and it has worked well, but of course I'm open to your thoughts.

Give me a call to discuss. Best regards.

Reed Rubinstein | Shareholder | Greenberg Traurig LLP | 2101 L Street N.W. | Washington, D.C. 20037 | Tel 202.533.2314 | Fax 202.261.0165 | rubinsteinr@gtlaw.com | www.gtlaw.com | www.environmentalandenergylawblog.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Friday, April 30, 2010 3:11 PM
**To:** Rubinstein, Reed (Shld-DC-Env)
**Cc:** Adrian Nelson; Afshin Pishevar
**Subject:** Timmerman Subpoena

[Quoted text hidden]

**rubinsteinr@gtlaw.com <rubinsteinr@gtlaw.com>**                              **Wed, May 12, 2010 at 10:37 AM**
To: pparsa@pishevarlegal.com
Cc: anelson@pishevarlegal.com, ap@pishevarlegal.com

Patrick - just following up to let you know I received the subpoena via mail yesterday. When are you free to speak? I'm around all this week, out much of next, so are you free tomorrow or Friday?

Reed Rubinstein | Shareholder | Greenberg Traurig LLP | 2101 L Street N.W. | Washington, D.C. 20037 | Tel 202.533.2314 | Fax 202.261.0165 | rubinsteinr@gtlaw.com | www.gtlaw.com | www.environmentalandenergylawblog.com

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby