# EXHIBIT C

## AFFIDAVIT OF DUE DILIGENCE

**District of Columbia**  **United States District Court**

Case Number: 08-705 ( JDB )   Court Date: 1/28/2011  10:00 am

Plaintiff:
**TRITA PARSI AND NATIONAL IRANIAN AMERICAN COUNCIL**

vs.

Defendant:
**SAID HASSAN DAIOLESLAM**

For:
Afshin Pishevar
600 E. Jefferon St.
Suite # 316
Rockville, MD  20852

Received by PRIORITY PROCESS to be served on **KEN TIMMERMAN, 10310 FREEMAN PL, KENSINGTON, MD 20895**.

I, Constantine Mckoy, being duly sworn, depose and say that on the **25th day of January, 2011** at **10:54 am**, I:

**NON-SERVED** the **SUBPOENA WITH WITNESS FEE CHECK # 1296**. After due search, careful inquiry and diligent attempts was unable to serve on **KEN TIMMERMAN** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
AFTER SEVERAL ATTEMPTS AT SERVICE ( 1/12/2011 @ 7:10 P.M.,  1/13 @ 2:30 P.M., 1/13 @ 4:45 P.M., 1/14 @ 10:14 A.M., 1/14 @ 8:50 P.M.,1/16 @ 8:30 P.M. AND 1/18 @ 9:37 P.M. ), I WAS UNABLE TO FIND THE DEFENDANT AT HOME. I RAN A SKIP TRACE AND FOUND A POSSIBLE BUSINESS ADDRESS AT: 10400 CONNECTICUT AVE., KENSINGTON, MD. HOWEVER, ON MY ATTEMPT AT THIS NEW ADDRESS, I WAS UNABLE TO FIND A SUITE NUMBER FOR THE DEFENDANT. ON ATTEMPTS AT THE HOME ADDRESS, I WAS EITHER TOLD THAT THE DEFENDANT WAS NOT AT HOME OR I FAILED TO GET A RESPONSE AT THE DOOR. I WAS INFORMED BY HIS WIFE THAT THE CONNECTICUT AVE ADDRESS WAS OLD AND THE DEFENDANT NO LONGER HAD AN OFFICE AT THIS ADDRESS. I WAS UNABLE TO MAKE CONTACT WITH THE DEFENDANT.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action.

EDITH E. SIMMS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 4, 2012.

Subscribed and sworn to before me on the 25th day of January, 2011 by the affiant who is personally known to me.

Notary Public

**Constantine Mckoy**
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD  20849-4189
(800) 420-8080

Our Job Serial Number: 2011000967

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a