# EXHIBIT G

# UNITED STATES DISTRICT COURT

District of Columbia

Case Number: 08-705(JDB)

Plaintiff:
TRITA PARSI AND NATIONAL IRANIAN COUNCIL

vs.

Defendant:
SEID HASSAN DAIOLESLAM

## AFFIDAVIT OF SERVICE

The undersigned deposes and says:

That he is more then 18 years of age, is not a party to this action and is competent to testify.

That on 6/2/2011 at 1:30 pm, a witness fee, check #1025, in the amount of $45.50, was personally and in hand delivered to Ken Timmerman at his place of residence located at 10310 Freeman Place, Kensington, Maryland 20895. Witness Fee was tendered to Ken Timmerman related to his appearance as a witness at a Deposition.

The undersigned declares and affirms that he has personal knowledge of the foregoing facts, that the facts are true and correct and this affidavit was executed by Michael A. Mills, whose address is 30 Courthouse Square, Suite 301, Rockville, Maryland 20850. 301.838.9200

_____          6/2/11
Michael A. Mills, Private Investigator          Date