IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 08 CV 00705 |

**PROPOSED ORDER**

**UPON CONSIDERATION OF** Defendant's Motion to Compel Damages Discovery and/or Strike in Part Prayer for Relief, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this ____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Compel Damages Discovery and/or Strike in Part Prayer for Relief is DENIED;

    IT IS SO ORDERED.

 

_____
Judge John D. Bates
United States District Court