IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** )<br>)<br>and )<br>)<br>**NATIONAL IRANIAN AMERICAN COUNCIL** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**DAIOLESLAM SEID HASSAN,** )<br>)<br>**Defendant** ) | Civil No. 08 CV 00705 |

**PROPOSED ORDER**

**UPON CONSIDERATION OF** Defendant's Motion to Compel Production of Documents Concerning the Legality of Plaintiff's Lobbying Activities, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this ____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Compel Production of Documents Concerning the Legality of Plaintiff's Lobbying Activities is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court