# EXHIBIT B

98:8 112:5 114:4
122:21 123:20
128:2 147:9 150:4
151:20 158:10
159:15 185:17
199:3,21 200:14
204:19 205:2
210:19 218:21
224:15 240:19
241:8 244:6,14
245:19 255:21
292:7 305:16
306:17 325:14
**level** 264:3
**Leverette** 188:10
**Libya** 27:17 63:14
**Lichtenstein**
  200:14,16,22
  201:5,6,8,10,12
  201:15,17,18
  202:2,4,21 203:10
  204:7,11,16
**lifting** 115:15
**light** 59:15 123:16
  152:3 236:3
**lightly** 20:12
**liked** 251:8
**likelihood** 198:15
  243:18 279:6
**limited** 93:1 123:5
  123:12 186:3
**line** 22:1 28:22
  75:15 222:7
  236:10 304:12
  320:13 330:4
**lines** 109:16 274:19
**link** 157:21 176:14
  176:17
**list** 10:1 50:1 54:8
  54:14 55:13
  305:19 310:5
  311:9
**listed** 39:13 120:11
  132:22 274:16
**listen** 108:17
  152:17
**listing** 263:11

**lists** 42:6
**litigation** 9:6,15,16
  119:9,13,16 120:1
  120:7 192:4,9
  273:6,16,21
**little** 22:3 35:12
  41:19 81:15
  107:14 170:20
  285:22 305:16
**live** 207:5
**lives** 207:4,6
  260:18,21 261:3
**living** 49:12 318:15
**LLP** 1:17 2:9
**loan** 22:8 25:4
  26:15,18
**loans** 23:14 24:3
**lobbied** 54:16 57:4
  57:10 83:8 84:3
**lobbies** 59:16
**lobby** 4:22 5:4,5,6
  5:7 15:14 36:1
  37:14,18 38:14,17
  39:11 40:15,18
  41:3,12 42:22
  43:4 45:1,2,10,12
  45:17 46:18 47:16
  47:17,18,21 49:4
  50:2,7,8,11 51:7
  51:10 54:20,21
  61:22 62:18,22
  63:2,6,9,11,17,19
  64:22 65:8,9,11
  65:12,13,16 66:9
  66:20 67:16 74:21
  75:3,8,14,22 76:5
  76:20 77:20 80:19
  89:5,19 98:11
  99:4 102:14
  110:15,19 111:22
  112:3,4 115:14,15
  115:21 116:22
  184:5 186:10,22
  187:6,17 188:22
  190:1
**Lobbygroups.doc**
  184:6

**lobbying** 36:18
  41:16 46:9,20
  47:22 49:10 55:5
  55:5,11,14 72:11
  74:4 76:13 78:12
  78:15,16,18,19
  79:2,13,14 80:3,5
  81:20 82:6,8,17
  82:21 83:10 84:5
  84:6 90:10,21
  91:13 92:11,20
  93:1 98:10,15,22
  99:6 100:4,8,11
  100:13,17 101:6
  101:10,12,19,21
  101:21 102:5,6,7
  102:13,15,18,19
  102:20,22 103:7
  103:19,21 104:2,5
  104:12,13 105:7,9
  106:9,10 107:4
  116:13 123:7
  137:10 140:18
  141:10 257:1,2
  297:5,6,6,6,7,19
  299:8,11 300:15
  301:13 303:1,5,18
  304:8 305:3,19
  306:12,17
**lobbyist** 36:18
  48:10,15 55:6
  57:18 67:5,6,8,9
  70:4,12,17,21
  71:2,7 80:17 81:5
  255:10,13 257:9
**located** 199:16
**log** 306:20,22
**London** 34:8 157:7
  195:14,15 209:12
**long** 10:6 21:11
  56:14 58:20 74:9
  117:11 144:12
  161:17 162:6
  187:9 241:20
  262:7 290:11
  296:8 309:3,10
  315:15

**longer** 88:4 99:13
  114:6 178:12
  246:14 314:9,12
**look** 44:21 47:2
  52:13 56:13 59:11
  69:1 77:17 87:1
  92:18 113:12
  120:20 124:21,22
  131:20 132:3
  135:12 137:3,14
  137:16,17 142:10
  145:10 150:13
  160:12,22 161:2
  168:6 169:5
  171:17 172:7,10
  181:10 183:7,14
  185:18,20 192:20
  193:19 196:14
  213:19,22 218:16
  220:2,5 224:12
  228:5 232:1
  234:20,21 247:4
  250:2 256:7 260:6
  260:13 262:10
  268:21 270:17
  271:11 287:21
  290:6 293:22
  298:1,5 302:9,14
  302:15,21 303:3,7
  303:21 304:1
  310:9
**looked** 70:7
**looking** 51:6 52:13
  121:10,20 122:4,7
  123:9 125:1 134:7
  136:1 138:3
  145:12 151:21
  153:4 189:1
  201:22 233:16
  235:10 237:7,14
  249:17 290:12
  293:20 306:9
**looks** 44:4 85:4
  88:12 135:9
  290:11,19,21
  291:3 292:17,21
  317:6 318:4

**Los** 5:19 65:15,21
  66:19
**lost** 316:13 318:6
**lot** 110:1 114:19
  115:8 118:4 126:3
  193:14 216:17
  228:6 253:18
  254:15 273:8
  279:15,17,18
  306:10,14 310:6
**lots** 28:5
**love** 272:15
**Lugar** 87:8 277:10
**Luncheon** 170:3
**Lynch** 258:1

**M**

**M** 5:22 84:19
**machines** 302:20
**Mahdavy** 143:17
**Mahsa** 143:21
**Mail** 6:6,7,8
**mailing** 54:8,14
  55:13 310:5 311:9
**main** 290:5
**maintaining** 313:2
**Majd** 7:10 288:16
  288:17,22 289:3
  289:15,16,17
  293:17
**major** 165:1
  204:12 208:4
  210:2
**majority** 29:14
  33:12 61:16
**making** 19:20
  23:14 24:9,21
  117:2 148:12
  175:10,15 180:7
  250:22 294:14
**Malek** 174:4,8
  178:15,21 235:16
  237:16 238:1,12
  238:14 239:8
  240:3
**managing** 189:14
  190:2