# EXHIBIT D



Farrokh Mohammadi <fm@pishevarlegal.com>

## Remaining Native Format Documents

**Farrokh Mohammadi <fm@pishevarlegal.com>**  Fri, Apr 29, 2011 at 2:12 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: "Jensen, Peter" <pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, Adrian Nelson <anelson@pishevarlegal.com>, Afshin Pishevar <ap@pishevarlegal.com>

Tim,

I have attached the remaining documents in native format. This should be everything.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

🔗 **docsinnativeformat.zip**
   289K

Mail  Calendar  **Documents**  Sites  Groups  more »                          anelson@pishevarlegal.com

**Google** docs    docsinnativeformat.zip                             [ Save in Google Docs ]  [ Share ]

File  View

| | | | |
|---|---|---|---|
| Name: | docsinnativeformat.zip | | |
| Type: | Zip Archive | | |
| Number of files: | 7 | | |
| Size: | 387.6 KB | | |
| Compressed: | 288.8 KB | | |

| File | Type | Size |
|---|---|---|
| Is drafting legislation, executive orders lobbying.docx | Microsoft Word Document | 41.4 KB |
| LDA Guidance updated.pdf | PDF File | 223.3 KB |
| Lobbying Disclosure Act Guidance updated.docx | Microsoft Word Document | 54.5 KB |
| Lobbying Disclosure Act Guidance.docx | Microsoft Word Document | 15.2 KB |
| NIAC Memo 501(c)(3) Report Part 2.docx | Microsoft Word Document | 17.5 KB |
| NIAC Memo 501(c)(3) Report.docx | Microsoft Word Document | 21.4 KB |
| Patrick memo on 501h election.docx | Microsoft Word Document | 14.4 KB |