IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** <br><br> and <br><br> **NATIONAL IRANIAN AMERICAN COUNCIL** <br><br> Plaintiffs, <br><br> v. <br><br> **DAIOLESLAM SEID HASSAN,** <br><br> Defendant | Civil No. 08 CV 00705 |

**PROPOSED ORDER**

**UPON CONSIDERATION OF** Defendant's Motion to Compel Production of Membership Lists, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this ____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Compel Production of Membership Lists is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court