# EXHIBIT A

## Joel N. Morse, Ph.D.
**Financial Economist**
230 Stony Run Lane
Unit 2F
Baltimore, MD 21210
<u>Tel. 410-235-8094</u>

May 9, 2010

Mr. Patrick Parsa
Pishevar & Associates
600 East Jefferson St.
Suite 316
Rockville, MD 20852

Dear Mr. Parsa:

<u>**Preliminary report :**</u>  This preliminary report has been prepared to aid the trier of fact.

<u>**Trita Parsi and NIAC v Hassan Daioleslam; US District Court for the District of Columbia**</u>

Herein I analyze the defamatory events and the likely economic losses suffered as a result, focusing on lost revenue-generating opportunities such as grants, contributions, program service revenue and event revenue.

I have conducted financial examinations in a litigation context many times over the last two decades.

All of my work, as a graduate school professor, as a consultant and in litigation, involves valuation of assets, and/or the evaluation, forecasting and discounting to present value of past and future cash flows. Although the <u>following case (Mervis)</u> was not a matter in the non-profit sector, my tasks of financial  analysis and tax return review drew on skills and activity similar to my work in the instant matter.

> Montgomery County decision //Mervis Diamond v Congressional Hotel Corporation (CASE No. 259919-V)//, in which Judge Rubin wrote in his opinion, page 20, that he finds "Dr. Morse to be one of the most knowledgeable and cogent experts in corporate finance and economic valuation the court has ever seen testify."

<u>**Materials reviewed**</u>

I have reviewed the following documents in conducting my analysis.  I reserve the right to supplement this report if further information becomes available.

Approximately 200 email communications, expressing negative and even violent thoughts, as passed to me by Mr. Parsi.

NIAC tax forms, 990 and 990-EZ,for the years 2002 through 2008.
Two articles on charitable giving in 2008 (attached to this report).
NIAC financial statements (Profit and loss, balance sheet), for the years 2003 through 2009.
Several telephone interviews (described below).
The COMPLAINT in the instant matter.

## My assignment

I have been asked to evaluate the lost revenue due to the events described in the Complaint, which I hereby incorporate by reference. I have read the Complaint, and herein respond to the financial implications of the facts and allegations contained in it.  Counts 17 and 18 are representative of those facts and allegations, but not exhaustive. As facts emerge, or are restricted, supplementation of my opinion may be appropriate.

My estimations in this report are predicated on the items I have highlighted from the Complaint, in addition to similar interference with NIAC's affairs and mission, whether it be by telephone, email, person-to-person communications, media or other defamatory events which are beyond my ability to list.

My fee for this assignment is $5,000. If I am called to trial, my fee, in advance, will be an additional $2,500.[1] My CV and my testimony history has been provided under separate cover.

## Summary of my opinion

I offer estimates of lost annual *surplus*, by which I mean revenue minus expenses[2], for several growth rates beyond 2008, the first full year of the interference by Defendant Hassan Daioleslam. My estimates span several damage durations. My estimates are intended to aid the trier of fact in assessing damages. I do not opine here on the exact number of years through which damages will persist, nor do I opine to a particular rate of growth that NIAC would have enjoyed, absent the events described in the Complaint.

## Table A-NIAC FINANCIAL SUMMARY,  summarizes my findings of economic losses. (see attached)

My measure of interest, "surplus," is roughly equivalent to "profit" in a for-profit entity context. To obtain the underlying numbers that are contained in Table A, attached to my report, I analyzed the 990 filings of NIAC, as well as the financial statements provided to me by NIAC. With respect to Table A, I believe that estimates of economic loss should be influenced by the actual surplus (hereafter "actuals") generated in 2009[3] and 2010.  Needless to say, since 2010 and 2011 results are not yet available, my opinion is subject to supplementation, to the extent that surplus is generated in those years.

---

[1] Thus, $7,500 can be added, by the reader, to my 2010 estimated surplus in table A. This would reduce damages by that amount.

[2] My term surplus is roughly analogous to profit. Alternatively, it can be thought of as the ability to increment reserves

[3] My number in Table A has been adjusted for 2009 results.

