# INDEX OF EXHIBITS

| EXHIBIT A | "Myths vs. Facts: Fighting the Smears," NIAC website, http://www.niacouncil.org/site/PageServer?pagename=About_myths_facts |
|---|---|
| EXHIBIT B | Defendant's First Requests for Admission (June 2, 2010) |
| EXHIBIT C | Plaintiffs' Response to Defendant's First Request for Admission (July 1, 2010) |
| EXHIBIT D | Original and amended NIAC 2008 tax returns |
| EXHIBIT E | Eli Lake, "*Iran Advocacy Group Said to Skirt Lobby Rules*," Washington Times (Nov. 13, 2009) |
| EXHIBIT F | Excerpts from the Deposition of Sam Gardiner (August 30, 2010) |
| EXHIBIT G | Trita Parsi 2000 resume (Ex. 66 from deposition of Trita Parsi, Vol. 2) and depo. excerpts (Dec. 2, 2010) |
| EXHIBIT H | "IIC: An Iran Lobby Group!" from Google Group soc.culture.iranian (Dec. 26, 1997) |
| EXHIBIT I | IIC Website FAQ from www.iic.org |
| EXHIBIT J | Trita Parsi, "*Hello Capitol Hill*," www.iranian.com (Aug. 1997) |
| EXHIBIT K | Excerpts re: Lobbying Expertise from the Deposition of Trita Parsi, Vol. III (May 11, 2011) |
| EXHIBIT L | Excerpts re: Lobbying Expertise from the Deposition of Emily Blout (December 8, 2009) |
| EXHIBIT M | Excerpts re: Lobbying Expertise from the Deposition of Patrick Disney (October 29, 2010) |
| EXHIBIT N | Selected NIAC communications regarding proposed legislation or executive branch appointments |
| EXHIBIT O | H.Con.Res. 362 (May 22, 2008) |
| EXHIBIT P | Selected NIAC emails/letters re: H.Con.Res. 362 |

| EXHIBIT Q | NIAC press release regarding H.Con.Res. 362 |
|---|---|
| EXHIBIT R | "Incidents at Sea" Agreement, H.Con.Res. 94 (April 2, 2009) |
| EXHIBIT S | Selected NIAC emails/letters re: "Incidents at Sea" agreement |
| EXHIBIT T | NIAC 2007 Tax Return |
| EXHIBIT U | NIAC Articles of Incorporation (2002) |
| EXHIBIT V | NIAC Board Meeting Minutes (Nov. 15, 2001) |
| EXHIBIT W | Oct. 7, 2002 email from Parsi to lobbyists Roy Coffee and Ray DiStefano |
| EXHIBIT X | Sam Gardiner expert report (May 7, 2010) |
| EXHIBIT Y | Excerpts re: Iranian Officials from the Deposition of Trita Parsi, Vol. III (May 11, 2011) |
| EXHIBIT Z | Selected emails with/and regarding Ambassador Zarif |
| EXHIBIT AA | "Let's not leave IRAN alone," from Google Group soc.culture.iranian (June 18, 1996) |
| EXHIBIT BB | Sept. 1, 2006 Trita Parsi email exchange with Baquer Namazi (Ex. 81 from the deposition of Trita Parsi, Vol. 2, Dec. 2, 2010) |
| EXHIBIT CC | July 23, 2008 Disney email to Blout re: lobbying (Ex. 14 to the deposition of Patrick Disney, Oct. 29, 2010) |
| EXHIBIT DD | Iranian.com photo essay, www.iranian.com/main/image/29962 (May 27, 2008) |
| EXHIBIT EE | March 6, 2009 Mike Darner email to Patrick Disney re: lobbying |
| EXHIBIT FF | Selected documents re: Campaign for a New American Policy on Iran (CNAPI) |
| EXHIBIT GG | 2009 time sheets for NIAC employees; exhibits from Trita Parsi deposition:<br>- Ex. 56 – David Elliot<br>- Ex. 57 – Jamal Abdi<br>- Ex. 58 – Michelle Moghtader<br>- Ex. 59 – Patrick Disney<br>- Ex. 60 – Trita Parsi |

| | |
|---|---|
| EXHIBIT HH | Excerpts from the Deposition of Trita Parsi, Vol. I (Dec. 1, 2010) including:<br>- Ex. 22 – Sept. 22, 2002 email between Bijan Khajehpour and Trita Parsi<br>- Ex. 23 – Bank Records of Trita Parsi (Sept.-Oct. 2002) |