# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br><br>DAIOLESLAM SEID HASSAN,<br><br>　　　　　　Defendant. | Civil No.<br>08 CV 00705<br>(JDB) |

## DEFENDANT'S REQUESTS TO ADMIT

Defendant Daioleslam Seid Hassan, by and through his attorneys, hereby requests pursuant to Rule 36 of the Federal Rules of Civil Procedure that Plaintiffs Trita Parsi ("Parsi") and National Iranian American Council ("NIAC") admit the following:

REQUEST NO. 1: NIAC engages in lobbying.

RESPONSE:

REQUEST NO. 2: NIAC engaged in lobbying in 2009.

RESPONSE:

REQUEST NO. 3: NIAC engaged in lobbying in 2008.

RESPONSE:

REQUEST NO. 4: NIAC engaged in lobbying in 2007.

RESPONSE:

REQUEST NO. 5: NIAC engaged in lobbying in 2006.

RESPONSE:

REQUEST NO. 6: NIAC engaged in lobbying in 2005.

RESPONSE:

REQUEST NO. 7: NIAC engaged in lobbying in 2004.

RESPONSE:

REQUEST NO. 8: NIAC engaged in lobbying in 2003.

RESPONSE:

REQUEST NO. 9: NIAC engaged in lobbying in 2002.

RESPONSE:

REQUEST NO. 10: NIAC engaged in lobbying in 2001.

RESPONSE:

REQUEST NO. 11: Trita Parsi engages in lobbying.

RESPONSE:

REQUEST NO. 12: Trita Parsi engaged in lobbying in 2009.

RESPONSE:

REQUEST NO. 13: Trita Parsi engaged in lobbying in 2008.

RESPONSE:

REQUEST NO. 14: Trita Parsi engaged in lobbying in 2007.

RESPONSE:

REQUEST NO. 15: Trita Parsi engaged in lobbying in 2006.

RESPONSE:

REQUEST NO. 16: Trita Parsi engaged in lobbying in 2005.

RESPONSE:

REQUEST NO. 17: Trita Parsi engaged in lobbying in 2004.

RESPONSE:

REQUEST NO. 18: Trita Parsi engaged in lobbying in 2003.

RESPONSE:

REQUEST NO. 19: Trita Parsi engaged in lobbying in 2002.

RESPONSE:

REQUEST NO. 20: Trita Parsi engaged in lobbying in 2001.

RESPONSE:

REQUEST NO. 21: Trita Parsi engaged in lobbying in 2000.

RESPONSE:

REQUEST NO. 22: Trita Parsi engaged in lobbying in 1999.

RESPONSE:

                                                  Respectfully submitted,

|  |  |
|---|---|
| Dated: June 2, 2010 | _____/s/_____<br>Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)<br>Bradford A. Berenson (D.C. Bar No. 441981)<br>HL Rogers (D.C. Bar No. 974462)<br>Peter G. Jensen (D.C. Bar No. 982599)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000<br>hrogers@sidley.com<br><br>Attorneys for Defendant<br>Seid Hassan Daioleslam |

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br> Defendant. | Civil No. 08 CV 00705 (JDB) |

## CERTIFICATE OF SERVICE

I certify that on June 2, 2010, I served, via U.S. Mail and email, Defendant's Requests to Admit:

>Afshin Pishevar
>600 East Jefferson Street, Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com
>
>Adrian Nelson
>600 East Jefferson Street, Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>anelson@pishevarlegal.com
>
>Patrick Parsa
>600 East Jefferson Street, Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>pparsa@pishevarlegal.com

Dated: June 2, 2010

/s/
_____
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
hrogers@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam