# EXHIBIT F

Samuel Gardiner                                                      August 30, 2010
                          Washington, DC

```
                                                                        1
  1              IN THE UNITED STATES DISTRICT COURT

  2                 FOR THE DISTRICT OF COLUMBIA

  3      - - - - - - - - - - - - - - - - - -X

  4      TRITA PARSI                         :

  5      and                                 : Civil No.

  6      NATIONAL IRANIAN AMERICAN COUNCIL,  : 08 CV 00705

  7              Plaintiffs,                 : (JDB)

  8      vs.                                 :

  9      DAIOLESLAM SEID HASSAN,             :

 10              Defendant.                  :

 11      - - - - - - - - - - - - - - - - - -X

 12

 13              Deposition of SAMUEL GARDINER

 14                    Washington, D.C.

 15                 Monday, August 30, 2010

 16                        9:52 a.m.

 17

 18

 19

 20      Job No.:   24603

 21      Pages:     1 - 330

 22      Reported by:  Dana C. Ryan, RPR, CRR
```

2

1       Deposition of SAMUEL GARDINER, held at the

2   law offices of:

3

4             Sidley Austin, LLP

5             1501 K Street, Northwest

6             Washington, D.C. 20005

7             (202) 736-8000

8

9

10

11

12

13

14       Pursuant to agreement, before Dana C. Ryan,

15   Registered Professional Reporter, Certified

16   Realtime Reporter and Notary Public in and for the

17   District of Columbia.

18

19

20

21

22

```
                                                                    3
 1                  A P P E A R A N C E S

 2

 3       ON BEHALF OF THE PLAINTIFFS:

 4            ADRIAN V. NELSON, II, Esquire

 5            PATRICK PARSA, Esquire

 6            Pishevar & Associates, P.C.

 7            Jefferson Plaza - Suite 316

 8            600 East Jefferson Street

 9            Rockville, Maryland 20852

10            Telephone:   (301) 279-8773

11

12

13       ON BEHALF OF THE DEFENDANT:

14            TIMOTHY E. KAPSHANDY, Esquire

15            Sidley Austin, LLP

16            One South Dearborn

17            Chicago, Illinois 60603

18            Telephone:   (312) 853-7000

19

20

21

22
```

4

1　　　A P P E A R A N C E S   C O N T I N U E D

2

3　　　ON BEHALF OF THE DEFENDANT:

4　　　　　　ERIC GALVEZ, Esquire

5　　　　　　THOMAS E. ROSS, Esquire

6　　　　　　Sidley Austin, LLP

7　　　　　　1501 K Street, Northwest

8　　　　　　Washington, D.C. 20005

9　　　　　　Telephone:  (202) 736-8000

10

11

12

13

14

15

16

17

18

19

20

21

22

Samuel Gardiner

Washington, DC

August 30, 2010

7

```
 1              P R O C E E D I N G S

 2                SAMUEL GARDINER,

 3    having been duly sworn, testified as follows:

 4      EXAMINATION BY COUNSEL FOR THE DEFENDANT

 5      BY MR. KAPSHANDY:

 6      Q    Okay.  Morning -- is it Mister or

 7  Colonel Gardiner?  How do you --

 8      A    Sam.

 9      Q    Pardon?

10      A    Sam.

11      Q    You prefer Sam, okay.

12           As you know from our brief introduction

13  before we started, my name is Tim Kapshandy, and I

14  represent the defendant in this lawsuit that

15  you're somewhat familiar with.  I may -- what

16  we'll do is just kind of go over the procedures

17  briefly.

18           I understand you've never given

19  deposition testimony?

20      A    That's right.

21      Q    Okay.  One of the things we have to do

22  is, unlike normal conversation so the reporter
```

Samuel Gardiner

Washington, DC

August 30, 2010

191

1  but we can only tell it was addressed to Parsi on
2  this -- describing a presentation of two
3  Washington lobbyists, Roy Coffee and Dave
4  DiStefano on developing an Iranian American
5  political voice.
6           Do you see that?
7      A    Yes.
8      Q    And my first question is does this
9  refresh your recollection at all, if you know Roy
10 Coffee at all, that he ever acted as a lobbyist
11 when he wasn't with government?
12     A    I read here and what they say is that
13 he is a lobbyist.  That's my -- what I know.
14     Q    Let me ask you this.  Do you believe
15 that Trita Parsi is a lobbyist, first of all,
16 without regard to who he lobbies for?
17          MR. NELSON:  Objection; beyond the
18 scope.
19          You may answer.
20          THE WITNESS:  It's important to keep a
21 distinction between being a lobbyist and being a
22 representative of the government of Tehran.

1   BY MR. KAPSHANDY:

2   Q   I appreciate that. That's my question.

3   A   Yeah, I -- a lobbyist, I would accept
4   that, and I accept what it says here, to promote
5   Iranian American voice in the American political
6   process.

7   Q   And that assumes, of course, one is
8   aware of and responsive to what Iranian Americans
9   want; correct?

10  A   Yes.

11  Q   I mean, the ultimate question is, if
12  you're a lobbyist, who do you work for; correct?

13  A   Yeah, and I think the answer to that,
14  is it not, that if you can get contributions from
15  the community, then you are representing their
16  voice. I mean, that -- if you want to measure,
17  that's a measure -- a pretty good measure in my
18  mind.

19  Q   How long have you known Trita Parsi?

20  A   Four, five years. It's a --

21  Q   Okay. And how long is it that you've
22  known him to be someone attempting to influence

Samuel Gardiner  
Washington, DC  
August 30, 2010

329

1          CERTIFICATE OF DEPONENT

2

3    I hereby certify that I have read and examined the

4    foregoing transcript, and the same is a true and

5    accurate record of the testimony given by me.

6    Any additions or corrections that I feel are

7    necessary, I will attach on a separate sheet of

8    paper to the original transcript.

9                          _____

10                                  Signature of Deponent

11

12   I hereby certify that the individual representing

13   himself/herself to be the above-named individual,

14   appeared before me this _____ day of _____,

15   2010, and executed the above certificate in my

16   presence.

17                         _____

18                                  NOTARY PUBLIC IN AND FOR

19

20                         _____

21                                  County Name

22   MY COMMISSION EXPIRES:

330

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Dana C. Ryan, Registered Professional

3    Reporter, Certified Realtime Reporter, the officer

4    before whom the foregoing proceedings were taken

5    do hereby certify that the foregoing transcript is

6    a true and correct record to the best of my

7    ability of the proceedings; that said proceedings

8    were taken by me stenographically and thereafter

9    reduced to typewriting under my supervision; and

10   that I am neither counsel for, related to, nor

11   employed by any of the parties to this case and

12   have no interest, financial or otherwise, in its

13   outcome.

14             IN WITNESS WHEREOF, I have hereunto set

15   my hand and affixed my notarial seal this 9th day

16   of September 2010.

17   My Commission expires:

18   July 15, 2015

19

20   _____

21   NOTARY PUBLIC IN AND FOR THE

22   DISTRICT OF COLUMBIA