# EXHIBIT H

Gmail   Calendar   Documents   Photos   Reader   Web   more ▾                          Sign in

# Google groups
« Groups Home

## soc.culture.iranian          "KhodA NegahdAr" .se    [Search this group]  [Search Groups]

### IIC: A VEVAK Front ?                                      Options

**Discussions**
+ new post

☆ 14 messages - Expand all

**zolfighar** The new lobby, Iranians for International ...   Dec 27 1997, 3:00 am

Discussion subject changed to "IIC: A VEVAK Front ? NO, not at all." by Trit

**Trita Parsi** View profile                 More options  Dec 27 1997, 3:00 am

About this group
Subscribe to this group

This is a Usenet group - learn more


View this group in the
new Google Groups

Sponsored links

Dear Zolfighar,
Thank you for your letter and the concerns you have brought up. Please
let me reply to them below.

> The new lobby, Iranians for International Cooperation (IIC) has all the
> appearance of a VEVAK front.  Ask questions about who is behind this
> shadowy group.

> 1.  Its founders and leadership are not identified.  Any reputable group
> would be highlighting its founders and organizational leadership in order
> to acquire respectability and influence.  A front organization would
> conceal this. IIC does not identify its leaders, and what control they
> have over the group.

The reason why the leadership is not identified is becaus as of now, our
charter is not ready and we have thus not elected a leader. Mohsen
Shabanian and I founded this group back in August and ever since, we and
the members we soliciteted have slowly  built it up.
        Sometimes reality is much simpler than one suspects it to be. :)

Keep checking in at the website and I am sure that you wil see all your
questions answered.

> 2. Where did it come from?  Since they require expertise and financial
> backing, effective lobbying organizations are usually spin-offs of other
> groups. The IIC website is fairly slick.  Where did the expertise come
> from to set this group up?  What organizations is it affiliated with?
> Who are the well-known and respected Iranians who endorse it?

Again, patience is the answer. We are not afilliated with any group, and
we have not spin offed anything else. The expertise lies in the members
who all are well aware of the political realities of today and some have
also seen it from inside.
        Glad you liked the homepage, its done by Sultan Mehrabi, a student of
computer science in Cali!
        I am sure that you do undertsand that it  isnt expensive to set up as
site!
        Also, those members who wish to have their ´names on the homepage
will
soon be there. We are working on it!

> 3. Who pays for it?  If they are to be effective, organizations like IIC
> require large budgets.  Where does the IIC's budget come from?  Are its
> books open for outside review?  If not, you should be suspicious.

**Music Unlimited**
Music You Want When You Want It.
Join SONY's Music Unlimited Today
qriocity.com/MusicUnlimited

**What's Your Color?**
Red? Green? Chartreuse?
We Dig Em All. Stay Colorful.
www.Cheer.com/Color

**Dokhtar Irani**
1000s of Products - Sale!
Compare Prices & Save
www.Shopping.com

See your message here...

Noone pays for it cause there isnt anything to be paid for! Those who
mail letters, pay for their stamps themselves! To have a malinglist
doesnt cost anything either. Please let me know what needs to be paid
for and I'll let you know how we succeded in doing it for free!

> 4. What does the lobby want from you?  Are you expected to be a
> letter-writer or source of financing, or will you have any real say in
> how the group operates? To join, IIC requires that you adhere to all
> points of its agenda.

Its up to you. If you wish to help draftt letters, thats fine, if you
wish to send letters thats fine too. And of course, all organizations
require that you accept the charter before you join. If you had ever
been a member of one you would have known :)

> 5. Who benefits by its goals?  The website indicates it is based in
> Sweden, yet it is all in English.  Who is the target audience for the
> lobby?  Is it Iranians, Americans, or the US government.  Why is it based
> in Sweden?

The Iranian people benefits. We aim to protect Iranian interest. It is
not based in Sweden, however I live in Sweden and I am currently the
moderator of the list. The reason why I live in Sweden is because my
parents moved here. :)
       The reason it is in English and not in Swedish is because it is an
International organization and not a swedish organization.

> All of these anomolies should make Iranians very suspicious about the
> IIC's legitimacy. Ask questions and find out more about who is behind
> this shadowy group.

