# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,

        Plaintiffs,

    vs.        No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

        Defendant.

---

DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010

Reported by:
Jeremy Frank, MPM
JOB NO. 4506

Page 2

1
2                    October 29th, 2010
3                       2:14 p.m.
4
5        Deposition of PATRICK DISNEY, held at
6   the offices of Sidley Austin, LLP, 787 7th
7   Avenue, New York, New York, pursuant to Notice
8   and Agreement, before Jeremy Frank, a Notary
9   Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                          Page 3
 1
 2    A P P E A R A N C E S:
 3
 4         PISHEVAR & ASSOCIATES, P.C.
 5         Attorneys for Plaintiffs
 6              Jefferson Plaza, Suite 316
 7              600 East Jefferson Street
 8              Rockville, MD 20852
 9         BY:  ADRIAN V. NELSON, II, ESQ.
10              A.P. PISHEVAR, ESQ.
11              PATRICK PARSA, ESQ.
12
13         SIDLEY AUSTIN LLP
14         Attorneys for Defendant
15              1501 K Street, N.W.
16              Washington DC 20005
17         BY:  PETER G. JENSEN, ESQ.
18              JOSH FOUGERE, ESQ.
19
20         ALSO PRESENT:
21              AYDALINE GARCIA, videographer
22
23
24
25
```

1

2          IT IS HEREBY STIPULATED AND AGREED, by
3   and between counsel for the respective
4   parties hereto, that the filing, sealing and
5   certification of the within deposition shall
6   be and the same are hereby waived;
7          IT IS FURTHER STIPULATED AND AGREED
8   that all objections, except as to the form
9   of the question, shall be reserved to the
10  time of the trial;
11         IT IS FURTHER STIPULATED AND AGREED
12  that the within deposition may be signed
13  before any Notary Public with the same force
14  and effect as if signed and sworn to before
15  the Court.
16
17
18
19
20
21
22
23
24
25

Page 5

1
2      THE VIDEOGRAPHER:  This is tape
3  number one in the videotaped deposition
4  of Patrick Disney in the matter of Trita
5  Parsi and National Iranian American
6  Council versus Daioleslam Seid Hassan  in
7  the United States District Court for the
8  District of Columbia.  This deposition is
9  being held at Sidley Austin, 787 7th
10 Avenue, New York, New York on October
11 29th, 2010 at approximately 2:14 p.m.  My
12 name is Aydaline Garcia and I'm the video
13 specialist, and the court reporter is
14 Jeremy Frank.
15      Will counsel please introduce
16 themselves beginning with the party
17 noticing this proceeding.
18      MR. JENSEN:  My name is Peter
19 Jensen, I'm counsel for the defendant
20 with the law firm of Sidley Austin.
21      MR. FOUGERE:  Josh Fougere also for
22 the defendant with Sidley Austin.
23      MR. NELSON:  Adrian Nelson with
24 Pishevar & Associates on behalf of NIAC
25 and Dr. Trita Parsi.

1             Disney
2        MR. PARSA:  Patrick Parsa for the
3   plaintiffs with Pishevar & Associates.
4        THE VIDEOGRAPHER:  Will the court
5   reporter please swear in the witness.
6   P A T R I C K   D I S N E Y,  called as a
7   witness, having been duly sworn by a Notary
8   Public, was examined and testified as follows:
9   EXAMINATION BY
10  MR. JENSEN:
11       Q.   Before we get started, I just want
12  to go over a few ground rules.  Before we do
13  that, one question.
14            Have you ever been deposed before?
15       A.   No.
16       Q.   Well, I think as the court
17  reporter noted, it is important for you to
18  speak clearly and enunciate.  Try not to speak
19  over me when I'm asking a question and I'll
20  try not to speak over you when you're giving
21  an answer, that will make his job a lot
22  easier.  And also it is important that you
23  verbalize your answers, shrugs and nods of the
24  head won't be captured by his transcript.  If
25  you don't understand a question, please don't

```
 1                        Disney
 2       Q.    Okay.
 3             And did you consider yourself a
 4  lobbyist?
 5       A.    No.
 6       Q.    Did you think you were engaging in
 7  lobbying?
 8       A.    Can you refine the question a
 9  little bit.
10       Q.    Did you lobby Members of Congress?
11       A.    There are activities that I
12  participated in that fit the legal definition
13  of lobbying, yes.
14       Q.    At the time did you consider
15  yourself to be engaged in lobbying?
16             MR. NELSON:  Asked and answered.
17       A.    At the time when I had developed a
18  conception of the legal term lobbying and then
19  developed a process by which I could catego-
20  rize my activities, occasional activities of
21  mine that I engaged in were categorized as
22  lobbying under the legal definition, yes.
23       Q.    And when did you come to
24  understand what the legal definition of
25  lobbying was and how?
```

```
 1                    Disney
 2        A.    Like I said before --
 3              MR. NELSON:  I note an objection,
 4        you're answering based on your personal
 5        knowledge, not as an expert in this area.
 6        A.    Like I said before, it is an
 7   extraordinarily complicated legal definition,
 8   and one that I to this day do not have a
 9   complete grasp of and nor do I have
10   qualifications to have a complete grasp of it.
11   And rather than say there was a point at which
12   I developed an understanding of the term, I
13   would say it was an ongoing process of
14   developing a way of interpreting the term.
15        Q.    At some point in time you
16   developed sufficient comfort with the term to
17   be able to implement this color categorization
18   of your activities to determine what was
19   lobbying and what was not.
20              Is that a fair statement about
21   what you were doing?
22              MR. NELSON:  Object to the form of
23        the question.
24              You may answer if you're able.
25        A.    There was a point at which I
```

1      Disney
2  became comfortable with my process for
3  categorizing my activities.  At no time did I
4  depend only on myself and my interpretation,
5  but I had a process that allowed me to perform
6  my duties with confidence.
7      Q.   How would you determine how to
8  categorize those different activities?
9      A.   On various activities I would
10 consult the documents that we had obtained and
11 the records that we had built up over time to
12 help with this interpretation.  And oftentimes
13 I would, I and my colleagues would discuss it.
14 And if I or any of my colleagues were unsure
15 about a certain activity, I would turn to, for
16 example, David and say, "What do you think
17 about this?"  He would do the same for me, we
18 would think through the question and arrive at
19 a decision.
20      Q.   The decision was whether or not a
21 particular activity was or was not lobbying?
22      A.   Or some other activity categori-
23 zation.
24      Q.   What were the categorizations that
25 you had?  I think you said seven or eight

```
                                                         Page 247
 1                        Disney
 2                  C E R T I F I C A T E
 3      STATE OF NEW YORK    )
 4                           : ss.
 5      COUNTY OF NEW YORK   )
 6
 7           I, Jeremy Frank, a Notary Public within
 8      and for the State of New York, do hereby
 9      certify:
10           That PATRICK DISNEY, the witness whose
11      deposition is hereinbefore set forth, was duly
12      sworn by me and that such deposition is a true
13      record of the testimony given by the witness.
14           I further certify that I am not related
15      to any of the parties to this action by blood
16      or marriage, and that I am in no way
17      interested in the outcome of this matter.
18           IN WITNESS WHEREOF, I have hereby
19      set my hand on the 1st day of November, 2010.
20
21                         _____
22                         JEREMY FRANK, MPM
23
24
25
```

212-400-8845   -   Depo@TransPerfect.com