# EXHIBIT N

# HR 282

# (2006)

# Capitol Hill Meetings

## Rexon Ryu (pronounced Yu), Hagel's office Room SR 248 - March 31, 2006

Hagel is concerned about the current path we are on. Rexon preferred not to see the imposition of punitive measures but rather a call for negotiations between both governments. He noted that the military is stretched thin already and was open to pursuing constructive measures. He wasn't sure about the feasibility of reauthorizing ILSA with fewer or diluted sanctions in place on Iran. He concurred that Iraq was not a success but several unknowable factors will govern Congressional action on Iran. It's too soon to say what the Administration will do.

Rexon stated that he would be willing to look into the OFAC licensing issue. **The first thing he wants is a list of organizations that applied for a license and were denied.** Hagel is a supporter of policies that have utility and are aimed at strengthening civil society without aiding the Islamic Republic.

Note: the $75 million in HR 4939 was redirected, not slashed. This could produce an internal competitive struggle concerning how the money will be distributed and how much will actually go to Iran. Find out what BBG?

## Mark Silverman and William Ralph, Chafee's Office, SR 141 A - March 31, 2006

Expressed an interest in peaceful dialogue and a willingness to support our cause. Mark asked us detailed questions about the survey that NIAC conducted. Trita noted that the initial survey asking what activities NIAC should be doing was sent out to 10,000 members. NIAC members were the ones asked specifically about the Iran-US issue, of which 86 percent expressed a desire to resolve the matter peacefully. Few NIAC members were supportive of UN sanctions and an even lower share of the total favored a military option to the Iran nuclear standoff. They asked for a copy of the resolution sponsored by AIPAC calling for the President to use any means necessary to stop Iran.

Mark and William warmed to the idea of a more sophisticated standard for understanding the wishes of Iranian Americans and Iranians. They seemed to approve of the US-Iran poll proposal and said they would ask Sen. Chafee about the option of including a resolution that requires Congressional approval of any plan to strike Iran. They appeared as grateful to us as we were to them and said they would think of other ways to be helpful. They suggested that we contact John Sununu's aide, Scott Thare, who is a Department of State Fellow.

## Debra Tekavec of John Murtha's office, Rayburn 2423, 225-2065 - March 31, 2006

From the outset, Debra expressed support for a non-military approach and predictably was dismayed at the Iraq war's prosecution. She was eager not to repeat the mistake of Iraq in Iran. Trita reiterated that the Neocon strategy was to pursue the least resistant path to conflict and then create the perception of being pushed into that conflict. He noted the approval of a resolution passed last year containing language that gave the President authority to use any means necessary to prevent Iran from developing nuclear weapons. Debra was confident that the US was not likely to go to war in Iran--she stressed "it's not going to happen" citing the fact that we are in an election year and that the Iraq war is already too costly. She said she would talk to Rep. Murtha about drafting the resolution declaring the sense of Congress that any military operation in Iran required Congressional approval. She suggested that we contact Erin Logan in Joe Biden's office, who is Iranian American and covers defence issues. Trita already knows Puneet from Biden's office but said that it can't hurt to contact Erin too.

## Tom Vinson, Rep DeFazio's (Oregon) office – 225.6416

Spoke with Vinson over the phone. Received language introduced by his boss and Ron Paul that would require the President to go to Congress before any military action. I also poke over the phone to Tom Winson of DeFazio's office about the War Powers affirmation amendment to HR 4939, which was withdrawn on the House floor. As expected, the language was included because of the potential misuse of military authority. Vinson said that it was withdrawn so that it could be attached to the regular defense authorization bill later in the year. He said that he tried to add the same language to the prior defense authorization bill and it was voted down (gained only 130 votes). He tired going the resolution route before, partnering with Ron Paul ® of Texas and that measure was scuttled by the Rule Committee who never made the resolution in order (I will try and get the resolution #). He said that the Majority have avoided tying the President's hands. That sentiment may be changing because there is more evidence of mild opposition among Republicans because of errors in Iraq. He is not concerned about the "any means necessary" Resolution because of its non-binding nature and that the case with Iraq is different because regime change was the official American policy back then and does not currently apply to Iran. He seemed cordial but not interested in focusing on Iran or Iranian American interests in general. He wanted to know if there is an equivalent for Iran of the Iraqi National Conference and I said no and went into the spiel about setting high standards and gauging the views of the population before taking action in Iran,. He doesn't think that conflict in Iran is likely by "you can't put anything past them."

Rep. DeFazio may offer an amendment, debatable for 10 minutes. The amendment provides that none of the funds made available in this Act may be used to initiate military operations except in accordance with Article 1, Section 8 of the Constitution of the United States. The amendment ensures that if the President contemplates military action against Iran, Syria, or North Korea or any

other country; he must first compel to Congress seeking authority before actually initiating military action. The amendment does NOT require the President to seek authority from Congress in regards to military action in Iraq or al Qaeda since Congress has already authorized those actions. Contact: 5-6416.

## Mark Lippert from Obama's office (over the phone)

He seemed very receptive and warmed to our views. He stated that the current approach lacked creative thinking and was eager and informed and asked questions. He proposed that objectively speaking, Iran would not escalate into a military assault but that it was difficult to say.

He seemed supportive of an idea floated by Dr. Taki of the Council on Foreign Relations who had argued for a contact group in Iran as a diplomatic channel for dialogue between the US and Iran (this guy has spoken before the Foreign Relations Committee and could be a good panelist.) that idea had not received much traction. He was aware that a nuclear program was popular in Iran and that it would be best to negotiate for a more benign and less robust program. He suggested talking to Pat Garvey (good guy from foreign relations staff) and Tim Reiser from Senate Appropriations (his proxy is Jennifer Park). The important thing to note about Tim is that he and Mark fought hard to prevent the INC from receiving tax payer dollars (when they worked for Leahy) – was VERY supportive of the standard of assessment recommendation and the survey recommendation, he thought that the limitations on use of force resolution approach made sense but that it would be ultimately ineffective because the Democrats who tried to use the same approach during Iraq in 2002 backed out at the last minute; buckling under election year pressures. He suggested that we instead use a more cultural strategy that involved outreach and contact with congressional staff. He also thought our best bet legislatively was the supplemental which is moving right now. We could to our advantage the concerns existing about how to intelligently spend the money set aside for Iran to prevent an INC Part 3. He said Paul and Tim would be good people to talk to about hearings. Finally, he thought it prudent to reach out to the DOD and to speak with their people too. V. good resource.

## Judah Ariel, Earl Blumenauer's office – April 2006

Judah is on our team so to speak. He is wary of AIPAC's influence and not supportive of the Iran Freedom Support Act which his boss voted against he is also interested in positive democracy building strategies. He is aware of the OFAC licensing issue and wanted to do more to help (I think Mercy Corps in based in his district). He is also in favor of a proactive diplomatic effort on the side of the US. He suggested logging out an alternative (not so much focused on a potential US-Iran war). Instead a letter that outlines specific good will gestures included in our recommendations page should be drafted and signed by members. The gestures should not contradict the strategy. This way we can show that ILSA

in its current form in counterproductive and prevents us from being flexible in promoting change in Iran. Concerning HR 282, Judah said that his boss got an amendment to the bill which was added that prohibits any assistance to foreign terrorist groups. He also stated that committee report language include language that limits any democracy assistance to groups with demonstrated political legitimacy in Iran (nothing more specific than that though). He suggested that we speak to Jim Leach's office (another Republican) and to Hillel Weinberg of Henry Hyde's office. According to Judah, Paul, Blumenauer, and Leach were the only ones voting against 282 in committee. He mentioned that he was in an off the record meeting with different Democrats of all different persuasions and noted that there wasn't much variation in their perspective, meaning that there could be some realistic effort to shape their opinion if we take the right approach. Although direct negotiations were not on their agenda, they were also not unilaterally in favor of sanctioning Iran to death. He said that they were most interested in a Libya-like solution to Iran nor some sort of sanctions/containment policy. Important to note this when we meet Mike Sheehy of Pelosi's office next week.

## Message Janice O'Connell, Chris Dodd's Office SR 448 – 224.2823

## Sam Antha from Wolf's office – April 10, 2006

Seemed like she was interested in collecting information and learning more. Was engaged but did not seem sympathetic. Was very cautious about her boss' position on the matter and did not want to give anything away.

## Ken Cummings from Chris Van Hollen's office – April 11, 2006

Seemed very receptive. Was eager to help and suggested looking at the Intelligence and armed services or even government reform committee. Gave some names of people to follow up with in the minority. He supported having an event as a way of delivering different perspective – he said that the only issue would be getting people there. He suggested government reform which has oversight of the state department as a goof alternative to HIRC. He said we should talk to Dave Rapalo or Andrew Su of the minority staff. He suggested another meeting with Christ Van Hollen this time. Note that we want to give our side of the debate and to voice our reservations about HR 282.

## Semhar Araia, Jim Moran's office – April 11, 2006

Semhar came across as a strong ally. She wants to engage in immigrant outreach more readily than her predecessor. She sees NIAC as a way of connecting with the district and engaging in a dialogue with different groups. ¼ of Moran's constituents are foreign born and need to be reminded of how to exercise their rights. she is concerned about religious persecution practiced in the Islamic Republic (Bahais and Christians). We agreed to meet again and she would find

out about the Congressman can attend the fundraiser on June 3rd. Talked extensively with Semhar. She asked a lot of questions.

### Jennifer from Rep. Carol Maloney's office – April 11, 2006

Also spoke briefly with Afshin in Maloney's office. Jennifer asked a few questions about the intent of the nuclear program. She was concerned about the feasibility of an effort to tie the President's hands and did not give away any expression of support or solid action. She thinks that any resolution with a chance of passing would have to be driven by Republicans and include severely watered down language. A coordinated effort by constituents would be necessary before any feasible results can be achieved. She noted that vocal opposition to Iraq did not swell until it was too late. Talked about a possible congressional breakfast in the district. Maloney prefers being in the district (on Mondays and Fridays). Just send an email to the district office. Best to do it in May.

### Dan McAdams from Rep. Ron Paul's office – April 11, 2006

Very strong supporter of our cause, but also in favor of Iran being allowed to develop nuclear weapons. Paul is an avid anti-imperialist and opposed to the Israel lobby's strong influence over US foreign policy. He mentioned the Hudson Institute. When discussing the OFAC issue, he was concerned that respectable foundations with a strong reputation to uphold would be above the board. Dan asked for the resolution with wording that gave authority for the US and other nations to use any means to prevent Iran from developing nuclear weapons. Dan is working on language that would limit the White House's authority to conduct a military strike or a so-called surgical strike. Walter Jones has asked for a classified meeting to members of the chamber (we should meet with Jones). He suggested using the library caucus (23 members) as a way of promoting the alternative go to thelibertycommittee.org. He recognizes that this struggle entails an uphill battle, and is willing to water down language and accept compromises. Is concerned that politics has no market component. The same choices that made the mistake on Iraq are the ones who are calling for another war. Jones is on Armed Services.

### Richard Mereu, Representative Elton Gallegly

Every time the current Iranian President speaks, the possibility for a peaceful and diplomatic solution to Iran is weakened. Wanted information on the administration of Ahmadinejad. He was wary of a military conflict but his boss is a supporter of HR 282. Gave very little away about the issue and did not express any forthcomingness about helping or offering support for our cause.

### Paul Unger (LD) and Brent Perry (LA) for Sen. George Allen

This office seemed cordial from one angle but very passively aggressive about Iran's rogue status and a military strike being a foregone conclusion. They asked about S. 333. Trita tried to explain that the EU-3 talks were not making progress, that diplomacy was not being used rigorously enough, and military strikes will have negative consequences. Iran was not like Stalin or Russia; according to Brent Perry because it was a state sponsor of terror and the US has a policy of not negotiating with terrorists. They did not want to question or criticize the president by limiting his actions. They were interested in the TV and radio broadcasts included in the supplemental. Trita responded by stating that Iranian Americans are the number one recipients of victimization from the oppressive Iranian regime. Gauging the viewpoints of the people has not been pursued and sanctions work when the people have the ability to put pressure on the government – they cannot do that at the moment.

## Ur Jaddou, Representative Zoe Lofgren's office

Ur is an indigenous Iraqi (non-Arab). She wanted to be helpful but did not offer any commitment of support. She seemed to be fully on board on HR 282. Trita had to explain that after 26 years, sanctions were not working while Iranians were losing economic leverage. He states his reservations about HR 282 – lifting the sunset on ILSA sanctions – effectuating sanctions in perpetuity like Cuba and recognizing on opposition group is also a concern because none of the options being considered have the backing or credibility to earn Iranian American support or support in Iran, She seemed sympathetic about providing tools for state to make more informed choices. If we reverse the Clinton enacted sanctions, then Democrats will find this unpopular. Does not want a resolution tying the president's hands. Actions from her boss would depend on the situation and how far it blows out of control. She prefers a wait and see approach. She wanted us to start with Congressman who represents Iranian American strongholds. Get them to start writing letters and keeping their members informed. She urged us to do a letter about HR 282. She suggested considering Judiciary and Homeland Security as possible forums for action. Also thought it would be useful for NIAC to approach Lofgren in her district. Send an invite to UT whenever we are ready to set something up. Scheduler is Cameron.Day@mail.house.gov.

## Richard Purcell of Senator Dick Durbin's office

We are on the same page because military action should be a last resort, according to Richard. Took in a lot and said very little. Very informed and alert about the subkect for a leg correspondent. He knows that not talking is undermining the pro-democracy effort. He agreed that there is more of a willingness to challenge the administration. He thought it helpful to gain support of Republicans and get them on board of our cause. Our members should focus on contacting our Republican reps. He doesn't think that Democrats will remain silent on the issue for too long. We could make the case already that the constitutional requirement

is clearly outlined. He said that Brownback want to offer a supplemental amendment to increase funds for Iran pro-democracy groups.

## Jennifer Park of Senate Appropriations

Very receptive, welcomed suggestions, and asked a lot of questions. Wanted to know more about militant groups and opposition groups based in the US. Trita talked about the MEK and Pahlavi's nationalist movement in Los Angeles. Jennifer (former Moran staffer) suggested that we meet with Paul Grove from McConnell's staff. She agreed about the Chalabi concerns we shared. Agreed to a sense of Congress language either in the Supplemental or the next appropriations bill that would prohibit funds to the wrong kinds of groups. She suggested reaching out to Megan O'Sullivan of NSC since State generated the idea. Trita said that we would send some language that was considered in the past that could be used by the subcommittee. She noted that the supplemental Iran provisions in the House and Senate bills were structured differently. She was sympathetic about the visa problems that prevent money from being directed to the student visa program. She was in discussions about how state can ease this visa problem. She was considering tasking an NGO to be a transit point in Iran to process and facilitate visas related to this program. Was supportive of a standard or criteria for assessment. State wants to majority of pro-democracy funds to be spent in Iran. Trita noted the NGO restrictions that prevent Red Cross and Mercy Corps form getting any capacity building and humanitarian assistance from being done in Iran. She was receptive to the idea that we need more oversight and checks concerning money.

## Rich Harper, Senator Feinstein

Trita thanked Rich for the Feinstein Op-Ed released over the weekend. His view is that the Administration is using Iran to test and develop a new generation of nuked. He noted a strongly worded resolution authored by Feinstein and Kyl calling for diplomatic action concerning Iran, he thinks that the best approach for us is to get to know staff and open the lines of communication. He thanked us for providing an accurate portrayal of the population's views on these issues. He thought about crafting Feinstein's arguments into a resolution. He asked for us to draft a letter to Feinstein to congratulate her for taking her position and reiterating the views of the membership. He said that it would be useful for our members to got to the Feinstein's website to leave feedback and express support directly. He would have to look at language before supporting any resolution that includes a sense of Congress approach that supports diplomacy as the US priority.

## Mike Kuiken, Senator Levin

He said that although his boss was in favor of a peaceful solution, his boss probably won't engage on this issues and was not in favor of direct negotiations. He was the lead opponent on the war in Iraq and offered an alternative resolution

(which was ultimately trounced). He said he supported confidence building measures and the he would help set up meetings with state. We need to figure out how to best use Mike who can facilitate.

## Semhar Araia (2nd meeting) Jim Moran's office

She asked a lot of questions about the nuclear program and about the sense of support that the President has earned. She gave us a sheet with Iran activity in Congress. DeFazio's language apparently withholds funding for any attack on Iran without Congressional support (this kind of resolves the problem of splitting the Dems by making any military action contingent on making funding available). Trita wants as many legislative obstacles in place to prevent a war as possible. This way we can promote a preemptive peace strategy and push for direct negotiations. The fear of a US attack driven by the regime change policy is what is driving the nuclear program – which happens to be the only deterrence the Iranians have. Iran's incendiary comments are not doing anything to reverse the regime change strategy. Security guarantees are a key component of talks that are being overlooked and are driving the nuclear program forward. Iran does not belong to any regional organization and has been isolated by non-recognition as a regional power. Trita wanted support from Semhar concerning a resolution calling for dialogue between Iranian and American diplomats.

## Chirs Otillio from Bob Ney's office

Chris stated the that Bob was stuch in a tough reelection battle. He said that Hadley was going to address the Iran Working Group this Wednesday. I suggested to Trita that Chris field some questions included in our Q and A document on the matter. Must figure out which ones we want addressed. Tirta was tasked with contacting Bob Ney about putting together an Iran Working Group panel discussion or briefing.

## George Allen's LA Steven Taylor

Left packets for Steven. Will meet with him on April 13th at 1:30 p.m.

## Cord Sterling (Senator John Warner's LA)

Was very uninterested and non-helpful. Seemed intent that Iran was pushing us into a war. Can't meet until June 5th at 2 p.m. Very curt and not interested in a direct meeting.

## Met with Lance from Jeff Flake's office, May 9th

Flake is opposed to sanctions because he used to work in Namibia and saw the economic hurt exerted from 30 countries with sanctions on Namibia. His aide

agreed that the last people that are harmed are the leaders but that Flake's concern was administrative and that sanctions go counter to free market principles. Flake is not against cultural exchanges but is adamantly opposed to the Iranian regime. He agreed to look at a letter although his aide was concerned about the public perception of being involved with a letter or a trip to Iran. I got the impression that his aide was not willing to be helpful and that even though Flake voted against HR 282, his reasons for opposing it were not altogether in line with NIAC's concerns.

## Suggestion from Dennis Kucinich

Note: In a meeting with Kucinich's staff member I was told that meeting with Rep. Christopher Shays (CT) might be helpful if we wanted to try and push for a hearing in the government reform committee. Shays already held a hearing on the oil for food program which featured John Bolton. I contacted Jordan Press and left messages.

## Darryl Issa

I have left several messages with his LA without a return phone call.

## May 15th Met with Kendra Hooper from Rep. Devin Nunes (CA) office

Kendra was very friendly and wanted to appear balanced. She asked a lot of questions about the Mujahedin who had visited her frequently. She wasn't sure about her member's position on Iran or whether he would be supportive of a letter that would criticize the President. She asked for more information and wanted to be kept informed. She suggested speaking with Evan from Rep. John Doolitle's office--her former office. Se acknowledged that AIPAC and MKO had been meeting with her and appreciated NIAC stepping forward. I reminded her that MR. Nunes' mentor Bill Thomas had expressed opposition to sanctions in the past and asked for any contacts she knew in Thomas' office. She suggested that I speak to either Shelby or Mike in Bill Thomas' office.

## May 15th Jeannie Siskovic in Sen. Voinovic's office

She listened intently and was eager to hear about NIAC's position. She stated that her boss was in favor of talks and diplomacy and had been very critical of John Bolton's diplomatic strategy. He had made calls to the Ambassador's office asking repeatedly to tone down the rhetoric. He felt that continued reminders that the military option was on the table was undermining diplomatic efforts. She wanted to hear about who we had lined up to support our letter. I told her that we gotten a good reception from many offices and had gathered three members in the House who are championing our proposal. She noted that she was friends with Rexon from Hagel's office and Mark in Chafee's office and that she would attempt for the three of them to look at the letter and work collectively on it. This

would be pending her boss' approval. She also noted that her boss was a cosponsor of S. 333 but his support for the bill was unclear.

### Scott Thayer, John Sununu - April 28th, 2006

State Department Fellow. He said that there has long been a divide between Hill staff and State Department because of not being briefed on aspects of the broader pictures and relationships involved that govern foreign policy. Scott wanted a short synopsis of the different opposition groups. Trita referenced a poll that suggests that 75 percent of Iranian Americans are neither in favor of the regime, so called opposition groups or foreign intervention but would like to see a democratic Iran. Scott noted that the Senator will not take many public positions on issues although he is a Palestinian. Scott is unconcerned about the possibility of a military strike but accepts that it could be possible: he doesn't think it will happen however. Was very unwilling to help or give any indication about areas that his boss might be willing to talk to us.

### Charles Fitzpatrick of Specter's office - April 28th, 2006

He was not very helpful. He noted that Sen. Specter's position was in line with our thinking in that siplopmacy is the better option but stopped short of giving us any other indications about Specter's position. NOTE: Specter and Leach met with an Iranian Ambassador a couple of years ago and were told that Iran wanted more cooperation with the US. In return Iran would cease its support for radical militant groups.

### Naomi Zeff of Leach's office - April 28th, 2006

Naomi was very receptive to the idea of pushing for the NIAC agenda. She stated that 21 members voted against the Iran Sanctions Act, including her boss. She viewed the discussion on the floor as a way of trying to prove who can out macho the other (Congress or the President). She was also in favor of negotiations and communication and a new overall strategy in relation to Iran. She could not guarantee support, but gave the impression that her boss would contemplate the possibility of helping the Iranian community. She will meet with her boss and try and set something up with Trita. She wanted us to draft a letter which would urge the PResident to support direct or multilateral negotiations.

### Puneet (Biden's office and Senate Foreign Relations) April 28th, 2006

He wanted a document from Trita which he did not supply and was immediately disappointed about it. He was personally in favor of talks with Iran but needed the document in question. His spiel was that the Senate needed to figure out the best way to step forward. He called Feinstein unpredictable but admitted that it was encouraging to see her step forward. He will talk to Lugar's office about

getting us a meeting with Pat Garvey.  I will follow up with Pat as well.
Lowering the rhetoric is a key step in being able to step forward.

## Hunter Strop  Ed Royce's office - April 30, 2006

Listened intently.  Explained that politics were at work in relation to Iran.
Expressed that he wanted to help with OFAC expansion.  Royce is a big supporter
of civic improvement plans.  He did not suggest this directly but maybe he could
put together language as an amendment so as to add civic improvement to the list
of items on the HR 282 laundry list.  At least that way those individuals who are
opposed to sanctions can have a tangible provision in there that helps the cause of
democratic improvements.

Hunter asked about the threat of making friends with Iran if we are seen as doing
business with Iran.  I brought to his attention the fact that US negotation will not
diminish the effectiveness of a hard line stance as was noted by Feinstein, Lugar
and Reid.  The US has tried the zero negotiation approach for two decades and the
results have not born fruit.  One could say that one of the reasons for rapid nuclear
development is because no talks with Iran were ever triggered in the last
twentysix years.  A new approach does not mean that anything has to be acceded
to Iran, on the contrary because of the current diplomatic succeses Iran is on the
defensive and the US could gain huge diplomatic dividends bying showing a
willingness to talk to the Iranians.

## Matt Chiller, Harman's office - April 30, 2006

Referenced a poll that placed Iran as the number 2 national concern at the
moment.  Many consider Iran a menace.  Harman is a consponsor to the Ros-
Lehtinen bill and voted in favor of it this week.  She also introduced and had
beaten back an amendment to the intelligence authorization bill that would have
required consistentquarterly reports to Congress on Iran and North Korea. After
the Committee voted the amendment down, House Rules prevented the
amendment from being reconsidered on the House floor.  The misinformation in
Iraqcould have been avoided if Congress had more knowedge of what the
situation on the groudn was.  It could also stop the mass hysteria that has gathered
over Iran, if there was evidence of how advanced Iran really is and that evidence
is being shared with Congress.  She wants an effort to push the President to give
more information.  Suggested we talk to Larry Hanauer (paternity leave) or Frank
Rose on the Intelligence committee. They can get us a copy of the amendment.

Matt did not think Harman would support a letter discussing diplomatic efforts,
rather, she wants to see improved intelligence as the way to prevent a war in Iran.
Matt considered a war with Iran as an unlikely scenario.  He thought that
Congress would need overwhelming evidence to be able to sign on to another war
and did not think that the President could split the Democrats in October--that to
him would be too risky for the Reeps.

He was open to scheduling Ms. Harman to be part of a NIAC breakfast. She already is involved with round table discussions featuring the Muslim Public Affairs Council. Janaki Dighe is the new scheduler. I know her from her days with Jim Costa.

## Mike Sheehy, Nancy Pelosi - April 30, 2006

His expectation is that the issue will be resolved diplomatically. No direct negotiations are being pushed thus far. He just met with Secretary Burns to go over the IAEA report and is looking at resolutions to be offered. Pelosi advised the PResident that a diplomatic answer is being pursued. Regretted no dialogue between Iran over Iraq. Still, he does not believe war is possible unless there is overwhelming evidence. He noted that our staunchest allies are not in favor of a war with Iran. He predicts two resolutions will be floated in the UN and Iran will be given more time to resolve the situation. Direct talks could be introduced at a later date. HR 282 doesn't seem like it will make too much of a difference. The flexibility of the administration will not be confined since the language contains only the sense of Congress (it will still be written into law however and is still a step in the wrong direction that has the stamp of approval from the most important legislative body in the land). He believes that the bill may not be enacted by the President.

Trita expressed that NGOs are not helped by HR 282 and noted that a degree of suspicion is being generated by the bill that could undermine democracy improvements and efforts to reign in the nuclear program. The points raised about OFAC restrictions created some interest in Mike and he welcomed suggestions about the OFAC issue. (Might be a good idea to put together a list of OFAC parties who expressed an interest in helping us. May be we can compose a letter or even push for legislation).

