# EXHIBIT P

| | |
|---|---|
| **From:** | Stammerman, Cliff <Cliff.Stammerman@mail.house.gov> |
| **Sent:** | Thursday, June 26, 2008 12:07 PM (GMT) |
| **To:** | Emily L Blout <eblout@niacouncil.org> |
| **Subject:** | RE: H.Con.Res.362 |

What's your number again? I will give you a call later.

*Cliff Stammerman*
*Staff Director*
*Subcommittee on International Organizations, Human Rights, and Oversight*
*Chairman Bill Delahunt (D-MA)*
*Phone: (202) 226-6434*
*Fax: (202) 226-4948*

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Friday, June 20, 2008 3:29 PM
**To:** Stammerman, Cliff
**Subject:** H.Con.Res.362

Hi Cliff,

I hope you're doing well. I wanted to give you a heads up on H.Con.Res.362 (which you've probably heard about already). This resolution currently has 169+ cosponsors and could be passed on suspension as early as next week.

We feel strongly that passage of this resolution would do nothing to advance US security and, as a de facto endorsement of a naval blockade, cause energy prices to skyrocket. I have included our talking points followed by the text of the bill below.

Is the Congressman planning to take a position on this?

Emily


**This resolution is a declaration of war.*** In order to effectively stop refined petroleum shipments to Iran, the United States would have to impose a naval blockade. This is universally recognized under international law as an act of war.

**Threats of a naval blockade in the Strait of Hormuz could cause gas prices to soar to cataclysmic heights.** Israeli Deputy Prime Minister Shaul Mofaz issued a threat to Iran that produced the largest single day increase in the price of oil in history. Simply by endorsing this resolution, Congress could similarly drive up the price of gas. Washington should not make a bad situation worse for the American people, who already suffer from record gas prices.

**By blocking all traffic entering or departing Iran, Congress is targeting the people of Iran, not the government.** The majority of the Iranian population is under 35 and pro-western. Through this resolution, the US would lose the hearts and minds of the Iranian people, one of our greatest strategic assets and a bulwark against anti-Americanism in the region. *It would also signal to the Iranian people and the world that the US would rather resort to war than invest in diplomacy.*

**Sanctioning Iran's refined petroleum imports lets the Iranian government off the hook for its own corruption and economic mismanagement.** Tehran maintains its costly gasoline subsidies because it feels the Iranian people would not tolerate higher prices. This resolution would give the government of Iran the window it needs to raise the price of gas and put the blame on the United States.

**This resolution will empower Iranian hardliners.** The conservative rulers of Iran's government regularly consolidate their power by trumpeting the threat of a US conspiracy to attack. Under threat of war, the Iranian people will rally around the flag and their national leaders.

*Section 3 calls on the President to prohibit "the export to Iran of all refined petroleum products." The House resolution also demands that the president impose "stringent inspection requirements on all persons, vehicles, ships, planes, trains, and cargo entering or departing Iran"

10th CONGRESS
2d Session
**H. CON. RES. 362**

Expressing the sense of Congress regarding the threat posed to international peace, stability in the Middle East, and the vital national security interests of the United States by Iran's pursuit of nuclear weapons and regional hegemony, and for other purposes.

**IN THE HOUSE OF REPRESENTATIVES**
May 22, 2008

Mr. ACKERMAN (for himself and Mr. PENCE) submitted the following concurrent resolution; which was referred to the Committee on Foreign Affairs

**CONCURRENT RESOLUTION**

Expressing the sense of Congress regarding the threat posed to international peace, stability in the Middle East, and the vital national security interests of the United States by Iran's pursuit of nuclear weapons and regional hegemony, and for other purposes.

