# EXHIBIT S

| **From:** | Emily L Blout <eblout@niacouncil.org> |
|---|---|
| **Sent:** | Monday, January 26, 2009 3:59 PM (GMT) |
| **To:** | 'Goold, Bill' <Bill.Goold@mail.house.gov> |
| **Subject:** | RE: Meeting today |

Thanks Bill. We'll get to work on it and get back to you. Also, I talked to Mike Darner from Conyers today about the incidents at sea resolution. He will be reaching out to you about contacting Abercrombie and Loebsack from Armed Services.

----
Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

-----Original Message-----
From: Goold, Bill [mailto:Bill.Goold@mail.house.gov]
Sent: Monday, January 26, 2009 9:53 AM
To: Emily L Blout
Subject: RE: Meeting today

FYI starting personalized draft of bill....

-----Original Message-----
From: Emily L Blout [mailto:eblout@niacouncil.org]
Sent: Saturday, January 24, 2009 2:56 PM
To: Goold, Bill
Subject: RE: Meeting today

Bill,

It was great catching up with you on Friday.

I talked it over with my boss, and he loves the idea of an interest section bill. If you send the electronic version of your draft, I will get to work on it right away.

As for the Ellison opening, I plan to take your advice and approach Minh about the LA position.

Lets talk again soon,

Emily

P.S. After work I went to Gold's and tried out the rowing machine. Boy am I sore today!

> No problem. I will go a few minutes early and grab a table in the
> Rayburn eatery where we can talk, so please get what you would like to
> eat and scout around until you find me.  I will keep an eye out for
> you.
>
> -----Original Message-----
> From: Emily Blout [mailto:eblout@niacouncil.org]

> Sent: Friday, January 23, 2009 10:02 AM
> To: Goold, Bill
> Subject: Meeting today
>
> Bill,
> Can we push it back to 12:30?
> Thanks,
> Emily
>
> Sent via BlackBerry from T-Mobile
>


Legislative Director
The National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: (202) 386 6325
cell: (202) 290 8309

| **From:** | Emily L Blout <eblout@niacouncil.org> |
|---|---|
| **Sent:** | Tuesday, February 3, 2009 7:04 PM (GMT) |
| **To:** | 'McKeon, Ryan' <Ryan.McKeon@mail.house.gov> |
| **Subject:** | Checking in and strategy session this Thursday |
| **Attach:** | CONYERS INCIDENT AT SEA 111th_xml.pdf |

Hi Ryan,

I wanted to check in with you about the "Incidents at Sea" resolution. Is this something the Congresswoman would consider signing on to?

Also, we will be having a short strategy session on the resolution in Rayburn on Thursday at 3:00 with several organizations and Congressional staffers. I invite you to sit in.

Let me know,

Emily

----
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Tuesday, February 3, 2009 7:05 PM (GMT) |
| **To:** | 'Maharaj, Shane' <Shane.Maharaj@mail.house.gov> |
| **Subject:** | Checking in and strategy session this Thursday |
| **Attach:** | CONYERS INCIDENT AT SEA 111th_xml.pdf |

Hi Shawn,

I wanted to check in with you about the "Incidents at Sea" resolution. Is this something the Congressman would consider signing on to?

Also, we will be having a short strategy session on the resolution in Rayburn on Thursday at 3:00 with several organizations and Congressional staffers. I invite you to sit in.

Let me know,

Emily

----
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

| From: | Emily L Blout <eblout@niacouncil.org> |
|---|---|
| Sent: | Tuesday, February 10, 2009 5:01 PM (GMT) |
| To: | 'Darner, Michael' <Michael.Darner@mail.house.gov> |
| Subject: | RE: quick question re: resolution text |
| Attach: | US Iran Incident at Sea Argreement Resolution_new edits_2.10.09.doc |

Mike- Here is a word document with our tracked changes and explanatory notes. If you want, I can clean it up and just send you the revised text.

