# EXHIBIT U

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that the attached is a true and correct copy of the documents for this entity as shown by the records of this office.

**NATIONAL IRANIAN AMERICAN COUNCIL, INC. (THE)**

**IN TESTIMONY WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed this 13th day of March, 2009.

LINDA K. ARGO
Director

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

EXHIBIT
11\12\10
14
Talebi

(Page 1 of 1)

BRA-75 (10/76)  
★ ★ ★  
GOVERNMENT OF THE DISTRICT OF COLUMBIA  

**TWO-YEAR REPORT FOR NON-PROFIT FOREIGN AND DOMESTIC CORPORATIONS**

File Number 250817

DUE JANUARY 15th 2005

Filing Fee $ 75  
Penalty  
Interest  
Total  

RETAIN A COPY FOR YOUR RECORDS  
SEE REVERSE SIDE FOR FILING FEES, PENALTIES, ETC.  
MAKE CHECK PAYABLE TO D.C. TREASURER  
MAIL REPORT TO: DEPT. OF CONSUMER AND REGULATORY AFFAIRS  
BUSINESS REGULATION ADMINISTRATION, CORPORATIONS DIVISION  
P.O. BOX 92300, WASHINGTON, D.C. 20090

Indicate if corporation is  
☒ Domestic Non-Profit  
☐ Foreign Non-Profit

1. Name of Corporation  
National IRANIAN American Council

2. Organized under the laws of (insert District of Columbia, State or Country)  
Maryland

3. If a foreign corporation, the address of its principal office in the state or Country where organized

4. Name of registered agent and address of registered office in the District of Columbia (Do not make change of agent or address on this form)  
Moffan Ehsassi  
2451 18th St, NW, Washington DC 20009

5. Brief statement of business or affairs conducted in the District of Columbia  
We have an office in DC, administrative work

6. If a domestic profit corporation, the address including street and number, of principal office in the District of Columbia

7. Name and address, including street and number of directors and officers

| | NAME | ADDRESS |
|---|---|---|
| Director or Executive Director | Dokhi Fassihian | 1401 N. Rhodes St, #805, Arlington VA 22209 |
| Director | | |
| Director | | |
| President | Trita Parsi | 1144 California St NW Washington DC 20008 |
| Vice President | | |
| Secretary | Dromshid Torough | 18301 Cornflower Rd, Boyds MD 20841 |
| Treasurer | Alex Patico | 5448 Hound Hill Ct, Columbia MD 21045 |

**FOREIGN NON-PROFIT CORPORATIONS ANSWER ARTICLES 8 THRU 10** (Do not apply to domestic corporations)

8. Date organized

9. Term of existence authorized  
☐ perpetual   Limited to _____ years

10. Is corporation in good standing in State in which organized?  
☒ Yes   ☐ No

Date July 1, 2004

By _____ (signature)

CORPORATE SEAL   Its ☒ Pres.   ☐ Vice Pres.   ☐ Sec'y  
                      ☐ Asst. Sec'y   ☐ Treas.   ☐ Asst. Treas.  

A fee of $50.00 will be charged for dishonored checks

(non-profit corporation only)

FILED  
8-16-05  
By

(Over)

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that the attached is a true and correct copy of the documents for this entity as shown by the records of this office.

**NATIONAL IRANIAN AMERICAN COUNCIL, INC. (THE)**

**IN TESTIMONY WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed this 13th day of March, 2009.

LINDA K. ARGO
Director

Adrian M. Fenty
Mayor

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division



BRA-25 (10/76)  two year   File Number 250867

★ ★ ★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

ANNUAL REPORT FOR FOREIGN AND DOMESTIC CORPORATIONS

DUE APRIL 15th  2003

Filing Fee $ 25.00

Penalty

Interest

Total

RETAIN A COPY FOR YOUR RECORDS
SEE REVERSE SIDE FOR FILING FEES, PENALTIES, ETC.
MAKE CHECK PAYABLE TO D.C. TREASURER
MAIL REPORT TO: DEPT. OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS REGULATION ADMINISTRATION, CORPORATIONS DIVISION
P.O. BOX 92300, WASHINGTON, D.C. 20090

Indicate if corporation is:
☐ Domestic Profit
☐ Foreign Profit
☒ Non Profit

**1. Name of Corporation**
National IRANIAN AMERICAN COUNCIL

**2. Organized under the laws of (Insert District of Columbia, State or Country)**
Maryland

**3. If a foreign corporation, the address of its principal office in the state or Country where organized**

**4. Name of registered agent and address of registered office in the District of Columbia (Do not make change of agent or address on this form)**
Morgan Elsassi
2451 18th St, Washington DC 20009

**5. Brief statement of business or affairs conducted in the District of Columbia**
We have an office in Washington, administrative work

