# EXHIBIT V

**Minutes on Meeting**
Monday November 5th 2001
By: Babak Talebi

In Attendance:
Silke, Alex, Farzin, Babak, Gabe, Banafshe, Trita

## 1. Mission Statement and Biographies

Proposed mission presented. Ensued by discussion and constructive criticism by Gabe and Banafsheh. Netted following consensus:
   - The organization should strive to provide "value-added" service.
   - No desire to be dubbed the "head" of a coalition or federation.
   - Capacity building viewed as best potential long-term goal of the group.

Questions and Answers:
   - Time to set up data-base for network? Babak: Three months to get it rolling, some steps already taken. This is, however, a long-term project that will need constant attention.
   - Purpose too broad? Discussion netted the conclusion that more specific mission statement positive. Purposes need to better reflect organizations' goal, although not being as narrow. Banafsheh and Trita will present an amended list of purposes at next meeting.
   - 4th leg – linkage with Iran?  Discussing yielded that as a strategy, it is wiser not to take on this issue at this point. In the long-term, consensus exist that focus shall shift towards Iran, but at this stage such a principle in the mission statement could be polarizing unless very cleverly formulated. Banafsheh and Trita will present proposal at next meeting.
   - Could immigrant help be included as 4th leg? Concluded that this idea should be left to the Capacity Building leg of the organization, and not taken up as a main purpose of the group

**Decisions**:
   - Gabe and Banafsheh will email revised draft by Nov 13th to be discussed on Nov 15th.
   - Banafsheh and Trita will present revised list of purposes on Nov 15th.
   - Banafsheh, Farzin and Gabe will email Trita their Bio's ASAP.
   - Dialogue Productions will do the final editing of the mission statement.

## 2. Strategy
**Decision:**
   - Pursuit of one-track strategy: Full-force towards raising seed-money.  This will require that we have a final draft of the Mission Statement by the 20th of November.  Babak will work on Network project in his spare time without contacting anyone directly yet.

## 3. Membership issues
Discussion postponed till next week.

## 4. Other issues and decisions
- ➤ Benefits of having small core group include being flexible and able to change with time.  How should interested individuals be included in the future? Point for future agenda.
- ➤ Babak and Alex will prepare a draft budget by the 12th of November.

## 5. Next meeting
Next meeting will be hold on Nov 15th, 18.00 at National Press Building

/BT