# EXHIBIT Y

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :

IRANIAN AMERICAN COUNCIL          :

   Plaintiffs          :

   V.          :     Civil No.:

DAIOLESLAM SEID HASSAN,          :     08 CV 00705 (JDB)

   Defendant          :     Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -


   Continued deposition, videotaped, of Dr.

Trita Parsi, was taken at the Law Offices of Sidley

Austin, LLP, 1501 K Street, NW, Sixth Floor,

Washington, DC 20005 commencing at 9:03 a.m. before

Sherry L. Brooks, Professional Court Reporter and

Notary Public, in and for the District of Columbia.


* * *

Page 8

```
 1              P R O C E E D I N G S
 2              *    *    *    *    *
 3                 DR. TRITA PARSI
 4    was recalled for further examination by counsel and,
 5    after having been duly sworn by the Notary, was
 6    examined and testified as follows:
 7            EXAMINATION BY COUNSEL FOR DEFENDANT
 8            BY MR. KAPSHANDY:
 9        Q.    Good morning, Mr. Parsi.  How are you?
10        A.    Good morning.  How are you?
11        Q.    Just fine, thanks.  You understand, as the
12    reporter has just sworn you in this morning, that
13    you're still under oath and the same rules as
14    yesterday apply?
15        A.    I do.
16        Q.    And I appreciate your answering verbally,
17    and we'll both try not to talk over each other again
18    today.  That's sometimes hard for her.
19            But we do have a video today -- you may
20    have noticed -- and that may help with the record,
21    but, again, if you could just -- and I will, too --
22    try and honor the same rules as yesterday, I'd
```

1    over the years, okay?

2         A.    Um-hum.

3         Q.    Let's start off with something known as

4    Pugwash.   What is Pugwash?

5         A.    Pugwash is, actually, a quite famous

6    organization by scientists, and I think one of their

7    cofounders was actually Albert Einstein.

8              And sometime in the 1980s, I believe they

9    won the Nobel Peace Prize for their work as

10   scientists to promote nonproliferation and prevent a

11   nuclear war.   That's my understanding.

12        Q.    Who is Paolo Cotta-Ramusini?

13        A.    Professor Cotta-Ramusini is -- and I think

14   I got the pronunciation right -- I believe the

15   International Secretary General of that organization.

16        Q.    And he's located in Italy, correct?

17        A.    I believe he's a professor somewhere in, I

18   think, in Milan, but I'm not sure.

19        Q.    Which is in Italy, right?

20        A.    Yes, it is in Italy.

21        Q.    Let's start with this question:   Have you

22   gone to any Pugwash meetings attended by any -- have

1   you gone to any Pugwash meetings attended by any

2   officials from the Iranian government?

3       A.    Yes, I have.

4       Q.    Which ones, when, and who from the

5   government was there?

6       A.    I do not recall the specific dates, but I

7   do believe that there were in 2008 a few of them that

8   I attended and -- as did several people from the

9   think tanks in Washington, DC, as did people that I

10  believe were in the U.S. Senate or in the Congress at

11  the time whether members or staffers.

12           And several of those individuals later on

13  ended up in the Obama Administration.

14      Q.    Let's start with Lichtenstein and do them

15  in reverse chronological order, okay?

16      A.    Lichtenstein, I don't believe is -- I

17  don't believe that's a Pugwash meeting.  I'm not

18  sure.  I think that's the meeting that is organized

19  by a center at the University of Princeton --

20  Princeton University.

21      Q.    Did you attend a meeting on April 27th,

22  2009 or thereabouts in April 2009 in Lichtenstein?

Page 201

1    And who attended from the Iranian government?

2         A.    What was the date?

3         Q.    Well, your calendar shows a flight to and

4    from Amsterdam on 4/17/2009 to 4/20/2009.

5         A.    Amsterdam is not in Lichtenstein.

6         Q.    Right.  Did you fly direct to Lichtenstein

7    or did you go through Amsterdam?  Pretty hard to get

8    a direct flight into Lichtenstein.  You can miss it

9    if you blink, right?

10        A.    I've only been to Lichtenstein once, but

11   if my recollection is correct, the meeting in

12   Lichtenstein was not a Pugwash meeting and the flight

13   was not to Amsterdam.

14              I believe it was to Switzerland.  I think

15   Switzerland is very close to Lichtenstein.

16        Q.    Okay.  My question was:  Do you recall a

17   meeting in April 2009 in Lichtenstein?

18        A.    I recall a meeting in Lichtenstein.  I

19   don't recall if it was on the specific dates that you

20   mention.  If there are any documents that you would

21   like me to review, I'll be happy to do so.

22        Q.    Well, without looking at any documents, do

1   you recall meeting with any foreign government

2   officials, in particular from Iran, in Lichtenstein,

3   on or about April of 2009?

4       A.    The meeting in Lichtenstein, if I recall

5   it correctly, was attended by former U.S. government

6   officials -- actually, no.

7             I believe that General Eikenberry attended

8   that meeting, and he was at the time the newly

9   appointed ambassador to Afghanistan, so he would

10  probably count as a current U.S. official.

11      Q.    I asked about Iran.

12      A.    In regards to Iran, my recollection is

13  correct.  There were no current government officials

14  from Iran there.

15      Q.    Well, your expert in this case, Sam

16  Gardner, testified that the vice president of Iran

17  was there.

18            Would that refresh your recollection as to

19  whether any government officials from the Islamic

20  Republic of Iran were there at that meeting in

21  Lichtenstein?

22      A.    Mr. Gardner may have misspoken.  The

```
 1   person who was there was -- his name is Aftahi.

 2   Aftahi was at the time the former vice president of

 3   Iran, not the vice president of Iran.

 4             He's also the person that later on was

 5   jailed by the Ahmadinejad government only, I believe,

 6   weeks or months after that, and there's been a strong

 7   case made that he was severely tortured by the

 8   Iranian government.

 9        Q.   Were there any governmental officials at

10   the Lichtenstein meeting from the Islamic Republic of

11   Iran?

12        A.   As I have already answered your question,

13   my recollection is that there was not.  In fact, the

14   only Iranians that I believe were at that meeting was

15   his former vice president, who was a reformist and

16   part of the Green Movement, and the professor from

17   Tehran University by the name of Nelson Hudyoung

18   (phonetic).

19             None of these two are officials of the

20   Iranian government at that time.

21        Q.   Have you ever attended any meetings with

22   the then acting vice president of the Islamic
```

Page 204

1  Republic of Iran?

2       A.    The then acting vice president?

3       Q.    Yes.

4       A.    Well, at the Pugwash meetings -- and this

5  is, as I have already stated -- I do not recall being

6  a Pugwash meeting.

7             The meeting in Lichtenstein that you are

8  talking about and asking about is a meeting that I

9  believe was organized by a center at Princeton

10 University.  It was hosted, actually, by, I believe,

11 the Prince of Lichtenstein.

12            And it was attended by some major U.S.

13 scholars such as Haleh Esfandiari, H-A-L-E-H,

14 E-S-F-A-N-D-I-A-R-I, I think former U.S. Ambassador

15 to Israel, Dan Kurtzer, also attended the meeting.

16            That is the meeting in Lichtenstein.  The

17 Track II meetings that Pugwash organized are

18 different from this meeting in my recollection.

19      Q.    Well, let's do it this way:  Tell me all

20 the Pugwash meetings that you went to, and then we'll

21 discuss all the other non-Pugwash meetings you went

22 to overseas, okay?

```
 1        A.     In 2008?

 2        Q.     Let's start with 2009 and work our way

 3   backwards.  You can start with 2010.  Have you been

 4   to any Pugwash meetings in 2010?

 5        A.     Yes, I have.  I have been --

 6        Q.     When and where?

 7        A.     Was it this summer?  I believe this summer

 8   I attended a Pugwash meeting in Israel.

 9        Q.     When?

10        A.     I don't recall the exact date, but it was,

11   I believe, sometime this summer.

12        Q.     Were there any governmental officials

13   there from the Islamic Republic of Iran?

14        A.     At the meeting in Israel, no, I don't

15   believe so.

16        Q.     Okay.  Now, prior to that, how many total

17   Pugwash meetings have you been to?

18        A.     I think the Pugwash organization had their

19   annual meeting.  I believe that was in the --

20   somewhere in the Netherlands and that was -- yes, I

21   think that was in 2009 -- oh, I'm talking about 2009

22   now.
```

```
 1              2010 is a meeting in Israel, and I don't

 2    recall if there were any additional Pugwash meetings

 3    in 2010.

 4         Q.    Now, 2009, what Pugwash meetings did you

 5    attend?

 6         A.    In 2009, I believe there was a Pugwash

 7    meeting sometime in the spring in the Netherlands.

 8         Q.    That might explain the trip to Amsterdam

 9    April 17th to the 20th?

10         A.    That may do that, yes.  I don't recall the

11    exact dates of that meeting.

12         Q.    And are there any officials there from the

13    government of the Islamic Republic of Iran?

14         A.    I don't believe so.  To the best of my

15    recollection, there were no current government

16    officials at that meeting, to the best of my

17    knowledge, yes.

18         Q.    What about former government officials at

19    that meeting?

20         A.    There were academics from Iran, some of

21    them rather young.  Some of them who identified

22    themselves as being involved in the Mousavi campaign,
```

1  but they're not officials.  They're academics and

2  there was also a former Iranian official there, the

3  former ambassador, I believe.

4          He's the former ambassador who lives in

5  Amsterdam -- no.  He doesn't live there in Amsterdam.

6  I think he lives in Vienna, actually, but anyway, he

7  was there.

8          Oh, he used to be the ambassador to

9  Amsterdam -- that's the correction -- and his name is

10  Bozorgnehr Ziaran, B-O-Z-O-R-G-N-E-H-R, Z-I-A-R-A-N.

11  And I think his name is Reza Bozorgnehr, as well.  I

12  don't know which one is the official name, R-E-Z-A.

13      Q.    Who pays for your travel and hotel on

14  these Pugwash trips?

15      A.    Pugwash, to the best of my recollection,

16  has covered my hotel, as well as at times my travel

17  expenses.  I don't remember if it was partial or

18  fully.  I believe it was mostly fully.

19      Q.    Who funds Pugwash?

20      A.    Pugwash, to the best of my knowledge, is

21  funded by, I think, Ploughshares Foundation at some

22  point has been a funder, but I'm not familiar with

1    their funding structure.

2        Q.     Who funds Ploughshares?

3        A.     Who funds Ploughshares?

4        Q.     Who are the major contributors of

5    Ploughshares?

6        A.    I don't know that as well.  I think

7    Ploughshares has, I think, a rather large foundation

8    -- actually, is funded by -- largely funded by an

9    endowment, but I'm not sure.

10            I do know that they do fund-raisers

11   because I was asked to attend and speak at one of

12   their fund-raisers in which they raised money from

13   concerned Americans.

14            And their primary concern is

15   nonproliferation.  They're very, very active in

16   preventing the spread of nuclear weapons.

17       Q.    Is Ploughshares -- strike that.

18            Does Pugwash -- we talked about all of

19   these Pugwash meetings -- pay for your travel and

20   your hotel, generally, you said?

21       A.    My recollection is it's most of the time,

22   if not all the time, they have covered hotel

1    accommodation and I think also travel in most of the

2    cases.

3         Q.    And what number Ploughshares -- excuse me

4    -- Pugwash meeting are we on now that you've

5    attended?

6         A.    I don't think we have counted.  You asked

7    me about various Pugwash --

8         Q.    We did one in 2010.  How many in 2009?  We

9    were on Amsterdam.  Are there others in 2009?

10        A.    2009 -- there was something in the spring

11   prior to the elections.  Then I recall they invited

12   me to London after the elections, which was a

13   conference with UK government officials and think

14   tanks and nonproliferation people.

15        Q.    Ploughshares is a pretty big donor to NIAC

16   also, correct?

17        A.    Ploughshares has been one of our funders,

18   yes.

19        Q.    $200,000 in 2007 to 2009 alone, correct?

20        A.    Not on a yearly basis, no.

21        Q.    Total over these three years?

22        A.    Yes, $200,000 over the course of three

```
 1    years.  That sounds about right.  I don't know if

 2    that would make them a major funder.

 3         Q.    So did NIAC just get a large donation from

 4    Parsa Community Foundation?

 5         A.    Yes, we did.

 6         Q.    How much?

 7         A.    I think the total was $446,000.

 8         Q.    That came in when, yesterday or today?

 9         A.    I think we were informed of the decision a

10    month or so ago.

11         Q.    Back to Pugwash, any other Pugwash

12    meetings in 2009?

13         A.    I don't recall if there's been any

14    meetings in the fall or winter, no --

15         Q.    Okay.  Go ahead.

16         A.    -- so I believe that was two meetings in

17    2009, to the best of my recollection.

18         Q.    Okay.  What about 2008?

19         A.    2008, I believe there was -- let's see,

20    2008, I believe I may have attended three or so

21    meetings with Pugwash.  I believe there was one in

22    Israel.  I don't remember exactly in 2008 how many
```

1   meetings it was, but I believe it was three or four.

2        Q.   Paris?

3        A.   Paris, in 2008?  If you have any

4   documentation --

5        Q.   Let me ask you this:  Did you -- strike

6   that.

7             It may have been 2007.  Would you have

8   been to a Pugwash or some other Track II meeting in

9   2007 in Paris?

10       A.   2007, Paris, that I may have been in a

11  meeting with -- if I recall it correctly, Karim

12  Sadjadpour and I went to Paris for a meeting

13  organized -- I believe, it's called the European

14  Institute for Strategic Studies, which is a European

15  government-funded think tank that does conferences

16  and meetings.

17       Q.   Are there any governmental officials from

18  the Islamic Republic of Iran?

19       A.   I don't believe there were any current

20  governmental officials there.

21       Q.   Back to Pugwash in 2008, what Pugwash

22  meetings do you recall?  You mentioned one you

1  believe in Israel, you say?

2      A.    If I recall correctly, there were three or

3  four Pugwash meetings in 2008.

