# EXHIBIT Z

**Unknown**

**From:** Trita Parsi [tparsi@niacouncil.org]
**Sent:** Friday, May 19, 2006 2:43 PM
**To:** zarif@141.com
**Subject:** Salaam

Hope all is well. I will be in NY on June 1 and wanted to see if I could steal 30-45 min of your time for two purposes (preferably in the afternoon):

1. NIAC is working with New America Foundation to set up a one-day conference on the Hill this fall to make the case for dialogue. We will be flying in 10-15 experts from the region and beyond. We would also like to have you address the conference via satellite link and wanted to talk to you about the feasibility and details of that.
2. I am working with the Strategic Assessments Initiative to work with regional governments to enhance the feasibility of a new Persian Gulf security arrangement. In particular, we will be working in DC to create stronger support for such an arrangement. Clearly, we need to work with the regional governments, and I would like to hold some preliminary talks with you about this, if possible.

Thanks so much!

/tp
202 386 2303

12/9/2009

**Unknown**

**From:** Trita Parsi [tp@tritaparsi.com]
**Sent:** Wednesday, August 23, 2006 11:04 AM
**To:** 'zarif@141.com'
**Subject:** Salaam

Hope all is well and that you are back from Tehran. Would love to get a chance to see the proposal or to understand more what it entails. If it is substantial, then certainly members of Congress may find it a reasonable offer, even if the White House doesn't. tp

12/9/2009

**Unknown**

**From:** Trita Parsi [tp@tritaparsi.com]
**Sent:** Thursday, September 28, 2006 3:17 PM
**To:** 'zarif@141.com'
**Subject:** UN Envoy Bolton Unlikely To Get US Senate Vote, Says Lugar

(from what I hear, the below article still stands)

UN Envoy Bolton Unlikely To Get US Senate Vote, Says Lugar
Thursday September 28th, 2006 / 18h58

> WASHINGTON (AP)--The Senate probably will recess this week without voting on the nomination of John Bolton as the U.S. ambassador to the United Nations, Sen. Richard Lugar said Thursday.
> The chairman of the Foreign Relations Committee said in an interview with The Associated Press that no meeting had been scheduled to take up the contentious nomination.
> The Senate is expected to return after the congressional elections in November. Bolton's is serving at the U.N. under a recess appointment. It is due to expire at the end of the year.
> Lugar said if one Democratic senator were to step forward and support Bolton he might be able to set a committee vote before recess. In the meantime, he said, Sen. Lincoln Chafee, a Republican, is holding up the nomination with questions about the Bush administration's Middle East policy.
> Specifically, Chafee wants the administration to restrain Israel from expanding settlements in Palestinian areas on the West Bank. Bolton, as U.S. ambassador, has taken a strong and visible role in across-the-board support for Israel.
> As a result, Lugar said, "it appears very likely the committee will not act" on Bolton's nomination before recess at the end of the week. "Most probably not," Lugar said.
> Earlier in the month, the committee unexpectedly postponed a vote on confirming Bolton as U.N. ambassador when Chafee, who was in a tough Republican primary fight in the state of Rhode Island, said he had more questions.
> The committee had been expected to vote along party lines to approve Bolton, whom Bush appointed temporarily to the post last year over opposition by Democrats and a few Republicans.
> Chafee won the primary against a conservative Republican challenger.
> Republicans control the committee by 10-8. A tie vote is not enough to advance a nomination to the full Senate floor.

11/28/2009

## Unknown

**From:** Trita Parsi [tp@tritaparsi.com]
**Sent:** Thursday, October 26, 2006 11:14 AM
**To:** 'Javad Zarif'
**Subject:** RE: Gilchrest and more

```
I just read the resolution. Paragraph 15 is indeed somewhat odd, in the sense that it will
target Iranian students. Was it put in there per the insistence of the US or France?

-----Original Message-----
From: Javad Zarif [mailto:Zarif@141.com]
Sent: Thursday, October 26, 2006 2:05 PM
To: tp@tritaparsi.com
Subject: RE: Gilchrest and more

Something will pass.

Hichey has not called yet.  I met him a few years ago.

Best Regards,
M. Javad Zarif
Zarif@141.com
+1 (212)687-2020
+1 (212)867-5662
-----Original Message-----
From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Thursday, October 26, 2006 12:03 PM
To: Javad Zarif
Subject: Re: Gilchrest and more

Will it pass, in spite of Lavrov's statements?

Also, have Rep. Maurice Hinchey contacted you yet?


------Original Message------
From: Javad Zarif
To: Trita Parsi
Sent: Oct 26, 2006 07:15
Subject: RE: Gilchrest and more

It is just like North Korea, minus the luxury goods and arms.  It also does not have
inspections.  The rest is exacyly the same.  Ironic!  There is an interesting addition.
Prohibiting educating Iranian nationals (probably even in the US) in areas that could help
missile and nuclear technology. This can be interpreted to include all engineering and
basic science fields.



On the second issue, I am always open to these meetings.  Your help is always welcome.  I
leave the modalities to your discretion.



Best Regards,

M. Javad Zarif

 <mailto:Zarif@141.com> Zarif@141.com

+1 (212)687-2020
```

1

+1 (212)867-5662


----------------

From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Wednesday, October 25, 2006 3:28 PM
To: Javad Zarif
Subject: Gilchrest and more


Just wanted to check and see if you have seen the draft of the resolution?


Also, happy to hear that you will meet with Gilchrest and potentially Leach.
There are many more that are interested in a meeting, including many respectable
Democrats. Due to various reasons, they will contact you directly (partly to avoid going
through Jeremy Stone). Their larger goal is to meet with Iranian elected parliamentarians.


Gilchrest is a great guy, low key but very respected among Republicans as well as the
Democrats. These members are very disillusioned with the Bush foreign policy and are tired
to sit on the sidelines as Bush undermines the US's global position. As a result, they are
willing to take matters in their own hands and they accept the political risk that comes
with it.


>From our end, we are doing this because we believe that a dialogue is
mutually beneficial and since a reduction of tensions is absolutely necessary for the
attainment of other regional and internal goals.


Let me know if I can be of any further help.


/tp


Sincerely,
Trita Parsi, PhD
www.tritaparsi.com

2

## Unknown

**From:** john limbert [limbertjw@hotmail.com]
**Sent:** Monday, February 26, 2007 2:44 PM
**To:** tp@tritaparsi.com
**Subject:** Thanks

Trita,

I wanted to thank you for arranging the meeting with Ambassador Zarif. We had a very profitable session during my recent trip to New York.

Thanks again for all your help.

Regards.

---

Play Flexicon: the crossword game that feeds your brain. PLAY now for FREE.
http://zone.msn.com/en/flexicon/default.htm?icid=flexicon_hmtagline

1