# EXHIBIT AA

Gmail    Calendar    Documents    Photos    Reader    Web    more ▾                    **Sign in**

 groups

« Groups Home

# soc.culture.iranian          "trita parsi" OR "terita parsi"   [ Search this group ]   [ Search Groups ]

.

## Let's not leave IRAN alone .                    Hide options

**Standard view**   View as tree
**Proportional text**   Fixed text

⭐ 16 messages - Expand all

**PurpleT68**  Ham meehanan,let's not leave our homel...   Jun 16 1996, 2:00 am
**Kitty**  purple...@aol.com (PurpleT68) wrote: >Ham m...   Jun 17 1996, 2:00 am
**'Bakhtiari' S Mehrabi**      Dooorooood! Can't say ...   Jun 17 1996, 2:00 am
**Idin joon**  Kitty wrote: > purple...@aol.com (PurpleT...   Jun 17 1996, 2:00 am
**Terita Parsi**  View profile                    More options   Jun 18 1996, 2:00 am

> In article <4q2c6l$...@newsbf02.news.aol.com>, purple...@aol.com

- Show quoted text -

Ham vatanAn-e aziz,
Tear comes to my eyes when I read your letter, hope and confidence comes
to my heart, now I once again know that we will suceed, Iran will be free,
Iran will be proud, Iran will be strong, Iran will be succesful and our
beautiful culture willl survive 5000 more years. More than 1 million people
died in an unjust war, but they still died for Iran. They died for You and
me. They died for the fact that another beautiful Iranian child could be
born and be called Shirin or Darius. We should never forget this,
especially we Iranians outside Iran. Our brothers and sisters did not die
for us so we could marry an american and call our child Betty-Sue or Joey,
they did not die so we could speak english to our children. WE OWE IRAN
OUR LIVES, once you realize that you exist BECAUSE of your nation you will
also realize that if YOU leave your nation YOUR own children wont really
be alive since they dont wont have a nation, they wont have a past and
hence THEY WONT HAVE A FUTURE. There is no substitut for Iran!
There is a reason why all my letters end with ZENDE BAD IRAN!

--
Zende bAd IrAn
**Terita Parsi**

**Kitty**  Idin joon <i...@student.umass.edu> wrote: >Kit...   Jun 18 1996, 2:00 am
**Dovvomin Irani**  Kitty wrote: > Idin joon <i...@studen...   Jun 19 1996, 2:00 am
**Kitty**  Dovvomin Irani <i...@student.umass.edu> wrot...   Jun 20 1996, 2:00 am
Discussion subject changed to "Let's not leave IRAN alone ...DR. JAZZ" by I
**FARHAD95**  MISS KIDDY WRITES.... >Ah, how you ...   Jun 20 1996, 2:00 am
**Kitty**  farha...@aol.com (FARHAD95) wrote: >MISS ...   Jun 20 1996, 2:00 am
Discussion subject changed to "Let's not leave IRAN alone ." by Dovvomin I
**Dovvomin Irani**  Kitty wrote: > Dovvomin Irani <i...@...   Jun 20 1996, 2:00 am
**Terita Parsi**  View profile                    More options   Jun 21 1996, 2:00 am

### Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

  View this group in the
new Google Groups

Dovvomin Irani wrote:
> > If you say: "I'm Iranian and proud to be an Iranian. Iran is a very
> > beautiful country and I'll love it more than anything else..." that's
> > nationalism. If you say: "I'm an Iranian and I'm better than you because
> > you're an American. Iran is the best and no matter what you do you can't
> > be as good as us..." that's racism.

> Thank you.  You illustrate my point.  When you say you'll love your country
more
> than anything else, this will necessarily imply that you love your country
more than
> say Cuba.  So, if it comes to making decisions, you'll prefer your country to
Cuba
> ONLY because you are Iranian.  I don't think this is a very good basis to be
making
> decisions on, IMHO. :)

> > >Dovvomin Irani

In what way is that a bad basis to make a decision? This is fundamentally the
same
basis that is used for ALL vital decisions: Self-preservation! Is that wrong???
If
you
think its wrong remember that your own very existence is due to your
ancestors
selfpreservation and if you love your future children I suggest that start
taking
care
of your self, your culture, your people and your country! For the sake of your
children!!!


**Terita Parsi**
Zende bAd IrAn


**Dovvomin Irani**  View profile          More options Jun 21 1996, 2:00 am


- Show quoted text -

Well, you have to bear with me here.  I am being a little idealistic.
But to answer your question, I should say that when there is a decision to be
made,
we have to consider that decision free of any presumptions.  For instance, if
Iran
and Cuba get into a war (this is a bit far-fetched, but please bear with me!),
we
shouldn't just jump in and start defending Iran.  Maybe Cuba is the one who
was
right.  Maybe we made a mistake...

