# EXHIBIT BB

| | |
|---|---|
| **From:** | Trita Parsi <tp@tritaparsi.com> |
| **Sent:** | Friday, September 1, 2006 1:11 AM (GMT) |
| **To:** | 'Baquer Namazi' <mbaquernamazi@yahoo.com> |
| **Subject:** | RE: Salaam |

Salaam,

I fully understand and respect your decision. On the brighter side, we have identified a potential strategy to prevent future SUTA cases. Looking forward to seeing you in DC or Tehran to give you more detail.

tp

-----Original Message-----
From: Baquer Namazi [mailto:mbaquernamazi@yahoo.com]
Sent: Thursday, August 31, 2006 12:07 PM
To: Trita Parsi
Subject: Re: Salaam

Dear Trita,
Thank you for your efforts, all designed to serve our
dear country.
As a rule I have stayed out of the spotlight and shown
little enthusiasm for speaking to the media,
especially the US media. I know those you name are
credible people.
After reflection I feel it is better if I stick to my
old position.
Your advise on how to deal with the problem of
Iranians traveling to the US is wise and sound.
I do hope to visit the US before the year ends. If I
do I will make my usual stop to meet you and your
wonderful team.
Best wishes
Baquer Namazi

--- Trita Parsi <tp@tritaparsi.com> wrote:

> Dear Mr. Namazi,
>
> I hope this message finds you well. It's been a
> while since we last spoke.
>
>
>
> As you know, numerous Western journalists are
> visiting Iran these days. Many
> of them have asked me who would be authoritative to
> discuss Iran's current
> situation.
>
>


EXHIBIT 81

Case 1:08-cv-00705-JDB   Document 130-29   Filed 08/01/11   Page 3 of 3

RE: Salaam                                                                Page 2 of 2

>
> My thoughts immediately went to you, but before
> putting you in contact with
> them (they are all respectable top journalists), I
> thought I ask to see if
> interest existed on your side to meet with them in
> Tehran.
>
>
>
> Please let me know your thoughts and hope to see you
> soon in DC or Tehran.
>
>
>
> Sincerely,
>
> Trita
>
>
>
>
>
>
>

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com