# EXHIBIT DD



**Ads by Google**
Iranian Music
Persian Music
Music Farsi
Iranian Sons

« first  ‹ previous ... 7  8  9  10  **11**  12  13  14  15 ... next ›  last »



Emily Blout is Legislative Director. She's often on Capitol Hill trying to convince legislators and their staff.

eCard

Good people, good work
*Photo essay: Visiting the National Iranian American Council, NIAC, in Washington, DC*

by Jahanshah Javid

   Share

**Login** or **register** to post comments

All Albums

**Iranian Free Music**
Search multiple engines for iranian free music
www.webcrawler.com

AdChoices ▷

About Us | Contact Us | Advertise With Us | Contributors | Archives | RSS Feeds | Log In | Register | E-mail Newsletter | FAQ | Press Releases
© Copyright 1995-2010, Iranian LLC.  |  User Agreement and Privacy Policy  |  Rights and Permissions