# EXHIBIT EE

| | |
|---|---|
| **From:** | Darner, Michael <Michael.Darner@mail.house.gov> |
| **Sent:** | Friday, March 6, 2009 6:01 PM (GMT) |
| **To:** | Patrick Disney <PDisney@niacouncil.org>; Emily Blout <eblout@niacouncil.org> |
| **Subject:** | FW: Michael- Geoff will cosponsor!!! |

Emily and Patrick,

You guys came through big time.  Geoff Davis is on board.  Let's hope this opens the moderate R floodgates…  I'm really appreciative of all the calls and lobbying you and Trita did to make this happen.

Mike

**From:** Adelstein, Dan
**Sent:** Thursday, March 05, 2009 7:01 PM
**To:** Darner, Michael
**Subject:** Michael- Geoff will cosponsor!!!

Lieutenant Colonel (Retired) Daniel J. Adelstein
National Security Assistant
Office of Congressman Geoff Davis
1108 Longworth House Office Building,
   Washington, DC  20515
202-226-6820 (office)
202-225-0003 (FAX)
571-217-4170 (cell)

You can sign up to receive the Fourth District E-mail Newsletter at Congressman Davis' website by visiting
http://geoffdavis.house.gov/EmailSignup.aspx