# EXHIBIT GG

| Month | Lobby Hrs by Wk | Total Lobby Hrs | Total Hrs | | |
|---|---|---|---|---|---|
| Jan | | 14 | 90 | Qtr 1 % = | 26.75/576 |
| | | | | | 8.01% |
| | 2 | | | | |
| | 12 | | | | |
| Feb | 3 | | | | |
| | 2.5 | 13 | 180 | | |
| | 6 | | | | |
| | 1.5 | | | | |
| Mar | 1.5 | | | | |
| | 2 | 10.5 | 198 | | |
| | 7 | | | | |
| | 0 | | | | |
| | | 37.5 | 468 | | |
| Apr | 3 | | | | |
| | | 15 | 198 | Qtr 2 %= | 24/585 |
| | 5 | | | | 6.45% |
| | 4.5 | | | | |
| | 2.5 | | | | |
| May | | | | | |
| | 1.5 | 7.75 | 189 | | |
| | 6 | | | | |
| | 0 | | | | |
| | 0.25 | | | | |
| June | 1.5 | | | | |
| | 7 | 15 | 198 | | |
| | 5 | | | | |
| | 1.5 | | | | |
| | | 37.75 | 585 | | |

EXHIBIT 56

| | | | | | |
|---|---|---|---|---|---|
| **July** | | | 12 | | |
| | 6.5 | | | 207 | **Qtr 3 % =**   72.5/605.75 |
| | 3.5 | | | | 7.62% |
| | 2 | | | | |
| **Aug** | 1.5 | | | | |
| | 10 | | 23 | 189 | |
| | 7 | | | | |
| | 4.5 | | | | |
| **Sep** | | | 11 | 208 | |
| | | | 46 | 604 | |
| **Oct** | | | 35 | 220 | |
| | | | | | **Qtr 4=** |
| | | | | | 12.82% |
| **Nov** | | | 19.75 | 207.2 | |
| **Dec** | | | | | |
| | | | 54.75 | 427.2 | |

| Month | Lobby Hrs by Wk | Total Lobby Hrs | Total Hrs | |
|---|---|---|---|---|
| Jan | | | | |
| | | | | Qtr 1 % = |
| Feb | | | | |
| Mar | | | | |
| Apr | | | | |
| | | | | Qtr 2 %= |
| May | | | | |
| June | | | | |
| July | | | | |

ALL-STATE LEGAL® EXHIBIT 57

|     |     |     |     |     |
|-----|-----|-----|-----|-----|
| Aug |     |     |     | **Qtr 3 % =** |
| Sep |     |     |     |     |
| Oct |     |     |     |     |
|     |     |     |     | **Qtr 4=** 17.73% |
| Nov |     | 7   | 18  | 101.5 |
|     |     | 8.5 |     |     |
|     |     | 2.5 |     |     |
| Dec |     |     |     |     |

| Month | Lobby Hrs by Wk | Total Lobby Hrs | Total Hrs | | |
|---|---|---|---|---|---|
| Jan | 0 | 0 | 160 | | |
|  | 0 | 0 |  | Qtr 1 % = | 4/528 |
|  | 0 | 0 |  |  | 0.75% |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
| Feb | 0 | 0 | 176 | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
| Mar | 0 | 0 | 192 | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
|  | 4 | 4 |  | | |
| Apr | 5 | 5 | 176 | | |
|  | 0 | 0 |  | Qtr 2 %= | 5/504 |
|  | 0 | 0 |  |  | 0.99% |
|  | 0 | 0 |  | | |
| May | 0 | 0 | 152 | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
| June | 0 | 0 | 176 | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
|  | 0 | 0 |  | | |
| July | 0 | 0 |  | | |
|  | 0 | 0 |  | | |

EXHIBIT 58

|  |  |  |  |  |
|---|---|---|---|---|
|  | 0 | 0 | 176 | **Qtr 3 % =**  0/531.75 |
|  | 0 | 0 |  | 0.00% |
| **Aug** | 0 | 0 | 168 |  |
|  | 0 | 0 |  |  |
|  | 0 | 0 |  |  |
|  | 0 | 0 |  |  |
| **Sep** | 0 | 0 | 187.75 |  |
|  | 0 | 0 |  |  |
|  | 0 | 0 |  |  |
|  | 0 | 0 |  |  |
| **Oct** | 0 | 7.5 | 171 |  |
|  | 2.5 |  |  |  |
|  | 5 |  |  | **Qtr 4=** |
|  | 0 |  |  |  |
|  | 0 |  |  |  |
| **Nov** | 0 | 0 | 167 |  |
|  | 0 |  |  |  |
|  | 0 |  |  |  |
|  | 0 |  |  |  |
| **Dec** |  |  |  |  |

