# EXHIBIT HH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

| | | |
|---|---|---|
| TRITA PARSI and NATIONAL | : | |
| IRANIAN AMERICAN COUNCIL | : | |
| Plaintiffs | : | |
| V. | : | Civil No.: |
| DAIOLESLAM SEID HASSAN, | : | 08 CV 00705 (JDB) |
| Defendant | : | Page 1-350 |

VOLUME I

- - -

Wednesday, December 1, 2010

- - -


        Deposition of Dr. Trita Parsi was taken at

the Law Offices of Sidley Austin, LLP, 1501 K Street,

NW, Sixth Floor, Washington, DC 20005 commencing at

9:18 a.m. before Sherry L. Brooks, Professional Court

Reporter and Notary Public, in and for the District

of Columbia.


                        * * *

```
 1   APPEARANCES:

 2

 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9

     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11   One South Dearborn
     Chicago, IL  60603
12   (312) 853-7643
     (312) 835-7036 (Fax)
13   E-mail:  Tkapshandy@sidley.com
               Jfougere@sidley.com
14   Representing the Defendant

15   ALSO PRESENT:

16        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
17

18          .

19

20

21

22
```

```
 1                    I N D E X

 2                       - - -

 3

 4   Testimony of:  Dr. Trita Parsi              Page

 5

 6   By Mr. Kapshandy                             5

 7

 8   EXHIBITS    DESCRIPTION                     PAGE
```

```
 9   1    Articles of Incorporation for IIC        49

10   2    Certificate                              53

11   3    DC Gov't. E-mail/DCRA Reg. Org. Search   62

12   4    Schedule of Search Terms                113

13   5    Trita Parsi 12/28/09 Calendar Production 121

14   5A   Excerpt - Babak Talebi E-mail           161

15   6    Patrick Disney 12/28/09 Calendar Production123

16   7    PWC Production Calendar (G-mail)         156

17   8    Trita Parsi Outlook Calendar - 4/1/10   175

18   9    Patrick Disney Outlook Calendar - 4/1/10 175

19   10   E-mail Dated 2/6/06 from Trita Parsi     201

20   11   NIAC Network Care Inventory Report       224

21   12   Antiwar.com Article                      269

22   13   Cert. Ltr./Pishevar - Offc. Reports/E-mails271
```

```
 1    EXHIBITS CONTINUED:

 2

 3    EXHIBITS    DESCRIPTION                        PAGE

 4    14    Screen Shots Dated 12/25/09             273

 5    15    2002 Tax Return                         300

 6    16    2003 Tax Return                         300

 7    17    2004 Tax Return                         300

 8    18    2005 Tax Return                         300

 9    19    2006 Tax Return                         300

10    20    2007 Tax Return                         300

11    21    2008 Tax Return                         300

12    22    E-mail from Bijan Khajehpour - 9/22/02   338

13    23    Trita Parsi Wachovia 2002 Bank Statement  341

14

15

16              (Exhibits retained by counsel.)

17

18

19

20

21

22
```

```
 1                    P R O C E E D I N G S
 2              *     *     *     *     *
 3                    DR. TRITA PARSI
 4    was called for examination by counsel and, after
 5    having been duly sworn by the Notary, was examined
 6    and testified as follows:
 7              EXAMINATION BY COUNSEL FOR DEFENDANT
 8              BY MR. KAPSHANDY:
 9         Q.   Could you state your full name for the
10    record, please?
11         A.   Trita Parsi.
12         Q.   And have you always been known by that
13    name?
14         A.   Yes, though there's been a change in the
15    spelling of my name.
16         Q.   And how is that?
17         A.   It used to be T-E-R-I-T-A.
18         Q.   And what does one find it spelled that
19    way, like on your birth certificate or passport or
20    what?
21         A.   I believe -- no.  It's not on my birth
22    certificate because my birth certificate is from
```

1     Q.    It's not a big deal.  Let's turn to 2002.

2     A.    Okay.  2002, business income is $5,223.

3  Hopkins and to -- okay.

4     Q.    All of the income here in 2002 appears to

5  be from W-2 jobs and 1042 scholarships, right?

6     A.    Yes.

7     Q.    And you weren't doing any consulting in

8  2002?

9     A.    This was eight years ago.

10    Q.    Pardon?

11    A.    This is eight years ago.  I'm trying to

12 think.  That's the first year I was here.  I did

13 write news reports -- that's true, I did -- for Menas

14 Associates.

15    Q.    And who is that?

16    A.    Menas Associates is a consulting firm in

17 England who had a collaboration with Atieh Bahar in

18 Tehran.

19    Q.    And Atieh Bahar is an Iranian consulting

20 firm, correct?

21    A.    I believe so.

22    Q.    But you appear to know them quite well?

1   It's no secret, right?

2          A.    I do know --

3          Q.    A number of the principals, correct?   Who

4   were the principals that you know there?

5          A.    There's two people that I know there.

6   Whether they're principals or not, may have changed.

7   I don't know.   I do know Siamak Namazi and I do know

8   Bijah Khajehpour, and I have met and spoken to his

9   brother, whose name is Babak Namazi.

10               I've seen and spoken to him a couple of

11  times, but I don't know him.

12         Q.    Is that the same as Baquer Namazi?

13         A.    No.   Baquer Namazi is their father.   I

14  don't believe he's a principal of Atieh Bahar.

15         Q.    Does he have an interest in Atieh Bahar at

16  all?

17         A.    His two sons work there.

18         Q.    Do you know if he has a financial interest

19  there?

20         A.    I don't know.

21         Q.    Have you met or ever spoken with Baquer

22  Namazi?

```
 1        A.     Oh, yes.  Absolutely.
 2        Q.     In fact, he was the director of an
 3   organization known as Hamyaran, right?
 4        A.     Yes.  That's a nonprofit.
 5        Q.     In Iran?
 6        A.     Well, actually, let me take that back.  I
 7   don't know if that's how it works over there.  It's
 8   an NGO.  It's not a company.  Let me put it that way.
 9        Q.     Now, your bank account records show that
10   in 2002 Bijah Khajehpour transferred $2475 into your
11   bank account --
12        A.     Um-hum.
13        Q.     -- your Wachovia bank account?  Does that
14   sound correct?
15        A.     It could have been.  I would need to look
16   at those records to see that.
17        Q.     Was that for -- what was that for?
18        A.     I was writing news summaries and analysis
19   for them.
20        Q.     For Atieh Bahar?
21        A.     For Menas Associates, and Atieh Bahar used
22   that as well because they had a collaboration with
```

1    them.

