## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** | ) |
| **and** | ) |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) |
| **Plaintiffs,** | ) |
| **v.** | )      **Civil No. 08 CV 00705** |
| **DAIOLESLAM SEID HASSAN,** | ) |
| **Defendant** | ) |

### PROPOSED ORDER

**UPON CONSIDERATION OF** Defendant's Motion to Compel Production of Server and Compliance with Court's Orders of July 1, 2010 and March 29, 2011, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this _____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Compel Production of Server and Compliance with Court's Orders of July 1, 2010 and March 29, 2011 is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court