# EXHIBIT A



Farrokh Mohammadi <fm@pishevarlegal.com>

## Parsi/NIAC -- Today's Teleconference

**Adrian Nelson <anelson@pishevarlegal.com>**                                        Mon, Jun 6, 2011 at 9:25 AM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, "Jensen, Peter" <pjensen@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>, Farrokh Mohammadi <fm@pishevarlegal.com>

Tim:

This is to confirm that I found it necessary to end today's
teleconference based upon your repeated refusal to stop
mischaracterizing my statements to you.
In the absence of another witness to our conversation, I was
uncomfortable with speaking with you further. Accordingly, I
terminated the conversation.

To be clear, as it relates to the issue of NIAC's sharded drive that
was imaged by PwC, I never stated any facts relating to the current
disposition of the pre-December 2009 shared drive. I will adress that
issue in writing. Or, I will call and discuss that issue with you
when another member of our litigation team is available to be involved
in our telephone call.

As promised, I will provide NIAC's positions on our motion in limine,
any additional membership lists (including via Convio), and supporter
information by Friday at noon.

It is unfornuate that this case has once again degenerated to this
point. But, it has.

-Adrian