IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** <br><br> and <br><br> **NATIONAL IRANIAN AMERICAN COUNCIL** <br><br> Plaintiffs, <br><br> v. <br><br> **DAIOLESLAM SEID HASSAN,** <br><br> **Defendant** | Civil No. 08 CV 00705 |

## NOTICE OF ERRATA REGARDING
## PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SERVER AND COMPLIANCE WITH COURT'S ORDERS OF JULY 2, 2010 AND MARCH 29, 2011

Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., submit this Notice of Errata Regarding Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Compel Production of Server. As a result of a clerical error, Exhibit C was mislabeled electronically and thus was mistakenly attached to the Opposition. The correct Exhibit C is a Report prepared and written by Marc Hirshfeld, Esquire of Precision Legal Services.

- 2 -

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax: (301) 279 – 7347
Counsel for the Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 |
| ) | |
| DAIOLESLAM SEID HASSAN, ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

I certify that on August 3, 2011, I served, via email, the Notice of Errata Regarding Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Compel Production of Server and Compliance with Court's Order of July 2, 2010 and March 29, 2011 to:

Timothy E. Kapshandy, Esquire
Peter G. Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tkapshandy@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

_____/s/_____
Afshin Pishevar
Adrian Nelson
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com
anelson@pishevarlegal.com
Attorneys for Plaintiff

Trita Parsi
National Iranian American Council

- 3 -