# EXHIBIT A

From:   Kenneth Timmerman <timmerman.road@verizon.net>
Sent:   Wednesday, April 2, 2008 4:49 PM (GMT)
To:     Hassan Dai <hassan.dai@yahoo.com>
Subject:      Re: Dian Feinstein

Who cares whether it's politically correct? The facts are the facts.
Don't know about Feinstein - Google it

I agree with you about Trita. Go get 'em!
K


On 4/2/08 12:35 AM, "Hassan Dai" <hassan.dai@yahoo.com> wrote:

> Ken,
> 2 questions:
> 1- Is it politically correct to attack the Rockefeller
> foundation?
> 2- Is the CA senator going for reelection? In this
> case, we could use her support to NIAC.
> Ken,
> I strongly believe that Trita Parsi is the weakest
> part of the Iranian web because he is related to
> Siamak Namazi and Bob Ney. I believe that destroying
> him will be the start of attacking the whole web.
> This is an absolute integral part of any attack on
> Clinton or Obama.
> I hope your friends understand this crucial point.


--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com



HSD_0003828.htm
3K