# EXHIBIT B

From: Kenneth Timmerman <timmerman.road@verizon.net>
Sent: Wednesday, August 27, 2008 7:59 PM (GMT)
To: Hassan Dai <hassan.dai@yahoo.com>
Subject: Re: Nemazee

Hassan:

You're right that Trita is the weak link. But there's no Trita link to Biden or to Obama, whereas there is a Hassan Nemazee link.

Right now all I've been able to do is suggest that Nemazee is part of the network. But that's not terribly exciting, if you see what I mean. He IS the big fish here, but as of now we have nothing to hang him with.

As for your second item, I can always put you in touch with people at the Washington Times. The problem, though, is that your friends have got to have something newsworthy to say. I doubt that any print publication would publish their entire statement, except as a paid advertisement.

I can undoubtedly work in a quote or two in a story I might do about Ahmadinejad's trip. Do you know the dates yet?

Best,

Ken




On 8/27/08 1:37 PM, "Hassan Dai" <hassan.dai@yahoo.com> wrote:


> Ken,

> You are right. Namazee is a part of a web. The best way to attack this web is

> to bring down the weakest part of it:Trita Parsi.

> If we succeed, the whole network will be questioned and at lease paralyzed for

> a while. There is no need to go directly after Hassan Namazee.

> Ken,

> I told you about a group of Iranian Americans. They are ready to go public and

> their first declaration will be about Ahmadinejad's trip to New York. Once you

> told that you know some people in Washington Times. Is there a way to approach

> them for publishing their first statement?

> Thanks

>

>

> --- On Wed, 8/27/08, Kenneth Timmerman <timmerman.road@verizon.net> wrote:

>

>> From: Kenneth Timmerman <timmerman.road@verizon.net>

>> Subject: Nemazee

>> To: "Hassan Dai" <hassan.dai@yahoo.com>

>> Date: Wednesday, August 27, 2008, 7:44 AM

>> Hassan,

>>

>> The missing link that we MUST fill in is between hassan

>> Nemazee and the

>> regime.

>>

>> He has insisted vigorously that he has NO ties to the

>> regime and has not

>> been lobbying on their behalf.

>> He has also said that he joined the AIC board at the urging

>> of Louis Noto

>> head of Mobil and resigned 18 months later when he

>> realized how

>> politically sensitive it was.

>>

>> Remember that he sued Aryo Pirouznia and the SMCCD in 2006

>> for alleging that

>> he had ties to the regime, and that he has very deep

>> pockets.

>>

>> Here is a case where, if you're going to attack the King,

>> make sure you kill

>> him. You've got to have hard evidence. Otherwise, he's

>> just an

>> Iranian-American who's made it big, and is playing

>> politics with the big

>> boys. And it's not a story.

>>

>> So far no luck with the attorneys, but I'm making more

>> calls today.

>>

>> Best,

>> Ken

>> --

>> Kenneth R. Timmerman

>> President, Middle East Data Project, Inc.

>> Author: Countdown to Crisis: The Coming Nuclear Showdown

>> with Iran

>> Contributing editor: Newsmax.com

>> Tel: 301-946-2918

>> Reply to: timmerman.road@verizon.net

>> Website: www.KenTimmerman.com


--

Kenneth R. Timmerman

President, Middle East Data Project, Inc.

Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran

Contributing editor: Newsmax.com

Tel: 301-946-2918

Reply to: timmerman.road@verizon.net

Website: www.KenTimmerman.com