# EXHIBIT C

Sunday, July 31, 2011

## 38 Irrefutable Documents Proving NIAC and Trita Parsi Have Violated Foreign Agents Registration Act.

http://www.washingtontimes.com/news/2009/nov/13/exclusive-did-iranian-advocacy-group-violate-laws/?page=all

### For more info, please visit
www.iraniansforum.com

Much of NIAC's less public work has come to light through e-mails, documents, board of directors meeting minutes and strategy memos that were made public as part of the discovery process during a current defamation lawsuit against Mr. Hassan Dai a critic of the group.

Law enforcement experts who reviewed some of the documents say e-mails between Mr. Parsi and Iran's ambassador to the United Nations at the time, Javad Zarif - and an internal review of the Lobbying Disclosure Act - **offer evidence that the group has operated as an undeclared lobby and is guilty of violating tax laws, the Foreign Agents Registration Act and lobbying disclosure laws.**



Introduction

**NIAC and Trita Parsi's communications and collaboration with Iranian officials**

**A review of NIAC internal documents obtained during a defamation lawsuit filed by NIAC against Hassan Daioleslam**

مکاتبات و همکاری نایاک و تریتا پارسی
با مقامات رژیم ایران

بررسی بخشی از اسناد داخلی نایاک که در جریان شکایت
حقوقی نایاک از حسن داعی از طریق دادگاه بدست آمده اند

## Court document: "Periodic Report to National Endowment

Periodic Report to National Endowment for Democracy
Financial and Program Activities for Grant #2002-362
Video and Media Training Workshop in Iran

Effective Date of Grant: June 7, 2002
Reporting Period: July 1-December 31, 2002
January 1 - January 31, 2003
Total Grant: $25,000

National Iranian American Council
www.niacouncil.org

NIAC will contact the Iranian Interest Section in Washington DC. NIAC already has good contacts with the head of the Interest section, Mr. Jazini and his assistant, Dr. Mehrabadi. The purpose is to get their feedback on the best course of action to take. NIAC will then contact Mr. Sadat at the Iranian Foreign Ministry and send a fax through him to the head of the Department for International and Economic Affairs at the Ministry. The department is in charge of regulating contacts between Iranian NGOs and their counterparts abroad. NIAC also knows the Iranian Ambassador to the United Nations, Dr. Javad Zarif due to personal contacts between Dr. Zarif and NIAC's Acting President, Trita Parsi, and Banafsheh Keynoush. Banafsheh and Hadi (Hgaemi) also met with Ambassador Zarif in New York on January 24, 2003 at a reception organized to explore ways of working with NGOs in Iran. The meeting was very positive and Ambassador Zarif mentioned Iran's interest in working with outside groups but cautioned that Iran's political circumstances must be considered in all such activities.

Document 1

## Court document: "Periodic Report to National Endowment for Democracy"

Periodic Report to National Endowment for Democracy
Financial and Program Activities for Grant #2002-362
Video and Media Training Workshop in Iran

Effective Date of Grant: June 7, 2002
Reporting Period: July 1-December 31, 2002
January 1 - January 31, 2003
Total Grant: $25,000

National Iranian American Council
www.niacouncil.org

نایاک با دفتر حفاظت منافع ایران در واشنگتن تماس خواهد گرفت. سازمان ما هم اکنون رابطه خوبی با رئیس دفتر حفاظت آقای جزینی و دستیار وی مهر آبادی دارد. نایاک همچنین با آقای سادات در وزارت خارجه تماس خواهد داشت. نایاک همچنین جواد ظریف سفیر ایران در سازمان ملل را بخوبی میشناسد زیرا رئیس کنونی نیاک تریتا پارسی شخصا با ایشان تماس دارد. گذشته از آن تریتا پارسی بهمراه هادی قائمی و بنفشه در ژانویه ۲۰۰۳ در میهمانی ظریف شرکت داشتند تا راههای همکاری با سازمانهای غیر دولتی در ایران را بررسی کنند

