# EXHIBIT D

          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF COLUMBIA

-----------------------------------x
TRITA PARSI and NATIONAL IRANIAN
AMERICAN COUNCIL,

                    Plaintiffs,

          v.

DAIOLESLAM SEID HASSAN,

                    Defendant.
-----------------------------------x


       DEPOSITION OF MOHAMMAD MANSOURI GARAKANI

                New York, New York

              Friday, March 12, 2010




Reported by:

ANITA SHEMIN, CSR, RPR

1

2

3

4

5

6                          March 12, 2010

7                          10:00 a.m.

8

9              Deposition of MOHAMMAD MANSOURI

10      GARAKANI, held at the offices of Sidley

11      Austin LLP, 787 Seventh Avenue, New York, New

12      York, pursuant to Subpoena, before Anita

13      Shemin, a Notary Public of the State of New

14      York.

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2   A P P E A R A N C E S:

 3       PISHEVAR & ASSOCIATES, P.C.
         Attorneys for Plaintiffs
 4            Jefferson Plaza
              Suite 316
 5            600 East Jefferson Street
              Rockville, Maryland  20852
 6       BY:  PATRICK PARSA, ESQ.
              ADRIAN V. NELSON, II, ESQ.

 7

 8       SIDLEY AUSTIN LLP
         Attorneys for Defendant
 9            One South Dearborn
              Chicago, Illinois 60603
10       BY:  TIMOTHY E. KAPSHANDY, ESQ.
              TOM ROSS, ESQ.

11

12

13   ALSO PRESENT:

14       WILL WOODS, Legal Assistant

15       MOHAMMAD MANSOURI GARAKANI

16

17

18

19

20

21

22

23

24

25
```

1

2    MOHAMMAD MANSOURI GARAKANI,

3    having been first duly sworn by the Notary Public

4    (Anita Shemin), was examined and testified as

5    follows:

6    EXAMINATION

7    BY MR. KAPSHANDY:

8         Q.   Mr. Mansouri, my name is Tim Kapshandy,

9    and as you probably know from your counsel, along

10   with Mr. Ross here, we represent the Defendant in

11   this lawsuit in which you have been subpoenaed.

12   What I would like to do is go over a few ground

13   rules here so you understand what this proceeding

14   is all about and how you are involved.

15            First of all, have you ever given

16   testimony?

17        A.   No.

18        Q.   One thing that we will need to be

19   careful of is to not talk over each other.  Before

20   I finished that last question, you answered, which

21   is fine in normal conversation, but she can't take

22   that down if we talk over each other.  And

23   sometimes you will see that the lawyers will be

24   arguing and talking over each other, so it is

25   something we all have to try and do.  Do you

1                    Mansouri GARAKANI

2    time or any other time in their office, and I have

3    no idea about the things that was going on in

4    their office.

5         Q.   And what time period are we talking

6    about when we were doing the NED project?

7         A.   Say that again.

8         Q.   What time period -- we will call it the

9    NED, the National Endowment for Democracy project.

10   You understand that?

11        A.   Yes.

12        Q.   When were you doing that on behalf of

13   NIAC?

14        A.   I believe it started sometime in 2005,

15   and it went on for a year.  As far as I remember,

16   it was directly National Endowment of Democracy

17   fund or project, or at least partially.

18        Q.   What does that mean?

19        A.   Again, I don't know anything about

20   financial things behind the project, so I don't

21   know if part of the overhead was coming from

22   somewhere else, like from the NIAC's account or

23   not.  My understanding was that it was partially

24   from National Endowment of Democracy fund.

25        Q.   We want to keep this to what you know,

1                    Mansouri GARAKANI

2    so tell us when the project started and when it

3    ended, as far as you were concerned, like for

4    example, when you were doing stuff and getting

5    paid?

6         A.   Well, it was started in 2005 with a

7    project that we called it NGO Resources, which was

8    simply for me to write an ebook as a guideline for

9    management of NGOs in Persian.

10             After three, four months, the contract

11   changed, or the understanding changed to

12   maintaining the book by adding pages to it, and

13   the whole maintaining, changing, modification part

14   was another six to nine months, so I believe the

15   total was around one year.

16        Q.   And when did it end?

17        A.   It must have been in summer of 2006.

18        Q.   Was there any other work you did for the

19   NED NGO project?  Is that the only work that you

20   can think of?

21        A.   I worked on -- I continued the project,

22   but I am not sure if it was NED.  That was the

23   workshop project.  That was kind of an extension

24   to -- I believe I was only based -- it was only

25   based on the book.

