# EXHIBIT A

| | |
|---|---|
| **From:** | Adrian Nelson [anelson@pishevarlegal.com] |
| **Sent:** | Friday, July 01, 2011 4:59 PM |
| **To:** | Kapshandy, Timothy E.; Jensen, Peter |
| **Cc:** | Afshin Pishevar; Farrokh Mohammadi |
| **Subject:** | NIAC Former Members List |
| **Attachments:** | report1309474273005.csv |

Tim:

We asked NIAC to run a serach in Convio for former members.  The result of that search is attached.

You will see that this search resulted in 117 persons being identified as former members, which is very close to the 118 members that were listed on a prior listing produced.

As indicated in a prior communication, what constitutes a former member can be a moving target.  I suspect that if NIAC ran a search for persons who had not paid their dues when they last had an opportunity to renew their membership, that list would be larger than 117 or 118 persons.  Are they former members or deliquent members?

Therein lies a reason NIAC has been unable to provide an all inclusive former members lisitng, which I believe I attempted to explain to you during our conversation which I felt the need to end because of your domineering approach to our conversation.  NIAC will make this same argument in response to the defendant's Motion to Compel.

Have a nice 4th of July.

-Adrian

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account ID | Account Name | Type | Contact Record Type | Parent Account ID | Billing Street | Billing City |
| 2 | 001A0000007xhPZ | | | Household Contact | | | |
| 3 | 001A0000007xhR3 | | | Household Contact | | | |
| 4 | 001A0000007xhf2 | | | Household Contact | | | |
| 5 | 001A0000007xi20 | | | Household Contact | | | |
| 6 | 001A0000007xhaE | | | Household Contact | | | |
| 7 | 001A0000007xhtq | | | Household Contact | | | |
| 8 | 001A0000007xhcb | | | Household Contact | | | |
| 9 | 001A0000007xhsF | | | Household Contact | | | |
| 10 | 001A0000007xhd2 | | | Household Contact | | | |
| 11 | 001A0000007xhdL | | | Household Contact | | | |
| 12 | 001A0000007xh2h | | | Household Contact | | | |
| 13 | 001A0000007xha5 | | | Household Contact | | | |
| 14 | 001A0000007xhGz | | | Household Contact | | | |
| 15 | 001A0000007xhH0 | | | Household Contact | | | |
| 16 | 001A0000007xhH1 | | | Household Contact | | | |
| 17 | 001A0000007xhH4 | | | Household Contact | | | |
| 18 | 001A0000007xhH8 | | | Household Contact | | | |
| 19 | 001A0000007xhHC | | | Household Contact | | | |
| 20 | 001A0000007xhHH | | | Household Contact | | | |
| 21 | 001A0000007xhHM | | | Household Contact | | | |
| 22 | 001A0000007xhHS | | | Household Contact | | | |
| 23 | 001A0000007xhHT | | | Household Contact | | | |
| 24 | 001A0000007xhHY | | | Household Contact | | | |
| 25 | 001A0000007xhHh | | | Household Contact | | | |
| 26 | 001A0000007xhHj | | | Household Contact | | | |
| 27 | 001A0000007xhHl | | | Household Contact | | | |
| 28 | 001A0000007xhHn | | | Household Contact | | | |
| 29 | 001A0000007xhHq | | | Household Contact | | | |

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| | Billing State/Province | Billing Zip/Postal Code | Billing Country | Shipping Street | Shipping City | Shipping State/Province |
| 1 | | | | | | |
| 2 | CA | | USA | | | |
| 3 | CA | | United States | | | |
| 4 | SC | | USA | | | |
| 5 | NY | | | | | |
| 6 | FL | | | | | |
| 7 | MN | | | | | |
| 8 | | | Denmark | | | |
| 9 | GA | | USA | | | |
| 10 | CA | | | | | |
| 11 | CA | | | | | |
| 12 | WV | | | | | |
| 13 | AL | | | | | |
| 14 | | | USA | | | |
| 15 | MD | | | | | |
| 16 | | | USA | | | |
| 17 | VA | | USA | | | |
| 18 | MD | | USA | | | |
| 19 | CA | | USA | | | |
| 20 | CA | | USA | | | |
| 21 | GA | | USA | | | |
| 22 | VA | | USA | | | |
| 23 | MD | | USA | | | |
| 24 | CA | | USA | | | |
| 25 | CA | | USA | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | USA | | | |
| 29 | MD | | | | | |

| | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|
| | Shipping Zip/Postal Code | Shipping Country | Home Phone | Fax | Account Number | Website |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |

| | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|
| | SIC Code | Industry | Annual Revenue | Employees | Ownership | Ticker Symbol |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |

| | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|
| | Description | Rating | Account Site | Account Owner | Created Date | Created By |
| 1 | | | | | | |
| 2 | EXPIRED 8/27/2005 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 3 | Former member over June 12 crisis, disagrees with niac condemnations | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 4 | Went to study, ███ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 5 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 6 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 7 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 8 | Lives in Denmark | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 9 | Expired 6/19/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 10 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 11 | Has gotten ill, cannot be member | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 12 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 13 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 14 | Bad Address: ███ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 15 | JOined 11/14/2002, ended 11/14/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 16 | Wrong address: ███ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 17 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 18 | Expired 8/1/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 19 | Expired 11/18/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 20 | Expired 12/1/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 21 | Joined 12/2/2002, ended 12/2/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 22 | Expired 1/29/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 23 | 1/29/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 24 | No longer wants to be a NIAC Member. Do not call, email, etc. | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 25 | Expired 1/13/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 26 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 27 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 28 | Bad address: ███ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 29 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |

| | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|
| 1 | Last Modified Date | Last Modified By | Last Activity | Political Affiliation | Congressional District | Email |
| 2 | 4/22/2011 | Convio Connector | 10/1/2009 | | 12 | |
| 3 | 1/12/2011 | Convio Connector | 12/16/2009 | | 9 | |
| 4 | 10/23/2010 | Convio Connector | 10/15/2009 | | 2 | |
| 5 | 10/7/2010 | Sepideh Phalsaphie | 9/11/2009 | | 21 | |
| 6 | 10/23/2010 | Convio Connector | 10/15/2009 | | 12 | |
| 7 | 1/12/2011 | Convio Connector | 12/29/2009 | | | |
| 8 | 1/12/2011 | Convio Connector | | | | |
| 9 | 10/7/2010 | Sepideh Phalsaphie | | | 14 | |
| 10 | 3/4/2011 | Convio Connector | | | 14 | |
| 11 | 1/12/2011 | Convio Connector | 6/1/2009 | | 1 | |
| 12 | 10/23/2010 | Convio Connector | | | 2 | |
| 13 | 1/12/2011 | Convio Connector | | | | |
| 14 | 10/23/2010 | Convio Connector | 1/11/2010 | | 11 | |
| 15 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 16 | 3/12/2010 | Sandi Reinardy | | | | |
| 17 | 1/12/2011 | Convio Connector | 1/11/2010 | | 11 | |
| 18 | 10/7/2010 | Sepideh Phalsaphie | | | 42 | |
| 19 | 2/2/2011 | Convio Connector | | | 48 | |
| 20 | 2/18/2011 | Convio Connector | 6/1/2009 | | | |
| 21 | 10/7/2010 | Sepideh Phalsaphie | | | 10 | |
| 22 | 10/23/2010 | Convio Connector | | | | |
| 23 | 10/22/2010 | Convio Connector | | | | |
| 24 | 10/23/2010 | Convio Connector | 3/2/2010 | | 10 | |
| 25 | 10/23/2010 | Convio Connector | | | 8 | |
| 26 | 10/23/2010 | Convio Connector | 1/11/2010 | | 27 | |
| 27 | 3/12/2010 | Sandi Reinardy | | | | |
| 28 | 3/12/2010 | Sandi Reinardy | | | CA16 | |
| 29 | 1/12/2011 | Convio Connector | 1/11/2010 | | 8 | |

| | AL | AM |
|---|---|---|
| | Account: Created Date | Website |
| 1 | | |
| 2 | 3/12/2010 | |
| 3 | 3/12/2010 | |
| 4 | 3/12/2010 | |
| 5 | 3/12/2010 | |
| 6 | 3/12/2010 | |
| 7 | 3/12/2010 | |
| 8 | 3/12/2010 | |
| 9 | 3/12/2010 | |
| 10 | 3/12/2010 | |
| 11 | 3/12/2010 | |
| 12 | 3/12/2010 | |
| 13 | 3/12/2010 | |
| 14 | 3/12/2010 | |
| 15 | 3/12/2010 | |
| 16 | 3/12/2010 | |
| 17 | 3/12/2010 | |
| 18 | 3/12/2010 | |
| 19 | 3/12/2010 | |
| 20 | 3/12/2010 | |
| 21 | 3/12/2010 | |
| 22 | 3/12/2010 | |
| 23 | 3/12/2010 | |
| 24 | 3/12/2010 | |
| 25 | 3/12/2010 | |
| 26 | 3/12/2010 | |
| 27 | 3/12/2010 | |
| 28 | 3/12/2010 | |
| 29 | 3/12/2010 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account ID | Account Name | Type | Contact Record Type | Parent Account ID | Billing Street | Billing City |
| 30 | 001A0000007xhHt | | | Household Contact | | | |
| 31 | 001A0000007xhHu | | | Household Contact | | | |
| 32 | 001A0000007xhHv | | | Household Contact | | | |
| 33 | 001A0000007xhHx | | | Household Contact | | | |
| 34 | 001A0000007xhHy | | | Household Contact | | | |
| 35 | 001A0000007xhI1 | | | Household Contact | | | |
| 36 | 001A0000007xhI2 | | | Household Contact | | | |
| 37 | 001A0000007xhI7 | | | Household Contact | | | |
| 38 | 001A0000007xhIF | | | Household Contact | | | |
| 39 | 001A0000007xhII | | | Household Contact | | | |
| 40 | 001A0000007xhIU | | | Household Contact | | | |
| 41 | 001A0000007xhIV | | | Household Contact | | | |
| 42 | 001A0000007xhIY | | | Household Contact | | | |
| 43 | 001A0000007xhIZ | | | Household Contact | | | |
| 44 | 001A0000007xhId | | | Household Contact | | | |

