# EXHIBIT A

## EXHIBIT A

## CHRONOLOGY OF EVENTS SURROUNDING PWC
## IMAGING OF NIAC SERVER

The following timeline sets forth the events surrounding PwC's imaging of NIAC's server in April 2011.  All times are in Eastern Standard Time.  The individuals involved were as follows:

| Defense Counsel | Plaintiffs' Counsel |
|---|---|
| Timothy E. Kapshandy | Afshin ("A.P.") Pishevar |
| Thomas E. Ross | Adrian V. Nelson |
| | Farrokh Mohammadi |

### April 5, 2011

- **1:54 P.M.**     Kapshandy emails Nelson with request that NIAC "send specs on the server/drive so [PwC] bring[s] appropriate hardware."  Ex. A.1.

- **4:51 P.M.**     Ross reiterates request for "specs on the server/drive so PwC can bring the appropriate hardware" for the imaging.  Id.

- **5:34 P.M.**     Ross informs Mohammadi that the imaging will occur at Sidley Austin's D.C. office.  Id.

- **5:49 P.M.**[1]     Mohammadi asks, "[W]hat specs are you looking for about the drive?"  Id.

- **7:13 P.M.**[2]     Ross asks for "[m]ake, model, operating system, disk capacity, RAID configuration, any user/password credentials, backup policies and devices."  Id.

- **7:23 P.M.**     Ross forwards same request to Nelson, and also informs Nelson that "PwC would prefer to sign over chain of custody for the server and bring the device back to the PwC lab in McLean to image."  Id.

### April 6, 2011

- **10:10 A.M.**     NIAC provides the server to PwC.  Ex. A.2.

---

[1] This email in Exhibit A.1 is displayed in Central Daylight Time.
[2] This email in Exhibit A.1 is displayed in Central Daylight Time.

- **10:35 A.M. [Approx.]**    Nelson consents to PwC creating physical and logical images of the server at PwC's lab in McLean.  The parties agree that the server will be returned the following day at noon.

- **1:25 P.M.**    Ross asks Nelson, "What happened to the server/drive onto which your client put all emails and other discovery materials in May 2009?" He then reminds Nelson that "[t]hat was the one you were to produce." Ex. A.3. Nelson never responds.

- **11:28 P.M.**    Ross notifies Pishevar, Nelson, and Mohammadi that PwC successfully completed the physical imaging of the server but could not complete the logical imaging without connecting to NIAC's network in a powered-on state.  Ross explains that creating a logical image without doing so may result in NIAC having to reconfigure the server.  Ross requests permission for PwC to conduct the logical imaging as described and asks Nelson for "the name and contact information of whomever [NIAC] designate[d] to receive the server" the following day. Ex. A.4.

### April 7, 2011

- **9:48 A.M.**    Ross asks Nelson for feedback on the previous email (regarding, *e.g.*, logical imaging and contact information for delivery of the server).  Id.

- **9:59 A.M.**    Mohammadi asks when server will be returned, and whether performing a logical imaging while attached to the network would "interfere with NIAC's use of the drive while the imaging is going on[.]"  Id.

- **10:08 A.M.**    Ross responds that "NIAC could access the contents of the NAS server while the logical copy is being completed." Ross further notes that "PwC is ready to get started now, meaning NIAC may get access to its server earlier than anticipated" and asks "to whom at NIAC we should direct PwC." Id.

- **10:17 A.M.**    Pishevar responds that Plaintiffs' counsel "will confer briefly and respond to you accordingly." Id.

- **11:39 A.M.**    Pishevar demands immediate return of the server and asks for a memorandum from PwC explaining the need for a logical imaging. Ex. A.5.

- **1:06 P.M.**    Kapshandy responds that PwC will provide the explanation Pishevar requested.  Kapshandy also notes that Ross will coordinate with Plaintiffs' counsel regarding return of the server.  Id.

- **1:08 P.M.**    Ross writes to Pishevar that he will "head to NIAC's offices with PwC as soon as we know to whom we should hand over the server." Id.

2

- **1:25 P.M.**     Mohammadi responds that PwC should return the server to David Elliott. <u>Id</u>.

- **1:47 P.M.**     PwC returns the server to NIAC.  Ex. A.2.

- **3:32 P.M.**     Pishevar writes to Kapshandy that "PwC did something to mess up the shared drive and is isn't working."  He continues that "[t]his is a serious problem created <u>not</u> by us and it needs to be fixed immediately[.]"  Ex. A.6.

- **3:43 P.M.**     Ross asks Pishevar to explain the problem with the server.  <u>Id</u>.

- **4:10 P.M.**     Ross explains to Pishevar that "the server was working properly when it left PwC" and asks that "NIAC's IT technician provide us with more specificity as to the problem(s)."  <u>Id</u>.

- **4:17 P.M.**     Pishevar explains that NIAC's "IT person has powered on the device and connected it to the network . . . and the drives does <u>not</u> work."  Pishevar asks Ross to "advise immediately as to what steps [PwC] took to take apart the drive and mount it as well as the steps to put it back together as well as provide has values for each copy of the data."  Ex. A.7.  PwC sets to work drafting a written response in compliance with Pishevar's request.

- **7:09 P.M.**     Ross forwards PwC's written response to Pishevar.  Ross explains that "PwC believes that the steps it took during the physical imaging were consistent with industry standards, and that it did not alter or improperly reassemble the server."  <u>Id</u>.

### April 8, 2011

- **11:14 A.M.**    Ross notifies Pishevar that "PwC is willing to talk through the technical issues with NIAC's IT person" and asks for that person's contact information.  Ex. A.8.

- **11:20 A.M.**    Kapshandy explains to Pishevar that "[Ross] will be  contacting you for a way to put NIAC's IT person in touch directly with PwC techs sitting at an identical machine to help them get it connected."  Ex. A.9.

- **12:44 P.M.**    Ross again requests contact information of NIAC's IT representative, and reiterates that the call will be for "technical assistance only."  Ex. A.10.

- **1:46 P.M.**     Mohammadi emails contact information to Ross and requests a 2:00 P.M. call.  <u>Id</u>.  The parties ultimately agree to a 2:30 P.M. call.

- **2:35 P.M.**
  **[Approx.]**

  Teleconference between PwC, NIAC's IT representative, Ross, and Plaintiffs' counsel. PwC provides instructions for reseating the server. Plaintiffs' counsel requests that PwC either provide a new server or send a technician to NIAC's offices to reseat the server for them.

- **3:06 P.M.**

  Ross informs Pishevar that PwC is available at 4:00 P.M. to perform the steps discussed during the teleconference. Ex. A.10.

- **3:49 P.M.**

  Pishevar emails Ross about the status of PwC's technician and states, "If its [sic] 2 screws, then that is a quick in and out[.]" Ex. A.11.

- **4:08 P.M.**

  Ross informs Pishevar that he is on the way to NIAC's offices. Ex. A.10. The reseating of the server takes approximately ten minutes.

- **4:48 P.M.**

  Ross informs Plaintiffs' counsel that "the server is up and running." Ex. A.12.

