# EXHIBIT B

```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


TRITA PARSI and                  .
NATIONAL IRANIAN AMERICAN        .
COUNCIL,                         .
                                 .   CA No. 08-0705 (JDB)
         Plaintiffs,             .
                                 .
     v.                          .   Washington, D.C.
                                 .   Friday, December 17, 2010
DAIOLESLAM SEID HASSAN,          .   9:14 a.m.
                                 .
         Defendant.              .

. . . . . . . . . . . .

                    STATUS CONFERENCE
          BEFORE THE HONORABLE JOHN D. BATES
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:       ADRIAN NELSON, ESQ.
                          AFSHIN PISHEVAR, ESQ


For the Defendant:        TIMOTHY KAPSHANDY, ESQ.
                          PETER JENSEN, ESQ.
                          ERIC GALVEZ, ESQ.


Court Reporter:           BRYAN A. WAYNE, RPR, CRR
                          Official Court Reporter
                          U.S. Courthouse, Room 6714
                          333 Constitution Avenue, NW
                          Washington, D.C. 20001
                          202-354-3186




Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

a different, shorter list of search terms, and that Dr. Parsi testified to that. What he testified to was that he thought that they had used a shorter list of search terms.

Since his deposition, we've had a chance to revisit that issue. And it is our understanding that the search terms -- that the extensive list was the list that was used to conduct discovery. So there is not a narrower list that would cause a problem if that had been used. So we see that as a non-issue.

I'd also like to discuss some of the representations that were made about the computer situation.

THE COURT: Which of the two computer situations?

MR. NELSON: I'm talking about --

THE COURT: The server situation or the membership database?

MR. NELSON: Let's start with what we called a shared drive as opposed to a server. As you know, that's been a continuing issue in this case, that the defendants want to represent the computer system as having had a server. Based upon our understanding and what's been reviewed by a consultant that we used, it is not a server, it is a shared drive, and we continue to maintain that point.

Regarding the computers that were provided for imaging, to be factual, the defendants asked us to make sure that we were providing computers for particular individuals in the office, and they sent a list of names, asking us whether or not those

1    individuals, their computers were being provided. Because we
2    did not have a server, to provide the whole server, we provided
3    the computers for the individuals.
4        Now, Mr. Kapshandy has said that a consultant that we used
5    had a list of computers and those serial numbers do not match up
6    with other serial numbers. We believe that the vendor that we
7    used had an incomplete and inaccurate list of serial numbers.
8    We have prepared a list, which we are happy to provide to the
9    defendant, of all the computers that existed, with their serial
10   number and the name of each individual that was using that
11   computer at the time. Because I think that some of the
12   representations about computers that were not provided are not
13   accurate.
14       So I think that if they get this list they can then compare
15   this list to the list that was provided to them by the forensic
16   imaging to determine whether in fact there were any computers
17   that were not imaged which they think may contain information on
18   them.
19       For instance, there were five computers that were not
20   provided to PWC for imaging. Those five computers that were not
21   provided were computers that were used by interns who work in
22   the office of NIAC. They're not individuals who are on the
23   staff of NIAC, but they're interns that work there and the
24   computer is used by interns. Those names were not included, the
25   names of interns, on the list that was provided to us.

1  Therefore, those computers were not provided to PWC for imaging.
2      So I'm hopeful that once they receive this list and they
3  can check it against what PWC gave them, they'll be able to
4  determine that we gave them all of the computers that would be
5  relevant for the purposes of imaging, to accomplish what the
6  Court wanted to accomplish via the order that was issued on July
7  1st.
8      With respect to the Salesforce, what I want to make clear
9  is that Salesforce has advised us that our -- well, NIAC's
10 account can be accessed for a week, because they're opening up a
11 week for us to be able to access that account.  And what we've
12 been attempting to do is to export meeting notes --
13         THE COURT:  What do you mean, they're opening up a
14 week?  You mean only the information relating to one week of
15 time?
16         MR. NELSON:  No.  We have a week's period to try to
17 get this accomplished.
18         THE COURT:  Okay.
19         MR. NELSON:  And I think to step back even further,
20 the request that we received from the defendants was for meeting
21 notes from Salesforce.  And what we've attempted to do is have
22 that information exported.  We represented in court that the
23 Salesforce was only used for a short period of time.  We were
24 talking about its use for inputting meeting notes, because that
25 was what the request was, it was for meeting notes.  So when I

**NIAC's computers and users**

| Computer Name | Primary User | Serial Number |
| --- | --- | --- |
| Dell Vostro 410 | Trita Parsi | BBFWQH1 |
| Dell Vostro 200 | Patrick Disney | 5Z0KBG1 |
| Dell Vostro 200 | Kevin Cowl | 1Z0KBG1 |
| Lenovo ThinkCenter 7522 | David Elliott | MJ16385 |
| Dell Vostro 200 | Jamal Abdi | DTSCJF1 |
| Dell 1220 Laptop | Arsalan Barmand | 7N4XKL1 |
| Dell Vostro 410 | Sepideh Phalsaphie | 9MNLLH1 |
| Dell Vostro 200 | Michelle Moghtader | BL2FMF1 |
| Dell Latitude D610 | Intern Computer | 2X1FF91 |
| Acer TravelMate 2413LCi | Intern Computer | LXTAC0602254600C84KS00 |
| Dell Optiplex GX620 | Intern Computer | JJNC891 |
| Lenovo ThinkPad Series T61p | Intern Computer | L3-C0481 07/12 |
| Dell Dimension 4550 | Intern Computer | 42BW21 |