# EXHIBIT D

| | |
|---|---|
| **From:** | Patrick Parsa [pparsa@pishevarlegal.com] |
| **Sent:** | Thursday, March 11, 2010 11:09 PM |
| **To:** | Kapshandy, Timothy E. |
| **Cc:** | Jensen, Peter; Rogers, HL; Adrian Nelson; Afshin Pishevar |
| **Subject:** | Mansouri |
| **Attachments:** | Yahoo and Microsoft cutting off Iranians from email; The Farsi portal: Panjereh; RE: ; RE: FW: NED Grant; evaluation; FW: NED Grant; Talk tomorrow - NIAC; FW: ; RE: Meeting; Meeting; Re: Fwd: feedback; Report; Re: NED meeting...; RE: NED's report...; RE: Urgent question; Re: Urgent question; Urgent question; RE: NED's report...; RE: NED reports; RE: NIAC 2006-439; RE: NIAC 2006-439; RE: NIAC 2006-439; RE: NIAC 2006-439; RE: NIAC 2006-439; RE: Fw: NIAC 2006-439; Fw: NIAC 2006-439; RE: NIAC 2006-439; RE: NIAC 2006-439; RE: tomorrow's presentation...; NIAC 2006-439; RE: FW: farsi translation of the 2 articles; FW: farsi translation of the 2 articles; RE: FW: OMID-E-MEHR: empowering disadvantaged young women in Iran; FW: OMID-E-MEHR: empowering disadvantaged young women in Iran; Mohammad |
| **Categories:** | Green Category |

Tim:

This confirms that today, at approximately 1 pm, Adrian had a conversation with Pete Jensen regarding recently discovered e-mails authored by or sent to Dr. Mansouri. As discussed, the e-mails were only recently discovered following a search of NIAC's external server, consistent with Judge Bates' instructions on March 5, using the previously agreed upon search terms.

Further as discussed, approximately 300 e-mails authored by or sent to Dr. Mansouri were discovered. However, as advised we do not believe that once reviewed the majority of these e-mails are responsive to any of Defendant's document production requests.

Today we are producing 36 e-mails that we believe are arguably responsive, but not necessarily relevant, to Defendant's document production requests. With respect to each of these e-mails we are not waiving any objections based upon, but not limited to, relevance, privilege, and confidentiality. Additionally, consistent with Judge Bate's instruction there is one (1) e-mail that we will need to discuss the form in which it will be produced given the fact that it contains both responsive and non-responsive information. Once we have had an opportunity to review the remaining 300 e-mails we will determine if they are responsive.

Lastly, Defendant has decided to go forward with Dr. Mansouri's deposition on Friday, March 12, despite the ongoing nature of the parties' document production and supplementation. Plaintiffs are producing Dr. Mansouri consistent with Defendant's preference for going forward with Dr. Mansouri's deposition, and not postponing it.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347