# EXHIBIT E

| | Computers Imaged by PwC | | | | | NetworkCare Inventory | | | | | | NIAC Court Produced List | | | | Real Analysis Inventory | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Computer Type | Manufacuturer | Computer Model | Serial Number | Custodian | User | Computer Name | Computer Type | Manufacturer | Computer Model | Serial Number | Computer Name | Custodian | Serial Number | Custodian | Computer Type | Manufacturer | Computer Model | Serial Number | Notes |
| 1 | Desktop | Dell | Vostro 200 | 1Z0KBG1 | Kevin Cowl | | D1Z0KBG1 | Desktop | Dell Inc. | Vostro 200 | 1Z0KBG1 | Dell Vostro 200 | Kevin Cowl | 1Z0KBG1 | Kevin Cowl | Desktop | Dell Inc. | Vostro 200 | 1Z0KBG1 | Online |
| 2 | Desktop | Dell | Vostro 200 | 5Z0KBG1 | Patrick Disney | Patrick Disney | D5Z0KBG1 | Desktop | Dell Inc. | Vostro 200 | 5Z0KBG1 | Dell Vostro 200 | Patrick Disney | 5Z0KBG1 | Reza Marashi | Desktop | Dell Inc. | Vostro 200 | 5Z0KBG1 | Online |
| 3 | Desktop | Lenovo | J4U | MJ16385 | David Elliott | David_Elliott | DAVID | Desktop | LENOVO | 7522J4U | MJ16385 | Lenovo ThinkCenter 7522 | David Elliott | MJ16385 | David Elliott | Desktop | Lenovo | Think Center 7522 | MJ16385 | Online |
| 4 | | | | | | user | DJJNC891 | Desktop | Dell Inc. | Optiplex GX620 | JJNC891 | Dell Optiplex GX620 | Intern Computer | JJNC891 | | Desktop | Dell Inc. | Optiplex GX620 | JJNC891 | Offline |
| 5 | | | | | | | LENOVO-1 | Laptop | LENOVO | ThinkPad T61p | L3C0481 | Lenovo ThinkPad Series T61p | Intern Computer | L3-C0481 07/12 | | | | | | |
| 6 | | | | | | Matt Sugrue | niac-emily | Laptop | Dell Inc. | Latitude D610 | N/A | Dell Latitude D610 | Intern Computer | 2X1FF91 | Intern | Laptop | Dell Inc. | Latitude D610 | 2X1FF91 | Online |
| 7 | Desktop | Dell | Vostro 200 | DTSCJF1 | Jamal Abdi | Jamal | NIAC-Main | Desktop | Dell Inc. | Vostro 200 | DTSCJF1 | Dell Vostro 200 | Jamal Abdi | DTSCJF1 | Jamal Abdi | Desktop | Dell Inc. | Vostro 200 | DTSCJF1 | Online |
| 8 | Desktop | Dell | Vostro 200 | 7TSCJF1 | Michelle Moghtader & Emily Blout | | NIAC2008 | Desktop | Dell Inc. | Vostro 200 | 7TSCJF1 | | | | | Desktop | Dell Inc. | Vostro 200 | 7TSCJF1 | Offline |
| 9 | Desktop | Dell | Vostro 410 | 9MNLLH1 | Sepideh Phalsaphie | Pam | PamNewDell | Desktop | Dell Inc. | Vostro 410 | 9MNLLH1 | Dell Vostro 410 | Sepideh Phalsaphie | 9MNLLH1 | Sepideh Phalsaphie | Desktop | Dell Inc. | Vostro 410 | 9MNLLH1 | Online |
| 10 | | | | | | Bardia | PolicyDirector | Desktop | Dell Inc. | Vostro 200 | BL2FMF1 | Dell Vostro 200 | Michelle Moghtader | BL2FMF1 | | Desktop | Dell Inc. | Vostro 200 | BL2FMF1 | Offline |
| 11 | Laptop | Dell | Vostro 1220 | 7N4XKL1 | Arsalan Barmand | | | | | | | Dell 1220 Laptop | Arsalan Barmand | 7N4XKL1 | Nobar Elmi | Laptop | Dell Inc. | Vostro 1220 | 7N4XKL1 | Online |
| 12 | Desktop | Dell | Vostro 410 | BBFWQH1 | Trita Parsi | | | | | | | Dell Vostro 410 | Trita Parsi | BBFWQH1 | Intern | Desktop | Dell Inc. | Vostro 410 | BBFWQH1 | Online |
| 13 | | | | | | | | | | | | Acer TravelMate 2413LCi | Intern Computer | LXTAC0602254600C84KS00 | Intern | Laptop | Acer | Travel Mate 2413LC1 | LXTAC0602254600C84KS00 | Online |
| 14 | | | | | | | | | | | | Dell Dimension 4550 | Intern Computer | 42BW21 | | Desktop | Dell Inc. | Dimesion 4550 | 42BVV21 | Offline - Old Dell File Server |
| 15 | NAS | Iomega | 2TB Store Center IX4-200D | 0JAK380013 | File Server | | | | | | | | | | | NAS | Iomega | 2TB Store Center IX4-200D | 0JAK380013 | Online - File Server |
| 16 | | | | | | | | | | | | | | | Intern | Desktop | Apple | Mac mini | C07DT3LBDD6H | Online |
| 17 | | | | | | | | | | | | | | | Lily Samimi | Desktop | Apple | Mac mini | C07DL6QUDD6H | Online |
| 18 | | | | | | | | | | | | | | | Trita Parsi | Laptop | Apple | Macbook Pro | W8006A8G66E | Online |
| 19 | | | | | | | | | | | | | | | | Laptop | Dell Inc. | Latitude | 7V39P31 | Offline |
| 20 | | Offline | | | | | | | | | | | | | | Laptop | Gateway | 200 ARC | 0032776297 | Offline |
| 21 | | Offline - Firewall | | | | | | | | | | | | | | Desktop | Dell Inc. | Dimesion 4400 | 9LHW811 | Offline - Firewall |
| 22 | | Offline - Iomega NAS Backup | | | | | | | | | | | | | | USB Drive | Simple Tech | 1TB | MS1EELTK | Offline - Iomega NAS Backup |
| 23 | | Offline - Iomega NAS Backup | | | | | | | | | | | | | | USB Drive | Simple Tech | 1TB | MS1E13LK | Offline - Iomega NAS Backup |
| 24 | | Offline - Old Dell File Server Backup | | | | | | | | | | | | | | USB Drive | Maxtor | 500GB | 2HA133W4 | Offline - Old Dell File Server Backup |