IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| and ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 08 CV 00705 |
| **HASSAN SEID DAIOLESLAM,** ) | |
| Defendant ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion to Stay, including the accompanying Memorandum of Points and Authorities and exhibits, any Opposition thereto, and any permitted replies, it is hereby:

ORDERED this ____ day of _____, 2011 that Plaintiff's Motion to Stay is GRANTED;

FURTHER ORDEDERD that Plaintiffs are relieved of any obligation to make payment in satisfaction of the Bill of Costs filed by the defendant pursuant to the Court's August 30, 2011, Order until such time as the Court considers Plaintiffs' Exceptions to Defendant's Bill of Costs and finally approves Defendant's Bill of Costs.

IT IS SO ORDERED.

                                                                                                             _____
The Honorable John D. Bates
United States District Judge