

## Our People



**Thomas E. Ross**
Associate
Washington, D.C.
202.736.8374
202.736.8711 Fax
tom.ross@sidley.com
Vcard

THOMAS E. ROSS is an associate in the firm's Washington, D.C. office. His work focuses on litigation and international trade. Mr. Ross's clients range from Fortune 100 corporations to charitable associations, the latter of which form part of Mr. Ross's substantial pro bono practice. Mr. Ross is a 2009 recipient of the Vincent F. Prada Pro Bono Award.

Mr. Ross's litigation practice focuses on commercial litigation and white collar matters. He has guided clients through pretrial and trial settings in complex, high-stakes cases. Mr. Ross also has experience assessing clients' current policies and procedures with respect to the Foreign Corrupt Practices Act (FCPA), determining risk areas, and advising clients on best practices, as well as defending against federal government actions under the False Claims Act (FCA).

Mr. Ross's international trade practice includes advising and representing private and sovereign clients in investment treaty arbitration proceedings and free trade disputes. He recently worked with officials from the United States Department of Transportation in an assessment of domestic, foreign, and treaty-based law with respect to international parcel carriers.

Mr. Ross earned his law degree from Cornell Law School, where he was an editor of the *Cornell Journal of Law and Public Policy,* an Honors Fellow in American Legal Writing, and earned a Certificate in Advocacy. He holds a Masters in Psychoanalytic Studies from Trinity College Dublin in Dublin, Ireland. He graduated Phi Beta Kappa from University of Chicago with a Bachelor's degree in Political Science.

**PRACTICES**

- Complex Commercial Litigation
- International Trade
- Privacy, Data Security and Information Law

**AREAS OF FOCUS**

- FCPA/Anti-Corruption
- Investment Treaty Arbitration
- Internal Investigations
- Pro Bono Appeals
- Trials

**ADMISSIONS & CERTIFICATIONS**

- U.S. District Court, District of Columbia, 2010
- District of Columbia, 2010
- Florida, 2009

**EDUCATION**

- Cornell Law School (J.D., 2009, *Dean's List*; Honors Fellow)
- Trinity College, Dublin (M.Phil., 2006)
- University of Chicago (B.A., 2005)