UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL,<br>      Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br>      Defendant. | CIVIL NO. 08 CV 00705 (JDB) |

### ERRATA TO DEFENDANT'S BILL OF RECOVERABLE COSTS PURSUANT TO THE COURT'S ORDER OF AUGUST 30, 2011

On September 6, 2011, Defendant filed with the Court his *Bill of Recoverable Costs Pursuant to the Court's Order of August 30, 2011.* See Docket No. 139. As Plaintiffs correctly noted in their September 13, 2011 *Motion to Stay and Exceptions to Bill of Costs*, however, Exhibit A to Defendant's motion (i) contained an addition error with respect to the total number of hours worked; and (ii) did not provide the billable rates charged for each attorney and paralegal. See Docket No. 140. To resolve these concerns, Defendant hereby submits this *Errata to Defendant's Bill of Recoverable Costs Pursuant to the Court's Order of August 30, 2011* with a corrected, itemized list of fees and expenses (including hourly rates charged) attached hereto as "Exhibit A". Defendant agrees that the seven-day period to remit payment set forth in the Court's August 30, 2011 Order should run from the date of this filing (September 14, 2011). Defendant lastly notes that had Plaintiffs conferred with Defendant prior to filing their motion as required by local rules, these issues could have been resolved without the need of such filings.

DC1 2127894v.1

Respectfully submitted,

Dated: September 14, 2011

Timothy E. Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I caused true and correct copies of the foregoing **ERRATA TO DEFENDANT'S BILL OF RECOVERABLE COSTS PURSUANT TO COURT'S ORDER OF AUGUST 30, 2011** to be served by E-Mail upon:

Afshin Pishevar
Adrian Nelson
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com
anelson@pishevarlegal.com

Dated: September 14, 2011

Timothy E. Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam