# **EXHIBIT A**

# **(Itemized List of Fees and Expenses)**

| DATE | NAME / INVOICE NUMBER | HOURS | DESCRIPTION |
|---|---|---|---|
| **BILLABLE TIME** | | | |
| 6/6/2011 | Timothy E. Kapshandy | 0.4 | Meet and confer with plaintiffs attorney re membership lists; outline motion to compel |
| 6/6/2011 | Timothy E. Kapshandy | 0.4 | Meet and confer with plaintiffs attorney re calendars; outline motion to compel |
| 6/8/2011 | Meredith H. Dudley | 2.5 | Organize discovery materials in preparation for upcoming motions per T. Kapshandy |
| 6/8/2011 | Timothy E. Kapshandy | 0.6 | Draft motion to compel member lists |
| 6/8/2011 | Timothy E. Kapshandy | 0.4 | Draft motion to compel server |
| 6/10/2011 | Timothy E. Kapshandy | 0.9 | Draft motion to compel members lists |
| 6/10/2011 | Timothy E. Kapshandy | 0.4 | Draft motion to compel server |
| 6/10/2011 | Meredith H. Dudley | 2.5 | Organize discovery materials, gather documents pertinent to the upcoming motions and upload to the shared server per T. Kapshandy |
| 6/13/2011 | Timothy E. Kapshandy | 0.5 | Draft motion to compel server |
| 6/13/2011 | Timothy E. Kapshandy | 0.7 | Draft motion to compel member lists |
| 6/14/2011 | HL Rogers | 1.3 | Meeting re motions; review documents re motion; review research |
| 6/14/2011 | Timothy E. Kapshandy | 0.3 | Draft motion to compel member lists |
| 6/14/2011 | Timothy E. Kapshandy | 0.3 | Draft motion to compel server |
| 6/14/2011 | Meredith H. Dudley | 0.3 | Meeting regarding preparation for the upcoming Motion to Compel Servers per T. Kapshandy |
| 6/14/2011 | Meredith H. Dudley | 0.3 | Meeting regarding preparation for the upcoming Motion to Compel Member Lists per T. Kapshandy |
| 6/14/2011 | Meredith H. Dudley | 0.7 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/14/2011 | Meredith H. Dudley | 0.7 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Kapshandy |
| 6/14/2011 | Thomas E. Ross | 1.2 | Teleconference with T. Kapshandy and legal assistants re: motions to compel (0.6); teleconference with T. Kapshandy, HL Rogers, and P. Jensen re: same (0.6) |
| 6/15/2011 | Meredith H. Dudley | 0.6 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/15/2011 | Meredith H. Dudley | 0.6 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/16/2011 | Meredith H. Dudley | 0.8 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/16/2011 | Meredith H. Dudley | 0.8 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/17/2011 | Timothy E. Kapshandy | 0.9 | Draft motion to compel member lists |
| 6/17/2011 | Meredith H. Dudley | 1.6 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/17/2011 | Meredith H. Dudley | 1.6 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/21/2011 | Timothy E. Kapshandy | 0.8 | Draft motion to compel membership lists |
| 6/21/2011 | Meredith H. Dudley | 0.5 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/21/2011 | Meredith H. Dudley | 0.5 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/22/2011 | Meredith H. Dudley | 0.5 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/22/2011 | Meredith H. Dudley | 0.5 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/22/2011 | Timothy E. Kapshandy | 0.3 | Draft and revise motion to compel server |

