# INDEX OF EXHIBITS TO OMNIBUS MOTION

| | |
|---|---|
| EXHIBIT A | PwC Report of October 18, 2010 |
| EXHIBIT B | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding Christmas weekend 2009 |
| EXHIBIT C | Screen shots of .pst files produced December 25, 2009 (Ex. 14 to the deposition of Trita Parsi, Vol. I, Dec. 1, 2010) |
| EXHIBIT D | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding Talebi Gmail account |
| EXHIBIT E | Excerpts from the deposition of Patrick Disney, Vol. 2 (Oct. 29, 2010) regarding his calendar and color coding for lobbying activities |
| EXHIBIT F | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010), regarding color codes and changes in Excel calendars |
| EXHIBIT G | Examples of 1714 deleted (G1) and 5270 unproduced entries (G2) |
| EXHIBIT H | Trita Parsi emails from the summer of 2006 |
| EXHIBIT I | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding Iran's "Grand Bargain" offer |
| EXHIBIT J | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010), regarding litigation hold |
| EXHIBIT K | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding laptop being stolen in Oslo |
| EXHIBIT L | Excerpts from the deposition of David Elliott, Vol. I (Dec. 5, 2009) regarding storage of documents on server |
| EXHIBIT M | Excerpts from the deposition of Patrick Disney, Vol. 2 (Oct. 29, 2010) regarding shared drive |
| EXHIBIT N | Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories (July 17, 2009) |
| EXHIBIT O | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding the discovery process |

| EXHIBIT P | Excerpts from the deposition of Babak Talebi, Vol. I (Nov. 12, 2010) regarding the proxy server |
|---|---|
| EXHIBIT Q | Examples selected from the 5,500 emails and attachments withheld until April 2011 |
| EXHIBIT R | Plaintiff Trita Parsi's Unverified Objections and Answers to Defendant's First Set of Interrogatories (Sept. 20, 2010) and November 22, 2010 verification |
| EXHIBIT S | Plaintiff NIAC's Unverified Objections and Answers to Defendant's Supplemental Set of Interrogatories (Sept. 24, 2010) and November 22, 2010 verification |
| EXHIBIT T | Patrick Parsa letter (Feb. 4, 2010) |
| EXHIBIT U | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding decision not to produce Talebi documents |
| EXHIBITS V-AA | Selected examples of unproduced emails subpoenaed from third parties:<br>V.  CNAPI<br>W.  Children of Persia<br>X.  Puneet Talwar at NSC<br>Y.  Hillary and Flynt Leverett<br>Z.  Morse<br>AA.  Gardiner |
| EXHIBIT BB | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010) regarding meeting with Iranian officials |
| EXHIBIT CC | Excerpts from the deposition of Puneet Talwar ( Feb. 1, 2011) regarding Parsi meetings with Iranian officials |
| EXHIBIT DD | Excerpts from the deposition of David Elliott, Vol. I (Dec. 5, 2009) regarding the deletion of emails from the ISP mail server |
| EXHIBIT EE | Excerpts from the deposition of Patrick Disney, Vol. 2 (Oct. 29, 2010) regarding "privileged" documents |
| EXHIBIT FF | Excerpts from the deposition of David Elliott, Vol. I (Dec. 5, 2009) regarding "nonlobbying" documents |
| EXHIBIT GG | Excerpts from the deposition of Emily Blout, Vol. I (Dec. 8, 2009) regarding lobbying |
| EXHIBIT HH | Selected calendar references to SalesForce |

| EXHIBIT II | Email exchange between Defense and Plaintiff counsel regarding SF software/records (Aug. 10, 2010) |
|---|---|
| EXHIBIT JJ | Email from Trita Parsi to Babak Talebi regarding SalesForce (April 4, 2008) |
| EXHIBIT KK | Excerpts from the deposition of Patrick Disney, Vol. 2 (Oct. 29, 2010) regarding "everyone" using SalesForce |
| EXHIBIT LL | Excerpts from the deposition of Babak Talebi (Nov. 12, 2010) regarding use of SalesForce |
| EXHIBIT MM | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010) regarding SalesForce and membership data being migrated to Convio |
| EXHIBIT NN | References from NIAC documents regarding SalesForce |
| EXHIBIT OO | August 18, 2010 email exchange regarding Trita Parsi's stolen laptop |
| EXHIBIT PP | August 20, 2010 Peter Jensen email to Patrick Parsa |
| EXHIBIT QQ | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding use of laptop for NIAC emails in 2008 |
| EXHIBIT RR | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) regarding not backing up the laptop |
| EXHIBIT SS | Records regarding the stolen laptop produced by NIAC |
| EXHIBIT TT | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding notes about meetings with Iranian officials |
| EXHIBIT UU | Email from Trita Parsi dated Feb. 6, 2006 regarding use of Outlook as a new archive since 1997 |
| EXHIBIT VV | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding the litigation hold |
| EXHIBIT WW | IIC "Frequently Asked Questions" |
| EXHIBIT XX | PwC Report of September 16, 2011 |