# EXHIBIT C



EXHIBIT 14









