# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL       :

IRANIAN AMERICAN COUNCIL       :

      Plaintiffs             :

    V.                      :   Civil No.:

DAIOLESLAM SEID HASSAN,        :   08 CV 00705 (JDB)

      Defendant              :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

\* \* \*

```
 1   APPEARANCES:

 2


 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11   One South Dearborn
     Chicago, IL  60603
12   (312) 853-7643
     (312) 835-7036 (Fax)
13   E-mail:  Tkapshandy@sidley.com
              Jfougere@sidley.com
14   Representing the Defendant

15   ALSO PRESENT:

16       Daioleslam Seid Hassan, Defendant
         Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

```
 1                  P R O C E E D I N G S
 2                  *     *     *     *     *
 3                     DR. TRITA PARSI
 4    was called for examination by counsel and, after
 5    having been duly sworn by the Notary, was examined
 6    and testified as follows:
 7            EXAMINATION BY COUNSEL FOR DEFENDANT
 8            BY MR. KAPSHANDY:
 9       Q.   Could you state your full name for the
10    record, please?
11       A.   Trita Parsi.
12       Q.   And have you always been known by that
13    name?
14       A.   Yes, though there's been a change in the
15    spelling of my name.
16       Q.   And how is that?
17       A.   It used to be T-E-R-I-T-A.
18       Q.   And what does one find it spelled that
19    way, like on your birth certificate or passport or
20    what?
21       A.   I believe -- no.  It's not on my birth
22    certificate because my birth certificate is from
```

TransPerfect Legal Solutions
212-400-8845   -   Depo@TransPerfect.com

Page 273

1  understand from my colleague that the Progressive
2  Office documents that we've marked were also, we
3  believe, E-mailed to counsel's office on October 12th
4  or 22nd -- October 12th, but we welcome any
5  correction, obviously.  There's certainly no intent
6  to keep those from the Plaintiff.
7          Also, while we were off the record, let me
8  hand you what we've marked as Exhibit 14.  Hopefully,
9  not to back up too far, but with the use of Outlook,
10 we've taken the same PST file that we were discussing
11 earlier that Mr. Parsi had a question about.
12         And rather than opening it up in
13 QuickView, per his suggestion, we've opened it up in
14 Outlook and we printed out the screen shots of what
15 happens.
16         (Exhibit Number 14 was marked for
17 identification and was retained by deposition.)
18         BY MR. KAPSHANDY:
19  Q.   And one will, again, see two things:  That
20 the Puneet at NSC entry appears to have been sent
21 from Babak Talebi's G-mail account on Friday,
22 December 25th, 2009.

Page 274

1  A.   This is work Site Viewer.

2  Q.   Continue. If you look at it in Outlook

3 then, the screen shots are from Outlook. They also

4 show it coming from Babak Talebi's G-mail account and

5 created early in the morning Christmas Day 2009.

6       I'm not going to invite any further

7 questions, but for completeness sake and per the

8 invitation of Mr. Parsi, we have opened it in what he

9 believes to be the appropriate software and still see

10 the same information. And I won't ask him again if

11 he has any explanation.

12  A.   Well, I would like to make a comment.

13  Q.   Do you have any explanation, again, as to

14 how it could be that this entry regarding Puneet at

15 NSC could be reflected in the PST file that you

16 produced as having been sent from Babak Talebi's

17 G-mail account on Christmas morning 2009?

18  A.   First of all, counsel, again, this is

19 referring to when it was sent, whereas in numerous of

20 your communications, you were stating that we were

21 holding meetings at the White House on December 25th

22 and then saying that we didn't produce those, and --

Page 275

```
 1      Q.    Please answer my question, Mr. Parsi.
 2      A.    -- the reality is, it says sent on
 3   December 25th.  Furthermore, it was sent by someone
 4   else than me.
 5      Q.    Right.  My question was --
 6      A.    So you want -- you're asking me --
 7      Q.    I didn't suggest that the meeting was held
 8   on Christmas Day.
 9      A.    In previous communications, you have.
10      Q.    Listen, this will go a lot faster, Mr.
11   Parsi, if you just try and listen to the questions
12   I'm asking here today and answer them, okay?
13            The question is simply:  Having looked at
14   this in Outlook, as you've suggested would correct
15   the problem, do you have any explanation as to why
16   this PST file that you produced would reflect that
17   the meeting with Puneet at NSC was sent from Babak
18   Talebi's G-mail account on Christmas morning 2009?
19      A.    I do not understand why that would be the
20   case.  At the same time, many of the calendar entries
21   are invitations by others to meet, so I can get an
22   invitation on Outlook by someone else for a meeting.
```

Page 276

