# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------------------

TRITA PARSI and NATIONAL IRANIAN AMERICAN
COUNCIL,

        Plaintiffs,

      vs.      No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

        Defendant.

-------------------------------------------

DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010

Reported by:
Jeremy Frank, MPM
JOB NO. 4506

Page 2

1

2                              October 29th, 2010

3                              2:14 p.m.

4

5         Deposition of PATRICK DISNEY, held at

6    the offices of Sidley Austin, LLP, 787 7th

7    Avenue, New York, New York, pursuant to Notice

8    and Agreement, before Jeremy Frank, a Notary

9    Public of the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2              THE VIDEOGRAPHER:   This is tape
 3     number one in the videotaped deposition
 4     of Patrick Disney in the matter of Trita
 5     Parsi and National Iranian American
 6     Council versus Daioleslam Seid Hassan  in
 7     the United States District Court for the
 8     District of Columbia.   This deposition is
 9     being held at Sidley Austin, 787 7th
10     Avenue, New York, New York on October
11     29th, 2010 at approximately 2:14 p.m.   My
12     name is Aydaline Garcia and I'm the video
13     specialist, and the court reporter is
14     Jeremy Frank.
15          Will counsel please introduce
16     themselves beginning with the party
17     noticing this proceeding.
18              MR. JENSEN:   My name is Peter
19     Jensen, I'm counsel for the defendant
20     with the law firm of Sidley Austin.
21              MR. FOUGERE:   Josh Fougere also for
22     the defendant with Sidley Austin.
23              MR. NELSON:   Adrian Nelson with
24     Pishevar & Associates on behalf of NIAC
25     and Dr. Trita Parsi.
```

1                    Disney

2        A.    Microsoft is very useful for that

3   sort of thing.  It was, what I remember is it

4   was a control F4, control F-something process.

5        Q.    Okay.

6              Then if you went back to look at

7   it, how would you be able to tell?

8        A.    I'm not.

9        Q.    How much time was spent?

10       A.    It is not black and white, I can

11  distinguish between colors, so I would have no

12  problem with that.

13       Q.    You went back and reviewed, you

14  would be able to look at the calendar to see

15  whether a particular event had the CNAPI color

16  or whether it had the NIAC color?

17       A.    If you're interested in the

18  categories I used, to the best of my recollec-

19  tion they were such things as programing,

20  administrative, community outreach activities,

21  activities that could be classified as

22  lobbying under legal regulations.  And there

23  were a number of varying, for example,

24  legislative lobbying, nonlegislative lobbying.

25  According to the regulations distinction have

```
 1                     Disney
 2    to be made even further down, those were the
 3    categories that I used.
 4          Q.    By categories you mean colors?
 5          A.    Correct.
 6          Q.    How many colors in total did you
 7    use on your calendar?
 8          A.    Seven or eight.
 9          Q.    All right.
10                But you did not have a color
11    specifically devoted to Legislative Watch?
12          A.    Specifically devoted to the
13    Legislative Watch grant program, no.
14          Q.    But you did have one specifically
15    devoted to CNAPI.
16                Is that correct?
17          A.    That's not correct.
18          Q.    That's not correct.
19          A.    Previously when I said there
20    weren't columns nor were there colors for
21    coalition activities versus noncoalition
22    activities.
23          Q.    So how would you track your CNAPI
24    time?
25          A.    I don't believe I said I tracked
```

1                    Disney

2    specifically time according to grants.  Again,

3    I noted in my calendar what types of

4    activities I was doing, for example, lobbying

5    activities or community outreach activities or

6    administrative activities, when it was

7    necessary to distinguish between coalition

8    activities or LegWatch activities for purposes

9    of reporting on a grant, that was possible

10   given the thorough records that I had made.

11        Q.    So I must have misunderstood, you

12   were talking about recording your CNAPI time

13   versus recording your NIAC time and that's

14   when you said, "I didn't use columns, I used

15   colors."  You introduced us to this color

16   scheme at that point in time, in fact you had

17   no CNAPI color, you weren't using that to

18   denote your CNAPI time, but you did say you

19   would note, you would type in to the entries,

20   there was a way to track your CNAPI time?

21        A.    You did misunderstand.

22              What I said previously was

23   occasional events in my calendar, for example

24   coalition meetings which were held every month

25   for a time, I would have in my calendar

