# EXHIBIT H

**From:**      Amina Semlali <amina.semlali@gmail.com>
**Sent:**      Saturday, June 17, 2006 5:16 PM (GMT)
**To:**        Trita Parsi <tparsi@niacouncil.org>
**Subject:**   Fwd: this could be interesting

---------- Forwarded message ----------
From: **Siamak Namazi** <snamazi@atiehbahar.com>
Date: Jun 17, 2006 3:21 AM
Subject: this could be interesting
To: Karim Sadjadpour <ksadj@yahoo.com>, Amina Semlali <amina.semlali@gmail.com>

Karim, Amina,

Take a look at this property.  It has two 2br, 2 bath units, 1100 s.f. each, with 2 parking spots (1-each). Plus a nice deck.

I'm pretty sure to separate the deeds there will be some other fees (no idea how much).  But, if you are into buying a place, perhaps two of us (either myself and one of you or the two of you) could go in on this one.

http://www.dwightanddavid.com/property_listing.php?view=1#here

It's on 15 and T.  They are asking for $880k, which is $440 each – or perhaps a different spread b/c the upper unit might be worth more.  But hey, take $40k out for each parking spot. Anyway, you don't find too many properties for under $400 sf these days.

Worth looking into.  I'm sure given the mkt right now, we can haggle the price down if you like the place.  If so, we also have to look into what it costs to separate the deeds and to make the place into a condo. We could always write up an agreement among ourselves, but to lesson the immediate financial burden, agree to deal with that in a year.  No condo also means no condo fees…

Best,

Sia

----------------------------------------
Siamak Namazi
Managing Director
Atieh Bahar Consulting
14 Fifth Street, First Floor
Ahmad Ghasir (Bokharest) Ave
Tehran 13718, Iran

Tel:  +9821 88 72 1112
Fax: +9821 88 72 0077

Email: snamazi@atiehbahar.com
Web: www.atiehbahar.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

| | |
|---|---|
| **From:** | Clayton E. Swisher <clayswisher@gmail.com> |
| **Sent:** | Wednesday, September 6, 2006 5:31 PM (GMT) |
| **To:** | Trita Parsi <tp@tritaparsi.com> |
| **Subject:** | Re: did you hear back from Alpher? |

not a peep.

had dinner at zarif's last night with khatami et al.  you should know that steve clemmons talked you up a good bit to george soros.

On 9/6/06, **Trita Parsi** <tp@tritaparsi.com> wrote:

| | |
|---|---|
| **From:** | Trita Parsi <tp@tritaparsi.com> |
| **Sent:** | Friday, September 1, 2006 1:11 AM (GMT) |
| **To:** | 'Baquer Namazi' <mbaquernamazi@yahoo.com> |
| **Subject:** | RE: Salaam |

Salaam,

I fully understand and respect your decision. On the brighter side, we have identified a potential strategy to prevent future SUTA cases. Looking forward to seeing you in DC or Tehran to give you more detail.

tp

-----Original Message-----
From: Baquer Namazi [mailto:mbaquernamazi@yahoo.com]
Sent: Thursday, August 31, 2006 12:07 PM
To: Trita Parsi
Subject: Re: Salaam

Dear Trita,
Thank you for your efforts, all designed to serve our
dear country.
As a rule I have stayed out of the spotlight and shown
little enthusiasm for speaking to the media,
especially the US media. I know those you name are
credible people.
After reflection I feel it is better if I stick to my
old position.
Your advise on how to deal with the problem of
Iranians traveling to the US is wise and sound.
I do hope to visit the US before the year ends. If I
do I will make my usual stop to meet you and your
wonderful team.
Best wishes
Baquer Namazi

--- Trita Parsi <tp@tritaparsi.com> wrote:

> Dear Mr. Namazi,
>
> I hope this message finds you well. It's been a
> while since we last spoke.
>
>
>
> As you know, numerous Western journalists are
> visiting Iran these days. Many
> of them have asked me who would be authoritative to
> discuss Iran's current
> situation.
>
>

