# EXHIBIT J

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL       :
IRANIAN AMERICAN COUNCIL       :
     Plaintiffs             :
     V.                     :   Civil No.:
DAIOLESLAM SEID HASSAN,        :   08 CV 00705 (JDB)
     Defendant              :   Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

\* \* \*

```
 1   APPEARANCES:

 2

 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11        ERIC GALVEZ, ESQUIRE
     One South Dearborn
12   Chicago, IL  60603
     (312) 853-7643
13   (312) 835-7036 (Fax)
     E-mail:  Tkapshandy@sidley.com
14            Jfougere@sidley.com
              Megalvez@sidley.com
15   Representing the Defendant

16   ALSO PRESENT:

17        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
18        Mia Marbury, Videographer

19

20

21

22
```

```
 1                    P R O C E E D I N G S
 2                    *    *    *    *    *
 3                      DR. TRITA PARSI
 4   was recalled for further examination by counsel and,
 5   after having been duly sworn by the Notary, was
 6   examined and testified as follows:
 7           EXAMINATION BY COUNSEL FOR DEFENDANT
 8           BY MR. KAPSHANDY:
 9       Q.   Good morning, Mr. Parsi.  How are you?
10       A.   Good morning.  How are you?
11       Q.   Just fine, thanks.  You understand, as the
12   reporter has just sworn you in this morning, that
13   you're still under oath and the same rules as
14   yesterday apply?
15       A.   I do.
16       Q.   And I appreciate your answering verbally,
17   and we'll both try not to talk over each other again
18   today.  That's sometimes hard for her.
19            But we do have a video today -- you may
20   have noticed -- and that may help with the record,
21   but, again, if you could just -- and I will, too --
22   try and honor the same rules as yesterday, I'd
```

Page 272

1    front of him.

2             MR. NELSON:  What was that?

3             MR. KAPSHANDY:  I'll be glad to get you 93

4    afterwards.  It's a Blout E-mail to Senator Durbin's

5    office.

6             BY MR. KAPSHANDY:

7        Q.   94, for the record, is an E-mail from

8    Trita Parsi to Zarif at 141.com.  And, again, I

9    apologize for the three-hole punch, but it appears to

10   have been sent August 23, 2006, 1:04 p.m., correct?

11       A.   Correct.

12       Q.   And this was produced in native format by

13   your lawyers.  Let me first read it, since it's very

14   short.  "Hope all is well and you're back from

15   Tehran.  Would love to get a chance to see the

16   proposal or to understand more of what it entails.

17            If substantial, then certainly members of

18   Congress may find it a reasonable offer, even if the

19   White House does not."

20            First of all, did I read that correctly?

21       A.   Yes, you did.

22       Q.   Secondly, is this not, in fact, during the

Page 273

1  time period when your calendar, which is also there
2  in front of you as Exhibit 8, is totally blank for a
3  five-month period?
4      A.   August 2006, yes.
5      Q.   It is?
6      A    Two years before litigation hold, yes,
7  there's a hold on the calendar.
8      Q.   Okay.  This will go a lot easier -- and
9  we're about to wrap up -- if you just try and answer
10 the questions I'm asking.
11          The question is:  Was this E-mail you sent
12 to Ambassador Zarif during the time period which we
13 talked about yesterday in 2006 when your calendar is
14 totally blank for five months?
15     A.   This is from the period in which there was
16 no litigation hold and there are clearly some -- a
17 period in which the calendar seems to have not been
18 used or there's nothing entered from it.
19     Q.   Or maybe stuff was depleted from it,
20 right?
21     A.   There's no litigation hold at the time.
22     Q.   I didn't ask that.  You'd like to answer

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

1  that. My question, though, is: And/or possibly they
2  were deleted, were they not?
3            MR. NELSON: Objection. Speculation.
4            THE WITNESS: I do not know.
5            BY MR. KAPSHANDY:
6       Q.   It's going to be a mystery, I guess.
7            MR. PISHEVAR: Objection.
8            BY MR. KAPSHANDY:
9       Q.   With regard to the E-mail which we've
10 marked as Exhibit 94, what proposal are you referring
11 to that Ambassador Zarif appears to have with him
12 upon his trip back from Tehran?
13      A.   I don't recall exactly. I do have a vague
14 recollection that in one of my interviews with him
15 for my book -- and you can check -- I assume, the
16 dates of the interviews are listed in the footnotes
17 of my book.
18           I have a recollection of him saying
19 something along the lines that, Tehran would come
20 with a proposal, and I remember being somewhat
21 skeptical about that.
22      Q.   Well, did you get to see the proposal that

Page 328

1                    CERTIFICATE

2         I hereby certify that the witness was duly

3   sworn by me and that the deposition is a true record

4   of the testimony given by the witness.

5

6         _____

7         Sherry L. Brooks, Court Reporter

8

9   (The foregoing certification of this transcript does

10  not apply to any reproduction of the same by any

11  means, unless under the direct control and/or

12  supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22