# EXHIBIT L

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
TRITA PARSI                     :
                                :
and                             :
                                :
NATIONAL IRANIAN AMERICAN       :
COUNCIL                         : Civil Action No.
                                :
     Plaintiffs,                :
                                : 08 CV 00705 (JDB)
v.                              :
                                :
DAIOLESLAM SEID HASSAN,         :
                                :
     Defendant.                 :
- - - - - - - - - - - - - - - - x



Deposition of DAVID ELLIOTT

VOLUME I

Washington, D.C.

Monday, October 5, 2009

2:19 p.m.



*       *       *       *



Reported by:  Okeemah S. Henderson, LSR

```
 1

 2          Deposition of DAVID ELLIOTT, held at the

 3  offices of:

 4

 5          SIDLEY AUSTIN, LLP

 6          1501 K Street, Northwest

 7          Washington, D.C.   20005

 8          (202) 736-8533

 9

10

11

12          Pursuant to agreement, before Okeemah S.

13  Henderson, Licensed Shorthand Reporter and

14  Notary Public in and for The District of

15  Columbia.

16

17              *      *      *      *      *

18

19

20

21

22
```

```
1                A P P E A R A N C E S

2

    ON BEHALF OF PLAINTIFF:
3         A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
4         PARGOL PARTOVI, ESQUIRE
          PISHEVAR & ASSOCIATES, P.C.
5         Jefferson Plaza, Suite 316
          600 East Jefferson Street
6         Rockville, Maryland  20852
          (301) 279-8773
7         E-Mail:  Ap@pishevarlegal.com

8
    ON BEHALF OF DEFENDANT:
9         HL ROGERS, ESQUIRE
          ERIC GALVEZ, ESQUIRE
10        SIDLEY AUSTIN
          1501 K Street, NW
11        Washington, D.C.  20005
          (202) 736-8533
12        E-Mail:  Megalves@sidley.com

13                                        .

14

15

16

17

18

19

20

21

22
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                        (2:19 p.m.)

 3    Whereupon,

 4                    DAVID ELLIOTT,

 5    called as a witness, having been first duly

 6    sworn to tell the truth, the whole truth, and

 7    nothing but the truth, was examined and

 8    testified as follows:

 9            EXAMINATION BY COUNSEL FOR DEFENDANT

10    BY MR. ROGERS:

11            This is the deposition of David Elliott,

12    employee for plaintiff, NIAC being taken in the

13    case of Parsi, et al V. Hassan.  Case No. 08

14    705 in the Federal District Court for the

15    District of Columbia.

16            It's being held at the Law Offices of

17    Sidley Austin, LLP, 1501 K Street, Northwest,

18    Washington, D.C. 20005.  Present in addition to

19    Mr. Elliott are myself, HL Rogers, attorney for

20    the defendant and Eric Galvez, also attorney

21    for defendant and both with Sidley Austin, LLP;

22    A.P. Pishevar, Patrick Parsa and --
```

1      Q.     Did somebody in the office serve the

2   function of gathering them all up and sending

3   them on to the lawyers?

4      A.     One person each time delivered them.

5   Yes.

6      Q.     Who was it each time?

7      A.     It varied.

8      Q.     How many deliveries were made to the

9   lawyers?

10      A.     More than three or four.

11      Q.     How did the person who was

12   coordinating the delivery get the documents?

13      A.     They picked them up and took them.

14      Q.     Did somebody put them in a central

15   room?  What this termed electronic?

16      A.     They collected the CDs or box of

17   document and delivered them.

18      Q.     Did every staffer create a CD then

19   one person gathered up all the CDs and took

20   them to the lawyers?

21      A.     All the electronic documents were

22   stored on electronic server and then sent to

Page 104

1    lawyer.

2         Q.     How did you get them to the central

3    server?  For instance, was there a file folder

4    in the share drive that everyone knew when you

5    got something responsive, drop it in my folder?

6         A.     Yes.

7         Q.     And then the contents of the folder

8    were burned to a CD and that's how you gave

9    them to the lawyers?

10        A.     Yes.  Though I believe other times

11   they may have been other E-mail.  There were

12   multiple deliveries made.

13        Q.     Were they always correlated?  Were

14   they always gathered in one of the file folders

15   of the shared server?

16        A.     Could you clarify that question?

17        Q.     So before you said there was a

18   folder on the shared server, documents that

19   were responsive were dropped into that.  Every

20   time there was a delivery was it out of a

21   folder or, for instance, were there times where

22   an individual employee just forwarded the

Page 174

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2          I, Okeemah S. Henderson, LSR and Notary

3    Public, the officer before whom the foregoing

4    deposition was taken, do hereby certify that

5    the foregoing transcript is a true and correct

6    record of the testimony given; that said

7    testimony was taken by me stenographically and

8    thereafter reduced to typewriting under my

9    direction and that I am neither counsel for,

10   related to, nor employed by any of the parties

11   to this case and have no interest, financial or

12   otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this

15   day of                    , 2009.

16

17   My Commission Expires:
     February 28, 2010.
18

19
     Okeemah S. Henderson, LSR
20   NOTARY PUBLIC IN AND FOR
     THE DISTRICT OF COLUMBIA
21

22