# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
---------------------------  :
TRITA PARSI and NATIONAL     :
IRANIAN AMERICAN             :
COUNCIL,                     :
                             :
         Plaintiffs,         :  CASE No.   08 CV 00705 (JDB)
                             :
vs.                          :
                             :
DAIOLESLAM SEID HASSAN,      :
                             :
         Defendant.          :
---------------------------  :
```

VIDEOTAPED
DEPOSITION OF:      BABAK TALEBI
                    Volume I
                    Pages 1-190

TAKEN AT:           Tampa Airport Marriott

                    Tampa International Airport

                    Tampa, Florida


DATE & TIME:        Friday, November 12, 2010

                    8:37 a.m.


REPORTED BY:        Linda LauBach, RPR, CLR

                    Notary Public

                    State of Florida

```
 1    APPEARANCES:

 2         Counsel for Plaintiffs & Witness:

 3              A. P. PISHEVAR, ESQUIRE
                Pishevar & Associates, P.C.
 4              Jefferson Plaza, Suite 316
                600 East Jefferson Street
 5              Rockville, Maryland 20852
                (301) 279-8773
 6

 7         Counsel for Defendant:

 8              TIMOTHY E. KAPSHANDY, ESQUIRE
                Sidley Austin, LLP
 9              One South Dearborn
                Chicago, Illinois 60603
10              (312) 853-7643

11

12

13    ALSO PRESENT:   Jeff Tisak, Sidley Austin
                      Rick Spector, Videographer
14

15

16

17

18         Pursuant to notice, the deposition of

19    BABAK TALEBI was taken on behalf of the Defendant

20    for discovery purposes, for use as evidence at

21    trial, or both or for such other purposes as are

22    permitted under the applicable and governing

23    rules.

24

25
```

1                    PROCEEDINGS
2           THE VIDEOGRAPHER:  This is tape No. 1 of
3      the videotaped deposition of Babak Talebi in
4      the matter of Trita Parsi and National
5      Iranian American Council as plaintiffs
6      versus Daioleslam Seid Hassan as defendant
7      before the United States District Court for
8      the District of Columbia.  The case number
9      is 08 CV 0705.
10          This deposition is being held at the
11     Tampa Airport Marriott, Tampa International
12     Airport, Tampa, Florida 33607 on Friday
13     November 12th, 2010, at approximately 8:39
14     in the morning.
15          My name is Rick Spector from the firm of
16     Transperfect Legal Solutions, 216 East 45th
17     Street, Suite 903, New York, New York 10017.
18     The court reporter is Linda Laubach in
19     association also with Transperfect Legal
20     Solutions.
21          At this time I'll ask the counsel to
22     introduce themselves.
23          MR. KAPSHANDY:  Timothy Kapshandy,
24     Sidley Austin on behalf of the defendant.
25          MR. PISHEVAR:  A.P. Pishevar, Pishevar &

Page 163

1    Q.  -- and Sales Force; correct?
2    A.  Sales Force, the website management,
3    Joomla, yeah; and then I guess the shared drive,
4    yeah.
5    Q.  Now, we've talked about Sales Force.
6    What's the shared drive?
7    A.  We had, I guess -- and I'm not a
8    technical expert on this area, just like -- just
9    like the legalese.  But I think we had a proxy
10   server where one of the computers was used as the
11   conduit so everybody could go to the printer and
12   there was some documentation that we saved there.
13   I think that's -- that's what it is, the shared
14   drive.
15   Q.  Did you have a laptop or a computer or
16   what were you connected --
17   A.  I had a PC --
18   Q.  How were you connected to the network?
19   A.  I had a -- I had a desk PC.
20   Q.  When you went into NIAC's offices?
21   A.  Yes.
22   Q.  And no laptop?
23   A.  Well, I had a personal laptop at home,
24   but it was a personal laptop.  It was not a NIAC
25   laptop.

1  Q. I mean, just for security purposes, so
2  that you didn't lose all your work and your
3  e-mails.
4  A. I presume it was backed up with the
5  shared drive. I know we never had a technical
6  person in there. It was a small office, so we
7  didn't really have a dedicated IT person. We did
8  have problems with losing -- losing stuff because
9  we didn't have a very good system of organizing
10 things. It was pretty disorganized.
11 Q. Right. All the more reason to back it
12 up?
13 A. If it was backed up, it was backed up at
14 NIAC's offices, yeah.
15 Q. Now, you say your personal computer
16 wasn't used for any NIAC work?
17 A. My personal laptop, I probably have used
18 it at home to send e-mails maybe; but I did not
19 have my NIAC e-mail on my personal laptop, no.
20 Q. Because I understand you, before you
21 were represented by Mr. Pishevar and when you had
22 been subpoenaed to bring in your laptop --
23 A. Right.
24 Q. -- had lost a laptop?
25 A. Yeah, I had a laptop that stopped

1                    CERTIFICATE OF OATH

2

3

4

5

6    STATE OF FLORIDA       :

7                           :

8    COUNTY OF PINELLAS     :

9

10

11           I, the undersigned authority, do hereby
     certify that the deponent named herein BABAK
12   TALEBI appeared before me on November 12, 2010 and
     was duly sworn.
13
             WITNESS my hand and official seal this
14   23rd day of November, 2010.

15

16

17

18                   LINDA LAUBACH, RPR, CLR
                     Notary Public
19                   State of Florida
                     My Commission Expires 9/4/2013
20                   Commission No. DD 922105

21

22

23

24

25