# EXHIBIT Q

# Ex. _Q_ - 1

# Memo

| | |
|---|---|
| **To:** | NIAC President and Board Members |
| **From:** | Shervin Boloorian, Outgoing Legislative Director |
| **CC:** | Babak Talebi, Interim Legislative Director |
| **Date:** | April 23, 2007 |
| **Re:** | Final Report and Recommendations |

---

I resigned from my responsibilities as NIAC's legislative director in early March, but I am fully on board with NIAC's goal and mission and hope that I have helped improve the profile of Iranian Americans, and established a NIAC beachhead on Capitol Hill to advance NIAC's agenda and advantage future legislative directors.

Per the request of Trita Parsi and Ali Golchin, this report will cover my activities over the last 6 months and provide some recommendations on policies and operations for the Board and President to consider.

## US-Iran Overall Strategy
Our input on the Hill and among the nonprofit DC community to present the Iranian American perspective and push for a prevention of war has been invaluable. The movement for peace has borne fruit with the growing number of US authorities denouncing war and favoring diplomacy. The release of the Iraq Study Group report further validated NIAC's analyses and positions on US-Iran relations since it called for diplomatic action, something that NIAC advocated several months prior to the report's release.

The struggle to improve relations with Iran is consistently bogged down by hostile rhetoric and the advancement of sanctions and now such initiatives are moving at the state and local level. Congress' acquiescence in the face of AIPAC driven sanctions is undermining the US-Iran diplomatic process and this message is not emphasized enough among the grassroots. The peace movement is split on the issue of sanctions. This debate remains an opportunity to build stronger partnerships with business groups like USA Engage and the Chambers of Commerce.

## Recommendation
NIAC should more forcefully lead the effort against sanctions and develop resources and information about their threat to diplomacy. Coordinating with local Iranian American leadership to track and establish a presence that can raise questions and counter state

sanctions policies as frequently as possible—this may involve travel to testify at state-level hearings. If these measures pass the state legislatures, our offices must be prepared to write to the Governors of the respective states (CA, MA, GA, MO, etc) to ask them to reflect before signing off on such legislation. One measure's passage will set a terrible precedent.

**Capitol Hill Meetings**
After having engaged in roughly 100 meetings with Congressional staff, it is clear that NIAC's presence on the Hill is becoming a fixture. We have made the most significant strides within the Progressive Caucus, where NIAC has participated in briefings and panels involving members and had the highest frequency of staff-to-staff and member to member contact. NIAC along with the Center for Arms Control, OSI and others continues to play an integral role in Hill consultations with offices that are most interested in our work. NIAC's influence was also a driving force behind the bipartisan Congressional Dialogue Caucus, led by our friends Reps. Wayne Gilchrest (R-MD) and Gregory Meeks (D-NY). Centrist Republicans such as Sens. Chuck Hagel (R-NE), Dick Lugar (R-IN), and Arlen Specter (R-PA) are also supporters of our work.

Blue Dog Democrats and the Republican Rank and File have been our most difficult obstacles. On the other hand, evidence indicates that our friends in the Progressive and moderate Republican community are far from unified on the topic of sanctions or regime change. Sen. Gordon Smith (R-OR), a self-proclaimed friend of the Iranian American community, expressed his support for dialogue at one function, then introduced a harsh Iran sanctions measure in the Senate less than a month later. One progressive caucus Democrat approached Trita Parsi and cautioned him on his support for diplomacy then called on him to back the MEK. Also, Speaker Pelosi (D-CA) is reported to back at least some form sanctions legislation out of the House.

**Recommendations**
Because progressives and Republican doves remain divided on the issue of sanctions, dialogue and the nuclear program, NIAC should continue drumming up support from the progressives and moderate Republicans so that NIAC's leadership can shape a formal and lasting stance for these offices and affiliates. Our allies can benefit from much greater unity and leadership in the effort to achieve diplomacy and opposition to sanctions. Focusing on the US's economic incentives for normalizing relations with Iran to convince the Blue Dogs and Republican rank and file is another goal (although this may not yield results because of AIPAC's unwavering influence among these groups). Working to testify before a Congressional Committee about the Barriers to Dialogue is something that NIAC reps can also do to further improve our profile. Trita's forthcoming book will provide an opportunity for him to testify before Congress and mention the poll and the views of Iranian Americans.

**Allies**
Many of our meetings are done in partnership with the Iran Legislative Strategy Group, a consortium of progressive, business, and grassroots lobbyists opposed to war with Iran. These organizations have contacts already and have helped NIAC by assisting with Hill

coordination, and sponsoring briefings featuring Trita Parsi. The group works to oppose sanctions legislation on the Hill and presses for diplomacy legislation. Our alliance with this group also led to NIAC's involvement with a print ad that was published in Congressional Quarterly.

NIAC has also created ties with a coalition of conservative and progressive groups, led by Michael Ostrolenk. A letter supporting dialogue that NIAC helped to draft was adopted by Ostrolenk's group and sent to all members of Congress.

To a lesser extent, NIAC also belongs to a coalition of grassroots organizations sparked by Shirin Ebadi's visit in January, which NIAC also consponsored. This group is intended to bring Iranian American and US civic groups together in the interests of normalizing relations and gaining cultural understanding. This group has put together online tools and resources for all parties interested to petition Congress against war with Iran. They are also organizing a conference in the long term that will convene Iranian Americans and others to visit the Hill and deliver first hand support for diplomacy.

Gauging support from NIAC membership revealed a moderate amount of interest for a Hill advocacy day, but interest from our partners in terms of participation and cosponsorship was strong. NIAC has also given presentations to think tanks, Ecumenical groups, and delivered briefings and updates to liberal consortiums such as United for Peace and Justice, Peace Action, and the Iraq/ Iran Hill Working Group. Our presence at these forums have helped focus the attention of the movements on Iran-specific action and update grassroots leaders on Washington activity.

Recently, LegWatch became involved in a conflict resolution consortium (3D Initiative) that brought together organizations with different perspectives, and the result was a favorable list of recommendations to Congress. This consortium included human rights groups, foundations, civil society groups, faith based organizations and one MEK sympathizer. NIAC's input challenged and isolated the MEK supporter and ensured a favorable series of recommendations. That meeting also spurred another initiative from Amnesty International that will concern Iran policy on the Hill and will include NIAC at the table.

**Recommendation**
NIAC's Hill presence is still new and our inability to lobby makes it necessary to partner closely with the ILSG group, which produces solid results and opens doors for NIAC. Compared to other national organizations, our relatively low grassroots presence also depends on the assistance and training of groups, so working to bring about a Hill advocacy conference is strongly in our best interests. Other than Osterlenk's, few other conservative voices are organizing for peace with Iran, but NIAC should continue to work with progressives and conservatives alike against war.

**Breakfast Briefings**
NIAC conducted one breakfast briefing in January 2007, which attracted about 10 Hill members and staff.  Dialogue Caucus staff now coordinate their meetings with NIAC to

coincide with our briefings. The most recent briefing had to be canceled because of short notice and poor response rates from members.

**Recommendations**
Organizing breakfasts are staff intensive and require long lead times. These lead times can also be used to set up meetings and inform staff of the upcoming events.

**NIAC Conference**
The NIAC conference held on the Hill in February was a complete success. Room for improvement exists in terms of logistical coordination, Hill outreach, staff communication, and speaker confirmations. Press coverage also disappointingly portrayed the event as an exclusively New America Foundation event, without mentioning NIAC.

**Recommendations**
Many other organizations hire staff just for conference coordination and planning, we do not have that luxury at NIAC, but focusing on exclusive staff project concentration at least one week in advance, a planning routine (at least 1 month before the event) and a clear delegation of assignments should be followed that give staff a solid idea of all the bases that must be covered for the event (and after the event) and to make sure it does not conflict with other projects.

After establishing a number of standard procedures and contacts for this event, NIAC should also plan a Hill education day conference to allow Iranian Americans to participate first hand—our responsibility is to serve as a grassroots group as well as a think tank.

**<u>Immigration and Civil Rights</u>**
NIAC's efforts on this front have been largely in partnership with other interested groups, including the Iranian American Political Action Committee (IAPAC) and the Arab American Institute. NIAC also took the time to consult with the Japanese American lobby (our situation somewhat reflects that of Japanese Americans prior to WWII) and Armenian Americans.

**IAPAC**
NIAC has partnered with IAPAC to support their efforts to reintroduce a resolution calling for opposition to Iranian American discrimination. Through offering consultation and assistance, IAPAC retooled the resolution and through NIAC's advice IAPAC also added to their list of legislative asks the formulation of a study that would assess the impacts of homeland security policies like NSEERS and US VISIT and collect data on Iranian American attitudes and demographics. This last year represents the closest that NIAC has worked with IAPAC and this partnership has presented a unified front on the civil rights issue and yielded at least 2 staff meetings on the Hill, with the offices of Reps. Marty Meehan (D-MA) and Christopher Shays (R-CT) and a meeting with Sen. Gordon Smith (R-OR).

**Arab American Institute (AAI)**
Our participation with AAI focused on the issue of supporting the inclusion of an ethnic heritage question to the upcoming 2010 census. This issue has fallen on the backburner at NIAC but NIAC participated in at least one meeting on the Hill with committee staff and AAI reps in addition to several planning meetings. NIAC's support on this issue opened doors to other opportunities including our invitation to a direct meeting with Homeland Security Under Secretary Baker to discuss NSEERS and its negative impact on the community-- IAPAC was invited to this event at NIAC's invitation. NIAC and AAI were copanelists at an Iranian American community event in Virginia in December 2006.

AAI recently came out in support of the Iraq Study Group's recommendations and called for dialogue with Iran and Syria. This was a momentous move that led NIAC to follow up with their staff and start a discussion about possibly releasing a joint statement in favor of talks that could coincide with the next multilateral diplomatic session over Iraq. The statement would contain support for diplomacy and opposition to any tactics that would have the US take sides and pit Sunnis against Shias.

**Recommendation**
Have Trita meet with Jim Zogby to discuss these and other issues and look for other ways to partner with AAI. This organization already has a strong Hill presence with the backing of a large number of members (including Rep. Keith Ellison (D-MN), who they have offered to introduce us to). These introductions will help NIAC communicate the commonalities that unite our two communities and the nuances that separate us,  NIAC's influence could lead to AAI's further pursuit of sensible Middle East policies, and they have already expressed interest in cosponsoring other events with us.


**Iranian Behavior**
While for several reasons, NIAC shies away almost completely from taking a position on Iranian actions, staff has received increasing pressure to offer criticism of the Iranian government, when this is warranted. Congressional staff, NIAC members, and the public have called upon NIAC to be more active in pointing out the missteps of the Iranians as well as the Americans. While one article on the recent detaining of women's rights activists was published and brief mentions concerning Ahmadinejad's "inflammatory remarks" can be found in some statements, NIAC has never issued press releases dedicated to, for example, denouncing the holocaust conference, or opposing anti-Israeli or anti-American rhetoric.

**Recommendation**
While there is much to learn from the AIPAC model, there is much about their practices that has placed that organization in hot water, particularly when it comes to the controversial actions of the Israeli government. If NIAC is to be serious about promoting dialogue on the Hill to champion American and Israeli safety (as opposed to military action), it should be prepared to release statement that criticize the Iranian government (when warranted).  In those same press releases references to the increasing pressure,

regime change tendencies and harsh rhetoric from the US may be made as reasons for the crackdown. This type of document could be done in partnership with antiwar Jewish groups, should be added to the Hill packet and would be increasingly useful in silencing the concerns of those organizations that consider NIAC as apologists for the regime. The forthcoming conference on Jewish-Iranian relations would be an ideal opportunity for the board to revisit this issue and come up with a less ambiguous and more balanced approach to certain Iranian actions, without compromising our position in favor of dialogue.   If we don't make any statements along these lines, there should be an announcement explaining why we don't take a more definitive position.

## General Structural Considerations and Improvements

**I wish to preface my following remarks by stating that I am extremely grateful for the opportunity to have served the community and think that NIAC is an indispensable organization that does critical work for Iranian Americans. The current operation has successfully executed many projects on a relatively low budget, and is very productive. The president is also a brilliant expert, who has guided the office and taught me much. In the interests of improving NIAC's good work, there are a number of policies and procedures in the area of operations that deserve reevaluation by the board and president. This next section touches on points that can assist the quality and output of the Legislative Director (LD) from a structural standpoint. Some of the points included are derived from discussions with other staff members.**

### Contact with Board Members

The current policy is that the LD is asked not to contact Board members, in order to avoid the solicitation of extra tasks from those Board members. Beyond occasional email exchanges with three or four members of the Board and briefly meeting several members for the first time while working at the NIAC fundraiser last year, contact has thus been sparse.

Targeted communication and better acquaintance with Board members (and certain NIAC members), however, will support the work of the LD. Several times, I have been asked to provide references or names of contacts from grassroots groups and the press who wish to communicate with Iranian American figures or grassroots leaders. Each Board member has their own strengths and skillsets, issue knowledge, and leadership qualities that they bring to the table, which can reinforce the LDs depth of knowledge and assistance to others. I have come to learn, for example, that some Board members have connections on the Hill, which could help the LD. This sort of consideration directly aids the LD's relationship building and publicizing of Iranian Americans. The Board's sharing of contacts and expertise is one example of how the LD's work can improve through Board input.

The LD should also deliver oral reports directly to the Board and be there to answer questions at least once or twice a year to help improve Board knowledge and to offer on-the-ground recommendations on NIAC's Hill stragey.

The Board should decide and allow the LD to analyze and advise on the repercussions of certain strategic decisionmaking that concerns Hill related actions. There should also be a mechanism that allows the LD to petition the Board and president about any disagreements or confusion over NIAC policies. I have no other advice to give on how to operationalize this matter, but ask that models from other nonprofit organizations be followed.

### Nature of Hill/Legislative Relationships

Unlike the former Executive Director position, the Legislative Director operates in a very sensitive and highly political environment. Any shifts in activity, priority, or decisions concerning Hill strategy must be made with great caution and serious receptivity to the LD's input and guidance, with attention to how these shifts will affect the balance of relationships established by the LD and the perception of NIAC. Decisions that are made haphazardly without careful calculation run the risk of putting the LD in a difficult position and could tarnish the LD's and NIAC's reputation. In Washington, an operative's name and reputation is the most important consideration and it should be preserved.

### Contact with President
*Intensive Last Minute Assignments*
One downside to having 2 fulltime staff is the inability for the LD to juggle the many tasks that he is often assigned. LD work has included public outreach, press education, editorial writing, fundraising, article writing, editing, research, legislation tracking and analysis, relationship building, coordination with partners, strategizing, public speaking, reporting, advising, letter drafting, events coordination as well as Hill outreach and follow up. The LDs work involves a lot of strategy sessions and Hill meetings, which can limit agility when major and unexpected assignments at the office are launched. Better coordination and more structured and direct tracking of tasks can improve this deficit. Completion of tasks can be better achieved if the president takes better account of assignment frequency and intensity (particularly last minute ones) to see if they make the workload unmanageable and if they interfere with ongoing projects done in conjunction with other organizations, which the president is not always familiar with. Once NIAC finds itself taking on too many initiatives at once without adequate planning, this will sacrifice product quality.

Because of the office's fast pace and the wide breadth of activities we take on, many times the LD is tasked with major assignments while other staff members are already occupied with their own major assignments, meaning that assistance is limited. The president should keep written track of the tasks assigned, take thoughtful account of available manpower and limitations on resources, and consider exercising moderation in his demands from staff. Overload in the number of intensive assignments is likely to

rapidly burn staff out. Also, when commands come from a remote location, inherently this may create inefficiencies and confusion

*In-house Printing*
As our membership continues to grow, it may be necessary to find an outside printing company to handle mail collation, printing and sending tasks. This will open up significant amounts of time that can be dedicated to other activities—LegWatch or not. Also Joint Concepts (our current design and printing firm) has been repeatedly criticized for unsatisfactory service and product (and time delays), yet we continue to use them.

*Coordination and Transparency*
Just as the LD provides the president with summaries of all his significant meetings, the LD should be made aware of all Hill related activities and initiatives conducted by the president alone. This will prevent confusion, awkward misinformation that could puzzle or seem inconsistent to the LD and other Hill actors, and keep the NIAC operation fully coordinated. If there are certain meetings that the LD should not be involved in for their own protection then this should be communicated to them. Greater transparency is another absolute key feature in supporting the LDs work.

**LegWatch E-Bulletin**
*Time Concerns*
This is our main product and remains a praised source of information from staff, the public, and our membership. The LD is the chief writer to this bulletin and typically edits most if not all articles on most weeks. Maximum objectivity and quality should be retained over quantity if we are to remain credible. Since the LD is tasked with so many activities, it would be beneficial to reduce the number of hours dedicated to this project and delegate the E-bulletin to another staff member.

