# EXHIBIT V

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** new-iran-policy-coordinating-committee@googlegroups.com
**Date:** 02/06/2009 04:47 PM
**Subject:** Hill event postponed

All,

You may remember we've been planning to hold a happy hour reception on the Hill tentatively scheduled for Feb. 11. As I've said before, this is our opportunity to reintroduce ourselves to the new Congress as the strongest collective voice on Capitol Hill supporting the President's plan for a new approach to Iran. That being said, we only get one chance to make a first impression, and we need to put our strongest foot forward.

Unfortunately, it has taken longer than expected for a few groups to join the Campaign formally and publicly. We've been told by J Street, Americans for Peace Now, and USA*Engage that they are completely supportive of our mission and our objectives, and that they want to become full coalition members. All three are currently going through their institutions' procedures to formally join up, but we're waiting for an official decision. They've all been extremely helpful with their private participation in our work, so I'd like to wait until we can publicly include them in the coalition before holding the event.

I strongly hope that we can finish this process soon, so this is just a temporary delay. I'll keep you all updated as things develop further. Thanks,

-patrick

PS I've also been in touch with the US Chamber of Commerce, the National Association of State Retirement Administrators (NASRA), and a few other groups who are very concerned about the UANI divestment push (of which I think we should all be wary), and we're in conversations about bringing them in as well.

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

--~--~---------~--~----~--------------~-------~--~----~
You received this message because you are subscribed to the Google Groups "New Iran Policy Coordinating Committee" group.
To post to this group, send email to new-iran-policy-coordinating-committee@googlegroups.com
To unsubscribe from this group, send email to new-iran-policy-coordinating-committee+unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/new-iran-policy-coordinating-committee...
--~----------~----~----~----~------~----~------~--~---

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** IranPWG@yahoogroups.com
**Date:** 02/09/2009 09:50 AM
**Subject:** [IranPWG] Pickering, Luers, Walsh letter in NYT

RECENT ACTIVITY
Visit Your Group

Y! Messenger

Group get-together

Host a free online

conference on IM.

Yahoo! Groups

Dogs Owners Group

Join Do More For
Dogs

pet community

Get in Shape

on Yahoo! Groups

Find a buddy

and lose weight.

To the Editor:

Stephen Rademaker ("Talk to Iran. Then What?," Op-Ed, Feb. 2) says that it is not enough for the Obama administration to talk to Iran. It must have something to say. We agree.

He is also correct that the American policy of zero enrichment has failed and will continue to fail, putting the United States and Iran on a collision course.

We have proposed that Iran's enrichment program be transferred to multinational ownership and operation (see the Feb. 12, 2009, and March 20, 2008, issues of The New York Review of Books).

Mr. Rademaker does not offer a proposal, but asserts that ours will lead regional governments to want multilateral enrichment. Given the current credit crunch and economic costs, they are unlikely to do so. (Similar efforts failed in the past despite more favorable and urgent conditions.)

Successful negotiation must begin with a realistic proposal. Mr. Rademaker does not offer one. We do.

William Luers
Thomas R. Pickering
Jim Walsh
New York, Feb. 4, 2009

The writers are, respectively, president of the United Nations Association of the United States of America; a former under secretary of state for political affairs; and a research associate in the M.I.T. Security Studies Program.

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

Messages in this topic (1)    Reply (via web post) | Start a new topic

Messages | Files | Photos | Links | Database | Polls | Members | Calendar
MARKETPLACE

From kitchen basics to easy recipes - join the Group from Kraft Foods

YAHOO! GROUPS

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

**From:** Carah Ong <cong@armscontrolcenter.org>
**To:** 'Trita Parsi' <tparsi@niacouncil.org>, 'Emily L Blout' <eblout@niacouncil.org>, 'Mike Amitay' <mamitay@osi-dc.org>, 'David Culp'
<david@fcnl.org>, 'Michael D. Ostrolenk' <michaeldostrolenk@gmail.com>
**Date:** 06/18/2008 05:16 PM
**Subject: RE: Recent developments with the coalition/campaign: lunch this Friday**

I'm still not available until the 26th.

Carah

_____

**From:** Trita Parsi [mailto:tparsi@niacouncil.org]
**Sent:** Wednesday, June 18, 2008 5:13 PM
**To:** 'Carah Ong'; 'Michael D. Ostrolenk'; 'Mike Amitay'; 'Emily L Blout'; 'David Culp'
**Subject:** RE: Recent developments with the coalition/campaign: lunch this Friday

Will be in Houston on the 26th. If not lunch, perhaps coffee. The sooner the better



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
Web: www.niacouncil.org

**From:** Carah Ong [mailto:cong@armscontrolcenter.org]
**Sent:** Wednesday, June 18, 2008 5:12 PM
**To:** 'Michael D. Ostrolenk'; 'Mike Amitay'; 'Emily L Blout'; 'David Culp'
**Cc:** 'Trita Parsi'
**Subject:** RE: Recent developments with the coalition/campaign: lunch this Friday

I am not available on Friday. The next time I will be available for lunch is next Thursday, June 26.

David has not been involved in the Campaign. Jim Fine has been FCNL's representative to the Campaign, so I suggest if you are looking for someone from FCNL to join he be invited.

