# EXHIBIT W

 BETA

COP Children of Persia <childrenofpersia@gmail.com>

# Re: CoP - NIAC

**cop Info <Info@childrenofpersia.org>**
Reply-To: Info@childrenofpersia.org
To: Trita Parsi <tparsi@niacouncil.org>

**Mon, Dec 29, 2003 at 12:03 PM**

Dear Trita,
    Thanks a lot for posting and dissemination of the info regarding the collection of clothes.  I have forwarded your email to rest of the COP team.  I'll keep you posted if there is anything else to coordinate.
Regards
Kambiz Fakhrai

--------- Original Message ---------------------------------
From: Trita Parsi <tparsi@niacouncil.org>
Date:  Mon, 29 Dec 2003 02:10:30 -0500

>Friends:
>
>We have linked info to your site for your collection of clothes, and we
>will blast the news to 10,000 people tomorrow morning. Let us know if
>there is anything else we can do.
>
>tp
>
>

--

Every Child has the right to Smile!!!
Children of Persia
P.O. Box 2602
Montgomery Village, MD 20886-2602
info@childrenofpersia.org
Phone Number
(301) 315-0750
--

 **AOL Anywhere**          

Main | My AOL | Mail | People | Search | Shop | Channels | Devices

┌─────────────────────────────────────────────────┐
│  **Want Great Low International Rates?**          │
│       Click here for more info.                   │
└─────────────────────────────────────────────────┘

 **AOL Mail**℠

Close | Keep As New | Delete          Prev **7 of 14** Next

| | |
|---|---|
| Subj | Conference Call material |
| Date | Sun, 17 Jun 2001 5:15:22 PM Eastern Daylight Time |
| From | "Trita Parsi" <trita@iic.org> |
| To: | "Sussan Tahmasebi" <sussan3@hotmail.com>, <enginuitysearch@worldnet.att.net>, <ae@doc.ic.ac.uk>, <taslimi@mindspring.com>, <olinertax@aol.com>, <payman@sina.jpl.nasa.gov> |
| CC: | <Sussan3@hotmail.com> |

 Includ original tex in Reply.

 Reply

Reply All

 Forward

Address Book

Dear Friends:

Below you will find some points that I wish to raise during our telephone conversation. Some of these points have already been raised in previous correspondence, others have not.

If possible, please review these before the conference call. I will try to be as concise as possible.


**1. Lift sanctions or grant exemption for non-profits?**

One key decision that needs to be made is whether we conduct a lobbying effort aimed at lifting sanctions altogether or simply lobby for an exemption for non-profits.

It is important to keep the following in mind:

The main purpose of the sanctions are not to halt Iran's alleged attempts to acquire WMD or halt its alleged support to terrorist groups. The main purpose is to constitute a political obstacle to a US-Iran dialogue and improved US-Iran relations. From the Israeli perspective (the sole force behind the lobby efforts to impose and now extend the sanctions), *every step Washington takes towards Tehran is a step away from Tel Aviv.*

As such, AIPAC (the American Israeli Public Affairs Committee) could very well accept an exemption for non-profits as it would serve two purposes for them:

1. Just as with the partial of lifting of sanctions by Albright in 2000, they can point to the exemption for non-profits and claim that it is a great concession form the US side that Iran has failed or will fail to reciprocate. Thus, they can argue the sanctions, as a whole, should be kept in place since Iran deserves no further goodwill gestures. (This has been AIPAC's main argument during their campaign to extend the sanctions—Iran does not deserve a lifting of sanctions as she has failed to reciprocate Albright's goodwill gesture). Keep in mind that Iran will most likely not reciprocate

any US moves short of a total lifting of sanctions.
2. As with the sanctions on Iraq, humanitarian exemptions tend to make it more difficult to end the sanctions policy itself. Just as with the oil-for-food program in regards to Iraq, proponents of sanctions can argue that because of the humanitarian exemptions, sanctions only hurt the decision makers and not average people. We may wish to avoid making the US's sanctions policy on Iran "smarter" as such a move will most likely prolong the sanctions policy.

