# EXHIBIT X

| | |
|---|---|
| **From:** | Trita Parsi, PhD |
| **To:** | Puneet Talwar [email address redacted] |
| **Cc:** | Admin. Assistant Name Redacted |
| **Subject:** | Puneet - meetinsg and dinner |
| **Date:** | Wednesday, April 22, 2009 12:54:09 AM |

Dear Puneet,

Hope all is well. Just came back from the meeting in the Hague. Paolo will be here next week and we would like to give you an update on the track-II and the latest discussions, including those between the Iranians and Israelis. Currently, our schedules are open on:

April 28, 900am-1000am, 130pm-330pm
April 29, 900am-12noon
May 4-5: Open all day except 1200noon-130pm

Bijan Khajepour of Atieh Bahar consulting in Tehran was also at the meeting. He will be in town on the 4th and 5th of May. He is following the Iranian elections very closely and I think you would find a briefing very valuable. Availability on the 4th and 5th are as above.

Finally, Sussan Tahmasebi, of the Iranian women's movement, is in town for a few weeks. As you recall, she is one of the key organizers of the one-million campaign and narrowly escaped a jail sentence last year. She is on the forefront of the civil society battle with Ahmadinejad's gov. Sanam Anderlini wishes to organize a small dinner in Georgetown for you and Kelly and a small group of human rights defenders and experts, including Sussan and Hadi Ghaemi. They are very supportive of the administration's efforts towards diplomacy, and have ideas of how human rights can be incorporated into the strategy. The suggested date is the evening of the 4th of May, but the group is of course flexible and will work around your schedule.

I know I am throwing a lot at you and that you are extremely busy, but I believe the above meetings will be of great benefit to your efforts. I look forward to hearing from you.

Sincerely,
Trita Parsi, PhD
President

| | |
|---|---|
| From: | Trita Parsi, PhD |
| To: | Puneet Talwar [Email Address Redacted] |
| Subject: | Thank you |
| Date: | Friday, April 10, 2009 5:23:58 PM |

Hey Puneet,

Great seeing you today. Terribly happy you are in this position now, you are taking the policy in a very constructive direction that I am sure will bear fruit.

Will be interesting to see what happens next weekend in the Hague. Will keep you posted.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org