# EXHIBIT Y

## STRATEGA

**From:** Trita Parsi [tparsi@niacouncil.org]
**Sent:** Friday, January 11, 2008 2:36 PM
**To:** 'Stenseth Leni'; STRATEGA
**Subject:** RE: Lundh Tuesday Norwegian/Swedish Ambassadors

Sounds great, thnx

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Stenseth Leni [mailto:leni.stenseth@mfa.no]
**Sent:** Friday, January 11, 2008 2:00 PM
**To:** leverett@stratega.us; tparsi@niacouncil.org
**Subject:** Lundh Tuesday Norwegian/Swedish Ambassadors

Dear Trita and Hillary,

Thank you for accepting the invitation from the Swedish and Norwegian Ambassadors for a lunch Tuesday 15 January. You will receive a formal invitation soon.

Guests include, in addtion to hosts and staff, Ken Katzman from Congressional Research Service and Talwar, Bidens senior staffer.

I would like to ask the two of you if you both could prepare a short introduction, 5-6 minutes, on how you see US - Iran relations post NIE (the year 2008 and beyond).

Enjoy your weekend!

All the best

Leni Stenseth

Leni Stenseth
1st Secretary
Norwegian Embassy
Washington
202-333-6000 (office)
202 468 7602 (cell)

 Please consider the environment before printing this email.

1

## STRATEGA

**From:** Trita Parsi [tparsi@niacouncil.org]
**Sent:** Sunday, April 27, 2008 12:57 AM
**To:** STRATEGA
**Subject:** Hillary
**Attachments:** RAIranRetreatInvite_Hillary.doc

Dear Hillary,

Please see the attached invitation for a retreat in Washington DC on US, Iran and Israel. I hope you can make it.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

1

## STRATEGA

**From:** Hormoz Rashidi [hrashidi@niacouncil.org]
**Sent:** Friday, March 27, 2009 2:52 PM
**To:** STRATEGA
**Subject:** NIAC Briefing follow up

Hi Hillary,

Thank you again for sharing your expertise at our NIAC briefing yesterday. You articulated the proper way forward for the U.S. and Iran brilliantly and your insights could not be more timely with the U.N. conference on the horizon. I am organizing the follow up for the briefing and I was wondering if you could email me your mailing address. Once again thank you for your leadership in promoting a more effective diplomatic policy.

Regards,

Hormoz Rashidi
Director of Programming
National Iranian American Council
1411 K ST NW Ste 600
Washington DC 20005

Tel: 202 386 6324
Fax: 202 386 6409
Email: hrashidi@niacouncil.org
web: www.niacouncil.org

1

## STRATEGA

**From:** Trita Parsi, PhD [tparsi@niacouncil.org]
**Sent:** Wednesday, March 25, 2009 11:17 PM
**To:** STRATEGA
**Cc:** 'Hormoz Rashidi'
**Subject:** RE: hillary

This is an excellent piece, Hillary. Hormoz will make sure it gets distributed. tp

---

**From:** STRATEGA [mailto:leverett@stratega.us]
**Sent:** Wednesday, March 25, 2009 10:01 PM
**To:** tparsi@niacouncil.org
**Cc:** Hormoz Rashidi
**Subject:** RE: hillary

Also, it might be good to handout the two page article (attached above) I did for Foreign Policy a few weeks ago. I thir it's a catchy short piece that staffers might like to have handy. Please feel free to distribute it if you think it would be useful. Best regards, Hillary

---

**From:** Trita Parsi [mailto:tparsi@niacouncil.org]
**Sent:** Wednesday, March 25, 2009 9:34 PM
**To:** STRATEGA
**Cc:** Hormoz Rashidi
**Subject:** Re: hillary

Parking is a major hastle in the area, unless you go to parking houses near union station - which is a bit of a walk to Longworth. I would recommend taxi or metro (orange line, Capitol South stop). Btw, my cell is 202 386 2303. What's yours? Let me know what you chose to do. We can of course reinburse your expenses.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

---

**From:** "STRATEGA"
**Date:** Wed, 25 Mar 2009 21:17:38 -0400
**To:** Trita Parsi, PhD<tparsi@niacouncil.org>
**Subject:** RE: hillary

Hi Trita – Is there any provision for parking? I can take a taxi but I'd prefer to drive because I can then go directly to pi my son up from school. Pls let me know if you can. Thanks, Hillary

1

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Friday, March 20, 2009 5:29 PM
**To:** STRATEGA
**Subject:** hillary

First – happy norooz!

Second, here's the details:

Thursday, March 26, 2009
11:45 AM-1:15 PM
ROOM: 1105 Longworth (Ways & Means Committee Room)
Refreshments will be served

President Obama has promised to engage Iran diplomatically. The first test of engagement will likely be over the future of Afghanistan. In 2001, the U.S. and Iran successfully collaborated in Afghanistan, but soon thereafter Iran was labeled as part of the "Axis of Evil." Since then, tensions between Iran and the U.S. have gotten progressively worse. With President Obama and his pledge to "seek a new way forward, based on mutual interest and mutual respect," diplomacy is once again a possibility. But can the success of 2001 be repeated?

Sounds good?

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K st NW Ste 600
Washington DC 20005
t: 202 386 6325
f: 202 386 6409
e: tparsi@niacouncil.org
w: www.niacouncil.org

2