# EXHIBIT Z

Gateway Pundit

SUBSCRIBER LOGIN                    LOGIN | forgot password? | obtain login



HOME   PRINT EDITION   ON THE SQUARE   BLOGS   ADVERTISING   DONATE   ABOUT US   STORE   SUBSCRIBE



SEARCH FIRST THINGS

Search

*Advanced Search*

« «Previous |Home| Next » »

## Iranian Regime Agent Said To Be Working As Obama Advisor

Posted by Jim Hoft on Sunday, June 1, 2008, 6:27 AM

**Barack Obama** *is not only willing to meet with the Iranian Regime* **without preconditions—**
He may have an Iranian regime agent working as an advisor!



Gateway Pundit on Facebook
Like   2,152

Subscribe to RSS feed
Follow us on Twitter



"The Great Adventure is a marvelous way to introduce the faithful to salvation history."

*- Francis Cardinal George, Archbishop of Chicago*





Cartoon is from *Iran Press News*. In the cartoon Ayatollah Khamenei says to Trita Parsi: "Go tell them that human rights the islamic version is better."

*According to sources,* **Trita Parsi** who worked for the corrupt Congressman Bob Ney, and is protected by the likes of **Zbigniew Brzezinski** is said to be advising Obama on Iran. The Iranian community is aware of Trita's close affiliation with Brzezinski as he was Trita's professor at Hopkins and has been one of his ardent supporters and protectors. It is said that where Zbigniew goes, Trita goes. Where once Trita is said to have been advising Bill Richardson, now the sources are reporting that it seems that he is very unofficially and quietly working with Obama.

**Anti-Mullah** has the background on Trita Parsi.

**Comments Off**



What Alexi Knew Then?
Find Out Just How Much Alexi Giannoulias Knew About Mob Loans!
youtube.com/markkirknews

Comments are closed.

### Favorite American Blogs
Ace of Spades
Althouse
Amy Procter
Andrew Marcus
Another Rovian Conspiracy
Astute Bloggers
Atlas Shrugs
Austin Bay
Bare Naked Islam
Barking Moonbats
Barone Blog
Belmont Club
Betsy's Page
Black and Right
Blogs For Victory
Blog Prof
Blue Crab Boulevard
Byrd Droppings
California Conservative
Carol Platt Liebau
Chicago Boyz
Cold Fury
Commoner Sense
Confederate Yankee
Conservative Thoughts
Da Mihi Animas
Dean's World
Debbie Schlussel
Democracy Project
Dinocrat
Discarded Lies
Don Surber
Doug Ross
Dr. Helen
Dr. Sanity
Ed Driscoll
Elephant Bar
Fausta's Blog
Flopping Aces
Founding Bloggers
FOX Nation
Free Republic
Gates of Vienna
Gay Patriot
Gina Cobb
GOP Bloggers
GOP Vixen
Grand Old Partisan
Grouchy Old Cripple
HotAir
HotAirPundit
Hugh Hewitt
I Own the World
IMAO



INDC
Infidels Are Cool
Insta-Backup
Instapundit
Jammie Wearing Fool
Jules Crittenden
Just One Minute
La Shawn Barber
Legal Insurrection
Let Freedom Ring
Lucianne
Macsmind
Maggie's Farm
Mark Steyn
Michelle Malkin
New England Republican
New Underground Railroad
News Busters
No-Liberal Spin
Noisy Room
Outside the Beltway
Pat Dollard
Patterico
PoliPundit
Power Line
Prairie Pundit
Protein Wisdom
Rantburg
Reaganite Republican
Red State
Riehl World View
Right Wing News
Right Wing Nuthouse
Roger L. Simon
Say Anything
Scared Monkeys
Sister Toldjah
Sound Politics
Strata Sphere
Sweetness & Light
Tammy Bruce
Texas Rainmaker
The Anchoress
The Autonomist
The Corner
The Futurist
The Jawa Report
The Other McCain
The Return of Scipio
TigerHawk
Tom Delay
Urgent Agenda
Verum Serum
Viking Pundit
Volokh Conspiracy
WILLisms
Wizbang!
Zombietime

**Blog Ads**



LINKS

BLOGS

FIND US

CONTACT

Home

First Thoughts

Facebook

ft@firstthings.com

Current Issue

The Anchoress

Twitter

o. 212 627 1985



Get 2 Weeks Free and our 2¢.

THE WALL STREET JOURNAL
live in the know:

Rove: Honey, I Shrunk My Approval Ratings
Irshad Manji: A Muslim Reformer on the Mosque
Alan Blinder: The Fed Is Running Low on Ammo
The Gulf Claims Racket
Big Foot on Campus
Alaskan Tea Party
Brad Sherman and Michael Conaway: The IRS Targets Incompetent Tax Preparers
Read more...
Advertise here

Advertise on this blog

Ads by Google

Paint the State Green
Show your support for Johnson and retire Russ Feingold!
www.teamfreedomtees.com

Mark Kirk U.S. Senate
Integrity, Reform, Experience Thoughtful, Independent Leadership
www.KirkForSenate.com

BP
Info about the Gulf of Mexico Spill Learn More about How BP is Helping.
www.BP.com/GulfOfMexicoRet

**Favorite International Blogs**

Afghan Lord
Amarji- A Heretic's Blog (Syria)
American Expat (SE Asia)
Aryamehr (Iran)
Azarmehr (Iran)
Babalu' (Cuba)
Bafweb (Suisse)
Barcepundit
Beirut to the Beltway
Blacksmiths of Lebanon
Blogrel (Armenia)
Brussels Journal
Carnal Reason (Latin America)
Chan'Ad Bahraini
Conflict Blotter (Palestine)
Crossroads Arabia
Davids Medienkritik
Desipundit (India)
Dore Gold
Egyptian Sandmonkey
Ethiopundit
EU Referendum
Free Thoughts (Italy/World)
Freedom for Egyptians

Iraq The Model
Islam in Europe
Israel Matsav
Israpundit
Kamangir (Iran)
Kesher Talk
Kiev Ukraine News Blog
Klein Verzet (Europe)
Lawk Salih (Iraq)
Mabblog (Bolivia)
Mere Rhetoric
New Zeal Blog
No Pasaran (France)
One Free Korea
Or Does It Explode (Middle East)
Reform Party of Syria
Registan- Eurasia
Rezwan- 3rd World View
(Bangladesh)
Serendip (Iran)
SIAD (Denmark)
Siberian Light
Silent Running (NZ, Australia,
US)
Small Dead Animals (Canada)
Sokwanele (Zimbabwe)
Spanish Pundit
Sugiero (Europe-Spain)
Tara Niazi (Iran)
The Lanka Reporter (Sri Lanka)
The Real Cuba
The Spirit of Man (Iran)
Theo Spark (UK)
Tim Blair
V-Crisis (Venezuela)
Venezuela News
Vital Perspective
Western Resistance
Western Standard (Canada)
Yid With Lid
Zimbabwean Pundit

## Democracy & Human Rights

**Publius Pundit**
**The Case For Freedom**
Global Voices Online
The Human Rights Blog
Human Rights Tools
Organization
Human Rights Watch
EYE on the UN
Lifeboat Foundation
One Jerusalem
MEMRI
JCPA
Christians with Israel
CWSI-Blog
Tharwa Project
Free Muslims Coalition
Islam Watch
Islam Resources
The Religion of Peace
Persecution Blog
Righteous Muslims
Stop the ACLU
Stop Honour Killings

## Favorite Military & Foreign Service Blogs

Air Force Pundit
American Soldier
Blackfive
Counterterrorism Blog
Pat Dollard
Long War Journal (Roggio)
Global Incident Map
GLORIA Center
Jihad Watch
Matt Sanchez
Michael Yon
Mudville Gazette
Murdoc Online
Open Fire
OP FOR
Strategy Page
United States Action
National Terror Alert
Victory Caucus
Winds of Change

## Favorite Media

Pajamas Media
HotAir

Power Line News
Drudge Report
Breitbart.com
Big Hollywood
Big Government
Daily Caller
FOX Nation
Rush Limbaugh
Laura Ingraham
Mark Levin
Neal Boortz
Real Clear Politics
American Thinker
American Spectator
National Review
Weekly Standard
Commentary Magazine
IBD Editorials
SLATE- Kaus Files
Front Page Magazine
Human Events
NewsMax
World Net Daily
Town Hall
The Hill
Ashbrook Center
Media Research Organization
GOP.com
GOP.gov
GOP.gov -House
GOP Senators.com
Cybercast News Service
C-SPAN
Radio Free Europe-Radio Liberty
The White House
US State Department
US Senate
US House of Representatives
Bureau of Labor Statistics
Treasury Department
Defend America
US Central Command
Pentagon Channel
FOX News
Politico
New York Times
Reuters
World Picture News
BBC News
EUX TV News (Europe)
Arutz Sheva- Israel News
Haaretz Daily
IMRA- Independent Media
Jerusalem Post
YNET News
Debka File
Laura Mansfield
Terrorism Research Center
ADN Kronos (Italy)
Internet Haganah
Irin News- UN
War & Peace Reporting
Charter '97- Belarus
All Africa
Sudan Tribune
Arab World News
Aljazeera
Al Arabiya
Asharq Alawsat
Gulf Times
Turkish Daily News
Kurdish Media
Voices of Iraq
Alsumaria (Iraq)
Bahrain Tribune
Maan News (Palestine)
Naharnet
Ya Libnan
Iran Focus
Planet Iran
Iran Press News
Mehr News
Tehran Times
Islamic Republic News
Fars News (Iran)
Afgha-nistan
Hindustan Times
Tribune India
Inside Asia
Japan Today
China Daily
Sound of Hope Radio
Asian Tribune
Korea Times
Dawn (Pakistan)
Daily Times
Pakistan Newspaper
Interfax
Itar-Tass

Pravda
Russian News
Russia Today
Russian News Online
Ferghana
The Australian
El Universal (Venezuela)
Watching America
Babel Fish



## Do You Support Obama's Healthcare Plan?

### Vote Here Now!

www.Newsmax.com
Ads by Google

**Favorites from**
**Gateway City & Area**

St. Louis Post-Dispatch
St. Louis Globe-Democrat
Belleville News Democrat
KSDK NewsChannel5
FOX 2 St. Louis
KMOV News 4
Crane Durham - Nothing But Truth
Jamie Allman on 97.1 FM
Mark Reardon KMOX
Dana Loesch Show
Missouri Record
24th State
John Combest
Dr. Gina Loudon
STLMedia
St. Louis Tea Party Coalition
Circular Letter
Bob McCarty
Hennessy's View
Reboot Congress
The Black Sphere
A Traditional Life Lived
Sharp Elbows
Hummers and Cigs
IllniPundit
Conservatism With Heart
Leaning to Starboard
Respublica
Arena of Ideas
The News Bucket
Clark Mountain Musings
Pubdef Weekly
RightMissouri
Midwest Conservative Journal

**Great Websites**

American Issues Project
Melanie Morgan
Day By Day Cartoon
People's Cube
Peoples Press Collective

Naked Emporer News
Ann Coulter
Memeorandum
CONURLS
NMATV
YouTube
LiveLeak
Radio Equalizer
Climate Depot
Watts Up With That?
Judgepedia
Truth Laid Bear
Political Science Links
Conservative Talk
American Conservative Party
Energy Tomorrow
Conservatives 4 Palin
Former Obama Supporters
Nobama Network
All Top Links
Life News
The Becket Fund
Dick Morris
Hugh Hewitt
Charles Krauthammer
Peggy Noonan
Victor Davis Hanson

## Contributors

MidWestEngr
Gateway Pundit

## Email GP

midwestjim at charter dot net

## Sitemeter



About Us
Advertising
Contact Us
Media
RSS Feeds
Kindle Edition
Store
Print Subscription
Digital Subscription

Gateway Pundit
Spengler
Secondhand Smoke
Evangel
Postmodern Conservative

Legal/Terms and Conditions

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:23 PM
Subject: FW: NIAC Attempts to Bar Critics from public meeting
To: jnmorse@gmail.com

---

Date: Wed, 19 Nov 2008 13:56:44 -0500
Subject: NIAC Attempts to Bar Critics from public meeting
From: exec@iran.org
To: exec@iran.org

Nov. 19, 2008

Dear friends,

Yesterday, a group called the National Iranian American Council (NIAC) held a forum in a U.S. Senate conference room, to urge the incoming Obama administration to launch negotiations without preconditions with Iran.

Groups of different persuasions have been debating U.S. policy toward Iran for years. But until NIAC, none have sought to quash their critics or to silence opposing points of view.

NIAC has attempted to prevent Iranian-Americans from attending public conferences they have gotten members of Congress to sponsor in the past, perhaps fearful of a public demonstration against them.

Yesterday, they also attempted to bar entry to me as a reporter accredited with the U.S. Senate periodicals gallery to an event that was sponsored by Sen. Thomas Carper (D, DE).

To the great credit of Sen. Carper's staff, they intervened with NIAC and ultimately, after a lengthy argument, got NIAC to back down. "In my fourteen years of working up here on the Hill, I have never seen credentialed media be denied entry to an event that was open to the media," a Carper staff member said.

After I was admitted to the conference room in the Senate Hart building, NIAC staff members bent down the gooseneck microphones that had been set up for questions and turned them off.

Instead of having questioners line up at the microphones, NIAC screened unmiked questions from the floor, which were inaudible to most of the participants in the room, then paraphrased them to their own satisfaction.

NIAC understands how unpopular they are with the Iranian-American community, most of whom came to this country seeking freedom and fleeing the tyranny of the Islamic Republic.

But their behavior in this and other public conferences is no more than a defanged version of the thuggery we are accustomed to seeing from the Islamic Republic itself.

NIAC's agenda is transparent: they seek to end U.S. sanctions on Iran, open direct and unconditional negotiations between the U.S. and the Iranian regime, and to offer Tehran a "place at the table" in determining the future of Iraq, Afghanistan, and even Israel.

They oppose sanctions on Iran aimed at getting Tehran to halt its uranium enrichment program, and are urging the incoming administration to provide "security guarantees" to the regime and end all assistance to pro-democracy groups inside Iran.

The advisability of opening an unconditional dialogue with the Tehran regime is a serious issue, worthy of debate.

Secretary of Defense Robert Gates, who favored such a dialogue before coming to the Pentagon, recently came out resolutely against it.

So have European Union leaders who have complained publicly about Iran's recalcitrance during five years of negotiations aimed at enticing, bribing or otherwise convincing Iran of the wisdom of halting uranium enrichment.

"We came to the conclusion that they are not interested at all in negotiating, but in buying time for their military (nuclear) program," said French nuclear affairs advisor, Therese Delpech.

I have reported on these issues at Newsmax.com and commented on them extensively in opinion columns, scholarly articles and Congressional testimony, which is undoubtedly why NIAC was so eager to prevent me from asking questions at Tuesday's event.

My latest Newsmax article on this subject is here:
http://newsmax.com/insidecover/Obama_Iran_pressure/2008/11/17/152197.html

<http://newsmax.com/insidecover/Obama_Iran_pressure/2008/11/17/152197.html>

An archive of my articles and columns is here:
www.kentimmerman.com/articles.htm <http://www.kentimmerman.com/articles.htm>

"It is deeply concerning that a discredited group within the Iranian-American community, with blatantly obvious connections with the Islamic Republic, should be allowed to freely influence Washington's political circles to the detriment of the American peoples' and ultimately, the world community's interests," the Progressive American-Iranian Committee said in an editorial published on Saturday.
<http://www.iranian-americans.com/2008/11/366.html>

"It is also shocking and difficult to explain that a group labeled by the Iranian regime as the 'Iranian lobby' could so easily penetrate the U.S. Congress," they added, referring to NIAC.

I strongly urge you to contact your Members of Congress and U.S. Senators, to warn them about NIAC and its pro-Tehran agenda.

Whatever decision the Obama administration makes regarding Iran, it should be based on an appreciation of U.S. national security interests, not upon the advice of groups who are spouting the prescriptions of our adversaries.

Sincerely,

--
Kenneth R. Timmerman
Www.kentimmerman.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net

# An Index to Ken's Articles

---

## __HOME__

## Read Ken Timmerman's *Dispatches* at NewsMax.com

*Newsmax*

## Magazine articles

- Insight magazine
- Reader's Digest
- The China Series (from the American Spectator)
- FrontPage magazine weekly column (2005-2007)
- 

# ON-LINE STORE 🛒

## Op-eds

- *New York Post*
- *Washington Times*
- *Wall Street Journal*
- *WorldNetDaily.com*
- Other publications

## Interviews, Transcripts

## Congressional Testimony

## Scholary Articles & Monographs

## The Iran Brief

1994-2000 archives available via Lexis-Nexis. Select articles available for free on the Internet at iran.org

### MEDNEWS (Middle East Defense News)

1987-1993 archives available via Lexis-Nexis

Articles by Kenneth R. Timmerman                                    Page 2 of 22



Honor Killing
Kenneth R. Timmerm...
Best Price $1.32
or Buy New $14.40

 

Privacy Information

# NewsMax.com

## Click here for the latest on-line index of my *Dispatches* from Newsmax.com

- Dec. 9, 2008: <u>Big Money Brought Obama to the White House.</u> Contrary to the Obama campaign's assertions, small donors accounted for just 21% of the $740 million he raised.
- Nov. 26, 2008: <u>Pro-Iranian fabrications.</u> The National Iranian American Council (NIAC) attempted to bar skeptical reporters from a Capitol Hill press conference, where they unveiled a "plan" for U.S.-Iran relations.
- **Oct. 26, 2008:** <u>Martyrs in Iraq</u>
- Sept. 30, 2008: <u>Secret, Foreign Money Floods Into Obama Campaign.</u>
- Sept. 3, 2008: <u>Obama Had Close Ties to Saudi Advisor at Early Age.</u> A Newsmax.com investigation uncovers a troubling relationship between Obama and the mentor of the Black Panther party, who went on to become a top advisor to Prince Alwaleed bin Talal. <u>Here is what Investors Business Daily</u> said about this story. Read more from <u>my exclusive interview</u> with mystery man Khalid al-Mansour
- **Aug 3, 2008:** <u>Terrorism Expert: Karen Hughes Gave Money to Bad Guys</u>
- **Aug 1, 2008:** <u>Ad Exaggerates Obama's Credentials</u>
- **Jul 29, 2008:** <u>U.S. Intel: Iran Plans Nuclear Strike on U.S.</u>
- **Jul 24, 2008:** <u>Obama Flipping and Floundering in Middle East</u>
- **Jun 12, 2008:** <u>Obama Backpedals on Meeting With Rogue Nations</u>
- **Jun 10, 2008:** <u>Top Iranian Mullahs Corrupt, Official Says</u>
- **Jun 6, 2008:** <u>Senate Democrats' Reports Bash Bush Over Iraq</u>
- **Jun 4, 2008:** <u>Iran Can't Be Deterred With Negotiations</u>
- **May 30, 2008:** <u>Iranian Activist Faces Imminent Execution</u>
- **May 20, 2008:** <u>Iranians Would Welcome Airstrikes, Sources Say</u>
- **May 14, 2008:** <u>Iran Behind Beirut Takeover, Eyes Israel</u>
- **May 20, 2008:** <u>Iranians Would Welcome Airstrikes, Sources Say</u>
- **May 1, 2008:** <u>The "Great Gatsby" of Iraqi Kurdistan</u>
- **Apr 28, 2008:** <u>Christians Want Police Protection</u>
- **Apr 24, 2008:** <u>Christians Face Extinction</u> in Northern Iraq
- **Apr 14, 2008:** <u>DHS: ransom payments help terrorists.</u> **(Note: Dan Rather picked up this story**

Articles by Kenneth R. Timmerman

**in July for his HDTV series, without attribution, of course! Here's a link)**

**Apr 11, 2008:** Iraqi Christians Stuck in Jordan
- April 8, 2008: Pro-Iran Group Seeks Diplomacy

Apr 1, 2008: Iranian Defectors Provide Intel

Mar 28, 2008: Human Rights Activist Released

Mar 27, 2008: Human Rights Activist Arrested
- March 24, 2008: Medved: Right OK With McCain
- **March 14, 2008:** Murder of Chaldean Archbishop
- **March 13, 2008:** McCain strategiest: Win Over Conservatives One at a Time
- **March 7, 2008:** Muqtada in Tehran
- **March 6, 2008:** New documents show Iranian nuke progress
- **Feb. 22, 2008:** Iran defiantly continues nuclear work
- **Feb. 14, 2008:** Baghdad Embassy incompetent-memo
- **Feb. 13, 2008:** Arch-terrorist, Mugniyeh, assassinated
- **Feb. 13, 2008:** George Allen: conserveratives need McCain
- **Feb. 7, 2008:** McCain woos conservatives at CPAC
- **Feb. 6, 2008:** McConnell: I would change Iran nuke report
- **Jan. 29 2008:** Controversy over Goli Ameri appointment
- **Jan. 20, 2008:** Firing of Islam expert Coughlin decried
- **Jan. 15, 2008:** New Movie exposes Hillary
- **Jan. 9, 2008:** Iran seeks confrontation in Gulf
- **Jan. 3, 2008:** $466 million awarded to Iranian victim
- **Dec. 27, 2007:** Bhutto defiant to the end
- **Dec. 25, 2007:** Bolton: Shadow warriors beat Bush
- **Dec. 18, 2007:** Pork Exposed in Spending Bill
- **Dec. 13, 2007:** NIE: more questions than answers
- **Dec. 7, 2007:** Skepticism over NIE findings mounts
- **Dec. 4, 2007:** U.S. intel possibly Duped by Iran
- **Dec. 3, 2007:** Iran Blames Kurds for Terror attacks.
- **Nov. 21, 2007:** Lebanon Post-pones elections....again
- **Nov. 14, 2007:** EU slams US over secret prisons
- **Nov. 5, 2007:** Iraq border turmoil (Commentary)
- **Oct. 30, 2007:** Lebanon's Divided Christian Camp
- **Oct. 25, 2007:** Syria, Iran Influence Lebanon elections
- **Oct. 24, 2007:** Iraqi Christian Refugees Ignored by the UN
- **Oct. 22, 2007:** US Embassy in Jordan fails the grade.
- **Oct. 19, 2007:** UN office rejects former US embassy translators
- **Oct. 17, 2007:** Kurdish rebels: 'We're not terrorists' (Photos)
- **Oct. 16, 2007:** Kurdish Rebels Strike Iran (Photos)
- **Oct. 15, 2007:** Turkey Forms Alliance with Iran against Kurds
- **Oct. 11, 2007:** Liberal Bishop makes ill-advised trip to Tehran.
- **Oct. 9, 2007:** Film Exposes Academic Liberal Agenda.
- **Oct. 5, 2007:** Lebanon May Break without US support
- **Oct. 1, 2007:** Iran Intensifies Iraq war
- **Sept 26, 2007:** Senate Refuses debate on LOST
- **Sept. 26:** Top Republican Rips CIA Spy Chief
- **Sept. 25:** Benazhir Bhutto sets date for Pakistan return
- **Sept. 24, 2007:** Iranian Prez Gets New York Welcome
- **Sept. 21, 2007:** Syrian Chemical Blast Preceded Israeli Strike (Newsmax)
- **Sept. 17, 2007:** CIA brings back disputed spy chief
- **Sept. 6, 2007:** Republicans and Dems Squabble over Iraq
- **Aug. 9, 2007:** Ex-Ambassador Predicts Pakistan Political Turmoil (Newsmax)

Articles by Kenneth R. Timmerman                                          Page 4 of 22

- **Aug. 3, 2007:** Iran uprising possible (Newsmax)
- **July 28, 2007:** Congress to Pass tough Iran legislation (Newsmax)
- **July 18, 2007:** Jailed Iranian Cleric appeals to Pope (NM)
- **July 13, 2007:** Former French PM could face criminal charges
- **June 29, 2007:** Iran's Gas Riots
- **June 24, 2007:** Russian aerospace makes comeback
- **June 20, 2007:** Kurds call US "positive force"
- **June 19, 2007:** Sarkozy wins, but Socialists gain (NM)
  **June 18, 2007:** Iranian opposition conference in Paris
- **June 6, 2007:** Iranian opposition to hold Paris confab
- **June 1, 2007:** Senators Rebuke Joe Wilson
- **May 24, 2007:** U.S. Selling out Bosnia Christians, Serb leader says.
- **May 23, 2007:** Muslims begin "ethnic cleansing" in Baghdad.
- **May 19, 2007:** More Cuban spies lurking in U.S.
- **May 11, 2007:** Iran's Economy is Vulnerable, Experts Say.
- **May 9, 2007:** France elects a Thatcherite President
- **April 25, 2007:**  Iran Holding FBI  Agent Hostage.
- **April 18, 2007:** Former CIA official blasts Europeans, WaPo, on secret prisons
- **April 10, 2007:** Bill Richardson's Dukakis moment in North Korea.
- **April 4, 2007:** USS Nimitz forced Iran's decision, from  Newsmax.
- **March 31:** Israel will be at war by summer: Arieh Eldad
- **March 28, 2007:** Congress to Get Closed-door Briefing on Cuban Spy, from Newsmax.
- **March 27, 2007:** Calif considers Iran Divest ment bill,
- **March 22, 2007:**U.S. pushes Harsh new measures to Isolate Iran.Note: This includes links to complete testimony and a chart of post 1999 Oil investment contracts in Iran.
- **March 14, 2007:** Panic in Tehran over Defections.
  **March 9, 2007:** US Gaining Momentum in Iraq, General says.
- **March 7, 2007:** Iranian General defects
- **Feb. 14, 2007:** Voice of America Harming U.S. Interests,
- **Feb. 12, 2007:** Evidence of Iran Arms Support was Well Known,
- **Feb. 2, 2007:** US Interrogating Iranian Guardsmen in Iraq, from Newsmax.com
  **Feb. 1, 2007:** Chirac tries to Sabotage Iran Sanctions,
- **Jan. 8, 2007:** A McCain-Lieberman Ticket in 2008?
- **Jan. 4, 2007:** Negroponte's Exit Planned Ahead of Time
- **Dec. 18, 2006:** Meet Israel's Churchill,
- **Dec. 11, 2006:** Weldon says CIA, FBI 'Out of Control,'
- **Dec. 6, 2006:** McCain says: More Troops in Iraq,
- **Nov. 30, 2006:** Ahmadinejad writes to America
- **Nov. 29, 2006:** **European** report blasts detainee policy
- **Nov. 28, 2006:** Russia sells Iran anti-missile defense
- **Nov. 20, 2006:** Iraqi PM holds secret Tehran meeting
- **Nov. 9, 2006:** Conservatives see gains in Congress
- **Oct. 19, 2006:** Alcee Hastings, next chairman of the House Intelligence Committee?
- **Sept. 28, 2006:** Curt Weldon: reaction to the Pentagon's Able Danger
- **Sept. 21, 2006:**  HPSCI sees expanded al Qaeda threat (Newsmax.com)

Articles by Kenneth R. Timmerman                                    Page 5 of 22

- **Sept. 15, 2006:** Santorum calls for end to "phony negotiations"
- **Sept. 7, 2006:** Iran torture victims blast Khatami visit
- **Sept 1, 2006:** Khatami gets Diplomatic Visa; and "Sanctions Coming on Iran,"
- **LIVE FROM NORTHERN ISRAEL.** Follow Ken's dispatches on Iran's proxy war against Israel at Newsmax.com. Get quick links to the stories here, including the June series from Israel on Iran's nuclear program.

