# EXHIBIT AA

Professor Gardiner's Response to request # 2.

Reply    Forward    IM    Action    Delete

122 messages found matching NIAC in Sent

**Re: Sam**

SamGard to tparsi - May 5 2008   More Details          Add to: To Do, Calendar

VP's_Turn.doc

Hi Trita,

Yes, it does need to get out, but I am not certain how to do it with enough impact. I wrote that paper three weeks ago for some Democrats in the House. You have seen it.

I'm still toying with the idea of a wargame. I did try the idea with some Members who were receptive, but they just can't seem to pull the trigger on it, if you will pardon that expression. From the article over the weekend on the covert operations inside Iran, I can see why they are conflicted. I'm certain they never expected that to get out. Must be they are thinking they are supporting Israel.

My big idea is a simulation with Obama's policy people with him sitting in on the session. It would be great if he could counter the movement towards a strike before it takes place. I've just not been able to raise any of the people I know with the campaign. Have been trying since last Sunday.

Any thoughts on how to make this something with leverage?


                                        Sam



Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207

The Vice President's Turn

**2**

## The Vice President's Turn:
### The Military Option Against Iran Before the Administration Leaves Office
By Sam Gardiner[1]

He wanted to explore the "reaction that society has toward people who want to create freedom and a better life...but have to do it in such a way that should people sometimes."

Victor David Hanson, Classical Scholar
Describing a Meeting with Vice President Cheney

*We've heard talk of a military strike for the last two years. Nothing happened. Why now?*

The answer has been in the press. The first firebreak to the strike option came in the spring of 2008. The White House made a great deal of what was to be the "summer of diplomacy." Secretary Rice announced that if Iran suspended enrichment the United States would open dialogue. The summer ended with no diplomacy.

The second delay in the strike option was to give covert operations a chance to work. From press reports, this seems to have involved covert operations inside Iran as well as the funding of groups to take on Hezbollah.

Finally, some argued sanctions had to be given a chance. It took longer than expected to get approval by the UN Security Council, but now the Administration has the third sanctions package from the UN.[2]

*Have we achieved anything with Iran over the past four years?*

One can imagine this is the exact question the Vice President asks. He listened to the arguments about diplomacy, and sanctions and then covert operations. From the beginning he was skeptical of these alternatives. It seems he was right.

---

[1] The author is a retired Air Force colonel who has taught strategy and military operations at the National War College. He can be reached at SamGard@aol.com.
The Cover is a slide from the Central Command briefing before the invasion of Iraq. It was a compartmented briefing, meaning access was limited to just a few individuals. The TOP SECRET POLO STEP classification indicates that.

[2] This slide could be expanded to include the totally failure of the CIA effort 2004 to give Iran false nuclear weapon design plans as described by James Risen in State of War, The Secret History of the CIA and the Bush Administration, 2006.

---

# THE VICE PRESIDENT'S TURN: THE MILITARY OPTION AGAINST IRAN BEFORE THE ADMINISTRATION LEAVES OFFICE



**SAM GARDINER
COLONEL, USAF (RETIRED)**

**APRIL 7, 2008**

**3**

The Vice President's Turn

Iran has continued enriching. From recent reports, Iran may have installed more sophisticated centrifuges at the Natanz facility. Iran continues to support and rearm Hezbollah. Iran continues to send arms into Iraq and may be increasing arms shipments to Afghanistan.

Bottom line, Iran's influence and capabilities have grown despite all the Administration's efforts. I can almost hear the Vice President's argument.

*What starts the military strike on Iran?*

We know the pattern. We've seen it before. Before the invasion of Iraq, the United States had two separate efforts to create the impression Iraq started the war.

In General Frank's plan for the invasion, a set of Iraq action triggers was formulated. These were actions that Saddam Hussein might take that could trigger a US response. The cover of this paper is the declassified TOP SECRET POLO STEP slide that was used to describe these triggers in General Frank's famous slide shows. On the trigger list were some very minor acts, like Iraq shooting down a drone.

In addition to the triggers, the United States had prepared an elaborate covert operation to make it appear as if Iraq started the war. The operation was part of the ANABASIS Project. A group of our Iraqis were to be inserted into a base in southern Iraq. When Saddam Hussein's forces came to engage, the United States would respond. Iraq would have violated the No-Fly Zone. Iraq would have started the war. The covert operation was never used.

The pattern has been established. We would expect the White House to search for a way to make it appear as if Iran started it.

In the current environment, there are numerous situations that could be turned into an incident. In January, we witnessed the encounter between Iranian speedboats and US Navy ships. Like the Gulf of Tonkin incident, this could easily be turned into a reason to strike Iranian terrorist targets.

*How could the President justify a strike on Iran?*

Actually, a strike on Iran is easier to justify than was the attack against Iraq. The basic argument will be that it was done to protect US troops. This kind of military action is provided for in a variety of Congressional authorizations.

**4**

The Vice President's Turn

President Clinton used the argument to strike the "chemical plant" in Sudan. He used the argument to strike the terrorist training camps in Afghanistan.

As for international justification, the Iran has already attacked US troops in Iraq. We hear that daily from Baghdad. That means a strike on Iran is even justified under the self-defense provisions of the UN Charter.

*How does the White House generate public support for a strike?*

We know the pattern. We've seen it before.

The White House has a very well established and fairly disciplined strategic communication apparatus. It was at its best in the spin up to the invasion of Iraq. It is fairly simple strategy. Saturate the media with a strong story line. In 2002, it was Iraq supports terrorists.

We saw the same kind of effort before the 2004 elections. The story then focused on terrorism. The United States was under serious threat from terrorists. President Bush was the man to handle the situation. The use of the messaging effort is obvious. It can even be shown on a graph.

What about the messaging in preparation for operations against Iran? There are subtexts, but the main line is that Iran is killing US troops in Iraq.



Terrorism Message
And the 2004 Elections

Article Volume On "Terrorism"

The National Intelligence Estimate on Iran's nuclear program adds a special twist to this campaign. The White House must shed doubt on the conclusion, as it is clearly working to do now.

We've seen evidence in recent statements:

• Iran has "declared" it was pursuing nuclear weapons in order to destroy Israel. - President Bush

The Vice President's Turn

**What would a strike look like?**

It would be a short affair like DESERT FOX. It would be primarily an air operation -- stealth bombers, cruise missiles and some strike aircraft. It would involve 1000 to 1600 target points.[3]

From press reports, we know that early planning focused on Iran's nuclear facilities. The planning seems to have evolved now to be more about terrorist targets to include Revolutionary Guard divisions.



One of the reasons it is not a difficult recommendation for the Vice President is that there is a low likelihood of US casualties. This operation will also have a low CNN-value. It will come with little or no warning. Most missions will be at night. The targets are in places where the Government of Iran is unlikely to permit press.[4]

**Is a US strike on Iran inevitable?**

No. And, a decision to execute the operation has probably not been made, but I can envision three futures.

The White House could decide to quietly turn the problem of Iran over to the next President.

The President could decide, as we have heard from some reports, that he believes he is the only one who can deal with Iran. The next President won't. We know the Vice President has been arguing that sanctions and diplomacy won't work to get Iran to change its behavior. The supporting story builds; there is an incident followed by a strike.

The President could decide to build the story of the threat of Iran but not pull the trigger on the strike. In this future, the White House deals with Iran the way it handled terrorism before the 2004 elections, making it the important story. The

[3] I've written on how the United States has been pushing toward the military option for Iran for almost two years. My description can be found in Sam Gardiner, Colonel, USAF (Ret.) *The End of the "Summer of Diplomacy" Assessing U.S. Military Options on Iran*, The Century Foundation, 9/18/2006. http://www.tcf.org/print.asp?type=PB&pubid=557
[4] Iran has many options for responding to a US strike. See Sam Gardiner, General, *You Have the Advantage of Time*, BASIC, Iran Discussion Paper, February 2007.

---

The Vice President's Turn

- Iran and Syria are working to torpedo the peace talks between Israel and the Palestinians. - Vice President Cheney

- Iran's influence is on the rise. - Senator McCain

- Speaking of the fighting in Basra, "This is an effort by Iran to destabilize Iraq." - Senator Lindsey Graham

- "Obviously, they're also heavily involved in trying to develop nuclear weapons enrichment, the enrichment of uranium to weapons-grade levels." - Vice President Cheney

- "The need for missile defense in Europe is real and it is urgent. Iran is pursuing technology that could be used to produce nuclear weapons and ballistic missiles of increasing range that could deliver them." - President Bush in Bucharest

- "Petraeus is going to go very hard on Iran as the source of attacks on the American effort in Iraq." -- A British Official



**Why does anyone believe a strike on Iran would change Tehran's behavior?**

In December 1998, the United States conducted a four-day bombing operation against Iraq. Analysts have written that this operation, called DESERT FOX, had a profound impact on Saddam Hussein, an impact we only learned later. The argument is we could have had the same impact on Iran.

The Vice President has argued over the past seven years since 9/11 that terrorists and terrorist-sponsoring states will only change their behavior when we use force against them.

We know the pattern. We've seen it before.

**The Vice President's Turn**

story supports the Republican presidential candidate as well as Republican candidates for the Congress.

Quietly turning Iran over to the next President already does not seem to be in the cards. Iran will become a major issue over the next few months.

It seems to be the Vice President's turn.

(More)

---

**The Vice President's Turn**

**Sensitive – Access Limited
This is Fictitious**



April 2, 2008

Memo for File

Subject: Dealing with Iran

This memo outlines the strategy for dealing with the increasing threat from Iran. It is to be held very closely. Access is restricted to individuals authorized by separate memo.

**Strategic Communications Strategy Objectives**

- To generate support for Republican Presidential and Congressional elections
- To create receptivity with the US and global publics for a strike on Iranian nuclear facilities prior to the end of the Administration

**Components of the Strategic Communications Campaign**

- Build the volume of the Iran story as we did with terrorism prior to the 2004 Elections.

- Although the objectives of this campaign will be held very closely within the White House, individuals in the Intelligence Community and Department of Defense will be asked to make the case in order to 'pressure Iran. The themes will be Iran is:
  - Working toward having a nuclear weapons
  - Killing US soldiers in Iraq
  - Interfering with the peace process in the Middle East
  - Supporting terrorism

- In order to support the general theme that the Republican Party is the party of national security:
  - RNC will issue talking points highlighting the threat from Iran
  - Speakers will be available to talk shows to make the case that Iran will be a major threat for a new Administration
  - Gingrich's speech, "Sleepwalking into a Nightmare" is the kind of presentation we want Republicans to make

The Vice President's Turn

9

- The pressure-Iran effort will involved providing information to press outlets outside the United States:
  o To target audiences outside the United States
  o To produce an echo with the US press

- Take maximum advantage of supportive organizations like the American Enterprise Institute and the Committee on the Present Danger where issue discussion is actually support of Republican candidates.

**Taking Advantage of the Strategic Communication Strategy**

- Preemption is a declared US strategy and Iran has attacked US soldiers.

- Beyond the election component of the strategy, the campaign will prepare the publics for a strike on Iran prior to the end of the Administration.

- The objective is to find a strategic event that will be the final justification for a strike such as:
  o A confrontation with a US ship in the Gulf.
  o A significant US casualty event in Iraq with Iranian DNA.
  o The capture of Iranian Revolutionary Guard officers in Iraq.
  o An Iranian aircraft crossing the border with Iraq.

- The objective of the strike is to punish Iran for supporting terrorism and strikes against US forces in Iran.
  o The strike will be on 1000 to 1500 aim points.
  o It will last three or four nights and will have very little CNN-like visual quality.
  o US and collateral casualties inside Iran will to very low.
  o The operation can be initiated with 24 hours notice.

**Sensitive – Access Limited
This is Fictitious**

**From:** SamGard@aol.com
**To:** tparsi@niacouncil.org
**Subject:** Re: Sam
**Date:** Tue, May 6, 2008 10:00 am
**Attachments:** Wargame_Idea_5_5.doc (33K)

Trite,

    Okay, here is the outline of an event.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703.534.7402
571.236.9747 Cell

***************
Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.
(http://food.aol.com/dinner-tonight?NCID=aolfod00030000000001)

## Iran Simulation
### Iran: A Crisis and the Options
### May 6, 2008

Iran is emerging as the most serious national security issue facing the United States. It will be a high priority issue for the rest of this Administration. It will be a major agenda item for the next Administration.

Iran is also one of the most complex national security issues *the United States* has faced since the end of World War II.

The Director of National Intelligence is sponsoring a wargame *to examine the consequences of a military strike on Iran.* As always, Members have not been invited. As always, we are being kept from a full understanding of Administration decision-making. As always, we are being discounted.

The idea behind a Iran simulation, or wargame, is to give Members access to the same kind of information and processes the Administration uses to examine policy options. The DNI is sponsoring a wargame to examine the consequences of a military strike on Iran. The Congress is sponsoring a wargame to examine the consequences of a military strike on Iran.

### Objectives of the Event:

- To understand the full range of options available to the Congress for dealing with an unfolding crisis with Iran
- To appreciate the first and second order consequences of the use of military force
- To appreciate the options and leverage points and provide the basis for a Congressional strategy
- To appreciate the dynamics and pressures on the major players in the process

### The Event

The simulation will follow the traditional wargame pattern. The player teams will be briefed on the situation. They will be given time to deliberate on responses. They will brief and hear the briefings of the other teams. They will then be given a new situation.

The game will be a series moves:

- **Crisis:** Is it a crisis and what would make it a crisis?
- Responding to the strategic communications plan
- Responding to a justifying event

- Choice of a Military Option
- Dealing with the Immediate Consequences
- Picking up the Pieces

The vision is a three-hour event, although it will be designed so both Members and others may join, play for a time, and depart. Each team will consist of some "permanent" representation - one or more Members and an expert on Iran who will also serve as the team facilitator.

Limited-time Member players will fill the other chairs at the table.

In addition to the "players" room will be made for observers



The Game Room

**Facilitation and Design:** Retired Air Force Colonel Sam Gardiner will design and facilitate the event. He had done wargames for the Department of Defense. He has also designed and facilitated events for the public arena. He has done two games for the *Atlantic Monthly*. He designed and facilitated a game for religious leaders to allow them to discuss the role of faith in major strategic issues facing the United States. And, he has just completed a game on Iran for CNN on Iran.

**Products of the Simulation:**

1. The most valuable product of the event will be focusing debate on the important of the emerging issue of striking Iran in response to Iran's involvement in Iraq.

2. After the event, Sam Gardiner will write a "hot wash" paper with his impressions, what has been uncovered and the consequences.

3. In a longer-term perspective, we see the event as being the foundation for town halls sessions over the coming months to generate more public involvement in the issue.

**From:** SamGard@aol.com
**To:** tparsi@niacouncil.org; SamGard@aol.com
**Cc:** sshokravi@niacouncil.org; eblout@niacouncil.org
**Subject:** Re: Sam
**Date:** Wed, May 7, 2008 7:19 am

Hi Trita,

Let me give your questions a go...

1.   How big of a room do we need? How many should it fit?

Bigger the better, but we can adjust to the size we get.  My graphic shows my notion of the room configuration.
We need some rows of chairs for observers in addition to that.

2.   How many experts do we need in total, playing what roles? Do you have suggestions? I'd be happy to make
suggestions once I know the numbers needed and the specific roles.

10 to 15.  They would be playing advisors to the Members at the tables.  Their job is to provide context and
background.  I will also need one of them to facilitate at the table.  That is not a heavy role, and I will provide
guidance for them on how to do the task.

Look forward to suggestions.  Let me just ad that because of the change in direction of the White House
thinking from being about Iran's nuclear program to being about Iran's involvement in "terrorism" in Iraq.  It would
be good to have some Iraq specialists also.  The stars at the table will be the Members and not the specialists.

3.   How many lawmakers would we need to play more permanent roles, and how many to come an drop in
and out?

I would envision two or three per table two or three per table who could drop into the discussion.

4.   Have you in the past paid the various participants?

Players have been paid for some (small number) like the CNN game I did.  Those who played in the Atlantic
Monthly game were not paid.  My inclination for this event is non-pay.  I would hope we cam make it exciting
enough so we will draw people who want to come.

5.   When soonest could we do this?

I've been collecting stuff and can build on some testimony I game to the Tierney committee.  I can be ready the
week after next.

Finally, we would like to transcribe the discussions, edit the transcript and make the proceeds available to all
Congresional offices and other entities in DC. (We do that with all of our conferences)

That works

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703.534.7402
571.236.9747 Cell

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.
(http://food.aol.com/dinner-tonight?NCID=aolfod00030000000001)

**From:** samgard@aol.com
**To:** tparsi@niacouncil.org
**Subject:** Re: NPR
**Date:** Wed, May 14, 2008 1:12 pm

Hi Trita,

    Would love to except I am doing a discussion on ME television at the same time.  I'm on with a spokesman for al Sadr.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9748 Cell

-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: SamGard@aol.com
Sent: Wed, 14 May 2008 1:07 pm
Subject: NPR

Sam – would you be willing to be on To The Point with Warren Olney NPR on Friday 210-255pm to discuss the rising tensions and risk of war between the US and Iran?

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

From: samgard@aol.com
To: tparsi@niacouncil.org
Subject: Re: Sam
Date: Fri, May 9, 2008 7:21 am

Hi Trita,

Was away from my desk yesterday afternoon.

Okay, Steve is probably right. Let's take his point and do a modification. Let's think of this as the start of something rather than the final big event.

Let's find a sponsor on the Hill, with preference on the Senate side. We'll put on the event for that person. Let the Member be the one who invites other Members. We can fill the room with other people; we can let staffers play. We can invite participation by the Middle East Institute; Steve can be invited to send people. I'll adjust the design based upon who we get.

The objective is to begin a buzz about the things we are seeing — the stuff that is being missed by others. In addition, we want those who participated to say, "Others need to have this experience."

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9748 Cell

-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: SamGard@aol.com
Cc: eblout@niacouncil.org; 'Sara Shokravi' <sshokravi@niacouncil.org>
Sent: Thu, 8 May 2008 12:46 pm
Subject: Sam

Steve passed due to the logistical difficulty of getting so many lawmakers.

Any problem with me reaching out to Middle East Institute?

Sincerely,

Trita Parsi, PhD

President

National Iranian American Council

1411 K ST Ste 600

Washington DC 20005


Tel: 202 386 6325

Fax: 202 386 6409

Email: tparsi@niacouncil.org

web: www.niacouncil.org

**From:** samgard@aol.com
**To:** tparsi@niacouncil.org
**Subject:** Re: NPR
**Date:** Wed, May 14, 2008 1:30 pm

sure

To the Point about you and have them contact you for background?

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9748 Cell

-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: samgard@aol.com
Sent: Wed, 14 May 2008 1:13 pm
Subject: RE: NPR

Shoot. Anyone you would recommend? Can i tell To the Point about you and have them contact you
for background?

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** samgard@aol.com [mailto:samgard@aol.com]
**Sent:** Wednesday, May 14, 2008 1:12 PM
**To:** tparsi@niacouncil.org
**Subject:** Re: NPR

Hi Trita,

Would love to except I am doing a discussion on ME television at the same time.  I'm on with a spokesman

for al Sadr.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9748 Cell


-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: SamGard@aol.com
Sent: Wed, 14 May 2008 1:07 pm
Subject: NPR

Sam – would you be willing to be on To The Point with Warren Olney NPR on Friday 210-255pm to discuss the rising tensions and risk of war between the US and Iran?



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

---

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

---

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

**From:** samgard@aol.com
**To:** tparsi@niacouncil.org
**Subject:** Re: NPR
**Date:** Wed, May 14, 2008 5:20 pm

Trita,

To The Point with Warren Olney NPR on Friday 210-255pm to discuss the rising tensions and risk of war between the US and Iran?

