# EXHIBIT BB

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL         :
IRANIAN AMERICAN COUNCIL         :
    Plaintiffs              :
    V.                      :   Civil No.:
DAIOLESLAM SEID HASSAN,          :   08 CV 00705 (JDB)
    Defendant               :   Page 1-331

VOLUME II

- - -
Thursday, December 2, 2010
- - -

    Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
 1    APPEARANCES:

 2


 3    PISHEVAR & ASSOCIATES, PC
      BY:  ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11         ERIC GALVEZ, ESQUIRE
      One South Dearborn
12    Chicago, IL  60603
      (312) 853-7643
13    (312) 835-7036 (Fax)
      E-mail:  Tkapshandy@sidley.com
14             Jfougere@sidley.com
               Megalvez@sidley.com
15    Representing the Defendant

16    ALSO PRESENT:

17        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
18        Mia Marbury, Videographer

19

20

21

22
```

1                    P R O C E E D I N G S
2                     *    *    *    *    *
3                      DR. TRITA PARSI
4    was recalled for further examination by counsel and,
5    after having been duly sworn by the Notary, was
6    examined and testified as follows:
7            EXAMINATION BY COUNSEL FOR DEFENDANT
8            BY MR. KAPSHANDY:
9        Q.   Good morning, Mr. Parsi.  How are you?
10       A.   Good morning.  How are you?
11       Q.   Just fine, thanks.  You understand, as the
12   reporter has just sworn you in this morning, that
13   you're still under oath and the same rules as
14   yesterday apply?
15       A.   I do.
16       Q.   And I appreciate your answering verbally,
17   and we'll both try not to talk over each other again
18   today.  That's sometimes hard for her.
19            But we do have a video today -- you may
20   have noticed -- and that may help with the record,
21   but, again, if you could just -- and I will, too --
22   try and honor the same rules as yesterday, I'd

1    A.    That may have been Vienna, yes.
2    Q.    And then there was one earlier in the year
3    that we talked about in Holland or the Hague,
4    correct?
5    A.    That seemed to sound right, yes, because I
6    think, yes, the Hague was summer or spring.
7    Q.    You said two or three Pugwash meetings in
8    2008.  We've talked about Vienna and Holland.  Was
9    there a third one that you can recall?  If you don't
10   believe this New York one occurred, where was the
11   third meeting?
12   A.    I mentioned to you earlier on that I
13   believe that there was a meeting in Israel in 2008.
14   Q.    Any idea when it was?
15   A.    The Israel meetings tend to be in the
16   summer because I've attended two Pugwash meetings in
17   Israel, and I believe they both have been in the
18   summer.
19   Q.    Well, let me ask you about the one in
20   Holland or the Hague, okay?  Were there any Iranian
21   government officials at that Pugwash meeting in the
22   Hague?

Page 226

```
1       A.    Yes, there were.
2       Q.    And who would that have been?
3       A.    If I recall it correctly, in the Hague,
4    there was Ambassador Sultaneh, who was the Iranian
5    ambassador to the IAEA, I believe.
6             And there was also Samareh and there may
7    have been one or two more or a couple more -- I don't
8    recall their names -- and from the U.S. side, there
9    was former Secretary of Defense Bill Perry, I
10   believe, attended that as well as the other meetings,
11   as well as one or two other people from the Senate or
12   Congress.
13            There were people from the think tanks.  I
14   don't believe there were any journalists at the
15   Pugwash meetings, however.  These are Track II
16   meetings.
17      Q.    And this is Holland, again, we're talking
18   about, right?
19      A.    I believe that is in Holland, yes.
20            MR. KAPSHANDY:  Let me hand you what we'll
21   mark as your Deposition Exhibit 91, which purports to
22   be an August 15 and August 17 E-mail exchange between
```

1  you and a gentleman by the name, at least his E-mail
2  address, of Aasoltanieh, but whom you address as Dear
3  Ambassador Soltanieh, correct?
4      A.    Yes. His name is Soltanieh, yes.
5          (Exhibit Number 91 was marked for
6  identification and was attached to the deposition.)
7          BY MR. KAPSHANDY:
8      Q.    I defer to your pronunciation.
9          In any event, this would be the same
10 ambassador to the IAEA that you were just describing,
11 correct?
12     A.    Correct. He was at the Pugwash meeting as
13 this E-mail also indicates.
14     Q.    And the IAEA is the International Atomic
15 Energy Agency, correct, responsible for international
16 policing of nuclear programs of nations around the
17 world, correct?
18     A.    I believe that is a factual
19 characterization of that, yes.
20     Q.    In fact, Iran has an ambassador to the
21 IAEA, do they not?
22     A.    I believe he is the ambassador to Iran.

Page 228

```
 1        Q.    He is and he was then, was he not,
 2   Ambassador Soltanieh?
 3        A.    I believe he was at the time, yes.
 4        Q.    And at least from this E-mail exchange, it
 5   would look like you met him and he responded:
 6   "Thanks a lot.  It was a pleasure to meet you.  God
 7   bless you, regards," right?
 8        A.    Yes, though it is not signed, apparently.
 9        Q.    You sent -- how did you get his E-mail
10   address, at that meeting or had you had it somewhere
11   before?
12        A.    I believe I got it at that meeting or I
13   got it from -- I may have gotten it from Pugwash.
14   I'm not sure.
15        Q.    Well, in any event, you sent the person
16   you believe to have Ambassador Soltanieh's E-mail
17   address greetings, and somebody responded from that
18   E-mail address.  Did they not?
19        A.    I assume it's him, yes, absolutely.
20        Q.    That seems fair.
21        A.    Yes.
22        Q.    You mentioned perhaps other governmental
```

1  officials.  Did you say Hashemi Samareh?

2     A.    I believe, yes, Samareh was there.

3     Q.    And did you meet him?

4     A.    Well, the meeting there is, I assume,
5  approximately no more than 20 people, so everyone met
6  everyone.  U.S. officials met the Iranian officials
7  and think tank people met U.S. officials and Iranian
8  officials.

9           MR. NELSON:  Counsel, at an appropriate
10 point, can we take a five-minute break?

11          MR. KAPSHANDY:  As good as now, for me,
12 whenever it's good for you.

13          THE VIDEOGRAPHER:  Here marks the end of
14 Videotape Number 3 taken in the deposition of Trita
15 Parsi.  Going off the record.  The time on the video
16 screen is 15:05:43 seconds.

17          (A break was taken.)

18          THE VIDEOGRAPHER:  Here begins Videotape
19 Number 4 taken in the deposition of Mr. Trita Parsi.
20 Going back on the record.  The time on the video
21 screen is 15:15:47 seconds.

22          Please continue.

1      CERTIFICATE

2      I hereby certify that the witness was duly

3  sworn by me and that the deposition is a true record

4  of the testimony given by the witness.

5

6      _____

7      Sherry L. Brooks, Court Reporter

8

9  (The foregoing certification of this transcript does

10  not apply to any reproduction of the same by any

11  means, unless under the direct control and/or

12  supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22