# EXHIBIT DD

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
TRITA PARSI                      :
                                 :
and                              :
                                 :
NATIONAL IRANIAN AMERICAN        :
COUNCIL                          : Civil Action No.
                                 :
     Plaintiffs,                 :
                                 : 08 CV 00705 (JDB)
v.                               :
                                 :
DAIOLESLAM SEID HASSAN,          :
                                 :
     Defendant.                  :
- - - - - - - - - - - - - - - - x
```

Deposition of DAVID ELLIOTT

VOLUME I

Washington, D.C.

Monday, October 5, 2009

2:19 p.m.

\*   \*   \*   \*

Reported by: Okeemah S. Henderson, LSR

TransPerfect Legal Solutions
212-400-8845   -   Depo@TransPerfect.com

Page 2

1
2       Deposition of DAVID ELLIOTT, held at the
3  offices of:
4
5       SIDLEY AUSTIN, LLP
6       1501 K Street, Northwest
7       Washington, D.C.  20005
8       (202) 736-8533
9
10
11
12       Pursuant to agreement, before Okeemah S.
13  Henderson, Licensed Shorthand Reporter and
14  Notary Public in and for The District of
15  Columbia.
16
17            *     *     *     *     *
18
19
20
21
22

Page 3

```
 1              A P P E A R A N C E S

 2

    ON BEHALF OF PLAINTIFF:
 3       A.P. PISHEVAR, ESQUIRE
         PATRICK PARSA, ESQUIRE
 4       PARGOL PARTOVI, ESQUIRE
         PISHEVAR & ASSOCIATES, P.C.
 5       Jefferson Plaza, Suite 316
         600 East Jefferson Street
 6       Rockville, Maryland  20852
         (301) 279-8773
 7       E-Mail:  Ap@pishevarlegal.com

 8
    ON BEHALF OF DEFENDANT:
 9       HL ROGERS, ESQUIRE
         ERIC GALVEZ, ESQUIRE
10       SIDLEY AUSTIN
         1501 K Street, NW
11       Washington, D.C.  20005
         (202) 736-8533
12       E-Mail:  Megalves@sidley.com

13

14

15

16

17

18

19

20

21

22
```

```
 1              P-R-O-C-E-E-D-I-N-G-S
 2                   (2:19 p.m.)
 3   Whereupon,
 4              DAVID ELLIOTT,
 5   called as a witness, having been first duly
 6   sworn to tell the truth, the whole truth, and
 7   nothing but the truth, was examined and
 8   testified as follows:
 9        EXAMINATION BY COUNSEL FOR DEFENDANT
10   BY MR. ROGERS:
11        This is the deposition of David Elliott,
12   employee for plaintiff, NIAC being taken in the
13   case of Parsi, et al V. Hassan.  Case No. 08
14   705 in the Federal District Court for the
15   District of Columbia.
16        It's being held at the Law Offices of
17   Sidley Austin, LLP, 1501 K Street, Northwest,
18   Washington, D.C. 20005.  Present in addition to
19   Mr. Elliott are myself, HL Rogers, attorney for
20   the defendant and Eric Galvez, also attorney
21   for defendant and both with Sidley Austin, LLP;
22   A.P. Pishevar, Patrick Parsa and --
```

Page 100

1       MR. ROGERS:  Why don't we go ahead
2  and take a 5 minute break.
3       (A break was taken at 4:21 p.m.)
4       (Deposition resumed at 4:26 p.m.)
5       BY MR. ROGERS:
6       Q.   Let's go back just one more question
7  on the issue of the server, the onsite E-mail
8  server.  Did you ever download E-mails off the
9  server and then delete the server copy?
10      A.   Most E-mail systems are set up so
11 that after a certain period of time, those
12 E-mails are deleted.
13      Q.   Did you ever do that -- do you know
14 how yours is set up?
15      A.   It would vary depending on E-mail
16 accounts and different software does it
17 different ways.
18      Q.   And do you know specifically how
19 it's done with yours?
20      A.   With my computer?
21      Q.   With your computer and your E-mail
22 server that NIAC uses.

Page 101

```
 1       A.    I believe my computer retains
 2  documents for 10 days, the central server while
 3  they're retained forever on my computer.
 4       Q.    So the server retains them for 10
 5  days and they're retained indefinitely on your
 6  computer?
 7       A.    Yes.  That's very standard.
 8       Q.    Are you aware of a request that was
 9  made for congressional E-mails?
10       A.    Clarify, please.
11       Q.    A request made to get all E-mails
12  between NIAC and congressional employees
13  whether members or staffers?
14       A.    There was a request made for all
15  documents related to United States political
16  officials and damage and that's page 7.
17       Q.    Is that the first or second request?
18       A.    First.
19       Q.    Did you produce all of those
20  documents?
21       A.    We produced all -- because that
22  request was overly broad, we provided all
```

TransPerfect Legal Solutions
212-400-8845   -   Depo@TransPerfect.com

Page 174

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, Okeemah S. Henderson, LSR and Notary

3   Public, the officer before whom the foregoing

4   deposition was taken, do hereby certify that

5   the foregoing transcript is a true and correct

6   record of the testimony given; that said

7   testimony was taken by me stenographically and

8   thereafter reduced to typewriting under my

9   direction and that I am neither counsel for,

10  related to, nor employed by any of the parties

11  to this case and have no interest, financial or

12  otherwise, in its outcome.

13       IN WITNESS WHEREOF, I have hereunto set my

14  hand and affixed my notarial seal this

15  day of                , 2009.

16

17  My Commission Expires:
    February 28, 2010.
18

19
    Okeemah S. Henderson, LSR
20  NOTARY PUBLIC IN AND FOR
    THE DISTRICT OF COLUMBIA
21

22