# EXHIBIT FF

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - x
TRITA PARSI                        :
                                   :
and                                :
                                   :
NATIONAL IRANIAN AMERICAN          :
COUNCIL                            : Civil Action No.
                                   :
     Plaintiffs,                   :
                                   : 08 CV 00705 (JDB)
v.                                 :
                                   :
DAIOLESLAM SEID HASSAN,            :
                                   :
     Defendant.                    :
- - - - - - - - - - - - - - - - - x
```

Deposition of DAVID ELLIOTT

VOLUME I

Washington, D.C.

Monday, October 5, 2009

2:19 p.m.

\*    \*    \*    \*

Reported by:  Okeemah S. Henderson, LSR

```
 1
 2         Deposition of DAVID ELLIOTT, held at the
 3   offices of:
 4
 5         SIDLEY AUSTIN, LLP
 6         1501 K Street, Northwest
 7         Washington, D.C.  20005
 8         (202) 736-8533
 9
10
11
12         Pursuant to agreement, before Okeemah S.
13   Henderson, Licensed Shorthand Reporter and
14   Notary Public in and for The District of
15   Columbia.
16
17               *    *    *    *    *
18
19
20
21
22
```

```
 1                A P P E A R A N C E S

 2
    ON BEHALF OF PLAINTIFF:
 3       A.P. PISHEVAR, ESQUIRE
         PATRICK PARSA, ESQUIRE
 4       PARGOL PARTOVI, ESQUIRE
         PISHEVAR & ASSOCIATES, P.C.
 5       Jefferson Plaza, Suite 316
         600 East Jefferson Street
 6       Rockville, Maryland  20852
         (301) 279-8773
 7       E-Mail:  Ap@pishevarlegal.com

 8
    ON BEHALF OF DEFENDANT:
 9       HL ROGERS, ESQUIRE
         ERIC GALVEZ, ESQUIRE
10       SIDLEY AUSTIN
         1501 K Street, NW
11       Washington, D.C.  20005
         (202) 736-8533
12       E-Mail:  Megalves@sidley.com

13

14

15

16

17

18

19

20

21

22
```

```
 1                P-R-O-C-E-E-D-I-N-G-S
 2                     (2:19 p.m.)
 3    Whereupon,
 4                    DAVID ELLIOTT,
 5    called as a witness, having been first duly
 6    sworn to tell the truth, the whole truth, and
 7    nothing but the truth, was examined and
 8    testified as follows:
 9         EXAMINATION BY COUNSEL FOR DEFENDANT
10    BY MR. ROGERS:
11         This is the deposition of David Elliott,
12    employee for plaintiff, NIAC being taken in the
13    case of Parsi, et al V. Hassan.  Case No. 08
14    705 in the Federal District Court for the
15    District of Columbia.
16         It's being held at the Law Offices of
17    Sidley Austin, LLP, 1501 K Street, Northwest,
18    Washington, D.C. 20005.  Present in addition to
19    Mr. Elliott are myself, HL Rogers, attorney for
20    the defendant and Eric Galvez, also attorney
21    for defendant and both with Sidley Austin, LLP;
22    A.P. Pishevar, Patrick Parsa and --
```

Page 113

1    A.    No.

2          BY MR. ROGERS:

3    Q.    Has NIAC produced all of the
4  communications to and from congressional
5  members and staffers?

6    A.    We provided all communications
7  between members and staffers that are related
8  to lobbying activities.

9    Q.    What kind of E-mails then were
10 produced?  What under your definition is not
11 lobbying E-mails to a congressional staffer?

12   A.    An E-mail that says hypothetically,
13 I hope you feel better soon.

14   Q.    So personal E-mails between NIAC and
15 staffers and members?

16   A.    Yes.  That would be one example.

17   Q.    Any other category?

18   A.    It would be information -- again
19 anything that's not lobbying.

20   Q.    Give me an idea of what that would
21 be as an example besides personal?

22         MR. PARSA:  Asked and answered.

Page 174

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Okeemah S. Henderson, LSR and Notary

3  Public, the officer before whom the foregoing

4  deposition was taken, do hereby certify that

5  the foregoing transcript is a true and correct

6  record of the testimony given; that said

7  testimony was taken by me stenographically and

8  thereafter reduced to typewriting under my

9  direction and that I am neither counsel for,

10  related to, nor employed by any of the parties

11  to this case and have no interest, financial or

12  otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto set my

14  hand and affixed my notarial seal this

15  day of                , 2009.

16

17  My Commission Expires:
    February 28, 2010.
18

19
    Okeemah S. Henderson, LSR
20  NOTARY PUBLIC IN AND FOR
    THE DISTRICT OF COLUMBIA
21

22