# EXHIBIT HH

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Sent On | Start | End | Location | Subject | From | To | Organizer | Recipients | Required Attendees | Body |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Calendar | 7/24/08 5:11 PM | 7/25/08 9:16 AM | 7/24/08 5:11 PM | 7/25/08 9:30 AM | 7/25/08 10:00 AM | | Oregon Sales Force Info | Hormoz Rashidi <hrashidi@niacouncil.org> | | Hormoz Rashidi | | | |
| Michelle Moghtader and Emily Blout | Calendar | 9/18/2008 | 9/18/2008 | 9/18/2008 | 9/18/2008 | 9/18/2008 | my office | How to freakin use SF! | Trita Parsi <tparsi@niacouncil.org> | Trita Parsi 'Patrick Disney' <PDisney@niacouncil.org>; 'Emily Blout' <eblout@niacouncil.org> | Trita Parsi | 'Patrick Disney'; Emily Blout | 'Patrick Disney'; 'Emily Blout' | Need to go over how you all should enter in your meeting notes |
| Trita Parsi | Calendar | 9/18/2008 | 9/18/2008 | 9/18/2008 | 9/18/2008 | 9/18/2008 | my office | How to freakin use SF! | Patrick Disney <PDisney@niacouncil.org>; Emily Blout <eblout@niacouncil.org> | Trita Parsi <tparsi@niacouncil.org> | Trita Parsi | Patrick Disney; Emily Blout | Patrick Disney; Emily Blout | Need to go over how you all should enter in your meeting notes |
| Michelle Moghtader and Emily Blout | Calendar | 11/13/2008 | 5/27/2009 | 11/12/2008 | 11/13/2008 | 11/13/2008 | NIAC | Meet wit MM re SF | Shabnam Sahandy <ssahandy@niacouncil.org> | Shabnam Sahandy <ssahandy@niacouncil.org>; mmoghtader@niacouncil.org <mmoghtader@niacouncil.org> | Shabnam Sahandy | Shabnam Sahandy; mmoghtader@niacouncil.org | Shabnam Sahandy; mmoghtader@niacouncil.org | Wanna meet tomorrow instead? |
| Michelle Moghtaderd | Recovered | 11/13/2008 | 5/27/2009 | 11/12/2008 | 11/13/2008 | 11/13/2008 | NIAC | Meet wit MM re SF | Shabnam Sahandy <ssahandy@niacouncil.org> | Shabnam Sahandy, mmoghtader@niacouncil.org | Shabnam Sahandy | Shabnam Sahandy; mmoghtader@niacouncil.org | | Wanna meet tomorrow instead? |
| Michelle Moghtader and Emily Blout | | | | | | | | | | | | | | |

| Michelle Moghtader and Emily Blout | Calendar | 11/14/2008 | 5/27/2009 | 11/14/2008 | 11/14/2008 | NIAC | Meeting re Salesforce, NIAC website, and related issues | Shabnam Sahandy <ssahandy@niacouncil.org> | Shabnam Sahandy <ssahandy@niacouncil.org>; 'btalebi@niacouncil.org' <btalebi@niacouncil.org>; mmoghtader@niacouncil.org <mmoghtader@niacouncil.org>; 'Mohammad Shabani' <mshabani@niacouncil.org> | Shabnam Sahandy | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Hey all - I will send you guys the meeting agenda by noon. Babak - In the mean time, please read the below email I sent to Trita to refresh your memory on some of the many annoying technical problems with SF (and our own non-standardized methods of data entry) that we have to take into careful account when deciding what 'fields' to include on SF. To give you some context, the email is a response to an email TP sent me asking me to make changes to the end-of-month thank you letter we send to people who renew their memberships/make large donations. Mo already made fun of me for writing such a long and emotional email, so spare me ;) All of you - please take the time to formulate some ideas/questions we need to address at the meeting (In writing! Type it up! Save the document! I don't want to have to transcribe every word that is said at the meeting!!!!!!) |

