# EXHIBIT JJ

| | |
|---|---|
| **From:** | Trita Parsi [tparsi@jhu.edu] |
| **Sent:** | Friday, April 04, 2008 1:53 PM |
| **To:** | 'Trita Parsi'; 'Babak Talebi'; eblout@niacouncil.org |
| **Cc:** | 'Shadee Malaklou' |
| **Subject:** | Babak |
| **Attachments:** | Feinstein emails.xls |

Babak – here's the excel list with all the senders. I will try to import it into SF. In the meantime, work with the team to get the letter ready and place calls to our key people in CA and have them help us out

tp