# EXHIBIT KK

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,

        Plaintiffs,

    vs.      No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

        Defendant.

---

DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010

Reported by:
Jeremy Frank, MPM
JOB NO. 4506

Page 2

1
2                    October 29th, 2010
3                        2:14 p.m.
4
5        Deposition of PATRICK DISNEY, held at
6   the offices of Sidley Austin, LLP, 787 7th
7   Avenue, New York, New York, pursuant to Notice
8   and Agreement, before Jeremy Frank, a Notary
9   Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                             Page 3
 1

 2    A P P E A R A N C E S:

 3

 4         PISHEVAR & ASSOCIATES, P.C.

 5         Attorneys for Plaintiffs

 6              Jefferson Plaza, Suite 316

 7              600 East Jefferson Street

 8              Rockville, MD 20852

 9         BY:   ADRIAN V. NELSON, II, ESQ.

10               A.P. PISHEVAR, ESQ.

11               PATRICK PARSA, ESQ.

12

13         SIDLEY AUSTIN LLP

14         Attorneys for Defendant

15              1501 K Street, N.W.

16              Washington DC 20005

17         BY:   PETER G. JENSEN, ESQ.

18               JOSH FOUGERE, ESQ.

19

20         ALSO PRESENT:

21              AYDALINE GARCIA, videographer

22

23

24

25
```

1

2        THE VIDEOGRAPHER:  This is tape
3   number one in the videotaped deposition
4   of Patrick Disney in the matter of Trita
5   Parsi and National Iranian American
6   Council versus Daioleslam Seid Hassan  in
7   the United States District Court for the
8   District of Columbia.  This deposition is
9   being held at Sidley Austin, 787 7th
10  Avenue, New York, New York on October
11  29th, 2010 at approximately 2:14 p.m.  My
12  name is Aydaline Garcia and I'm the video
13  specialist, and the court reporter is
14  Jeremy Frank.
15       Will counsel please introduce
16  themselves beginning with the party
17  noticing this proceeding.
18       MR. JENSEN:  My name is Peter
19  Jensen, I'm counsel for the defendant
20  with the law firm of Sidley Austin.
21       MR. FOUGERE:  Josh Fougere also for
22  the defendant with Sidley Austin.
23       MR. NELSON:  Adrian Nelson with
24  Pishevar & Associates on behalf of NIAC
25  and Dr. Trita Parsi.

```
 1                      Disney
 2      Q.    Immediately after getting your
 3 bachelors degree?
 4      A.    Yes.
 5      Q.    Let's talk about your time with
 6 NIAC.
 7            When did you first begin
 8 employment with that organization?
 9      A.    I joined NIAC in May 2008.
10      Q.    When did you end your employment
11 with NIAC?
12      A.    I left in July 2010.
13      Q.    You left because your studies at
14 Yale commenced?
15      A.    Yes.
16      Q.    What positions have you held at
17 NIAC?
18      A.    Are you asking my formal job
19 titles?
20      Q.    Yes.
21      A.    Formally my job title began as
22 assistant legislative director.
23      Q.    How long did you have that title?
24      A.    There was a period in which we
25 were discussing making a change to the name
```

```
 1                  Disney
 2     finish.
 3             We can discuss this later, but as
 4     you all know when privileged conversa-
 5     tions are made in the presence of a
 6     third-party, it waives the privilege and
 7     we will leave it at that.
 8             MR. NELSON:  Until you establish
 9     the foundation for your basis that there
10     was a waiver, our position is that it is
11     privileged and I'm instructing the
12     witness not to answer.
13             MR. JENSEN:  Okay.
14        Q.   Are you familiar with a program
15  called Sales Force?
16        A.   I am.
17        Q.   What was Sales Force?
18        A.   Are you asking what NIAC used
19  Sales Force for?
20        Q.   First tell me what it is.
21        A.   I don't have a good understanding
22  what the program at large is for, but I
23  understand how NIAC used it.
24        Q.   How did NIAC use it?
25        A.   NIAC used it as a membership
```

```
 1                      Disney
 2   database, as a database of contact information
 3   for people.
 4         Q.    Who was in charge of it at NIAC?
 5         A.    I don't recall anyone being
 6   formally in charge of Sales Force.
 7         Q.    Did you use Sales Force?
 8         A.    Occasionally.
 9         Q.    Who else used Sales Force?
10         A.    Everyone from our office manager
11   to our interns used Sales Force at one time or
12   another.
13         Q.    Do you know when NIAC began using
14   Sales Force?
15         A.    I don't, I know it was prior to my
16   starting with NIAC.
17         Q.    What's the data that you inputted
18   into Sales Force, what kind of data was that?
19         A.    Generally just information about
20   individuals, names, addresses, phone numbers,
21   that sort of things.
22         Q.    How frequently did you use it?
23         A.    I didn't use it very frequently,
24   actually.
25         Q.    Did you find it to be a useful
```

Page 247

1                    Disney

2              C E R T I F I C A T E

3   STATE OF NEW YORK    )

4                        : ss.

5   COUNTY OF NEW YORK   )

6

7        I, Jeremy Frank, a Notary Public within

8   and for the State of New York, do hereby

9   certify:

10       That PATRICK DISNEY, the witness whose

11  deposition is hereinbefore set forth, was duly

12  sworn by me and that such deposition is a true

13  record of the testimony given by the witness.

14       I further certify that I am not related

15  to any of the parties to this action by blood

16  or marriage, and that I am in no way

17  interested in the outcome of this matter.

18       IN WITNESS WHEREOF, I have hereby

19  set my hand on the 1st day of November, 2010.

20

21                       _____

22                       JEREMY FRANK, MPM

23

24

25