## Extended financial analysis

In Table A, appended to the report, note that total revenue, expenses and annual surplus have all increased at nearly identical rates (55-56%) over the period 2002-2007. But in 2008, the first full year after the defamatory events, total revenue declined by 16%, expenses increased by 34% and surplus declined by over 100%.

NIAC was founded in 2002. The explosive success and growth (55-56%) of key performance indicators is unlikely to continue, even if the actions by Hassan Daioleslam had not occurred. I state this because in most start-up businesses, both for-profit businesses and those in the not-for-profit sector, the initial phase of growth is not sustainable.

Thus, I have been conservative in my forecasting assumptions, and postulated growth rates of the most relevant measure, surplus, at growth rates of 5%, 10%, 15% and 20% from 2007, for cumulative periods of four years and five years.  These growth rates are considerably smaller than the rates I observe in prior years, and are thus conservative. Although NIAC's history shows that the relationship between revenue, expenses (and hence the surplus that results) is remarkably steady, I have allowed, in my analysis, for a relative increase in expenses by using possible growth rates that are considerably less than the past growth rates. In other words, I am assuming that in percentage terms, costs grow faster than revenues, absent the tort.

As far as "surplus margin," which I use here analogously to a profit margin, 2009 costs increased partly because of certain expenditures that were long-term investments. For example, NIAC increased its staff and it created a new website oriented to membership drives and user utility.

A natural question is whether the decline in the revenues and surplus of NIAC was due, in part, to national macroeconomic conditions. I attach two articles "sourced" from GIVING USA, which notes only a 2% decline in overall charitable institution receipts.  Thus, I believe that my estimates stand.

## Qualitative analysis to support the financial analysis

By posing questions to Mr. Parsi and Mr. Cowl, I endeavored to ascertain particular elements of reduced revenues and /or increased costs.

I summarize my conversations with respect to NIAC here. Naturally, I cannot personally verify this information, but I understand that explanatory and corroborative testimony will emerge.

EMAILS-I have been provided with about 200 emails, some of which actually articulate that the communications of Hassan Daioleslam are the reason why they are expressing themselves so negatively.

Page 4 of 5

WORKSHOPS-Typically, 40-50 people would attend. The *locus* might typically be a college campus. The rationale was presentation of the NIAC agenda, and cultivation of future contributions and membership dues. <u>Example-George Mason University (Masoud Mortazavi)</u>

FUNDRAISERS IN PRIVATE HOMES-A host committee, sympathetic to NIAC, would arrange for guests in a range of 20-200, depending on the size of the house, and the "reach" of the sponsor/host. <u>Example-Brentwood, California; Example-Boston, Massachusetts, a supporter was willing to use $50,000 of his own money</u>

MEMBERSHIP RECRUITMENT EVENTS- The *locus* might typically be a college campus or another public venue. The rationale was presentation of the NIAC agenda, and cultivation of future contributions and membership dues. <u>Example-Iranian Medical Society, March 12, 2010</u>

OUTREACH EVENTS- The *locus* might typically be a college campus or another site. The rationale was presentation of the NIAC agenda, and cultivation of future contributions and membership dues.

GENERAL FUNDRAISING-Alert events and emails. <u>Example-The House bill "Step Act"</u>

PARTICULAR ANECDOTES-February 22, 2008; Amnesty International Event, Los Angeles. A detractor tried to instruct people on how to disrupt the NIAC part of the event. This event was cancelled five minutes before its planned beginning. In fact, another Iranian organization did attract 2000 attendees, of which 1200 became members (per the organizer, not verified by me).

Another NIAC Los Angeles event was budgeted to raise $100,000, but instead yielded only $50,000.

PARTICULAR DONOR-(example)-Mr. Antony Ravoni, who had donated $5,000 over the prior two years, backed away from further donations and involvement.