Yes, please ask us questions and let us prove to you who we are. :)

**KhodA negahdAr**

Trita Parsi
\*\*\*\*
Handelshögskolan, Stockholm
Stockholm Scool of Economics
\*\*\*\*
http://www.iic.org/

Discussion subject changed to "Re; IIC: A VEVAK Front ? NO, not at all." by

**Mehram Maleki** View profile        More options  Dec 27 1997, 3:00 am

On Sat, 27 Dec 1997 14:34:25 +0100, Trita Parsi <m74tp...@students.su.**se**>
wrote:

> Yes, please ask us questions and let us prove to you who we are. :)

> **KhodA negahdAr**

> Trita Parsi

My question to you ("to prove who you are") is, could you provide us, here in
SCI, with a list of your organization's membership explicitly mentioning the
individual members' religious backgrounds. Just a list of names with another
column in front of it mentioning the religions (practiced or not). If you have
no access to such information you're automatically not qualified to run that
organization. I hope you're aware of that.

Maleki

Ps- People here are having confusion about your sex and you've been silent. Are
you female or male? Your first name doesn't quite clarify it judging by how they
address you here or in DNI.

```
+----------------------------------------------------------------
|E-mail articles to          : sci-pos...@handel.sun.com
|For autoreply help/info     : sci-info
```

Discussion subject changed to "IIC: A VEVAK Front ?" by Tazjoon

**Tazjoon**   I sir am a member of the group and I'd like...   Dec 28 1997, 3:00 am

Discussion subject changed to "IIC: A VEVAK Front ? NO, not at all." by Meh

**Mehram Maleki** View profile                    More options   Dec 28 1997, 3:00 am

On Sat, 27 Dec 1997 14:34:25 +0100, Trita Parsi <m74tp...@students.su.**se**>
wrote:

> Yes, please ask us questions and let us prove to you who we are. :)

> **KhodA negahdAr**

> Trita Parsi

My question to you ("to prove who you are") is, could you provide us, here in
SCI, with a list of your organization's membership explicitly mentioning the
individual members' religious backgrounds. Just a list of names with another
column in front of it mentioning the religions (practiced or not). If you have
no access to such information you're automatically not qualified to run that
organization. I hope you're aware of that.

Maleki

Ps- People here are having confusion about your sex and you've been silent. Are
you female or male? Your first name doesn't quite clarify it judging by how they
address you here or in DNI.

**Trita Parsi** View profile                    More options   Dec 28 1997, 3:00 am

Dear Mehran,

> > Yes, please ask us questions and let us prove to you who we are. :)

> > **KhodA negahdAr**

> > Trita Parsi

> My question to you ("to prove who you are") is, could you provide us, here in
> SCI, with a list of your organization's membership explicitly mentioning the

> individual members' religious backgrounds. Just a list of names with another
> column in front of it mentioning the religions (practiced or not). If you have
> no access to such information you're automatically not qualified to run that
> organization. I hope you're aware of that.

> Maleki

We are working on the list of members (to see whom like and dont like to
have their names on the homepage). It will soon be on the homepage, and
I am sure that you will recognize many names.
    Regarding religion, no, we dont resort to any religious conspiracies
and are thus not interested in each others religious backgrounds. I know
that you are, your previous mails have indicated strong hatred towards
Bahais and Zoroastrians.
In our charter we state that everyone has the same right, regaardless of
sex, beliefs, religious background etc.
    Whether I am "qualified to run an organization" based on my knowledge
of the members religious background, that is an theory that you need to
proove before you present it as universially accepted.

> Ps- People here are having confusion about your sex and you've been silent. Are
> you female or male? Your first name doesn't quite clarify it judging by how they
> address you here or in DNI.

I am male. I was hoping that people would have understood it by know. :)

--
**KhodA negahdAr**

Trita Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/

---

Discussion subject changed to "IIC: A VEVAK Front ?" by Noel60
**Noel60**  Sultan mehrabi,    Congratulations in takin...    Dec 28 1997, 3:00 am
Discussion subject changed to "IIC: A VEVAK Front ? NO, not at all." by Taz
**Tazjoon**  I am Sultan a memeber of the group, I am ...    Dec 28 1997, 3:00 am

**Mehram Maleki**  View profile             More options  Dec 28 1997, 3:00 am

- Show quoted text -

What you say regarding one's religious background and its relevancy to political
issues about Iran holds true only inside Iran. A non-Moslem Iranian who lives in
Iran by all probability is more Iranian than many other Iranians, has full
individual rights in participating in political activities for the betterment of
his condition and the betterment of his country. But you are outside Iran and
are involved with members the majority of whom are living outside Iran. Outside
Iran, during tha past 20 years, religous background has had major and
unmistakable role in directing those Iranians either against or for Iran's
welfare. HOW DO YOU, as a politically active Iranian individual, justify your
insensitivity toward this important factor?? Religious background can be used

as
a very reliable means to distinguish between Iran's potential enemies and the
true Iranians among those outside. Nobody can deny this because this fact is
firmly based on twenty years of documented and unshakable data. This tool
doesn't cover the exceptions but is certainly giving correct result on the
average, and will do so for a number of years to come. Any non-Moslem
Iranian
who lives outside Iran, by the mandate of what their religous organizations
have
been doing during the past 20 years in poisoning every imaginable well and
lifeline that belongs to Iranians, has to first declare his or her religous
background and only then engage in open political activities involving affairs
of general Iranians, so that the public can assign to their words the accurate
and proper weight. Refraining from doing that would exhibit their outright
dishonesty towards the very people they are faking to address!