Mike suggested that we speak to Betsy Phillips(Majority) Anicia Desai (Minority) about adding language to the Supplemental or Appropriations bills that could reference OFAC or adding some provision that requires a poll or some evidence to suggest that the majority of the Iranian American population and Iranian population backs opposition groups.

## Samantha Spinney of Kucinich's office - May 5th, 2006

I thanked her for advising Kucinich on the Iran issue and for his courage to stand up in favor of talks. She responded well to calls for talks. She sugested speaking to Ven Nerrala from Barbara Lee's office. Lee voted for HR 282 after adding language that prevented the administration from using the language of the bill as a justification for a military strike on Iran. Lee is the cochair of the Progressive Caucus although her staff member, Bill Goold, coordinates the agenda. She told

us not to write off Waxman and thought it useful to meet with his staff, Dave
Rapallo and Henry Hyde's office.

## Debbie Tekavec, Murtha (lunch) - May 5th, 2006

Very supportive and stated that she would push for John Murtha to get on board
as a cosponsor of the letter.  She suggested that Murtha was not convinced that
Iran was an imminent threat.  He has his hands full with the Iraq war and was not
devoting too much attention to Iran.
She noted the May 4th op-ed submitted by General Odom and asked me to pick it
up.

## Ann Vaughn of Sam Farr's(CA) office - May 5th, 2006

Ann was very knowledgable and thanked us for presenting our case and balancing
the discussion.  She thought it would be a good idea to engage Boeing because of
the potential economic losses that exust as a result of airplane part bans.  The
Iranian market has now been cornered by Airbus.  She suggested meeting with
Adam Schiff's office since he is the Chair of the Democratic Security Policy Club
Caucus (I left a message).. She thought it would be a good idea to speak with Ed
Markey's office and with Rep. Shays (CT) Chair of the Nonproliferation caucus
(left a message with Jordan Press).  Putting together a panel would grab the
interests of this entire group.  She recommended a nuclear expert in addition to
Trita and one other person as potential participants.  Kolby of Subcommitte on
Foreign Operations was another good contact.  She pointed out that Rep. Mark
Kirk had dropped legislation that would bloackade Iran (Cuba missile crisis style).
She thought that meeting with offices that don't agree was key to helping to
inform and educate staff members.

## Alexia Smokler, John Conyers (MI) - May 5th, 2006

Conyers is the ranking member of the House Judiciary Committee and a
progressive but he cosponsored HR 282.  Alexia was most sympathetic but she
noted that the issue of Iran had become heavily politicized and that her boss was
unwilling to stick his neck out on the issue. She was aware of the misperceptions
concerning Iran and suggested that we get a room and hold a hearing on the
matter.  She did not offer to reserve the room recommending that we approach
Ron Paul or Cynthia McKinney to set it up and jointly sponsor the briefing.  In
addition to the briefing, she proposed a dear colleague letter that would announce
the briefing to all members of Congress.  Although she stated that her boss was on
the fence, she wanted us to set up a meeting with Trita, her boss, Jim Zogby,
Mary-Rose Okar (sp?) and Trita.  She suggested that Trita address the Out of Iraq
Caucus (chaired by Maxine Waters (CA) which had recently hosted a briefing in
which John Murtha gave remarks.  She also suggested a meeting with Ven
Nerrala in Barbara Lee's office.  I mentioned to her that we were pushing to get
the Republicans on board and to put together a coalition of members from all

ideological walks of life. She wanted us to observe HCONRES 55, the Out of Iraq bill which had 5 Republican cosignatories including Jones, Leach and Paul.

## Colton Campbell of Mike Thompson's office (CA) - May 5th, 2006

Very kind and willing to engage me. He straight up noted that his boss was a cosponsor of HR 282 although he also signed onto the Defazio bill which calls for Bush to come to Congress before taking military action. He described Mr. Thompson as a pragmatist. He thought the most effective way of convincing Mr. Thompson of NIAC's priorities was to contact Elly Fairclough in the district office and arrange a Congressional breakfast or meeting. He noted that there was a sizable population of Iranians in Mr. Thompson's Woodland Office.

## Meeting with Tom Krebsbach and the Citizens for Diplomacy not Confrontation - May 8th 2006

This group is pushing for a Congressional Fact Finding Trip to Iran. One or two of the participants recommended that the thrust of the staff meetings should be giving Iran the freedom to develop their technology, focus on the price of gasoline rising, and that Iran had never attacked a country indecades. I helped reshape the message of the visitors by asking them to advocate for talks and engagement with Iran as a component of the strategy. I could not reasonably or realistically convince them to not push for a trip, since that was the purpose of their meetings, however I did recommend that they consider the consequences of advocating for such a trip when a similar tactic backfired in Iraq. Michael Shank supported me by asking people to remind staff that the current strategy was not working, the treaty system in effect is faulty. Tom was going to distribute Joann Hart and Seymour Hirsch articles and other related materials.

## Jan Shinpoch, COS to Rep. McDermott (WA) - May 8th, 2006.

McDermott received more votes numerically than any other Dem. Spinoch stated that it would be a disaster for Dems and Reeps to go to Iran on a trip and would be politically damaging to Democratic plans to win the House and Senate. She predicted that Reeps would not get involved to avoid providing cover for the Dems in this election year. She suggested that the press would question Pelosi and Cantwell and present a trip as Dems giving comfort to our enemies and appeasing a bad guy. We would be risking Democratic chances by changing the subject to Democrats are doing proactively. The Logan Act is also likely to be invoked, a law that prevents members of the Legislature from conducting foreign policy. New ethics legislation that bans privately paid travel also is disruptive and imposes criminal penalties for non-disclosure. She thought that the likelihood of an attack was possible but not until after the election in November. She was most concerned about the 90 day period between Nov and Jan 2007. She does not believes that bunker busters are being considered. She recommended us

meeting with Tom Lantos, Henry Hyde, and Michael Rose in Maxine Waters's office.

## Lance Walker, Jeff Flake May 9th

## Jorie Feldman Sen. Kennedy

Kennedy is on baord and supports diplomatic engagement with Iran. Kennedy's staff commented on Iran's support for the war in Afghanistan .
He is not supportive of military action and has concerns with S.333.. I noted that Reid had become the 58th cosponsor and they sounded sympathetic. They'd viewed the current nuclear standoff as yet another indication of Bush's incompetence. She suggested that a letter, briefing or some other measure should ask the Admininstration to spell out a strategy for Iran. She believed that the push for a trip to Iran was realistic although she and her colleague seemed split on whether or not Sen. Kennedy would be supportive or participate. She reminded us that Kennedy and Fainstein had witheld funding for the nuclear bunker buster program this year and last year, so the program itself is not complete. The likelihood of their use was low because of this.

## Meeting with Chris Van Hollen (MD) - Wednesday, May 10th, 2006

Trita and I approached Mr. Van Hollen to ask for him to join or take the lead on a letter on Iran and direct negotiations. He proposed that direct negotiations on the nuclear issue would be hard and that we should focus on the Republicans. He seemed reluctant to get on board although he was willing to consider a letter that would ask the Administration to fulfill its pledge to meet with Iran on the issue of Iraq. He thought we should try and get people on the letter who were not the usual anti-Iraq crowd, in order to be seen as credible. This is difficult since the philosophy of neoconservatism has already identified those in favor of preemptive strike policy and those against it precisely because of Iraq. Getting Bush to do what he said he would do seemed to interest Mr. Van Hollen the most and he seemed unwilling to consider anything else.

## Eric Powers of Lynn Woolsey's office, May 12th

Eric works for the progressive Caucus Cochair, although he seemed to leap to the defence of AIPAC and thought that elements of the Mearsheimer and Walt article were anti-Semitic. He noted that Iran and HR 282 were the priorities of the Jewish lobby. I and others in the group responded that the article demonstrated the existence of a strong well funded operation that was not allowing for a balanced debate on the topic of Iran. He did not think his boss would be in favor of a fact finding mission, and thought it would be difficult to gain financing since State Dept would have to fund the trip. It would be logistically a nightmare to achieve too. He thought it would be best for the group to work with Jimmy Carter and request a meeting with the former president. We had a discussion about the utility of sanctions and he seemed sympathetic although I wasn't sure what his

personal politics were on the subject.  He pledged to push for NIAC to address the progressive caucus.  He would look at a letter requesting US-Iran talks.

## Harry Reid's aide, Jessie Daniels, May 12th, 2006

Jessie was very friendly and asked a lot of questions and wanted me to share my personal opinion on a number of issues related to the topic of Iran including the McCain World Cup bill, and what was driving Iran's nuclear progra.  She wanted me to provide her with some concrete steps and recommendations concerning what the US could offer Iran in return for nuclear nonproliferation, assuming talks began.  She wanted information on whether or not pride was the reason for development of nuke technology.  I responded that it was partially responsible but that the country was split on the nuclear issue and fear was driving the program.  She talked about the inherent catch22 involved with Iran talks eg we don't talk to terrorists vs this is the way to stop terrorism from ocurring in the first place.  she said that American public opinion was heivily in favor of preventing Iran from developing a nuclear weapon and preventing them from moving ahead with a program.  she would look at a letter requesting US-Iran talks.

## Alex Nunez of John Kerry's staff

Alex supported talks and noted that Mr. Kerry had been in favor of talks for years now.  She wanted our members to speak out directly and stated that MA residents call on a regular basis to push for talks with Iran.  She would look at a letter requeting US-Iran talks.

## Mike Rose, Maxine Waters

Rep. Waters is the Out of Iraq caucus Chair.  Michael was VERY supportive and grateful for the meeting.  He noted that his boss was wary of seeing Iran as another Iraq and wanted to see something done.  He could try and get a briefing set up if not among the members then among the staff.  He was not afraid to consider or even champion legislation or amendments if it could be a way of avoiding the mistakes in Iraq.

## Ann Norris of Barbara Boxer's office

I did most of the talking at this meeting and did not feel like I was getting through completely.  I stressed that Iranian Americans were highly concentrated in California.  Was in favor of talks but was not willing to go out on a limb and preferred a wait and see approach.  She was clear about the realities surrounding Iran.  She seemed very tired and looked at her watch a lot.  I'm not sure if she thought NIAC could challenge the dominant paradigm sufficiently.  She would look at a letter and get back to us.  She also asked to see who we had already spoken to and which people were taking the lead on the letter.

Kendra Hooper from Devin Nunes' office - Monday May 15, 2006

Cindy Panuco from Xavier Becerra's office - Monday May 15, 2006

> Her boss sits on Ways and Means. She did not seem engaged and was not
> interested in learning about the subject very much. Seemed like the office's mind
> was made up and she had limited knowledge of HR 282. She stressed that
> hearing from the community shapes his views and suggested a district meeting
> with our members to place the topic on his radar. He is from Los Angeles. The
> name of the district scheduler is Gayle Greenberg. Community input will help
> him decide whether or not he will join a letter.

Sylvia Oyinlola from Juanita Millender-McDonald's office - Monday May
15, 2006

> Was very judicious and evenhanded in her approach. She asked about the
> Mujaheddin and wanted to know more about the organization and why they were
> considered so dangerous. I responded that our position was that they had not
> proven to the Iranian American community that they have democratic credentials
> and still remain on the terrorist watchlist. Sylvia wanted to know the number of
> Iranian Americans in Millender McDonald's district. It might be good to have
> this information with us when we visit each office. I will get the exel sheet from
> Ehsan. She noted that Ms. Millender McDonald's focus was HIV and
> international poverty. I noted the problems with tightening of sanctions and how
> they exacerbate poverty. She does not think that talks will stop from moving
> forward with a nuclear program, even though I noted that pressing ahead with
> nuclear development was already happening. She wanted to see a copy of the
> letter. she also asked us about our position on the immigration bill and I stated
> that we were concerned with the criminalization provisions contained in the
> House bill.

Josh Kirshner and Andrew Shapiro from Sen. Clinton's office - Monday
May 15, 2006

> Josh knows Trita and is a visiting fellow from the State Department. He showed a
> great deal of enthusiasm and asked a lot of questions until being relieved by his
> superior, Andrew. The entire tempo and mood of the conversation shifted when
> Shapiro arrived. He asked us about talks and demonstrated a knowledge of the
> issues. He noted that Sen. Clinton did not believe in outsourcing the negotiations
> to other powers. He asked about the possibility of a propaganda victory for
> Ahmadinejad if Iran engages in discussions and receives permission from the
> West. This suggested that he was fearful that the US would be made to look weak
> in such a scenario. He thought that the best way to go was to buy time and to add
> pressure to the regime in the process. He noted that Clinton is not yet a copsonsor
> of S.333 but soon will be. Clinton's reservations stem from problems with the

language, he did not specify what his office had concerns with.  He noted that Biden and Lugar don't want to push it forward.  He did not think that a strike was imminent and wanted us to share our view of S. 333 before he was willing to indroduce his views.  Andrew also was willing to offer assistance on immigration issues and asked us to contact the office and he cooperate fully with us.

Before Andrew's participation, Josh asked about the MEK and Trita responded that the organization was even more ill-regarded than the regime because of the Iran-Iraq war and the sharing of intelligence with Saddam.  Kirshner noted that when he was with State that the MEK were gaining influence in Congress and several members of Congress were warned that any funding being received by the MEK needed to be legitimate.  Trita highlighted Ros-Lehtinen, Tancredo, and Filner as MEK supporters.  He asked about S. 333 and Trita went into how regime changewas problematic and that any US association to the money going out will be damaging to non-proliferation and democratization.  After viewing our White Paper, Josh predicted that the airplane part recomendation would never become a reality.  The US doesn't want Iran using US technologies to make their own gains and would be wary of Iranian students coming to the US to become trained in science that could be misused for WMD development.  Josh asked detailed questions about opposition groups. Trita responded that they were incompetent and lacked the backing of the people.  The regime in Iran like them because they make them look good.  Talk of a referendum in Iran is now was popular two years and was being pushed by the Shah's son.  He backed down after the hardcore monarchist elements in his camp reigned him in.

# HR 4939

# (2006)

# Capitol Hill Meetings

### Rexon Ryu (pronounced Yu), Hagel's office Room SR 248 - March 31, 2006

Hagel is concerned about the current path we are on. Rexon preferred not to see the imposition of punitive measures but rather a call for negotiations between both governments. He noted that the military is stretched thin already and was open to pursuing constructive measures. He wasn't sure about the feasibility of reauthorizing ILSA with fewer or diluted sanctions in place on Iran. He concurred that Iraq was not a success but several unknowable factors will govern Congressional action on Iran. It's too soon to say what the Administration will do.

Rexon stated that he would be willing to look into the OFAC licensing issue. **The first thing he wants is a list of organizations that applied for a license and were denied.** Hagel is a supporter of policies that have utility and are aimed at strengthening civil society without aiding the Islamic Republic.

Note: the $75 million in HR 4939 was redirected, not slashed. This could produce an internal competitive struggle concerning how the money will be distributed and how much will actually go to Iran. Find out what BBG?

### Mark Silverman and William Ralph, Chafee's Office, SR 141 A - March 31, 2006

Expressed an interest in peaceful dialogue and a willingness to support our cause. Mark asked us detailed questions about the survey that NIAC conducted. Trita noted that the initial survey asking what activities NIAC should be doing was sent out to 10,000 members. NIAC members were the ones asked specifically about the Iran-US issue, of which 86 percent expressed a desire to resolve the matter peacefully. Few NIAC members were supportive of UN sanctions and an even lower share of the total favored a military option to the Iran nuclear standoff. They asked for a copy of the resolution sponsored by AIPAC calling for the President to use any means necessary to stop Iran.

Mark and William warmed to the idea of a more sophisticated standard for understanding the wishes of Iranian Americans and Iranians. They seemed to approve of the US-Iran poll proposal and said they would ask Sen. Chafee about the option of including a resolution that requires Congressional approval of any plan to strike Iran. They appeared as grateful to us as we were to them and said they would think of other ways to be helpful. They suggested that we contact John Sununu's aide, Scott Thare, who is a Department of State Fellow.

### Debra Tekavec of John Murtha's office, Rayburn 2423, 225-2065 - March 31, 2006

From the outset, Debra expressed support for a non-military approach and predictably was dismayed at the Iraq war's prosecution. She was eager not to repeat the mistake of Iraq in Iran. Trita reiterated that the Neocon strategy was to pursue the least resistant path to conflict and then create the perception of being pushed into that conflict. He noted the approval of a resolution passed last year containing language that gave the President authority to use any means necessary to prevent Iran from developing nuclear weapons. Debra was confident that the US was not likely to go to war in Iran--she stressed "it's not going to happen" citing the fact that we are in an election year and that the Iraq war is already too costly. She said she would talk to Rep. Murtha about drafting the resolution declaring the sense of Congress that any military operation in Iran required Congressional approval. She suggested that we contact Erin Logan in Joe Biden's office, who is Iranian American and covers defence issues. Trita already knows Puneet from Biden's office but said that it can't hurt to contact Erin too.

## Tom Vinson, Rep DeFazio's (Oregon) office – 225.6416

Spoke with Vinson over the phone. Received language introduced by his boss and Ron Paul that would require the President to go to Congress before any military action. I also poke over the phone to Tom Winson of DeFazio's office about the War Powers affirmation amendment to HR 4939, which was withdrawn on the House floor. As expected, the language was included because of the potential misuse of military authority. Vinson said that it was withdrawn so that it could be attached to the regular defense authorization bill later in the year. He said that he tried to add the same language to the prior defense authorization bill and it was voted down (gained only 130 votes). He tired going the resolution route before, partnering with Ron Paul ® of Texas and that measure was scuttled by the Rule Committee who never made the resolution in order (I will try and get the resolution #). He said that the Majority have avoided tying the President's hands. That sentiment may be changing because there is more evidence of mild opposition among Republicans because of errors in Iraq. He is not concerned about the "any means necessary" Resolution because of its non-binding nature and that the case with Iraq is different because regime change was the official American policy back then and does not currently apply to Iran. He seemed cordial but not interested in focusing on Iran or Iranian American interests in general. He wanted to know if there is an equivalent for Iran of the Iraqi National Conference and I said no and went into the spiel about setting high standards and gauging the views of the population before taking action in Iran,. He doesn't think that conflict in Iran is likely by "you can't put anything past them."

Rep. DeFazio may offer an amendment, debatable for 10 minutes. The amendment provides that none of the funds made available in this Act may be used to initiate military operations except in accordance with Article 1, Section 8 of the Constitution of the United States. The amendment ensures that if the President contemplates military action against Iran, Syria, or North Korea or any

other country; he must first compel to Congress seeking authority before actually initiating military action. The amendment does NOT require the President to seek authority from Congress in regards to military action in Iraq or al Qaeda since Congress has already authorized those actions. Contact: 5-6416.

## Mark Lippert from Obama's office (over the phone)

He seemed very receptive and warmed to our views. He stated that the current approach lacked creative thinking and was eager and informed and asked questions. He proposed that objectively speaking, Iran would not escalate into a military assault but that it was difficult to say.

He seemed supportive of an idea floated by Dr. Taki of the Council on Foreign Relations who had argued for a contact group in Iran as a diplomatic channel for dialogue between the US and Iran (this guy has spoken before the Foreign Relations Committee and could be a good panelist.) that idea had not received much traction. He was aware that a nuclear program was popular in Iran and that it would be best to negotiate for a more benign and less robust program. He suggested talking to Pat Garvey (good guy from foreign relations staff) and Tim Reiser from Senate Appropriations (his proxy is Jennifer Park). The important thing to note about Tim is that he and Mark fought hard to prevent the INC from receiving tax payer dollars (when they worked for Leahy) – was VERY supportive of the standard of assessment recommendation and the survey recommendation, he thought that the limitations on use of force resolution approach made sense but that it would be ultimately ineffective because the Democrats who tried to use the same approach during Iraq in 2002 backed out at the last minute; buckling under election year pressures. He suggested that we instead use a more cultural strategy that involved outreach and contact with congressional staff. He also thought our best bet legislatively was the supplemental which is moving right now. We could to our advantage the concerns existing about how to intelligently spend the money set aside for Iran to prevent an INC Part 3. He said Paul and Tim would be good people to talk to about hearings. Finally, he thought it prudent to reach out to the DOD and to speak with their people too. V. good resource.

## Judah Ariel, Earl Blumenauer's office – April 2006

Judah is on our team so to speak. He is wary of AIPAC's influence and not supportive of the Iran Freedom Support Act which his boss voted against he is also interested in positive democracy building strategies. He is aware of the OFAC licensing issue and wanted to do more to help (I think Mercy Corps in based in his district). He is also in favor of a proactive diplomatic effort on the side of the US. He suggested logging out an alternative (not so much focused on a potential US-Iran war). Instead a letter that outlines specific good will gestures included in our recommendations page should be drafted and signed by members. The gestures should not contradict the strategy. This way we can show that ILSA

in its current form in counterproductive and prevents us from being flexible in promoting change in Iran. Concerning HR 282, Judah said that his boss got an amendment to the bill which was added that prohibits any assistance to foreign terrorist groups. He also stated that committee report language include language that limits any democracy assistance to groups with demonstrated political legitimacy in Iran (nothing more specific than that though). He suggested that we speak to Jim Leach's office (another Republican) and to Hillel Weinberg of Henry Hyde's office. According to Judah, Paul, Blumenauer, and Leach were the only ones voting against 282 in committee. He mentioned that he was in an off the record meeting with different Democrats of all different persuasions and noted that there wasn't much variation in their perspective, meaning that there could be some realistic effort to shape their opinion if we take the right approach. Although direct negotiations were not on their agenda, they were also not unilaterally in favor of sanctioning Iran to death. He said that they were most interested in a Libya-like solution to Iran nor some sort of sanctions/containment policy. Important to note this when we meet Mike Sheehy of Pelosi's office next week.

## Message Janice O'Connell, Chris Dodd's Office SR 448 – 224.2823

## Sam Antha from Wolf's office – April 10, 2006

Seemed like she was interested in collecting information and learning more. Was engaged but did not seem sympathetic. Was very cautious about her boss' position on the matter and did not want to give anything away.

## Ken Cummings from Chris Van Hollen's office – April 11, 2006

Seemed very receptive. Was eager to help and suggested looking at the Intelligence and armed services or even government reform committee. Gave some names of people to follow up with in the minority. He supported having an event as a way of delivering different perspective – he said that the only issue would be getting people there. He suggested government reform which has oversight of the state department as a goof alternative to HIRC. He said we should talk to Dave Rapalo or Andrew Su of the minority staff. He suggested another meeting with Christ Van Hollen this time. Note that we want to give our side of the debate and to voice our reservations about HR 282.

## Semhar Araia, Jim Moran's office – April 11, 2006

Semhar came across as a strong ally. She wants to engage in immigrant outreach more readily than her predecessor. She sees NIAC as a way of connecting with the district and engaging in a dialogue with different groups. ¼ of Moran's constituents are foreign born and need to be reminded of how to exercise their rights. she is concerned about religious persecution practiced in the Islamic Republic (Bahais and Christians). We agreed to meet again and she would find

out about the Congressman can attend the fundraiser on June 3rd. Talked extensively with Semhar. She asked a lot of questions.

## Jennifer from Rep. Carol Maloney's office – April 11, 2006

Also spoke briefly with Afshin in Maloney's office. Jennifer asked a few questions about the intent of the nuclear program. She was concerned about the feasibility of an effort to tie the President's hands and did not give away any expression of support or solid action. She thinks that any resolution with a chance of passing would have to be driven by Republicans and include severely watered down language. A coordinated effort by constituents would be necessary before any feasible results can be achieved. She noted that vocal opposition to Iraq did not swell until it was too late. Talked about a possible congressional breakfast in the district. Maloney prefers being in the district (on Mondays and Fridays). Just send an email to the district office. Best to do it in May.

## Dan McAdams from Rep. Ron Paul's office – April 11, 2006

Very strong supporter of our cause, but also in favor of Iran being allowed to develop nuclear weapons. Paul is an avid anti-imperialist and opposed to the Israel lobby's strong influence over US foreign policy. He mentioned the Hudson Institute. When discussing the OFAC issue, he was concerned that respectable foundations with a strong reputation to uphold would be above the board. Dan asked for the resolution with wording that gave authority for the US and other nations to use any means to prevent Iran from developing nuclear weapons. Dan is working on language that would limit the White House's authority to conduct a military strike or a so-called surgical strike. Walter Jones has asked for a classified meeting to members of the chamber (we should meet with Jones). He suggested using the library caucus (23 members) as a way of promoting the alternative go to thelibertycommittee.org. He recognizes that this struggle entails an uphill battle, and is willing to water down language and accept compromises. Is concerned that politics has no market component. The same choices that made the mistake on Iraq are the ones who are calling for another war. Jones is on Armed Services.

## Richard Mereu, Representative Elton Gallegly

Every time the current Iranian President speaks, the possibility for a peaceful and diplomatic solution to Iran is weakened. Wanted information on the administration of Ahmadinejad. He was wary of a military conflict but his boss is a supporter of HR 282. Gave very little away about the issue and did not express any forthcomingness about helping or offering support for our cause.

## Paul Unger (LD) and Brent Perry (LA) for Sen. George Allen

This office seemed cordial from one angle but very passively aggressive about Iran's rogue status and a military strike being a foregone conclusion. They asked about S. 333. Trita tried to explain that the EU-3 talks were not making progress, that diplomacy was not being used rigorously enough, and military strikes will have negative consequences. Iran was not like Stalin or Russia; according to Brent Perry because it was a state sponsor of terror and the US has a policy of not negotiating with terrorists. They did not want to question or criticize the president by limiting his actions. They were interested in the TV and radio broadcasts included in the supplemental. Trita responded by stating that Iranian Americans are the number one recipients of victimization from the oppressive Iranian regime. Gauging the viewpoints of the people has not been pursued and sanctions work when the people have the ability to put pressure on the government – they cannot do that at the moment.