Whereas Iran is a party to the Treaty on the Non-Proliferation of Nuclear Weapons (NPT), has foresworn the acquisition of nuclear weapons by ratification of the NPT, and is legally bound to declare and place all its nuclear activity under constant monitoring by the International Atomic Energy Agency (IAEA);

Whereas for nearly 20 years, in clear contravention of its explicit obligations under the NPT, Iran operated a covert nuclear program until it was revealed by an Iranian opposition group in 2002;

Whereas the IAEA has confirmed such illicit covert nuclear activities as the importation of uranium hexafluoride, construction of a uranium enrichment facility, experimentation with plutonium, importation of centrifuge technology, construction of centrifuges, and importation of designs to convert highly enriched uranium gas into metal and shape it into the core of a nuclear weapon;

Whereas Iran continues to expand the number of centrifuges at its enrichment facility, as made evident by its announced intention to begin installation of 6,000 advanced centrifuges to enrich uranium, in defiance of binding United Nations Security Council resolutions demanding Iran suspend enrichment activities;

Whereas the November 2007 National Intelligence Estimate reported that Iran was secretly working on the design and manufacture of a nuclear warhead until at least 2003, but that Iran could have enough highly enriched uranium for a nuclear weapon as soon as late 2009;

Whereas an Iranian nuclear weapons capability would pose a grave threat to international peace and security by fundamentally altering and destabilizing the strategic balance in the Middle East, and severely undermining the global nonproliferation regime;

Whereas Iran's overt sponsorship of several terrorist groups, including Hamas and Hezbollah, and its close ties to Syria raise the possibility that Iran would share its nuclear materials and technology with others;

Whereas Iran continues to develop ballistic missile technology and is pursuing the capability to field intercontinental ballistic missiles, a delivery system suited almost exclusively to nuclear weapons payloads;

Whereas Iranian leaders have repeatedly called for the destruction of Israel, a major non-North Atlantic Treaty Organization ally, and a member of the United Nations;

Whereas the United States, Russia, China, France, the United Kingdom, and Germany have offered, and continue to offer, to negotiate a significant package of economic, diplomatic, and security incentives if Iran complies with the United Nations Security Council's resolutions demanding that Iran suspend uranium enrichment;

Whereas Iran has consistently refused such offers;

Whereas as a result of Iran's failure to comply with the mandates of the United Nations Security Council, taken under Chapter VII of the United Nations' Charter, the international community has imposed limited sanctions over the past 2 years that have begun to have an impact on the Iranian economy;

Whereas Iran's rapid development of its nuclear capabilities is outpacing the slow ratcheting up of economic and diplomatic sanctions;

Whereas Iran has used its banking system, including the Central Bank of Iran, to support its proliferation efforts and its assistance to terrorist groups, leading the Department of Treasury to designate 4 large Iranian banks

proliferators and supporters of terrorism;
Whereas Iran's support for Hezbollah has enabled that group to wage war against the Government and people of Lebanon, leading to its political domination of that country;
Whereas Iran's support for Hamas has enabled it to illegally seize control of Gaza from the Palestinian Authority, and to continuously bombard Israeli civilians with rockets and mortars;
Whereas Iran continues to provide training, weapons, and financial assistance to Shi'a militants inside of Iraq and antigovernment warlords in Afghanistan;
Whereas those Shi'a militant groups and Afghan warlords use Iranian training, weapons, and financing to attack American and allied forces trying to support the legitimate Governments of Iraq and Afghanistan;
Whereas Iran is further destabilizing the Middle East by underwriting a massive rearmament campaign by Syria;
Whereas through these efforts, Iran seeks to establish regional hegemony, threatens longstanding friends and allies of the United States in the Middle East, and endangers vital American national security interests; and
Whereas nothing in this resolution shall be construed as an authorization of the use of force against Iran: Now, therefore, be it
  *Resolved by the House of Representatives (the Senate concurring),* That Congress--
    (1) declares that preventing Iran from acquiring a nuclear weapons capability, through all appropriate economic, political, and diplomatic means, is vital to the national security interests of the United States and must be dealt with urgently;
    (2) urges the President, in the strongest of terms, to immediately use his existing authority to impose sanctions on--
      (A) the Central Bank of Iran and any other Iranian bank engaged in proliferation activities or the support of terrorist groups;
      (B) international banks which continue to conduct financial transactions with proscribed Iranian banks;
      (C) energy companies that have invested $20,000,000 or more in the Iranian petroleum or natural gas sector in any given year since the enactment of the Iran Sanctions Act of 1996; and
      (D) all companies which continue to do business with Iran's Islamic Revolutionary Guard Corps;
    (3) demands that the President initiate an international effort to immediately and dramatically increase the economic, political, and diplomatic pressure on Iran to verifiably suspend its nuclear enrichment activities by, inter alia, prohibiting the export to Iran of all refined petroleum products; imposing stringent inspection requirements on all persons, vehicles, ships, planes, trains, and cargo entering or departing Iran; and prohibiting the international movement of all Iranian officials not involved in negotiating the suspension of Iran's nuclear program; and
    (4) urges the President to lead a sustained, serious, and forceful effort at regional diplomacy to support the legitimate governments in the region against Iranian efforts to destabilize them, to reassure our friends and allies that the United States supports them in their resistance to Iranian efforts at hegemony, and to make clear to the Government of Iran that the United States will protect America's vital national security interests in the Middle East.