----
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Darner, Michael [mailto:Michael.Darner@mail.house.gov]
**Sent:** Tuesday, February 10, 2009 10:57 AM
**To:** Emily L Blout
**Subject:** RE: quick question re: resolution text

Word doc is best


Mike Darner
Legislative Counsel
Office of Congressman John Conyers, Jr. (MI-14)
2426 Rayburn House Office Building
Washington, DC 20515
(202) 225-5126 (office)
(202) 494-2480 (blackberry)
(202) 225-0072 (fax)


**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Tuesday, February 10, 2009 10:19 AM
**To:** Darner, Michael
**Subject:** quick question re: resolution text

Mike,
I was going over the resolution text one last time and found a few typos/admissions. Do you want me to send them as part of a word doc? Alternatively, I can fax/email you the mark up.
Emily

...............................................
(Original Signature of Member)
111TH CONGRESS

1ST SESSION **H. CON. RES.** |

Encouraging the negotiation of a bilateral "Incidents at Sea ~~Treaty~~" Agreement between
the United States of America and the ~~Republic~~ Government of Iran.

> **Comment [DE1]:** We have used the term "Agreement" instead of "Treaty," which would denote ratification by the Senate

> **Comment [DE2]:** We used either "Government of Iran" or "Iran" throughout. We believe "Government of Iran" is slightly more palatable than "Islamic Republic of Iran." It also follows the standard way the Department of State refers to the governments of other countries.

IN THE HOUSE OF REPRESENTATIVES

Mr. CONYERS submitted the following concurrent resolution; which was
referred to the Committee on

# CONCURRENT RESOLUTION

Encouraging the negotiation of a bilateral "Incidents at Sea

~~Treaty~~ Agreement" between the United States of America and the

~~Republic~~ Government of Iran.

Whereas on ~~June~~ January 6, 2008, five Iranian patrol boats manned

by members of the Iranian Revolutionary Guard Corps

interacted with three United Ships Navy ships in international

waters in the Strait of Hormuz;

Whereas Vice Admiral Kevin Cosgriff, Commander of US Naval Forces Central

Command, called the behavior of

the Iranian vessels "unnecessary, without due regard for

the safety of navigation, and unduly provocative";

> **Comment [MSOffice3]:** Added Cosgriff's title

> **Comment [DE4]:** Note: The draft sent to us has different types of quotation marks at the beginning and end of the sentence.

Whereas the interaction between the vessels nearly resulted

in armed conflict between the United States and Iran;

Whereas on January 11, 2008, Admiral William J. Fallon, former commander of United States forces in the Middle East and South Asia, told reporters that "This kind of behavior, if it happens in the future, is the kind of event that could precipitate a mistake.";

Whereas there exists little protocol or standardization in the communications between the United States Navy and the Iranian Nnavy and Revolutionary Guard Corps;

Whereas the Strait of Hormuz has been characterized as a "global strategic chokepoint" through which nearly two-Fifths of the world's oil is shipped;

Whereas a clash in the Strait of Hormuz would have catastrophic consequences for the world economy, especially the price of oil;

Whereas the naval buildup in the region, and differences between the United States and Iran, Hamas, and the Israeli-Palestinian conflict, Lebanon and Hezbollah, and Iran's nuclear program, all make for an environment that is highly charged, fragile and very susceptible to destructive developments;

Whereas Department of Defense officials have said they want to prevent future naval interactions in the region from

escalating into a confrontation ~~based on~~due to nonexistent or
ineffective communication;

Whereas at the height of the Cold War, the United States
and the Soviet Union entered into an Agreement ~~between~~
~~the United States and the Union of Soviet Socialist Republics~~
on the prevention of incidents on and over the
high seas (entered into force with respect to the United
States on May 25, 1972; 23 UST 1063; known as the
"Incidents at Sea ~~Treaty~~"Agreement"), designed to reduce the likely-
hood of a misunderstanding and miscommunication between
United States and Soviet naval forces;

Whereas on January 29, 2008, Retired Admiral James
Lyons, who previously served as commander of the Pacific
Fleet and Deputy Chief of Naval Operations, suggested
in an opinion piece in the Washington Times that
the set of rules and regulations incorporated in the Incidents
at Sea ~~Treaty~~ Agreement could be applied as modified for
naval operations in the Persian Gulf;

Whereas such an Incidents at Sea ~~Treaty~~ Agreement between the United
States and Iran could establish necessary protocol to
avoid confrontation between the two nations;