**6. If a domestic profit corporation, the address including street and number, of principal office in the District of Columbia**

**7. Name and address, including street and number of directors and officers**

| | NAME | ADDRESS |
|---|---|---|
| Director | | |
| Director | | |
| Director | | |
| President | TRITA PARSI | 2144 California St NW, Washington DC 20008 |
| Vice President | | |
| Secretary | Dreashul Foroughi | 18301 Cornflower Rd, Sandy MD 20841 |
| Treasurer | Alex Patrio | 5348 Around hill Ct, Columbia, MD 21045 |

DOMESTIC PROFIT CORPORATIONS ANSWER ARTICLES 8 AND 9 (Foreign corporations disregard articles 8 and 9)

**8. Aggregate number of shares corporation has authority to issue**

| NO. OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR WITHOUT PAR |
|---|---|---|---|

**9. Aggregate number of shares issued**

| NO. OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE OR WITHOUT PAR |
|---|---|---|---|

FOREIGN PROFIT CORPORATIONS ANSWER ARTICLES 10 THRU 12 (Do not apply to domestic corporations)

**10. Date organized**

**11. Term of existence authorized**
☐ perpetual   Limited to _____ years

**12. Is corporation in good standing in State in which organized?**
☐ Yes   ☐ No

PROFESSIONAL CORPORATIONS SEE SPECIAL INSTRUCTIONS ON BACK

Date July 7, 2004

By _____ (signature)

CORPORATE SEAL

Its  ☒ Pres.   ☐ Vice Pres.   ☐ Sec'y
    ☐ Asst. Sec'y   ☐ Treas.   ☐ Asst. Treas.

A fee of $50.00 will be charged for dishonored checks

(non-profit corporation only)

FILED 3-11-05 By

(Over)

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that the attached is a true and correct copy of the documents for this entity as shown by the records of this office.

**NATIONAL IRANIAN AMERICAN COUNCIL, INC. (THE)**

**IN TESTIMONY WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed this **13th day of March, 2009**.

LINDA K. ARGO
Director

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

25017

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia NonProfit Corporation Act have been complied with and accordingly, this *CERTIFICATE OF AUTHORITY* is hereby issued to:

**THE NATIONAL IRANIAN AMERICAN COUNCIL, INC.**

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed as of the 16th day of March, 2005.

Patrick J. Canavan, Psy. D.
Acting Director

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

10. Attached to this application is an original certified copy of the corporation's articles of incorporation and all amendments hereto, certified within a six-month period by the proper authority in the State/County in which organized.

11. Names and addresses (including streets and numbers) of its officers and directors: (NOTE: Include all officers and directors. If more space is required, attach an additional sheet).

President Name __Trita Parsi__
Address __2451 18th Street, NW__
__Washington DC 20009__

Vice President Name __N/a__
Address ____

Secretary Name __Djamshid Foroughi__
Address __18301 Cornflower Road__
__Boyds, MD 20841__

Treasurer Name __Alex Patico__
Address __c/o Institute of International Education__
__1400 K Street, Suite 650, Washington D.C. 20005__

Director Name __Dokhi Fassihian__
Address __2451 18th St., NW__
__Washington, DC 20009__

Corporate Name __National Iranian American Council__

Signature of President or Vice President ____

Signature of Secretary or Assistant Secretary ____

(Corporate Seal)

**FEES DUE**
Filing Fee ......... $70.00

**MAKE CHECK PAYABLE TO D.C. TREASURER**

if it be conditioned or limited in such manner as shall require the disposition of the income or its principal to any person or organization other than a "charitable organization" or for other than "charitable purposes" within the meaning of such terms as hereinafter defined in these Articles of Incorporation, or as shall in the opinion of the Board of Directors, jeopardize the federal income tax exemption of the Corporation pursuant to Section 501(c)(3) of the Internal Revenue Code of 1986, as now in force or afterwards amended; to receive, take title to, hold, and use the proceeds and income of stocks, bonds, obligations, or other securities of any Corporation or Corporations, domestic or foreign, but only for the foregoing purposes, or some of them; and, in general, to exercise any, all and every power for which a non-profit Corporation organized under the applicable provisions of the Annotated Code of Maryland for scientific, educational, and charitable purposes, all for the public welfare, can be authorized to exercise, but only to the extent the exercise of such powers are in furtherance of exempt purposes.

3. No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its members, directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth herein. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting, to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on (a) by a Corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986 or the corresponding provision of any future United States Internal Revenue Law) or (b) by a Corporation, contribution to which are deductible under Section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue Law).

C. Included among the educational and charitable purposes for which the Corporation is organized are the following:

Public education relating to the history, language and culture of Iran.

Development and conduct of programs designed to promote and foster the efforts of other organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code of 1986 and provide public education relating to Iran.