4      Q.    How does Vienna sound?

5      A.    Vienna would probably be one of them.  I

6  think there was one in the Hague.  I think there was

7  one in --

8      Q.    Vienna and the Hague are the same thing --

9  or no.  The Hague is in Amsterdam and Vienna is in

10 Austria, correct?

11     A.    Incorrect.  The Hague is a city in the

12 Netherlands.  Amsterdam is the capital of the

13 Netherlands.

14     Q.    Thank you.  I appreciate that.  So two

15 separate ones:  You've got the Hague, Amsterdam,

16 Holland, or however you want to call it, and Vienna

17 in Austria, correct?

18     A.    No, incorrect.  I believe there was one

19 meeting in Vienna.  There was one meeting in the

20 Hague.  I believe I attended a meeting in 2008 -- I'm

21 not sure if it was in 2008, but I believe I attended

22 an Israel meeting in 2008, as well.  And then I

1   believe --

2        Q.    What about New York?

3        A.    New York?  I don't recall Pugwash

4   organizing anything in New York.  That may have been

5   a different conference.

6        Q.    Well, on September 15th, 2008, Emily Blout

7   wrote a Durbin staffer that she wanted to let him

8   know about "An opportunity for the senator to

9   participate in high-level diplomatic talks between

10  the U.S. and Iran in New York next week.

11            Pugwash, which is hosting the talks, asked

12  us to reach out to members of Congress that might be

13  interested, and I immediately thought of you."

14            She goes on to write:  "It is my

15  understanding that the Iranian vice president and

16  other high-level officials will be there."

17            Does that refresh your recollection about

18  any Pugwash meetings in New York?

19       A.    Can I take a look at what you're referring

20  to?

21       Q.    No, because these are my notes.

22       A.    Can I take a look at the original version

Page 214

1   of that E-mail?

2         Q.    Having read that --

3         A.    I want to see the original document so I

4   can see that you read it correctly.

5         Q.    I'm not asking if I read it correctly.

6   Just reading what I did, that Emily Blout sent a

7   Durbin staffer an invitation to a Pugwash meeting in

8   New York, that wouldn't refresh your recollection as

9   to whether you attended a Pugwash meeting in New York

10  in 2008 attended by Iranian governmental officials?

11        A.    To the best of my knowledge, no meeting

12  was taking place in New York.

13              There may have been an attempt to create a

14  meeting in New York, but to the best of my knowledge,

15  there was no meeting in New York, which is part of

16  the reason why I have a hard time recalling a meeting

17  in New York because I actually don't believe it ever

18  took place, but I think it would be fair for me to be

19  able to see what you're referring to.

20        Q.    Were you in New York in September 2008

21  when President Ahmadinejad visited?

22        A.    I remember I was invited together with

1    people from the think tanks in the U.S. to some of

2    these sessions that Ahmadinejad held with think tank

3    people, journalists and academics.  I don't remember

4    if that was 2008, though.

5         Q.    Do you remember meeting with Rahim Mashaei

6    or Hashemi Samareh in New York in about September of

7    2008?

8         A.    I did not meet any of those individuals.

9    I remember at one of the meetings that was held in --

10   I think it's fair to point out that there's about 50

11   people in the room -- having an opportunity to ask

12   questions, not necessarily having the opportunity to

13   get an answer from Ahmadinejad.

14              I believe one of the individuals who was

15   in the room was Mashaei, but I did not speak to him.

16        Q.    That was when and where?

17        A.    I don't recall.  It was one of the

18   occasions around the general assembly which usually

19   is in -- I think it always is in September, but I

20   don't remember which year that was.

21        Q.    Well, your calendar on September 23, 2008

22   shows that you're at some event in the Broadway room

Page 225

1       A.      That may have been Vienna, yes.

2       Q.      And then there was one earlier in the year

3  that we talked about in Holland or the Hague,

4  correct?

5       A.      That seemed to sound right, yes, because I

6  think, yes, the Hague was summer or spring.

7       Q.      You said two or three Pugwash meetings in

8  2008.  We've talked about Vienna and Holland.  Was

9  there a third one that you can recall?  If you don't

10  believe this New York one occurred, where was the

11  third meeting?

12       A.      I mentioned to you earlier on that I

13  believe that there was a meeting in Israel in 2008.

14       Q.      Any idea when it was?

15       A.      The Israel meetings tend to be in the

16  summer because I've attended two Pugwash meetings in

17  Israel, and I believe they both have been in the

18  summer.

19       Q.      Well, let me ask you about the one in

20  Holland or the Hague, okay?  Were there any Iranian

21  government officials at that Pugwash meeting in the

22  Hague?

1       A.     Yes, there were.

2       Q.     And who would that have been?

3       A.     If I recall it correctly, in the Hague,

4    there was Ambassador Sultaneh, who was the Iranian

5    ambassador to the IAEA, I believe.

6              And there was also Samareh and there may

7    have been one or two more or a couple more -- I don't

8    recall their names -- and from the U.S. side, there

9    was former Secretary of Defense Bill Perry, I

10   believe, attended that as well as the other meetings,

11   as well as one or two other people from the Senate or

12   Congress.

13             There were people from the think tanks.  I

14   don't believe there were any journalists at the

15   Pugwash meetings, however.  These are Track II

16   meetings.

17      Q.     And this is Holland, again, we're talking

18   about, right?

19      A.     I believe that is in Holland, yes.

20             MR. KAPSHANDY:  Let me hand you what we'll

21   mark as your Deposition Exhibit 91, which purports to

22   be an August 15 and August 17 E-mail exchange between

Page 227

1    you and a gentleman by the name, at least his E-mail

2    address, of Aasoltanieh, but whom you address as Dear

3    Ambassador Soltanieh, correct?

4         A.    Yes.  His name is Soltanieh, yes.

5               (Exhibit Number 91 was marked for

6    identification and was attached to the deposition.)

7               BY MR. KAPSHANDY:

8         Q.    I defer to your pronunciation.

9               In any event, this would be the same

10   ambassador to the IAEA that you were just describing,

11   correct?

12        A.    Correct.  He was at the Pugwash meeting as

13   this E-mail also indicates.

14        Q.    And the IAEA is the International Atomic

15   Energy Agency, correct, responsible for international

16   policing of nuclear programs of nations around the

17   world, correct?

18        A.    I believe that is a factual

19   characterization of that, yes.

20        Q.    In fact, Iran has an ambassador to the

21   IAEA, do they not?

22        A.    I believe he is the ambassador to Iran.

1      Q.    He is and he was then, was he not,

2   Ambassador Soltanieh?

3      A.    I believe he was at the time, yes.

4      Q.    And at least from this E-mail exchange, it

5   would look like you met him and he responded:

6   "Thanks a lot.  It was a pleasure to meet you.  God

7   bless you, regards," right?

8      A.    Yes, though it is not signed, apparently.

9      Q.    You sent -- how did you get his E-mail

10  address, at that meeting or had you had it somewhere

11  before?

12     A.    I believe I got it at that meeting or I

13  got it from -- I may have gotten it from Pugwash.

14  I'm not sure.

15     Q.    Well, in any event, you sent the person

16  you believe to have Ambassador Soltanieh's E-mail

17  address greetings, and somebody responded from that

18  E-mail address.  Did they not?

19     A.    I assume it's him, yes, absolutely.

20     Q.    That seems fair.

21     A.    Yes.

22     Q.    You mentioned perhaps other governmental

1    officials.  Did you say Hashemi Samareh?

2         A.    I believe, yes, Samareh was there.

3         Q.    And did you meet him?

4         A.    Well, the meeting there is, I assume,

5    approximately no more than 20 people, so everyone met

6    everyone.  U.S. officials met the Iranian officials

7    and think tank people met U.S. officials and Iranian

8    officials.

9              MR. NELSON:  Counsel, at an appropriate

10   point, can we take a five-minute break?

11             MR. KAPSHANDY:  As good as now, for me,

12   whenever it's good for you.

13             THE VIDEOGRAPHER:  Here marks the end of

14   Videotape Number 3 taken in the deposition of Trita

15   Parsi.  Going off the record.  The time on the video

16   screen is 15:05:43 seconds.

17             (A break was taken.)

18             THE VIDEOGRAPHER:  Here begins Videotape

19   Number 4 taken in the deposition of Mr. Trita Parsi.

20   Going back on the record.  The time on the video

21   screen is 15:15:47 seconds.

22             Please continue.

1        Q.    And I don't want to go through all of

2    them.  There are many, and we can count those, but I

3    want to ask you some questions about a few of those

4    specific E-mails.

5            First of all, who else have you met with

6    or known in his office?

7        A.    In his office?

8        Q.    Well, in the office of the ambassador of

9    Iran to the United Nations.

10       A.    That would be him and his secretary, I

11   believe.

12       Q.    And who is his secretary?

13       A.    I forgot her name.

14       Q.    Is there another person in the office by

15   the name of Mohammad Nia?

16       A.    If you're talking about the office, that's

17   different.  If you're talking about the UN mission,

18   then there's other individuals there.

19       Q.    Right.  Let's talk about the mission to

20   the United Nations, not just the physical office of

21   the ambassador, because there are more than one

22   people.  He has a big job.  It's not just him and his

Page 246

```
 1    secretary, right?

 2         A.    I believe so.

 3         Q.    Who are the other people in the mission

 4    that you know and/or have met?

 5         A.    You mentioned one person.  Could you

 6    repeat the person's name.

 7         Q.    Mohammad Nia.  Who is that and what is his

 8    full name?

 9         A.    I don't remember his full name.  Mohammad

10    Nia -- if I remember correctly, many of these names

11    are actually very similar.

12               Mohammad Nia, if I remember correctly, was

13    the press secretary at the UN mission for a period.

14    I don't believe he's there any longer.

15         Q.    If and when -- strike that.

16               When and where would you have met him?

17         A.    In some of the interviews that I did, it

18    is commonplace for government officials to include a

19    press person in the room when you're conducting an

20    interview.  It's the same here in the United States.

21         Q.    Did you meet him in 2007 before the visit

22    of President Ahmadinejad when he spoke at the
```

1    University of Columbia or Columbia University?

2        A.    I don't recall.  If you have any

3    documentation that would support, I'll be happy to

4    take a look at it, but I don't recall off the top of

5    my head.

6        Q.    Who is Mohammad Attalah?

7        A.    Sorry?

8        Q.    Attalah, A-T-T-A-L-A-H?

9        A.    Can you repeat?

10       Q.    A-T-T-A-L-A-H.

11       A.    Are you referring to perhaps Amjad

12   Attalah?

13       Q.    Excuse me.  Thank you very much.  Amjad

14   Attalah.  Who is he?

15       A.    Amjad Attalah is an American expert on the

16   Israeli/Palestinian conflict.  I believe he's

17   currently at the New America Foundation.

18       Q.    And Amjad Attalah is actually a registered

19   agent under the Foreign Agent Registration Act for

20   the Palestinian authority, is he not?  Are you aware

21   of that?

22       A.    I'm not aware that he would be a foreign

Page 248

1   agent.

2        Q.    Or that he is a registered agent and has

3   participated in negotiations on behalf of the

4   Palestinian authority?

5        A.    What I know of Amjad's past, which I

6   believe is during a period in which I did not know

7   him, is that he is a lawyer, and I believe that he

8   was a legal advisor to the Palestinians.

9              I don't know if he engaged in any official

10  negotiations.  I do know, however, that he was

11  involved in an unofficial negotiation that was not

12  taking place, to the best of my understanding,

13  between government representatives, which was called

14  the Geneva Initiative, in which Israelis and

15  Palestinians who are not, to the best of my

16  knowledge, part of the current governments at the

17  time, negotiated a peace treaty between Israel and

18  Palestine, I assume -- I'm not an expert on this --

19  for the purpose of showing that a negotiated

20  settlement is possible.

21       Q.    But in any event, he is a legal advisor to

22  the Palestinian authority?

1      A.     You're using that in the present tense

2   that he is.  I don't believe that's the case.

3      Q.     You believe he was?

4      A.     My understanding is that he was, but I

5   don't keep a check on where he's working every day.

6   I'm not under the impression that he is currently.

7      Q.     Do you have any role in the arranging or

8   any role whatsoever in Ahmadinejad's speech at

9   Columbia in 2007?

10     A.     In arranging a meeting?

11     Q.     Any involvement.

12     A.     Of Ahmadinejad's speech in Columbia?

13     Q.     Right.

14     A.     Not at all.

15     Q.     Okay.  Turn in your calendar, please,

16  9/11/2007 -- and the dates are on the far left.

17     A.     No.  What is it I'm supposed to be looking

18  at?

19     Q.     9/11/2007.  It says Columbia U.

20     A.     9/11/2007 -- I don't see Columbia U.

21     Q.     Do you mind if I help you?

22     A.     Yes.

Page 250

```
 1        Q.    I don't want to get in your way, but you
 2    have to look --
 3        A.    Oh, I see.
 4        Q.    See, Columbia U and there's an appointment
 5    time there from 4:45 p.m. to 11:15 p.m.
 6        A.    Okay.
 7        Q.    First of all, does that remind you if you
 8    had a fairly lengthy meeting late in the evening at
 9    Columbia University on September --
10        A.    I believe that I was invited to Columbia
11    University to give a talk on my book and I remember
12    that was in the evening.  That may have been this
13    specific date.  There's nothing here in this entry
14    that specifies what the meeting was except for an
15    address.
16        Q.    Yes.  I mean, normally, if you have a
17    talk, you always have in your calendar where it's at
18    and who you are speaking before.
19              That's my question:  Who are you meeting
20    with at this meeting from, basically, five in the
21    evening until 11 in the evening at Columbia?
22        A.    You're making a characterization of my
```

1    calendar entries that I believe is false.

2        Q.    Did you have any other meetings at

3    Columbia before President Ahmadinejad went there to

4    speak in September of 2007?

5        A.    You are referring to this as a meeting,

6    whereas in reality, you have no evidence as to

7    whether it was a meeting or not.  I do recall --

8        Q.    You just liked to hang out in Columbia --

9        A.    As I mentioned, I did have an invitation.

10            MR. NELSON:  Objection.

11            BY MR. KAPSHANDY:

12        Q.    My question was:  Are there any other

13    meetings?

14            MR. NELSON:  Objection.  There's no

15    foundation for your question.  Have you asked if

16    there was a meeting?