> This is fundamentally the
> same
> basis that is used for ALL vital decisions: Self-preservation! Is that
wrong???

No.  But our self-preservation has changed.  We can no longer preserve
ourselves
without outside help.  And this outside help will move the world in the
direction of
getting closer together.  In the middle of such a trend, trying to pull back into

our nation, and start braging about ourselves, would be a little bit foolish.
("Foolish Mister Bond!" (c) Goldfinger ;-) ).


> If
> you
> think its wrong remember that your own very existence is due to your
ancestors
> selfpreservation and if you love your future children I suggest that start
> taking
> care
> of your self, your culture, your people and your country! For the sake of
your
> children!!!

Well, if I want to put in very rational terms, I should say that my children would
be quite happy in the U.S. with or without Iran.  Many American kids grow up
not
even knowing the name "Iran," and they do quite allright.
Of course, that's not how I emotionally feel.  I want my kids to speak Farsi,
etc....  However, I still don't think nationalism is the way to preserve that
country.

> **Terita Parsi**
> Zende bAd IrAn

zende bAd Iran, fair enough; but for what price?

Dovvomin Irani


**Amina**  View profile                        More options  Jun 28 1996, 2:00 am
In article <31CB4CF7.6...@student.umass.edu>, Dovvomin Irani

- Show quoted text -

I understand what you are saying, but being a nationalist doesnt mean that
one takes Irans side WITHOUT thinking, it only means that if a conflict
begins and there is no way out- you will do what ever it takes to defend
your own. It does not mean that one starts conflicts ore that one stops to
think rationaly.

> > This is fundamentally the
> > same
> > basis that is used for ALL vital decisions: Self-preservation! Is that
wrong???

> No.  But our self-preservation has changed.  We can no longer preserve
ourselves
> without outside help.  And this outside help will move the world in the
direction of
> getting closer together.  In the middle of such a trend, trying to pull
back into
> our nation, and start braging about ourselves, would be a little bit foolish.
> ("Foolish Mister Bond!" (c) Goldfinger ;-) ).

I agree that we should move closer to other nations, but being a
nationalist doesnt mean that we are the best and that we do not need the
help of others-we do! Being a nationalist is not the same thing as pulling
back to our own nation.

- Show quoted text -

Have you noticed how Italian americans stick together in the US? Same with
chinese, irish etc etc. They stick together because of their nationalism,
and every nation within US did the same to survive when thay started to
inhabit the US. This is natural, this is logical, THIS IS RATIONAL. Now
just because these people stick together does not mean that they get in
conflict with others just because they stick together!

> > **Terita Parsi**
> > Zende bAd IrAn

> zende bAd Iran, fair enough; but for what price?

> Dovvomin Irani

I am proud of who I am and of my nation. When I love myself it is much
easier to love others. I do not hate any other nation. Just because you
love one nation doesnt mean that yu hate others. But I do love Iran and
Iranians more than, say Botswanans, but I do not hate them. IS THAT
WRONG?? Is that causing our nation any harm?
Sir I think that you are misunderstanding the concept of nationalism.
However, I respect your opinion but I hope that you wont blame the
problems of Iran on my love for my country and people.

--
Zende bAd IrAn
**Terita Parsi**

**Dovvomin Irani**  View profile              More options  Jun 30 1996, 2:00 am

Amina wrote:

snip...

> I am proud of who I am and of my nation. When I love myself it is much
> easier to love others. I do not hate any other nation. Just because you
> love one nation doesnt mean that yu hate others. But I do love Iran and
> Iranians more than, say Botswanans, but I do not hate them. IS THAT
> WRONG?? Is that causing our nation any harm?

Maybe not our nation, but it could cause others harm.

> Sir I think that you are misunderstanding the concept of nationalism.

Thank you.  So, now we know what the problem is.  We are fighting over
the definition of the term "nationalism." I don't intend to fight with
anyone over this.  Whenever we get some ideology (e.g. nationalism,
Communism, Islam, Judaism,...) we start fighting over it, just because we
define these terms differently! :(  So, you be what you are, and I'll be
what I am. :)

> However, I respect your opinion but I hope that you wont blame the
> problems of Iran on my love for my country and people.

I would not dare blame anyone!  We did it to ourselves.  Everyone is
probably guilty.  Some may be guiltier than others, but it's not up to me
to decide.

> --
> Zende bAd IrAn

salAmat bAshid! (c) Dr. nAser-ol hokamA, "dAyi jAn nApel'on"

Dovvomin Irani

- Show quoted text -

**GUILLAUME J.P**   Re: Let's not leave IRAN alone . Sor...   **Jul 8 1996, 2:00 am**

End of messages

**« Back to Discussions**                    **« Newer topic**   **Older topic »**

**Create a group** - Google Groups - Google Home - Terms of Service - Privacy Policy
©2011 Google