| Month | Lobby Hrs by Wk | Total Lobby Hrs | Total Hrs | | |
|---|---|---|---|---|---|
| Jan | 1 | | | | |
| | 1.25 | 6.75 | 198 | Qtr 1 % = | 26.75/576 |
| | 1 | | | | 4.60% |
| | 3.5 | | | | |
| Feb | 1.5 | | | | |
| | 3.5 | 10 | 180 | | |
| | 2.5 | | | | |
| | 2.5 | | | | |
| Mar | 5 | | | | |
| | 3 | 10 | 198 | | |
| | 1 | | | | |
| | 1 | | | | |
| Apr | 3 | | | | |
| | 5 | 13 | 198 | Qtr 2 %= | 24/585 |
| | 3 | | | | 4.10% |
| | 2 | | | | |
| | 0 | | | | |
| May | 2.5 | | | | |
| | 0 | 4.5 | 189 | | |
| | 1 | | | | |
| | 1 | | | | |
| June | 4 | | | | |
| | 1.5 | 6.5 | 198 | | |
| | 1 | | | | |
| | 0 | | | | |
| July | 0.5 | | | | |
| | 0.5 | 12.5 | | | |

EXHIBIT S9 ALL-STATE LEGAL®

|     |       |       |        |           |              |
|-----|-------|-------|--------|-----------|--------------|
|     | 9.5   |       | 207    | Qtr 3 % = | 72.5/605.75  |
|     | 2     |       |        |           | 11.90%       |
| Aug | 2.5   |       |        |           |              |
|     | 13    | 30.5  | 189    |           |              |
|     | 7.5   |       |        |           |              |
|     | 6.5   |       |        |           |              |
|     | 1     |       |        |           |              |
| Sep | 8     | 29.5  | 209.75 |           |              |
|     | 6.25  |       |        |           |              |
|     | 3.5   |       |        |           |              |
|     | 7     |       |        |           |              |
|     | 4.75  |       |        |           |              |
| Oct | 8.25  | 38.25 | 237.25 |           |              |
|     | 10.75 |       |        |           |              |
|     | 10.75 |       |        | Qtr 4=    |              |
|     | 8.5   |       |        |           |              |
| Nov | 4.25  | 20.75 | 184.25 |           |              |
|     | 1.5   |       |        |           |              |
|     | 6     |       |        |           |              |
|     | 5     |       |        |           |              |
|     | 4     |       |        |           |              |
| Dec | 2.25  |       |        |           |              |
|     | 14.75 |       |        |           |              |

| Month | Lobby Hrs by Wk | Total Lobby Hrs | Total Hrs | |
|---|---|---|---|---|
| Jan | 3 | 10 | 192 | |
| | 2 | | | Qtr 1 % = |
| | 3 | | | 5.83% |
| | 2 | | | |
| Feb | 1 | 11 | 173 | |
| | 3 | | | |
| | 2 | | | |
| | 5 | | | |
| Mar | 2 | | 201 | |
| | 3 | 12 | | |
| | 4 | | | |
| | 2 | | | |
| | 1 | 33 | 566 | |
| Apr | 2 | 7 | 189 | |
| | 2 | | | Qtr 2 %= |
| | 1 | | | 2.99% |
| | 2 | | | |
| May | 2 | 5 | 231 | |
| | 1 | | | |
| | 2 | | | |
| June | 4 | 7 | 215 | |
| | 2 | | | |
| | 1 | | | |
| | | 19 | 635 | |

EXHIBIT 60

| | | | | |
|---|---|---|---|---|
| July | 1<br>2<br>3 | 6 | 218 | Qtr 3 % =<br>1.96% |
| Aug | | 2 | 118 | |
| | 2 | | | |
| Sep | | 3 | 225 | |
| | 2<br>1 | | | |
| | | 11 | 561 | |
| Oct | | 6 | 184 | |
| | 2<br>2<br>2 | | | Qtr 4=<br>6.22% |
| Nov | 2<br>1<br>3<br>2 | 8 | 155 | |
| Dec | 4<br>6<br>7 | 17 | 159 | |
| | n/a | | | |
| | | 31 | 498 | |