2         Q.    Well, the bank account records show a

3    transfer from Bijah Khajehpour, not Menas Associates.

4    And how do you spell Menas?

5         A.    M-E-N-A-S, if I remember correctly.

6         Q.    And am I correct that --

7         A.    I did not answer your previous question.

8         Q.    Pardon?

9         A.    I did not get a chance to answer your

10   previous question.

11        Q.    I was going to repeat it, but if you

12   remember it, go ahead.

13        A.    Bijah Khajehpour is also working for or

14   even a principal of Menas Associates.

15        Q.    And you prepared a newsletter for Atieh

16   Bahar, correct?

17        A.    Menas Associates.

18        Q.    And it was titled with Atieh Bahar's

19   letterhead, was it not?

20        A.    Menas Associate was my partner in this,

21   and Atieh Bahar, because of their relationship with

22   them, used that material as well.

Page 329

1      Q.    And Bijah Khajehpour transferred this

2  money from an English bank account?

3      A.    I don't know where the account was, but

4  English sounds reasonable, mindful of the fact that

5  Menas Associates is in England.

6      Q.    And what is his interest in Menas

7  Associates?

8      A.    Again, he either worked for or was a

9  principal at Menas Associates.  I don't remember the

10 exact title.

11     Q.    And how many reports or letterheads did

12 you do that were carrying the Atieh Bahar letterhead?

13     A.    I was providing reports for Menas

14 Associates who were there through their collaboration

15 with Atieh Bahar, and I don't recall the exact

16 number, but I would guess that it was something

17 around ten to 50.

18     Q.    And they all carried the Atieh Bahar

19 letterhead?

20     A.    That's what they asked me to do.

21     Q.    And you knew at the time Bijah Khajehpour

22 had an interest in Atieh Bahar, correct?

1      A.      He was working for both Atieh Bahar and

2    Menas Associates.

3      Q.      How many payments did you receive from

4    Bijah Khajehpour?

5      A.      I don't recall, but I didn't do that many

6    number of these reports.

7      Q.      Well, you produced in this case an E-mail

8    that says he's lost your bank accounts; could you

9    send it to him again to transfer funds.

10     A.      Um-hum.

11     Q.      I can dig it out and show it to you, but

12   you've seen that, right?

13     A.      I do not recall.  I mean, if you can

14   produce the E-mail, that will be very helpful.

15     Q.      We'll find it, but my question for you is:

16   As you're sitting here now today, how many transfers

17   or other payments either into U.S. bank accounts or

18   Swedish bank accounts did you receive from Bijah

19   Khajehpour or Atieh Bahar?

20     A.      I do not recall, but I would assume that

21   it would be no more than one or two because this was

22   not done for a lengthy period of time.

1      Q.    And besides 2002 -- well, let me ask you

2    this:  Was it done in any other year besides 2002?

3      A.    I don't remember if it was done in 2002,

4    if it was done in 2001, but I remember that the

5    period in which it was done was a relatively short

6    period.

7      Q.    Well, let's assume that your bank account

8    records show that there's a deposit on September

9    25th, 2002.  Would that refresh your recollection as

10   to whether you did this work and were compensated in

11   2002?

12     A.    I do not recall if that is -- is there a

13   payment in my bank account from Menas Associate or

14   Bijah Khajehpour in September 2002?

15     Q.    Bijah Khajehpour.

16     A.    Okay.  And you mentioned -- is that the

17   same payment that you just mentioned earlier?

18     Q.    $2,475.

19     A.    That's the one.  You only have one payment

20   into my bank account; is that correct?

21     Q.    I'm asking you about that.  Do you recall

22   that one?

1        A.      I don't recall all payments into my

2    account from all different entities that I may have

3    done consulting for, no.

4        Q.      Well, let me ask it this way:  How many

5    foreign persons, other than Bijah Khajehpour, are

6    depositing money into your account?  You think you'd

7    remember that?

8        A.      No.

9        Q.      Is it that many?

10       A.      No, because I write a lot of articles for

11   papers, some of them that are outside of the United

12   States.

13              I've given speeches and lectures outside

14   of the United States, so it is quite natural that I

15   would be receiving funds from an entity outside of

16   the United States.

17              If you have the bank accounts, I would be

18   more than happy to take a look at them to make sure I

19   give you as accurate of an answer as possible.

20       Q.      My question is:  As you're sitting here,

21   can you remember how many payments you received from

22   Bijah Khajehpour for work done for these 14 or so

1    news reports --

2         A.     There was 14 of these reports?

3         Q.     That's what you said.

4         A.     No.  I said between 10 and 15.  That's my

5    recollection.  Is it 14?

6         Q.     Between ten and 15.

7         A.     That's my recollection.  Is it 14?

8         Q.     How much were you paid for them?

9         A.     It was a very small amount.

10        Q.     Do you recall doing any other work for

11   Atieh Bahar and being compensated either through

12   Menas or by Bijah Khajehpour?

13        A.     I do not recall ever doing any other work

14   for which I received financial compensation.

15               But, for instance, when I was in Iran in

16   2004 doing interviews for my book, Bijah asked me if

17   I wanted to give a presentation based on the research

18   that I had done between Iran and Israel for some

19   foreign embassies who were in Iran at the time, which

20   were, I think, almost exclusively, I believe -- I

21   don't recall -- European embassies.

22               There may have been an Asian one as well

1    -- I don't know -- but that was just a presentation

2    that I did.  It was not something that I was paid

3    for.

4            And again, I believe that must have been

5    in 2004 because that is, I believe, the time I was in

6    Iran to do interviews for my book.

7        Q.    Well, the $2475 payment in 2002, did you

8    claim that on your income tax return?

9        A.    Well, what was claimed on the income tax

10   return was whatever W-2s, etc., that was received.

11       Q.    So if they didn't give you a W-2, you

12   didn't think you had to claim it on your tax return?

13       A.    No.  It just meant that my accountant told

14   me, keep all the W-2s at the end of the year and send

15   them to me so I can prepare your tax return.

16       Q.    You didn't think you had to pay income

17   taxes on this payment from this Iranian consultant

18   because you didn't get a W-2?

19       A.    Your question is incorrect because I was

20   paid by Menas Associates in London.

21       Q.    So you don't have to pay income tax on

22   income you receive from an Iranian who's paying you

1   through an English bank account?

2       A.    I have no idea exactly how -- if they

3   don't provide or if they take the tax before.  It's

4   different from different places.