Document 2

## NIAC communications with Iranian foreign ministry
## Timesheet by Parsi and Hadi Ghaemi (NIAC board member) shows



Document 3

Document 4









Document 12

Document 13



Document 14

Iranian ambassador is back from Tehran and has brought a secret "proposal". Parsi wants to see the proposal:
"Hope all is well and you are back from Tehran. Would love to get a chance to see the proposal or to understand more what it entails. If substantial, then certainly the members of the Congress will find it a reasonable offer, even if the White House doesn't. Trita Parsi"

Document 15

Parsi arranges the meeting between the Iranian ambassador and Congress members who oppose Bush's harsh position on Iran





Document 18

**Parsi meets Zarif and arranges a meeting between John Limbert and Iranian ambassador**

تریتا پارسی با ظریف دیدار میکند و مقدمات دیدار بین وی با جان لیمبرت را فراهم میکند

Document 19

**Parsi requests a meeting with Zarif to discuss a proposal from 2 Congress members who want to have some connection with Iranian parliamentarians. Parsi asks for Zarif's assistance.**

پارسی از ظریف میخواهد که ملاقات کنند و در باره پیشنهاد دو نماینده کنگره که خواهان ارتباط با نمایندگان مجلس ایران هستند مشورت کنند

Document 20

**Parsi participates in Ambassador's good-bye party**



Document 21

Document 22





http://hakemiat-e-mardou... Case 1:08-cv-00705-JDB Document 133-3 Filed 08/05/11 Page 15 of 20 ... http://hakemiat-e-mardon.blogspot.com/2008-irrefutable-docum...



Document 28

Document 39

August 2008, Den Haag meetings between Americans and Iranian Hashemi Samareh (AN's deputy) led Iranian delegation. Soltanieh (Iran's ambassador to IAEA) was present



Document 30

NIAC invites Congress members to meet with AN's deputy in New York

Document 31

نایاک از نمایندگان کنگره برای دیدار با رحیم مشائی دعوت میکند

مایلم به اطلاع شما برسانم که هفته آینده در نیویورک فرصتی برای دیدار بسیار سطح بالا بین ایران و آمریکا وجود دارد. موسسه پاگ واش که این جلسه را برگزار میکند از ما خواسته تا با اعضای کنگره برای شرکت در این دیدار تماس بگیریم و من فوراً بیاد شما افتادم. اگر شما چند دقیقه وقت داشته باشید رئیس من تریتا پارسی تلفنی شما را در جریان جزئیان این دیدار قرار خواهد داد. وی سالهاست که در این گفتگوهای غیر رسمی شرکت میکند و میگوید که سطح مسئولان ایرانی شرکت کننده در نشست هفته آینده بسیار بالاست

http://hakemiat-e-mardom.blogspot.com/: 38 Irrefutable Documents P... http://hakemiat-e-mardom.blogspot.com/2011/07/38-irrefutable-docum...



Document 32

Document 33

**Blout from NIAC invites Congress members to participate in a secret meeting with Ahmadinejad's delegation led by Hashemi Samareh, Vienna, Dec. 2008**





Document 37

Parsi tell Zarif what he is hearing in Washington
He sends a press report to Zarif about the possible rejection of John Bolton's nomination as US ambassador to UN.
But in addition to press report, Parsi adds his note:
"From what I hear, the below article stands"

Document 38

Trita Parsi's role in arranging secret meeting between US politicians and Ahmadinejad's envoys

Parsi and Alex Patico are American selecting participants



For more information please see:
http://www.washingtontimes.com/news/2009/nov/13/exclusive-did-iranian-advocacy-group-violate-laws/

http://hakemiat-e-mardom.blogspot.com/2011/01/rise-of-iran-lobby-in-us.html

http://globalpolitician.com/26155-iran

http://hakemiat-e-mardom.blogspot.com/2010/01/niac-twelve-years-of-pro-tehran-lobby.html

http://pdmiran.blogspot.com/2011/04/niac-and-its-useful-idiots.html

http://www.newmediajournal.us/indx.php/item/1847

http://www.newmediajournal.us/pdf_files/irandoost_niac.pdf

http://widgets.causes.com/causes/404289-niac-is-a-lobbyist-for-the-islamic-republic-of-iran

NIAC and Trita Parsi Opinion Survey

Posted by PDMI-Arash Irandoost

0 comments:

Post a Comment