```
 1                   Mansouri GARAKANI
 2        Q.   Right.  There were two different grants.
 3   There was one before you got involved.  Are you
 4   aware of that?
 5        A.   No.
 6        Q.   Let's not talk about that one, then.
 7             And then there were these two that you
 8   have just told us about, the ebook, as you
 9   described it, and then the workshop project; is
10   that fair?
11        A.   That is right.
12        Q.   And that does correspond to two
13   different grants from the NED.  Are you aware that
14   there were two different grants?  Did you have any
15   involvement in any of the reports?
16        A.   I don't remember, and I don't know if
17   the second project was an NED project at all.
18        Q.   That second project, which we will call
19   the workshop project, ended when?
20        A.   The end of 2006, when we couldn't do the
21   project because of the political circumstances in
22   Iran, because we were supposed to teach NGO
23   leaders as a workshop, but I believe I continued
24   my professional relationship with NIAC until
25   spring or late spring of 2007, so it must have
```

1                    Mansouri GARAKANI

2    been the continuation of the same project, as far

3    as I remember.

4         Q.   Okay.  When did it come to this point in

5    time where you determined the project could not be

6    done?  You said it was in late 2006.  I don't want

7    to put words in your mouth.

8         A.   It was late July or August of 2006.

9         Q.   What work did you do thereafter until

10   early 2007 on this project when you couldn't do

11   the workshop?

12        A.   We continued working on talking to NGO

13   leaders on the phone, that was one part of the

14   project, and we were waiting for another

15   opportunity to probably have the workshop some

16   other time.

17        Q.   And that officially ended when?  When

18   did you finally give up hope of doing it either on

19   the phone or by way of workshop?

20        A.   When the project was over and the grant

21   was over, it was, as I said, spring, late spring

22   of 2007.

23        Q.   Let's back up a second.  We just jumped

24   right here in the middle.  Why don't you tell us a

25   little bit about yourself.  You say you teach at

1                      Mansouri GARAKANI

2   may know, those sorts of things can get you into

3   trouble in the workplace if they are

4   misunderstood.

5            In any event, did she have anything to

6   do with the NED project that you are aware of?

7        A.   I am not aware of.  I don't believe she

8   did.  She was a person in touch with, as I said,

9   Capitol Hill.  She was involved in the other type

10  of activities that NIAC was doing, and I have no

11  idea of that part.

12       Q.   We are not going to spend your time on

13  that.  Focusing on the NED project or the NGO

14  projects, you will see travel and entertainment

15  expenses were approximately 73,048.58.  Do you see

16  that towards the bottom?

17       A.   Yes.

18       Q.   Do you recall roughly how much your trip

19  to Iran was reimbursed for?

20       A.   About 2,000.

21       Q.   In fact --

22       A.   Something like that.

23       Q.   To be fair, let's see if we can direct

24  you to a line item here that might help us on

25  this.  If you look at Exhibit 17-D, which breaks

1                    Mansouri GARAKANI

2    these down by subject matter and date, and turn

3    all the way to Page 7.

4         A.   Yes.

5         Q.   Under "Travel and Entertainment," you

6    will see two checks to Mohammad Mansouri for

7    domestic travel in Iran and per diem for $1,040,

8    reimburse for hotel of 2,446.81.  If you go to the

9    next line travel, D.C. - Iran, $1,500.  Those

10   three items, do you see those?

11        A.   I can't find them, yet, but -- here?

12        Q.   Thanks.

13        A.   Thanks.

14        Q.   All I am asking right now, does that

15   refresh your recollection as to roughly how much

16   you were reimbursed for your travel there?

17        A.   34.

18        Q.   Actually, I may have misspoken.  A

19   fourth line for 1,184.85, do you see that?  Those

20   are from 2006, let's focus on those.

21             Can you tell us, obviously there is some

22   for hotel and per diem, what is the 1,500 for as

23   opposed to travel for 1,184?

24        A.   I had my ticket to Istanbul, Turkey.  I

25   don't -- I don't really remember the details of

1                    Mansouri GARAKANI

2  those numbers, but I can tell you what it was

3  like.  I had my -- the part of my trip that I was

4  in Istanbul, which involved the airfare, and also

5  staying at the hotel, and going around and meeting

6  with these people.  Then I had a flight from there

7  to Teheran coming back.

8       Q.   That sounds like domestic travel in the

9  first line.

10      A.   I believe that is how -- again, what I

11  did was I was -- I gave everything that I had to

12  Trita Parsi, and that is the way that he has put

13  them together.  I am just trying to --

14      Q.   I understand.  You didn't submit these,

15  but you got the checks eventually, they came to

16  you?

17      A.   I must have.

18      Q.   It says checks payable to you?

19      A.   Yes.

20      Q.   And 1,184 seems like it might be an

21  international airplane ticket.  Does that seem

22  right?

23      A.   I believe so.

24      Q.   But the $1,500, nice round even number,

25  do you have any idea what that might be for?

1                    Mansouri GARAKANI

2        A.   I don't remember that.  I definitely

3   didn't have any travel from D.C. to Iran.

4        Q.   You flew to Turkey?

5        A.   I flew to Turkey, first of all.

6        Q.   That is how it is described in NIAC's

7   accounting records.  Do you recall getting the

8   check for $1,500?

9        A.   I am sure that I have, but I don't

10   recall, I don't remember.