| 1 | H Billing State/Province | I Billing Zip/Postal Code | J Billing Country | K Shipping Street | L Shipping City | M Shipping State/Province |
|---|---|---|---|---|---|---|
| 30 |  | ███ |  |  |  |  |
| 31 |  | ███ | USA |  |  |  |
| 32 | CA | ███ |  |  |  |  |
| 33 |  | ███ | USA |  |  |  |
| 34 | OR | ███ | USA |  |  |  |
| 35 | VA | ███ | USA |  |  |  |
| 36 |  | ███ | USA |  |  |  |
| 37 | NJ | ███ | USA |  |  |  |
| 38 |  | ███ | USA |  |  |  |
| 39 | NJ | ███ | USA |  |  |  |
| 40 | TX | ███ | USA |  |  |  |
| 41 |  | ███ | USA |  |  |  |
| 42 | FL | ███ | USA |  |  |  |
| 43 |  | ███ |  |  |  |  |
| 44 | CA | ███ | USA |  |  |  |

| | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|
| 1 | Shipping Zip/Postal Code | Shipping Country | Home Phone | Fax | Account Number | Website |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |

| T | U | V | W | X | Y |
|---|---|---|---|---|---|
| 1 | | | | | |
| SIC Code | Industry | Annual Revenue | Employees | Ownership | Ticker Symbol |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |

| | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|
| 1 | Description | Rating | Account Site | Account Owner | Created Date | Created By |
| | Wrong Address: | | | | | |
| 30 | Expired 1/21/2004 Joined 12/19/2002, ended 12/19/2003 Wrong Address: | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 31 | Expired 1/21/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 32 | Wrong Address: sent update request | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 33 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 34 | Expired 12/20/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 35 | Expired 1/13/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 36 | 12/21/2003 Wrong Address: Expired 2/13/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 37 | 9/17/09 - called asking that his info be removed from "the roster" so that he doesn't receive emails, invitations, etc. 12/22/09 - per tp, move all contact info to description box: | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 38 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 39 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 40 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 41 | Wrong Address: | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 42 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 43 | This address is no longer correct: | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 44 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |

| | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|
| 1 | Last Modified Date | Last Modified By | Last Activity | Political Affiliation | Congressional District | Email |
| 30 | 1/12/2011 | Convio Connector | | | | |
| 31 | 10/23/2010 | Convio Connector | | | 7 | |
| 32 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 33 | 1/12/2011 | Convio Connector | 5/21/2009 | | NY14 | |
| 34 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 35 | 10/23/2010 | Convio Connector | | | 8 | |
| 36 | 10/22/2010 | Convio Connector | | | NY09 | |
| 37 | 3/12/2010 | Sandi Reinardy | 6/1/2009 | | CA42 | |
| 38 | 10/23/2010 | Convio Connector | 3/3/2010 | | 9 | |
| 39 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 40 | 1/12/2011 | Convio Connector | 1/11/2010 | | 26 | |
| 41 | 1/12/2011 | Convio Connector | 1/11/2010 | | 10 | |
| 42 | 6/4/2011 | Convio Connector | 1/11/2010 | | | |
| 43 | 3/12/2010 | Sandi Reinardy | | | | |
| 44 | 4/29/2011 | Convio Connector | 1/11/2010 | | 51 | |