DC1 2091112v.1

# A.1

| | |
|---|---|
| **From:** | Ross, Tom |
| **Sent:** | Tuesday, April 05, 2011 7:23 PM |
| **To:** | 'anelson@pishevarlegal.com' |
| **Cc:** | Kapshandy, Timothy E. |
| **Subject:** | Fw: PwC imaging tomorrow |
| | |
| **Categories:** | Red Category |

Adrian,

FYI. Also, PwC would prefer to sign over chain of custody for the server and bring the device back to the PwC lab in McLean to image.

Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

**From:** Ross, Tom
**Sent:** Tuesday, April 05, 2011 06:13 PM
**To:** 'fm@pishevarlegal.com' <fm@pishevarlegal.com>
**Cc:** Kapshandy, Timothy E.
**Subject:** Re: PwC imaging tomorrow

We need to know the following:

Make, model, operating system, disk capacity, RAID configuration, any user/password credentials, backup policies and devices.

Thanks,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Tuesday, April 05, 2011 04:49 PM
**To:** Ross, Tom

1

**Subject**: Re: PwC imaging tomorrow

Put Jeff Handelsman and myself, Farrokh Mohammadi, on the security list. Jeff is probably going to be there, but I may go if I can move my schedule.

Also, what specs are you looking for about the drive? I can ask NIAC to see if they know, but I'm not even sure what information PwC is looking for.

On Tue, Apr 5, 2011 at 5:34 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Here, at Sidley.  Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Tuesday, April 05, 2011 5:12 PM
**To:** Ross, Tom
**Subject:** Re: PwC imaging tomorrow

Just want to clarify.  Is the imaging going to be done at Sidley's office or at NIAC's office?  Thanks.

On Tue, Apr 5, 2011 at 4:51 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Adrian,

We can do the handoff at 8:30 am tomorrow (when PwC will arrive).  Please let me know who from your side will be coming to hand over the server/drive so I can add them to the security list.  Also, unless you have done so already, please send specs on the server/drive so PwC can bring the appropriate hardware.  I am happy to answer any other questions you may have.

Tom

2

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

**From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
**Sent:** Tuesday, April 05, 2011 4:33 PM
**To:** Jensen, Peter; Ross, Tom
**Cc:** Afshin Pishevar; Farrokh Mohammadi; Kapshandy, Timothy E.
**Subject:** Fwd: PwC imaging tomorrow


Hello, Pete & Tom.


As requested by Tim, I just gave Pete a call regarding the logistics relating to the PwC imaging scheduled for tomorrow.


Please call me at 301.613.6343 regarding details for tomorrow. Or send me a reply email with the information.


Thanks,


Adrian

---------- Forwarded message ----------
From: **Kapshandy, Timothy E.** <tkapshandy@sidley.com>
Date: Tue, Apr 5, 2011 at 1:54 PM
Subject: PwC imaging tomorrow
To: Adrian Nelson <anelson@pishevarlegal.com>, Afshin Pishevar <ap@pishevarlegal.com>
Cc: "Ross, Tom" <tom.ross@sidley.com>, "Jensen, Peter" <pjensen@sidley.com>

3

Adrian, I am in CA so please contact Tom and Pete today about logistics as they will be there tomorrow to host the imaging.  Please have NIAC send specs on the server/drive so they bring appropriate hardware.
Thanks
Tim

---------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
**************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**************************************************************************************************

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or

4

# A.2


**pwc**

NIAC-PC-NAS01

Evidence Barcode

# FTS – 4 EVIDENCE RECEIPT RECORD
## AND CHAIN OF CUSTODY REPORT

| Engagement Name: NIAC | Engagement Number: 0046982900/ |
|---|---|
| Custodian Name: n/a | Form Completed By: Brad Wilson |

| Received From: Name/Address/ Contact Information | Jeff Handelman Wynn Pishoui & Associates 1600 E. Jefferson St Suite 316 Rockville, MD 20850 | Received By: Brad Wilson Date Received: 4/6/2011 Time Received: 10:10 am Note: Update Chain of Custody Log on back of this form |
|---|---|---|
| Carrier: ☐ Yes ☒ No ☐ N/A | ☐ FedEx ☐ UPS ☐ DHL ☐ Other | Tracking Number: Print Delivery Summary Information ☐ Yes ☐ No |
| Media Item Type: | ☒ Internal Hard Drive Size: 4-500gb ☐ USB Drive Size: ☐ Phone/PDA: ☐ Blackberry: | ☐ CD/DVD: ☐ iPod: ☐ SD Card Size: ☐ Floppy Disk: ☐ DLT/AIT/LTO/SDLT/DAT Tape ☒ Other (See Notes): NAS device w/4 HDDs |

### Evidence Description

| Manufacturer : | iomega | | ☐ N/A |
|---|---|---|---|
| Model Number: | ix4-200d | ☐ N/A  Serial Number: ØJAK38ØØ13 | ☐ N/A |
| Identifying Marks: | Black box NAS device | | |

Brief Description: 4 slots w/500 gb per slot   (See Notes 1. - 4.)

| Barcode Assigned (Original) ☐ Evidence Tracker ☐ N/A | | Original Sent To: Media Stored: ☐ Vault ☐ Evidence Binder ☐ N/A |
|---|---|---|
| Barcode Assigned (Copy 2) ☐ Evidence Tracker ☐ N/A | | Duplicate Sent To: Media Stored: ☐ Vault ☐ Evidence Binder ☐ N/A |
| Barcode Assigned (Copy 3) ☐ Evidence Tracker ☐ N/A | | Duplicate Sent To: Media Stored: ☐ Vault ☐ Evidence Binder ☐ N/A |
| Barcode Assigned (Copy 4) ☐ Evidence Tracker ☐ N/A | | Duplicate Sent To: Media Stored: ☐ Vault ☐ Evidence Binder ☐ N/A |
| Data Sent to Data Recovery Vendor | ☐ Yes ☐ No Vendor Name: Contact Information: Reference Number: | If Yes, Enter Vendor and Contact Information |

| 1. Write Blocker Used | ☒ Yes ☐ No ☐ N/A |
|---|---|
| 2. Media Verified by Hashing all Files | ☒ Yes ☐ No ☐ N/A |
| 3. Media Received Memo Created | ☐ Yes ☐ No ☐ N/A |

### ENDORSEMENT

I certify that all Quality and Risk Management processes are complete and the media received has been verified as accurate unless otherwise noted on the reverse side of this form.

| Printed Name: Brad Wilson | Signature: | Date: 4/6/2011 |
|---|---|---|

This information, prepared pursuant to our engagement letter, is solely for the use and benefit of _____NIAC_____ [Client Name] and is not intended for reliance by any other person.