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/22/2011 | Timothy E. Kapshandy | 0.9 | Draft and revise motion to compel member lists |
| 6/23/2011 | Meredith H. Dudley | 2 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/23/2011 | Meredith H. Dudley | 2 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/23/2011 | Timothy E. Kapshandy | 0.3 | Draft and revise motion to compel server |
| 6/23/2011 | Timothy E. Kapshandy | 0.7 | Draft and revise motion to compel membership lists |
| 6/24/2011 | Meredith H. Dudley | 1.7 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/24/2011 | Meredith H. Dudley | 1.7 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/24/2011 | Timothy E. Kapshandy | 0.4 | Draft and revise motion to compel member lists |
| 6/24/2011 | Timothy E. Kapshandy | 0.4 | Draft and revise motion to compel server |
| 6/27/2011 | Meredith H. Dudley | 1.7 | Motion to Compel Servers - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/27/2011 | Meredith H. Dudley | 2.2 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/27/2011 | Timothy E. Kapshandy | 0.4 | Draft and revise motion to compel member lists |
| 6/27/2011 | Timothy E. Kapshandy | 0.6 | Draft and revise motion to compel server |
| 6/28/2011 | Timothy E. Kapshandy | 0.3 | Draft and revise motion to compel servers |
| 6/28/2011 | Thomas E. Ross | 0.2 | Prepare motion to file NIAC membership lists under seal (0.2) |
| 6/28/2011 | Meredith H. Dudley | 2.2 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/28/2011 | Meredith H. Dudley | 1.7 | Motion to Compel Servers - Prepare exhibits for |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | the upcoming motion per T. Kapshandy |
| 6/28/2011 | Timothy E. Kapshandy | 0.4 | Draft and revise motion to compel member lists; office conference plaintiffs attorney |
| 6/29/2011 | Thomas E. Ross | 1.2 | Telephone conversation with Clerk of Court re: filing motion under seal (0.2); second telephone conversation with Clerk of Court re: same (0.1); serve motion to file exhibits under seal on opposing counsel (0.1); file same via ECF (0.1); travel to District Court to provide Clerk with documents to file under seal (0.7) |
| 6/29/2011 | Meredith H. Dudley | 1.3 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 6/30/2011 | Thomas E. Ross | 0.3 | Telephone conversation with M. Dudley re: motions to compel (0.2); email conversation with M. Dudley re: same (0.1) |
| 6/30/2011 | Meredith H. Dudley | 1.5 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 7/1/2011 | Thomas E. Ross | 2.4 | Prepare motions to compel for filing (1.2); telephone conversation with Clerk of Court re: same (0.1); second telephone conversation with Clerk of Court re: same (0.1); email conversation with M. Dudley re: same (0.1); telephone conversation with M. Sanger re: same (0.2); (0.1); conduct final review of motions to compel and exhibits (0.4); serve same on opposing counsel (0.2); file same with Court (0.3) |
| 7/5/2011 | Meredith H. Dudley | 1.5 | Motion to Compel Member Lists - Prepare exhibits for the upcoming motion per T. Kapshandy |
| 7/6/2011 | Thomas E. Ross | 0.9 | Email conversation with M. Dudley re: exhibits to motions to compel (0.2); file CD of documents to file under seal at US District Court (0.7) |
| 7/7/2011 | Thomas E. Ross | 0.2 | Telephone conversation with M. Dudley re: finalizing and filing motions to compel (0.2) |
| 8/1/2011 | Timothy E. Kapshandy | 0.3 | Review plaintiffs response to member list |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| | | | information memo |
| 8/1/2011 | Timothy E. Kapshandy | 0.3 | Review plaintiffs response to server memo |
| 8/1/2011 | Jeffery H. Tisak | 2 | Review NIAC documents for Reply to Motion to Compel Server as per T. Kapshandy. |
| 8/1/2011 | Thomas E. Ross | 0.3 | Review Plaintiffs' responses to motions to compel (0.3) |
| 8/2/2011 | Thomas E. Ross | 0.6 | Email conversation with T. Kapshandy re: motions to compel replies (0.1); |
| 8/2/2011 | Jeffery H. Tisak | 5 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/2/2011 | Timothy E. Kapshandy | 0.5 | Review plaintiffs server response |
| 8/2/2011 | Timothy E. Kapshandy | 0.5 | Review plaintiffs membership response |
| 8/3/2011 | Jeffery H. Tisak | 2.3 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/3/2011 | Timothy E. Kapshandy | 1.1 | Draft and revise reply to server motion |
| 8/3/2011 | Meredith H. Dudley | 1 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/3/2011 | Meredith H. Dudley | 1 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/3/2011 | Thomas E. Ross | 1.1 | Review emails re: second server imaging and draft timeline for T. Kapshandy (1.1) |
| 8/4/2011 | Jeffery H. Tisak | 4.3 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/4/2011 | Meredith H. Dudley | 2 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/4/2011 | Meredith H. Dudley | 1.5 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/4/2011 | Timothy E. Kapshandy | 1.3 | Draft and revise reply to server motion; office |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | conference PWC |
| 8/5/2011 | Timothy E. Kapshandy | 1.9 | Review and revise reply to motion for server |
| 8/5/2011 | Thomas E. Ross | 0.7 | Draft appendix for motion to compel server (0.7) |
| 8/6/2011 | Thomas E. Ross | 0.3 | Review draft reply re: motion to compel server (0.2); email conversation with T. Kapshandy re: same (0.1) |
| 8/6/2011 | Timothy E. Kapshandy | 2.4 | Reply to server motion to compel |
| 8/7/2011 | Timothy E. Kapshandy | 2.7 | Reply to membership motion to compel |
| 8/8/2011 | Meredith H. Dudley | 2 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/8/2011 | Meredith H. Dudley | 2.4 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/8/2011 | Jeffery H. Tisak | 2.4 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/8/2011 | Timothy E. Kapshandy | 0.8 | Review and revise damages motion to compel server reply |
| 8/8/2011 | Timothy E. Kapshandy | 0.7 | Review and revise damages motion to compel membership reply |
| 8/8/2011 | Thomas E. Ross | 2.1 | Draft appendix for motion to compel server (1.4); review and rise draft reply re: server (0.6); email conversation with T. Kapshandy re: same (0.1) |
| 8/9/2011 | Thomas E. Ross | 0.2 | Email conversation with M. Dudley re: server motion (0.2) |
| 8/9/2011 | Jeffery H. Tisak | 2.5 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/9/2011 | Jeffery H. Tisak | 0.3 | Review NIAC documents for Motion to Compel Membership Lists as per T. Kapshandy. |
| 8/9/2011 | Timothy E. Kapshandy | 0.6 | Review and revise reply to membership motion |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/9/2011 | Timothy E. Kapshandy | 1.2 | Review and revise reply to server motion |
| 8/9/2011 | Meredith H. Dudley | 1 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/9/2011 | Meredith H. Dudley | 1.2 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/10/2011 | Meredith H. Dudley | 1.3 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/10/2011 | Meredith H. Dudley | 1.3 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/10/2011 | Jeffery H. Tisak | 2.5 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/10/2011 | Jeffery H. Tisak | 2.5 | Review NIAC documents for Motion to Compel Membership Lists as per T. Kapshandy. |
| 8/10/2011 | Thomas E. Ross | 1.6 | Revise server imaging timeline (0.8); review and revise latest draft of server motion (0.8) |
| 8/11/2011 | Thomas E. Ross | 0.4 | Teleconference with PwC re: server motion (0.4) |
| 8/11/2011 | Jeffery H. Tisak | 1.1 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/11/2011 | Jeffery H. Tisak | 1.1 | Review NIAC documents for Motion to Compel Membership Lists as per T. Kapshandy. |
| 8/11/2011 | Timothy E. Kapshandy | 0.7 | Review and revise reply to damages motion to compel |
| 8/12/2011 | Jeffery H. Tisak | 2.5 | Review NIAC documents for Motion to Compel Server as per T. Kapshandy. |
| 8/12/2011 | Jeffery H. Tisak | 2.5 | Review NIAC documents for Motion to Compel Membership Lists as per T. Kapshandy. |
| 8/13/2011 | Timothy E. Kapshandy | 0.4 | Review and revise reply to membership motions |
| 8/13/2011 | Timothy E. Kapshandy | 0.3 | Review and revise reply to server motions |