```
 1      Q.    That's common.  That happens to me all the
 2   time, too.
 3      A.    Exactly.
 4      Q.    I'm not asking about how it happens.
 5   Everybody knows how Outlook works.
 6            The question is:  How is it that Babak
 7   Talebi's G-mail a year after he's left NIAC reflects
 8   that he's sending you a calendar entry on Christmas
 9   morning 2009?
10      A.    The premises of your questions are, again,
11   problematic.
12      Q.    I can only go by what you've produced.
13      A.    Well, first of all, what relevance does it
14   have that Babak Talebi had left NIAC a year earlier?
15   He's using his E-mail account, isn't he?
16      Q.    At 2:00 in the morning Christmas morning
17   sending you a meeting with Puneet at NSC?
18      A.    It may have been a mistake by him.  I have
19   no idea.
20      Q.    Well, there's the very same one for Erik
21   Belfrage on Christmas morning, too.
22      A.    And the bottom line is, at the end of the
```

Page 277

```
 1   day, this is sent by someone else to me, according to
 2   what you're stating.  So how do you want me to
 3   explain that someone else is sending something to my
 4   calendar entry?
 5        Q.   I would have never had this thought to
 6   even raise a question had I not got what you sent us
 7   as Exhibit 5, and I can only ask you.
 8             I certainly didn't create this document.
 9   This is my opportunity to ask you if you have any
10   explanation.
11        A.   If you said that you know that people sent
12   calendar entries to each other, then I don't
13   understand your question.
14        Q.   I'm not asking you about how Outlook
15   works.  I use it all the time, Mr. Parsi.
16        A.   So what is the specific --
17        Q.   Don't interrupt me.  Try and listen very
18   carefully.
19             The questions is simply, without inviting
20   argument or comment on my computer abilities:  How is
21   it that those entries -- and there was three of them
22   -- sent by Babak Talebi on Christmas morning 2009
```

Page 278

1  about meetings at some other time with Puneet and
2  Erik Belfrage -- on their face, they seem odd, and
3  I'm just inviting you to explain.
4      A.   Well, according to your own statement, it
5  was sent by Babak Talebi, so why are you asking me?
6      Q.   Do you have any idea why he would have
7  sent you such E-mails after the events on Christmas
8  morning 2009 when you just happened to be in the
9  office producing calendar files?
10     A.   No, I don't.
11     Q.   An unlikely consequence, but maybe you
12 have an explanation.
13          MR. NELSON:  Objection.
14          THE WITNESS:  Your problem has been that
15 there were calendar entries that were missing.  Now
16 it seems like you're having a problem that there are
17 calendar entries that actually exist.
18          BY MR. KAPSHANDY:
19     Q.   Don't worry about what I'm thinking.  Just
20 answer the question.
21     A.   You have to ask Babak Talebi.
22     Q.   He said he wasn't there and didn't have

```
 1   anything to do with it.
 2        A.    He didn't have to be there.  It's his
 3   G-mail account.
 4        Q.    It just was a consequence that you were
 5   there when he sent it.
 6              MR. NELSON:  Asked and answered.  Please
 7   move on.
 8              THE WITNESS:  Apparently, according to
 9   what you're saying, it was sent at 2:00 in the
10   morning.  Later on, you see that it was received at
11   7:00 in the morning, so these are two different
12   things.
13              BY MR. KAPSHANDY:
14        Q.    Okay.  Well, let's move on.  We've got a
15   lot of ground to cover.
16              What's your father's name?
17        A.    Tourage.
18        Q.    And what does he do?
19        A.    He is retired.
20        Q.    What did he do?
21        A.    He was a professor.  And then later on
22   when we came to Sweden, he had various jobs,
```

Page 347

1      CERTIFICATE

2          I hereby certify that the witness was duly

3  sworn by me and that the deposition is a true record

4  of the testimony given by the witness.

5

6          _____

7          Sherry L. Brooks, Court Reporter

8

9  (The foregoing certification of this transcript does

10 not apply to any reproduction of the same by any

11 means, unless under the direct control and/or

12 supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22