```
 1                     Disney
 2   coalition meeting.  I remember putting it in
 3   as a recurring monthly thing as it was always
 4   the same time, the same day every month.
 5               Insofar as that is concerned I
 6   could tell if I had my Outlook calendar in
 7   front of me today this was a coalition meeting
 8   because it would say coalition meeting.  There
 9   were, I'm certain there were coalition
10   activities that I did not mark as coalition
11   activities, again because of this overlap, and
12   at no point I believe in this conversation did
13   I ever say there was columns or colors or
14   anything to denote specifically a category of
15   coalition meetings or coalition activities.
16        Q.    So what color would the coalition
17   meetings have gotten?
18        A.    It depends on the activity.
19               I generally marked coalition
20   meetings as legislative lobbying because a
21   number of those discussions dealt with
22   Congressional sanctions bills, but again under
23   our system it was such that the topic of the
24   event, the purpose of doing an activity
25   determined the category.
```

1                        Disney

2          Q.    Determined which color got it.

3                Do you know if LegWatch was also

4    funded by OSI?

5          A.    There were differences within OSI,

6    but in the large Open Society Institute, yes.

7          Q.    It was funded by OSI?

8          A.    Yes.

9          Q.    What was Iran Legislative Working

10   Group?

11         A.    That is an e-mail listserv that

12   again preceded my coming to NIAC.  From what I

13   recall there were separate meetings between,

14   there was a large coalition meeting held once

15   a month, and occasionally there would be a

16   meeting held separate from that with many of

17   the same people involved with a particular

18   emphasis on legislative issues.  And I

19   remember under my coordination there were a

20   handful of those meetings, maybe a few of

21   those meetings, but in my judgment it became

22   not redundant, it in my judgment it was not

23   necessary.

24         Q.    When did you become, when did you

25   begin managing that organization or that I

1                    Disney

2    guess it is a listserv it sounds like, when

3    did you take on the responsibility?

4         A.    It sort of came with the job of

5    coordinating the coalition.

6         Q.    Okay.

7               Are the members of the Iran

8    Legislative Working Group different from the

9    members of the coalition?

10        A.    Again, the only formal list of

11   people involved in the Iran Legislative

12   Working Group are people who subscribed to

13   this e-mail list, in the handful of times I

14   attended meetings under that sort of rubric it

15   was a voluntary arrangement.

16        Q.    How much of your time would you

17   say was spent working on that?

18        A.    Very little, I couldn't say, like

19   I said it was never a formal arrangement, and

20   so I wouldn't say I devoted much time to it.

21        Q.    Is there, you said there were some

22   overlap, I think.

23               Was there any connection between

24   that working group and the Legislative Watch

25   program?

1                    Disney

2        A.    You're asking was there any

3    connection between the Legislative Working

4    Group and Legislative Watch program, no.

5    There were, actually it was important to us to

6    distinguish our Legislative Watch program,

7    that was a purely educational program where

8    under that program it was, our activities

9    involved educating members of Congress and the

10   public about important issues, not any sort of

11   advocacy.

12       Q.    Would you say that the Legislative

13   Watch program engaged in lobbying activities?

14            MR. NELSON:  Objection.

15            You can answer if you're qualified

16       to do so.

17       A.    The purpose of the Legislative

18   Watch program was not to engage in lobbying

19   activities, the purpose was to engage in

20   educational activities.

21       Q.    What do you mean by educational

22   activities?

23       A.    Meeting with Members of Congress

24   or their staffs about Iran-related issues and

25   informing them on Iran-related issues and