>
> My thoughts immediately went to you, but before
> putting you in contact with
> them (they are all respectable top journalists), I
> thought I ask to see if
> interest existed on your side to meet with them in
> Tehran.
>
>
>
> Please let me know your thoughts and hope to see you
> soon in DC or Tehran.
>
>
>
> Sincerely,
>
> Trita
>
>
>
>
>
>
>
>

_____

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

# COUNCIL on FOREIGN RELATIONS

Home  >  By Publication Type  >  Interviews  >  Parsi: Iran Unlikely To Halt Nuclear Enrichment Unless The United States Agrees To Direct Talks

*Interview*

# Parsi: Iran Unlikely to Halt Nuclear Enrichment Unless the United States Agrees to Direct Talks

Interviewee: Trita Parsi
Interviewer: **Bernard Gwertzman**, Consulting Editor
May 31, 2006

<u>Trita Parsi</u>, president of the National Iranian American Council, and a specialist on Iranian foreign affairs at Johns Hopkins University School of Advanced International Studies, says that there is little likelihood of ending the crisis with Iran over its nuclear enrichment program "unless there are some direct negotiations between the United States and Iran." He claims that the Iranian nuclear program is "primarily driven by the Iranian threat perception of the United States."

Asked about the surprise public letter sent by President Mahmoud Ahmadinejad to President George W. Bush, he says the fact that Bush declined to answer the document resulted in a public relations victory for the Iranians. "After about a week, what people remembered is not that it was a letter that really did not contain much. What they remembered is that the Iranian president sent the American president a letter and the American president did not reply."

Parsi says that "if the United States agrees to talk and there is less of a threat perception on the Iranian side—threatening language on both sides obviously has to be reduced—then I think it is definitely doable to get a time-specific period in which the Iranians will agree to suspend nuclear enrichment."

**The Security Council is expected to come up with a resolution of some sort this week dealing with Iran's nuclear program. What do you think it is going to come up with?**

I think at the end of the day, whatever type of resolution the Council comes up with, I doubt it will be a Chapter Seven resolution that references force. I think that most analysts have come to the conclusion that at the end of the day this issue cannot be resolved unless there are some direct negotiations between the United States and Iran. This diplomatic dance can continue, and it can look bad and look better, but at the end, resolution is very unlikely unless there is American participation in the talks. And the reason why this is so important is because the Iranian program at this stage is primarily driven by the Iranian threat perception of the United States.

**On that question of direct talks between Washington and Tehran, what do you think the state of play is?**

I think it is interesting to see that it has changed in a direction that people had not necessarily expected. Increasingly, people in Washington, people in Congress, and [people] elsewhere are coming to the conclusion that unless there is direct American participation in the talks, it is likely that this process will lead to a conflict.

And as a result, more and more pressure has been put on the White House to take up these negotiations with the Iranians, mindful of the fact that the United States itself already okayed talks with Iran over the issue of Iraq. A lot of people are arguing and saying, "Well, that means that the door has already been open." We cannot argue that we would legitimize the government in Iran or anything along those lines because we have already agreed to talk to them on the issue of Iraq. Now, even though the Iraq talks ended up not taking place, the decision was made by the president to have those talks, and that means the door is open.

**How did you interpret the letter from President Mahmoud Ahmadinejad to President Bush on May 8? Was that an offer to talk? What was the reason for that letter?**

I think the letter from the Iranian perspective was a win/win situation. Ahmadinejad showed that you can talk to the United States without necessarily coming across as weak and without putting yourself in a morally inferior position. He showed his audience in the Muslim streets that you can talk to the United States and lecture it instead of constantly being lectured. From the Iranian perspective, had the United States decided to reply to the letter, the Iranians would have been well-placed because they truly do want to have talks with the United States because they know without those talks they cannot get anywhere. If the United States decided not to respond to the letter, which is what happened, the Iranians would be all right because it gave them the opportunity to portray themselves as reasonable and willing to talk, whereas the United States came across as the unwilling partner reluctant to give diplomacy a fair chance. After about a week, what people remembered is not that it was a letter that really did not contain much. What they remembered is that the Iranian president sent the American president a letter and the American president did not reply.