*Deadline Date*
Flexibility on article deadlines, especially during staff intensive weeks should be strongly considered. Because the current deadlines are set for the middle of the week (Wednesday COB--well before the end of the week's legislative activity), many inexperienced interns are unable to complete their articles on time and are required to be tracking hearings or briefings without time to complete the write ups. This results in substandard articles that must then be cleaned up or heavily edited (sometimes redrafted or rejected) by the LD. It may even be best to move the bulletin to Thursday nights/Friday morning rather than a midweek deadline of Wednesday night.

*Edit Approvals*
All significant edits involving politically sensitive or controversial content should be shown and approved by the authors first. Any time major changes are made to politically sensitive articles by editors, they may be disagreeable to the authors or be in accurate. I recommend that articles significantly altered by editors be subject to the approval of the author before being published on the website—this may take time but will improve quality, accuracy and integrity in reporting.

**Interns**
*Part-time Challenges*
Because only two fulltime staff members worked at NIAC this year, all interns ought to
come aboard for a minimum of 30 hours a week. Fewer time than this leads to inherent
inexperience, lack of orientation, and incomplete or delayed assignments because of the
long gap in between the intern's attendance days.

*Project Overload*
As NIAC's presence grows, the LD's legislative activities inevitably grow. There may
also be a need to assign the LD a dedicated assistant who can manage menial tasks and
free up extra time. Otherwise, the LD will inevitably be forced to drop some projects, in
return for the new ones that the president frequently tasks him. This option is the least
desirable since the LD cooperates with other offices and is in the business of developing
relationships over sustained periods. Weekly planning meetings with the president and
mutual agreement among the senior staff about assigning interns to priority areas while
adhering to realistic expectations will help.

*Late Nights*
When tasked with completing articles for the website, interns have been asked to work
late into the night to complete these assignments. This expectation may be too heavy
handed for low cost or free labor, especially if the time dedicated to drafting these articles
coincides with other assignments.

*Coordination and Espirit Des Corps*
Because of activity overload and limited manpower, definitions of roles are not clear at
NIAC and many tasks that are blurry could benefit from time investment in better
definition, planning, communication, and coordination by the president.

Interns also suffer from a lack of confidence. Because paid staff face intensive time
demands, on the job attention is undermined. Often, interns have to cover a wide array of
tasks without consistency or institutional memory to assist them, this leads to errors and
further work delays. Interns rush back and forth alone to cover events and represent
NIAC but are not able to network, build bridges or share information about NIAC's
activities because of lack of knowledge, time, leadership, or a sense of authority to
explain NIAC's work. To tackle this, interns should be better trained to say the right
things, ask the right questions, and listen to the right points. Better structural
organization and coordination with others in the office, mentorship from senior staff, and
intellectual development from the president can help this. General business cards for all
staff and an authority to represent the organization can also help.

**Training**
NIAC can contribute to the skills development of its LD and staff in other ways. Unlike
what I experienced in my year, the LD should immediately be trained to talk to the press
and give presentations early on (with one recent exception, I have never spoken on the
record to a reporter). This should be a priority for the organization, since spreading
NIAC's message is imperative and at present, public outreach is conducted almost

exclusively by one voice.  Formal training of the LD to manage time better could also help the workload situation.  Giving the LD the option to be better trained in Farsi (something I requested) is also important, for obvious reasons.

NIAC is a grassroots organization and is required to respond to the Grassroots and be more actively involved in mobilizing Iranian Americans in their communities.  No training or expertise on these priorities currently exists for the LD, yet the LD is required to be involved in coordinating these discussions.  The LD should be viewed as a serious investment and be fully prepared in areas where skills require development.  It is useful to have the LD directly reach out to Iranian American hubs to activate the grassroots and offer tangible forms of action.

**Assistant Positions for President**
The LD and the president could benefit from a Legwatch assistant position.  Trita often has his hands in many different activities, and may need to be out of the office, but bringing aboard an executive assistant can help him keep track of all the many assignments that are in circulation and help address minor decisions and preferences that will not require his immediate supervision.

**Website**
The website can benefit from a dedicated more userfriendly antiwar/prodiplomacy page that contains all articles related to the subject and information on bills, resources, analyses, partners, action alerts etc. The same thing can apply for an immigration and civil rights page.

This concludes my report.  Thank you for your attention.

# Ex. __Q__ - 2

**From:**         Babak Talebi [btalebi@niacouncil.org]
**Sent:**         Thursday, May 15, 2008 2:26 PM
**To:**           'Sousan Manteghi'; 'Sara Shokravi'
**Subject:**      Re: Reminder: NIAC presentation in the Bay Area (Saturday May 17)

Sousan,

Thank you for the response.  Sara from our office will send you the exact address - but the
meeting will be iin Sunnyvale at "plug and play".

The presentation itself will not begin until noon so you would be on time.

Since I am on the road - feel free to call me or sara (numbers in the original email) with
any questions.

May I also ask that you reach out to your close friends and encourage them to attend as well.
The skills we are training for are even more effective when combined.

Looking forward to meeting you on sat.

Babak

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Sousan Manteghi" <sousans@eta-usa.com>

Date: Thu, 15 May 2008 11:41:24
To:"Babak Talebi" <btalebi@niacouncil.org>
Subject: Re: Reminder: NIAC presentation in the Bay Area (Saturday May 17)


Mr. Talebi,

Please let me know where are you planning to hold your Workshop. I have a meeting to attend
on Sat Morning and will not get out till 11AM.
Sousan Manteghi
Marketing Manager
V: 408-778-2793
F: 408-779-2753
E-Mail: sousans@eta-usa.com <mailto:sousans@eta-usa.com>
www.eta-usa.com <http://www.eta-usa.com>

----- Original Message -----
From: Babak
  Talebi <mailto:btalebi@niacouncil.org>
To: sousans@eta-usa.com <mailto:sousans@eta-usa.com>
Sent: Thursday, May 15, 2008 11:00 AM
Subject: Reminder: NIAC presentation in the Bay Area (Saturday May 17)

Sousan,

I wanted to remind you about the NIAC <http://www.niacouncil.org/sf workshop>  event coming
up on Saturday, and ask that you forward this email to your friends or family that might

1

appreciate learning these skills. If you already registered, you should have gotten a separate confirmation and we look forward to meeting you on this trip.

On Saturday, May 17 at 11:00am, I am coming to San Francisco to conduct an interactive presentation on the politics of individual influence. The presentation, titled: "Demystifying Democracy: The Seven Ingredients of Influence" will provide the attendees with practical training on how to directly influence US policy in an effective and efficient manner. The location of the event will be on the third floor of a Plug and Play at 440 N. Wolfe Road Sunnyvale, CA 94085. There is ample parking in the back.

Iranian-Americans have succeeded in all elements of American life, from business, to medicine, to the technology sector even carrying their success to space. One area we as a community have not excelled in is the political arena.

    <http://www.niacouncil.org/sf workshop> Registration is required for this event $20 registration fee
  can be paid online ($10 discount for NIAC members)  <http://www.niacouncil.org/sf workshop>
Light lunch will be
  served at 11:00 am and presentation will begin at 12:00 noon
sharp <http://www.niacouncil.org/sf workshop> Location: South Bay
  (address will be e-mailed to registered attendees)  <http://www.niacouncil.org/sf workshop>

This interactive presentation is geared towards busy, informed, and interested Iranian American professionals who want to make effective and efficient use of the time they invest in activism. We will provide the attendees with specific skills that they can use in their daily lives to pursue their personal political interests (Be it healthcare, technology, tax, or foreign policy).

(The workshop is open to non-citizens and non-Iranians.)
The purpose of this non-partisan and non-issue-specific workshop will be to:


* Educate participants on the different aspects of political influence

* Knowledge of the political system
* Power of effective lobby organizations
* Effective communication with decision makers
* Be an asset to your elected officials
* Leverage your vote and your political donations

* Train participants to frame issues for maximum impact
* Teach participants to write effective letters to be published by newspapers and magazines

* Influence elected officials through such media
* Take part in a simulation with other workshop participants

* Show participants how to organize meetings with elected officials

* Setting up a meeting
* Maximizing your impact
* Avoiding pitfalls
* Long term influence


    <http://www.niacouncil.org/sf workshop> To register go to the following address:
<http://www.niacouncil.org/sf workshop> www.niacouncil.org/sf workshop

P.S. I will also be meeting with some local Iranian Americans for an informal "get to know NIAC" dinner. If you have friends who have questions about NIAC, or if you would like to join us for good conversation and good company, email or call me. Friday night, about 10-15 of us will be in Sunnyvale. For more information you can also contact our Director of Programming, Sara Shokravi at (202) 386-6324 or sshokravi@niacouncil.org.


Regards,

Babak Talebi
Director of Community Relations
btalebi@niacouncil.org
(202) 460-5680 Cell <http://portal.mxlogic.com/images/transparent.gif>

Ex. __Q__ - 3

| | |
|---|---|
| **From:** | Babak Talebi [btalebi@niacouncil.org] |
| **Sent:** | Tuesday, January 22, 2008 3:00 PM |
| **To:** | 'Goudarz Eghtedari' |
| **Subject:** | Workshop email for Portland |
| **Attachments:** | boston workshop flyer.doc; Boston Email Invitation.doc |

Dr. Eghtedari –

The following is an email we sent out for the Boston workshop – we would need to change some of the information of course – but would this suffice for your promotion efforts?

As soon as I have confirmation on the address of the location, I can put up the registration page – it will look exactly like the one for Boston, except for the date and time.  Feb 10th if I am not mistaken.

Also we have 13 members in OR as well as about 50 more contacts that I can directly email using our system…   I have attached both the flyer and email in word format – but again, the date and time need to be changed.

Let me know if it would be useful for us to talk on the phone about this.

Ps.  Also – we were considering setting up a NIAC table at the Kinzer event and handing out some of our policy memo's and other hand-outs – I will try to locate a few local NIAC volunteers for the table, but I wanted to get your input on the idea since you are right there on the ground.

Looking forward to meeting you soon.  My number is 202.460.5680.  I will be on a conf call for the next hour, but will be available after that.

Babak

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Dear <   name   >

The National Iranian American Council (NIAC) will be conducting a series of Civic Participation Workshops for the 2008 election cycle titled "**Demystifying Democracy: The Seven Ingredients of Influence**."  This workshop will be conducted in Boston, Massachusetts on Saturday **February 16, 2008**.

As a valued member/supporter of NIAC, we wish to invite you to attend this informative and educational workshop in Boston.

This workshop is intended to familiarize Iranian-Americans with the ways that Iranian-Americans can leverage their role as constituents and citizens in order to influence elected officials and impact the American policy on issues that matter to them. The content of this non-partisan and non-issue-specific workshop will include:

- Educate participants on the seven ingredients of political influence in the United States beyond voting and donating money, including:
  - ➢ Knowledge of the political system
  - ➢ Power of effective lobby organizations
  - ➢ Effective communication with decision makers
  - ➢ How to be an informed asset to your elected officials
- Train participants to frame issues for maximum impact on an intended audience
- Teach participants how to write effective letters to be published by newspaper and magazine editors
  - ➢ Influence elected officials through such media
  - ➢ Take part in a simulation with other workshop participants to achieve this goal

1

- Teach participants how best to organize meetings with elected officials
  - ➤ Avoid being a single issue voter
- Register participants to vote, and
- Train volunteers to conduct voter registration and Get Out The Vote (GOTV) efforts in Massachusetts

I would like to cordially invite you to attend this workshop scheduled for **Saturday, February 16,** 2008. We only have space for 40 attendees, so please register today. Furthermore, if you are interested in helping to promote this workshop, please contact our Boston area coordinator at MFIROUZBAKHT@nixonpeabody.com or Babak Talebi in our DC office at BTalebi@niacouncil.org.

Date: Saturday, February, 16 2008
Time: 9:30 am to 4:00pm
Location:  **TBD**

Register at www.niacouncil.org/BostonWorkshop
$15 for NIAC members and students
$30 for non-members

A light lunch and refreshments will be provided

If you have any questions about this workshop or NIAC, please feel free to contact me (contact information listed below) or visit the NIAC website at www.niacouncil.org.

We look forward to seeing you at the workshop in February!

Regards,
Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax
National Iranian American Council
1411 K St. Suite 600Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** Goudarz Eghtedari [mailto:goudarz@yahoo.com]
**Sent:** Thursday, January 10, 2008 12:50 PM
**To:** Babak Talebi
**Subject:** Re: Doing a NIAC workshop in Portland

Babak azziz;

I sent you the following e-mail before the Holidays about the time in the afternoon of the Saturday 9th. Could you please let me know what do you think and I'll make the room reservations at PSU. Also did you have any contact with NIAC members in the area that are interested in working as recuiters? Please call me within an hour or later today, I have a meeting from 2-4 (EST) but outside that I am available to chat.

Goudarz

----- Original Message -----
**From:** Goudarz Eghtedari
**To:** Babak Talebi
**Cc:** Trita Parsi

**Sent:** Wednesday, December 12, 2007 8:10 AM
**Subject:** Portland Wkshp

salaam Babak;

Follow up to our conversation the other day about Portland workshop:

We are facing a little roadblock with the date, this is the problem: Congressman Blumenauer who is going to have the townhall that same Saturday with Stephen Kinzer needs to start the townhall earlier in the day possibly 2 or 3 PM.  We initially have thougth of having the townhall at 5, so that NIAC's workshop will be in the morning and early afternoon.  So if you think you can start early morning and be done by 2 PM, then it would work fantastic.  Your workshop attendees can get an immidiate exposure to how to deal with a congressman right after their class.  The main reason I organized all of these events on the same weekend was to have the possibility of having Trita in the townhall with Congressman and Kinzer.  Now that he is not likely to be there, then I suggest that either we plan the workshop for a week earlier or schedule it around the townhall which will be from 2-5. please let me know your thougths and I will move forward with securing the place for it.

Peace;
Goudarz

----- Original Message -----
**From:** Babak Talebi
**To:** 'Goudarz Eghtedari'
**Sent:** Thursday, January 10, 2008 8:04 AM
**Subject:** RE: Doing a NIAC workshop in Portland

Mr. Eghtedari,

I hope you are enjoying 2008 so far and not getting too anxious about the primaries so far.

I wanted to also follow up with you about the workshop and see how the recruitment and location search is going so far.  If you have a location picked out, please send me the address so I can put up the registration page.

Looking forward to coming out to Portland and I'm excited about the Kinzer tour as well.


Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

# Feeling left out of the political process?

## The National Iranian American Council presents:

## "Demystifying Democracy: The Seven Ingredients of Influence."

**By attending this workshop, you will learn:**

- How to influence policy beyond voting and donating money
- How to frame an issue for maximum impact on an intended audience
- How to write effective letters to be published by newspaper and magazine editors
- How to set-up meetings with your elected officials
- How to conduct voter registration in Massachusetts

### Date: Saturday, February, 16 2008
### Time: 9:30 am to 4:00pm
### Location:  TBD

**Babak Talebi (NIAC Director of Community Relations)**

Light lunch and refreshments will be provided.
Register at www.niacouncil.org/BostonWorkshop

$15 for NIAC members and students
$30 for non-members
Proceeds cover cost of the event

For a detailed description of the workshop please visit NIAC website at:
www.niacouncil.org/bostonworkshop

For questions contact Babak Talebi
btalebi@niacouncil.org
202-460-5680



## National Iranian American Council
*Promoting Iranian-American Participation in American Civic Life*

Dear <   name   >

The National Iranian American Council (NIAC) will be conducting a series of Civic Participation Workshops for the 2008 election cycle titled "**Demystifying Democracy: The Seven Ingredients of Influence.**" This workshop will be conducted in Boston, Massachusetts on Saturday **February 16, 2008**.

As a valued member/supporter of NIAC, we wish to invite you to attend this informative and educational workshop in Boston.

This workshop is intended to familiarize Iranian-Americans with the ways that Iranian-Americans can leverage their role as constituents and citizens in order to influence elected officials and impact the American policy on issues that matter to them. The content of this non-partisan and non-issue-specific workshop will include:

- Educate participants on the seven ingredients of political influence in the United States beyond voting and donating money, including:
  - ➢ Knowledge of the political system
  - ➢ Power of effective lobby organizations
  - ➢ Effective communication with decision makers
  - ➢ How to be an informed asset to your elected officials
- Train participants to frame issues for maximum impact on an intended audience
- Teach participants how to write effective letters to be published by newspaper and magazine editors
  - ➢ Influence elected officials through such media
  - ➢ Take part in a simulation with other workshop participants to achieve this goal
- Teach participants how best to organize meetings with elected officials
  - ➢ Avoid being a single issue voter
- Register participants to vote, and
- Train volunteers to conduct voter registration and Get Out The Vote (GOTV) efforts in Massachusetts

I would like to cordially invite you to attend this workshop scheduled for **Saturday, February 16,** 2008. We only have space for 40 attendees, so please register today. Furthermore, if you are interested in helping to promote this workshop, please contact our Boston area coordinator at MFIROUZBAKHT@nixonpeabody.com or Babak Talebi in our DC office at BTalebi@niacouncil.org.