Thanks,

Carah

_____

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Wednesday, June 18, 2008 5:09 PM
**To:** 'Michael D. Ostrolenk'; Mike Amitay; Carah Ong; 'David Culp'
**Cc:** Trita Parsi
**Subject:** Recent developments with the coalition/campaign: lunch this Friday

Mike, Michael, Carah, and David,

Trita and I wanted to get together with you for lunch to discuss recent developments with the coalition and NIAC's role in the campaign. I suggest meeting this Friday at 1:30 at Bangkok One (1409 K Street). It will take an hour, if not less, but we would like to do it sooner, rather than later.

Please let me know if you are available. If this time does not work, let me know if you are available next Friday at the same time.

Thanks,
Emily

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** 'Carah Ong' <cong@armscontrolcenter.org>
**Date:** 10/24/2008 03:08 PM
**Subject:** Hi Carah

Hi Carah,

How are you?  I hope your recovery is going well and that you're enjoying being back at school.  (To be honest, I'm kind of jealous--I'd like to go back to school some time...)

I'm not sure if you've spoken with Mike Amitay, but he approached me after a coalition meeting awhile ago to discuss the possibility that I might take over as coordinator of the Campaign.  We've had extensive conversations about it, and everyone thinks it could be a good fit, so we're hoping to receive a grant any day now from OSI and get started.

First of all, I know how much work you've put into this coalition, building it from the ground up, and I want to say how valuable I think your work has been for all of us.  I also want you to know that, despite whatever disagreements there may have been in the past, I think the coalition is terribly important for the work that we're all doing, and has great potential to really shape significant policies on Iran.  So I know that yours are big shoes to fill; but I am optimistic about next year.  I think we have a great opportunity with a potential Obama administration, and I'm looking forward to helping out in this new role.  And it would mean a lot to me if I had your blessing as well.

I'm planning to sit down with all the core individuals who have been active within the group in the coming 2 weeks, but before I do that, I'd love to be able to discuss with you some of your thoughts.  I have dozens of questions I'd like to ask you, and would appreciate any advice you could give.  How is your schedule Monday?  Let me know when you have a free half hour, and I'll give you a call.

Thanks, and all the best.

-patrick

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1658
www.NIACouncil.org

Thank you, Babak!

All the best,

Carah

---

**From:** IranLegislativeStrategy@yahoogroups.com [mailto:IranLegislativeStrategy@yahoogroups.com] **On Behalf Of** Babak Talebi
**Sent:** Tuesday, October 16, 2007 3:48 PM
**To:** Carah Ong; IranLegislativeStrategy@yahoogroups.com
**Subject:** RE: [IranLegislativeStrategy] does anyone know the US Iran Alliance?

Hi Carah,

We know a few of the individuals who are signatories to that ad. They are a group of concerned Iranian-Americans, some of whom are former monarchists. Their positions seem very similar to ours except two small indicators in the text – one about being in agreement with containment (ie sanctions) and the second about support for "dissidents" which we fear may translate into Iranian Chalabi's rather then effective support for pro-democracy and pro-civil society forces. Other then those points, I thought it was a pretty good ad.

Overall though, from what I know and found out, the organization is more of a group of individuals then a membership-based group.

FYI – if you notice they explicitly use the official IRI flag in their site rather then the 'lion and sword' emblem which is an indicator in-and-of-itself. I tried contacting them today but it seems the number has not been transferred to their name because another company answered.


Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"


-----Original Message-----
**From:** IranLegislativeStrategy@yahoogroups.com [mailto:IranLegislativeStrategy@yahoogroups.com] **On Behalf Of** Carah Ong
**Sent:** Tuesday, October 16, 2007 3:26 PM
**To:** IranLegislativeStrategy@yahoogroups.com
**Subject:** [IranLegislativeStrategy] does anyone know the US Iran Alliance?

The US Iran alliance ran an ad today in Roll Call (also posted on their website at: http://www.usiranalliance.com/) entitled "Unintended Consequences of U.S. War with Iran." Has anyone heard of this group before or know any of the

groups involved? They call themselves an alliance of Iranian expatriates, U.S. citizens and concerned scientists.

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC 20002
Tel: (202) 546-0795 ext. 122
Fax: (202) 546-5142
Email: cong@armscontrolcenter.org
www.armscontrolcenter.org
http://irannuclearwatch.blogspot.com

Messages in this topic (0) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
YAHOO! GROUPS
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe
Recent Activity
New          1
Members
Visit Your Group
Yahoo! News

Odd News

You won't believe

it, but it's true

Yahoo! Groups

Your one stop

for beauty & fashion

tips and advice.

HDTV Support

on Yahoo! Groups

Help with Samsung

HDTVs and devices

From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: Babak Talebi <btalebi@niacouncil.org>
Date: 03/31/2008 04:45 PM
Subject: RE: REMINDER: NEXT IRAN CAMPAIGN MEETING IS APRIL 3, 2008

i sent everyone an individual invitation from google groups in february before i went to iran. i will generate a new invite for you.

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC 20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org
http://irannuclearwatch.blogspot.com
www.newiranpolicy.org

---

From: Babak Talebi [mailto:btalebi@niacouncil.org]
Sent: Mon 3/31/2008 4:39 PM
To: Carah Ong
Subject: RE: REMINDER: NEXT IRAN CAMPAIGN MEETING IS APRIL 3, 2008

Am I on the google group email?  I cant seem to figure out how to add myself.