Currently, it is not clear whether ILSA will be extended for 2 or 5 years. If the former, it will perhaps be wiser to organize a lobbying effort to lift the sanctions altogether, using they NGO argument to point out the flaws of the policy as whole. If the latter, perhaps an exemption will be more likely to succeed.

## 2. 501 C3 or not?

I have very limited knowledge on this subject, but my understanding is that:

1. 501 C3 may only use 10% of their resources for direct lobbying.
2. Getting a 501 C3 is a lengthy and arduous process.
3. The easiest way to lobby is by not seeking any status at all: A simple incorporation can lobby using its first amendment right. By not having any tax-exempt status, we will be free to use our resources freely.

Perhaps Mr. Oliner can shed light on this issue and advice us whether we should seek to form a new 501 C3, an incorporation or perhaps a third alternative.

## 3. Extent of cooperation with other groups

Our humanitarian approach to the sanctions issue is probably our greatest strength. Groups such as ITA and AIC have in a sense lost some of their credibility by having other, less altruistic motives. ITA ultimately seeks to profit through consulting between US and Iranian companies once the sanctions are lifted. AIC is often accused of being too close to the Iranian regime. Personally, I disagree with the above, I just wish to show how these groups can be discredited in a way that charitable non-profits usually cannot.

I suggest that we investigate and discuss the pro's and con's of working closely with other groups. (Please keep in mind that I am currently an employee of AIC).

## 4. When to go public?

The most efficient lobbying is done behind the scenes. AIPAC surprised everyone in March when Chairman Hyde announced that Lantos and he would push for a 5-year extension of ILSA. AIPAC realized that the new Administration would fight them on this, that Bush would be preoccupied with many other issues during his first months in office and that the opponents of the sanctions were gearing up for a fight on the Hill to take place in May or June at earliest. So already in late January, they launched a big "behind-the-scenes" campaign on the Hill and solicited support for an extension. They did not go public until March, when 80% of the groundwork already had been done. (Of course, they can only launch such "behind-the-scenes" campaigns when there are no competing lobby groups that monitor their activities...)

I believe we should study their tactics and perhaps avoid any media coverage and op:eds until we

have fully assessed and mobilized our resources and completed a large portion of the groundwork on the Hill.


**5. Importance of doing the groundwork in Congress**

As mentioned before, failed attempts by Iranian Americans to live up to their promises to lobby on the Hill has caused our allies in Congress to be wary about working closely with Iranian American groups, although they do emphasize the importance of the Iranian-American community to participate in the efforts to lift sanctions.

In order to be successful, we must have the resources to meet with all offices on the Hill (app. 535). We should be careful about giving the impression of being able to successfully carry through with our mission until we have gathered the necessary sources. And we should perhaps not initiate any contacts with allies on the Hill before having mobilized a respectful amount of resources and laid a strong foundation for our activities.


My apologies for this lengthy document and its late submission. I hope it will still be useful for the conference call.


Regards,
Trita Parsi


```
------------------Headers --------------------
Return-Path: <trita@iic.org>
Received: from  rly-xc05.mx.aol.com (rly-xc05.mail.aol.com
        [172.20.105.138]) by air-xc01.mail.aol.com (v78_r3.8) with ESMTP;
        Sun, 17 Jun 2001 17:15:22 -0400
Received: from  iic.org (iic.org [209.51.216.8]) by
        rly-xc05.mx.aol.com (v78_r3.8) with ESMTP; Sun, 17 Jun 2001 17:14:51
        -0400
Received: from suite112 [151.204.66.202] by iic.org (SMTPD32-6.06) id
        ADA82BEB0A40; Sun, 17 Jun 2001 17:14:16 -0400
Message-ID: <019601c0f78b$896b4f80$0a00a8c0@suite112>
From: "Trita Parsi" <trita@iic.org>
To: "Sussan Tahmasebi" <sussan3@hotmail.com>,
        <enginuitysearch@worldnet.att.net>, <ae@doc.ic.ac.uk>,
        <taslimi@mindspring.com>, <olinertax@aol.com>,
        <payman@sina.jpl.nasa.gov>
Cc: <Sussan3@hotmail.com>
References: <F183YDBXVLLnle3O9Dj0000ae1a@hotmail.com>
Subject: Conference Call material
Date: Sun, 17 Jun 2001 17:13:43 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_NextPart_000_0193_01C0F750.DC555C80"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600
```