- **June 14, 2006:** Corruption Rampant at U.S. Immigration
  **June 13, 2006:** Iran has secret uranium enrichment sites
  **June 9, 2006:** Judge Dismisses Khobar Towers case against Iran
  **June 7, 2006:** Iran hoarding gold
  **June 6, 2006:** Ken jousts with Iran Policy Committee over the MEK
  **May 27, 2006:** Senator Kyl says Iranian nukes are America's "biggest challenge,"
  **May 25, 2006:** Terrorist group supporters meet in Washington, DC
  **May 24, 2006:** Deputy Attorney General Paul McNulty vows "forward-leaning" prosecutions of terror suspects.
  **May 17, 2006:** Israel "will not allow" Iran nuclear weapons," from Newsmax.com
  **May 12, 2006:** EU claims U.S. acknowledges secret CIA flights.
  **May 12, 2006:** Spying on Iran. The curious story of regime intelligence operations in France, and one opposition group's success in penetrating them
  **May 10, 2006:** Former Rumsfeld Aide backs Hayden.
  **May 8, 2006:** Iran prepares 'Judgment Day' attack plan
  **April 29, 2006:** "UN watchdog report slams Iran," from Newsmax.com
  **April 21, 2006:** "Iran completes Secret Enrichment Plant,"
  **April 12, 2006:** Did Richard Clarke Save Osama? from Newsmax.
  ***March 1, 2006:*** "Iran Readies Plan to Close Strait of Hormuz,"

- **Feb. 19, 2006:** Former senior Pentagon official reveals details of how Russia "cleaned-up" Saddam's WMD. From Newsmax.com

- **Feb. 16, 2006: T**apes show Saddam had Secret Uranium enrichment program, from Newsmax.com

**Feb. 3, 2006:** IAEA says **Iran is working on "nuclear weapons"**

**Jan. 24, 2006: Assassination attempt against Ahmadinejad**

**Dec. 1, 2005: "Meet the Defenders."** If Iran and al-Qaeda will have a hard time today sneaking a nuclear device through U.S. container, we can thank the Bush administration. Cover story from the December 2005 issue of Newsmax Magazine.

**Nov. 15, 2005:** IAEA Secretary General Mohammad ElBaradei argues that the free world should give Iran "one last chance," Ken reports from Vienna.

**Nov. 1, 2005:** "Russia secretly builds huge undergound complex," from the Nov. 2005 Newsmax magazine.

**September 13, 2005:** Iraqi Foreign minister has "no doubt" Saddam had WMDs, from Newsmax.com

**Oct. 23, 2003:** Mahathir and Chirac, from Newsmax.com. Read also about the controversy surrounding General Boykin.



# Get a listing of my columns from FrontPage magazine (offsite)

**Local copies:**

- **Feb.14, 2008:** Frontpage magazine interview with Ken on Imad Mugniyeh's assassination
- **Sept. 24, 2007:** Hitler's Muslim Nephew Comes to New York (FPM)
- **Sept. 14, 2007:** Dennis of Damascus and Tehran Tom
- **Sept. 5, 2007:** Call It War, Mr. President
- **Aug. 23, 2007:** High Stakes Game in Northern Iraq (Frontpage)
- **Aug. 17, 2007:** The Sopranos of Iran (Frontpage)
- **Aug. 10, 2007:** NIAC's Intimidation Campaign
- **Aug. 2, 2007:** The Senate's Churchill
- **July 23, 2007:** Human Rights Travesty (FPM)
- **July 13, 2007:** No Second Marriages in Iran (FPM)
- **June 25, 2007:** The Fight for Iran
- **June 15, 2007:** Solidarity Iran
- **June 8, 2007:** Prosecute Plame?
- **May 31, 2007:** High Noon with Iran.
- **May 25, 2007:** Blood of the Iraqi Martyrs.
- **May 17, 2007:** Iran crosses the red line.
- **May 9, 2007:** France's Thatcher
- **May 4, 2007:** Condi's Careful Steps.
- Divest Iran, April 30, 2007

Articles by Kenneth R. Timmerman

- The Trans-Atlantic Terror Divide, April 20, 2007
- The Clinton Syndrome, April 13, 2007
- Why Iran Released the Hostages, April 05, 2007
- The Next War?, March 30, 2007
- What You Can Do about Iran, March 23, 2007
- Intelligence War in Iran, March 19, 2007
- Memo to Karl Rove: Pardon Scooter Now!, March 09, 2007
- Real Threats, Real Candor, March 02, 2007
- The Mullahs' Voice, February 23, 2007
- The Rogue Weasels, February 19, 2007
- Squeeze Iran, Feb. 9, 2007
- The Tale of Two Trials. Feb. 2, 2007
- France's Pro-America Turn, Jan. 26, 2007
- How to Topple the Mullahs. Jan. 18, 2007
- Victory Means Victory, Jan. 12, 2007
- More Than Just Sanctions, Jan. 5, 2007
- Showdown, Dec. 27, 2006
- Our Man Flynt, Dec. 22, 2006
- Baker-Hamilton Lunacy, Dec. 15, 2006
- Coming to a Neighborhood Near You: The Axis of Evil, Friday, December 08, 2006
- The Iranians' Ultimatum, Monday, December 04, 2006
- The Ghost of Philip Agee, Thursday, November 30, 2006
- Feeding the Crocodile, Friday, November 24, 2006
- Your Move, Mr. President, Wednesday, November 15, 2006
- The Road to Withdrawal, Thursday, November 09, 2006
- End of the NSA Program?, Thursday, November 02, 2006
- The Path to Iraqi "Failure", Thursday, October 26, 2006
- The Battles of Hastings, Thursday, October 19, 2006
- The Saudi-Osama Connection, Thursday, October 12, 2006
- State of Denial, Thursday, October 05, 2006
- The Man the Left Wants to Beat, Thursday, September 28, 2006
- No "Grand Bargain" for Iran, Thursday, September 21, 2006
- Politicizing Intelligence &endash; Yet Again, Thursday, September 14, 2006
- Sins of Omission, Sins of Commission, Friday, September 08, 2006
- No Belgian Waffle from the UN, Thursday, August 31, 2006
- Just Say No to Khatami, Thursday, August 24, 2006
- Infanticide - Mullah Style, Thursday, August 17, 2006
- Seeing Through the Fog of War, Thursday, August 10, 2006
- Finish the Job, Thursday, August 03, 2006
- Islamo-fascism's 1936, Thursday, July 27, 2006
- Iran's Proxy War Against America, Thursday, July 20, 2006
- Plamegate: Mystery Solved, Thursday, July 13, 2006
- The Left's Media Manipulators, Thursday, July 06, 2006
- Iran: Time Running Out, Thursday, June 29, 2006
- Khobar Towers Shame &endash; Ten Years After, Friday, June 23, 2006
- Slippery Slope in Iran, Tuesday, June 20, 2006
- Hold Firm in Vienna, Thursday, June 15, 2006
- Broken, Thursday, June 08, 2006
- The Moral Imperative of Freedom in Iran , Thursday, June 01, 2006
- French Scandal Fricassee, Thursday, May 25, 2006
- Symposium on Iran, May 19, 2006
- Dealing With the Devil, Thursday, May 18, 2006

Articles by Kenneth R. Timmerman                                              Page 8 of 22

- <u>Deck Chairs on the Titantic</u>, Thursday, May 11, 2006
- <u>Negotiating with Evil,</u> Thursday, May 04, 2006
- <u>CIA Sabotage,</u> Thursday, April 27, 2006
- <u>The State Department's Dead Parrot,</u> Thursday, April 20, 2006
- <u>Iran Crosses the Nuclear Red Line,</u> Thursday, April 13, 2006
- <u>Chirac's Nixon Moment,</u> Friday, April 07, 2006
- <u>French Meltdown,</u> Friday, March 31, 2006
- <u>Russia's Double Game,</u> Thursday, March 23, 2006
- <u>Getting Iran Wrong &endash; Again,</u> Thursday, March 16, 2006
- <u>ElBaradei's Blindness,</u> Thursday, March 09, 2006
- <u>Homeland Transparency,</u> Thursday, March 02, 2006
- <u>A Fool's Game with Hamas,</u> Friday, February 24, 2006
- <u>A Policy to Topple the Mullahs,</u> Thursday, February 16, 2006
- <u>Playing Poker With Armageddon,</u> February 09, 2006
- <u>Connecting The Nuclear Dots,</u> February 02, 2006
- <u>When Making a Revolution, Allies Matter,</u> January 20, 2006
- <u>Next Steps on Iran,</u> January 13, 2006
- <u>War Within Range,</u> January 05, 2006

## Selected columns pre-2006:

- **Nov. 25, 2005:** <u>**"Confronting Iran"**</u>
- **Sept. 19. 2005:** <u>**"Hired Hecklers."**</u> **The MEK "rent-a-crowd" in New York**
- **Jan. 26, 2004:** <u>"Dana Rohrabacher's Troubling Friends,"</u>

**The Washington Times**

## Washington Times

- **Jan. 30, 2008:** <u>Threats We Face</u>
- **Dec. 7, 2007:** <u>Nuclear Deceptions,</u>
- **Nov. 23, 2007:** The Democrats' Quagmire
- **April 2, 2007:** <u>Iran ups the ante,</u>
- **Feb. 28, 2007:** <u>Hold Iran Accountable,</u>
- **Jan. 7, 2007:** <u>Impending Iran Crisis,</u>
- **Dec. 4, 2006:** <u>The Mullah's ultimatum</u>
- **June 20, 2006:** <u>Slippery Slope in Iran,</u>
- **Feb. 23, 2006:** Time for a plan to undo Iran, <u>from the Washington Times</u>
- **Feb. 8, 2006:** <u>**"Showdown with Iran"**</u>
- **Nov 4, 2005:** <u>"No Leeway on Iran,"</u>
- **September 13, 2005:** <u>"Unwelcome mat"</u>
- **Aug. 5, 2005:** That <u>leaked National Intelligence Estimate on Iran</u>
- June 29, 2005: <u>"Iran had sinned."</u>
- June 28, 2005: <u>"The Supreme Putdown."</u>
- **June 27, 2005: <u>"The Rat Line"</u> for al-Qaeda operated by Iran.**

Articles by Kenneth R. Timmerman                                                    Page 9 of 22

- **June 17, 2005:** **Iran's "sham election"**
- **March 8, 2005:** "No deal with Iran,"
- **Oct. 15, 2004:** "Kerry's Iran Scandal."
- **Aug. 13, 2004:** "Nuclear Red flag on Iran," Washington Times.
- **July 16, 2004:** "Constantine Menges: A Tribute," Washington Times.
- **April 19, 2004:** "Counterfeit Recollections," Richard Clarke's lies about the millennium bomber, from today's Washngton Times.
- **March 17, 2004:** "Next Steps in Libya," Washington Times.
- **March 3, 2004:** "Libyan leader turns page on terror," United Press International
- **March 1, 2004:** "U.S. Congressional Delegation arrives in Libya," United Press International.
- **Dec. 13, 2003:** "Anti-Semitism: Europe's Cover-Up," Ken's story on a suppressed European Union report in the NY Post.
- **Oct. 26, 2003:** Ken blasts Saudi criticism of General Boykin in Sunday's Washington Times.
- **Feb. 7, 2003:** Regarding a Post-Saddam Iraq, Ken's oped from today's Washington Times on what Europe will look like for France and Germany (and French and German businesses) after the stunning US-led victory in Iraq. Local copy.
- **Nov. 1, 2001:** "A Reformer without Results: Iran's Khatami Needs to Hand over Terrorist."
- **Feb. 22, 2001**: "Cause to Spurn PA Money Pleas." Yasser Arafat's regime is so corrupt, it doesn't deserve another dime in U.S. taxpayer funding. Let Arafat use his own Swiss bank accounts to finance his new army.(Click here for a local link)
- **Jan. 19, 2001:** "National Security Roulette." Last-minute rules allowing the export of nuclear-weapons design computers to Russia and China threatens America's future.
- **Dec. 22, 2000:** "Three targets for an activist foreign policy." President-elect Bush can promote freedom and the rule of law in Iran, Iraq and Afghanistan.
- **Nov. 6, 2000 (Insight Magazine):** "Has Clinton's China policy put U.S. national security at risk?"
- **Oct. 15, 2000:** **"Wobbly policies invite Terror."** Clinton-Gore appeasement of terrorists and their state-sponsors invited an act of war.
- **June 30, 2000:** "Tracking Gore's Temple Woes" (Al Gore, Maria Hsia, and the Buddhist Temple fund-raiser)
- **May 24, 2000:** **"Chinese missiles in the new world order"** A Chinese defector reveals how U.S. companies, with approval from the Clinton-Gore administration, helped build China's latest ICBM.
- **Feb. 24, 2000:** Casualties of the China Connection. The Alaska Airliner that went down of the California coast could become a powerful symbol for all that has gone wrong with Bill Clinton's failed China policy.
- **Nov. 11,1999:** **Conditional funding for Wye?.** Arafat's corruption sheds serious doubts on U.S. aid to the Palestinian Authority.
- **June 11, 1999:** "Rescuing National Security." Three proposals to restore strategic export controls. Washington Times.
- **May 5, 1999:** "Trumped by Iran's New Missile.
- **April 18, 1999:** "The Selling of Our Secrets," Washington Times article on former Defense Secretary William Perry and his dubious ties to the Chinese communist government.
- August 13, 1998: "The Wrong Man at Radio Free Iran"
- June 22, 1998. "No time to play nice with Iran,"
- May 22, 1998 , Mujahedin's ties to Saddam Hussein
- March 24, 1997, "Chinese spy openly at weapons fair," report from 'IDEX 97' in Abu Dhabi. [75K GIF file]
- June 24, 1996: "Clinton offers Iran a 'frank dialogue.'" [84K GIF file]

# New York Post

Articles by Kenneth R. Timmerman                                      Page 10 of 22

**Feb. 19. 2007**: NYPost: <u>Iran's Iraq Meddling: Hang Tight against Weasels.</u>
**May 31, 2005,** <u>The French say Non!</u>.to the EU Constitution.

**June 5, 2004:** <u>"Liberation Forgotten."</u> why President Bush needs to remain on guard when he travels to France for the 60-anniversary commemoration of D-Day, from today's <u>New York Post.</u>

**March 16, 2004:** <u>"Chirac's War for Oil,"</u> from today's New York Post..

**Jan. 14, 2004:** <u>"Jesse's Hijinks,"</u> from today's New York Post.

**Dec. 13, 2003:** <u>"Anti-Semitism: Europe's Cover-Up,"</u> Ken's story on a suppressed European Union report in the NY Post.

**July 10, 2003:** <u>The War that Jesse Built.</u> Jesse Jackson's ties to Liberian strongman Charles Taylor in <u>today's New York Post.</u> Last night, Ken exposed Taylor's diamonds-for-influence peddling on the **O'Reilly Factor.**

---

# Interviews and transcripts

•**Feb.14, 2008:** <u>Frontpage magazine interview with Ken</u> on Imad Mugniyeh's assassination

Aug. 1, 2005: "<u>The Iran We Cannot Neglect,"</u> transcript of remarks to the Wednesday Morning Breakfast Group, Los Angeles, CA.

**June 24, 2005: <u>FrontPage Magazine</u> interview.**

**April 20, 2004: <u>Ken with Brit Hume on the FoxNews channel</u>: "We thought the French were with us."**

**March 22. 2004: <u>"The French Connection,"</u>** Ken discusses *The French Betrayal of America* with National Review Online

**Nov. 21, 2003:** <u>"Hate to Win?" National Review Online interview</u> with journalist Kenneth Timmerman."

**Nov. 13, 2003:** Ken discusses Preachers of Hate with <u>FrontPage magazine's Jamie Glazov.</u>

**Nov. 7, 2003:** Ken proposes ultimatum to Saudi rulers, from <u>today's FrontPagemag.com</u>

**Oct. 31, 2003:** Ken joins <u>a forum on anti-Semitism</u> with Robert Spencer, Walid Phares, and Bat Ye'or.

**July 29, 2003:** <u>Read the transcript</u> of Ken's visit to MSNBC's Scarborough country, where he discusses Jesse Jackson and NASCAR, and Jackson's responsibility for the West African crisis.

# Reader's Digest

- ✱✱✱ **July 2005**: "As Bad as Bin Laden." [PDF file - 800 kg] Iran's star terrorist, Imad Mugniyeh, who trained Osama Bin Laden's top terrorists.
- ✱✱✱ **April 13, 2004**: Reader's Digest Online Exclusive: What We Knew... and Didn't Do about Richard Clarke, Jaime Gorelick's "wall," and U.S. knowledge of Osama Bin Laden
- **March 2002**: "The Judge Who Cracked Al Qaeda," (Now available as JPEGs) Also available in a French edition
- **December 1999**: "Our Secrets on Sale: How U.S. technology is being aimed right back at us."
- "Is the Bomb within Saddam's Grasp?" A Reader's Digest Internet exclusive, published simultaneously by the Wall Street Journal, March 18, 1999
- **July 1998**: " This Man Wants You Dead," July 1998. The inside story of Osama Bin Ladin - six weeks before the U.S. Embassy bombings in Africa.

"Missile Threat from Iran," January 1998 issue. The secret story of how Russia helped Iran build a 1300 kilometer-range missile capable of reaching Israel and U.S. troops throughout the region, while the Clinton administration sat back and watched.

# Insight Magazine

**May 21, 2004**: Raid on Chalabi home, office, sends 'wrong message," from Insight online.

**May 11, 2004**: **CIA and State Continue to Smear Chalabi**, from Insight online;

**April 25, 2004**: **Saddam's WMD have been found**, from this week's Insight Magazine. See also the companion story, **Iraqi Weapons in Syria**

**April 13, 2004**: Ashcroft takes off the gloves at the 9/11 hearing

**April 12, 2004**: "Documents Prove UN Corruption," in this week's Insight magazine. Revelations are brewing in the UN stew

**April 7, 2004**: "Who is Moqtada Sadr?" Ken's revelations of the Iraqi Shiite leader's ties to the Islamic Republic of Iran.

**March 19, 2004**:: "Pipes objects to fox in the henhouse," A new face on the old American Muslim Council does not fool Middle East analyst Daniel Pipes.

**March 15, 2004**: "Breakthrough with Qaddafi." Cover story from Insight Magazine about Ken's meeting with Qaddafi in Libya. See also, "How George W. Bush Got Qaddafi's attention," for an account of why Qaddafi changed his tune. More reporting from Ken's trip, as it appeared in the *Washington Times*, will be posted soon.

**March 2, 2004**: "Saffuri's Ties to Terror Suspects," an in-depth investigation in the ties of prominent

Palestinian activitist Khaled Saffuri to terror suspects, and his efforts to influence the White House, from Insight magazine.

**March 1, 2004:** Worried about John Kerry? Read "Kerry will abandon war on terror," in this week's Insight magazine, and the companion investigation on Kerry's Iranian-American fund-raisers.

**Feb. 4, 2004:** "Proof That Tehran Backed Terrorism," from Insight Magazine. See also the companion story, "Defector Points Finger at Iran in September 11 Plot."

**Jan. 23, 2004:** "Will George Soros Panic the Market?" Insight Magazine.

**Dec. 22, 2003:** "Invitation to September 11," Insight magazine cover story with startling new intelligence information on the Oct. 1983 Marine barracks bombing

**Nov 24, 2003:** "Democrats Target Pentagon Planning," from this week's Insight magazine.

**Nov. 14, 2003:** The State Department takes off the gloves on Iran, Ken reports from the Lawrence Livermore National nuclear laboratory.

**Nov. 3, 2003:** David Kay blasts the Washington Post's skewed coverage of Iraq, Ken reports.

**Oct. 27, 2003:** Read an excerpt from Preachers of Hate from Insight magazine.

**Aug 1, 2003:** "A Slap in the Face." Why in the world did W meet with Jesse Jackson, black conservatives wonder

**July 24, 2003:** Jesse Jackson, Liberia, and Blood Diamonds, from this week's Insight magazine.

**July 9, 2003: Student heroes take on Mullahs.** Unrest in Iran is reaching revolutionary proportions, but as of yet, no one knows when the pot will boil over.

**June 30, 2003: The Truth About Mahmoud Abbas.** Man of peace, or terrorist and anti-Semite?

**June 20, 2003:** Iran Back-channel backfires. A just-retired NSC staffer holds out-of-school talks with a top Iranian official in Athens.

**June 13, 2003:** Why don't you let us fight? Iraqi political leader Ahmad Chalabi asks the U.S. during a visit to Washington.

**June 11, 2003:** Hard new information on Iran's involvement in the July 1994 AMIA bombing and other terrorist attacks has prompted the Bush administration to reconsider its Iran policy, Ken reports in Insight magazine.

**May 27, 2003:** "Sending a Serious Message to Syria." . (local link)

**May 22, 2003:** Top State Department Arabist who slammed President Bush, helped a Jordanian on the State Department's terrorist watch list get a permanent U.S. visa - from today's Insight Daily.

**May 5, 2003:** So where are Saddam's weapons? The President's critics say there aren't any. Don't be so sure, as Ken reports this week in "The Hunt is On for Saddam's Weapons." (Local copy).

Articles by Kenneth R. Timmerman                                    Page 13 of 22

**April 28, 2003:** The outlawed Mujahedeen-e Khalq (MEK) have been bombed by coalition forces and now told to disarm, Ken reports in today's Insight daily.

**April 17:** Just in case you'd missed it, the French state-run media declared the U.S. "defeat" after just one week of fighting. See "The French Spin a Different War Story" in this week's Insight.

**March 17, 2003:** the Pentagon has prepared for possible chemical or biological attack, "U.S. forces face the Bio-Chem test." (Local copy)

**March 3, 2003:** What's wrong with France? Insight magazine cover story on America's once and future ally (local copy). From Insight daily, a follow-up to the Sami-Al Arian/ Grover Norquist saga raises serious questions about who admitted a suspected terrorist into the Bush White House.

**Feb. 21, 2003:** Controversial Professor Arrested in Florida on Terrorism Charges. Ties to top Republican activist exposed, from Insight magazine.

**Feb. 18, 2003:** A top Bush administration official warns the Iraqi military: Don't use WMD. See "Justice looms for Saddam, cronies" in next week's Insight magazine. (Local copy).Also today, Official Anti-Semitism in Egypt, from Insight Daily. President Mubarak, MEMRI, and an anti-Semitic TV series.

**Feb. 4, 2003:** Al Qaeda operatives still active in Iraq, Ken reports in Insight Daily.

**Feb. 3, 2003:** Ever wonder what's behind the opposition of France and Germany to the U.S. on Iraq? It's all about the euros, as Ken reveals in this week's Insight magazine. In a separate story, Ken examines why **the State Department continues to undermine U.S. policy on Iraq** by holding up money earmarked for the Iraqi opposition.. (Local copy)

**Jan. 24, 2003: 'Gray Lady' runs ad for terrorists. Why is the New York Times taking money from a front for the MEK, a group on the State Department's list of international terrorist organizations?**

**Jan. 23, 2003:** For Jesse, It's Still all about the money. Jesse and the suits - on Wall Street, and in the courtrooms as barbers and ad agencies mount legal challenges. From Insight magazine.

**Jan. 8, 2003:** France Uncovers Al-Qaeda bombers. French officials believe they were planning a a deadly chemical weapons attack.. (Local copy)

**Dec. 17, 2002:** Prime Time Hate from Arafat TV. Now Arafat is using music videos to snare children to kill Jews. And the European Union continues to finance these crimes. (Local copy)

**Nov. 14, 2002: Saddam Prepares to use poison gas,** large attempted purchases of Atropine show. From Insight daily. (Local copy).

**Nov. 13, 2002: Proof that Saddam Bankrolls Terrorism,** from this week's Insight magazine.**Also today, Egypt's Grand Mufti in full.** from this week's Insight magazine.. (Local copy)

Articles by Kenneth R. Timmerman                                    Page 14 of 22

**Sept. 30, 2002:** <u>How Saddam Got Weapons of Mass Destruction.</u> Based on defector reports and new intelligence, Ken explains why it has become a matter of life or death for America and her allies to help the Iraqi people rid themselves of a brutal dictator. (<u>Local copy</u>).

**Sept. 26, 2002:** Ken goes to the bullfights in <u>Southern France for Insight,</u> where a massacre becomes a moment of grace. (<u>Local copy</u>). Note: this is my favorite story of the summer!

**Sept. 20, 2002:** <u>Torricelli's Terrorist-List Friends,</u> from Insight magazine.. (<u>Local copy</u>).

**Sept. 12, 2002:** While Americans bowed their heads to remember the victims of September 11, Islamic radicals gathered at a London mosque to praise their murderers. <u>Ken travelled to London just to record their words</u> for Insight magazine.

**Sept. 5, 2002:** Swedish police charge a Muslim man caught carrying a handgun onto an airplane with attempted hijacking. Read more in <u>Ken's article from the Insight</u> webpage. (<u>Local copy</u>).

**Aug. 26, 2002:** "It is Time to Go To War Against Saddam," from the <u>Sept. 16 issue of Insight</u> magazine (<u>Local copy</u>).

**Aug. 5, 2002:** French Prime Minister speaks hard truths to his fellow Frenchmen about France's collaboration with Nazi Germany, but French anti-Semitism runs deep. From the <u>Aug. 26 issue of Insight</u> magazine. (<u>Local copy</u>)

**July 19, 2002:** Austria still struggling with the Holocuast, reports from Vienna.<u>From the July 21 issue of Insight magazine</u> (<u>local copy</u>).

**June 24, 2002:** Secretary of Defense Donald Rumself dispatches top aide Peter Rodman to Beijing to explore a resumption of military-to-military ties based on reciprocity, as U.S. experts carefully monitor Communist China's military modernization. <u>From this week's Insight magazine</u> (<u>local copy</u>).

**May 28, 2002:** Convicted terrorist Ramzi Yousef was planning to crash an airliner into CIA headquarters in 1995 as part of Project Bojinka. Does that "prove" the U.S. had advance warning of September 11? Read Ken's report on the *Blue Marlin file* in <u>this week's Insight</u> magazine. (<u>Local copy</u>).

**May 23, 2002.** <u>"Eiffel Tower terror and fantasy,"</u> oped in today's <u>Washington Times</u>

**May 17, 2002:** Sneak preview from <u>next week's Insight magazine</u> on captured documents that detail Saudi Arabia's ties to Palestinian suicide bombers. Other documents provide startling new evidence of the role Muslim charities in America have played in financing terrorist attacks against Israeli civilians. Some of those charities are now seeking to use ties to a top Republican strategist to get their assets released by the U.S. Department of Treasury. (<u>Local copy</u>).

**May 6, 2002:** Jackson's latest tax returns provide stunning new details of multi-million dollar

deals he cut with Verizon and Freddie Mac. See this week's Insight magazine (Local copy).