Did talk to her; did sort a pre-interview.  She is going to talk to the host and get back to me tomorrow.  I must admit I read your e-mail too quickly.  I thought you were talking about today; missed the Friday part.  My gig on ME television was today.

Thanks for the connection.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9748 Cell


-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: SamGard@aol.com
Sent: Wed, 14 May 2008 1:07 pm
Subject: NPR

Sam – would you be willing to be on To The Point with Warren Olney NPR on Friday 210-255pm to discuss the rising tensions and risk of war between the US and Iran?



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

---

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

**From:** Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Subject:** Re: NPR
**Date:** Thu, May 15, 2008 1:44 pm

Will be there tomorrow.

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: SamGard@aol.com
Sent: Wed, 14 May 2008 1:07 pm
Subject: NPR

Sam – would you be willing to be on To The Point with Warren Olney NPR on Friday 210-255pm to discuss the rising tensions and risk of war between the US and Iran?



Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

**From:** Sam Gardiner <samgard@aol.com>
**To:** fzareie@niacouncil.org
**Subject:** Re: wargame proposal
**Date:** Mon, Jun 9, 2008 3:29 pm

Farid,

Was only able to open the file at a text-edit file.  Could you send it as a word document?

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell

-----Original Message-----
From: fzareie@niacouncil.org
To: samgard@aol.com
Sent: Mon, 9 Jun 2008 3:22 pm
Subject: wargame proposal

Hi Mr. Gardiner,

We have written a proposal for the war game and I have attached it in this
e-mail. Please take a look at it and let us know what changes are needed.
Please look at the highlighted sections, We are not completely certain
what those sections mean and it would be good if we could elaborate on
those.

Also, there is a question that we have on the participants. That question
is on the bottom of the picture of the game room.

Thank you very much.

Farid Zareie
National Iranian American Council

Stay informed, get connected and more with AOL on your phone.

From: Sam Gardiner <samgard@aol.com>
To: fzareie@niacouncil.org
Subject: Re: wargame proposal
Date: Mon, Jun 9, 2008 3:42 pm

...am receiving it as a .docx document.

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell

-----Original Message-----
From: fzareie@niacouncil.org
To: Sam Gardiner <samgard@aol.com>
Sent: Mon, 9 Jun 2008 3:39 pm
Subject: Re: wargame proposal

>Hi again,

I am very sorry for that. I actually did attach the word document, but I
am not sure what happened. I have attached it again and I hope it works
this time.

Farid Zareie
National Iranian American Council

Farid,
>
>
>
> Was only able to open the file at a text-edit file. Â Could you send it as
> a word document?
>
>
> Sam Gardiner
> 4624 North Dittmar Road
> Arlington, Virginia 22207
> 703-534-7402
> 571-236-9747 Cell
>
>
> -----Original Message-----
> From: fzareie@niacouncil.org
> To: samgard@aol.com
> Sent: Mon, 9 Jun 2008 3:22 pm
> Subject: wargame proposal
>
>
>
>
>
>
>
>

> Hi Mr. Gardiner,
>
> We have written a proposal for the war game and I have attached it in this
> e-mail. Please take a look at it and let us know what changes are needed.
> Please look at the highlighted sections, We are not completely certain
> what those sections mean and it would be good if we could elaborate on
> those.
>
> Also, there is a question that we have on the participants. That question
> is on the bottom of the picture of the game room.
>
> Thank you very much.
>
> Farid Zareie
> National Iranian American Council
>
>
>
>
>
>
>
>
>

Stay informed, get connected and more with AOL on your phone.

**From:** Sam Gardiner <samgard@aol.com>
**To:** fzareie@niacouncil.org
**Subject:** Re: wargame proposal
**Date:** Tue, Jun 10, 2008 8:09 am

Farid,

Got is...I am going to be away from my desk for a while today; so, it may be tomorrow or the day after.  One fix already, the first picture is a battleship.  No battleships are in the US inventory now.  Need something showing the firing of a cruise missile from a ship.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: fzareie@niacouncil.org
To: Sam Gardiner <samgard@aol.com>
Sent: Mon, 9 Jun 2008 4:00 pm
Subject: Re: wargame proposal


>I am truly sorry. me and my co-worker have changed it now and it should
work. If not, please let me know and I will try to figure something else
out.

 Farid Zareie
> National Iranian American Council

...am receiving it as a .docx document.
>
>
> Sam Gardiner
> 4624 North Dittmar Road
> Arlington, Virginia 22207
> 703-534-7402
> 571-236-9747 Cell
>
>
> -----Original Message-----
> From: fzareie@niacouncil.org
> To: Sam Gardiner <samgard@aol.com>
> Sent: Mon, 9 Jun 2008 3:39 pm
> Subject: Re: wargame proposal
>
>
>
>
>
>
>

```
>
>>Hi again,
>
> I am very sorry for that. I actually did attach the word document, but I
> am not sure what happened. I have attached it again and I hope it works
> this time.
>
> Farid Zareie
> National Iranian American Council
>
> Farid,
>>
>>
>>
>> Was only able to open the file at a text-edit file. Ã, Could you send it
>> as
>> a word document?
>>
>>
>> Sam Gardiner
>> 4624 North Dittmar Road
>> Arlington, Virginia 22207
>> 703-534-7402
>> 571-236-9747 Cell
>>
>>
>> -----Original Message-----
>> From: fzareie@niacouncil.org
>> To: samgard@aol.com
>> Sent: Mon, 9 Jun 2008 3:22 pm
>> Subject: wargame proposal
>>
>>
>>
>>
>>
>>
>>
>>
>> Hi Mr. Gardiner,
>>
>> We have written a proposal for the war game and I have attached it in
>> this
>> e-mail. Please take a look at it and let us know what changes are
>> needed.
>> Please look at the highlighted sections, We are not completely certain
>> what those sections mean and it would be good if we could elaborate on
>> those.
>>
>> Also, there is a question that we have on the participants. That
>> question
>> is on the bottom of the picture of the game room.
>>
>> Thank you very much.
>>
>> Farid Zareie
>> National Iranian American Council
>>
>>
>>
>>
>>
>>
>>
>>
>>
```

>
>
>
>
>
>
>
>

Get the Moviefone Toolbar. **Showtimes, theaters, movie news, & more!**

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Subject:** Re: HCONRES 362
**Date:** Wed, Jun 11, 2008 5:09 pm

Thanks....have sent an e-mail to a naval friend to get some help.

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: samgard@aol.com
Sent: Wed, 11 Jun 2008 5:04 pm
Subject: HCONRES 362

Thanks so much for your help, Sam.  Attached is the resolution.  Pay attention to section 3.

-p                                             NOT AVAILABLE

Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Fax: 202.386.6409
Email: PDisney@niacouncil.org
Web: www.niacouncil.org

Get the Moviefone Toolbar. Showtimes, theaters, movie news, & more!

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Subject:** Re: HCONRES 362
**Date:** Thu, Jun 12, 2008 3:51 am

P,

This article refers to the study I mentioned yesterday.  Sam

## Next 'weapon' against Iran may be gasoline

Wednesday, 11 June 2008
The New York Sun
Bush, Congress Look to Sanctions
By ELI LAKE, Staff Reporter of the Sun

WASHINGTON &mdash; With President Bush securing a new round of European sanctions on Iran's banks, he and Congress are looking to additional measures to squeeze the mullahs at the gasoline pump.

Legislation is circulating in Congress, backed by the American Israel Public Affairs Committee, that would punish oil traders and transporters that sell refined gasoline to Iran. While the Islamic Republic is one of the world's leading exporters of crude petroleum, the country lacks the refining capacity to turn an estimated 40% of its crude oil into gasoline. Earlier this year, the country saw gas riots after President Ahmadinejad tried to impose gasoline rationing. American policy will likely hinge on the results of a Department of Energy study examining the effect of such a sanctions regime on the Iranians and world oil markets. It is a softer policy version of a plan to embargo the Iranian import of refined gasoline. An embargo, however would likely push the price of gasoline in America even higher and would plunge America into an open war with Iran.

Rep. Mark Kirk, a Republican from Illinois who requested the study last year, said he was awaiting the results from the Energy Information Administration.

"It is an important study," Mr. Kirk said in a telephone interview. "But its importance can be overstated." Mr. Kirk for more than a year has pressed his colleagues in the House to support a plan that would spur the international community to "quarantine" the refined petroleum Iran sought to import. The legislation, which now has 47 co-sponsors from both parties, was introduced in 2007 as the Iran Sanctions Enhancement Act. Some similar ideas are included in the Iran Counter-Proliferation Act, which is supported by Aipac.

Mr. Kirk said his bill would authorize the American Treasury to approach the underwriters at Lloyd's of London that insure the tankers that service the Iranian market and offer to buy out their contracts. He would also limit or restrict the amount of gasoline Iran would be allowed to import until the Islamic Republic was in compliance with the nuclear nonproliferation treaty and the additional protocol it signed with the International Atomic Energy Agency.

"If we do not take our inspiration from President Kennedy's handling of the Cuban missile crisis, we leave ourselves two options," Mr. Kirk said. "Either we leave this to the Iranian market and the United Nations and that is a slow path for Iran getting a nuclear weapon; or the second option is an Israeli attack which is unpredictable and expensive. My inspiration is from President Kennedy's handling of the Cuban missile crisis, which delivered a win for the United States without resorting to military means."

Mr. Kirk said that he anticipated the Iranians might respond to his plan by cutting off all petroleum production in protest. "The mullahs have said if you quarantine gasoline sales, they will suspend the sale of oil, but then the Iranian economy implodes even more quickly," Mr. Kirk said. "The markets would look then to the swing producers, particularly Saudi Arabia, to see if they would make up the difference. I think a lot of countries would make up the difference. Remember there is no love lost between the Arab kingdoms and Iran."

President Bush told assembled heads of state at the annual U.S.-European Union Summit in Slovenia, "Iran with a nuclear weapon would be incredibly dangerous for world peace. So we've got to continue to work together to make it clear, abundantly clear, to them that it's their choice to make. They can either face isolation or they can have better relations with all of us if they verifiably suspend enrichment."

A sanctions agreement signed yesterday between the European Union and America includes a clause that states additional measures may be taken if Iran does not, in a verifiable manner, suspend the enrichment of uranium that it began in 2006.

Senator McCain has also said he endorses a policy to target Iran's import of gasoline. "Over a year ago I proposed applying sanctions to restrict Iran's ability to import refined petroleum products, on which it is highly dependent, and the time has come for an international campaign to do just that. A severe limit on Iranian imports of gasoline would create immediate pressure on Khamenei and Ahmadinejad to change course, and to cease in the pursuit of nuclear weapons," he told the annual Aipac policy conference last week.

One senior official on the McCain campaign yesterday said the candidate did not endorse an embargo. "He was not

Iran Focus

http://www.iranfocus.com/en   Generated: 12 June, 2008, 01:46

talking about a naval embargo or blockade of Iran," this official said. "A voluntary withdrawal from the Iranian markets of

the companies providing gasoline is one option."

The deputy director for research for the Washington Institute for Near East Policy, Patrick Clawson, yesterday said that he favored an approach on the gasoline exporters to Iran that was similar to the pressure the Treasury Department has applied to international banks regarding Iran's banking sector. "The advantage of private companies deciding to withdraw on their own from the Iranian market is that this is not an act of war, but it would have dramatic impact on Iran's economy," Mr. Clawson said.

Iran Focus

Generated: 12 June, 2008, 01:46

---

Get the Moviefone Toolbar. Showtimes, theaters, movie news, & more!

**From:** Sam Gardiner <samgard@aol.com>
**To:** fzareie@niacouncil.org; PDisney@niacouncil.or
**Subject:** Re: wargame proposal
**Date:** Thu, Jun 12, 2008 10:30 am
**Attachments:** Gardiner_Revisions.doc (965K)

Okay...have done a few changes.  The one of substance is that I've put the "embargo" into the draft game.
 This could provide a very interesting discussion of how to do it without causing a war while exploring how the
Iranian might respond.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: fzareie@niacouncil.org
To: Sam Gardiner <samgard@aol.com>
Sent: Tue, 10 Jun 2008 12:17 pm
Subject: Re: wargame proposal


Thank you Mr. Gardiner, I have made that correction. Let me know anytime
if there are any other changes that are needed to be made.

Farid


> Farid,
>
>
>
> Got is...I am going to be away from my desk for a while today; so, it may
> be tomorrow or the day after. Â One fix already, the first picture is a
> battleship. Â No battleships are in the US inventory now. Â Need something
> showing the firing of a cruise missile from a ship.
>
>
>
>
> Sam
>
>
> Sam Gardiner
> 4624 North Dittmar Road
> Arlington, Virginia 22207
> 703-534-7402
> 571-236-9747 Cell
>
>
> -----Original Message-----
> From: fzareie@niacouncil.org

> To: Sam Gardiner <samgard@aol.com>
> Sent: Mon, 9 Jun 2008 4:00 pm
> Subject: Re: wargame proposal
>
>
>
>
>
>
>
>>I am truly sorry. me and my co-worker have changed it now and it should
> work. If not, please let me know and I will try to figure something else
> out.
>
>  Farid Zareie
>> National Iranian American Council
>
> ...am receiving it as a .docx document.
>>
>>
>> Sam Gardiner
>> 4624 North Dittmar Road
>> Arlington, Virginia 22207
>> 703-534-7402
>> 571-236-9747 Cell
>>
>>
>> -----Original Message-----
>> From: fzareie@niacouncil.org
>> To: Sam Gardiner <samgard@aol.com>
>> Sent: Mon, 9 Jun 2008 3:39 pm
>> Subject: Re: wargame proposal
>>
>>
>>
>>
>>
>>
>>
>>
>>>Hi again,
>>
>> I am very sorry for that. I actually did attach the word document, but I
>> am not sure what happened. I have attached it again and I hope it works
>> this time.
>>
>> Farid Zareie
>> National Iranian American Council
>>
>> Farid,
>>>
>>>
>>>
>>> Was only able to open the file at a text-edit file. Ãƒâ€š Could you
>>> send it
>>> as
>>> a word document?
>>>
>>>
>>> Sam Gardiner
>>> 4624 North Dittmar Road
>>> Arlington, Virginia 22207
>>> 703-534-7402
>>> 571-236-9747 Cell
>>>

>>>
>>> -----Original Message-----
>>> From: fzareie@niacouncil.org
>>> To: samgard@aol.com
>>> Sent: Mon, 9 Jun 2008 3:22 pm
>>> Subject: wargame proposal
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>> Hi Mr. Gardiner,
>>>
>>> We have written a proposal for the war game and I have attached it in
>>> this
>>> e-mail. Please take a look at it and let us know what changes are
>>> needed.
>>> Please look at the highlighted sections, We are not completely certain
>>> what those sections mean and it would be good if we could elaborate on
>>> those.
>>>
>>> Also, there is a question that we have on the participants. That
>>> question
>>> is on the bottom of the picture of the game room.
>>>
>>> Thank you very much.
>>>
>>> Farid Zareie
>>> National Iranian American Council
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>>
>>
>>
>>
>>
>>
>>
>>
>>
>
>
>
>
>
>
>
>
>

Get the Moviefone Toolbar. Showtimes, theaters, movie news, & more!

## Iran-US: A Crisis Stimulation

Imagine a scenario where tensions between Iran and the United States ignite into a full-scale conflagration. Anxieties are high and pressures are building, even an accidental conflict could be disastrous for the region. The consequences of a US-Iran war could eclipse the tragedy already taking place in Iraq and engulf the Middle East in further turmoil.

Congress has the opportunity to prevent a war with Iran today, two months from now, or in the distant future. For policy makers and representatives of the people, it is critical to explore and deeply analyze the repercussions and unintended consequences of a military clash with Iran.

The National Iranian American Council (NIAC) and retired Air-Force Colonel Sam Gardiner would like to propose a congressional crisis simulation, in which members of congress, experts, and administrative officials come together to play out possible scenarios of a conflict with Iran.

Participants will play out the likely strategies of the United States, Iran, Israel, and various other countries in a potential crisis scenario.

**The purpose of this exercise is to answer key questions such as:**

* What safeguards are in place for the Congress and the US Government to prevent an escalating military engagement with Iran?

* What could Iran's neighbors and Israel do to push the United States toward or prevent a conflict?

* What are Iran's most likely responses to a policy options over the next year?

* What are the best US responses to Iranian decisions.



**Deliverables of the Event:**

From this exercise, staff and members of Congress will derive:

i.    An understanding of the full range of options available to the Congress for dealing with an unfolding crisis with Iran.

ii.   An appreciation of the first and second order consequences of the options facing the United States.

iii.  An appreciation of all options and leverage points to provide the basis for a Congressional strategy

iv.   Appreciation of the dynamics and pressures on the major actors in the process

**The Event:**

The event will feature 5 teams consisting of up to ten players each. The teams will represent the viewpoints of the US Congress, the White House, Iran, Israel, and Arab States. Players will be briefed on a situation, including an incident that requires a timely response. They will deliberate on possible approaches, and will present their move to the other teams. Each team will continue to simulate their role as the scenario unfolds.

**Throughout the game, participants will:**

* Evaluate and assess the degree and nature of the crisis
* Weigh both military and non-military options
* Deal with the immediate consequences of each move and assess second order consequences.
* Search for previously unidentified options
* Reassess long-term strategy



## Game Setup







- Members of each team will deliberate together at a table with country experts and policy experts
- Members of Congress will have the opportunity to pick their perspective and can be on any of the teams
- Game facilitators will ensure the process works smoothly throughout

---

### Game Example

By using visuals, retired Colonel Sam Gardiner will present a scenario followed by a series of moves. The players will then address each move according to their party's or country's interest.

**Move 1:** The United States must decided on the immediate next policy step:
Allow existing sanctions to have the impact before moving to new ones
Move as quickly as possible to new economic sanctions through the UN or EU
Embargo refined petroleum imports by Iran

**Move 2:** Iranian involvement in Iraq and Afghanistan increases. Iranian increases military materials to Hezbollah and Hamas continues.

**Move 3:** A naval incident then takes place in the Gulf. Iran and the US exchange fire and Iranian ships sink.

**Move 4:** The conflict between the US and Iran expands to an escalation of problems around the region.

**From:** Colonel Sam Gardiner <samgard@aol.com>
    **To:** jparillo@psr.org; tparsi@niacouncil.org
**Subject:** Re: [IranPWG] Worse than Bush?
   **Date:** Wed, Apr 8, 2009 9:01 am

Jill,

Good points.

Sam

-----Original Message-----
**From:** Jill Parillo <jparillo@psr.org>
**To:** tparsi@niacouncil.org; Colonel Samuel Gardiner <samgard@aol.com>; IranPWG@yahoogroups.com
**Sent:** Wed, 8 Apr 2009 8:56 am
**Subject:** RE: [IranPWG] Worse than Bush?

Trita and Sam,

I still do not know the answer to this question, since in President Obama's
nonproliferation speech in Prague he said in respect to Iran: "We believe in
dialogue. But in that dialogue we will present a clear choice."

There is no mention of preconditions for engagement in this speech or hints that
Iran will be forced to freeze its program. However, Obama's joint statement with
President Medvedev last week (http://www.america.gov/st/texttrans-english/2009/
April/20090401125216xjsnommis0.6739212.html) includes this:

"We call on Iran to fully implement the relevant U.N. Security Council and the
IAEA Board of Governors resolutions including provision of required cooperation
with the IAEA."

This Joint Statement has a more detailed approach, which would lead me to
believe the Obama Administration will push Iran to freeze enrichment
to "implement" the UNSC resolutions.