| | Recovered | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader and Emily Blout | 11/14/2008 | 5/27/2009 | 11/14/2008 | 11/14/2008 | 11/14/2008 | NIAC | | Shabnam Sahandy <ssahandy@niacouncil.org> | Shabnam Sahandy, btalebi@niacouncil.org, mmoghtader@niacouncil.org, 'Mohammad Shabani' | Shabnam Sahandy | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Hey all - I will send you guys the meeting agenda by noon. |
| | | | | | | | | | | | | | | Babak - In the mean time, please read the below email I sent to Trita to refresh your memory on some of the many annoying technical problems with SF (and our own non-standardized methods of data entry) that we have to take into careful account when deciding what 'fields' to include on SF. To give you some context, the email is a response to an email TP sent me asking me to make changes to the end-of-month thank you letter we send to people who renew their memberships/make large donations. Mo already made fun of me for writing such a long and emotional email, so spare me ;) |
| | | | | | | | | | | | | | | All of you - please take the time to formulate some ideas/questions we need to address at the meeting (In writing! Type it up! Save the document! I don't want to have to transcribe every word that is said at the meeting!!!!!!) |
| David Elliott | Calendar | 8/10/2009 | 8/12/2009 | 8/10/2009 | 8/12/2009 | 8/12/2009 | | Meeting with Siggy | David Elliott (NIAC) <delliott@niacouncil.org> | | David Elliott (NIAC) | | | Meeting re Salesforce, NIAC website, and related issues |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| David Elliott | Calendar | 8/5/2009 | 11/17/2009 | 12/23/2009 | 8/5/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 GoToMeeting | Parters Salesforce presentation | Sean Speer <sspeer@citidc.com> | Sean Speer <sspeer@citidc.com>; Marisa Lopez <marisa@exponentpartners.com>; Kevin Cowl <kcowl@niacouncil.org>; 'David Elliott (NIAC)' <delliott@niacouncil.org> | Sean Speer | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | 1. Please join my meeting. https://www2.gotomeeting.com/join/595461419 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 215-383-1003 Access Code: 595-461-419 Audio PIN: Shown after joining the meeting Meeting ID: 595-461-419 GoToMeeting® Online Meetings Made Easy™ |
| David Elliott | Calendar | | | | 8/5/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 NIAC office CITI / Exponent GoToMeeting | Parters Salesforce presentation | Sean Speer <sspeer@citidc.com> | Sean Speer <sspeer@citidc.com>; Marisa Lopez <marisa@exponentpartners.com>; Kevin Cowl <kcowl@niacouncil.org>; 'David Elliott (NIAC)' <delliott@niacouncil.org> | Sean Speer | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | 1. Please join my meeting. https://www2.gotomeeting.com/join/595461419 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 215-383-1003 Access Code: 595-461-419 Audio PIN: Shown after joining the meeting Meeting ID: 595-461-419 GoToMeeting® Online Meetings Made Easy™ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Calendar | 8/5/2009 | 8/12/2009 | 8/5/2009 | 8/12/2009 | 8/5/2009 | 8/12/2009 | 8/12/2009 / GoToMeeting | NIAC office / Parters Salesforce presentation | CITI / Exponent | Sean Speer <sspeer@citidc.com> | Sean Speer <sspeer@c c.com>; Marisa Lopez <marisa@exponentpartners .com>; Kevin Cowl <kcowl@niacouncil.org>; 'David Elliott (NIAC)' <delliott@niacouncil.org> | Sean Speer | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | 1. Please join my meeting. https://www2.gotomeeting.com/join/595461419  2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.  Dial 215-383-1003 Access Code: 595-461-419 Audio PIN: Shown after joining the meeting  Meeting ID: 595-461-419  GoToMeeting® Online Meetings Made Easy™ |
| Kevin Cowl | Recovered | 8/5/09 1:59 PM | 8/5/09 1:59 PM | 8/5/09 1:58 PM | 8/12/09 3:30 PM | 8/12/09 5:00 PM | 8/12/09 / GoToMeeting | NIAC office / Parters Salesforce presentation | CITI / Exponent | Sean Speer <sspeer@citidc.com> | Sean Speer, Marisa Lopez, Kevin Cowl, 'David Elliott (NIAC)' | Sean Speer | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | 1. Please join my meeting. https://www2.gotomeeting.com/join/595461419  2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.  Dial 215-383-1003 Access Code: 595-461-419 Audio PIN: Shown after joining the meeting  Meeting ID: 595-461-419  GoToMeeting® Online Meetings Made Easy™ |