MEMBERSHIP STATISTICS-Typical membership rolls of 2000-3000 people dropped to 1200 current members.  At a Board meeting in 2008, 28% of members were not current in their dues. Recently, this figure has increased to over 50% not current.[4]

LITIGATION EXPENSES-These are significant. They began in 2008. The amount from Form 990, $12,982, has been added back into surplus, so that my damage estimates are not confounded by the costs of NIAC's suit.

SECURITY COSTS-These were not necessary in the years through 2008. However, beginning in 2009, security may be necessary. For example, costs of this sort were incurred for an event in Los Angeles. Although the costs were only $500 (per Mr. Cowl), they may be larger in the future.

---

[4] This information appears in the Board's minutes.

Page **5** of **5**

PUBLIC RELATIONS COSTS-These have increased, simply to counter the prevailing defamation.

PERSONAL HONORARIA-Trita Parsi-several per year, $1,500 each. An example was one session at the CIA. I have not included this type of item in my Table A. I mention this as background information.

DONOR OR CONTACT PERSON  INTERVIEWS

By telephone, on various dates, I conducted lengthy conversations with sponsors, hosts and key persons.

> Date not recorded    Navid Hazeghi, a banker with Societe Generale
> 2/11/10 Masoud Mortazavi, leader of the Persian Club at George Mason
> 2/24/10 Soheila Hosseini
> 3/4/10 Forough Parvazian-Yazdani

With respect to the interviews, exact financial quantification is not possible. However, in my professional opinion, these experiences and this information supports my TABLE A estimates.

I will modify this report if additional information becomes available.

I am ready to answer further questions, if asked.


Sincerely,

Joel N. Morse

ATTACHMENTS

Table A
Two articles on 2008 charitable activity at the national level.

Page 1 of 2

| TABLE A—NIAC FINANCIAL SUMMARY | CONTRIB-UTIONS | PROGRAM SERVICE REVENUE | MEMBERSHIP DUES | EVENT REVENUE | TOTAL REVENUE | EXPENSES | ASSETS | ANNUAL SURPLUS |
|---|---|---|---|---|---|---|---|---|
| 2002 | $49,580 | $22,500 | $4,905 | $0 | $76,985 | $47,962 | $29,389 | $29,023 |
| 2003 | $130,048 | $0 | $13,360 | $0 | $143,408 | $152,659 | $60,814 | -$9,251 |
| 2004 | $187,445 | $0 | $26,585 | $9,110 | $223,140 | $225,302 | $58,682 | -$2,162 |
| 2005 | | $187,577 | $33,745 | $21,246 | $242,568 | $209,425 | $85,107 | $33,143 |
| 2006 | | $338,133 | $43,994 | $29,175 | $411,302 | $297,998 | $182,808 | $113,304 |
| 2007 | | $419,709 | $71,265 | $213,284 | $704,258 | $446,253 | $416,028 | $258,005 |
| 2008 | $440,848 | | $70,697 | $79,430 | $590,975 | $599,296 | $257,580 | $4,511 |
| 2009 | | | | | | | $ 443,414 | $ 230,061 |
| **2007 ACCOMPLISHMENTS COMPARED TO 2002 MEASURES-expressed as ratios** | NA | 18.65 | 14.53 NA | | 9.15 | 9.30 | 14.16 | 8.89 |
| **2007 ACCOMPLISHMENTS COMPARED TO 2002 MEASURES-expressed as annual growth rates** | NA | 80% | 71% NA | | 56% | 56% | 70% | 55% |
| **2008—% DECLINES AFTER DEFAMATORY EVENTS** (positive numbers are declines, negative numbers are increases) | | 1% | 1% | 63% | 16% | -34% | 38% | 98% |
| **DAMAGE ESTIMATES: YEAR-BY-YEAR** GROWTH RATE | | 5% | 10% | 15% | 20% | | | |
| 2008 | | $266,394 | $279,295 | $292,195 | $305,095 | | | |
| 2009 | | $49,879 | $77,614 | $106,640 | $136,955 | Note-1 I have adjusted by 2009 actuals | | |
| 2010 | | $296,673 | $343,405 | $387,882 | $441,322 | Future adjustments can be made | | |
| 2011 | | $309,096 | $373,234 | $446,741 | $530,488 | as actuals emerge. | | |
| 2012 | | $324,776 | $411,009 | $514,629 | $637,488 | | | |
| **Three-year cumulative damages** (2008 through 2010) | | $614,946 | $700,313 | $786,717 | $883,372 | | | |
| **Four-year cumulative damages** (2008 through 2011) | | $924,041 | $1,073,547 | $1,233,458 | $1,413,860 | | | |
| **Five-year cumulative damages** (2008 through 2012) | | $1,248,818 | $1,484,556 | $1,747,887 | $2,051,348 | | | |