If the vehicle of religion for these "Iranians" living outside Iran has been
such a benign factor in their lives why are you so sensitive to make sure you
keep it hidden? You have to be honest in what you do to Iranians otherwise it
won't work. An Iranian will not miss to observe the possible merits and values
in what Jews or Baha'is, etc, attempt to do politically towards Iranians if they
are honest and open about themselves first. I and everybody I know values
Parsa's or any other free person's words and beliefs ten times more than
some
Baha'is or Jews who aren't even open or honest enough to announce their
religious background and  yet engage in "democratic" activities for Iranians,
or
engage in such discussions in public forums pretending to address all the
Iranians. And believe it or not this sentiment is not unique to me. A person
who
hides his religous background is a weak and insecure person who doesn not
wish
to take up the responsibility of what he has been doing all along or what that
religious community has made him do and brought for him. A person like that
is
obviously not worthy of being followed as some sort of democratic leader, or
even paid attention to in meaningful discussions on such issues inside a
public
forum.

If your organization is not sensitive about being open on its memberships'
religious background, where most of these members are living outside Iran,
then
it would certainly be a severe shortcoming of it's abilities, and casts real
doubt on its future and effectiveness from start. People won't be wasting their
time on that. A leader of such organization disqualifies himself automatically
as someone who cannot make use of this important and decicive factor.

Maleki

ps- You falsly accused me of hating Baha'is, etc, just like your other
colleagues Abdolian and other DNI-infested little minds who seem to
concurrently
run this attitude towards every honest voice they hear. Well in SCI chances
are
that your ass will be kicked bad if you keep splashing around immature words
like that. This isn't DNI and such words don't fall on favorable grounds all the
time. Besides, by such loose words one is forced to notice that you don't
exhibit abilities to either control some of your more primal instincts, or,
perhaps, the ability to follow the logic lines carefully. One more sign you're
probably not eligible for what you intend to do towards other Iranians. You
(and
your sponsors) are underestimating the difficulties involved in affecting
Iranians' thoughts and judgements. We are not Iranians of 1950s. Not even
the
1960s kind anymore. The bulk of the effective or susceptible among them are
all

dead or gone and we never quite understood their stupidities :) Good luck to you and your sponsors.

- If you bothered to follow up this message somehow manage to gather enough
attention in yourself to write my name correctly next time.

**Trita Parsi** View profile    More options  Dec 29 1997, 3:00 am

Dear MehraM,
First let me apologize for misspelling your name.
Second, let me clarify that I am not intending to get into an argument with you on this issue, you have clearly made up your mind already so there isnt any sense in discussing.
    I do however feel that you are justified to a short reply to your lenghty mail:

1. You seem to base your whole argument on the premiss that non-muslim Iranians are anti-Iran by nature. I strongly disagree and find it rather peculiar that you as a Muslim claim to be more Iranian than me, a Zoroastrian. Although I would like to refraim from initiating a "who's most Iranian?"-debate, I would like to state that you-- and noone else for that matter-- are in no position to question any other Iranian's Iranianess.

2. We are not hiding our religion, we simply dont feel it to be an important issue. Apparently the vast majority of people agrees with us since you are the first and only person to bring this up. We are a lobby group, not a political group and not a religious group.

3. Those who make this an issue are those who try to keep non-muslims out of the debate. We strongly disagree with such beliefs as our charter clearly states.

 4. Regarding your statements that I will get my ass kicked etc, I prefer to leave such  remarks unawnsered.

In conclusion, thank you for sharing your views with us and good luck to you too.

--
**KhodA negahdAr**

Trita Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/

**Jamshid Naghizadeh** View profile    More options  Jan 4 1998, 3:00 am

In article <34a60f65.4003...@206.54.186.72>,

- Show quoted text -

Let me first say that I am a member of this group and I am a Moslem.

IIC strives to inform the American Congress about the political
trends within Iran as well as outside propaganda directed
against Iran in the US and International Media.

So far this has been achieved by Faxing published articles from
US and International Press to US Congressmembers, Senators and
other influentioal politicains.

This activity is based on the philososphy that US Congressmen are
continually bombarded with ati-Iran propaganda by Israeli Lobby
and have little information to counter that propaganda.