## Ur Jaddou, Representative Zoe Lofgren's office

Ur is an indigenous Iraqi (non-Arab). She wanted to be helpful but did not offer any commitment of support. She seemed to be fully on board on HR 282. Trita had to explain that after 26 years, sanctions were not working while Iranians were losing economic leverage. He states his reservations about HR 282 – lifting the sunset on ILSA sanctions – effectuating sanctions in perpetuity like Cuba and recognizing on opposition group is also a concern because none of the options being considered have the backing or credibility to earn Iranian American support or support in Iran, She seemed sympathetic about providing tools for state to make more informed choices. If we reverse the Clinton enacted sanctions, then Democrats will find this unpopular. Does not want a resolution tying the president's hands. Actions from her boss would depend on the situation and how far it blows out of control. She prefers a wait and see approach. She wanted us to start with Congressman who represents Iranian American strongholds. Get them to start writing letters and keeping their members informed. She urged us to do a letter about HR 282. She suggested considering Judiciary and Homeland Security as possible forums for action. Also thought it would be useful for NIAC to approach Lofgren in her district. Send an invite to UT whenever we are ready to set something up. Scheduler is Cameron.Day@mail.house.gov.

## Richard Purcell of Senator Dick Durbin's office

We are on the same page because military action should be a last resort, according to Richard. Took in a lot and said very little. Very informed and alert about the subkect for a leg correspondent. He knows that not talking is undermining the pro-democracy effort. He agreed that there is more of a willingness to challenge the administration. He thought it helpful to gain support of Republicans and get them on board of our cause. Our members should focus on contacting our Republican reps. He doesn't think that Democrats will remain silent on the issue for too long. We could make the case already that the constitutional requirement

is clearly outlined. He said that Brownback want to offer a supplemental amendment to increase funds for Iran pro-democracy groups.

## Jennifer Park of Senate Appropriations

Very receptive, welcomed suggestions, and asked a lot of questions. Wanted to know more about militant groups and opposition groups based in the US. Trita talked about the MEK and Pahlavi's nationalist movement in Los Angeles. Jennifer (former Moran staffer) suggested that we meet with Paul Grove from McConnell's staff. She agreed about the Chalabi concerns we shared. Agreed to a sense of Congress language either in the Supplemental or the next appropriations bill that would prohibit funds to the wrong kinds of groups. She suggested reaching out to Megan O'Sullivan of NSC since State generated the idea. Trita said that we would send some language that was considered in the past that could be used by the subcommittee. She noted that the supplemental Iran provisions in the House and Senate bills were structured differently. She was sympathetic about the visa problems that prevent money from being directed to the student visa program. She was in discussions about how state can ease this visa problem. She was considering tasking an NGO to be a transit point in Iran to process and facilitate visas related to this program. Was supportive of a standard or criteria for assessment. State wants to majority of pro-democracy funds to be spent in Iran. Trita noted the NGO restrictions that prevent Red Cross and Mercy Corps form getting any capacity building and humanitarian assistance from being done in Iran. She was receptive to the idea that we need more oversight and checks concerning money.

## Rich Harper, Senator Feinstein

Trita thanked Rich for the Feinstein Op-Ed released over the weekend. His view is that the Administration is using Iran to test and develop a new generation of nuked. He noted a strongly worded resolution authored by Feinstein and Kyl calling for diplomatic action concerning Iran, he thinks that the best approach for us is to get to know staff and open the lines of communication. He thanked us for providing an accurate portrayal of the population's views on these issues. He thought about crafting Feinstein's arguments into a resolution. He asked for us to draft a letter to Feinstein to congratulate her for taking her position and reiterating the views of the membership. He said that it would be useful for our members to got to the Feinstein's website to leave feedback and express support directly. He would have to look at language before supporting any resolution that includes a sense of Congress approach that supports diplomacy as the US priority.

## Mike Kuiken, Senator Levin

He said that although his boss was in favor of a peaceful solution, his boss probably won't engage on this issues and was not in favor of direct negotiations. He was the lead opponent on the war in Iraq and offered an alternative resolution

(which was ultimately trounced). He said he supported confidence building measures and the he would help set up meetings with state. We need to figure out how to best use Mike who can facilitate.

## Semhar Araia (2nd meeting) Jim Moran's office

She asked a lot of questions about the nuclear program and about the sense of support that the President has earned. She gave us a sheet with Iran activity in Congress. DeFazio's language apparently withholds funding for any attack on Iran without Congressional support (this kind of resolves the problem of splitting the Dems by making any military action contingent on making funding available). Trita wants as many legislative obstacles in place to prevent a war as possible. This way we can promote a preemptive peace strategy and push for direct negotiations. The fear of a US attack driven by the regime change policy is what is driving the nuclear program – which happens to be the only deterrence the Iranians have. Iran's incendiary comments are not doing anything to reverse the regime change strategy. Security guarantees are a key component of talks that are being overlooked and are driving the nuclear program forward. Iran does not belong to any regional organization and has been isolated by non-recognition as a regional power. Trita wanted support from Semhar concerning a resolution calling for dialogue between Iranian and American diplomats.

## Chirs Otillio from Bob Ney's office

Chris stated the that Bob was stuch in a tough reelection battle. He said that Hadley was going to address the Iran Working Group this Wednesday. I suggested to Trita that Chris field some questions included in our Q and A document on the matter. Must figure out which ones we want addressed. Tirta was tasked with contacting Bob Ney about putting together an Iran Working Group panel discussion or briefing.

## George Allen's LA Steven Taylor

Left packets for Steven. Will meet with him on April 13th at 1:30 p.m.

## Cord Sterling (Senator John Warner's LA)

Was very uninterested and non-helpful. Seemed intent that Iran was pushing us into a war. Can't meet until June 5th at 2 p.m. Very curt and not interested in a direct meeting.

## Met with Lance from Jeff Flake's office, May 9th

Flake is opposed to sanctions because he used to work in Namibia and saw the economic hurt exerted from 30 countries with sanctions on Namibia. His aide

agreed that the last people that are harmed are the leaders but that Flake's concern was administrative and that sanctions go counter to free market principles. Flake is not against cultural exchanges but is adamantly opposed to the Iranian regime. He agreed to look at a letter although his aide was concerned about the public perception of being involved with a letter or a trip to Iran. I got the impression that his aide was not willing to be helpful and that even though Flake voted against HR 282, his reasons for opposing it were not altogether in line with NIAC's concerns.

## Suggestion from Dennis Kucinich

Note: In a meeting with Kucinich's staff member I was told that meeting with Rep. Christopher Shays (CT) might be helpful if we wanted to try and push for a hearing in the government reform committee. Shays already held a hearing on the oil for food program which featured John Bolton. I contacted Jordan Press and left messages.

## Darryl Issa

I have left several messages with his LA without a return phone call.

## May 15th Met with Kendra Hooper from Rep. Devin Nunes (CA) office

Kendra was very friendly and wanted to appear balanced. She asked a lot of questions about the Mujahedin who had visited her frequently. She wasn't sure about her member's position on Iran or whether he would be supportive of a letter that would criticize the President. She asked for more information and wanted to be kept informed. She suggested speaking with Evan from Rep. John Doolitle's office--her former office. Se acknowledged that AIPAC and MKO had been meeting with her and appreciated NIAC stepping forward. I reminded her that MR. Nunes' mentor Bill Thomas had expressed opposition to sanctions in the past and asked for any contacts she knew in Thomas' office. She suggested that I speak to either Shelby or Mike in Bill Thomas' office.

## May 15th Jeannie Siskovic in Sen. Voinovic's office

She listened intently and was eager to hear about NIAC's position. She stated that her boss was in favor of talks and diplomacy and had been very critical of John Bolton's diplomatic strategy. He had made calls to the Ambassador's office asking repeatedly to tone down the rhetoric. He felt that continued reminders that the military option was on the table was undermining diplomatic efforts. She wanted to hear about who we had lined up to support our letter. I told her that we gotten a good reception from many offices and had gathered three members in the House who are championing our proposal. She noted that she was friends with Rexon from Hagel's office and Mark in Chafee's office and that she would attempt for the three of them to look at the letter and work collectively on it. This

would be pending her boss' approval. She also noted that her boss was a
cosponsor of S. 333 but his support for the bill was unclear.

### Scott Thayer, John Sununu - April 28th, 2006

State Department Fellow. He said that there has long been a divide between Hill
staff and State Department because of not being briefed on aspects of the broader
pictures and relationships involved that govern foreign policy. Scott wanted a
short synopsis of the different opposition groups. Trita referenced a poll that
suggests that 75 percent of Iranian Americans are neither in favor of the regime,
so called opposition groups or foreign intervention but would like to see a
democratic Iran. Scott noted that the Senator will not take many public positions
on issues although he is a Palestinian. Scott is unconcerned about the possibility
of a military strike but accepts that it could be possible: he doesn't think it will
happen however. Was very unwilling to help or give any indication about areas
that his boss might be willing to talk to us.

### Charles Fitzpatrick of Specter's office - April 28th, 2006

He was not very helpful. He noted that Sen. Specter's position was in line with
our thinking in that siplopmacy is the better option but stopped short of giving us
any other indications about Specter's position. NOTE: Specter and Leach met
with an Iranian Ambassador a couple of years ago and were told that Iran wanted
more cooperation with the US. In return Iran would cease its support for radical
militant groups.

### Naomi Zeff of Leach's office - April 28th, 2006

Naomi was very receptive to the idea of pushing for the NIAC agenda. She stated
that 21 members voted against the Iran Sanctions Act, including her boss. She
viewed the discussion on the floor as a way of trying to prove who can out macho
the other (Congress or the President). She was also in favor of negotiations and
communication and a new overall strategy in relation to Iran. She could not
guarantee support, but gave the impression that her boss would contemplate the
possibility of helping the Iranian community. She will meet with her boss and try
and set something up with Trita. She wanted us to draft a letter which would urge
the PResident to support direct or multilateral negotiations.

### Puneet (Biden's office and Senate Foreign Relations) April 28th, 2006

He wanted a document from Trita which he did not supply and was immediately
disappointed about it. He was personally in favor of talks with Iran but needed
the document in question. His spiel was that the Senate needed to figure out the
best way to step forward. He called Feinstein unpredictable but admitted that it
was encouraging to see her step forward. He will talk to Lugar's office about

getting us a meeting with Pat Garvey. I will follow up with Pat as well.
Lowering the rhetoric is a key step in being able to step forward.

## Hunter Strop  Ed Royce's office - April 30, 2006

Listened intently. Explained that politics were at work in relation to Iran.
Expressed that he wanted to help with OFAC expansion. Royce is a big supporter
of civic improvement plans. He did not suggest this directly but may be we could
put together language as an amendment so as to add civic improvement to the list
of items on the HR 282 laundry list. At least that way those individuals who are
opposed to sanctions can have a tangible provision in there that helps the cause of
democratic improvements.

Hunter asked about the threat of making friends with Iran if we are seen as doing
business with Iran. I brought to his attention the fact that US negotation will not
diminish the effectiveness of a hard line stance as was noted by Feinstein, Lugar
and Reid. The US has tried the zero negotiation approach for two decades and the
results have not born fruit. One could say that one of the reasons for rapid nuclear
development is because no talks with Iran were ever triggered in the last
twentysix years. A new approach does not mean that anything has to be acceded
to Iran, on the contrary because of the current diplomatic succeses Iran is on the
defensive and the US could gain huge diplomatic dividends bying showing a
willingness to talk to the Iranians.

## Matt Chiller, Harman's office - April 30, 2006

Referenced a poll that placed Iran as the number 2 national concern at the
moment. Many consider Iran a menace. Harman is a consponsor to the Ros-
Lehtinen bill and voted in favor of it this week. She also introduced and had
beaten back an amendment to the intelligence authorization bill that would have
required consistentquarterly reports to Congress on Iran and North Korea. After
the Committee voted the amendment down, House Rules prevented the
amendment from being reconsidered on the House floor.  The misinformation in
Iraqcould have been avoided if Congress had more knowedge of what the
situation on the groudn was. It could also stop the mass hysteria that has gathered
over Iran, if there was evidence of how advanced Iran really is and that evidence
is being shared with Congress. She wants an effort to push the President to give
more information. Suggested we talk to Larry Hanauer (paternity leave) or Frank
Rose on the Intelligence committee. They can get us a copy of the amendment.

Matt did not think Harman would support a letter discussing diplomatic efforts,
rather, she wants to see improved intelligence as the way to prevent a war in Iran.
Matt considered a war with Iran as an unlikely scenario. He thought that
Congress would need overwhelming evidence to be able to sign on to another war
and did not think that the President could split the Democrats in October--that to
him would be too risky for the Reeps.

He was open to scheduling Ms. Harman to be part of a NIAC breakfast. She already is involved with round table discussions featuring the Muslim Public Affairs Council. Janaki Dighe is the new scheduler. I know her from her days with Jim Costa.

## Mike Sheehy, Nancy Pelosi - April 30, 2006

His expectation is that the issue will be resolved diplomatically. No direct negotiations are being pushed thus far. He just met with Secretary Burns to go over the IAEA report and is looking at resolutions to be offered. Pelosi advised the PResident that a diplomatic answer is being pursued. Regretted no dialogue between Iran over Iraq. Still, he does not believe war is possible unless there is overwhelming evidence. He noted that our staunchest allies are not in favor of a war with Iran. He predicts two resolutions will be floated in the UN and Iran will be given more time to resolve the situation. Direct talks could be introduced at a later date. HR 282 doesn't seem like it will make too much of a difference. The flexibility of the administration will not be confined since the language contains only the sense of Congress (it will still be written into law however and is still a step in the wrong direction that has the stamp of approval from the most important legislative body in the land). He believes that the bill may not be enacted by the President.

Trita expressed that NGOs are not helped by HR 282 and noted that a degree of suspicion is being generated by the bill that could undermine democracy improvements and efforts to reign in the nuclear program. The points raised about OFAC restrictions created some interest in Mike and he welcomed suggestions about the OFAC issue. (Might be a good idea to put together a list of OFAC parties who expressed an interest in helping us. May be we can compose a letter or even push for legislation).

Mike suggested that we speak to Betsy Phillips(Majority) Anicia Desai (Minority) about adding language to the Supplemental or Appropriations bills that could reference OFAC or adding some provision that requires a poll or some evidence to suggest that the majority of the Iranian American population and Iranian population backs opposition groups.

## Samantha Spinney of Kucinich's office - May 5th, 2006

I thanked her for advising Kucinich on the Iran issue and for his courage to stand up in favor of talks. She responded well to calls for talks. She suggested speaking to Ven Nerrala from Barbara Lee's office. Lee voted for HR 282 after adding language that prevented the administration from using the language of the bill as a justification for a military strike on Iran. Lee is the cochair of the Progressive Caucus although her staff member, Bill Goold, coordinates the agenda. She told

us not to write off Waxman and thought it useful to meet with his staff, Dave Rapallo and Henry Hyde's office.

## Debbie Tekavec, Murtha (lunch) - May 5th, 2006

Very supportive and stated that she would push for John Murtha to get on board as a cosponsor of the letter.  She suggested that Murtha was not convinced that Iran was an imminent threat.  He has his hands full with the Iraq war and was not devoting too much attention to Iran.
She noted the May 4th op-ed submitted by General Odom and asked me to pick it up.

## Ann Vaughn of Sam Farr's(CA) office - May 5th, 2006

Ann was very knowledgable and thanked us for presenting our case and balancing the discussion.  She thought it would be a good idea to engage Boeing because of the potential economic losses that exust as a result of airplane part bans.  The Iranian market has now been cornered by Airbus.  She suggested meeting with Adam Schiff's office since he is the Chair of the Democratic Security Policy Club Caucus (I left a message)..  She thought it would be a good idea to speak with Ed Markey's office and with Rep. Shays (CT) Chair of the Nonproliferation caucus (left a message with Jordan Press).  Putting together a panel would grab the interests of this entire group.  She recommended a nuclear expert in addition to Trita and one other person as potential participants.  Kolby of Subcommitte on Foreign Operations was another good contact.  She pointed out that Rep. Mark Kirk had dropped legislation that would bloackade Iran (Cuba missile crisis style).  She thought that meeting with offices that don't agree was key to helping to inform and educate staff members.

## Alexia Smokler, John Conyers (MI) - May 5th, 2006

Conyers is the ranking member of the House Judiciary Committee and a progressive but he cosponsored HR 282.  Alexia was most sympathetic but she noted that the issue of Iran had become heavily politicized and that her boss was unwilling to stick his neck out on the issue.  She was aware of the misperceptions concerning Iran and suggested that we get a room and hold a hearing on the matter.  She did not offer to reserve the room recommending that we approach Ron Paul or Cynthia McKinney to set it up and jointly sponsor the briefing.  In addition to the briefing, she proposed a dear colleague letter that would announce the briefing to all members of Congress.  Although she stated that her boss was on the fence, she wanted us to set up a meeting with Trita, her boss, Jim Zogby, Mary-Rose Okar (sp?) and Trita.  She suggested that Trita address the Out of Iraq Caucus (chaired by Maxine Waters (CA) which had recently hosted a briefing in which John Murtha gave remarks.  She also suggested a meeting with Ven Nerrala in Barbara Lee's office.  I mentioned to her that we were pushing to get the Republicans on board and to put together a coalition of members from all

ideological walks of life. She wanted us to observe HCONRES 55, the Out of Iraq bill which had 5 Republican cosignatories including Jones, Leach and Paul.

## Colton Campbell of Mike Thompson's office (CA) - May 5th, 2006

Very kind and willing to engage me. He straight up noted that his boss was a cosponsor of HR 282 although he also signed onto the Defazio bill which calls for Bush to come to Congress before taking military action. He described Mr. Thompson as a pragmatist. He thought the most effective way of convincing Mr. Thompson of NIAC's priorities was to contact Elly Fairclough in the district office and arrange a Congressional breakfast or meeting. He noted that there was a sizable population of Iranians in Mr. Thompson's Woodland Office.

## Meeting with Tom Krebsbach and the Citizens for Diplomacy not Confrontation - May 8th 2006

This group is pushing for a Congressional Fact Finding Trip to Iran. One or two of the participants recommended that the thrust of the staff meetings should be giving Iran the freedom to develop their technology, focus on the price of gasoline rising, and that Iran had never attacked a country in decades. I helped reshape the message of the visitors by asking them to advocate for talks and engagement with Iran as a component of the strategy. I could not reasonably or realistically convince them to not push for a trip, since that was the purpose of their meetings, however I did recommend that they consider the consequences of advocating for such a trip when a similar tactic backfired in Iraq. Michael Shank supported me by asking people to remind staff that the current strategy was not working, the treaty system in effect is faulty. Tom was going to distribute Joann Hart and Seymour Hirsch articles and other related materials.

## Jan Shinpoch, COS to Rep. McDermott (WA) - May 8th, 2006.

McDermott received more votes numerically than any other Dem. Spinoch stated that it would be a disaster for Dems and Reeps to go to Iran on a trip and would be politically damaging to Democratic plans to win the House and Senate. She predicted that Reeps would not get involved to avoid providing cover for the Dems in this election year. She suggested that the press would question Pelosi and Cantwell and present a trip as Dems giving comfort to our enemies and appeasing a bad guy. We would be risking Democratic chances by changing the subject to Democrats are doing proactively. The Logan Act is also likely to be invoked, a law that prevents members of the Legislature from conducting foreign policy. New ethics legislation that bans privately paid travel also is disruptive and imposes criminal penalties for non-disclosure. She thought that the likelihood of an attack was possible but not until after the election in November. She was most concerned about the 90 day period between Nov and Jan 2007. She does not believes that bunker busters are being considered. She recommended us

meeting with Tom Lantos, Henry Hyde, and Michael Rose in Maxine Waters's office.

## Lance Walker, Jeff Flake May 9th

## Jorie Feldman Sen.  Kennedy

Kennedy is on baord and supports diplomatic engagement with Iran.  Kennedy's staff commented on Iran's support for the war in Afghanistan .
He is not supportive of military action and has concerns with S.333.. I noted that Reid had become the 58th cosponsor and they sounded sympathetic.  They'd viewed the current nuclear standoff as yet another indication of Bush's incompetence.  She suggested that a letter, briefing or some other measure should ask the Admininstration to spell out a strategy for Iran.  She believed that the push for a trip to Iran was realistic although she and her colleague seemed split on whether or not Sen. Kennedy would be supportive or participate.  She reminded us that Kennedy and Fainstein had witheld funding for the nuclear bunker buster program this year and last year, so the program itself is not complete.  The likelihood of their use was low because of this.

## Meeting with Chris Van Hollen (MD) - Wednesday, May 10th, 2006

Trita and I  approached Mr. Van Hollen to ask for him to join or take the lead on a letter on Iran and direct negotiations.  He proposed that direct negotiations on the nuclear issue would be hard and that we should focus on the Republicans.  He seemed reluctant to get on board although he was willing to consider a letter that would ask the Administration to fulfill its pledge to meet with Iran on the issue of Iraq.  He thought we should try and get people on the letter who were not the usual anti-Iraq crowd, in order to be seen as credible.  This is difficult since the philosophy of neoconservatism has already identified those in favor of preemptive strike policy and those against it precisely because of Iraq.  Getting Bush to do what he said he would do seemed to interest Mr. Van Hollen the most and he seemed unwilling to consider anything else.

## Eric Powers of Lynn Woolsey's office, May 12th

Eric works for the progressive Caucus Cochair, although he seemed to leap to the defence of AIPAC and thought that elements of the Mearsheimer and Walt article were anti-Semitic.  He noted that Iran and HR 282 were the priorities of the Jewish lobby.  I and others in the group responded that the article demonstrated the existence of a strong well funded operation that was not allowing for a balanced debate on the topic of Iran.  He did not think his boss would be in favor of a fact finding mission, and thought it would be difficult to gain financing since State Dept would have to fund the trip.  It would be logistically a nightmare to achieve too.  He thought it would be best for the group to work with Jimmy Carter and request a meeting with the former president.  We had a discussion about the utility of sanctions and he seemed sympathetic although I wasn't sure what his

personal politics were on the subject. He pledged to push for NIAC to address the progressive caucus. He would look at a letter requesting US-Iran talks.

## Harry Reid's aide, Jessie Daniels, May 12th, 2006

Jessie was very friendly and asked a lot of questions and wanted me to share my personal opinion on a number of issues related to the topic of Iran including the McCain World Cup bill, and what was driving Iran's nuclear progra. She wanted me to provide her with some concrete steps and recommendations concerning what the US could offer Iran in return for nuclear nonproliferation, assuming talks began. She wanted information on whether or not pride was the reason for development of nuke technology. I responded that it was partially responsible but that the country was split on the nuclear issue and fear was driving the program. She talked about the inherent catch22 involved with Iran talks eg we don't talk to terrorists vs this is the way to stop terrorism from ocurring in the first place. she said that American public opinion was heaivly in favor of preventing Iran from developing a nuclear weapon and preventing them from moving ahead with a program. she would look at a letter requesting US-Iran talks.

## Alex Nunez of John Kerry's staff

Alex supported talks and noted that Mr. Kerry had been in favor of talks for years now. She wanted our members to speak out directly and stated that MA residents call on a regular basis to push for talks with Iran. She would look at a letter requeting US-Iran talks.

## Mike Rose, Maxine Waters

Rep. Waters is the Out of Iraq caucus Chair. Michael was VERY supportive and grateful for the meeting. He noted that his boss was wary of seeing Iran as another Iraq and wanted to see something done. He could try and get a briefing set up if not among the members then among the staff. He was not afraid to consider or even champion legislation or amendments if it could be a way of avoiding the mistakes in Iraq.

## Ann Norris of Barbara Boxer's office

I did most of the talking at this meeting and did not feel like I was getting through completely. I stressed that Iranian Americans were highly concentrated in California. Was in favor of talks but was not willing to go out on a limb and preferred a wait and see approach. She was clear about the realities surrounding Iran. She seemed very tired and looked at her watch a lot. I'm not sure if she thought NIAC could challenge the dominant paradigm sufficiently. She would look at a letter and get back to us. She also asked to see who we had already spoken to and which people were taking the lead on the letter.

Kendra Hooper from Devin Nunes' office - Monday May 15, 2006

Cindy Panuco from Xavier Becerra's office - Monday May 15, 2006

Her boss sits on Ways and Means. She did not seem engaged and was not interested in learning about the subject very much. Seemed like the office's mind was made up and she had limited knowledge of HR 282. She stressed that hearing from the community shapes his views and suggested a district meeting with our members to place the topic on his radar. He is from Los Angeles. The name of the district scheduler is Gayle Greenberg. Community input will help him decide whether or not he will join a letter.

Sylvia Oyinlola from Juanita Millender-McDonald's office - Monday May 15, 2006

Was very judicious and evenhanded in her approach. She asked about the Mujaheddin and wanted to know more about the organization and why they were considered so dangerous. I responded that our position was that they had not proven to the Iranian American community that they have democratic credentials and still remain on the terrorist watchlist. Sylvia wanted to know the number of Iranian Americans in Millender McDonald's district. It might be good to have this information with us when we visit each office. I will get the exel sheet from Ehsan. She noted that Ms. Millender McDonald's focus was HIV and international poverty. I noted the problems with tightening of sanctions and how they exacerbate poverty. She does not think that talks will stop from moving forward with a nuclear program, even though I noted that pressing ahead with nuclear development was already happening. She wanted to see a copy of the letter. she also asked us about our position on the immigration bill and I stated that we were concerned with the criminalization provisions contained in the House bill.