Thanks,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"

| | |
|---|---|
| **From:** | Bijan Dastmalchi <bijan@symphonyconsult.com> |
| **Sent:** | Thursday, July 10, 2008 9:16 PM (GMT) |
| **To:** | 'Emily L Blout' <eblout@niacouncil.org> |
| **Cc:** | tparsi@niacouncil.org |
| **Subject:** | [SPAM]RE: [SPAM]RE: HConRes 362 - Blockading Iran to war |

Emily,

The shortest path to Pelosi that I can think of is Gavin Newsome, and that would be through either Ahsha Safai and Ross Mirkarimi. Can I forward this request on a very confidential basis to a short list of people I personally trust? Also, do you think using the Feinstein relationship to reach out to Pelosi would be a possibility?

Thanks,

Bijan

Bijan Dastmalchi
Symphony Consulting, Inc.
T: (650) 968-1930
F: (408) 273-6321
bijan@symphonyconsult.com
www.symphonyconsult.com

*Symphony* ⚠ *Consulting*

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Thursday, July 10, 2008 1:10 PM
**To:** 'Bijan Dastmalchi'
**Cc:** tparsi@niacouncil.org
**Subject:** RE: [SPAM]RE: HConRes 362 - Blockading Iran to war

Bijan,

Do you or anyone you know have a personal relationship with Pelosi or Hoyer? They are the ones we need to pressure. The message would be to hold HConRes 362 up- and not to let it go on the suspension calendar. Hoyer is in the pocket of AIPAC (and promised them to get it on the calander) but by now has begun to feel the backlash.

The alternative is to get high level NIAC members and friends to use their personal relationships with their representatives. They could ask their representatives to place a call to the speaker's office to register his/her opposition and ask that it be held up.

Sorry for the late response,

Emily

---

**From:** Trita Parsi [mailto:tparsi@niacouncil.org]
**Sent:** Monday, July 07, 2008 5:06 PM
**To:** 'Bijan Dastmalchi'
**Cc:** eblout@niacouncil.org
**Subject:** [SPAM]RE: HConRes 362 - Blockading Iran to war

Emily?

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Bijan Dastmalchi [mailto:bijan@symphonyconsult.com]
**Sent:** Monday, July 07, 2008 5:02 PM
**To:** 'Trita Parsi'
**Cc:** eblout@niacouncil.org
**Subject:** RE: HConRes 362 - Blockading Iran to war

How do we approach Pelosi on this issue? Should Katya and Baha cover it or do we handle it sort of "offline" from NIAC and as individuals? Thanks for all the great work all of you are doing on this.