Whereas such protocols could include not interfering in the
formations of the other party, avoiding maneuvers in

areas of heavy sea traffic, requiring surveillance ships to
maintain a safe distance so as to avoid embarrassing or
endangering the ships under surveillance, using accepted
international signals when ships maneuver near one another,
not simulating attacks at, launching objects toward
or illuminating the bridges of the other party's ships, informing
vessels when submarines are exercising near
them, requiring aircraft commanders to use caution and
prudence in approaching aircraft and ships of the other
party, and not permitting simulated attacks against aircraft
or ships, performing aerobatics over ships, or dropping
hazardous objects near them;

Whereas the absence of diplomatic relations between the
United States and Iran need not be an obstacle to direct,
~~expert-level~~military to military talks on procedural issues involving the safety
of naval personnel and assets; and

Whereas entering into such an Incidents at Sea ~~Treaty~~ Agreement could
help protect ~~United States~~American lives and treasure: Now, therefore,
be it

*Resolved by the House of Representatives (the Senate*
*concurring),* That it <u>is</u> the sense of Congress that it should
be the policy of the United States to promote the negotia
tion of an ~~bilateral~~ ''Incidents At Sea ~~Treaty~~ Agreement'' between the

> **Comment [DE5]:** We don't want to exclude consideration of a multilateral Incidents at Sea Agreement

United States of America and the ~~Republic~~ <u>Government</u> of Iran.

| | |
|---|---|
| **From:** | Patrick Disney <PDisney@niacouncil.org> |
| **Sent:** | Wednesday, April 1, 2009 6:23 PM (GMT) |
| **To:** | 'New Iran Policy' <new-iran-policy-coordinating-committee@googlegroups.com> |
| **Subject:** | RE: Action Alert: Help Stop Iran's Nuclear Program |

The saying goes that the best defense is a good offense--I believe the Incidents-at-Sea resolution *is* our way of countering this. The Obama administration has already made it clear that it's not going to push for more sanctions before diplomacy gets underway, so I don't think 1327 poses a near-term threat. With the incidents-at-sea resolution being introduced tomorrow (and I haven't been told otherwise), I think we can provide a strong, positive alternative to AIPAC's entire Iran agenda. They don't want talks; our resolution calls for talks. They want to undercut diplomacy by setting a deadline; we can show that there is bipartisan support for diplomacy and that it should be given time to succeed. They want confrontation; our resolution makes an accident less likely.

Regarding the question about a website or blog, we do have the CNAPI website, which can be our community's shared outlet for communication, though it's not a blog. A few people from CNAPI have contributed to NIAC's blog as a guest poster, with much success, so that is an option as well. It's at www.niacinsight.com. Everyone is welcome, so if you're interested in contributing, just let me know and we'll make it happen.


-patrick




**From:** new-iran-policy-coordinating-committee@googlegroups.com [mailto:new-iran-policy-coordinating-committee@googlegroups.com] **On Behalf Of** Jim Fine
**Sent:** Wednesday, April 01, 2009 1:19 PM
**To:** New Iran Policy
**Subject:** FW: Action Alert: Help Stop Iran's Nuclear Program

Should we be doing something to work the other side of this one?

Jim Fine
FCNL

---

Subject: Action Alert: Help Stop Iran's Nuclear Program
Date: Wed, 1 Apr 2009 12:36:25 -0400

☒ AIPAC Action Alert

**April 1, 2009**

# Help Stop Iran from Acquiring Nuclear Weapons

## Urge members to cosponsor divestment legislation;
## make floor statements about the Iranian nuclear threat

As Iran continues to race toward a nuclear weapons capability, the United States must take all economic, diplomatic and political steps to prevent a nuclear-armed Iran. Toward that end, House Financial Services Committee Chairman Barney Frank (D-MA) and Rep. Mark Kirk (R-IL) have introduced the Iran Sanctions Enabling Act (H.R.1327). The bill authorizes state and local governments to divest the assets of their pension funds from companies investing more than $20 million in Iran's energy sector.

It is vital for members of Congress to cosponsor this bill and to make floor statements about the threat posed by a nuclear Iran. Iran has already accumulated significantly higher quantities of low-enriched uranium (LEU) than previously reported, according to the International Atomic Energy Agency (IAEA). Tehran now has enough LEU to produce a nuclear weapon if it further enriches the uranium to weapons-grade level.

Click here for full text of the legislation.