Educational and charitable activities focused on the Iranian community in the United States.

4. **ADDRESS OF PRINCIPAL OFFICE**

The post office address of the principal office of the Corporation in this State is:

5448 Hound Hill Ct., Columbia, Md 21045

2

074 P01    JAN 18'02 14:36

### 5. RESIDENT AGENT

The name and post office address of the Resident Agent of the Corporation in this State is:

> Alexander Patico
> 5448 Hound Hill Ct.
> Columbia, MD 21045

Said Resident Agent is an adult individual actually residing in this State.

### 6. NO STOCK

The Corporation is not organized for profit; it shall have no capital stock and shall not be authorized to issue capital stock. The qualifications for membership in the Corporation and the rights and privileges of the members shall be provided in the By-Laws.

### 7. DIRECTORS

The number of Directors of the Corporation shall be three (3), which number may be increased or decreased pursuant to the By-Laws of the Corporation, but shall never be less than the number required under Maryland law.

The names of the Directors, who shall act until their successors are duly chosen and qualified, are:

> Trita Parsi
>
> Farzin Illich
>
> Babak Talebi

### 8. DISTRIBUTIONS UPON DISSOLUTION

Upon the dissolution of the Corporation's affairs, or upon the abandonment of the Corporation's activities due to its impracticable or inexpedient nature, the assets of the Corporation then remaining in the hands of the Corporation shall be distributed, transferred, conveyed, delivered and paid over to any other charitable organization (as hereinafter defined) of this or any other State, having a similar or analogous character or purpose, in some way associated with or connected with the Corporation to which the property previously belonged.

3

074 P02   JAN 18'02 14:37

### 9. BYLAWS

The Corporation may by its By-Laws make any other provisions or requirements for the arrangement or conduct of the business of the Corporation, provided the same be not inconsistent with these Articles of Incorporation nor contrary to the laws of the State of Maryland or of the United States.

### 10. DEFINITIONS

In these Articles of Incorporation,

A. References to "charitable organizations" or "charitable organization" mean Corporations, trusts, funds, foundations, or community chests created or organized in the United States or in any of its possessions, whether under the laws of the United States, any state or territory, the District of Columbia, or any possession of the United States, organized and operated exclusively for charitable purposes, no part of the net earnings of which inures or is payable to or for the benefit of any private shareholder or individual, and no substantial part of the activities of which is carrying on propaganda or otherwise attempting to influence legislation and which do not participate in, or intervene in (including the publishing or distributing of statements), any political campaign on behalf of any candidates for public office. It is intended that the organization described in this Section shall be entitled to exemption from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986, as now in force or afterwards amended.

B. The term "charitable purposes" shall be limited to and shall include only religious, charitable, scientific testing for public safety, literary, or educational purposes within the meaning of the terms used in Section 501(c)(3) of the Internal Revenue Code of 1986 but only such purposes as also constitute public charitable purposes under the laws of the United States, any state or territory, the District of Columbia, or any possession of the United States, including, but not limited to, the granting of scholarships to young men and women to enable them to attend educational institutions.

### 11. PRIVATE FOUNDATION RULES

At any time that the Corporation shall be classified as a private foundation, as defined in Section 509 (a) of the Internal Revenue Code of 1986, or corresponding provisions of any subsequent federal tax laws (hereinafter "the IRC").

A. The Corporation shall distribute its income for each taxable year at such time and in such manner as not to become subject to the tax on undistributed income imposed by IRC § 4942.

B. The Corporation shall not engage in any act of self-dealing as defined in IRC § 4941(d).

C. The Corporation shall not retain any excess business holdings as defined in IRC § 4943(c).

4

074 P03    JAN 18'02 14:37

D. The Corporation shall not make any investments in such manner as to subject it to tax under IRC § 4944.

E. The Corporation shall not make any taxable expenditures as defined in IRC § 4945(d).

### 12. LIABILITY AND INDEMNIFICATION OF OFFICERS AND DIRECTORS

No director or officer of the Corporation shall be liable to the Corporation for money damages except (1) to the extent that it is proved that such director or officer actually received an improper benefit or profit in money, property or services, for the amount of the benefit or profit in money, property or services actually received, or (2) to the extent that a judgment or other final adjudication adverse to such director or officer is entered in a proceeding based on a finding in the proceeding that such director's or officer's action, or failure to act, was (a) the result of active and deliberate dishonesty, or (b) intentionally wrongful, willful or malicious and, in each such case, was material to the cause of action adjudicated in the proceeding.

IN WITNESS WHEREOF, I have signed these Articles of Incorporation this 18th day of January, 2002, and I acknowledge the same to be my act.