17            BY MR. KAPSHANDY:

18        Q.    Were you at any meetings at Columbia

19    University in the summer of 2007 before President

20    Ahmadinejad went there?

21        A.    I do not recall that at all, no.  I do

22    recall, and I state that again, that I was invited by

1    Columbia University to give a talk on the book, and

2    my book which I believe was released only two or so

3    weeks before this date of 9/11/2007 -- which brings

4    me to suspect that based on the information you have

5    provided me here, that that is exactly what this

6    calendar entry is, my --

7         Q.    Turn to the next page, please, 9/12/2007,

8    2:00 p.m., it says Khazaei?  Do you see that?

9         A.    Um-hum.

10        Q.    Who is Khazaei.

11        A     There's many differently Khazaeis.

12        Q.    Well, at the time, the United Nations

13   ambassador from Iran was a gentleman by the name of

14   Khazaei, was it not?

15        A.    I don't remember if he was ambassador at

16   that time, but later on, there's an ambassador -- I

17   think he still serves -- who's name is Khazaei.

18        Q.    By the same spelling as you have there in

19   your calendar, correct?

20        A.    I don't know if there's many other ways of

21   spelling that.

22        Q.    And it shows a meeting from 2:00 p.m. to

Page 253

1   3:00 p.m. at no particular place.  It just says

2   Khazaei, correct?

3        A.    Correct.

4        Q.    And that doesn't refresh your recollection

5   as to whether you met with Ambassador Khazaei from

6   Iran to the United Nations on September 12, 2007?

7        A.    I have met with Ambassador Khazaei.

8   Whether this is a meeting with him or not, I don't

9   know.  I see also that, apparently, that same day or

10  the day after I had radio interviews in Wisconsin

11  over the radio station in Wisconsin.

12             And I also see after that, there's an

13  entry for a radio interview with a radio station in

14  Montana, which also says discuss your book,

15  "Treacherous Alliance."  And again, this is the time

16  in which my book was released.

17       Q.    I'm sorry.  I don't believe I asked you if

18  you did any radio interviews.  It will go a lot

19  faster if you just try and answer the question.

20             The question was the reference to Khazaei

21  at 2:00 p.m. on 9/12/2007, was that a meeting with

22  Ambassador Khazaei in New York when you were in New

Page 254

1    York?

2         A.    I do not recall if that is a meeting with

3    Khazaei, and also based on my calendar, I'm not sure

4    if I was in New York at the time, because,

5    apparently, I had a radio interview with Wisconsin.

6              So as to your question, I do not recall if

7    that meeting is with Ambassador Khazaei or not.

8         Q.    Turn back to the previous page.  Now, is

9    it possible -- I know you give interviews to radio

10   stations all over the country in some really small

11   towns.

12             Do they sometimes do those over the

13   telephone?

14        A.    Yes, they do.

15        Q.    It's a lot cheaper than flying you out to

16   some of these places all the time, right?  It's not

17   like people can see you on the radio?

18        A.    It has happened that I've been invited to

19   do a radio interview in a city far away in a studio.

20   I don't recall going to Wisconsin for that, however.

21        Q.    Further up on that page under 9/6/07, I

22   see an entry to someone named Slattery --

```
 1        A.    Yes.

 2        Q.    -- 1776 K Street, Northwest.  Do you see

 3   that?

 4        A.    Yes, I do.

 5        Q.    Who is Slattery?

 6        A.    Slattery -- who he is?

 7        Q.    Right.

 8        A.    Former -- I believe he's a former

 9   Congressman, a former -- Senator Slattery.

10        Q.    Currently, a registered lobbyist, correct?

11        A.    That I don't know.  I know he's a lawyer.

12        Q.    Would it surprise you to know that he's a

13   lobbyist?

14              MR. PISHEVAR:  Objection.

15              THE WITNESS:  I know that he's a lawyer

16   and he's working at a law firm.

17              BY MR. KAPSHANDY:

18        Q.    You have quite a few meetings in your

19   calendar with Slattery.  What are they about?

20        A.    I do?  Where are the other meetings?

21        Q.    Well, let's just work with this one, but

22   trust me, there's more than one, okay?
```

Page 262

1        A.     That is an evening meeting, correct?

2        Q.     Right.  And we know earlier in the day you

3    were up in New York City meeting with Mohammad Nia

4    from the mission, correct?

5        A.     That is what my calendar seems to

6    indicate.

7        Q.     It seems like a long day.

8        A.     Can you see what kind of a day July 19th,

9    2007 is?  Is it a Friday?  Is it a Saturday?

10       Q.     We'll look at it, but my question for you

11   is:  Why were you meeting with Mohammad Nia in New

12   York City?  Do you know?

13       A.     I have had regular meetings with many

14   different individuals from many different

15   governments.

16       Q.     We're just talking about Iran right now.

17   We'll talk about some of the other governments later

18   if we have time, but try to focus here, okay?

19              My question for you is:  Why were you

20   meeting with Mohammad Nia on this date?

21       A.     I don't recall exactly why there was that

22   meeting.  As I mentioned, I meet regularly with

1    officials from many different countries, including

2    Iran, including Israel, including many of the

3    European states.  That's part of what I do as an

4    academic and a scholar who studies the Middle East.

5         Q.    July 19, 2007 was a Thursday.  Does that

6    help you?

7         A.    It was a Thursday?

8         Q.    Right.

9         A.    That strengthens my suspicion that an 8:00

10   to 10:00 p.m. meeting or a calendar entry with Amjad,

11   which is listing his home address, apparently, was

12   the dinner that I was at at his house with Ken

13   Pollack and Andrea Mitchell.

14        Q.    And you can't remember why you were

15   meeting with Mohammad Nia?

16        A.    No.  No.  No.  Is it Andrea Mitchell?

17   Andrea Kopel -- yes, sorry.  Her name is Andrea

18   Kopel.

19        Q.    The question is:  Do you remember what the

20   meeting with Mohammad Nia was about?

21        A.    I do not recall what that meeting was

22   about, but it may have been similar to many other

Page 264

1    meetings I've had, in which I ask questions about

2    their perspectives on what is happening in the

3    region, developments on the international level, and

4    things of that nature.

5        Q.    Turn, if you could, back a few more pages

6    to June 25, 2007.

7            MR. NELSON:  I'm sorry.  Which date?

8            MR. KAPSHANDY:  June 25, 2007.  And it's

9    the very bottom of the page.

10           BY MR. KAPSHANDY:

11       Q.    Do you see a reference there to Z in the

12   UN?

13       A.    At the bottom of the page?

14       Q.    Right.

15       A.    Yes.

16       Q.    Who might Z in the UN refer to?

17       A.    Z in UN?  Z in UN, I would suspect, though

18   I cannot be certain, that it would be Zarif, the

19   ambassador to Iran, and this is June 2007.

20           And in your earlier question about --

21       Q.    Why don't you turn to the next page that

22   shows at the very top Acela express train, June 25

1    1:00 p.m. --

2        A.    Um-hum.

3        Q.    -- arriving 3:45 in New York City.

4        A.    Um-hum.

5        Q.    And the UN is in New York City, so it's

6    reasonable to assume you were meeting with somebody

7    by the name of Z in the UN, is it not?

8        A.    It is likely that that was the case.

9        Q.    How many times have you met with

10   Ambassador Khazaei?  Do you know?

11       A.    Ambassador Khazaei I don't believe I have

12   seen too many times.  I don't recall exactly.  Are

13   you referring to 2007 or are you referring to another

14   time?

15       Q.    Whenever.

16       A.    Because it raises a question.  Because if

17   this is Zarif at the UN in June, I'm wondering if

18   Khazaei -- it actually is the UN ambassador, because

19   these people -- well, it may have been during the

20   people in which they changed, but I don't know.

21       Q.    Yes.  In fact, I think we could find it in

22   your calendar.  There's a reference to you attending

1    Zarif's good-bye party, is it not?

2         A.    Yes.   There was an event at the UN.   I

3    went there, I believe, with Karim Sadjadpour and

4    several other individuals.   It was a UN event.

5    Several journalists, several people from CNN, etc.

6    It was a function at the UN.

7         Q.    Maybe if it helps, turn to 6/23/08.

8         A.    6/23/08, different year?

9         Q.    Yes.   You're going to have to go ahead a

10   few pages.   Do you see the fourth one down on

11   6/23/08?   It says ZIM and then there's an address

12   given, 3514 International Drive.

13             Do you have any idea what that's about?

14        A.    I cannot recall entirely, but I do

15   recognize 3514 International Drive.

16        Q.    And what is that?

17        A.    I believe that is the Israeli Embassy.

18        Q.    Might it be the Jordanian Embassy or is it

19   the Israeli Embassy?

20        A.    No.   I believe it is the Israeli Embassy.

21        Q.    And who is ZIM?

22        A.    Well, I believe that may be -- because

1    back when I was writing my dissertation, I had

2    different autocorrections which meant that, for

3    instance, in order not to have to write Washington

4    over and over again, I could have a code.

5              So if I wrote W something, it became

6    Washington.  And because Israel was IS -- Israel

7    would be IS, and that's a different word.

8              I actually remembered that I used ZI as

9    Israel, so that may be the reason for that.  Isn't

10   the Embassy of Israel at 3514 International Drive in

11   Washington, DC?

12        Q.   I don't know.  I'm asking you.  That's

13   what your belief is?

14        A.   That is my belief.

15             THE WITNESS:  It is?  That's what I

16   thought.

17             BY MR. KAPSHANDY:

18        Q.   Back to 2007, with any of your meetings

19   with Ambassador Zarif or anybody from the Iranian

20   mission to the UN when you were in New York or

21   elsewhere, do you recall any discussions about

22   President Ahmadinejad's speech at Columbia

1   University?

2       A.    Sorry.  Could you repeat the question,

3   again?  Any of my discussions --

4       Q.    With any of the officials from Iran's

5   mission to the United Nations, do you recall any

6   discussion about President Ahmadinejad's speech at

7   Columbia University?

8       A.    Okay.  I believe you first said with

9   Zarif.  And if these calendar entries are correct and

10  what you're saying was his speech at Columbia

11  University, then that speech would have happened

12  after Zarif left; is that correct?

13      Q.    No.  My question is:  At any time in 2007,

14  did you have any meetings or discussions, telephonic

15  E-mail, conversations, with anybody from Ambassador

16  Zarif's office, the mission, including Mohammad Nia,

17  or anybody else from the Iranian government's mission

18  to the United Nations?

19      A.    I don't recall.  If you have any

20  communication that existed, I'll be happy to take a

21  look at it.

22      Q.    We need to speed things up here.  After

1    President Ahmadinejad's speech in 2007, it didn't go

2    very well, did it?

3        A.    I'm sorry.  Whose speech?

4        Q.    President Ahmadinejad.

5        A.    President Ahmadinejad's speech in -- oh,

6    the famous speech he gave there where he made more

7    strange comments, and he was introduced by the

8    president of Columbia?  Is that the speech you're

9    referring to?

10       Q.    Right.

11       A.    I did not attend that speech.

12       Q.    No.  I understand that.  You're familiar

13   with it?

14       A.    I am familiar with it because I remember

15   that the same day that the speech was held I had a

16   presentation at Johns Hopkins SAIS, S-A-I-S.

17       Q.    My question is:  You're familiar with the

18   speech.  I didn't ask you where you were on that day.

19   You're familiar with the speech, okay?

20       A.    I am familiar with it.

21       Q.    And in fact, after the words, you wrote an

22   article somewhat critical of the president of

```
 1    Columbia's introduction and treatment of President

 2    Ahmadinejad, did you not?

 3         A.    I don't recall.  If there's an article

 4    that I've written, I would like to get a chance to

 5    see it to be able to comment.

 6         Q.    You don't recall, as you sit here today,

 7    writing an article about the way President

 8    Ahmadinejad was treated by the Columbia University

 9    president when he spoke there in September of 2007?

10              MR. PISHEVAR:  Asked and answered.

11              THE WITNESS:  That was not the question

12    you asked first.  What I said is that I don't recall

13    if the characterization of your description of my

14    article is correct because I don't recall the details

15    of that article.

16              If you have that article, I'll be happy to

17    take a look at it, and we can have a conversation

18    about it.

19              BY MR. KAPSHANDY:

20         Q.    No.  We're not going to waste any more

21    time on that.

22              My question is simply:  Do you recall
```

```
1    writing an article commenting upon the way President

2    Ahmadinejad was treated by the president of the

3    university -- or Columbia University in his

4    introduction of the President?

5         A.    I do have some recollection.  I don't

6    remember necessarily an article, but I remember that

7    when I was asked about it in the media that I said

8    that the unfortunate thing is that that behavior gave

9    Ahmadinejad an undeserved opportunity to come across

10   as if he was the victim, but if you have the article,

11   again, I'll be happy to take a look at it.

12              MR. KAPSHANDY:  Let me hand you what we'll

13   mark as your Deposition Exhibit 94.

14              (Exhibit Number 94 was marked for

15   identification and was attached to the deposition.)

16              MR. NELSON:  Counsel, I think this is 93.

17              THE WITNESS:  No.  It is 94.

18              MR. KAPSHANDY:  What are we going with,

19   Adrian?

20              MR. NELSON:  Unless there's one that I've

21   misnumbered, I think this should be 93.

22              MR. KAPSHANDY:  The witness has 93 in
```

Page 272

```
 1    front of him.
 2              MR. NELSON:  What was that?
 3              MR. KAPSHANDY:  I'll be glad to get you 93
 4    afterwards.  It's a Blout E-mail to Senator Durbin's
 5    office.
 6              BY MR. KAPSHANDY:
 7        Q.    94, for the record, is an E-mail from
 8    Trita Parsi to Zarif at 141.com.  And, again, I
 9    apologize for the three-hole punch, but it appears to
10    have been sent August 23, 2006, 1:04 p.m., correct?
11        A.    Correct.
12        Q.    And this was produced in native format by
13    your lawyers.  Let me first read it, since it's very
14    short.  "Hope all is well and you're back from
15    Tehran.  Would love to get a chance to see the
16    proposal or to understand more of what it entails.
17              If substantial, then certainly members of
18    Congress may find it a reasonable offer, even if the
19    White House does not."
20              First of all, did I read that correctly?
21        A.    Yes, you did.
22        Q.    Secondly, is this not, in fact, during the
```

1   time period when your calendar, which is also there

2   in front of you as Exhibit 8, is totally blank for a

3   five-month period?