5           My impression has been that the tax return

6   has been prepared and executed as it should have been

7   based on the material that was given.

8       Q.    But they can only base it upon what you

9   give them.  And if you don't tell them that you're

10  getting money from foreigners for work that you do,

11  they're not going to know that, are they, the

12  accountants?

13      A.    Well, I collected everything that was sent

14  to me, and I don't recall ever thinking that, oh, I

15  didn't get this from that entity or I didn't get it

16  from that entity.  Everything I have received I have

17  collected and I have given to the IRS.

18      Q.    Well, you think that's a valid defense?  I

19  mean, to say you didn't get paper from somebody, that

20  you don't have to pay income tax on it?

21      A.    I'm not saying that at all.  I'm just

22  saying that this is the way that I prepared the tax

1   return --

2        Q.    Well, that was my question.  Why didn't

3   you pay taxes on it?  You appeared to say that you

4   didn't get paper, so you don't have to --

5        A.    You're assuming that at the moment I am

6   aware that there are certain W-2s that are missing --

7        Q.    No.  I didn't say there are W-2s that are

8   missing.

9        A.    -- or whatever it is that is missing, but

10  that is the --

11       Q.    I'm not saying there's any papers missing.

12  I'm just saying, unless I missed it -- correct me if

13  I'm wrong -- it did not appear that you claimed these

14  payments from foreign individuals for work done as

15  income on your 2002 income tax return, did you?

16       A.    I don't think that's a correct way of

17  putting it.  I remember, for instance, when I do work

18  for BBC, which is in England, or if I do an

19  appearance on Aljazeera, in all of those instances, I

20  receive a W-2, even though those entities are not in

21  the United States.

22       Q.    The question isn't, did you receive a W-2

```
 1   from Bijah Khajehpour.  The question is:  Did you pay

 2   income taxes on that?  And from looking at your

 3   return, I don't find it, but I'm welcoming you to

 4   tell us where it is on the return.

 5        A.    I can't find it here either, but what I'm

 6   explaining to you is that when it came to preparing

 7   the income tax return, I was instructed to gather the

 8   W-2s that had come in.

 9             Do also keep in mind one thing that should

10   be noted here.  This is my second year living in the

11   United States, second year ever working in the United

12   States.

13             The way the United States does its tax

14   return is dramatically different from what I am used

15   to when I was in Sweden in which all the taxes

16   actually are taken from your income before you

17   receive it.

18             So there's no such thing as reporting your

19   taxes afterwards when it comes to income.  Everything

20   you earn, you receive the amount after tax already

21   has been withdrawn.

22        Q.    Let me hand you what we'll mark as your
```

1    Deposition Exhibit 22.

2              (Exhibit Number 22 was marked for

3    identification and was retained by counsel.)

4              THE WITNESS:   When was the payment made to

5    my Wachovia account?

6              BY MR. KAPSHANDY:

7        Q.    I have a question for you about this

8    document.

9        A.    Can I just ask that? because you've been

10   referring to what you say is evidence that I've not

11   been able to take a look at.  Can you refer back to

12   me when was the payment made?

13       Q.    We'll get to that in a second.  We're

14   looking for that, okay.  Can I ask a question about

15   this document now, please?

16             First of all, for the record, this is an

17   E-mail from Bijah Khajehpour at Atieh Bahar.com on

18   September 22, 2002, to Trita Parsi, and it includes

19   an E-mail from you, which appears to be blank except

20   for a subject line that says:  "Dear Bijah, any words

21   about the Visa."

22             Now, the first question I have for you is:

Page 339

1   With regard to your initiating E-mail, any words

2   about the Visa, what is that about?  Do you know?

3        A.    I assume that it is me asking him if he

4   has received the Visa to come to the United States.

5        Q.    Now, he was applying for a Visa for what,

6   like a temporary visit or what?

7        A.    He has been to the United States on

8   several occasions, invited by major U.S. think tanks

9   to give presentations.

10       Q.    And he is a --

11       A.    I believe also at some point he was part

12  of an executive education -- I don't know where that

13  was, but usually when he came, it was because some

14  entity such as the Woodrow Wilson Center had invited

15  him to come over to the United States for a visit to

16  give a presentation.

17       Q.    Now, in response, he says his Visa has not

18  come through and he postpones his trip to November.

19  But on the last paragraph, he says:  "On a different

20  note, I want to transfer some funds to your account

21  on Thursday, but realize I have not kept the account

22  information.  Can you please E-mail your account info

1    to me."

2              First, did I read that correctly?

3        A.   I believe you did.

4        Q.   And he, apparently, had your account

5    information but had lost it.  How did that work?

6        A.   You would probably have to ask him.

7        Q.   Well, had you sent it to him before?

8        A.   I don't know if I had sent it to him

9    before.  I don't know if it was because we had spoken

10   on the phone.

11       Q.   Well, he's the one who said he hadn't kept

12   it.  In normal English, that would indicate that he

13   had it.

14       A.   I didn't deny that he had it.  You asked

15   me if I had E-mailed it to him, and I don't believe

16   that I had.

17       Q.   My question is:  Do you know if he had had

18   it before this E-mail where he asks you to resend it?

19       A.   He may have had it.  I don't know.

20       Q.   Well, how is it and why is it that he

21   might have had your bank account information?

22       A.   I would assume because I was doing

Page 341

```
 1    consulting for them.  As a result, he had my bank

 2    information.  And at some point, he would have to

 3    make a payment for those few papers that I had

 4    produced for them, and it seems like he's saying that

 5    he had not kept it.

 6         Q.    Now, when the funds were eventually

 7    transferred to you --

 8         A.    When was that?

 9         Q.    As I said previously, September 25th,

10    2002.

11         A.    Three days after this?

12         Q.    Right.

13         A.    Um-hum.

14         Q.    Is it not correct that it was transferred

15    from Bijah Khajehpour, the same Bijah Khajehpour of

16    Atieh Bahar who sent you this E-mail, Exhibit 22?

17         A.    I would love to be able to see --

18         Q.    Certainly.  Let's hand you what we'll mark

19    as your Deposition Exhibit 23, your Wachovia bank

20    statement from 2002.

21              (Exhibit Number 23 was marked for

22    identification and was retained by counsel.)
```

1            BY MR. KAPSHANDY:

2       Q.    And actually, if you look at the very

3   first deposit, on 9/25, do you see a deposit of $2475

4   fund transfers from Wachovia bank and it looks like a

5   German bank.  Originator Bijah Khajehpour, 9/25/02,

6   5:15 a.m. probably because it's earlier in the day

7   wherever he is, unless he banks early.