11        Q.   If you don't recall, that is all you can

12   do.

13             I do see, though, in August 2007, there

14   is reimbursement to Mohammad Mansouri for $491.69

15   for an airline ticket.  Do you recall what this is

16   about?  Right below that, second to the last line

17   on Page 7.

18        A.   These must have been national trips from

19   LA to D.C., but as I said, most of it, I had paid

20   for it.  Again, I really don't know what was the

21   way that he was dealing with the grant.  He

22   meaning Dr. Parsi.

23        Q.   You already testified that you didn't

24   charge NIAC for travel within the United States to

25   D.C., right?

1                    Mansouri GARAKANI

2        A.   I said as far as I remember, I paid for

3   all of them out of my pocket, but there might have

4   been situations that they wanted me to come for a

5   meeting with Eurasia Foundation or something that

6   was specifically funded by them, not even through

7   NIAC.  So I had travelled a lot like eight, ten

8   times a year, eight times a year during that time

9   from California to D.C., and obviously 491 cannot

10  be a reimbursement for that.  I don't remember,

11  but it must be something national.

12       Q.   If you turn the page, Page 8 is the last

13  page of Exhibit 17-D --

14       A.   Right.

15       Q.   -- you will see on January 29, 2008,

16  Delta from BWI, Baltimore/Washington

17  International, to Portland or February 9th for

18  $225.50?

19       A.   Yes.

20       Q.   Do you have any idea how this relates to

21  the NGO project which you testified was over in

22  August?

23       A.   I don't understand this, and I can't

24  tell you how it is related because it is in 2008.

25       Q.   There were two more which don't have

1                    Mansouri GARAKANI

2   a name for United and Northwest Air for $213 and

3   $211.  Do you have any idea how that travel

4   related to the NGO project if it was over?

5        A.   Not at all.  I don't know anything.  I

6   was not there anymore.  I mean like, that's --

7        Q.   Why don't you take out the -- while you

8   have that there, on the first page, there is

9   advertising breakdown.  Do you see that?

10       A.   Yes.

11       Q.   And from October of 2005 until October

12   of 2007, there are individual expenses listed for

13   places like Gooya.com.

14       A.   Gooya and some just described as ADS,

15   yes.

16       Q.   Internet advertising, $1,500 in June of

17   2007.  Did you ever see any of those ads or have

18   any idea what they were about?

19       A.   I remember those banners, but it was a

20   long time ago.

21       Q.   Banners for what?

22       A.   On Gooya.com or Iranian.com, which are

23   very popular Iranian American websites.  I

24   remember that they designed a banner and posted

25   there, and I probably must have been cc'ed.  That

1                    Mansouri GARAKANI

2   is why I have a recollection of it.

3        Q.   A banner advertising what?

4        A.   The book, the Iranian, the

5   NGOresources.org, any book for teaching, that type

6   of banner.

7        Q.   Did you ever hear that the NED requested

8   NIAC to send them proof of these ads, and NIAC was

9   never able to do that?

10        A.   I was not involved in any of this, I

11   don't know.

12        Q.   Nobody from NIAC came to you and said,

13   hey, do you have copies of those ads we ran for

14   the NGO project?

15        A.   Asking me?  No.  As I said, I was just

16   notified probably through a cc in an e-mail.

17        Q.   While we are with this exhibit, why

18   don't you turn to Page 2 under "Fundraising

19   Program Expenses."  Do you see that?

20        A.   Yes, sir.

21        Q.   Now, in February and March of 2008,

22   there are a bunch of charges to FTD.com.  Do you

23   see those?

24        A.   Yes.

25        Q.   Now, again, since this is after the

1                    Mansouri GARAKANI

2    project, do you have any idea what NIAC was

3    purchasing from FTD.com for the NGO project?

4         A.    I don't even know what FTD is.

5         Q.    It's a florist company.

6         A.    A florist?

7         Q.    Florist Transworld Delivery.

8         A.    I have no idea.

9         Q.    Assuming that is true, do you have any

10   idea why NIAC would be using the NGO resources

11   funds for flowers?

12            MR. NELSON:  Objection, calls for

13         speculation.

14        Q.    If you know?

15        A.    I don't know anything about it.

16        Q.    Do you know the names of any of those

17   people in parenthesis after FTD.com, like Ali

18   Golchin?

19        A.    I have heard some of them, but the only

20   one that I know is Mohammad Navab because he was

21   on the board.

22        Q.    Of what?

23        A.    Of NIAC for a while.  I don't know if he

24   is or not, but I don't know any of them.  I have

25   heard of Chegini, but I don't know who he is.

Page 148

1                    Mansouri GARAKANI

2        Q.   As far as you are aware, did any of them

3   have any involvement in the NED NGO project?

4        A.   No.

5        Q.   Turning to the next page, the top of

6   Page 3, the second entry, Cision US, Inc., Medica

7   database, do you see that?

8        A.   Yes.

9        Q.   In February 2008 for $27.50.  Do you

10  have any idea who that vendor is and what they

11  were providing in February of 2008 for the NGO

12  project?

13       A.   No idea.  I don't know this company, and

14  I have no idea.

15       Q.   If you could look on Page 3 under

16  "Postage and Delivery," there are a lot of entries

17  there in nice round even numbers for postage meter

18  to 1214, postage meter to 119 --

19       A.   Yes.

20       Q.   -- $100, $100, postage meter to 26, that

21  is in 2006 for $450.  *****

22       A.   Yes.

23       Q.   Let me ask you this:  Were you mailing

24  anything to anybody in Iran?

25       A.   No.