| | AL | AM |
|---|---|---|
| 1 | Account Created Date | Website |
| 30 | 3/12/2010 | |
| 31 | 3/12/2010 | |
| 32 | 3/12/2010 | |
| 33 | 3/12/2010 | |
| 34 | 3/12/2010 | |
| 35 | 3/12/2010 | |
| 36 | 3/12/2010 | |
| 37 | 3/12/2010 | |
| 38 | 3/12/2010 | |
| 39 | 3/12/2010 | |
| 40 | 3/12/2010 | |
| 41 | 3/12/2010 | |
| 42 | 3/12/2010 | |
| 43 | 3/12/2010 | |
| 44 | 3/12/2010 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account ID | Account Name | Type | Contact Record Type | Parent Account ID | Billing Street | Billing City |
| 45 | 001A0000007xhIv | | | Household Contact | | | |
| 46 | 001A0000007xhIn | | | Household Contact | | | |
| 47 | 001A0000007xhIu | | | Household Contact | | | |
| 48 | 001A0000007xhII | | | Household Contact | | | |
| 49 | 001A0000007xhIK | | | Household Contact | | | |
| 50 | 001A0000007xhIL | | | Household Contact | | | |
| 51 | 001A0000007xhK1 | | | Household Contact | | | |
| 52 | 001A0000007xhK7 | | | Household Contact | | | |
| 53 | 001A0000007xhKs | | | Household Contact | | | |
| 54 | 001A0000007xhLH | | | Household Contact | | | |
| 55 | 001A0000007xhF5 | | | Household Contact | | | |
| 56 | 001A0000007xhFA | | | Household Contact | | | |
| 57 | 001A0000007xhFD | | | Household Contact | | | |
| 58 | 001A0000007xhFJ | | | Household Contact | | | |
| 59 | 001A0000007xhFL | | | Household Contact | | | |
| 60 | 001A0000007xhFN | | | Household Contact | | | |
| 61 | 001A0000007xhFR | | | Household Contact | | | |
| 62 | 001A0000007xhFU | | | Household Contact | | | |
| 63 | 001A0000007xhFf | | | Household Contact | | | |
| 64 | 001A0000007xhFh | | | Household Contact | | | |
| 65 | 001A0000007xhFi | | | Household Contact | | | |
| 66 | 001A0000007xhFn | | | Household Contact | | | |
| 67 | 001A0000007xhFo | | | Household Contact | | | |
| 68 | 001A0000007xhFr | | | Household Contact | | | |
| 69 | 001A0000007xhFy | | | Household Contact | | | |
| 70 | 001A0000007xhGB | | | Household Contact | | | |
| 71 | 001A0000007xhGG | | | Household Contact | | | |
| 72 | 001A0000007xhGM | | | Household Contact | | | |
| 73 | 001A0000007xhGR | | | Household Contact | | | |
| 74 | 001A0000007xhGW | | | Household Contact | | | |
| 75 | 001A0000007xhGZ | | | Household Contact | | | |

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | Billing State/Province | Billing Zip/Postal Code | Billing Country | Shipping Street | Shipping City | Shipping State/Province |
| 45 | CA | ███ | USA | | | |
| 46 | | ███ | | | | |
| 47 | CT | ███ | | | | |
| 48 | CA | ███ | USA | | | |
| 49 | CA | ███ | USA | | | |
| 50 | IL | ███ | USA | | | |
| 51 | CA | ███ | USA | | | |
| 52 | CA | ███ | USA | | | |
| 53 | GA | ███ | USA | | | |
| 54 | NY | ███ | USA | | | |
| 55 | MD | ███ | USA | | | |
| 56 | CA | ███ | USA | | | |
| 57 | | ███ | | | | |
| 58 | | ███ | | | | |
| 59 | | ███ | USA | | | |
| 60 | DC | ███ | UK | | | |
| 61 | | ███ | | | | |
| 62 | MD | ███ | USA | | | |
| 63 | | ███ | | | | |
| 64 | VA | ███ | USA | | | |
| 65 | | ███ | | | | |
| 66 | CA | ███ | USA | | | |
| 67 | PA | ███ | USA | | | |
| 68 | VA | ███ | USA | | | |
| 69 | | ███ | | | | |
| 70 | WI | ███ | USA | | | |
| 71 | MD | ███ | USA | | | |
| 72 | NY | ███ | USA | | | |
| 73 | CA | ███ | USA | | | |
| 74 | | ███ | | | | |
| 75 | VA | ███ | USA | | | |

| | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|
| 1 | Shipping Zip/Postal Code | Shipping Country | Home Phone | Fax | Account Number | Website |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |

| | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|
| 1 | SIC Code | Industry | Annual Revenue | Employees | Ownership | Ticker Symbol |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |

| 1 | Description | Rating | Account Site | Account Owner | Created Date | Created By |
|---|---|---|---|---|---|---|
| | Z | AA | AB | AC | AD | AE |
| 45 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 46 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 47 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 48 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 49 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 50 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 51 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 52 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 53 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 54 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 55 | Expired 11/28/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 56 | 7/3/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 57 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 58 | The address is no longer valid: ▮ Update Requested | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 59 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 60 | Joined 8/22/2002, ended 8/21/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 61 | JOined 8/23/2002, ended 8/22/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 62 | Moved to UK! | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 63 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 64 | Joined 8/26/2002, ended 8/25/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 65 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 66 | Expired 10/3/2003 Bad Address - Return to Sender 09/10/2010 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 67 | Joined 10/4/2002, ended 10/4/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 68 | Expired 10/8/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 69 | Expired 10/10/2003 Wrong address: ▮ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 70 | Left NIAC due to our opposition to human rights violations | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 71 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 72 | Expired 11/17/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 73 | Expired 11/1/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 74 | Wrong Address. Deleted 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 75 | Wrong Address. Changed 1/10/05 11/14/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |

| 1 | AF<br>Last Modified Date | AG<br>Last Modified By | AH<br>Last Activity | AI<br>Political Affiliation | AJ<br>Congressional District | AK<br>Email |
|---|---|---|---|---|---|---|
| 45 | 1/19/2011 | Convio Connector | 1/11/2010 | | 46 | ████ |
| 46 | 5/15/2011 | Convio Connector | 1/11/2010 | | 14 | |
| 47 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 48 | 1/12/2011 | Convio Connector | 1/11/2010 | | 30 | |
| 49 | 1/12/2011 | Convio Connector | 1/11/2010 | | 30 | |
| 50 | 10/7/2010 | Sepideh Phalsaphie | | | 48 | |
| 51 | 10/23/2010 | Convio Connector | 6/1/2009 | | 30 | |
| 52 | 1/12/2011 | Convio Connector | | | 7 | |
| 53 | 10/23/2010 | Convio Connector | | | | |
| 54 | 10/22/2010 | Convio Connector | | | | |
| 55 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 56 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 57 | 4/22/2010 | Convio Connector | 1/11/2010 | | | |
| 58 | 10/22/2010 | Convio Connector | 1/11/2010 | | | |
| 59 | 4/22/2010 | Convio Connector | | | | |
| 60 | 10/7/2010 | Sepideh Phalsaphie | | | 30 | |
| 61 | 2/3/2011 | Convio Connector | | | | |
| 62 | 10/23/2010 | Convio Connector | | | 8 | |
| 63 | 4/21/2010 | Sepideh Phalsaphie | | | | |
| 64 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 65 | 1/12/2011 | Convio Connector | 1/11/2010 | | | |
| 66 | 1/12/2011 | Convio Connector | 6/1/2009 | | 30 | |
| 67 | 1/12/2011 | Convio Connector | | | 5 | |
| 68 | 10/27/2010 | Convio Connector | | | VA08 | |
| 69 | 4/21/2010 | Sepideh Phalsaphie | | | | |
| 70 | 2/3/2011 | Convio Connector | 12/29/2009 | | 2 | |
| 71 | 10/23/2010 | Convio Connector | 11/30/2009 | | 8 | |
| 72 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 73 | 4/23/2011 | Convio Connector | 6/1/2009 | | 16 | |
| 74 | 10/23/2010 | Convio Connector | 1/11/2010 | | 11 | |
| 75 | 10/7/2010 | Sepideh Phalsaphie | | | | |

| | AL | AM |
|---|---|---|
| 1 | Account: Created Date | Website |
| 45 | 3/12/2010 | |
| 46 | 3/12/2010 | |
| 47 | 3/12/2010 | |
| 48 | 3/12/2010 | |
| 49 | 3/12/2010 | |
| 50 | 3/12/2010 | |
| 51 | 3/12/2010 | |
| 52 | 3/12/2010 | |
| 53 | 3/12/2010 | |
| 54 | 3/12/2010 | |
| 55 | 3/12/2010 | |
| 56 | 3/12/2010 | |
| 57 | 3/12/2010 | |
| 58 | 3/12/2010 | |
| 59 | 3/12/2010 | |
| 60 | 3/12/2010 | |
| 61 | 3/12/2010 | |
| 62 | 3/12/2010 | |
| 63 | 3/12/2010 | |
| 64 | 3/12/2010 | |
| 65 | 3/12/2010 | |
| 66 | 3/12/2010 | |
| 67 | 3/12/2010 | |
| 68 | 3/12/2010 | |
| 69 | 3/12/2010 | |
| 70 | 3/12/2010 | |
| 71 | 3/12/2010 | |
| 72 | 3/12/2010 | |
| 73 | 3/12/2010 | |
| 74 | 3/12/2010 | |
| 75 | 3/12/2010 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account ID | Account Name | Type | Contact Record Type | Parent Account ID | Billing Street | Billing City |
| 76 | 001A0000007xhGd | ████ | | Household Contact | | ████ | ████ |
| 77 | 001A0000007xhGf | ████ | | Household Contact | | ████ | ████ |
| 78 | 001A0000007xhGh | ████ | | Household Contact | | ████ | ████ |
| 79 | 001A0000007xhGi | ████ | | Household Contact | | ████ | ████ |
| 80 | 001A0000007xhGn | ████ | | Household Contact | | ████ | ████ |
| 81 | 001A0000007xhGp | ████ | | Household Contact | | ████ | ████ |
| 82 | 001A0000007xhGr | ████ | | Household Contact | | ████ | ████ |
| 83 | 001A0000007xhVU | ████ | | Household Contact | | ████ | ████ |
| 84 | 001A0000007xhVY | ████ | | Household Contact | | ████ | ████ |
| 85 | 001A0000007xhVq | ████ | | Household Contact | | ████ | ████ |
| 86 | 001A0000007xhVz | ████ | | Household Contact | | ████ | ████ |
| 87 | 001A0000007xhX0 | ████ | | Household Contact | | ████ | ████ |
| 88 | 001A0000007xhXI | ████ | | Household Contact | | ████ | ████ |
| 89 | 001A0000007xhPm | ████ | | Household Contact | | ████ | ████ |
| 90 | 001A0000007xhiB | ████ | | Household Contact | | ████ | ████ |
| 91 | 001A0000007xhvI | ████ | | Household Contact | | ████ | ████ |
| 92 | 001A0000007xhkb | ████ | | Household Contact | | ████ | ████ |
| 93 | 001A0000007xhfD | ████ | | Household Contact | | ████ | ████ |
| 94 | 001A0000007xhfG | ████ | | Household Contact | | ████ | ████ |
| 95 | 001A0000007xhgU | ████ | | Household Contact | | ████ | ████ |
| 96 | 001A0000007xhq3 | ████ | | Household Contact | | ████ | ████ |
| 97 | 001A0000007xhr8 | ████ | | Household Contact | | ████ | ████ |
| 98 | 001A0000007xhrH | ████ | | Household Contact | | ████ | ████ |
| 99 | 001A0000007xhrQ | ████ | | Household Contact | | ████ | ████ |
| 100 | 001A0000007xhrX | ████ | | Household Contact | | ████ | ████ |
| 101 | 001A0000007xhrZ | ████ | | Household Contact | | ████ | ████ |
| 102 | 001A0000007xhrd | ████ | | Household Contact | | ████ | ████ |
| 103 | 001A0000007xhri | ████ | | Household Contact | | ████ | ████ |
| 104 | 001A0000007xhrk | ████ | | Household Contact | | ████ | ████ |