*delliott@ niacouncil.org*



**pwc**

| | | | |
|---|---|---|---|
| 1 | *Hand off for forensic imaging* | 4/6/2011  10:10 am  *Jeff Hardekmun*  X  *Jeff Hardeman* | 4/6/2011  10:10 am  *Brad Wilson* |
| 2 | *Hand off of NAS + power supply* | 4/7/2011  1:47 pm  *Brad Wilson* | 4/7/2011 am  X 4/6/2011  1:47  X *David Elliott  David T. Elliott* |
| 3 | | | |
| 4 | | | |

---

Items tracked by this document are no longer required to be retained by PwC and may be disposed of by:
☒ Return to Counsel    ☒ Return to Client    ☐ Destruction

| Printed Name: *Brad Wilson* | Signature: *Brad Wilson* | Date: 4/6/2011 |
|---|---|---|

---

| Returned to ☐ Counsel ☒ Client | Name of Recipient: *David Elliott* | Date: 4/7/2011 |
|---|---|---|
| Destroyed By: | Signature: | Date: |
| Witnessed By: | Signature: | Date: |
| Method of Destruction: | | |

---

| 1. | Slot 1 | – Seagate | ST3500412AS | sn: 6VVO3P9S |
|---|---|---|---|---|
| | | | Barracuda LP | 500 GB |
| 2. | Slot 2 | – Seagate | ST3500412AS | sn: 6VVO5Y9S |
| | | | Barracuda LP | 500 GB |
| 3. | Slot 3 | – Seagate | ST3500412AS | sn: 6VVO771M |
| | | | Barracuda LP | 500 GB |
| 4. | Slot 4 | – Seagate | ST3500412AS | sn: 6VVO5TRF |
| | | | Barracuda LP | 500 GB |

---

This information, prepared pursuant to our engagement letter, is solely for the use and benefit of ___N I A C___ [Client Name] and is not intended for reliance by any other person.

# A.3

**From:**        Ross, Tom
**Sent:**        Wednesday, April 06, 2011 1:25 PM
**To:**          Adrian Nelson
**Cc:**          Kapshandy, Timothy E.; Jensen, Peter; Rogers, HL
**Subject:**     Server Question

**Categories:**   Red Category

Adrian,

When we spoke earlier you stated that the server your client produced today was installed in November 2009.  What happened to the server/drive onto which your client put all emails and other discovery materials in May 2009?  That was the one you were to produce.

Sincerely,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

# A.4

**From:**        Ross, Tom
**Sent:**        Thursday, April 07, 2011 10:18 AM
**To:**          Afshin Pishevar
**Cc:**          Farrokh Mohammadi; Adrian Nelson; Kapshandy, Timothy E.; Jensen, Peter
**Subject:**     RE: PwC Imaging Update

**Categories:**  Red Category


Thank you, A.P.

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
> **Sent:** Thursday, April 07, 2011 10:17 AM
> **To:** Ross, Tom
> **Cc:** Farrokh Mohammadi; Adrian Nelson; Kapshandy, Timothy E.; Jensen, Peter
> **Subject:** Re: PwC Imaging Update
>
> We will confer briefly and respond to you accordingly.
>
> Sincerely,
> A.P. Pishevar, Esq.
> Pishevar & Associates, P.C.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com
>
> _____
> _____
>
> On Thu, Apr 7, 2011 at 10:08 AM, Ross, Tom <tom.ross@sidley.com> wrote:
>
> Farrokh,
>
>
> NIAC could access the contents of the NAS server while the logical copy is being completed.  PwC is ready to get started now, meaning NIAC may get access to its server earlier than anticipated.  Please let me know if you consent, and if so, to whom at NIAC we should direct PwC.

1

Tom


Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com


**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Thursday, April 07, 2011 9:59 AM
**To:** Ross, Tom
**Cc:** Adrian Nelson; Afshin Pishevar; Kapshandy, Timothy E.; Jensen, Peter
**Subject:** Re: PwC Imaging Update


Tom,

Adrian is in Court all morning. Our understanding was that the shared drive would be returned today at around noon. Could you confirm whether that will still be the case? Further, can you clarify whether doing a logical imaging of the shared drive at NIAC's offices would interfere with NIAC's use of the drive while the imaging is going on?

On Thu, Apr 7, 2011 at 9:48 AM, Ross, Tom <tom.ross@sidley.com> wrote:

Adrian,


Good morning. Any thoughts on the below email? PwC is ready to finish the imaging.


Sincerely,

Tom


Thomas E. Ross

2

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

**From:** Ross, Tom
**Sent:** Wednesday, April 06, 2011 11:28 PM
**To:** 'Adrian Nelson'
**Cc:** Afshin Pishevar; Farrokh Mohammadi; Kapshandy, Timothy E.; Jensen, Peter
**Subject:** PwC Imaging Update

Adrian,

I am writing to update you on the status of the forensic imaging.  Today PwC successfully completed the physical forensic imaging and verification process of the drives contained within the NAS server.  PwC was unable to finish the logical imaging, however, due to its inability to connect to the server in a powered-on state without changing the configuration options (which would have required NIAC to reconfigure the server to again work on its network).  To finish the imaging, PwC would like NIAC to reattach the server to its network to allow PwC to initiate a logical copy of the data contained on the server from within NIAC's network.  How long this takes will depend on the amount of data.

As soon as possible, please (1) let us know if NIAC consents to PwC completing the logical imaging as described above; and (2) provide us with the name and contact information of whomever you designate to receive the server tomorrow (for PwC).

Sincerely,

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*************************************************************************************
************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.


*************************************************************************************
************************


--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

4

A.5

**From:**          Ross, Tom
**Sent:**          Thursday, April 07, 2011 1:25 PM
**To:**            'Farrokh Mohammadi'
**Subject:**       RE: PwC - Additional Forensic Imaging NIAC Network

**Categories:**    Red Category

Thank you.

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Thursday, April 07, 2011 1:25 PM
**To:** Ross, Tom
**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network

Tom,

David Elliott will be at NIAC to take the drive. He will be in the office within 15 minutes.

On Thu, Apr 7, 2011 at 1:08 PM, Ross, Tom <tom.ross@sidley.com> wrote:
A.P.,

I will head to NIAC's offices with PwC as soon as we know to whom we should hand over the server.

Sincerely,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

-----Original Message-----
From: Kapshandy, Timothy E.
Sent: Thursday, April 07, 2011 1:06 PM
To: 'Afshin Pishevar'; Jensen, Peter; 'Farrokh Mohammed'; 'Jeffrey Handelsman'
Cc: Ross, Tom
Subject: RE: PwC - Additional Forensic Imaging NIAC Network

1

Thanks, AP. We will get with PwC and provide the answers to your questions. The layperson explanation as I understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants. If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration. Tom will coordinate with you regarding the return of the server.
Thanks,
Tim


-----Original Message-----
From:   Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent:   Thursday, April 07, 2011 11:39 AM Central Standard Time
To:     Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:     PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,


At this time, we have complied with the Court's order by turning over the device requested in a timely fashion. The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning. Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging. We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested. We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change. We were not even permitted to be present as had been anticipated and customary. Now, after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's network, and perform an additional imaging on site, while NIAC is operating their business.


As such, please return the drive to NIAC immediately. Additionally, if you would like to pursue the additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request. Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion. Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office? We will forward the PwC memorandum to our own forensic expert to evaluate. We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response. If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.

Please let us know who will drop off the server and when so that I can forward that information to
NIAC. If you have any questions, please feel free to contact me.


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet
messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE:
Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C.
Sec. 2517(4). This electronic message transmission contains information which may be confidential or
privileged. The information is intended solely for the recipient, and use by any other party is not
authorized. This is not legal advice nor does this communication establish an attorney-client
relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or
use of the contents of this information is prohibited. If you have received this electronic transmission in
error, please immediately notify us. Thank you.))