| DATE | NAME | HOURS | DESCRIPTION |
|---|---|---|---|
| 8/15/2011 | Timothy E. Kapshandy | 0.3 | Review and revise membership list reply |
| 8/15/2011 | Thomas E. Ross | 0.1 | Email conversation with M. Dudley re: filing motions (0.1) |
| 8/16/2011 | Thomas E. Ross | 0.7 | Serve motions to compel (0.2); review and file same (0.5) |
| 8/16/2011 | Meredith H. Dudley | 0.7 | Motion to Compel Membership Lists - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| 8/16/2011 | Meredith H. Dudley | 0.7 | Motion to Compel Servers - Prepare exhibits for Def's Reply to Pltf's Response to Motion to Compel per T. Kapshandy |
| | Timothy E. Kapshandy | 27.3 | |
| | Meredith H. Dudley | 50.6 | |
| | Jeffery H. Tisak | 31 | |
| | Thomas E. Ross | 14.5 | |
| | HL Rogers | 1.3 | |
| | **TOTAL HOURS** | **124.70** | |
| | **TOTAL COST** | **$ 24,845.00** | |

| DATE | NAME / INVOICE NUMBER | COST | DESCRIPTION |
|---|---|---|---|
| **EXPENSES** | | | |
| 6/29/2011 | Cab Fare | $ 20.00 | Thomas E. Ross - Trip to/from court to file documents under seal |
| 7/6/2011 | Cab Fare | $ 20.00 | Thomas E. Ross - Trip to/from court to file documents |
| 7/1/2011 | Copying Charge | $ 8.10 | Copy charge to prepare Motion to Compel Servers |
| 7/1/2011 | Copying Charge | $ 112.50 | Copy charge to prepare Motion to Compel Membership Lists |
| 8/15/2011 | Copying Charge | $ 14.70 | Copy charge to prepare Reply in Support of Motion to Compel Servers |
| 8/15/2011 | Copying Charge | $ 8.40 | Copy charge to prepare Reply in Support of Motion to Compel Membership Lists |
| | **TOTAL EXPENSES** | **$ 183.70** | |
| | **TOTAL** | **$ 25,028.70** | |

| Billable Rates | | | |
|---|---|---|---|
| | Hours | Rate | Total |
| Timothy E. Kapshandy | 27.3 | 475 | $ 12,967.50 |
| Meredith H. Dudley | 50.6 | 95 | $ 4,807.00 |
| Jeffery H. Tisak | 31 | 95 | $ 2,945.00 |
| Thomas E. Ross | 14.5 | 250 | $ 3,625.00 |
| HL Rogers | 1.3 | 385 | $ 500.50 |
| | | | $ 24,845.00 |