```
 1                    Disney
 2    issues related to the Iranian-American
 3    community and making them more informed about
 4    those issues in addition to public education
 5    to the broader public.
 6         Q.    What do you mean, give me an
 7    example of issues that are of concern to the
 8    Iranian-American community that you're
 9    communicating to Members of Congress?
10         A.    Discrimination, civil rights,
11    immigration, as well as the opinions of the
12    Iranian-American community.  Not many Members
13    of Congress know about Iranian-Americans, and
14    we took it upon ourselves to inform them about
15    this community.
16         Q.    Was you said it was educational,
17    did you ever inform them about the opinions of
18    Iranian-Americans in regard to specific policy
19    issues or legislation?
20         A.    Yes.
21               Specifically we generally educated
22    Members of Congress and their staffs about
23    Iranian-Americans' views on issues such as
24    war, diplomacy, sanctions, and the Iranian
25    government, these sorts of things.
```

1                          Disney

2          Q.    You said war, diplomacy,

3    sanctions, would you express to Members of

4    Congress that the Iranian-American community

5    opposed sanctions against Iran, is that the

6    type of thing you would be doing?

7          A.    We attempted to convey the, we

8    attempted to convey the perspective of

9    Iranian-Americans who, many of whom have

10   family members still in Iran, many of whom

11   attempt to travel back and forth to and from

12   Iran frequently, and many of whom have various

13   interests in both The United States and Iran.

14   And we tried to inform Members of Congress

15   about how proposed legislation or issues of

16   the day would affect our community.

17               We occasionally would take polls

18   of our members and of the larger community

19   about their opinions about these matters, we

20   would convey that to the Members of Congress,

21   their staffs as well as the public.

22         Q.    Do you view that as being

23   different from advocacy positions that NIAC

24   would take in regard to the same legislation?

25         A.    Can you rephrase?

```
 1                    Disney
 2         Q.    So if you go up there under the
 3  Legislative Watch program and tell a
 4  particular Member of Congress that Iranian-
 5  Americans, let's stick with the sanctions
 6  example, oppose sanctions against Iran, as
 7  NIAC you would also go up and meet with
 8  Members of Congress and say, "Our organization
 9  opposes sanctions against Iran."
10              How would you distinguish between
11  those two, how would you know which is a
12  Legislative Watch program and which is you
13  advocating on behalf of your organization?
14              MR. NELSON:   Object to the form of
15       the question.
16              You can answer.
17         A.    On the specific question of
18  advocacy versus education versus legislative
19  lobbying versus nonlegislative lobbying, in my
20  time I came to understand that it is an
21  extraordinary complex question.   It often came
22  down on to a matter of interpretation and
23  intentions behind certain activities.
24              In my experience, I had meetings
25  and engaged in activities that were
```

Page 72

1                          Disney

2    categorized as education and I had other

3    activities that I categorized as advocacy and

4    other activities that I categorized as

5    lobbying.

6          Q.    What was your basis for getting to

7    that categorization?

8          A.    We had in our office we had over

9    quite a long period of time we gathered as

10   much information as we could about the

11   relevant definitions of these activities as

12   well as the relevant legal regulations that

13   govern those activities.

14         Q.    Whose gathering those?

15         A.    A number of people in NIAC worked

16   on gathering the information for this

17   question.  To the extent we also approached

18   legal experts around town in D.C. for their

19   interpretations.

20         Q.    Who at NIAC specifically was

21   involved with that, those efforts and which

22   legal experts did you consult?

23         A.    Specifically I know I was involved

24   in researching this issue, I know my

25   colleagues David Elliott and Trita Parsi were

Page 247

```
 1                      Disney
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK     )
 4                          : ss.
 5    COUNTY OF NEW YORK    )
 6
 7         I, Jeremy Frank, a Notary Public within
 8    and for the State of New York, do hereby
 9    certify:
10         That PATRICK DISNEY, the witness whose
11    deposition is hereinbefore set forth, was duly
12    sworn by me and that such deposition is a true
13    record of the testimony given by the witness.
14         I further certify that I am not related
15    to any of the parties to this action by blood
16    or marriage, and that I am in no way
17    interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereby
19    set my hand on the 1st day of November, 2010.
20
21                    _____
22                    JEREMY FRANK, MPM
23
24
25
```