**Do you have any information that would support the articles that have appeared in the press suggesting that in addition to that letter the Iranians have been sending diplomatic messages to the United States, proposing direct talks on a nuclear issue?**

I think there was a lot of talk about Mohammad Nahavandian's strange visit to Washington at the end of March.

He is an adviser to Ali Larijani, the national security advisor in Iran, who has been conducting the nuclear negotiations.

**Why was he in Washington?**

Well, I think he had many different reasons. I think he did have private reasons, but I am personally convinced—after having met with him—that he did have on his agenda seeking talks with the United States in order to salvage the Iraq talks that were being held up by the United States, and at the same time convinc[ing] the Americans to

expand those talks to also include the nuclear issue.

To the best of my knowledge, he did not end up meeting anyone from the U.S. administration.

**There are voices from many different quarters in the United States, urging that the administration answer the Iranians or at least have direct talks with the Iranians, but so far there is no indication that the administration has made that decision yet. Do you think the administration will agree to a dialogue?**

I think right now more and more people in the White House are understanding that they have to seriously look at this issue. But I don't think thus far there has been any decision made. I think what they fear is that they are going to enter negotiations from a position that is relatively weaker than what it would have been had they made the decision to talk back in January after Secretary of State Condoleezza Rice and Undersecretary of State [R.] Nicholas Burns basically managed to get the issue referred to the Security Council, much to the surprise of the Iranians.

That could have been a perfect opportunity to enter negotiations and do so from a position of strength because the United States had just shown its diplomatic finesse, but they didn't choose that opportunity and instead the issue stalled. The Iranians went ahead with their enrichment, and I think people in the administration may have felt at that stage the United States would enter negotiations from a relatively weak position. The problem with that reasoning, however, is that enrichment is not the only issue that we have to discuss with the Iranians. We also have to talk to the Iranians about drugs, about Iraq, about terror, about peace in the Middle East, about a whole range of different issues. We should not focus so much on enrichment and forget about all these other issues that need to be talked about, including human rights in Iran. On all those issues the United States is still in a very strong position.

**When the Security Council finally issues some statement, then another opportunity will present itself because there will probably be talks with the Iranians again.**

Well, if the resolution is such that the United States can portray it as a step that is strengthening its position, then yes definitely. That would be a situation in which one could argue [it] would be good timing for the United States to enter talks. The problem in the process though is that hardliners in Washington, when [the United States was] in a position of strength, argue[d] that precisely because of America's strength there was no reason for talks with Iran. And ending up in the situation in which they have lost some of that strength, then they have argued, "well, we can't talk now because we would enter it from a relatively weaker position." But if we can't talk when we are strong and we can't talk when we are not strong, then when on earth can we talk?

**I am going to go back in history three years. Let's talk about that apparent letter to the United States from the Iranian government in 2003, proposing a wide ranging set of discussions, which obviously was never accepted by the United States. It has been commented on by Flynt Leverett, among others, that this refusal was a mistake. Does this current government in**

**Iran stand by that letter, or is that simply a letter sent by the previous administration?**

We have to keep one thing in mind. The only thing that has changed between now and then is that the President [Khatami] that didn't have that much power has been replaced with another president that still does not have much power. The key leadership in Iran that [was] in power is still in power and that person is obviously Ayatollah Khamenei. Now, the situation has changed in another way though: the fact that the United States did not respond to that proposal left the Iranians with the impression that the United States might not have any problems with Iranian policies, because Iran was willing to discuss and change all of those policies, but rather the United States may have a problem with Iran's rise in power—in that there is really nothing Iran could do policy-wise to appease the Bush administration. This is probably the reason why the hands have been strengthened in Iran of those who have argued the only way Iran can deal with the United States is by developing deterrence capabilities against it. I've spoken to Iranian diplomats who say that if confidence-building measures are taken and talks are started, in a mutually respectful manner, then much of what was in those proposals will be on the agenda again from the Iranian perspective.