Date: Saturday, February, 16 2008
Time: 9:30 am to 4:00pm
Location: **TBD**

Register at www.niacouncil.org/BostonWorkshop
$15 for NIAC members and students
$30 for non-members

A light lunch and refreshments will be provided

If you have any questions about this workshop or NIAC, please feel free to contact me (contact information listed below) or visit the NIAC website at www.niacouncil.org.

We look forward to seeing you at the workshop in February!

Regards,
Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

# Ex. _Q_ - 4

| | |
|---|---|
| **From:** | Kashi Anoosheh [anoosheh@comcast.net] |
| **Sent:** | Thursday, March 27, 2008 1:24 PM |
| **To:** | 'Babak Talebi' |
| **Cc:** | 'tparsi@niacouncil.org' |
| **Subject:** | RE: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein Today |

More importantly, has NIAC voiced their protest in washington against the islamic republic for their assasination of Manouchehr Farhangi in Spain, their latest high profile victim out side of iran?

I have not seen any releases from you.

Regards,
Khashayar

---

**From:** Babak Talebi <btalebi@niacouncil.org>
**Sent:** Thursday, March 27, 2008 8:39 AM
**To:** anoosheh@comcast.net <anoosheh@comcast.net>
**Subject:** IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein Today



Dear Khashayar,

The Iranian American community needs you to TAKE ACTION **TODAY**. Senator Dianne Feinstein, a powerful member of the Senate has emerged as a leading voice for pursuing diplomacy rather then confrontation when it comes to US policy on Iran.

She needs to know that she has the support of the Iranian American community in California to continue holding her position on these issues. This is where you come in. As a valued NIAC member, we need you to take a few minutes and send an email of support to Sen. Feinstein.

Only members in California can send this email, and if you have already sent a message, please **forward this request** to your family, friends, and contacts in California. To be effective, your emails need to be sent by Friday of this week.

Forward this email:

Your Senator <u>could be the key</u> to kick-starting the drive for smart US policy on Iran. Senator Dianne Feinstein has in the last few years emerged as a leading voice of reason on Iran. She has recently <u>come out in support</u> of comprehensive talks with Iran in the San Francisco Chronicle and has stressed the need *for basic communication* between Washington and Tehran on CNN. She has also resisted significant pressure to sign-on to a major new sanctions bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- <u>claiming to represent</u> ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, <u>she needs to know</u> that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better

[The entire original message is not included]

**Ex. _Q_ - 5**

| | |
|---|---|
| **From:** | Lauren Coletta [LColetta@COMMONCAUSE.org] |
| **Sent:** | Thursday, August 02, 2007 11:12 AM |
| **To:** | 'Babak Talebi' |
| **Subject:** | Hey |
| **Attachments:** | Grassroots Lobbying.ppt; campaignpresentation.ppt; MoroccoCampaignplanning.doc; Sample Letter to the Editor.doc; telecom act indistrict toolkit - Upton.doc |

| | |
|---|---|
| **Follow Up Flag:** | Review |
| **Flag Status:** | Flagged |

Hi Babak,

I will get you more things as I move along but here are a few things I have used recently in various contexts that might be helpful to you.

The grassroots lobbying ppt is straight forward.

The campaign presentation might be helpful for internal use, its how we go about planning our campaigns and prioritizing our issues.

The MoroccoCamapaignplanning doc is a more detailed piece I used to guide me when I was meeting with groups in Casa Blanca.

Sample Letter to the Editor is something we get into the hands of our members on all our issues, I just included this one as an example but would encourage you to have something to distribute and encourage folks to take action on at your trainings.

The sample indistrict took kit has some standard information on tips on grassroots lobbying, as well as talking points, sample agenda and logistics.  We email these out to all the participants along with any recent intelligence on how the member they are going to meet with has voted on the issue.  I just share it as an example of how you might construct your own kits.

OK!  Let me know if this it at all helpful or give me some direction about what else you might think we can do.  Take care, Lauren

Lauren Coletta
Senior Director of Media Programs
lcoletta@commoncause.org

*New Address

1133 19th Street NW
Washington DC 20036

(Office)  202 736 5774
(Cell) 202 841 2381

1



# Grassroots Lobbying

How to conduct an
in-district lobbying visit



COMMON CAUSE
Holding Power Accountable

# Why organize an in-district visit?

- Ensure the Member hears from the public

- Gather information

- Make or strengthen connections with other activists in your community



COMMON CAUSE
*Holding Power Accountable*



# Getting a Meeting

■ Check the congressional schedule to see when the Member will be back in the home district.

☐ http://www.senate.gov/pagelayout/legislative/two_column_table/2007_Schedule.htm

☐ http://wwww.house.gov/house/House_Calendar.shtml



COMMON CAUSE
*Holding Power Accountable*

# 2007 Congressional Schedule
## (tentative)

## House of Representatives

- **Feb 9 – 23** (President's Day District Work Period)
- **Apr 2 – 13** (Spring District Work Period)
- **May 28 – Jun 1** (Memorial Day District Work Period)
- **Jul 2 – 6** (Independence Day District Work Period)
- **Aug 6 – 31** (Summer District Work Period)
- **Oct 26** (Target Adjournment)

## Senate

- **Feb 19 – 23** (President's Day Recess)
- **Apr 2 – 9** (Easter Recess)
- **May 28 – Jun 1** (Memorial Day Recess)
- **Jul 2 – 6** (Independence Day Recess)
- **Aug 6 – Sep 3** (Summer/Labor Day Recess)
- **Oct 5** (Target Adjournment)



COMMON CAUSE
*Holding Power Accountable*

# Getting a Meeting

- ■ Reach out to the scheduler

  ☐ Note any expertise you have or any groups/constituencies you represent

  ☐ Be as flexible as possible with the meeting time

  ☐ Be polite, but persistent





COMMON CAUSE

*Holding Power Accountable*

# Getting a Meeting

■ If the Member is not available:

☐ Politely express disappointment, and ask if you can make an appointment now for the next time the Member is home

☐ Ask if you can meet with a staffer instead. Often meetings with staff are more informative, and help build long-term relationships



COMMON CAUSE

*Holding Power Accountable*

# Tips for Leaders

## Research any positions your Member holds on the issue

☐ www.thomas.loc.gov
(find what bills s/he's sponsored and floor statements)

☐ www.opensecrets.org or www.tray.com
(look up who's giving to his/her campaign)

☐ the Member's own website
(check committee assignment, "pet" issues)



COMMON CAUSE
*Holding Power Accountable*

# Tips for Leaders

■ Confirm the meeting with Member's staff 24 hours before the meeting time. Ask **how much time** your group will have.

■ Be sure everyone in your group knows when and where to meet. Provide directions, if necessary.





COMMON CAUSE
*Holding Power Accountable*

# Tips for Leaders

- Meet with people 30 minutes before the meeting
  - ☐ Make brief introductions
  - ☐ Review the agenda
  - ☐ Assign roles to people as appropriate (e.g. take notes, distribute handouts, etc.)
- Be prepared to deal with any logistics or last-minute issues



COMMON CAUSE

*Holding Power Accountable*

# Tips for Leaders

- ■ At the meeting:

  - ☐ Be the primary spokesperson.
  - ☐ Encourage input from meeting-goers
  - ☐ Steer the discussion back to the main points if the conversation strays too far
  - ☐ Have a plan or agenda



COMMON CAUSE
*Holding Power Accountable*

# Sample Meeting Agenda

I.    Welcome and Introductions

II.   Overview of Your Concerns

III.  Discussion of Issue Specifics

IV.   Group Input

V.    Member Reaction

VI.   Summary and Closure



COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

- Be precise, polite and persuasive.

- Start by telling the Member that you would like his/her support for your issue, then give your arguments.

- Come prepared, but don't read directly from your notes or recite memorized talking points. **Speak in your own words.**



COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

- **Allow the Member to ask questions** as you go along.

  ☐ Answer thoughtfully with relevant facts and specific information.

  ☐ It's OK if you don't know the answer! Assure the Member that you will find the information and send it as soon as possible.





COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

- Bring a notebook and pen.

- Ask someone in the group to **take notes** about what was said, and what follow-up steps are necessary.

- The primary spokesperson for the group should not be the note-taker.



COMMON CAUSE

*Holding Power Accountable*

# Tips on Lobbying

- Listen closely.  Lobbying is as much about **gathering information** as it is about imparting it.

- Don't do all the talking.  Give the Member time to respond to your views.  Ask him/her about upcoming legislation, hearings, etc.



COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

- **Don't get discouraged** or tune-out if you notice criticism in the Member's comments or questions.

  Instead, use the questions as a barometer of his/her concerns and an opportunity to clarify your position.



COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

- Always be honest and accurate.

- Point out flaws in your opponent's arguments, but don't attack anyone personally or unfairly.

- Leave the door open for future discussions.



COMMON CAUSE
*Holding Power Accountable*

# Tips on Lobbying

■ When the meeting ends:

  ☐ Thank the Member for talking with you.

  ☐ Confirm that you will send any information that you volunteered to find.

■ Don't forget to write a thank-you letter.



COMMON CAUSE
*Holding Power Accountable*

# After the Meeting

- Gather the participants and ask everyone to share their thoughts and impressions.

- Many times, different people will remember different things.

- Invite suggestions about how the meeting process could be improved, and ideas for further action at the local level.



COMMON CAUSE
*Holding Power Accountable*

# Follow-Up

- Within 24 hours (or as soon as possible), write a summary of the meeting.  Include:

  ☐ What was the Member's position?

  ☐ Did the Member share anything about future legislative plans?

  ☐ If the Member was opposed, what were his/her arguments or concerns?

  ☐ What issues seemed most important to the Member? Which arguments were most persuasive?



COMMON CAUSE
*Holding Power Accountable*

# Follow-Up

- Also write down your impressions of the meeting dynamics.
  - ☐ Did everyone participate?
  - ☐ Did the meeting stay on track?
  - ☐ How could the process be more productive?
- Send your notes to your organization or coalition.



COMMON CAUSE

*Holding Power Accountable*



# Grassroots Lobbying

## How to conduct an in-district lobbying visit



COMMON CAUSE
*Holding Power Accountable*

# Facts on Common Cause

✓ Based in Washington D.C. founded in 1970.

✓ National membership of more than 300,000.

✓ One of the largest voluntary membership organizations in the United States working on government accountability issues.

✓ 38 State Organizations.

# Common Cause History

Founded by John Gardner who served as the Secretary of Health, Education, and Welfare in the Johnson administration and was an architect of "Great Society."

"Everybody's organized but the people. Now its the citizens' turn."
--John Gardner, 1972 speech



# Common Cause Today

## Today—we focus on four main goals

✓To increase the diversity of voices and ownership in media, to make media more responsive to the needs of citizens in a democracy and to protect the editorial independence of public broadcasts.

✓To campaign reforms that make people and ideas more important than money.

✓To remove barriers to voting and to ensure that voting systems are accurate and accessible.

✓To increase participation in the political process.

# Common Cause Campaign Style

✓ Strategic Research

✓ Legislative Advocacy

✓ Media Outreach

✓ Grassroots Organizing



# Campaign Plan/Monthly View

| Month | Research | Legislation | Field | Media | Fund Raising |
|---|---|---|---|---|---|
| July | Astroturf Report | Focus on Blue Dogs | Targeted in district local release | National Conference on Report | Invite Funders to event |
| August | | | In district meetings during recess | Post report on blogs and other sites | |
| September | Follow up on Original Report | Check-in meetings with supporters/potentials | Petition drive on telecom principles | Press hits on petitions | Update funders/ |

# Step 1 – Identifying the Problem, the Solution, Campaign Goals and Objectives

- What problem are we trying to solve?

- Global: what are the big picture problems we want to solve?

- Local: what immediate and local issue demonstrates or provides an example of how this big picture problem affects our state/municipality?

- Why is this important?

- Why and how does this advance the organization's mission?

# The Solution and Goals

- What are we trying to achieve?

  - Long Term: what are the long-term objectives of the campaign?  Address the big picture or large-scale change (we will get to specific policy changes later) that will happen as a result of your campaign.

  - Intermediary goals: what are the step-by-step goals?

    - What specific changes in policy or law will function as steps toward our long-term objective?

    - What victories or accomplishments will act as benchmarks and give people a sense of their own power?

    - What actions involve people in the issue, educate people about a problem, and encourage them to act?

# Internal Goals

How many activists, members, donors and supporters will we get involved in this campaign?

Give specific growth targets based on existing lists and projected outreach.

What other goals do we have for building the organization through the campaign?

# Step 2 – Power Mapping

- What other individuals and organizations share our goals and work to achieve them?

- Who works to either oppose our goals or maintain the status quo?

- What other individual organizations work on similar or related issues?

- What are the strengths and weaknesses of other organizations in the field?

- Why is the organization uniquely qualified to achieve this goal? What particular assets do we bring to the field?

# Step 3 – Developing Campaign Strategies



- What is our advocacy strategy?
- Who are our legislative targets?
- Are there other steps?
- Do we need to build a base of support for our solution? If so, what kind? Grassroots, grasstops, lawmakers?

# Step 4 – Elements of the Campaign

### Advocacy

- What will we do to advance our legislative strategy?
- How will we build support among decision-makers for our solution?
- What specific actions will we take in order to win support?
- How can we involve activists, members and supporters in our direct advocacy efforts?
- Is there an elected leadership/are there legislative champions who can help us build support to advance our legislative vehicles?

# Grassroots

- What specific actions can activists take to advance our objectives?

- Have we identified a range of actions for activists that will attract a diverse What actions and events will attract new activists to the issue?

- base of support and allow for different preferences of communications style, time restrictions, and other variables?

- Have we set specific numeric goals for our grassroots activities (how many signatures, letters, postcards, etc.)

- Are there opportunities for leadership for particularly committed activists?

- What materials do we need to effectively motivate and mobilize activists?

# Coalition and Outreach

- ## *Target Constituencies*
  - What specific groups of people will we target in our outreach and communications?  Why?
  - How will each group help us reach our goal?

- ## *Coalition Partners*
  - What organizations can help us advance our reform and growth objectives?
  - What activities will we undertake to build our coalition?
  - What do we want each of our coalition partners to do to advance the

# Champions

- What politicians, celebrities and other high-profile personalities can we involve?
- Why would they want to work with us?
- Do we need expert voices?
- How will we collaborate?
- How will we support them?
- What do we expect of them?

# Media, Communications and Messages

- *Messages*

- The message should have four components: the problem that requires change; the solution and its benefits; what we are doing to forward the solution, and actions people can take.

- Broad message that captures your mission/goals as an organization

- Targeted message (s) that speaks to specific constituencies

- Logo or visual/branding by which the campaign and the organization are recognized

  - What are the central messages that we will use consistently throughout the campaign?

# Earned Media

- What media reach our audiences?

- What actions can we take, reports can we produce or events can we hold to create news that will get coverage (see list of suggested actions at end of document)?

- What venues are the best environments to create news on the issue?

- Who will be our spokespeople?

- How can we work with our coalition to expand coverage (multiple news conferences, letters in coalition groups' newsletters, etc.)?

# Paid Media

- Is paid media an option for the campaign?
- Would advertising be an effective medium to carry certain messages to particular audiences?
- Which messages and which audiences?
- What is the most cost effective paid media strategy?

# Educational materials

- What information on the issue and campaign do we need on the web?

- Other than our own web site, where can we place our content?

- What other educational materials do we need to develop? How will we distribute them?

- Whom are we targeting with these materials?

# Research/Investigations

- What questions would we ask our members, supporters and the general public to understand their attitudes toward these issues?

- What do we need to understand about our opposition?

- What factual and research questions need to be answered to shed light on the problem we seek to solve?

- What research reports can we produce to make news on this subject?

# Step 5: Raising the Resources for your Campaign and through your campaign

- What is the budget for the campaign?

- How do you intend to raise the necessary resources for this campaign? (Be specific, e.g. how much will you raise from each of the sources you have outlined and see questions below)

- What foundation targets exist? Who are the primary donors in this issue area? In related issue areas?

- What new fundraising opportunities does this campaign present?

# Step 6 – Tracking and Measuring Progress

## Timeline and Calendar

- Do you have a timeline for the campaign?
- Do you have a monthly or weekly (or even daily) calendar of responsibilities and deadlines, including key events for during the campaign?

# Benchmarks and Targets

- How many contacts will we make through each method available to us (e.g., email, direct mail, phone bank, door to door, event, potential donors) Over what period of time?

- What percentage of our contacts for each method will result in action?