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"


-----Original Message-----
From: Carah Ong [mailto:cong@armscontrolcenter.org]
Sent: Monday, March 31, 2008 3:13 PM
To: undisclosed-recipients:
Subject: REMINDER: NEXT IRAN CAMPAIGN MEETING IS APRIL 3, 2008
Importance: High

Dear Colleagues,

This is a reminder that our next **Campaign for a New American Policy on Iran** meeting will take place on **Thursday, April 3, 2008 from 9:30 am to 11:00 am**. This meeting will be held at the Center for Arms Control and Nonproliferation (322 Fourth Street NE, Washington, DC

20002).  Bagels and coffee will be provided

Below and attached is a DRAFT agenda and reminder of our next steps from the previous meeting. Please let us know if you have any questions or suggestions. The call-in information for those not in Washington, DC is:
1-712-580-8020, code 405471#.

Thank you for all your continued efforts. We look forward to seeing you at the meeting on **Thursday, April 3**!


Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org
http://irannuclearwatch.blogspot.com
www.newiranpolicy.org

## CAMPAIGN FOR A NEW AMERICAN POLICY ON IRAN
## STRATEGIC PLANNING MEETING
## AGENDA
### Thursday, April 3, 2008




## WELCOME AND INTRODUCTIONS




## ONLINE CAMPAIGN AND COMMUNICATION TOOLS
- Update on website
- Campaign Email Communications

## CAMPAIGN LAUNCH
- Follow-up from Next Steps agreed to at March 20 meeting
- Next steps

## LEGISLATIVE STRATEGY
- Update on Iran Legislative Strategy.

## PUBLIC EDUCATION & OUTREACH
- Update on Outreach efforts
- Next steps for outreach

## CLOSING AND NEXT STEPS
- Confirm next steps for individual organizations and a timeline for action.
- Set next meeting date.

From: eblout <eblout@niacouncil.org>
To: IranPWG@yahoogroups.com
Date: 09/26/2008 09:57 AM
Subject: [IranPWG] Dems bury resolution due to war fears- a note

FYI:

We are not happy with the angle the reporter took on this story. The pitch we made was along the lines of "grassroots groups beat back Golieth." Perhaps he did not dare to say AIPAC had been defeated. We had also encouraged the reporter to contact other groups and feel it was unduly focused on the "Iranian-American" lobbying. We will continue to make an effort to publicize the story- with the right angle.
Thanks,
Emily Blout

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
YAHOO! GROUPS

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

Visit Your Group
Check out the

Y! Groups blog

Stay up to speed

on all things Groups!

Best of Y! Groups

Discover groups

that are the best

of their class.

Real Food Group

Share recipes,

restaurant ratings

and favorite meals.

increasing U.S. export controls on countries that are
directly involved in trans-shipment or illegal diversion of sensitive
technologies to Iran.
• Requiring the Administration to report all foreign
investments of $20 million or more made in Iran's energy sector and to
determine whether each such investment qualifies as sanctionable under
the Iran Sanctions Act.

The legislation reaffirms our nation's commitment to
multilateral diplomacy to increase pressure on Iran to give up its
nuclear weapons program, and explicitly states that nothing in the Act
authorizes the use of force against Iran. I have attached a summary
of the bill.

Please contact David Beraka at david.beraka@mail.house.gov to
cosponsor this legislation.

I urge you to support this important measure.


Sincerely,


HOWARD L. BERMAN

Chairman


Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
YAHOO! GROUPS
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to
Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

From: Patrick Disney <PDisney@niacouncil.org>
To: 'Michael D. Ostrolenk' <michaeldostrolenk@gmail.com>, IranPWG@yahoogroups.com
Date: 10/07/2008 10:52 AM
Subject: RE: [IranPWG] Iran's Secret Bargain With Bush? by Salemeh Nemat

This has been an oft-repeated chorus from many of the Gulf sheikhdoms.  Their fear that the United States and Iran will strike a grand bargain is not completely unfounded--American foreign policy has consistently turned to regional hegemons to maintain order and stability in our stead.  If the US were to wholly embrace Iran as its regional surrogate, it would hurt the Gulf countries economically, politically, commercially, and strategically.

That being said, I don't think the US and Iran have made any sort of "secret grand bargain" at all.  At the very least, I think this author misinterprets Elliott Abrams' intentions with regard to Iran--don't expect him to be the savior of US-Iran relations.

Interestingly, it wouldn't be the best idea to pursue an instantaneous 180 degree shift on Iran, where the US would embrace Iran as a close ally in the region to preserve some balance of power.  Rather, we should set up a regional framework that simply includes Iran in a role compatible with its importance to the region.  This is precisely what Iran wants: recognition.

It can't go without saying, though, that this will also require some alliance management--making sure we don't move too fast and simply flip the region on its head.

-p

Visit Your Group
Y! Messenger

Group get-together

Host a free online

conference on IM.

Everyday Wellness

on Yahoo! Groups

Find groups that will

help you stay fit.

Real Food Group

Share recipes

and favorite meals

w/ Real Food lovers.

-----Original Message-----
From: IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com] On Behalf Of Michael D. Ostrolenk
Sent: Tuesday, October 07, 2008 8:42 AM
To: IranPWG@yahoogroups.com
Subject: [IranPWG] Iran's Secret Bargain With Bush? by Salemeh Nemat

Dear IRANWG,

What are your thoughts on this article?