      7 of 14   

| Download AOL 6.0 | About AOL | Link to Us | Search |
| AOL Pricing Plans | About AOL Anywhere | Advertise with Us | Web Channels |
| AOL Access Numbers | Feedback | AOL Anywhere Help | Site Index |
| AOL Affiliate Network | Careers@AOL | AOL Anywhere | |

Copyright © 2000 America Online, Inc.
All rights reserved.  Legal Notices
Privacy Policy
Try AOL 6.0

 **AOL** Anywhere





| Main | My AOL | Mail | People | Search | Shop | Channels | Devices |

**What Would You Earn In Seattle?** Salary calculator.



**AOL** Mail ℠

| Close | Keep As New | Delete | | Prev | Next |


Reply


Reply A


Forwar


Addres Book

```
Subj  Conference call: Monday, 8:00pm eastern time
Date  Sun, 17 Jun 2001 10:28:05 PM Eastern Daylight Time
From  "Trita Parsi" <trita@iic.org>
To:   "Sussan Tahmasebi" <sussan3@hotmail.com>,
      <enginuitysearch@worldnet.att.net>, <ae@doc.ic.ac.uk>,
      <taslimi@mindspring.com>, <olinertax@aol.com>,
      <payman@sina.jpl.nasa.gov>
CC:   <Sussan3@hotmail.com>
```

Dostan:

Unfortunately, the conference call could not take place today. instead, we have postponed it till tomorrow, Monday, 8:00pm eastern time.

It would be very good if as many people as possible could participate.

Mr. Oliner, we do not have your phonenumber and we could not locate it via 411 (since we do not know what city you live in). If possible, please let us know if 8:0pm suits you well and do also email your phonenumber to Fereydoun at mailto:taslimi@mindspring.com

Also, I noted that the email I had sent earlier contained numerous misspellings and grammatical errors. My apologies.

Talk to you tomorrow!

Regards,
Trita Parsi

```
-------------------Headers -------------------
Return-Path: <trita@iic.org>
Received: from  rly-zd05.mx.aol.com (rly-zd05.mail.aol.com
        [172.31.33.229]) by air-zd04.mail.aol.com (v78_r3.8) with ESMTP; Sun,
        17 Jun 2001 22:28:05 -0400
Received: from  iic.org (iic.org [209.51.216.8]) by
        rly-zd05.mx.aol.com (v78_r3.8) with ESMTP; Sun, 17 Jun 2001 22:27:56
        -0400
Received: from suite112 [151.204.65.166] by iic.org (SMTPD32-6.06) id
        A70F142B0A3E; Sun, 17 Jun 2001 22:27:27 -0400
Message-ID: <01b201c0f7b7$45468820$0a00a8c0@suite112>
From: "Trita Parsi" <trita@iic.org>
To: "Sussan Tahmasebi" <sussan3@hotmail.com>,
```

```
        <enginuitysearch@worldnet.att.net>, <ae@doc.ic.ac.uk>,
        <taslimi@mindspring.com>, <olinertax@aol.com>,
        <payman@sina.jpl.nasa.gov>
Cc: <Sussan3@hotmail.com>
References: <F183YDBXVLLnle3O9Dj0000ae1a@hotmail.com>
Subject: Conference call: Monday, 8:00pm eastern time
Date: Sun, 17 Jun 2001 22:26:46 -0700
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600
```