**April 22, 2002 - Jesse Jackson** takes his shakedown to Silicon Valley, from this week's Insight magazine. (Local copy)

**April 19, 2002 - Iraq Was Involved in Oklahoma City:**On the 7th anniversary of the **Oklahoma city bombing,** Secret audio and video testimony from Philippines directly ties **Iraq** and its agents to Oklahoma City bombers. "Deathbed" confession plus prison testimony fuels worries of U.S. government coverup. (Local copy)

**April 15, 2002: Pro-Israel supporters critical of Bush,** from Insight magazine.

**April 8, 2002: French terror judge is secret ally,** from Insight magazine.

**March 25, 2002: Causus belli?** New information is beginning to emerge of an Iraqi connection to the Oklahoma City bombing, from this week's Insight magazine.

**March 15, 2002:** The Truth about Iran. Top White House aide reads the riot act to pro-Iran lobbyists, from Insight magazine.

**March 4, 2002:** Biden Buddies up to Pro-Iran lobby, from Insight magazine.

**Feb. 25, 2002: "Preaching a Gospel Of Self-Reliance."**The Rev. Jesse Lee Peterson, a Los Angeles pastor, is challenging blacks to revise their views on the traditional civil-rights movement, from Insight magazine. Local version.

**Feb. 11, 2002:** "Straight from Qatar, It's Jihad Television." For a local version with additional links, click here.

**Jan. 29, 2002: Rogues Lending Hand to Saddam.** (local version).

**Jan. 21, 2002:** Jackson Continues Wall Street Waltz. (Local version).

**Jan. 14, 2002:** An Israeli military intelligence team told top Bush-administration officials last week that they have "incontrovertible evidence" of top Iranian government involvement in the arms shipment to Arafat. Ken's story from Insight on-line.

**Dec. 10, 2001: Godfather of terror.** Imad Mugniyeh has been murdering Americans for decades. (local version

**Nov. 23, 2001:** Canadian Border Open to Terrorists. (local version).

**Nov. 12, 2001:** Iran Cosponsors Al-Qaeda Terrorism. (local version).

**Oct. 26, 2001: Severing Liberia's Sinews of War,.** (Click here for a local copy)

**Oct 12, 2001: Reno Redux in Florida.**.(Click here for a local link).

**Sept. 24, 2001:** "Tale of Two Preachers."

**Sept. 13, 2001:** Iranian seeks protection," Insight on-line..

**Aug.13, 2001:. "Farming While Black,"**

**July 30, 2001: "Clinton holdovers destroy secret documents at Pentagon security agency."**

**-July 23, 2001: "China and Russia Align Against U.S."**

**July 2, 2001:** Russia's Air Show blues,

**June 25, 2001: Will Bush Stop the Sudan Genocide?**

**June 20, 2001:** "Taiwan tests Patriot anti-missile system."

**June 14, 2001:** *Should the United States renew the Iran Libya Sanctions Act?*

**June 4, 2001: "Arafat Murdered U.S. Diplomats."** In May 2006, the State Department released a 2-page cover memo from a longer report on the Khartoum embassy hostage-taking, stating that the operation was carried out "with the full knowledge and approval of Yasir Arafat." This is the first time that the U.S. government has ever publicly acknowledged that it was aware of Arafat's involvement in the murder of two American diplomats from the very beginning.

**May 21, 2001:** Charting America's Energy Plan.

May 14, 2001: Secrets of the Strategic Review.

**May 4, 2001:** U.S. Threatened with EMP Attack.. (Click here for a local copy]

**April 9, 2001: "Missile Defense Deployed in Russia,"**

**March 26, 2001:** Hackers attack Sandia computers (Click here for a local link)

**Feb. 26, 2001:** "State's Saddamists."(local link)

**Feb. 19, 2001:** "Bill's Holdovers Grab DoD Agency"

**Feb. 5, 2001:** "Clinton Mischief."

**Dec. 20, 1999:** U.S. Corporations Turn China into Threat, Insight Magazine investigation of China's latest ICBM, made in the USA.

# The China Series

**from The American Spectator magazine**

**Note: The off-site links to the old American Spectator website have gone inactive. Readers interested in those stories can purchase Selling Out America: The American Spectator investigations from amazon.com**

**Shoot the Messengers,** December 1999/January 2000. When the Clinton administration finds embarassing intellingence on China's military modernization, it knows what to do...

**Partners in Crime, August 1999.** New evidence shows the link that Republicans and Democrats have long ignored between reckless transfers of defense technology to Communist China and campaign donations to Clinton-Gore.

**Red Star Over Washington**, May 1999. The theft of America's most advanced nuclear warhead design by Chinese spies operating within our nuclear weapons labs is only the tip of the iceburg. China is now using some 10,000 "illegals" to collect intelligence in the United States, and according to a confidential Pentagon assessment, has been able to build an entire encrypted military communications network, thanks to assistance from the Clinton Pentagon.

**Off-site materials:**

**Florida Splendid China,** March 1999. When you're at Disney, stop by at this propaganda theme park, owned and controlled by the State Council of the People's Republic of China .

**The DNC's Chinese Money Laundry,** November 1998. John Huang was a Chinese government spy collecting U.S. intelligence secrets, according to two former Congressional aides deeply involved in the campaign finance investigations.

**"California Takeout,"** October 1998. Inside the U.S.-based procurement and espionage network of China's largest state-owned aerospace company, CATIC.

**"Loral Exams,"** July 1998. An exposé of how the Commerce Department and NSC staffers helped Loral, Hughes and Motorola get satellite exports to China approved, and the impact on U.S. national security of those exports.

**"China's 22nd Province,"** October 1997. An investigation into PLA companies operating in California, F-14 part smuggling rings aimed at exporting military equipment to Iran, and the CATIC corporate network.

**"Where has all the money gone,"** August 1997. An analysis of campaign contributions the DNC from Chinese entities and operatives.

**"While America Sleeps,"** June 1997. The first comprehensive look at the "China plan" to infiltrate the political, military, and security apparatus of the United States, as well as Chinese efforts to penetrate the U.S. economy.

**"All Roads Lead to China,"** March 1997, an investigation into John Huang and Lippo ties to the People's Liberation Army, and Ira Magaziner's secret plan to release U.S. nuclear technology for sale to China.

**"Peking Pentagon. Bill Perry: Too Tight with the Enemy?"** April 1996, an investigation into the ties between the U.S. defense secretary and a PLA high-tech procurement front, Hua Mei, seeking encryption technology from the U.S.

**"China Shops,"** March 1995. Initially conducted for Time Magazine, this investigation into U.S. high-tech sales to China (McDonnell Douglas, Garrett engine, Yuchai America) was so hot that the Clinton administration intervened with Time editors to kill the story and fire the reporter.

**Other stories from the American Spectator:**

- **Dirty Moolah:** Could John Kerry's ties to an Iranian-American fund-raiser friendly to the regime in Tehran be influencing his appeasement approach toward Iran? Download the PDF file (800 kb). **October 2004.**
- . The Nuke Next Door, **The American Spectator**, October, 1999
- Russo-American Nuclear Cities, **The American Spectator,** July 1999. The Clinton administration wants to spend $600 million of taxpayer money to keep Russian nuclear scientists in secret military cities off-limits to U.S. observers, producing new weapons.
- Dumbing Down Missile Defense, The American Spectator, January 1999
- "The Long Beach Missile Transfers, *"The American Spectator,* September 1998
- "Strobe Talbott: Russia's Man in Washington," *The American Spectator,* April 1998
- "Rudderless in the Gulf (Excerpt)," *The American Spectator,* February 1998
- "Torricelli's Terrorist List Friends (Excerpt)",*The American Spectator,* January 1998
- "Al Gore's Arab Money Man," *The American Spectator*, November 1997.JPEG Page 2
- "Who is Roger Tamraz?" (with James Ring Adams), *The American Spectator*, May 1997
- "The Murky Depths of Anthony Lake (Excerpt),"*The American Spectator*, April 1997
- "Islamic Iran's American Base", *The American Spectator*, December, 1995

# Other articles

- **May 31, 2006:** Kappes is the Wrong Man at CIA, from Human Events
- **Jan. 11, 2006: Iran's Nuclear Zealot** syndicated worldwide by Project Syndicate.
- **Dec. 15, 2005:** "Freedom to Believe: Iran's Christians have a High Price to Pay," National Review online
- **Nov. 25, 2005: "Iran's Nuclear Lies,"** syndicated worldwide by **Project Syndicate.**
- **August 31, 2005: "Mullah's Best Friend."** Why German Chancellor Schroeder won't win this time by demonizing Bush. From National Review On-line
- **Nov. 1, 2004:** "French fables." French media reporting on the US elections. From NationalReview Online.
- **March 16, 2004:** "Chirac's Lies and the War in Iraq," Human Events.
- **March 3, 2004:** "Libyan leader turns page on terror," United Press International
- **March 1, 2004:** "U.S. Congressional Delegation arrives in Libya," United Press International.

- **Aug. 22, 2003:** "Not peace, only a pause." Never heard of "hudna?" **Baltimore Sun.**
- **March 17, 2003:** "French twist," from this week's **New Republic**, examines French aid for Saddam Hussein's regime
- **June 3, 2002: "Taxing options,"** oped on the Maryland governor's race in the Baltimore Sun .
- **"Voters should decide about tax surplus," Baltimore Sun, Feb. 2, 2001**
- Vote 'Nay' on China Trade, Baltimore Sun, May 17, 2000. Alternate link
- "Throwing Sops to the Mullahs: Clinton administration misses the mark on Iran," **The Forward,** April 14, 2000
- Greek Defense Minister denies Iran Pact, The Iran Brief (available through the Jewish Institute for National Security Affairs website), **JINSA** Oct. 4, 1999
- "Destroy His Weapons, Then Oust Saddam," Boston Globe, Nov. 14, 1998.
- 

# Wall Street Journal

- **Dec. 24, 2003:** "No Debt for Iraq's Oil," Wall Street Journal-Europe
- **Nov. 4, 2002:** A Mufti's view of Islam and Terrorism.
- **Aug. 20, 2002:** On the death of Palestinian terrorist Abu Nidal (Sabri al-Banna) today's Wall Street Journal.
- **Aug. 2, 2002:** Jesse Jackson cancels his meeting with Hamas leader only after another bombing outrage in Israel. In an oped appearing in today's Wall Street Journal Europe,
- Nov. 8, 2001:The Other Air War.
- **April 13, 2000:** Close the World Bank and the IMF
- **Aug. 5, 1999:** Iran's mullahs hit back: how President Khatami betrayed the Iranian people by cracking down on pro-democracy demonstrators in Tehran.
- **May 20, 1999:** Is Iran-Saudi Détente Underway?
- **Dec. 11, 1998:** A Dangerous Season in Iran. U.S. businessmen are attacked in Tehran as they wade into Iran's increasingly deadly factional battles.
- **Nov. 3, 1998:** Saddam's Deadly Timetable. Throwing out the UN inspectors in Iraq is Day One of Saddam's weapons deployment schedule.
- **August 11, 1998:** A Meek Response Invites Terror. Iranian defectors claim that the Islamic Republic has used non-Iranians, including former Saudi financier Osama bin Ladin, to carry out terrorist attacks.
- **Dec. 9, 1997:** Iran's Sparring Ayatollahs, on the recent attacks on and arrest of Grand Ayatollah Montazeri, and the growing opposition to the regime from the traditional clergy.
- **July 28, 1997:** "Writer's fate tests Iran and Europe," on the jailing of Iranian writer Faraj Sarkuhi and Khatemi's responsibility for his fate
- May 27, 1997: "Iran's Vote: A Good Start, Nothing More."
- April 10, 1997: "EU braces for Iranian terror."
- January 3, 1997, "How to Respond to the Dhahran Bombing"
- November 27, 1996, "Denmark Takes the Lead on Iran"
- August 8, 1996 "Europe should join the fight against terrorism"
- June 10, 1996 , "Time to End 'Critical Dialogue' with Iran",
- April 24, 1996, "Turkey's Secular Model"
-

# WorldNetDaily.com

- **Feb. 16, 2001:** <u>INS Involved in Voter fraud</u>, part 4 of the Western Journalism Center series: 80,000-plus criminals naturalized to increase support for Democrats, according to Justice Department Inspector General.
- **Feb. 15, 2001:** <u>GOP, Dems launch vote-fraud probes</u>, part 3 of an ongoing series on voter fraud sponsored by the Western Journalism Center that appears in today's WorldNetDaily.com
- **Dec. 15, 2000:** <u>"Congress to establish voter-fraud task force; Nationwide investigation will 'put people in jail,' says top GOP leader."</u> (Click here for <u>a local version</u>).
- **Dec. 1, 2000:** <u>"'Coup behind closed doors': Republican observers in Miami-Dade say Democrats attempted secret recount."</u>
- **Nov. 6, 2000:** "Experts: Clinton, Gore caused oil to skyrocket"
- **Nov. 6, 2000:** <u>"Readying an attack on Taiwan"</u>
- **Sept 25-Oct. 16, 2000:** **<u>Clinton's October Surprise</u>,** an 8-part investigation sponsored by the Western Journalism Center on secret back-door negotiations between the Clinton administration and Iran.
  - **Part 1 (9/25):** <u>Clinton, Iran plan election-eve coup;</u>
  - **Part 2 (9/26):** <u>Secret spy deal, US, Iran, Israel;</u>
  - **Part 3 (9/27):** <u>Clinton sought dirt on W's Dad;</u>
  - **Part 4 (9/28):** <u>Clinton shields Iran from U.S. justice;</u>
  - **Part 5 (9/29)** <u>Clinton betrayed anti-terror pledge;</u>
  - **Part 6 (10/4):** <u>Iran's hidden U.S. cash stash;</u>
  - **Part 7 (10/6):** <u>Global settlement with Iran imminent;</u>
  - **Part 8: (10/16):** <u>Iran deal collapses; Support for Mideast terror jeopardizes Clinton legacy</u>
- **June 5-8, 2000:** <u>Can Russia be trusted?</u> (4-part series on Russian arms control violations)

# Congressional Testimony

- **Communist Chinese Procurement Activities in the United States,** testimony before the <u>U.S. - China Commission</u>, Oct. 12, 2001, U.S. Senate Dirkson building.
- <u>"The Russian missiles we could have stopped,"</u> testimony before the House International Relations Committee on the responsibility of Deputy U.S. Secretary of State Strobe Talbott for Iran's Shahab-3 missiles. For more information, <u>see the Committee Hearing page,</u> and <u>Mr. Gilman's opening statement.</u>
- <u>"Russian assistance to Iran's missile programs,"</u> testimony before the House Science committee on HR 1883, the Iran Nonproliferation Act, July 13, 1999.
- <u>Change in Iran and Challenges for U.S. policy makers,</u> a presentation at the Library of Congress, January 8, 1999.
- <u>Rogue States and Ballistic Missiles: Lessons and Prospects.</u> Paper presented before the Commission To Assess the Ballistic Missile Threat to the United States (the "Rumsfeld Commission"), April 1998
- <u>March 16, 1995: Senate Banking Committee testimony</u> on the Iran trade embargo, "Conoco deal would fund nuclear weapons and terrorism."
- <u>Feb. 27, 1996: Senate banking subcommittee testimony, "Iran and the Supernotes"</u>

- June 29, 1993, "Iraq Rebuilds its Military Industries," Report to the House Foreign Affairs Committee on Iraq's early efforts to frustrate UN inspection efforts.
- Oct. 27, 1992 testimony before the Senate Banking Committee, "U.S. Export Policy Toward Iraq: An Agenda for Tomorrow.

# Scholary Articles & Monographs

- ☐ **Nov 10, 2005: "Why the IAEA Board of Governors Must Refer Iran to the UN Security Council,"** [Word doc] presentation at Amerikahaus in Vienna, Austria, at a forum sponsored by the U.S. Department of State.
- ☐ "Staying the Course" in Iraq. Support our friends, and make sure our enemies and former allies don't come round to muck up the works. From the July-Aug.2003 issue of the **Hoover Digest.**
- **"Iran's "Reformers" are no "Moderates,"** Brown Journal of World Affairs, Number .9.2 Winter / Spring 2003. Ken's analysis of the Iranian regime and policy prescriptions for the Bush administration. (172 KB PDF file).
- Fighting Proliferation Through Democracy: A Competitive Strategies Approach Toward Iran. *From* **Prevailing in a Well-Armed World: Devising Competitive Strategies Against Weapons Proliferation,** Henry Sokolski (editor), U.S. Army War College - Strategic Studies Institute, Carlisle, Pa, March 2000. Versions of this article were presented in seminar format at the U.S. Army War College, the U.S. Department of Energy, the Nonproliferation Policy Education Center Faculty Seminar on Teaching Strategic Weapons Proliferation Issues, the Institute of World Politics, the National Committee on Foreign Policy, and the United States Information Agency between 1997 and 1999.
- Unlimited Offense: Iran's Response to the Missile Threat, paper presented at Military Strategy in the Age of Ballistic Missiles, Washington, DC, Feb. 23, 1999
- ☐ "Export of the Revolution," paper presented at IRAN '98, April 30, 1998, Bolling Air Force Base, Washington, DC.
- "Support Democracy and Change in Iran" paper presented by Kenneth R.Timmerman at *"Iran in Transition,"* a 2-day seminar organized by the Institute for the Study of Earth and Man at Southern Methodist University and Petro-Hunt Corporation, Dallas, Texas, May 2, 1996 .
- "Iran's Nuclear Program: Myth and Reality," paper presented before the Sixth International Castigioncello Conference, Fifty Years After Hiroshima, Castiglioncello, Italy, September 30, 1995, sponsored by the Italian Union of Scientists for Disarmament (USPID)
- "Opportunities for Change in Iran," A Nonproliferation Policy Forum Paper initially presented before the Honorable John McCain, U.S. Senator (AZ) and the Honorable Dianne Feinstein, U.S. Senator (CA), May 1, 1995, U.S. Capitol, Room SC-5. Subsequently reprinted in Fighting Proliferation: New Concerns for the Nineties, Henry Sokolski (editor), Air Force University Press, Maxwell Air Force Base, Alabama, Sept. 1996. (For an RTF version with active footnotes, click here).
- *In Their Own Words: Interviews with Leaders of Hamas, Islamic Jihad and the Muslim Brotherhood, Damascus, Amman, Gaza,* Simon Wiesenthal Center, Los Angeles, November 1994;
- *Weapons of Mass Destruction: the Cases of Iran, Syria, and Libya,* Simon Wiesenthal Center, Los Anbgeles, Aug. 1992;
- *The Poison Gas Connection,* (Chemical weapons suppliers to Iraq & Libya) Simon Wiesenthal

Center, Los Angeles, Oct., 1990.

# - **Home** -

--------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:39 PM
Subject: FW: Rise of the 'Iran Lobby': Tehran's Front Groups Move On-- and Into-- the Obama
Administration
To: jnmorse@gmail.com

This "report" is based on the writings of the defendant

---

From: "Iva Zoric - Internet"
Date: Thu, 26 Feb 2009 00:54:29 -0000
To: Bahman Kalbasi<Bahman.Kalbasi@bbc.co.uk>
Subject: FW: Rise of the 'Iran Lobby': Tehran's Front Groups Move On-- and Into-- the Obama
Administration
did you see this


Iva Zoric
Senior Producer
BBC World News America
2000 M Street NW, Suite 800
Washington, DC 20036
(202) 355-1723 (office)
(202) 290-5407 (cell)

---

From: Center for Security Policy [mailto:info@securefreedom.org]
Sent: 25 February 2009 19:49
To: Iva Zoric - Internet
Subject: Rise of the 'Iran Lobby': Tehran's Front Groups Move On-- and Into-- the Obama Administration


FOR IMMEDIATE RELEASE
For more information, contact Lee Cohen
lcohen@securefreedom.org
(202) 835-9077


## Rise of the 'Iran Lobby'
Tehran's Front Groups Move On-- and Into--
the Obama Administration

WASHINGTON, D.C., February 25, 2009-- Today the Center for Security Policy

issued a hard-hitting exposé of a network of foreign policy groups and individuals described by the clerical regime in Tehran as the "Iran Lobby" in the United States.

As Iran's government pursues nuclear weapons, continues to support terrorist organizations like Hamas and Hizballah, and uses blistering and apocalyptic rhetoric against Israel, the United States and the West, the 'Iran Lobby' in Washington has been actively advancing the party line espoused by Iran's theocrats.

Alarmingly, key figures from this circle have been drawn into influential posts in the Obama Administration. Recent or impending appointments of key Middle East experts - such as **Ambassador Charles 'Chas' Freeman** to head the National Intelligence Council, **Dr. Vali Nasr** as senior advisor to Ambassador Richard Holbrooke for Afghanistan/Pakistan issues, and **Dr. Susan Rice** as Ambassador to the United Nations - have long promoted the U.S. policies preferred by the mullahs, of U.S. accommodation, unconditional dialogue, and concessions.

The Center's Occasional Paper Series published "Rise of the 'Iran Lobby,'" a comprehensive study of these networks by Clare M. Lopez. Ms. Lopez is Vice President of the Intelligence Summit and also a professor at the Centre for Counterintelligence and Security Studies.

Ms. Lopez noted that "the pattern outlined in this paper is one of penetration of our national security infrastructure by agents of influence, be they witting or unwitting, whose actions, intentionally or unintentionally, serve to support the objectives of a hostile foreign power. To date, however, there has been no serious public review of the activities of this Iran Lobby or its affiliates from a counterintelligence perspective. And yet, given the serious nature of the complex challenges that Iran --and especially a nuclear-armed Iran -- can be expected to pose in coming months, it is more important than ever to consider the consequences of appointing aggressive advocates, or at least apologists, for this terrorist regime to high posts within U.S. national security leadership."

"Serious questions must be posed about whether U.S. national security interests are being jeopardized through an insidious influence operation directed by or supportive of the Iranian mullahs. The Iran lobby threatens incalculable damage not only to our own national security posture but to the millions of Iranians seeking U.S. solidarity, if not help, with their opposition to the regime," said Frank J. Gaffney, Jr., President of the Center for Security Policy.

"Rise of the 'Iran Lobby'" can be found online here:
http://www.centerforsecuritypolicy.org/p17907.xml?genre_id=3

## ABOUT THE CENTER FOR SECURITY POLICY

The Center for Security Policy is a non-profit, non-partisan national security organization that specializes in identifying policies, actions, and resource needs that are vital to American security and then ensures that such issues are the subject of both focused, principled examination and effective action by

recognized policy experts, appropriate officials, opinion leaders, and the general public.  For more information, see www.centerforsecuritypolicy.org

-30-

Change email address / Leave mailing list
Hosting by YourMailingListProvider

http://www.bbc.co.uk
This e-mail (and any attachments) is confidential and may contain personal views which are not the views of the BBC unless specifically stated.
If you have received it in error, please delete it from your system.
Do not use, copy or disclose the information in any way nor act in reliance on it and notify the sender immediately.
Please note that the BBC monitors e-mails sent or received.
Further communication will signify your consent to this.

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:19 PM
Subject: FW: Tritas Parsly
To: jnmorse@gmail.com

**From:** Filmex@aol.com [mailto:Filmex@aol.com]
**Sent:** Friday, October 31, 2008 1:40 AM
**To:** tparsi@niacouncil.org
**Cc:** mnavab@mednet.ucla.edu
**Subject:** Fwd: Tritas Parsly

From: majid4545@yahoo.com
To: sohrab@sohrabakhavan.com
Sent: 2008/10/30 08:04:50 A.M. Pacific Daylight Time
Subj: Tritas Parsly

Dear sir, Last nite,in Sohrab Akhavan's program, a lobbyist of terrorist fundamentalist mullahs
regime,named Trita Parsly, was invited to speak. In the Iranian community,Trita Parsly is
known to be working on behaf of regime in Iran under the pretense of "peace" and etc.As an
Iranian American,living in Los Angeles, I object to giving time to any of regime's lobbyists.
Thank You
Majid Norozi,counselor

CC:John Paley

Plan your next getaway with AOL Travel. Check out Today's Hot 5 Travel Deals!

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:18 PM
Subject: FW: joshtodd27 has posted a comment to your profile
To: jnmorse@gmail.com

---

**From:** YouTube Service [mailto:service@youtube.com]
**Sent:** Monday, October 06, 2008 10:50 AM
**To:** development@niacouncil.org
**Subject:** joshtodd27 has posted a comment to your profile

help center | e-mail options | report sp

# Hi streamer045,

joshtodd27 has posted a comment on your profile.

   Trita Parsi is a filthy traitor who works with mullahs. fuck u Trita Parsi...do NOT call yourself an Iranian!

To view this comment, visit your profile on YouTube.

See you back on YouTube!

- The YouTube Team

© 2008 YouTube, LLC

---------- Forwarded message ----------
From: **Development** <development@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:18 PM
Subject: FW: Comment pending on "Trita Parsi discusses Ahmadinejad letter on CNN"
To: jnmorse@gmail.com

---

**From:** YouTube Service [mailto:service@youtube.com]
**Sent:** Saturday, October 04, 2008 4:31 AM
**To:** streamer045
**Subject:** Comment pending on "Trita Parsi discusses Ahmadinejad letter on CNN"

help center | e-mail options | report sp

havabord has made a comment on Trita Parsi discusses Ahmadinejad letter on CNN:

he is A MADE IN CIA SPY
--ON TH EPAY ROLL OF ANGLO/AMERICAN ISLAMIC REPUBLIC.
HE HAS BEEN TRYING TO PROVIDE A WORKIGNPOWER TO KEEP HATED ISLAMIC REPUBLI
IN POWER-- HE IS NOT EVEN IRANIAN---HE SPEAKS SOME FARSI BUT NOT ARIAN BLOOD
INHIS VEINS--trita fuck you

This comment requires your approval. You can approve or reject it by visiting the comments page.

© 2008 YouTube, LLC

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:18 PM
Subject: FW: National Iranian American Council - NIAC: maybe you should....
To: jnmorse@gmail.com

-----Original Message-----
From: hamid [mailto:hamvatan@aol.com]
Sent: Wednesday, October 08, 2008 6:33 PM
To: info@niacouncil.org
Subject: National Iranian American Council - NIAC: maybe you should....

This is an enquiry e-mail via http://www.niacouncil.org from:
hamid <hamvatan@aol.com>

stop pretending that you represent the interests of iran and iranians.
it is clear that you make no attempt whatsoever regarding exposing the
mullahs' brutal and disgraceful human right record in iran.
It is also evident that you have an interest in defending the interests of
the mullahs and akhoonds that have pillaged our dear homeland for 30
years....
you should be ashamed of being on the payroll of the mullahs....if you
consider yourselves iranians you should focus your energy on saving iran
from the hands of these goons, rather than trying to prolong the suffering
of the iranian people.
wake up

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:09 PM
`ubject: FW: This is the most recent article that Mokhtar wrote.
Γo: jnmorse@gmail.com

---

**From:** Babak Talebi [mailto:btalebi@niacouncil.org]
**Sent:** Monday, July 07, 2008 1:51 PM
**To:** 'Trita Parsi'
**Subject:** This is the most recent article that Mokhtar wrote.

Trita – I do not have all the board member's emails… but can you forward this message along.  Edit as you wish.

Also we might want to attach the first article too – what do you think?