I think we need to see what happens next to know. Actions, as Iran keeps saying,
really do speak louder than words.

Best,

Jill

Jill Marie Parillo
Deputy Director for Security Programs
and Director of US-Iranian Scientific Exchange Initiative
Physicians for Social Responsibility
1875 Connecticut Avenue, NW; Suite 1012
Washington, D.C. 20009
Office: (202) 587-5251

**RECENT ACTIVITY**
Visit Your Group

**Give Back**
Yahoo! for Good
Get inspired
by a good cause.

**Y! Toolbar**
Get it Free!
easy 1-click access
to your groups.

**Yahoo! Groups**
Start a group
in 3 easy steps.
Connect with others.

Mobile:  (202) 302-7609
Fax (202) 667-4201

---

**From:** IranPWG@yahoogroups.com on behalf of Trita Parsi
**Sent:** Wed 4/8/2009 8:42 AM
**To:** Colonel Samuel Gardiner; IranPWG@yahoogroups.com
**Subject:** Re: [IranPWG] Worse than Bush?

Sam,
Thnx. Where exactly does he state that enrichment is off limits? I didn't see that.

He said in his prague speech that he w support irans civilian program under Intrusive inspections. That's the first time the WH blesses inspections.

My sense is the opposite, he is preparing the way for a compromise that will include enrichment for Iran. Tell me if I'm wrong.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

---

**From:** Colonel Sam Gardiner
**Date:** Wed, 08 Apr 2009 08:01:19 -0400
**To:** <IranPWG@yahoogroups.com>
**Subject:** [IranPWG] Worse than Bush?
It is painful for me to point out, but the Obama Administration seems to be taking even a harder line against Iran's programs than even the previous administration. Through all of the talk about talking, a policy line keeps emerging.

President Bush used to repeat, "Iran cannot be allowed to have a nuclear weapon."  When the policy statement was well-orchestrated, he would add "or the knowledge to produce one."

In his speech in Prague, President Obama repeated something he has said.  The careful wording is important in my mind.  He said, "Let me be clear: Iran's nuclear and ballistic missile activity poses a real threat, not just to the United States, but to Iran's neighbors and our allies," the president said. "As long as the threat from Iran persists, we intend to go forward with a missile defense system that is cost-effective and proven."

In other words, Bush said Iran can't have a weapon.  Obama is

saying (despite some talk in the staffs) that Iran can't have an enrichment program.  Then, he adds that the missile program is also a threat, implying that Iran can't have a missile program.  From a policy perspective the distinctions are important and set the path for policy failure.

From talking to Iranians, my impression is that national pride will not open the way for eliminating enrichment, although there is still a possibility of some form of suspension.  Beyond that, it is almost beyond imaging that Iran would be willing to negotiate away its missile programs.

I don't want to believe the administration is heading in this direction, but the reaction over the weekend to the DPRK launch gave some indications.  If one reads the remarks by officials, the objection was against the North Korean missile program.  I don't recall that emphasis in earlier missile incidents.

The other policy implication of the Prague statement has to do with the Russians.  If one takes out the "cost-effective" hedge, the President said to the Russians that we'll include European missile defense in the reset if the Iranians give up both enrichment and missile programs.  I don't believe the Russians will be fooled.  That statement says the United States is going ahead with the missile defense.  That means not only a rough road ahead with the Iranians, but an equally rough road with the Russians.

Candidates can walk back from statements.  Presidents have to walk with their policy statements.  Prague does not leave reasons to be optimistic.

Sam Gardiner

---

Messages in this topic (2)

**YAHOO!** GROUPS

(Yahoo! ID required)
Change settings via email:

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Date:** Sun, Dec 31, 0 7:00 pm

VERY helpful to know this.  Thanks very much.  Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell

----Original Message-----
**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** 'Robert Naiman' <naiman@justforeignpolicy.org>; 'Iran Policy Working Group'
<IranPWG@yahoogroups.com>
**Sent:** Thu, 28 May 2009 9:26 am
**Subject:** RE: [IranPWG] Leveretts' NYT piece and the Iran "democracy" money

RECENT ACTIVITY
20
Visit Your Group

Give Back
Yahoo! for Good
Get inspired
by a good cause.

Y! Toolbar
Get it Free!
easy 1-click access
to your groups.

Yahoo! Groups
Start a group
in 3 easy steps.
Connect with others.

Robert,

A few of us actually met with some folks over at State yesterday about
this very same topic.  The Iran Democracy Fund no longer exists, which
is great news--it was not included in the President's budget, nor in the
omnibus.  What us ed to be known as the Iran Democracy Fund is now
just the Iran program, which focuses much more on apolitical
assistance--water and soil management, arts, athletic exchanges,
disaster relief, etc.  This is a huge step in the right direction, but as of yet
there is little indication that State or Congress or anyone will make
much of a public statement about it--partly because of bureaucratic
inertia and partly because of concerns that repudiating the previous
program would lend credence to accusations against people like the
Alaei brothers who are still incarcerated in Iran.

As you say, though, getting rid of the "regime change slush fund" is a
goodwill gesture and the administration should acknowledge it as such.
NIAC is meeting again over at State next week to discuss how we might
go about publicizing this--if the administration won't come out and say
it, then our community should.

Thanks,

-patrick

20

**From:** IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com]
**On Behalf Of** Robert Naiman

**Sent:** Wednesday, May 27, 2009 7:33 PM
**To:** Iran Policy Working Group
**Subject:** [IranPWG] Leveretts' NYT piece and the Iran "democracy" money

I was struck by the prominence that the Leveretts gave in their NYT piece to the Iran "democracy" money as a key obstacle to good relations. I hadn't thought it that important.

I wonder if the following is plausible: could some key Members of Congress, i.e. Berman, be convinced that, since we're doing "diplomacy" with Iran, supposedly, for the rest of 2009, or at least til September according to Clinton/Ross, would Congress be willing to give the Iran democracy thing a rest for this appropriation cycle, as a goodwill gesture. Next year they can happily flush money down the Iran democracy rathole to their hearts' content. But this year they should take a break from this particular stick-in-the-eye.

?

—

Robert Naiman
Just Foreign Policy
cy.org

Messages in this topic (2)

YAHOO! GROUPS

(Yahoo! ID required)
Change settings via email:

Wanna slim down for summer? Go to America Takes it Off to learn how.

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Subject:** Re: "Proxy" Attacks
**Date:** Fri, Jun 5, 2009 6:51 am

Trita,

Thanks....anything you are hearing about why the increases in attacks?  I've read the Escobar piece in the Asia Times yesterday.

Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell

-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: Colonel Samuel Gardiner <samgard@aol.com>
Sent: Fri, 5 Jun 2009 6:47 am
Subject: Re: "Proxy" Attacks

Sam,
Hope all is well. What I think Sy is refering to is that we pressued Congresswoman Harman to retract her statement about seperating Iran according to ethnic lines, and we did so through help from niac members in her district. In our letter to her, we pointed out that such statement - or efforts - would undermine obama's agenda.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

From: Colonel Sam Gardiner
Date: Fri, 05 Jun 2009 04:19:16 -0400
To: <tparsi@niacouncil.org>
Subject: "Proxy" Attacks
Trita,

As you can imagine, I have been tracking with interest the surge in operations in the past 90 days after over six months of very quiet.  I have been pressing Sy Hersh so see if he could get an explanation from his sources.  He called me yesterday and told me you have been approached by some Californians who are getting word that these activities are beginning to get in the way of the administration's efforts/

Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell

---

Wanna slim down for summer? Go to America Takes it Off to learn how.

---

Wanna slim down for summer? Go to America Takes it Off to learn how.

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Subject:** Fwd: George Friedman on Iran-Russia-U.S. Triangle
**Date:** Tue, Aug 11, 2009 8:21 am

-----Original Message-----
From: Colonel Sam Gardiner <samgard@aol.com>
To: stefan.forss@mil.fi
Cc: pertti.torstila@formin.fi; janne.taalas@formin.fi; hiski.haukkala@formin.fi; wfd@princeton.edu
Sent: Tue, Aug 11, 2009 8:17 am
Subject: Re: George Friedman on Iran-Russia-U.S. Triangle

Stefan,

It's quite good.  As you have have seen, I have thought the Iran-Russian limited axis an important possibility for the future.  I think that even more so now.

First, Friedman did not make the point, but one has to be careful to understand that Russian foreign policy is about security matters, but equally important, it is about commercial matters.  Iran has money for Russian things.

Second, he does not point out that Russian has told us they expect a confrontation with the US in the area.  Their new (spring) national security strategy lays it out in clear terms.

Finally, in the first few months of the Obama Administration there was a quiet period in Russian-Iranian relations.  That seems now to be changing.  Selling is up, particularly commercial aircraft.  There was the military exercise in the Caspian, a very big deal.  Just yesterday, there was a visit by parliamentarians.

The pressure for the coming together of Iran and Russia seems to be on the horizon even more.  The US will up the stakes on Iran wh en everyone returns from holiday.  Russia will hold out on sanctions.  The Obama Administration, in order not to appear weak, will have to make supportive noises in the direction of European missile defense and new NATO members.

I was talking to a Member of the Congress a few months ago about Iran.  He said he had a discussion with an Iranian who said "you are pushing us into the hands of the Russians."  So true.

Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell

-----Original Message-----
From: stefan forss <stefan.forss@mil.fi>
To: samgard@aol.com
Cc: pertti.torstila@formin.fi; janne.taalas@formin.fi; hiski.haukkala@formin.fi

Sent: Tue, Aug 11, 2009 7:57 am
Subject: George Friedman on Iran-Russia-U.S. Triangle

Sam,



Stratfor's George Friedman has put the pieces together and published a very

readable, but as he points out himself, speculative analysis of where
things may

go. It's not a net assessment, but important enough to share with others. What

do you make of it?



Stefan




********************************************************************

Tämä sähköpostiviesti on tarkoitettu vain vastaanottajalle. Viesti voi

sisältää luottamuksellista tietoa. Jos olet vastaanottanut tämän

sähköpostiviestin vahingossa, palauta se lähettäjälle. Älä muuta

sähköpostiviestin sisältöä tai levitä sitä eteenpäin.

Kiitos.


This e-mail is intended only for the addressee. This e-mail may contain

0Aprivileged and confidential information. If you receive this e-mail by

mistake, please return it to the sender without producing, distributing or

retaining copies thereof.

Thank you.

************************************************************************

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** richardparkerdc@gmail.com; farideh@hawaii.edu; feiveson@princeton.edu; j_walsh@mit.edu;
   katayoun@gmail.com; milani@cas.usf.edu; peter@armscontrol.org; tpickering@hillsandco.com;
   tparsi@niacouncil.org; wmiller@igc.org; jshire@gmail.com; james_dobbins@rand.org
**Subject:** Re: Today's NYT Report on Iran's Nuclear Weapons Work
**Date:** Sun, Oct 4, 2009 10:04 am

Richard,

Yes, I think it important to make that point.

> I wonder whether you agree with this assessment and, if so, whether members feel a short
> corrective statement (on our site or elsewhere) is in order -- pointing out that this latest
> "revelation" from the IAEA is old news

I was skeptical when I read the first paragraph. They used the phase, "sufficient information to to be able to design and produce a workable" atomic bomb. That was Georg Bush's red line. He would say over and over, "Iran cannot be allowed to have a nuclear weapon or the knowledge to produce one." He picked that phrase up from an Israeli Foreign Minister.

This certainly feel like an element of an emerging strategic communications plan. Obama has let Iran get to this stage. Ugh!

Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Richard Parker <richardparkerdc@gmail.com>
To: Farideh Farhi <farideh@hawaii.edu>; Harold Feiveson <feiveson@princeton.edu>; James J. Walsh
<j_walsh@mit.edu>; Katayoun Sadeghi <katayoun@gmail.com>; Mohsen Milani <milani@cas.usf.edu>; Peter
Crail <peter@armscontrol.org>; Richard Parker <richardparkerdc@gmail.com>; Sam Gardiner
<samgard@aol.com>; Thomas R. Pickering <tpickering@hillsandco.com>; Trita Parsi <tparsi@niacouncil.org>;
William Miller <wmiller@igc.org>; Jackie Shire <jshire@gmail.com>; James Dobbins
<james_dobbins@rand.org>
Sent: Sun, Oct 4, 2009 9:24 am
Subject: Today's NYT Report on Iran's Nuclear Weapons Work

Dear Colleagues,

I'd like to bring to your attention today's NYT piece on Iran's alleged nuclear weapons work, and invite your comment. My read of the ISIS excerpt from leaked IAEA report highlighted in the NYT piece -- and the AP story cited in the intro to the ISIS piece -- suggests the following:

1. The "secret" IAEA document is in fact a re-mastication by IAEA staff of the alleged studies that have been kicking around for years. I found no primary information alluded to in the leaked report that has not been

mentioned *numerous* times in prior IAEA reports going back to 1995 when the alleged studies first came to light.

2.  In particular, the report does not contain any primary information that was not available to the US intell community that prepared the Dec. 2007 NIE.  Nor does the IAEA report or ISIS excerpt call into question the NIE conclusion that weapons program existed but was discontinued in late 2003.

3.  IAEA staff do not know more about nuclear weapons design than the experts at DOE/DOD that presumably fed into the NIE, and probably know a good deal less, and do not have any info that the US IC didn't have.  So there is no basis to alter the 2010-2015 timeline (2013 according to INR) put forward by US intell based on the latest IAEA report.

4.  The only real news in this story (though it's about a week old by now) is that a dispute has erupted between U.S. and European/Israeli intelligence agencies as to whether Iran re-started its weapons program after 2005.  That is a dispute between intell agencies and the IAEA staff study sheds no light on that one way or the other.

I wonder whether you agree with this assessment and, if so, whether members feel a short corrective statement (on our site or elsewhere) is in order – pointing out that this latest "revelation" from the IAEA is old news recycled and adds very little if anything to the NIE.

All best,
Richard

P.S. Hal Feiveson may recall the strange case of Aristotle Phillips, the Princeton student (also Tiger mascot) who made NYT with a credible claim to have assembled the design info needed for an implosion-type device drawing on the Los Alamos primer and a few other sources back in 1978.  At that time, I asked a physicist at Princeton who had worked at Los Alamos (blanking on his name) whether the design would work and he refused to say.  But it did highlight the point that assembling a weapon once you have the material isn't all that hard (though putting it on a missile is much harder).

—

Richard W. Parker
Professor, University of Connecticut Law School
Executive Director, American Foreign Policy Project
(202) 250-8484; (202) 258-2617 (cell)
richard.parker@law.uconn.edu
rparker@afpolicy.org

From: Colonel Sam Gardiner <samgard@aol.com>
To: PIngram@basicint.org; richardparkerdc@gmail.com
Cc: PDisney@niacouncil.org
Subject: Re: [IranPWG] The Enrichment Proposal
Date: Tue, Oct 20, 2009 5:47 pm

Have you seen this translation of the French strategy of what is reported to be the French position paper?

SD/QA/FA September 14, 2009
Iranian nuclear: E3+3 ministerial meeting (New York; September 23)
Context:
1. The report of the IAEA Director-General released on August 28 confirms that Iran is pursuing uranium enrichment activities, in violation of the resolutions of the Security Council. Iran has, at present, accumulated a stock of low-enriched uranium corresponding to the quantity necessary to fabricate, after further enrichment, a nuclear device.
It [Iran] persists in not fully cooperating with the IAEA and is violating its safeguards agreement. It continually refuses to answer the Agency's questions about certain aspects of its nuclear program, particularly concerning activities connected to the design of nuclear weapons.
At the same time, Iran continues to develop its ballistic-missile capabilities (regular flight tests).
2. Iran's responses to the offers of dialogue are unsatisfactory:
- So far, the Iranians have not responded to various proposals of The Six or to the historic initiatives of the new U.S. administration (the proposal of a direct dialogue with Iran);
- Also, the Iranians have counterattacked in formulating their own round of proposals of September 9. These, which fall short even in comparison to the May 2008 offer, do not meet our expectations: the Iranians propose discussions on a set of subjects foreign to the nuclear question; the program properly speaking is not addressed.
3. Following the remit of the Iranian proposal, The Six have proposed a meeting to the Iranians, who have accepted. This meeting should be held in Istanbul 1 October. Our objective will be to get a clear response from the Iranians concerning the conditions demanded by The Six for starting negotiations on their nuclear program.[1] But it is unlikely that the Iranian negotiator will make a commitment on this question on October 1.
4. The Tehran Research Reactor (TRR), for which fuel is made from 19.7% enriched uranium, will run short of fuel in the second half of 2010. The Iranians have therefore asked the IAEA about the possibility of enriching their uranium to this level (Iran's uranium is currently 3.5% enriched); should the Agency refuse, they [the Iranians] could use this pretext to enrich their uranium [themselves] to 19.7%.
The Americans envision proposing that Iran export 1,200 kg of low-enriched uranium for additional enrichment and conversion to fuel abroad before being returned to Iran. The enrichment would take place in Russia and the fuel fabrication in France (Argentina and France are the only countries whose industries have the necessary expertise). We have given the United States our agreement for this operation, with conditions. In particular, it seems essential that this operation be integrated with the strategy and the schedule of The Six and that the entire 1,200 kg of uranium leave Iran on a short deadline (Iran should be asked for an answer in principle by the end of October; the uranium should exit before the end of the year).

[1] It will be recalled that in 2007, The Six had proposed to the Iranians to prepare for the suspension of sensitive activities and the concomitant opening of negotiations, for a brief period of discussions during which the Iranians would no further develop their sensitive nuclear activities and The Six would no further seek the adoption of new sanctions at the Security Council ("freeze for freeze").
Language:
* The contents of the IAEA DG's latest report are very worrisome. It emphasizes yet again that Iran continues to accumulate low-enriched uranium and to install centrifuges in large numbers, in violation of Security Council resolutions. Moreover, Iran has still not provided any explanation in response to the Agency's questions about possible activities linked to the design and manufacture of nuclear weapons.
* The Iranian document remitted to the E3+3 on September 9 unfortunately contains nothing new. Indeed, it falls short of the offer of May 2008. It does not respond to the concerns of the international community about Iran's

nuclear program, which it does not address directly.

\* We expect from the Iranians at the 1 October meeting a clear response to our proposals to engage in negotiations on the nuclear file ("freeze for freeze"). We expect Iran to show us that it is ready to discuss its sensitive activities seriously. It is up to Iran to restore the international community's confidence in this regard.

\* In light of the progress of the Iranian program and the growing anxieties in the region, it is our responsibility to act without wasting time. It is unacceptable to let it be concluded that the diplomatic track is hopeless. We cannot accept any more delaying tactics from Iran.

\* Our priority remains negotiation. But we cannot tolerate indefinite slipping of the schedule. We must give the Iranian regime a short deadline to provide a serious answer to our negotiation proposals, ideally by the end of October, and no later than the end of November. We must set a deadline because Iran is continuing to accumulate low-enriched uranium.

\* If it appears that Iran still has no intention of negotiating seriously on the nuclear issue, we will have no other choice, consistent with our two-track approach of dialogue and firmness, but to seek in the coming months a very substantial tightening of international sanctions against Iran. These sanctions must no longer concern only proliferation activities. They must target key areas of Iran's economy: finance, gas and oil, transportation.

\* We are convinced, in light of Iran's history, that the regime cannot adopt strategic decisions unless its back is to the wall (cf. Khomeini's acceptance of the ceasefire in the Iran-Iraq war).

\* France is ready to manufacture the fuel required for the Tehran Research Reactor. But this operation can be carried out only under certain conditions. This arrangement is advantageous only if it permits an early exit from Iran of the 1,200 kg of low-enriched uranium. It is therefore imperative to have an prompt response from the Iranians (by the end of October) and that the uranium leave Iran by the end of the year. Furthermore, we are not prepared to commit ourselves if the operation involves a lesser quantity of uranium.