| Michelle Moghtader and Emily Blout | Calendar | 8/12/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 | 8/12/200 9 | NIAC office / GoToMeet ing | FW: CITI / Exponent Parters Salesforce presentation | David Elliott (NIAC) <delliott@ niacouncil. org> | Sean Speer <sspeer@citid c.com>; mmoghtader @niacouncil.o rg <mmoghtader abarmand@ni acouncil.org rg>; abarmand@ niacouncil.org v | Sean Speer | Sean Speer; mmoght ader@ni acouncil. org; abarman d@niaco uncil.org | Sean Speer; mmoght ader@ni acouncil. org; abarman d@niaco uncil.org | -----Original Appointment----- From: Sean Speer Sent: Wednesday, August 05, 2009 1:59 PM To: Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' Subject: CITI / Exponent Parters Salesforce presentation When: Wednesday, August 12, 2009 3:30 PM-5:00 PM (GMT-05:00) Eastern Time (US & Canada). Where: NIAC office / GoToMeeting

1. Please join my meeting.
https://wwww2.gotomeeting.com/join/5 95461419

2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.

Dial 215-383-1003
Access Code: 595-461-419 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader and Emily Blout | Recovered | 8/12/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 | 8/12/2009 | NIAC office / GoToMeeting | FW: CITI / Exponent Parters Salesforce presentation | David Elliott (NIAC) <delliott@niacouncil.org> | Sean Speer, mmoghtader @niacouncil.o rg, abarmand@ni acouncil.org | Sean Speer | Sean Speer; mmoght ader@ni acouncil. org; abarman d@niaco uncil.org | Sean Speer; mmoght ader@ni acouncil. org; abarman d@niaco uncil.org | -----Original Appointment-----<br>From: Sean Speer<br>Sent: Wednesday, August 05, 2009 1:59 PM<br>To: Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)'<br>Subject: CITI / Exponent Parters Salesforce presentation<br>When: Wednesday, August 12, 2009 3:30 PM-5:00 PM (GMT-05:00) Eastern Time (US & Canada).<br>Where: NIAC office / GoToMeeting<br><br>1. Please join my meeting.<br>https://wwww2.gotomeeting.com/join/5 95461419<br><br>2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.<br><br>Dial 215-383-1003<br><br>Access Code: 595-461-419 |

| David Elliott | Calendar | 12/4/2009 | 12/14/2009 | 12/4/2009 | 12/8/2009 | 12/8/2009 | Heller Consulting: NIAC Mapping Meeting | Kim Kupferman <kim@teamheller.com> | Kim Kupferman <kim@teamheller.com>; Sandi Reinardy <sandi@teamheller.com>; 'Kevin Cowl' <kcowl@niacouncil.org>; mmoghtader@niacouncil.org <mmoghtader@niacouncil.org>; delliott@niacouncil.org <delliott@niacouncil.org> | Kim Kupferman | Kim Kupferman; Sandi Reinardy; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Kim Kupferman; Sandi Reinardy; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Hi everyone, This is the next meeting for the data mapping of your current Salesforce data to Common Ground™. I'm scheduling us for a 2 hour meeting in the hope that we can get a lot of work done in one meeting. If anyone has any conflicts with this time, please let me know. Thank you. I hope you have a nice weekend. Best, Kim 1. Please join my meeting. https://www1.gotomeeting.com/join/497312152 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 914-339-0013 Access Code: 497-312-152 |