**Cell: A1**

**Comment:** For 2009, I have only reviewed the financial statements. I reserve the right to amend my calculations after I see the Form 990 for 2009. In addition, as partial year results for 2010 arrive, it may be possible to get a better view of damages.

**Cell: F4**

**Comment:** I refer to revenue from the ongoing categories of contributions, program service and membership dues revenue. For clarity and continuity, I have not included occasional minor amounts from other categories.

**Cell: I12**

**Comment:** I have added $12,832 to this figure, which is due to the legal cost (expenditure) I note in the 2008 Form 990.

**Cell: I13**

**Comment:** These are preliminary numbers, from NIAC's P and L statements, and its ballance sheet. I do not yet have the Form 990 tax return.//In addition, I have increased the surplus by the $55,800 legal expense.

# Charities see decline in donations, rise in need

BY MICHAEL BUETTNER (STAFF WRITER)
Published: December 20, 2009

Font size: [A] [A] [A]

E-MAIL THIS   SHARE THIS

In the current tight economy, many Americans are cutting back on Christmas gifts, and some have been crossing charitable organizations off their lists.

"Giving is tightening, and foundations are tightening their grant money," said Wendy Austin, program director for Southside Community Partners. Her organization, a program of the Appomattox Regional Library System, provides resources and training for nonprofit groups around the Tri-Cities.

"We have heard from many local organizations that giving is way down," Austin said.

At the same time, however, needs are increasing.

During a session last week, Austin noted, the development director for the Hopewell-Prince George chapter of the American Red Cross, Martha Vick, said her organization "just in the past month had people who used to donate to their food pantry come in as clients."

At the James House, an organization that provides shelter and support for local victims of domestic violence, "Our individual donations are way down," said Jane Clayborne. "We always had those people we could count on for small donations, and they're not there now."

Some donors who used to give cash have turned to in-kind donations, such as food and clothing, she said.

But demand for the nonprofit's services has definitely increased, Clayborne said. In particular, "We're seeing a lot of homeless people who aren't victims of domestic violence but need shelter," she said.

The local groups' experience reflects statewide and national trends.

Nonprofits across Virginia have seen a drop in giving by individuals, noted Deborah Barfield Williamson, executive director of the Virginia Network of Nonprofit Organizations. "Individual contributions make up the bulk" of funds that charities have to work with, she said.

However, she added, "Many organizations that are reliant on ... foundations are seeing a dip in that source of income - this at a time when many charities are seeing an increase in demand."

Moreover, the decrease in giving comes at a time when competition for donations is at an all-time high.

According to figures from the Urban Institute's National Center for Charitable Statistics, based on filings with the Internal Revenue Service, the number of tax-exempt nonprofit organizations in Virginia and nationally has nearly doubled since the beginning of this decade.

Over the same period, though, the total revenue of those organizations - including donations, grants, investments and all other funding sources - hasn't kept pace. Nonprofit revenue in Virginia has grown about 58 percent over the past 10 years compared with about 72 percent nationally.

With more organizations competing for funds, average revenue for nonprofits has actually fallen over the past decade - down 8.3 percent nationally and 18.1 percent in Virginia since 2000.

For public charities in particular, the trend has been discouraging since the national economy began shrinking in late 2007. According to the Giving USA Foundation, a nonprofit research organization, donations to public charities in 2008 - the latest year for which figures are available - totaled $307.7 billion, a 2 percent decline from $314.1 billion in 2007.