Actually, as far as I know, there are some Americans (not Iranian-
Americans) in this group who have joined this effort believing
that the present US policy to isolate Iran is not in the
interest of US. They are in effect trying to modify US
policy about Iran  in order to serve US intersts. Thus
Natioality or religion is not an issue in this group.

--jamshid


**Abrisham** View profile                              More options  Jan 4 1998, 3:00 am

hey jamshid.
good pay by  akhounds??? khejalat nemikkeshin iran forosh ha?
labod mirin onja ke enghelabe eslamitono be kakhe sefid sader konin.ona
khodeshon vasa mardome iran shoma ha ro dorost kardan
shoma ha alhagh ke nokare akhoundin..laanate khoda bar shoma va har kas
ke ba shomast

- Show quoted text -


Discussion subject changed to "Re; IIC: A VEVAK Front ? NO, not at all." by
**Mehram Maleki**  On 4 Jan 1998 15:15:51 +0100, jana...   Jan 6 1998, 3:00 am
Discussion subject changed to "IIC: A VEVAK Front ? NO, not at all." by Meh
**Mehram Maleki**  On 4 Jan 1998 15:15:51 +0100, jana...   Jan 6 1998, 3:00 am
End of messages

**« Back to Discussions**                            « Newer topic   Older topic »

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2011 Google

Gmail  Calendar  Documents  Photos  Reader  Web  more       **Sign in**

 groups

« Groups Home

## soc.culture.iranian    "KhodA NegahdAr" trita    [Search this group] [Search Groups]

### IIC: AN IRANIAN LOBBY GROUP!                              Options

**Discussions**
+ new post

7 messages - Collapse all

**Trita Parsi** View profile         More options Dec 26 1997, 3:00 am

Dear Friends,
Iranians for International Co-operation is a newly formed lobby group
that seeks to protect the interest of the Iranian nation and promote
friendship between nations. Currently our main objectives are to start
an Iran-US dialo and lift the US sanctions on Iran. We are active both
in the US and in the EU.

Please visit our new homepage at http://www.iic.org/
and link us to your pages.

--
**KhodA negahdAr**

**Trita** Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/

About this group
Subscribe to this group

This is a Usenet group - learn more

 View this group in the new Google Groups

Sponsored links

**Treatment Of Waste Oil**
Treat All Types Of Waste Oil With
Our World Class Skimmers. Call Now!
www.OilSkim.com

**Oil and Gas Investments**
Large Ownership. Small Investment
Direct Partnership. Now Funding
oilandgasinvestment.com

**BP's Work in the Gulf**
BP continues their work in the
Gulf. Visit BP.com to learn how.
www.BP.com/GulfOfMexicoResponse

See your message here...

**blue sands** View profile     More options Dec 31 1997, 3:00 am

u mean us sanction on mullahs income???? oh, and u don't like it? how
much they pay u to do so for them??

- Show quoted text -

**Dick Steel** View profile     More options Dec 31 1997, 3:00 am

In article <34AA0DFF.1B580...@hotmail.com>,
  blue sands <bluesa...@hotmail.com> wrote:

- Show quoted text -

Hey blue,

What are you going to do when Iran and Iraq patch things up?

Bad boys bad boys, what ya gonna do? what ya gonna do when they come

for YOU!

Dick Steel

"This Dick's for You"

**IRANQEEN** View profile                More options Jan 1 1998, 3:00 am

hi
i am looking for friend

**dariusha** View profile                More options Jan 1 1998, 3:00 am

IRANQEEN wrote:

> hi
> i am looking for friend

Don't tell me ... you are KIRKOOTCHOOLOO.

DariushA.

**Trita Parsi** View profile             More options Jan 3 1998, 3:00 am

blue sands wrote:

> u mean us sanction on mullahs income???? oh, and u don't like it? how
> much they pay u to do so for them??

For anyone to believe that all Iran's oil income goes to the mullahs, to
terrorism or nuclear programs, shows the neccessity of having more
Iranians studying Economics instead of Medicine.

--
**KhodA negahdAr**

**Trita** Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/

**Azarakhsh** View profile              More options Jan 5 1998, 3:00 am

blue,
can u tell me why you waste your time on these people? please don't
think that people don't know these group of people. thet are very well
know and i assure you that many read these posts and can tell easily

that who is **trita** sn where he/she come from. he may think people are stupid. but they are not. the other one obviousely has grown up in stable and even doesn't worth looking at. please leave them alone. they come with breeze and go by the morning!

- Show quoted text -

End of messages

« Back to Discussions                    « Newer topic   Older topic »

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy

©2011 Google