Josh Kirshner and Andrew Shapiro from Sen. Clinton's office - Monday May 15, 2006

Josh knows Trita and is a visiting fellow from the State Department. He showed a great deal of enthusiasm and asked a lot of questions until being relieved by his superior, Andrew. The entire tempo and mood of the conversation shifted when Shapiro arrived. He asked us about talks and demonstrated a knowledge of the issues. He noted that Sen. Clinton did not believe in outsourcing the negotiations to other powers. He asked about the possibility of a propaganda victory for Ahmadinejad if Iran engages in discussions and receives permission from the West. This suggested that he was fearful that the US would be made to look weak in such a scenario. He thought that the best way to go was to buy time and to add pressure to the regime in the process. He noted that Clinton is not yet a copsonsor of S.333 but soon will be. Clinton's reservations stem from problems with the

language, he did not specify what his office had concerns with.  He noted that Biden and Lugar don't want to push it forward.  He did not think that a strike was imminent and wanted us to share our view of S. 333 before he was willing to indroduce his views.  Andrew also was willing to offer assistance on immigration issues and asked us to contact the office and he cooperate fully with us.

Before Andrew's participation, Josh asked about the MEK and Trita responded that the organization was even more ill-regarded than the regime because of the Iran-Iraq war and the sharing of intelligence with Saddam.  Kirshner noted that when he was with State that the MEK were gaining influence in Congress and several members of Congress were warned that any funding being received by the MEK needed to be legitimate.  Trita highlighted Ros-Lehtinen, Tancredo, and Filner as MEK supporters.  He asked about S. 333 and Trita went into how regime changewas problematic and that any US association to the money going out will be damaging to non-proliferation and democratization.  After viewing our White Paper, Josh predicted that the airplane part recomendation would never become a reality.  The US doesn't want Iran using US technologies to make their own gains and would be wary of Iranian students coming to the US to become trained in science that could be misused for WMD development.  Josh asked detailed questions about opposition groups. Trita responded that they were incompetent and lacked the backing of the people.  The regime in Iran like them because they make them look good.  Talk of a referendum in Iran is now was popular two years and was being pushed by the Shah's son.  He backed down after the hardcore monarchist elements in his camp reigned him in.

# HR 1400

# (2007)

| From: | Babak Talebi <btalebi@niacouncil.org> |
|---|---|
| Sent: | Tuesday, May 22, 2007 7:39 PM (GMT) |
| To: | 'Trita Parsi' <tparsi@niacouncil.org> |
| Subject: | FW: Talking points on HR 1400 |

-----Original Message-----
**From:** Smokler, Alexia [mailto:Alexia.Smokler@mail.house.gov]
**Sent:** Tuesday, May 22, 2007 3:31 PM
**To:** 'btalebi@niacouncil.org'
**Subject:** Re: Talking points on HR 1400

Hi Babak,

Got your phone message.  Your talking points were very helpful in the meeting with AIPAC. They had basically no response to my question regarding how these new unilateral sanctions would affect upcoming diplomacy w/ Iran re Iraq. Their lack of concern was a bit shocking, to be honest, but I guess it shouldn't have been.

I will definitely keep you in mind in the future as we consider Iran-related initiatives in Congress. Feel free to reach out to me with any issues or concerns you have going forward.

Thanks again,
Alexia

------Original Message------
From: Babak Talebi
To: Smokler, Alexia
Sent: May 21, 2007 11:03 AM
Subject: Talking points on HR 1400

Alexia,

Here are the talking points on the sanctions issues addressed in HR 1400 – The key point being that at this crucial juncture where diplomacy is finally being given a chance by this administration it would be absolutely counter-productive for the Democratic-lead Congress to vote for and undermine those efforts.


I'll follow up with you in a few minutes to answer any questions you may have.

Regards,

Babak Talebi
(202) 460-5680 Cell
(202) 719-8076 Office
(202) 719-8097 Fax

National Iranian American Council (c/o OAI)
2801 M Street, NW
Washington, DC 20007
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

Case 1:08-cv-00705-JDB   Document 130-15   Filed 08/01/11   Page 42 of 153

—————

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail messages attached to it may contain proprietary confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any disclosure copying distribution or use of any of the information contained in or attached to this message is prohibited. If you have received this transmission in error please immediately destroy the original transmission and its attachments without reading them or saving them to any medium.

Alexia Smokler
Rep. John Conyers
(202) 225-5126

------------------------
Sent using BlackBerry

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail messages attached to it may contain proprietary confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any disclosure copying distribution or use of any of the information contained in or attached to this message is prohibited. If you have received this transmission in error please immediately destroy the original transmission and its attachments without reading them or saving them to any medium.

# HR 1585

# (2007)

# Same letter sent to 132 Congressmen.

# (1 Included)



# NATIONAL IRANIAN AMERICAN COUNCIL
*Promoting Iranian-American Participation in American Civic Life*

*Board of Directors*

Trita Parsi, PhD
President

Djamshid Forooghi
Secretary
Vice President, Citibank

Alex Patico
Treasurer

Mojtaba Akbarzadeh
Pardis Publications Inc.

Parissa Behnia
Vice President, Citibank

Ali Dabiri, PhD
Dabiri Foundation

Elahe Enssani, PhD
President, AITS

Shahri Estakhry
Chair, Iranian-American
scholarship fund

Hossein Hosseini, PhD
Director, Avery Dennison

Sean Murphy
Customlink.com

Prof. Mohamad Nayab
UCLA

*Advisory Board*

The Honorable
Jim Moody, Merrill Lynch

Abdol Ardalan
President, AAA Consulting

Michael Chegini, PhD
President, Ozon Group

Matt Ghaffari
Olympic Medalist

Thomas Greene, PhD
Retired US Diplomat

Ladan Manteghi
AARP

Saeed Tavazoie, PhD
Princeton University

May 21, 2007

The Honorable Neil Abercrombie
1502 Longworth House Office Building
Washington, DC 20515-1101
Fax: (202) 225-4580

Dear Representative Abercrombie:

I am writing today to thank you for your vote in support of the DeFazio amendment to H.R. 1585, the National Defense Authorization Act for Fiscal Year 2008. Although the amendment did not pass, every 'yes' vote stands as a testament to congressional support for a careful and reasoned approach to the current political impasse with Iran.

We believe it is vital that Congress, and the American people they represent, play a primary role in determining the use of US military force. Your vote on Wednesday was a vote to defend and preserve the constitutional authority of Congress.

Your support of the DeFazio amendment also sends a powerful message to both the President and the American people that you will not allow the nation to be easily drawn into yet another war in the Middle East. We appreciate the growing support in Congress for alternative methods of implementing US foreign policy objectives.

Thank you again for your courage and support. Please feel free to contact my office regarding this correspondence or future measures regarding US-Iran relations.

Sincerely,

Trita Parsi, PhD

National Iranian American Council
c/o OAI
2801 M St. NW
Washington, DC 20007

Tel: 202 719 8071
Fax: 202 719 8097
info@niacouncil.org
www.niacouncil.org

# HR 2764

# (2007)

| From: | Emily Blout <eblout@niacouncil.org> |
|---|---|
| Sent: | Tuesday, September 11, 2007 8:20 PM (GMT) |
| To: | 'Celes_Hughes@mikulski.senate.gov' |
| Cc: | 'Trita Parsi' <tparsi@niacouncil.org> |
| Subject: | Iran democracy funding background materials |
| Attach: | Mehdi_Khalaji_US broadcasting in Iran.pdf;Shirin Ebadi article May 30 2007.doc;Gangi_ Money Cant buy democracy.doc;Emad Baghi_Letter to the UN and human rights community.docx;Democracy Promotion Talking Points_NIAC.doc;Secor _THE CASE FOR DOING NOTHING.doc |

Celes,

Per our conversation this afternoon, I am sending some background information regarding the Iran democracy funding included in HR 2764. Please see NIAC's op-ed in The Hill today as well as the points (below).  I have also attached a scathing report by the Washington Institute on US broadcasting in Iran as well as articles by Iranian human rights activist and Nobel laureate, Shirin Ebadi, and others published in the New York Times and the International Herald Tribune.

- **Prominent democracy and human rights activists in Iran have called for the termination of the democracy promotion program.** Such Iranian activists include Noble Peace Prize winner, Shirin Ebadi, renowned investigative journalist, Akbar Ganji, and human rights activist and former political prisoner, Emaddeddin Baghi.

- **Rather than promoting democracy, the US funding has narrowed the space for the pro-democracy movement to operate.** The widely publicized funding has fueled the Iranian government's paranoia of a covert US mission to institute regime change through soft revolution. It has used this threat as an excuse to create a securitized atmosphere and crack down on civil society.

- **Because the recipients of the US funding are secret, everyone is treated as a potential conspirator and subject for harassment by the Iranian government.** The resulting crack-down has been broad and severe, targeting all elements of civil society and employing harsher measures to punish suspected recipients of US funding. This includes the investigation and closure of civil society organizations, as well as the interrogation and arrest of human rights activists and scholars. This funding is- in the words of Human Rights Watch at a recent NIAC conference – "like painting a target on their backs."

- **Increased funding for Voice America Persian has paradoxically contributed to the substantial decline in the quality and effectiveness of its programming.** VOA has struggled to find experienced staff and has instead hired political activists with loyalty to their agenda rather than to the VOA mandate. According to insiders at VOA, this has led to its loss of credibility among the Iranian public.

This is not to say the US should not promote democracy in Iran, rather it should employ other means towards this end. Positive steps that could be taken include:

- **Lift US sanctions on NGO activities: People to people exchanges should be between people; the governments should butt out.** Right now, US organizations cannot conduct cultural and academic exchanges with their counterparts in Iran without obtaining a license from the OFAC. The fastest track to an OFAC license is through acceptance of US government funding. This essentially forces American non-government organizations to turn to the US government to conduct

their exchanges. Genuine people to people exchanges, absent of government interference, will enhance America's soft power in Iran. The US should lift its sanctions on exchanges with Iran.

- **Reinvigorate VOA Persian's credibility by cleaning house.** The VOA's credibility has declined sharply over the last 12 months due to poor journalism. An independent review of the organization should be conducted to measure the extent of these shortcomings, including an internal survey of VOA staff and an assessment of the programming.

Celes, I hope you will consider the serious human rights concerns associated with this funding. I would be happy to provide further information and resources to assist you in making the case that this funding should be reduced or its nature changed in conference.

Sincerely,

Emily Blout

Acting Legislative Director
National Iranian American Council (NIAC)
1411 K Street, Suite 600
Washington, DC 20005
Tel: (202) 386 6325
Fax: (202) 386 6409
www.niacouncil.org

# HR 3119

# (2007)

| From: | Emily Blout <eblout@niacouncil.org> |
|---|---|
| Sent: | Tuesday, October 16, 2007 5:51 PM (GMT) |
| To: | Trita Parsi <tparsi@niacouncil.org> |
| Cc: | 'Babak Talebi' <btalebi@niacouncil.org>; Sara Shokravi <sshokravi@niacouncil.org>; 'Shabnam Sahandy' <ssahandy@niacouncil.org>; 'rsolaimani@gmail.com' |
| Subject: | Meeting with Rep Mike Honda: De-brief |

Hi all,

Had a great meeting with Rob Pierson with Honda's office today. They are very interested in the Iran-Israel issue, as the Congressman has constituents in both communities. Honda spoke with a board member from APAC who was very interested in the idea of dialogue between the communities. A local APAC community leader and Dr. Abas Milani (Director of Iran Programs at Stanford, works with the Hoover Institute) are heading the two groups, respectively. Honda introduced the idea, and facilitated (I believe) the informal talks (one or two so far). Dr. Milani is now working on drawing up principles from which to base their next discussions.

Suffice to say, Honda's interest in facilitating direct dialogue between the American communities to promote understanding and ease tensions is heartening.

I promised Rob we'd do an article on Honda's work to bring the Iranian American and Jewish community in the Bay Area together to resolve differences. It might be interesting to get quotes from the groups, and Rob. Honda's office will provide me with names of participants. How else can we help? Babak and I will be in touch with Rob on this issue.

Also, Honda is very interested in the Cagan case. Rob has already place an inquiry with the State Department (who knew nothing of the issue) and with the Pentagon. In the email to the pentagon, which I have a copy of, Rob made direct reference to NIAC (with link to article). Babak will be working with the ADL (American Arab Anti-Discrimination Committee), IAPAC (who also contacted Honda's office) and NIAC on this issue.

Regarding the Webb amendment, Rob was unaware of Udall's companion bill, HR 3119 (prohibiting funds to be used to attack Iran unless authorized by Congress.) This may be something that the Congressman would be interested in, if not support (depending on the receptiveness of the Jewish community back at home).

I will be providing Rob more info on sanctions, divestment, Iran's security concerns- (about which he knew nothing and was surprised to hear were similar to Israel's)- as well as info about the Udall bill.)

Emily

# Unnumbered Bill regarding intelligence on Iran's nuclear program

## (2007)

| | |
|---|---|
| **From:** | Shervin Boloorian [sboloorian@niacouncil org] |
| **Sent:** | Monday, January 29, 2007 6.38 PM |
| **To:** | 'Trita Parsi' |
| **Subject:** | FW: Hi |
| **LSUSpam:** | False |

This is confidential but Ven's boss will introduce this language soon.

Shervin

Shervin Boloorian
Legislative Director
National Iranian American Council (c/o OAI)
2801 M Street, NW
Washington, DC 20007
Tel: (202) 719 8071
Dir: (202) 719-8076
Fax: (202) 719-8097
Web: www.niacouncil.org
Reply to: sboloorian@niacouncil.org
-----Original Message-----
**From:** Neralla, Ven [mailto:Ven.Neralla@mail.house.gov]
**Sent:** Thursday, January 25, 2007 9:30 AM
**To:** sboloorian@niacouncil.org
**Subject:** Hi

Hi Shervin

We're excited that Trita will be able to participate next week. But in another venture, wanted to get your sense about the language that my boss is about to introduce. Can you let me know what you think?

Please keep a close hold on this.

Thanks,
-Ven

**A bill**

Declaring a statement of policy that the United States will not engage in covert action to cause regime change in or use of military force against Iran and prohibiting the use of fund for the purpose of covert action to cause regime change in Iran or use of military force against Iran

**1. Short title**
This act may be known as the "_____" act.

**2. Findings**
Congress finds the following:

(1) Numerous bi-partisan commissions and study groups, including the Iraq Study Group co-chaired by James A. Baker III and Lee H. Hamilton; a 2004 working group established under the Council on Foreign Relations and co-chaired by Robert Gates and Zbigniew Brzezinski; and a

2001 Atlantic Council of the United States Working Group, co-chaired by Lee H. Hamilton, James Schlesinger and Brent Scowcroft have called for various forms of dialogue and engagement with Iran;

(2) establishing connections with Iranian society would help foster understanding between groups of people in both nations and directly benefit U.S. objectives of enhancing the stability and security of this critical region;

(3) the Iraq Study Group states 'Iran's interests would not be served by a failure of U.S. policy that led to chaos and the territorial disintegration of the Iraqi state,' the US should build upon this mutual interest to develop a framework for dialogue on Iraq that can be a basis of broader future engagement;

(4) The use of military force would be catastrophic and the consequences and loss of life would be drastic, given the dispersal of Iran's nuclear program at sites throughout the country and their proximity to urban centers;

(5) Any military effort to eliminate Iranian weapons capabilities would run the significant risk of reinforcing Tehran's desire to acquire a nuclear deterrent and of provoking nationalist passions in defense of that very course and would most likely also generate hostile Iranian initiatives in Iraq and Afghanistan;

(6) The International Atomic Energy Agency offers a viable path for managing Iran's nuclear efforts, provided that there is close multilateral coordination and firm U.S. leadership;

(7) According to the most definitive United States intelligence reports, Iran is likely a decade away from acquiring the know-how and material to have the option to build a nuclear weapon, and even the most pessimistic analysis by outside experts puts the timeline at least three years away, assuming Iran suffers no setbacks during development, which would be unprecedented;

(8) As the US government's investigative findings have made clear, the IAEA was correct in its assessment of the Iraqi nuclear program prior to the war. According to the special US commission on WMD intelligence, American intelligence on Iran is as bad or worse that US intelligence on Iraq prior to the preemptive war in Iraq. Before initiating military strikes, US intelligence would have to be far better than it is today.

## 3. Sense of Congress
It is the sense of Congress that
(1) political and economic relations with Iran cannot be normalized unless and until guarantees are put in place to prevent weaponization of its nuclear program, and its support for terrorist groups, but these demands should not constitute preconditions for dialogue

## 4. Statement of Policy
It is the policy of the United States not to enter into a preemptive war with Iran without an imminent threat, in accordance with international law

## 5. Limitation on use of funds.
No funds may be appropriated or be made otherwise available for the purpose of funding covert action to cause regime change in Iran or for the use of military force against Iran in the absence of an imminent threat.

---------------

Ven Neralla
Legislative Director
Office of Rep. Barbara Lee (CA-09)
2444 Rayburn House Office Building
Washington, DC 20515
tel: 202-225-2661
fax: 202-225-9817
http://lee.house.gov
Subscribe to LeeMail

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail messages attached to it may contain proprietary confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any disclosure copying distribution or use of any of the information contained in or attached to this message is prohibited. If you have received this transmission in error please immediately destroy the original transmission and its attachments without reading them or saving them to any medium.

PLTF_00010030

# HR 1410

# (2008)

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Wednesday, August 6, 2008 8:18 PM (GMT) |
| **To:** | chris.goldson@mail.house.gov |
| **Subject:** | Great speaking with you! |

Chris,

It was great speaking with you today. I will be in touch about our outreach efforts on H Res 1410 in the next few days. I believe Caroline is working with Derrick to get a quote from the congresswoman for our article on the resolution to be published on the website.

Talk to you soon,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

| | |
|---|---|
| **From:** | Leigh O'Neill <LONeill@aaiusa.org> |
| **Sent:** | Thursday, August 7, 2008 7:34 PM (GMT) |
| **To:** | Emily L Blout <eblout@niacouncil.org>; chris.goldson@mail.house.gov |
| **Subject:** | RE: per our conversation: an email introduction |

Thanks so much, Emily, for introducing us.

Chris, this is honestly the most positive, constructive language I have seen in either chamber this session of Congress. Amazing! (For full disclosure, I should note that the president of my organization, Dr. James Zogby, testified at one of the hearings for the Int'l Orgs and Human Rights Subcommittee report referenced in these Whereas clauses.)

It would be great to hear your thoughts on this bill. I would love to get our members involved during recess if you are trying to push it. Let me know when you have a chance.

Best,

Leigh O'Neill

Director of Government Relations
Arab American Institute
202.429.9210
www.aaiusa.org

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, August 06, 2008 4:51 PM
**To:** chris.goldson@mail.house.gov
**Cc:** Leigh O'Neill
**Subject:** per our conversation: an email introduction

Chris,

Per our conversation, I wanted to put you in contact with Leigh O'Neill, the Director of Government Relations for the Arab American Institute. Leigh has been working to support proactive measures by US policy makers on behalf of the Arab American community and would be a great person to connect with on H.Res. 1410 and on future initiatives. Leigh meet Chris, Chris meet Leigh. Take it away you two!

Thanks,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

| | |
|---|---|
| **From:** | Patrick Disney <PDisney@niacouncil.org> |
| **Sent:** | Tuesday, August 12, 2008 1:33 PM (GMT) |
| **To:** | kristi.guillory@mail.house.gov |
| **Subject:** | 1410 Strategy |
| **Attach:** | Rhetoricresolutiondearcolleague-shortversion7-23-2008.doc |

Kristi,

Here is just a glimpse into Rep. Moore's strategy about H.Res. 1410 from Chris Goldson.  Will send you more as it comes my way.

-p

**From:** Goldson, Chris [mailto:Chris.Goldson@mail.house.gov]
**Sent:** Wednesday, August 06, 2008 6:32 PM
**To:** Patrick Disney
**Subject:** RE: Meeting request - HRes 1410

Thanks for following up Patrick and for emailing the thank you letter.  Let's hold off on a meeting for now although I would like to meet later this fall to talk about prospects for the resolution.  As I told Emily, it is highly unlikely that the Foreign Affairs Committee will take up the bill in September and barring a lame duck, the 110th Congress.  However, we certainly are looking to reintroduce it next year with bipartisan support if possible.

We still intend to try and get cosponsors thought.  I am attaching a copy of the Dear Colleague—which I mentioned to Emily in our conversation—which we sent out prior to introduction.  Thanks again.

**From:** Patrick Disney [mailto:PDisney@niacouncil.org]
**Sent:** Wednesday, August 06, 2008 5:49 PM
**To:** Goldson, Chris
**Subject:** Meeting request - HRes 1410

Hi Chris,

You spoke with Emily, our legislative director just a moment ago about H.Res. 1410, and I would like to follow up with you by requesting a meeting for some time next week.  Unfortunately, Emily will be traveling to Iran and won't be able to meet with you personally, but I would be glad to take her place and discuss with you how we can support you on this bill.

Are you available next Wednesday?  If so, let me know what time is most convenient for you.  If not, I'd be glad to find another day that works for us both.

Thanks very much, and I look forward to hearing from you.

-patrick

_____
Patrick Disney
Assistant Legislative Director

National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Fax: 202.386.6409
Email: PDisney@niacouncil.org
Web: www.niacouncil.org

# HR 2347

# (2008)

| **From:** | Emily L Blout <eblout@niacouncil.org> |
|-----------|----------------------------------------|
| **Sent:** | Wednesday, February 20, 2008 9:30 PM (GMT) |
| **To:** | 'Markus.Rose@mail.house.gov' |
| **Subject:** | Per our conversation today |

Markus,

It was so good talking to you! Thanks for taking the time to grab lunch and allowing me to tell you a little bit about my organization and the Iranian-American community. Even though you won't admit it, you're incredibly insightful and knowledgeable about Iran and US-Iran policy. I hope we can work together soon.

Two things:

1) I'll be sending you information on NGO to NGO exchanges, Voice of America Persian (VOA), and sanctions on humanitarian aid (it is illegal for US citizens to give more than $100 to an orphanage in Tehran for example) shortly. Let me know if you think of anything else you'd like information on.

2) I wanted to make a correction. H.R. 2347, which your boss sponsored, does not include a provision that prohibits export of civilian aircraft parts. However, HR 1400, which your boss co-sponsored, does. It is my understanding that the counterpart to HR 1400 in the Senate- S.970- is getting ready to move (mid-spring). This presents a great opportunity for your boss to a) insert language into HR 2347 saying that humanitarian exports, including exports relating to civilian aviation, cannot be prohibited by any new or existing law, or b) for your boss to make sure that the provision barring export of civilian aircraft parts is stripped from HR 1400 during conference. (Sec. 203.1 in the House, Sec 7b.2 in the Senate).

I cannot emphasize enough how important is for the US to make clear that sanctions are not directed or intended to hurt the Iranian people. It is the Iranian government that is to blame. Expressing a "sense of congress" or giving $10 million for exchanges is not enough. It is congress' responsibility, in my view, to do everything in its power to ensure that the Iranian people do not suffer at our hands and are not isolated from the rest of the world.  It also the US's responsibility to ensure that Iranian planes, which are US made and aging, do not fall out of the sky for lack of replacement parts.

Let me know your thoughts…

Sincerely,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309
www.niacouncil.org

"Promoting Iranian American Participation In American Civic Life"

# HR 7112

# (2008)

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Friday, September 26, 2008 2:50 PM (GMT) |
| **To:** | 'Patrick Disney' <PDisney@niacouncil.org> |
| **Subject:** | FW: FW: ForeignAffairs: Dear Colleague: Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008 |

---

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Tamari, Shai [mailto:Shai.Tamari@mail.house.gov]
**Sent:** Friday, September 26, 2008 10:23 AM
**To:** Lara Friedman; Emily L Blout
**Subject:** RE: FW: ForeignAffairs: Dear Colleague: Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008

## "*The Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008*"
*Explicitly states that nothing in the Act authorizes the use of force against Iran.*

Amends the Iran Sanctions Act of 1996 to expand the definition of entities subject to sanctions to include financial institutions, insurers, and export credit agencies; to expand the definition of "petroleum resources" to include oil and liquefied natural gas pipelines, oil and liquid natural gas tankers, and products used to construct or maintain them.

Codifies the export ban on U.S. goods destined for Iran, exempting food, medicine, medical devices, and other humanitarian assistance; informational materials other than those subject to control under the Export Administration Act; and goods necessary for commercial aircraft operation that are approved by the Secretary of the Treasury and licenses appropriately.

Removes the President's discretion—and requires him—to freeze the funds and assets under U.S. jurisdiction of Iranian officials, and their family members or associates.

Prohibits a contract between the federal government and a U.S. or foreign firm that meets the criteria for sanctions under the Iran Sanctions Act of 1996.

Includes a Presidential waiver regarding these measures should the President determine such a waiver is in the national interest.

Subjects to sanctions U.S. companies who establish a foreign subsidiary for the purpose of circumventing U.S. sanctions law and if that subsidiary engages in activity which would violate sanctions law if committed in the U.S. or by a U.S. national.

Increases the capacity of Treasury to combat terrorist financing by authorizing over $61 million for the Office of Terrorism and Financial Intelligence and over $91 million to the Financial Crimes Enforcement Network.

Requires the President to report to Congress on foreign investments of over $20 million made in Iran's energy sector, and to determine whether each such investment qualifies as sanctionable under the Iran Sanctions Act.

Gives authority to State and local governments to divest from any company that invests $20 million or more in the energy sector in Iran, or extends $20 million or more in credit to be used for investment in the energy sector in Iran. While not mandating divestment, this authorization is designed to recognize that investors may have moral, prudential or reputational reasons to divest from companies that accept the substantial business risk of operating in countries subject to international

economic sanctions.

Amends the Investment Company Act of 1940 to prohibit legal action against asset managers who, based on credible information available to the public, choose to divest assets from, or avoid investing in, persons investing $20 million or more in Iran's energy sector, or extending credit for such investments in Iran's energy sector.

Requires the Director of National Intelligence to submit a report to Congress and other agencies identifying all countries of concern with respect to trans-shipment, re-exportation or diversion of sensitive technologies to Iran.