Bijan

Bijan Dastmalchi
Symphony Consulting, Inc.
T: (650) 968-1930
F: (408) 273-6321
bijan@symphonyconsult.com
www.symphonyconsult.com



**From:** Trita Parsi [mailto:tparsi@niacouncil.org]
**Sent:** Monday, July 07, 2008 1:25 PM
**To:** 'Bijan Dastmalchi'
**Cc:** eblout@niacouncil.org
**Subject:** RE: HConRes 362 - Blockading Iran to war

We certainly need to be tough at times. Currently, the situation is such that as a result of the pressure, several co-sponsors of the bill are truning against it and are seeking to either stop it from getting voted or eliminate section 3. So in that, we have been uncompromising. But we do need to put more pressure on Pelosi, no doubt.


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Bijan Dastmalchi [mailto:bijan@symphonyconsult.com]
**Sent:** Monday, July 07, 2008 4:12 PM
**To:** tparsi@niacouncil.org
**Subject:** FW: HConRes 362 - Blockading Iran to war

Trita jan,

I hope you are doing well and enjoyed the long holiday with your family.

There are occasional thoughts that enter my head and I'd like to share one of them with you. I sometimes wonder if we have to adjust our style and be soft in certain areas, while putting people "on notice" in others. What triggered this thought is all of these reports that I am hearing about Pelosi playing dirty politics particularly as it comes to some AIPAC driven legislation. Baha and Katya Falakshahi are trying to set-up with her office and I wonder if we should call her on it directly and without appearing too soft. I wonder what AIPAC would do to a congressional representative if they went against Israel and what kind of a smear campaign they would start. Are we too soft? Do we need to be calling and writing Pelosi letting her know that we are pissed and will publicize her name as an advocate of a war resolution? Again, these are just thoughts...not saying we should go out and make NIAC a confrontational organization and burn bridges with legislators. But there are times that we need to harden a bit too and I am not sure if this isn't one of them. Perhaps we don't do it under the NIAC name and have people do this as individuals.

Food for thought...what do you think?

Ghorbanat,

Bijan

Bijan Dastmalchi
Symphony Consulting, Inc.
T: (650) 968-1930
F: (408) 273-6321
bijan@symphonyconsult.com
www.symphonyconsult.com



**From:** NIAC [mailto:niacnews@niacouncil.org]
**Sent:** Monday, July 07, 2008 11:16 AM
**To:** bijan@symphonyconsult.com
**Subject:** HConRes 362 - Blockading Iran to war

Issue 56                    www.niacouncil.org                    Jul 7, 2008

## NIAC MEMO: HCONRES 362 - BLOCKADING IRAN TO WAR

By Prof. Cyrus Bina and Col. Sam Gardiner

Markets have been watching every move of President Bush and the Israeli government to decipher whether war with Iran is in the making. Few expected, however, that the equivalent of a green light for war would come from our Democratic-controlled Congress. That is what Congress is preparing to do through a resolution calling for a de facto naval blockade in the Persian Gulf to prohibit Iran from importing refined petroleum products.

The last time the United States imposed a blockade on another country was during the Cuban Missile Crisis. President Kennedy labeled the move "quarantine" because he understood a blockade to be universally regarded as an act of war. Yet, a blockade is exactly what many politicians are considering in Washington and elsewhere.

Israeli Prime Minister Ehud Olmert reportedly suggested the idea to House Speaker Nancy Pelosi during a recent meeting, and presumptive Republican nominee John McCain alluded to the same during his speech at the America Israel Public Affairs Committee conference in Washington. With hardly a word of opposition, Congress is poised to pass a resolution calling on the president to enact such a blockade, possibly as early as next week. This is a de facto capitulation of the legislative body to the Bush administration.

Download PDF version:

Read more...

## NIAC MEMO: READING SOLANA IN TEHRAN

By Shlomo Ben-Ami and Trita Parsi

Conciliatory noises from Tehran over the nuclear issue have left Washington and Brussels baffled, and unconvinced of Iran's intentions. Having grown accustomed to President Mahmoud Ahmadinejad's uncompromising language, Tehran's new tone has raised more suspicion than hope among cynics in Western capitals.