## ACTION

- **Call House members and ask them to cosponsor and support the Iran Sanctions Enabling Act (H.R. 1327).**
- **Urge members to make floor statements about the Iranian nuclear threat. Background material can be found at www.aipac.org/iran.**
- **House members can be reached through the Capitol switchboard at (202) 225-3121.**
- **If you have any questions or feedback, please contact Julie Peretz at (202) 639-5192 or jperetz@aipac.org.**

## TALKING POINTS

- We are at a critical juncture in efforts to prevent Iran from obtaining a nuclear weapons capability. Experts believe Iran could have such a capability by the end of this year.

- An Iranian nuclear weapons capability would have devastating consequences for U.S. interests in the region: efforts to secure an Israeli-Palestinian peace agreement; non-proliferation efforts; and the struggle against Islamic radicalism.

- The United States should use all diplomatic, political and economic steps—including direct engagement backed by the threat of tougher sanctions— to persuade Iran to turn away from its dangerous course.

- Sanctions are having an impact on Iran. Major international energy firms have backed away from large investments in Iran because of the risk of sanctions, and banks have

stopped issuing letters of credit to companies seeking to do business with Iran, thus further isolating the regime.

- However, the willingness of some to continue working with the Iranians makes clear the importance of passing the Iran Sanctions Enabling Act (H.R. 1327).

- The legislation, which would back divestment efforts from companies investing in Iran's energy sector, would send a strong signal to Tehran that it risks further economic isolation if it does not comply with U.N. Security Council resolutions requiring it to suspend its uranium enrichment efforts.

## CURRENT COSPONSORS (43)

**Alabama**: Bonner
**California**: Berman, Bono Mack, McClintock, Loretta Sanchez, Sherman
**Colorado**: Lamborn
**Connecticut**: Himes
**Florida**: Grayson, Hastings, Klein, Rooney, Wexler
**Georgia**: Barrow, Bishop
**Illinois**: Biggert, Kirk, Schock
**Iowa**: Latham
**Louisiana**: Alexander, Cassidy, Fleming, Melancon, Scalise
**Massachusetts**: Frank
**Maryland**: Bartlett, Ruppersberger
**Michigan**: Hoekstra, McCotter
**Minnesota**: Paulsen
**New Hampshire**: Hodes
**New Jersey**: Adler, Garrett, LoBiondo, Rothman
**New York**: Meeks
**Ohio**: Driehaus
**Oklahoma**: Fallin
**Pennsylvania**: Platts
**Tennessee**: Roe
**Texas**: Gene Green
**Virginia**: Cantor
**Wisconsin**: Moore

Click here to unsubscribe

PO Box 17650, Baltimore, MD, 21298

--~--~---------~--~----------------~--------~---~----~
You received this message because you are subscribed to the Google Groups "New Iran Policy Coordinating Committee" group.
To post to this group, send email to new-iran-policy-coordinating-committee@googlegroups.com
To unsubscribe from this group, send email to new-iran-policy-coordinating-committee+unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/new-iran-policy-coordinating-committee...
--~----------~----~----~----~------~----~------~--~----

| | |
|---|---|
| **From:** | new-iran-policy-coordinating-committee@googlegroups.com on behalf of Patrick Disney <PDisney@niacouncil.org> |
| **Sent:** | Thursday, February 19, 2009 7:55 PM (GMT) |
| **To:** | new-iran-policy-coordinating-committee@googlegroups.com |
| **Subject:** | notes from yesterday's meeting |
| **Attach:** | 2 19 09.doc |

All,

Thank you very much for attending yesterday's coalition meeting. I was pleasantly surprised by the enthusiasm with which everyone greeted the incidents-at-sea resolution. Thank you for your willingness to take this on as a high priority for the coalition; I know that, if we make a commitment to see it through to the end, we can get this resolution passed.

Just to reiterate a few things: The bill text isn't public yet, so please do not distribute. Once it's introduced, that's when our work really begins--both on the Hill and through the grassroots.