*Alexander A. Hassani*
Alexander A. Hassani

5

```
Sent by: INST INT EDUCATION        2028267703;      01/24/02 12:58PM;#783;    Page 1/1
    Received:   1/22/02  3:58PM;                 -> INST INT EDUCATION;  Page 2
                                                       079 P02      JAN 22'02 14:43
```

RE-SEND

DELIVER TO:
JOE STEWART

Alexander Patico
5442 Hound Hill Ct.
Columbia, MD 21045

January 22, 2002

<u>VIA FACSIMILE 410-333-7097</u>
<u>AND REGULAR MAIL</u>

State of Maryland
Department of Assessments and Taxation
Charter Division
Room 801
301 West Preston Street
Baltimore, Maryland 21201
ATTN: JOE STEWART

Re:  <u>National Iranian American Council, Inc.</u>

Dear Mr. Stewart:

I, Alexander Patico, of 5448 Hound Hill Court, Columbia, Maryland 21045, hereby consent to the appointment and designation as Resident Agent of the corporation being formed to be known as the National Iranian American Council, Inc.

Thank you for your assistance.

Sincerely,

Alexander Patico

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __02__   BUSINESS CODE __04__

\# _____

Close _____   Stock _____   Nonstock __✓__

P.A. _____   Religious _____

Merging (Transferor) _____

```
ID # 000625739 ACK # 1000361986579781
LIBER: B00337 FOLIO: 1318 PAGES: 0007
THE NATIONAL IRANIAN AMERICAN COUNCIL, INC.

01/18/2002  AT 02:29 P NO # 0000544512
```

Surviving (Transferee) _____

New Name _____

### FEES REMITTED

Base Fee: __20__
Org. & Cap. Fee: __20__
Expedite Fee: __50__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
____ Certified Copies
Copy Fee: _____
____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Other: _____

TOTAL FEES: __90__

____ Change of Name
____ Change of Principal Office
____ Change of Resident Agent
____ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name

____ Other Change(s)

Credit Card __✓__   Check _____   Cash _____

____ Documents on ____ Checks

Approved By: __Na D13__
Keyed By: __TW__

COMMENT(S):

Code _____
Attention: _Jerry Focas_
Mail to Address: _Jensen, Hassani +_
_Focas_
_22 W. Penn. Ave #606_
_Towson, Md 21204_

Stamp Work Order and Customer Number HERE

STATE OF MARYLAND
DEPT. OF ASSESSMENTS AND TAXATION
CUST ID:0001079959
WORK ORDER:0000544512
DATE:01-18-2002 09:51 AM
AMT. PAID:$90.00

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **   ** KEEP WITH DOCUMENT **

DOCUMENT CODE __D7__   BUSINESS CODE _____

D9662879

Close _____ Stock _____ Nonstock _____

P.A. _____ Religious _____

Merging (Transferor) _____

Surviving (Transferee) _____

```
ID # D08628739 ACK # 1000381887624248
LIBER: B00448 FOLIO: 1285 PAGES: 0003
THE NATIONAL IRANIAN AMERICAN COUNCIL,
INC.

10/25/2002  AT 03:02 P WO # 0000657710
```

New Name _____

**FEES REMITTED**

Base Fee: __20__
Org. & Cap. Fee: __50__
Expedite Fee: __50__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
____ Certified Copies
Copy Fee: _____
____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Other: _____

TOTAL FEES: __70__

____ Change of Name
____ Change of Principal Office
____ Change of Resident Agent
____ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent
      and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name

____ Other Change(s) _____

Code _____
Attention: _____

Credit Card __✓__   Check _____   Cash _____

____ Documents on ____ Checks
Approved By: __NO 063__
Keyed By: _____
COMMENT(S):

Mail to Address: National Iranian American Council
1219 Connecticut Ave.
NW, Ste 400
Washington, DC  20036

CUST ID: 0000093456
WORK ORDER: 0000657710
DATE: 10-25-2002 02:13 PM
AMT. PAID: $70.00

Stamp Work Order and Customer Number HERE



**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION**
**CORPORATIONS DIVISION**
**941 NORTH CAPITOL STREET, N.E.**
**WASHINGTON, D.C. 20002**

Government
of the
District of Columbia

## WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:
The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

**(A) BY A DISTRICT OF COLUMBIA RESIDENT**
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41

I, _Morgon Ehsnssi_

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered Agent For: _National Iranian American Council_

Name of Business
SIGNATURE OF REGISTERED AGENT
_[signature]_

DATE: _[illegible] Yahoo_

**(B) BY A LEGALLY AUTHORIZED CORPORATION**
THE CORPORATION HEREIN NAMED IS:

_____

An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as Registered Agent
For:

NAME OF COMPANY
SIGNATURE: _____ OF PRESIDENT OR VICE-PRESIDENT
ATTEST: _____ OF SECRETARY OR ASSISTANT SECRETARY
DATE: _____