4        A.   August 2006, yes.

5        Q.   It is?

6        A    Two years before litigation hold, yes,

7   there's a hold on the calendar.

8        Q.   Okay.  This will go a lot easier -- and

9   we're about to wrap up -- if you just try and answer

10  the questions I'm asking.

11            The question is:  Was this E-mail you sent

12  to Ambassador Zarif during the time period which we

13  talked about yesterday in 2006 when your calendar is

14  totally blank for five months?

15       A.   This is from the period in which there was

16  no litigation hold and there are clearly some -- a

17  period in which the calendar seems to have not been

18  used or there's nothing entered from it.

19       Q.   Or maybe stuff was depleted from it,

20  right?

21       A.   There's no litigation hold at the time.

22       Q.   I didn't ask that.  You'd like to answer

Page 274

1    that.  My question, though, is:  And/or possibly they

2    were deleted, were they not?

3                MR. NELSON:  Objection.  Speculation.

4                THE WITNESS:  I do not know.

5                BY MR. KAPSHANDY:

6       Q.    It's going to be a mystery, I guess.

7                MR. PISHEVAR:  Objection.

8                BY MR. KAPSHANDY:

9       Q.    With regard to the E-mail which we've

10   marked as Exhibit 94, what proposal are you referring

11   to that Ambassador Zarif appears to have with him

12   upon his trip back from Tehran?

13      A.    I don't recall exactly.  I do have a vague

14   recollection that in one of my interviews with him

15   for my book -- and you can check -- I assume, the

16   dates of the interviews are listed in the footnotes

17   of my book.

18                I have a recollection of him saying

19   something along the lines that, Tehran would come

20   with a proposal, and I remember being somewhat

21   skeptical about that.

22      Q.    Well, did you get to see the proposal that

1   he brought back?

2       A.   I don't recall.

3       Q.   Well, it seems you mentioned it in your

4   book that perhaps it's pretty important.  You don't

5   remember seeing this proposal?

6       A.   Well, I don't remember what proposal it

7   is.

8       Q.   Well, did he show you more than one

9   proposal?

10      A.   I don't recall how many proposals or how

11   many conversations he had about that.  I do remember

12   one document that he gave me which I already had a

13   version of.

14      Q.   Which was?

15      A.   The 2003 proposal.

16      Q.   And we talked yesterday about that having

17   occurred, the rerelease of the Grand Bargain in May

18   of 2006, correct?

19      A.   I'm not sure why you refer to that as a

20   rerelease.

21      Q.   Well, you did yesterday.

22      A.   I don't recall that, but okay.

Page 276

1        Q.    Well, in any event, the release of the

2    2003 offer in 2006 occurred on May 25 or earlier,

3    according to the exhibits we marked yesterday.

4        A.    I see.

5        Q.    So this August 23 E-mail, referring to a

6    proposal being brought back from Tehran by the

7    Iranian ambassador, couldn't have been that document

8    that you already had, correct?

9        A.    That sounds likely.

10       Q.    Sounds like a different proposal, correct?

11       A.    Could be, but then again, as I see here, I

12   don't see any proposal.

13       Q.    Right.  You ask him to give you a chance

14   to see the proposal, do you not?

15       A.    Correct.  Yes.  This is also during a

16   period I remember that there were no negotiations, I

17   believe, between the Europeans and -- between the

18   Europeans and the Iranians.

19            And I do believe one thing, that in one of

20   the interviews, I believe that Ambassador Zarif had

21   stated that the Iranians apparently had made

22   proposals to the Europeans.  And later on, I think in

1   the media that was also uncovered.

2               That may be a reference, mindful of the

3   fact that this is a period in which I'm writing the

4   book, and I'm seeing if there's an opportunity for me

5   to be able to utilize that for the book.

6               MR. KAPSHANDY:  Let me hand you what we'll

7   mark as your Deposition Exhibit 95, which is a

8   September 28, 2006 E-mail from Trita Parsi to the

9   same E-mail address, Zarif@141.com, entitled "UN

10  Envoy Bolton Unlikely to Get US Senate Vote", Lugar

11  says, and which I'll represent was produced by your

12  lawyers in this case.  It was a native E-mail file.

13              (Exhibit Number 95 was marked for

14  identification and was attached to the deposition.)

15              BY MR. KAPSHANDY:

16      Q.    First of all, have you ever seen this

17  E-mail before?

18      A.    I don't recall it, but it seems like it is

19  one of the E-mails that I've sent them.

20      Q.    Pardon?

21      A.    I seem to -- I don't recall it, but it

22  seems to be an E-mail, which is primarily a news item

Page 278

1    that I'm sending him.

2         Q.    Well, but at the very top above the news

3    item, it says in parentheses:  "From what I hear, the

4    below article still stands."  And it refers to,

5    again, UN Envoy Bolton, whom we know to be John

6    Bolton, unlikely to get U.S. Senate vote, does it

7    not?

8         A.    Correct.

9         Q.    Was there -- what was it when you used the

10   words -- and these are Trita Parsi's words -- from

11   what I hear, that was the source of your information,

12   that the information in the article was still true

13   about the vote on Ambassador Bolton?

14        A.    Well, I do recall that in the

15   conversations and interviews that I had with the

16   ambassador, it was mentioned that the new

17   conservative element, which I was also familiar with,

18   had been quite successful in driving the situation

19   closer to a confrontation.

20              And I believe I had one of those

21   interviews at a time when Bolton was speculated to be

22   the next UN ambassador, so I assume, though my

1    recollection is not 100 percent from what happened

2    five years ago, that I may have sent this E-mail to

3    him as it related to the conversation and interview I

4    had with him.

5         Q.    My question was:  What was the source of

6    your information, from what I hear, the likelihood of

7    Ambassador Bolton getting a vote was not good?  What

8    was the source of your information that you lead off

9    this E-mail to to Ambassador Zarif?

10        A.    I don't recall and the E-mail doesn't

11   indicate what it is, but I would assume that it is

12   essentially based on all the rumors that you hear

13   when you're here in Washington.

14        Q.    As we know from your calendar, you have a

15   lot of communications with people on The Hill, do you

16   not?

17        A.    I don't know if there are a lot of

18   communications, but I know a lot of people.

19        Q.    Well, we're not going to go through all of

20   them.  There are some summaries that represent that

21   NIAC has had, not only dozens, but over hundreds of

22   meetings with members of Congress, correct?

1       A.     I haven't counted all of those meetings,

2    but okay.

3       Q.     It wouldn't surprise you that it's over

4    hundreds?

5              MR. PISHEVAR:  Objection.

6              MR. NELSON:  Objection.  No foundation.

7              THE WITNESS:  Speculation.

8              BY MR. KAPSHANDY:

9       Q.     You're objecting to the question?

10      A.     I'm not in a position to object to a

11   question.

12      Q.     Okay.  Well, my question was:  Would it

13   surprise you that NIAC has reported, not only dozens,

14   but hundreds of meetings, with members of Congress?

15      A.     It would not surprise me that NIAC has

16   held numerous meetings with members of Congress or

17   with congressional offices, but whether there are

18   hundreds or -- when you say hundreds, you know, it's

19   a pretty big imprecise number.

20             But I do believe that there has been -- I

21   would assume, more than 100, but it also depends on

22   what time period you're talking about.  100 per

Page 281

1   month, I doubt.

2       Q.    I'm just talking about this E-mail now.

3       A.    Are you still on this E-mail?

4       Q.    Number 94, correct?

5       A.    Ninety-five?

6       Q.    Thank you, 95.  And my question is:  Was

7   it a habit of yours to pass information that you had

8   gleaned from whatever sources here in Washington, DC

9   to the Iranian ambassador to the United Nations?

10      A.    This is not a -- classified information.

11      Q.    I didn't ask you if it was classified.  I

12  just asked if you regularly had a habit of passing

13  information to the Iranian ambassador, whether it's

14  classified or not, about political news here in

15  Washington, DC?

16            MR. PISHEVAR:  Objection.

17            THE WITNESS:  You're talking about a

18  habit.  I don't recall having such a habit.  As I

19  explained --

20            BY MR. KAPSHANDY:

21      Q.    I believe you answered the question.

22      A.    No.  I wasn't finished.

Page 282

```
 1       Q.    I'm trying to avoid a stall here, because
 2   we understand you have to go and babysit, and I just
 3   want to ask you a question, yes or no.  You answered,
 4   no, you didn't have a habit.
 5              MR. PISHEVAR:  Objection.
 6              MR. NELSON:  First of all, counsel, don't
 7   refer to his family obligations with his children as
 8   babysitting obligations.  That's very, very negative
 9   and unnecessary.
10              Now, you've had two days.  If you haven't
11   used your time wisely, don't take it out on the
12   witness, but proceed with your questions.
13              MR. PISHEVAR:  And you interrupted.
14              THE WITNESS:  I would like to --
15              THE REPORTER:  Excuse me.  There's four
16   people talking.
17              BY MR. KAPSHANDY:
18       Q.    Complete your answer as shortly as
19   possible, because the question simply called for a
20   yes or no.
21              Did you have a habit of passing
22   information to the Iranian ambassador?
```

1      A.    I do not recall any habits, but I do

2  recall that there was in one of my interviews a

3  conversation about Bolton in the context of how

4  people in his circle in their (sic) conservative had

5  been quite open in their cause for a military

6  confrontation.

7           And it seems to me, based on something

8  that apparently happened five years ago, that I saw a

9  news item about it, and I forwarded it to the

10  ambassador as it related to the conversation I had

11  had with him.

12      Q.    So you were just trying to be helpful on a

13  random basis?

14      A.    I'm not trying to be helpful or anything

15  like that.  This is general communication.

16      Q.    Okay.  Turning back to Exhibit 94, where

17  you said it possibly referred to a proposal with

18  European countries, why then would the next sentence

19  say, "If it is substantial, then certainly members of

20  Congress, with a capital C, find it a reasonable

21  offer?"

22           Doesn't that suggest that perhaps,

1    contrary to what you've just said, it refers to a

2    proposal involving the United States?

3         A.    No, it does not.

4         Q.    It's Congress of Sweden?  Congress of

5    Italy? European? Union Congress?

6         A.    If you permit me to give you a full answer

7    so I can present the context.

8              It seems like you may not have read my

9    book or have been familiar with the material, but if

10   you had or if you had followed the negotiations on

11   the nuclear issue, you would have seen that it,

12   apparently, had been proposal from both sides,

13   whereas originally there was proposals that were made

14   public, where only the proposals that were coming

15   from the Europeans.

16              I, myself, learned of this in interviews

17   that I did with officials.  And I believe, though I

18   am not 100 percent certain, because this is five

19   years ago that as it was -- it was in the context of

20   the conversation that there had been efforts by both

21   sides to find a solution.

22        Q.    Who's on one side and who is on the other?

1    Are we talking Europeans and Iranians or the United

2    States and Iranians?

3         A.    Well, the United States, to the best of my

4    knowledge, at this point in time, August 23, 2006,

5    was not a party to the negotiations, so the

6    negotiations would have had to have been between the

7    Europeans and the Iranians.

8         Q.    Why did you expect the Iranian ambassador

9    to show you the proposal?

10        A.    I am a person that is doing interviews

11   with this official, as well as I have done with

12   American officials, as well as I have done with

13   Israeli officials.

14             And one of the things that you do, in

15   order to ensure that they're not just talking but

16   actually there's substance behind it, is that you

17   want to see if they have any documentation.

18             I believe that is part of doing proper

19   research, that one is not just speculating and ending

20   up writing false things.

21        Q.    Maybe it would help if we could here

22   briefly just to help make the record a little bit

Page 286

1   clearer about who we're talking (sic) is identify as

2   -- or show you what we'll mark as Exhibit 96.

3           (Exhibit Number 96 was marked for

4   identification and was attached to the deposition.)

5           BY MR. KAPSHANDY:

6       Q.    Do you recognize any of the people in

7   there?

8       A.    This is a very poor quality picture.

9       Q.    Well, is Ambassador Zarif in that picture?

10  You've met him enough times.  You might be able to

11  tell us and help us out.

12          MR. NELSON:  Objection.

13          MR. PISHEVAR:  Objection.  This is not the

14  best evidence.

15          THE WITNESS:  This is extremely poor

16  quality.  You can't even see what it says below it.

17  It seems to me that you have enlarged the picture.

18  The picture may be more sharp if you can provide its

19  original size, because the way it is right now, it's

20  kind of blurred.

21          BY MR. KAPSHANDY:

22      Q.    Do you recognize Ambassador Zarif in this

1   picture?

2        A.    As I'm telling you, you have provided me a

3   tremendously --

4        Q.    Who is the gentleman in the middle, the

5   big guy?

6        A.    You cannot see his face, but he seems to

7   be a bit overweight, which indicates to me that it

8   probably isn't him, because I don't have a

9   recollection of Zarif being overweight.

10        Q.    The gentleman in the middle is somebody by

11   the name of Sedeh Kharrazi, right, the gentleman

12   involved in the grand bargain, is it not?

13             MR. PISHEVAR:  Objection.  Calls for

14   speculation.  The witness has already said he can't

15   quite make out who is in the picture and who is not.

16             BY MR. KAPSHANDY:

17        Q.    K-H-A-R-R-A-Z-I, you've never heard of

18   that name?

19        A.    Kharrazi.

20        Q.    Kharrazi.  I apologize for my

21   pronunciation.  Does that look like him?

22        A.    I don't know if I've ever met Kharrazi, so

Page 288

1    I can't say, but this picture is of such poor

2    quality.

3               Again, it seems like you guys have taken a

4    normal size picture and blown it up, which has made

5    it unsharp.  Perhaps, if you can provide the original

6    in the format that it was, the picture will be

7    sharper and it will be easier to be able to see the

8    details and see who is who.

9        Q.    Do you recognize the second guy from the

10   left?

11              MR. PISHEVAR:  Objection.  Asked and

12   answered.