8       A.    Later in the day.

9       Q.    Later in the day -- thank you.  Early

10  here.

11      A.    And your question is, if this is the same

12  Bijah Khajehpour who is involved in Atieh Bahar, as

13  well as Menas Associates in England?

14      Q.    I've not seen any reference to Menas

15  Associates in England in any of the documents you've

16  produced.

17           So my question is:  Is this the same Bijah

18  Khajehpour from Atieh Bahar that sent us the E-mail,

19  Exhibit 22, and is this $2475 for the consulting work

20  that you did on Atieh Bahar letterhead?

21      A.    It is the same Bijah Khajehpour who is

22  involved in Menas Associates and Atieh Bahar.

1      Q.     Are you familiar with OFAC?

2      A.     Yes, I am.

3      Q.     What is OFAC?

4             THE WITNESS:  Can I consult with my

5      counsel?

6             MR. NELSON:  Counsel, I don't have

7      personal knowledge of this, but it's my understanding

8      that there may have been some type of a

9      confidentiality agreement previously in place or some

10     understanding regarding documents relating to Mr.

11     Bijah Khajehpour that the parties previously agreed

12     to because of his situation in Iran in terms of now

13     being incarcerated, etc.

14            So we're asking if there is such an

15     agreement that if it does exist that these particular

16     documents and any deposition testimony relating to

17     him be placed under seal subject to the

18     confidentiality agreement.

19            MR. KAPSHANDY:  The agreement we had

20     related to two or three specific E-mails about trying

21     to set up a meeting with, I believe, either the State

22     Department or the NSC, and there's correspondence

```
 1                    CERTIFICATE

 2          I hereby certify that the witness was duly

 3   sworn by me and that the deposition is a true record

 4   of the testimony given by the witness.

 5

 6              _____

 7              Sherry L. Brooks, Court Reporter

 8

 9   (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22
```

**From:**        Bijan Khajehpour [bijan@atiehbahar.com]
**Sent:**        Sunday, September 22, 2002 12:52 AM
**To:**          'Trita Parsi'
**Subject:**     RE: Dear Bijan: Any words about the visa?

Dear Trita,

Thanks for your message.  Unfortunately, my visa authorization has not come through and I will certainly
postpone my planned trip until some time in November.  I hope this is not too much of an inconvenience for you.

As soon as I get my visa I will plan a new date and let you know.

On a different note, I wanted to transfer some funds to your account on Thursday, but realized that I have not kept
the account information.  Can you please email your account info to me?

Best wishes,

Bijan

> -----Original Message-----
> **From:** Trita Parsi [mailto:trita@iic.org]
> **Sent:** Sunday, September 22, 2002 12:24 AM
> **To:** Bijan Khajepour
> **Subject:** Dear Bijan: Any words about the visa?





**WACHOVIA**

College Access Checking

| 01 | 1010025106651 | 072 | 30 | 0 | 10 | SAFEKEPT | Replacement Statement | 052 |

TRITA PARSI
2144 CALIFORNIA ST NW APT 312        PB
WASHINGTON DC 20008

College Access Checking                          9/17/2002 thru 10/17/2002

Account number:        1010025106651
Account holder(s):     TRITA PARSI

Account Summary

| Opening balance 9/17 | $8,980.76 |
| Deposits and other credits | 6,307.82 + |
| Checks | 974.88 - |
| Other withdrawals and service fees | 509.37 - |
| Closing balance 10/17 | $13,804.33 |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 9/25 | 2,475.00 | FUNDS TRANSFER  (ADVICE 020925001355)<br>RCVD FROM  WACHOVIA BANK N.A/COMMERZBANK AG -<br>ORG=BIJAN KHAJEHPOUR<br>RFB=STKB226678985      OBI=FROM ABC<br>REF=020924110100031 09/25/02 05:15AM | 000020925001355 |
| 9/30 | 842.48 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 020930 PPD<br>MISC 142085948 | 420022694506771 |
| 10/04 | 2,417.00 | DEPOSIT        CONNECTICUT _N        10/03<br>1300 CONNECTICUT WASHINGTON    DC 7014F001433 | 200210032153480 |
| 10/15 | 573.34 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 021015 PPD<br>MISC 142085948 | 420022834590913 |
| Total | $6,307.82 | | |

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 0115 | 25.00 | 10/01 | 0117 | 915.00 | 10/09 | | | 4811040834 4814371852 |
| 0116 | 34.88 | 9/25 | Total | $974.88 | | | | 4810948350 |