```
 1                  Mansouri GARAKANI
 2      Q.   Was NIAC mailing anything to anyone in
 3   Iran for this project?
 4      A.   Not that I know of.
 5      Q.   The payments are in nice round even
 6   numbers, which is kind of unusual for postage, and
 7   they are payable to NIAC.  Do you see that?
 8      A.   Yes, sir.
 9      Q.   My question for you is:  Do you have any
10   idea what NIAC was mailing and charging to the NED
11   account in 2006?
12      A.   Not at all.
13      Q.   Now, if we turn to the next page under
14   "Professional Fees and Consulting," in particular
15   consulting --
16      A.   Yes.
17      Q.   -- we see --
18           MR. NELSON:  I am just going to note
19           from the point that we began talking about
20           Exhibit 17, a continuing objection.  This
21           document relates to NGO resources project, it
22           does not say NED project.  So there has been
23           an assumption all along here that all of
24           these relate to the NED project, and there
25           has been no foundation that this just relates
```

                    Mansouri GARAKANI

1

2  month, but it was on for that period of time.

3      Q.   You are aware from the e-mails that the

4  NED had trouble finding some of the information

5  that was supposedly posted on the website?  You

6  are aware that NIAC was getting inquiries as to

7  where the content was?

8      A.   Then you can see that I -- if you are

9  referring to the e-mails --

10     Q.   That we marked already.

11     A.   Yes.

12          -- then in my response, it was the link

13 to where it is.

14     Q.   And they had inquiries about, for

15 example, where are the newsletters, and I believe

16 you told us no?

17     A.   We never went through a newsletter, and

18 the major reason was that they were not so many

19 NGOs registered, so it is worth it to send a

20 newsletter.

21     Q.   Let's continue to look at these.  You

22 see $31,000 worth of rent on Page 6.  Looking at

23 that, I believe you already testified you have no

24 idea what NIAC was renting for that amount of

25 money?

1                    Mansouri GARAKANI

2        A.    That is correct, I have no idea.

3        Q.    And the same thing with supplies?  For

4    example, on November 12, 2005, we see "Laptop

5    computer: $1,300."  Do you see that?  1,293 and

6    33, I round it to 1,300.

7        A.    Yes.

8        Q.    Do you have any idea what laptop

9    computer was purchased with the NGO funds?

10        A.    Other than the one that I purchased?

11        Q.    Right.  And that one, I believe you

12    said, you purchased and were reimbursed?

13        A.    Yes.

14        Q.    This a check for NIAC for a computer.

15        A.    Oh, I have no idea.

16        Q.    And hundreds of dollars worth of ink

17    cartridges, anything printed and sent to Iran, it

18    was all web based?

19        A.    Yes, and I don't know what was going on

20    in the office anyways.

21        Q.    Now, just looking globally at the

22    telephone charges on Pages 6 through 7, there is

23    some for you for $25.50 for your cell phone.  It

24    sounds like what you were describing earlier, they

25    paid a certain percentage for your cell phone?