| | H Billing State/Province | I Billing Zip/Postal Code | J Billing Country | K Shipping Street | L Shipping City | M Shipping State/Province |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 76 | | ▉ | USA | | | |
| 77 | NY | ▉ | USA | | | |
| 78 | CA | ▉ | USA | | | |
| 79 | | ▉ | | | | |
| 80 | MD | ▉ | USA | | | |
| 81 | MD | ▉ | USA | | | |
| 82 | MD | ▉ | USA | | | |
| 83 | CA | ▉ | | | | |
| 84 | | ▉ | | | | |
| 85 | CA | ▉ | USA | | | |
| 86 | MD | ▉ | USA | | | |
| 87 | | ▉ | | | | |
| 88 | VA | ▉ | USA | | | |
| 89 | WA | ▉ | | | | |
| 90 | CA | ▉ | | | | |
| 91 | VA | ▉ | USA | | | |
| 92 | VA | ▉ | United States | | | |
| 93 | CA | ▉ | | | | |
| 94 | CA | ▉ | | | | |
| 95 | MI | ▉ | | | | |
| 96 | CA | ▉ | | | | |
| 97 | MD | ▉ | | | | |
| 98 | | ▉ | | | | |
| 99 | | ▉ | USA | | | |
| 100 | MD | ▉ | USA | | | |
| 101 | MD | ▉ | USA | | | |
| 102 | VA | ▉ | USA | | | |
| 103 | VA | ▉ | USA | | | |
| 104 | VA | ▉ | USA | | | |

| | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|
| 1 | Shipping Zip/Postal Code | Shipping Country | Home Phone | Fax | Account Number | Website |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |

| | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|
| 1 | SIC Code | Industry | Annual Revenue | Employees | Ownership | Ticker Symbol |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | | | | | | |
| 104 | | | | | | |

| | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|
| 1 | Description | Rating | Account Site | Account Owner | Created Date | Created By |
| 76 | | | | Sandi Reinardy | | Sandi Reinardy |
| 77 | Wrong Address. Deleted 1/10/05. Updated 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 78 | 8/4/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 79 | Expired 1/1/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 80 | 8/19/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 81 | Wrong Address. Changed 1/10/05 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 82 | Exired 11/14/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 83 | Expired 8/8/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 84 | wrong address: ▮ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 85 | Bad Address - Returned to Sender 09/14/2010 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 86 | expired on this date: 3/2/2006 wishes not to be a member nor receive emails. | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 87 | 9303 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 88 | expired 1/1/2006 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 89 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 90 | From an e-mail June 29, 2009 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 91 | wanted to be deleted from email list; does not want to renew membership or contribute in the future | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 92 | Expired 10/23/2008 but passed away in Cancer in May 2008. | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 93 | Wrong Address: ▮ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 94 | 5 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 95 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 96 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 97 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 98 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 99 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 100 | 1/30/2003 Expired | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 101 | Expired 12/12/2003 Babak's Dad? old home phone? = ▮ | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 102 | 11/14/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 103 | Joined 11/14/2002, ended 11/14/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 104 | | | | | | |

| | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|
| 1 | Last Modified Date | Last Modified By | Last Activity | Political Affiliation | Congressional District | Email |
| 76 | 3/12/2010 | Sandi Reinardy | | | | |
| 77 | 10/23/2010 | Convio Connector | | | 14 | |
| 78 | 1/12/2011 | Convio Connector | 6/1/2009 | | 14 | |
| 79 | 4/21/2010 | Sepideh Phalsaphie | | | CA26 | |
| 80 | 10/23/2010 | Convio Connector | | | 5 | |
| 81 | 1/12/2011 | Convio Connector | | | 8 | |
| 82 | 10/7/2010 | Sepideh Phalsaphie | | | 8 | |
| 83 | 1/12/2011 | Convio Connector | 6/1/2009 | | | |
| 84 | 10/23/2010 | Convio Connector | 10/15/2009 | | 30 | |
| 85 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 86 | 1/12/2011 | Convio Connector | | | 8 | |
| 87 | 10/23/2010 | Convio Connector | 10/15/2009 | | 50 | |
| 88 | 10/23/2010 | Convio Connector | | | 8 | |
| 89 | 10/7/2010 | Sepideh Phalsaphie | | | 50 | |
| 90 | 10/23/2010 | Convio Connector | 10/1/2009 | | | |
| 91 | 1/12/2011 | Convio Connector | 3/9/2010 | | 3 | |
| 92 | 10/23/2010 | Convio Connector | | | 11 | |
| 93 | 10/23/2010 | Convio Connector | 1/7/2010 | | 53 | |
| 94 | 10/23/2010 | Convio Connector | 1/7/2010 | Democratic | 44 | |
| 95 | 3/5/2011 | Convio Connector | | | 2 | |
| 96 | 10/23/2010 | Convio Connector | 1/11/2010 | | 30 | |
| 97 | 1/12/2011 | Convio Connector | 9/14/2009 | | 8 | |
| 98 | 3/12/2010 | Sandi Reinardy | | | 8 | |
| 99 | 6/18/2011 | Convio Connector | 1/11/2010 | | | |
| 100 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 101 | 1/12/2011 | Convio Connector | | | 7 | |
| 102 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 103 | 10/7/2010 | Sepideh Phalsaphie | | | 8 | |
| 104 | 2/2/2011 | David Elliott | | | | |

| 1 | AL<br>Account: Created Date | Website | AM |
|---|---|---|---|
| 76 | 3/12/2010 | | |
| 77 | 3/12/2010 | | |
| 78 | 3/12/2010 | | |
| 79 | 3/12/2010 | | |
| 80 | 3/12/2010 | | |
| 81 | 3/12/2010 | | |
| 82 | 3/12/2010 | | |
| 83 | 3/12/2010 | | |
| 84 | 3/12/2010 | | |
| 85 | 3/12/2010 | | |
| 86 | 3/12/2010 | | |
| 87 | 3/12/2010 | | |
| 88 | 3/12/2010 | | |
| 89 | 3/12/2010 | | |
| 90 | 3/12/2010 | | |
| 91 | 3/12/2010 | | |
| 92 | 3/12/2010 | | |
| 93 | 3/12/2010 | | 3/22/1960 |
| 94 | 3/12/2010 | | |
| 95 | 3/12/2010 | | |
| 96 | 3/12/2010 | | |
| 97 | 3/12/2010 | | |
| 98 | 3/12/2010 | | |
| 99 | 3/12/2010 | | |
| 100 | 3/12/2010 | | |
| 101 | 3/12/2010 | | |
| 102 | 3/12/2010 | | |
| 103 | 3/12/2010 | | |
| 104 | 3/12/2010 | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Account ID | Account Name | Type | Contact Record Type | Parent Account ID | Billing Street | Billing City |
| 105 | 001A0000007xhrI | | | Household Contact | | | |
| 106 | 001A0000007xhs5 | | | Household Contact | | | |
| 107 | 001A0000007xIZO | | | Household Contact | | | |
| 108 | 001A0000007xiz0 | | | Organization Contact | | | |
| 109 | 001A0000007xhO2 | | | Household Contact | | | |
| 110 | 001A0000007xhO3 | | | Household Contact | | | |
| 111 | 001A0000007xhOd | | | Household Contact | | | |
| 112 | 001A0000007xhIk | | | Household Contact | | | |
| 113 | 001A0000007xhM4 | | | Household Contact | | | |
| 114 | 001A0000007xhMj | | | Household Contact | | | |
| 115 | 001A0000007xhMM | | | Household Contact | | | |
| 116 | 001A0000007xhMN | | | Household Contact | | | |
| 117 | 001A0000007xhN7 | | | Household Contact | | | |
| 118 | | | | | | | |
| 119 | | | | | | | |
| 120 | Former Members | | | | | | |
| 121 | Copyright (c) 2000-2011 salesforce.com, inc. All rights reserved. | | | | | | |
| 122 | Confidential Information - Do Not Distribute | | | | | | |
| 123 | Generated By: David Elliott 6/30/2011 5:51 PM | | | | | | |
| 124 | National Iranian American Council | | | | | | |