-------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.
*********************************************************************************
****************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
*********************************************************************************
****************


--
Kindly yours,

3

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet
messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE:
Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C.
Sec. 2517(4). This electronic message transmission contains information which may be confidential or
privileged. The information is intended solely for the recipient, and use by any other party is not
authorized. This is not legal advice nor does this communication establish an attorney-client
relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or
use of the contents of this information is prohibited. If you have received this electronic transmission in
error, please immediately notify us. Thank you.))

4

# A.6

| From: | Ross, Tom |
| --- | --- |
| Sent: | Thursday, April 07, 2011 4:10 PM |
| To: | 'Afshin Pishevar' |
| Cc: | Jensen, Peter; 'Farrokh Mohammed'; 'Jeffrey Handelsman'; 'Adrian Nelson'; 'Jeff Handelsman'; Kapshandy, Timothy E. |
| Subject: | RE: PwC - Additional Forensic Imaging NIAC Network |
| | |
| Categories: | Red Category |

A.P.,

We are told that the server was working properly when it left PwC.  Please ask NIAC's IT technician to provide us with more specificity as to the problem(s).

Thanks,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

**From:** Ross, Tom
**Sent:** Thursday, April 07, 2011 3:43 PM
**To:** Afshin Pishevar
**Cc:** Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Adrian Nelson; Jeff Handelsman; Kapshandy, Timothy E.
**Subject:** RE: PwC - Additional Forensic Imaging NIAC Network

A.P.,

In what regard is it not working?  I have asked PwC to send a technician to NIAC's office ASAP.  If you have any additional information I will pass it along.

Sincerely,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

**From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
**Sent:** Thursday, April 07, 2011 3:32 PM

1

**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Ross, Tom; Adrian Nelson; Jeff Handelsman
**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network

Folks,

PwC did something to mess up the shared drive and it isn't working. We are not touching it at this time.

We want to inform everyone bf anything is done. This is a serious problem created not by us and it needs to be fixed immediately, *inter alia*. I will inform you as more information develops. All rights are reserved.

-AP Pishevar, Esq.

A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com


On Thu, Apr 7, 2011 at 1:05 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Thanks, AP. We will get with PwC and provide the answers to your questions. The layperson explanation as I understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants. If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration. Tom will coordinate with you regarding the return of the server.
Thanks,
Tim



-----Original Message-----
From: Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent: Thursday, April 07, 2011 11:39 AM Central Standard Time
To:  Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:    PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,


At this time, we have complied with the Court's order by turning over the device requested in a timely fashion. The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning. Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging. We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested. We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change. We were not even permitted to be present as had been anticipated and customary. Now,

2

after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's network, and perform an additional imaging on site, while NIAC is operating their business.

As such, please return the drive to NIAC immediately. Additionally, if you would like to pursue the additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request. Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion. Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office? We will forward the PwC memorandum to our own forensic expert to evaluate. We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response. If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.

Please let us know who will drop off the server and when so that I can forward that information to NIAC. If you have any questions, please feel free to contact me.

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

---------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*****************************************************************************************
***********************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.

If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

A.7

**From:**         Ross, Tom
**Sent:**         Thursday, April 07, 2011 7:09 PM
**To:**           Afshin Pishevar
**Cc:**           Farrokh Mohammed; Adrian Nelson; Jeff Handelsman; Kapshandy, Timothy E.; Jensen,
                  Peter
**Subject:**      RE: PwC - Additional Forensic Imaging NIAC Network
**Attachments:**  Forensic_Image_Process_20110407.zip; PwC_Imaging_Procedure_20110407.pdf

**Categories:**   Red Category


A.P.,

Attached is PwC's documentation relating to the physical imaging of NIAC's server.  PwC believes that the steps it took
during the physical imaging were consistent with industry standards, and that it did not alter or improperly reassemble
the server.  Please let me know if you have any questions.

Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
> **Sent:** Thursday, April 07, 2011 4:17 PM
> **To:** Ross, Tom; Kapshandy, Timothy E.; Farrokh Mohammed; Adrian Nelson; Jeff Handelsman
> **Subject:** Re: PwC - Additional Forensic Imaging NIAC Network
>
> Tom:
> We have some serious concerns about the process and procedures that PWC put into place into copying our
> client's hard drive. At the present time, our client's IT person has powered on the device and connected it to the
> network as was done many times in the past and the drive does not work. The device indicates on its screen
> that the hard drive cannot be started. A call to the hard drive manufacturer has indicated that the drive was not put
> together properly by PWC's technicians.
> As we mentioned in our email previously, the hard drive was necessary for the ongoing business of our client and
> the fact that the drive does not work in conjunction with your request that the drive be imaged three times in two
> days has us concerned that the technician has compromised our clients computer systems. Please advise
> immediately as to what steps your forensic analysts took to take apart the drive and mount it as well as the steps
> to put it back together as well as provide hash values for each copy of the data. We will visit the issue of how to
> remedy this once we have those answers.
> I would appreciate those responses from PwC immediately.
>
> A.P. Pishevar, Esq.
> Pishevar & Associates, P.C.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com

1

On Thu, Apr 7, 2011 at 3:42 PM, Ross, Tom <tom.ross@sidley.com> wrote:

A.P.,

In what regard is it not working?  I have asked PwC to send a technician to NIAC's office ASAP.  If you have any additional information I will pass it along.

Sincerely,

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

**From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
**Sent:** Thursday, April 07, 2011 3:32 PM
**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Ross, Tom; Adrian Nelson; Jeff Handelsman
**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network

Folks,

PwC did something to mess up the shared drive and it isn't working. We are not touching it at this time.

2

We want to inform everyone bf anything is done. This is a serious problem created <u>not</u> by us and it needs to be fixed immediately, *inter alia*. I will inform you as more information develops. All rights are reserved.

-AP Pishevar, Esq.

A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

On Thu, Apr 7, 2011 at 1:05 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Thanks, AP. We will get with PwC and provide the answers to your questions. The layperson explanation as I understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants. If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration. Tom will coordinate with you regarding the return of the server.
Thanks,
Tim

-----Original Message-----
From:  Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent:  Thursday, April 07, 2011 11:39 AM Central Standard Time
To:   Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:    PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,

At this time, we have complied with the Court's order by turning over the device requested in a timely fashion. The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning. Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging. We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested. We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change. We were not even permitted to be present as had been anticipated and customary. Now, after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's

3

network, and perform an additional imaging on site, while NIAC is operating their business.

As such, please return the drive to NIAC immediately. Additionally, if you would like to pursue the additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request. Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion. Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office? We will forward the PwC memorandum to our own forensic expert to evaluate. We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response. If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.

Please let us know who will drop off the server and when so that I can forward that information to NIAC. If you have any questions, please feel free to contact me.

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

---------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*****************************************************************************
**********************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us

immediately.