**Let's get to the essence of the problem. Do you think that if the United States had discussions with Iran it is conceivable that Iran would suspend its nuclear enrichment program?**

The Iranians already offered the Europeans on January 30th of this year to suspend their enrichment program. That proposal was dismissed by the Europeans.

**For what reason?**

Because at the time, the Europeans had already made an agreement for the United States to refer the issue to the Security Council. From their perspective it was too little too late, but it did show that the Iranians are willing to suspend if they can get something in return. The ultimate Iranian goal would be if the United States agrees to talk and the United States agrees to resolve some of these issues diplomatically with Iran in a way that reduces the Iranian threat perception from United States. I think if that happens there are strong reasons to believe that Iran will agree to suspend enrichment.

But they would offer to do so within a specific time frame. I do not think they would do it the same way they did it with the Europeans back in 2003, when they said, "we'll suspend enrichment as long as negotiations take place." From the Iranian perspective, that was a mistake because then the Europeans could drag on the negotiations without reaching any solution and Iran would not be able to enrich. What they suggested to the Europeans on January 30th of this year was to suspend enrichment for two years and within those two years find a solution, a solution that both sides can accept. So, I would say that if the United States agrees to talk and there is less of a threat perception on the Iranian side—threatening language on both sides obviously has to be reduced—then I think it is definitely doable to get a time-specific period in which the Iranians will agree to suspend nuclear enrichment.

**One last question. I would like your view on this whole discussion that Ahmadinejad has started about the Holocaust because I noticed he had a**

**long interview** the other day with Der Spiegel magazine in Germany. And he kept raising doubts about whether the Holocaust ever happened. What is his point in all of this?

I think there are several factors involved in it: on the one hand, this is something that is strengthening him internally, not because the Iranian people necessarily care about this issue—I frankly think they are not terribly excited about this issue at all. It puts Ahmadinejad's domestic rivals in an ideological bind. He is putting people like [former President] Akbar Hashemi Rafsanjani in a tough position because he is going back to the roots of the revolution and is somewhat forcing them to try and soften what he is saying. And every time that Rafsanjani is trying to soften the rhetoric coming from Ahmadinejad's mouth, he comes across as being soft on Israel within Iran's domestic political context, which is not a position that Rafsanjani wants to be in obviously. On the other hand, what Ahmadinejad is doing is trying to portray this conflict increasingly as between the Islamic world and Israel and the West. This has a great appeal on the Arab and Muslim streets, and it's making it much more difficult for Arab governments— including the Arab governments of the Persian Gulf—to take the American side against Iran, even though they are very concerned about Iran's nuclear program, because if they do so, they come across as siding with Israel against an Islamic neighbor.

Weigh in on this issue by emailing CFR.org.

© Copyright 2010 by the Council on Foreign Relations. All Rights Reserved.

Iran Proposal to US Offered Peace With Israel by Gareth Porter
Case 1:08-cv-00705-JDB   Document 143-5   Filed 09/16/11   Page 16 of 22
Page 1 of 5



# ANTI WAR.COM

*Your best source for antiwar news, viewpoints, and activities*

**Highlights**

Getting Beyond 'Left' and 'Right,' Part Two
Justin Raimondo elucidates another tradition

AIPAC Bares All to Quash Lawsuit
Grant Smith on sex, spies, and videotape

The Stimulus Package in Kabul
There's always more money for war, says Tom Engelhardt

**Quotable**

...Uncalled-for aggression arouses the hatred of the civilian population...
– Jean-Paul Sartre

Original     Letters     Blog     US Casualties     Contact     Donate

Home
Antiwar Radio
Who We Are

Search
Regional News
Select a country



**The $3 Trillion Lie**

How to protect your wealth and profit from the Fed's new money-printing scheme with the approach that could have turned every $25,000 you invested into $644,500!