- What percentage/how many of our activists will take more than one action?

# Evaluation

- At what intervals will we evaluate the overall progress of the campaign?
- What will our incremental measures of progress be?
- How will we measure our success at achieving our objectives?

# Campaign Planning
# Framing Questions

## Step 1 – Identifying the Problem, the Solution, Campaign Goals and Objectives
### The Problem
What problem are we trying to solve?
- Global: what are the big picture problems we want to solve?
- Local: what immediate and local issue demonstrates or provides an example of how this big picture problem affects our state/municipality?
- Why is this important?
- Why and how does this advance the organization's mission?
- How will democracy in Morocco, in your community be strengthened as a result of our work?

### The Solution and Goals
- What are we trying to achieve?
  - Long Term: what are the long-term objectives of the campaign?  Address the big picture or large-scale change  that will happen as a result of your campaign.
  - Intermediary goals: what are the step-by-step goals?
    - What specific changes in policy or law will function as steps toward our long-term objective?
    - What victories or accomplishments will act as benchmarks and give people a sense of their own power?
    - What actions involve people in the issue, educate people about a problem; and encourage them to act?
- Are these policy or law changes primarily federal, multi-state, or unique to one state or municipality?

### Internal Goals
- How many activists, members, donors and supporters will we get involved in this campaign?  Give specific growth targets based on existing lists and projected outreach.
- What other goals do we have for building the organization through the campaign?

## Step 2 – Power Mapping
- What other individuals and organizations share our goals and work to achieve them?
- Who works to either oppose our goals or maintain the status quo?
- What other individual organizations work on similar or related issues?
- What are the strengths and weaknesses of other organizations in the field?
- Why is the organization uniquely qualified to achieve this goal?  What particular assets do we bring to the field?

## Step 3 – Developing Campaign Strategies
- What steps must we take in order to achieve the specific solutions and goals stated in Step 1?
- What (and whose) behavior and attitudes do we need to change?

- What is our advocacy strategy?
- Who are our legislative targets?
- Are there other steps?
- Do we need to build a base of support for our solution? If so, what kind? Grassroots, grasstops, lawmakers?

## Step 4 – Elements of the Campaign

### A. Advocacy

- How will we build support among decision-makers for our solution?
- What specific actions will we take in order to win support?
- How can we involve activists, members and supporters in our efforts?
- Is there an elected leadership/are there legislative champions who can help us build support to advance our legislative vehicles?

### B. Grassroots

- What actions and events will attract new activists to the issue?
- What specific actions can activists take to advance our objectives?
- Have we identified a range of actions for activists that will attract a diverse base of support and allow for different preferences of communications style, time restrictions, and other variables?
- Have we set specific numeric goals for our grassroots activities (how many signatures, letters, postcards, etc.)
- Are there opportunities for leadership for particularly committed activists?
- What materials do we need to effectively motivate and mobilize activists?
- *Youth Activities*
  a. Why would young people share our goals?
  b. What can we do to involve young people in our activities?
  c. Do we need/have a university campus strategy?

### C. Coalition and Outreach

*Target Constituencies*
  o What specific groups of people will we target in our outreach and communications? Why?
  o How will each group help us reach our goal?

*Coalition Partners*
  o What organizations can help us advance our reform and growth objectives?
  o What added value does each potential coalition partner add?
  o How will coalition partners benefit from working with us? Why would they be interested in working with us?
  o What activities will we undertake to build our coalition?
  o What do we want each of our coalition partners to do to advance the campaign?

*Champions*
- o What politicians, celebrities and other high-profile personalities can we involve?
- o Why would they want to work with us?
- o Do we need expert voices?

## D.  Media, Communications and Messages
*Messages*
The message should have four components: the problem that requires change; the solution and its benefits; what we are doing to forward the solution, and actions people can take.
- Broad message that captures your mission/goals as an organization
- Targeted message(s) that speaks to specific constituencies
- Sound bites that get repeated everywhere
- Logo or visual/branding by which the campaign and the organization are recognized

- o What are the central messages that we will use consistently throughout the campaign?
- o How do our messages differ for different audiences?
- o How do we know that they are effective?
- o Is the campaign branded?  How?

*Earned Media*
- o What media reach our audiences?
- o What actions can we take, reports can we produce or events can we hold to create news that will get coverage (see list of suggested actions at end of document)?
- o What venues are the best environments to create news on the issue?
- o Who will be our spokespeople?
- o How can we work with our coalition to expand coverage (multiple news conferences, letters in coalition groups' newsletters, etc.)?

*Paid Media*
- o Is paid media an option for the campaign?
- o Would advertising be an effective medium to carry certain messages to particular audiences?
- o Which messages and which audiences?
- o What is the most cost effective paid media strategy?

*Educational materials*
- o What information on the issue and campaign do we need on the web?
- o Other than our own web site, where can we place our content?
- o What other educational materials do we need to develop?  How will we distribute them?
- o Whom are we targeting with these materials?

### E.   Research/Investigations

o  What questions would we ask our members, supporters and the general public to understand their attitudes toward these issues?
o  What do we need to understand about our opposition?
o  What factual and research questions need to be answered to shed light on the problem we seek to solve?
o  What research reports can we produce to make news on this subject?

## Step 5 – Identifying Resource and Staffing Needs for an Effective Campaign

- Expertise/Skills
  - o  What substantive expertise do we need to carry out our plan?  Why?
  - o  What skills will we need to perform the different tasks described?  Why?
  - o  What do we already have within the organization?  Why?
  - o  Where can we find/obtain the necessary skills that we need?

- Reach/Resources
  - o  How many people will we need on the ground in the state to effectively carry out the campaign?  Why?
  - o  What support will be needed from national staff in Washington and from other state staff?  Why?
  - o  What financial resources do we need to effectively carry out the campaign?  What other information do we need to identify our budget needs?

## Step 6 – Raising the Resources for your Campaign and through your campaign

- What is the budget for the campaign?
- How do you intend to raise the necessary resources for this campaign?  (Be specific, e.g. how much will you raise from each of the sources you have outlined and see questions below)
- What foundation targets exist?  Who are the primary donors in this issue area?  In related issue areas?
- What new fundraising opportunities does this campaign present?
- Is this campaign best fit for small donors, large donors or foundations?
- How will we attract these donors and how will we raise additional resources from them?
- When will we contact potential donors?  Date of ask?
- Will new small donors convert to activists?
- Can we combine fundraising and grassroots activities?
- Have we sufficiently demonstrated a real problem that requires us to change resources?
- Do our members know about this campaign?  Are they receiving updates?
- Is this campaign raising our visibility and increasing our profile?

## Step 7 – Tracking and Measuring Progress

- Timeline and Calendar
  - o Do you have a timeline for the campaign?
  - o Do you have a monthly or weekly (or even daily) calendar of responsibilities and deadlines, including key events for during the campaign?

- Benchmarks and Targets
  - o How many contacts will we make through each method available to us (e.g., email, direct mail, phone bank, door to door, event, potential donors) Over what period of time?
  - o What percentage of our contacts for each method will result in action?
  - o What percentage/how many of our activists will take more than one action?
  - o What percentage/how many of the people who come to the organization through this issue will become a member?

- Evaluation
  - o At what intervals will we evaluate the overall progress of the campaign?
  - o What will our incremental measures of progress be?
  - o How will we measure our success at achieving our objectives?

# Ideas to Consider

**Actions for Activists**

- Write letter to editor
- Send letter to official
- Call official
- Send postcard
- Send email
- Send fax
- Attend in-district meeting
- Attend Lobby Day
- Sign/circulate petition
- Canvass
- Participate in grassroots media event
- Sign up others/pass on information about campaign
- Attend issue forum
- Make phone calls
- Host coffee
- Register voters
- Vote
- Volunteer in state office
- Conduct research/send in story
- Donate to campaign
- Donate to the organization

**Research Products & Activities**

- Follow the Dollar report on pending legislation
- Connect the Dots report on lobbying activities and campaign contributions with national and state angles
- Pocketbook Report on consumer impact with human interest angles
- 'Dirty Dozen'-type list of biggest offenders
- Agency Watchdog Projects
- Conflict of Interest Report on public officials with conflicts
- Voting record
- State-by-state report card

**Communications Products & Activities**

- Branded campaign materials (poster, brochure, video, t-shirts, grassroots kit)
- Coordinated national and state rollouts of reform agenda
- Coordinate state and national news releases on research reports
- News/features on creative advocacy techniques

- Media briefing/issue forum
- Celebrity events
- Expert opeds
- Bipartisan coalition rollouts
- Advertising – online, newspaper, radio
- PSAs
- Content and links on coalition web sites
- Topic for TV documentary
- Topics for call-in radio programs
- Substantive/interactive town meeting (w/ Members of Congress?)

**Sample Letter to the Editor**

Next week, the House will vote on a campaign finance reform bill that truly changes politics and policy making in Washington.  Sponsored by Congressmen Chris Shays (R-CT) and Martin Meehan (D-MA) the bill will put an end to soft money - the unlimited contributions from corporations, labor unions and wealthy individuals.

Thanks to the courage of a bipartisan coalition who insisted on this vote against the wishes of the House leadership, we have a genuine chance to win this battle.  But to reach our goal we must have the support of Congress (wo)man _____.

Last year in the first session of this Congress the Senate passed the nearly identical McCain-Feingold bill.  Now that the House vote approaches, the Enron scandal has once again forcefully brought home to all of us how important it is to end the corrupting influence of big money.  The unchecked power to influence legislation and public policy must be stopped.  The momentum is with us now to do just that.

### IN-DISTRICT LOBBY VISITS ON 2006 TELECOMMUNICATIONS REFORM
Leader's Toolkit

Thank you for agreeing to be a leader on the telecom issue!

As you know, Common Cause and some of our partners in the Media & Democracy Coalition are working to organize constituent meetings around the country with Members of Congress during the first part of 2006. The purpose of these meetings is to discuss the proposed changes to our nation's telecommunications laws, and how they will affect average Americans. The basic goals of the meeting are to urge the Members to keep the Internet free and accessible to all and to support consumer protection policies. In addition, Representative Upton recently made some controversial statements about media ownership, so we'd like to take this opportunity to talk to him about the importance of halting media consolidation.

Information on meeting logistics, a sample agenda and talking points on the issue are outlined below. We are very grateful for your participation and look forward to working with you in the future. Below you will find the following sections: information for leaders, tips on lobbying, a sample meeting agenda and talking points. Please read over the information carefully. If you have any questions, contact Katie Yocum at Common Cause at kyocum@commoncause.org or (202) 833-1200. Good luck, and thanks for your commitment!

### INFORMATION FOR LEADERS

Common Cause has scheduled a meeting with **Representative Fred Upton at 2:00 p.m. on Wednesday, March 22.** His office is located at 800 Ship Street, 800 Centre, Suite 106 in Saint Joseph, Michigan. The office phone number is (269) 982-1986. Common Cause will send you a list of the names and email addresses of other people who have signed up for the meeting you are leading shortly.

Specific tasks we are asking of leaders include:

1. Confirm the meeting with the staff at the local office 24 hours before the meeting time.
2. Contact your group before the meeting, and make sure everyone is certain of the time and place.
3. Supply meeting-goers with directions if necessary.
4. Offer to meet with people in front of the office 30 minutes ahead of the scheduled meeting time to assemble the group, make brief introductions, and quickly review the agenda. (Make sure you tell them how to identify you.)
5. Familiarize yourself with the talking points and research any positions your representative holds on the issue.
6. Deal with any logistics and last minute issues at the meeting.
7. Assign roles to people attending the meeting where appropriate. For example, ask one or two people to take notes, or ask someone to distribute any handouts you have.
8. Be the primary spokesperson at the meeting.

9. Facilitate the agenda and encourage input from meeting-goers, but assure that the discussion does not stray too far.

10. Follow-up: We really want to hear from you!  Let us know how it went and what you learned.  This toolkit has a section on follow-up below that provides some guidance.  Follow-up information should be emailed to kyocum@commoncause.org

### TIPS ON LOBBYING

• Present your views precisely, politely and persuasively.  Start by telling your representative that you want support for your issue, and then give your arguments.

• Allow the representative to ask questions as you go along.  Answer respectfully and thoughtfully with relevant facts and specific information.

• If you do not know the answer to a question, assure the representative that you will find the information and send it as soon as possible.

• Come prepared with a notebook and pen to take notes so that you will remember what was said and what follow-up steps are necessary (or ask someone in your group to take notes).

• Listen intently to what the representative says.  Be careful not to automatically tune-out or get discouraged if you hear criticism in the representative's questions or comments.  Instead, use the questions as a barometer of his/her concerns about the issue and as an opportunity to further clarify your position.

• End the meeting by thanking the representative for talking with you and for considering your concerns.  Confirm that you will send any additional information that you have volunteered to find.

### SAMPLE MEETING AGENDA

### I. Welcome and Introductions

Briefly introduce yourself and explain that this constituent meeting is being organized by Common Cause and the Media & Democracy Coalition to discuss the telecommunications legislation that is being considered by the House Commerce Committee and media ownership issues.  Be very brief.  Allow each participant in the meeting to introduce himself/herself and say where he/she is from.

### II. Position on Telecommunications Reform

a. The 1996 Telecommunications Act failed to serve the public, and did not deliver on its promise of more competition, more diversity, lower prices and more jobs, as industry interests promised.

Instead, the public got more media concentration (especially in radio), less diversity, and higher prices.

b. Industry interests are once again lobbying hard for more deregulation in telecom. Since 1997, eight of the country's largest and most powerful media and telecommunications companies, their corporate parents and three of their trade groups have spent more than $400 million on political contributions and lobbying in Washington.

c. This time around, it's critical that the public has a seat at the table, so that we can have telecom legislation that supports a diversity of viewpoints and affordable access to information for all citizens.

III. **Specific Telecom Issues of Concern**

a. <u>Internet Freedom/Network Neutrality</u>:  Network neutrality is the principle that you should be able to access any web content you choose, or use any Internet applications you choose (such as instant messenger, Internet telephone/VoIP, or video players), or plug any device into the network you choose (such as a wireless access point or game controller) without restrictions or limitations imposed by your Internet service provider.  Some companies that sell high-speed Internet access say they should be allowed to let some websites run better or faster than others, if those websites are willing to pay them a fee.  They also advocate a "tiered" Internet—a fast lane for those who will pay, and a slow lane for everyone else.  We believe the Internet should remain a free and open medium, and that innovative web content or services shouldn't be held hostage by big business.

b. <u>Consumer Protection</u>:  Currently, states deal with consumer complaints about local cable and telecom companies – and they have an excellent track record of protecting consumers and enforcing their rights.  But we're concerned that new telecom legislation will take those powers away from the states and give them to an inside-the-Beltway federal agency.  We believe that local problems deserve local solutions – not one-size-fits-all answers from the Federal Communications Commission.  This is especially true of unanticipated problems that develop with new technologies—we need a flexible, local response to novel consumer issues.

c. Telecom reform is a huge topic, dealing with many issues like broadband, video services, franchising rights, universal service, etc.  There is some information available on the Common Cause website if you'd like to read up on those issues – but for this meeting, it's important to <u>keep the conversation focused</u> on network neutrality and consumer protection.

IV. **Position on Media Ownership**

In 2003, more than two million Americans told the Federal Communications Commission (FCC) that they did not want rules that concentrated media ownership in fewer hands.  Citizens need diverse, local and independent media in order to get the information they need to participate in our democracy.  One needs only look at what happened when the radio industry was deregulated: A single corporation now owns more than 1200 local radio stations, and radio is more

commercialized, less competitive and devotes fewer resources to local journalism.  We must not allow the same to happen to our other media outlets.

V. **Group Input**

Invite other members of the group to briefly share their views.

VI. **Summary and Closure**

Briefly summarize your understanding of the representative's opinion on the issues and what he/she intends to do.  Thank the representative for his/her time.

**AFTER THE MEETING**

After the meeting gather the participants and find out what each person thought of the meeting and any impressions they came away with.  This is an important part of the process and many times different people will remember different things.  See if anyone has any suggestions for what could be improved in the meeting process or ideas about what can be done locally to move the issue forward.

**FOLLOW-UP**

Within 24 hours or as soon as possible, write a summary of the meeting.  Try to include: What is the member's position on the network neutrality and consumer protection issues, and why do you think so?  Did the representative share any information about future legislative plans?  If he/she was generally opposed to network neutrality, what reasons did he/she give?  What telecom issue(s) seemed most important to the representative?

We would also appreciate any feedback concerning the meeting dynamics.  Did everyone participate?  Did the meeting stay on track?  How could we make this process more productive?  Please email your summary to Katie at kyocum@commoncause.org.