Michael

Iran's Secret Bargain With Bush?

by Salemeh Nematt

http://www.thedailybeast.com/blogs-and-stories/2008-10-07/iranrsquos-secret-bargain-with-bush/

--------------------------------------

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/IranPWG/

<*> Your email settings:
    Individual Email | Traditional

<*> To change settings online go to:
    http://groups.yahoo.com/group/IranPWG/join
    (Yahoo! ID required)

<*> To change settings via email:
    mailto:IranPWG-digest@yahoogroups.com
    mailto:IranPWG-fullfeatured@yahoogroups.com

<*> To unsubscribe from this group, send an email to:
    IranPWG-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:

From: PDisney@niacouncil.org
To: New Iran Policy Coordinating Committee <new-iran-policy-coordinating-committee@googlegroups.com>
Date: 11/07/2008 02:14 PM
Subject: CNAPI meeting this Wednesday, 12:30 at OSI

Hello all,

This is a reminder that the first post-election meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, November 12, 2008 from 12:30 pm to 2:00 pm.  The meeting will be hosted by the Open Society Institute (1120 19th Street NW 8th Floor)

In this, a natural transition period, I thought it would be helpful for us as a group to take a step back, evaluate the work we've done so far, and make whatever adjustments are necessary for the coming months.  With luck, we will no longer have to focus the majority of our efforts on preventing a US-Iran war, and instead can begin to focus on making a positive impact on the national agenda.  What that impact will entail, and how we will pursue it, are for us to discuss as a whole.  Therefore, I strongly urge you to attend Wednesday's meeting, either in person or over the phone, so your voice will be included in this important conversation regarding our future efforts.

The call-in information for those not in Washington, DC is:
1-866-847-6821, code 023310#.

Please RSVP to me by close of business on Tuesday if you will attend this meeting.

Tentative Agenda:
1) Brief update on relevant developments and member initiatives
2) Vision and Mission--who are we and what do we stand for?
3) Setting the new agenda
4) Campaign goals

I'm looking forward to seeing you at the meeting on Wednesday, November 12!

Thanks,

-Patrick Disney


_____
Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org


---------------------------------------------------
You received this message because you are subscribed to the Google Groups "New Iran Policy Coordinating Committee" group.
To post to this group, send email to new-iran-policy-coordinating-committee@googlegroups.com
To unsubscribe from this group, send email to new-iran-policy-coordinating-committee+unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/new-iran-policy-coordinating-committee?hl=en
---------------------------------------------------

From: patrickdisney <rpdisney@niacouncil.org>
To: IranLegislativeStrategy@yahoogroups.com
Date: 10/03/2008 03:53 PM
Subject: [IranLegislativeStrategy] Congressman Scott calls for broad review of exports to Iran

davidscott.house.gov

**Scott**
**Contact:** Ashley Tanks 770-210-5073

**Congressman Scott Calls For A Broad Review of Exports to Iran**

Washington, Sep 30 -

Yesterday, Representative David Scott (D-GA) and Foreign Affairs Committee Chairman Howard Berman called for a Government Accountability Office (GAO) investigation into the alarming growth of U.S. exports to Iran. The GAO study was requested in response to an Associated Press (AP) report earlier this year stating that U.S. exports to Iran – including cigarettes, cosmetics, perfume, fur clothing, musical instruments and possibly weapons –grew more than tenfold during the Bush Administration.

"The lax oversight of exports during this administration is cause for much concern. It calls into question the procedures of approving exports to Iran," stated Rep. Scott. "While it is necessary that we assist the Iranian people with humanitarian goods, such as medicine and food, we must be clear that it is in our national security interest that we enforce prohibitions on certain exports to Iran and that we ensure that exemptions to U.S. trade sanctions are not being abused.

Rep. David Scott is Vice Chairman of the House Subcommittee on Terrorism, Nonproliferation and Trade.

For your convenience, a copy of the request letter sent to the Government Accountability Office is attached.

### ###

Visit Your Group
Yahoo! News

Kevin Sites

Get coverage of

world crises.

Yahoo! Groups

Join a program

to help you find

balance in your life.

Yahoo! Groups

Discover healthy

living groups and

live a full life.

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
YAHOO! GROUPS
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

From: patrickdisney <PDisney@niacouncil.org>
To: IranLegislativeStrategy@yahoogroups.com
Date: 10/14/2008 02:02 PM
Subject: [IranLegislativeStrategy] Divestment as next big challenge

All,

In reflecting on the end of the session, and in preparation for the coming year with a new President and a new Congress, I thought I would share just a few things with y'all in the hopes I could get your thoughts on the matter.

Now that 362 has been defeated (at least in its current form), what do we expect will be the next big thing in Congress?  Obviously, in the event of a lame duck session, we'll have to worry about the Senate taking up the Dodd sanctions package.  But after that, when the next Congress and President are sworn in, what will be priority number one?

If Obama wins, it's unlikely he'll push for sanctions the way we're used to seeing.  His plan for diplomatic engagement will need our support and encouragement, which I'm certain he'll get.  But it's also very likely that he'll try to balance his approach to Iran by pushing for divestment in Congress.  (After all, he was the original sponsor of the Senate divestment bill).  There is already a huge movement for divestment in place, with 18 states having passed divestment bills, and another 19 or so pending, yet hardly anyone (policymakers or the public) understands Iran divestment's shortcomings and dangers.  This could be problematic for a number of reasons.

Divestment would seriously undermine diplomacy, both vis-à-vis Iran, and our allies.  Despite it being politically expedient, pushing for divestment in Congress sends entirely the wrong signal to Iran just as we're trying to sit down with them, in exactly the same way sanctions do.  Plus, divestment punishes key allies at the same time we're seeking unanimity and unity on the Iranian question--asking our allies to join us while beating their biggest companies over the head.  In essence, it would put the US out in the cold at exactly the moment we're finally looking to come inside.