Close | Keep As New | Delete         Prev        Next         Help

Copyright © 2000 America Online, Inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 6.0

AOL.COM | AOL Mail







Close   Keep As New   Delete   Prev 3 of 3 Next

☐ Inclu
Original t
in Repl

**Subj**   Re: Minutes
**Date**   Mon, 2 Jul 2001 3:51:24 PM Eastern Daylight
**From**   "Trita Parsi" <trita@iic.org>
**To:**    <Olinertax@aol.com>

Reply

Dear Brian:

A lot has happened since we last spoke. Unfortunately, I have not heard much
from the others and I have a feeling that people are very undecided whether
they really want to go through with this or not.

I would very much like to brief you on the recent developments. Would it be
possible for you to call me at 609 252 9956 or 609 575 4362?

Reply A

Regards,
Trita Parsi
----- Original Message -----
From: <Olinertax@aol.com>
To: <trita@iic.org>
Sent: Monday, July 02, 2001 8:15 AM
Subject: Minutes

Forwar

> Dear Trita,
>
> I apologize for the delay in responding, we have been out of town for the
last week and a half.  The minutes, with the amendments as proposed from the
other participants are fine.  Please keep me informed of what progress is
made and what I may be able to do to assist.
>
> I have a board meeting with Children of Persia tommorrow evening.  I would
like to inform them of the tentative plan for this project and what, if
anything, you would like them to do.  Please let me know.
>
> Brian
>

Addres
Book

-------------------Headers ------------------
Return-Path: <trita@iic.org>
Received: from rly-xa01.mx.aol.com (rly-xa01.mail.aol.com
        [172.20.105.70]) by air-xa05.mail.aol.com (v78_r3.8) with ESMTP; Mon,
        02 Jul 2001 15:51:24 -0400

 **AOL Anywhere**   



 **AOL Mail**

| Close | Delete | | Prev 1 of 34 Next | | Includ original tex in Reply. |

Subj    **Minutes**
Date    Mon, 2 Jul 2001 11:15:30 AM Eastern Daylight
From    Olinertax
To:     trita@iic.org


Reply

Dear Trita,

I apologize for the delay in responding, we have been out of town for the last week and a half.  The minutes, with the amendments as proposed from the other participants are fine.  Please keep me informed of what progress is made and what I may be able to do to assist.

I have a board meeting with Children of Persia tommorrow evening.  I would like to inform them of the tenative plan for this project and what, if anything, you would like them to do.  Please let me know.

Brian


Reply All


Forward


Address Book

| Close | Delete | | Prev 1 of 34 Next | | Help |

Download AOL 6.0        About AOL              Link to Us             Search
AOL Pricing Plans       About AOL Anywhere     Advertise with Us      Web Channels
AOL Access Numbers      Feedback               AOL Anywhere Help       Site Index
AOL Affiliate Network   Careers@AOL            AOL Anywhere

Copyright © 2000 America Online, Inc.
All rights reserved. Legal Notices
Privacy Policy
Try AOL 6.0

AOL.COM | AOL Mail







Close   Keep As New   Delete        Prev 8 of 8 Next

☐ Inclu
original t
in Repl

Subj  Re: Conference Call minutes
Date  Sat, 23 Jun 2001 10:56:17 PM Eastern Daylight Time
From  "Trita Parsi" <trita@iic.org>
To:   "Abbas Edalat" <ae@doc.ic.ac.uk>
CC:   "Sussan Tahmasebi" <sussan3@hotmail.com>,
      <enginuitysearch@worldnet.att.net>, <taslimi@mindspring.com>,
      <olinertax@aol.com>, <payman@sina.jpl.nasa.gov>



Reply

Dear All:

I think Prof. Edalat is right on point. Combining the two goals will also
enable us to work with allies both within and outside Congress who perhaps
would oppose an effort to just get the NGO exemption, as such a move might
make the lifting of the sanctions altogether more difficult.