Dear members of the board,

This is the 2nd *Editor's Note* that was published in "Iranians" weekly newspaper (www.iraniansnewspaper.com).  Both of his editorials are most directly pointed at Abbas Edalat, founder and leader of CASMII.  Mainly he regurgitates Dai's claims giving them credence while attacking CASMII and Edalat as spokespeople for IRI…   The problem however is that in both articles he refers to NIAC several times as 'another such group' and as closely linked to CASMII and even claims that Trita and Edalat are working partners in all this.

I spoke with Taghi Mokhtar today (my follow-up email attached also) and he basically said that he only 're-published well-researched articles available online' and that we (NIAC) was entitled to respond and he would publish a response letter to the editor.  This would be most powerful if it came from a board member and I'm sure Trita or our staff could help with the framing of the response.  The main point however is that it needs to be done in Farsi – well-written Farsi to be exact.

I have attempted to remain friendly but I basically made two points – 1) he should have given us a chance to respond and 2) the defemation law-suit means we are legally claiming that Dai is intentionally using lies to make his points which should be mentioned.

 also asked for a meeting with him directly.


*Regards,*

*Babak Talebi*
*Director of Community Relations*

-----------------------------------------------
(202) 460-3680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Advancing the interests of the Iranian-American Community"
-----Original Message-----
**From:** Julia Murray [mailto:jmurray@niacouncil.org]
**Sent:** Monday, July 07, 2008 1:31 PM
**To:** Babak Talebi
**Subject:** Articles

| | |
|---|---|
| From: | Babak Talebi [btalebi@niacouncil.org] |
| Sent: | Monday, July 07, 2008 10:32 AM |
| To: | iranians@iraniansnewspaper.com |
| Cc: | 'Babak Talebi' |
| Subject: | Regarding the Iranians editorials which referred to NIAC |

آقای =9Dختار ،

خوشحال =8Dدم که =8Dوانستیم =8Dمروز صحبت بکنیم.  من 4 =لینک' برای شما =8Dینجا گذاشتم =DAه جواب =9Dستقیمی هست =8Dه حرفهای اقای =8Dلسلام.

ما خیلی مشتاق =9Dستیم که در =8Dیندهٔ نزدیک =8Dا شما دیداری =8Dاشته =8Dاشیم.

Please feel free to translate or quote these articles =nd statements.

NIAC Fact Book (FAQ):  =/span>
http://www.niacouncil.org/index.php?option=com_c=ntent&task=view&id=1076

Direct Response to Dai and Timmerman's =rticles on Neo-conservative websites:
http://www.niacouncil.org/index.php?option=com_content&task=view&id=744&Itemid=59

I     's full disclosure on our funding sources and our tax =eturns:
http://www.niacouncil.org/index.php?option=com_content&task=view&id=887&Itemid=59

Our statement on the defamation =awsuit:
http://www.niacouncil.org/index.ph?option=com_content&task=view&id=1119&Itemid=59<=:p>


We publish about 3-4 articles per week to inform the =ranian American community about events in DC that directly affect or are about =he Iranian community or US policy towards Iran.  Each month we translate 2-3 of =he most important articles to Farsi and send them out to be published in various newspapers and magazines on a regular basis.  I am curious about your =ubmission policy for outside contributions and to include *Iranians*

Finally – we are making strategic plans for =eaching out to Farsi-language publications – so I do hope we can get your =dvice on this effort when we get a chance to meet in =erson.

As a well-respected and fair-minded journalist =E2 I am particularly interested in making sure you are fully familiar with =/span>NIAC, its mission, and its goals and activities so that you can make your own =udgments based on the facts and after hearing our side rather than relying on =hat our detractors have said about us.

I will get article written, translated, and submitted =o you for publication as a response to the previous two editorials. =o:p>


*Regards,*

*Babak Talebi*
*Director of Community Relations*

--------------------------=------------------------------------

1

(202) 460-5680 =ell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian =merican Council
=411 K St. Suite 600

:ton, DC 20005
W... www.niacouncil.or=
"Advancing =he interests of the Iranian-American =ommunity"

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:11 PM
Subject: FW: this is the article in teh Persian Mirror
To: jnmorse@gmail.com

---

**From:** Trita Parsi [mailto:tparsi@jhu.edu]
**Sent:** Tuesday, July 08, 2008 2:11 PM
**To:** 'Kamyar Molavi'; AP@PishevarLegal.com
**Cc:** 'Trita Parsi'
**Subject:** this is the article in teh Persian Mirror

By a certain Imanoel Kohanim in Beverly Hills…

http://shahrokhahkami.com/2008/06/02/iran-a-beautiful-country-ruled-by-wrong-people/

# IRAN

## A BEAUTIFUL COUNTRY RULED BY WRONG PEOPLE

### PART TWO

### BY: IMANOEL KOHANIM

The land of **Abu Ali Sina** (Avecena), 980-1037 AD, Iran's most famous physician, philosopher, mathematician and astronomer. He was first to describe meningitis and made rich contribution to anatomy and gynecology. His book al-Qanun, known as "Canon" in the west, is an immense encyclopedia to medical science. In astronomy he devised a contrivance, similar to Vernier, to increase the precision of instrumental readings. His unmatched philosophical encyclopedia "Kitab al-Shifa", embodied a vast knowledge from philosophy to science (physics and mathematics and astronomy).

The land of **Z. Razi**, 864-930 AD, chemist and philosopher. Razi became the first to draw clear comparison between the small pox and chicken pox. His book Kitab al-Mansoori, was translated into Latin in 15th century, comprised 10 volumes and dealt extensively with Greco-Arab medicine. He was also the first to produce sulfuric acid and to use opium for anesthesia. He has left more than 200 outstanding scientific contributions that have greatly influenced the development of science in general, and medicine in particular.

The land of **Khayam**, 1048-1131 AD. The 11th century Persian poet, humanist, philosopher, mathematician and scientist. The son of Abraham the tent-maker. His Rubaiyat, is the most loved poems in English language was translated to English by Edward Fitzgerald. The translation profoundly influence the west's misperception of Persia in the turn of 20th century. Khayam's most remarkable scientific achievement was the calculation of the Solar year, whereby, the 1st day of the Persian New year (Nowrooz) was fixed as the 1st day of spring.

Iran, the land of *Hakim* **Ferdowsi** Tousi. Iran's greatest epic poet. It took him thirty years to complete his master piece "The Shahnameh" (the epic of kings). The Shahnameh, revived Farsi after the Arab conquest of the7th century. The Shahnameh consist of nearly sixty thousand verse lines. An important feature of Ferdowsi's work is that during the period that Arabic language was known as the main language of science and literature, Ferdowsi used only Persian in his masterpiece. He was a true patriot and loved Iran and Iranians. Had it not been for Shahnameh, the Persian language and heritage may not have survived.



The land of **Molana** "Rumi," the greatest 13th century mystic poet of Iran. This world renowned poet is remembered for his humanistic views towards life. His monumental work is widely recognized in the west. Rumi's importance is considered to transcend national and ethnic borders. Throughout the centuries he has had a significant influence on Persian as well as Urdu and Turkish literatures. His poems had been widely translated into many of the world's languages in various formats. The English interpretations of Rumi's poetry, by Coleman Barks, have sold more than half a million copies worldwide. When it comes to Rumi's land and people, nobody says it better than Rumi himself: "I am neither Christian nor Jew, neither Magian nor Muslim, I am not from east or west, not from land or sea, not from shafts of nature nor from the sphere's of the firmament, not of the earth, not of water, not of air, not of fire. I am not from the highest heaven, not from this world, not from existence, not from being...".

One just don't want to stop with the quotation, but I have to carry on. The land of **Shamseddim Mohammad Hafez** (1320-1397 AD), one of the Iran's greatest poet who expressed freedom of thought, through his poetry during one of the most difficult times of our history, similar to what we are experiencing in today's Iran. He was born in 1319, had a incredible memory. He memorized Koran only when he was a child. He often praised the virtues of wine, to mock the orthodox clergy. Hafez is considered Iran's highly regarded poet, as Shakespeare is in the western world.

The Land of **Amir Nezam (Amir Kabir)**, the Prime Minister of Naser-O-Din Shah. He initiated reforms, overhauled the central administration, encouraged foreign trade, established Tehran's Bazaar, built Dar-Ol-Fonoon, the first modern university in Iran and perhaps one of his greatest achievements. He also curtailed foreign interference to a great extent.

The Land of **Sattar Khan**, a freedom fighter and a national hero. Iran's great General of the Constitutional Revolution. Under his leadership, the Constitutional forces in 1909, marched to Tehran, deposed the Shah (Mozaffar-O-Din Shah) and re-established the constitution. Mozaffar-O-Din Shah went into exile in Russia where he belonged.

The Land of **Reza Shah** (1919- 1980), after centuries of misrule by his former rulers and at the time when Iran was ravaged by the foreign belligerents, from 1914 to 1919, a new era in Iran's history opened in the 1920's with coming to power of Reza Shah. His rapid ascent to power is compared by some historians with the rise of Napoleon in France or Ataturk in Turkey. He made radical reforms, improved Iran's infrastructure by building numerous roads, bridges, and state owned factories, schools and hospitals. He also built Iran's Trans-Iranian Railway, which started in early 1930's and ended in 1939. The Railway was 1400 km long. He emancipated women, required them to discard their veils and opened the schools to them. He tried to transform Iran into a modern state. Reza Shah like any other ruler have had his critics, but his contributions to his country is undeniable.

The Land of Dr. Mohammad Mossadeph, Patriot and Nationalist. In March of 1951, with the insistence of Dr. Mossadeph, Iran's Majlis (Parliament) voted to nationalize Iran's oil. Immediately, Britain imposed a worldwide embargo on the purchase of Iranian oil, and took the case to the International court of the Hague, the Court voted in favor of Iran. Later in June of 1953, sadly enough, the Eisenhower administration approved a British Proposal for a joint Anglo-American operation called, "Operation Ajax" which over threw Mossadeph. Although the ouster of Mohammad Mossadeph is by no doubt a dark segment of our contemporary history, but fortunately and unlike 1979 Iranian revolution, Iran did not either fall into the Soviet grab nor did it fall into Islamic fundamentalist trap. Mohammad Reza "Shah" although somewhat out of touch with some segment of population and their wounds, although at times lived under false sense of perception, generally resulted through his unconditional worshippers, and although, under circumstances, ruled over one Party system undemocratically, but undoubtedly a nationalist, propelled Iran into a dynamic middle-east regional power. It is becoming more and more evident that the "Shah", contrary to some prevalent opinion that existed, was not a puppet for the west, and we would not be fair to history if we feel otherwise. The "Shah" implemented broad socio-economic reforms, enhanced the rights for women, religious and ethnic minorities. Unfortunately the thread of Soviets, unlawful 'Tudeh Party' and Islamic fundamentalists delayed, at times stopped, the Constitutional Reforms necessary to shape a fully democratic government. But there should not be any question in any body's fair mind that Iranians were in fact prospering economically, socially, and educationally in a rate unmatched in Iran's contemporary history.

As Iranians were enjoying unparalleled prosperity in 1970's, the Carter administration (without essential insight in Iran's complex internal affairs) pressed on implementation of human right policies, which involved, among others, the release of radical fundamentalists, radical members of 'Tudeh Party' and allowing trials to be performed in civil courts which served as a platform for Anti-government propaganda. It was in these volatile period when B.B.C. began a series of non-stop interviews with the anti-Shah personalities including of course the interviews with the exiled cleric 'Khomeini' making a cleric, only a few Iranians knew, into an overnight hero, which finally resulted in the shameful and bloody transfer of power to the Mulas.

The land of **Shapoor Bakhtiar**, the last Prime Minister under the Shah. A courageous man, member of Iran's national front, he assumed power in one of the most difficult times of revolutionary Iran, stood up to the impending catastrophe that was about to take place in revolutionary Iran. His message, in the mist of the most chaotic times in recent memory, was a message of Peace, to peaceful transition to a democratic government, respect for 1906 Constitution and above all to separate state and religion. Unfortunately, his dream never materialized and this courageous man was assassinated by the Regime's agents in Paris. Sadly enough, the same Regime who assassinated Iran's great son, Bakhtiar, still marches ahead, killing our young daughters and sons in their notorious prisons.

I would like to devote the last part of my article to the most notorious activities of the Regime outside Iran which is called Pro-Iran lobby. My target readers are again younger Iranians living in the U.S. and possibly younger Americans in the U.S. who happen to be interested in Iran's affairs. The following is the recap of Mr. Hassan Dai's article entitled "Mullah lobbyist penetrating U.S. Political System": Since the early 1990's the Regime has embarked on developing a sophisticated lobby enterprise in the U.S. The Regime has devoted significant manpower and financial resources to this cause. In 1999, Trita Parsi, a young Iranian-Swedish and Siamack Namazi, residing in Iran, wrote a joint paper entitled " Iranian-Americans: The Bridge Between Two Nations." In their article, they argue the need of creating a grass root Pro-Iranian lobby, to infiltrate the halls of the U.S. Policy institutions. The aim was to create a grass root lobby similar to AIPAC (American Israeli Public Affairs Committee). Two years later, Parsi came to the U.S. and became congressman Bob Ney's assistant. The two in April 2002 founded the "National Iranian American Counsel" or (NIAC). Their primary goal of creating NIAC was as follows: To infiltrate the U.S. Political system; To impede Iranian opposition activities; To improve the image of Islamic Regime aboard; To depict Israel as a burden on U.S.; To break the taboo of working with Iran's cleric rulers for the Iranian Diaspora; To mimic the Jewish lobby in the U.S.; And finally, to have the appearance of a citizen's lobby.

I would now like to add to the aforementioned, the followings, and conclude my article. The Pro-Iran lobby have had a mixed outcome. For example, despite the Regime's vigorous attempts, they have not been successful to attract the Iranian Diaspora to their cause. Also, they have not been able to improve the Regime's image outside Iran. But, the lobby has been able to infiltrate into the halls of the U.S. foreign policy. They have also been very successful to infiltrate into the U.S. higher education institutions and to convince/attract the Academia to their cause, which have resulted in publication of many books authored by Academia who were influenced by the lobby to become Regime-friendly. Unfortunately, for liability purposes I am not able to list any names.

The lobby have also had limited success to make some of the Iranians and intellectuals living in the U.S., Regime-friendly. There are Pro-Regime articles published regularly where the authors hide their ugly intentions under (Iranian sensitive) subjects but their objective is basically to make the readers confused and to deceive the public opinion. So, what the Pro-Iran lobby is doing is basically to try to show that their operation is people's/citizen's lobby, where in fact in reality is a centralized, Regime initiated, mafia-like operation. Another words, under the Regime's directions, the Iran lobby campaign should, in appearance remain non-governmental. This way the opinions and assessments delivered by Regime-friendly lobbyists, academia, authors through their activities, books, articles, etc are to imply their personal views rather than organized or centralized. Therefore, having the above in mind, we as active Iranians have to first be vigilant, not to be deceived by the mis-informations published by the Pro-Iran lobbyists. And second, to inform other un-informed fellow Iranians and Americans about the above very serious and disturbing phenomenon.

# History of Persian Gulf Its Past and Present

## (A BOOK REVIEW)
### PROFESSOR SVAT SOUCEK

The Persian Gulf is a unique geographical phenomenon whose role in human affairs began in remote antiquity and has continued to our own day. Traditionally, this role was due to the place it occupies as an avenue of cultures and trade and today, as the site of a resource, vital not only for the inhabitants of the countries along its shores, but for much of the modern world. The Persian Gulf's unique geostrategic position further enhances its present importance.

A simple enumeration of the countries sharing the Persian Gulf's coasts and waters offers an evocative panorama of contemporary history: Iran, with the longest shoreline and some of the busiest ports along the northeastern coast; Iraq at the head of the Persian Gulf, then Kuwait, Saudi Arabia, Bahrain, Qatar, the United Arab Emirates, and Oman. All these countries, in varying degrees, are blessed with vast oil reserves lying along the coasts both under the ground on land and below the sea bottom. It is this vital resource that has propelled the Persian Gulf into the limelight of world events, and the story of its discovery, development and struggle over its exploitation makes for fascinating reading. It began almost a century ago, when in 1908 British prospectors struck oil at the Persian site of Suleymaniye. For nearly two generations, until the early 1950s, the province of Khuzistan was the center of production, processing and exporting oil, and the Anglo-Iranian Oil Company had the lion's share of this lucrative business. Geologists rightly suspected, however, that oil deposits might exist in many other parts of the Persian Gulf area. During the 1930s, a number of finds were made on the Arab side from Iraq all the way to Oman. This time mainly American companies seized the initiative, but until World War II production remained relatively modest. The war and the quickened pace of consumption in the industrial world, especially in the US, led to further development of these sources, but the main stimulus for the sudden and vertiginous development of oil wells on the Arab side of the Persian Gulf was came from the drama of Iran's attempt to acquire a fairer share of its wealth. Great Britain and the United States thwarted Dr. Mossadegh's heroic struggle, and in the process the production and export of oil from Iran was temporarily halted. That in turn created a windfall for the companies exploiting the oil fields on the Arab side, and their prospectors discovered still more deposits whose yield has led to today's fabulous wealth of Saudi Arabia and the other principalities along the Persian Gulf.

This book offers a balanced version of the history of the Persian Gulf. The story itself is presented in the natural and anthropological context of the subject.

# The Letter of Criticism of Mr. Rokni Jalili

Mr. Rokni's criticism leaves a lot to be desired. A few of his criticisms are quite understandable. If a complete article is split into two or three parts and they are three months apart the readers will lose the continuity and forget what they read in the past. However, this does not apply to the History of Terrorism. I believe when you look at the history of this problem it has had no beginning and definitely no end. But, it has got a middle and that is where we are. Therefore, to say that the History of Terrorism is not worth reading, that is of course, his opinion and he doesn't have to read it.

The second mistake that he makes is the fact that he accuses me of using my own personal opinion in these articles, which is not true. These articles have references. Space is limited as is the amount of information, which comes in on a monthly basis. It is therfore very difficult to include articles in their entirety in every issue. Apparently Mr. Rokni does not understand this. I would like for him to come to my office sometime when he comes to the East Coast and take a full day to go through the references that I have in my library. The other mistake he made was about vetoing our children's heath care by Mr. Bush. As a result he attacked Laura Bush. It was quite offensive. I believe her to be one of the best pictures on the cover of this magazine. The way in which Mr. Rokni attacked this lady indicates his lack of knowledge and history about these events. The reason that the children's health care was vetoed by President Bush was because there was a lot of pork barrel stuff attached to it. The President told the democrats that he was not going to sign if they add their own personal favorites in it.

*David Yazdan*

# An Interesting Read on the Persian Gulf

In an email, a writer named Sheila, wrote:

"If Google wanted to get to the bottom of this matter logically and definitively, one simple way might have been be to use its own technology and compare the number of hits found for the search "Arabian Gulf"-704,000 vs. 4,390,000 for "Persian Gulf"- (these numbers were the result using quotes). Do keep in mind that this young man's best intention may inadvertantly cause an artificially high number of hits to be generated for "Arabian Gulf" potentially leading to fallacious arguments in support of the name change. Our reliance on using technology to validate our realities can be rather capricious. Perhaps we should encourage those interested in preserving the historic name to search and click on "Persian Gulf" sites instead of clicking on "Arabian Gulf" just 3 times clicks the millions of people who may be inspired to do so can potentially have tremendous impact in one direction or another."

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:08 PM
Subject: FW: Did NIAC Defraud the National Endowment for Democracy and Congress?
To: jnmorse@gmail.com


-----Original Message-----
From: eblout@niacouncil.org [mailto:eblout@niacouncil.org]
Sent: Wednesday, June 25, 2008 2:07 PM
To: Trita Parsi
Subject: Fw: Did NIAC Defraud the National Endowment for Democracy and Congress?

This is from Franks staffer. Looks like they blast emailed it to everyone.
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Rose, Markus" <Markus.Rose@mail.house.gov>

Date: Wed, 25 Jun 2008 10:15:58
To:"Emily L Blout" <eblout@niacouncil.org>
Subject: FW: Did NIAC Defraud the National Endowment for Democracy and Congress?


FYI.  I'm not sure who this person is, looks like Muhajadeen or something.


----------------
 From: Omid Biniaz [mailto:omid.biniaz@gmail.com]
Sent: Wednesday, June 25, 2008 8:46 AM
To: omid.biniaz@gmail.com
Subject: Did NIAC Defraud the National Endowment for Democracy and Congress?


Did NIAC Defraud the National Endowment for Democracy and Congress?

Hassan Daioleslam
(http://www.americanchronicle.com/articles/65425
<http://www.americanchronicle.com/articles/65425> )
Hassan Daioleslam is an independent writer and Iran Analyst. He is well
published and has appeared as an expert guest in the Voice of America-TV as
well as other Persian media. Daioleslam has three decades of history of
political activism and political scholarly analysis.
Hassan Daioleslam
June 18, 2008

National Iranian American Council (NIAC) and its president Trita Parsi have
arranged to receive congressional appropriated funds from the National
Endowment for Democracy (NED) through an expedited process. They have spent
these funds on trivial activities aimed at enhancing false-flag Iranian NGOs
that were in fact managed and controlled by Iranian Deputy Ministers or high
level officials- making a mockery of the term "Non-Governmental". At the
same time, NIAC and Trita Parsi have lobbied the congress to stop
appropriating other funds meant for dissident democratic movements and NGOs
in Iran through non NIAC channels. While NIAC´s actions appear paradoxical,
it is a cohesive, targeted and deceptive tactic that has three distinct but
related goals:

to block resources to the NGOs not controlled by the government,

to provide resources to their showcase NGOs ,

and to funnel the American taxpayers´ money to the Iranian lobby in the US
to benefit Tehran´s goals.

NIAC´s actions with respect to the congressional appropriated funds are
suspect of defrauding American taxpayers and deserve nothing short of a full
congressional investigation.

NIAC obtained NED congressional appropriated funds

National Endowment for Democracy (NED) is a private, non-profit,
grant-making organization that receives an annual appropriation from the
U.S. Congress through the Department of State.

In 2002 NED, in an unusually expeditious review process, provided a grant to
NIAC to "design and implement a two-day media training workshop in Iran for
forty staff members from five civic groups..." [1]

It is noteworthy that NIAC´s published mission is focused on empowering
Iranian Americans in the US civil life, and has no provision on civil life
inside Iran. It is baffling why such newly founded organization as its first
action item applied for funds to do capacity building in Tehran. The first
grant was obtained in less than 4 weeks after NIAC was created. NED requires
a two month review process after the application is submitted.

The original grant was renewed at least two more times. These grants are
about $200,000 so far. It is also unclear how a startup group, with no track
record, can secure a grant from NED in four weeks. At the time, Trita
Parsi´s only noteworthy credential was founding the Iranian lobby
organization, IIC (as Parsi himself had declared*) and being connected to
Bob Ney. [2]

NIAC Spent NED´s funds to work with Hamyaran

NIAC used NED funds to send two of its members (with non-technical
ackground and experience) to work with de facto Iranian government agency

Hamyaran to teach NGO members how to use computer based digital media [3].
The NIAC members conducting the training were Dokhi Fassihian (NIAC
executive at the time) and Hadi Ghaemi (NIAC membe):

"Among the NGOs present were BoomIran, an environmental group, the Family
Planning Association, a health-based NGO focusing on reproductive health,
the Cultural Research Bureau, Hamyaran, a networking and capacity-building
NGO, and the Children's Literature Council, a publishing house specializing
in children's books." [3]

In fact Hamyaran which organized the workshop is not an NGO but a government
initiated false flag agency incepted, initiated, founded and managed by the
theocratic regime of Iran. At the time Hamyaran was managed by the Deputy
Minister and Under Secretary of Health Hossein Malek- Afzali. Malek-Afzali
has held high level governmental positions since 1984. Hamyaran is packed
with Iranian government high level officials. Family Planning Association is
again headed by Deputy Minister Malek –Afzali [4] and the Iranian high
official Safieh Afshari [5]. Two of the other NGOs mentioned, were
large-scale established publishing and cultural enterprises controlled by
government. These two organizations have sophisticated computer and digital
media infrastructures and are not in need of two non-experts to teach them
how to use computers. The fifth NGO attending the workshop (BoomIran) is a
small organization which shares management with Hamyaran. We will discuss
these so-called independent NGOs later in this paper.

It is noteworthy that in addition to the high level management of Hamyaran
by the government officials, according to Hamyaran's site, many of their
daily activities such as their capacity building workshops are "under the
supervision of the Ministry of Interior as part of their nationwide capacity
building plan for NGOs".

NIAC's lobby to block US funds to Iranian NGOs through non NIAC channels

NIAC, while requesting and receiving the funds from NED to work with the
Iranian NGOs, has lobbied congress to stop direct support for genuine and
independent Iranian NGOs through non-NIAC channels. In this endeavor, they
have organized petitions, congressional briefings, PR plugs and articles.
Trita Parsi, shedding crocodile tears for the hardship of American taxpayers
writes:

"Congress is adept at throwing money at a problem. Far better to continue
doling out cash on a project than to admit it's not working. Or is it? After
all, bridges are falling. We are facing major challenges in Iraq. Millions
are without health insurance. In a time when the budget is increasingly
stretched, Congress should reassess its spending — particularly on programs
that have done more damage than good. The Iran democracy fund is a prime
example of such a program. …. Come September, Congress will be looking for
ways to fill in these budgetary potholes without increasing the budget.
Where better to look for savings than in the bloated budget of the democracy
program, which has hurt the very people it is aimed to assist? … Not only
would this help ensure that no more bridges fall in the American heartland,

but it would also ease the burden on the most effective agent for change in Iran — the Iranian people." [6]

"The reality is that there are smart ways to help Iranian civil society and there are incredibly stupid ways. NIAC, through funding from NED, had chosen the former." [7]

Hamyaran: Iranian regime's means to control NGOs

In 1998, in an attempt to divert attention from crack down on the internal dissent, Iranian theocratic rulers created a showcase of several Non Governmental Organizations (NGOs) under one umbrella organization called Hamyaran. Hamyaran, was the outcome of a conference of three sectors. The first sector, according to the conference outcomes report [8] was deputy ministers and representatives of several Iranian ministries and the Iranian parliament. The second sector was Iranian "non-governmental organizations" headed by Malek Afzali, (an influential deputy minister himself!) The third group, according to the report, was International organizations' representatives (including United Nations). Since no representative names were included in the report, an independent determination of who these representatives were was not possible for this author. This conference of the mostly Iranian government agents decided that a new umbrella NGO, Hamyaran, will manage, coordinate and represent the showcase Iranian NGOs. This left Tehran's hands open in brutal suppression of other NGOs. Hamyaran is currently headed by Baquer Namazi (the father of Siamak Namazi who was Trita Parsi's partner in forming the Iranian lobby in the US.) Malek Afzali, remains the key member of Hamyaran management.

In addition to monitoring and controlling the Iran's NGOs, Hamyaran is charged with channeling all contacts and relations of the NGOs with the international organizations and the UN. Under the supervision of the government, Hamyaran is also charged with creating communication channels with the Iranians living in the US to utilize them as part of the Iranian lobby.

Hamyaran's report of one of their meeting in the "ministry of foreign affairs" with various government agencies attending is a clear indication of the Iranian government's strategy to use NGOs to recruit the Iranian Diaspora. The meeting was held on March 16th, 2002 to review the "grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process." In this meeting "An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs both domestic and abroad. " According to Hamyaran's report [9] "Workshops on specific topics related to the Iranian Expatriates and the International Conference on the Role of Iranian Expatriates were considered as immediate action plans."