Position of the E3+3:

– <u>France:</u> If Iran does not agree to discuss its program seriously, we must start considering a further package of sanctions to be adopted by the UNSC. The President of the Republic drew a very clear line in his opening speech at the Conference of Ambassadors [on August 26] when he spoke about a "substantial tightening of sanctions."

– <u>Germany and the United Kingdom:</u> They take the same position as us, though there remain minor differences about the envisioned sanctions.

– <u>United States:</u> The United States, which made an unprecedented overture to Iran in the spring, apparently does not intend to review this strategy until the end of the year. Its strategy is a bit more wait-and-see than ours, but it is participating, within the E3+1 [sic], in discussions of new sanctions.

– <u>Russia and China:</u> Both states very clearly emphasize dialogue and do not wish to raise the idea of further sanctions. The Chinese and Russian [Foreign] Ministers probably will highlight the meeting of The Six with Iran on October 1 to refuse to make any commitments about what should happen next, particularly on the question of sanctions.

Our objectives:

This ministerial meeting will provide the opportunity, at the top level, to take stock of Iran's response; it should also enable The Six to specify the conclusions to be drawn and to define what should happen next.

The meeting should provide an opportunity to ask Iran to meet, within a short timeframe (ideally by 30 October) the conditions named by The Six for starting negotiations on its nuclear program ("freeze for freeze"). It is necessary to <u>set a deadline</u> for the Iranians. In the case of Russian, Chinese, and surely also US reticence, this deadline could be moved to the end of the year.

The meeting should also provide the opportunity to broach the possibility of new sanctions and to establish what principles should guide The Six in determining them. From our point of view, the sanctions must be strong and no longer exclusively related to non-proliferation.

The meeting should provide an opportunity to broach for the first time the question of the Tehran Research Reactor within an E3+3 format and to make known our conditions for participating in this operation, particularly those relative to timing and the quantity of uranium involved (the Iranians could want only part of the 1,200 kg to exit their national territory).

Finally, this meeting should provide the occasion for a public communique expressing the international community's profound concern about the Iranian nuclear program, solemnly calling upon Iran to comply with the resolutions of the Security Council, noting the availability of The Six to discuss with Iran its sensitive activities, and setting a deadline on Iran to meet the conditions named by The Six for starting discussions on its nuclear program.

-----Original Message-----

From: Paul Ingram <PIngram@basicint.org>

To: 'Paul Ingram' <PIngram@basicint.org>; 'Richard Parker' <richardparkerdc@gmail.com>

Cc: 'Colonel Sam Gardiner' <samgard@aol.com>; PDisney@niacouncil.org

Sent: Tue, Oct 20, 2009 5:29 pm

Subject: RE: [IranPWG] The Enrichment Proposal


And not just the French – who incidentally have been quite tough on Iran for some time, but also the British. It may have to do with the frustration of being in so many diplomatic meetings with the Iranians and finding the Iranians do not play the game according to the rules set down by the former imperial powers. There has also been duplicity on both sides of this game.

**From:** Richard Parker [mailto:richardparkerdc@gmail.com]

**Sent:** 20 October 2009 18:29

**To:** Paul Ingram

**Cc:** Colonel Sam Gardiner; PDisney@niacouncil.org

**Subject:** Re: [IranPWG] The Enrichment Proposal

Paul,


We haven't met by thanks for those observations.  I agree the reprocessing issue is important, another reason why getting Iran back under the Additional Protocol is so crucial -- Iran had been voluntarily implementing it pending ratification, then walked out of it once they learned that Bush and Europe had no intention of accepting any Iranian enrichment ever.  From our standpoint, best became the enemy of the good.


Do you have any insights from that side of the Atlantic into what's driving French?  I understand their taking a very hardline stance in P5+1.  Is that your take as well?  Their attitude seems to be hit Iran with sanctions if they don't make concessions and hit them anyway if they do.


All best,

Richard

On Tue, Oct 20, 2009 at 1:07 PM, Paul Ingram <PIngram@basicint.org> wrote:

As a European friend of yours, Sam, I have to say that I'm not entirely sure I understand your inside baseball talk reference, but have to largely agree with what was said earlier -- that fuel rods are *relatively* proliferation proof, largely because of their size (several meters long) -- but we shouldn't be too confident about reprocessing being foolproof. Whilst many facilities are enormous (Sellafield over here was the largest engineering project our country has ever seen) you can in theory hide these things in smallish buildings. Nevertheless, they are dirty and as such give off relatively easily detectable radiation signatures. In the end I believe that insufficient focus on the Iran program has been given to the back end -- the reprocessing of spent fuel to produce plutonium.

Generally, the reaction to the proposal is positive in Europe -- the belief being that it IMPROVES the situation (ie. It's not fool-proof, but then neither is having a large stock of LEU sitting around Iran. On the one hand it implicitly recognises Iran's domestic enrichment (no bad thing as we have to do that sooner or later)... on the other hand, Iran has recognised the principle of enrichment by Russia and France, two countries that have in the past reneged on nuclear deals with Iran... so that if this deal comes off it should help build trust... which is what we should all be interested in!

Paul Ingram
BASIC, in London

---

**From:** IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com] **On Behalf Of** Colonel Sam Gardiner

**Sent:** 20 October 2009 15:40

**To:** richardparkerdc@gmail.com; PDisney@niacouncil.org

**Cc:** IranPWG@yahoogroups.com

**Subject:** Re: [IranPWG] The Enrichment Proposal


I'm pulling on my European friends also.  I'm am unclear on the policy consequences of the purity issue.  I expect the discussion is inside baseball talk.  I don't see Israel, AIPAC, Heritage or others backing off.


Sam Gardiner

703-534-7402

571-236-9747 Cell


-----Original Message-----

From: Richard Parker <richardparkerdc@gmail.com>

To: Patrick Disney <PDisney@niacouncil.org>

Cc: Colonel Sam Gardiner <samgard@aol.com>; IranPWG@yahoogroups.com

Sent: Tue, Oct 20, 2009 10:34 am

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** new-iran-policy-coordinating-committee@googlegroups.com; IranPWG@yahoogroups.com
**Subject:** [IranPWG] LRozen: Iran offers nuke fuel deal
**Date:** Mon, Jan 11, 2010 10:10 am

Also check out Laura's post with a bit more info here: http://www.politico.com/blogs/laurarozen/ 0110/West_mulls_Iranian_fuel_swap_offer.html?showall

Is anyone aware of more precise details of the alleged suspension? There are mixed reports ranging from a full suspension at Natanz, to more of a "freeze" in which they just won't install any new centrifuges, to a decision that they just won't enrich up to 20% like they had threatened to do.

## Exclusive: Iran offers nuke fuel deal

**By:** Laura Rozen

# January 10, 2010 07:57 PM EST

There are signs that negotiations with Iran over a nuclear fuel swap have resumed despite the expiration of the end-of-year deadline for a deal set by President Barack Obama.

While the Obama administration has stepped up talk of expanding sanctions on the regime's Revolutionary Guards Corps, Iranian news reports and U.S. official sources say that Iran has recently returned a formal counter offer to swap low enriched uranium, or LEU, in exchange for nuclear fuel cells produced in the West.

The proposal comes as Iranian news reports say the foreign ministry has announced the halting of uranium enrichment for two months as a good-will gesture. Outside observers have not confirmed that claim.

A U.S. nonproliferation hand confirmed Sunday that Iran had offered a formal response in late December or early January. While the Iranian fuel-swap response was said to have been conveyed by the highest levels of the Iranian government, U.S. officials contacted Sunday gave no public indication that they have any interest in the counter-offer.

"The Iranians have been saying different things for weeks, but what matters is whether they will accept the IAEA's proposed TRR deal, which they agreed to in principle on October 1 but then walked away from," an administration official said. "They know what they need to do to satisfy the international communities concerns and to date they have not done so."

The Tehran Research Reactor proposal, or TRR, calls on Iran to immediately send 1,200 kg of its LEU to Russia, and France would in return supply Iran with nuclear fuel cells for medical use. The plan would have left Iran without enough fissile material to enrich for use in a nuclear weapon, putting time back on the clock for international negotiations on the nation's nuclear program.

Iran's counter-offer also proposes sending the 1,200 kg abroad -- probably to Turkey -- but in batches, starting with a first shipment of 400 kg. The offer seems to establish Iran's willingness to export the LEU out of the country, which would satisfy a key Western condition.

"My understanding is that they [U.S. officials] have not given up on the TRR deal," one Washington Iran hand said on condition of anonymity Sunday. "They need it. So if there was a chance of salvaging something …. They still want to get a deal."

"As long as under no situation over the next year there is enough LEU to produce a bomb, whether Iran ships out the fuel in one, two or three batches, is just a logistical issue," he said.

NSC nuclear czar Gary Samore and his shop and the U.S. mission to the IAEA in Vienna would be best placed to handle talks about a deal, it was suggested.

One source told POLITICO that an agreement between Iran and the "P5+1" - as the group composed of China, France, Germany, Russia, the United Kingdom and the U.S. is known - could be announced in "the very near future."

While Iranian negotiators tentatively approved the TRR deal in October, the proposal came under fire in the Iranian parliament, and Iran hadn't until now formally replied to the offer.

The closed nature of Iran's nuclear program and the political upheaval there since the disputed June elections have made it difficult to interpret the nature of that silence, which could be a delaying device, a failure to achieve consensus with the government, or an attempt to win domestic political points by holding out on a deal until after the deadline had passed.

The U.S., for its part, has been working to balance a level of support for political dissidents in Iran with its negotiations with the government on its nuclear program.

Buried deep in Iranian news reports last week was a quote attributed to Iran's foreign ministry spokesman, Ramin Mehmanparast, seeming to indicate that Iran has stopped enriching uranium at all for two months as a good will gesture:

"On the request of certain impartial countries who asked Iran not to enrich uranium for two months in order to give the West some time to respond, [Mehmanparasat] said, 'To show our goodwill to the international community, we agreed with this request, and one month has passed since that time and one month is left,'" the Tehran Times reported last Monday. "'If the other side responds to Iran's request in the remaining time, we will start the work. Otherwise, we will make the necessary decision.'"

Nonproliferation experts contacted Sunday said they were not aware of a halt to Iran's uranium enrichment.

In its analysis of the latest International Atomic Energy Agency report, however, the nonproliferation group ISIS noted that Iran was holding its enrichment rate steady and was not using all of the centrifuges at its Natanz enrichment facility. But it wasn't clear if technical problems or a political decision or something else accounted for the unused centrifuges.

"There's a lot more uncertainty now about whether the slow-down in the operation of centrifuges has its origins in technical difficulties, the change in leadership of the Iranian nuclear program, or an Iranian decision to deliberately slow the program down in order to give diplomatic solution a chance to work," ISIS's Jacqueline Shire told POLITICO Sunday.

The administration official did not say whether the U.S. had indications that Iran had halted or drastically slowed down its uranium enrichment.

The Iranian proposal to send the LEU to Turkey, a Muslim nation that's been increasing its economic ties to Iran, could help set the stage for any agreement.

"I believe that Turkey can be an important player in trying to move Iran" away from what the U.S. and other nations suspect is a nuclear weapons program, President Obama said after meeting with Turkish Prime Minister Recep Tayyip Erdogan at the White House in December.

© 2009 Capitol News Company, LLC


**Patrick Disney**

**From:** Sam Gardiner <samgard@aol.com>
**To:** tparsi@jhu.edu <tparsi@jhu.edu>
**Subject:** Re: Important
**Date:** Fri, Jan 22, 2010 6:25 pm

Trita,

Got your note. Am about to have dinner. Sam

Sam Gardiner
From Cell: 571-236-9747

On Jan 22, 2010, at 6:10 PM, "Trita Parsi" <tparsi@jhu.edu> wrote:

> Dear Sam,
>
> I hope you are well. I am writing you in regards to the lawsuit NIAC > has initiated against Hassan Dai (the MKO affiliated person who is > fabricating all these lies about us) and our need for an expert > witness on US policy towards the Middle East and Iran.
>
> The witness is needed to explain various groups and factions in > Iran, in the exiled community, who the MKO are etc. As the expert, > you would explain to the judge who NIAC is, who I am, who the > defendant's political grouping is and the motivation of political > groups on the far right have in attacking groups such as NIAC who > favor engagement.
>
> Obviously, we would compensate you for your time and work. I would > need to know your hourly rate for preparing an expert testimony on > this, as well as for the deposition.
>
> We are at a critical stage in the lawsuit and we need to hear from > you soonest as to whether you accept. The deadline is March 10.
>
> Please let me know at your earliest convenience if you can accept. > Thank you!
>
> Tp

**From:** Sam Gardiner <samgard@aol.com>
**To:** tparsi@jhu.edu <tparsi@jhu.edu>
**Subject:** Re: Important
**Date:** Fri, Jan 22, 2010 6:56 pm

Trita...I think I would be able to do what you want. My commercial rate is $150 an hour (Booz Allen Hamilton).

Sam

Sam Gardiner
From Cell: 571-236-9747

On Jan 22, 2010, at 6:10 PM, "Trita Parsi" <tparsi@jhu.edu> wrote:

> Dear Sam,
>
> I hope you are well. I am writing you in regards to the lawsuit NIAC > has initiated against Hassan Dai (the MKO affiliated person who is > fabricating all these lies about us) and our need for an expert > witness on US policy towards the Middle East and Iran.
>
> The witness is needed to explain various groups and factions in > Iran, in the exiled community, who the MKO are etc. As the expert, > you would explain to the judge who NIAC is, who I am, who the > defendant's political grouping is and the motivation of political > groups on the far right have in attacking groups such as NIAC who > favor engagement.
>
> Obviously, we would compensate you for your time and work. I would > need to know your hourly rate for preparing an expert testimony on > this, as well as for the deposition.
>
> We are at a critical stage in the lawsuit and we need to hear from > you soonest as to whether you accept. The deadline is March 10.
>
> Please let me know at your earliest convenience if you can accept. > Thank you!
>
> Tp

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Cc:** pparsa@pishevarlegal.com
**Subject:** Fwd: Hello
**Date:** Wed, Mar 31, 2010 2:38 pm
**Attachments:** Invoice.docx (66K)

Trita,

Hope all is well.

Sam

**Sam Gardiner**
703-534-7402

-----Original Message-----
From: Patrick Parsa <pparsa@pishevarlegal.com>
To: Colonel Sam Gardiner <samgard@aol.com>
Sent: Wed, Mar 31, 2010 11:30 am
Subject: Hello

Hi Colonel,

We received your bill. If you could, please forward a copy to NIAC directly as well, if you haven't already.
Thanks.

--
Sincerely,
Patrick Parsa, Esq.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
Fax(301)279-7347

Samuel B. Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

March 15, 2010

Pishevar and Associates, P.C.
Attention: Patrick Parsa
600 East Jefferson Street – Suite 316
Rockville, MD 20852

Subject: Invoice – Expert Research, NIAC Pleadings, January 25, through March 15, 2010

For the period, 27.0 hours were expended on this case. Detail enclosed.

Hours:          27.0
Rate:           $150/hour
Total Invoice   $4050.00

Samuel B. Gardiner
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

Encl: Hours

---

Samuel B. Gardiner
March 15, 2010
Hours
Invoice to Pishevar and Associates, P.C.
NIAC Pleadings
January 25 through March 15

| | |
|---|---|
| January 25 | 1.0 |
| January 29 | 1.5 |
| January 30 | 3.0 |
| February 1 | 1.0 |
| February 5 | 2.0 |
| February 6 | 2.0 |
| February 8 | 0.5 |
| February 10 | 1.5 |
| February 11 | 2.5 |
| February 12 | 3.0 |
| February 13 | 1.0 |
| February 17 | 0.5 |
| February 19 | 2.5 |
| February 22 | 1.0 |
| March 5 | 2.0 |
| March 10 | 0.5 |
| March 13 | 0.5 |
| March 15 | 1.0 |

Total Hours   27.0

From: Colonel Sam Gardiner <samgard@aol.com>
To: tparsi@niacouncil.org; Rouzbeh.Parsi@iss.europa.eu
Subject: My friends at FOI
Date: Wed, Mar 31, 2010 2:40 pm
Attachments: Threat_from_Israel.pdf (3154K) ←——→

*THIS HAS BEEN INCLUDED IN AUTHORED MATERIALS.*

published this today.  They were nervous, however.  It was only this morning that the Director General agreed to send it to be published.

Sam

**Sam Gardiner**
703-534-7402

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Subject:** Invoice for Expert Report
**Date:** Wed, May 26, 2010 3:33 pm
**Attachments:** Gardiner_Expert-Invoice.doc (948K)

Hi Trita,

My invoice for the "crash week" of putting the report together is enclosed.

Hope all is well.

Sam

**Sam Gardiner**
703-534-7402

Samuel B. Gardiner
5524 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

May 26, 2010

Tria Parsi
NIAC

Cy: Pishevar and Associates, P.C.
Attention: Patrick Parsa
900 East Jefferson Street – Suite 316
Rockville, MD 20852

Subject: Invoice - Expert Research, NIAC Pleadings, May 2 through May 10, 2010

For the period, 43.0 hours were expended on this case in the final preparation of the Expert Report. Details enclosed.

Hours:          43.0
Rate            $150/hour
Total Invoice   $6450

Samuel B. Gardiner
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

Encl: Hours

---

Samuel B. Gardiner
May 26, 2010
Hours
Invoice to NIAC and Pishevar and Associates, P.C.
NIAC Pleadings
May 2 through May 10

May 2 – 1.0
May 3 – 10.0
May 4 – 9.0
May 5 – 10.5
May 6 – 3.0
May 7 – 6.0
May 8 – 1.5
May 10 – 2.0

Total Hours  43.0

You caught me while putting together documents.  Good chance I will have them done by the end of the weekend, but I don't see an opening on Tuesday or Wednesday morning (I leave on Wednesday) where I could go to his office.

Sam

**Sam Gardiner**
703-534-7402

-----Original Message-----
From: Patrick Parsa <pparsa@pishevarlegal.com>
To: Colonel Sam Gardiner <samgard@aol.com>
Cc: Adrian Nelson <anelson@pishevarlegal.com>; Afshin Pishevar <ap@pishevarlegal.com>
Sent: Sat, May 29, 2010 4:35 pm
Subject: Re: Subpoena from the Defendant's Lawyer

Hi Colonel: Thanks. We'll get back to you shortly.

Sent from my iPhone

On May 28, 2010, at 10:34 AM, Colonel Sam Gardiner <samgard@aol.com> wrote:

> ...any additional on this?  I've started work on the papers, but do not see how I could be finished before my trip.  Sam

**Sam Gardiner**
703-534-7402

-----Original Message-----
From: Colonel Sam Gardiner <samgard@aol.com>
To: pparsa@pishevarlegal.com
Sent: Wed, May 26, 2010 4:22 pm
Subject: Subpoena from the Defendant's Lawyer

As I mentioned on the phone, the subpoena from the Defendant's attorney requires me to present documents on 6/4/2010.

Since January I have had plans on this date to be in Europe where I will facilitate a large gathering of individuals from the countries of the Baltic area.  I leave the United States on Wednesday, June 2 and return from Europe on Tuesday, June 15.  My schedule involves a visit in preparation for the meeting in Germany, the conference in Estonia and a session to report on the meeting in Stockholm on June 11th and possibly 14th.