| David Elliott | Calendar | | | | | Copy: Heller Consulting: NIAC Mapping Meeting | Kim Kupferman <kim@teamheller.com> | Kim Kupferman <kim@teamheller.com>; Sandi Reinardy <sandi@teamheller.com>; 'Kevin Cowl' <kcowl@niacouncil.org>; mmoghtader@niacouncil.org <mmoghtader@niacouncil.org>; delliott@niacouncil.org <delliott@niacouncil.org> | Kim Kupferman | Kim Kupferman; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Kim Kupferman; Sandi Reinardy; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Hi everyone, This is the next meeting for the data mapping of your current Salesforce data to Common Ground™. I'm scheduling us for a 2 hour meeting in the hope that we can get a lot of work done in one meeting. If anyone has any conflicts with this time, please let me know. Thank you. I hope you have a nice weekend. Best, Kim 1. Please join my meeting. https://www1.gotomeeting.com/join/497312152 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 914-339-0013 Access Code: 497-312-152 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/4/09 6:32 PM | 12/23/09 6:14 PM | 12/4/09 6:32 PM | 12/8/09 3:00 PM | 12/8/09 5:00 PM | | | | | | |

| Kevin Cowl | Calendar | 12/7/2009 | 12/8/2009 | 12/4/2009 | 12/8/2009 | 12/8/2009 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Heller Consulting: NIAC Mapping Meeting | Kim Kupferman <kim@teamheller.com> | Kim Kupferman <kim@teamheller.com>; Sandi Reinardy <sandi@teamheller.com>; 'Kevin Cowl' <kcowl@niacouncil.org>; mmoghtader @niacouncil.org <mmoghtader@niacouncil.org>; delliott@niacouncil.org <delliott@niacouncil.org> | Kim Kupferman | Kim Kupferman an; Sandi Reinardy; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Kim Kupferman an; Sandi Reinardy; 'Kevin Cowl'; mmoghtader@niacouncil.org; delliott@niacouncil.org | Hi everyone, This is the next meeting for the data mapping of your current Salesforce data to Common Ground™. I'm scheduling us for a 2 hour meeting in the hope that we can get a lot of work done in one meeting. If anyone has any conflicts with this ttime, please let me know. Thank you. I hope you have a nice weekend. Best, Kim 1. Please join my meeting. https://www1.gotomeeting.com/join/497312152 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 914-339-0013 Access Code: 497-312-152 |

| Michelle Moghtader and Emily Blout | Calendar | 12/7/2009 | 12/8/2009 | 12/4/2009 | 12/8/2009 | 12/8/2009 | Heller Consulting: NIAC Mapping Meeting | Kim Kupferman <kim@tea mheller.co m> | Kim Kupferman <kim@teamheller.com>; Sandi Reinardy <sandi@team heller.com>; 'Kevin Cowl' <kcowl@niaco uncil.org>; mmoghtader @niacouncil.o rg <mmoghtader @niacouncil.o rg>; delliott@niaco uncil.org <delliott@niac ouncil.org> | Kim Kupferm an | Kim Kupferm an; Sandi Reinardy ; 'Kevin Cowl'; mmoght ader@ni acouncil. org; delliott@ niacounc il.org | Kim Kupferm an; Sandi Reinardy ; 'Kevin Cowl'; mmoght ader@ni acouncil. org; delliott@ niacounc il.org | Hi everyone, This is the next meeting for the data mapping of your current Salesforce data to Common Ground™. I'm scheduling us for a 2 hour meeting in the hope that we can get a lot of work done in one meeting. If anyone has any conflicts with this time, please let me know. Thank you. I hope you have a nice weekend. Best, Kim 1. Please join my meeting. https://www1.gotomeeting.com/join/497312152 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 914-339-0013 Access Code: 497-312-152 |