The foundation said it was the first annual decline since 1987 and only the second since it began tracking donations in 1956. Two-thirds of public charities receiving donations saw decreases in 2008, the foundation said.

From a purely practical point of view, December is a good month to write a check to a nonprofit: The donation will be deductible on this year's income tax return.

And considering the present state of the labor market, there's another reason for giving that involves an element of self-interest.

"If you are able to give, give," Austin said. "It could be you in need next month. We all could be in need."

- Michael Buettner may be reached at 722-5155 or mbuettner@progress-index.com.

Sign up for e-mail newsletters

Ads by Yahoo!

Arkansas Car Charity Donation
100% Non-Profit, Car Donation Program. Receive Fair Market Value.
www.800CharityCars.org

charity donation
Make a tax deductible donation to a Christian children's charity.
Compassion.com/Charity-Donation

Local Job Applications
Job Applications available now. Make over £500 a Day.
www.jobsresults.net



COMMONWEALTH
ORTHODONTICS

**Your Partner for a Healthier Smile**

Specialist in Orthodontics and Dentofacial Orthopedics

• Free initial consultation – no referral is necessary
• Now offering military discounts
• Preferred Invisalign provider

Click here to view our latest promotions



CLICK HERE TO ENTER!

SESAME STREET LIVE
ELMO's GREEN THUMB

Four lucky winners will receive four tickets to one performance of their choice at the Landmark Theater.

Congratulations To The 2010 Best Of The Tri-Cities Winners



April 15 - May 2

Mother Daughter Look-A-Like Contest





Get More From Your Day
WITH THE NEWSPAPER
Subscribe Today!

LATEST ON PROGRESS-INDEX.COM

Petersburg residents 'walk the walk' against social ills (12:37AM)
Hopewell voters will determine makeup of City Council (12:36AM)
Marine from Dinwiddie becomes the first blind double-amputee to re-enlist (12:35AM)



Contact: Sharon Bond
847/375-4836
sbond@connect2amc.com

### U.S. charitable giving estimated to be $307.65 billion in 2008
*Giving in worst economic climate since Great Depression exceeds $300 billion for second year in a row*



Glenview, Ill. (June 10, 2009)—Charitable giving in the United States exceeded $300 billion for the second year in a row in 2008, according to *Giving USA 2009*. Donations to charitable causes in the United States reached an estimated $307.65 billion in 2008, a 2 percent drop in current dollars over 2007.

The 2008 number is the first decline in giving in current dollars since 1987 and the second since *Giving USA* began publishing annual reports in 1956, says the annual report on philanthropy, released today for the 54th year by Giving USA Foundation™. (www.givingusa.org) Revised estimated giving for 2007 was a record $314.07 billion.

Two-thirds of public charities receiving donations saw decreases in 2008. The exceptions were Religion, Public-Society Benefit and International Affairs. The other types of charities (or subsectors) examined in *Giving USA* are: Arts/Culture/Humanities; Education; Environment/Animals; Health; Human Services; and Foundations, says the report, which is researched and written for Giving USA Foundation by the Center on Philanthropy at Indiana University.

"With the United States mired in a recession throughout 2008, there was no doubt in anyone's mind that charitable giving would be down," said (Ms.) Del Martin, CFRE, chair of Giving USA Foundation. "However, what we find remarkable is that individuals, corporations and foundations still provided more than $307 billion to causes they support, despite the economic conditions.

"It would have been easy to say 'not this year' when appeals came their way," she added, "and we definitely did see belt-tightening. This drop in giving meant that nonprofits have had to do more with less over the past year, but it could have been a lot worse."

**Giving remains core component of GDP**

In the context of Gross Domestic Product (GDP), giving is as strong historically as it's ever been. The estimates for 2008 indicate that giving was 2.2 percent of GDP. In 2007, giving was 2.3 percent of GDP.