Requires the Secretary of Commerce to determine if a country should be designated a Destination of Possible Diversion Concern, and requires a series of government-to-government activities designed to strengthen enforcement regarding export and re-export controls in such a country.

---

**From:** Lara Friedman [mailto:lfriedman@peacenow.org]
**Sent:** Friday, September 26, 2008 10:21 AM
**To:** Tamari, Shai
**Subject:** Re: FW: ForeignAffairs: Dear Colleague: Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008

```
Thanks -- but people outside Congress can't access the attachment... Can you
download and attach?  Or copy/paste?
```

Tamari, Shai wrote:

See the Comprehensive Iran Summary Attachment below

---

**From:** e-Dear Colleague
**Sent:** Friday, September 26, 2008 9:54 AM
**To:** E-DEARCOLL_ISSUES_A-F_0000@ls2.house.gov
**Subject:** ForeignAffairs: Dear Colleague: Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008

# Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008

## From: The Committee on Foreign Affairs
## Sent By: Mary.McVeigh@mail.house.gov
## Date: 9/26/2008

September 26, 2008

*Support the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2008*

Dear Colleague:

Later today, the House will consider the Comprehensive Iran Sanctions, Accountability and

Divestment Act of 2008 under suspension of the rules. I urge you to join me in supporting this important measure.

The Comprehensive Iran Sanctions, Accountability, and Divestment Act will significantly strengthen our nation's peaceful efforts to counter Iran's illicit nuclear weapons program. The legislation contains versions of two measures that have previously passed the House: HR 1400, the Iran Counter-Proliferation Act, which was approved by the House on September 25, 2007, by a vote of 397-16, and H.R. 2347, the Iran Sanctions Enabling Act, which was passed on July 31, 2007, by a vote of 408-6. This bill will help strengthen the hands of the United States by leading efforts to ensure that if Iran does not end its quest to obtain nuclear w! eapons and its support for international terrorism, Iran will face meaningful economic measures.

The legislation will undercut Iran's nuclear program and support for terrorism by:

- Codifying and expanding export and import bans on goods to and from Iran;
- Freezing assets in the U.S. held by Iranians closely tied to the regime;
- Making a U.S. parent company liable for the violation of U.S. Iran sanctions if the parent company uses a foreign subsidiary to circumvent sanctions;
- Increasing the ability of the Treasury Department to combat terrorist financing;
- Authorizing state and local governments to divest from any company that invests $20 million or more in Iran's energy sector or extending this amount of credit; and
- Increasing U.S. export controls on countries that are directly involved in trans-shipment or illegal diversion of sensitive technologies to Iran.
- Requiring the Administration to report all foreign investments of $20 million or more made in Iran's energy sector and to determine whether each such investment qualifies as sanctionable under the Iran Sanctions Act.

The legislation reaffirms our nation's commitment to multilateral diplomacy to increase pressure on Iran to give up its nuclear weapons program, and explicitly states that nothing in the Act authorizes the use of force against Iran. I have attached a summary of the bill.

Please contact David Beraka at david.beraka@mail.house.gov to cosponsor this legislation.

I urge you to support this important measure.

Sincerely,

HOWARD L. BERMAN

Chairman

Comprehensive Iran Summary Attachment

Visit the e-Dear Colleague Service to manage your subscription to the available Issue and Party list(s).

# H. Res. 1169

# (2008)

**From:** Thompson, Jamila <Jamila.Thompson@mail.house.gov>
**Sent:** Tuesday, December 9, 2008 8:14 PM (GMT)
**To:** Emily L Blout <eblout@niacouncil.org>
**Subject:** RE: Thanks Jamila!
**Attach:** H Res 1169 Information.zip

Thanks, Emily!  You're excellent with following-up.  Here's the information about the international human rights resolution that I mentioned to you.

Take care,

jT


**Jamila Thompson**
**Office of Rep. John Lewis (GA-05)**
**343 Cannon House Office Building**
**Washington, DC 20515**
**Phone: 202-225-3801**
**Fax: 202-225-0351**
**www.house.gov/johnlewis**
**Sign-up for Congressman Lewis' E-Newsletter**

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Tuesday, December 09, 2008 12:27 PM
**To:** Thompson, Jamila
**Subject:** Thanks Jamila!

Jamila,
It was great talking with you today as always. I'm glad we had a chance to touch base. Let me know when you prepare to re-introduce the human rights resolution- we'd like to publicize it with our members. And in the interest of saving trees (and avoiding future lectures ;) ), here's the electronic version of the joint experts statement on Iran.
Keep in touch and feel better soon.
Emily
P.S. If you hear of any legislative/foreign policy openings, I hope you'll keep me in mind. Thanks!

---

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

# HR 334

# (2009)

**From:**   Emily L Blout [eblout@niacouncil.org]
**Sent:**   Tuesday, January 13, 2009 1:44 PM
**To:**   'Berry, Gregory'
**Subject:** RE: HR 334

Thanks Greg  I'm having my staff put together a story on it now. I will send you the link.

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW. Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Berry, Gregory [mailto:gregory.berry@mail.house.gov]
**Sent:** Tuesday, January 13, 2009 1:33 PM
**To:** Emily L Blout
**Subject:** RE: HR 334

Sorry, didn't know the bill had been assigned a bill number. We don't any immediate plans for floor speeches but we are planning to push the legislation once things settle down a bit.

Gregory Berry
Legislative Counsel
The Hon. Barbara Lee (CA9)
2444 Rayburn HOB
Washington, D.C. 20515
(202) 225-2661
(202) 225-9817 (fax)
Gregory.Berry@mail.house.gov
www.lee.house.gov

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Tuesday, January 13, 2009 11:22 AM
**To:** Berry, Gregory
**Subject:** RE: HR 334

Thanks Greg  I was referring to this one:

**H.R.334**
**Title:** To provide for the appointment of a high-level United States representative or special envoy for Iran for the purpose of easing tensions and normalizing relations between the United States and Iran.
**Sponsor:** Rep Lee, Barbara [CA-9] (introduced 1/8/2009)     Cosponsors (None)
**Latest Major Action:** 1/8/2009 Referred to House committee. Status: Referred to the House Committee on Foreign Affairs.

(It looks like you just re-introduced HR 5056)  Any plans for floor speeches or anything else?

Emily
—
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Berry, Gregory [mailto:gregory.berry@mail.house.gov]
**Sent:** Monday, January 12, 2009 7:14 PM
**To:** Emily L Blout
**Subject:** RE: HR 334

HR 334? You mean H. Res. 34, the resolution relating to the Gaza crisis, don't you? It's attached. It passed 390-5, with 22 members voting present.

Gregory Berry
Legislative Counsel
The Hon. Barbara Lee (CA9)
2444 Rayburn HOB
Washington, D.C. 20515
(202) 225-2661
(202) 225-9817 (fax)
Gregory.Berry@mail.house.gov
www.lee.house.gov

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, January 12, 2009 4:04 PM
**To:** Berry, Gregory
**Subject:** HR 334

Greg,

I hope you are doing well. Can you send me the text of HR 334? Any plans in terms of floor statements or dear colleagues? Let me know how we can support you.

Thanks,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

PLTF_00010032

# H. Res. 267

# (2009)

**From:**   Emily L Blout [eblout@niacouncil.org]
**Sent:**   Tuesday, March 10, 2009 2:05 PM
**To:**     pdisney@niacouncil.org; 'Trita Parsi, PhD'
**Subject:** FW: Proposed resolution/floor speech in honor of Iranian-American new year (March 20)

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Tsentas, Christos [mailto:Christos.Tsentas@mail.house.gov]
**Sent:** Tuesday, March 10, 2009 1:39 PM
**To:** Emily L Blout
**Cc:** Berry, Gregory
**Subject:** RE: Proposed resolution/floor speech in honor of Iranian-American new year (March 20)

Hi Emily,

Thanks for thinking of us. I think we are going to pass on it though

Take care,

-Christos

Christos Tsentas
Legislative Director
The Honorable Barbara Lee (CA 9th)
2444 Rayburn House Office Building
Washington, D.C. 20515
Tel# (202) 225-2661
Fax# (202) 225-9817
http://lee.house.gov/
Subscribe to LeeMail

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, March 09, 2009 10:23 AM
**To:** Tsentas, Christos
**Subject:** FW: Proposed resolution/floor speech in honor of Iranian-American new year (March 20)

Good talking to you this morning. Take some allergy medicine and have a great Monday!
Emily

*Emily Blout*

*Legislative Director*
*National Iranian American Council*

*1411 K Street NW. Suite 600*
*Washington, DC 20005*
*main. 202 386 6325*
*cell  202 290 8309*

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, March 04, 2009 2:04 PM
**To:** 'Tsentas, Christos'
**Cc:** 'gregory.berry@mail.house.gov'
**Subject:** Proposed resolution/floor speech in honor of Iranian-American new year (March 20)

Christos,

I hope you're doing well

Given the huge amount of Iranian-Americans and NIAC members in the Congresswoman's district, it would be an honor if the Congresswoman were to introduce a resolution celebrating the Iranian new year, Nowruz, which begins March 20

In short, Nowruz is a multi-religion/multi-nation celebration of the dawning of spring and the vernal equinox. It is a twelve day celebration that reaffirms a shared commitment to helping our fellow man and putting away old grudges (very relevant). Please see the fact sheet and talking points attached

Of course, we would be more than willing to help put together a floor statement and resolution celebrating this 3,000 year tradition

If you could get back to me with a decision as soon as possible, I would greatly appreciate it

Thanks so much,

Emily

—
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main. 202 386 6325*
*cell. 202 290 8309*

PLTF_00010027

| | |
|---|---|
| **From:** | Emily L Blout [eblout@niacouncil org] |
| **Sent:** | Tuesday, March 10, 2009 5:16 PM |
| **To:** | 'Ayame nagatani@mail house.gov' |
| **Attachments:** | Nowruz draft resolution text_2 27 09_v4 doc; Nowruz Factsheet_NIAC_March 2009 pdf |

Sincerely,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
direct: 202 379 1639
cell: 202 290 8309

www.niacouncil.org

PLTF_00009960

| | |
|---|---|
| **From:** | Emily L Blout [eblout@niacouncil.org] |
| **Sent:** | Wednesday, March 18, 2009 4:27 PM |
| **To:** | 'diana.lambert@mail.house.gov' |
| **Subject:** | IMPORTANT: resolution to Iranian people/Iranian-American constituents |
| **Categories:** | Legislative Follow Up |
| **Attachments:** | HONDA_009_xml.pdf; Nowruz Factsheet_NIAC_March 2009.pdf |

Diana,

Rep. Honda is introducing a resolution this Thursday to celebrate the coming of Nowruz, the Iranian new year. NIAC is supporting this resolution because it not only congratulates the millions of Iranian-Americans who celebrate Nowruz and the millions that celebrate it across the Middle East and Asia, but it also sends an important message of renewal and friendship from Congress to the people of Iran. The holiday is deeply rooted in history and cuts across traditional borders of religion and ethnicity.

Honda's office is taking original cosponsors until end of business today (but you could get it in Thursday morning)

The resolution would be a small, but meaningful way for the congresswoman to recognize her 200+ Iranian-American constituency and help Congress send a positive message to the people of Iran. We would love to see her sign on as an original sponsor. Please let me know.

The language and background material is attached. The contact information for Ayame, the staffer at Honda's office, is below

Thanks!

Emily
—
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202.386.6325*
*cell: 202.290.8309*


Ayame Nagatani, Rep. Mike Honda (CA-15)
202.225.2631 Ayame.nagatani@mail.house.gov

PLTF_00009961

**From:** Emily L Blout [eblout@niacouncil.org]
**Sent:** Wednesday, March 18, 2009 11:17 AM
**To:** Nagatani, Ayame
**Cc:** 'David Elliott'
**Subject:** RE: Cosponsors for Nowruz resolution

Thanks

—
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Wednesday, March 18, 2009 11:14 AM
**To:** Emily L Blout
**Subject:** RE: Cosponsors for Nowruz resolution

Ok. Great on Meeks and Lewis. FYI, Michael's email is Michael.shank@Mail.house.gov

Also, it is not possible for us to send the Congressman's one minute floor remarks for Monday.

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, March 18, 2009 10:56 AM
**To:** Nagatani, Ayame
**Subject:** RE: Cosponsors for Nowruz resolution

Great- I just got Meeks and Lewis on today- expect several more to come trickling in soon. My LA will be contacting your communications person about Honda's BBC interview. We'd also like to get a copy of his floor remarks before the fact, if possible.   Thanks so much. Almost there...
Emily

—
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*

Cosponsors for Nowruz resolution                                                  Page 2 of 2

*main. 202 386 6325*
*cell. 202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Wednesday, March 18, 2009 10:31 AM
**To:** Emily L Blout; Morad Ghorban
**Subject:** Cosponsors for Nowruz resolution

Emily and Morad,

Hope you're both doing well. Today COB is the deadline for signing members onto the Nowruz resolution. Please
see below for a list of members that are confirmed, and I am also waiting on confirmation from Waxman and
Mica's office. We'd really like to be at 25 cosponsors when we introduce tomorrow—your assistance with this is
greatly appreciated.

Thanks!

Carolyn Maloney
Linda Sanchez
Bob Filner
Raul Grijalva
Frank Wolf
Keith Ellison
Jim Moran
Dennis Kucinich
John Lewis
Gregory Meeks


**Ayame C. Nagatani**

Legislative Assistant

Rep. Mike Honda (CA-15)

202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting
online.

 Please consider the environment before printing this e-mail

PLTF_00009963

**From:**     Trita Parsi, PhD [tparsi@niacouncil org]
**Sent:**     Tuesday, March 17, 2009 3:15 PM
**To:**       'Emily L Blout'; 'Patrick Disney'
**Cc:**       'David Elliott'
**Subject:** RE: Nowruz resolution update

Put this online asap

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Tuesday, March 17, 2009 3:06 PM
**To:** 'Patrick Disney'
**Cc:** 'David Elliott'; tparsi@niacouncil.org
**Subject:** FW: Nowruz resolution update


––
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main. 202 386 6325*
*cell. 202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Tuesday, March 17, 2009 12:25 PM
**To:** Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** RE: Nowruz resolution update

Morad and Emily, please feel free to circulate this version from leg counsel which I just received  Again, thanks for
all your efforts

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting
online

 Please consider the environment before printing this e-mail

**From:** Morad Ghorban [mailto:morad@paaia.org]
**Sent:** Tuesday, March 17, 2009 1:20 PM
**To:** Nagatani, Ayame; Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** RE: Nowruz resolution update

Hi Ayame,

Sounds great!  We are following up with everyone

As previously discussed, please confirm that we should not make the text of the resolution publicly available until it is introduced.

Thanks again for all your assistance   We are very excited and appreciative of Congressman Honda's work

Cheers

Morad

-----Original Message-----
**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Tuesday, March 17, 2009 9:53 AM
**To:** Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** Nowruz resolution update

Morad and Emily,

Good morning. Wanted to give you an update on the resolution—I am still waiting for the leg counsel text any minute now, but in the meantime I have been circulating the draft version to members (attached). So far, we have confirmed original cosponsors Filner, Grijalva, and Wolf.

Additionally, Maloney, Linda Sanchez, and Waxman signed on last week, but I have not heard from them since I sent the revised version last night. If you have contacts in those offices, please make sure they are still on board.

In order to catch some good attention from press, our office is hoping for at least 25 original cosponsors to sign on before introduction on Thursday. Keep up the great work on your outreach efforts.

Let me know if you have any other questions. Thanks!

<<Iranian American Resolution 3.17.09.doc>>

**Ayame C. Nagatani**

Legislative Assistant

Rep. Mike Honda (CA-15)

202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

| From: | Emily L Blout [eblout@niacouncil.org] |
|---|---|
| Sent: | Tuesday, March 17, 2009 3.06 PM |
| To: | 'Patrick Disney' |
| Cc: | 'David Elliott'; tparsi@niacouncil.org |
| Subject: | FW: Nowruz resolution update |
| Attachments: | HONDA_009_xml pdf |

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main. 202 386 6325*
*cell  202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Tuesday, March 17, 2009 12:25 PM
**To:** Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** RE: Nowruz resolution update

Morad and Emily, please feel free to circulate this version from leg counsel which I just received. Again, thanks for all your efforts

**Ayame C. Nagatani**
Legislative Assistant
Rep  Mike Honda (CA-15)
202 225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

**From:** Morad Ghorban [mailto:morad@paaia.org]
**Sent:** Tuesday, March 17, 2009 1:20 PM
**To:** Nagatani, Ayame; Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** RE: Nowruz resolution update

Hi Ayame,

Sounds great!  We are following up with everyone.

As previously discussed, please confirm that we should not make the text of the resolution publicly available until it is introduced

Thanks again for all your assistance   We are very excited and appreciative of Congressman Honda's work

Cheers

Morad

-----Original Message-----
**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Tuesday, March 17, 2009 9:53 AM
**To:** Morad Ghorban; Emily L Blout
**Cc:** VanderHeide, Jennifer
**Subject:** Nowruz resolution update

Morad and Emily,

Good morning. Wanted to give you an update on the resolution—I am still waiting for the leg counsel text any minute now, but in the meantime I have been circulating the draft version to members (attached)  So far, we have confirmed original cosponsors Filner, Grijalva, and Wolf.

Additionally, Maloney, Linda Sanchez, and Waxman signed on last week, but I have not heard from them since I sent the revised version last night  If you have contacts in those offices, please make sure they are still on board.

In order to catch some good attention from press, our office is hoping for at least 25 original cosponsors to sign on before introduction on Thursday. Keep up the great work on your outreach efforts.

Let me know if you have any other questions  Thanks!

<<Iranian American Resolution 3 17 09 doc>>

**Ayame C. Nagatani**

Legislative Assistant

Rep  Mike Honda (CA-15)

202.225 2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

F:\M11\HONDA\HONDA_009.XML

(Original Signature of Member)

111TH CONGRESS
1ST SESSION

# H. RES. _____

Recognizing the cultural and historical significance of Nowruz, expressing appreciation to Iranian-Americans for their contributions to society, and wishing Iranian-Americans and the people of Iran a prosperous new year.

_____

## IN THE HOUSE OF REPRESENTATIVES

_____

Mr. HONDA submitted the following resolution; which was referred to the Committee on _____

_____

# RESOLUTION

Recognizing the cultural and historical significance of Nowruz, expressing appreciation to Iranian-Americans for their contributions to society, and wishing Iranian-Americans and the people of Iran a prosperous new year.

Whereas Nowruz marks the traditional Iranian New Year, which originated in ancient Persia, and dates back more than 3,000 years;

Whereas Nowruz, meaning a "New Day", occurs on the vernal equinox and celebrates the arrival of spring;

f:\VHLC\031709\031709.098.xml       (42645017)
March 17, 2009 (12:14 p.m.)

PLTF_00009968

2

Whereas Nowruz symbolizes a time of renewal and commu-
nity, it harkens the departure from the trials and tribu-
lations of the previous year and brings hope for the New
Year;

Whereas Nowruz is celebrated by nearly 300,000,000 Ira-
nians and other peoples all over the world, including in
the United States, Iran, and other countries in Central
Asia, South Asia, Caucasus, Crimea, and Balkan Re-
gions;

Whereas Nowruz is celebrated by more than 1,000,000 Ira-
nian-Americans of all backgrounds, including those with
Baha'i, Christian, Jewish, Muslim, Zoroastrian, and non-
religious backgrounds;

Whereas the people of Iran have a long history of celebrating
Nowruz and are congratulated for their bringing in of the
New Year;

Whereas Nowruz embodies the tradition that each individ-
ual's thinking, speaking, and conduct should always be
virtuous, and the ideal of compassion for our fellow
human beings regardless of ethnicity or religion, and
symbolizes a time of renewal and community;

Whereas the United States is a melting pot of ethnicities and
religion and Nowruz contributes the richness of American
culture and is consistent with our founding principles of
peace and prosperity for all;

Whereas in 539 B.C., Cyrus the Great established one of the
earliest charters on human rights, which abolished slav-
ery and allowed for freedom of religion, and this marker
in Iranian history has had significant impact on the re-
spect for human rights that Iranian-Americans carry
today;

PLTF_00009969

F:\M11\HONDA\HONDA_009 XML

3

Whereas Nowruz serves to remind the United States of the many noteworthy and lasting contributions of Iranian-Americans to the social and economic fabric of society in the United States;

Whereas Iranian-Americans continue to make contributions in all sectors of American public life, including as government, military, and law enforcement officials working to uphold the Constitution of the United States and to protect all people in the United States;

Whereas Iranian-Americans are vibrant, peaceful, and law-abiding citizens, many of whom are Baha'i, Christian, Jewish, Muslim, and Zoroastrian faiths; and

Whereas the Iranian-American community continues to enrich the tapestry of the diversity in the United States: Now, therefore, be it

1    *Resolved*, That the House of Representatives—

2        (1) recognizes the cultural and historical signifi-

3    cance of Nowruz;

4        (2) expresses its appreciation for the contribu-

5    tions of Iranian-Americans to society in the United

6    States in observance of Nowruz; and

7        (3) wishes Iranian-Americans and the people of

8    Iran and all those who observe this holiday a pros-

9    perous new year.

PLTF_00009970

| From: | Trita Parsi, PhD [tparsi@niacouncil.org] |
|---|---|
| Sent: | Monday, March 16, 2009 1:22 AM |
| To: | 'Emily L Blout'; pdisney@niacouncil.org; 'David Elliott' |
| Cc: | 'Hormoz Rashidi'; mmoghtader@niacouncil.org |
| Subject: | FW: Draft Nowruz Resolution |
| Attachments: | Iranian American Resolution REVISED 3 11 09 (3) doc |

Guys,

With the changes made to the resolution, we are in a position to do an action alert and throw our support behind this.

We need the following:

1. An action alert that explains the resolution, explains the changes made to it, commends Honda for making it and mentions PAAIA's work on this. Suggested text can be found below.
2. An action alert letter. If we do not have the number for the resolution, the alert should say that Congressman Honda dropped the resolution Monday the 16th. Then we can change it once a number for the resolution appears.
3 If we don't have a senate person doing this in the senate, perhaps we can take this to Feinstein? We can coordinate with PAAIA, I suspect that have taken it to Schumer.
4. A newsletter no later than 2pm Monday with the action alert – as well as a reminder for the Persepolis issue.

The following proposed text should appear prominently in the action alert:

"Though the resolution is anything but controversial, significant changes were made to it over the past few days to put greater focus on Norouz itself, and the common American and Iranian values represented by this ancient tradition. It discusses Norouz's symbolism as a time of renewal, harkening the departure from the trials and tribulations of the previous year and the hope it brings for the new year. It mentions how Norouz embodies the tradition that each individual's thinking, speaking and conduct should always be virtuous, and the ideal of compassion for our fellow human beings regardless of ethnicity or religion . The new resolution text also emphasizes how Norouz contributes to the richness of American culture and how it is consistent with America's founding principles of peace and prosperity for all.

Furthermore, the new language also congratulates the Iranian people – and not just Iranian Americans  - in an effort to send a positive signal from the US Congress to the people of Iran. This is particularly important mindful of President Obama's efforts to create a new atmosphere between the United States and other nations.

NIAC commends Congressman Mike Honda for making these important additions to the resolution and also thanks PAAIA for its important work on earlier versions of the resolution."

Let me know your thoughts. Do note that I will be in Maine tomorrow, but available on BB.
tp

**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Sunday, March 15, 2009 11:03 PM
**To:** Trita Parsi, PhD
**Cc:** Nagatani, Ayame
**Subject:** RE: Draft Nowruz Resolution

Trita-

Attached please find the draft we hope to submit to Legislative Counsel tomorrow morning.  I have cced Ayame Nagatani in our office who is also working directly on this resolution and will handle getting the draft to Legislative Counsel in the morning.

I believe all your edits were encompassed, with a few additional edits:

- On the section about who celebrates Nowruz, the religions are listed in alphabetical order;
- With regard to the geographical celebration of Nowruz, we are uncomfortable listing specific countries, for the concern of possible omissions.  We would like to keep it in the broader regional context and believe it still captures the spirit and intent of that clause;
- On the clause about the meaning of Nowruz, there was suggested language change from other stakeholders.  We'd like to include it, if ok with you.  Ultimately, our office is certainly not the expert on its meaning – we tried to incorporate the edits from all stakeholders.

As I mentioned, we need to get the final version to Leg. Counsel first thing in the morning.  We also need to circle back with other Members who already agreed to serve as original cosponsors to notify them of the changes, as well as solicit additional support.

Please confirm you are ok with the attached version (redline format).  I'm afraid I'll still be out of the office tomorrow so you could speak with either Ayame or I (202-225-6839 cell) to discuss how NAIC can help move the resolution along.  If possible, an alert to your members would be greatly appreciated.  Rep. Honda will absolutely recognize NAIC's work and support.  I expect we'll be doing press on this as it is introduced, and follows – we already have BBC Persian tv scheduled for Tuesday.

Again, thank you for working with us on this.

Best,

Jennifer

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Saturday, March 14, 2009 1:50 AM
**To:** VanderHeide, Jennifer
**Subject:** RE: Draft Nowruz Resolution

Dear Jennifer,
Hope you are well and that the preparations at your house went according to schedule! Thanks for taking time in the midst of that to focus on this resolution – we really appreciate it. And again, I want to emphasize how much we appreciate the work the Congressman has done on this and other issues of importance to our community!

I've taken the freedom to make a few suggestions here and there in the text. The reason is that the original draft that NIAC had prepared was structured to signal the following:

1) Send a positive signal to Iranian people; congratulate Iranians, Americans and people all over the world who celebrate Nowruz – in an effort to help President Obama's and his agenda of diplomacy, which necessitates undoing the negative atmosphere of the past few years. We thought that this could be a constructive way for Congress to help the President.
2) Establish the significance of Nowruz, historically rooted in Iran, as a holiday that crosses cultural, religious and

the ethnic boundaries; drawing parallels to our own American values
3) Recognize Nowruz as the coming of a "New Day"- and hopefully a "new era" in US engagement with the world, including Iran.