At a lunch with a dozen U.S. journalists in New York last week, Iranian Foreign Minister Manouchehr Mottaki indicated that Iran would likely respond favourably to the latest proposal by the Security Council's permanent members plus Germany (P5+1). The

reason seems to be that alongside an incentive package that didn't differ significantly from a 2006 package that Tehran rejected, a formula may have been agreed upon that would enable all parties to come to the negotiating table without losing face.

European Union foreign policy chief Javier Solana presented the formula orally to the Iranians: For a period of six weeks, Iran would halt any advancement in its enrichment activities while the Security Council would refrain from imposing additional sanctions on Iran. During this period, the Europeans and Iran would negotiate an agreement on the modalities of a full suspension, after which the United States would formally join the talks. This way, Tehran can claim that it didn't suspend as a precondition, but rather as a result of talks, and Washington can claim that it did not join talks until Iran had suspended all enrichment activities.

This formula is not new, however. Why -- and whether -- Iran would agree to it now has become the subject of much speculation. In typical fashion, Iran has sent contradictory signals. Iran's foreign minister struck an uncharacteristically conciliatory tone in New York, refusing to repeat Tehran's mantra that enrichment is non-negotiable. Days before, former foreign minister Ali Akbar Velayati argued in favour of negotiations in an interview to the conservative daily, Jomhouriye Eslami.

Download PDF version:

Read more...

## BREAKING STALEMATE TRANSCRIPT AVAILABLE ONLINE

Washington DC - Full transcripts of NIAC's Capitol Hill conference "Breaking the US-Iran Stalemate: Finding the Nuclear Fix in the Wake of the Majlis elections" with Senator Dianne Feinstein, Ambassador Tom Pickering and Dr. Hans Blix is now available for download. Video of the conference, which discussed extensively the Pickering-Luers-Walsh proposal for a multinational enrichment facility, is also available. A complimentary copy of the transcript has been mailed to all NIAC members in the Capitol Hill club and up.

Read more...

## RECENT ISSUES

**Memos and Issue Briefs:**
- NIAC MEMO: THE ALTERNATIVE TO AN ISRAELI ATTACK ON IRAN
- NIAC MEMO: BENEATH BRAVADO, IRAN PREPARES FOR US ATTACK
- NIAC MEMO: WHO IS MAKING TEHRAN'S IRAQ POLICY?
- NIAC MEMO: THE IMPLICATIONS OF ALI LARIJANI'S ELECTION
- NIAC MEMO: HOW (NOT) TO WIN THE HEARTS AND MINDS OF IRANIANS
- NIAC MEMO: CAN P5+1 OFFER BREAK THE NUCLEAR STALEMATE?
- PARSI: CLINTON'S "OBLITERATE IRAN" STATEMENT IRRESPONSIBLE

- NIAC MEMO: HELPING THE MULLAHS, HURTING THE POOR
- NIAC DENOUNCES CLINTON'S WAR RHETORIC OF OBLITERATING IRAN
- NIAC MEMO: CAN THE US AND IRAN SHARE THE MIDDLE EAST?
- NIAC CONFERENCE: FEINSTEIN URGES "ROBUST DIPLOMACY" WITH IRAN WITHOUT PRECONDITIONS
- NIAC MEMO: WILL IRAN'S NEW MAJLES POSE A CHALLENGE TO AHMADINEJAD?
- NIAC: UN RESOLUTION INTENSIFIES U.S.-IRAN STALEMATE
- IRANIAN-AMERICANS FAVOR US-IRAN DIPLOMACY, BERKELEY POLL SHOWS
- HOW TO PREVENT WAR AT THE STRAIT OF HORMUZ?
- WILL NAVAL INCIDENT UNDERMINE BUSH'S IRAN MESSAGE?

## OVERVIEW: THE US-IRAN MEDIA RESOURCE PROJECT

Although both the United States and Iran express the desire for a diplomatic solution to the conflict over Iran's nuclear program, the present situation poses a significant risk of military confrontation between the two countries. Finding a diplomatic solution is a more intricate task than initiating war. In order to find a negotiated solution, the United States needs accurate information and sound analysis of the intentions of the other side. This means understanding Iranian national security interests and the strategic calculations of the political elite, so that signals from Iran are correctly interpreted.