I hope we can count on everyone to chip in and do their part on this. That's the beauty of a coalition, if everyone does a little bit, a lot gets done. There will be a meeting on March 4 at 9:30am to focus on legislative strategy for this resolution. I hope to see you there. Thanks again,

-patrick

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

-~-~-~---------~---~----~-----------~--------~---~----~-

You received this message because you are subscribed to the Google Groups "New Iran Policy Coordinating Committee" group.
To post to this group, send email to new-iran-policy-coordinating-committee@googlegroups.com
To unsubscribe from this group, send email to new-iran-policy-coordinating-committee+unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/new-iran-policy-coordinating-committee...

-~-~-~---------~----~----~--------~------~--------~--~----

## CAMPAIGN FOR A NEW AMERICAN POLICY ON IRAN

### Meeting Notes

**Wednesday, February 18, 2009, 12:30-1:40pm**
Council for a Livable World
322 4th St NE

1. **Welcome, Introductions, Announcements**
   a. Legislative strategy group meeting - Wednesday, March 4, 9:30am.
   b. PSR: March 1 delegation to Iran is still on, though visas won't be administered (or not) until days before.
   c. CLW: Sent out press release calling on Obama administration to use caution when discussing Iran's nuclear intentions, in light of recent statements from Panetta, Blair, Obama, and others.  (for more, see here, here, and here.)
   d. MCC/AFSC: Religious groups who participated in a 2007 delegation to Iran sent a letter to Obama calling for a change in America's policy to Iran.  That letter will be sent out on the list serv soon.

2. **Incidents at Sea Resolution**

Given that the stimulus bill is now done, Congress can turn its attention to other matters, which means as far as we're concerned, the 111th Congress is officially beginning next week.  During this free-for-all, it's likely some members will want to take some action on Iran--sanctions, divestment, an embargo, or something else.  We should introduce something positive for them to do.

I would like to propose that we support Rep. Conyers' (D-MI) resolution calling for an incidents-at-sea agreement with Iran (full text attached).  Reasons why this is a worthwhile effort:

**This resolution will decrease the threat of military action against Iran.**  The threat of a preemptive US attack is greatly diminished with Obama in office.  But the threat from Israel remains.  As does the threat of a provocative action on the part of Iran, which could escalate into full-scale confrontation.  Either of these would completely undermine Obama's plans for diplomacy.

**With this resolution, we can gather bipartisan support for engagement.**  Republicans will support it because it protects American sailors and serves our national security interests, and Democrats will support it because it's in line with Obama's plan for engagement.

**This is a chance for Congress to do something positive and constructive regarding Iran.**  The atmosphere in Congress regarding Iran has not shifted to the same degree that it has in the Executive Branch.  The fact is Congress has not made one positive gesture toward Iran in three decades.  This resolution could alter the political landscape on talking to Iran.

**For us as a community, passing this resolution could prove our effectiveness to Congress.**  With this, we could make our presence known on the Hill as an effective community that can mobilize behind an issue.  That means that AIPAC is no longer alone working on Iran--we can add another powerful voice to the conversation.  Plus, this is an opportunity for us to take Congress's temperature for the 111th.

Search for Common Ground is aware of this plan, and has given us their blessing to go ahead with it.

Obviously, no one is proposing that this should be our only issue--everyone should feel free to include other asks when meeting with staffers--just that we commit to accomplishing this goal as a coalition.

Please note: this resolution is not yet introduced.  Conyers' office is working to obtain the appropriate original sponsor(s) before going public.  We are taking no action until it is formally submitted and we get the "go" from Conyers' staff.

### 3.  Campaign Legislative Strategy

Jill Parillo (PSR) then outlined a strategy that she and I designed for pushing this resolution on the Hill.  This, we hope, will serve as a model for our coalition to follow on future high priority endeavors.  See Jill's explanation below.

### 4.  Agenda points for 111th Congress

Following are other issues that groups will be working on in the coming months:
  a.  Incidents at Sea Resolution
  b.  Democracy Fund
  c.  Committee Hearings
  d.  OFAC and Exchanges
  e.  Interests Section
  f.  Diplomacy
  g.  Divestment/Sanctions/Embargo