13              THE WITNESS:  These are extremely blurry

14   pictures, sir.

15              BY MR. KAPSHANDY:

16       Q.    Do you know who Hooman Majd is?

17       A.    Yes, I know who Hooman Majd is?

18       Q.    Could that be him?

19       A.    If it could be him?  Again, if you provide

20   me with a proper picture, I'll be happy to see.

21              MR. PISHEVAR:  Calls for speculation.

22              THE WITNESS:  I've met Hooman Majd, yes.

```
1              BY MR. KAPSHANDY:

2       Q.    And who is he?

3       A.    Hooman Majd is an author, and I think he

4   has a career previously as a music executive in the

5   United States.  He was born here.  He's a U.S.

6   citizen, but he's also spent time in Iran.

7       Q.    And he acts as President Ahmadinejad's

8   translator when he's here at times, does he not?

9       A.    He is a translator, yes.

10      Q.    And has translated for President

11  Ahmadinejad, has he not?

12      A.    I don't think it's him who decides who he

13  translates for, but you can ask him if that's the

14  case.

15      Q.    You've met him?  You know Hooman Majd?

16      A.    I know Hooman Majd, yes.  I'm not sure if

17  this is Hooman Majd, though, because this picture is

18  very, very poor quality.

19            MR. KAPSHANDY:  Let me hand you a better

20  quality picture we'll mark as Exhibit 97.

21            (Exhibit Number 97 was marked for

22  identification and was attached to the deposition.)
```

1         BY MR. KAPSHANDY:

2      Q.   Do you recognize any of the gentlemen in

3  that picture?

4      A.   This seems to be a very old picture.  It

5  does not have the main problems that the other

6  picture has, but it does look to be a fabricated

7  picture.

8      Q.   Do you know any of the people in the

9  picture?

10     A.   Well, it says that this is Zarif.  And it

11  certainly looks like him, but it must have been long

12  ago because I don't remember him looking like this.

13     Q.   Well, regardless of when it's from, do you

14  recognize that as Ambassador Zarif?

15     A.   Yes.

16     Q.   Which one is that?

17     A.   The guy to the top right.

18     Q.   Far right, right?

19     A.   Yes.  And then it looks as if there's two

20  people that have been edited into as if they were

21  part of this picture.  It looks like a very, very

22  poor job.

Page 291

1      Q.    Do you have some expertise with Photoshop?

2      A.    I don't, but I can see this, that it just

3  looks very fabricated.  It's been interesting to see,

4  as of late, how many entities, including countries,

5  have been caught editing pictures to make their

6  propaganda case.

7      Q.    Who is the gentleman in the middle, the

8  big guy with the beard?

9      A.    The big guy with the beard.  Oh, it says

10  the beard is Kharrazi.  The text below says that.

11          MR. PISHEVAR:  Counsel, are you proffering

12  this as an authentic picture that's not photoshopped?

13  Have you verified that this is not photoshopped?  Are

14  you offering this as a legitimate exhibit?

15          MR. KAPSHANDY:  I'm not asking him to

16  authenticate it.

17          MR. PISHEVAR:  I want to know what your

18  position is.

19          MR. KAPSHANDY:  I'm asking the witness if

20  he recognizes anybody in the picture.

21          MR. PISHEVAR:  I'm asking you about the

22  photograph.  Are you proffering this as an authentic

Page 292

1    genuine photograph?

2              MR. KAPSHANDY:  I'm not allowed to

3    testify, counsel, and I'm not asking him to

4    authenticate it.

5              MR. PISHEVAR:  You're presenting this as

6    an exhibit, counsel.

7              MR. KAPSHANDY:  Okay.  Let's move on.

8              BY MR. KAPSHANDY:

9       Q.    Do you recognize the gentleman in the

10   middle?

11      A.    I don't.  It says that it's the bearded

12   Kharrazi, but I don't know.

13      Q.    Have you ever seen Kharrazi?

14      A.    I'm not 100 percent sure if I have or if I

15   haven't.

16      Q.    And how about Mr. Javid, Jahanshah Javid?

17      A.    This looks like a picture of him probably

18   -- I don't know -- 20 years ago.

19      Q.    That's the gentleman who publishes

20   Iranian.com?

21      A.    It looks like it.  Can I ask you,

22   gentlemen, where this is from?  Is this potentially

1   from one --

2           MR. PISHEVAR:  Don't ask questions.

3           BY MR. KAPSHANDY:

4       Q.   You're here to answer, unfortunately.

5   We'll maybe have a chance some day when you can ask

6   me questions, and then we will.

7           MR. KAPSHANDY:  But right now, if we

8   could, just let me hand you what we'll mark as

9   Exhibit 98.

10          (Exhibit Number 98 was marked for

11  identification and was attached to the deposition.)

12          BY MR. KAPSHANDY:

13      Q.   I'll ask you if you recognize either of

14  the people in that picture?

15      A.   Yes, I do, sir.

16      Q.   And who might they be?

17      A.   Well, one of them is Hooman Majd.  I

18  believe he spells his name as H-O-O-M-A-N.  Last name

19  is M-A-J-D.  And the other gentleman with the very,

20  very good looking haircut is myself, I believe.

21      Q.   Any idea when that was taken or where?

22      A.   This does look to be at a fundraiser that

1    we did.  I believe it was one or two years ago.  I

2    don't recall seeing this picture, though.  If I could

3    get a copy of it high quality, I would appreciate it.

4        Q.    If we can find it, we'll be glad to send

5    you a nice shiny glossy one.

6        A.    Much appreciated.

7        Q.    A few quick questions here to mop up on

8    some other subjects, if we could, Mr. Parsi.

9            First of all, there's a number of

10   references in your calendar to Ali Ghezelbash.  We

11   talked about him yesterday.

12       A.    Ali Ghezelbash, yes.

13       Q.    For the record, could you spell that

14   because the reporter is making faces at both of us.

15       A.    I actually sympathize with you.  That is a

16   difficult name to spell and pronounce, but if I

17   recall it correctly, it would be -- Ali is A-L-I.

18   Last name is G-H-E-Z-E-L -- do you have the name

19   written out? -- B-A-S-H.

20       Q.    And I'm not going to go through all of the

21   meetings in the calendar, but there are a number, and

22   it's somebody that you have met both in Europe and in

1   the United States?

2       A.    I have met him in the United States.  Have

3   I met him in Europe?  I can't recall if I've met him

4   in Europe, but I have met him in the United States.

5       Q.    And as we mentioned yesterday, he works

6   for Statoil and is responsible for its business with,

7   in particular, the country of Iran?

8       A.    Is it called Statoil or it is Hydro?  It's

9   either Statoil, S-T-A-T-O-I-L, or it's Hydro or it's

10  actually both of them, H-Y-D-R-O.  I believe he's

11  responsible for the Middle East.  That's my

12  understanding.

13      Q.    Which is Iran?

14      A.    Yes.

15      Q.    And in fact, his company wants to do

16  business with Iran.  There's no secret about that,

17  correct?

18      A.    I believe his company does business with

19  Iran, but he's not the owner of the company.  He

20  works there.

21      Q.    Right.  And in fact, his company was

22  subjected to a substantial fine in the United States

1   for doing business with Iran.  Are you aware of that?

2        A.    I was not aware of that.

3        Q.    What's your business with Ali Ghezelbash

4   as somebody who's helping Iranian Americans

5   participate in civic affairs?

6        A.    Ali Ghezelbash -- because he comes to

7   Washington or at least he did -- I don't recall how

8   long ago it was that he was here -- attended

9   conferences that NIAC had held.

10            And I remember when he came to town.  He

11  asked me if I would be willing to meet some of his

12  colleagues who were interested in, I assume, my

13  analysis of what the situation was internationally.

14  I have never discussed business with Ali Ghezelbash.

15       Q.    A few other things just to wrap up.

16       A.    He grew up in Sweden, like I did.

17       Q.    With regard to the calendar you have there

18  in front of you that we've marked as Exhibit 8, I

19  just have two questions, again, about the production

20  procedure.

21            And in particular, if one refers to

22  Exhibit 62 which is very thick, and perhaps I'll help

1                        CERTIFICATE

2               I hereby certify that the witness was duly

3    sworn by me and that the deposition is a true record

4    of the testimony given by the witness.

5

6               _____

7                    Sherry L. Brooks, Court Reporter

8

9    (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL :

IRANIAN AMERICAN COUNCIL :

Plaintiffs :

v.                          :   Civil No.:

DAIOLESLAM SEID HASSAN,  :   08 CV 00705 (JDB)

Defendant :   Page 1 - 243

VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi,

was taken at the Law Offices of Sidley Austin, LLP,

1501 K Street, NW, Sixth Floor, Washington, DC 20005

commencing at 10:01 a.m. before Leslie A. Todd,

Registered Professional Court Reporter and Notary

Public, in and for the District of Columbia.

Page 2

```
 1   APPEARANCES:

 2

 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11        ERIC GALVEZ, ESQUIRE
     One South Dearborn
12   Chicago, IL  60603
     (312) 853-7643
13   (312) 835-7036 (Fax)
     E-mail:  Tkapshandy@sidley.com
14            Jfougere@sidley.com
              Megalvez@sidley.com
15   Representing the Defendant

16   ALSO PRESENT:

17        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
18        Mia Marbury, Videographer

19

20

21

22
```

Page 132

13:07:18   1   BY MR. KAPSHANDY:

13:07:19   2        Q     Let's talk about your meeting notes that

13:07:21   3   are referenced in your book Treacherous Alliance

13:07:24   4   that came out in 2007.

13:07:27   5             Approximately how many meetings,

13:07:29   6   interviews with Iranian government officials do you

13:07:32   7   cite in this book?

13:07:33   8        A     I believe 30 or so.  This is not new

13:07:37   9   material, though, as I understand.

13:07:38  10        Q     The question was simply how many

13:07:40  11   different times do you cite --

13:07:40  12        A     No, but this is not --

13:07:42  13        Q     -- interviews with Iranian officials?

13:07:46  14             MR. PISHEVAR:  I am going to object to

13:07:47  15   this.  This is not an appropriate question for this

13:07:49  16   deposition.

13:07:50  17   BY MR. KAPSHANDY:

13:07:50  18        Q     You say it's about 30?

13:07:51  19        A     Did you have my book at the previous

13:07:54  20   deposition?

13:07:54  21        Q     Can you answer the question, please.

13:07:55  22        A     Did you have the book at the previous

Page 133

13:07:57  1   deposition?

13:07:57  2      Q    I'm talking about the litigation hold and

13:07:59  3   the failure to comply with it.

13:08:01  4           And my question for you is, how many

13:08:03  5   interviews --

13:08:03  6      A    This book was written before the

13:08:04  7   litigation hold.

13:08:04  8      Q    Dr. Parsi, try and answer the question or

13:08:06  9   we're going to be here longer than two-and-a-half,

13:08:10 10   three-and-a-half hours.

13:08:11 11      A    This book was written before the

13:08:13 12   litigation hold.

13:08:14 13      Q    That's great.  My question for you is,

13:08:16 14   where did you keep all of the notes -- and there are

13:08:18 15   235 footnotes here that cite meetings with Iranian

13:08:23 16   governmental officials -- how were those

13:08:25 17   memorialized and where did you keep them?

13:08:27 18           MR. PISHEVAR:  I'm sorry.  You could have

13:08:29 19   asked this question at the previous deposition.

13:08:29 20   BY MR. KAPSHANDY:

13:08:29 21      Q    Go ahead and answer, please.

13:08:30 22      A    I don't recall.  This is several years

Page 134

| | | |
|---|---|---|
| 13:08:31 | 1 | ago.  This is my dissertation.  You had that |
| 13:08:34 | 2 | information for the previous deposition. |
| 13:08:35 | 3 | Q    Dr. Parsi, my question is, where did you |
| 13:08:38 | 4 | memorialize those notes from those meetings, the 235 |
| 13:08:42 | 5 | footnotes of personal communications with Iranian |
| 13:08:47 | 6 | governmental officials? |
| 13:08:48 | 7 | A    I don't recall.  This is -- this is based |
| 13:08:50 | 8 | on my dissertation that was written seven years ago, |
| 13:08:53 | 9 | eight years ago. |
| 13:08:53 | 10 | Q    My question isn't when.  My question -- |
| 13:08:54 | 11 | MR. PISHEVAR:  Let the witness finish -- |
| 13:08:55 | 12 | MR. KAPSHANDY:  He doesn't want to answer |
| 13:08:58 | 13 | the question. |
| 13:08:58 | 14 | MR. PISHEVAR:  I'm sorry, you're going to |
| 13:08:59 | 15 | need to let him talk. |
| 13:08:59 | 16 | BY MR. KAPSHANDY: |
| 13:08:59 | 17 | Q    Mr. Parsi, where did you memorialize |
| 13:09:01 | 18 | these? |
| 13:09:01 | 19 | A    I already -- I already answered your |
| 13:09:02 | 20 | question. |
| 13:09:02 | 21 | Q    You don't remember? |
| 13:09:03 | 22 | A    I don't remember.  This is eight years |

Page 135

13:09:04  1   ago.

13:09:04  2        Q    You don't remember if you took notes?

13:09:04  3        A    This is eight years ago.

13:09:05  4        Q    Did you put them on your computer?

13:09:07  5             MR. PISHEVAR:  Stop talking over the

13:09:09  6   witness, Mr. Kapshandy.

13:09:09  7   BY MR. KAPSHANDY:

13:09:09  8        Q    You don't remember if you wrote them down?

13:09:12  9        A    Sir, this is eight years ago, and this

13:09:14 10   means that it was probably on a computer that was

13:09:16 11   different from my laptop.

13:09:16 12        Q    And when you got rid of that computer,

13:09:18 13   these meeting notes of these 235 interviews weren't

13:09:22 14   of any value, so when you got rid of that computer

13:09:23 15   you didn't keep them.

13:09:23 16        A    I don't recall what the process was at the

13:09:25 17   time.

13:09:25 18        Q    In the calendar entries, there's a --

13:09:34 19        A    Which you also had access to in the

13:09:36 20   previous deposition.

13:09:37 21        Q    There is no question pending.