EXHIBIT

23

ALL-STATE LEGAL®



**WACHOVIA**

College Access Checking

| 02 | 1010025106651 072 30 | 0 10 | SAFEKEPT | Replacement Statement | 052 |

Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|--|--|
| 9/19 | 10.00 | PURCHASE    BIGZOO.COM         09/17<br>4828520160467    626-486-1024 CA 70142256703 | | 200209170116000 |
| 9/23 | 10.54 | PURCHASE    FILENES BASEME0000    09/19<br>4828520160467    WASHINGTON  DC 7014V255081 | | 200209190121000 |
| 9/23 | 20.00 | PURCHASE    BIGZOO.COM         09/20<br>4828520160467    626-486-1024 CA 70142276703 | | 200209201235000 |
| 9/23 | 28.45 | PURCHASE    SAFEWAY  S         09/22<br>1800 20TH ST     WASHINGTON  DC 7014H187107 | | 200209221747270 |
| 9/24 | 7.27 | PURCHASE    CHIPOTLE MEXICAN #    09/22<br>4828520160467    WASHINGTON  DC 7014V272078 | | 200209220207000 |
| 9/24 | 13.36 | PURCHASE    RITE AID STORE 384    09/22<br>4828520160467    WASHINGTON  DC 7014V254590 | | 200209220105000 |
| 9/25 | 12.00 | MISCELLANEOUS CHARGE<br>DOMESTIC INCOMING WIRETRANSFER | | 000000000000002 |
| 9/25 | 20.00 | PURCHASE    WMATA EXPRESS VEND    09/24<br>4828520160467    WASHINGTON  DC 7014V285190 | | 200209241344000 |
| 9/30 | 20.00 | PURCHASE    BIGZOO.COM         09/28<br>4828520160467    626-486-1024 CA 70142226703 | | 200209281634000 |
| 10/01 | 60.00 | WITHDRAWAL    CONNECTICUT _N      09/30<br>1300 CONNECTICUT WASHINGTON  DC 7014F005862 | | 200209302020400 |
| 10/04 | 3.75 | PURCHASE    RITE AID STORE 384    10/02<br>4828520160467    WASHINGTON  DC 7014V226590 | | 200210020729000 |
| 10/07 | 11.57 | PURCHASE    SAFEWAY  STORE0003    10/04<br>4828520160467    WASHINGTON  DC 7014V292180 | | 200210040144000 |
| 10/08 | 17.55 | PURCHASE    FUDDRUCKERS 352      10/07<br>4828520160467    WASHINGTON  DC 7014V291896 | | 200210070423000 |
| 10/09 | 5.08 | PURCHASE    SAFEWAY  S         10/08<br>1800 20TH ST     WASHINGTON  DC 7014H203167 | | 200210082027070 |
| 10/09 | 41.30 | PURCHASE    IRON GATE RESTAURA ·    10/07<br>4828520160467    WASHINGTON  DC 7014V299000 | | 200210070157000 |
| 10/10 | 8.46 | PURCHASE    EMBASSY MARKET      10/09<br>4828520160467    WASHINGTON  DC 7014V200768 | | 200210092241000 |
| 10/10 | 60.00 | WITHDRAWAL    CONNECTICUT _N      10/10<br>1300 CONNECTICUT WASHINGTON  DC 7014F008122 | | 200210101239180 |
| 10/11 | 12.53 | PURCHASE    EMBASSY CAMERA CEN    10/09<br>4828520160467    WASHINGTON  DC 7014V260742 | | 200210090908000 |
| 10/11 | 15.33 | PURCHASE    REGENCY CLEANERS     10/09<br>4828520160467    WASHINGTON  DC 7014V261009 | | 200210092241000 |
| 10/15 | 15.99 | PURCHASE    PAPER MOON         10/11<br>4828520160467    WASHINGTON  DC 7014V202077 | | 200210111831000 |

Other Withdrawals and Service Fees continued on next page.


**WACHOVIA**

College Access Checking

03    1010025106651  072  30      0  10      SAFEKEPT      Replacement Statement      052

Other Withdrawals and Service Fees continued

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/15 | 23.13 | PURCHASE     XANDO COFFEE _BAR      10/12 | | 200210121211000 |
| | | 4828520160467      WASHINGTON   DC 7014V217112 | | |
| 10/15 | 40.00 | WITHDRAWAL   CONNECTICUT _N      10/14 | | 200210141156430 |
| | | 1300 CONNECTICUT  WASHINGTON   DC 7014F009076 | | |
| 10/15 | 53.06 | PURCHASE     SAFEWAY  S         10/14 | | 200210142048570 |
| | | 1747 COLUMBIA RD  WASHINGTON D DC 7014H271158 | | |
| Total | $509.37 | | | |

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 09/19 | 8,970.76 | 10/01 | 12,036.74 | 10/10 | 13,391.03 |
| 09/23 | 8,911.77 | 10/04 | 14,449.99 | 10/11 | 13,363.17 |
| 09/24 | 8,891.14 | 10/07 | 14,438.42 | 10/15 | 13,804.33 |
| 09/25 | 11,299.26 | 10/08 | 14,420.87 | | |
| 09/30 | 12,121.74 | 10/09 | 13,459.49 | | |

Customer Service Information

|  | Phone number | Address |
|---|---|---|
| Deposit  Investment Accounts, CheckCard ATM | | |
| Card | 1-800-275-3862 | FIRST UNION NATIONAL BANK |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | NC8502 |
| | | P O BOX 563965 |
| | | CHARLOTTE NC 28262-3966 |
| | | |
| Consumer Loan Accounts | 1-800-347-1131 | FIRST UNION NATIONAL BANK |
| | | VA-0343 |
| | | PO BOX 13327 |
| | | ROANOKE VA  24040-0343 |
| | | |
| En Espanol Para Cuentas | 1-800-326-8977 | |
| De Depositos T Ahorros | | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-275-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2.Describe the error or the transfer you are unsure about, and explain as clearly as you
 can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.


**WACHOVIA**

College Access Checking

OI    1010025106651  072  30      0  10    SAFEKEPT    Replacement Statement    052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312      P8
WASHINGTON DC 20008

College Access Checking                           10/18/2002 thru 11/14/2002

Account number:          1010025106651
Account holder(s):       TRITA PARSI

**Account Summary**

| | |
|---|---|
| Opening balance 10/18 | $13,804.33 |
| Deposits and other credits | 969.77 + |
| Checks | 977.92 - |
| Other withdrawals and service fees | 569.66 - |
| Closing balance 11/14 | $13,226.52 |

**Deposits and Other Credits**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| 10/22 | 306.80 | DEPOSIT        CONNECTICUT _NW      10/22 | | | 200210221249070 |
|  |  | 1300 CONNECTICUT  WASHINGTON  DC 7014F006570 | | | |
| 10/31 | 662.97 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY | | | 420023024488793 |
|  |  | CO. ID. 1520595110 021031 PPD | | | |
|  |  | MISC 142085948 | | | |
| Total | $969.77 | | | | |

**Checks**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|---|---|---|---|---|---|---|---|---|---|
| 0118 | 18.81 | 10/21 | 0121* | 9.26 | 11/08 | Total | $977.92 | | 4816913572 7312932075 |
| 0119 | 34.85 | 10/30 | 0122 | 915.00 | 11/08 | | | | 4917535052 4811603849 |

*Indicates a break in check number sequence

**Other Withdrawals and Service Fees**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| 10/21 | 10.81 | PURCHASE      XANDO COFFEE _BAR      10/17 | | | 200210170231000 |
|  |  | 4828520160467      WASHINGTON  DC 7014V217112 | | | |
| 10/21 | 40.00 | PURCHASE      SINGAPORE BISTRO      10/18 | | | 200210182223000 |
|  |  | 4828520160467      1134 19TH ST DC 7014V299002 | | | |
| 10/22 | 14.47 | PURCHASE      IKEA WASHINGTON      10/20 | | | 200210202021000 |
|  |  | 4828520160467      WOODBRIDGE  VA 7014V282072 | | | |
| 10/23 | 50.00 | WITHDRAWAL    CONNECTICUT _NW      10/23 | | | 200210231230220 |
|  |  | 1300 CONNECTICUT  WASHINGTON  DC 7014F000156 | | | |
| 10/25 | 13.74 | PURCHASE      GAP $1009/THE      10/23 | | | 200210230910000 |
|  |  | 4828520160467      WASHINGTON  DC 7014V212970 | | | |

Other Withdrawals and Service Fees continued on next page.