```
 1                    Mansouri GARAKANI
 2         A.   Yes, sir.
 3         Q.   Then there are hundreds of dollars of
 4    payments to NIAC for phone from 2005 through the
 5    end of 2007?
 6         A.   Yes.
 7         Q.   Do you have any idea what and who NIAC
 8    was calling that it was charging the NGO project
 9    for?
10         A.   I have no idea.
11         Q.   I mean, there are a couple for you.  You
12    will see in March of 2006, call to Iran, $348.93.
13    Do you see that?
14         A.   Yes.
15         Q.   That is different from the ones we have
16    seen before?
17         A.   I believe so, but this is like the month
18    before I was going, so I had a lot of
19    conversations.
20         Q.   So maybe there is some backup for that,
21    we just don't have it in the ones that we have
22    marked?
23         A.   Exactly.
24         Q.   It continued after when the project is
25    concluded that it can't be done, starting in July
```

1                    Mansouri GARAKANI

2    of 2006, we see TP's phone, $150.  Do you have any

3    idea what that is for?

4         A.   TP?

5              MR. NELSON:  Objection.  Once again, he

6         didn't prepare this.  I think it is okay to

7         ask him about things relating to him, but not

8         other people.

9         Q.   Do you have any knowledge of Trita Parsi

10   making calls to Iran or on behalf of the NGO

11   project for hypothetically $150 in a month in late

12   2006?

13        A.   Not that I know of.

14        Q.   Then we see June 2007, telephone, NIAC

15   paid $839.97, nearly a year after you went to

16   Iran.  Do you have any idea what NIAC was calling

17   on behalf of the NGO project to the tune of

18   $839.97?

19        A.   No, sir.

20        Q.   Then in October and December of 2007,

21   there is a bunch of credit card charges for Vonage

22   to the NGO account.  Do you have any idea what

23   those charges are and how they related to the NGO

24   project?

25        A.   No, sir.