| 1 | H Billing State/Province | I Billing Zip/Postal Code | J Billing Country | K Shipping Street | L Shipping City | M Shipping State/Province |
|---|---|---|---|---|---|---|
| 105 | MD | ███████ | USA | | | |
| 106 | MI | ███████ | USA | | | |
| 107 | CA | ███████ | | | | |
| 108 | | ███████ | USA | | | |
| 109 | CA | ███████ | USA | | | |
| 110 | CA | ███████ | USA | | | |
| 111 | WA | ███████ | USA | | | |
| 112 | CA | ███████ | USA | | | |
| 113 | MA | ███████ | USA | | | |
| 114 | AZ | ███████ | USA | | | |
| 115 | | ███████ | | | | |
| 116 | VA | ███████ | USA | | | |
| 117 | | | | | | |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |

| | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|
| 1 | Shipping Zip/Postal Code | Shipping Country | Home Phone | Fax | Account Number | Website |
| 105 | | | | | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |
| 109 | | | | | | |
| 110 | | | | | | |
| 111 | | | | | | |
| 112 | | | | | | |
| 113 | | | | | | |
| 114 | | | | | | |
| 115 | | | | | | |
| 116 | | | | | | |
| 117 | | | | | | |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |

| | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|
| 1 | SIC Code | Industry | Annual Revenue | Employees | Ownership | Ticker Symbol |
| 105 | | | | | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |
| 109 | | | | | | |
| 110 | | | | | | |
| 111 | | | | | | |
| 112 | | | | | | |
| 113 | | | | | | |
| 114 | | | | | | |
| 115 | | | | | | |
| 116 | | | | | | |
| 117 | | | | | | |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |

| | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|
| 1 | Description | Rating | Account Site | Account Owner | Created Date | Created By |
| 105 | Expired 2/12/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 106 | Expired 6/5/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 107 | 1/2/2010 - Requested that her membership be cancelled. Contact info: | | | Sepideh Phalsaphie | 3/12/2010 | Sandi Reinardy |
| 108 | Joined 11/15/2002, ended 11/15/2003 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 109 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 110 | Bad Address: | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 111 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 112 | 4 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 113 | Expired 12/8/2004 | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 114 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 115 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 116 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 117 | | | | Sandi Reinardy | 3/12/2010 | Sandi Reinardy |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |

| | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|
| 1 | Last Modified Date | Last Modified By | Last Activity | Political Affiliation | Congressional District | Email |
| 105 | 1/24/2011 | Convio Connector | | | | 8 |
| 106 | 10/23/2010 | Convio Connector | | | | 14 |
| 107 | 6/9/2011 | David Elliott | 12/16/2009 | | | 30 |
| 108 | 10/7/2010 | Sepideh Phalsaphie | | | | |
| 109 | 1/12/2011 | Convio Connector | 6/1/2009 | | | 15 |
| 110 | 10/22/2010 | Convio Connector | 12/29/2009 | | | 34 |
| 111 | 10/23/2010 | Convio Connector | 12/29/2009 | | | 1 |
| 112 | 1/12/2011 | Convio Connector | 6/1/2009 | Decline to State | | 48 |
| 113 | 1/12/2011 | Convio Connector | | | | 9 |
| 114 | 10/23/2010 | Convio Connector | | | | 3 |
| 115 | 1/12/2011 | Convio Connector | | | | |
| 116 | 10/23/2010 | Convio Connector | | | | 8 |
| 117 | 1/12/2011 | Convio Connector | 12/29/2009 | | CA34 | |
| 118 | | | | | | |
| 119 | | | | | | |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | | | | | |
| 123 | | | | | | |
| 124 | | | | | | |

| | AL | AM |
|---|---|---|
| 1 | Account: Created Date | Website |
| 105 | 3/12/2010 | |
| 106 | 3/12/2010 | |
| 107 | 3/12/2010 | |
| 108 | 3/12/2010 | |
| 109 | 3/12/2010 | |
| 110 | 3/12/2010 | |
| 111 | 3/12/2010 | |
| 112 | 3/12/2010 | 7/5/1957 |
| 113 | 3/12/2010 | |
| 114 | 3/12/2010 | |
| 115 | 3/12/2010 | |
| 116 | 3/12/2010 | |
| 117 | 3/12/2010 | |
| 118 | | |
| 119 | | |
| 120 | | |
| 121 | | |
| 122 | | |
| 123 | | |
| 124 | | |