*****************************************************************************
**********************

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

5

A.8

| | |
|---|---|
| **From:** | Ross, Tom |
| **Sent:** | Friday, April 08, 2011 11:14 AM |
| **To:** | Afshin Pishevar; Kapshandy, Timothy E.; Adrian Nelson; Farrokh Mohammed; Jeff Handelsman |
| **Subject:** | RE: PwC - Additional Forensic Imaging NIAC Network |
| **Categories:** | Red Category |

A.P.,

PwC is willing to talk through the technical issues with NIAC's IT person.  Please provide me with a name, phone number, and time (except for 12:00-1:30 EST) that I can forward to PwC.  I will ask them about your specific question below.

Thanks,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
> **Sent:** Friday, April 08, 2011 10:59 AM
> **To:** Kapshandy, Timothy E.; Ross, Tom; Adrian Nelson; Farrokh Mohammed; Jeff Handelsman
> **Subject:** Re: PwC - Additional Forensic Imaging NIAC Network
>
> I see. Can you add this to the list of Questions for PwC to answer directly and presently please?
> In the first paragraph of the report the technician states "a logical image was contemplated, but not attempted after reviewing the online support documentation for the NAS Server." What was the indication in the online support documentation for NOT taking the logical image and why are they requesting to do the logical image now if the documentation says that it is not recommended?
>
> Thank you for your anticipated prompt response to these questions while my clients operations have come to a halt pending these answers.
> Thanks!
> -AP
> Sincerely,
> A.P. Pishevar, Esq.
> Pishevar & Associates, P.C.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com
>
>
> On Fri, Apr 8, 2011 at 10:40 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

1

AP, PwC did not say that. That was my "laypersons" explanation. More accurately as I understand it, PwC needed to connect to it in a powered up state to complete the imaging.  But, as I said, PwC will get us a technical explanation and I defer to them on the exact IT processes.   I apologize for any confusion I may have caused.


Thanks,
Tim



-----Original Message-----
From:  Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent:  Friday, April 08, 2011 08:41 AM Central Standard Time
To:    Ross, Tom; Kapshandy, Timothy E.
Cc:    Adrian Nelson; Farrokh Mohammed; Jeff Handelsman
Subject:    Re: PwC - Additional Forensic Imaging NIAC Network

Tom:
May I ask how PwC was able to tell that device "was working" if they did not power it up? It had previously been stated that the device was "working" when dropped off and previous to that it was stated:
"They need to power up the server and that would risk reconfiguring NIAC's server which neither party wants"


Thanks, -AP

Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 7:08 PM, Ross, Tom <tom.ross@sidley.com> wrote:


    A.P.,


    Attached is PwC's documentation relating to the physical imaging of NIAC's server.  PwC believes that the steps it took during the physical imaging were consistent with industry standards, and that it did not alter or improperly reassemble the server. Please let me know if you have any questions.


    Tom


    Thomas E. Ross

    Sidley Austin LLP

    1501 K Street, NW

    Washington, DC 20005

2

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com <mailto:tom.ross@sidley.com>


From: Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent: Thursday, April 07, 2011 4:17 PM

To: Ross, Tom; Kapshandy, Timothy E.; Farrokh Mohammed; Adrian Nelson; Jeff Handelsman

Subject: Re: PwC - Additional Forensic Imaging NIAC Network


Tom:

   We have some serious concerns about the process and procedures that PWC put into place into copying our client's hard drive. At the present time, our client's IT person has powered on the device and connected it to the network as was done many times in the past and the drive does not work. The device indicates on its screen that the hard drive cannot be started. A call to the hard drive manufacturer has indicated that the drive was not put together properly by PWC's technicians.

   As we mentioned in our email previously, the hard drive was necessary for the ongoing business of our client and the fact that the drive does not work in conjunction with your request that the drive be imaged three times in two days has us concerned that the technician has compromised our clients computer systems. Please advise immediately as to what steps your forensic analysts took to take apart the drive and mount it as well as the steps to put it back together as well as provide hash values for each copy of the data. We will visit the issue of how to remedy this once we have those answers.

   I would appreciate those responses from PwC immediately.


A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 3:42 PM, Ross, Tom <tom.ross@sidley.com> wrote:

A.P.,


   In what regard is it not working?  I have asked PwC to send a technician to NIAC's office ASAP.  If you have any additional information I will pass it along.


Sincerely,

3

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com


From: Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent: Thursday, April 07, 2011 3:32 PM
To: Kapshandy, Timothy E.
Cc: Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Ross, Tom; Adrian Nelson; Jeff Handelsman
Subject: Re: PwC - Additional Forensic Imaging NIAC Network


Folks,


PwC did something to mess up the shared drive and it isn't working. We are not touching it at this time.


We want to inform everyone bf anything is done. This is a serious problem created not by us and it needs to be fixed immediately, inter alia. I will inform you as more information develops. All rights are reserved.


-AP Pishevar, Esq.


A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 1:05 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Thanks, AP.  We will get with PwC and provide the answers to your questions.  The layperson explanation as I

4

understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants. If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration. Tom will coordinate with you regarding the return of the server.

    Thanks,
    Tim


-----Original Message-----
From:   Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent:   Thursday, April 07, 2011 11:39 AM Central Standard Time
To:   Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:   PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,


    At this time, we have complied with the Court's order by turning over the device requested in a timely fashion. The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning. Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging. We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested. We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change. We were not even permitted to be present as had been anticipated and customary. Now, after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's network, and perform an additional imaging on site, while NIAC is operating their business.


    As such, please return the drive to NIAC immediately. Additionally, if you would like to pursue the additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request. Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion. Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office? We will forward the PwC memorandum to our own forensic expert to evaluate. We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response. If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.


    Please let us know who will drop off the server and when so that I can forward that information to NIAC. If you have any questions, please feel free to contact me.


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773

www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

------------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

***************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

***************************************************************************************

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

A.9

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Friday, April 08, 2011 11:20 AM |
| **To:** | 'ap@pishevarlegal.com'; Ross, Tom; 'anelson@pishevarlegal.com'; 'fm@pishevarlegal.com'; 'jh@pishevarlegal.com' |
| **Subject:** | Re: PwC - Additional Forensic Imaging NIAC Network |
| | |
| **Categories:** | Red Category |

AP, Tom will be contacting you for a way to put NIAC's IT person in touch directly with PwC techs sitting at an identical machine to help them get it connected. That would be better than filtering these through attorneys.
Thanks
Tim
Timothy E. Kapshandy
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
312-853-7643
tkapshan@sidley.com

**From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
**Sent:** Friday, April 08, 2011 09:58 AM
**To:** Kapshandy, Timothy E.; Ross, Tom; Adrian Nelson <anelson@pishevarlegal.com>; Farrokh Mohammed <fm@pishevarlegal.com>; Jeff Handelsman <jh@pishevarlegal.com>
**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network

I see. Can you add this to the list of Questions for PwC to answer directly and presently please?
In the first paragraph of the report the technician states "a logical image was contemplated, but not attempted after reviewing the online support documentation for the NAS Server." What was the indication in the online support documentation for NOT taking the logical image and why are they requesting to do the logical image now if the documentation says that it is not recommended?