▶ **Play Video**

www.MoneyandMarkets.com
Ads by Google

Quotes
Free Newsletter
Shop Antiwar.com

May 25, 2006

# Iran Proposal to US Offered Peace With Israel

by Gareth Porter

*Archives*

**Despite Obama's Vow, Combat Brigades Will Stay in Iraq**
3/26/2009

**McKiernan Gets Control of Disputed Raids**
3/21/2009

**Plan to Split Taliban Lures Obama Deeper Into War**
3/17/2009

**Iran's Anti-Israel Rhetoric Aimed at Arab Opinion**
3/10/2009

**US Military Dominance in Mideast Proven a Costly Myth**
3/6/2009

**Drawdown Plan May Leave Combat Brigades in Iraq**
2/28/2009

**Obama Nixed Full Afghan Surge After Quizzing Brass**
2/21/2009

**Commanders in Iraq Challenge Petraeus on Pullout Risk**
2/18/2009

**Intel Estimate Muddied Iran's Nuclear Intent**
2/14/2009

**Petraeus Leaked Misleading Story on Pullout Plans**
2/10/2009

Iran offered in 2003 to accept peace with Israel and cut off material assistance to Palestinian armed groups and to pressure them to halt terrorist attacks within Israel's 1967 borders, according to the secret Iranian proposal to the United States.

The two-page proposal for a broad Iran-U.S. agreement covering all the issues separating the two countries, a copy of which was obtained by IPS, was conveyed to the United States in late April or early May 2003. Trita Parsi, a specialist on Iranian foreign policy at Johns Hopkins University School of Advanced International Studies who provided the document to IPS, says he got it from an Iranian official earlier this year but is not at liberty to reveal the source.

The two-page document contradicts the official line of the George W. Bush administration that Iran is committed to the destruction of Israel and the sponsorship of terrorism in the region.

Parsi says the document is a summary of an even more detailed Iranian negotiating proposal, which he learned about in 2003 from the U.S. intermediary who carried it to the State Department on behalf of the Swiss embassy in late April or early May 2003. The intermediary has not yet agreed to be identified, according to Parsi.

The Iranian negotiating proposal indicated clearly that Iran was prepared to give up its role as a supporter of armed groups in the region in return for a larger bargain with the United States. What the Iranians wanted in return, as suggested by the document itself as well as expert observers of Iranian policy, was an end to U.S. hostility and recognition of Iran as a legitimate power in the region.

Before the 2003 proposal, Iran had attacked Arab governments that had supported the Israeli-Palestinian peace process. The negotiating document, however, offered "acceptance of the Arab

**Reprint Policy**

**Submission Guidelines**

**RSS**



League Beirut declaration," which it also referred to as the "Saudi initiative, two-states approach."

The March 2002 Beirut declaration represented the Arab League's first official acceptance of the land-for-peace principle as well as a comprehensive peace with Israel in return for Israel's withdrawal to the territory it had controlled before the 1967 war. Iran's proposed concession on the issue would have aligned its policy with that of Egypt and Saudi Arabia, among others with whom the United States enjoyed intimate relations.

Another concession in the document was a "stop of any material support to Palestinian opposition groups (Hamas, Jihad, etc.) from Iranian territory" along with "pressure on these organizations to stop violent actions against civilians within borders of 1967."

Even more surprising, given the extremely close relationship between Iran and the Lebanon-based Hezbollah Shi'ite organization, the proposal offered to take "action on Hezbollah to become a mere political organization within Lebanon."

The Iranian proposal also offered to accept much tighter controls by the International Atomic Energy Agency (IAEA) in exchange for "full access to peaceful nuclear technology." It offered "full cooperation with IAEA based on Iranian adoption of all relevant instruments (93+2 and all further IAEA protocols)."

That was a reference to protocols that would require Iran to provide IAEA monitors with access to any facility they might request, whether it had been declared by Iran or not. That would have made it much more difficult for Iran to carry out any secret nuclear activities without being detected.

In return for these concessions, which contradicted Iran's public rhetoric about Israel and anti-Israeli forces, the secret Iranian proposal sought U.S. agreement to a list of Iranian aims. The list included a "Halt in U.S. hostile behavior and rectification of status of Iran in the U.S.," as well as the "abolishment of all sanctions."