**THANK YOU!**

## BACKGROUND AND TALKING POINTS ON 2006 TELECOM REFORM
## AND MEDIA OWNERSHIP

Congress will consider new telecommunications legislation in early 2006. The bill will start out in the House Commerce Committee's Subcommittee on Telecommunications and the Internet. Representative Upton is the Chairman of that Subcommittee. The bill has not been formally introduced yet (so there's no bill number), but drafts of the bill have been publicly circulated. Listen carefully to anything Rep. Upton tells you about how he expects the legislation to move through the committee, what issues he believes the bill will or will not address, et cetera.

The Federal Communications Commission is likely to open a proceeding on media ownership this spring. Rep. Upton has called for more deregulation of the media industry, and has said that Congress could act to loosen the media ownership rules even before the FCC completes its proceeding. Any relaxation of the ownership limits would result in less diversity, fewer voices and less local control of our media.

Telecom Act Talking Points:

- The Telecommunications Act of 1996 failed to serve the public and did not deliver on its promise of more competition, more diversity, lower prices, more jobs and a booming economy.
- Instead, the public got more media concentration, less diversity, and higher prices.
    o Cable rates have surged 50 percent, and local phone rates went up more than 20 percent.
    o Study after study has documented that profit-driven media conglomerates are investing less in news and information and that local news in particular is failing to provide viewers with the information they need to participate in their democracy.
- Now, as Congress is preparing to revise the Telecommunications Act of '96, special interests once again are mounting a campaign to get their priorities into law.
- Common Cause and the Media & Democracy Coalition are organizing in communities around the country to affirm the principles put forth in our "Citizens Bill of Media Rights." We support:
    o Giving the public a seat at the table.
    o Media platforms that are affordable to citizens so that they have equal and adequate access to quality information and diverse points of view.
    o Reversing the trends of mega-mergers and consolidation in the media.
    o Minority and community ownership of media outlets.
- In the telecom reform debate, we are particularly concerned about how new legislation will address network neutrality and consumer protection.

Network Neutrality Talking Points:

- Network neutrality is the principle that you should be able to use the Internet as you see fit, without restrictions or limitations imposed by your Internet service provider. With net neutrality, you can

- o  access any lawful web content you choose;
- o  use any Internet applications you choose (such as instant messenger, Internet telephone/VoIP, or video players); or
- o  plug any device you choose into the network (such as a wireless access point or game controller).
- o  For example, if you are shopping for a new appliance online you should be able to shop on any and all websites, not just the ones with whom your provider has a preferred business relationship.  Or if you want to use your high-speed Internet connection to make phone calls, your provider should not be able to impede your ability to do so.
- •  Network neutrality would also prevent Internet providers from being allowed to "double charge" for connecting people to the web.  Some companies have said they should have the right to charge not only their subscribers, but also websites like Google and Yahoo.  Websites that refused to pay, or that couldn't afford to pay, would not work as well.  Critics have compared that to paying to send a package by United Parcel Service, and then giving UPS the right to charge the person who gets the package, too.
- •  To allow Internet providers to charge the way they wish would be collusive, anti-competitive behavior.  It would stifle innovation and thwart competition by allowing only web sites and services that have business dealings with the Internet provider to thrive – while locking entrepreneurs and smaller businesses out of the market, even if they may have a superior product.
- •  These threats to our Internet freedoms are real:
  - o  The *Boston Globe* recently reported: "AT&T Inc. and BellSouth Corp. are lobbying Capitol Hill for the right to create a two-tiered Internet, where the telecom carriers' own Internet services would be transmitted faster and more efficiently than those of their competitors."  Under such a system, if you pay to get in the top tier, your site or your service will have maximum quality of service.  If you don't, you'll be in the slow lane.  We'll have first and second class citizens on the web.
  - o  There have also already been examples of Internet providers blocking access to content, as well as applications that allow you to access your company's network, share files with peers – even send large attachments (like digital photos) in your email.
  - o  Last year, there were complaints that Comcast blocked email messages with "www.afterdowningstreet.org" in the body of the text. AfterDowningStreet.org is a political website opposed to the war in Iraq, and the block occurred at a time when the group was trying to organize events across the country.  Whatever your feelings about the war in Iraq, as Americans we all believe in the right to free speech.
  - o  Also in 2005, the Federal Communications Commission sanctioned a rural telephone company named Madison River Communications for blocking its DSL customers from making phone calls over the Internet.  Vonage and Skype – two companies that sell web-based phone service – say other Internet providers have also tried to block consumers from using their services.
- •  Freedom and openness on the Internet have allowed it to thrive – and are essential to a healthy civic discourse and a healthy democracy.  Access to high-speed, broadband Internet

service is becoming increasingly necessary to participate in modern life. Analysts predict that in the not-too-distant future, all media – television, radio, telephone, movies, video games, web content – will be delivered via the Internet.

- o   We support universal, affordable Internet access so that the public can receive news, education, and government information, and better participate in our democracy and culture.
- o   We support the rights of local governments to offer broadband Internet service to citizens, in the same way they provide electricity, gas and water.

*(For additional information on net neutrality, visit www.commoncause.org/NetNeutrality or www.NetFreedomNow.org)*

Consumer Protection Talking Points:

- Currently, cable companies negotiate local franchise agreements with local governments before they can wire a community.  Telephone companies want to be able to compete with cable, but they say that if they are forced to negotiate franchise agreements with thousands of local governments, competition will be delayed for years.  That argument is valid – but the important point is that any law that brings about national franchising must also protect consumers, be fair to local governments (particularly on franchise fees that are paid by the cable and telephone companies) and protect public, educational and governmental (PEG) channels.  Today, we want to **focus on consumer protection**.
- The latest draft of the telecom act requires the Federal Communications Commission (FCC) to establish and enforce consumer protection rules for cable and video providers.
- State consumer affairs departments currently handle these duties and have an excellent track record.  They are far better equipped to deal with consumer complaints in a timely way than the FCC is. We should keep this system of local solutions to local problems.
- The current draft of the bill is significantly weaker on consumer protection than an earlier draft.  This draft did not contain important consumer protections dealing with billing accuracy, service termination penalties, customer service standards and service outage protections. We believe they should be restored.

Media Ownership Talking Points:

- Rep. Upton has called for relaxation or elimination of radio ownership caps, and elimination of the newspaper-broadcast cross-ownership rule (which prevents a single company from owning both a newspaper and a television station in the same market).
- Some people argue that media ownership rules are outdated in a world with hundreds of cable channels and thousands of news websites.  But those cable and Internet outlets are mostly controlled by the same large corporations that own broadcast television, radio and newspaper outlets. (See "Who Owns What": http://www.cjr.org/tools/owners/)
- A handful of media giants now own most of the major sources of our information: newspapers, television stations, radio stations, and cable systems. The media behemoths are more concerned about pleasing shareholders and increasing profits than serving their respective communities.

- The newspaper-broadcast cross-ownership ban should be upheld. Having a single corporation own both the newspaper and television station deprives a community of important diverse sources of news, information and opinion. Sharing of resources and news staff often dilutes, rather than enhances the quality of news.
- Since relaxation of radio ownership rules, radio has seen increased commercialization, job cuts, homogenization of music and loss of diverse formats. We can't afford further consolidation in this area.

### ADDITIONAL RESOURCES

- Bill of Media Rights
  http://www.citizensmediarights.org/

- What's at Stake in the Telecommunications Act
  http://www.commoncause.org/site/pp.asp?c=dkLNK1MQIwG&b=1265395

- Keep the Internet Free and Open: Facts About Network Neutrality
  http://www.commoncause.org/site/pp.asp?c=dkLNK1MQIwG&b=1234951

- The Fallout From the '96 Telecom Act: Unintended Consequences and Lessons Learned
  http://www.commoncause.org/atf/cf/{FB3C17E2-CDD1-4DF6-92BE-BD4429893665}/FALLOUT_FROM_THE_TELECOMM_ACT_5-9-05.PDF

- Detailed History of the Media Ownership Fight
  http://www.freepress.net/rules/page.php?n=fcc

Ex. __Q__ - 6

**From:**        M. Saman [mohsaman@hotmail.com]
**Sent:**        Wednesday, November 07, 2007 11:10 PM
**To:**          'btalebi@niacouncil.org'
**Subject:**     Political lobbying

Hello Mr. Talebi,

   I was not able to attend your workshop on Oct. 28th, 2007. I am very interested in participating in this cause. Please do notify me whether such a workshop will be held at a later date. I look forward to your favorable reply.

Best Regards,
Mohammad Saman

**Ex.** _Q_ **- 7**

**From:**       MICHAEL AMIN [michaelaminusa@yahoo.com]
**Sent:**       Wednesday, March 05, 2008 3:31 PM
**To:**         'Babak Talebi'
**Subject:**    Re: questions

Hi Babak,

Thank you for your detailed response. regarding  Annual summary report;

The annual report idea is one that we have strongly considered and tried to accomplish the first two years.  The main hang-up has been the substantial staff-time required to produce it.  But we will re-visit this issue again because of the reasons you diliniated.

I have read parts of your annual report and it was good. Exactly because of staff-time requirement I was suggesting a much shorter report that covers the 4 points.
1-major revenue sources , 2-major expenses and out lay 3-Major activities (what did you work on)   4-Major & Minor accomplishments,
 In addition more people will read a 2 to 4 page report than a longer report. Anyway,  I am glad you are considering it.

Finally, will I Automatically become a member once you receive my check or I need to do something else?

Thank you for all your efforts on our behalf.

Regards,
Mahmood Amin


*Babak Talebi <btalebi@niacouncil.org>* wrote:

Mr. Amin,

Sara forwarded me your email and I have included the answers to your questions below.  Please do not hesitate to contact me for any further clarifications.  I also want to thank you for your very thoughtful and insightful questions and suggestions.


Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"


    **From:** MICHAEL AMIN [mailto:]

1

Hi Sara,

Thank you for the info. Mr. Pirnazar is in my cousin office Mark Amin. You may need to send the same info to my accountant as well. I am instructing my accountant to send the check to your attention.

Few questions
what is exactly  501 c3 ?

itâ€™s a part of the IRS tax code that governs how non-partisan non-profit organizations are allowed to function. It governs their tax responsibilities, limitations, and legal framework that they have to adhere to.

Can you do lobbying and to what extend you do?

A 501 c3 organization is allowed to â€œlobbyâ€  with up to 20% of its revenues.  â€œlobbyingâ€  and â€œadvocacyâ€  are differentiated in legal lingo and there is no limit to our â€œadvocacyâ€  work. â€œLobbyingâ€  is loosely defined as opposing or supporting specific legislation (like our opposition to HR 1400), whereas â€œadvocacyâ€  is loosely defined as opposing or supporting broad policy areas (like our opposition to war and sanctions)

Is this donation tax deductible?

All donations to a 501c3 are tax-deductable.  The only portion NOT tax-deductible is portions that pay for services (dinner for example)

How can I have more input in future direction of NIAC (with little time)?

There are a few avenues.
1) We take votes from our members when we are deciding to take broad changes in our mission (ie. Opposing the war, opposing sanctions, engaging in human rights policy issues)  our membersâ€™ votes on these matters decide our direction
2) Our members are encouraged to and can nominate new board members.  But at this point in time, it is only the board of directors that votes on new board members.
3) We are always open to comment, discussion, and criticism from our membership via email, phone, and personal contact.  We have also just launched our blog: www.niacinsight.com in order to have another open line of communication with our members.

Few suggestions for NIAC success.
1-You may wish to more aggressively/effectively promote your denial or countering of  Mr, Daieleslam allegations. you may have a better strategy.  briefly educate me.

We are in the process of deciding how to most effectively respond.  Our point-by-point response was published in April of 2007 (link): http://www.niacouncil.org/index.php?option=com_content&task=view&id=744&Itemid=59

There are two main strategies being employed right now:
1) To continue increasing our reputation through our work by not being distracted by this vocal minority.  Being taken seriously by mainstream American media outlets and policy analysts is the most effective way of marginalizing these attacks.
2) To respond forcefully through legal channels.  Defamation and Libel are illegal in this country. So we are taking a very serious legal stance against those who use base-less attacks on us in public.
3) A third option being contemplated right now is how to effectively respond on the internet and on Farsi-language outlets. Unfortunately almost 90% of the Persian media (specially in SoCal) is owned and operated by pro-monarchist groups. So that limits the media landscape we can effectively utilize.

2-Pouting NIAC tax return and **more importantly  a " yearly summary of  financial info & activities" in a more accessible place in your website. probably under "REPORT" section.** Similar to

your 2003-2004 annual report but can be much shorter ( just including; major revenue sources , major expenses/out lay and major activities and accomplishments).

You are absolutely right on this issue. We have always publicly posted our financial information but maybe we have not produced it prominently enough. Here is a link for you to look at on this issue:
http://www.niacouncil.org/index.php?option=com_content&task=view&id=887&Itemid=59

We are also in the process of producing a â€œ5-yearâ€  report which should be released sometime this summer.

> I think such a yearly summary report would help your overall fund raising and membership. I know it would really encourage me to continue my support next year as well as getting other friends and family to support NIAC.
> bottom line summary that every one wants to know about any such organizations are these four things 1-major revenue sources , 2-major expenses and out lay
> 3-Major activities (what did you work on)   4-Major or Minor accomplishments,
>
> Let me know honestly what is the possibility for such a yearly report.

The annual report idea is one that we have strongly considered and tried to accomplish the first two years.  The main hang-up has been the substantial staff-time required to produce it.  But we will re-visit this issue again because of the reasons you diliniated.

> Regards,
> Mahmood Michael Amin

Thank you Mr. Amin for your very thoughtful responses.  I hope the short answers I provided shed some light on these issues for you.  Please let me know if you would like me to expound on any of these issue aras.

Babak Talebi

> **Sara Shokravi <sshokravi@niacouncil.org> wrote:**
>
> Dear Mr. Amin,
>
> You can click here for our financial information.  At the bottom of the page, there are other links to PDFs of our tax returns from 2002 to 2006.  I am also faxing Mr. Pirnazar our 501c3 information.
>
> I hope this helps.  Please let me know if you need anything else.
>
> Regards,
>
> *Sara Shokravi*
>
> Director of Programming
> National Iranian American Council
> 1411 K Street NW, Suite 600
> Washington, D.C. 20005
> ph: (202) 386-6325
> fax: (202) 386-6409
> sshokravi@niacouncil.org
> www.niacouncil.org
>
> **From:** MICHAEL AMIN [mailto:michaelaminusa@yahoo.com]
> **Sent:** Saturday, March 01, 2008 4:51 AM
> **To:** Sara Shokravi
> **Subject:** Re: NIAC Fundraiser Follow up

Hi Sara,

On Feb 24Th I emailed NIAC via the website contact page with my question. So far I have not heard anything back. May be you can help me with my question.  I was told that a copy of 2006 and prior year  tax returns are on the website. I was not able to find them. Please tell me where I can find the info on your website.

Regards,
Mahmood

*Sara Shokravi <sshokravi@niacouncil.org>* wrote:

Dear Michael,

Thank you for attending our Palos Verdes fundraiser on February 23rd.  Your generous donation of $10,000 is greatly appreciated.  It is with support such as yours that NIAC can continue with its work to help stop a U.S.-Iran War.  Considering the large amount of your donation, I wanted to encourage you to mail us a check to the address below made to my attention rather than using the online payment option through PayPal.

Again, thank you for your support and do not hesitate to contact me should you have any questions.

Regards,

*Sara Shokravi*

Director of Programming
National Iranian American Council
1411 K Street NW, Suite 600
Washington, D.C. 20005
ph: (202) 386-6325
fax: (202) 386-6409
sshokravi@niacouncil.org
www.niacouncil.org

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

4

# Ex. __Q__ - 8

**From:**         Niki Moore [niki.moore@gmail.com]
**Sent:**         Tuesday, July 08, 2008 1:33 PM
**To:**           'Sara Shokravi'
**Cc:**           'Babak Talebi'; 'Badiei, Kaveh'
**Subject:**      Re: NIAC Conference/Workshop

Dear Sara,

Thanks for your email. I'm cc'ing Kaveh Badiei who is the Northern California Chapter President. We will be in contact to learn more about the seminar and the possibility of providing an attorney speaker on the legal issues (e.g. 501c3). As always, it's a pleasure to work with NIAC.

Best,

Niki
Vice President
Iranian American Bar Association


On 7/8/08, **Sara Shokravi** <sshokravi@niacouncil.org> wrote:

Dear Niki,


I was referred to you by Babak who informed me that you are the Northern California chapter president for IABA. I am trying to organize a conference in the Bay area for our members and the community as a whole. The workshop, which I am hoping will take place on September 27th, would be an expansion on the smaller ones that Babak has been conducting across the US and would help us to begin the process of organizing a NIAC lobby day/week in DC.