Divestment won't be good for anyone--not US diplomats, not businesses, not the next administration, not Iranians.

If McCain wins, it's very likely that little will really change with regard to Iran, so we're in a pretty good position to handle things.  So I for one am concerned about divestment legislation in the coming year.  NIAC is talking with organizations such as USA *Engage and others to begin strategizing on how to handle this, but I would love to open this up to y'all to hear your opinions.
Thoughts?
-patrick

*Patrick Disney*
*Assistant Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington DC, 20005*

*Tel: 202.386.6325*
*Direct: 202.379.1638*
*www.NIACouncil.org*

Visit Your Group
Yahoo! News

Get it all here

Breaking news to

entertainment news

Featured Y! Groups

and category pages.

There is something

for everyone.

Yahoo! Groups

Join people over 40

who are finding ways

to stay in shape.

From: NIAC <niacnews@niacouncil.org>
To: cond@armscontrolcenter.org
Date: 11/03/2008 11:00 AM
Subject: Nov. 4 - Get Out the Vote!



## National Iranian American Council

**November 3, 2008**
www.niacouncil.org

### Election Day Tomorrow - Get Out the Vote!

As you know, tomorrow is Election Day. We at NIAC would like to extend to you this friendly reminder to cast your vote in this important election.



Don't know where to go to vote? Click here to find your polling location. Not sure if you're registered? Click here to find out. Questions about what you'll need to bring with you? Click here for answers.

Your choice matters, so please, take this opportunity to speak up, knowing with certainty that your voice will be heard.

To find out what time the polls close in your area, click here.
**Remember: If you are in line at your polling place before it closes, you WILL be allowed to vote. Arrive early to avoid long lines!**

Cast your vote tomorrow, November 4th. Thank you.

Sincerely,

NIAC

PS. Also take a moment to watch this video of Iranian-American artists explaining why it's important to cast your vote.

National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005
Support NIAC! Become a Member Today!

Unsubscribe | Update Profile | Confirm | Forward          Delivered by TOPICA

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** Ryan Anderson <ryaneanderson@gmail.com> **Cc:** new-iran-policy-coordinating-committee@googlegroups.com
**Date:** 01/06/2009 10:21 AM
**Subject:** RE: Draft of Administration recommendations

Thanks Ryan.  Believe me, I share your concerns about our recommendations being ignored because of formatting--that would be a huge disappointment.  But I'm confident our setup will be acceptable as is.  It's already divided into two distinct pieces: page one declares the need to end the status quo and page two lays out immediate next steps.

I have a very trusted source in the transition team who actually works on processing recommendations like ours.  I asked her explicitly how it should be formatted because she deals everyday with the people who read them, and she said 2 pages, paragraph form, just like we have it.  That's good enough for me.

I had been planning to attach the Joint Experts' Statement as an appendix, but if there are concerns about length I'd like to open that up for discussion.  Thoughts anyone?

-p


**From:** Ryan Anderson [mailto:ryaneanderson@gmail.com]
**Sent:** Tuesday, January 06, 2009 9:55 AM
**To:** PDisney@niacouncil.org
**Cc:** new-iran-policy-coordinating-committee@googlegroups.com
**Subject:** Re: Draft of Administration recommendations

Patrick, your work on this has been fantastic. Thanks so much.

I'm still very concerned that it's more than one page however. I've been hearing they really don't want to anything over 1 page and will likely dismiss anything else. I'd hate for our recommendations to be disregarded because of a formatting issue.

I think rather than sacrifice important content we should try to break this into two briefing docs on separate issues. Our first 2 points deal with actions the executive can take unilaterally while the last 2 will require extensive work with Congress, so maybe that's the appropriate division.

The other option, given the fact that our core recommendations are all confined to the second page, would be to significantly edit out the preliminary info and tighten things up a bit.

Thoughts?

Ryan

On Mon, Jan 5, 2009 at 5:36 PM, Patrick Disney <PDisney@niacouncil.org> wrote:

All,


After much valuable feedback, here is the revised draft.  Please take a look as there have been significant (though not dramatic) changes to the wording of things.

I would like to close discussion on language issues **tomorrow** and submit a draft for formal approval.  Hopefully we can have unanimous approval by the end of the week, so please schedule time with your President/Board/etc. to discuss our eventual draft this week.


Thanks very much, all, for your patience and commitment.


-patrick

---------------

Patrick Disney

Assistant Legislative Director

National Iranian American Council

1411 K Street NW, Suite 600

Washington DC, 20005


Tel: 202.386.6325

Direct: 202.379.1638

www.NIACouncil.org

--~--~---------~--~----~------------~-------~--~----~
You received this message because you are subscribed to the Google Groups "New Iran Policy Coordinating Committee" group.
To post to this group, send email to new-iran-policy-coordinating-committee@googlegroups.com
To unsubscribe from this group, send email to new-iran-policy-coordinating-committee+unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/new-iran-policy-coordinating-committee...
--~----------~----~----~----~------~----~------~--~---

www.armscontrolcenter.org
http://irannuclearwatch.blogspot.com
www.newiranpolicy.org

---

**From:** Ira Shorr [mailto:ishorr@PSR.ORG]
**Sent:** Mon 3/31/2008 10:30 AM
**To:** Babak Talebi; Lynn M. Kunkle
**Cc:** Marie Rietmann; Lauren Coletta; Kate Gould; Carah Ong
**Subject:** RE: Meeting on Public Education for the Campaign

How about a conference call instead?