There has been silence since the draft minutes of last week's telephone
conference was sent to the group for your review and approval. I assume
everyone has been busy, but it would be good if we could finish the minutes
by Tuesday so that we can follow Mr. Bagher Namazi's instructions and send it
to Amb. Bill Miller.

As I mentioned last time, please make whatever changes to the minutes you see
fit.

Regards,
Trita Parsi

----- Original Message -----
From: "Abbas Edalat" <ae@doc.ic.ac.uk>
To: "Trita Parsi" <trita@iic.org>
Cc: "Sussan Tahmasebi" <sussan3@hotmail.com>;
<enginuitysearch@worldnet.att.net>; <taslimi@mindspring.com>;
<olinertax@aol.com>; <payman@sina.jpl.nasa.gov>
Sent: Thursday, June 21, 2001 7:26 AM
Subject: Re: Conference Call minutes

> Dear all,
>
> I believe we should not counterpose campaigning against sanctions and
> campaigning to get exemption for NGO's. After all in politics we can


Reply A


Forwar


Addres
Book

```
> have both maximal as well as partial demands, without a contradiction.
>
> We should call for removing all sanctions but ask for the IMMEDIATE
> exemption of NGO's from the restrictions. The two can be done and
> should be done together. The first will be the ultimate aim which we
> should always promote but the second should be somehow our immediate
> demand which can today mobilize MORE people, organisations and
> politicians. If we campaign on both issues then the realization of the
> second (NGO exemption) will PAVE the road for campagning more
> effectively on the first (removing all sanctions); it will be the
> logical next step not just for us but for all those whom we have
> persuaded to join us in getting the NGO exemption. With a victory on a
> partial demand which is easier to achieve we  prepare the ground for a
> achieving a bigger victory later.
>
> I am not really familiar with US politics to comment on how we should
> proceed, but I am sure there is a way to combine both demands (with
> somehow different tones).
>
> best,
> Abbas
> --
> Abbas Edalat, Professor of Computer Science and Mathematics
> Department of Computing, Imperial College, London SW7 2BZ, UK
> Tel +44 (0)20 7594 8245           Fax +44 (0)20 7594 8201
> http://www.doc.ic.ac.uk/~ae       http://www.science-arts.org
>

------------------Headers -------------------
Return-Path: <trita@iic.org>
Received: from  rly-yc02.mx.aol.com (rly-yc02.mail.aol.com
      [172.18.149.34]) by air-yc02.mail.aol.com (v78_r3.8) with ESMTP; Sat,
      23 Jun 2001 22:56:17 -0400
Received: from  iic.org (iic.org [209.51.216.8]) by
      rly-yc02.mx.aol.com (v79.20) with ESMTP id
      MAILRELAYINYC29-0623225554; Sat, 23 Jun 2001 22:55:54 -0400
Received: from suite112 [151.204.66.102] by iic.org (SMTPD32-6.06) id
      A6956904025E; Sat, 23 Jun 2001 22:55:17 -0400
Message-ID: <065f01c0fc72$257575a0$0a00a8c0@suite112>
From: "Trita Parsi" <trita@iic.org>
To: "Abbas Edalat" <ae@doc.ic.ac.uk>
Cc: "Sussan Tahmasebi" <sussan3@hotmail.com>,
      <enginuitysearch@worldnet.att.net>, <taslimi@mindspring.com>,
      <olinertax@aol.com>, <payman@sina.jpl.nasa.gov>
References: <F265OjIL2jpWkfb81If00002964@hotmail.com>
      <06ea01c0fab1$8573fb60$0a00a8c0@suite112>
      <3B32041D.AFD14402@doc.ic.ac.uk>
Subject: Re: Conference Call minutes
Date: Sat, 23 Jun 2001 22:54:34 -0700
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600
```



AOL.COM | AOL Mail



**AOL Anywhere**

ScreenName 0▾
SIGN-OUT

Main | My AOL | Mail | People | Search | Shop | Channels | Devices

## ZIP



**AOL Mail** ℠

Close | Keep As New | Delete      ◀ Prev **6 of 8** Next ▶

☐ Include original text in Reply.