Baqer Namazi, Hamyaran's current leader, in 2003, the height of the brutal suppression of the Iranian civil society, said:

"... At present the new policies of the Foreign Ministry have a more
facilitating role and direct cooperation of Iranian NGOs with international
counterparts is smoother and easier. We invite government officials to
participate, and several have come to do so. The government's professional
staff has welcomed such initiatives. ... To come back to the question of the
Iranian expatriates, the Foreign Ministry has been encouraging us to reach
out to the Iranian experts in the Diaspora, either individually, or in a
more institutionalized form such as through Iranians working at the World
Bank. So in terms of policy, the trend is becoming more positive, and the
regulations are being made easier, there is verbal encouragement, but there
are also the banal problems such as getting visas et cetera. But generally
the government is positive towards the NGOs networking with the expatriate
professional Iranians who are working in Europe and in America" [10]

Conclusion

Congress and the board of National Endowment for Democracy must provide
detailed information on how NIAC obtained NED funding in the first grant and
in the subsequent applications. They must inquire into how the funds were
spent. They must also inquire if NIAC president and members had knowledge of
the active management of these NGOs by the Iranian government.

IIC site (active from 1997 to 2002 included the following statements under
"Frequently Asked Questions" : Q: How long has IIC existed? A: IIC was
founded in August 1997 by Trita Parsi, the present Chairman. While
conducting research on Iran for US Congressmen in Washington DC in 1997, he
recognized the necessity of establishing a lobbying organization in order to
protect the socio-economic and political aspirations of the Iranian people
on one hand, and to promote the historical and contemporary cultural and
scientific contributions of people of Iranian heritage worldwide, on the
other. This consequently led, in collaboration with a large number of
intellectuals and experts, to the formation of Iranians for International
Cooperation (IIC). "Q: What is IIC? Is it a political party or a lobby
organization? A: IIC is not a political party or even a political
organization. We consider ourselves a lobby organization; we use our
constitutional rights to influence our elected representatives."

References:

1] http://www.ned.org/grants/02programs/grants-mena.html
<http://www.ned.org/grants/02programs/grants-mena.html>

2] http://www.tritaparsi.com/biography.htm
<http://www.tritaparsi.com/biography.htm>

3]
http://www.niacouncil.org/index.php?option=com_content&amp;task=view&amp;id=
598&amp;Itemid=2
<http://www.niacouncil.org/index.php?option=com_content&amp;task=view&amp;id
=598&amp;Itemid=2>

4] http://www.hamyaran.org/productinformation.php?pid=8
<http://www.hamyaran.org/productinformation.php?pid=8>

5] http://www.fpairi.org/org.htm <http://www.fpairi.org/org.htm>

6] http://thehill.com/op-eds/fund-bridges-not-failed-policy-2007-09-11.html
<http://thehill.com/op-eds/fund-bridges-not-failed-policy-2007-09-11.html>

7]
http://www.huffingtonpost.com/trita-parsi/smells-like-desperation-_b_73575.h
tml
<http://www.huffingtonpost.com/trita-parsi/smells-like-desperation-_b_73575.
html>

8] http://www.hamyaran.org/fulltext.php?tid=30
<http://www.hamyaran.org/fulltext.php?tid=30>

9] http://web.archive.org/web/20030402193515/www.iranngos.org/
<http://web.archive.org/web/20030402193515/www.iranngos.org/>

10] http://programs.ssrc.org/gsc/publications/quarterly10/shaeryham.pdf
<http://programs.ssrc.org/gsc/publications/quarterly10/shaeryham.pdf>

--------- Forwarded message ---------
From: **Trita Parsi, PhD** <tp@tritaparsi.com>
Date: Wed, Feb 3, 2010 at 10:00 PM
Subject: FW: Game of Shame (New article by Dai)
To: jnmorse@gmail.com

---

**From:** Ali Golchin [mailto:golchinlaw@gmail.com]
**Sent:** Friday, June 06, 2008 1:48 AM
**To:** Trita Parsi; Babak Talebi; Mohamad Navab; hossein_hosseini@averydennison.com
**Subject:** Fwd: Game of Shame (New article by Dai)

In this article he directly call some's who he quotes as the mulla's lobby. I think he is referring to Trita. I wish these media outlets would become aware of the law suit and not allow him to write or talk.  Ali

--------- Forwarded message ---------
From: b asli <b-asli@msn.com>
Date: Thu, Jun 5, 2008 at 9:18 PM
Subject: Game of Shame
To: Ali Golchin <golchinlaw@gmail.com>, Ali Taf <passes19@yahoo.com>, "alijamsh@gmail.com" <alijamsh@gmail.com>, "alireza_javadian@yahoo.com" <alireza_javadian@yahoo.com>, "alisalto@yahoo.com" <alisalto@yahoo.com>, "alishahrokhi@yahoo.com" <alishahrokhi@yahoo.com>, asal_e_asl <asal_e_asl@yahoo.com>, Barbara Boxter <senator@boxer.senate.gov>, bardia fadavi <bardia_fadavi@hotmail.com>, "beauasli@gmail.com" <beauasli@gmail.com>, Bornafarmers <beftekhariasli1@farmersagent.com>, Brian Sherman <brian_sherman@msn.com>, "DMERRO8701@cs.com" <dmerro8701@cs.com>, Jahan <jeeptoyno1@yahoo.com>, John James <jajames61@hotmail.com>, John Vawter <jkvawter@cox.net>, Korosh Erfani <korosherfani@yahoo.com>, m k <mehrnaz_aghn@yahoo.com>, "mahmud58@hotmail.com" <mahmud58@hotmail.com>, moe Nejad <hairbymoe@yahoo.com>, "nayeri@mit.edu" <nayeri@mit.edu>, Parviz Harati nejad <g.haratinezhad@chello.nl>, "queyavari@yahoo.com" <queyavari@yahoo.com>, Ralph <rrischman@msn.com>, sam afsahi <sam.afsahi@gmail.com>, "samira_fateh2003@yahoo.com" <samira_fateh2003@yahoo.com>, touraj alborzian <tourajjan@yahoo.com>

Dear Friend,
please read and forward it to others.

> Date: Wed, 4 Jun 2008 07:15:04 -0700
> From: hassan.dai@yahoo.com
> Subject: Interview: Game of Shame
> To: hassan.dai@yahoo.com
>
> Dear Friend,
> My last interview on 'US-Iran negotiation' was
> published today:
> http://frontpagemag.com/Articles/Read.aspx?GUID=30C6122F-84E4-49FA-9B44-033193FB9D33
>
>

---

Enjoy 5 GB of free, password-protected online storage. Get Windows Live SkyDrive.

--





Home | Jihad Watch | Horowitz | Archive | Columnists | DHFC | Store | Contact | Links | Search

Thursday, August 26, 2010

FrontPageMag Article

✏ Write Comment    💬 0 Comments and 0 Reactions    🖨 Printable Article    ✉ Email Article    Font: **14pt** ◇

**The Game of Shame: Negotiation With Iran**
By: Jamie Glazov
FrontPageMagazine.com | Wednesday, June 04, 2008

Frontpage Interview's guest today is Hassan Daioleslam, an Iranian human rights activist and political scholar. Daioleslam was born in Tehran in 1957. After finishing his primary and high school in Tehran, he entered the Polytechnic University of Tehran in 1974. In the years after the 1979 Iranian Islamist Revolution in Iran, he became a student movement leader standing up against Khomeini's repression and mass executions. He eventually left the country and settled in France. During the 1980s and early 1990s, Daioleslam was active with Iranian secular movements, human rights activities and the defense of Iranian political prisoners.

In 2001, Daioleslam moved to the United States and concentrated on political research. Since 2005, he has been collaborating with two independent Iranian journalists inside Iran focusing on the Iranian Regime's lobby in the U.S. His reports have been largely published by major Farsi websites and several US journals. Daioleslam has frequently appeared as an expert guest on the Voice of America-TV as well as on other outlets of Persian media.



FP: Hassan Daioleslam, welcome back to Frontpage Interview.

Daioleslam: My pleasure to be back.

FP: I would like to talk to you today about negotiation with Iran. There have been some controversial calls by many in the US, including some presidential candidates, for negotiation. Why is this controversial? What exactly is wrong with negotiating with Iran?

Daioleslam: From an abstract point of view, and isolated from past history, and who the negotiating parties are, nothing is wrong with that. In fact, any school student can write a beautiful composition about how nations must resolve their differences through negotiation rather than conflict. Unfortunately the real world is far more complex than that, and those who ignore the complexity of the situation, are either naïve, or have ulterior motives.

FP: So just a second, avoiding negotiation with Iran does not mean we are choosing conflict, right?

Daioleslam: Right. Nothing could be more disastrous for the United States and the Iranian people than a war between the two countries. However, by negotiating now, not only we will not avoid a military conflict, but we increase its chances tenfold.

FP: Fair enough, break this down for us – how avoiding negotiation with Iran will also minimize military conflict with Iran.

Daioleslam: One has to have an understanding the lessons learned from our past dealings with Iran. In a nut shell, our past engagements with Iran have resulted in an emboldened Iran, or as Iran's Ahmadinejad calls it: a train without breaks. These negotiations have bought the theocratic regime in Iran time to pursue their malice, and have weakened the United States' position in dealing with them. These seemingly American peaceful gestures have significantly augmented the risk of confrontation.

Politicians who have been involved in these engagements must candidly and explicitly share their experience with Americans. They owe a straightforward and transparent report to the American people. Past and present administrations must openly describe the incentives they have offered to Iran, when they offered them, whom they offered them to, and whether they received anything in return.

FP: Wait a minute. When is it that we have ever really "negotiated" with Iran?

Daioleslam: We have negotiated with Iran. One way negotiation. The United States policy towards Iran has been compounded with confusion, lack of direction, naivety and weakness. We need to discuss this honestly and frankly. The price of confusion in our policy towards Iran has been far too high to be shy about accepting our mistakes. Naïve and inexperienced politicians, as well as the Iranian lobby in the US argue that thirty years of non-negotiation has failed and now we have to change course and negotiate with Tehran's mullahs. Nothing could be further from the truth. We have attempted to negotiate with Iran, many times and under different US administrations.

FP: Ok give some examples of when and how the US negotiated with Iran.

Email Address:

[ Subscribe ]

KEEP FRONTPAGE RUNNING!
**HELP FPM NOW!**

STUDENTS FOR
ACADEMIC FREEDOM
Academic Freedom

New Report Cites PennState
Courses for Violations of its
own Academic Freedom
Policies. Read more.

SYMPOSIUMS

Symposium:
Remembering the
Dissident
Symposium: The
Closing of the
American Psyche
Symposium: Aviation
Security -- in the
Future
Symposium: Obscene
Hostage Trades
Symposium:
Confronting
Islamization of the
West
Symposium:
Homegrown Jihadis
Symposium: Islamic
Terror and Sexual
Mutilation
Symposium: A
Discussion on Faith

INTERVIEWS

No Bailout for *Jihad*
Battling with a
Billboard
The Last Days of CAIR
The Singing
Revolution
How Hamas Governs
Gaza

FPM WATCH DOG
*Heterodoxy* archives:
Read back issues here

AUDIO: Restoration
Weekend audio files.

Stop The ISM
StoptheISM.com

Professors Watch
DangerousProfessors.com

Borders Watch
Recruitment Drive to Boost
Border Patrol



Ads by Google

**Young Republican
Network**
Meet other young
Republicans at our
upcoming Chicago
events.
www.chicagoyrs.com

**Is Your Bank
Collapsing?**
Free list Of Banks
Doomed To Fail. The
Banks and Brokers X
List. Free!
www.MoneyAndMarkets.com

**Official Obama
Website**
Barack Obama Needs
Your Help to Change
Washington. Sign Up
Today!
www.BarackObama.com

**Daioleslam:** Sending flirting signals to Iran, or more politely extending secret olive branches, have been continuously going on since the Islamic Revolution of 1979 in Iran. But naive and wishful thinking of Carter and Reagan and Senior Bush administrations turned into uncontrollable aroused excitement under the Clinton administration, during which several rounds of front and backdoor negotiations inside and outside Iran occurred. The Clinton Administration unilaterally awarded Iranians a series of inducements, some dearly costly to the United States. Let me read some quotes for you:

Kenneth Pollack (Director for Persian Gulf affairs at the National Security Council) told the Saban Center on November 23, 2004 that:

"In the Clinton Administration in 1999 and 2000, we tried, very hard, to put the grand bargain on the table. And we tried. We made 12 separate gestures to Iran to try to demonstrate to them that we really meant it, and we were really willing to go the full nine yards and put all of these big carrots on the table if the Iranians were willing to give us what we needed. And the Iranians couldn't."

Mr. Pollack and others who were involved, must tell us what these 12 gestures were, and what did they get in return. Secretary of State Madeleine Albright delivered an apologetic speech in Asia Society in March 17, 2000:

"Surely the time has come for America and Iran to enter a new season in which mutual trust may grow and a quality of warmth supplant the long, cold winter of our mutual discontent ... This morning on behalf of the government and the people of the United States, I call upon Iran to join us in writing a new chapter in our shared history. Let us be open about our differences and strive to overcome them. Let us acknowledge our common interests and strive to advance them. Let us think boldly about future possibilities and strive to achieve them, and thereby turn this new year and season of hope into the reality of a safer and better life for our two peoples. To that mission I pledge my own best efforts this morning. And I respectfully solicit the counsel and understanding and support of all. Thank you very much. ... The US is prepared to take things slowly and step-by-step, or to engage in fast track diplomacy towards rapprochement via direct dialogue. Given Leader Khamenei's strong statements, it is clear that the fast track route is not a realistic option."

Albright even hinted that the human rights abuses are not an obstacle for the relation with Iran:

"Certainly, in our view, there are no obstacles that wise and competent leadership cannot remove. As some Iranians have pointed out, the United States has cordial relations with a number of countries that are less democratic than Iran."

After her speech, one of the Iranian participants, said:

"If I wrote Albright's speech myself, I would have neglected to include some of the gestures that she did."

**FP:** These gestures by the US administration, are they responses to something that Iran has offered?

**Daioleslam:** Tehran's mullahs are masters in playing a complex game of deception with the US. Typically, they send all sorts of flirting signals through their lobby circles, third party delegates or even more directly by governmental figures. The U.S. falls for this ploy and in preparation for the rendezvous starts extending all sorts of olive branches.

**FP:** And how does Iran respond?

**Daioleslam:** This is the heart of the matter. Iran has never intended to negotiate. They know very well that they cannot get their wishes from the US through negotiations. And they cannot trim down their wish list either. It is an ideological issue for them. Therefore Iran always turns the game masterfully so that the US, which is busy making gestures, would come across as the party which does not want to engage peacefully. Meanwhile, the mullahs enjoy the incentives and use them to advance their ill will. As Abbas Maleki, the former deputy foreign minister and advisor to the Supreme Leader admitted recently, the United States for the past three decades has been willing to bring Iran to the negotiation table but Iran has refused.

**FP:** So what is it that the Iranians ultimately want and, as you suggested, that they themselves know they cannot get from the U.S.?

**Daioleslam:** Power. They want radical and fundamentalist Islamic hegemony in the Middle East. As one of their chief lobbyists in the US suggested last month, they want the US to share the Middle East with them. Obviously the sharing part of it is only the first step. They are more ambitious than that. And the US administration, regardless of its party affiliation, will not negotiate national security away.

**FP:** Let's get back to past engagement experiences with Iran. Some more examples please.

**Daioleslam:** The past three decades of engagement with Iran can be symbolized by three, embarrassing and bitterly humorous unilateral initiatives by the United States towards Iran. Although there were many other attempts to deal with Iran, those three are clear indications of the US naivety and disconnection from reality.

The first episode was during the Reagan administration. In 1986, after several years of secret dealings through third parties, the administration decided to engage Iran directly. Robert McFarlane, the National Security advisor secretly went to Tehran, to deliver the missiles that Iranians had demand. He also took with him a cake shaped as a key, hoping that it symbolized the opening of a new chapter in US-Iran relations. In return, the US got nothing but utter humiliation and the mullahs' snub.

The second experience was under Clinton. Again, after a long period of back door negotiations, the apologetic remarks by Madam Albright, and US numerous unilateral gestures, President Clinton who had addressed the UN general assembly in 2000 was hoping for a friendly encounter with the Iranian president, Mohammad Khatami. The idea was to break a taboo and melt the ice. What happened next was humiliatingly bizarre. While Clinton was waiting in the UN hallways to shake hands with the Iranian president, Khatami hid in the men's room refusing to come out.

**Jihad Watch**
News Updates

**United American Committee**
UAC.com

**Campus Watch**
About Campus Watch
Current News
Survey of Institutions

**Media Watch**
HonestReporting.com
David Limbaugh.com
CAMERA.org

The last and probably the most catastrophic chapter of secret dealings with Iran happened under President Bush and with respect to Iraq. The US was involved in secrete dialogues with Iran prior to invading Iraq. The US was well aware that the Iraq's future, at least for several years, would be under the Iranian influence. Prior to May 3rd, 2003, when the last meeting was held between the two countries in Geneva, the US had bent over backwards to appease Tehran's rulers, hopping that in return, Iran would be less intrusive in Iraq's affairs. We now know that it was a futile wish. Iran even refused to provide intelligence on Al-Qaeda. Let me read a paragraph from a report by the American Iranian Council, who were directly involved in these dealings:

"During the May 3rd meeting, Khalilzad tells Zarif that the US has learned that a terrorist bombing incident is planned to happen in the Persian Gulf area. He asks that Iranian Government utilize members of Al-Qaeda in Iranian prisons for information on the planned incident. The incident happened on May 12 in Riyadh, Saudi Arabia." [1]

One more time, Iran took everything and in return, snubbed the US administration. This one was costly.

FP: What was the cost?

Daioleslam: The cost is always the lives of American soldiers and the innocent civilians. The cost is undermining the security of the region. The cost is so high that any logical mind would reach the conclusion that negotiating with Iran is more than a naive practice; it is participating in crimes against humanity, as it buys time and helps the Iranian regime advance its power in the region and jeopardize the peace and prosperity for generations to come. Meanwhile, as Albright said, we close our eyes to the barbaric treatment of the Iranian people by the theocratic rulers.

FP: In terms of the evidence you convincingly demonstrate, there are too many dire pitfalls in negotiating with Iran.

Daioleslam: Absolutely. Let me quote one of the most respected Iran experts, who by no means could be labeled an anti Iran individual. Dr. Gary Samore, VP and Director of Studies of Council on Foreign Relations, during his speech at Woodrow Wilson center on January 11th, 2008, after emphasizing the failure of US current policy toward Iran, declared:

"There is a growing argument here in the United States that the U.S. should offer to speak to Iran across the board on a full range of issues without any condition... It is quiet likely that the next administration is to at least try to engage with Iran directly without demanding the suspension as a condition.... I have been thinking to see how to make such an approach successful. I start by asking to be very skeptical by recognizing that such approach is fraud with challenges and problems. ... I am not sure that a deal with Iran is possible. ... There is no doubt that there is some people in Iran who would see the kind of incentives the US could put on the table as attractive. But I think the significant part of Iran's power establishment who would find those kinds of carrots to be very unattractive. They would be poisoned carrots because they (Iranian leaders) build their political situation on hostility with the US. And for them, a better relation with US represents a cultural clash and will also weaken their domestic political position." [3]

FP: Crystallize for us the costs that come with failing to get results out of negotiations.

Daioleslam: A good example of the true cost comes from the US dealings with Hezbollah in the 1980s. I was recently reading from the Ayatollah Montazeri's memoir. He was Khomeini's designated successor before being disgraced. In his memoir, he gives details of how in the 1980s, the US accommodated Hezbollah's kidnappers and positively responded to Tehran's ransoms. Besides being a chillingly humiliating experience for U.S., 25 years later, Hezbollah has grown to become a major threat to the Lebanon and the entire region, demanding ransom orders of magnitude higher than ever.

Let me quote someone who was directly involved in confronting this game of shame in appeasing Tehran's mullahs and their regional cohorts. I read portions of what Louis Freesh, the FBI director from 1993 through 2001, told the Wall Street Journal in 2006:

"Ten years ago today, acting under direct orders from senior Iranian government leaders, the Saudi Hezbollah detonated a 25,000-pound TNT bomb that killed 19 U.S. airmen in their dormitory at Khobar Towers in Dhahran, Saudi Arabia. The blast wave destroyed Building 131 and grievously wounded hundreds of additional Air Force personnel. It also killed an unknown number of Saudi civilians in a nearby park........... It soon became clear that Mr. Clinton and his national security adviser, Sandy Berger, had no interest in confronting the fact that Iran had blown up the towers. This is astounding, considering that the Saudi Security Service had arrested six of the bombers after the attack.

As FBI agents sifted through the remains of Building 131 in 115-degree heat, the bombers admitted they had been trained by the Iranian external security service (IRGC) in Lebanon's Beka Valley and received their passports at the Iranian Embassy in Damascus, Syria, along with $250,000 cash for the operation from IRGC Gen. Ahmad Sharifi............Meanwhile, then-Secretary of State Madeleine Albright and Mr. Clinton ordered the FBI to stop photographing and fingerprinting Iranian wrestlers and cultural delegations entering the U.S. because the Iranians were complaining about the identification procedure. Of course they were complaining. It made it more difficult for their intelligence agents and terrorist coordinators to infiltrate into America. I was overruled by an "angry" president and Mr. Berger who said the FBI was interfering with their rapprochement with Iran.......Sadly, this fits into a larger pattern of U.S. governments sending the wrong message to Tehran.

Almost 13 years before Iran committed its terrorist act of war against America at Khobar, it used its surrogates, the Lebanese Hezbollah, to murder 241 Marines in their Beirut barracks. The U.S. response to that 1983 outrage was to pull our military forces out of the region. Such timidity was not lost upon Tehran. As with Beirut, Tehran once again received loud and clear from the U.S. its consistent message that there would be no price to pay for its acts of war against America. As for the 19 dead warriors and their families, their commander in chief had deserted them, leaving only the FBI to carry on the fight."

FP: Thanks you Mr. Daioleslam. We have run out of time now. We must also discuss the alternatives to war and negotiation. We hope to have you back soon to talk about that.

Daioleslam: Thank you for inviting me.

Notes:

1- The Council on Foreign Relations Task Force Report on Iran, July 2004, (p. 29)

"U.S. concerns about Iran's posture (regarding Al-Qaeda) intensified after the May 2003 attacks on expatriate housing complexes in Saudi Arabia that were attributed to al-Qaeda operatives, possibly working from Iran. As a result, Washington suspended the quiet constructive dialogue between the two governments that had developed after 9/11 on a limited range of regional issues."

2- Two presentations by Dr. Samore:

[1] Prospects for an Iranian Nuclear Deal.

[2] Options for Preventing a Nuclear-Armed Iran. Emirates Center for Strategic Studies and Research Abu Dhabi, United Arab Emirates December 5, 2007.

---

Jamie Glazov is Frontpage Magazine's editor. He holds a Ph.D. in History with a specialty in Russian, U.S. and Canadian foreign policy. He is the author of Canadian Policy Toward Khrushchev's Soviet Union and is the co-editor (with David Horowitz) of The Hate America Left. He edited and wrote the introduction to David Horowitz's Left Illusions. His new book is United in Hate: The Left's Romance with Tyranny and Terror. To see his previous symposiums, interviews and articles Click Here. Email him at jglazov@rogers.com.

---

We have implemented a new commenting system. To use it you must login/register with disqus. Registering is simple and can be done while posting this comment itself. Please contact gzenone [at] horowitzfreedomcenter.org if you have any difficulties.

Loading comments...

blog comments powered by DISQUS

--------- Forwarded message ----------
From: **Trita Parsi, PhD** <tp@tritaparsi.com>
Date: Wed, Feb 3, 2010 at 9:57 PM
Subject: FW: FW: My interview with Frontpage
To: jnmorse@gmail.com

**From:** Ali Golchin [mailto:golchinlaw@gmail.com]
**Sent:** Thursday, May 08, 2008 4:52 PM
**To:** Trita Parsi; hossein_hosseini@averydennison.com
**Subject:** Fwd: FW: My interview with Frontpage

this is an email spread by Dai himself. his email list is noteworthy and may be potential witnesses.

---------- Forwarded message ----------
From: **b asli** <b-asli@msn.com>
Date: Thu, May 8, 2008 at 1:39 PM
Subject: FW: My interview with Frontpage
To: Ali Taf <passes19@yahoo.com>, Ali Golchin <golchinlaw@gmail.com>, Bornafarmers <beftekhariasli1@farmersagent.com>, "DMERRO8701@cs.com" <dmerro8701@cs.com>, "hassan.dai@yahoo.com" <hassan.dai@yahoo.com>, Jahan <jeeptoyno1@yahoo.com>, John James <jajames61@hotmail.com>, Korosh Erfani <korosherfani@yahoo.com>, m k <mehrnaz_aghn@yahoo.com>, "mahmud58@hotmail.com" <mahmud58@hotmail.com>, Nadereh Eshtiyagh <nadereh_n9@yahoo.com>, "queyavari@yahoo.com" <queyavari@yahoo.com>, Ralph <rrischman@msn.com>, Saeed Sakoui <nomullas@yahoo.com>, Saleh Moradi <s_moradi@hotmail.com>, "saleh_moradi@yahoo.com" <saleh_moradi@yahoo.com>, sam afsahi <sam.afsahi@gmail.com>, touraj alborzian <tourajjan@yahoo.com>

Dear Friends,
For your information.

> Date: Thu, 8 May 2008 08:04:36 -0700
> From: hassan.dai@yahoo.com
> Subject: My interview with Frontpage
> To: hassan.dai@yahoo.com
>
> Dear friend,
> My last interview with the 'FrontPage' magazine was
> published today. The interview gives a general view on
> the 'Iranian regime's lobby in US'.
>
> Iran's Lobby in US
> http://www.frontpagemag.com/Articles/Read.aspx?GUID=5CD288B3-1F01-4872-9604-
EBF31F5100DC
>

Make Windows Vista more reliable and secure with Windows Vista Service Pack 1. Learn more.

Golchin and Associates, APLC
A Professional Law Corp.
Immigration, Personal Injury, Business, and Criminal Law
(619)827-8777 1251 Third Avenue Suite 203, Chula Vista, CA 91911.
http://www.golchinlaw.com/
CONFIDENTIALITY:This transmission may be subject to Attorney-Client Privilege, an attorney work
product, or strictly confidential. If you are not the intended recipient of this message, you may not
disclose, print, copy or disseminate this information.

-------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: 2010/2/3
Subject: FW: Who is NIAC!
To: jnmorse@gmail.com

---

**From:** javidiran-bounces@afdii.org [mailto:javidiran-bounces@afdii.org] **On Behalf Of** Javidiran
**Sent:** Sunday, April 06, 2008 9:11 PM
**To:** senator@feinstein.senate.gov
**Cc:** 'A Undisclosed (Javid)'
**Subject:** Who is NIAC!

Honorable Senator Feinstein,

This is with regret that I would like to express my concern about slippery pathway that you have stepped into it. NIAC, Or AIC in that matter are not representative of Iranians, never been and never shall be.