Samuel B. Gardiner

=

From: Patrick Disney <PDisney@niacouncil.org>
To: new-iran-policy-coordinating-committee@googlegroups.com; 'Iran Policy Working Group' <IranPWG@yahoogroups.com>
Subject: [IranPWG] Turkey, Brazil FMs in IHT on fuel swap
Date: Wed, May 26, 2010 6:35 pm

I.H.T. Op-Ed Contributor

# Giving Diplomacy a Chance

By AHMET DAVUTOGLU and CELSO AMORIM

Published: May 26, 2010

The international community, including Turkey and Brazil, is in staunch opposition to the proliferation of weapons of mass destruction. We are also dedicated to achieving a world without nuclear weapons. In the case of the Iranian nuclear program, we firmly believe that a process of result-oriented negotiation is needed to avoid a slide toward conflict.

Lack of trust and confidence has been hindering positive movement on this issue, which is critical for regional security and prosperity. We are emboldened, however, by what has been achieved in Tehran only days ago.

Since October 2009, the focus has been on a deal to provide fuel to the Tehran Research Reactor in exchange for the removal of 1,200 kilograms of low-enriched uranium from Iran's stocks. As proposed by the International Atomic Energy Agency, this deal would be a confidence-building measure as well as a humanitarian requirement in view of the research reactor's role in the diagnosis and treatment of almost a million patients in Iran.

The deal fell apart at the end of last year amid mutual suspicion. In consultation with the United States and other allies, Turkey and Brazil intervened to broker a new accord. The joint declaration that was signed by Turkey, Brazil and Iran in Tehran on May 17 reflected a major breakthrough.

Accordingly, Iran agreed to remove from its territory 1,200 kilograms of low-enriched uranium — the exact amount specified by the I.A.E.A. proposal — within one month once the appropriate arrangements are concluded. The low-enriched uranium would be deposited in Turkey in one batch. The deposit will be made at the beginning of the process before any amount of nuclear fuel is delivered to Iran. The Tehran declaration also states that the nuclear fuel exchange will create a positive and constructive atmosphere, thus presenting an opportunity for a forward-looking process. Thus, it reopens the prospect of broader negotiations with Iran in any place, including Turkey and Brazil.

This joint declaration is not only the result of our dedicated work but also the culmination of the engagement strategy put in place by President Obama and followed by the other P5+1 countries — Russia, China, France, Britain and Germany — as part of a vision of enhanced and effective multilateral cooperation. Definitive action must now be taken to make sure that there is a sustained and working engagement track. There is only one viable solution to disagreements with Iran over its nuclear program, and that is a negotiated diplomatic solution.

Some critics of the Tehran declaration refer to the fact that it does not treat all problems surrounding Iran's nuclear program. This was never the purpose of the original agreement. But we believe that the declaration helps to address the entire issue by providing essential confidence-building, the key missing component thus far. It creates the long-sought opportunity to address the issues through dialogue and engagement. The Tehran declaration needs to be given the opportunity to work. Threats and rhetorical statements need to be avoided. As was clear during the negotiations of the declaration, fulfillment of all pledges and commitments is essential for the continued engagement of all parties involved, including Brazil and Turkey.

In the presence of deep mutual mistrust there will always be those who display skepticism about the feasibility of any negotiated outcome. But there is now sufficient substance to give negotiations a chance. Missing it may well be regretted for generations to come.

Ahmet Davutoglu and Celso Amorim are foreign ministers, respectively, of Turkey and Brazil.

**Patrick Disney**

*Assistant Policy Director*

-------------------------------------------

National Iranian American Council

1411 K Street NW, Suite 600

Washington, DC 20005

Tel: (202) 386-6325

www.niacouncil.org

Check out NIAC's blog at **www.niacINsight.com**

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (1)

**RECENT ACTIVITY:**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**Get great advice about dogs and cats. Visit the Dog & Cat Answers Center.**

**Get real-time World Cup coverage on the Yahoo! Toolbar. Download now to win a signed team jersey!**

YAHOO! GROUPS                    Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**From:** Trita Parsi, PhD <tparsi@niacouncil.org>
**To:** 'Robert Naiman' <naiman@justforeignpolicy.org>; 'Patrick Disney' <PDisney@niacouncil.org>
**Cc:** 'Iran Policy Working Group' <IranPWG@yahoogroups.com>
**Subject:** [IranPWG] what about a House letter on the fuel swap using this op-ed?
**Date:** Thu, May 27, 2010 9:21 am

I think this is a very good idea. We have a group of non-proliferation and foreign policy experts coming out with a statement today or tomorrow. Doing a House letter would be great as well. Do we have a sense of where members stand on this? A resolution was introduced yesterday condemning the deal

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (2)

RECENT ACTIVITY:
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**Get great advice about dogs and cats. Visit the Dog & Cat Answers Center.**

**Hobbies & Activities Zone: Find others who share your passions! Explore new interests.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest · Unsubscribe · Terms of Use

**From:** Patrick Disney <PDisney@niacouncil.org>
**To:** 'Trita Parsi, PhD' <tparsi@niacouncil.org>; 'Robert Naiman' <naiman@justforeignpolicy.org>
**Cc:** 'Iran Policy Working Group' <IranPWG@yahoogroups.com>
**Subject:** RE: [IranPWG] what about a House letter on the fuel swap using this op-ed?
**Date:** Thu, May 27, 2010 9:28 am

To clarify: the resolution that was introduced didn't condemn the fuel swap deal -- it was actually related to the US-Russia 123 Agreement.

**From:** IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com] **On Behalf Of** Trita Parsi, PhD
**Sent:** Thursday, May 27, 2010 9:20 AM
**To:** 'Robert Naiman'; 'Patrick Disney'
**Cc:** 'Iran Policy Working Group'
**Subject:** [IranPWG] what about a House letter on the fuel swap using this op-ed?

I think this is a very good idea. We have a group of non-proliferation and foreign policy experts coming out with a statement today or tomorrow. Doing a House letter would be great as well. Do we have a sense of where members stand on this? A resolution was introduced yesterday condemning the deal

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (3)

**RECENT ACTIVITY:**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**Get great advice about dogs and cats. Visit the Dog & Cat Answers Center.**

**Hobbies & Activities Zone: Find others who share your passions! Explore new interests.**

YAHOO! GROUPS                    Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**From:** Sam Gardiner <samgard@aol.com>
   **To:** tparsi@niacouncil.org
**Subject:** Re: [IranPWG] Press Conference on Issues
   **Date:** Wed, Oct 1, 2008 1:37 pm

Trita,

Tom Pickering has had a travel interference.  Going to move the press conference.  No date yet.  Will let you know.

Saw your question today to David Kay.  When Zarif was still Ambassador at the UN, Tom Pickering held an informal meeting in New York which I attended.  It was the UNSC PERMREPS minus the United States but plus Iran.  During that discussion, Zarif raised the idea of a consortium.  My sense is that Pickering picked up the idea from that meeting which gives it even more credibility.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

------Original Message------
From: Trita Parsi <tparsi@niacouncil.org>
To: samgard@aol.com
Sent: Fri, 26 Sep 2008 11:19 am
Subject: RE: [IranPWG] Press Conference on Issues

**Sam – would like to attend and have someone from niac cover it if possible**

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com] **On Behalf Of** samgard@aol.com
**Sent:** Friday, September 26, 2008 11:13 AM
**To:** IranPWG@yahoogroups.com
**Subject:** [IranPWG] Press Conference on Issues

Greetings,

I've written a paper on Iran that will be released on October 6th.  The roll out will be at a roundtable press conference.  I've copied below the announcement.

One of the issues I've already discussed with Ambassador Pickering is the idea of an incidents at sea agreement with the Iranians.

The event is by invitation only.  There are a few spaces available.  If anyone is interested, let me know, and I will have an invitation sent to you.

Sam Gardiner

---------------------------------------------------------------

Reluctant in its waning months to launch a full-frontal assault on Iran but convinced of its leaders' incorrigibility, the Bush administration has advanced, and its allies in Congress have proposed, a variety of escalating pressures against the Islamic republic.  Am ong them, argues Col. Sam Gardiner in a new paper for The Century Foundation, are covert operations through proxy groups inside Iran.

How well matched are U.S. goals to the various means planned or in place?  And how do these new pressures expand or limit the choices of new leaders taking office in Washington--and perhaps Tehran--in winter and spring 2009?

Please join the roundtable discussion:

### Escalating Pressures on Iran:
### What will do the trick?
**Monday, 6 October,** from **12:30 till 2 p.m.**
The Washington Court Hotel
525 New Jersey Ave, NW
Washington, DC 20001

- **Samuel Gardiner**, U.S. Air Force (Ret.) and author, *Dangerous and Getting More Dangerous: The Delicate Situation between the United States and Iran*

- **Thomas Pickering**, former Under Secretary of State for Political Affairs and U.S. Permanent Representative to the United Nations

Find phone numbers fast with the New AOL =? 0Yellow Pages!

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
YAHOO! GROUPS
Change settings via the Web (Yahoo! ID required)
**Change settings via email:** Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

Find phone numbers fast with the New AOL Yellow Pages!

Visit Your Group
Y! Messenger
Send pics quick
Share photos while
you IM friends.
Change your life
with Yahoo! Groups
balance nutrition,
activity & well-being.
Yahoo! Groups
Join people over 40
who are finding ways
to stay in shape.

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Subject:** Re: Investigative video on PJAK
**Date:** Wed, Oct 29, 2008 10:54 am

Patrick,

It's very well done.  I had not seen it.  I tried to find a date on it; do you have any idea when it was produced?

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: 'Sam Gardiner' <samgard@aol.com>
Sent: Tue, 28 Oct 2008 1:22 pm
Subject: Investigative video on PJAK

http://www.iranian.com/main/singlepage/2008/secret-war-iran

Sam,

I'm sure you've probably seen this, but this is a very professional video by an investigative journalist who went inside the PJAK and other Kurdish militant groups to uncover US support for a proxy war on Iran.

Very interesting stuff, and I'd love to hear your take on things.

-patrick


Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

**From:** Sam Gardiner <samgard@aol.com>
**To:** tparsi@jhu.edu
**Subject:** Re: Invitation: Can Obama Untangle The Iranian Challenge?
**Date:** Wed, Nov 12, 2008 3:58 pm

Trita,

Sorry I can be there...I teach on Tuesday afternoons.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402


-----Original Message-----
From: Trita Parsi <tparsi@jhu.edu>
To: Trita Parsi <tparsi@jhu.edu>
Sent: Wed, 12 Nov 2008 2:04 pm
Subject: Invitation: Can Obama Untangle The Iranian Challenge?



# National Iranian American Council

### CORDIALLY INVITES YOU TO

## CAN OBAMA UNTANGLE THE IRANIAN CHALLENGE?

### Prospects for a New Iran Policy



**REGISTRATION**
**2:15 PM-2:30 PM**

**WELCOMING REMARKS**
**2:30 PM-2:45 PM**
**Dr. Trita Parsi**
**President, National Iranian American Council**

**PANEL DISCUSSION:**
**FUTURE OF U.S.-IRAN POLICY - AN AGENDA FOR CHANGE**
**2:45 PM-4:15 PM**

**Ambassador James Dobbins**
**Former Assistant Secretary of State**
**RAND Corp.**

**Dr. Farideh Farhi**
**Hawaii University**

**Joseph Cirincione**
**Ploughshares Foundation**
**Advisor to Obama Campaign**

**SPECIAL ADDRESS**
**4:30 PM-5:00 PM**
**Congressman John Tierney (D-MA)**

**KEYNOTE ADDRESS**
**5:00 PM-5:30 PM**
**Senator Thomas Carper (D-DE)**

**Date:**
**Tuesday, Nov 18**

**Time:**
**2:15 PM-5:30 PM**

**ROOM:**
**902 Hart Senate Office Building**

**Refreshments will be served**

**RSVP ONLY**
**Priority given to Members of Congress, Staff, & Accredited Media**

RSVP by November 17 to Hormoz Rashidi at
rsvp@niacouncil.org or (202) 386-6324

Sponsored by the Ploughshares Fund, Kenbe Foundation, The Pluralism Fund, and the

Rockefeller Brothers Fund

Instant access to the latest & most popular FREE games while you browse with the Games Toolbar - Download Now!

**From:** Sam Gardiner <samgard@aol.com>
**To:** tparsi@niacouncil.org
**Subject:** Re: Dealing with the MEK
**Date:** Fri, Oct 31, 2008 3:44 pm

Thanks, Trita

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

-----Original Message-----
From: Trita Parsi <tparsi@niacouncil.org>
To: 'Sam Gardiner' <samgard@aol.com>
Sent: Fri, 31 Oct 2008 11:25 am
Subject: RE: Dealing with the MEK

He is right if they are given that choice right now. They are too brainwashed to realize what they are offered. If they are taken and separated form the group, the leaders are deprived contacts with them, they are helped to rehabilitate into society, they are given opportunities to contact family members without MKO minders being present, THEN it would be prudent to offer them the choice of leaving permanently. And then I believe the larger majority would jump on the opportunity.

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Sam Gardiner [mailto:samgard@aol.com]
**Sent:** Friday, October 31, 2008 10:09 AM
**To:** tparsi@niacouncil.org
**Subject:** Dealing with the MEK

Triita,

In the elective I teach at the National War College, I have had soldiers in the class the last two years who have just returned from guarding the MEK.  Had an exchange this morning with the one in this class.  This was his note:

*Sam,*

*You are assuming that they (individuals) would leave the group willingly. I just think that the hold that Cdr Zora has over the group at Ashraf is too ideologically deep. I am only aware of a handful that voluntarily left the group and went into our TIF and most of those were for either family health reasons (so they could have access to phone and internet to contact sick loved ones) or they said something stupid and feared for their life. Some went back after the crisis was over. If allowed to walk away by the Iraqis or anyone else, they would either refuse and fight to remain together or just take the opposite approach and re-group somewhere else and continue their activities.*

How does this square with your proposal?

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

---

McCain or Obama? Stay up to date on the latest from the campaign trail with AOL News.

---

McCain or Obama? Stay up to date on the latest from the campaign trail with AOL News.

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Subject:** Re: [IranPWG] Berman in JPost: "Iran talks should last 12 weeks max"
**Date:** Fri, Dec 19, 2008 9:33 am

Particularly since it looks as if an alternative candidate may run for president in Iran and the Iranian elections are not until June.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell

-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: IranPWG@yahoogroups.com; iranlegislativestrategy@yahoogroups.com
Sent: Fri, 19 Dec 2008 9:25 am
Subject: [IranPWG] Berman in JPost: "Iran talks should last 12 weeks max"

Bad news...

-p

# JERUSALEM POST

**Iran talks should last 12 weeks max'**
Dec. 18, 2008
Herb Keinon , THE JERUSALEM POST
The US should consider making concessions to Russia on the placement of a missile-defense shield in Europe, in order to get Moscow to back "crippling" concessions against Iran if the time comes, a leading US congressman said Thursday.
Howard Berman, the powerful Democratic chairman of the House Foreign Affairs Committee, said in an interview that one reason for a limited dialogue with the Iranians to get them to suspend uranium enrichment would be to encourage other countries to "buy into crippling" sanctions if Teheran failed to do so.
Berman said the US-Iran talks should be of a set duration, somewhere between eight and 12 weeks, so the Iranians would not, as they had done in the past, use the negotiations as a cover to continue their nuclear program and their weapons development.
In an interview after addressing a conference at the Institute for National Security Studies in Tel Aviv, Berman also said the new US administration

Recent Activity
Visit Your Group
Y! Messenger
All together now
Host a free online
conference on IM.
Yahoo! Groups
Going Green Zone
Save the planet.
Your resources to go
green.
Cat Zone
on Yahoo! Groups
Join a Group
all about cats.

should not interfere if Israel felt it necessary to take military action in the Gaza Strip.

"The [rocket] strikes, the ongoing [arms] smuggling, the Hamas efforts to modernize their arsenal - all these things together pose a real threat to Israel, and an intolerable situation. There is obviously a big price to pay for deciding to take military action, but I think the US should support the Israeli decision on this," he said.

American efforts to restrain Israel, he said, would only further empower Hamas. He said he believed the Obama administration would be "very reluctant" to interfere with an Israeli "self-defense action."

Regarding Iran, Berman said the chances of getting the international community to put its full weight behind sanctions were greater once dialogue between the US and Iran was established.

When asked whether he genuinely thought Moscow would cooperate with sanctions that would include a ban on refined oil exports to the Islamic republic, Berman said that the US had "lots of different issues" with Russia, and that he did not think the Bush administration had "prioritized Iran on those issues."

The Russians knew full well how important this issue was for the US, and at the same time were watching the US "push policies that they deeply resent," such as the missile-defense system in Europe and the quick expansion of NATO, he said.

Without advocating a tradeoff of Iranian sanctions for the missile-defense system, Berman - who said matters did not have to be seen in stark, black and white terms - did say that when you "look at all the issues together," there was a chance to reach a greater level of cooperation with Moscow.

"It is hard for me to believe they want to see Iran get nuclear weapons," Berman said of the Russians. "I think there is an interest there, but it is not as high an interest as some of the [other] ones they feel threatened by."

As an example of where the US may be able to show some flexibility on the missile-defense system, Berman mentioned an idea that was proposed but later retracted, to let the Russians have monitors at the missile shield site to ensure it was directed at Iran and not at them.

Berman said he supported a limited dialogue with Teheran because "the current strategy is not working."

At the same time, he said there was no guarantee that dialogue would produce good results, or that reordering the priorities with the Russians would get them on board, "but I think it's worth trying."

Berman said time was of the essence and that as result, he would begin the negotiations immediately and not wait until after the Iranian elections in June. He also said that if the negotiations failed, crippling sanctions could have an impact. These types of sanctions could threaten the Iranian regime, he said, because it was more sensitive to public pressure than other authoritative regimes, such as Syria.

"What is the public pressure on [Syrian President Bashar] Assad, I don't quite know," Berman said. "I think Iran is different."

Berman said the Israeli and US timelines for when Iran would reach the nuclear threshold were not that different. Israeli officials have been saying Iran may reach the point of no return by the end of 2009.

This article can also be read at http://www.jpost.com /servlet/Satellite?cid

287282564998.pagename=_JPost%2F_JPArticle%2FShowFull

**Patrick Disney**
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | Calendar
**MARKETPLACE**

From kitchen basics to easy recipes - join the Group from Kraft Foods
**YAHOO!** GROUPS
Change settings via the Web **(Yahoo! ID required)**
**Change settings via email:** Switch delivery to Daily Digest | Switch format to
Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

**Listen to 350+ music, sports, & news radio stations -- including songs for the holidays -- FREE while you
browse.** Start Listening Now!

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org; new-iran-policy-coordinating-committee@googlegroups.com; IranPWG@yahoogroups.com
**Subject:** Re: [IranPWG] Conference call re: Dennis Ross tomorrow 11am
**Date:** Thu, Jan 8, 2009 2:45 pm

Let me add a few points to underline some that were made in the exchanges yesterday.

First, I understand General Jones believes the NSC process (Policy Coordination Committees, Deputies, Principals) is too slow, not fast enough for the major issues of foreign policy.  He believes the envoy system offers a way to get interagency coordination without the burdens of the NSC process.  That means the envoys will have considerable more influence than in any previous administration.

We need to remember the issue is not just going to come from Ross.  Richard Haass (Arab-Israeli envoy-designate) has a piece in the January/February *Foreign Affairs* with Martin Indyk.  Although they bow to some kind of opening discussion with the Iranians, They goes on to say we need to be ready with the military option.  They also say we need to be ready for the gas embargo sanction.  And, the state of Iranian enrichment makes this an immediate 2009 problem.