"The fact that charitable giving was still more than 2 percent of GDP in 2008 is a bright spot in an otherwise negative climate for donations," said Nancy L. Raybin, chair of Giving Institute: Leading Consultants to Non-Profits, which created Giving USA Foundation in 1985. "The Institute has been active in examining ways to move contributions upward, and it looks like the American public agrees with us that charitable giving is an integral part of the country's economic fabric."

**Human Services sector surveyed for trends, issues**

This year's report also includes results from a national survey of human services charities about their fundraising practices and the impact they believe current events had on giving in 2008 and will have in 2009.

Charities in this subsector are among the first to report increasing needs for their services and slower growth in contributions when the national economy slows its rate of growth; for 2008, giving in this subsector declined an estimated 12.7 percent in current dollars, to $25.88 billion. In inflation-adjusted dollars, the drop was 15.9 percent. Human Services giving is 9 percent of total estimated giving for 2008.

The survey results showed that:

- Compared with 2007, 54 percent of human services charities saw an increase in need for their services in 2008; 30 percent saw little change in need; and 16 percent saw a decline;

- For 2009, 60 percent of the surveyed human services organizations were cutting expenses, including cutting services or staff, due to funding shortages;

- The type of human service agency most likely to be underfunded was youth development/serving children and youth. Of this type of group in the study, 74 percent said they are underfunded or severely underfunded, meaning that current available funding was insufficient to meet current demand; and

- Among organizations working to meet people's basic needs (food, shelter, clothing, etc.), more than half (53 percent) said they are underfunded or severely underfunded for 2009.

This survey went to a random sample of human services charities. The overall response rate was 7.1 percent, with 228 completed surveys.

**Giving picture for 2009 discussed**
The report also talks about the picture for 2009, when the economy has already seen both continued stressors and faint signs of a recovery. At the time of this release, there was a slight uptick in the housing sector while the stock market was slowly rising. Banks hard-hit by the credit crisis were still facing many challenges.

Advice about how nonprofits can survive in an economic downturn; results from the *Giving USA* survey of human services charities and how they view their funding prospects for 2009; and, forecasts for the year released by several organizations are included in the report.

**2008 estimates outlined**
*Giving USA* reports that, adjusted for inflation, total giving was down 5.7 percent, the largest drop recorded since the group has been keeping track of America's charitable donations.

**Individual giving**, which is always the largest component of charitable contributions, was an estimated $229.28 billion, or 75 percent of the total, in 2008. This is a decrease of 2.7 percent compared with 2007 estimates (-6.3 percent adjusted for inflation).

**Charitable bequests** are estimated to be $22.66 billion in 2008, a decrease of 2.8 percent (-6.4 percent adjusted for inflation). They make up 7 percent of total giving.

**Corporate giving**, which is closely tied to corporate profits, is projected to have decreased 4.5 percent (-8 percent in inflation-adjusted dollars), to $14.5 billion. It is estimated to equal 5 percent of all charitable giving.

**Foundation grantmaking**, according to data from the Foundation Center, was $41.21 billion, an estimated 3 percent increase in current dollars but a drop of 0.8 percent adjusted for inflation. It is 13 percent of total giving for 2008.

**2008 estimates of giving by type of recipient**
**Religion:** Religious congregations and other religious organizations received an estimated $106.89 billion, which is 35 percent of the total. This is the second year that giving to religion has exceeded $100 billion. Giving to religion increased an estimated 5.5 percent (1.6 percent adjusted for inflation). Religious gifts account for an estimated one-half of all individual giving, not counting gifts made through bequests (5.6 percent) or family foundations (about 3 percent).

**Education** organizations received an estimated $40.94 billion, or 13 percent of the total. Gifts to this type of organization decreased 5.5 percent (-9 percent adjusted for inflation).

**Foundations** received an estimated $32.65 billion, according to calculations by the Foundation Center and *Giving USA*. The estimate for 2008 is a decrease of 19.2 percent (-22.2 percent adjusted for inflation).

Gifts to **Health** organizations are estimated to be $21.64 billion, or 7 percent of total estimated giving. The decrease in giving to this subsector for 2008 is estimated to be 6.5 percent (-10 percent adjusted for inflation).