Of course, we tried to structure it to make this message as subtle and non-controversial as possible. The idea was to craft an argument so rooted in our shared humanity and American principles, that it would be hard for any member to pass up.

So I looked at the previous NIAC version and the new one you presented, and made a few suggestions. I hope you find them useful and acceptable.

Let me know how you wish to proceed. If the suggestions are acceptable, I would like to discuss with you or Ayami how we can help get the resolution moving. We would of course also appreciate the Congressman's recognition of NIAC's efforts in support of this.

I want to emphasize how much we appreciate the Congressman's work and that regardless of the outcome of this issue, we look forward to working with you on numerous issues in the future. There are numerous constructive legislative initiatives that I think may interest the Congressman, including an incidents at sea agreement resolution. This would serve to bolster diplomacy and minimize the risk of an accidental war in the Persian Gulf.


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org


---

**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Friday, March 13, 2009 5:25 PM
**To:** tparsi@niacouncil.org
**Subject:** Draft Nowruz Resolution
**Importance:** High


Dear Trita –

I greatly appreciate your time today, especially since you're home sick, and your helpful and candid comments. As we discussed, Rep. Honda is deeply honored to be able to carry this resolution congratulating Iranian-Americans and Iranians on the celebration of the New Year.  Besides the congratulations, we certainly want to be helpful in supporting President Obama's new and improved approach to our country's relationship with Iran and her people and would hope this might be a piece in supporting those policies

Attached please find a slightly revised draft (Ayame had already incorporated language from a previous NIAC version) that I believe captures the conversation we had today  Rep. Honda would certainly like to be able to work closely with NIAC and its members on this resolution – I'm hopeful this language will get us there.  In order

Draft Nowruz Resolution                                              Page 4 of 4

to be successful, the resolution will certainly need the active support of NIAC and its members

If possible, could you please review and return to me as soon as possible this weekend? We need to get new language to Legislative Counsel Monday morning, and also share with other interested parties, prior to introduction on Tuesday

Thank you – we look forward to working with you

Best,

Jennifer

202-225-6839 cell


<<Iranian American Resolution REVISED 3 11 09 (2) doc>>

Jennifer Van der Heide, Esq.

Chief of Staff

Rep. Mike Honda

202-225-2631

Jennifer.vanderheide@mail.house.gov

HRES ____IH

111th CONGRESS
1st Session
H. RES. _____

## IN THE HOUSE OF REPRESENTATIVES
Date

Mr Honda submitted the following resolution; which was referred to the Committee on Oversight and Government Reform

### RESOLUTION

Recognizing the cultural and historical significance of Nowruz, expressing appreciation to Iranian-Americans for their contributions to society, and wishing Iranian-Americans and the people of Iran a prosperous new year.

Whereas Nowruz marks the traditional Iranian New Year, which originated in ancient Persia, and dates back more than 3,500 years;

Whereas Nowruz, meaning a "New Day", occurs on the vernal equinox and celebrates the arrival of Spring;

Whereas Nowruz symbolizes a time of renewal and community; it harkens the departure from the trials and tribulations of the previous year and brings hope for the New Year;

WHEREAS Nowruz is celebrated by nearly 300 million Iranians and other peoples all over the world, including in the United States, Iran, and other countries in Central Asia, South Asia, Caucusus, Crimea and Balkan Regions;

Whereas Nowruz is celebrated by more than one million Iranian Americans of all backgrounds, including those with Baha'I, Christian, Jewish, Muslim, Zoroastrian, and non-religious backgrounds;

Whereas the people of Iran have a long history of celebrating Nowruz and are congratulated for their bringing in of the New Year;

Whereas Nowruz embodies the tradition that each individual's thinking, speaking and conduct should always be virtuous, and the ideal of compassion for our fellow human beings regardless of ethnicity or religion, and symbolizes a time of renewal and community; Whereas the United States of America is a melting pot of ethnicities and religion and Nowruz contributes the richness of American culture and is consistent with our founding principles of peace and prosperity for all;

Whereas in 539 B.C., Cyrus the Great established one of the earliest charters on human rights, which abolished slavery and allowed for freedom of religion, and this marker in Iranian history has had significant impact on the respect for human rights that Iranian Americans carry today,

Whereas Nowruz serves to remind our nation of the many noteworthy and lasting contributions of Iranian-Americans to the social and economic fabric of American society;

Whereas Iranian Americans continue to make contributions in all sectors of American public life, including as government, military and law enforcement officials working to uphold the constitution of the United States and to protect all Americans;

---

**Deleted:** Iranians

**Deleted:** s

**Deleted:** last

**Deleted:** ing

**Deleted:** ¶

**Deleted:** Whereas Nowruz is celebrated by Iranians across the globe, including Iranian-Americans, as well as many other peoples living in the Central Asia, South Asia, the Caucuses, and the Balkans regions;¶

**Deleted:** ,

**Deleted:** teaches the importance of good thoughts, good words, good deeds, and compassion for our

**Deleted:** ¶

PLTF_00009987

Whereas Iranian-Americans are vibrant, peaceful, and law-abiding citizens; many of whom are Baha'i, Christian, Jewish, Muslim, and Zoroastrian faiths;

Whereas the Iranian-American community continues to enrich the tapestry of this great nation's diversity;

*Resolved,* That the House of Representatives—

(1) Recognizes the cultural and historical significance of Nowruz;

(2) In observance of Nowruz, expresses its appreciation for the contributions of Iranian-Americans to American society

(3) Wishes Iranian-Americans and the people of Iran and all those who observe this holiday, a prosperous new year

| Deleted: ians |

PLTF_00009988

---

**From:**    Trita Parsi, PhD [tparsi@niacouncil org]
**Sent:**    Monday, March 16, 2009 1:04 AM
**To:**      VanderHeide, Jennifer
**Cc:**       Nagatani, Ayame; Emily L Blout; David Elliott; pdisney@niacouncil org
**Subject:** RE: Draft Nowruz Resolution

Dear Jennifer,

Thank you so much for this. I think the text reads very well now and agree with your points below.

I will be traveling tomorrow, but our Leg team headed by Emily will be in touch with Ayame tomorrow. We would like to know how we can be helpful in soliciting support for the resolution and the strategy the Congressman has in mind. With the changes made to the resolution, we can take this to our membership through an action alert, but there is of course more that can be done given time and resources.

I very much appreciate the Congressman's work on this and his recognition of our efforts. Do let us know if we can help arrange additional interviews with Iranian-American media.

Again, it's been a pleasure working with you on this and I very much appreciate you reaching out to us. And I look forward to working with you on other legislative issues, such as the incidents at sea agreement that I think the Congressman would find very useful.

PS. I will also reach out to PAAIA to make sure they understand the positive nature of our involvement.

Thank you!


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org


**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Sunday, March 15, 2009 11:03 PM
**To:** Trita Parsi, PhD
**Cc:** Nagatani, Ayame
**Subject:** RE: Draft Nowruz Resolution

PLTF_00009989

Trita-

Attached please find the draft we hope to submit to Legislative Counsel tomorrow morning   I have cced Ayame Nagatani in our office who is also working directly on this resolution and will handle getting the draft to Legislative Counsel in the morning.

I believe all your edits were encompassed, with a few additional edits:

- On the section about who celebrates Nowruz, the religions are listed in alphabetical order;
- With regard to the geographical celebration of Nowruz, we are uncomfortable listing specific countries, for the concern of possible omissions  We would like to keep it in the broader regional context and believe it still captures the spirit and intent of that clause;
- On the clause about the meaning of Nowruz, there was suggested language change from other stakeholders.  We'd like to include it, if ok with you.   Ultimately, our office is certainly not the expert on its meaning – we tried to incorporate the edits from all stakeholders.

As I mentioned, we need to get the final version to Leg  Counsel first thing in the morning  We also need to circle back with other Members who already agreed to serve as original cosponsors to notify them of the changes, as well as solicit additional support

Please confirm you are ok with the attached version (redline format).  I'm afraid I'll still be out of the office tomorrow so you could speak with either Ayame or I (202-225-6839 cell) to discuss how NAIC can help move the resolution along  If possible, an alert to your members would be greatly appreciated  Rep. Honda will absolutely recognize NAIC's work and support  I expect we'll be doing press on this as it is introduced, and follows – we already have BBC Persian tv scheduled for Tuesday

Again, thank you for working with us on this

Best,

Jennifer

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Saturday, March 14, 2009 1:50 AM
**To:** VanderHeide, Jennifer
**Subject:** RE: Draft Nowruz Resolution

Dear Jennifer,
Hope you are well and that the preparations at your house went according to schedule! Thanks for taking time in the midst of that to focus on this resolution – we really appreciate it. And again, I want to emphasize how much we appreciate the work the Congressman has done on this and other issues of importance to our community!

I've taken the freedom to make a few suggestions here and there in the text. The reason is that the original draft that NIAC had prepared was structured to signal the following:

1) Send a positive signal to Iranian people; congratulate Iranians, Americans and people all over the world who celebrate Nowruz – in an effort to help President Obama's and his agenda of diplomacy, which necessitates undoing the negative atmosphere of the past few years. We thought that this could be a constructive way for Congress to help the President.
2) Establish the significance of Nowruz, historically rooted in Iran, as a holiday that crosses cultural, religious and the ethnic boundaries; drawing parallels to our own American values.
3) Recognize Nowruz as the coming of a "New Day"- and hopefully a "new era" in US engagement with the world, including Iran.

Of course, we tried to structure it to make this message as subtle and non-controversial as possible. The idea was to craft an argument so rooted in our shared humanity and American principles, that it would be hard for any

member to pass up.

So I looked at the previous NIAC version and the new one you presented, and made a few suggestions. I hope you find them useful and acceptable.

Let me know how you wish to proceed. If the suggestions are acceptable, I would like to discuss with you or Ayami how we can help get the resolution moving. We would of course also appreciate the Congressman's recognition of NIAC's efforts in support of this.

I want to emphasize how much we appreciate the Congressman's work and that regardless of the outcome of this issue, we look forward to working with you on numerous issues in the future. There are numerous constructive legislative initiatives that I think may interest the Congressman, including an incidents at sea agreement resolution. This would serve to bolster diplomacy and minimize the risk of an accidental war in the Persian Gulf.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org

---

**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Friday, March 13, 2009 5:25 PM
**To:** tparsi@niacouncil.org
**Subject:** Draft Nowruz Resolution
**Importance:** High

Dear Trita –

I greatly appreciate your time today, especially since you're home sick, and your helpful and candid comments. As we discussed, Rep. Honda is deeply honored to be able to carry this resolution congratulating Iranian-Americans and Iranians on the celebration of the New Year. Besides the congratulations, we certainly want to be helpful in supporting President Obama's new and improved approach to our country's relationship with Iran and her people and would hope this might be a piece in supporting those policies.

Attached please find a slightly revised draft (Ayame had already incorporated language from a previous NIAC version) that I believe captures the conversation we had today. Rep. Honda would certainly like to be able to work closely with NIAC and its members on this resolution – I'm hopeful this language will get us there. In order to be successful, the resolution will certainly need the active support of NIAC and its members.

If possible, could you please review and return to me as soon as possible this weekend? We need to get new language to Legislative Counsel Monday morning, and also share with other interested parties, prior to introduction on Tuesday.

Thank you – we look forward to working with you

Best,

Jennifer

202-225-6839 cell


<<Iranian American Resolution REVISED 3 11 09 (2) doc>>

Jennifer Van der Heide, Esq.

Chief of Staff

Rep. Mike Honda

202-225-2631

Jennifer.vanderheide@mail.house.gov

| | |
|---|---|
| **From:** | Emily L Blout [eblout@niacouncil.org] |
| **Sent:** | Wednesday, March 11, 2009 6:50 PM |
| **To:** | 'Patrick Disney'; 'David Elliott' |
| **Subject:** | FW: Nowruz Resolution |
| **Attachments:** | Iranian American Resolution REVISED 3 11 09.doc |

FYI. She needs to incorporate much more of our bill

—

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Wednesday, March 11, 2009 4:51 PM
**To:** eblout@niacouncil.org
**Subject:** RE:

Emily,

Great meeting you. Here is what we worked with for the language of the Nowruz resolution. Please let me know ASAP if this is amenable to NIAC, if so, I will try to get it moving again with members.

Thanks!

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his <u>e-mail updates</u> or <u>visiting online</u>.

 Please consider the environment before printing this e-mail

**From:** Emily Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, March 11, 2009 2:30 PM
**To:** Nagatani, Ayame
**Subject:** Re:

Sure! I'll see you at 2:30.

Sent via BlackBerry from T-Mobile

**From:** "Nagatani, Ayame"
**Date:** Wed, 11 Mar 2009 13:01:03 -0400

**To:** Emily L Blout<eblout@niacouncil.org>
**Subject:** RE:
Emily,

I'd be happy to meet. I am in a meeting until at least 2:00  Do you want to come by at around 2:30? We're in 1713 LHOB.

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202 225 2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, March 11, 2009 12:27 PM
**To:** Nagatani, Ayame
**Subject:** RE:

Yes! We had been shopping it around. I think if you merge the two, it would be very powerful and we would support it whole heartedly  Can we talk later today? I will be on the hill in the afternoon and could come by or I can call you after my meeting after 2:00

---

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main. 202 386 6325*
*cell  202 290 8309*

**From:** Nagatani, Ayame [mailto:Ayame.nagatani@mail.house.gov]
**Sent:** Tuesday, March 10, 2009 5:31 PM
**To:** Emily L Blout
**Subject:** RE:

Emily, I am just looking over the draft resolution text you sent over. Had you planned to have a member introduce this before you knew about Congressman Honda's resolution today?

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202 225 2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]

**Sent:** Tuesday, March 10, 2009 5:16 PM
**To:** Nagatani, Ayame
**Subject:**


Sincerely,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
direct: 202 379 1639
cell: 202 290 8309

www niacouncil org

PLTF_00010011

HRES \_\_\_\_IH

111th CONGRESS
1st Session
H. RES. _____

IN THE HOUSE OF REPRESENTATIVES
Date

Mr. Honda submitted the following resolution; which was referred to the Committee on Oversight and Government Reform

RESOLUTION

Recognizing the cultural and historical significance of Nowruz, expressing appreciation to Iranian-Americans for their contributions to society, and wishing Iranian-Americans a prosperous new year

Whereas Nowruz marks the traditional Iranian New Year, which dates back more than 3,500 years;

Whereas Nowruz is historically rooted in Zoroastrianism, the first monotheistic religion, originating in ancient Persia;

Whereas Nowruz, meaning a "New Day", occurs on the vernal equinox and celebrates the arrival of spring;

Whereas Nowruz is celebrated by Iranians and Iranian-Americans, and millions in Iraq, Afghanistan, Pakistan, India, Lebanon, Syria, Armenia, Azerbaijan, Bahrain, the United Arab Emirates, Georgia, Albania, Kazakhstan, Kyrgyzstan, Tajikistan, Turkey, Turkmenistan and Uzbekistan, Macedonia, China, Bosnia, and Kosovo;

Whereas Nowruz teaches the importance of good thoughts, good words, good deeds, and compassion;

Whereas in 539 B.C., Cyrus the Great established one of the earliest charters on human rights, which abolished slavery and allowed for freedom of religion, and this marker in Iranian history has had significant impact on the respect for human rights that Iranian Americans carry today,

Whereas Nowruz serves to remind our nation of the many noteworthy and lasting contributions of Iranian-Americans to the social and economic fabric of American society;

Whereas Iranian Americans continue to make contributions in all sectors of American public life, including as government, military and law enforcement officials working to uphold the constitution of the United States and to protect all Americans;

Whereas Iranian-Americans are vibrant, peaceful, and law-abiding citizens; many of whom are Baha'i, Christian, Jewish, Muslim, Alawite and Zoroastrian faiths;

Whereas the Iranian-American community continues to enrich the tapestry of this great nation's diversity;

*Resolved*, That the House of Representatives—

(1)  Recognizes the cultural and historical significance of Nowruz;

PLTF_00010012

     (2)  In observance of Nowruz, expresses its appreciation for the contributions of Iranian-Americans to American society

     (3)  Wishes Iranian-Americans and all those who observe this holiday a prosperous new year.

PLTF_00010013

| | |
|---|---|
| **From:** | Nagatani, Ayame [Ayame.nagatani@mail.house.gov] |
| **Sent:** | Tuesday, March 10, 2009 5:04 PM |
| **To:** | Patrick Disney |
| **Subject:** | FW: CivilRights, ForeignAffairs: Dear Colleague: Celebrate Iranian American Culture and Nowruz |

Hi Patrick,

Hope all is well. Would NIAC support this resolution? If so, would you mind encouraging offices to sign on?

**Ayame C. Nagatani**
Legislative Assistant
Rep. Mike Honda (CA-15)
202.225.2631

Learn more about Congressman Honda's legislative initiatives by signing up for his e-mail updates or visiting online.

 Please consider the environment before printing this e-mail

---

**From:** e-Dear Colleague
**Sent:** Tuesday, March 10, 2009 5:00 PM
**To:** E-DEARCOLL_ISSUES_A-F_0000@ls2.house.gov
**Subject:** CivilRights, ForeignAffairs: Dear Colleague: Celebrate Iranian American Culture and Nowruz

# Celebrate Iranian American Culture and Nowruz

## From: The Honorable Michael M. Honda
## Sent By: ayame.nagatani@mail.house.gov
## Date: 3/10/2009

### CELEBRATE IRANIAN AMERICAN CULTURE AND NOWRUZ

Original Cosponsors: Carolyn Maloney

Dear Colleague:

On March 20th, 2009, hundreds of thousands of Iranian Americans will celebrate Nowruz, or Iranian New Year. This traditional holiday, which means a "New Day", dates back more than 2,500 years, and also coincides with the arrival of spring.

Nowruz provides an opportunity to appreciate the contributions of Iranian Americans to our society. They have made noteworthy and lasting contributions in all sectors of American public life, including as

government, military and law enforcement officials, and in the fields of medicine, engineering, and business. I am proud to represent the many Iranian Americans in my Silicon Valley district, who continue to teach all of us about their rich cultural history.

This resolution recognizes the cultural and historical significance of Nowruz, expresses appreciation for the contributions of Iranian Americans to society, and wishes Iranian Americans and all those who observe this holiday, a prosperous new year.

I hope you will join me in honoring Nowruz and recognizing not only its importance as a major Iranian American holiday, but the exceptional ways in which the Iranian American community continues to enrich the tapestry of our great nation's diversity.

If you would like to be an original cosponsor or if you have any questions, please contact Ayame Nagatani of my staff at 5-2631 or email Ayame.Nagatani@mail.house.gov by **Monday, March 16th**.

Sincerely,

/s
**Mike Honda**
**Member of Congress**

Visit the e-Dear Colleague Service to manage your subscription to the available Issue and Party list(s).

| | |
|---|---|
| **From:** | Trita Parsi, PhD <tparsi@niacouncil.org> |
| **Sent:** | Monday, March 16, 2009 5:04 AM (GMT) |
| **To:** | VanderHeide, Jennifer <jennifer.vanderheide@mail.house.gov> |
| **Cc:** | Nagatani, Ayame <Ayame.nagatani@mail.house.gov>; Emily L Blout <eblout@niacouncil.org>; David Elliott <delliott@niacouncil.org>; pdisney@niacouncil.org |
| **Subject:** | RE: Draft Nowruz Resolution |

Dear Jennifer,

Thank you so much for this. I think the text reads very well now and agree with your points below.

I will be traveling tomorrow, but our Leg team headed by Emily will be in touch with Ayame tomorrow. We would like to know how we can be helpful in soliciting support for the resolution and the strategy the Congressman has in mind. With the changes made to the resolution, we can take this to our membership through an action alert, but there is of course more that can be done given time and resources.

I very much appreciate the Congressman's work on this and his recognition of our efforts. Do let us know if we can help arrange additional interviews with Iranian-American media.

Again, it's been a pleasure working with you on this and I very much appreciate you reaching out to us. And I look forward to working with you on other legislative issues, such as the incidents at sea agreement that I think the Congressman would find very useful.

PS. I will also reach out to PAAIA to make sure they understand the positive nature of our involvement.

Thank you!


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org


**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Sunday, March 15, 2009 11:03 PM
**To:** Trita Parsi, PhD
**Cc:** Nagatani, Ayame
**Subject:** RE: Draft Nowruz Resolution

Trita-

Attached please find the draft we hope to submit to Legislative Counsel tomorrow morning.   I have cced Ayame Nagatani in our office who is also working directly on this resolution and will handle getting the draft to Legislative Counsel in the morning.

I believe all your edits were encompassed, with a few additional edits:

- On the section about who celebrates Nowruz, the religions are listed in alphabetical order;
- With regard to the geographical celebration of Nowruz, we are uncomfortable listing specific countries, for the concern of possible omissions.  We would like to keep it in the broader regional context and believe it still captures the spirit and intent of that clause;
- On the clause about the meaning of Nowruz, there was suggested language change from other stakeholders.  We'd like to include it, if ok with you.   Ultimately, our office is certainly not the expert on its meaning – we tried to incorporate the edits from all stakeholders.

As I mentioned, we need to get the final version to Leg. Counsel first thing in the morning.  We also need to circle back with other Members who already agreed to serve as original cosponsors to notify them of the changes, as well as solicit additional support.

Please confirm you are ok with the attached version (redline format).  I'm afraid I'll still be out of the office tomorrow so you could speak with either Ayame or I (202-225-6839 cell) to discuss how NAIC can help move the resolution along.  If possible, an alert to your members would be greatly appreciated.  Rep. Honda will absolutely recognize NAIC's work and support.  I expect we'll be doing press on this as it is introduced, and follows – we already have BBC Persian tv scheduled for Tuesday.

Again, thank you for working with us on this.

Best,

Jennifer

---

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Saturday, March 14, 2009 1:50 AM
**To:** VanderHeide, Jennifer
**Subject:** RE: Draft Nowruz Resolution

Dear Jennifer,
Hope you are well and that the preparations at your house went according to schedule! Thanks for taking time in the midst of that to focus on this resolution – we really appreciate it. And again, I want to emphasize how much we appreciate the work the Congressman has done on this and other issues of importance to our community!

I've taken the freedom to make a few suggestions here and there in the text. The reason is that the original draft that NIAC had prepared was structured to signal the following:

1) Send a positive signal to Iranian people; congratulate Iranians, Americans and people all over the world who celebrate Nowruz – in an effort to help President Obama's and his agenda of diplomacy, which necessitates undoing the negative atmosphere of the past few years. We thought that this could be a constructive way for Congress to help the President.
2) Establish the significance of Nowruz, historically rooted in Iran, as a holiday that crosses cultural, religious and the ethnic boundaries; drawing parallels to our own American values.
3) Recognize Nowruz as the coming of a "New Day"- and hopefully a "new era" in US engagement with the world, including Iran.

Of course, we tried to structure it to make this message as subtle and non-controversial as possible. The idea was to craft an argument so rooted in our shared humanity and American principles, that it would be hard for any

Case 1:08-cv-00705-JDB   Document 130-15   Filed 08/01/11   Page 109 of 153

member to pass up.

So I looked at the previous NIAC version and the new one you presented, and made a few suggestions. I hope you find them useful and acceptable.

Let me know how you wish to proceed. If the suggestions are acceptable, I would like to discuss with you or Ayami how we can help get the resolution moving. We would of course also appreciate the Congressman's recognition of NIAC's efforts in support of this.

I want to emphasize how much we appreciate the Congressman's work and that regardless of the outcome of this issue, we look forward to working with you on numerous issues in the future. There are numerous constructive legislative initiatives that I think may interest the Congressman, including an incidents at sea agreement resolution. This would serve to bolster diplomacy and minimize the risk of an accidental war in the Persian Gulf.


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org




**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Friday, March 13, 2009 5:25 PM
**To:** tparsi@niacouncil.org
**Subject:** Draft Nowruz Resolution
**Importance:** High


Dear Trita –

I greatly appreciate your time today, especially since you're home sick, and your helpful and candid comments. As we discussed, Rep. Honda is deeply honored to be able to carry this resolution congratulating Iranian-Americans and Iranians on the celebration of the New Year.   Besides the congratulations, we certainly want to be helpful in supporting President Obama's new and improved approach to our country's relationship with Iran and her people and would hope this might be a piece in supporting those policies.

Attached please find a slightly revised draft (Ayame had already incorporated language from a previous NIAC version) that I believe captures the conversation we had today.  Rep. Honda would certainly like to be able to work closely with NIAC and its members on this resolution – I'm hopeful this language will get us there.   In order to be successful, the resolution will certainly need the active support of NIAC and its members.

If possible, could you please review and return to me as soon as possible this weekend?  We need to get new language to Legislative Counsel Monday morning, and also share with other interested parties, prior to introduction on Tuesday.

Thank you – we look forward to working with you.

Best,

Jennifer

202-225-6839 cell


<<Iranian American Resolution REVISED 3 11 09 (2).doc>>

# Jennifer Van der Heide, Esq.

## Chief of Staff

## Rep. Mike Honda

## 202-225-2631

### Jennifer.vanderheide@mail.house.gov

HRES _____IH

**111th CONGRESS**
**1st Session**
**H. RES. _____**

**IN THE HOUSE OF REPRESENTATIVES**
**Date**

Mr. Honda submitted the following resolution; which was referred to the Committee on Oversight and Government Reform.

**RESOLUTION**

Recognizing the cultural and historical significance of Nowruz, expressing appreciation to Iranian-Americans for their contributions to society, and wishing Iranian-Americans ~~and the people of~~ ~~Iranians~~ Iran a prosperous new year.