**Read more**

*The US-Iran Media Resource Project is funded through grants by the Connect US Fund, the Ploughshares Fund, The Pluralism Fund, Kenbe Foundation, Colombe Foundation, the Lee & Gund Foundation and the Open Society Institute.*

**1411 K St NW Washington, DC 20005   202-386-6325**

**web: www.niacouncil.org   |   e-mail: info@niacouncil.org**

Unsubscribe | Update Profile | Confirm | Forward



# National Iranian American Council
Advancing the interests of the Iranian-American Community

July 11, 2008

The Honorable Robert Wexler
2241 Rayburn House Office Building
Washington, DC 20515

Dear Congressman Wexler,

On behalf of the National Iranian American Council and the Iranian-American community, thank you for your courage and your leadership on H.Con.Res. 362.

Adopting resolutions that could potentially pave the way for a military confrontation with Iran is deeply concerning to all Americans, but particularly Americans of Iranian descent. While the challenges posed by the Iranian government must be met effectively and decisively, a military confrontation will be detrimental to all; to America, to Iran as well as to our allies in the Middle East.

That is why we are grateful for your recent statement clarifying your intentions regarding H.Con.Res 362. We share your concerns about the bill's "failure to advocate for direct American engagement with Tehran and open language that could lead to a US blockade of Iran," and we applaud your willingness to voice those concerns. Further, we fully support your calls for direct engagement with Iran and your unwillingness "to leave even the 'slightest crack'" for war with Iran.

Yours is a voice that speaks on behalf of the overwhelming majority of Americans who oppose military action against Iran, and the legislation you authored to prohibit the use of funds for military operations in Iran unless authorized by Congress is a valuable tool for ensuring the will of the American people becomes US policy.

We offer you our support in this important endeavor and we are deeply grateful for your efforts.

Thank you.

Sincerely,


Trita Parsi, PhD
President

Board of Directors

Trita Parsi, PhD
President

Dokhi Fassihian
Secretary
Democracy Coalition Project

Djamshid Foroughi
Treasurer
Vice President, Citibank

Parissa Behnia
Vice President, Citibank

Marsha H. Ershaghi
Director, IRN

Reza Firouzbakht
Senior Manager, Accenture

Hossein Hosseini, PhD
Director, Avery Dennison

Sean Jazayeri
Avanade

Kaveh Maleknia
CPA

Kumyar Molavi
Nelson Mullins Riley &
Scarborough LLP

Prof. Mohamad Navab
UCLA

Narimon Safavi
Principia Jewels

Advisory Board

The Honorable
Jim Moody, Merrill Lynch

Matt Ghaffari
Olympic Medalist

Thomas Greene, PhD
Retired US Diplomat

Ladan Manteghi
AARP

Saeed Tavazoie, PhD
Princeton University

National Iranian American Council
1411 K St NW
Ste 600
Washington, DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
info@niacouncil.org
www.niacouncil.org



# National Iranian American Council
Advancing the interests of the Iranian-American Community

September 9, 2008

The Honorable John Lewis
343 Cannon House Office Building
District of Columbia 20515-1005

Dear Congressman Lewis,

On behalf of the National Iranian American Council and the Iranian-American community, thank you for your courage and your leadership in withdrawing your cosponsorship of H.Con.Res.362.

Adopting resolutions that could potentially pave the way for a military confrontation with Iran is deeply concerning to all Americans, but particularly Americans of Iranian descent. While the challenges posed by the Iranian government must be met effectively and decisively, a military confrontation will be detrimental to all involved.

That is why we are grateful to you for withdrawing your co-sponsorship from H.Con.Res.362. We fear the potential of this bill to allow the creation of a naval blockade, which can be interpreted as an act of war. According to a recent University of California, Berkeley poll, our community overwhelmingly believes the US must pursue a diplomatic solution to the current conflict with Iran.