==========================================

**Attending:**

Patrick Disney *(National Iranian American Council)*

Jill Parillo *(Physicians for Social Responsibility)*

John Isaacs *(Council for a Livable World)*

Mike Amitay *(Open Society Policy Center)*

Anthony Wilson *(Open Society Policy Center)*

Stephen McInerney *(Project on Middle East Democracy)*

Alissa Wilson *(American Friends Service Committee)*

Kevin Davis *(Bipartisan Security Group)*

Laicie Olson *(Physicians for Social Responsibility)*

Chelsea Mozen *(Just Foreign Policy)*

Sanam Anderlini *(Civil Society Action Network)*

Rachelle Lyndaker Schlabach *(Mennonite Central Committee US)*

Jim Fine *(Friends Committee on National Legislation)*

Dane vonBreichenruchardt *(US Bill of Rights Foundation)*

Kate Gould *(FCNL)*

Emily Blout *(NIAC)*

David Elliott *(NIAC)*

Eric Ham *(3D Security)*

Marie Reitman *(WAND)*

Paul Kawika Martin *(Peace Action)*

Ali Soroush *(PSR)*

**Calling:**

Rebecca Griffin *(Peace Action West)*

Ed Martin *(American Friends Service Committee)*

Ryan Anderson *(Win Without War)*

Joel Rubin *(J Street)*

Molly LaBarge *(Pax Christi)*

==========================================

# Legislative Strategy:

**Goal/Objective:** Overriding goal is to be recognized on the Hill as a well coordinated group on Iran. Show that when the Hill is ready for it, we can help them to move legislation or provide questions for the record in respect to further engagement and diplomacy with Iran.

**Strategy:** Promote items from our agreed agenda through Hill office visits through five 4 to 6 person legislative groups.

The first agenda item for the groups was decided on based on readiness and facility to get Congressional approval. Following agenda items will be chosen by consensus of the Coalition.

> **First Agenda Item and Goal:** Hold meetings with House and Senate offices on a couple broader themes (Democracy Fund, Engagement) while gaining 25 supporters in the Senate, and at least 200 supporters in the House, for an Incidents at Sea Concurrent Resolution (Con. Res.). Then get the Con. Res. to committee Mark-up and then a Vote.

**Grouping:** Five groups will be formed based on willingness of participants in Coalition. Each group will have 4 to 6 people, and include one person with Hill experience and the willingness to schedule the group's one monthly meeting. Someone will also have responsibility of coordinating which offices will be visited each month (we will help and consult with Hill experienced folks for this).

**Example**: 4 groups of 4 people are going to visit House offices and 52 Hill offices are targeted: Each group would visit ~13 offices, 6 or 7 offices per month. Each person will end up going to 3 Hill visits a month, since groups of 4 or 5 will send two group members to each Hill visit.

**Example:**

**April- Hit 6 offices**

1st week is for group to meet, meet up as a group with Patrick or me to decide on 6 or 7 offices to split up and visit.

2nd week two Hill meetings for each group

3rd week two Hill meetings for each group

4th week two Hill meetings for each group

**May-Hit 6 offices**

1st week is for group to meet, meet up as a group with Patrick or me to decide on 6 or 7 offices to split up and visit.

2nd week two Hill meetings

3rd week two Hill meetings

4th week two Hill meetings

[note: Obviously, it's not necessary to stick to this timeline. Groups are welcome to have 3 meetings on the same day. This is only to illustrate the time commitment we're asking of individuals.]

| | |
|---|---|
| **From:** | Patrick Disney <PDisney@niacouncil.org> |
| **Sent:** | Wednesday, March 4, 2009 3:51 PM |
| **To:** | 'new-iran-policy-coordinating-committee@googlegroups.com' |
| **Cc:** | iranlegislativestrategy@yahoogroups.com |
| **Subject:** | meeting notes from this morning |
| **Attach:** | Legislative working group mtg 3.4.09.doc |

All,

We had a very productive legislative working group meeting this morning, thank you to all who attended and to FCNL for hosting.  Notes are attached.

We have asked for individuals with very strong relationships with particular offices to schedule meetings on incidents at sea in the coming weeks.  The purpose is to obtain suitable original cosponsors.  I have put together a list of key offices based on our conversations earlier.  You can find it on the coalition's google group page (it's called Targeted Outreach on Incidents at Sea under the "Pages" section).  This way, everyone can view and edit the document all in the same place.

So if you think you might be able to deliver one of these offices for us, please add your name to this document (it sends the group an email every time someone updates it -- technology is astounding).  And if a couple of groups want to work together on the same office, that's perfectly fine too.