13:09:38 22             In the calendar entries, Dr. Parsi,

Page 142

| | | |
|---|---|---|
| 13:17:11 | 1 | your counsel. |
| 13:17:11 | 2 | THE WITNESS:  Oh, okay. |
| 13:17:12 | 3 | MR. KAPSHANDY:  That's fine. |
| 13:17:17 | 4 | THE VIDEOGRAPHER:  Do you still want to go |
| 13:17:19 | 5 | off the record, Counsel? |
| 13:17:20 | 6 | THE WITNESS:  No. |
| 13:17:20 | 7 | BY MR. KAPSHANDY: |
| 13:17:21 | 8 | Q    So you've never seen these before? |
| 13:17:23 | 9 | A    This one I have not seen. |
| 13:17:26 | 10 | Q    Let me hand you what we marked as your |
| 13:17:30 | 11 | deposition Exhibit 120, which is a NIAC invoice |
| 13:17:35 | 12 | expense report, again produced by Pugwash, from |
| 13:17:41 | 13 | approximately July of 2008 relating to the |
| 13:17:47 | 14 | August 2008 Pugwash meeting. |
| 14:10:28 | 15 | (Exhibit No. 120 was marked for |
| 14:10:28 | 16 | identification.) |
| 14:10:28 | 17 | BY MR. KAPSHANDY: |
| 13:17:51 | 18 | Q    Have you ever seen this before? |
| 13:17:53 | 19 | A    Yeah. |
| 13:17:55 | 20 | Q    Why wasn't it produced? |
| 13:17:57 | 21 | A    This? |
| 13:17:58 | 22 | Q    Right. |

Page 143

| | | | |
|---|---|---|---|
| 13:18:02 | 1 | A | It's a flight receipt. |
| 13:18:06 | 2 | Q | Pardon? |
| 13:18:07 | 3 | A | It's a flight receipt. |
| 13:18:09 | 4 | Q | It's not a document relating to your |

13:18:11  5    meeting in The Hague with Iranian governmental

13:18:15  6    officials?  I mean it's reimbursement for your

13:18:21  7    flight to that meeting, which we discussed the last

13:18:23  8    time was attended by several Iranian governmental

13:18:28  9    officials, correct?

13:18:29 10         A    It's a flight receipt.

13:18:31 11         Q    I understand that.  My question,

13:18:32 12    Dr. Parsi, is why wasn't it produced in response to

13:18:35 13    all documents relating to your meetings with Iranian

13:18:35 14    governmental officials?

13:18:36 15         A    This is not my meeting with the

13:18:38 16    government-related officials.  I'm invited to a

13:18:40 17    session.

13:18:41 18         Q    Oh, so that's not a meeting.  There happen

13:18:44 19    to be five Iranian governmental officials --

13:18:45 20         A    No, I just want to correct the

13:18:47 21    terminology.  I didn't fly there to meet anyone in

13:18:49 22    particular.

| | | |
|---|---|---|
| 13:18:50 | 1 | Q    They just happened to be there and you |
| 13:18:54 | 2 | were talking about Iran-U.S. relations and you |
| 13:18:57 | 3 | didn't think that was relevant to this lawsuit? |
| 13:18:58 | 4 | A    No, I'm just saying that part of the |
| 13:19:00 | 5 | reason why -- you know, just looking at this and |
| 13:19:02 | 6 | immediately seeing there is an expense report |
| 13:19:06 | 7 | probably didn't seem relevant. |
| 13:19:08 | 8 | Q    Did you have anything to do with setting |
| 13:19:10 | 9 | up these meetings? |
| 13:19:11 | 10 | A    These meetings were set up by Pugwash. |
| 13:19:13 | 11 | Are there any codes -- |
| 13:19:13 | 12 | Q    Dr. Parsi, the question was real simple. |
| 13:19:15 | 13 | Did you, Trita Parsi, have any involvement in the |
| 13:19:18 | 14 | setting up of these meetings? |
| 13:19:19 | 15 | A    No.   These meetings are set up by Pugwash. |
| 13:19:22 | 16 | I was asked, however, for suggestions of people who |
| 13:19:29 | 17 | could attend from the U.S. side.   I do recall that. |
| 13:19:35 | 18 | Q    For which meeting, both of them? |
| 13:19:37 | 19 | A    Are you sure I was at this meeting?   I'm |
| 13:19:39 | 20 | not seeing any quotes.   I mean did I say anything at |
| 13:19:43 | 21 | this meeting? |
| 13:19:43 | 22 | Q    You don't remember without looking at the |

Page 145

| | | |
|---|---|---|
| 13:19:46 | 1 | document? |
| 13:19:47 | 2 | A    I've been to too many -- to plenty of |
| 13:19:49 | 3 | meetings, but I'm not seeing a single reference to |
| 13:19:52 | 4 | me.  I know they were having meetings in which I was |
| 13:19:57 | 5 | not involved in as well, so that's why I'm asking. |
| 13:20:01 | 6 | Q    Well, first of all, let's stick with the |
| 13:20:03 | 7 | August 2008 meeting.  According to these minutes, it |
| 13:20:07 | 8 | was attended by five Iranian governmental officials, |
| 13:20:11 | 9 | a couple of which we talked about before: |
| 13:20:11 | 10 | Ambassador Samareh, also Ambassador Ziaran, |
| 13:20:17 | 11 | Dr. Mostafa Dolatyar, and Mr. Javed Hassanpour.  Do |
| 13:20:26 | 12 | you see that? |
| 13:20:27 | 13 | A    Mm-hmm. |
| 13:20:32 | 14 | Q    Now, if you turn to page 18 of that |
| 13:20:36 | 15 | document, which appears to be fairly detailed |
| 13:20:39 | 16 | summaries of various people's presentation, there is |
| 13:20:44 | 17 | a reference to you.  Do you see that? |
| 13:20:48 | 18 | A    Mm-hmm. |
| 13:20:48 | 19 | Q    Parsi. |
| 13:20:49 | 20 | A    There is a reference, yeah. |
| 13:20:52 | 21 | Q    "Regarding serious proposal by |
| 13:20:55 | 22 | administration to set up interest section in Iran. |

```
13:20:58  1   This is not opposed by anyone noteworthy in the U.S.
13:20:59  2   I understand it was not made through proper
13:21:02  3   channels.  Is there a response?  A time frame?"
13:21:05  4            Did I read that correctly?
13:21:05  5       A    Correct.
13:21:05  6       Q    Do you recall saying anything like "this
13:21:07  7   is not opposed by anyone noteworthy in the U.S."?
13:21:13  8       A    No.
13:21:13  9       Q    You don't recall saying that?
13:21:14 10       A    I don't recall saying that.
13:21:16 11       Q    Let me ask this:  Did anybody from the
13:21:17 12   United States government, Executive Branch or
13:21:20 13   Legislative Branch, authorize you to make a
13:21:24 14   statement that an interest section in Tehran is not
13:21:28 15   opposed by anybody noteworthy in the U.S.?
13:21:31 16       A    As I said, I don't recall having said
13:21:33 17   that.
13:21:33 18       Q    Well, do you deny saying it?
13:21:34 19       A    I'm not denying saying it.  I'm just
13:21:37 20   saying I'm not recalling saying that.
13:21:38 21       Q    So it's possible you may have said that?
13:21:40 22       A    I don't recall.  I recall asking a
```

Page 147

13:21:43    1    question:  What happened with the proposal to set up

13:21:48    2    a meeting -- an interest section in Iran?  What has

13:21:51    3    the Iranian response been to that question?

13:21:56    4        Q    Well, my question has to do with, did you

13:21:59    5    make a representation such as "this is not opposed

13:22:02    6    by anyone noteworthy in the U.S."?

13:22:05    7        A    And I'm saying I don't recall if I have

13:22:07    8    said that.

13:22:07    9        Q    Could you have said anything like that?

13:22:09   10        A    I frankly doubt that I would say something

13:22:12   11    like this because this was a heated -- this was a

13:22:15   12    heated issue.

13:22:15   13        Q    Well, now that you've seen this, do you

13:22:19   14    perhaps want to write Dr. Paolo and tell him that he

13:22:24   15    misrepresented what you said there?

13:22:25   16             MR. PISHEVAR:  Objection.

13:22:26   17             THE WITNESS:  Again, I never -- I've never

13:22:26   18    seen this document before.

13:22:27   19    BY MR. KAPSHANDY:

13:22:27   20        Q    Well, now that you have, my question is,

13:22:28   21    do you plan to tell him that needs to be corrected,

13:22:30   22    you didn't make that representation?

Page 148

| | | |
|---|---|---|
| 13:22:31 | 1 | A    As I explained to you, I said that I find |
| 13:22:33 | 2 | it unlikely that I would say that because I do |
| 13:22:35 | 3 | remember that this was a heated issue.  If I'm not |
| 13:22:38 | 4 | mistaken, this is at the time in which the Bush |
| 13:22:41 | 5 | administration came out in favor of it, but McCain |
| 13:22:44 | 6 | was against it. |
| 13:22:45 | 7 | Q    So if you said it, it wouldn't have been |
| 13:22:49 | 8 | correct, McCain apparently or somebody fairly |
| 13:22:49 | 9 | serious if -- |
| 13:22:51 | 10 | A    Well, I may have taken down the notes |
| 13:22:53 | 11 | incorrectly.  But, again, I don't recall exactly. |
| 13:22:56 | 12 | Q    Let's move on.  Turn to the next one, |
| 13:22:58 | 13 | December 2008 meeting. |
| 13:23:00 | 14 | A    Where is that?  Is it the same? |
| 13:23:03 | 15 | Q    It's all part of the same composite |
| 13:23:06 | 16 | document towards the back.  It's the last -- |
| 13:23:06 | 17 | MR. PISHEVAR:  Do you have the page |
| 13:23:08 | 18 | numbers? |
| 13:23:08 | 19 | MR. KAPSHANDY:  There is one that's pages 1 |
| 13:23:13 | 20 | through 2.  It's the third document. |
| 13:23:13 | 21 | BY MR. KAPSHANDY: |
| 13:23:14 | 22 | Q    "Pugwash Consultation on Iran's |

Page 149

13:23:16　1　Relationship With the West."　And then the last

13:23:19　2　document is actually more detailed.

13:23:21　3　　　A　What is the page number you want me to

13:23:23　4　turn to?

13:23:25　5　　　Q　Two-page document that follows the

13:23:33　6　December meeting.　It's the first one on the

13:23:33　7　December meeting.　Do you see that?

13:23:33　8　　　A　Mm-hmm.

13:23:37　9　　　Q　And my question for you is, they don't

13:23:39　10　list the Iranian participants at this meeting, but

13:23:42　11　we know from your prior testimony that they were

13:23:46　12　there.

13:23:46　13　　　　　Who do you recall being at this meeting

13:23:48　14　from Iran?

13:23:49　15　　　A　Hold on.　What meeting is this?　Vienna.

13:24:13　16　If it was in Vienna -- your question is who was

13:24:24　17　there from the Iranian side?

13:24:27　18　　　Q　Right.

13:24:28　19　　　A　I would assume that it would have been

13:24:32　20　Soltanieh, yeah.

13:24:34　21　　　Q　And perhaps Samareh --

13:24:36　22　　　A　Samareh, yeah.

Page 150

```
13:24:37  1        Q    If you look at the next document, there
13:24:40  2    are purported statements from them.
13:24:42  3        A    This -- which document is that?
13:24:43  4        Q    The ones you have right there.  It's a
13:24:46  5    seven-page more detailed summary of the remarks.
13:24:51  6        A    Yeah, this is more of a summary form.
13:24:53  7        Q    But you see in there that Soltanieh and
13:24:58  8    Samareh both made remarks, correct?
13:24:59  9        A    Oh, they did.
13:25:00 10        Q    Do you recall if there were any other
13:25:02 11    Iranian governmental officials there besides those
13:25:06 12    two?
13:25:06 13        A    I don't recall his name, but I do believe
13:25:09 14    that that guy popped off.  I don't know if he was
13:25:13 15    there throughout the session.  He's Iran's
13:25:19 16    ambassador to Austria, I think.
13:25:20 17        Q    To who, to where?
13:25:22 18        A    To Austria.  I think he was at this
13:25:24 19    meeting.
13:25:24 20        Q    Okay.  Well, if you look --
13:25:25 21        A    I don't know if he was there all the time,
13:25:26 22    so...
```

Page 151

| | | |
|---|---|---|
| 13:25:26 | 1 | Q    Well, if you look at the last document, on |
| 13:25:29 | 2 | page 1, the first large paragraph, Professor Paolo |
| 13:25:38 | 3 | Ramusini states:  Finally, we would like to thank in |
| 13:25:42 | 4 | particular Ambassador Ali Reza Ziaran, former |
| 13:25:47 | 5 | Iranian ambassador to The Hague, and now with the |
| 13:25:48 | 6 | CTBTO; Dr. Clifford Kupchan, Eurasia Group; and |
| 13:25:54 | 7 | Mr. Trita Parsi, National Iranian American Council, |
| 13:25:56 | 8 | for the valuable contributions given to the |
| 13:25:58 | 9 | organization of the meeting, and Ms. Sandra Ionno |
| 13:26:05 | 10 | Butcher, Pugwash office in London, for keeping |
| 13:26:05 | 11 | track of the most salient points discussed in the |
| 13:26:05 | 12 | meeting. |
| 13:26:07 | 13 | Did I read that correctly? |
| 13:26:08 | 14 | A    Yes, you did. |
| 13:26:10 | 15 | Q    Now, what were your contributions to the |
| 13:26:12 | 16 | organization of the meeting that Dr. Paolo Ramusini |
| 13:26:16 | 17 | was thanking you for? |
| 13:26:18 | 18 | A    If I recall it correctly, what this is, |
| 13:26:23 | 19 | is Paolo reached out to both me and Cliff Kupchan to |
| 13:26:28 | 20 | ask us what we thought would be important issues to |
| 13:26:31 | 21 | bring up at the meeting, people that would be |
| 13:26:36 | 22 | valuable to have there, et cetera, et cetera. |

Page 152

| | | | |
|---|---|---|---|
| 13:26:38 | 1 | Q | How did you have those communications? |
| 13:26:40 | 2 | A | Mostly by phone, I believe. |

13:26:43   3      Q      You had no e-mails with Pugwash or

13:26:47   4   Dr. Ramusini in setting up or going to or

13:26:51   5   participating in any of these Pugwash meetings?