FIRST UNION NATIONAL BANK ,  FIRST UNION DIRECT SALES - DC                   page 1 of 3



**WACHOVIA**

College Access Checking

02     1010025106651  072  30       0  10       SAFEKEPT       Replacement Statement       052

Other Withdrawals and Service Fees continued

| Date | Amount | Description | | | |
|------|--------|-------------|--|--|--|
| 10/25 | 60.00 | WITHDRAWAL   CONNECTICUT _W<br>1300 CONNECTICUT  WASHINGTON | 10/25<br>DC 7014F002205 | | 200210251140090 |
| 10/28 | 3.03 | PURCHASE     CVS #1347<br>4828520160467     WASHINGTON | 10/26<br>DC 7014V232360 | | 200210262022000 |
| 10/28 | 21.10 | PURCHASE     KRAMER BOOKS AND A<br>4828520160467    WASHINGTON | 10/26<br>DC 7014V213090 | | 200210260444000 |
| 10/28 | 140.58 | PURCHASE     PENANG<br>4828520160467    WASHINGTON | 10/26<br>DC 7014V281210 | | 200210260333000 |
| 10/30 | 6.36 | PURCHASE     JOHN HOPKINS (SAIS<br>4828520160467    WASHINGTON | 10/28<br>DC 7014V240040 | | 200210281739000 |
| 10/30 | 6.56 | PURCHASE     SAFEWAY  S<br>1800 20TH ST    WASHINGTON | 10/29<br>DC 7014H224072 | | 200210291747540 |
| 10/30 | 13.04 | PURCHASE     CHIPOTLE MEXICAN #<br>4828520160467    WASHINGTON | 10/28<br>DC 7014V272068 | | 200210282319000 |
| 11/04 | 4.54 | PURCHASE     STAPLES #941<br>4828520160467    800-333-3330 PA | 10/31<br>7014V240040 | | 200210310814000 |
| 11/04 | 10.49 | PURCHASE     MODELL'S STORE #78<br>4828520160467    BETHESDA | 11/03<br>MD 7014V210040 | | 200211030430000 |
| 11/04 | 30.00 | PURCHASE     BIGZOO.COM<br>4828520160467    626-486-1024 CA | 10/31<br>70142256703 | | 200210312054000 |
| 11/04 | 33.84 | PURCHASE     SAFEWAY  S<br>1747 COLUMBIA RD  WASHINGTON D | 11/03<br>DC 7014H291073 | | 200211031614080 |
| 11/04 | 52.81 | PURCHASE     STAPLES #941<br>4828520160467    800-333-3330 PA | 10/31<br>7014V250040 | | 200210310814000 |
| 11/12 | 5.29 | PURCHASE     SAFEWAY  S<br>1800 20TH ST    WASHINGTON | 11/08<br>DC 7014H234078 | | 200211081659360 |
| 11/12 | 23.00 | PURCHASE     VSL HARLOW HAIR DE<br>4828520160467    WASHINGTON | 11/10<br>DC 7014V262077 | | 200211101100000 |
| 11/12 | 30.00 | PURCHASE     CARAVAN GRILL<br>4828520160467    WASHINGTON | 11/10<br>DC 7014V262868 | | 200211101118000 |

Total     $569.66

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 10/21 | 13,724.71 | 10/28 | 13,738.59 | 11/08 | 13,284.81 |
| 10/22 | 14,027.04 | 10/30 | 13,677.78 | 11/12 | 13,226.52 |
| 10/23 | 13,977.04 | 10/31 | 14,340.75 | | |
| 10/25 | 13,903.30 | 11/04 | 14,209.07 | | |

REDE Page 428 of 431


**WACHOVIA**

College Access Checking

03   1010025106651 072 30     0 10     SAFEKEPT     Replacement Statement     052

IF ONE OF YOUR HOME'S ESSENTIAL SYSTEMS OR APPLIANCES
BREAKS TODAY...WHO WILL YOU CALL? HOW WILL YOU PAY FOR
IT? WACHOVIA INSURANCE AGENCY IS PLEASED TO MAKE THE
AMERICAN HOME SHIELD HOME WARRANTY PLAN AVAILABLE. CALL
AHS AT 1-866-427-2979 FOR MORE INFORMATION OR TO ENROLL.
NOT FDIC INSURED/NOT BANK GUARANTEED

WE ARE NOW OFFERING CUSTOMERS NEW CD OPTIONS WITH MORE
CHOICES AND GREATER FLEXIBILITY FOR GROWING YOUR MONEY:
12-MTH CONVERTIBLE CD/CD IRA OR 12-MTH SYSTEMATIC SAVER CD
24-MTH STEP RATE CD/CD IRA OR 36-MTH CALLABLE CD
FOR MORE INFORMATION, STOP BY YOUR LOCAL FINANCIAL CENTER
OR CALL US TODAY AT 1-800-690-8505. MEMBER FDIC

Customer Service Information

                              Phone number    Address

Deposit  Investment Accounts, CheckCard _ATM
Card                          1-800-275-3862 FIRST UNION NATIONAL BANK
TDD (For the Hearing Impaired) 1-800-388-2234 NC8502
                                             P O BOX 563966
                                             CHARLOTTE NC 28262-3966

Consumer Loan Accounts        1-800-347-1131 FIRST UNION NATIONAL BANK
                                             VA-0343
                                             PO BOX 13327
                                             ROANOKE VA 24040-0343

En Espanol Para Cuentas       1-800-326-8977
De Depositos Y Ahorros

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-275-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2.Describe the error or the transfer you are unsure about, and explain as clearly as you
can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

REDE Page 423 of 431


**WACHOVIA**

College Access Checking

01    1010025106651  072  30        0  10      SAFEKEPT      Replacement Statement      052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312        PB
WASHINGTON DC 20008

College Access Checking                                11/15/2002 thru 12/13/2002

Account number:          1010025106651
Account holder(s):       TRITA PARSI

Account Summary

Opening balance 11/15           $13,226.52

Deposits and other credits       2,022.55 +

Checks                             191.70 -

Other withdrawals and service fees  560.44 -

Closing balance 12/13           $14,496.93

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 11/15 | 770.62 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021115 PPO MISC 142085948 | 420023175129002 |
| 11/18 | 15.00 | DEPOSIT        CONNECTICUT _N        11/15 1300 CONNECTICUT  WASHINGTON  DC 7014F003563 | 200211151644130 |
| 11/26 | 27.80 | DEPOSIT        N STREET BRANCH        11/26 1850 N STREET NW  WASHINGTON  DC 7014F000205 | 200211261317370 |
| 11/27 | 432.25 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021127 PPO MISC 142085948 | 420023290714697 |
| 12/05 | 103.24 | DEPOSIT        CONNECTICUT _N        12/04 1300 CONNECTICUT  WASHINGTON  DC 7014F008235 | 200212041923180 |
| 12/13 | 674.44 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021213 PPO MISC 142085948 | 420023451929504 |