```
 1                    Mansouri GARAKANI

 2        Q.   Why don't you put that one aside.  I

 3   think we are just about through with these.

 4             If you take Exhibit 17-C out, I promise

 5   we won't go all through it.

 6        A.   Yes.

 7        Q.   Turn to Page 42.

 8        A.   Yes.

 9        Q.   There is a charge for $460.83 to Staples

10   for office expenses in February of 2008.  Do you

11   see that?

12        A.   Yes, sir.

13        Q.   Now, again, do you have any idea what

14   NIAC was charging to the NGO account for

15   approximately $500 many months after the project

16   was over?

17        A.   Not at all.

18        Q.   Continue backwards, if you can, a couple

19   of more pages to Page 40.

20        A.   Okay.

21        Q.   We will see in January 2008, a number of

22   checks were issued from the NGO account, Babak's

23   salary $1,667?

24        A.   Yes.

25        Q.   Do you have any idea what Babak Talebi
```

                    Mansouri GARAKANI

1   did on the NGO project to the tune of almost

2   $1,700 in January 2008 when it was over?

3

4        A.   I don't remember.

5        Q.   I previously asked you about his

6   involvement in the project, and you were not aware

7   of it.  I am wondering if this refreshes your

8   recollection?

9        A.   Yes, I -- I think he was -- I don't know

10  it directly, so --

11            MR. NELSON:  Only testify to what you

12       have knowledge of.

13       A.   I don't know.

14       Q.   Let me ask it this way:  Did you see him

15  do any work or see any work product that he did on

16  the project?

17       A.   No.

18       Q.   Did anybody tell you what work he did on

19  the project?

20       A.   He was supposed to be in charge of

21  outreach or --

22            MR. NELSON:  I am going to continue my

23       objection that, again, this document relates

24       to NGO accounts, it doesn't say NGO project

25       or any projects, so it is not clear.  There

```
 1                 Mansouri GARAKANI
 2      is no clear foundation here as to what this
 3      document even relates to.
 4          You can answer with that objection
 5      continuing.
 6          MR. KAPSHANDY:  That is fine.
 7 BY MR. KAPSHANDY:
 8      Q.   Do you have any idea what work was going
 9 on in the NGO projects regardless of who funded
10 them in January of 2008?
11      A.   The only -- I don't know.  January 2008?
12      Q.   Right.
13      A.   No.
14      Q.   Well, you will see right above that,
15 Alex, which I assume is Patico, received $2,500 on
16 the same day.  Do you have any idea what
17 consulting he did for the NGO project that
18 justified that expense?
19      A.   I remember that we did one month or two
20 or a portion of one month and some days invited by
21 Eurasia Foundation to work on a project that NIAC
22 had already proposed, and Eurasia wanted to flesh
23 it out and make it the way that it works.  What I
24 don't recall, if it was in 2008.
25      Q.   Did you have any involvement in that
```

```
 1                  Mansouri GARAKANI

 2  project?