Thank you for your anticipated prompt response to these questions while my clients operations have come to a halt pending these answers.
Thanks!
-AP
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

On Fri, Apr 8, 2011 at 10:40 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

AP, PwC did not say that. That was my "laypersons" explanation. More accurately as I understand it, PwC needed to connect to it in a powered up state to complete the imaging. But, as I said, PwC will get us a technical explanation and I defer to them on the exact IT processes.  I apologize for any confusion I may have caused.

1

Thanks,
Tim


-----Original Message-----
From:   Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent:   Friday, April 08, 2011 08:41 AM Central Standard Time
To:     Ross, Tom; Kapshandy, Timothy E.
Cc:     Adrian Nelson; Farrokh Mohammed; Jeff Handelsman
Subject:    Re: PwC - Additional Forensic Imaging NIAC Network

Tom:
May I ask ask how PwC was able to tell that device "was working" if they did not power it up? It had previously been stated that the
device was "working" when dropped off and previous to that it was stated:
"They need to power up the server and that would risk reconfiguring NIAC's server which neither party wants"


Thanks, -AP

Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 7:08 PM, Ross, Tom <tom.ross@sidley.com> wrote:


        A.P.,


        Attached is PwC's documentation relating to the physical imaging of NIAC's server.  PwC believes that the steps it took during
the physical imaging were consistent with industry standards, and that it did not alter or improperly reassemble the server.  Please let
me know if you have any questions.


        Tom


        Thomas E. Ross

        Sidley Austin LLP

        1501 K Street, NW

        Washington, DC 20005

        Tel: (202) 736-8374

        Fax: (202) 736-8711

2

tom.ross@sidley.com <mailto:tom.ross@sidley.com>

From: Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent: Thursday, April 07, 2011 4:17 PM

To: Ross, Tom; Kapshandy, Timothy E.; Farrokh Mohammed; Adrian Nelson; Jeff Handelsman

Subject: Re: PwC - Additional Forensic Imaging NIAC Network

Tom:

We have some serious concerns about the process and procedures that PWC put into place into copying our client's hard drive. At the present time, our client's IT person has powered on the device and connected it to the network as was done many times in the past and the drive does not work. The device indicates on its screen that the hard drive cannot be started. A call to the hard drive manufacturer has indicated that the drive was not put together properly by PWC's technicians.

As we mentioned in our email previously, the hard drive was necessary for the ongoing business of our client and the fact that the drive does not work in conjunction with your request that the drive be imaged three times in two days has us concerned that the technician has compromised our clients computer systems. Please advise immediately as to what steps your forensic analysts took to take apart the drive and mount it as well as the steps to put it back together as well as provide hash values for each copy of the data. We will visit the issue of how to remedy this once we have those answers.

I would appreciate those responses from PwC immediately.

A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>

On Thu, Apr 7, 2011 at 3:42 PM, Ross, Tom <tom.ross@sidley.com> wrote:

A.P.,

In what regard is it not working?  I have asked PwC to send a technician to NIAC's office ASAP.  If you have any additional information I will pass it along.

Sincerely,

Tom

3

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com


From: Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent: Thursday, April 07, 2011 3:32 PM
To: Kapshandy, Timothy E.
Cc: Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Ross, Tom; Adrian Nelson; Jeff Handelsman
Subject: Re: PwC - Additional Forensic Imaging NIAC Network


Folks,


PwC did something to mess up the shared drive and it isn't working. We are not touching it at this time.


We want to inform everyone bf anything is done. This is a serious problem created not by us and it needs to be fixed immediately, inter alia. I will inform you as more information develops. All rights are reserved.


-AP Pishevar, Esq.


A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 1:05 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Thanks, AP.  We will get with PwC and provide the answers to your questions.  The layperson explanation as I understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants.  If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration.  Tom will coordinate with you regarding the return of the server.

4

Thanks,
Tim


-----Original Message-----
From:   Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent:   Thursday, April 07, 2011 11:39 AM Central Standard Time
To:     Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:    PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,


At this time, we have complied with the Court's order by turning over the device requested in a timely fashion.  The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning.  Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging.  We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested.  We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change.  We were not even permitted to be present as had been anticipated and customary.  Now, after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's network, and perform an additional imaging on site, while NIAC is operating their business.


As such, please return the drive to NIAC immediately.  Additionally, if you would like to pursue the additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request.  Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion.  Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office?  We will forward the PwC memorandum to our own forensic expert to evaluate.  We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response.  If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.


Please let us know who will drop off the server and when so that I can forward that information to NIAC.  If you have any questions, please feel free to contact me.


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is

not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

----------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*************************************************************************************


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

6

A.10

| | |
|---|---|
| **From:** | Ross, Tom |
| **Sent:** | Friday, April 08, 2011 4:08 PM |
| **To:** | 'Afshin Pishevar' |
| **Cc:** | Kapshandy, Timothy E. |
| **Subject:** | RE: PwC - Additional Forensic Imaging NIAC Network |
| | |
| **Categories:** | Red Category |

A.P.,

I am going to accompany Brad but will wait in the hall.  If you object to this please call me at (239) 398.6269.  I am walking over now so we can expedite this process.

Sincerely,
Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]
> **Sent:** Friday, April 08, 2011 4:03 PM
> **To:** Ross, Tom
> **Subject:** Re: PwC - Additional Forensic Imaging NIAC Network
>
> I have received confirmation by my client that Brad will be permitted into the NIAC offices to allow the simple fix described. -AP
>
> On Fri, Apr 8, 2011 at 3:06 PM, Ross, Tom <tom.ross@sidley.com> wrote:
>
> A.P.,
>
>
> Brad, a local PwC technician, is available around 4 pm to perform the steps we discussed over the phone.  I will be accompanying him, in case you want to be there, too.
>
>
> Sincerely,
>
> Tom
>
>
> Thomas E. Ross

1

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com


**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]

**Sent:** Friday, April 08, 2011 1:46 PM
**To:** Ross, Tom
**Cc:** Afshin Pishevar; Kapshandy, Timothy E.; Adrian Nelson; Jeff Handelsman

**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network


Tom,

Have PwC call 641 712 3200, Access code 591210#

They should call at 2 pm.

On Fri, Apr 8, 2011 at 12:44 PM, Ross, Tom <tom.ross@sidley.com> wrote:

A.P.,


Farrokh tells me that someone from your firm would like to be on the call between PwC and NIAC's IT technician.  You are certainly welcome on the call but may not question PwC; the call is for technical assistance only.  Please provide me with the name, contact information, and time (after 1:30 pm) for the call and I will have Bryan Humphrey from PwC call over.


Sincerely,

Tom


Thomas E. Ross

Sidley Austin LLP

2

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

**From:** Afshin Pishevar [mailto:ap@pishevarlegal.com]

**Sent:** Friday, April 08, 2011 10:59 AM

**To:** Kapshandy, Timothy E.; Ross, Tom; Adrian Nelson; Farrokh Mohammed; Jeff Handelsman

**Subject:** Re: PwC - Additional Forensic Imaging NIAC Network


I see. Can you add this to the list of Questions for PwC to answer directly and presently please?

In the first paragraph of the report the technician states "a logical image was contemplated, but not attempted after reviewing the online support documentation for the NAS Server." What was the indication in the online support documentation for NOT taking the logical image and why are they requesting to do the logical image now if the documentation says that it is not recommended?