Also included among Iran's aims was "recognition of Iran's legitimate security interests in the region with according defense capacity." According to a number of Iran specialists, the aim of security and an official acknowledgment of Iran's status as a regional power were central to the Iranian interest in a broad agreement with the United States.

Negotiation of a deal with the United States that would advance Iran's security and fundamental geopolitical political interests in the Persian Gulf region in return for accepting the existence of Israel and other Iranian concessions has long been discussed among senior Iranian national security officials, according to Parsi and other analysts of Iranian national security policy.

An Iranian threat to destroy Israel has been a major propaganda theme of the Bush administration for months. On March 10, Bush

**Generals Seek to Reverse Obama Withdrawal Decision**
2/3/2009

**Is Gates Undermining Another Opening to Iran?**
1/28/2009

**Israel Rejected Hamas Cease-Fire Offer in December**
1/10/2009

**Bush Plan Eliminated Obstacle to Gaza Assault**
1/6/2009

**US Military Defiant on Key Terms of Iraqi Pact**
12/19/2008

**Iran's Regional Power Rooted in Shia Ties**
12/17/2008

**Is a US-Iran Deal on the Middle East Possible?**
12/16/2008

**Economy, Ties with West Are Key to Iran Polls**
12/13/2008

**Iranian Analysts Urge Obama Not to Delay Action on Talks**
12/12/2008

**Iranian Leaders Debate Obama's Policy Freedom**
12/11/2008

**JFK Episode Suggests Obama's Iraq Plan at Risk**
11/28/2008

**Pact Will End Iraqi Dependence on US Military**
11/19/2008

**US Task Force Found Few Iranian Arms in Iraq**
11/16/2008

**Obama Pressured to Back Off Iraq Withdrawal**
11/13/2008

**US Cutoff Threat Unlikely to Save Iraq Troop Pact**

said, "The Iranian president has stated his desire to destroy our ally, Israel. So when you start listening to what he has said to their desire to develop a nuclear weapon, then you begin to see an issue of grave national security concern."

But in 2003, Bush refused to allow any response to the Iranian offer to negotiate an agreement that would have accepted the existence of Israel. Flynt Leverett, then the senior specialist on the Middle East on the National Security Council staff, recalled in an interview with IPS that it was "literally a few days" between the receipt of the Iranian proposal and the dispatch of a message to the Swiss ambassador expressing displeasure that he had forwarded it to Washington.

Interest in such a deal is still very much alive in Tehran, despite the U.S. refusal to respond to the 2003 proposal. Turkish international relations professor Mustafa Kibaroglu of Bilkent University writes in the latest issue of *Middle East Journal* that "senior analysts" from Iran told him in July 2005 that "the formal recognition of Israel by Iran may also be possible if essentially a 'grand bargain' can be achieved between the U.S. and Iran."

The proposal's offer to dismantle the main thrust of Iran's Islamic and anti-Israel policy would be strongly opposed by some of the extreme conservatives among the mullahs who engineered the repression of the reformist movement in 2004 and who backed President Mahmoud Ahmadinejad in last year's election.

However, many conservative opponents of the reform movement in Iran have also supported a negotiated deal with the United States that would benefit Iran, according to Paul Pillar, the former national intelligence officer on Iran. "Even some of the hardliners accepted the idea that if you could strike a deal with the devil, you would do it," he said in an interview with IPS last month.

The conservatives were unhappy not with the idea of a deal with the United States but with the fact that it was a supporter of the reform movement of President Mohammad Khatami, who would get the credit for the breakthrough, Pillar said.

Parsi says that the ultimate authority on Iran's foreign policy, Iran's Supreme Leader Ayatollah Ali Khamenei, was "directly involved" in the Iranian proposal, according to the senior Iranian national security officials he interviewed in 2004. Khamenei has aligned himself with the conservatives in opposing the pro-democratic movement.