Part of the agenda includes 'The Legislative Process' where I am hoping to have a few experts to come and speak on the subtopics, which includes: Government 101, Legal Rights, and PACs – 501(c)(3) vs. 401(c)(4). I thought that perhaps with your involvement with IABA you may know individuals who can help us lead the discussion in this session.


I look forward to your response.


Regards,


*Sara Shokravi*

1

Director of Programming

National Iranian American Council

1411 K Street NW, Suite 600

Washington, D.C. 20005

ph: (202) 386-6325

fax: (202) 386-6409

sshokravi@niacouncil.org

www.niacouncil.org

Ex. __Q__ - 9

**From:**     nooshinboloorian@aol.com
**Sent:**     Thursday, March 27, 2008 11:03 AM
**To:**       'btalebi@niacouncil.org'
**Subject:**  Re: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein

Hopefully she is not being financed by Islamic Reublic just like those Democrat lawmakers that were being financed by Saddam and also some Iranian lobbiest who care more for talk with Islamic Republic and have no sympathy for Iranian people being deprived from the basic human rights in Iran. Stop worrying about what is going on in USA and try to help our countrymen and women. Raise your voice against torture, inequality, hunger, poverty, prostitution and injustice towards women, students being done in Iran by it's own government. This should be your duty and job unless your organisation is financed by ...................

-----Original Message-----
From: Babak Talebi <btalebi@niacouncil.org>
To: nooshinboloorian@aol.com <nooshinboloorian@aol.com>
Sent: Thu, 27 Mar 2008 8:09 am
Subject: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein



Dear Nooshin,

Your Senator could be the key to kick-starting the drive for smart US policy on Iran. Senator Dianne Feinstein has in the last few years emerged as a leading voice of reason on Iran. She has recently come out in support of comprehensive talks with Iran in the San Francisco Chronicle and has stressed the need for basic communication between Washington and Tehran on CNN. She has also resisted significant pressure to sign-on to a major new sanctions bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- claiming to represent ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, she needs to know that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran

policy. Please click on the link below and send her a message now! And do not forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,

Babak Talebi
Director of Community Relations
National Iranian American Council



Planning your summer road trip? Check out AOL Travel Guides.

# Ex. Q - 10

**From:** Shabnam Sahandy [ssahandy@niacouncil.org]
**Sent:** Friday, February 15, 2008 11:13 AM
**To:** 'btalebi@niacouncil.org'
**Subject:** RE: Remove from sf

Done

-----Original Message-----
From: Babak Talebi [mailto:btalebi@niacouncil.org]
Sent: Friday, February 15, 2008 11:10 AM
To: Shamie Sahandy
Subject: Remove from sf

Just her email

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Sima T." <hikergirl69@gmail.com>

Date: Fri, 15 Feb 2008 07:35:30
To:"Babak Talebi" <btalebi@niacouncil.org>
Subject: Re: NIAC in LA next Saturday (Feb 23): Civic Participation Workshop


Please kindly remove my name from all future mails and do not provide my
info to other companies? Thank you


On Fri, Feb 15, 2008 at 7:18 AM, Babak Talebi <btalebi@niacouncil.org
<mailto:btalebi@niacouncil.org> > wrote:




Sima,

On Saturday February 23, The National Iranian American Council (NIAC
<http://www.niacouncil.org/laworkshop> ) will be conducting a Civic
Participation Workshop in Los Angeles for the 2008 election cycle titled
"Demystifying Democracy: The Seven Ingredients of Influence."

This workshop held on the campus of UCLA
<http://www.niacouncil.org/laworkshop>  (address below) will train you on
the methods that Iranian-Americans can use to leverage their role as
constituents and citizens to influence elected officials and impact American
policy. (The workshop is open to non-citizens and non-Iranians.)

The purpose of this non-partisan and non-issue-specific workshop will be to:

1

* Educate participants on the different aspects of political influence

Ø        Knowledge of the political system
Ø        Power of effective lobby organizations
Ø        Effective communication with decision makers
Ø        Be an asset to your elected officials
Ø        Leverage your vote and your political donations

* Train participants to frame issues for maximum impact
* Teach participants to write effective letters to be published by
newspapers and magazines

Ø        Influence elected officials through such media
Ø        Take part in a simulation with other workshop participants

* Show participants how to organize meetings with elected officials

Ø        Setting up a meeting
Ø        Maximizing your impact
Ø        Avoiding pitfalls
Ø        Long term influence

* Train volunteers to conduct voter registration and Get Out The Vote (GOTV)
efforts in California


Date: Saturday, February 23
Time: 9:30 am to 4:00pm
Location:          UCLA LaKretz Hall, Room 120
619 Charles E. Young Dr. East
Light lunch and refreshments will be provided

To attend, you must pre-register <http://www.niacouncil.org/laworkshop>

Register at www.niacouncil.org/laworkshop
<http://www.niacouncil.org/laworkshop>  www.niacouncil.org/BostonWorkshop
<http://www.niacouncil.org/BostonWorkshop>

$10 for NIAC members, students, and members of co-sponsoring organizations
$20 for non-members

Contact Babak Talebi <mailto:btalebi@niacouncil.org>  in our DC office or
our Portland coordinator, Combiz Abdolrahimi
<mailto:%5bcombiz.richard.abdolrahimi@gmail.com%5d> , if you have any
questions.  We look forward to seeing you at the workshop in February!

PS. Please forward this email and the attached flyer to your friends,
family, and contacts and encourage them to attend with you.

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
"Promoting Iranian American Participation In American Civic Life"

--
When the power of love overcomes the love of power, the world will know
peace. - Jimi Hendrix

Ex. __Q__ - 11

**From:**   Shervin Boloorian [sboloorian@niacouncil.org]
**Sent:**   Thursday, April 12, 2007 12:20 PM
**To:**     'Trita Parsi'
**Cc:**     'Babak talebi'
**Subject:** Amnesty Meeting Notes 04/11

Babak is preparing notes on the strategy meeting held yesterday.

Shervin

Amnesty International notes

Participants
Niki Akhavan, Human Rights Watch
Sanam Anderlini, consultant
Shervin Boloorian, National Iranian American Council
Hadi Ghaemi, Human Rights Watch, (via phone)
T Kumar, Amnesty International
Genevieve Lynch, The Kenbe Foundation, (via phone)
Carah Ong, Center for Arms Control and Nonproliferation
Ramesh Sepehrrad, George Mason University
Sam Rizk, Forum for Development, Culture and Dialogue
Ahmed Younis, former director, Muslim Public Affairs Council

The goal of the discussion was to find ways for the human rights
community
to help prevent a war with Iran (and promote constructive action).

Carah gave an overview of Capitol Hill activity. Sanam noted that the
IRanian diaspora needs to be more involved and has not weighed in
enough.
Hadi commented on human rights developments within Iran. Shervin
defended
the IA community and discussed the sensitivity of getting organizations
involved and the difficulty of mobilizing the community. Also urged the
roundtable members to find ways of not allowing the neocons to hijack
the human rights discussion as a justification for conflict or sanctions
on Iran (as was the case with Iraq and Afghanistan).

HAdi noted that certain groups being funded by the state dept are covers
for
regime change and that we need to be careful.  Many groups misrepresent
themselves as wanting to improve human rights and democracy in Iran.
The crack down on the women's movement in the name of national security
is unprecedented and a signal that the govt is stepping up its
crackdowns on reformers.

Ahmed Younis noted the need to shift information and perceptions and
bring in Richard Land and Stephen Heinz from the evangelical community
and have
them reach out to their constituency. He also stated that the real issue
is taking on the question of Israel and the power of the Jewish lobby
and those in the mainstream Christian movement need to know that AIPAC
is representative of no more than 20 percent of the Jewish American

1

population.

Zahir discussed prior Amnesty actions and the proposed drafting a letter
to explain why US actions are weakening the democratization effort in
Iran. Hill briefings were also agreed upon.

Genevieve talked about the need for Iranian voices to come forward and
that other journalists and activists are sharing the same message but
are being ignored because they don't speak English and they don't have
the means of sharing their voices effectively. She encouraged Iranians
and IA spokespersons to develop a common message and to receive media
training so they can go out in the public and share their views on the
topic of Iranian
human rights.


Shervin called for a series of documents with authority and credibility
to be used by Hill staff and challenge the perceptions on capitol Hill
about how human rights in Iran are viewed. These documents can be
released at the briefings, circulated on the Hill, and delivered at
press conferences.

Trita noted that NIAC would be sponsoring a conference on the Hill in
June and wanted collaboration with Human rights organizations to discuss
human rights nuances and realities in Iran, as well as exploring the
ethnic/separatist question.

Zahir recommended a series of issue briefs that would explore different
topics concerning iran human rights;

1) regime change question
2) human rights in the context of what the US can do
3) Israel and Iran

Although all organizations may not be in agreement on all points, there
was unanimous agreement on the need to question current perceptions
about Iran and human rights on the Hill. These would be brief policy
documents that would be geared toward
informing staff members.

Attention shifted to ways in which we can deal with state dept's
financing
of prodemocracy groups:

In terms of the $66 million appropriated for prodemocracy activities,
most of the money has been allocated to VOA and other broadcasting
services. Nikki said that Radio Farda has been under pressure to make
its programming more regime change friendly making the politicization of
how we treat Iran very obvious.

Shervin and Carah discussed the effort to bring this issue to the
attention of Congressional members without success. Babak suggested
looking at possible friends in the Senate and Shervin suggested that a
new approach that focuses on the standards and selection processes that
are used to award grantees could draw scrutiny to the program without
jeopardizing organizations involved.

The group agreed to meet once every few weeks and to develop a strategy to
bring the message to Congress that Iran humanrights cannot be used as an
excuse for regime change.

*******************

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail
messages attached to it may contain proprietary confidential information that is legally
privileged.  If you are not the intended recipient or a person responsible for delivering it
to the intended recipient you are hereby notified that any disclosure copying distribution or
use of any of the information contained in or attached to this message is prohibited.  If you
have received this transmission in error please immediately destroy the original transmission
and its attachments without reading them or saving them to any medium.

Ex. __Q__ - 12

| From: | Trita Parsi [tparsi@niacouncil.org] |
|---|---|
| Sent: | Saturday, November 03, 2007 11:00 AM |
| To: | 'Sean Jazayeri'; 'reza.firouzbakht@accenture.com'; 'aminpour@comcast.net'; 'zzandi@comcast.net'; 'algarman@comcast.net' |
| Cc: | 'Babak Talebi' |
| Subject: | RE: Fundraiser goal and agenda |

Friends:

Thanks for all the great work you have done! You are amazing!

Re fundraising, we have to keep in mind that the aim is solely to raise funds. As a result, we need to create an atmosphere where the full focus of the crowd is centered around the CAUSE and what NIAC does to in regards to the cause.

Other speakers etc are most welcome to talk – but after the fundraising has been done.

So I would suggest that immediately after the initial intro, we let Darcy speak for 15-20 minutes about what she would do to prevent war.
This is critical since she is a candidate that may replace a somewhat pro-war incumbent.

After that, I should speak and discuss in greater detail the risk of war as well as what NIAC is doing to prevent it – and why we need more funds.

Immediately after this, the fundraiser should take place and take whatever time it needs.

Once Sean and Reza close the fundraiser, that's when we should invite Negin, Nassim, the dancer and others – and dinner. Followed by closing remarks.

Let me know your thoughts.


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Sean Jazayeri [mailto:seanja@hotmail.com]
**Sent:** Saturday, November 03, 2007 11:11 AM
**To:** reza.firouzbakht@accenture.com; aminpour@comcast.net; zzandi@comcast.net; tparsi@niacouncil.org; algarman@comcast.net
**Cc:** Trita Parsi; 'Babak Talebi'
**Subject:** RE: Fundraiser goal and agenda

Hi, we have conversation last night and two issues were brought up

1

- We showed the agenda to Trita. Based on his experience on fund raisers, he thinks we need to make drastic changes. He will send a follow up message on that
- I do not know that we have made it clear to people that the fundraiser's intent is to go beyond the $100 per person. I don't think we have asked people to bring their check books. We think an email like the one below should go out, ideally sent by the hosts

"I am excited to announce that Darcy Burner, is coming to our event, and will be addressing us about her views on then attack on Iran. In addition, I am thrilled to inform you that we already have commitments to have $15k donated to NIAC. We would love to raise that to $25k by the end of the evening. Please, if you are in a position to make additional donations, bring your check books and generosity"

---

**From:** reza.firouzbakht@accenture.com [mailto:reza.firouzbakht@accenture.com]
**Sent:** Thursday, November 01, 2007 6:38 PM
**To:** seanja@hotmail.com; aminpour@comcast.net; zzandi@comcast.net; tparsi@niacouncil.org; algarman@comcast.net
**Subject:** RE: Fundraiser goal and agenda

Al, Thanks for the offer. I'm heading to Kinko's now, but I'll let you know if I run into any issues and if I need help tomorrow.

The $19K is within our own group. ($5.5K from ticket sales, $5K sean, $5K aminpours, $2.5K reza and leyla, $1K kata Naficy). $40K is reasonable as long as we believe at least 5-6 people on the list would give $2.5K and up.

Here's the revised agenda based on my call with Aminpours a few minutes ago:

```
Start at 7:30pm
7-7:30p                    Guests arrive, cocktail and hors-d-oeuvre
7:30-7:35 (5 mins)         Welcome (Mohammad and Zohreh)
7:35-7:40 (5 mins)         Reza thank Aminpour's for hosting, briefly describe local
                           NIAC activities/accomplishments, thank Babak/Trita and the
                           NIAC team (sean, al, Julia, mehdi, and aminpours)...
                           introduce Negin
7:40-7:50 (10 mins)        Negin Almassi - Local activities of IACA and the need for
                           participation young Iranian Americans in their community.
7:50-7:55 (2 min)          Reza to introduce Trita
7:55-8:15pm (20 mins)      Trita Parsi - What is NIAC?  urgency of political
participation. Why now?  What NIAC will do with funds.
8:15-8:45 (30 mins)        Sean to MC fundraising / Reza to assist (write on the board
and collect checks etc.
                              •  Ask for donations
                              •  When the giving seems to have slowed down, Sean to
                                 ask Arash to make a statement about new generation,
                                 the value of community and family involvement.
                                 Pledge their time and request their parents to make
                                 donations.
                              •  Prior to finishing - ask if anyone would like to take
                                 the 'top box' by matching the total collected
9:00-9:30pm (30 mins)      Dinner Served
9:30-10:00pm (30 mins)     Performance by Emiko
10:00-10:30pm (30 mins)    Nassim Aseffi - The importance of community
10:30pm                    Closing Remarks  Zohreh Zandi
```

We can keep thinking and refining the agenda. Let's also get Trita's input when he gets here.

Reza

---

**From:** Sean Jazayeri [mailto:seanja@hotmail.com]
**Sent:** Thursday, November 01, 2007 6:16 PM
**To:** Firouzbakht, Reza; aminpour@comcast.net; zzandi@comcast.net; tparsi@niacouncil.org; algarman@comcast.net
**Subject:** RE: Fundraiser goal and agenda

If we have $19K that is already pledged, then you are asking if we can college $21 from about 30 people?  Average of $700?  I hope so

Who has pledged so far ?  $19K is pretty damn good.  Is this all within our own group? ☹

---

**From:** reza.firouzbakht@accenture.com [mailto:reza.firouzbakht@accenture.com]
**Sent:** Thursday, November 01, 2007 5:30 PM
**To:** aminpour@comcast.net; zzandi@comcast.net; seanja@hotmail.com; tparsi@niacouncil.org; algarman@comcast.net
**Subject:** RE: Fundraiser goal and agenda

Do you really think we can get to $40K?  We estimated $25K including the $19 that is already pledged.  You guys know this crowd much better than I do.  I'm totally ok with deferring to your judgment.

On the agenda, I think 45mins is too long for Trita.  If it were a lecture, then yes, but I'm concerned we'd lose people because they'll get bored or hungry.  I agree with Sean on Negin.   The topic doesn't really fit with this audience since there aren't many young people there.  If Negin and Arash make a brief statement during the fundraising, it makes the same point.  It's a stronger finish if we end with Nassim Aseffi.

We can keep discussing the agenda, there is still time, but we do need agreement on the fundraising board because I need to go to Kinko's soon.

---

**From:** Mohammad Aminpour [mailto:aminpour@comcast.net]
**Sent:** Thursday, November 01, 2007 5:15 PM
**To:** Firouzbakht, Reza; zzandi@comcast.net; seanja@hotmail.com; tparsi@niacouncil.org; algarman@comcast.net
**Subject:** RE: Fundraiser goal and agenda

Reza Jaan,
We think the paste of the agenda that you have is too fast and not achievable. It is Saturday night and people have more patience.
We think all the people are here to see and hear Trita. He should give a 45 minute talk and not 15, otherwise everybody will be disappointed.
Here is our suggested agenda. Everyone, please give your input ASAP. If we can keep this pace we have done well.