---

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Monday, March 31, 2008 9:05 AM
**To:** 'Lynn M. Kunkle'
**Cc:** Ira Shorr; 'Marie Rietmann'; 'Lauren Coletta'; 'Kate Gould'; 'Carah Ong'
**Subject:** Meeting on Public Education for the Campaign

Friends,

I was out sick 4 days last week and did not get a chance to email everyone about our intended meeting for today.  At the last Campaign meeting we talked about getting together to make plans for the public education efforts of the campaign – 4 areas were discussed:

   1)   creating an initial list of targeted districts for in-district and legislative targeting purposes
   2)   potentially combining efforts for action alerts
   3)   creating questionnaires on US-Iran issues for targeted races and candidates
   4)   leveraging the campaign calendar for public education purposes

There will probably be other ideas for us to pursue as well as deciding on the above ideas.

The hope was to have a meeting today at 2:00pm – but I don't know how feasible that might be since I did not contact you all last week.  I know Lynn and I are available – if a few others can make it, we can still go ahead with the original plan – otherwise we can push the meeting back to tomorrow or Thursday.

As for the location – A Cosi or Starbucks should do just fine.

Ps. I think I'm missing Ed and Rachel from MCC – are there others I might be missing?

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** Lynn M. Kunkle [mailto:lynnkunkle@gmail.com]
**Sent:** Monday, March 31, 2008 9:05 AM
**To:** Babak Talebi
**Subject:** Meeting today

Hi Babak,

Hope all is well with you.

Are we still on for this afternoon at 2pm? If so, where should we meet?

Dreary weather out there.....

Best,
Lynn

From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: Babak Talebi <btalebi@niacouncil.org>   Cc: smalaklou@niacouncil.org
Date: 02/11/2008 10:26 AM
Subject: RE: introduction

Welcome, Shadee. I will send you an invite to join the email lists in just a moment.

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

---

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Fri 2/8/2008 2:56 PM
**To:** Carah Ong
**Cc:** smalaklou@niacouncil.org
**Subject:** introduction

Carah,

I want to introduce you to Shadee Malaklou NIAC's new Communications Associate.  She joined our staff just this week and we are bringing her up to speed on so many things.  I wanted to first introduce you two, and second to ask that you include her email in both the ILS email list as well as the Campaign email list.  Emily will continue to attend the ILS meetings, and I will continue to spearhead our efforts on the campaign, but it would be great to have shade up-to-date on the emails etc as she will be an invaluable resource for us all.

Thanks,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

Cardinal McCarrick
Mennonite Central Committee (Rachelle Lyndaker) – invited (CO: 3/22/08)
Pax Christi (Jean Stoken) – invited (CO: 3/22/08)
Faithful Security (Jessica Willbanks) – invited (CO: 3/22/08)
United Methodist Church (Mark Harrison) – invited (CO: 3/22/08)
Episcopal Church (Maureen Shea) – invited (CO: 3/22/08)
Fellowship of Reconciliation (Mark Johnson/Leila Zand) – invited (CO: 3/22/08)
Churches for Middle East Peace (Julie Schumacher Cohen) – invited
New Mexico Council of Churches (Holly Beaumont) – invited (CO: 3/22/08)
Presbyterian Church of the USA (Catherine Gordon) – invited (CO: 3/22/08)
Church of the Brethren (Phil Jones) – invited (CO: 3/22/08)
NETWORK (Simone Campbell) – invited (CO: 3/22/08)
Sojourner's (Duane Shank) – invited (CO: 3/22/08)


**Tax Reform Groups**
Americans for Tax Reform

**Education and Student Groups**
National Education Association

**Veterans Groups**
Iraq Veterans Against the War
Vietnam Veterans for Common Sense


**Ethnic Groups**
Arab American Institute (Leigh O'Neill) – invited (CO: 3/22/08)
CAIR
Iranian Alliances Across Borders

**Civic Groups**
Sister Cities
Mercy Corps (Heather Hanson) – invited (CO: 3/22/08)

From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: Tom Pratt <horseller@earthlink.net>, santi@justforeignpolicy.org, Babak Talebi <btalebi@niacouncil.org>, torke@verizon.net, eanderson@cathedral.org, starighi@peace-action.org, patrick@justforeignpolicy.org, royasol@gmail.com, tetea28@aol.com, truth@mohammadmossadegh.com, sshorkravi@niacouncil.org, smohamm1@gmu.ed, marceline@aidemocracy.org, chelsea@justforeignpolicy.org, kmartin@peace-action.org, vicente@aidemocracy.org
Date: 01/24/2008 04:35 PM
Subject: RE: DC events

Yes, there will also be a hill briefing.

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

---

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Thu 1/24/2008 4:34 PM
**To:** 'Tom Pratt'; Carah Ong; truth@mohammadmossadegh.com; chelsea@justforeignpolicy.org; eanderson@cathedral.org; tetea28@aol.com; kmartin@peace-action.org; marceline@aidemocracy.org; patrick@justforeignpolicy.org; torke@verizon.net; royasol@gmail.com; sshorkravi@niacouncil.org; starighi@peace-action.org; santi@justforeignpolicy.org; smohamm1@gmu.ed; vicente@aidemocracy.org
**Subject:** DC events

One question - will this be the only event in DC?

Did we have plans for an event on the Hill for staffers?  And how about the Press Club - did that fall through?