| | |
|---|---|
| Subj | Re: Conference Call minutes |
| Date | Mon, 25 Jun 2001 12:52:29 AM Eastern Daylight Time |
| From | "Trita Parsi" <trita@iic.org> |
| To: | "Fereydoun Taslimi" <taslimi@mindspring.com>, "Sussan Tahmasebi" <sussan3@hotmail.com>, <enginuitysearch@worldnet.att.net>, <ae@doc.ic.ac.uk>, <olinertax@aol.com>, <payman@sina.jpl.nasa.gov> |


Reply


Reply All


Forward


Address Book

Dear Fereydoun:

Sorry for not calling you today, I will try tomorrow. Sussan and Brian, I will try to call you tomorrow as well.

Re your points:

1. Your point on giving NGO exemption priority is well taken. In the minutes, it currently states that a majority favors that but that we also saw the need for more research. That was my understanding of our meeting, please correct me if I am mistaken.

2. Although true, I do not think that the argument that this is a concession to American citizens will get us very far. Nonetheless, next week I am meeting with Ken Katzman and I will ask him on his opinion on this as well.

3. I will add text regarding the wish to keep things loose without an official organization, my apologies for forgetting to emphasize that more. (Personally, I must say that I have great doubts that we will be able to get anywhere unless we make things official. Few Congressmen will support a 1-3 loosely organized charitable organizations that are not even allowed to lobby in the first place. A shield organization with no financial or legal links to the charitable organizations will protect the latter from being accused of using its resources for lobbying. The minutes state that we reached no decision.

4. I will also add the part about contacting other organizations. Thanks for reminding me.

Most points in the minutes do state that we did NOT take any decisions and that we recognized the need for more research in almost all the fields. The sooner we can conclude and approve the minutes, the sooner we will be able to brief our potential collaborators and advisors on where we have reached so far.

Also, I have come in contact with a MD in NJ who is trying to lobby for a change. He has gathered money for building a girl school in Iran but cannot conclude it due to the sanctions. I will send his info to you soon.

Regards,
Trita Parsi

AOL.COM | AOL Mail







Subj   Meeting
Date   Mon, 16 Jul 2001 10:18:30 AM Eastern Daylight
From   "Trita Parsi" <trita@iic.org>
To:    <olinertax@aol.com>

Hi Brian:

Hope you are doing well. I will be in DC on Tuesday and Wednesday this week,=
and wanted to see if you have time to meet briefly during the afternoon
on=20=
either Tuesday or Wednesday. You can call me at 609 252 9956.

Regards,
Trita Parsi

-----------------Headers ------------------
Return-Path: <trita@iic.org>
Received: from  rly-za02.mx.aol.com (rly-za02.mail.aol.com
        [172.31.36.98]) by air-za01.mail.aol.com (v79.27) with ESMTP id
        MAILINZA15-0716101830; Mon, 16 Jul 2001 10:18:30 -0400
Received: from  iic.org (iic.org [209.51.216.8]) by
        rly-za02.mx.aol.com (v79.20) with ESMTP id
        MAILRELAY1NZA25-0716101822; Mon, 16 Jul 2001 10:18:22 -0400
Received: from suite112 [151.204.70.162] by iic.org (SMTPD32-6.06) id
        A76314F801D6; Mon, 16 Jul 2001 10:17:07 -0400
Message-ID: <006e01c10e1a$fb400560$0a00a8c0@suite112>
From: "Trita Parsi" <trita@iic.org>
To: <olinertax@aol.com>
Subject: Meeting
Date: Mon, 16 Jul 2001 10:15:58 -0700
MIME-Version: 1.0
Content-Type: text/plain; charset="Windows-1252"
Content-Transfer-Encoding: quoted-printable
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MIMEOLE: Produced By Microsoft MimeOLE V5.00.2919.6600