One of its active members Houshang Amirahmadi, recently shook hand with "DEVIL" (Ahmadinejad) and he called this regime a democratic. He said anyone calling this regime a terrorist makes huge mistake.

We have strong evidences that this regime, works side by side with Palestinian, Hizbollah in Lebanon, Syria, Al-Qaeda around the world, it has links with terrorists in USA, Canada, Holland and UK, etc.,

I would like to second the attached letter, by adding my words as above and saying; Appeasing any members of NIAC, it represents kissing a Shark.

Your reputation at this juncture prior to the election is in the steak.

HC

P.S. To the list:

**Here Attached you have information for Senator Feinstein, using your fax, telephone, e-mail participate in informing the honorable Senator from stepping to a wrong path.**

**Contact information:**

**United States Senate**

**331 Hart Senate Office Building**

**Washington, D.C. 20510**

**Phone: (202) 224-3841**

**Fax:    (202) 228-3954**

**E-mail: senator@feinstein.senate.gov**

---

**From:** .org]
**Sent:** Sunday, April 06, 2008 12:17 PM
**To:** ' b'
**Subject:** Who is NIAC!

I received the attached file from "Etehadieh"; in case you haven't seen it yet and are interested!

Regards,

S

= = = = = = = = = = = = = = = = = = = = = = = = = = = = =
** You can multiply the effect of this email by forwarding it to 10 friends.  THANK YOU! **
= = = = = = = = = = = = = = = = = = = = = = = = = = = = =
The opinion(s) expresses in this transmission is those of the author(s)
Not necessarily this is supported by the distributor or those who are
associated with the distributor. My duty is to inform you, your decision is yours.
وظیفه ما آگاه کردن شماست. شما مسئول تصمیم خود هستید. ما مسئول نوشته دیگران نیستیم

--------------------------
Join me in this silent voice of unity…Iran deserves better.
When Truth is not free, Freedom is not true, Freedom of Speech,
Freedom of pen, most important of all Freedom of thought

L'essentiel est l'Union, et pour que cette union soit possible,
l'information doit circuler, vite!
----------------------
The sole purpose of this distribution is share of information,
not necessarily the content of this e-mails is supported by
the distributor.
Should you not wish to be contacted at this e-mail
address again, please reply using your original mail
address with "Remove" in the subject line to the
javidiran@peymanmeli.org  We have provided
"opt out" e-mail contact so you can be deleted from
our mailing list.

--------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 10:19 PM
Subject: FW: Trita Parsi
To: jnmorse@gmail.com

---

**From:** Filmex@aol.com [mailto:Filmex@aol.com]
**Sent:** Friday, October 31, 2008 1:40 AM
**To:** tparsi@niacouncil.org
**Cc:** mnavab@mednet.ucla.edu
**Subject:** Fwd: Trita Parsi

---

From: iradjhoreh@yahoo.com
To: sohrab@sohrabakhavan.com
Sent: 2008/10/30 12:52:09 A.M. Pacific Daylight Time
Subj: Re: Trita Parsi

Salam Aghaye Akhavan,

Really, how disgusting!!! How shameful of you to bring this bastard son of bitch, the agent of
the Islamic Republic. Really with Iranians living in exile like you, why does the terrrorist regime
of Iran need an embassy in American to speak for it???

He is speaking about peace? What peace? He is an agent for a regime that thrives on creating
crisis and creating grounds for war in the region, helping Hezbollah, Hamas and other terrorists
like themselves. So, come on, who are you fooling, talking ghand o shekar, giving instead the
poison of mullahs in your program! I would challenge you to explain to our people about your
choice of interviewing with this bastard, who ran away when he tried to appear in Beverly Hills
library for a meeting, when Iranian freedom lovers confronted him.

Iradj from Glendale

---

Plan your next getaway with AOL Travel. Check out Today's Hot 5 Travel Deals!

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:24 PM
Subject: FW: Lobbying for your own brothers and sisters not Mullahs
To: jnmorse@gmail.com

---

**From:** ARYAEE ARYA [mailto:arya42000@yahoo.com]
**Sent:** Monday, March 03, 2008 7:46 AM
**To:** tparsi@niacouncil.org
**Subject:** Lobbying for your own brothers and sisters not Mullahs

How can you betray your countrymen if you are Iranian, and lobbying for Mullahs, I think you have
made enough money now is time to help your countrymen. I am sure you have seen their pictures every
day how women been stone to death, how can you see these pictures every day and not talk about it in
US media. For once think if your brother and your sister were among these kids and gets hanged or
stone to death, would you still stay natural. If you change your direction from lobbying for Mullahs
to lobbying for your own brothers and sisters, I am very sure there will be many good people talented
like yourself who will joint you. I will be the first one. And I am not just talking about some kids in
schools, professional people. I believe you are talented in politic and you can make a different in helping
your country before is too late. We all going to die but only a good name will remain.

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Global Politician - Using Amnesty and Human Rights for change in Iran                    Page 1 of 2



Search: [____] Go

Thursday, August 26, 2010

Home    About Us    GP Editors    Get Published    Newsletter    Contact Us

United States & Canada ➢
Middle East ➢
Europe ➢
Former USSR ➢
East Asia ➢
South Asia ➢
Latin America ➢
Africa ➢
Australia & Pacific ➢
Global Organizations ➢
Terrorism ➢
History, Ideology & Science ➢

Interviews
Stock Watch
RSS
NY Criminal Lawyer
Bankruptcy Attorney in New York
New York Criminal Lawyer
Child Support in New York State

MASTER OF ARTS
IN DIPLOMACY

A unique
blend of
an online
Global Affairs
curriculum with
a concentration in
your field of expertise.

Global Affairs
International
Terrorism
International
Conflict Management
International
Commerce

NORWICH

Home >> Middle East >> Iran

🔖 BOOKMARK  ✉ Email  🖨 Print

## Using Amnesty and Human Rights for change in Iran

Ghazal Omid - 2/28/2008

On February 22, Amnesty International had a panel discussion on Human Rights in Iran and how to move forward with that issue. The following paragraph is from Amnesty's webpage: "This is a panel discussion followed by discussion on how activists can promote human rights in Iran in the context of the current situation. Panelists include: Trita Parsi of the National Iranian-American Council, activists Elahe Amani and Nazanin Boniadi, and former AI Board member Alireza Azizi." Several days prior to this panel discussion, Iranians flooded Amnesty with faxes and e-mails in angry reaction to the decision by Jan Zahir Mohamad to include Triat Parsi from NIAC on this panel discussing Iranian Human Rights.

Everyone in the Iranian expatriate community knows about NIAC and its proclivity to negotiate with the IRI. That is an open secret. What is truly amazing, Mr. Trita Parsi and his organization that openly promotes IRI, is considered to be an activist organization and a force recognized by Amnesty International, one of the highest Human Rights organization in the United States.

I had an interesting discussion with Mr. Mohamad in 2006. When I called him on his views and politics, he raised his voice to me, "Are you accusing me of practicing politics about Iranian Human Rights?" Today, according to Amnesty California, Mr. Jan Mohamad's decision, despite Iranian's protests, to keep Mr. Trita Parsi on the panel, proves that, yes, he is practicing politics while enjoying a high position in Amnesty.

I called Amnesty NY and Amnesty California, asking them "Do you know who Trita Parsi is and his work with NIAC." Their answer was, "Yes, We know who he is, we know the NIAC and we feel strongly that we should have a dialogue with them(IRI)."

Please remind us again, what is the role of Amnesty? As a Human Rights activist, I personally didn't know that the job of Amnesty is to choose sides with the terrorists and put politics over the rights of Iranian people who have been abused by the IRI for 29 years. Tell us why Amnesty, despite frequent requests, has not been able to visit IRI prisons since 1979?

This is not the first or second time Mr. Mohamad has practiced politics. Mr. Mohamad and I had this discussion in early June 2006 in his office at Amnesty Washington. In our discussion about Iran, Mr. Mohamad mentioned Mr. Akbar Ganji, a former Iranian journalist, he strongly supported Mr.Ganji's opinion that the US should not help students in Iran or Iranian expatriates.

Later, in the course of defending political prisoners, I sent him news about political prisoners and reports on their families to which he was completely indifferent. I finally called him and asked why he never reacted to the news of political prisoners. He mumbled a reply until I asked him if he is practicing politics. At this point, he lost his temper saying everyone accuses him of that. I told him that I believe they are right.

On Feb 22, 2008, nearly 2 years later, I called again and asked his assistant if Mr. Mohamad would withdraw his decision about negotiating with IRI on Human Rights issues. The answer was NO, we believe we need an alternative voice from IRI on this panel and we will continue with our decision. Correct me if I am wrong, but I thought the job of Amnesty is to be the voice of the silenced. Are they suggesting that IRI has been brutalized? We are falling into the IRI lobby system in allowing Amnesty to give a voice to the IRI.

As they say, actions speak louder than words. When a prestigious organization, such as Amnesty, gives a podium to people from NIAC, the direct lobby of IRI, as a Human Rights activist, I rest my case. My condolences to Iranians who have lost loved ones to the brutal regime, you are on your own.

We give IRI a lecture podium in universities and churches and now we give them a seat in Human Rights conferences to present their side. Why don't we just give IRI a seat in US Congress to complete this brilliant strategy?

IRI spends billions of dollars lobbying and destroying the real opposition in the US while exploiting the US First Amendment to protect IRI right to speak against the Iranian people, destroy the peace of mind of Americans and bring death and destruction to people in Middle East.

A round of applause for Mr. Mohamad. He has succeeded in doing what IRI could not do in twenty-nine years: give IRI a podium in Amnesty.

Ghazal Omid is an author of **Living in Hell**, human rights and women's rights advocate, and an expert on Iran and Shiah Islam.

Global Politician - Using Amnesty and Human Rights for change in Iran          Page 2 of 2

Related Articles

Iran: Dialogue, Divest, Delist

Iran's Smoke and Mirrors

Iranian Refugees - A Human Rights Disaster

The Iranian-Syrian flotillas charade

Islamic Republic of Iran's Smoke and Mirrors

The shifting sands of the Middle East

More By This Author

IRI Mind Games with the Iranian Opposition

Khamenei and Ahmadinejad, Men of Confidence or Great Fear?

Democratic Party will endanger the chance of Middle East Peace

YouTube Banned and Censored in Iran

US Policy on Iran: Where is the Missing Link?

Using Amnesty and Human Rights for change in Iran

Islamic Republic of Iran (IRI) Campaign of Terror Against the Opposition

© 2004-2011 Global Politician

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:20 PM
Subject: FW: NIAC event
To: jnmorse@gmail.com


-----Original Message-----
From: Maz Jobrani [mailto:maz@mazjobrani.com]
Sent: Tuesday, February 19, 2008 1:50 AM
To: trita Parsi
Subject: Fwd: NIAC event

Hey My Man,

I'm getting emails now. Who are these people? Don't they have anything better to do?

Let's try to talk tomorrow. I got a shorter one before that I replied to. I'll call you or you call me tomorrow and we'll catch up. I'll forward you the others.

Thanks,

Mazi

----- Forwarded message from z h <zolal1382@yahoo.com> -----
   Date: Mon, 18 Feb 2008 17:33:23 -0800 (PST)
   From: z h <zolal1382@yahoo.com>
Reply-To: z h <zolal1382@yahoo.com>
 Subject: NIAC event
   To: maz@mazjobrani.com

Dear Maz,
 I just was forwarded an email from you regarding the NIAC event and fundraiser.
 I think it is great to improve the image of Iranian Americans and Iran in general here, especially after September 11th, but I think there is one thing we need to keep in to consideration while doing so.  The reality is the Iranian regime is a ruthless dictator and we shouldn't give it any kind of legitimacy.
I think the world has come to realize that the Iranian regime does not represent the Iranian people, and people seem to differentiate between the two.
 Look, I for one am 100% against having a foreign war in Iran because I think the toll would be devastating because Iran is neither Afghanistan or Iraq, but I definitely think that a policy of appeasement and toward the regime and negotiations with such a regime is not the solution either and the toll of this policy is far greater on our people, because the price has been been paid for over 25 years with the blood of over 120000 people.  I think the solution is to support the Iranian people I think we do have the capability to create change we just have to learn to pay the price from our own pockets and not sit back and see what others will do about it.
 The reality is, NIAC does not have a very good record among informed Iranians.
 As an Iranian who was born and raised here it is really sad for me to see young Iranians who have good objectives but fall into the hands of organizations such as NIAC, IAPAC, IAC and â€¦ organizations who have all sprung up during Khatami's time and have turned into a lobby for the Iranian regime.

There policy is 80-20, a well documented policy of Iran's intelligence ministry, meaning speak 80 percent against the regime but 20 percent in support of it.
NIAC has never condemned even one of the executions taking place in Iran!?!?
How could you be an Iranian organization and not have a reaction toward the atrocities taking place in an.

Three people have been sentenced to be stoned just this month in Iran why has NIAC not taken a stance in this regard? Why is it more important for them that the Iranian regime not be sanctioned then what our people are suffering from on daily basis?! Let's be honest, we are a rich country in oil but 80% of our people are living under the line of poverty because the money from our oil is not going to the people it is used for terrorism and suppression, so sanctions really don't effect our people much it is just a pressure on the regime.  I have nothing against them even having a stance against sanctions but what boggles my mind is, why are they more active in this regard, than the situation our people are suffering from?

Trita Parsi, has had an extensive record of lobbying for the regime.  After coming to the US from Sweden he worked as an intern for Rep. Bob Ney, where the blue prints of NIAC were set.  On the other hand I have known Dokhi Fasihian and her mother for over 17 years, Dokhi's mother was my Farsi teacher in the early 90s.  So you know, her mother was thrown out of our Farsi school (headed by Mrs. Hajian) after nearly 10 years because her relations with Iran's intelligence ministry were revealed, and it turned out she had gathered information from many of the families and given it to the regime.

I think you may find the following link informative, if you would like more info in this regard let me know.

http://iranianlobby.com/index.php?lang=en&page=articles&mode=view&guest=0&ID=31
Regards
Zolal

By the way, on another note, I have actually been to one of your shows in the DC area, it was pretty good, keep up the good work.

---------------------------------

Be a better friend, newshound, and know-it-all with Yahoo! Mobile.  Try it now.
----- End forwarded message -----

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:19 PM
Subject: FW: [Board] Fw: Petition: Amnesty International Must Stop Promoting Mullahs' Lobbyists
To: jnmorse@gmail.com

---

**From:** board-bounces@board.niacouncil.org [mailto:board-bounces@board.niacouncil.org] **On Behalf Of** Navab, Mohamad
**Sent:** Tuesday, February 05, 2008 8:37 PM
**To:** board@niacouncil.org
**Subject:** [Board] Fw: Petition: Amnesty International Must Stop Promoting Mullahs' Lobbyists

Doustan

Blindowel=Firouzeh Khatibi is a radio farda reporter
I don't think she knows I ma a board member!
This list main that she sent this message to has a huge recipient list nationally.

best
mohamad
-----Original Message-----
**From:** Blindowel@msn.com [mailto:Blindowel@msn.com]
**Sent:** Tuesday, February 05, 2008 5:19 PM
**To:** Hooman Bakhtiar; Joe B.; Kourosh Soleimani; list-main; Mahin Afkhami; Maryam Seyhoun; Noushin Moeini; Rmoini2000; roya azadi; Safavi54 Farid Safavai; ZohrehMizrahi; Bahman Shahzadi; Dariush; Derakhshan, Ali (NBC Universal); Ehsani, Abbas; Fred Safavi; Homasarshar; Homa Sarshar; Human Right Berlin; Iraj Yamin Esfandiary; Jamshid; jordane; Mohammad; Majid Naficy; Mohamadi2001; roozbeh; Shahin Rumi; sholeh shams; soraya fallah; Tina Khorram; Tina_Khorram; Torange Yeghiazarian; vida_mg; zizijoon
**Subject:** [list-main] Fw: Petition: Amnesty International Must Stop Promoting Mullahs' Lobbyists

----- Original Message -----
**From:** MEHR
**To:** mehr@mehr.org
**Sent:** Tuesday, January 29, 2008 9:49 PM
**Subject:** Petition: Amnesty International Must Stop Promoting Mullahs' Lobbyists



Persian Text متن فارسی

# PETITION:
## Amnesty International Must Stop Promoting Mullahs' Lobbyists

Amnesty International (AI) has sponsored an event in Los Angeles under the title,"Human

Rights in Iran: How to Move Forward" on February 22, 08. Mr. Trita Parsi, president of NIAC, who is one of the most dedicated activists for establishing normal and unconditional relations between the religious dictatorship in Iran and the U.S. is one of the panelist in this event. This is not the first time that AI is manipulated by NIAC. On July 26, 2007, AI was one of the sponsors of an event organized by NIAC under the title, "Human Rights in Iran and U.S. Foreign Policy Options".

NIAC is not a human rights organization. One cannot find any reference to human rights in its mission statement, goals, programs or anywhere else. None of the many urgent actions issued by Amnesty International to stop imminent execution of political prisoners or stoning of men and women to death, has been distributed by NIAC. NIAC has not made even one statement in condemnation of Mullahs for stoning, torture, execution of political prisoners, or the treatment of women and religious minorities.

We should not allow the Amnesty International to be influenced more by lobby groups and strongly object to Amnesty for promoting them. We have to remind AI of its real mission in condemning human rights violations in Iran instead of promoting an organization that does not have any concern about human rights violations in Iran.

Please sign the petition at the following link:

**http://mehr.org/petition_NIAC_AI2.htm**

The signed petitions will be forwarded to Mr. Cox, Executive Director of Amnesty. You may also show your objection by contacting him directly. Just one quick phone call or writing a short line or two would go a long way in voicing our outrage with NIAC and its promoters.

Thank you.

MEHR Iran


**Contact Information:**

Mr. Larry Cox, Executive Director
Amnesty International USA
5 Penn Plaza
New York , NY 10001
Tel: (212) 807-8400
Fax: (212) 627-1451
E-mail: LCox@aiusa.org

---

# Amnesty Announcement:


### Human Rights in Iran: How to Move Forward

Tired of the polarized discussion swirling around the "Iran question" as it is presented by

pundits and the media? Anxious to participate in building a strong human rights framework for constructive activism on Iran? Then please join Amnesty International in a panel presentation and dialogue.

Panelists will include:

**Trita Parsi**, author and the president of the National Iranian American Council

**Elahe Amani**, chair of the Women's Intercultural Network

**Nazanin Boniadi,** actress and children's rights activist

**Alireza Azizi**, former member of the Board of Directors of Amnesty International USA


### Friday February 22, 2008

### 7:00-9:00 pm

### Beverly Hills Public Library, 444 North Rexford Drive, Beverly Hills


Refreshments will be served. This event is free and open to the public. For more information contact zjanmohamed@aiusa.org, aiis@uchicago.edu or 202-675-8755.

## Amnesty International


**MEHR**
**P.O. Box 2037**
**P.V.P., CA 90274**
**Tel: (310) 377- 4590**
**Fax: (310)377- 3103**

**URL: http://mehr.org**

-------------------------------------------------------
IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the recipient, please immediately notify us by return email, and delete this message from your computer.
-------------------------------------------------------

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:18 PM
Subject: FW: [Board] Fw: Article: What is happening to Amnesty International?
To: jnmorse@gmail.com

---

**From:** board-bounces@board.niacouncil.org [mailto:board-bounces@board.niacouncil.org] **On Behalf Of** Navab, Mohamad
**Sent:** Monday, February 04, 2008 2:02 AM
**To:** board@niacouncil.org
**Subject:** [Board] Fw: Article: What is happening to Amnesty International?


Everything has to be the way he wants


----- Original Message -----
From: MEHR <mehr@mehr.org>
To: mehr@mehr.org <mehr@mehr.org>
Sent: Sun Feb 03 21:36:58 2008
Subject: Article: What is happening to Amnesty International?

<http://mehr.org/what_is_happening_to_AI_persian.htm> ترجمه فارسی  Persian Translation

<<American_Thinker_Logo.jpg>>


February 02, 2008


What is happening to Amnesty International?


By <http://www.americanthinker.com/mohammad_parvin/> Mohammad Parvin


Amnesty International (AI) is sponsoring an event in Los Angeles under the title,"Human Rights in Iran: How to Move Forward" on February 22, 2008. Mr. Trita Parsi, president of National Iranian American Council (NIAC) an extremely dedicated activist for the establishment of normal and unconditional relations between the religious dictatorship in Iran and the U.S. <http://mehr.org/index_lobby_english.htm> [1] is one of the panelists in this event. This is not the first time NIAC has manipulated AI. On July 26, 2007, AI was one of the sponsors of an event organized by NIAC under the title, "Human Rights in Iran and U.S. Foreign Policy Options."


NIAC is not a human rights organization. There is no trace of a reference to human rights in its mission statement, goals, programs or anywhere else. NIAC has not contributed to any of the numerous urgent actions issued by Amnesty International to stop imminent execution of political prisoners or stoning of men and women to death. NIAC has not made any statements condemning Mullahs for stoning, torture, the execution of political prisoners, or the treatment of women and religious minorities.


To be fair to NIAC, it is possible to recall the event in which Trita Parsi came out in defense of "human rights" principles

when Mullahs'foreign minister Kamal Kharazi's appearance at UCLA in 2000 was opposed by several groups in Los Angeles. In an apparent reference to MEHR he wrote [2] <http://www.iranian.com/News/2000/September/rights.html> :

"It is quite disturbing to witness groups that titles themselves as Human Rights activists, openly and blatantly opposing the freedom of speech of an individual, no matter how despised he or she may be."

To justify his stance, he rejects the struggle for democracy in Iran because of the threat it poses for Mullahs' by stating that [3] <http://www.thenation.com/doc/20071119/parsi> :

"… the current choice Iranians face is not between Islamic tyranny and democratic freedom. It is between chaos and stability."

Now, the explanation that AI owes us is how and why they have become involved with an organization that has such a dismal record in regards to human rights.

The irony is that AI has always shrugged criticism regarding its conservative approach to dictatorships such as the Mullahs' tyranny in Iran and has cited the restriction that its goals and mandate place on taking political position. If AI's mandate for not taking political position prevents it from encouraging the world to apply pressure on Mullahs, why is it that promoting the defender of such regime is not considered political?

NIAC stands tall among all lobby groups in the sense that no other group dares to speak so frankly for the ruling clergy in Iran. The following demand has been made in almost every recent statement made by Mr. Trita Parsi. He writes [3] <http://www.thenation.com/doc/20071119/parsi> :

"… only Washington can offer Tehran what it really seeks: de-containment and reintegration in the Middle East. Iran wants a seat at the table and a say as a legitimate player in all regional decision-making."

Should one with such disturbing and questioning record be allowed to address the AI's panel discussion on Human Rights especially since there is no one on the panel to challenge him?

We can give credit to NIAC for manipulating an international human rights organization in order to cover up the human rights violation in Iran. After all, NIAC's goal as stated above is to earn recognition for the Mullahs and to remove the obstacle of human rights. However, what is really occurring within Amnesty International? So far, AI has not shown any interest to deal with this vital issue in spite of many warnings given by human rights activists.

Mohammad Parvin, Ph.D., is an adjunct professor at the California State University , an Aerospace Specialist, and Founding Director of the Mission for Establishment of Human Rights in Iran (MEHR) -  <http://mehr.org/> http://mehr.org

Notes:

1.     <http://mehr.org/index_lobby_english.htm> Investigative Reports on the Role of the Lobby Groups in the US <http://mehr.org/index_lobby_english.htm> http://mehr.org/index_lobby_english.htm
2.     The Need  <http://www.iranian.com/News/2000/September/rights.html> for Genuine Human Rights Activists, Trita Parsi, The Iranian, Sept. 23, 2000    http://www.iranian.com/News/2000/September/rights.html
3.     <http://www.thenation.com/doc/20071119/parsi> The Iranian Challenge, Trita Parsi, Nation, November 19, 2007 <http://www.thenation.com/doc/20071119/parsi> http://www.thenation.com/doc/20071119/parsi

Main Source:
 <http://www.americanthinker.com/2008/02/what_is_happening_to_amnesty_i.html>
http://www.americanthinker.com/2008/02/what_is_happening_to_amnesty_i.html

MEHR
P.O. Box 2037
P.V.P., CA 90274
Tel: (310) 377- 4590
Fax: (310)377- 3103

URL: <http://mehr.org/> http://mehr.org

------------------------------------------------------------

IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person
or entity to which it is addressed, and may contain information that is privileged and confidential. You,
the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized
redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you
are not the recipient, please immediately notify us by return email, and delete this message from your
computer.

------------------------------------------------------------

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:16 PM
Subject: FW: for your enjoyment
To: jnmorse@gmail.com


-----Original Message-----
**From:** BG [mailto:bg770@bellsouth.net]
**Sent:** Wednesday, January 23, 2008 2:05 PM
**To:** Babak Talebi
**Cc:** mehr@mehr.org
**Subject:** Re: Reminder to Vote in Georgia's Super Tuesday Primary

Dear Babak,
I am not a member of Mehr either. But like you , I value their work. Because they work for the people of Iran and not for the
survival of IRI or its thieving mullahs and their agents.
I just referenced Mehr.org for you to read through their materials and see for yourself what NIAC really is all about hoping
that you see the light.

Here are couple of more examples of reading materials for you.

http://www.frontpagemag.com/Articles/Read.aspx?GUID={B30E945B-5F1F-4A57-A7AA-F4975D12FC4C}

http://www.kentimmerman.com/news/2007_02_23-fr-mullahs-voice.htm

I do not know you so I have nothing against you personally and I do hope you contact Mehr and talk to them to be
enlightened by them.
Thank you.

BG


----- Original Message -----
**From:** Babak Talebi
**To:** 'BG'
**Sent:** Wednesday, January 23, 2008 11:53 AM
**Subject:** RE: Reminder to Vote in Georgia's Super Tuesday Primary

I'm truly sorry to hear that.

We will of course remove you, but if you are interested, I would like to discuss your opposition to our work.   To be
honest, I feel that there is a misunderstanding of our work on your behalf.  I have been a supporter of Mehr's work and
have for a long time held very positive views of what you are trying to achieve.  I feel though, that over the past year, there
has been an absolutely incorrect perception promulgated about NIAC and I would like the opportunity to express NIAC's
side of the story if you are willing to discuss it.

If not, no problem.  I understand.

Best of luck in your continued work, and I do hope you do vote and encourage your members to vote in this primary
process.

Regards,


Babak Talebi
Director of Community Relations
(202) 460-5680 Cell

(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org
"Promoting Iranian American Participation In American Civic Life"

-----Original Message-----
**From:** BG [mailto:bg770@bellsouth.net]
**Sent:** Tuesday, January 22, 2008 8:02 PM
**To:** Babak Talebi
**Cc:** mehr@mehr.org
**Subject:** Re: Reminder to Vote in Georgia's Super Tuesday Primary

**Please remove me from your database as NIAC does not represent me and I do not want
to be affiliated with organizations such as yours.**

**Thank you.**

**http://www.mehr.org/**

----- Original Message -----
**From:** Babak Talebi
**To:** bg770@bellsouth.net
**Sent:** Tuesday, January 22, 2008 6:39 PM
**Subject:** Reminder to Vote in Georgia's Super Tuesday Primary

Dear Behrooz,
**Georgia's presidential primary is coming up on February 5th** and NIAC
wants to remind you to register and vote.  To help you, we have included all the
relevant information you need below:
Behrooz, if you are **not registered** to vote in Georgia then follow this link to
complete your registration:
https://ssl.capwiz.com/niacouncil/e4/nvra/?language=en&action=form&state=ga
*Although the presidential primary registration deadline has passed, you can still
register to vote in the congressional primary and the general election.