Sam Gardiner
Colonel, USAF (retired)


-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: new-iran-policy-coordinating-committee@googlegroups.com; IranPWG@yahoogroups.com
Sent: Thu, 8 Jan 2009 2:24 pm
Subject: [IranPWG] Conference call re: Dennis Ross tomorrow 11am

Hello all,

I would like to arrange a conference call tomorrow morning at 11am to discuss our community's response to the reports that Obama plans to appoint Dennis Ross as special envoy to Iran.  More confirmations continue to surface every hour, and it is critical that we coordinate our response as a community.

It seems to me that we cannot remain silent on this appointment.  If we do, we will be unable to say that Ross was the wrong person for the job when his efforts eventually break down and he gives up on diplomacy in favor of "more aggressive alternatives."  Also,  as has been said, if there is any chance (however remote) that our opposition can do some good—either by blocking Ross or by influencing his approach—then we should do it.

The danger, of course, is that we may burn bridges with Ross and others.  As I said yesterday, I think we can split the difference—oppose Ross but welcome Obama and anyone else on his team who actually agrees with his plan for Iran.  Again, the danger of inaction outweighs the risks, in my opinion.

I think we as a group can coordinate a very effective response utilizing our

Recent Activity
Visit Your Group
Y! Messenger
Want a quick chat?
Chat over IM with
group members.
Yahoo! Groups
Special K Challenge
Join others who
are losing pounds.
Check out the
Y! Groups blog
Stay up to speed
on all things Groups!

diverse areas of influence.  Obviously there will be some groups that can be more aggressive in public statements, and some groups that must be more reserved.  So long as the message is the same, our diversity will be an asset not a liability.  I think we can have a very helpful conversation about where we go from here, so let's discuss tomorrow.

**Call-in information:**
Time: 11:00-11:30am
Phone number: 1 (712) 432-1620 (be sure to dial 1)
Access Code: 185387#

As for the recommendations put forth by the Campaign, I don't feel the need to change any language yet because the transition team has not officially announced anything.  We chose very deliberate wording that did not assume an official appointment has been made, but that described very specifically the type of envoy we most prefer.  As soon as the remaining coalition groups sign on, we'll deliver it and call for an urgent meeting with administration officials.

T hanks very much for all you do, and I look forward to discussing all of this tomorrow.

-patrick


Patrick Disney
Assistant Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Tel: 202.386.6325
Direct: 202.379.1638
www.NIACouncil.org

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages | Files | Photos | Links | Database | Polls | Members | =2 0 Calendar
**MARKETPLACE**

From kitchen basics to easy recipes - join the Group from Kraft Foods
**YAHOO!** GROUPS
Change settings via the Web (Yahoo! ID required)
**20 Change settings via email:** Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

**From:** Sam Gardiner <samgard@aol.com>
**To:** PDisney@niacouncil.org
**Subject:** Re: [IranPWG] Iran's Economic Conditions (CRS paper)
**Date:** Thu, Feb 12, 2009 11:47 am

Good

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: 'Sam Gardiner' <samgard@aol.com>
Sent: Thu, 12 Feb 2009 11:43 am
Subject: RE: [IranPWG] Iran's Economic Conditions (CRS paper)

We'll follow up with Ken Katzman to see if they'll revise it.

-p


**From:** Sam Gardiner [mailto:samgard@aol.com]
**Sent:** Thursday, February 12, 2009 11:40 AM
**To:** PDisney@niacouncil.org
**Subject:** Re: [IranPWG] Iran's Economic Conditions (CRS paper)

No...don't know anyone there.

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Patrick Disney <PDisney@niacouncil.org>
To: 'S am Gardiner' <samgard@aol.com>; michaeldostrojenk@gmail.com;
IranPWG@yahoogroups.com
Sent: Thu, 12 Feb 2009 11:34 am
Subject: RE: [IranPWG] Iran's Economic Conditions (CRS paper)

I think you have a great point here, Sam. Have you spoken with anyone at CRS about fixing any of this?

-patrick

---

**From:** IranPWG@yahoogroups.com [mailto:IranPWG@yahoogroups.com] **On Behalf Of** Sam Gardiner
**Sent:** Thursday, February 12, 2009 11:13 AM
**To:** michaeldostrolenk@gmail.com; IRANPWG@yahoogroups.com
**Subject:** Re: [IranPWG] Iran's Economic Conditions (CRS paper)

CRS should be embarrassed by this work. I particularly focused on their analysis of Iran's need for importing refined petroleum products. Here is what they say in the report Michael just sent out:

"Iran would be threatened if it was cut off from imports of gasoline, which allows Iran to meet domestic energy consumption demands. This vulnerability was highlighted in December 2007, when Turkmenistan halted natural gas supplies to Iran in a pricing dispute. Millions of Iranians suffered from the bitter cold with lack of gasoline for heating during one of the coldest winters in recent Iranian history. Turkmenistan has since resumed supplying gasoline to Iran."

First of all, CRS has mixed "gas" and "gasoline." Iran has imported natural gas into the north from Turkmenistan because of the distance from its own natural gas sources. Since 2007, northern Iran has been connected to the natural gas network. Iran still imports some natural gas from Turkmenistan to honor contracts. This certainly has nothing to do with the cut off of imports of gasoline.

That still leaves us with that bold statement: "Iran would be threatened if it was cut off from imports of gasoline.."
(Ugh! There is also a grammatical error in the sentence. It's subjunctive and "were" should have been used.)

The gasoline sanction seems to be on everyone's list of next-sanctions, particularly AIPAC. CRS seems to buy into the weak assessment we are getting from politicians on this question. There is a whole range of points that are missed:

 - Iran has three refinery projects that come to completion this year, increasing it capacity to produce refined products.

- During the war with Iraq, large portions of Iran's refining capacity was destroyed by bombing. Iran kept going primarily because there was an external threat. If the United States were (note subjunctive tense) to try to cut off Iran's import of gasoline, we would be the external threat. The Iranians would glady sacrafice and cut gasoline use.
=0 A
- We can identiy current sources of gasoline and some of therm might be convinced to stop sales to Iran, but as we have seen in the past few months the market produces new suppliers. A Singapore contractor has just replaced Indian sorurces.

- The there is also a strategic consequence. Russia seems to be willing to fill in Iranian gasoline imports and GAZPROM have had discussion with the Armenians about building a refinery there with

the excess capacity would going to Iran.

Iranian policy is difficuly enough with the truth, we do not need organizations like the CRS doing bad analysis that feeds what will be bad policy.

Sam Gardiner
Colonel, USAF (retired)

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy 2 0steps!

Messages in this topic (2) Reply (via web post) | Start a new topic

Messages | Files | Photos | Links | Database | Polls | Members | Calendar

MARKETPLACE

From kitchen basics to easy recipes - join the Group from Kraft Foods

**YAHOO!** GROUPS

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

**Recent Activity**
Visit Your Group

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

**Y! Messenger**
Want a quick chat?
**Chat over IM with group members.**
**Y! Groups blog**
The place to go
**to stay informed on Groups news!**
**Group Charity**
Food Bank
**Feeding America in tough times**

**From:** Sam Gardiner <samgard@aol.com>
  **To:** tparsi@jhu.edu
**Subject:** Re: Back to you on: On Iran, begin with the end in mind
  **Date:** Mon, Feb 23, 2009 1:38 pm

Will you come?

Yes, am putting "presentation" together for Wolfgang.

Gave a lecture at the Woodrow Wilson School last week.

Woodrow Wilson School of Public and International Affairs ...
Retired Air Force Colonel Sam Gardiner called for a "paradigm shift" in
thinking about ways the U.S. should deal with Iran's nuclear ambitions, in
a crowded public lecture hosted by the Woodrow Wilson School in Robertson
Hall's Dodds ...
<http://www.princeton.edu/news/viewstory.xml?id=2327>


Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Trita Parsi <tparsi@jhu.edu>
To: Colonel Samuel Gardiner <samgard@aol.com>
Sent: Mon, 23 Feb 2009 1:32 pm
Subject: Re: Back to you on: On Iran, begin with the end in mind

Hey,
Well, more in the sense that there seems to be an inclination to do tacticval stuff only (iraq and afghanistan)
and a disinclination to take on other bigger issues or20recognize linkages.

Yes, will be in lichtenstein. Will you come?

**From:** Sam Gardiner
**Date:** Mon, 23 Feb 2009 13:17:17 -0500
**To:** <tparsi@jhu.edu>; <tparsi@niacouncil.org>
**Subject:** Back to you on: On Iran, begin with the end in mind
Trita,

Do you have something specific that the US wants to work the Afghanistan thing first?  -- other than
Holbrooke's talkings.

I see you are on the invitation list for the event in Liechtenstein.  Are you planning to attend?  My questions are related because Wolgang told me when I was up at Princeton last week that Eikenberry is to be there.

Sam

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Trita Parsi, PhD <tparsi@jhu.edu>
To: Trita Parsi, PhD <tparsi@jhu.edu>
Sent: Mon, 23 Feb 2009 11:49 am
Subject: On Iran, begin with the end in mind

There has been much talk about bringing in Iran=2 0into consultations on Afghanistan. President Obama has appropriately turned focus back to Afghanistan, and Special Envoy Holbrooke has used very open and constructive language in regards to an Iranian role in Afghanistan. Others have even suggested that Iran is needed as a supply route for US troops, since both the Pakistani Central Asian theatres have closed.

These steps have been taken in the midst of a yet to be concluded review of Washington's Iran policy. An unintended consequence may be the emergence of an Afghanistan-first approach towards Iran, that is, an attempt to seek Iran's assistance in Afghanistan as a confidence building measure prior to the roll-out of a broader Iran policy and a signaling of America's strategic intent.

Such an Afghanistan first approach would be a mistake.

In an op-ed published in Sunday's Chicago Tribune, Stanley Weiss of the Business Executives for National Security and I argue against the small-step, tactical confidence-building approach void of any strategic dimension. We argue that with Iran, we should begin with the end in mind.

The op-ed can be found20here and below: http://www.chicagotribune.com/news/chi-oped0223iranfeb22,0,489672.story

Sincerely,
Trita Parsi, PhD
www.niacouncil.org
www.tritaparsi.com
www.treacherousalliance.com

# On Iran, begin with the end in mind

By Trita Parsi and Stanley Weiss

Feb 22, 2009

*The Chicago Tribune*

http://www.chicagotribune.com/news/chi-oped0222iranfeb22,0,489672.story

Only 15 minutes into his term as president, Barack Obama did what his predecessor had refused to do for eight years. He reached out to Iran.

By calling for a new approach to the Muslim world based on "mutual respect," Obama signaled Tehran that a new dawn in U.S.-Iran relations may be in reach.

His outreach was stronger and swifter than many had expected. It was a wise move, but there should be little surprise that Tehran has yet to fully respond. It won't.

While small step s like these are necessary to set the stage for diplomacy with Iran, they will not break the gridlock between the two countries. To get the Iranians to respond, Obama must start with the end in mind.

The temptation to begin small with confidence-building measures only and without a clarificat ion of America's long-term objectives must be resisted. Due to the history of U.S.-Iran relations, small tactical steps won't work.

Indeed, the tactical route has been tried—and has failed—repeatedly. Tehran cooperated with Washington in forging the post-Taliban government in Afghanistan partly in hopes of a strategic shift in U.S.-Iranian relations.

The Bush administration, however, had no interest in any such shift and branded Iran part of the "axis of evil."

More recently, after Washington insisted on keeping U.S.-Iranian talks on Iraq at the ambassadorial level, with no broader strategic dimension, Tehran resisted any further tactical cooperation, determined not to be taken advantage of again.

Tehran has used these encounters to test whether the U.S. is prepared to renounce external regime change and accept Iran's legitimate security interests and role as a regional power. But the Iranians have learned a lesson from these experiences—Washington is something like an estranged relative: it's not interested20in getting back together and only calls when it wants something.

Seeing no larger American plan for reconciliation—Obama's outreach and respectful tone notwithstanding—Tehran therefore resists any tactical reduction of tensions. Tehran is capable of securing its interests in Afghanistan and Iraq without th e U.S., and feels no need to be helpful unless Washington is willing to reciprocate at the strategic level.

The Obama administration must decide on its end game—its vision of Iran's role in the Middle East—and then, in a truly grand confidence-building measure, clearly communicate this end game to Tehran. In this sense, President Obama would be adapting a habit of highly effective diplomacy—beginning with the end in mind.

Washington's vision for Iran should include the obvious: that Tehran respects the human rights of its citizens, that Iranian-backed organizations like Hezbollah, Hamas and Shiite militias in Iraq renounce violence and that Iran accept intrusive inspections of its nuclear activities to prevent any potential weaponization program.

To make this vision sustainable, however, Washington must accept that Iran, like any other nation, has legitimate security interests warranting an Iranian role in regional security architecture commensurate with its geopolitical weight.

Iran's regional role cannot be a negligible one. Whether Washington or the Sunni Arab states of the Middle East like it or not, Shiite Persian Iran, by virtu e of its history, geography, population, religion and energy resources, has always been and will always be a regional power. Attempts at containing Iran, which is not a member of any legitimate regional security organization, have only encouraged Tehran to seek regional influence through illegitimate means.

To whom in Tehran should the Obama administration convey its vision for Iran? During the presidential campaign, Obama said he would reach out to "the appropriate Iranian leader at a time and place of my choosing." That leader is not the hard-line president, Mahmoud Ahmadinejad, but Iran's Supreme Leader Ayatollah Ali Khamenei, who controls Iran's military and foreign policy. Through intermediaries, Obama should convey Washington's intentions to Khamenei, a sign of the trust that will be necessary for any successful diplomacy.

Washington could learn from the wisdom of Moshe Dayan, Israel's legendary soldier and foreign minister. When negotiating with Egypt in the late 1970s, Dayan didn't start with tactical cooperation.

Instead, he focused on something Egypt wanted. He declare d his intent to return the Sinai to Egypt and challenged the Egyptians to help find a way to realize that vision. He succeeded, and 30 years later, Israel's peace with Egypt remains intact.

In contrast, the process of implementing the Oslo accords—more than a decade's worth of attempts at confidence building without addressing final status of the Palestinians—has left the Israelis and Palestinians with neither peace nor security.

President Obama, please take note. Don't simply begin talks with Iran, begin with the end in mind, including a Middle East vision that includes Iran.

*Trita Parsi is president and co- founder of the* National Iranian American Council *and author of "*Treacherous Alliances: The Secret Dealings of Israel, Iran, and the United States.*" Stanley A. Weiss is founding chairman of* Business Executives for National Security.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Recent updates:
=0 A

- Can Khatami make a comeback?
- Did Obama Wink at Tehran?
- Israel, Gaza and Iran: Trapping Obama in Imagined Fault Lines
- Why diplomacy and sanctions don't mix
- How to stop an Iranian bomb
- Israel Gets Real on Iran
- Deciding the fate of the Mujahedin
- Drawing a red line with Iran
- These enemies have faces

- Reading Solana in Tehran
- The alternative to an Israeli attack on Iran
- Mismarriage of Convenience
- Larijani's Election Can Boost Congressional Diplomacy
- Can P5+1 Offer Break the Nuclear Stalemate?
- Can the U.S. and Iran Share the Middle East?
- Will Naval Incident Undermine Bush's Iran Message?
- Breaking Israel's Strategic Paralysis on Iran
- Iran must be included in peace talks
- Is the Iran NIE a Blessing in Disguise for Israel?
- The Iranian Challenge
- A sober analysis of Iran
- Iran, the 20inflatable bogey
- Long Division

**PS2. If you wish to be taken off this mailing-list, please reply to this email with the subject line "Unsubscribe"**

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

**From:** Sam Gardiner <samgard@aol.com>
    **To:** wfd@princeton.edu; RayClose@aol.com
   **Bcc:** tparsi@niacouncil.org; Wilkerlb@aol.com; syhersh@gmail.com
**Subject:** Fwd: Urgent Action Needed
   **Date:** Fri, Feb 27, 2009 5:54 am

Woflgang,

Some friends in the Finnish Government have been helping me get ready for next week.  More specifically, my friend at the Finnish Defense College has tasked their nuclear research agency to do an analysis of the most recent hair-on-fire piece of LEU information in the NYT and the Israeli-AIPAC reactions.

I'm sending along the indicator e-mail I got this morning, copied portions of the note.  The profoundly important point is that there is more time than we are being told.  This is critical to policy conclusions.  I know this is important for next week, but it is also important to enter into the more public debate.  I have not totally thought through how to do that yet.

Sam Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402
571-236-9747 Cell


—--Original Message—--
From: stefan forss <stefan.forss@mil.fi>
To: Sam Gardiner <samgard@aol.com>
Sent: Fri, 27 Feb 2009 2:08 am
Subject: Re: Urgent Action Needed


Sam,


Got Dr. Honkamaa's calculations late yesterday. I'll sum up his results and send

it to you later20today. I, however, was struck by his conclusion that Iran seems

NOT to have got enough LEU to be able to get sufficient material for even one

bomb, yet. The reason is that not every U-235 isotope in the inventory can be

used. A substantial fraction will remain in the so called tail.


The assumption that Honkamaa relies on here is that IAEA has got reliable

information about the whole Iranian material inventory. Given Iran's past

behaviour we of course can't take that for granted. But one thing is for sure,

Honkamaa reports, and that is that the Iranians produce new LEU at such a pace
now, i.e. 1900 kg LEU/yr, that they'll have enough material next year or so.
"Then throw IAEA out, enrich another year with the LEU as feed and you'll end up
with about 60 kg HEU (90 percent enrichment)". That would be sufficient for at
least two crude bombs, and three rather more sophisticated.


Stefan



Lainaus Sam Gardiner <samgard@aol.com>:


>

>

>

>

>

>

>

>

>

>

> Pressure from the Israeli lobby on the USG has gone up a notch today.Â  Sam

>

>

>

> -----Original Message-----

>

> From: AIPAC <information@aipac.org>

>

> To: samgard@aol.com

>

> Sent: Thu, 26 Feb 2009 11:23 am

>
=0

A> Subject: Urgent Action Needed as Iran Passes Key Nuclear Threshold
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

> 
> 
> 
> 
> 
> 
> 
> 
> 
> February 26, 2009
> 
> 
> 
> 
> 
> 
> 
> 
> Urgent Action Needed as Iran Passes Key Nuclear Threshold
> 
> 
> 
> 
> Iran has accumulated significantly higher quantities of low-enriched uranium
> (LEU) than previously reported, according to alarming new information from
> the International Atomic Energy Agency (IAEA).Â  Tehran now has enough LEU to
> produce a nuclear weapon if it further enriched that material to
> weapons-grade level.Â  Iran has compounded its defiance of U.N. Security
> Council Resolutions by den
> ying the IAEA access to critical Iranian facilities and accurate information
> about its nuclear program.
> The United States and our allies should immediately undergird a diplomatic
> approach to Iran with more robust economic, diplomatic and political

> sanctions to persuade Iran to end its illicit activity.
>
>
>
>
>
>
>
>
>
>
>
>
> Iran has amassed a sufficient quantity of uranium to produce a nuclear weapon
> if it further enriched that material to weapons-grade level.
>
>
>
>
>
>
>
>
>
>
>
>
> Iran has now acquired more than 1,000 kilograms of Low Enriched
> Uraniumâ€"which, if further enriched to a weapons-grade levelâ€"is enough for
> one f
> irst-generation implosion bomb.
>

>

> Using its existing centrifuges, Iran would need only 2-3 months to raise the

> enrichment level of its uranium stockpile to weapons-grade.

>

>

>

>

>

>

>

>

> According to outgoing Director of National Intelligence Michael McConnell,

> acquiring the LEU is 70 percent of the work needed to produce the necessary

> fissile material.

>

>

>

>

>

>

>

>

>

>

> Iran's heavy water reactor at Arak could be used to produce plutonium for

> nuclear weapons.