Estimated giving to the **Public-Society Benefit** subsector was $23.88 billion in 2008, or 8 percent of total estimated giving. The increase is 5.4 percent (1.5 percent adjusted for inflation).

**Arts/Culture/Humanities** organizations received an estimated $12.79 billion in 2008, or 4 percent of total estimated giving. The decrease is 6.4 percent (-9.9 percent adjusted for inflation).

**International Affairs** organizations, which include relief, direct aid, exchange, and other programs focused on international issues, received an estimated $13.3 billion, or 4 percent of total estimated giving. This is growth of 0.6 percent (but a decrease of 3.1 percent when adjusted for inflation).

Giving to the **Environment/Animals** subsector is estimated to be $6.58 billion, or 2 percent of total estimated giving. This estimate reflects a decrease of 5.5 percent (-9 percent adjusted for inflation).

-30-

**Summary of *Giving USA* methods**
*Giving USA*'s annual estimates are based on econometric studies using tax data, government estimates for economic indicators, and information from other research institutions. Sources of data used in the estimates include the Internal Revenue Service, Bureau of Economic Analysis, Foundation Center, INDEPENDENT SECTOR, Council for Aid to Education, National Center for Charitable Statistics at the Urban Institute and National Council of Churches of Christ.

The *Giving USA* report estimates changes in giving to subsectors (health, arts, education, religion, etc.). Except for giving to religion and giving to foundations, the subsector estimates are based on econometric models. The Center on Philanthropy at Indiana University prepares all the estimates in *Giving USA* for Giving USA Foundation™.

*Giving USA* found total change of -3.1 percent when estimating the dollar amount of gifts received at organizations When estimating giving by adding together the results of the four sources of contributions, *Giving USA* found a total change in giving of -2.0 percent. The estimates for the sources of giving are developed separately from the estimate of the receipts by type of recipient. The fact that the two different methods come within 1.1 percentage points of each other is one measure used by the *Giving USA* Advisory Council on Methodology to evaluate the results prior to their release.

**A Note about Inflation Adjustments**

Inflation-adjusted rates of change are based on estimates calculated using a Bureau of Labor Statistics inflation converter, which rounds to two decimal points. When comparing the inflation-adjusted rates of change to rates of change in current dollars, the difference between the two is not a constant 3.8 percentage points (the rate of inflation used in the BLS converter for 2007 to 2008). This is a by-product of the rounding and is not due to the use of a different measure of inflation or an error in calculation.

## NOTES TO EDITORS

Data for 1968 through 2008 are available upon request. The data show sources of contributions by year in current and inflation-adjusted dollars and allocation of gifts by type of recipient organization, also in current and inflation-adjusted dollars. Data also are available showing total giving as a percentage of gross domestic product; individual giving as a percentage of personal income and as a percentage of disposable personal income; and corporate giving as a percentage of corporate pre-tax profits.

The preferred citation for *Giving USA* is: *Giving USA*, a publication of Giving USA Foundation™, researched and written by the Center on Philanthropy at Indiana University.

For scholarly citations, the preferred form is the American Psychological Association style as follows: *Giving USA.* (2009).

*Giving USA* is a public outreach initiative of Giving USA Foundation™. The Foundation, established by Giving Institute: Leading Consultants to Non-Profits, endeavors to advance philanthropy through research and education.

The complete *Giving USA 2009* report, with data covering giving in 2008, will be available in early July 2009. Giving USA Foundation also publishes a quarterly newsletter, *Spotlight*. Both may be ordered by calling 847/375-4709 or on-line at givingusa.org. *Giving USA 2009* (with data for 2008) is $75. *Giving USA Presentation on CD* is $135. *Giving USA* book and subscription to *Spotlight* is $165. *Giving USA* book in both electronic and soft-cover format, subscription to *Spotlight*, and *Presentation on CD* is $270. *Giving USA* book in soft-cover format, subscription to *Spotlight*, and *Presentation on CD* is $210. Single issues of *Giving USA Spotlight* are $45. Costs do not include shipping and handling. All orders must be prepaid.