Whereas Nowruz marks the traditional Iranian New Year, which originated in ancient Persia, and dates back more than 3,500 years;

Whereas Nowruz, meaning a "New Day", occurs on the vernal equinox and celebrates the arrival of S~~s~~pring;

Whereas Nowruz symbolizes a time of renewal and community: it harkens the departure from the trials and tribulations of the last year and bringing hope for the New Year;

WHEREAS Nowruz is celebrated by nearly 300 million people all over the world, including in the United States, Iran, Iraq, Afghanistan, Pakistan, India, Lebanon, Syria, Armenia, Azerbaijan, Bahrain, the United Arab Emirates, Georgia, Albania, Kazakhstan, Kyrgyzstan, Tajikistan, Turkey, Turkmenistan and Uzbekistan, Macedonia, China, Bosnia, and Kosovo. ~~Whereas Nowruz is celebrated by Iranians across the globe, including Iranian-Americans, as well~~ ~~as many other peoples living in the Central Asia, South Asia, the Caucuses, and the Balkans~~ ~~regions;~~

Whereas Nowruz is celebrated by more than one million Iranian Americans of all backgrounds, including those with Jewish, Baha'i, Muslim, Christian, and non-religious backgrounds;

Whereas the people of Iran have a long history of celebrating Nowruz~~,~~ and are congratulated for their bringing in of the New Year;

Whereas Nowruz teaches the importance of good thoughts, good words, good deeds, and compassion for our fellow human beings regardless of ethnicity or religion, and symbolizes a time of renewal and community;

Whereas the United States of America is a melting pot of ethnicities and religion and Nowruz contributes the richness of American culture and is consistent with our founding principles of peace and prosperity for all;

Whereas in 539 B.C., Cyrus the Great established one of the earliest charters on human rights, which abolished slavery and allowed for freedom of religion, and this marker in Iranian history has had significant impact on the respect for human rights that Iranian Americans carry today,

Whereas Nowruz serves to remind our nation of the many noteworthy and lasting contributions of Iranian-Americans to the social and economic fabric of American society;

Whereas Iranian Americans continue to make contributions in all sectors of American public life, including as government, military and law enforcement officials working to uphold the constitution of the United States and to protect all Americans;

Whereas Iranian-Americans are vibrant, peaceful, and law-abiding citizens; many of whom are Baha'i, Christian, Jewish, Muslim, and Zoroastrian faiths;

Whereas the Iranian-American community continues to enrich the tapestry of this great nation's diversity;

*Resolved,* That the House of Representatives—

(1) Recognizes the cultural and historical significance of Nowruz;

(2) In observance of Nowruz, expresses its appreciation for the contributions of Iranian-Americans to American society

(3) Wishes Iranian-Americans and the people of Iranians and all those who observe this holiday, a prosperous new year.

**S. 970**

**(2008)**

**Same email sent to 12 Senate staffers.**

**(2 Included)**

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Thursday, February 21, 2008 5:44 PM (GMT) |
| **To:** | 'Andrew_Peek@smith.senate.gov' |
| **Subject:** | Meeting request for Thursday, February 28th |

Andrew,

My name is Emily Blout and I am Legislative Director for the National Iranian American Council.

I wanted to set up a time to introduce myself and my organization, if you are not already acquainted with NIAC. I also wanted to discuss the Iran sanctions bill pending (S.970) and share some ideas about ways that the Senator can ensure that even while we are isolating Iran, America's goodwill shines through to the Iranian people. Can we set up a time to meet next week? 10am on Thursday, February 28th works for me, but I'm flexible. Let me know what date/time works for you.

Thanks! I look forward to hearing from you.

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
direct: 202 379 1639
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

| | |
|---|---|
| **From:** | Serafini, Ted (Lincoln) <Ted_Serafini@lincoln.senate.gov> |
| **Sent:** | Thursday, February 21, 2008 6:39 PM (GMT) |
| **To:** | Emily L Blout <eblout@niacouncil.org> |
| **Subject:** | RE: Meeting request for Thursday, February 28th |

Emily,
How would Thursday at 3 work?  If that doesn't work for you, name another time in the afternoon.  I'm pretty much free that afternoon..
-Ted

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Thursday, February 21, 2008 1:35 PM
**To:** Serafini, Ted (Lincoln)
**Subject:** Meeting request for Thursday, February 28th

Dear Mr. Serafini,

My name is Emily Blout and I am Legislative Director for the National Iranian American Council.

I wanted to set up a time to introduce myself and my organization. I also wanted to discuss the Iran sanctions bill pending (S.970) and share some ideas about ways that the Senator can ensure that even while we are isolating Iran, America's goodwill shines through to the Iranian people.

Can we set up a time to meet next week? Thursday, February 28th works for me, but I'm flexible. Let me know what date/time works for you.

Thanks! I look forward to hearing from you.

Sincerly,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
direct: 202 379 1639
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

S 3227

(2008)

**From:** Person, Andrew (Baucus) <Andrew_Person@baucus.senate.gov>
**Sent:** Thursday, July 10, 2008 8:12 PM (GMT)
**To:** Emily L Blout <eblout@niacouncil.org>
**Subject:** RE: S.3227

HI Emily,

Good to see you as well. I had a lot of fun—very interesting speakers!  The next step for this legislation will probably be that it will be offered by someone as an amendment to the Defense Authorization bill. Don't have much visibility on who that would be....

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Thursday, July 10, 2008 3:37 PM
**To:** Person, Andrew (Baucus)
**Subject:** S.3227

Hi Andrew,
It was awesome seeing you last night. I'm so glad you could come to the FPPRO event. I wanted to check in about S.3227. Any word on when/how it will go to a vote?
Thanks!
Emily

# S. Res. 580

# (2008)

| | |
|---|---|
| **From:** | Harper, Richard (Feinstein) <Richard_Harper@feinstein.senate.gov> |
| **Sent:** | Thursday, June 19, 2008 5:51 PM (GMT) |
| **To:** | Emily L Blout <eblout@niacouncil.org> |
| **Subject:** | RE: S. RES. 580 |

Hi Emily, I hope all is well.  Senator Feinstein has declined to co-sponsor the resolution.

Best,

Rich

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Thursday, June 19, 2008 1:15 PM
**To:** Harper, Richard (Feinstein)
**Subject:** S. RES. 580

Rich,
I wanted to give you a heads up on S. Res. 580 (if you haven't heard about this already). This resolution currently has 26 cosponsors and is gaining more every day. I have included our talking points followed by the text of the bill below. Is the Senator planning to take a position on this?
Emily

**This resolution is a declaration of war.*** In order to effectively stop refined petroleum shipments to Iran, the United States would have to impose a naval blockade.  This is universally recognized under international law as an act of war.

**Threats of a naval blockade in the Strait of Hormuz could cause gas prices to soar to cataclysmic heights.**
Israeli Deputy Prime Minister Shaul Mofaz issued a threat to Iran that produced the largest single day increase in the price of oil in history. Simply by endorsing this resolution, Congress could similarly drive up the price of gas. Washington should not make a bad situation worse for the American people, who already suffer from record gas prices.
. Through this resolution, the US would lose the hearts and minds of the Iranian people, one of our greatest strategic assets and a bulwark against anti-Americanism in the region.  *It would also signal to the Iranian people and the world that the US would rather resort to war than invest in diplomacy.*

**By blocking all traffic entering or departing Iran, Congress is targeting the people of Iran, not the government.** The majority of the Iranian population is under 35 and pro-western

**Sanctioning Iran's refined petroleum imports lets the Iranian government off the hook for its own corruption and economic mismanagement.**  Tehran maintains its costly gasoline subsidies because it feels the Iranian people would not tolerate higher prices.  This resolution would give the government of Iran the window it needs to raise the price of gas and put the blame on the United States.

**This resolution will empower Iranian hardliners.**  The conservative rulers of Iran's government regularly consolidate their power by trumpeting the threat of a US conspiracy to attack.  Under threat of war, the Iranian people will rally around the flag and their national leaders.

*Section 3 calls on the President to prohibit "the export to Iran of all refined petroleum products." The House resolution also demands that the president impose "stringent inspection requirements on all persons, vehicles, ships, planes, trains, and cargo entering or departing Iran"

---

**Expressing the sense of the Senate on preventing Iran from acquiring a nuclear weapons capability. (Introduced in Senate)**

SRES 580 IS

110th CONGRESS
2d Session
**S. RES. 580**

Expressing the sense of the Senate on preventing Iran from acquiring a nuclear weapons capability.
**IN THE SENATE OF THE UNITED STATES**
**June 2, 2008**

Mr. BAYH (for himself, Mr. THUNE, and Mr. SMITH) submitted the following resolution; which was referred to the Committee on Foreign Relations

---

**RESOLUTION**

Expressing the sense of the Senate on preventing Iran from acquiring a nuclear weapons capability.

Whereas Iran is a party to the Treaty on the Non-Proliferation of Nuclear Weapons, done at Washington, London, and Moscow July 1, 1968, and entered into force March 5, 1970 (commonly referred to as the `Nuclear Non-Proliferation Treaty') and, by ratifying the Treaty, has foresworn the acquisition of nuclear weapons;

Whereas Iran is legally bound to declare all its nuclear activity to the International Atomic Energy Agency and to place such activity under the constant monitoring of the Agency;

Whereas for nearly 20 years Iran had a covert nuclear program, until the program was revealed by an opposition group in Iran in 2002;

Whereas the International Atomic Energy Agency has confirmed that the Government of Iran has engaged in such covert nuclear activities as the illicit importation of uranium hexafluoride, the construction of a uranium enrichment facility, experimentation with plutonium, the importation of centrifuge technology and the construction of centrifuges, and the importation of the design to convert highly enriched uranium gas into a metal and to shape it into the core of a nuclear weapon, as well as significant additional covert nuclear activities;

Whereas the Government of Iran continues to expand the number of centrifuges at its enrichment facility and to enrich uranium in defiance of 3 binding United Nations Security Council resolutions demanding that Iran suspend its uranium enrichment activities;

Whereas the Government of Iran has announced its intention to begin the installation of 6,000 advanced centrifuges, which, when operational, will dramatically reduce the time it will take Iran to enrich uranium;

Whereas the 2007 National Intelligence Estimate reports that the Government of Iran was secretly working on the design and manufacture of a nuclear warhead until at least 2003 and that Iran could have enough highly enriched uranium for a nuclear weapon as early as late 2009;

Whereas allowing the Government of Iran to obtain a nuclear weapons capability would pose a grave threat to international peace and security;

Whereas allowing the Government of Iran to obtain a nuclear weapons capability would fundamentally alter and destabilize the strategic balance of power in the Middle East;

Whereas, if it were allowed to obtain a nuclear weapons capability, the Government of Iran could share its nuclear technology, raising the frightening prospect that terrorist groups and rogue regimes might possess nuclear weapons capabilities;

Whereas allowing the Government of Iran to obtain a nuclear weapons capability would severely undermine the global nuclear nonproliferation regime that, for more than 4 decades, has contained the spread of nuclear weapons;

Whereas it is likely that one or more Arab states would respond to Iran obtaining a nuclear weapons capability by following Iran's example, and several Arab states have already announced their intentions to pursue `peaceful nuclear' programs;

Whereas the spread of nuclear weapons capabilities throughout the Middle East would make the proliferation of nuclear weapons elsewhere around the globe much more likely;

Whereas allowing the Government of Iran to obtain a nuclear weapons capability would directly threaten Europe and ultimately the United States because Iran already has missiles that can reach parts of Europe and is seeking to develop intercontinental ballistic missiles;

Whereas the Government of Iran has repeatedly called for the elimination of our ally, Israel;

Whereas the Government of Iran has advocated that the United States withdraw its presence from the Middle East;

Whereas the United Nations Security Council has passed 3 binding resolutions under Chapter VII of the United Nations Charter that impose sanctions on Iran for its failure to comply with the mandatory demand of the Security Council to suspend all uranium enrichment activity;

Whereas the United States, the Russian Federation, the People's Republic of China, France, the United Kingdom, and Germany have offered to negotiate a significant package of economic, diplomatic, and security incentives if Iran complies with the Security Council's demands to suspend uranium enrichment;

Whereas the Government of Iran has consistently refused such offers;

Whereas, as a result of the failure of the Government of Iran to comply with the Security Council resolutions, the

international community began taking steps in 2006 that have begun to have an impact on the economy of Iran, but the rapid development of nuclear weapons capabilities by the Government of Iran is outpacing the slowly increasing economic and diplomatic sanctions on Iran;

Whereas the Government of Iran has used its banking system, including the Central Bank of Iran, to support its proliferation efforts and to assist terrorist groups;

Whereas, as a result of that use of Iran's banking system, the Secretary of the Treasury has designated 4 large Iranian banks as proliferators and supporters of terrorism and restricted the ability of those banks to conduct international financial transactions in United States dollars; and

Whereas Iran must import around 40 percent of its daily requirements for refined petroleum products: Now, therefore, be it

*Resolved,* That the Senate--

    (1) declares that preventing the Government of Iran from acquiring a nuclear weapons capability, through all appropriate economic, political, and diplomatic means, is a matter of the highest importance to the national security of the United States and must be dealt with urgently;

    (2) urges the President, in the strongest of terms, to immediately use the President's existing authority to impose sanctions on--

        (A) the Central Bank of Iran and any other Iranian bank engaged in proliferation activities or support of terrorist groups;

        (B) international banks that continue to conduct financial transactions with sanctioned Iranian banks;

        (C) energy companies that have invested $20,000,000 or more in the petroleum or national gas sector of the economy of Iran in any given year since the date of the enactment of the Iran Sanctions Act of 1996 (Public Law 104-172; 50 U.S.C. 1701 note); and

        (D) companies that continue to do business with the Islamic Revolutionary Guard Corps of Iran;

    (3) demands that the President lead an international effort to immediately and dramatically increase the pressure on the Government of Iran to verifiably suspend its nuclear enrichment activities by, among other measures, banning the importation of refined petroleum products to Iran; and

    (4) asserts that nothing in this resolution shall be construed to authorize the use of force against Iran.

**Dodd Bill Similar to SA 5572 and S 3445**

**(2008)**

| | |
|---|---|
| **From:** | Tung, Elsa <elsa.tung@mail.house.gov> |
| **Sent:** | Thursday, September 25, 2008 3:54 PM (GMT) |
| **To:** | Patrick Disney <PDisney@niacouncil.org> |
| **Subject:** | RE: Dodd Sanctions info |

Thanks, Patrick.  I just called over to the House Foreign Affairs Committee, and they weren't offering much info on the sanctions bill.  I'll check back in later.

**Elsa M. Tung**
Legislative Assistant
Office of Congressman David Wu
2338 Rayburn House Office Building
P: 202-225-0855

 Please consider the environment before printing this email.

**From:** Patrick Disney [mailto:PDisney@niacouncil.org]
**Sent:** Thursday, September 25, 2008 11:08 AM
**To:** Tung, Elsa
**Subject:** Dodd Sanctions info

Elsa,

Here's our article on the Dodd sanctions.  Attached is the bill plus the committee's summary.

Thanks!

-patrick


*Patrick Disney*
*Assistant Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington DC, 20005*

*Tel: 202.386.6325*
*Fax: 202.386.6409*
*www.NIACouncil.org*


**Senate Banking Committee Approves Alternative Iran Sanctions Bill**

Patrick Disney

Jul 18, 2008

Washington, DC - The Senate Banking Committee yesterday approved a new Iran sanctions bill sponsored by Senators Chris Dodd (D-CT) and Richard Shelby (R-AL) called the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2008.

The bill was introduced this week after a jurisdictional battle with Senator Max Baucus (D-MT) over his sanctions bill, S. 3227.  Both the Banking and Foreign Relations Committees also claimed

jurisdiction, but the bill was marked up by Baucus' Finance Committee and immediately placed on the Senate calendar. This prompted Sen. Dodd to draft his own sanctions bill.

During yesterday's markup, Sen. Dodd's proposal for tougher sanctions was approved by a vote of 19-2. Specifically, the new package will expand the scope of current sanctions to include financial institutions, insurers, export credit agencies and others. Additionally, the bill codifies existing US export bans on goods destined for Iran, though it does provide exceptions for food, medicine, humanitarian assistance, and civilian aircraft parts. It also seeks to punish companies that maintain business dealings with Iran and encourage divestment from them.

Senator Dodd also included language to strengthen export controls on states designated trans-shipment points for illicit trade to Iran--for example Dubai.

Under the new bill, the President has the authority to waive all applicable sanctions if he determines that it would be in the national interest of the United States.

Notably absent from this most recent bill were a number of provisions that have stirred controversy in other sanctions proposals submitted in recent months, making it more palatable to many Senators. In particular, the Comprehensive Iran Sanctions, Accountability, and Divestment Act of 2008 lacks a provision blocking a proposed nuclear agreement with Russia that was included in S. 3227. That provision has drawn strong opposition from the Bush Administration, which has hinted that it may even consider vetoing the 2009 Defense Authorization bill, S. 3001, if it includes language blocking the Russia deal.

Now that both Senate sanctions bills have passed their respective committees, Senators Dodd, Shelby, Baucus, and others will confer on the differences between the two bills. Most likely, the final compromise will be attached as an amendment to the Defense Authorization bill. However, Majority Whip Richard Durbin (D-Ill) said that the Senate appears unlikely to consider the bill in the remaining two weeks before the August recess. That would leave only three weeks in September to pass the bill before Congress adjourns on Sep. 26th.

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Thursday, September 25, 2008 6:14 PM (GMT) |
| **To:** | 'Tamari, Shai' <Shai.Tamari@mail.house.gov> |
| **Subject:** | RE: Iran amendment today |

Great. Let me know if you have any questions. -Emily

----
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Tamari, Shai [mailto:Shai.Tamari@mail.house.gov]
**Sent:** Thursday, September 25, 2008 1:58 PM
**To:** Emily L Blout
**Subject:** RE: Iran amendment today

Thanks for this. I just printed it all.

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Thursday, September 25, 2008 1:04 PM
**To:** Tamari, Shai
**Subject:** Iran amendment today

Shai,

Here's the deal. Berman has an amendment on the suspension calendar today that is reported to be identical/similar to the Dodd amendment that failed to be added to the Defense Authorization last week (SA5572). That amendment was identical to S. 3445, which was introduced by Senator Chris Dodd and passed by the Senate banking committee this summer. I have attached a comprehensive analysis of all the major sanctions bills that have come up this year, which will give you an idea of the chronology of this issue (see first article in IABA Review).

Essentially, the Dodd bill (or similar language in the prospective Berman amendment) would:

- preserve president's authority to waive sanctions if deemed in the national interest
- ban all U.S. exports, with an exception for the export of food, medicine, items of humanitarian assistance, and civilian aircraft parts to Iran
-ban all U.S. imports from Iran, with an exception for informational materials
-add measures to address third party shipping of illicit materials to Iran
 -legalize state divestment from Iran
-establish a sunset of 5 years
Again, this is all depending on the exact language of Berman's amendment. I'm worried that it could include additional provisions or other, dangerous language, such as the text of H CON RES 362- the blockade resolution. Let me know if you find the text of the amendment.
While the Dodd language is the best of all the bills we've seen, we do not support this or any other sanctions measure this year. Our talking points are attached.
Thanks,

Emily Blout

Legislative Director

National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

# S. Res. 463

# (2009)

| From: | Trita Parsi, PhD <tparsi@niacouncil.org> |
|---|---|
| Sent: | Monday, March 16, 2009 5:22 AM (GMT) |
| To: | 'Emily L Blout' <eblout@niacouncil.org>; pdisney@niacouncil.org; 'David Elliott' <delliott@niacouncil.org> |
| Cc: | 'Hormoz Rashidi' <hrashidi@niacouncil.org>; mmoghtader@niacouncil.org |
| Subject: | FW: Draft Nowruz Resolution |
| Attach: | Iranian American Resolution REVISED 3 11 09 (3).doc |

Guys,
With the changes made to the resolution, we are in a position to do an action alert and throw our support behind this.

We need the following:

1. An action alert that explains the resolution, explains the changes made to it, commends Honda for making it and mentions PAAIA's work on this. Suggested text can be found below.
2. An action alert letter. If we do not have the number for the resolution, the alert should say that Congressman Honda dropped the resolution Monday the 16th. Then we can change it once a number for the resolution appears.
3. If we don't have a senate person doing this in the senate, perhaps we can take this to Feinstein? We can coordinate with PAAIA, I suspect that have taken it to Schumer.
4. A newsletter no later than 2pm Monday with the action alert – as well as a reminder for the Persepolis issue.

The following proposed text should appear prominently in the action alert:

"Though the resolution is anything but controversial, significant changes were made to it over the past few days to put greater focus on Norouz itself, and the common American and Iranian values represented by this ancient tradition. It discusses Norouz's symbolism as a time of renewal, harkening the departure from the trials and tribulations of the previous year and the hope it brings for the new year. It mentions how Norouz embodies the tradition that each individual's thinking, speaking and conduct should always be virtuous, and the ideal of compassion for our fellow human beings regardless of ethnicity or religion . The new resolution text also emphasizes how Norouz contributes to the richness of American culture and how it is consistent with America's founding principles of peace and prosperity for all.

Furthermore, the new language also congratulates the Iranian people – and not just Iranian Americans  - in an effort to send a positive signal from the US Congress to the people of Iran. This is particularly important mindful of President Obama's efforts to create a new atmosphere between the United States and other nations.

NIAC commends Congressman Mike Honda for making these important additions to the resolution and also thanks PAAIA for its important work on earlier versions of the resolution."

Let me know your thoughts. Do note that I will be in Maine tomorrow, but available on BB.
tp

From: VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]

**Sent:** Sunday, March 15, 2009 11:03 PM
**To:** Trita Parsi, PhD
**Cc:** Nagatani, Ayame
**Subject:** RE: Draft Nowruz Resolution

Trita-

Attached please find the draft we hope to submit to Legislative Counsel tomorrow morning.   I have cced Ayame Nagatani in our office who is also working directly on this resolution and will handle getting the draft to Legislative Counsel in the morning.

I believe all your edits were encompassed, with a few additional edits:

- On the section about who celebrates Nowruz, the religions are listed in alphabetical order;
- With regard to the geographical celebration of Nowruz, we are uncomfortable listing specific countries, for the concern of possible omissions.  We would like to keep it in the broader regional context and believe it still captures the spirit and intent of that clause;
- On the clause about the meaning of Nowruz, there was suggested language change from other stakeholders.  We'd like to include it, if ok with you.   Ultimately, our office is certainly not the expert on its meaning – we tried to incorporate the edits from all stakeholders.

As I mentioned, we need to get the final version to Leg. Counsel first thing in the morning.  We also need to circle back with other Members who already agreed to serve as original cosponsors to notify them of the changes, as well as solicit additional support.

Please confirm you are ok with the attached version (redline format).   I'm afraid I'll still be out of the office tomorrow so you could speak with either Ayame or I (202-225-6839 cell) to discuss how NAIC can help move the resolution along.  If possible, an alert to your members would be greatly appreciated.  Rep. Honda will absolutely recognize NAIC's work and support.  I expect we'll be doing press on this as it is introduced, and follows – we already have BBC Persian tv scheduled for Tuesday.

Again, thank you for working with us on this.

Best,

Jennifer

---

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Saturday, March 14, 2009 1:50 AM
**To:** VanderHeide, Jennifer
**Subject:** RE: Draft Nowruz Resolution

Dear Jennifer,
Hope you are well and that the preparations at your house went according to schedule! Thanks for taking time in the midst of that to focus on this resolution – we really appreciate it. And again, I want to emphasize how much we appreciate the work the Congressman has done on this and other issues of importance to our community!

I've taken the freedom to make a few suggestions here and there in the text. The reason is that the original draft that NIAC had prepared was structured to signal the following:

1) Send a positive signal to Iranian people; congratulate Iranians, Americans and people all over the world who celebrate Nowruz – in an effort to help President Obama's and his agenda of diplomacy, which necessitates undoing the negative atmosphere of the past few years. We thought that this could be a constructive way for Congress to help the President.
2) Establish the significance of Nowruz, historically rooted in Iran, as a holiday that crosses cultural, religious and the ethnic boundaries; drawing parallels to our own American values.

3) Recognize Nowruz as the coming of a "New Day"- and hopefully a "new era" in US engagement with the world, including Iran.

Of course, we tried to structure it to make this message as subtle and non-controversial as possible. The idea was to craft an argument so rooted in our shared humanity and American principles, that it would be hard for any member to pass up.

So I looked at the previous NIAC version and the new one you presented, and made a few suggestions. I hope you find them useful and acceptable.

Let me know how you wish to proceed. If the suggestions are acceptable, I would like to discuss with you or Ayami how we can help get the resolution moving. We would of course also appreciate the Congressman's recognition of NIAC's efforts in support of this.

I want to emphasize how much we appreciate the Congressman's work and that regardless of the outcome of this issue, we look forward to working with you on numerous issues in the future. There are numerous constructive legislative initiatives that I think may interest the Congressman, including an incidents at sea agreement resolution. This would serve to bolster diplomacy and minimize the risk of an accidental war in the Persian Gulf.


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org


**From:** VanderHeide, Jennifer [mailto:jennifer.vanderheide@mail.house.gov]
**Sent:** Friday, March 13, 2009 5:25 PM
**To:** tparsi@niacouncil.org
**Subject:** Draft Nowruz Resolution
**Importance:** High


Dear Trita –

I greatly appreciate your time today, especially since you're home sick, and your helpful and candid comments. As we discussed, Rep. Honda is deeply honored to be able to carry this resolution congratulating Iranian-Americans and Iranians on the celebration of the New Year.   Besides the congratulations, we certainly want to be helpful in supporting President Obama's new and improved approach to our country's relationship with Iran and her people and would hope this might be a piece in supporting those policies.

Attached please find a slightly revised draft (Ayame had already incorporated language from a previous NIAC version) that I believe captures the conversation we had today.  Rep. Honda would certainly like to be able to work closely with NIAC and its members on this resolution – I'm hopeful this language will get us there.   In order to be successful, the resolution will certainly need the active support of NIAC and its members.