We appreciate your willingness to take a leadership role on these critical issues. We offer you our full support in this important matter and we are grateful for your efforts.

Thank you.

Sincerely,

Trita Parsi, PhD
President

Board of Directors

Trita Parsi, PhD
President

Dokhi Fassihian
Secretary
Democracy Coalition Project

Djamshid Foroughi
Treasurer
Vice President, Citibank

Parissa Behnia
Vice President, Citibank

Marsha H. Ershaghi
Director, LRN

Reza Firouzbakht
Senior Manager, Accenture

Hossein Hosseini, PhD
Director, Avery Dennison

Sean Jazayeri
Avanade

Kaveh Maleknia
CPA

Kamyar Mohavi
Nelson Mullins Riley &
Scarborough LLP

Prof. Muhamad Navab
UCLA

Narimon Safavi
Principia Jewels

Advisory Board

The Honorable
Jim Moody, Merrill Lynch

Matt Ghaffari
Olympic Medalist

Thomas Greene, PhD
Retired US Diplomat

Ladan Mauteghi
AARP

Saeed Tavazoie, PhD
Princeton University

National Iranian American Council
1411 K St NW
Ste 600
Washington, DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
info@niacouncil.org
www.niacouncil.org

**From:** Patrick Disney [PDisney@niacouncil.org]
**Sent:** Monday, September 15, 2008 9:57 AM
**To:** Tsehai, Yohannes
**Subject:** RE: H Con Res 362

Yohannes,

Thanks very much for getting back to me. I'll keep an eye out for revised language and get in touch with you when it's released.

Our concerns with this bill extend farther than just the controversial provisions that could lead to a blockade--though we do consider those to be very dangerous. The whole approach that this resolution takes, in our view, is flawed. The "all sticks and no carrots" approach has been proven a failure; what's needed is not more bluster, but an actual diplomatic solution that offers Iran real incentives to change its behavior rather than more threats.

Thanks for your consideration, and I look forward to working with you.

-patrick

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
www.NIACouncil.org

---

**From:** Tsehai, Yohannes [mailto:Yohannes.Tsehai@mail.house.gov]
**Sent:** Friday, September 12, 2008 4:02 PM
**To:** Patrick Disney
**Subject:** RE: H.Con.Res. 362

Patrick,

If we end up marking up this bill, it's going to be substantially revised. However, they haven't circulated any revisions yet so I think it's probably better if we try to meet after this language is circulated since we share your concerns with the resolution in its current form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Yohannes Tsehai

PLTF_00010036

Deputy Chief of Staff
Congresswoman Sheila Jackson Lee (TX-18)
2435 Rayburn House Office Building
Washington, D.C. 20515
Phone: (202)225-3816
Fax: (202)225-3317
Yohannes.Tsehai@mail.house.gov
*******************************************

---

**From:** Patrick Disney [mailto:PDisney@niacouncil.org]
**Sent:** Friday, September 12, 2008 2:17 PM
**To:** Tsehai, Yohannes
**Subject:** H.Con.Res. 362

Hi Yohannes,

I hope you're not too swamped these last few weeks of the term.

Let me first say thanks to you and the Congresswoman because your office has been a great help for the Iranian American community for a long time. Few members of Congress are as proactive as Rep. Jackson-Lee about looking out for the interests of our community, and her Iranian American constituents should be proud to be represented by her.

I've been working on H.Con.Res. 362 for months now, and would like to discuss a few things with you some time next week. I know it's unlikely that it will come up on the floor before Congress adjourns, but please understand that we're not taking any chances. I'm hearing that many are pushing for a markup in the committee, so I'd like to sit down and talk with you very briefly about it, if you can find some time. I'd love to support you in any way I can and hopefully we can keep turn the controversy over this bill into an opportunity to shift toward a more positive and effective approach on Iran. I'm very flexible next week, so pick a time and I'll be there.

Thanks very much,

-patrick

---

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC 20005

Tel: 202.386.6325
Fax: 202.386.6409
www.NIACouncil.org

PLTF_00010037