One thing to note: some of us have already been in touch with a few of these offices.  I will make sure everyone knows what efforts have already been done before you go into a meeting with any of these members.  And Emily, Jill, Eric or I would gladly accompany you on any of these meetings, or at the very least we will help you prepare for them.

Thank you all very, very much!

-patrick

PS if you are not currently a member of the google group (heaven forbid), let me know and I'll add you.

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

## CAMPAIGN FOR A NEW AMERICAN POLICY ON IRAN

**Wednesday, March 4, 2009 9:30am**
Hosted by: Friends Committee on National Legislation

**Meeting notes**

Legislation to be aware of:

H.R. 1208 - Ros Lehtinen bill to strengthen sanctions, *require* state and local divestment, and prohibit lifting sanctions on Iran until the President certifies Iran has ended its WMD program and support for terrorism.  36 cosponsors, all Republicans.

H.R. ____ - Sherman is planning to reintroduce the Berman bill on transshipment of materials (same as H.R. 7112 that passed in September).

(H.R. 2347) - B. Frank is planning to reintroduce his divestment authorization bill, though has delayed meeting with his staff about it.

H.R. 1105 - Omnibus appropriations bill, passed by House, set to pass Senate without amendments by Friday.  Includes interesting developments on the Democracy Fund:

The Iran Democracy Fund as we know it is nowhere to be found in this bill.  Technically, it will be up to the President's discretion to continue to fund the Iran Democracy Program from the general democracy promotion fund, though at this point a lot is still unclear.  Given that our concerns have historically focused on the "regime change subtext" of the money, it's possible we can view this as a victory--without an Iran Democracy Program specifically, there's less justification for hardliners in Iran to crack down on dissidents.

*None of this is confirmed yet, so everyone please keep investigating.  Communicate to the group as you uncover the truth!*

H.R.        - Conyers Incidents at Sea Resolution.

We are still trying to obtain original sponsors to balance Conyers before introducing.  Geoff Davis has said he'll make a decision today.  We have been reaching out to a targeted group, but need your help.

Every office we've talked to has said that it's a good idea; we just haven't found anyone willing to take the plunge and be an original sponsor. It's all politics. Therefore, we will target our efforts on a handful of key offices and push hard on a few key people.

Someone mentioned the option of submitting an op-ed to a local newspaper in a key district. Also, enlisting grasstops to influence their representative. [note: I would recommend timing these efforts to coincide with any meetings we may have with these offices. That way, for example, they will receive a dozen phone calls on the same morning we sit down and talk with their chief of staff about it.] Also, Search for Common Ground will be bringing a handful of retired Admirals to the Hill in early April for a staff briefing. We will be reaching out to offices before then, but can use this opportunity as a back-up if necessary. (Hopefully by that time we'll be looking for *cosponsors* rather than original sponsors).

I am attaching a list of offices for us to target. ***We are asking for volunteers with strong relationships with these offices to make the case to them. Please email the group if you are willing to arrange a meeting with any of these members.*** Emily, Jill, Eric or I would be glad to accompany you to these meetings, or at the very least provide you with resources to prepare for them.

At this moment, it is also a good idea to reach out to the Senate side. Likely targets will be Senators Webb, Specter, and Casey.


**Attending:**
Patrick Disney *(National Iranian American Council)*
Anthony Wilson *(Open Society Policy Center)*
Rachelle Lyndaker Schlabach *(Mennonite Central Committee U.S.)*
John Isaacs *(Council for a Livable World)*
Stephen McInerney *(Project on Middle East Democracy)*
Alissa Wilson *(American Friends Service Committee)*
Kate Gould *(FCNL)*
Jim Fine *(FCNL)*
Jill Marie Parillo *(Physicians for Social Responsibility)*

**Calling:**
Paul Kawika Martin *(Peace Action)*
Emily Blout *(National Iranian American Council)*
Chelsea Mozen *(Just Foreign Policy)*

| | |
|---|---|
| **From:** | Chelsea Mozen <chelsea@justforeignpolicy.org> |
| **Sent:** | Thursday, March 5, 2009 1:45 AM (GMT) |
| **To:** | Patrick Disney <pdisney@niacouncil.org>; Emily Blout <eblout@niacouncil.org> |
| **Subject:** | Fw: Urgent Favor? |

Hi Patrick,

No chance you can draft something for me to send to Kinzer to send Davis -
see below - if it is still helpful but that is.  I would do it, but I think you
have a better grasp on the exact ask you'd like Kinzer to make. Thanks!