13:26:53   6      A      I don't recall if there was or if there

13:26:56   7   wasn't.  But I do -- Paolo is a phone guy.  He likes

13:27:02   8   to make phone calls.

13:27:03   9      Q      I mean it must be pretty hard to set up

13:27:05   10  all these meetings without any e-mail --

13:27:06   11     A      I didn't set up those meetings.

13:27:08   12     Q      -- without any logistics, the details?

13:27:10   13     A      I didn't set up those meetings.

13:27:11   14     Q      How do you know where to show up and when?

13:27:11   15  They just call you on the phone and say be there

13:27:14   16  without an e-mail?

13:27:16   17     A      No.

13:27:16   18     Q      There's no invitations, no written

13:27:18   19  communications to you to get you there?

13:27:19   20     A      There's invitations.

13:27:22   21     Q      Well, how is it that none of those have

13:27:24   22  been produced by NIAC in this case?

Page 153

| | | | |
|---|---|---|---|
| 13:27:26 | 1 | A | That I'm not sure of. |
| 13:27:27 | 2 | Q | Okay.  Look into that -- let me ask you -- |
| 13:27:29 | 3 | A | I mean this -- this material I've never |

13:27:30   4    seen.

13:27:30   5         Q    We don't have a whole lot of time here,

13:27:31   6    Dr. Parsi.  Could you please look into and

13:27:33   7    double-check all of your discovery servers and CPUs

13:27:37   8    and see if you have any Pugwash communications with

13:27:42   9    regard to the setting up of these Track II meetings.

13:27:46  10         A    Yeah, I can tell you I've never seen these

13:27:49  11    documents before.

13:27:50  12         Q    That wasn't my question.  My question is,

13:27:52  13    since you believe that you had some sort of written

13:27:55  14    invitation, you would expect that you just don't

13:27:57  15    show up at a hotel in Vienna without knowing where

13:28:01  16    and when and how to get there, correct?  Yet none of

13:28:04  17    those have been produced by NIAC in this case.

13:28:23  18              Let me hand you what has been marked as

13:28:25  19    your deposition Exhibit 121.

13:28:22  20                   (Exhibit No. 121 was marked for

13:28:22  21                    identification.)

13:28:22  22

```
13:28:22  1   BY MR. KAPSHANDY:
13:28:54  2        Q    Dr. Parsi, let me hand you what we'll mark
13:28:56  3   as your deposition Exhibit No. 121, which is a
13:29:05  4   December 26th, 2007 memo from you to Alex Patico
13:29:12  5   regarding names for the retreat.
13:29:15  6             Have you seen this before?
13:29:18  7        A    I -- I don't recall seeing this.  It's
13:29:24  8   four or five years ago, but --
13:29:26  9        Q    Well, it's from a Trita Parsi e-mail that
13:29:30 10   you used to Alex Patico --
13:29:30 11        A    Mm-hmm.
13:29:32 12        Q    -- who we deposed in this case, correct?
13:29:36 13        A    Mm-hmm.
13:29:36 14        Q    Now, in response to some previous e-mails
13:29:40 15   from Alex about this retreat, he asks you who should
13:29:55 16   be recommended for inclusion in the retreat that
13:29:58 17   Sanam is putting together.  Do you see that?
13:30:01 18        A    Mm-hmm.
13:30:02 19        Q    Who is Sanam?
13:30:04 20        A    I don't know who is he -- who he is
13:30:06 21   referring to.  Can I read this?
13:30:06 22             (Witness peruses document.)
```

Page 155

| | | |
|---|---|---|
| 13:30:45 | 1 | Q    Did you get a chance to read it?  Who is |
| 13:30:49 | 2 | Sanam? |
| 13:30:49 | 3 | A    I don't know who Sanam is that he is |
| 13:30:51 | 4 | referring to.  We have not had any person work at |
| 13:30:54 | 5 | NIAC named Sanam, to the best of my knowledge, and I |
| 13:30:58 | 6 | don't think this is a reference to a NIAC conference |
| 13:31:00 | 7 | or event or anything like that.  This is |
| 13:31:01 | 8 | something -- |
| 13:31:01 | 9 | Q    No, I'm not asking is it a NIAC |
| 13:31:03 | 10 | conference. |
| 13:31:03 | 11 | A    No, I'm just explaining -- |
| 13:31:03 | 12 | Q    I'm asking you what is -- |
| 13:31:04 | 13 | A    -- to you why this is new to me in the |
| 13:31:06 | 14 | sense that this is -- |
| 13:31:06 | 15 | Q    The retreat that Alex is talking about |
| 13:31:10 | 16 | putting together or Sanam is putting together, and |
| 13:31:13 | 17 | he's asking you as to who you believe would be |
| 13:31:15 | 18 | appropriate.  You have no idea what retreat he's |
| 13:31:19 | 19 | talking about? |
| 13:31:20 | 20 | A    This is something that Alex was putting |
| 13:31:22 | 21 | together.  It had nothing to do with NIAC.  He's |
| 13:31:25 | 22 | asking for -- |

Page 156

| | | |
|---|---|---|
| 13:31:25 | 1 | Q    That wasn't my question, Dr. Parsi. |
| 13:31:25 | 2 | A    No, but that's part of -- |
| 13:31:26 | 3 | Q    My question is, do you have any idea what |
| 13:31:29 | 4 | he's talking about, because you got back to him? |
| 13:31:31 | 5 | A    Yeah, I got back to him, but I'm -- |
| 13:31:32 | 6 | Q    Well, let me quote for the record.  When |
| 13:31:34 | 7 | he asked you who else from the Iranian community, |
| 13:31:37 | 8 | you answered:  "No one that I can think of that is |
| 13:31:40 | 9 | acceptable to NIAC and to Tehran." |
| 13:31:42 | 10 | Very first line, do you see that? |
| 13:31:43 | 11 | A    Mm-hmm. |
| 13:31:44 | 12 | Q    You obviously knew what he was talking |
| 13:31:45 | 13 | about enough to answer that -- |
| 13:31:45 | 14 | A    Yeah, four years ago.  Yeah, four years |
| 13:31:47 | 15 | ago I knew exactly what he was talking about. |
| 13:31:49 | 16 | Q    And how is it that you knew what would be |
| 13:31:52 | 17 | acceptable to Tehran back in 2007? |
| 13:31:56 | 18 | A    Because I'm looking at what he's trying to |
| 13:31:58 | 19 | do, and he's trying to organize something in which |
| 13:32:00 | 20 | he can get people from all different sides to come |
| 13:32:04 | 21 | together.  And I assume that is the context of what |
| 13:32:08 | 22 | he's trying to do.  Did you ask Alex Patico about |

Page 157

13:32:12  1   this?

13:32:12  2        Q    Don't worry about how I conduct my

13:32:14  3   depositions, Dr. Parsi.

13:32:15  4             My question for you is, when you said you

13:32:18  5   can't think of anyone who is acceptable to Tehran,

13:32:21  6   the question is, how is it that you would know what

13:32:24  7   is acceptable to Tehran?

13:32:25  8        A    Let me remind you, I have a Ph.D. in

13:32:29  9   international relations, I work on Iranian foreign

13:32:33 10   policy, and I do have somewhat of a sense of what

13:32:37 11   kind of things the Iranians are thinking about, et

13:32:41 12   cetera, as I do when it comes to the Israelis

13:32:44 13   because I worked on the Israeli file as well.

13:32:47 14   That's probably why Alex is asking me.  He's doing

13:32:51 15   something he wants to bring people from all sides

13:32:52 16   together.

13:32:52 17        Q    Let's talk about the Pugwash meetings some

13:32:55 18   more, okay?

13:32:55 19        A    Mm-hmm.

13:32:56 20        Q    Did you tell NIAC members or board members

13:32:59 21   about your meetings with Iranian governmental

13:33:02 22   officials as either part of Pugwash or separate from

Page 158

13:33:05  1    that including, Ambassador Zarief (phonetic),

13:33:12  2    Ambassador Khazaei?

13:33:14  3         A    The Pugwash meetings I believe most people

13:33:17  4    knew about, yes.  But there's also a certain thing,

13:33:21  5    you know, these Pugwash meetings -- the instruction

13:33:23  6    from Pugwash itself is that they try to, for the

13:33:26  7    sake of making sure that they can continue with the

13:33:30  8    track, to keep it as discreet as possible.

13:33:36  9         Q    Let me ask this:  When you go to these

13:33:38  10   Track II and Pugwash meetings, who are you

13:33:40  11   representing?

13:33:41  12        A    I'm representing myself and to a certain

13:33:45  13   extent also NIAC.

13:33:46  14        Q    Well, I was going to ask you, at -- in the

13:33:49  15   minutes, at least, you're always referred to as

13:33:52  16   president and founder of NIAC.

13:33:53  17        A    Because I am the president and founder of

13:33:56  18   NIAC.

13:33:56  19        Q    So are you representing NIAC when you are

13:33:58  20   at these meetings?

13:33:59  21        A    That's not a question that they've asked

13:34:01  22   me what capacity I want to be there or not.  I'm the

Page 159

13:34:04  1   president of NIAC; they invite me -- they primarily

13:34:07  2   invite me because of my expertise on these issues.

13:34:10  3       Q    My question is, have you ever told NIAC in

13:34:12  4   writing that you are meeting with Iranian

13:34:17  5   governmental officials at these meetings?

13:34:19  6       A    I have had conversation with both staff as

13:34:22  7   well as board members reporting back to them --

13:34:26  8       Q    My question --

13:34:26  9       A    -- on some of these activities.

13:34:28  10      Q    My question, Dr. Parsi, is in writing have

13:34:30  11  you ever reported --

13:34:30  12      A    I don't believe this would be --

13:34:31  13      Q    Can I finish the question, please.

13:34:33  14           In writing have you ever reported back to

13:34:35  15  NIAC board members that you are meeting with Iranian

13:34:39  16  governmental officials, who they were and what you

13:34:42  17  were discussing?

13:34:42  18      A    In writing, I don't believe that takes

13:34:44  19  place, and if you take a look at our communication,

13:34:47  20  most of our communication is through telephone

13:34:49  21  conferences.  Not in writing.  I don't write about

13:34:53  22  this stuff.

Page 160

13:34:53  1      Q    I mean if you are representing the

13:34:55  2   Iranian-American community and participating in

13:34:58  3   civic affairs, wouldn't you want them to know what

13:35:00  4   you're doing --

13:35:00  5      A    No, and you are completely

13:35:01  6   mischaracterizing the entire purpose of these

13:35:03  7   meetings.  First of all, this is a Track II meeting

13:35:06  8   organized by an organization that is a Nobel peace

13:35:09  9   prize winner trying to resolve problems.  I'm not

13:35:13 10   representing the Iranian-American community there.

13:35:15 11   In fact, if you take a look at this, I'm hardly

13:35:18 12   saying anything.  I'm trying to find, you know, what

13:35:19 13   are the reference of me saying anything.  I'm there

13:35:23 14   because Paolo Cotta-Ramusini really appreciates the

13:35:27 15   feedback and the ideas that I give him.

13:35:29 16      Q    Don't you think it would enhance your

13:35:31 17   reputation in the Iranian-American community for

13:35:33 18   them to know all this hard work that you are doing

13:35:35 19   in meeting with these Iranian governmental officials

13:35:40 20   from 2006, 2007, 2008, 2009?

13:35:43 21      A    You are acting as if this is somewhat

13:35:45 22   secret.  Anyone who actually reads, which apparently

Page 161

13:35:47   1   doesn't include everyone, can go back and see that

13:35:50   2   in the footnotes of my book as well as in the text

13:35:53   3   of my book I explain very clearly that I have had

13:35:56   4   numerous conversations with these people in the

13:35:58   5   course of the work that I write.

13:35:59   6        Q    My question, Dr. Parsi, is if you are

13:36:01   7   doing such great work for the Iranian-American

13:36:04   8   community at these meetings in meeting with these

13:36:05   9   Iranian governmental officials --

13:36:05  10        A    That's not what I said.

13:36:06  11        Q    -- wouldn't it be important for them to

13:36:09  12   know what a great job you are doing?  Wouldn't it

13:36:11  13   enhance your reputation in the Iranian-American

13:36:14  14   community for them to know what communications you

13:36:17  15   are having with these Iranian governmental

13:36:20  16   officials?

13:36:20  17        A    My work is to make sure that we get

13:36:23  18   results.  It's not about enhancing anyone's

13:36:26  19   reputation.  This is done for the purpose of making

13:36:28  20   sure that the wishes of the NIAC membership are

13:36:31  21   pursued as effectively as possible, which is to make

13:36:34  22   sure that there is no war between the United States

Page 162

13:36:36  1    and Iran; that the human rights issue in Iran is not

13:36:41  2    neglected directed by the outside world; and that

13:36:44  3    the Iranian-American community has an ability to --

13:36:46  4    to be relevant in these decisions.

13:36:47  5         Q    Have you ever told the members of NIAC or

13:36:51  6    the Iranian-American community about your meetings

13:36:54  7    with these Iranian governmental officials and what

13:36:57  8    you have discussed with them?

13:36:59  9         A    There has been numerous occasions on which

13:37:02  10   members have asked me, and I tell them because as a

13:37:05  11   result of being able to go to these meetings, I have

13:37:08  12   a better understanding of what actually is taking

13:37:10  13   place.  They rely on me on an analysis of what the

13:37:14  14   situation is, which direction the different

13:37:16  15   governments are moving in, and particularly the most

13:37:18  16   common question is, Has the risk of war reduced?

13:37:21  17        Q    Well, you understand under the United

13:37:25  18   States Constitution that authority to enter into

13:37:29  19   international negotiations is vested solely in the

13:37:33  20   Executive Branch, right?