Total    $2,022.55

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|---|---|---|---|---|---|---|---|---|---|
| 0120 | 24.00 | 11/18 | 0124 | 34.87 | 11/25 | 0127* | 32.19 | 12/13 | 4912996184 4914647895 7110733892 |
| 0123* | 30.64 | 11/18 | 0125 | 70.00 | 11/26 | Total | $191.70 | | 4912818458 8915222895 |

*Indicates a break in check number sequence



**WACHOVIA**

College Access Checking

| 02 | 1010025106651 | 072 | 30 | 0 | 10 | SAFEKEEPT | Replacement Statement | 052 |
|---|---|---|---|---|---|---|---|---|

Other Withdrawals and Service Fees

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| 11/20 | 7.27 | PURCHASE | CHIPOTLE MEXICAN # | 11/18 | 200211182319000 |
| | | 4828520160467 | WASHINGTON | DC 7014V212077 | |
| 11/20 | 60.00 | WITHDRAWAL | CONNECTICUT _N | 11/20 | 200211201430040 |
| | | 1300 CONNECTICUT | WASHINGTON | DC 7014P008296 | |
| 11/22 | 119.50 | PURCHASE | GAP #1009/THE | 11/20 | 200211201051000 |
| | | 4828520160467 | WASHINGTON | DC 7014V233250 | |
| 11/27 | 8.75 | PURCHASE | ZORBA`S CAFE | 11/25 | 200211252223000 |
| | | 4828520160467 | WASHINGTON | DC 7014V272070 | |
| 11/29 | 7.93 | PURCHASE | SAFEWAY  S | 11/27 | 200211271856570 |
| | | 1800 20TH ST | WASHINGTON | DC 7014H284029 | |
| 12/02 | 6.37 | PURCHASE | EMBASSY MARKET | 11/30 | 200211301845000 |
| | | 4828520160467 | WASHINGTON | DC 7014V240768 | |
| 12/02 | 58.76 | PURCHASE | BUFFALO BILLIARDS | 12/01 | 200212011951000 |
| | | 4828520160467 | WASHINGTON | DC 7014V296433 | |
| 12/03 | 32.99 | PURCHASE | OZIO | 12/01 | 200212010402000 |
| | | 4828520160467 | WASHINGTON | DC 7014V230088 | |
| 12/03 | 34.64 | PURCHASE | THAIPHOON RESTAURA | 12/01 | 200212011700000 |
| | | 4828520160467 | WASHINGTON | DC 7014V222069 | |
| 12/05 | 40.00 | WITHDRAWAL | CONNECTICUT _N | 12/04 | 200212041923470 |
| | | 1300 CONNECTICUT | WASHINGTON | DC 7014P008236 | |
| 12/09 | 5.87 | PURCHASE | RITE AID #3045 | 12/08 | 200212082115000 |
| | | 1815 CONNECTICUT | WASHINGTON | DC 7014W001286 | |
| 12/09 | 26.78 | PURCHASE | SAFEWAY  S | 12/07 | 200212071351330 |
| | | 1800 20TH ST | WASHINGTON | DC 7014H264090 | |
| 12/10 | 18.50 | PURCHASE | FANDANGO/LOEWS0070 | 12/08 | 200212080114000 |
| | | 4828520160467 | 866-857-5191 CA 7014V256600 | | |
| 12/10 | 37.00 | PURCHASE | FANDANGO/LOEWS0070 | 12/08 | 200212080114000 |
| | | 4828520160467 | 866-857-5191 CA 7014V206600 | | |
| 12/11 | 2.00 | MISCELLANEOUS CHARGE | | | 000000000000002 |
| | | ATM NON-FUNB WITHDRAWAL | | | |
| 12/11 | 41.50 | WITHDRAWAL | GREATER ATLANTIC BANK | 12/10 | 200212101703050 |
| | | 1025 CONNECTICUT | WASHINGTON | DC 7014H153111 | |
| 12/12 | 2.54 | PURCHASE | SAFEWAY  S | 12/11 | 200212112041090 |
| | | 1800 20TH ST | WASHINGTON | DC 7014H268113 | |
| 12/12 | 13.04 | PURCHASE | CHIPOTLE MEXICAN # | 12/10 | 200212101359000 |
| | | 4828520160467 | WASHINGTON | DC 7014V252068 | |
| 12/13 | 37.00 | PURCHASE | THAIPHOON RESTAURA | 12/11 | 200212110619000 |
| | | 4828520160467 | WASHINGTON | DC 7014V212069 | |

| Total | $560.44 |
|---|---|



**WACHOVIA**

College Access Checking

03    1010025106651  072  30      0  10    SAFEKEPT    Replacement Statement    052

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 11/15 | 13,997.14 | 11/27 | 14,116.36 | 12/10 | 13,950.76 |
| 11/18 | 13,957.50 | 11/29 | 14,108.43 | 12/11 | 13,907.26 |
| 11/20 | 13,890.23 | 12/02 | 14,043.30 | 12/12 | 13,891.60 |
| 11/22 | 13,770.73 | 12/03 | 13,975.67 | 12/13 | 14,496.93 |
| 11/25 | 13,735.86 | 12/05 | 14,038.91 | | |
| 11/26 | 13,692.86 | 12/09 | 14,006.26 | | |

WE ARE NOW OFFERING CUSTOMERS NEW CD OPTIONS WITH MORE
CHOICES AND GREATER FLEXIBILITY FOR GROWING YOUR MONEY:
12-MTH CONVERTIBLE CD/CD IRA OR 12-MTH SYSTEMATIC SAVER CD
24-MTH STEP RATE CD/CD IRA OR 36-MTH CALLABLE CD
FOR MORE INFORMATION, STOP BY YOUR LOCAL FINANCIAL CENTER
OR CALL US TODAY AT 1-800-690-8505. MEMBER FDIC

Customer Service Information

|  | Phone number | Address |
|--|--------------|---------|
| Deposit  Investment Accounts, CheckCard  ATM | | |
| Card | 1-800-275-3862 | FIRST UNION NATIONAL BANK |
| TDD (For the Hearing Impaired) | 1-800-388-7234 | NC0502 |
| | | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |
| | | |
| Consumer Loan Accounts | 1-800-347-1131 | FIRST UNION NATIONAL BANK |
| | | VA-0343 |
| | | PO BOX 13227 |
| | | ROANOKE VA  24040-0343 |
| | | |
| En Espanol Para Cuentas | 1-800-326-8977 | |
| De Depositos Y Ahorros | | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-275-3862 or write to us at FIRST UNION NATIONAL BANK, NC0502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2.Describe the error or the transfer you are unsure about, and explain as clearly as you
  can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.