 3       A.   No.

 4       Q.   Because I see here, there is an MM on

 5  salary on January 2nd, 2008, for $6,067.  Do you

 6  see that?

 7       A.   Yes.

 8       Q.   Do you recall receiving that check?

 9       A.   I believe it was back in 2007, and it

10  was around the same time that we were done with

11  the project.

12       Q.   I thought you were done with the project

13  in August 2007?

14       A.   This is something else.

15       Q.   What is this something else that you are

16  being paid for?

17       A.   This was an idea that Eurasia funded for

18  some of us to come together and develop a new

19  project under the supervision of Eurasia, and they

20  paid for it, but it definitely was not in 2008.

21       Q.   When was that done?

22       A.   It was around the time that the other

23  project was done, so around the same amount of --

24  the same month, probably August of 2007.

25       Q.   Yes?
```

1                      Mansouri GARAKANI

2       A.   Or at least to the best of my knowledge

3    and recollection, obviously.

4       Q.   Today was the first you heard that

5    80 percent of the Eurasia backing was given back?

6            MR. NELSON:  Objection to the figure of

7        80 percent.  There is no foundation for that.

8       A.   That is correct.

9       Q.   Flip backwards, we are about done.

10           If you look at page -- again, there are

11   a bunch of charges to FTD.com in December 2007;

12   however, with no recipients listed this time as

13   there was in 2008?

14      A.   Yes.

15      Q.   Do you have any idea how these

16   expenditures at a florist had anything to do with

17   the NGO project?

18      A.   No, sir.

19      Q.   You didn't authorize these?

20      A.   Not at all.  I had nothing to do with

21   the financial part of the project, any of the

22   projects.

23      Q.   Let's put all of these aside.  You said

24   you never heard it discussed or discussed with

25   anybody that NED grants for a good source of

Page 168

1                    Mansouri GARAKANI

2   income to cover NIAC's expenses?

3        A.   No.

4        Q.   Let me hand you what we will mark as

5   Exhibit 18, an e-mail from Ali Golchin to Trita

6   Parsi and the board, which contains embedded in it

7   an e-mail from Trita Parsi of some date.

8             (E-mail from Ali Golchin to Trita Parsi

9        marked Mansouri Exhibit 18 for

10       identification.)

11  BY MR. KAPSHANDY:

12       Q.   I ask you, first of all, I believe you

13  told us previously that you know Ali Golchin to be

14  a member of the board?

15       A.   I heard of his name.  I didn't know he

16  was a board member.  Of what?

17       Q.   And if you look further down, and then

18  this is in November of 2005, Trita Parsi writes,

19  "A proposal is also being written to renew our NED

20  grant.  They gave us 64K last year, and we hope to

21  get more this year.  This money has essentially

22  covered our office expenses this year and proved

23  to be crucial for our survival."

24             First of all, did I read that correctly?

25       A.   (No response).

1                    Mansouri GARAKANI

2       Q.   Now, my question is:  Having seen this,

3   have you ever heard anybody at NIAC, Trita Parsi

4   or board members, describe the NED grant as a good

5   source of income or something that covered your

6   office expenses?

7            MR. NELSON:  Objection, asked and

8        answered.

9            You may answer.

10      A.   I haven't heard anything about it, and

11  this is the first time I am seeing this e-mail.

12           (7/4/07 e-mail marked Mansouri Exhibit

13       19 for identification.)

14  BY MR. KAPSHANDY:

15      Q.   Let me hand you what we will mark as

16  your Deposition Exhibit 19, which purports to be a

17  July 4, 2007 1 o'clock in the morning e-mail from

18  you to Trita Parsi regarding insurance, and it

19  states, when you go to the second line regarding

20  NED, "I think we should apply for another grant,

21  something different than EF, but somehow related.

22  It can be a source of income for NIAC and maybe

23  all of us.  So let's talk about it when I'm there,

24  and we will prepare something for the new year."

25           First of all, did I read that correctly?

1                    Mansouri GARAKANI

2        A.   Yes, sir.

3        Q.   And those are words that you sent to

4   Trita Parsi about extending the NED grant in July

5   of 2007, correct?

6        A.   Evidently, yes.

7        Q.   Put that aside.

8             Let me hand you what we will mark as

9   Exhibit 20.

10            (5/2006 e-mail chain marked Mansouri

11       Exhibit 20 for identification.)

12       Q.   It is a chain of e-mails in May of 2006,

13  the top of which is one from May 9, 2006, from you

14  to Trita Parsi regarding Turkish organizations.

15            And first of all, would you agree that

16  that is an e-mail that at least you responded to

17  at least on May 9, 2006?

18       A.   Yes.

19       Q.   And this is just before you went to Iran

20  and Turkey?

21       A.   This is before it, yes.

22       Q.   And again, I believe you said you went

23  in June or July?  What was it?

24       A.   It was July.  July and August, partially

25  August.

1                    Mansouri GARAKANI

2          Q.    And you tell him, "I will gather my

3    receipts of the last eight months and send it over

4    soon.  There are something like $350 for the cell

5    phone, less than $100 for calling Teran, and maybe

6    another 250 for expenses such as Internet

7    connection at the most.  You have to find other

8    ways to take care of the rest of it.  It won't be

9    a good idea to pay back some money from NED from

10   last year's budget."  Did I read that correctly?

11         A.    Yes, sir.

12         Q.    And those are words that you said to

13   Trita Parsi in May 2006?

14         A.    That is correct.

15         Q.    Which would suggest that you hadn't sent

16   him any receipts for reimbursement in the prior

17   eight months to this e-mail?

18         A.    Apparently, I had forgotten to.  That is

19   what it says.

20         Q.    Why would you say it won't be a good

21   idea to pay some money from the NED from last

22   year's budget?

23         A.    If you have ever been working on a

24   grant, you would know that it is not a good idea

25   to let the budget go back.  That is a common --