Thank you for your anticipated prompt response to these questions while my clients operations have come to a halt pending these answers.

Thanks!

-AP

Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773

www.PishevarLegal.com

3

On Fri, Apr 8, 2011 at 10:40 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

AP, PwC did not say that. That was my "laypersons" explanation. More accurately as I understand it, PwC needed to connect to it in a powered up state to complete the imaging.  But, as I said, PwC will get us a technical explanation and I defer to them on the exact IT processes.  I apologize for any confusion I may have caused.


Thanks,
Tim



-----Original Message-----
From:   Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent:   Friday, April 08, 2011 08:41 AM Central Standard Time
To:     Ross, Tom; Kapshandy, Timothy E.
Cc:     Adrian Nelson; Farrokh Mohammed; Jeff Handelsman
Subject:    Re: PwC - Additional Forensic Imaging NIAC Network

Tom:

May I ask ask how PwC was able to tell that device "was working" if they did not power it up? It had previously been stated that the device was "working" when dropped off and previous to that it was stated: "They need to power up the server and that would risk reconfiguring NIAC's server which neither party wants"


Thanks, -AP

Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773

www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 7:08 PM, Ross, Tom <tom.ross@sidley.com> wrote:


A.P.,


Attached is PwC's documentation relating to the physical imaging of NIAC's server.  PwC believes that the steps it took during the physical imaging were consistent with industry standards, and that it did not alter or improperly reassemble the server.  Please let me know if you have any questions.


Tom

4

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com <mailto:tom.ross@sidley.com>

From: Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent: Thursday, April 07, 2011 4:17 PM

To: Ross, Tom; Kapshandy, Timothy E.; Farrokh Mohammed; Adrian Nelson; Jeff Handelsman

Subject: Re: PwC - Additional Forensic Imaging NIAC Network

Tom:

We have some serious concerns about the process and procedures that PWC put into place into copying our client's hard drive. At the present time, our client's IT person has powered on the device and connected it to the network as was done many times in the past and the drive does not work. The device indicates on its screen that the hard drive cannot be started. A call to the hard drive manufacturer has indicated that the drive was not put together properly by PWC's technicians.

As we mentioned in our email previously, the hard drive was necessary for the ongoing business of our client and the fact that the drive does not work in conjunction with your request that the drive be imaged three times in two days has us concerned that the technician has compromised our clients computer systems. Please advise immediately as to what steps your forensic analysts took to take apart the drive and mount it as well as the steps to put it back together as well as provide hash values for each copy of the data. We will visit the issue of how to remedy this once we have those answers.

I would appreciate those responses from PwC immediately.

A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773

www.PishevarLegal.com <http://www.pishevarlegal.com/>

5

On Thu, Apr 7, 2011 at 3:42 PM, Ross, Tom <tom.ross@sidley.com> wrote:

A.P.,

In what regard is it not working?  I have asked PwC to send a technician to NIAC's office ASAP.  If you have any additional information I will pass it along.

Sincerely,

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

From: Afshin Pishevar [mailto:ap@pishevarlegal.com]
Sent: Thursday, April 07, 2011 3:32 PM
To: Kapshandy, Timothy E.
Cc: Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman; Ross, Tom; Adrian Nelson; Jeff Handelsman
Subject: Re: PwC - Additional Forensic Imaging NIAC Network

Folks,

PwC did something to mess up the shared drive and it isn't working. We are not touching it at this time.

We want to inform everyone bf anything is done. This is a serious problem created not by us and it needs to be fixed immediately, inter alia. I will inform you as more information develops. All rights are reserved.

6

-AP Pishevar, Esq.


A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773

www.PishevarLegal.com <http://www.pishevarlegal.com/>


On Thu, Apr 7, 2011 at 1:05 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Thanks, AP. We will get with PwC and provide the answers to your questions. The layperson explanation as I understand it is that while they were able to forensically image the drives in the server, to forensically image the server (as the order required) they need to power up the server and that would risk reconfiguring NIAC's server which neither party wants. If done while powered and connected to NIAC's network, they can do is without changing NIAC's configuration. Tom will coordinate with you regarding the return of the server.
Thanks,
Tim


-----Original Message-----
From:  Afshin Pishevar [mailto:ap@pishevarlegal.com]

Sent:  Thursday, April 07, 2011 11:39 AM Central Standard Time
To:    Kapshandy, Timothy E.; Jensen, Peter; Farrokh Mohammed; Jeffrey Handelsman
Subject:     PwC - Additional Forensic Imaging NIAC Network

Tim/Pete,


At this time, we have complied with the Court's order by turning over the device requested in a timely fashion. The device was to be returned at or near noon today so that NIAC can go about its normal business operations without further disruptions. The shared drive was provided to PwC at Sidley's office, per your instructions yesterday morning. Physical imaging was completed fully. We were then told the drive needed to be taken to PwC to do an additional "logical" imaging. We reasonably believe that a logical imaging was conducted but that additional logical imaging with the device connected to the network is now being requested. We consented to the device being removed to an unanticipated/undisclosed location, even though that was not our understanding of the procedure and was a last minute change. We were not even permitted to be present as had been anticipated and customary. Now, after keeping the drive overnight, you are requesting to come to NIAC's office, hook up the drive to NIAC's network, and perform an additional imaging on site, while NIAC is operating their business.


As such, please return the drive to NIAC immediately. Additionally, if you would like to pursue the

7

additional "connected logical imaging" we need to have our forensic expert consider the reasoning for the additional request. Hence, please have PwC prepare a written description on its letterhead, setting forth why the logical imaging is technically necessary and not initially requested or even contemplated in any fashion. Further, we ask why they wanted to do the imaging at their offices, and why now they are seeking to do the imaging at NIAC's office? We will forward the PwC memorandum to our own forensic expert to evaluate. We are lawyers and not tech experts, so we need the description for our tech expert to evaluate and consider. If upon advice, we believe the request is reasonable, we can move forward at that time with a positive response. If not, this may be an issue that has to be raised with the Court. Suffice it to say we are not rejecting the request outright without full technical understanding.


Please let us know who will drop off the server and when so that I can forward that information to NIAC. If you have any questions, please feel free to contact me.


--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))


------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*****************************************************************************************
***************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.


*****************************************************************************************
***************

# A.11

| | |
|---|---|
| **From:** | Afshin Pishevar [ap@pishevarlegal.com] |
| **Sent:** | Friday, April 08, 2011 3:49 PM |
| **To:** | Ross, Tom |
| **Subject:** | NIAC |
| | |
| **Categories:** | Red Category |

Where are they? Can you send them there already? No lawyers will be present from either side please. If its 2 screws, then that is a quick in and out and no need for Lawyers to be there. Please expedite. They are waiting. Thank you. -AP

--
Sincerely,
A.P. Pishevar, Esq.
Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

A.12

| | |
|---|---|
| **From:** | Ross, Tom |
| **Sent:** | Friday, April 08, 2011 4:48 PM |
| **To:** | Farrokh Mohammadi; ap@pishevarlegal.com; Adrian Nelson |
| **Cc:** | Jensen, Peter; Kapshandy, Timothy E. |
| **Subject:** | RE: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine |
| | |
| **Categories:** | Red Category |

A.P.,

Apparently the server is up and running.  I hope you have a nice weekend.

Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Friday, April 08, 2011 3:04 PM
> **To:** Kapshandy, Timothy E.
> **Cc:** Adrian Nelson; Jensen, Peter; ap@pishevarlegal.com; Ross, Tom
> **Subject:** Re: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine
>
> Tim,
>
> As you know, Adrian is out of the office all day today.  As such, we will have to wait until Adrian returns on Monday to resolve the Pugwash issue.
>
> Regarding SF, we are currently working with our client to get those fields clarified.  I don't have an eta for you at this time.
>
> I'm not sure what specifically you are looking for with regard to the Convio database.  Please clarify.
>
> We are in the process of securing some dates from Gardiner regarding his deposition.
>
> I did not send out a CD with the files.  I mailed out hardcopies of the documents to Pete instead.
>
> Finally, I don't know what questions Pete asked about the privilege log.  If possible, maybe he can forward them to me and I may be of some assistance.
>
> On Fri, Apr 8, 2011 at 1:49 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
>
>> Adrian,
>>
>> We've not seen your proposed changes to the order.  Please send the revisions or tell Pugwash you are OK with the last

1

version so they are able to produce these to the parties versus the Court.

We are still awaiting the following that were due two days ago: the SF codes, Convio database as of this week, dates for Gardiner's deposition.  When can we expect them.

Also, as per my earlier email that the lobbying documents may have been truncated, did you fedex out a CD with the files last night and to whom?  Also, please respond tom the questions Pete sent about the privileged log.


Thanks,

Tim



-----Original Message-----
From:   Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent:   Tuesday, April 05, 2011 03:52 PM Central Standard Time
To:     Kapshandy, Timothy E.; Jensen, Peter
Cc:     ap@pishevarlegal.com; fm@pishevarlegal.com
Subject:        Re: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine

Tim and Pete:

Regarding the Pugwash Confidentiality Agreement, we are recommending the following modifications, including that:

1. Terms: Para. (1) be modified to expand the scope of the Confidentiality Agreement beyond simply the "Information" as defined, but to cover the document produced, including the document's actual content and/or essence, to be referred to as the "Document".

Further, throughout the Agreement it should refer to both the "Information and the Document," not just the Information.

2. Terms: Para (4)(a) be modified to define the Litigation, to include the discovery, pretrial, trial, and posttrial appeal phases of the case.

Let me know your thoughts.

Thanks,

Adrian


On Mon, Apr 4, 2011 at 10:56 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

    Adrian, please send us and Pugwash the agreement with your proposed revisions. Please copy Pete as he is handling this with Pugwash and I am I CA on deps.

    Thanks,
    Tim
    Timothy E. Kapshandy
    Sidley Austin LLP
    I South Dearborn
    Chicago, IL 60603
    312-853-7643
    tkapshan@sidley.com

From: Adrian Nelson [mailto:anelson@pishevarlegal.com]

Sent: Monday, April 04, 2011 04:11 PM
To: Kapshandy, Timothy E.

Cc: Afshin Pishevar <ap@pishevarlegal.com>; Farrokh Mohammadi <fm@pishevarlegal.com>

Subject: Re: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine

Tim:

    Our client is reluctantly willing to enter into the Confidentiality Agreement. However, we do believe that it should be drafted more broadly to prevent the disclosure of information/documents generally that are produced by Pugwash and not simply personal identity information.

    Please advise if Defendant is willing to agree to broaden the scope of the Confidentiality Agreement.

    Adrian

On Mon, Apr 4, 2011 at 1:32 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

    Adrian, please let us know today if you have any intention of signing the confidentiality agreement Pugwash proposed. While you have until Wednesday, it would be nice to let Pugwash know so that they can have time to discuss revising the agreement or, alternatively, get the responsive documents ready for production to Judge Bates Friday.
    Thanks
    Tim
    Timothy E. Kapshandy
    Sidley Austin LLP
    1 South Dearborn
    Chicago, IL 60603
    312-853-7643
    tkapshan@sidley.com

    ----- Original Message -----
    From: Kapshandy, Timothy E.
    Sent: Sunday, April 03, 2011 07:13 PM
    To: Adrian Nelson <anelson@pishevarlegal.com>
    Cc: Afshin Pishevar <ap@pishevarlegal.com>; Farrokh Mohammadi <fm@pishevarlegal.com>
    Subject: RE: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine

    Adrian:

    Thanks.
    1. May 11 is fine for Parsi's deposition. We'll offer our office as it is close to NIAC's. Let's start at 10:00 AM in order to be done by 2:00 or so. Daioleslam is available the afternoons of April 18 or 19 in Phoenix. Please let us know if you intend to proceed on one of those days.
    2. I have a call into PwC to verify that they can get someone to your place April 6. As soon as I know, I will let you know. A lot will depend on whether you are producing the server/shared drive or the other 5 PCs. Please let us know.
    3. In the Salesforce databases the following fields are coded with a series of numbers and letters: ID, WHOID, OWNERID, ACCOUNTID, CREATEDBYID, LASTMODIFIEDBYID.
    4. Defendant will consent to an extension of 21 days (from April 8 to April 29) to respond to his Daubert motion regarding Prof. Morse. Seven weeks seems a bit excessive. Your statement that the time is needed to allow further discovery is puzzling. The discovery cutoff was March 4 except for items permitted by the Court's March 29 order. Moreover, Professor's Morse's report and deposition have been completed. If you intend to backfill and have Morse address the

3

omissions Defendant pointed out now after Defendant has deposed him, Defendant strenuously objects. Plaintiffs were given several extensions to file expert reports and Defendant went to great expense to travel to Baltimore and take his deposition. If you intend to have him look at materials besides those addressed in his report or deposition, please let us know asap.

Thanks,
Tim

-----Original Message-----
From: Adrian Nelson [mailto:anelson@pishevarlegal.com]
Sent: Friday, April 01, 2011 1:37 PM
To: Kapshandy, Timothy E.
Cc: Afshin Pishevar; Farrokh Mohammadi
Subject: Parsi/NIAC -- Post-Order Discovery Issues and Morse Motion in Limine

Dear Tim:

In follow-up to the Judge's recent Order regarding discovery, I'd like to raise a few issues.

First, with respect to scheduling the follow-up for Dr. Parsi' deposition, we are offering him May 10 or 11, due to the impending birth of his third child. Please check your availability regarding those dates.

Further, we need to be put into contact with PWC to arrange for the additional imaging ordered by Judge Bates. Bear in mind that our deadline is Wednesday, April 6 to get this accomplished.

Third, please advise what if any data or fields you have not received or have been unable to access relating to the membership databases that have been produced to the defendant.

Lastly, by noon April 4, 2011, please advise if you will consent to Plaintiffs' Motion for Enlargment of Time to Oppose Defendant's Motion in Limine relating to Joel Morse. We will be seeking an extension until June 17, 2011, which will allow for discovery to be completed and is 10 business days after our June 3, 2011, status conference.

Thanks,

Adrian

------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

*********************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

4

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))