(Inter Press Service)

10/30/2008

**Final Text of Iraq Pact Reveals a US Debacle**
10/23/2008

**Fears of Blowback Nixed Afghan Air Strikes in 2004**
10/21/2008

**Afghan Peace Talks Widen US-UK Rift on War Policy**
10/10/2008

**Bush Had No Plan to Catch Bin Laden After 9/11**
9/30/2008

**Vested Interests Drove New Pakistan Policy**
9/18/2008

**Intel Council Warned Against Raids in Pakistan**
9/9/2008

**Why Iraqi 'Client' Blocked US Long-Term Presence**
9/2/2008

**Georgia War Rooted in US Self-Deceit on NATO**
8/25/2008

**Bush Covered Up Musharraf Ties With al-Qaeda, Khan**
8/20/2008

**AP's Iran-Trained Hit Squads Story: Iraq News Nadir?**
8/18/2008

**US Officials Admit Worry over a 'Difficult' al-Maliki**
8/16/2008

**How Tenet Betrayed the CIA on WMD in Iraq**
8/9/2008

**Bush Forced al-Maliki to Back Down on Pullout in 2006**
7/29/2008

**Bush, US Military Pressure Iraqis on Withdrawal**
7/25/2008

**Seismic Shift or Non-Decision by Bush on**



comments on this article?

send them to backtalk!
[visit backtalk!]

Back to the Antiwar.com Home Page

Iran?
7/19/2008

**Pullout Demand
Signals Final Bush
Defeat in Iraq**
7/11/2008

**Did IAEA Revive
Uranium Paper Issue
Under Pressure?**
7/9/2008

**Official Says Iran
Accepts P5+1 Talks
Proposal**
7/3/2008

**Anti-Iran Arguments
Belie Fearmongering**

7/1/2008

**Fear of US-Sunni
Ties Undercut
Security Talks**
6/25/2008

**Coercive Diplomacy
Disputed at Centrist
Meet**
6/14/2008

**Bush Pledges on
Iraq Bases Pact
Were a Ruse**
6/13/2008

**Fearing Escalation,
Pentagon Fought
Cheney Iran Plan**
6/11/2008

**How Cheney
Outfoxed His Foes on
Iran and EFPs**
6/3/2008

**Where Are Those
Iranian Weapons in
Iraq?**
5/22/2008

**Maliki Stalls US Plan
to Frame Iran**
5/15/2008

**Pentagon Targeted
Iran for Regime
Change After 9/11**
5/6/2008

**Petraeus Promotion
Frees Cheney to
Threaten Iran**
4/24/2008

**Petraeus Hid Maliki
Resistance to US
Troops in Basra**
4/18/2008

**Petraeus Testimony
to Defend False**

'Proxy War' Line
4/8/2008

Embarrassed US
Starts to Disown
Basra Operation
4/1/2008

Sadr Offensive
Shows Failure of
Petraeus Strategy
3/27/2008

McCain's Gaffes
Reflect Bush's Iran-
al-Qaeda Myth
3/22/2008

My Lai Probe Hid
Policy that Led to
Massacre
3/16/2008

Dissenting Views
Made Fallon's Fall
Inevitable
3/12/2008

Fallon's 'No Iran
War' Line Angered
White House
3/8/2008

Sunni Insurgents
Exploit US-
Sponsored Militias
3/4/2008

Iran Nuke Laptop
Data Came from
Terror Group
3/1/2008

Accept Iran's
Regional Role, Says
French Envoy
2/5/2008

US Officials Rejected
Key Source on '94
Argentina Bombing
1/24/2008

Gareth Porter is a
historian. His latest
book is *Perils of
Dominance:
Imbalance of Power
and the Road to War
in Vietnam* (University
of California Press).

Reproduction of material from any original Antiwar.com pages
without written permission is strictly prohibited.
Copyright 2010 Antiwar.com

**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Trita Parsi [tp@tritaparsi.com] |
| **Sent:** | Wednesday, August 23, 2006 1:04 PM |
| **To:** | 'zarif@141.com' |
| **Subject:** | Salaam |

Hope all is well and that you are back from Tehran. Would love to get a chance to see the proposal or to understand more what it entails. If it is substantial, then certainly members of Congress may find it a reasonable offer, even if the White House doesn't. tp