Zohreh will talk with Nassim tonight to find out more info about her talk and to emphasize to her that we want to have a positive theme.

```
Start at 7:30pm
7:30-7:35 (5 mins)      Welcome (Mohammad and Zohreh)
7:35-7:40 (5 mins)      Reza thank Aminpour's, discuss urgency and need for local
                        participation, thank Babak/Trita and the NIAC team…..
                        introduce Trita
7:40-8:25pm  (45 mins)      Trita Parsi - Urgency of political participation.  Why
now?  What NIAC will do with funds.
8:25-9:00pm  (35 mins)      Sean/Reza to MC fundraising (Sean, let's coordinate
who's doing what)

                        • Arash and Negin to make a statement about new
                          generation, the value of community and family
                          involvement.  Pledge their time and request their
                          parents to make donations (Arash and Negin 5 minutes
                          total)
```

3

```
                                    •  Ask for donations
9:00-9:30pm  (30 mins)      Dinner Served
9:30-10:00pm  (30 mins)      Performance by Emiko
10:00-10:20pm  (20 mins)    Nassim Aseffi - The importance of community
10:20-10:30pm (10 mins)     Negin - The need for young Iranian American involvement
in their community
10:30pm Closing Remarks   Zohreh Zandi
```

As for the fundraising, we think we should set our goal at $40K as we already have secured about $19K, so if we set our goal at $25K there is not much left for the other 30 or so parties who will be at the event. And we cannot reach our goal it will be O.K. But I think we will be close.
Here is our suggestions: Have three $5,000, four $2,500, seven $1,000, seven or eight $500, and eight $250, and at the bottom leave four or five boxes (instead of two) for whoever wants to donate whatever.


Mohammad & Zohreh.



-----Original Message-----
**From:** reza.firouzbakht@accenture.com [mailto:reza.firouzbakht@accenture.com]
**Sent:** Thursday, November 01, 2007 4:04 PM
**To:** zzandi@comcast.net; seanja@hotmail.com; aminpour@comcast.net; tparsi@niacouncil.org; algarman@comcast.net
**Subject:** Fundraiser goal and agenda

```
- I'm hearing let's skip the meeting with the crazies.  Is that our decision?

- Could someone tell me the times and radio stations (frequency) for Trita's
interviews tomorrow?

- I created the attached fundraiser board that I'd like to get enlarged at
Kinko's.  Please take a look and let me know if it seems reasonable.  (I know it
doesn't add up to $25K but I wanted to have more options for people to give.)

- AGENDA:  I'll create a final draft tonight.  Zohreh jun, if you recall, we
decided that before dinner we're going to stress the urgent and dire situation
we're in and after-dinner topics will be more positive and uplifting.  Do you know
the topic of Negin's talk?  Have you had a chance to let Nassim Aseffi know about
the positive theme so she has a chance to prep?

Also, I increased the pace of the agenda.  It's going to be very difficult to get
people to pay attention for 3 hours on a Friday night.  If we end up going over in
certain parts, it's ok.

Here's the updated draft.  I'll clean it up and make it nice, but let me know if
you have any final changes.


Start at 7:30pm
7:30-7:35 (5 mins)        Welcome (Mohammad and Zohreh)
7:35-7:45 (10 mins)       Reza thank Aminpour's, discuss urgency and need for local
                          participation, thank Babak/Trita and the NIAC team…..
                          introduce Trita
7:45-8pm  (15 mins)       Trita Parsi - Urgency of political participation.  Why
now?  What NIAC will do with funds.
8-8:30pm  (30 mins)       Sean/Reza to MC fundraising (Sean, let's coordinate who's
doing what)
                                    •  Arash and AJ to make a statement about new
                                       generation, the value of community and family
```

4

involvement.  **Pledge their time and request their
parents to make donations**
  • **Ask for donations**

| | | |
|---|---|---|
| 8:30-9pm  (30 mins) | **Dinner Served** | |
| 9-9:15pm  (15 mins) | **Performance by Emiko** | |
| 9:15-9:30pm  (15 mins) | **Nassim Aseffi – The importance of community** | |
| 9:30-9:45pm  (15 mins) | **Negin – Topic TBD** | |
| 9:45pm Closing Remarks | **Zohreh Zandi** | |

Don't forget to look at the attachment.  The only time I have to go to Kinko's is
this evening so please let me know before 7pm if you have any changes.

Thanks,
Reza

P.S.  I always pictured Al as MacGyver.  Thank you for all your efforts Al.  You
come through every time.


-----Original Message-----
From: Zohreh Zandi [mailto:zzandi@comcast.net]
Sent: Thursday, November 01, 2007 1:39 PM
To: 'Sean Jazayeri'; 'Mohammad Aminpour'; 'Trita Parsi'; algarman@comcast.net;
Firouzbakht, Reza
Subject: RE: Who is Trita Parsi? Who is NIAC?

My friends:
We would never be able to convince this idiotic group of any logic. Their
goal is to stall us and take our positive energy away. My suggestion is to
concentrate on our coming programs and a week or two from now have a few
hours workshop within our group to plan for our next move and communication
with others. We definitely need Trita's direction.

Reza jun,
If you have time please send me an agenda for our fundraiser program to hand
it to our guests. You already have a draft. Please add: a performance by
Emiko at 9:30, Nassim at 10:00, and Negin (IACA) at 10:30 and closing at
11:00. I am also planning to provide name tags.

Have you decided to give a 2 to 3 minutes talk to Mr. Tony Ravani to express
his opposition to any military attack on Iran? Since I know there will be
many guests who will be surprised seeing him here with us. Sean was going to
talk with Tony.

Arash arranged for the sound system (Speaker and microphone). What we need
is podium and a stand. Could anybody help with this? Mohammad and I don't
have time since we are rearranging all furniture in our house since we are
estimating to have well over 60 at fundraiser.

Thank you all,
Zohreh

-----Original Message-----
From: Sean Jazayeri [mailto:seanja@hotmail.com]
Sent: Thursday, November 01, 2007 10:45 AM
To: 'Mohammad Aminpour'; 'Trita Parsi'; algarman@comcast.net;
reza.firouzbakht@accenture.com
Cc: 'Zohreh Zandi'
Subject: RE: Who is Trita Parsi? Who is NIAC?

I offered a meeting to Khorram and some of the more logical members of his gang, and have not heard back.

I would not all recommend a meeting with some the truly idiotic members of that group.

One of them sent me proof that NIAC is connected with IRI. His proof was a picture of a mullah from IRI with a guy who started a group called IAC.

When I asked what IAC has to with NIAC, he said they are all the same

-----Original Message-----
From: Mohammad Aminpour [mailto:aminpour@comcast.net]
Sent: Thursday, November 01, 2007 10:30 AM
To: 'Sean Jazayeri'; 'Trita Parsi'; algarman@comcast.net;
reza.firouzbakht@accenture.com
Cc: 'Zohreh Zandi'
Subject: RE: Who is Trita Parsi? Who is NIAC?

I agree that we should not have a meeting for just one person. Who are the ones being cc'd? Would they be interested in a meeting? Also, if we are going to have a meeting of this sort, do we want to invite the guys you were exchanging emails with the other day as well, I mean Khorram and Co? They are of the same fabric.

And about Nohl's suggestion to meet with Jeri and Yaffa, she sent an email a few days ago, saying that she could not work out a meeting for now but we (perhaps just the Seattle gang) can have a meeting with them later on or maybe if Jeri and or Yaffa are in D.C., they could meet with the D.C. gang.


Mohammad.


-----Original Message-----
From: Sean Jazayeri [mailto:seanja@hotmail.com]
Sent: Thursday, November 01, 2007 9:53 AM
To: 'Trita Parsi'; algarman@comcast.net; reza.firouzbakht@accenture.com
Cc: 'Dr. Mohammad Aminpour'; 'Zohreh Zandi'
Subject: RE: Who is Trita Parsi? Who is NIAC?

A couple of clarifications;

This thread was started by one of the crazies sending an email to the Microsoft Alias for Iranians.

He/she received two replies, both of them telling him to go to hell.

Only one person out of the Microsoft group has responded to Reza, stating
that he wants to meet, and I do not know that person. He is a contractor at
MS not an employee

In my opinion, we should not arrange a meeting just for one person.

If we do choose to have a meeting, we should have it in Seattle, not the eastside, to avoid the bridge traffic.

Lastly, whatever happened to the friendly Jewish group that Noel

suggested
Trita meet with?  If they are available and interested, we should have
that
meeting on Friday afternoon.

-----Original Message-----
From: Trita Parsi [mailto:tparsi@niacouncil.org]
Sent: Thursday, November 01, 2007 5:25 AM
To: algarman@comcast.net; reza.firouzbakht@accenture.com
Cc: 'Dr. Mohammad Aminpour'; 'Sean Jazayeri'; 'Zohreh Zandi'
Subject: RE: Who is Trita Parsi? Who is NIAC?

I would recommend doing the event with the crazies far away from any of
our
other events. We don't want them to be physically near our next
appointment



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

-----Original Message-----
From: Al Garman [mailto:algarman@comcast.net]
Sent: Thursday, November 01, 2007 8:22 AM
To: reza.firouzbakht@accenture.com; NIAC President Trita Parsi
Cc: Dr. Mohammad Aminpour; Sean Jazayeri; Zohreh Zandi
Subject: Re: Who is Trita Parsi? Who is NIAC?

Bellevue library, Newport Way library, banquet room at NHSTC (club in my
neighborhood). I will check their availability. We can also check
Seattle
public library and that one is walking distance to Town Hall.
Al Garman

(425) 445-0371

This message is intended only for the use of the person(s) to whom it is
addressed. It may contain information that is privileged and/or private.
If
you are not the intended recipient, please contact the sender
immediately
and delete the original.



-----Original Message-----
From: <reza.firouzbakht@accenture.com>

Date: Thu, 1 Nov 2007 03:05:35
To:<tparsi@niacouncil.org>

7

Cc:<aminpour@comcast.net>, <seanja@hotmail.com>, <zzandi@comcast.net>,
<algarman@comcast.net>
Subject: RE: Who is Trita Parsi? Who is NIAC?


The only real break in your itinerary is Friday afternoon.  We could do
something at 4 or 5pm.  BTW, Mariam is a senior attorney at Microsoft.
She litigates anti-trust cases in the U.S.  Her weighing in on this is
tremendously helpful in winning over the Microsoft crew.

Mohammad, Sean, Al, Zohreh, Any ideas on where we could gather for this?
It's a bit short notice, but even if a few skeptics come, they will
spread the word.


-----Original Message-----
From: Trita Parsi [mailto:tparsi@niacouncil.org]
Sent: Wednesday, October 31, 2007 9:33 PM
To: Firouzbakht, Reza
Cc: aminpour@comcast.net; seanja@hotmail.com; zzandi@comcast.net;
algarman@comcast.net
Subject: RE: Who is Trita Parsi? Who is NIAC?

I'd be happy to deal with it head on in a completely separate event,
separate from speaking engagements and fundraisers.

The one obvious condition, of course, is that I won't debate anything
with
anyone who doesn't reveal his or her real name.



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org


-----Original Message-----
From: reza.firouzbakht@accenture.com
[mailto:reza.firouzbakht@accenture.com]

Sent: Thursday, November 01, 2007 12:17 AM
To: tparsi@niacouncil.org
Cc: aminpour@comcast.net; seanja@hotmail.com; zzandi@comcast.net;
algarman@comcast.net
Subject: FW: Who is Trita Parsi? Who is NIAC?

Trita,
Read the thred below...Would you be open to a 1 hour Q&A prior to your
book
reading to address the skeptics?  Let's deal with it head-on while
you're
here.
Thanks,

8

Reza


-----Original Message-----
From: Mariam Naini [mailto:mariamn@microsoft.com]
Sent: Wed 10/31/2007 10:15 PM
To: Firouzbakht, Reza; smartiranian@yahoo.com; niushaf@hotmail.com;
seanja@hotmail.com; DAC Persian at Microsoft
Subject: RE: Who is Trita Parsi? Who is NIAC?

thank you Reza for the below offer.

I think it is important also to note that NIAC is subject to the laws of
the
United States and if it were in fact a lobbying arm of the Iranian
government, the Bush administration/federal government could easily
dismantle it and, at a minimum, take away its 501(c)(3) non-profit
status
(which has not happened).  . .notably, they are a non-profit
organization
and not a registered Political Action Committee (PAC), which is what
they
would legally need to be inorder to lobby in DC.

It is unfortunate that during these uncertain times, there are some who
would prefer that Iranian-Americans  remain divided and disengaged;
rather
than supporting a coming together of our community so that we can learn
how
best we each, as U.S. citizens, can engage meaningfully with the
American
political system on issues that effect us as Iranian Americans living in
the
United States.

_____

From: reza.firouzbakht@accenture.com [reza.firouzbakht@accenture.com]
Sent: Wednesday, October 31, 2007 5:39 PM
To: smartiranian@yahoo.com; niushaf@hotmail.com; seanja@hotmail.com; DAC
Persian at Microsoft
Subject: RE: Who is Trita Parsi? Who is NIAC?



This is a healthy question to raise and one that I know Trita would
gladly
address.  Having read this material before, I personally question the
motivations of the author much more so than the motivations of NIAC.  It
is
very easy for anyone to fabricate an elaborate tale and post it to a
site
that has no editorial review whatsoever.  No mainstream journalist would
touch this story because it is pure fabrication.  Think about how many
groups would have strong incentive to discredit an Iranian-American
organization that is actually having an impact in Washington: AIPAC,
MKO,
neocons, monarchists and perhaps others.

Rather than speaking on Trita's behalf, it is best to allow him to speak for
himself.  He will be in-town this weekend.  If this group is inclined, we
would be happy to arrange a meeting between him and a small group to openly
air these concerns/questions.


Best regards,

Reza


_____

From: Roshangari R [mailto:smartiranian@yahoo.com]
Sent: Wednesday, October 31, 2007 5:18 PM
To: niushaf@hotmail.com; Firouzbakht, Reza; seanja@hotmail.com;
dacpers@microsoft.com
Subject: Who is Trita Parsi? Who is NIAC?


If you have not already, please check out the following articles. According
to them, Mr. Parsi and NIAC are organizations that work to for the interests
of the Islamic Repubic in the United States. All the claims in these
articles are supported by citations and relevant evidence, in case you do
not believe them:


http://www.iranianlobby.com/index.php?lang=fa&page=articles&mode=view&guest=
0&ID=17

http://www.marzeporgohar.org/index.php?l=1&cat=20&scat=&artid=1213


If you ever happen to meet Mr. Parsi, please ask him to address the
allegations made in this article. Ask him about his real agenda. See if he
can convince you that he is not indeed a professional lobbyist working for
the Tehran regime. YOU HAVE THE PERFECT RIGHT TO KNOW THE ANSWERS TO THESE
QUESTIONS BEFORE SPONSORING NIAC OR MAKING ANY DONATIONS TO THIS
ORGANIZATION.


_____

Do You Yahoo!?