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
From: Tom Pratt [mailto:horseller@earthlink.net]
Sent: Thursday, January 24, 2008 4:30 PM
To: Carah Ong; truth@mohammadmossadegh.com; btalebi@niacouncil.org; chelsea@justforeignpolicy.org; eanderson@cathedral.org; tetea28@aol.com; kmartin@peace-action.org; marceline@aidemocracy.org; patrick@justforeignpolicy.org; torke@verizon.net; royasol@gmail.com; sshorkravi@niacouncil.org; starighi@peace-action.org; santi@justforeignpolicy.org; smohamm1@gmu.ed; vicente@aidemocracy.org
Subject: RE: March 6.

Hi Carah,

That is fine.  Are all speakers available in DC and do we need a
moderator?  I may have misunderstood what the DC event was about, for
some reason I was under the impression that it was to be a different
format than the others as it was DC and the last event. So if it is to
be the same speakers and the same format all we have to do then, is
organize the logistics?

Regards,
Tom

-----Original Message-----
>From: Carah Ong <cong@armscontrolcenter.org>
>Sent: Jan 24, 2008 12:56 PM
>To: Tom Pratt <horseller@earthlink.net>, truth@mohammadmossadegh.com,
btalebi@niacouncil.org, chelsea@justforeignpolicy.org,
eanderson@cathedral.org, tetea28@aol.com, kmartin@peace-action.org,
marceline@aidemocracy.org, patrick@justforeignpolicy.org,
torke@verizon.net, royasol@gmail.com, sshorkravi@niacouncil.org,
starighi@peace-action.org, santi@justforeignpolicy.org, smohamm1@gmu.ed,
vicente@aidemocracy.org
>Subject: RE: March 6.
>
>I suggest we stick to using the speakers who are part of the tour. They
are all listed on the website at:
>http://www.follyofattackingiran.org.
>
>Carah Ong
>Iran Policy Analyst
>Center for Arms Control and Nonproliferation
>322 Fourth Street NE
>Washington DC  20002
>Tel: +1 (202) 546-0795 ext. 122
>Cell: +1 (202) 378-3334
>Fax: +1 (202) 546-5142
>www.armscontrolcenter.org
>
>_____
>
>From: Tom Pratt [mailto:horseller@earthlink.net]
>Sent: Thu 1/24/2008 11:31 AM
>To: truth@mohammadmossadegh.com; btalebi@niacouncil.org; Carah Ong;
chelsea@justforeignpolicy.org; eanderson@cathedral.org; tetea28@aol.com;
kmartin@peace-action.org; marceline@aidemocracy.org;
patrick@justforeignpolicy.org; torke@verizon.net; royasol@gmail.com;
sshorkravi@niacouncil.org; starighi@peace-action.org;
santi@justforeignpolicy.org; smohamm1@gmu.ed; vicente@aidemocracy.org
>Subject: March 6.
>
>
>
>Hi All,
>
>Now that we have a venue time and and date, the next step is to plan
the event.  Here are a few suggestions please let me know your thoughts.
>
>
>Do we want just Stephen
>
>Do we want Stephen and one or two other speakers and have it be a small
panel with discussions
>

From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: btalebi@niacouncil.org
Date: 02/08/2008 11:14 AM
Subject: RE: Campaign Statement and Endorsement

Absolutely! I am very sorry about that!

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

From: Babak Talebi [mailto:babaktalebi@gmail.com]
Sent: Fri 2/8/2008 11:13 AM
To: Carah Ong
Subject: Re: Campaign Statement and Endorsement

Carah,

would you mind taking my gmail off of this list and adding my niac email ;) I barely get time to check my gmail acct
and then I miss things like this ;)

thx for your hard work :)

On Feb 5, 2008 5:57 PM, Carah Ong <cong@armscontrolcenter.org> wrote:

Dear Colleagues,

Thank you to all of those who responded with feedback to the campaign name and statement. There were no
substantive changes to the statement suggested, only one slight grammatical change. I am attaching the final
statement and also the list of endorsers so far. Please let me know as soon as possible (if you haven't already)
whether your organization can endorse the campaign and be listed on the website. Please also let me know if you
have a recommendation of anyone we should reach out to and ask to join.

This week, I am working on website content and I will be circulating draft sections of the website very soon for your
review and approval.

Sincerely,
Carah

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

--
---------------------------------
"YOU have the power!"
~ Howard Dean M.D.
---------------------------------

**From:** Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
**To:** Trita Parsi <tparsi@niacouncil.org>; Michael Ostrolenk <michaeldostrolenk@gmail.com>
**Date:** 01/28/2008 10:02 AM
**Subject:** RE: Wednesday Transpartisan meeting on Iran

Thank you, Michael,

I actually prefer not to talk about the campaign until it is launched, but am happy to talk about anything else. How much time will each of us have?

Thank you again!

Carah

---

**From:** Michael Ostrolenk [mailto:michaeldostrolenk@gmail.com]
**Sent:** Fri 1/25/2008 2:34 PM
**To:** Carah Ong; Trita Parsi
**Subject:** Re: Wednesday Transpartisan meeting on Iran

Carah & Trita,
Thanks for agreeing to give an update on tranpartisan activities on Iran for the upcoming Reuniting America meeting.  Obviously, the non-letter cannot be discussed but some of the other common ground efforts and discussions can be discussed.  I did get an rsvp from Marvin from APAC and there might be a few others who will attend who hold a bit of a different perspective than either of you and hopefully, space can be created during your update for future discussions that include alternative perspectives.