Find your Voting Location at: http://sos.georgia.gov/cgi-bin/locator.asp
**Presidential Primary Dates and Registration Deadlines by Party**
In Georgia the political parties use an **open primary** to choose delegates for the
national nominating convention. This means that anyone can vote in either
primary regardless of personal party affiliation.

| Georgia | Primary Date | Registration Deadline |
|---|---|---|
| Republican Party | February 5th | Deadline Passed |
| Democratic Party | February 5th | Deadline Passed |

Note:

\* For information on absentee voting follow this link:
http://sos.georgia.gov/elections/voting_information.htm#Absentee_Voting

**Congressional Primary**

It is important to note that in Georgia, Congressional primaries are held on a different date than the Presidential primary.

| Georgia | Primary Date | Registration Deadline |
|---|---|---|
| Republican Party | July 15th | June 16th |
| Democratic Party | July 15th | June 16th |

Note:

\* For information on absentee voting follow this link:
http://sos.georgia.gov/elections/voting_information.htm#Absentee_Voting

Iranian Americans have a tremendous opportunity to impact the outcome of this year's elections!  To read NIAC's analysis of the potential impact of the Iranian-American vote in the primary process, please read these three articles on:

- Presidential Primaries http://www.niacouncil.org/index.php?option=com_content&task=view&id=998&Itemid=2
- Congressional Primaries http://www.niacouncil.org/index.php?option=com_content&task=view&id=999&Itemid=2
- Senate Races http://www.niacouncil.org/index.php?option=com_content&task=view&id=1019&Itemid=2

Please forward this email to all your Iranian-American friends so that our community can make a greater impact on this year's elections! Thank you Behrooz for your help in creating a stronger and better informed Iranian-American community.

Regards,

Babak Talebi

Director of Community Relations

(202) 460-5680 Cell

(202) 386-6319 Direct

(202) 386-6409 Fax

National Iranian American Council

1411 K St. Suite 600

Washington, DC 20005

Web: www.niacouncil.org

"Promoting Iranian American Participation In American Civic Life"

# FRONTPAGEMAG.COM

## The Mullahs' Voice

**By Kenneth R. Timmerman**
**FrontPageMagazine.com | February 23, 2007**

Iran's ruling clerics have a new unofficial spokesman in Washington, who can talk circles around their official ambassadors.

His name is Trita Parsi, and he is a protégé of Francis Fukayama, the policy heavy-weight who has now turned against the Bush agenda of promoting freedom in the Middle East as an antidote to terror.
In a remarkable round-up of official Iranian government views, presented as "objective" analysis on C-SPAN this past Saturday, Feb. 17, Parsi urged the United States government to "open up diplomacy and dialogue" with Iran's rulers and to give them a leading role in resolving the sectarian war in Iraq – a war that the Iranians themselves have fueled.

He repeated as evidence of how helpful the Iranians can be a favorite myth of the Left, claiming that Iran helped the United States in Afghanistan in the fall of 2001. In fact, however, Iran set up a "rat line" for al Qaeda members seeking to flee the U.S. bombing in Afghanistan, and has been sheltering al Qaeda operatives ever since. Flights of Iranian army helicopters and fixed wing aircraft to evacuate Bin Laden family members and senior al Qaeda leadership to Mashad were observed at the time by U.S. intelligence, as I reported in *Countdown to Crisis*.

Parsi also attempted to downplay Iran's involvement in Iraq, arguing that Iranian-made Explosively Formed Penetrators (EFP's) were "only" responsible for killing a "small number" of American troops (170!), and that Shia militias "are not responsible" for American

casualties.

Then he dismissed the evidence unveiled recently in Baghdad of Iran's involvement with the insurgents with an argument that only a mullah could have invented. The U.S. claim that it had found Iranian weapons in the hands of insurgents was "not a very serious accusation," he said, because "a lot of American weapons are in the hands of Sunni insurgents."

Small wonder that the first question Mr. Parsi was asked when listeners phoned into the early Saturday morning show was whether he was being paid by the Iranian government.

No, he said. His organization, the National Iranian American Council (NIAC), was a "grass-roots lobbying" group funded 80% by private donations, with additional money coming from foundation grants. "We get no money from government sources," he added, either from Iran or from the United States.

Of course, if the Iranian regime wanted an organization to promote its views in Washington, the last thing it would do is to provide direct grant money to the group. Besides, the Iranian equivalent of our National Endowment for Democracy is the Qods Force, the special branch of the Islamic Republic Guards corps that funds, trains, and commands overseas terrorists – er, "freedom fighters."

But Mr. Parsi's quick declaration that his "grass roots" lobbying group is free from government funding is not even true on its face. According to his group's own annual report for 2003-2004, available from its website, they have received grants from the National Endowment for Democracy, which is a private foundation established by the U.S. government and funded by Congress.

On its website, NED lists a $25,000 grant to NIAC in 2002, "to design and implement a two-day media training workshop in Iran& [to] guage

participants general receptiveness to civic activities." NIAC received a second NED grant in 2005, this time for $64,000, "to strengthen the capacity of civic organizations in Iran."

NIAC does not describe these activities in its annual reports. However, failed efforts to hold "training workshops" with Iranians in Dubai by another U.S. non-profit group, the Iran Human Rights Documentation Center at Yale University, led to the arrest of several student pro-democracy activists last year. Under pressure by the Iranian authorities, they then denounced U.S. efforts to promote democracy in Iran.

Iranian student activists have complained for years that their movements have been infiltrated by pro-regime elements masquerading as regime opponents. Last year's mishap over the training workshops in the methods of non-violent conflict would appear to be a case in point.

NIAC acknowledges that it has received funding from the Open Society Institute and the Tides Foundation, both of which have close ties to radical leftwing billion George Soros, who is actively opposing the Bush administration's crackdown on Iranian meddling in Iraq.

Frontpage magazine editor Ben Johnson reveals in his 2004 study of the Tides Foundation that Tides also funds groups as the Council for American-Islamic Relations, Moveon.org, the Arab-American Action Network, and the National Lawyers Guild, a group founded by the Communist Party USA.)

Is NIAC an authentic grass roots organization, as Parsi claims? It's hard to know. Its 2004 annual report shows that approximately 29% of NIAC's funding came from "membership dues." But without itemization or lists of donors and members, it is impossible to determine whether NIAC is the pet project of a handful of wealthy Iranian donors, who may be promoting their own business interest in

resumed trade with Iran, or whether it relies on larger numbers of small donors.

The overwhelming majority of the two million-plus Iranian community in America came to this country to escape the tyranny of the Islamic revolution in Iran. There was strong support within this community for the re-election of President Bush in 2004, and a great deal of deception since then that the president has not lived up to the expectations he had created of helping the Iranian people to free themselves of the yoke of absolute clerical rule.

But this is not NIAC's agenda. By its own account and by Mr. Parsi's voluminous public statements, NIAC's agenda dovetails quite nicely with the agenda of so-called "reformers" in Tehran such as Hojjat-ol eslam Ali Akbar Hashemi-Rafsanjani, who is attempting to paint a happy face on the regime as a reliable partner to stabilize Iraq.

But Rafsanjani is also the man who presided over the buildup of Iran's clandestine nuclear weapons program and the murder of thousands of Iranian dissidents, at home and abroad.

In a speech at Tehran University on Dec. 14, 2001, the "moderate reformer" Rafsanjani raised the possibility that the Islamic Republic of Iran might be willing to endure "millions" of casualties if it could annihilate Israel in a nuclear exchange. "Such a scenario is not inconceivable," he said. So much for moderation.

Item number one on the agenda NIAC shares to Tehran's leaders is to clip the wings of the Bush administration, to prevent a U.S. military attack on Iranian nuclear and missile sites. On Feb. 16, for example, the NIAC website proudly announced that it had joined forces with other left-wing activist groups to buy a full page ad on the back cover of the Congressional Quarterly, "warning against war with Iran."

Item number two is to promote a "grand bargain" with Iran's clerical

leadership. To legitimize this position, which also was promoted by the Baker-Hamilton Iraq Study Group, NIAC turns to "former neoconservative theorist" Dr. Francis Fukuyama, who famously denounced his former allies in a the New York Times oped last year and now says that the Bush pro-democracy agenda is "in a shambles."

In NIAC's account, Fukuyama described the Iranian regime at a recent Capitol Hill conference as a "cautious regional actor," and "described Iranian foreign policy as pragmatic and rational," while urging the Bush administration to hold its nose and cut a deal.

To further credit this thesis, Parsi has been feeding the press with information about a much-hyped Iranian offer to "negotiate" with the United States in May 2003. His latest, breathless claim is that he acquired a copy of the Iranian offer while in Iran and gave it to Rep. Robert Ney (recently sentenced to prison for his role in the Jack Abramoff lobbying scandal), and that Ney hand-delivered it to Karl Rove in the White House. Says Rove-hunter Steve Clemons, "the revelation that Rove is involved is huge."

So let's get this straight. An organization that has received funding from the National Endowment for Democracy to promote democracy in Iran is actually promoting the views of the Tehran regime in Washington, seeking to sabotage U.S. policy, and actually boasts of playing an intermediary role for Tehran's mullahs in apparent violation of the Logan Act. Hmmn.

Other items on the NIAC agenda that dovetail nicely with the desiderata of Tehran were on display at the conference the group co-sponsored last week on Capitol Hill with Clemons' New America Foundation.

Former IAEA deputy director Bruno Pellaud made the unbelievable claim that the IAEA has found "no evidence of a nuclear weapons program" in Iran. That, of course, is just what the regime wants us to

believe.

Pellaud's statement non-plussed even Clintonista Joe Cirincirone, formerly in charge of non-proliferation programs at the Carnegie Endowment, who has made a profession of mocking the Bush administration for swallowing intelligence community claims on Iraqi WMD for years.

Cirincirone gently reminded Pellaud of multiple findings of clandestine nuclear weapons research by the IAEA in Iran, including documents and equipment for producing "hemispheres" of highly-enriched uranium, which have "no other use" than for nuclear weapons. (To understand Pellaud's thinking, it's necessary to recall that he was the top deputy to Hans Blix when the blind Swede headed the IAEA and for 18 years fail to detect Iran's clandestine nuclear programs.)

Beyond that, NIAC and Tehran would both like to see U.S. and UN sanctions on Iran lifted, so that U.S. capital and oil drilling technology can rescue Iran's ageing oil fields from extinction.
Want to know what Tehran's thinking? There's no need to turn to the Islamic Republic News Agency, or to watch Supreme leader Ayatollah Khamenei or Ahmadinejad. Just listen to the Mullah's voice in Washington.

Trita Parsi makes the Iranian regime sound so reasonable. So pragmatic. So – well, *just like us*. The kind of folks we can do a deal with.

And as the mullahs take home that agreement with our signature on it with a smile, the Qods force continues to murder U.S. soldiers in Iraq. And those uranium enrichment centrifuges continue to spin, somewhere inside an unknown mountain in Iran.

**Click Here to support Frontpagemag.com.**

## Original:

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:13 PM
Subject: FW: Mr parsi
To: jnmorse@gmail.com


-----Original Message-----
From: Shahin Mojtabai [mailto:shahin@persianartist.com]
Sent: Thursday, December 27, 2007 8:34 AM
To: info@niacouncil.org
Subject: Mr parsi

I watched you a few times and did some research on you. Here's what I
have to say as an iranian. I think that you are the (suit and tie)
version of the women stoning, man eating anti Iranian anti human
AKHUNDS. I could truly never imagine any being in this world being as
low as you.
Well, for what was worth,..... what kind of a mother you must have
came from, i don't know.
www.persianartist.com
shahin

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tp@tritaparsi.com>
)ate: Wed, Feb 3, 2010 at 9:12 PM
Subject: FW: National Iranian American Council - NIAC: Mullahs\' Voice in Washington DC!
To: jnmorse@gmail.com


-----Original Message-----
From: Behrouz Azarnia [mailto:bazarnia@hotmail.com]
Sent: Friday, November 09, 2007 4:26 PM
To: info@niacouncil.org
Subject: National Iranian American Council - NIAC: Mullahs\' Voice in
Washington DC!

This is an enquiry e-mail via http://www.niacouncil.org from:
Behrouz Azarnia <bazarnia@hotmail.com>

I came across this website but it smelt very soon. I did my own
investigation and read several articles from different sources. I named the
site as "Mullahs' Voice in Washington DC!", but I wanted to be sure 100%. A
friend of mine who is very informed and I trust him told me more than I
needed to be sure. We Iranians have been deceived by communists, kings and
mullahs time and time again. We cannot repeat our mistakes anymore. You do
ot speak for Iran and Iranians. You speak for mullahs, period.

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:11 PM
Subject: FW: Your rewcent TV comments about NIAC
To: jnmorse@gmail.com

---

**From:** Mansour Masoudi [mailto:mansour_masoudi@yahoo.com]
**Sent:** Sunday, November 04, 2007 10:29 AM
**To:** Trita Parsi
**Subject:** Fw: Your rewcent TV comments about NIAC

Dear Mr. Parsi,
I have received this reply (below) from MEHR organization.

My tendency is to provide them an opportunity to discuss this with me (as they have suggested); however, I also predict (rather, I am certain), they will want to discuss many details of NIAC's actions with me, things that I may not be intimately familiar with; as such, I will not be able to respond to them or provide them with intelligent feedback. As such, my tendency is to provide them a discussion opportunity only if they accept that someone from NIAC too would be present (taking part) in the discussion.

Please provide your thoughts. Should you agree (which I hope you do), I will reply to them my direction in this regard.

Best regards,
Mansour Masoudi

P.s. This may also provide an opportunity to bridge the two organizations directly and first hand -- It is always preferred to get to know "the opposition" directly; of course, I expect them to be immensely professional, respectful, truth-binding and merely objective in their discussion and representation. Nothing more.

----- Forwarded Message ----
From: MEHR <mehr@mehr.org>
To: Mansour Masoudi <mansour_masoudi@yahoo.com>
Sent: Saturday, November 3, 2007 9:28:08 PM
Subject: Re: Your rewcent TV comments about NIAC

Dear Mr. Masoudi,

Thank you for writing to us and sharing your thoughts on NIAC with us.
If you could provide us with your phone number, we would like to speak with you on this issue.
If not, is that Ok if we publicly respond to your e-mail without mentioning your name?

Thank you.

MEHR
P.O. Box 2037
P.V.P., CA 90274
Tel: (310) 377- 4590
Fax: (310)377- 3103

URL: http://mehr.org
----- Original Message -----
**From:** Mansour Masoudi
**To:** mehr@mehr.org

Cc: Trita Parsi ; dick@durbin.senate.gov
Sent: Saturday, November 03, 2007 11:35 AM
Subject: Your rewcent TV comments about NIAC

Dear MEHR organization,

I watched today patiently your comments on Parstv.tv regarding an Iranian organization called National Iranian American Council (NIAC), lead by Mr. Trita Parsi in Washington.   At times. directly or in an implied manner, you represented them as "supporters of Iranian government", mostly since they oppose going to war with Iran.

I know this organization well; I am aware of their mission, their purposes and charter.  As such, I am able to make an intelligent judgment about who they are and what they represent.

I really did not appreciate you falsely representing them as "supporters of Iranian regime"!   You certainly know well, that is one mission they are not pursuing -- All they have been promoting has been "no war with Iran." Period!  There is nothing wrong with this mission.  Indeed. this is a just cause, supported by all true Iranians who seek an Iranian solution to problems at home; as such, true independent-thinking Iranians firmly support NIAC's approach.

It is rather naive that some still expect foreign powers, who themselves are mostly the cause of all troubles at home, to solve Iran's problems -- They have learned nothing from Iran's recent history.

A "quick and dirty" solution is not the right approach for the complex problems Iran deals with at this cross section.  "No intervention in Iran" may not solve the problems over night, but it will allow Iranian themselves to solve their problems with diligence and in due course.  A perfect example is how South Africa solved its century-old problem in a diligent way, and "internally", with no foreign power marching in to solve overnight their deep social issues.

Please do not promote yourself as "Iranian lobbyists" representing Iranian people abroad.  You certainly do not represent a truly independent Iranian thought-process.

Few more words regarding NIAC: NIAC is an organization with an integral approach for protecting the rights of Iranians abroad (and at times at home): Apart from representing social and political judgments of many Iranians in the US legislative branches, NIAC also helps substantially streamline mainstream American thoughts (movies, documentaries, reports, ...) to represent an intelligent picture of Iranians, not a middle-aged, biased view.  For example, take their dealings with National Geographic Society on stopping naming Persian Gulf in their map publications as Arabian Gulf, or their recent dealing with Hollywood over an upcoming movie release ("Crossing Over" with Harrison Ford) on representing Iranians in the US taking pride in honor killing!  There are many, many more examples.   Given NIAC's limited resources and young age, I think this is an impressive track record and many Iranians applaud them.

There is no Iranian organization in the US that comes close to NIAC in terms of their regards and track record in protecting the rights of Iranians.  I strongly urge all others, who claim their hearts beat for Iran, Iranians and human rights, to learn from NIAC and work WITH them, not against them.  You owe this to your cause and all Iranians.

It is time to join hands of those you disagree with, not to tie them.

Best regards,

Mansour Masoudi

P.s.  I am not a member of NIAC, nor affiliated with them; merely staying informed.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around

http://mail.yahoo.com

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:06 PM
Subject: FW: Terror Label for Guard Corp Entrenches US-Iran Enmity
To: jnmorse@gmail.com


-----Original Message-----
From: Anari, Ali [mailto:MAnari@mays.tamu.edu]
Sent: Thursday, August 16, 2007 10:18 AM
To: niacnews@niacouncil.org
Subject: RE: Terror Label for Guard Corp Entrenches US-Iran Enmity


For your information:

http://www.frontpagemag.com/Articles/ReadArticle.asp?ID=27787

http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-a
nd-iran%e2%80%99s-oil-mafia-penetrating-the-us-political-system/#respond


----Original Message-----
From: NIAC [mailto:niacnews@niacouncil.org]
Sent: Thursday, August 16, 2007 8:00 AM
To: m-anari@tamu.edu
Subject: Terror Label for Guard Corp Entrenches US-Iran Enmity

<http://niacouncil.c.topica.com/maahsQ3abACc8bIer8acafpLV5/>
Issue 30        www.niacouncil.org
<http://niacouncil.c.topica.com/maahsQ3abACc9bIer8acafpLV5/>        Aug 16,
2007

NIAC Memo: Terror Label for Guard Corp Entrenches US-Iran Enmity
<http://niacouncil.c.topica.com/maahsQ3abACdabIer8acafpLV5/>
Dr. Trita Parsi

August 15, 2007


The White House's decision to designate the Iranian Revolutionary Guards
Corps as a terrorist organization could deal a double blow to efforts to
utilize diplomacy with Iran to stabilize Iraq. Not only does the

designation risk undermining the important yet limited talks between the
United States and Iran in Baghdad, but it may also negatively impact the
next U.S. president's ability to seek diplomacy with Iran by further
entrenching U.S.-Iran relations in a paradigm of enmity.

The Washington Post and New York Times reported Tuesday that the Bush
administration is going to designate the Revolutionary Guard Corps
(IRGC), Iran's 125,000-strong elite military branch, as a "specially
designated global terrorist" under Executive Order 13224, due to the
organization's alleged destabilizing activities in Iraq and elsewhere in
the Middle East.

The designation would authorize the United States to target the IRGC's
business dealings, including blocking its assets. Originally set up by
the ruling clergy in Iran as a parallel army to prevent the regular
Iranian army from orchestrating a military coup against the
revolutionary government, the Guards are widely considered to be a
powerful political force in Iran with close ties to the country's
conservative factions.

The Guards have heavily penetrated Iran's economy, including some of its
key industries. They are often accused of behaving like a
state-sponsored mafia, with a corrupting influence on Iran's economy,
police, media, industries, judiciary and government. As such, many
Iranians find the power and political influence of this paramilitary
force highly problematic. Some Iranian political activists have warned
that any swift political change in Iran will likely benefit the Guards
rather than the pro-democracy movement precisely because the IRGC is
well equipped and highly organized.

More... <http://niacouncil.c.topica.com/maahsQ3abACdabIer8acafpLV5/>

Download PDF version: Image
<http://niacouncil.c.topica.com/maahsQ3abACdbbIer8acafpLV5/>

NIAC Memo: A New Cold War with Iran?
<http://niacouncil.c.topica.com/maahsQ3abACdcbIer8acafpLV5/>
Dr. John Tirman

August 14, 2007

We often hear that the US-Iran confrontation is a new Cold War -- a
highly charged ideological rivalry with nuclear capabilities on each
side and "proxy" wars pursued for geostrategic advantage. While there
are resemblances, the standoff is not like the US-Soviet conflict. In

fact, it could be dangerous to think that it is. The differences between the two rivalries are significant. Iran does not have much military capability, unlike the USSR, which may be one reason for Tehran's nuclear development program. They may see it as parity and respect on the cheap.

In terms of conventional military firepower, Iran has plenty of bodies but little technology. The Islamic Republic has tools -- dedicated cadres, 70 million people willing to defend their country, and covert operatives around the region, especially Iraq. But this is nothing like the massive, well-equipped armies and nuclear arsenal possessed by the Soviets.

The "war of ideas" is different as well. Soviet communism was a highly imperfect version of what Karl Marx intended, but Marxism generally appealed to hundreds of millions of the downtrodden worldwide, regardless of culture. Shia Islam, the ideology of Iran, appeals only to a small segment of the Muslim world, and not beyond; even in Iran, its militancy is not obviously popular.

Most important, the US-Soviet competition was a highly formalized affair, with a large number and variety of institutions and norms to keep it from spinning out of control -- treaties, multilateral and bilateral organizations, commerce and trade, cultural and scientific exchanges, and so on.

More... <http://niacouncil.c.topica.com/maahsQ3abACdcbIer8acafpLV5/>

Download PDF version: Image
<http://niacouncil.c.topica.com/maahsQ3abACdbbIer8acafpLV5/>

RECENT <http://niacouncil.c.topica.com/maahsQ3abACddbIer8acafpLV5/>
issues <http://niacouncil.c.topica.com/maahsQ3abACddbIer8acafpLV5/>

Memos and Issue Briefs:

*     NIAC memo: Success in U.S.-Iran Security Talks Requires Balanced View <http://niacouncil.c.topica.com/maahsQ3abACeYbIer8acafpLV5/> Image
<http://niacouncil.c.topica.com/maahsQ3abACdfbIer8acafpLV5/>

*     NIAC Welcomes Second Round of US-Iran Talks
<http://niacouncil.c.topica.com/maahsQ3abACeZbIer8acafpLV5/>

*     NIAC memo: Iraq - One-Sided Focus on Iran's Role Counterproductive
<http://niacouncil.c.topica.com/maahsQ3abACdebIer8acafpLV5/> Image
<http://niacouncil.c.topica.com/maahsQ3abACdgbIer8acafpLV5/>

\*   NIAC memo: Iran's Security Outlook
<http://niacouncil.c.topica.com/maahsQ3abACdhbIer8acafpLV5/> Image
<http://www.niacouncil.org/images/PDF_files/iran\'s%20security%20outlook
.pdf>

\*   NIAC memo: Might the U.S., Iran Cooperate on Al-Qaida?
<http://niacouncil.c.topica.com/maahsQ3abACdibIer8acafpLV5/> Image
<http://niacouncil.c.topica.com/maahsQ3abACdjbIer8acafpLV5/>

\*   NIAC memo: New War Rhetoric Undercuts Iraq Talks
<http://niacouncil.c.topica.com/maahsQ3abACdkbIer8acafpLV5/>  Image
<http://niacouncil.c.topica.com/maahsQ3abACdlbIer8acafpLV5/>

\*   NIAC memo: US-Iran Convergence in Iraq?
<http://niacouncil.c.topica.com/maahsQ3abACdmbIer8acafpLV5/>  Image
<http://niacouncil.c.topica.com/maahsQ3abACdnbIer8acafpLV5/>

\*   NIAC Welcomes US-Iran Talks in Baghdad
<http://niacouncil.c.topica.com/maahsQ3abACdobIer8acafpLV5/>

\*   NIAC memo: The Challenges in Forcing Iranian "Behavior Change"
<http://niacouncil.c.topica.com/maahsQ3abACdpbIer8acafpLV5/>  Image
<http://niacouncil.c.topica.com/maahsQ3abACdqbIer8acafpLV5/>

\*   NIAC condemns arrest of Iranian American scholars
<http://niacouncil.c.topica.com/maahsQ3abACdrbIer8acafpLV5/>

\*   NIAC memo: Scholars Bear Brunt of Anti-Diplomacy Backlash
<http://niacouncil.c.topica.com/maahsQ3abACdsbIer8acafpLV5/>  Image
<http://niacouncil.c.topica.com/maahsQ3abACdtbIer8acafpLV5/>

\*   NIAC deplores Tehran's arrest of Iranian-Americans
<http://niacouncil.c.topica.com/maahsQ3abACdubIer8acafpLV5/>

\*   NIAC memo: Can Europe End the Lose-Lose Game with Iran?
<http://niacouncil.c.topica.com/maahsQ3abACdvbIer8acafpLV5/>

\*   NIAC in Council on Foreign Relations: Shrinking Rights in Iran
<http://niacouncil.c.topica.com/maahsQ3abACdwbIer8acafpLV5/>

OVERVIEW: THE US-IRAN MEDIA RESOURCE PROJECT
<http://niacouncil.c.topica.com/maahsQ3abACc8bIer8acafpLV5/>
Although both the United States and Iran express the desire for a
diplomatic solution to the conflict over Iran's nuclear program, the
present situation poses a significant risk of military confrontation
between the two countries. Finding a diplomatic solution is a more
intricate task than initiating war.  In order to find a negotiated
solution, the United States needs accurate information and sound
analysis of the intentions of the other side. This means understanding
Iranian national security interests and the strategic calculations of

the political elite, so that signals from Iran are correctly
interpreted.


<http://niacouncil.c.topica.com/maahsQ3abACc9bIer8acafpLV5/> Read mor
<http://niacouncil.c.topica.com/maahsQ3abACc8bIer8acafpLV5/> e


The US-Iran Media Resource Project
<http://niacouncil.c.topica.com/maahsQ3abACddbIer8acafpLV5/> is funded
through grants by the Connect US Fund
<http://niacouncil.c.topica.com/maahsQ3abACdxbIer8acafpLV5/> , the
Ploughshares Fund
<http://niacouncil.c.topica.com/maahsQ3abACdybIer8acafpLV5/> , The
Pluralism Fund
<http://niacouncil.c.topica.com/maahsQ3abACdzbIer8acafpLV5/> , Kenbe
Foundation, Colombe Foundation and the Open Society Institute
<http://niacouncil.c.topica.com/maahsQ3abACdAbIer8acafpLV5/> .