>

>

>

>

>

>

>

>

>

>

>

> In the past three months Iran completed the installation of nearly 1,500 new

> centrifugesâ€"
the machines used to enrich uranium.Â  This represents an

> increase of more than 40 percent.

>

>

>

>

>

>

>

>

> Iran has also begun manufacturing fuel rods for its heavy water reactor at

> Arak.Â  Once operational, the spent fuel rods could be reprocessed to obtain

> high-quality plutonium.Â  According to David Albright of the Institute for

> Science and International Security, the reactor will be able to produce 8-10

> kilograms of plutonium per year, enough for one to two bombs' worth of

> nuclear material.

>

>

>

>

>

>

>

>

> International inspectors lack access to key Iranian nuclear facilities,

> making accurate assessments of Iran's nuclear program impossible.

>

>

>

>

>

>

>

>

> For six months IAEA inspectors have been denied access to Iran's heavy water

> reactor at Arak. In December, Iran completed construction of a domed

> containment structure over the reactor, making further use of satellite

> imagery to monitor construction of the reactor impossible.

>

>

>

>

>

>

>

>

> According to the IAEA report, lack of access to the heavy water reactor

> "could adversely impact the Agency's ability to carry out effective

> safeguards at tha
t facility."Â  U.N. Security Council Resolution 1737

> demanded that Iran cease all heavy water activity, a demand ignored by

> Tehran.

>

>

>

>

>

>

>

> Also, contrary to the request of the Security Council, Iran has failed to

> implement the Additional Protocol to the Non-Proliferation Treaty, a

> prerequisite for inspectors to provide credible assurance about the absence

> of undeclared nuclear material and activities.

>

>

>

>

>

>

>

> Iran has failed to cooperate with repeated IAEA requests for design

> information or access to additional locations related to the manufacturing of

> centrifuges, research and development on uranium enrichment, uranium mining

> and milling.

>

>

>

>

>

>

>

> Iran continues to stonewall ongoing IAEA efforts to resolve outstanding

> questions about possible military nuclear efforts and has essentially cut off

> communications with the IAEA.

>

>

>

>

>

>

>

> Enhanced U.S. diplomatic efforts must not be open-ended and should be carried

> out independent of Iran's political calendar.

> =0

> A

>

>

>

>

>

>

>

>

>

>

>

>

>

>

>

> As the United States looks20to engage with Iran and in light of the rapid pace

> of advancements in Iranian capabilities, it is crucial this process begin as

> soon as possible and not be open-ended.

>

>

>

>

> For too long, Iran has been allowed to use negotiations as a way to delay

> sanctions while continuing to advance its nuclear program. Iran can only be

> g

> iven a few months to negotiate without verifiably suspending its enrichment

> and reprocessing activities.

>

>

> The U.S. should not wait until after Iranian elections in June to engage

> Iran.Â  Deferring engagement will only allow Iran to achieve further nuclear

> capabilities, making the achievement of a successful outcome that much

> harder.
>
>
>
>
>
> Engagement should be backed with tougher sanctions to enhance the probability
> of success.
>
>
>
>
>
> It is critical that Tehran not misconstrue U.S. engagement as a reward for
> its continuing intransigence. Engagement should be combined with tougher
> sanctions in order to demonstrate the ramifications for Iran if it abuses
> America's genuine desire for better relations.
>
>
>
>
>
>
>
> In order to increase the negotiating leverage on Iran, the United States
> should work with its allies today on
=0
A> delineating and spelling out additional tough sanctions that will be imposed
> on Iran if negotiations are not successful.
>
>
>
>

\>

\>

\>

\>

\>

> The United States should sanction Iran's Central Bank, foreign banks that

> continue to conduct transactions with sanctioned Iranian entities, and

> companies doing business with Iran's Islamic Revolutionary Guard Corps as a

> means of enhancing pressure on Iran's regime.

\>

\>

\>

\>

\>

\>

\>

\>

> The United States should implement current law and sanction foreign energy

> companies investing more than $20 million in Iran's energy sector.Â

> President Obama and Secretary of State Clinton both voted to enact this

> legislation as senators.

\>

\>

\>

\>

\>

\>

\>

\>

> The United States should lead

> an international diplomatic effort to prohibit the export to Iran of refined

> petroleum products, a move President Obama backed during the campaign. With

> Iran forced to import 40 percent of its gasoline, limiting the country's

> access to such products would have a dramatic economic effect.
>
>
>
>
>
>
>
>
>
>
>
>
>
> Â
>
>
>
>
>20
>
>
>
>
>
>
>
>
>
>
>

> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> **Click here to unsubscribe**
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
> 
>

```
>
> A Good Credit Score is 700 or Above.  See yours in just 2 easy steps!
>
>
>
>
>
>
```

**************************************************************************

Tämä sähköpostiviesti on tarkoitettu vain vastaanottajalle. Viesti voi

sisältää luottamuksellista tietoa. Jos olet vastaanottanut tämän

sähköpostiviestin vahingossa, palauta se lähettäjälle. Älä muuta

sähköpostiviestin sisältöä tai levitä sitä eteenpäin.

Kiitos.


This e-mail is intended only for the addressee. This e-mail may contain

privileged and confidential information. If you receive this e-mail by

mistake, please return it to the sender without producing, distributing or

retaining copies thereof.

Thank you.

**************************************************************************

---

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

**From:** Colonel Sam Gardiner <samgard@aol.com>
**To:** niklas.granholm@foi.se; john.rydqvist@foi.se
**Subject:** Fwd: Final Draft of Iran Nuclear White Paper
**Date:** Mon, Apr 6, 2009 8:07 am
**Attachments:** IranNuclearWhitePaper.doc (101K)

Greetings,

An attempt to "rationalize" the discussion on Iran.

Sam

Sam Gardiner
703-534-7402
571-236-9747 Cell


-----Original Message-----
From: Richard Parker <rparker@afpolicy.org>
To: Andrew Grotto <agrotto@americanprogress.org>; **Farideh Farhi** <farideh@hawaii.edu>; **Harold Feiveson**
<feiveson@princeton.edu>; **James J. Walsh** <j_walsh@mit.edu>; **Katayoun Sadeghi** <katayoun@gmail.com>;
**Mehrzad Boroujerdi** <mboroujie@maxwell.syr.edu>; **Mohsen Milani** <milani@cas.usf.edu>; Peter Crail
<peter@armscontrol.org>; **Richard Parker** <richardparkerdc@gmail.com>; **Sam Gardiner**
<samgard@aol.com>; **Thomas R. Pickering** <tpickering@hillsandco.com>; **Trita Parsi** <tparsi@niacouncil.org>;
**William Miller** <wmiller@igc.org>
Sent: Sun, 5 Apr 2009 5:07 pm
Subject: Final Draft of Iran Nuclear White Paper

Colleagues,

Attached is the final draft of Iran Nuclear White Paper, which will go out pre-release to Hill staff and key Admin
officials tonight, early tomorrow am, and to the media on Tuesday, with select media people receiving it on
Monday.

On a separate note, the latest media reports circulated by Sam Gardiner highlight how much our paper is
needed . . . to clarify that the issue has never been whether Iran may enrich but when and with what
safeguards.  Indeed, the trade of the Additional Protocol + in exchange for acceptance of limited enrichment, as
called for in our paper, might very well be the sort of exchange that is needed to avoid the appearance of U.S.
capitulation that worries Sam Gardiner.   Indeed, it would give this Administration something to show that the
previous administration lost, with everything beyond the AP counted as net gain.  But the longer the Admin
waits without bargaining and therefore with getting anything, the more it looks like they're getting nothing back
– while Iran enriches.  That's the down-side of waiting until after the June elections. . .

Richard
–

Richard W. Parker
Executive Director, American Foreign Policy Project
(202) 250-8484

(202) 258-2617 (cell)
rparker@afpolicy.org

---

**The Average US Credit Score is 692.** See Yours in Just 2 Easy Steps!

EMBARGOED UNTIL APRIL 9, 2009:

How to Approach the Iran Nuclear Dilemma: White Paper by the Iran Nuclear Policy Group of the American Foreign Policy Project[1]

America has elected Barack Obama with a resounding mandate for change. In the realm of foreign policy, there are few if any areas where a change of course is more clearly needed than in the critical area of U.S. policy towards Iran's nuclear program.

Nuclear talks with Iran are deadlocked. Iran continues to enrich uranium. It refuses to fully answer certain questions about alleged past weapons work. And it won't allow the IAEA full access to Iranian scientists and facilities.

Meanwhile, concerns have been raised that Iran is "pursuing nuclear weapons." Pressure is mounting on the President to deliver an ultimatum to Iran that it must immediately suspend all enrichment of uranium or face draconian economic sanctions, or worse. Israel has reportedly sought U.S. acquiescence or support for an Israeli attack if Iran does not halt all enrichment – soon. Against this turbulent background, the Obama Administration is reviewing its options.

All agree on the goal: preventing a nuclear-armed Iran. The question is how best to achieve it. Analysis shows that any bombing of Iran's nuclear facilities would almost certainly backfire: failing to stop the program while wasting lives, fomenting extremism, and damaging the long-term security of both the United States and Israel. Multiple UN Security Council resolutions, backed by economic sanctions, have not improved Iran's policies from our perspective, and have probably entrenched them. For reasons explained below, we judge that prospects for successfully coercing Iran through enhanced economic sanctions are remote at best.

Fortunately, we are not forced to choose between a coercive strategy that has clearly failed and a military option with very little chance of success. This paper lays out a three-step strategy for making America more secure – through diplomacy. The Annex answers several common questions about Iran's nuclear program and our proposed response.

1. Get the facts, don't hype the threat

Although we can be clear it is said or implied that Iran is clearly pursuing nuclear weapons, the facts are more complex than that.

The Director of National Intelligence, Dennis Blair has just reaffirmed the December 2007 finding that Iran shut down its weaponization and covert enrichment activities in Fall 2003, with no evidence of a re-start. What we know Iran to be doing is enriching uranium at Natanz, openly under IAEA safeguards, and improving its ability to enrich more efficiently, while slowly accumulating a small stockpile of low-enriched uranium. It is also building a heavy-water reactor at Arak. These projects will shorten the lead-time for developing a nuclear weapon, should Iran

---

[1] The Iran Nuclear Policy Group is a working group of the American Foreign Policy Project, a nonpartisan effort devoted to convening experts to collaborate online in developing sound policies and messages on the toughest foreign policy challenges. See any source or ... Group members include Ambassador Thomas R. Pickering, former Under Secretary of State ... William Luers, Ambassador ... William Miller, Gary G. Sick, Jim Walsh, Frank von Hippel, Daniel Kurtzer, Colonel Sam Gardiner, Michael Mihas, Richard W. Parker, Trita Parsi, and James Walsh. Annex B offers biographical information for these individuals. This report is the product of twelve members with diverse expertise and affiliations. While group members strongly support the general policy thrust and judgments reflected in this statement, they may not necessarily all concur with every specific statement or recommendation contained therein.

---

decide to do so in the future. That is the sense in which, as Mr. Blair puts it, we know Iran to be "developing a nuclear weapon capability" and "preserving a weapons option."

In practice, Iran's current path preserves at least three different options, the first and last of which are not mutually exclusive: (a) pursuing enrichment for nuclear energy use as a source of national pride and a symbol of Iran's refusal to be cowed, (b) using its enrichment as a bargaining chip in larger negotiations with the United States and its allies, or (c) pursuing a weapon either to deter a feared U.S. or Israeli attack, or to support aggressive goals, including expanding its influence in the region. The U.S. intelligence community believes that Iran probably has not yet made a firm decision with regard to nuclear weapons, and that decision may well depend in large part on what the United States and its allies do.

According to U.S. intelligence community estimates, Iran is not expected to accumulate enough fissile material for even a single weapon until sometime in the 2010-2015 time frame, and that would require a "break-out" that almost certainly would be detected. What this means, in Secretary of Defense Robert Gates' words, is that: "They're not close to a stockpile, they're not close to a weapon at this point, and so there is some time." The only effective way to illuminate – and, if necessary, constructively alter – Iran's intentions is to use that time for skillful and careful diplomacy.

Meanwhile, publicly assuming the worst in the absence of evidence – and issuing an immediate ultimatum based on that assumption – is a singularly bad idea. It will provoke a needless confrontation if the assumption is wrong. It will deprive Iran of a face-saving way to shift course if the worst-case assumption is correct. And continuing to brandish both fear – as Israel is doing – is the best way imaginable to make the worst-case scenario a self-fulfilling prophecy.

2. Focus on transparency

In setting goals for diplomacy, U.S. policy-makers should be guided by one basic question: What observable policy changes by Iran that are realistically achievable will make us most secure, given that Iran's present intentions are unknown?

"Give up the pursuit of nuclear weapons" is not a meaningful demand since Iran denies it is pursuing weapons and the United States has no clear evidence with which to dispute that denial.

Past U.S. policy has focused to the point of obsession on forcing Iran to (a) answer all questions about alleged past weapons work, (b) suspend its open and safeguarded enrichment at Natanz, and (c) stop construction of a heavy-water reactor at Arak. Alliances have been built, UN resolutions pushed through, and sanctions imposed – all for the purpose of pressuring Iran to submit to these three demands.

The third objective responds to a longer-term concern and can be readily incorporated into the diplomatic strategy that we propose. However, in our judgment the first two of these objectives are simply the wrong priorities. Iran has shown no indication that it is willing to take such actions, even under international pressure, and focusing on these demands comes at the expense of other achievable steps that would provide greater benefit to American security. Rather than simply take up where the Bush Administration left off, the Obama Administration needs to re-think its objectives with these key points in mind.

(a) Open, declared, safeguarded enrichment is not the greatest threat. Let us suppose for the sake of contingency planning that Iran were to decide to pursue a nuclear weapon. How would it do

3

so? U.S. officials are not unjustified in worrying that Iran might close off access to the Natanz facility, evict inspectors, and start transforming its low-enriched uranium into high-enriched weapons material. North Korea did something analogous with spent reactor fuel and plutonium a few years ago. It's a most unlikely scenario, however, in the case of Iran. Any such maneuver would be immediately known, confronting Iran with a high risk of a forceful response, from Israel if not others. This being so, any Iranian decision to pursue a weapon would much more likely follow a clandestine path.

(b) Focus on transparency. Past U.S. policy has so fixated on stopping all open, safeguarded enrichment in Iran that it has left itself half-blind to the more consequential risk of a clandestine program, should Iran decide to pursue a weapon.

Guarding against the clandestine risk requires, first and foremost, getting Iran to resume implementing the so-called "Additional Protocol" to each country's Safeguards Agreement with the IAEA. The Additional Protocol is not a panacea. One still needs intelligence to tell the IAEA where to look. But with the Additional Protocol one has a way of confirming or denying suspicions of clandestine nuclear work furnished by intelligence. Without it, there is none.

Adherence to the Protocol is voluntary, however. Brazil is pursuing enrichment, but hasn't signed the Protocol. Iran signed the Protocol and had been voluntarily implementing it, but stopped doing so in response to UN sanctions aimed at stopping Iran's safeguarded enrichment.

Iran has offered to resume applying the Additional Protocol and possibly accept other safeguards in the context of an overall settlement. There is only one way to find out whether this offer is serious or not, and what its contours are: start talking to Iran.

(c) The West probably can't have it all. Ideally, one would get it all. Iran would simply capitulate, stop enriching, come clean about its past and resume implementation of the Additional Protocol. In the real world, this is unlikely to happen, and it is vitally important that the best not become the enemy of the good.

While the Additional Protocol probably should be required of all nations who engage in nuclear activities, it is currently a voluntary arrangement that has to be bargained for. Moreover, as the relevant UN Security Council resolution acknowledges, Iran is entitled under the Nuclear Non-proliferation Treaty (NPT) to use nuclear energy for peaceful purposes, and that right has long been understood to encompass enrichment under safeguards. Nothing in the NPT or Iran's Safeguards Agreement supports the notion that a country is barred from enriching uranium if it has ever pursued a weapons program, even one halted years ago.

What this means is that the dispute that has put Iran at loggerheads with the West is not over whether Iran may enrich uranium. It is over whether Iran must first suspend enrichment for a period and answer all questions about allegations of past weapons work to regain the "confidence" of the international community – before resuming enrichment.

In our judgment, this difference is not so fundamental as to be worth the conflict it has evoked. Achieving a temporary suspension of open and safeguarded enrichment at the cost of the Additional Protocol would be a pyrrhic victory – and might well just drive enrichment underground. And forcing Iran to answer potentially embarrassing questions about the past is far less important than safeguarding the future. There is a better approach set forth below.

4

The Outlines of a Deal. Iran has made a huge political and economic investment in enrichment, which it is not likely to scrap, at least not soon. Wise diplomacy would set aside the inflexible demand for immediate suspension of enrichment in favor of a two-part approach: (1) advance agreement on a reasonable time period for negotiations accompanied by a freeze on enrichment capacity in Iran in exchange for a freeze on western sanctions during this interval; (2) over the longer term, either cessation of enrichment or a low cap on enrichment capacity accompanied by a robust package of transparency and control measures that maximize our security.

This package of transparency and control measures would include firm, binding commitments to implement the Additional Protocol; to declare new nuclear facilities before construction begins; to convert the Arak heavy water plant to a more practical and proliferation-resistant light-water reactor, to install remote camera surveillance at all nuclear facilities; and possibly to agree to stockpile low-enriched uranium in proliferation-resistant "uranium oxide" form. Iranian officials have expressed interest in turning Iran's uranium enrichment program (through a multinational consortium. This would put foreign technicians on the ground in Iran, thereby improving transparency and monitoring capacity. It is a promising idea and should be explored.

To deter a "soft breakout" the West should seek to negotiate a series of default conditions (barring inspectors, diversion of material, or any production of high-enriched uranium along with a catchall condition to cover unforeseen contingencies), breach of which would be deemed an unequivocal violation of the agreement. This will greatly facilitate and legitimate a forceful response should such a condition occur and require such a response.

Such measures would make all countries safer than they are now. Unlike zero enrichment, Iran has not ruled them out.

3. Try true diplomacy

Through endless repetition the myth has taken hold in some quarters that nuclear diplomacy with Iran has been tried and failed, leaving no recourse but threats and sanctions. In fact, the opposite is true. For five years and more, until the end of its term, the Bush Administration refused to talk to Iran at all about nuclear issues – because Iran would not comply with U.S. demands that it first suspend all enrichment. This strategy merely squandered time: while the U.S. sat silent, Iran continued to enrich. Diplomacy, without the United States – the world's sole superpower and Iran's chief nemesis – at the table, Iran had little reason to talk seriously with the polite interlocutors (mainly three European countries) that remained.

Meanwhile, years of threats and sanctions have not weakened – in fact, they have probably entrenched – Iran's commitment to enriching. We see no evidence to support the prediction that escalating sanctions now will yield better results. On the contrary, even proponents admit that international support for toughened sanctions tied to enrichment has lost momentum since the U.S. National Intelligence Estimate found that Iran has stopped weapons work. Moreover, after concluded that caving to pressure firmly invites even more pressure.

The last, best hope for a sanctions-focused strategy is a gasoline embargo on Iran, and it's a loser. Iran supplies 70 percent of its gasoline demand internally. There are thousands of suppliers in world markets who will line up to supply the remainder. Hugo Chavez's refineries alone could easily break the embargo unless it is enforced by a naval blockade, an act of war. Iran's rationing system will make sure that the elites and the military get their gasoline. Only the poor and middle class will suffer and they will blame America for their hardship, not their government.

The United States has significant leverage over Iran, but it lies mainly not in the bad things America can do to Iran but in things Iran needs that the United States can withhold, or and to isolation, a place at the regional table, help in developing Iran's oil and gas fields, restoration of foreign investment.