Case 1:08-cv-00705-JDB   Document 130-15   Filed 08/01/11   Page 131 of 153

If possible, could you please review and return to me as soon as possible this weekend?  We need to get new language to Legislative Counsel Monday morning, and also share with other interested parties, prior to introduction on Tuesday.

Thank you – we look forward to working with you.

Best,

Jennifer

202-225-6839 cell


<<Iranian American Resolution REVISED 3 11 09 (2).doc>>

Jennifer Van der Heide, Esq.

Chief of Staff

Rep. Mike Honda

202-225-2631

Jennifer.vanderheide@mail.house.gov

S.A. 634

(2009)

| From: | Emily L Blout <eblout@niacouncil.org> |
| Sent: | Wednesday, March 4, 2009 10:39 PM (GMT) |
| To: | 'Richard_Harper@feinstein.Senate.gov' |
| Bcc: | 'Trita Parsi, PhD' <tparsi@niacouncil.org>; 'PDisney@niacouncil.org' |
| Subject: | Rich- Can you ask your boss to put a hold on this crazy amendment? |

Rich,

Senator Kyl has submitted an amendment (SA 634) that would punish all of our allies and undercut any potential international cooperation on Iran. Among the numerous countries affected: Iraq, Afghanistan, Russia, China, France, Switzerland, Netherlands, India, Kuwait, UAE, Turkey, Singapore... and many more. Can you possibly put a hold on it? (see amendment text below)

Let me know,

Thanks!

Emily

----

*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**SA 634. Mr. KYL (for himself and Mr. VITTER) submitted an amendment intended to be proposed by him to the bill H.R. 1105, making omnibus appropriations for the fiscal year ending September 30, 2009, and for other purposes; which was ordered to lie on the table; as follows:**

At the appropriate place, insert the following:

*Sec. __.* (a) Except as provided under subsection (b), none of the funds made available under this Act may be spent by a Federal agency in a new contract or other expenditure of Federal funds with a company identified by the Department of the Treasury Office of Foreign Assets Control (OFAC) as having a business presence in Iran's energy sector, including Iran's refineries, refined petroleum products, and oil and natural gas fields.

(b) The President may waive the application of subsection (a), on a case-by-case basis, if the President--

(1) determines that such waiver is necessary for the national security interests of the United States; and

(2) submits an unclassified report to Congress, with a classified annex if necessary, that describes the reasons such waiver is necessary.

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Thursday, March 5, 2009 2:05 AM (GMT) |
| **To:** | pdisney@niacouncil.org |
| **Cc:** | tparsi@niacouncil.org |
| **Subject:** | Re: Can you ask your boss to put a hold on this crazy amendment? |

A couple of things: one feingold wont do it. Two, it sounds like there are enough Dem defectors to make a passing this omnibus Thursday difficult. The Ds will need to get all remaining 55 Ds and 5 Rs to vote for it- so perhaps that's the reasoning behind alowing the Kyl amendment- which would def attract Republicans. But that is a MAJOR stretch.

There has been a huge amount of amendments submitted today to obstruct swift passage- and my guess is this is simply one of them.

I'm still not too worried. Will find out more tomorrow from Rich and from my people at the hearing.

Go to SLEEP!

EB

> What? What does that mean?
>
>
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: "Emily Blout" <eblout@niacouncil.org>
>
> Date: Thu, 5 Mar 2009 01:03:32
> To: Patrick Disney<pdisney@niacouncil.org>
> Cc: Trita Parsi<tparsi@niacouncil.org>
> Subject: Fw: Can you ask your boss to put a hold on this crazy amendment?
>
>
>
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: "Margon, Sarah (Feingold)" <Sarah_Margon@feingold.senate.gov>
>
> Date: Wed, 4 Mar 2009 18:31:29
> To: 'Emily L Blout'<eblout@niacouncil.org>; Chelcun, Brian
> (Feingold)<Brian_Chelcun@feingold.senate.gov>
> Subject: RE: Can you ask your boss to put a hold on this crazy amendment?
>
>
> ok now its likely to move but you can't put a hold on amendments.
>
>
> _____
> From: Emily L Blout [mailto:eblout@niacouncil.org]
> Sent: Wednesday, March 04, 2009 5:43 PM
> To: Chelcun, Brian (Feingold); Margon, Sarah (Feingold)
> Subject: Can you ask your boss to put a hold on this crazy amendment?
>
> Brain and Sarah,

Re: Can you ask your boss to put a hold on this crazy amendment?                    Page 2 of 2

> Senator Kyl has submitted an amendment (SA 634) that would punish all of
> our allies and undercut any potential international cooperation on Iran.
> Among the numerous countries affected: Iraq, Afghanistan, Russia, China,
> France, Switzerland, Netherlands, India, Kuwait, UAE, Turkey, Singapore...
> and many more. Can you possibly put a hold on it? (see amendment text
> below)
> Let me know,
> Thanks!
> Emily
> ----
> Emily Blout
>
> Legislative Director
> National Iranian American Council
> 1411 K Street NW, Suite 600
> Washington, DC 20005
> main: 202 386 6325
> cell: 202 290 8309
>
> SA 634. Mr. KYL (for himself and Mr. VITTER) submitted an amendment
> intended to be proposed by him to the bill H.R. 1105, making omnibus
> appropriations for the fiscal year ending September 30, 2009, and for
> other purposes; which was ordered to lie on the table; as follows:
>
>     At the appropriate place, insert the following:
>
>     Sec.__. (a) Except as provided under subsection (b), none of the funds
> made available under this Act may be spent by a Federal agency in a
> new contract or other expenditure of Federal funds with a company
> identified by the Department of the Treasury Office of Foreign Assets
> Control (OFAC) as having a business presence in Iran's energy sector,
> including Iran's refineries, refined petroleum products, and oil and
> natural gas fields.
>
>     (b) The President may waive the application of subsection (a), on a
> case-by-case basis, if the President--
>
>     (1) determines that such waiver is necessary for the national security
> interests of the United States; and
>
>     (2) submits an unclassified report to Congress, with a classified
> annex if necessary, that describes the reasons such waiver is
> necessary.
>
>


--
Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: (202) 386 6325
cell: (202) 290 8309

www.niacouncil.org

# Debra Cagan Incident

# (2007)

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Monday, October 1, 2007 5:53 AM (GMT) |
| **To:** | Shamie Sahandy <ssahandy@niacouncil.org>; Babak Talebi <btalebi@niacouncil.org>; Emily Blout <eblout@niacouncil.org> |
| **Subject:** | Fw: Dokhi - you're good at this |
| **Attach:** | image001.jpg; image002.jpg |

Shamie - see below. We need a major campaign targeting Gates requesting him to fire Cagan. We need a:

1. Press release
2. Capwiz Alert
3. Letter
4. Newsletter

This should be completed by 230, at which time the alert should be sent out.

I will be on capitol till 2pm.
Tp

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
2801 M ST NW
Washington DC 20007
Tel: 202 719 8071
Fax: 202 719 8097
www.niacouncil.org

-----Original Message-----
From: "Dokhi Fassihian" <dfassihian@demcoalition.org>

Date: Sun, 30 Sep 2007 22:09:00
To:"Trita Parsi" <tparsi@niacouncil.org>
Subject: RE: Dokhi - you're good at this

Is this for real? She looks like a witch from Wizard of Oz.

I'm neck deep in Burma stuff and am coming down with something b/c I've been working around the clock and traveling. Can't do it tonight, and can't promise to be able to do it tomorrow; it depends on my day tomorrow if I'm not deathly sick.

This calls for us to go straight to Gates and demand she be fired. Forget an apology, she has to go. I just wonder if we have the guts and the pride left in this [a]pathetic community to get her fired. That should be our goal even if we don't get it. We CANNOT afford to do anything else. We have to scream and yell and get it in the US press. What's happening in this country is pure racism and xenophobia and hate. And now we have evidence that it is being perpetrated at the highest levels. You need to get in the media and speak about it. I would also enlist the support of non-Iranian anti-defamation and anti-discrimination groups if possible. I would enlsit support of members of Congress in Iranian-populated districts. Meehan is big on this stuff. Others?

I think this is a huge huge campaign. NIAC needs to unleash everything and we absolutely HAVE to win it. I'm talking Martin Luther King type stuff. There needs to be a serious level of anger and outrage here to move this racist government. And I do think we need to state that if it was blacks or latinos or jews, this would never happen. Perhaps we can even elist other minority group support to get her fired.

We need to say that Iranians in the United States feel under siege that a climate of hate agains them is being created by their government. It is absolutely unacceptable and unforgivable, and she has to go immediately. We need to sustain the pressure. There is no diplomatic language here. She MUST GO IMMEDIATELY.

Dokhi

-----Original Message-----
From: Trita Parsi [mailto:tparsi@niacouncil.org]
Sent: Sun 9/30/2007 8:25 PM
To: Dokhi Fassihian
Subject: Dokhi - you're good at this

Wanna do a letter/press release asking for an apology possibly?

http://www.dailymail.co.uk/pages/live/articles/news/news.html?in_article_id=484762&in_page_id=1770

I hate all Iranians, US aide tells MPs

BY SIMON WALTERS - More by this author » <http://www.dailymail.co.uk/pages/dmsearch/overture.html?in_page_id=711&in_overture_ua=cat&in_start_number=0&in_restriction=byline&in_query=simon%20walters&in_name=on&in_order_by=relevance+date> Last updated at 21:26pm on 29th September 2007

Comments (7) <http://www.dailymail.co.uk/pages/live/articles/news/news.html?in_article_id=484762&in_page_id=1770#StartComments>

Britsh MPs visiting the Pentagon to discuss America's stance on Iran and Iraq were shocked to be told by one of President Bush's senior women officials: "I hate all Iranians."

And she also accused Britain of "dismantling" the Anglo-US-led coalition in Iraq by pulling troops out of Basra too soon.

The all-party group of MPs say Debra Cagan, Deputy Assistant Secretary for Coalition Affairs to Defence Secretary Robert Gates, made the comments this month.

Scroll down for more...

Hard line: Debra Cagan stunned the MPs with her comments

The six MPs were taken aback by the hardline approach of the Pentagon and in particular Ms Cagan, one of Mr Bush's foreign policy advisers.

She made it clear that although the US had no plans to attack Iran, it did not rule out doing so if the Iranians ignored warnings not to develop a nuclear bomb.

It was her tone when they met her on September 11 that shocked them most.

The MPs say that at one point she said: "In any case, I hate all Iranians."

Although it was an aside, it was not out of keeping with her general demeanour.

"She seemed more keen on saying she didn't like Iranians than that the US had no plans to attack Iran," said one MP. "She did say there were no plans for an attack but the tone did not fit the words."

Another MP said: "I formed the impression that some in America are looking for an excuse to attack Iran. It was very alarming."

Tory Stuart Graham, who was on the ten-day trip, would not discuss Ms Cagan but said: "It was very sobering to hear from the horse's mouth how the US sees the situation."

Ms Cagan, whose job involves keeping the coalition in Iraq together, also criticised Britain for pulling out troops.

"She said if we leave the south of Iraq, the Iranians will take it over," said one MP.

Another said: "She is very forceful and some of my colleagues were intimidated by her muscular style."

The MPs also saw Henry Worcester, Deputy Director of the Office of Iranian Affairs, who said he favoured talks with Iran.

The Pentagon denied Ms Cagan said she "hated" Iranians.

"She doesn't speak that way," said an official.

But when The Mail on Sunday spoke to four of the six MPs, three confirmed privately that she made the remark and one declined to comment. The other two could not be contacted

Dear Secretary Gates,

We are writing to express our disappointment and outrage with the hateful remarks of Debra Cagan, Deputy Assistant Secretary for Coalition Affairs in the US Department of Defense, against the Iranian people while serving as a representative of the US government.

During a recent official meeting with visiting British MPs on September 11, Ms. Cagan remarked, "I hate all Iranians." Three British officials, who had met with Ms. Cagan to discuss coalition efforts in Iraq, expressed alarm over Cagan's remarks to the UK's Daily Mail. A high-level Pentagon official, Ms. Cagan's bigoted comments warrant her immediate dismissal.

Cagan's actions are a severe blow to US efforts to engage Iran diplomatically. Such hateful words by a high-ranking US official contradict the Administration's declared dedication to a diplomatic solution to the Iranian impasse and leave our allies with the impression that our preferred route is a military confrontation. Even more dangerous is the impression that our foreign and national security policy may be driven by the xenophobic sentiments of officials within the US government. Needless to say, such an impression undermines our efforts to forge a united international diplomatic process with Iran.

Moreover, Ms. Cagan's remarks contradict America's efforts to differentiate between the Iranian people and the government in Tehran, with which our dispute lies. As you know, polls show that the Iranian people are one of the most pro-American populations in the Middle East, as exemplified by the spontaneous candle-lit vigils held in Tehran in support of the United States after the September 11 terrorist attacks.

While we are working hard to win the hearts and minds of the Arab peoples of the Middle East, in Iran we simply need to ensure that we do not lose the hearts and minds of the population. In that regard, Ms. Cagan's hateful speech has seriously undermined America's long-term interest in the Middle East.

It is unconscionable for any US government official to conduct themselves in such a gross and inappropriate manner. Ms. Cagan has brought disgrace to the US government and embarrassment to the American people. Entrusted to represent the United States, she has contradicted the great values of this nation and compromised our foreign policy at a very sensitive time in our relations with the rest of the world. As a result, she is no longer fit to serve in her current capacity Deputy Assistant Secretary for Coalition Affairs.

We call on you to uphold America's vision for tolerance and inclusion, and not allow this type of hate speech to tarnish the reputation of the US Department of Defense. We call on you to send an unequivocal signal to our allies, to the American people, and to the world that the US Department of Defense does not condone hate and intolerance; that such views do not represent the US government, nor do they drive our country's foreign policy.

Sincerely,

Dokhi Fassihian
National Iranian American Council

# Dennis Ross Appointment

# (2009)

| From: | Patrick Disney <PDisney@niacouncil.org> |
| Sent: | Friday, January 9, 2009 11:19 PM (GMT) |
| To: | 'IranPWG@yahoogroups.com'; 'new-iran-policy-coordinating-committee@googlegroups.com' |
| Subject: | RE: Reminder: Conference call re: Dennis Ross 11am |

Hello all,

Thank you very much for a wonderful conference call this morning regarding our community's response to the reports of Dennis Ross' appointment.

To recap:

1.  It's basically confirmed that Dennis Ross will be appointed "Ambassador at Large" for the Middle East. (editor's note: It's looking less and less like a trial balloon...).  It is still unclear though if this is a Senate confirmable position.  **If anyone can answer this question, please let us know.**

    a.  This means he will basically be in charge of the interagency process for Middle East initiatives. This covers Israel-Palestine and Iran among other things.  Also, if there is a special envoy just for Iran, that person will likely answer to Ross (that is, if Ross doesn't just assume that position himself).

2.  Silence is not an option.  Members of our community feel compelled to voice our opposition to Ross' appointment for two reasons:

    •  The *slim* possibility that it might influence either the decision to select Ross or Ross' behavior after he is officially appointed and/or,

    •  To go on record as having not supported him from the beginning, so if/when his approach results in serious damage to the region, we will not share in the blame because we tacitly endorsed him.

3.  It's not necessary that we all act with one voice on this--in fact it may be more useful to have a "division of labor."  Those groups that feel comfortable being more aggressive in opposing Ross publicly (possibly Voters for Peace, FCNL, Physicians for Social Responsibility, others) will do so, while others who may have less latitude on the matter will declare their preference for a more agreeable envoy (ie Dobbins or Pickering).

4.  Strategy: **Create a media controversy.**  Press releases, op-eds, letters to the editor, blog posts, articles, etc. should be distributed to make this a very public controversy.  Reach out to media contacts.  Also explore option of submitting questions for confirmation hearings.  (Clinton: 1/13 and 1/15.  Susan Rice possibly 1/16).

    a.  For a few resources, check Jim Lobe, NIAC, antiwar.com.  (Any others?  Please share.)

    b.  Also to consider: A targeted response to Clinton's/others' answers during confirmation hearings when asked about Ross.

If I've left anything out, I apologize, please fill in any gaps if you can.  I also encourage you all to continue this conversation, as the more collaboration we have the better off we'll be.

Thanks, and have a nice (if not exactly restful) weekend.

-patrick

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

| | |
|---|---|
| **From:** | sanam anderlini <sanambna@yahoo.com> |
| **Sent:** | Friday, January 23, 2009 10:21 AM |
| **To:** | Patrick Disney <PDisney@niacouncil.org>; new-iran-policy-coordinating-committee@googlegroups.com; IranPWG@yahoogroups.com |
| **Subject:** | Re: [IranPWG] Keep pushing against Dennis Ross |

Hi All

If any one has contacts with Andrea Mitchell at NBC  -it would be useful to tap in now.
She did a brief piece yesterday about the envoys and lack of Ross in the list... maybe would be interested in background info on this for another piece.

Sanam

> **From:** Patrick Disney <PDisney@niacouncil.org>
> **To:** new-iran-policy-coordinating-committee@googlegroups.com; IranPWG@yahoogroups.com
> **Sent:** Friday, January 23, 2009 10:10:41 AM
> **Subject:** [IranPWG] Keep pushing against Dennis Ross

All,

Recent Activity

1

New Members

Visit Your Group

Y! Messenger

All together now

Host a free online

conference on IM.

Cat Fanatics

on Yahoo! Groups

Find people who are

crazy about cats.

Check out the

Y! Groups blog

Please take a moment to look over the attached resource on
Dennis Ross.  As you know, Ross was supposed to be included in the appointments
announced yesterday at Foggy Bottom, but there was some hesitation from key
players (possibly Clinton).  We□re now hearing that he will most likely be
given the Iran portfolio, though possibly not as envoy and instead as head of
Iran policy.

I think it□s important that we not let up on our campaign to
raise concerns about Ross serving in any capacity involving Iran in the Obama
administration.  There is still time to prevent his appointment.  A
well-placed op-ed that explicitly raises concerns about Ross on Iran could be
all we need.  I encourage you all to consider your options for moving forward
immediately, and I hope the attached resource will be of some assistance.

Thanks,

-patrick

Stay up to speed

on all things Groups!

Patrick Disney

Assistant Legislative Director

National Iranian American Council

1411 K Street NW, Suite 600

Washington DC, 20005

Tel: 202.386.6325

Direct: 202.379.1638

www.NIACouncil. org

Messages in this topic (1)

Reply (via web post)
|

Start a new topic

Messages
| Files
| Photos
| Links
| Database
| Polls
| Members
| Calendar

MARKETPLACE

From kitchen basics to easy recipes - join the Group from Kraft
Foods

Change settings via the Web (Yahoo! ID required)

Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional

Visit Your Group
|

Yahoo! Groups Terms of Use |

Unsubscribe

**CAMPAIGN FOR A NEW AMERICAN POLICY ON IRAN**

February 9, 2009

The Honorable Dennis Ross
US Department of State
2201 C Street NW
Washington, DC 20520

Dear Ambassador Ross,

In my capacity as coordinator for the Campaign for a New American Policy on Iran, I would like to request a meeting to discuss US policy on Iran.

> *The Campaign for a New American Policy on Iran is a trans-partisan coalition of advocacy organizations united in the belief that US diplomatic leadership is urgently required to resolve the dispute with Iran. While serious concerns regarding the Government of Iran's statements and behavior persist, we believe America must pursue new, far-sighted and direct engagement in order to resolve outstanding tensions with Iran. Our coalition combines nationwide grassroots movements with specialized Iran-related policy expertise to promote effective US engagement with Iran.*

We would like to request a meeting to discuss the administration's Iran policy at your earliest convenience.

Representing the member organizations of the Campaign for a New American Policy on Iran will be:

- Morton H Halperin, Open Society Institute
- Dr. Gary Sick, former advisor, National Security Council; co-chair, Joint Experts' Statement on Iran
- Dr. Trita Parsi, National Iranian American Council
- Gen. Robert Gard, Center for Arms Control and Nonproliferation
- Mr. Richard Sawaya, USA*Engage
- Mr. Patrick Disney, Campaign for a New American Policy on Iran; National Iranian American Council

I will gladly follow up with your assistant shortly to arrange such a meeting. I may be reached at PDisney@niacouncil.org or (202) 379-1638.

In dealing with the difficult challenges ahead, you have our full support. We look forward to discussing this most pressing issue with you soon. Thank you very much for your kind consideration.

Sincerely,

*Patrick Disney*

Patrick Disney
Coordinator, Campaign for a New American Policy on Iran
National Iranian American Council

**Time I logged the Conversation around 7:45 p.m. Central Time**

**The Meeting began at 8:00 p.m. Central time**

**NIAC Board of Directors**

Roll call at 8:09 pm

Attendees:

> Mohammad Navab
> Trita Parsi (TP)
> Farhad Talebian
> Leela Ghaffari
> Mariam Borghey
> Hossain Hosseini
> Mahshid Akhavan
> Gita Kashani
> Mike Amin
> Baha Hariri

Meeting began 8:15 pm

1. **Update on political developments**

   a. **Dennis Ross appointment**

      State Dep has been weary of what our public reaction to the appointment of Denise Ross will be, knowing our ability to move the debate on Iran. Our public posture will remain cautious but hopeful.

      We have coordinated efforts of our coalition partners to highlight the controversial aspect of this appointment. That effort has been successful and contributed to failure to be appointed envoy. There is far greater awareness today about the problematic nature of his persona.

      Maryam Borghey's group Network Promoting Peace with Iran has taken a stronger public stance. It is important however to distinguish between NIAC's position and individual board member's personal position.

      Re the coalition we head  – J-Street is part of the coalition now but has not yet officially joined.

   b. **Meeting with Kerry's office**

      Established a very good relationship with the Kerry office

PLTF_00010118

2.    **Update on Persian Artifacts – 1500 emails, 500 new subscribers 12,000 many pieces**

The lawsuit in Chicago is between the Iranian government, victims of terrorism and Chicago University. Since NIAC is not connected to any of these parties, NIAC and the Iranian-American community is not itself a party to the lawsuit. Instead, NIAC has sought to create an avenue for the Iranian-American community to be heard on this issue by getting a pro-bono law firm (Mayor Brown ) to file an amicus brief to the court. We will continue to explore avenues through which NIAC can become more directly involved in the lawsuit and prevent the artifacts from being auctioned off.

Mayor Brown will likely file the amicus in 1-2 weeks.

NIAC is also working to get the media involved and sow the unacceptable nature of this case. We have allies in Chicago museum. Mathew Stolper from Chicago University will attend our March 7 fundraiser in DC to talk to our members about this case. Board agrees that the Persian artifact case is a great opportunity for fundraising. Challenge is to find constructive action to fundraise around.

The AP story on this issue was very sympathetic to our position. Shows that we can win the media battle on this issue.

Dr. Navab and Dr. Hosseini emphasized the need to get on Persian language radio stations asap and inform our community about this case and NIAC's work.

**Due to sensitivity of case, Board agreed that only board members that have been trained by our media people are permitted to speak to the media about this case.**

NIAC's staff will prepare factsheet as well as talking points.

Board members with Persian language media contacts will provide staff with those contacts so that we can map out our media penetration capability and begin coordinating the work.

Action alert emails should have donation button to make sure that we catch interested people in the moment. **Staff will ensure of this.**

3.    **Update Membership**

   a.    **Two sets of call done, December 22 and Feb 18. The December call generated $900 in immediate funds, the February one $500.**

      A total of 12 pitches were made in Dec, 25 in February. While 6 out of 12 calls resulted in the members renewing (with 6 refusals), in February, only 5 out of 25 (20%) pitches resulted in the members renewing, with a record 80% refusing. The motivation given

was overwhelmingly because of the financial downturn. Many of our members have lost their jobs.

Similar responses have been given to our email solicitation of membership renewals. On a positive side, we sent a mailing to 8,800 people in November, which yielded donations from 227 people (a response rate of 2.58%, well above the 0.50% industry average). The mailing cost about $4,200 (not counting staff time) and generated $30,935.

A second mailing was sent last week, to 8400 recipients, offering a Nowruz special: Join NIAC and get a free NIAC membership for a friend as a Nowruz gift. We are yet to see the response to that mailing.

b.  **A new service – the NIAC dish – will roll out this week.** It will be weekly email updates a la the Obama campaign with snippets of juicy information about NIAC's activities that won't go up on the website.

c.  **March 7 – guests will include John Limbert, former hostage who speaks Persian, and Congressman Meeks from New York.**

d.  Great difficulty that membership fees are not coming in. **Gita: What's the real reason for a large membership: The funds they bring or the strength they provide in Congress?** Suggested that instead of kicking out expired members, offer them free membership if they are facing tough economic times. This will ensure our list doesn't grow. Keep membership going (extension) and make these members contribute in other ways. TP agrees, but says this is only feasible if money then is secured through other means. We cannot just think of the long term when we have immediate crisis on hand. Membership has been a main source of income for NIAC. We cannot do away with it at a time when foundation grants as well as other donations are drying up.

Board agrees that beyond voting rights, membership isn't offered anything tangible to create incentives to renew. Board members with experience from other organizations emphasize that this is a chronic problem and members tend to renew when they see local events.

Agreement that more local fundraisers needed – at people's houses with minimum overhead expenses – in order to boost membership as well as revenue stream.

**Gita and Baha offer to organize one in the Bay Area before May 2009.**

**Farhad and Leela offer to organize one in New York before May 2009 – initial preparations already made.**

**Dr. Navab, Mike Amin, Dr. Hosseini offer to organize one in the LA Area. TP mentions that Marsha can likely help and Mac Hashemian has been showing interest for some time.**

PLTF_00010120

Maryam Borghey will look into possibility of doing something in Seattle with Sean and Reza.

TP: Staff will prepare instructions on how NIAC events have been done in the past, to get ball rolling.

---

meeting closed at Time: 9:45 pm

PLTF_00010121