----- Original Message -----
From: <s-kinzer@northwestern.edu>
To: <chelsea@justforeignpolicy.org>
Sent: Wednesday, March 04, 2009 8:37 PM
Subject: Re: Urgent Favor?


>
> Chelsea, I'm always happy to help but need some guidance.  I don't know
> what the real situation is,
> what the bill says, what the arguments are etc.  Might someone at NIAC or
> elsewhere be able to
> draft a note to Davis and send it to me?  I might change a comma or two
> but then would be happy to
> send it to him over my name.
>
> s
>
>
> ===============Original message text===============
> On Wed, 04 Mar 2009 3:16:33 pm CST "Chelsea Mozen" wrote:
>
> Hi Stephen,
>
> NIAC asked me if you might be able to reach our to Rep. Davis today about
> legislation mandating an incidents at sea agreement with Iran.  Davis is
> considering being an original sponsor of the legislation, but has cold
> feet.
> We really need him to sign on, as without a Republican the effort might
> flop.  NIAC thinks a call or email from you might convince him.  If you
> can
> do this today (tomorrow might work too), please let me know and I can give
> you more background and his telephone number if you need it.
>
> If this incidents at sea legislation passes, it is seen as the Trojan
> horse
> that would open the way for diplomacy with Iran.
>
> Hope all is well on your end!  Thanks so much!
> c
>
> ===============End of original message text===============
>
>
>
> www.stephenkinzer.com

← Fw: Urgent Favor?                                                                                   Page 2 of 2

> 
> 

------------------------------------------------------------------------------


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.237 / Virus Database: 270.11.8/1984 - Release Date: 03/04/09
19:17:00

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Monday, January 26, 2009 3:59 PM (GMT) |
| **To:** | 'Goold, Bill' <Bill.Goold@mail.house.gov> |
| **Subject:** | RE: Meeting today |

Thanks Bill. We'll get to work on it and get back to you. Also, I talked to Mike Darner from Conyers today about the incidents at sea resolution. He will be reaching out to you about contacting Abercrombie and Loebsack from Armed Services.

----
Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

-----Original Message-----
From: Goold, Bill [mailto:Bill.Goold@mail.house.gov]
Sent: Monday, January 26, 2009 9:53 AM
To: Emily L Blout
Subject: RE: Meeting today

FYI starting personalized draft of bill....



-----Original Message-----
From: Emily L Blout [mailto:eblout@niacouncil.org]
Sent: Saturday, January 24, 2009 2:56 PM
To: Goold, Bill
Subject: RE: Meeting today

Bill,

It was great catching up with you on Friday.

I talked it over with my boss, and he loves the idea of an interest section bill. If you send the electronic version of your draft, I will get to work on it right away.

As for the Ellison opening, I plan to take your advice and approach Minh about the LA position.

Lets talk again soon,

Emily

P.S. After work I went to Gold's and tried out the rowing machine. Boy am I sore today!


> No problem. I will go a few minutes early and grab a table in the
> Rayburn eatery where we can talk, so please get what you would like to
> eat and scout around until you find me.  I will keep an eye out for
you.
>
> -----Original Message-----
> From: Emily Blout [mailto:eblout@niacouncil.org]

> Sent: Friday, January 23, 2009 10:02 AM
> To: Goold, Bill
> Subject: Meeting today
>
> Bill,
> Can we push it back to 12:30?
> Thanks,
> Emily
>
> Sent via BlackBerry from T-Mobile
>


Legislative Director
The National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: (202) 386 6325
cell: (202) 290 8309

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Tuesday, February 3, 2009 3:44 PM (GMT) |
| **To:** | 'Darner, Michael' <Michael.Darner@mail.house.gov> |
| **Subject:** | Update on Incidents at Sea: strategy meeting this week? |

Mike,
Several groups are interested in participating in a "strategy session" with you and other key staffers to coordinate efforts on framing and securing original cosponsors.  It would be great if we could all get together this Thursday/Friday and get the ball rolling. What do you think?
Emily