13:37:33  21             MR. PISHEVAR:  Objection.  This is not an

13:37:35  22   appropriate question.

| | | |
|---|---|---|
| 13:37:35 | 1 | THE WITNESS:  This is not a negotiation.  I |
| 13:37:37 | 2 | think you -- |
| 13:37:37 | 3 | MR. PISHEVAR:  Don't -- don't respond, |
| 13:37:39 | 4 | please. |
| 13:37:39 | 5 | BY MR. KAPSHANDY: |
| 13:37:40 | 6 | Q    Do you understand that?  I know you are |
| 13:37:42 | 7 | not a U.S. citizen and this is very humorous, but my |
| 13:37:46 | 8 | question for you is -- |
| 13:37:47 | 9 | MR. PISHEVAR:  Objection.  Counsel, please. |
| 13:37:47 | 10 | BY MR. KAPSHANDY: |
| 13:37:48 | 11 | Q    -- do you understand that it's the |
| 13:37:50 | 12 | Executive Branch's sole authority, not even the |
| 13:37:53 | 13 | Legislative Branch, to have negotiations and |
| 13:37:54 | 14 | communications with members of foreign governments? |
| 13:37:58 | 15 | A    Do you know what a Track II meeting is? |
| 13:38:00 | 16 | Q    Do you understand the question, first of |
| 13:38:02 | 17 | all? |
| 13:38:02 | 18 | A    I asked your question.  Your question is |
| 13:38:04 | 19 | completely irrelevant.  This is a Track II meeting. |
| 13:38:07 | 20 | There is no negotiation taking place. |
| 13:38:09 | 21 | Q    Do you understand the question? |
| 13:38:10 | 22 | A    I do understand the question.  I'm |

Page 164

13:38:11  1   answering you, there is no negotiation --

13:38:11  2        Q    Do you understand --

13:38:13  3        A    -- taking place here.

13:38:13  4        Q    Do you know what the Logan Act is?

13:38:15  5        A    The Logan Act, no, I don't think so.

13:38:16  6             MR. PISHEVAR:  Objection.

13:38:16  7   BY MR. KAPSHANDY:

13:38:17  8        Q    You are not aware that there is federal

13:38:21  9   legislation that prohibits --

13:38:21 10             MR. PISHEVAR:  Same objection.

13:38:21 11   BY MR. KAPSHANDY:

13:38:22 12        Q    -- private citizens from meeting with

13:38:24 13   foreign governmental officials?

13:38:26 14             MR. PISHEVAR:  Objection.  This is not an

13:38:28 15   expert on legal analysis or --

13:38:28 16             THE WITNESS:  No.

13:38:29 17   BY MR. KAPSHANDY:

13:38:29 18        Q    So you never sought any legal advise as to

13:38:32 19   whether it is prohibited or not --

13:38:33 20             MR. PISHEVAR:  Objection.  Privileged and

13:38:35 21   confidential.

13:38:35 22

Page 165

```
13:38:35  1    BY MR. KAPSHANDY:
13:38:36  2        Q    -- to meet with foreign governmental
13:38:37  3    officials --
13:38:37  4             MR. PISHEVAR:  Inappropriate question.
13:38:37  5    BY MR. KAPSHANDY:
13:38:37  6        Q    -- to discuss international --
13:38:38  7             MR. PISHEVAR:  Don't answer that.
13:38:38  8    BY MR. KAPSHANDY:
13:38:40  9        Q    -- relations?
13:38:40  10            MR. PISHEVAR:  Objection.  Don't answer
13:38:42  11   that.
13:38:42  12   BY MR. KAPSHANDY:
13:38:45  13       Q    Can you -- have you ever sought legal
13:38:45  14   advice --
13:38:45  15            MR. PISHEVAR:  Objection.
13:38:45  16   BY MR. KAPSHANDY:
13:38:46  17       Q    -- on whether that's permissible?
13:38:48  18            MR. PISHEVAR:  Don't answer that.  Next
13:38:53  19   question.
13:38:53  20   BY MR. KAPSHANDY:
13:38:54  21       Q    Can you answer the question?
13:38:55  22            MR. PISHEVAR:  No.  He's -- I'm instructing
```

Page 166

| | | |
|---|---|---|
| 13:38:56 | 1 | him not to answer that. |
| 13:38:58 | 2 | MR. KAPSHANDY:  On what basis? |
| 13:38:59 | 3 | MR. PISHEVAR:  It's -- you are asking him |
| 13:39:00 | 4 | about legal advice that is privileged and |
| 13:39:02 | 5 | confidential. |
| 13:39:02 | 6 | MR. KAPSHANDY:  I'm asking him if he simply |
| 13:39:04 | 7 | sought the advice. |
| 13:39:04 | 8 | BY MR. KAPSHANDY: |
| 13:39:05 | 9 | Q   Without stating exactly what the advice |
| 13:39:07 | 10 | is, have you ever sought advice as to whether it |
| 13:39:07 | 11 | is -- |
| 13:39:07 | 12 | MR. PISHEVAR:  Objection. |
| 13:39:07 | 13 | BY MR. KAPSHANDY: |
| 13:39:11 | 14 | Q   -- permissible for a private citizen to |
| 13:39:11 | 15 | have communications with foreign governmental |
| 13:39:13 | 16 | officials? |
| 13:39:13 | 17 | MR. PISHEVAR:  It's irrelevant.  It's |
| 13:39:15 | 18 | privileged. |
| 13:39:16 | 19 | Don't answer that. |
| 13:39:16 | 20 | MR. KAPSHANDY:  Are you instructing him not |
| 13:39:18 | 21 | to answer? |
| 13:39:19 | 22 | MR. PISHEVAR:  Call the Judge -- we can |

Page 183

| 14:18:30 | 1 | Q    Okay.  Well, that helps.  That's all I had |
| 14:18:30 | 2 | on that.  Let's put that aside. |
| 14:18:37 | 3 | Back to the meetings with Iranian |
| 14:18:40 | 4 | governmental officials, did you not speak on "Voice |
| 14:18:44 | 5 | of America" in February of 2008 of this year and |
| 14:18:47 | 6 | state that you had not told NIAC members about your |
| 14:18:51 | 7 | meetings with Iranian governmental officials? |
| 14:18:58 | 8 | A    I don't recall exactly -- no.  I think he |
| 14:19:03 | 9 | asked me in what capacity I was there.  I don't have |
| 14:19:06 | 10 | any recollection that he asked about anything else |
| 14:19:08 | 11 | on that. |
| 14:19:09 | 12 | Q    You don't recall being asked specifically, |
| 14:19:13 | 13 | had you told NIAC members about these meetings with |
| 14:19:16 | 14 | Iranian governmental officials and you denying that? |
| 14:19:19 | 15 | A    I don't recall him asking me about those |
| 14:19:21 | 16 | specific meetings, no.  I do recall that he asked me |
| 14:19:25 | 17 | if I was at those meetings, he asked me what those |
| 14:19:27 | 18 | meetings were about, but I don't recall that he |
| 14:19:29 | 19 | asked me anything else about them.  Also there were |
| 14:19:36 | 20 | elements of that interview that you tape but you |
| 14:19:42 | 21 | don't necessarily air. |
| 14:19:47 | 22 | Q    What does that mean? |

Page 184

14:19:50  1       A    It means that I think he taped 30 minutes

14:19:52  2   and he aired 20 minutes.

14:19:53  3       Q    Well, the interview will speak for itself,

14:19:56  4   so we won't belabor that any further.

14:19:59  5            Let me hand you what we'll mark as your

14:20:02  6   deposition Exhibit 125.

14:20:04  7            (Exhibit No. 125 was marked for

14:20:05  8            identification.)

14:20:05  9   BY MR. KAPSHANDY:

14:20:06 10       Q    Which is a March 17, 2006 e-mail from you

14:20:10 11   to Mohammad Mansouri.  And --

14:20:21 12       A    This is -- you all had this for the

14:20:24 13   previous deposition.

14:20:25 14       Q    -- my question here is --

14:20:25 15            MR. PISHEVAR:  Well, are you proffering

14:20:26 16   that this is a new document that you obtained and you

14:20:29 17   didn't have an opportunity to ask about --

14:20:31 18            MR. KAPSHANDY:  My question has to do with

14:20:33 19   all the meetings with the Iranian governmental

14:20:33 20   officials that weren't provided to us recently, and

14:20:35 21   it's a follow-up on that, so I'll tie it up, Counsel,

14:20:37 22   okay?

Page 185

```
14:20:39   1              MR. PISHEVAR:  I'm not sure I
14:20:40   2    understand --
14:20:40   3    BY MR. KAPSHANDY:
14:20:41   4       Q    My question for you, Dr. Parsi, again in
14:20:43   5    relationship to all of the dozens of meetings you've
14:20:46   6    had with Iranian governmental officials --
14:20:49   7              MR. PISHEVAR:  Objection to the
14:20:50   8    characterization.
14:20:50   9    BY MR. KAPSHANDY:
14:20:51  10       Q    -- many of which we've only recently
14:20:53  11    gotten documentation on --
14:20:55  12              MR. PISHEVAR:  Counsel is testifying.
14:20:56  13    BY MR. KAPSHANDY:
14:20:57  14       Q    When you stated in response to Mo
14:20:59  15    Mansouri's concerns about security when he was
14:21:01  16    visiting Iran, and I direct you to the last sentence
14:21:06  17    of your 3/17/06 response, quote:  I can tell you
14:21:11  18    that NIAC has a good name in Iran and your
14:21:15  19    association with it will not harm you.  In fact, I
14:21:16  20    believe two of our board members are in Iran as we
14:21:21  21    speak, end quote.
14:21:21  22              MR. PISHEVAR:  Are you still --
```

```
14:21:21   1    BY MR. KAPSHANDY:
14:21:21   2         Q     Did I read that correctly?
14:21:22   3              MR. PISHEVAR:  Are you still reading from
14:21:23   4    this e-mail?
14:21:23   5              MR. KAPSHANDY:  Yes.
14:21:24   6              MR. PISHEVAR:  How is this a new thing?
14:21:25   7    You just asked a question about that e-mail.
14:21:26   8              MR. KAPSHANDY:  Your objection is noted.
14:21:26   9    BY MR. KAPSHANDY:
14:21:27   10        Q     Dr. Parsi, did I read that correctly?
14:21:27   11             MR. PISHEVAR:  No, I'm not -- I'm not going
14:21:30   12   to --
14:21:30   13             MR. KAPSHANDY:  Let's go off the record
14:21:31   14   then because you're not going to further filibuster
14:21:32   15   and stall, Counsel.  Let's go off the record.
14:21:33   16             MR. PISHEVAR:  You are asking questions you
14:21:35   17   could have asked before.  You are not allowed to do
14:21:37   18   that.  And you are already beyond the time.
14:21:37   19             MR. KAPSHANDY:  The Judge didn't say I
14:21:39   20   couldn't allow to do that.  This follows upon
14:21:40   21   documents that you withheld regarding meetings with
14:21:41   22   the Iranian governmental officials.
```

Page 187

```
14:21:41   1              MR. PISHEVAR:  How is this a new document?
14:21:43   2    Is this a new document?
14:21:44   3    BY MR. KAPSHANDY:
14:21:45   4        Q    I'm asking you, Dr. Parsi, about your
14:21:47   5    meetings with Iranian governmental officials.
14:21:50   6              My question, first of all, is did I read
14:21:52   7    that correctly?
14:21:52   8              MR. PISHEVAR:  Objection.
14:21:53   9    BY MR. KAPSHANDY:
14:21:54  10        Q    Can you answer that?  It's a real simple
14:21:56  11    question, Dr. Parsi:  Did I read it correctly?
14:21:58  12        A    Yes, you read it correctly.
14:22:00  13        Q    And did you in 2006 tell Mo Mansouri not
14:22:04  14    only that NIAC has a good name in Iran, but that in
14:22:08  15    fact two board members were in Iran as we speak?
14:22:11  16    Did you tell him that?
14:22:11  17        A    I believe that is correct, and there is a
14:22:14  18    reference to the fact that we got a lot of feedback
14:22:14  19    from ordinary people in Iran who are very
14:22:14  20    appreciative of the work that we were doing.
14:22:18  21        Q    Who are these people in Iran that are very
14:22:20  22    appreciative of your work that you're doing?  Would
```

Page 188

14:22:20   1   any of them be governmental officials?

14:22:23   2      A    No.

14:22:23   3      Q    None of them were?

14:22:24   4      A    No.  I never had any conversation to my

14:22:27   5   recollection with government officials in which they

14:22:30   6   would have said something like that.  I do have a

14:22:33   7   recollection that we have members who go to Iran,

14:22:36   8   who come back and they say that people appreciate --

14:22:40   9      Q    Well, if Mo Mansouri has some problems

14:22:41  10   with security, is it going to do any good to him if

14:22:44  11   nobody in the government has these sorts of feelings

14:22:48  12   about NIAC if it's just some citizen on the street?

14:22:48  13      A    Well, for the record, Mo Mansouri --

14:22:52  14   Mohammad Mansouri was taken by the Iranian

14:22:54  15   government, and as a result, did not go back.

14:22:57  16      Q    In 2006?

14:22:58  17      A    I don't remember which year it was, but it

14:23:01  18   was in relation to this project.  He was taken by

14:23:04  19   the Iranian government, and he decided not to go

14:23:07  20   back.

14:23:13  21      Q    Let me hand you what we'll mark as your

14:23:16  22   deposition Exhibit 126.

Page 240

```
 1                    CERTIFICATE OF NOTARY PUBLIC

 2             I, LESLIE A. TODD, the officer before whom

 3   the foregoing deposition was taken, do hereby certify

 4   that the witness whose testimony appears in the

 5   foregoing deposition was duly sworn by me; that the

 6   testimony of said witness was taken by me in stenotypy

 7   and thereafter reduced to typewriting under my

 8   direction; that said deposition is a true record of the

 9   testimony given by said witness; that I am neither

10   counsel for, related to, nor employed by any of the

11   parties to the action in which this deposition was

12   taken; and, further, that I am not a relative or

13   employee of any counsel or attorney employed by the

14   parties hereto, nor financially or otherwise

15   interested in the outcome of this action.

16

17   Dated this _____ day of _____ 2011.

18

19                           _____
                             LESLIE A. TODD
20                           Notary Public in and for the
                             District of Columbia
21

22   My commission expires:
```