**WACHOVIA**

College Access Checking

01    1010025106651 072 30      0  10      SAFEKEPT    Replacement Statement    052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312           PB
WASHINGTON DC 20008

College Access Checking                          12/14/2002 thru 1/16/2003

Account number:        1010025106651
Account holder(s):     TRITA PARSI

**Account Summary**

Opening balance 12/14          $14,496.93

Deposits and other credits       6,154.96 +

Checks                           69.72 −

Other withdrawals and service fees  2,224.52 −

Closing balance 1/16           $18,357.65

**Deposits and Other Credits**

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 12/24 | 13.04 | DEPOSIT     CONNECTICUT _N<br>1300 CONNECTICUT  WASHINGTON | 12/24<br>DC 7014F006252 | | 200212241346240 |
| 12/24 | 4,051.08 | DEPOSIT     CONNECTICUT _N<br>1300 CONNECTICUT  WASHINGTON | 12/24<br>DC 7014F006253 | | 200212241346420 |
| 12/30 | 974.98 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 021230 PPD<br>MISC 142085948 | | | 420023607783787 |
| 1/02 | 38.20 | DEPOSIT     CONNECTICUT _N<br>1300 CONNECTICUT  WASHINGTON | 01/01<br>DC 7014F004720 | | 200301011505510 |
| 1/03 | 19.41 | DEPOSIT     CONNECTICUT _N<br>1300 CONNECTICUT  WASHINGTON | 01/03<br>DC 7014F006966 | | 200301031214270 |
| 1/15 | 500.00 | DEPOSIT     CONNECTICUT _N<br>1300 CONNECTICUT  WASHINGTON | 01/15<br>DC 7014F007980 | | 200301151307220 |
| 1/15 | 558.33 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 030115 PPD<br>MISC 142085948 | | | 420030141440886 |

Total    $6,154.96

**Checks**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|--------|--------|------|--------|--------|------|--------|--------|------|---|
| 0128 | 43.67 | 12/27 | 0129 | 26.05 | 1/13 | Total | $69.72 | | 4913860655 4917898250 |

REDE Page 420 of 431



**WACHOVIA**

College Access Checking

02    1010025106651  072  30     0  10     **SAFEKEPT**     **Replacement Statement**     052

Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 12/16 | 9.63 | PURCHASE     HUMAN GATE RESTAUR     12/12<br>4828520160467     ARLINGTON     VA 7014V298242 | | 200212121526000 |
| 12/16 | 10.00 | PURCHASE     BIGZOO.COM     12/14<br>4828520160467     626-486-1024 CA 70142266703 | | 200212141102000 |
| 12/16 | 17.98 | PURCHASE     LE BROTHERS INC     12/15<br>4828520160467     WASHINGTON     DC 7014V222350 | | 200212151803000 |
| 12/16 | 93.04 | PURCHASE     SAFEWAY  S     12/15<br>1747 COLUMBIA RD  WASHINGTON D DC 7014K333054 | | 200212151443000 |
| 12/17 | 7.27 | PURCHASE     CHIPOTLE MEXICAN @     12/15<br>4828520160467     WASHINGTON     DC 7014V212078 | | 200212150854000 |
| 12/17 | 100.00 | WITHDRAWAL     CONNECTICUT _N     12/17<br>1300 CONNECTICUT  WASHINGTON     DC 7014F001297 | | 200212171448440 |
| 12/18 | 100.00 | WITHDRAWAL     CONNECTICUT _N     12/18<br>1300 CONNECTICUT  WASHINGTON . DC 7014F005563 | | 200212181313410 |
| 12/23 | 3.20 | PURCHASE     CAFE EUROPA     12/21<br>4828520160467     NEW YORK     NY 7014V252867 | | 200212210554000 |
| 12/23 | 16.78 | PURCHASE     RIO GRANDE CAFE BA     12/19<br>4828520160467     ARLINGTON     VA 7014V262073 | | 200212190916000 |
| 12/23 | 1,008.59 | PURCHASE     LAST MINUTE GETAWA     12/22<br>4828520160467     888-632-9780 NY 7014V202218 | | 200212221158000 |
| 12/26 | 2.00 | MISCELLANEOUS CHARGE<br>ATM NON-FUNB WITHDRAWAL | | 000000000000004 |
| 12/26 | 2.00 | MISCELLANEOUS CHARGE<br>ATM NON-FUNB WITHDRAWAL | | 000000000000006 |
| 12/26 | 8.15 | PURCHASE     BEST HUNAN RESTAUR     12/23<br>4828520160467     WASHINGTON     DC 7014V280005 | | 200212231655000 |
| 12/26 | 18.01 | PURCHASE     LUCKY BAR     12/22<br>4828520160467     WASHINGTON     DC 7014V283582 | | 200212220838000 |
| 12/26 | 42.00 | WITHDRAWAL     CHEVY CHASE FEDERAL     12/25<br>NATIONAL AIRPORT  WASHINGTON     DC 7014H000201 | | 200212251042270 |
| 12/26 | 203.00 | WITHDRAWAL     12/26<br>546 ST.PETER     NEW ORLEANS LA 7014K062841 | | 200212261508510 |
| 12/27 | 8.26 | PURCHASE     XANDO COFFEE _BAR     12/24<br>4828520160467     WASHINGTON     DC 7014V227113 | | 200212241820000 |
| 12/27 | 22.10 | PURCHASE     SHERATON HOTELS F_     12/25<br>4828520160467     NEW ORLEANS LA 7014V215254 | | 200212251732000 |
| 12/27 | 22.20 | PURCHASE     AB     208     12/26<br>701 ROYAL STREET  KENNER     LA 7014N681035 | | 200212261526020 |
| 12/27 | 31.69 | PURCHASE     CAFE PONTALBA     12/26<br>4828520160467     NEW ORLEANS LA 7014V286436 | | 200212261941000 |

Other Withdrawals and Service Fees continued on next page.