```
 1                    Mansouri GARAKANI

 2        Q.   Use it or lose it, right?

 3        A.   That is the meaning of the budget.

 4        Q.   But if you don't have receipts for all

 5   of it, what do you do?

 6        A.   Apparently I had receipts for all of

 7   them.

 8        Q.   You said at the most, maybe $700?

 9        A.   That is all I had.  I don't remember

10   what was --

11        Q.   For eight months?

12        A.   The context before that, in which

13   context we are talking about, but apparently --

14             MR. NELSON:  You are taking this

15        statement out of context.  There is another

16        sentence following that line that you just

17        read.

18             MR. KAPSHANDY:  That is unrelated.

19        Thanks, counsel.

20   BY MR. KAPSHANDY:

21        Q.   I am just talking about the expenses

22   that you had had to date in May 2006 to the tune

23   of --

24        A.   I don't remember what was the context,

25   but I believe it was another e-mail somewhere that
```

Page 187

1

2      STATE OF NEW YORK  )
                          )  SS.:
3      COUNTY OF NEW YORK )

4

5              I, ANITA SHEMIN, a Certified

6      Shorthand Reporter and Notary Public

7      of the State of New York, do hereby

8      certify that the foregoing examination

9      of the witness, MOHAMMAD MANSOURI GARAKANI,

10     taken at the time and place aforesaid, is a

11     true and correct transcription of my

12     shorthand notes.

13             I further certify that I am

14     neither counsel for nor related to

15     any party to said action, nor in any

16     wise interested in the result or

17     outcome thereof.

18             IN WITNESS WHEREOF, I have

19     hereunto set my hand this 25th day

20     of March, 2010.

21

22                     _____

23                          ANITA SHEMIN, CSR, RPR

24

25