Ex. __Q__ - 13

| | |
|---|---|
| **From:** | Trita Parsi [tparsi@niacouncil.org] |
| **Sent:** | Wednesday, July 25, 2007 4:57 PM |
| **To:** | 'Trita Parsi'; 'Emily Blout'; 'Shabnam Sahandy' |
| **Cc:** | 'btalebi@niacouncil.org' |
| **Subject:** | updated list |
| **Attachments:** | HR RSVP July 25.xls |

*****************

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail messages attached to it may contain proprietary confidential information that is legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient you are hereby notified that any disclosure copying distribution or use of any of the information contained in or attached to this message is prohibited. If you have received this transmission in error please immediately destroy the original transmission and its attachments without reading them or saving them to any medium.

| # | First Name | Last Name | Title | Organization | Phone | Email | Guest Type |
|---|---|---|---|---|---|---|---|
| 1 | | | Congressman | Congressman Kingston | | | Lawmaker |
| 2 | | | Congresswoma | United States House of Represent | | | Lawmaker |
| 3 | | | Senator | U.S. Senate | | | Lawmaker |
| 4 | | | U.S. Affairs Edit | CNN | | | Media |
| 5 | | | U.S. Affairs Proc | CNN | | | Media |
| 6 | | | Journalist | Mother Jones (National Journal, W | | | Media |
| 7 | | | Associate Direct | CNN | | | Media |
| 8 | | | South Asia Anal | EIR Services Inc. | | | Media |
| 9 | | | DC Correspond | Executive Intelligence Review | | | Media |
| 10 | | | | IHT/The Daily Star | | | Media |
| 11 | | | Reporter | Radio Farda | | | Media |
| 12 | | | Senior Advisor | Voice of America | | | Media |
| 13 | | | | Washington Prism | | | Media |
| 14 | | | Dr. | RAI | | | Media |
| 15 | | | Diplomatic Corr | NPR | | | Media |
| 16 | | | Mr. | BBC World Service | | | Media |
| 17 | | | | Executive Intelligence Review | | | Media |
| 18 | | | | Executive Intelligence Review | | | Media |
| 19 | | | Correspondent | BBC World Service | | | Media |
| 20 | | | staff correspon | National Journal | | | Media |
| 21 | | | | Voice of America | | | Media |
| 22 | | | Senior Policy As | Democracy Coalition Project | | | NIAC |
| 23 | | | Treasurer | NIAC | | | NIAC |
| 24 | | | | NIAC | | | NIAC |
| 25 | | | | NIAC | | | NIAC |
| 26 | | | | NIAC | | | NIAC |
| 27 | | | | NIAC | | | NIAC |
| 28 | | | Iran Policy Anal | Center for Arms Control and Nonp | | | Policy |
| 29 | | | Senior Policy An | Open Society Institute | | | Policy |
| 30 | | | | Open Society Institute | | | Policy |
| 31 | | | | Mennonite Central Committee | | | Policy |
| 32 | | | Ms. | Johns Hopkins and Amnesty Intern | | | Policy |
| 33 | | | Director | Peace and Security Initiative (PSI) | | | Policy |
| 34 | | | Intern | Human Rights Watch | | | Policy |
| 35 | | | Counsellor (Poli | Embassy of Canada | | | Policy |
| 36 | | | | Mercatus Center | | | Policy |
| 37 | | | Human Rights C | Bahai's of the U.S. | | | Policy |
| 38 | | | Legal Analyst | The Protection Project | | | Policy |
| 39 | | | Special Assistan | National Endowment for Democra | | | Policy |
| 40 | | | Ms. | The Protection Project/SAIS | | | Policy |
| 41 | | | Director of Lega | The Protection Project/SAIS | | | Policy |
| 42 | | | Deputy Director | National Cathedral | | | Policy |
| 43 | | | Director | Center for Global Justice and Reco | | | Policy |
| 44 | | | | USAID | | | Policy |
| 45 | | | Congressional L | NED | | | Policy |
| 46 | | | Director | USA Engage | | | Policy |
| 47 | | | | American Conservative Defense A | | | Policy |
| 48 | | | | Fellowship of Reconciliation | | | Policy |
| 49 | | | | Fellowship of Reconciliation | | | Policy |
| 50 | | | Program Directo | United Methodist General Board o | | | Policy |
| 51 | | | Director | CVF | | | Policy |
| 52 | | | Program Manag | Search for Common Ground | | | Policy |
| 53 | | | Education & Cul | Embassy of Eritrea | | | Policy |
| 54 | | | Senior Director | PFC Energy | | | Policy |
| 55 | | | | | | | Policy |
| 56 | | | | | | | Policy |



| # | Title | Organization / Position | Category |
|---|---|---|---|
| 57 | | Senior Associate C&O Resources, Inc. | Policy |
| 58 | | Research Assist The Brookings Institution | Policy |
| 59 | | GOP Associates | Policy |
| 60 | | Asst. Director of Law Library of Congress, Directora | Policy |
| 61 | | | Policy |
| 62 | | PFCenergy | Policy |
| 63 | | Director of Gow The Episcopal Church | Policy |
| 64 | | Austrian Trade Commission | Policy |
| 65 | | Administrative UAE Embassy | Policy |
| 66 | | Common Cause | Policy |
| 67 | | Professional Solutions | Policy |
| 68 | | | Policy |
| 69 | | Maryknoll Office for Global Conce | Policy |
| 70 | | Legislative Assis Project on Middle East Democracy | Policy |
| 71 | | Associate   Project on Middle East Democracy | Policy |
| 72 | | Research Specia Congressional Research Services | Policy |
| 73 | | Research Specia Congressional Research Services | Policy |
| 74 | | World Bank | Policy |
| 75 | | | Private |
| 76 | | Director of PAC Capitol Advantage | Private |
| 77 | M.D. | | Private |
| 78 | | | Private |
| 79 | Dr. | Consultant | Private |
| 80 | | | Private |
| 81 | Dr. | CAOCL | Private |
| 82 | | | Private |
| 83 | | | Private |
| 84 | | | Private |
| 85 | Dr. | | Private |
| 86 | | | Private |
| 87 | | | Private |
| 88 | | | Private |
| 89 | | | Private |
| 90 | Ms. | Jawaharlal Nehru University | Private |
| 91 | Student | | Private |
| 92 | | | Private |
| 93 | Professor | George Mason University | Private |
| 94 | | | Private |
| 95 | | | Private |
| 96 | | | Private |
| 97 | | | Private |
| 98 | Ms. | | Private |
| 99 | | | Private |
| 100 | | | Private |
| 101 | | | Private |
| 102 | | | Private |
| 103 | | | Private |
| 104 | | | Private |
| 105 | | | Private |
| 106 | | | Private |
| 107 | | | Private |
| 108 | | Georgetown University (Edmund J. | Private |
| 109 | | Policy Officer, Ir IIP, Dept of State | Staff |
| 110 | | | Staff |
| 111 | | Congressman Payne's Office | Staff |
| 112 | | Congressman Payne's Office | Staff |
| 113 | | | Staff |



| # | Title | Name | Role |
|---|---|---|---|
| 114 | Legislative Assis | Rep. Raúl M. Grijalva | Staff |
| 115 | | Congressman Jim Costa | Staff |
| 116 | | Rep. Jim McDermott | Staff |
| 117 | Dr. | Congressman Henry Waxman | Staff |
| 118 | Intern | Senator Jim Bunning (R-KY) | Staff |
| 119 | | Rep. Costa | Staff |
| 120 | | | Staff |
| 121 | Legislative Assit | Rep. Xavier Becerra | Staff |
| 122 | | | Staff |
| 123 | | Rep. David Wu | Staff |
| 124 | Intern | USHR-Cmte on Energy and Comm | Staff |
| 125 | Legislative Assis | Congresswoman Zoe Lofgren | Staff |
| 126 | Military Legislat | Congressman Kingston | Staff |
| 127 | | Congressman Ciro D. Rodriguez | Staff |
| 128 | | Congressman Ciro D. Rodriguez | Staff |
| 129 | Staff Assistant | Congressman J. Randy Forbes | Staff |
| 130 | | House Committee on Foreign Affa | Staff |
| 131 | Legislative Fello | Rep. Patrick Murphy | Staff |
| 132 | Clerk | Committee on Oversight and Gove | Staff |
| 133 | | Subcommittee on National Securi | Staff |
| 134 | Committee Staf | Subcommittee on National Securi | Staff |
| 135 | Charles B. Rang | Congressman Gregory Meeks | Staff |
| 136 | | | Staff |
| 137 | Fellow | House Committee on Homeland S | Staff |
| 138 | Charles B. Rang | Congressman Jose E. Serrano | Staff |
| 139 | Fellow | House Subcommittee on the Midd | Staff |
| 140 | Ms. | Rep. Hare | Staff |
| 141 | Intern on Agric. | Rep. Terry | Staff |
| 142 | Democratic Prof | Democratic Professional Staff Me | Staff |
| 143 | Professional Sta | SSCI | Staff |
| 144 | Legislative Corr | Senator Craig | Staff |
| 145 | | | Staff |
| 146 | LC | Senator Lieberman | Staff |
| 147 | Foreign Policy L | Senator Byrd | Staff |
| 148 | | Senator Dorgan | Staff |
| 149 | | Senator Dorgan | Staff |
| 150 | Ms. | Senator Dole | Staff |
| 151 | Mr. | Senator Dole | Staff |
| 152 | | | |
| 153 | | | |
| 154 | | | |
| 155 | | | |
| 156 | | | |

Ex. __Q__ - 14

**From:**     Trita Parsi [tparsi@niacouncil.org]
**Sent:**     Wednesday, July 02, 2008 8:16 AM
**To:**       'eblout@niacouncil.org'; 'Patrick Disney'; 'btalebi@niacouncil.org'
**Subject:**  VERY IMPORTANT

Emily - see Franks response to one of our letters. We should make sure he either eliminates Section 3 or gets off of the bill

tp

-----Original Message-----
From: carol coakley [mailto:coakley50@earthlink.net]
Sent: Wednesday, July 02, 2008 9:02 AM
To: Trita Parsi
Subject: RE:Ooops- Frank's response


July 2, 2008


Ms. Carol Coakley
50 Bridge Street
Millis, Massachusetts 02054

Dear Ms. Coakley:

I thank you for contacting me about language in the resolution
regarding Iran that calls for a blockade of its naval activity.  I agree
that this should not be our policy, and I regret the fact that I did not
read this resolution more carefully.  I'm going to consult with the
authors to see if a change can be made that would omit this
language, and if they are unwilling to do that, I will make very
clear my disagreement with this in the most appropriate form.  I
am grateful to those who called this to my attention.  I apologize
again for not having read this more carefully.

I do support sanctions against Iran and I disagree with those who
think that sanctions are inappropriate.  I believe that sanctions
appropriately done can have an impact on the behavior of countries
whose behavior ought to be changed.  The fact that our European
allies, and even Russia and China, have agreed with us on the
sanctions I think is a testimony to the legitimacy of this approach.
But I repeat that I do think we should have a very clear distinction
between sanctions and military action or the threat of it, and the
blockade clearly falls on the wrong side of that line, so I will be
making clear my opposition to that.



BARNEY FRANK

BF/JN

1

-----Original Message-----
>From: Trita Parsi <tparsi@jhu.edu>
>Sent: Jul 2, 2008 8:59 AM
>To: 'carol coakley' <coakley50@earthlink.net>
>Subject: RE: The alternative to an Israeli attack on Iran-Barney backs off
>
>Would love to see the response!
>
>-----Original Message-----
>From: carol coakley [mailto:coakley50@earthlink.net]
>Sent: Wednesday, July 02, 2008 8:17 AM
>To: Trita Parsi
>Subject: Re: The alternative to an Israeli attack on Iran-Barney backs off
>
>I thought you would be interested in Congressman Frank's recent response to an email I sent him.
>I am not sure exactly what "language" he is referring to as I don't think I saved a copy of my email to him.  It is the first time in 20 years I've heard him admit a mistake...
>Thanks for your writings.  I believe I sent a copy of one of your articles to his aide...
>Carol Coakley
>Millis, MA
>
>

Coal is the most polluting of all fossil fuels and the largest single source of $CO_2$ in the world. Currently, one-third of all carbon dioxide emissions come from burning coal.

Ex. __Q__ - 15

**From:**       Abtin Assadi [abtin@celeros.com]
**Sent:**       Tuesday, May 13, 2008 12:02 PM
**To:**         'Babak Talebi'; 'Nilou Nouri'; 'Arash Alavi'
**Cc:**         'Sara Shokravi'
**Subject:**    RE: NIAC workshop in SF - coming up this weekend


Thanks Babak jAn,

We are very excited about the 2008 election cycle and the grant to run new programs.

I'll be happy to distribute the workshop information to my lists.

Best of luck to you, Sara and the rest of NIAC team, we follow your progress with great interest.

Regards,

Abtin Assadi
Celeros Corp.
abtin@celeros.com
www.celeros.com
650-216-7900 x 121
650-649-2917 fax

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Tuesday, May 13, 2008 3:13 AM
**To:** abtin@celeros.com; 'Nilou Nouri'; 'Arash Alavi'
**Cc:** 'Sara Shokravi'
**Subject:** NIAC workshop in SF - coming up this weekend

Abtin, Nilou, and Arash…

First, congratulations on the Parsa grant – you all must be very excited to put that energy and effort into work this election season.

I also wanted to let you all know that the workshop/presentation we started chatting about a few months back is coming to fruition this weekend.  Sara (our new west-coast coordinator) and I will be in SF on Friday and Saturday and we have several events planned… I wanted to fill you in on them and find out if you would be able to help promote them and hopefully also attend if you have not made other plans yet.

The Presentation/Workshop is very exciting – it's geared towards professionals who WANT to learn more about being effective and efficient in their activism.  I hope some of your Iranian American colleagues and friends are able to attend and take advantage of the opportunity.

Below, I have included an email that you can forward to your contact list, and it also includes some more details about the event (and meet-and-greet type dinners) we have planned for Friday and Saturday.  Please do give me or Sara a call if you have any questions or have any suggestions for reaching out to others.

Babak



I wanted to invite you to a NIAC event nearby, and to ask you to forward this email to your friends or family that might appreciate learning these skills.

On **Saturday, May 17 at 11:00am**, Sara Shokravi (our new west-coast coordinator) and I are coming to San Francisco to conduct an interactive presentation on the politics of individual influence. The presentation, titled: *"Demystifying Democracy: The Seven Ingredients of Influence"* will provide the attendees with practical training on how to directly influence US policy in an effective and efficient manner.

Iranian-Americans have succeeded in all elements of American life, from business, to medicine, to the technology sector even carrying their success to space. One area we as a community have not excelled in is the political arena.

<u>**Registration is required for this event**</u>
<u>$20 registration fee can be paid online ($10 discount for NIAC members)</u>
<u>Light lunch will be served at 11:00 am and presentation will begin at 12:00 noon sharp</u>
<u>Location: South Bay (address will be e-mailed to registered attendees)</u>

This interactive presentation is geared towards busy, informed, and interested Iranian American professionals who want to make effective and efficient use of the time they invest in activism. We will provide the attendees with specific skills that they can use in their daily lives to pursue their personal political interests (Be it healthcare, technology, tax, or foreign policy).

(The workshop is open to non-citizens and non-Iranians.)
The purpose of this <u>non-partisan</u> and <u>non-issue-specific</u> workshop will be to:

- Educate participants on the different aspects of political influence
  - Knowledge of the political system
  - Power of effective lobby organizations
  - Effective communication with decision makers
  - Be an asset to your elected officials
  - Leverage your vote and your political donations
- Train participants to frame issues for maximum impact
- Teach participants to write effective letters to be published by newspapers and magazines
  - Influence elected officials through such media
  - Take part in a simulation with other workshop participants
- Show participants how to organize meetings with elected officials
  - Setting up a meeting
  - Maximizing your impact
  - Avoiding pitfalls
  - Long term influence

<u>**To register go to the following address:**</u>
<u>**www.niacouncil.org/sf_workshop**</u>

P.S. Sara and I will also be meeting with some local Iranian Americans for two informal "get to know NIAC" dinners. If you have friends who have questions about NIAC, or if you would like to join us for good conversation and good company, email or call myself or Sara (sshokravi@niacouncil.org or 202-386-6324).

Friday night, about 10-15 of us will be in San Jose, and Saturday night we will have dinner in downtown San Francisco itself.

Regards,

Babak Talebi
Director of Community Relations
btalebi@niacouncil.org
(202) 460-5680 Cell

# Ex. _Q_ - 16

| | |
|---|---|
| **From:** | Ali Ganji [ali_ganji@hotmail.com] |
| **Sent:** | Thursday, March 27, 2008 11:18 AM |
| **To:** | 'Babak Talebi' |
| **Subject:** | RE: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein |

No offense Babak but Diane Feinstein is one of the most racist senators we have. She has done everything against Iran and Iranian-Americans like myself. She is against bringing Iranian college students here to America over helping Iran.

Date: Thu, 27 Mar 2008 15:10:39 +0000
From: btalebi@niacouncil.org
To: ali_ganji@hotmail.com
Subject: IMMEDIATE ACTION NEEDED: Send an email to Senator Feinstein



Dear Ali,

Your Senator <u>could be the key</u> to kick-starting the drive for smart US policy on Iran. Senator Dianne Feinstein has in the last few years emerged as a leading voice of reason on Iran. She has recently <u>come out in support</u> of comprehensive talks with Iran in the San Francisco Chronicle and has stressed the need for basic communication between Washington and Tehran on CNN. She has also resisted significant pressure to sign-on to a major new sanctions bill in Congress.

But right now, front groups for the Mujahedine-e Kalq -- <u>claiming to represent</u> ALL Iranian Americans in California -- are pressuring the Senator to cease her constructive efforts against war. They are pressuring her to concede to the paralysis of sanctions and rhetoric that has consumed many US policymakers on Iran.

Senator Feinstein is in a position of significant power in the Senate, with the potential to reframe the debate and take the lead on crafting a smart policy on Iran for the next administration. But to continue her leadership, <u>she needs to know</u> that Iranian Americans support her initiative.

If the Iranian-American community fails to show her the support she deserves, we may lose her as a critical voice against war with Iran.

Show the Senator your support for her leadership towards a better Iran policy. Please click on the link below and send her a message now! And do not forget to **encourage your friends and family** to do the same.

http://capwiz.com/niacouncil/issues/alert/?alertid=11187816

Sincerely,

Babak Talebi

1

Director of Community Relations
National Iranian American Council



In a rush? Get real-time answers with Windows Live Messenger.