Best,
Michael

From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: Michael Ostrolenk <michaeldostrolenk@gmail.com>; eblout@niacouncil.org; Mike Amitay <mamitay@osi-dc.org>; Dokhi Fassihian
<dfassihian@demcoalition.org>; Dane Von Breichenruchardt <usbor@aol.com>; Sam Zarifi <zarifis@hrw.org>; Cc: Trita Parsi
<tparsi@niacouncil.org>
Date: 12/19/2007 01:32 PM
Subject: RE: Quotes for follow up piece on dem fund

Hi Emily, Thank you for your hard work on this issue. Below is a quote that you are free to use if you would like. I hope everyone has wonderful holidays and looking forward to being touch soon.

"Despite warnings from key Iranian dissidents such as Akbar Ganji and Shirin Ebadi that the so-called "democracy promotion" funds in the foreign operations bill has created immense problems for Iranian reformers and human rights activists, Congress pressed ahead with funding the controversial program," says Carah Ong, Iran Policy Analyst at the Center for Arms Control and Nonproliferation. "Congress has truly missed a confidence-building opportunity that could have signaled to the Iranians that the U.S. is not interested in regime change. Instead, this move by Congress will likely only further undermine prospects for diplomatic engagement with Iran that are long overdue and much needed to resolve outstanding issues between the two countries."

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

---

**From:** eblout@niacouncil.org [mailto:eblout@niacouncil.org]
**Sent:** Wed 12/19/2007 11:56 AM
**To:** Mike Amitay; Carah Ong; Sam Zarifi; Michael Ostrolenk; Dane Von Breichenruchardt; Dokhi Fassihian
**Cc:** Trita Parsi
**Subject:** Quotes for follow up piece on dem fund

I would like to thank everyone for their efforts on the democracy fund. Though the results are less than satisfactory, we ended up making some notable inroads. I noticed that there is 2 million for antiblocking tech, and state was forced to change the fund's administration. I'd also like to think that Dennehy's departure was due in some small way to us. We also ensured that there was 15 million less than what the administration wanted.

We are going to try to get Robin Wright to do a follow up piece and would like a quick quote from you for possible inclusion. Please let me know.

Thanks so much and have a great holiday,
Emily
Sent via BlackBerry from T-Mobile



From: Carah Ong </O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CONG>
To: eblout@niacouncil.org
Date: 12/19/2007 05:32 PM
Subject: RE: Would you mind sending your quote again?

"Despite warnings from key Iranian dissidents such as Akbar Ganji and Shirin Ebadi that the so-called 'democracy promotion' funds in the foreign operations bill has created immense problems for Iranian reformers and human rights activists, Congress pressed ahead with funding the controversial program," says Carah Ong, Iran Policy Analyst at the Center for Arms Control and Nonproliferation. "Congress has truly missed a confidence-building opportunity that could have signaled to the Iranians that the U.S. is not interested in regime change. Instead, this move by Congress will likely only further undermine prospects for diplomatic engagement with Iran that are long overdue and much needed to resolve outstanding issues between the two countries."

---

**From:** eblout@niacouncil.org [mailto:eblout@niacouncil.org]
**Sent:** Wed 12/19/2007 5:29 PM
**To:** Emily Blout
**Subject:** Would you mind sending your quote again?


Sorry, Email trouble. Thanks. Emily
Sent via BlackBerry from T-Mobile

' Does anyone have ideas regarding broadening the group on the 17th? Thanks so much!

I look forward to seeing you all again soon.

Carah


Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org

---

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Mon 1/7/2008 8:05 AM
**To:** Carah Ong; mamitay@osi-dc.org; michaeldostrolenk@gmail.com
**Subject:** RE: Campaign email

Carah, Mike, and Michael,

I think the letter is great.  I did not see anything that needed an edit.

As for Capwiz, I don't know if the other groups are using it, but we have subscription to it at NIAC.  I wonder if it would be possible – and more cost-effective – to put a new 'skin' on it for use by the campaign.

It may or may not be a good idea – but that's one option.

I also suggest that we consider what 'hand-outs' we want to include for the Kinzer tour.  That may our first significant opportunity to 'advertise' the campaign and use it to promote this legislation.

Lastly – if I remember correctly – we set up a series of 'committees' at the last meeting to spearhead different aspects of the campaign (media, constituent meetings, etc).  do you all think it would be a good idea to flesh those out a bit more and include them in this email or should we wait for the meeting on the 17th?

Regards,

Babak Talebi
Director of Community Relations
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax


National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"


-----Original Message-----
**From:** Carah Ong [mailto:cong@armscontrolcenter.org]

**Sent:** Friday, January 04, 2008 12:51 PM
**To:** mamitay@osi-dc.org; michaeldostrolenk@gmail.com; btalebi@niacouncil.org
**Subject:** Campaign email

Dear Mike, Michael and Babak,

Attached, please find a draft follow-up email from our December campaign meeting. We need to reschedule the meeting to the following week and OSPC's conference room is available on Thursday, January 17 from 12-1:30. Mike has reserved it. I would like to send the attached email to those who were invited to the December 5 meeting on Monday, January 7. Please let me know if you have any edits or suggestions. Also, should we broaden the list and invite anyone else to this meeting?

I hope you all are well and have a wonderful weekend.

All the best,
Carah

Carah Ong
Iran Policy Analyst
Center for Arms Control and Nonproliferation
322 Fourth Street NE
Washington DC  20002
Tel: +1 (202) 546-0795 ext. 122
Cell: +1 (202) 378-3334
Fax: +1 (202) 546-5142
www.armscontrolcenter.org