1411 K St NW Washington, DC 20005   202-386-6325
web: www.niacouncil.org
<http://niacouncil.c.topica.com/maahsQ3abACdBbIer8acafpLV5/> |
e-mail: info@niacouncil.org <mailto:info@niacouncil.org>


 <http://niacouncil.c.topica.com/naahsQ3abACdCbIer8acafpLV5/>


 <http://topica.com/images/footer_cap3.gif>      Unsubscribe
<http://topica.com/f/unsub.html/aaamgqn3qcue0nwloqqh7jo95buv5pz646jyyxxg
vry2q4> | Update Profile <http://topica.com/f/?a84GSr.bIer8a.bS1hbmFy>
| Confirm <http://topica.com/f/?a84GSr.bIer8a.bS1hbmFy.c> | Forward
<http://www.topica.com/f2f/?f=aaamgqn3qcue0nwloqqh7jo95buv5pz646jyyxxgvr
y2q4&r=m-anari%40tamu.edu>      <http://www.topica.com/?p=T3FOOTER>
<http://topica.com/images/footer_cap3.gif>


New scientific discovery fuels muscle building


The Asian secret to strong, lush hair


Shocking discovery for joint relief


# FRONTPAGEMAG.COM

Home | Jihad Watch | Horowitz | Archive | Columnists | DHFC | Store | Contact | Links | Search

**Thursday, August 26, 2010**

FrontPageMag Article

✍ Write Comment    💬 0 Comments and 0 Reactions    🖨 Printable Article    ✉ Email Article    Font: **14pt**

## Iran's Oil Mafia
By: Hassan Daioleslam
FrontPageMagazine.com | Wednesday, April 11, 2007

Email Address:

[ Subscribe ]

KEEP FRONTPAGE RUNNING!
HELP FPM NOW!


FREE NEWT!
Sign up for a FREE Weekly Email from Newt Gingrich

CLICK HERE

Bestselling Author of To Save America!

Ads by Google

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006.  On October 13, 2006 Ney pled guilty to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal.  Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen - a felon and an arms dealer - in exchange for using his position to advance their interests.

Conspicuously missing from this dossier of disservice to the country was Ney's assistance in the creation of a Washington-based lobbying enterprise for the Iranian theocratic regime, *The National Iranian-American Council (NIAC)*.  NIAC is part of an extensive US lobbying web that objectively furthers the interests of the Islamic Republic of Iran.  This article will address the creation of NIAC, Tehran's role, NIAC's connection to Iran's oil mafia, and NIAC attempts to penetrate US political system.

### Creation of NIAC

The National Iranian-American Council (NIAC) was founded thanks to the efforts of four non Iranian-Americans:  Roy Coffee, Dave DiStefano, Rep. Bob Ney, and Trita Parsi.Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip to London for Bob Ney, where he met a Syrian arms dealer and convicted felon involved in a conspiracy to circumvent sanctions to sell US-made aircraft parts to Tehran.

Roy Coffee sent a letter to the *Dallas Morning News* in February 2006 to justify his relationship with the two London-based felons.  Part of the letter discussed the founding of NIAC:

> "Back in the spring or summer of 2002, a good friend of mine from law school, Darius Baghai, had just returned from visiting relatives in Iran for the first time since his family left before the revolution. He spoke with me about how the economy of Iran was humming ......From this, I took Darius in to visit with Mr. Ney.  What was to be a 15 minute meeting became a 1 1/2 hour meeting as they spoke passionately about their hopes for the Iranian people. They also spoke in Farsi a great deal - I'm sure talking smack about me. From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries.... The 4 of us worked very hard for about 9 months to form this committee."

At the time, Trita Parsi was a Swedish-Iranian graduate student in his early twenties, best known for ties to Iran's ambassador in Sweden. A successful self-promoter, he soon attached himself as a part-time aide to Congressman Ney before he was appointed president of NIAC.

### The New Lobby

NIAC's predecessor, the *American-Iranian Council (AIC)*, was established in the 1990s with backing from multinational oil companies. For many years, it spear-headed pro-Tehran  lobbying effort in the US.

AIC president Houshang Amirahmadi had  been an active pro-Tehran player since early 1980s. While residing in US, he was also a presidential candidate in Iran's elections, and officially collaborated with different Iranian institutions and notably the foreign ministry. In 1999 and 2000 Trita Parsi was helping Amirahmadi to organize lobbying events in Washington.

In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to lift U.S. sanctions on Iran.  Despite extraordinary pressure from the lobby, ILSA passed overwhelmingly.

Prior to his imprisonment in March 2007, Bob Ney  led Congressional efforts to defeat ILSA and initiate Tehran-friendly policies in concert with AIC. Disappointed and angered by the ILSA vote, Ney began to plan for the next battle of the war.

> "The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and *forming a citizen's lobby* to make sure that members of Congress and their offices are educated on this issue," Ney told AIC in a June 2001 speech.

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

STUDENTS FOR ACADEMIC FREEDOM
Academic Freedom

New Report Cites PennState Courses for Violations of its own Academic Freedom Policies. Read more.

SYMPOSIUMS

Symposium: Remembering the Dissident
Symposium: The Closing of the American Psyche
Symposium: Aviation Security – in the Future
Symposium: Obscene Hostage Trades
Symposium: Confronting Islamization of the West
Symposium: Homegrown Jihadis
Symposium: Islamic Terror and Sexual Mutilation
Symposium: A Discussion on Faith

INTERVIEWS

No Bailout for *Jihad*
Battling with a Billboard
The Last Days of CAIR
The Singing Revolution
How Hamas Governs Gaza

FPM WATCH DOG
*Heterodoxy* archives:
Read back issues here

AUDIO: Restoration Weekend audio files.

Stop The ISM
StoptheISM.com

Professors Watch
DangerousProfessors.com

Borders Watch
Recruitment Drive to Boost Border Patrol

Lobbyist Florida
"Whatever it takes"
Over 20 years of experience
www.paconsultants.com

Is Your Bank Collapsing?
Free list Of Banks Doomed To Fail. The Banks and Brokers X List. Free!
www.MoneyAndMarkets.com

Georgia Lobbyist
Piedmont Public Affairs, Georgia's Leading Government Consultants
www.piedmontpa.com

*"Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right direction"* (Iran Analysis July 2001 Peyvand Iran News)

This failure to block the renewal of ILSA in 2001 marked the start of a new era for the pro-Iran lobby in the United States. The lobbyists recognized that they must broadly reach out to Iranian-Americans. NIAC was created to put those plans in motion.

Trita Parsi was the regime's trusted man within the new network. Tehran's faith in Parsi was so profound that in 2003 when Iran decided to send a highly secret proposal for negotiations to the White House, Parsi was called on to arrange the delivery of the message through Bob Ney to Karl Rove. Parsi, moreover, was among the few chosen men (along with Mahallati, Iran's former ambassador to UN) to present the results of a shady Tehran-friendly poll of the Iranian population which indicated the popularity of Iran's nuclear program.

**Trita Parsi and the Regime's Inner Circle**

During the eight years of Rafsanjani's presidency, which ended in 1997, the Iranian regime had attempted without success to attract the Iranian Diaspora to its cause. Khatami's presidency recharged Tehran's efforts. With the Supreme Leader's direct involvement, the *High Council for Iranian Compatriots Overseas* was created in 2000. The President heads the Council, and the Foreign Minister serves as its deputy director. The *Ministry of Intelligence* and the *Ministry of Culture and Islamic Guidance* collaborate to implement the decisions of the council.

The objective was to create a network of organizations to infiltrate and seemingly represent the Iranian community abroad, and promote policies favorable to the Iranian government. Tehran anticipated that this strategy would neutralize opposition activities abroad and legitimize the new lobby.

State-sanctioned Iranian newspapers started a campaign to promote Trita Parsi and NIAC. Pro-government publications outside Iran followed suit. The former head of the Iran interest in Washington, Ambassador Faramarze Fathnejad, was thrilled with the efforts of Trita Parsi and NIAC, and underlined "the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts." The Iran Ambassador even claimed 20,000 strong membership for NIAC (while only 150 is claimed by NIAC itself)!

But token rhetorical support would not alone turn an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. This is where Siamak Namazi, an important figures of this new lobbying enterprise and a prominent member of the Iranian oil Mafia, enters the scene.

Trita Parsi and Namazi worked closely on developing the details of a grand plan to create an Iranian-American "Citizen's Lobby." They traveled to Iran together  They organized joint conferences and meetings. In 1999, they co-authored a seminal paper, that provided the roadmap for the organization that later became NIAC. [24]

Namazi, along with his sister Pari and brother Babak, control the *Atieh* enterprise in Iran and its  three sister companies *Atieh Roshan, Atieh Bahar and Atieh Associates*, as well as numerous other direct and indirect partnerships, including *Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services* and *MES Middle East Strategies*. . Particularly noteworthy is the fact that Baquer Namazi  (their father) is the Chairman of *Hamyaran*, identified by the Woodrow Wilson International Center for Scholars as a "resource center" in Tehran for Iranian non-governmental organizations (NGOs).

Atieh claims to be a "fully private strategic consulting firm that assists companies better understand the Iranian market, develop business and stay ahead of [the] competition." People familiar with the oil industry in Iran understand the coded language, After all, rulers in every country in the Middle East use outside consultants to negotiate the discrete terms of lucrative oil contracts.

Atieh's customers include the foreign corporations who wish to do business in Iran. One Atieh Bahar customer, Norway's Statoil, has been publicly identified as a participant in a scheme to bribe Iranian government officials  by the *US Securities and Exchange Commission* and the *Department of Justice*. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norwegian governments for "*payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field.*"

The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company *Total SA* was charged with having bribed senior Iranian officials  to secure contracts. Total is a major customer of the Namazi's Atieh enterprise.

Tehran's trust in Namazi is further evidenced by the fact that his company provides the network and computer services for almost all Iranian banks, the Majles (parliament), and other important institutions. Namazi's groups monitor  nearly all Iranian economic or political activities and have access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran.

While representing Tehran, Namazi, disguised as a scholar travels to the US to seemingly pursue academic activities . He succeeded so well that the Congressionally-funded National Endowment for Democracy awarded him a Reagan-Fascell  Democracy Fellowship  in 2005.

This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars": Mohammad Mahallati who

Jihad Watch
News Updates

United American Committee
UAC.com

Campus Watch
About Campus Watch
Current News
Survey of Institutions

Media Watch
HonestReporting.com
David Limbaugh.com
CAMERA.org

was also the Iranian ambassador to the UN in the late 1980s,   Farhad Atai and, Abbas Maleki. In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

**The Roadmap**

In 1999, Parsi and Namazi presented a joint paper titled "*Iranian-Americans: The bridge between two nations*" at a conference organized by the Iranian government in Cypress. This report contains the **manifesto and the roadmap** for the new Iranian lobby in the US. The authors argue that "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again."

The "competing lobby" was *AIPAC (American Israeli Public Affairs Committee)*. The pillars of the road map were:

- To have the appearance of a citizen's lobby

- To mimic the Jewish lobby in the US

- To impede Iranian opposition activities

- To infiltrate the US political system

- To break the taboo of working with the Iran's cleric rulers  for the Iranian Diaspora

- To improve the image of the Iran's government abroad[24].

In their report, Namazi and Parsi acknowledged that problems of organizing a pro-regime lobby within the Iranian-American community:

> "*This group's role has not been utilized any where close to its potential, however, for several reasons: A good portion of them were against the IRI [Islamic Republic of Iran], therefore would not do anything to help.*"

> "*The point is, [Iranian Americans] were  not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic.*"

This was also underlined by Roy Coffee, one of the NIAC's founders:

> "*We [NIAC's founders] found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved.*"

The lack of participation by the Iranian American community in this lobby has been overcome with a sophisticated machine of professional lobbyists and "friendly" circles who favor a rapprochement with the Iranian regime.

**Tehran's Advice: Mimic Jewish Lobby in Washington**

One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration led to the creation of  the *Iranian American Political Action Committee (IAPAC)*, loosely modeled after similar organizations created by  *AIPAC (American Israeli Public Affairs Committee)*.  Three of IAPAC's board members came from the AIC's leadership.

In their 1999 paper, Parsi and Namazi analyzed at length the techniques used by AIPAC, and suggested that the same approach should be taken to create an Iranian lobby in Washington:

> "*Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian- American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again.*"

Trita Parsi has been reciting this comparison to the Israeli lobby since the late 1990's, about the time that the *High Council* was formed in Tehran.  At the beginning his tone was more contentious and resembled the mullah's usual rhetoric, but more recently he has toned down his anti-Israeli remarks, at least in English.

The government-owned newspaper Aftab published an interview with Trita Parsi on December 28, 2006 that underscores Parsi's efforts on behalf of the Iranian regime..

> Translation: "*The conflict between Iran and the West on Iran's nuclear file has entered a critical state.  The government must now utilize all the possible resources to defend the national interest.  In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House.   In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be.*"

Siamak Namazi began sounding  similar themes.:

> *"I propose that we should start showing up to the leadership training seminars and other events organized by the **American-Israeli Political Action Committee** (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda."*

**Not Lobbyists?**

As Ney's criminal bribery and lobbying fiasco became more public, NIAC's president Trita Parsi began to downplay NIAC's lobbying activities. (NIAC is registered as a 501 c3, to which certain legal restrictions apply.) Furthermore, being lobbied by a former aid would have added to Ney's already complicated situation. Asked in 2005 whether his group lobbied the US Congress, Trita Parsi told an interviewer:

> *"Our group does not do any lobbying at all. We do not contact the Congressmen to support or oppose a bill."*

Since its creation, however, NIAC has strived to penetrate the US political system in accordance with the roadmap Namazi and Parsi established in 1999. As the Washington Post reported on June 25, 2006:

> *"The NIAC helped persuade a dozen conservative House members to sign a letter to President Bush earlier this month calling for unconditional negotiations with Iran's regime."*

The external communications of Parsi and other NIAC leaders shed further light on NIAC's lobbying activities.

> *"The NIAC members have educational and experimental knowledge on the lobbying process and politics in America."*

> *".. we must establish connections on Capitol Hill to establish early-warning systems about proposed votes or bills that may oppose the best interests of Iranian-Americans."*

Bob Ney, Roy Coffee, and Dave DiStefano arranged numerous workshops, training classes, seminars and speeches in which they themselves and others with experience prepared members and affiliates of NIAC to lobby and influence Congress. Parsi, Namazi and Ney organized public gatherings and discrete and exclusive $1,000 per plate fundraiser events. They even developed a training manual for lobbyists, a copy of which was sent to this writer by a former NIAC member.

NIAC itself admits that "In 2002, Congressman Ney benefited from letters sent by Iranian-Americans through *NIAC's Legislative Action Center* in support of his resolution on US-Iran relations."

**Infiltrating Congress**

Trita Parsi, Namazi and their backers fully intended to infiltrate the US Congress. One of the methods they boast of involves recruiting young Iranian Americans to serve as Congressional interns or pages by offering room, board and financial incentives. NIAC's website brags of success stories in this venture.

NIAC claims to have drafted the young Iranian American Press Secretary for Rep. Marcy Kaptur to help in improving the lobbying skills of NIAC members and affiliates. Similarly, an Iranian American student in the University of Minnesota received a financial scholarship in his senior year and becomes an intern in Senator Norm Coleman's (R-MN) Washington office. Another intern, a graduate of University of South Florida, was placed in Congressman Jim Davis' (D-FL) Washington, D.C. office. Expanding the operation to penetrate the US political system, NIAC has now formally implemented a paid trainee program and is actively in search for unwary Iranian American youth.

**Conclusion**

Since the early 1990's, Tehran has embarked on developing a sophisticated lobbying enterprise in the United States. Iran's government has devoted significant manpower and financial resources to this cause. This lobbying enterprise consists of a complex, intermingled web of entities and organizations with significant overlap of leadership, and heavy involvement of the notoriously mafia-like inner circles of the Iranian regime. Disguised as scholars, many of the former Iranian government officials reside in the US and constitute an important piece of the lobby machine. NIAC and its major figures, such as Bob Ney and Trita Parsi are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends.

*Hassan Daioleslam is an independent researcher and writer who has worked closely with two experienced investigative reporters inside Iran to explore and expose Iran lobbying enterprise in the United States.*

*Click Here to support Frontpagemag.com.*

Hassan Daioleslam is an independent Iran analyst and writer. He is well published in Farsi and English. He has appeared as an expert guest on the Voice of America-TV as well as in other Persian media. Daioleslam has three decades of history of political activism and political scholarly analysis.

We have implemented a new commenting system. To use it you must login/register with disqus. Registering is simple and can be done while posting this comment itself. Please contact gzenone [at] horowitzfreedomcenter.org if you have any difficulties.

**Add New Comment**



Post as ...

**Showing 0 comments**

Sort by  Popular now    Subscribe by email    Subscribe by RSS

Trackback URL   http://disqus.com/forums/f

blog comments powered by DISQUS



WE'RE GOING YOUR WAY    Save $25 off a one-way rental.    GET THIS DEAL    AVIS We try harder.

Home | Blog | Horowitz | Archives | Columnists | Search | Store | Links | CSPC | Contact | Advertise with Us | Privacy Policy

Copyright©2007 FrontPageMagazine.com

---------- Forwarded message ----------
rom: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: 2010/2/3
Subject: FW: Say NO to A Mockery of Human Rights by NIAC
To: jnmorse@gmail.com

---

**From:** MEHR [mailto:mehr@mehr.org]
**Sent:** Sunday, July 22, 2007 7:49 PM
**To:** mehr@mehr.org
**Subject:** Say NO to A Mockery of Human Rights by NIAC



# Mission for Establishment of Human Rights in Iran (MEHR IRAN)

## Say NO to A Mockery of Human Rights by NIAC
### 26 July 2007, Washington, D.C.

Please read the views expressed in the following link about the participation of Amnesty International and Human Rights Watch in a round table discussion formed by a group that lobby for the unconditional relations between the US and the Islamic Regime:

http://mehr.org/NIAC_persian.mht

If you agree with these views, please sign a petition at:

http://mehr.org/NIAC_AI_HRW.htm

The following letters will be sent to AI and HRW on your behalf:

http://mehr.org/Public_Letter_Amnesty.mht
http://mehr.org/Public_Letter_HRW.mht

به میز گرد مضحکه ای که بنام حقوق بشر در ایران ترتیب داده شده و توسط سازمان های عفو بین الملل و دیدبان حقوق بشر ارتقا داده میشود اعتراض کنید.

لطفا نقطه نظرات ارائه شده در اتصالات زیر در مورد شرکت سازمانهای عفو بین الملل و دیدبان حقوق بشر در میز گردی که یکی از لابی گران رژیم اسلامی. نیاک، تدارک دیده است بخوانید:

http://mehr.org/NIAC_persian.mht

اگر با این نظرات موافق بودید، لطفا پتیشنی را که در این مورد تهیه شده در اتصال زیر امضا کنید

http://mehr.org/NIAC_AI_HRW.htm

بعد از امضای پتیشن، نامه های زیر از جانب شما به این دو سازمان فرستاده خواهد شد.

http://mehr.org/Public_Letter_Amnesty.mht
http://mehr.org/Public_Letter_HRW.mht

**MEHR**
**P.O. Box 2037**
**P.V.P., CA 90274**
**Tel: (310) 377- 4590**
**Fax: (310)377- 3103**

**URL: http://mehr.org**

---------- Forwarded message ----------
From: **Trita Parsi, PhD** <tparsi@niacouncil.org>
Date: Wed, Feb 3, 2010 at 9:01 PM
Subject: FW: House Blasts Ahmadinejad's Israel Comments
To: jnmorse@gmail.com

---

**From:** Matthew.Tasooji@nokia.com [mailto:Matthew.Tasooji@nokia.com]
**Sent:** Friday, June 22, 2007 2:18 PM
**To:** niacnews@niacouncil.org
**Subject:** RE: House Blasts Ahmadinejad's Israel Comments

As I asked several times before, would you be kind enough to remove my name from your distribution list.  I do not want to have to do anything with criminal Iranian regime's lobby in the US.  Furthermore, I believe that this organization is under investigation from the US agencies and as such I do not want to be in your DL.

Thanks.

---

**From:** ext NIAC [mailto:niacnews@niacouncil.org]
**Sent:** Thursday, June 21, 2007 6:00 AM
**To:** Tasooji Matthew (Nokia-MP/SanDiego)
**Subject:** House Blasts Ahmadinejad's Israel Comments

| Issue 57 | www.niacouncil.org | June 21, 2007 |
|---|---|---|

### HOUSE BLASTS AHMADINEJAD'S ISRAEL COMMENTS

*Washington DC, June 20, 2007* - The House of Representatives overwhelmingly passed a resolution today urging the UN Security Council to charge Iranian President Mahmoud Ahmadinejad with violating the 1948 Genocide Convention and the UN Charter. House Concurrent Resolution 21, sponsored by Representative Rothman (D-NJ), passed by a vote of 411 to 2.

Read more

### LANTOS: WORLD NUCLEAR FUEL BANK WOULD "CALL IRAN'S BLUFF"

*Amman, Jordan, June 19, 2007* - The House of Representatives passed House Resolution 885 yesterday which calls for the establishment of a world nuclear fuel bank to supply peaceful nuclear programs. Representative Tom Lantos (D-CA), the bill's sponsor, stated that it would "call Iran's bluff" on its nuclear program. According to Lantos, "If Tehran is true to its word, it would welcome the chance to secure a stable supply of nuclear fuel and halt its enrichment activities." In spite of Lantos' comments, Iran would not be eligible to participate in such a program.

Read more

### HOUSE RESOLUTION HIGHLIGHTS DEBATE OVER INTERPRETATION OF AHMADINEJAD COMMENTS

*Amman, Jordan, June 19, 2007* - The House of Representatives considered House

Concurrent Resolution 21 yesterday, which calls on the UN Security Council to "charge Iranian President Mahmoud Ahmadinejad with violating the 1948 Convention on the Prevention and Punishment of Genocide and the United Nations Charter because of his calls for the destruction of Israel." Discussion of the bill, sponsored by Representative Steven Rothman (D-NJ), highlighted the ongoing debate concerning interpretation of various comments made by Ahmadinejad.

**Read more**

## CONGRESS DEBATES NEED FOR CHANGE IN DEMOCRACY RHETORIC TOWARDS IRAN, MIDDLE EAST

*Washington DC, June 15, 2007* - At a Subcommittee hearing in the House of Representatives yesterday, academics and Congressmen wrangled over the issue of the US human rights double-standard and "democracy promotion" in Iran. The International Organizations, Human Rights, and Oversight Subcommittee hearing entitled "Is There a Human Rights Double Standard? U.S. Policy Toward Saudi Arabia, Iran, and Uzbekistan" was the second in a series addressing the disparities in US foreign policy.

**Read more**

## PREVIOUS ISSUE

- **SCHOLARSHIPS FOR IRANIAN AMERICAN STUDENTS**
- **NIAC PRESIDENT SPEAKS AT WORLD ECONOMIC FORUM**
- **MEEHAN'S RESOLUTION CONDEMNS DISCRIMINATION AGAINST IRANIAN AMERICANS**
- **NIAC DENOUNCES LIEBERMAN CALL FOR WAR**
- **IMMIGRATION BILL PULLED FROM SENATE FLOOR**

**2801 M Street NW Washington, DC 20007 202-719-8071**

**web: www.niacouncil.org    |    e-mail: info@niacouncil.org**

Unsubscribe | Update Profile | Confirm | Forward

--------- Forwarded message ---------
From: **niacnews** <niacnews@niacouncil.org>
Date: Wed, Feb 3, 2010 at 8:59 PM
Subject: FW: The Art of Lobbying
To: jnmorse@gmail.com


From: Anari, Ali [mailto:MAnari@mays.tamu.edu]
Sent: Friday, April 20, 2007 10:14 AM
To: niacnews@niacouncil.org
Subject: RE: The Art of Lobbying


Dear NIAC Council,

Please delete my name from your mailing list.  No matter how smart you are,
many Iranians are sufficiently intelligent to distinguish between lobbying
for Iranian Americans and lobbying for the Islamic regime.

Regards,

Ali Anari


Email from:

Ali Anari, Phd

Research Scientist

Graduate School of Business

Texas A&M University

College Station, Texas 77843.

———

From: NIAC [mailto:niacnews@niacouncil.org]
Sent: Thursday, April 19, 2007 12:39 PM

To: m-anari@tamu.edu
Subject: SAIS Panel: Road to Democracy goes through Civil Society and
Economic Reform


<http://niacouncil.c.topica.com/maaggC5abxXIKbIer8acafpLV5/>


Issue 48

<http://niacouncil.c.topica.com/maaggC5abxXIKbIer8acafpLV5/>
www.niacouncil.org

April 19, 2007



<http://niacouncil.c.topica.com/maaggC5abxXILbIer8acafpLV5/> SAIS Panel:
Road to Democracy in Iran goes through Civil Society and Economic Reform


Washington DC, April 19, 2007 - Iran is facing major cultural and societal
challenges, causing the reform movement to lie in a state of dormancy. To
make the movement relevant within Iranian society, there must be a revival
of ideas geared toward democratic and economic prosperity. These ideas
expressed by Karim Sadjadpour, an associate at the Carnegie Endowment for
International Peace, were a common theme among the panelist discussing the
future of democracy in Iran during the Middle East Agenda for Reform:
Challenges and Opportunities conference presented by the Protection Project
on April 18.




<http://niacouncil.c.topica.com/maaggC5abxXILbIer8acafpLV5/>  Read more


<http://niacouncil.c.topica.com/maaggC5abxXIMbIer8acafpLV5/> American
Chemical Society Expels Iranian members, Misreads OFAC ruling


Washington DC, April 17, 2007 - A recent decision by the American Chemical
Society (ACS) to terminate the memberships of thirty-six Iranian chemical
scientists once again opens the debate on the issue of the free exchange of
academic information and the balancing of scientific and political goals.

<http://niacouncil.c.topica.com/maaggC5abxXIMbIer8acafpLV5/>  Read more

<http://niacouncil.c.topica.com/maaggC5abxXINbIer8acafpLV5/>

2801 M Street NW Washington, DC 20007 202-719-8071

web:  <http://niacouncil.c.topica.com/maaggC5abxXIObIer8acafpLV5/>
www.niacouncil.org   |   e-mail:  <mailto:info@niacouncil.org>
info@niacouncil.org

<http://niacouncil.c.topica.com/naaggC5abxXIPbIer8acafpLV5/>

<http://topica.com/images/footer_cap3.gif>

<http://topica.com/f/unsub.html/aaamgqn3qcue0nwloqqh7jo95buv5pz64uckc4lg7zju
h0> Unsubscribe |  <http://topica.com/f/?a84GSr.bIer8a.bS1hbmFy> Update
Profile |  <http://topica.com/f/?a84GSr.bIer8a.bS1hbmFy.c> Confirm |
<http://www.topica.com/f2f/?f=aaamgqn3qcue0nwloqqh7jo95buv5pz64uckc4lg7zjuh0
&r=m-anari%40tamu.edu> Forward

<http://www.topica.com/?p=T3FOOTER>

<http://topica.com/images/footer_cap3.gif>