Positive leverage, however, cannot be wielded effectively with negative diplomacy. The problem with a "carrots and sticks" strategy – whether called by that name or not – is that carrots and sticks are not together used to cancel each other out: the leverage provided by the stick is nullifying the appeal of the carrots. This problem was clearly illustrated by Supreme Leader Khamenei's response to President Obama's gracious Nowruz speech, "you say "we will talk with Iran while we will put pressure on them as well – both threat and inducement" You cannot talk to our nation this way."

*An effective strategy on the Iran nuclear file would include two main elements:*

1. Consult with allies to effect the change of objectives and approach outlined above – from (a) a maximalist/coercive strategy that demands an immediate end to all enrichment under threat of sanctions, to (b) a proactive, positive position that holds out the prospect of tangible benefits and progress towards normalization of relations, in exchange for Iran's agreement to convert the Arak reactor to a light-water reactor while accepting either zero or limited enrichment within the highly protective and transparent safeguards framework outlined above. Any movement away from "zero" should depend on Iran accepting suitable safeguards to blunt the special concerns raised by that activity and Iran's past conduct, with "nothing agreed until everything is agreed."

2. Embed nuclear talks within a broader opening to Iran. President Obama's Nowruz speech is a good beginning as is the invitation for Iran to consult with the United States on Afghanistan. Possible further actions: (a) cease any remaining covert action against Iran; (b) lift the ban on informal diplomatic contacts, the main effect of which is to keep U.S. policymakers needlessly in the dark; (c) take concrete steps to ease travel between the two countries, including direct air flights; and (d) pursue an "incidents-at-sea" agreement to prevent confrontations at sea, such as the Iranian speedboat incident in 2008, that could lead to larger conflict. This is not a "grand bargain" but simply a broader context for nuclear discussions that builds confidence and gives both sides a greater stake in the relationship.

## Conclusion

For five years, efforts to coerce Iran to stop enriching and answer potentially embarrassing questions have failed. Sharpening the sticks and sweetening the carrots will not change that.

The current path leads only to a painful choice between escalating to armed conflict or backing down in embarrassment. A change of course is needed. We expect hardliners in Tehran will crow over any concessions that open the door to the possibility of enrichment on Iran. In diplomacy, as in war, however, a tactical shift to more defensible terrain is often the key to success.

What is needed now is a calm, firm, measured and principled response that closely defines and protects U.S. vital interests; respects the rights and legitimate interests of Iran, and finds a way for Iran to accommodate U.S. core interests while also advancing its own. This statement has outlined the key elements of a diplomatic strategy that we believe offers these conditions and has the best chance of succeeding.

---

## Annex A
### Questions and Answers about the Proactive Strategy

**Q: How can you say Iran's intentions are ambiguous when there is absolutely no economic justification for Iran to be enriching uranium?**

A: It is not just we who are saying Iran's intentions are unclear. That is the conclusion of the U.S. intelligence community, which may understand that community and the issue. All kinds of governments pursue programs for political purposes that lack clear, ex-ante, cost-benefit rationale. Considerations have complained about this tendency in our own government for decades. Across the length and breadth of Iranian society – from reformers to hardliners – enrichment has become for Iranians a matter of national entitlement and a source of pride in technological advancement not unlike our own moon landing. Moreover, five years of Bush Administration ultimatums and Western pressure aimed at forcing Iran to stop all enrichment have made enrichment an ongoing emblem of Iran's independence and refusal to be cowed. The commercial unprofitability of this new Iranian industry is beside the point in the context of a high-priority, government program freighted with symbolic significance.

These observations do not prove Iran's peaceful intentions, but they do, in our view, expose as false the certainty so often expressed by those who "just know" that Iran is pursuing a weapon.

**Q: What about the inability of the IAEA to conclude that "there are no undeclared nuclear materials or activities in Iran"? Doesn't that warrant suspicion of Iran's conduct?**

A: It doesn't build confidence. But the public should understand that a favorable declaration requires essentially proving a negative, and the IAEA sets a very high bar for doing so. For example, the Lawyer's Committee on Nuclear Policy reported in 2006 that the IAEA applies the same "unable to conclude" status to every country that had not accepted the Additional Protocol at that time, and to 40 nations that had accepted it. The IAEA has declared, repeatedly, that it has found no evidence of Iranian diversion of nuclear material to proscribed purposes.

**Q: If you don't know Iran's intentions, doesn't it make sense to stop them from pursuing a nuclear weapons capability?**

A: Yes, if you can. Unfortunately, however, the NPT does not prohibit parties from enriching uranium for peaceful use. Until that is changed, the only issue in this case is whether or not Iran must first answer questions about the past and suspend enrichment for a decent interval – before resuming enrichment. Developing enrichment capacity may be considered by some as tantamount to a "nuclear weapons capability" but it is certainly legal, for peaceful use, and cannot be denied Iran indefinitely. Iranian officials have suggested that Utahra is willing to explore a multi-lateral approach/restraint option. This option, with a strong nonproliferation agenda of surveillance, may well supply the best and most attainable prevention against a nuclear weapons program. Iran already knows how to enrich, so the line between enrichment and no enrichment has already been crossed.

**Q: If you allow enrichment in Iran, even under strict safeguards, how do you propose to respond to a "soft breakout" by Iran, involving use of declared nuclear material and facilities to pursue a nuclear weapon via gradual transgression of legal boundaries?**

A: IAEA material accounting is meticulous and surveillance possibilities considerable, particularly if installed to the state of the art and accompanied by remote camera surveillance

and/or foreign technicians on the ground in a multinational facility. Under these conditions clandestine breakout from facilities under inspection would be very difficult.

Moreover, no breakout of any kind could occur without crossing clear, regularly-monitored "redlines" -- enriching uranium beyond 5 percent, diverting low-enriched uranium, excluding foreign inspectors, accumulating high-enriched uranium, etc. While enrichment is an authorized and dual-use activity (and proscribing it completely is therefore problematic), crossing any of the foregoing redlines would be an unambiguous signal of illicit intent, triggering a very high likelihood of a forceful response. Specifying these conditions in advance as "default conditions" that constitute a tidier breach would make things even more explicit, and more consequential. Under these circumstances, a completely clandestine route would seem far more attractive to Iran than any breakout involving safeguarded facilities. Our approach offers a window onto the clandestine path -- through the Additional Protocol, broad-ranging monitoring possibilities, and possibly the presence of foreign technicians -- that most likely will not be available under the baseline scenario of zero-declared-enrichment, even supposing it could be achieved. (The Additional Protocol is an optional protocol.)

These observations suggest that our approach of limited, multi-national enrichment in Iran is actually *less risky* than the alternative of zero-open-enrichment with no Additional Protocol in place. And it is much less risky than the most likely result of no agreement (i.e., ongoing enrichment with no Additional Protocol and other transparency measures in place, and continued hostile relations that may lead to a clandestine re-start of a weapons program, and possible armed conflict.)

Q: Does it really make sense to concede the zero enrichment position right out of the gate for the new Administration? Won't the Administration look weak if it drops a sanctions-focused approach for a more conciliatory one?

A: If the change of course is framed right -- and done first -- the Administration will not look like it is rewarding Iran or weak, tactically or strategically. It will look principled by indicating a different philosophy and approach to the Iran relationship from the stance adopted by the United States. The new Administration only looks weak if it starts off in a bellicose posture and then has to back down. In any event, even a sanctions-based approach has to be coupled with a workable outcome. So far the zero-enrichment demand has failed, leaving the United States less safe than it would be under an approach that allows some enrichment in Iran under very close, nationwide surveillance and possible multilateral control. *In fact, in our judgment, the United States is far more likely to achieve the goal of zero enrichment in Iran via a patient strategy of gaining transient and repairing the relationship, then through a confrontational approach featuring early, peremptory demands that galvanize Iranian resistance and from which we later retreat.*

Q: At least five other countries have supported past demands for Iran to suspend enrichment of uranium. What will they say if the United States proposes opening the door to a possible change of position?

A: Obviously, the United States should consult carefully with its allies before taking any action. We are confident that Russia and China will not object to a change of course; they do not support the current approach, but may support an approach that is close to their view of how to proceed. Given the manifest failure of the current strategy, we are reasonably confident that Britain, France and Germany will accept our more pragmatic approach if it is properly explained.

Q: What about the Security Council resolutions that instruct Iran to suspend enrichment of uranium?

A: Appropriately-enacted resolutions of the United Nations Security Council are legally binding. Should broadly acceptable, alternative arrangements be arrived at with Iran to achieve core-security concerns with no enrichment, then the appropriate action would be to seek approval of those arrangements from the Security Council. We would strongly advocate proceeding in this manner which is in general accord with the practice of the Council. By the same token, the ability of the Council to change positions, exercised on relatively rare occasions, is part of its mandate under the Charter and has not been seen as negatively affecting its authority in either a legal or political issue.

Q: Won't allowing Iran to enrich encourage other countries in the Middle East to enrich?

A: Iran's nuclear program predates the revolution. Enrichment has become a national industry in Iran and a symbol of independence. None of these circumstances apply to other nations in the region, and there is no commercial incentive to pursue enrichment. In fact, other states in the region have proposed enrichment via multinational consortium. The package of measures we are proposing could go far to deflate the Iran crisis while setting a new standard for a multilateral fuel cycle that would fortify the global nonproliferation regime. If the concern is that Iran's enriching will cause other nations in the region to want a weapon, we fail to see how allowing Iran to enrich uranium under full safeguards will somehow spark a nuclear arms race when Israel's bomb has not done so. Israel is far more hated and feared throughout the region than Iran.

Q: Would a multinational enrichment facility in Iran be economically viable?

A: Commercial considerations should not drive an issue of this magnitude. The cost of financing/rebuilding an appropriately manned and safeguarded facility in Iran is trivial compared to the potential costs of using force or of failing to resolve this matter.

Q: Hasn't Iran already rejected previous Western offers of positive incentives for cooperation on the nuclear file?

A: An urban legend has grown up in some circles that the so-called "P5+1" group -- Britain, France, Germany, Russia, China and the United States -- has already tried "engagement" in attempting to get Iranian cooperation on nuclear issues and was rebuffed, making further efforts at diplomacy probably pointless. The facts are otherwise.

Following is the relevant text of the P5+1 offer to Iran as conveyed on June 16, 2008, largely reiterating a 2006 offer: "... the elements below [including support for light-water reactors, fuel supply guarantees and other incentives] are proposed as topics for negotiations between [the P5+1 countries and] Iran, *so long as Iran verifiably suspends its enrichment related and reprocessing activities ...*" (emphasis supplied)

On any first reading, this is not a specific offer so much as an outline for a negotiated settlement, discussion of which could not *start* until Iran had first met the Bush Administration's precondition for talks: Iran must first suspend all enrichment immediately. Thus for Iran was a poison pill, whether intended as such or not. Since then, Iran has greatly expanded its political and economic investment in enrichment, along with its enrichment capacity. This development makes a halt to future, open enrichment both less likely to be achieved and less central to core security concerns going forward. As seen in this paper, such prior, unsuccessful efforts clearly do not exhaust the opportunities for diplomacy.

## Annex B

### About the contributors

**Ambassador Thomas Pickering, Vice-Chairman, Hills & Company; Former U.S. Ambassador to the UN, Russia, Israel and other nations**

Ambassador Pickering has had a career spanning five decades as a U.S. diplomat, serving as Under Secretary of State for Political Affairs, Ambassador to the United Nations, Ambassador to Russia, India, Israel, Nigeria, Jordan and El Salvador. He holds the personal rank of Career Ambassador, the highest in the U.S. Foreign Service. He has held numerous other positions at the State Department, including Executive Secretary and Special Assistant to Secretaries Rogers and Kissinger at a Assistant Secretary for the Bureau of Oceans, Environmental and Scientific Affairs. He is currently Vice-chairman of Hills & Company, an international consulting firm providing advice to U.S. businesses on investment, trade, and risk assessment issues abroad, particularly in emerging market economies. He is based in Washington, DC.

**Ambassador William G. Miller, Senior Fellow, Woodrow Wilson International Center for Scholars**

**Gary G. Sick, Senior Research Scholar at Columbia University SIPA's Middle East Institute; Adjunct Professor of International Affairs at SIPA**

Professor Sick served on the National Security Council under Presidents Ford, Carter, and Reagan. He was the principal White House aide for Iran during the Iranian Revolution and the hostage crisis. Sick is a Captain (Ret.) in the U.S. Navy, with service in the Persian Gulf, North Africa, and the Mediterranean. He was the deputy director for International Affairs at the Ford Foundation from 1982 to 1987, where he was responsible for programs relating to U.S. foreign policy. He is also a member of the board (emeritus) of Human Rights Watch in New York and the chairman of the Advisory Committee of Human Rights Watch/Middle East.

**Dr. Mehrzad Boroujerdi, Founding Director of the Middle Eastern Studies Program, Syracuse University's Maxwell School of Citizenship and Public Affairs**

Professor Boroujerdi is the author of *Iranian Intellectuals and the West: The Tormented Triumph of Nativism* (Syracuse University Press, 1996) which has been translated into Arabic, Persian and Turkish. His articles have appeared in two dozen edited books as well as English and Persian-language journals. As an Iran expert, Dr. Boroujerdi he has done consulting work with a wide range of organizations and presently serves as an adjunct scholar at the Middle East Institute (MEI) in Washington, D.C. His research work has been supported by the Henry R. Luce Foundation, the Social Science Research Council, the Rockefeller Foundation and the United States Institute of Peace.

**Peter Crail, Nonproliferation analyst, Arms Control Association**

Peter Crail's work, focuses on nuclear and missile proliferation in the Middle East, South Asia, and Northeast Asia, as well as strategic export controls and efforts to prevent terrorists involving weapons of mass destruction. He has been quoted and interviewed as an expert on these issues for the Washington Times, Reuters, the Associated Press, the Jerusalem Post, and USA Today. He previously served as a consultant for the United Nations Department for Disarmament Affairs and an analyst for the Center for Non-proliferation Studies.

**Farideh Farhi, Independent Researcher, Affiliate Graduate Faculty, U. of Hawai'i-Manoa**

Farideh Farhi is the author of *States and Urban-Based Revolutions in Iran and Nicaragua* along with numerous articles and book chapters on contemporary Iranian politics and foreign policy. She also authored the Asia Society's report on Iran's 2001 elections, the International Crisis Group's report on the presidency of Mahmoud Ahmadinejad in Iran, and a soon to be published World Bank study, *Contested Governance and the Need for Reform: The Case of the Islamic Republic of Iran*. She has taught at the University of Colorado, Boulder, University of Hawai'i, University of Tehran and Shahid Beheshti University in Tehran. Her research sponsors include the United States Institute of Peace, the Rockefeller Foundation, and the Woodrow Wilson International Center for Scholars where she was recently a Public Policy Scholar. She travels widely and lectures regularly on Iranian politics and foreign relations at research institutions in Washington, D.C. and around the country.

**Harold Feiveson, Senior Research Policy Scientist, Program on Science and Global Security, Woodrow Wilson School of Public and Int'l Affairs (WWS), Princeton University**

Dr. Feiveson's principal research interests are in the fields of nuclear weapons and nuclear energy policy. He has taught numerous courses, policy task forces, and graduate workshops relating to nuclear weapons, energy, and national and global environmental issues. Feiveson's recent publications relating to nuclear energy policy discuss amenures to strengthen the nuclear non-proliferation regime, including a universal ban on the production of weapon-usable material and on nuclear weapons testing. His research relating to nuclear energy policy has focused on measures, such as a ban on the reprocessing of nuclear reactor fuel, which could strengthen the separation between nuclear weapons and civilian nuclear energy activities. Along with Professor von Hippel, he is the co-founder of the Program on Science and Global Security and co-director until July 2006. He is a member and one of the founders of the international journal, *Science & Global Security*.

**Colonel Sam Gardiner, US Air Force (retired)**

Colonel Gardiner is a strategist and teacher. He has taught a course on strategy at the National War College for 20 years. He has taught strategy at the Air War College, Army War College and Naval War College. In addition, he was a visiting scholar at the Swedish Defense College. He has conducted war games for the Air Force, Navy, Army, CIA, and Defense Intelligence Agency and the State Department. He has conducted simulations and written extensively on the military options for Iran. His most recent paper, *Dangerous Games and Gaming More Dangerous: The Defense Situation Between the U.S. and Iran*, was published by the Century Foundation. His combat decorations include the Bronze Star. His other decorations include the Legion of Merit.

**Mohsen M. Milani, Professor of Politics and Chair of the Department of Government and International Affairs, University of South Florida**

Mohsen Milani's classic book, *The Making of Iran's Islamic Revolution*, has been used as required reading in many universities in the U.S., Europe, Japan, and Canada. Its Persian translation is also one of the required readings for an entire generation of students before graduating from the institutions of higher learning in Iran. Professor Milani has written more than fifty articles, book chapters, and encyclopedia entries about the Persian Gulf, Iran's revolution, and Iran's foreign and security policies. He has served as a research fellow at Harvard University, Oxford University's St. Antony's College, and the Foreari University in Venice, Italy. Dr. Milani is a frequent speaker at international and national conferences on Iran and the Persian Gulf. He is the Book Series Editor on *Governance and International Relations in the Middle East*, University Press of Florida.

**Richard Parker, Founder and Executive Director, American Foreign Policy Project**

Richard Parker is a professor at University of Connecticut School of Law and Founder and Executive Director of the new American Foreign Policy Project (AFPP) convenes large, inter-disciplinary teams of top experts to collaboratively develop sound policy and

9

10

11

effective messages on the toughest national security and foreign policy issues of the day, beginning with Iran. Dr. Parker convened and moderated the expert groups that produced this statement and the Joint Experts Statement on Iran, in November, 2008. He holds a B.A. in Public and International Affairs from Princeton University, a J.D. from Yale Law School, and a D.Phil. in International Relations from Oxford University, which he attended as a Rhodes Scholar.

**Trita Parsi,** *Award-winning author, President, National Iranian-American Council*

Trita Parsi is the author of *Treacherous Alliance: The Secret Dealings of Iran, Israel and the United States,* which won the 2008 Silver Medal Receipient of the Council on Foreign Relations Arthur Ross Book Award. Fluent in Persian/Farsi, Dr. Parsi is regularly consulted by Western, Middle Eastern and Asian governments on Middle East affairs, and he is a co-founder and current President of the National Iranian-American Council, a non-partisan, non-profit organization promoting Iranian-American participation in American civic life. His articles on Middle East affairs have been published in the numerous newspapers and magazines and he is a frequent commentator on radio and television news shows. He has also worked for the Swedish

Permanent Mission to the UN serving in the Security Council handling the affairs of Afghanistan, Iraq, Tajikistan and Western Sahara, and the General Assembly's Third Committee addressing human rights in Iran, Afghanistan, Myanmar and Iraq. Dr. Parsi was born in Iran and grew up in Sweden.

**James Walsh,** *Research Associate, Massachusetts Institute of Technology*

Dr. Walsh's research and writings focus on international security, and in particular, topics involving weapons of mass destruction and terrorism. He has testified before the United States Senate on the issue of nuclear terrorism as well as on Iran's nuclear program. Among his current projects are two series of dialogues on nuclear issues, one with representatives from North Korea and one with leading figures in Iran. He has appeared frequently in the media as an expert on weapons of mass destruction and terrorism issues, including more than 300 appearances on CNN. His most recent publications include a chapter on Iran's nuclear program in *Terrorist Attacks and Nuclear Proliferation: Strategies for Overlapping Dangers and Learning from Past Success: The NPT and the Future of Non-proliferation for the Commission on Weapons of Mass Destruction,* chaired by Hans Blix (2006).