# EXHIBIT LL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
------------------------  :
TRITA PARSI and NATIONAL  :
IRANIAN AMERICAN          :
COUNCIL,                  :
                          :
          Plaintiffs,     : CASE No.  08 CV 00705 (JDB)
                          :
vs.                       :
                          :
DAIOLESLAM SEID HASSAN,   :
                          :
          Defendant.      :
------------------------  :
```

        VIDEOTAPED
        DEPOSITION OF:   BABAK TALEBI
                         Volume I
                         Pages 1-190

        TAKEN AT:        Tampa Airport Marriott

                         Tampa International Airport

                         Tampa, Florida




        DATE & TIME:     Friday, November 12, 2010

                         8:37 a.m.




        REPORTED BY:     Linda LauBach, RPR, CLR

                         Notary Public

                         State of Florida

Page 2

1    APPEARANCES:

2         Counsel for Plaintiffs & Witness:

3              A. P. PISHEVAR, ESQUIRE
               Pishevar & Associates, P.C.
4              Jefferson Plaza, Suite 316
               600 East Jefferson Street
5              Rockville, Maryland 20852
               (301) 279-8773
6

7         Counsel for Defendant:

8              TIMOTHY E. KAPSHANDY, ESQUIRE
               Sidley Austin, LLP
9              One South Dearborn
               Chicago, Illinois 60603
10             (312) 853-7643

11

12

13   ALSO PRESENT:   Jeff Tisak, Sidley Austin
                      Rick Spector, Videographer
14

15

16

17

18             Pursuant to notice, the deposition of

19   BABAK TALEBI was taken on behalf of the Defendant

20   for discovery purposes, for use as evidence at

21   trial, or both or for such other purposes as are

22   permitted under the applicable and governing

23   rules.

24

25

```
 1                         INDEX

 2   DEPONENT:

 3   Called by the Defendant:

 4    BABAK TALEBI

 5         Direct (Kapshandy) .................  6
           Certificate of Reporter ............. 306
 6         Certificate of Oath ................. 307
           Errata .............................. 308
 7

 8
                          EXHIBITS
 9
      NO.  DESCRIPTION                       PAGE
10
       1   IIC Curriculum Vitae               25
11     2   IIC Frequently Asked Questions     25
       3   IIC Local Chapters                 26
12     4   IIC First Report of Chapters       40
       5   Vote Tally                         44
13     6   IIC Articles of Incorporation      48
       7   ISLA Vote Does Not Reflect Mood    51
14         In Congress
       8   3/2/00 Letter to President Clinton 70
15     9   Membership Rules for IIC           70
      10   Photograph                         80
16    11   AIC Website Screen Shot            82
      12   Photograph                         83
17    13   Photograph                         84
      14   NIAC Articles of Incorporation     94
18    15   CD, Demystifying Democracy        108
      16   Grassroots Action Plan            118
19    17   E-mail                            130
      18   E-mail                            138
20    19   NIAC Payroll Summary              143
      20   Babak Talebi Payments             144
21    21   Cheap Tickets Traveler Care       149
      22   Calendar Entry                    154
22    23   3/30/07 E-mail                    156
      24   4/26/07 E-mail                    158
23    25   6/1/07 E-mail                     159
      26   2/17/08 E-mail                    160
24    27   E-mail Chain                      183
      28   E-mail                            183
25    29   E-mail                            184
      30   E-mail                            184
      30   E-mail                            184
```

Page 4

```
 1                    EXHIBITS

 2   NO.  DESCRIPTION                    PAGE

 3   31   E-mail                         184
     32   E-mail                         184
 4   33   E-mail                         184
     34-A Binder of E-mails              193
 5   34-B Binder of E-mails              193
     34-C Binder of E-mails              193
 6   35   Photograph                     201
     36   Iranian.com Postings           205
 7   37   NFTC Article                   220
     38   E-mails                        237
 8   39   E-mails                        237
     40   E-mails                        254
 9   41   E-mails                        254
     42   E-mails                        254
10   43   Iranian.com Postings           272
     44   Iranian.com Postings           272
11   45   7/17/07 E-mail                 264
     46   E-mails                        274
12   47   E-mails                        276
     48   E-mails                        280
13   49   E-mails                        280
     50   E-mails                        280
14   51   E-mails                        280
     52   E-mails                        286
15   53   E-mails                        287
     54   E-mails                        289
16   55   E-mails                        292
     56   E-mails                        295
17   57   E-mails                        297
     58   E-mails                        299
18   59   E-mails                        304

19

20

21

22

23

24

25
```

```
 1                    PROCEEDINGS
 2          THE VIDEOGRAPHER:  This is tape No. 1 of
 3     the videotaped deposition of Babak Talebi in
 4     the matter of Trita Parsi and National
 5     Iranian American Council as plaintiffs
 6     versus Daioleslam Seid Hassan as defendant
 7     before the United States District Court for
 8     the District of Columbia.  The case number
 9     is 08 CV 0705.
10          This deposition is being held at the
11     Tampa Airport Marriott, Tampa International
12     Airport, Tampa, Florida 33607 on Friday
13     November 12th, 2010, at approximately 8:39
14     in the morning.
15          My name is Rick Spector from the firm of
16     Transperfect Legal Solutions, 216 East 45th
17     Street, Suite 903, New York, New York 10017.
18     The court reporter is Linda Laubach in
19     association also with Transperfect Legal
20     Solutions.
21          At this time I'll ask the counsel to
22     introduce themselves.
23          MR. KAPSHANDY:  Timothy Kapshandy,
24     Sidley Austin on behalf of the defendant.
25          MR. PISHEVAR:  A.P. Pishevar, Pishevar &
```

1     to do with making the decision to charge that to

2     the federal government?

3          A.  I did not.

4          Q.  Okay.  I want to ask you a little bit

5     about your -- are you familiar with something

6     known as Sales Force?

7          A.  Yeah, it's a -- yes.

8          Q.  And how is it that you're familiar with

9     that?

10         A.  It's a customer management software --

11    Internet software.

12         Q.  If you'd keep that with the exhibits,

13    I'd appreciate it.  Is that something that NIAC

14    used to manage its member information?

15         A.  Yes, I believe so, for most -- most of

16    the time that I remember.  But they've used

17    different software too.

18         Q.  Right.  Did they use it for more than a

19    two-week period?

20         A.  Yes.  I'm pretty sure, yeah.

21         Q.  Let me go over a few documents.  Did you

22    have any involvement -- and, like, tell us how it

23    worked.  Did you enter data into the database or

24    did interns do it or how did that work?

25         A.  I mean, it's a lot of stuff.  But, yes,

1    I had involvement with it.

2        Q.   Did you know now to use the software?

3    For example, do you have a password and log in?

4        A.   Yes, yes.

5        Q.   And if you were to log into it, what

6    would it show you?

7        A.   There's a lot -- it's a complex system.

8    There's a lot of information.  But, in essence,

9    we had our members in there as accounts.  So if

10   we had a new member -- and I think it was usually

11   the interns or the office manager that would

12   enter the new member information in there once

13   they had sent in, you know, a membership check or

14   like a -- or made a -- made a donation or

15   something.

16          So it was a way for us to keep track of

17   donations as well.  It basically -- I used it to

18   send out mass e-mails.  That was one of my main

19   uses of it.  So, like, if I wanted to mail --

20   e-mail all of our members in a particular

21   district or in a particular state, you know,

22   whether it was for voting, hey, don't forget your

23   voting deadline is such and such date in your

24   state, that kind of thing.

25       Q.   And the information was kept online.

1    You would dial in and it was kept there, but you

2    could upload information?

3         A.  Yes, I think so.

4         Q.  In fact, we'll get to some of these; but

5    I've seen e-mails where after a meeting or

6    something, somebody would say, be sure and upload

7    this information into Sales Force.  Did it have

8    to be entered independently or was it uploaded?

9    Like, could you take Excel information and upload

10   it?

11        A.  I think there were capacities like that.

12   You had, like, common delineated files and stuff;

13   but most of the time, I think it was an

14   individual member.  Like, for example, if there's

15   a phone conversation, sometimes you'd enter that

16   in.  Like I said, it was mostly to keep track of

17   member outreach and -- and I think donations from

18   the members.

19        Q.  And if they, for example, had meetings

20   with members of Congress --

21        A.  I think we included those in there.

22        Q.  Let me --

23        A.  I think we did, yeah.

24        Q.  Sure.  Thanks.  -- hand you what we'll

25   call your Deposition Exhibit 22, which is -- this

1    is an excerpt from a calendar entry that was

2    produced recently by NIAC.

3         A.   Recently --

4              (Exhibit 22 was marked for

5         identification.)

6    BY MR. KAPSHANDY:

7         Q.   And it's in Excel, and the dates relate

8    to when it was created and when the meetings

9    started and ended.  But this appears to have been

10   a calendar entry that was sent around --

11        A.   Uh-huh.

12        Q.   -- to people, including you.  And if you

13   look at the --

14        A.   Uh-huh.

15        Q.   -- very last part where there's a

16   section for comments --

17        A.   Uh-huh.

18        Q.   -- there's an extension about an e-mail

19   and discussing problems with SF, they called it,

20   and asking you to participate in the meeting

21   about Sales Force.

22        A.   Right.

23        Q.   Do you recall that meeting?

24        A.   I don't recall that specific meeting;

25   but I remember near the end of 2008, one of the

Page 155

1    things that we were discussing and tackling was

2    whether or not Sales Force was providing us the

3    kind of capacity or the kind of utility that we

4    were looking for.

5         Q.   Right.

6         A.   Because Sales Force is kind of like a --

7    used mainly by -- you know, as the name suggests,

8    by companies who have a lot of different accounts

9    and they use it for customer relation, not so

10   much for an organization for its membership.  And

11   I think eventually NIAC changed to some other --

12        Q.   Convio?

13        A.   I think they may have changed to Convio.

14   I've heard that name.  In this period, I do

15   remember that we were also updating our website.

16   And one of the things that -- I met with the

17   website company about the changes that they could

18   potentially provide us or the services they could

19   provide us and create a database from scratch

20   for us that would serve our purpose.

21             And I think at the end, we decided it

22   wasn't cost effective, so we didn't do it.  But

23   this was in relation to that kind of thing, what

24   are the things in Sales Force that are useful or

25   not useful, that we want to keep, that we don't

Page 156

1    want to, that kind of thing.  I believe that's

2    what this is relating to, that whole thing.

3         Q.  And I take it from this time period,

4    this is November of 2008, you're transitioning

5    out to --

6         A.  Exactly.

7         Q.  -- wanting to training the new people.

8         A.  Exactly.  And I think Michelle, most of

9    that, is the person that was taking over my role

10   at NIAC.

11        Q.  Let me hand you what we'll now mark --

12   you can put that aside -- Exhibit 23, which is a

13   March 30, 2007 e-mail from you to you --

14        A.  To me?

15        Q.  Kind of interesting.  Well, that's what

16   it appears to be.  Maybe you were sending it from

17   a private account to a NIAC account or one

18   account -- it looks like you have three different

19   e-mail accounts here.

20        A.  Looks like two to me, but okay.

21             (Exhibit 23 was marked for

22        identification.)

23   BY MR. KAPSHANDY:

24        Q.  Did you have two Gmail accounts or no?

25        A.  It's the same Gmail account.

Page 157

```
 1        Q.  I gotcha.  Okay.

 2        A.  I guess I must have sent this to myself

 3    on Gmail.  I don't know why.

 4        Q.  And the only thing I wanted to ask you

 5    about down here is under deliverables in April,

 6    it says, "Coordinate with Amir as he calls leads

 7    from Sales Force."  Do you see that?

 8        A.  Yeah.

 9        Q.  And I guess the question I have is, I

10    understand from --

11        A.  This is 2007.

12        Q.  Right.  This is from 2007.  So this is

13    about when you come back to NIAC; right?

14        A.  This is about the beginning of -- yeah,

15    pretty much.

16        Q.  And was NIAC using Sales Force at that

17    point in time when you came back?

18        A.  I believe it was when I first --

19        Q.  I mean, you didn't start it.

20        A.  No, no, no.  I think it -- I think it

21    got started 2000.  Because I remember seeing

22    entries from 2005/2006 period.  So I think that's

23    when it got started.

24            THE COURT REPORTER:  Try to let him

25        finish.
```

```
 1              THE DEPONENT:  Oh, sorry.  I apologize.
 2         Go ahead.
 3    BY MR. KAPSHANDY:
 4         Q.  Yeah, well, that was my question mainly,
 5    is when you came back in 2007, they were already
 6    using Sales Force for tracking this member
 7    information.  Is that your understanding?
 8         A.  I -- I believe so, yes, that's the case.
 9         Q.  What number is that?  Excuse me.
10         A.  23.
11         Q.  Yeah, that's -- you can put that aside.
12    Just to be complete, we'll mark as Exhibit 24,
13    it's an e-mail to -- from the NIAC team to Babak
14    Talebi, subject:  Your success with Sales Force
15    starts today.  I take it this relates to this
16    same service provider that -- that was providing
17    the database for you to track member information?
18         A.  Yeah.  This looks like a pretty standard
19    form letter or something, and it looks like it's
20    obviously signed by Sales Force.  So it's a Sales
21    Force form letter that goes out to, I guess, new
22    accounts maybe that got created.  So this is
23    maybe when my account got created on Sales Force.
24    I'm not sure.
25              (Exhibit 24 was marked for
```

```
 1        identification.)
 2   BY MR. KAPSHANDY:
 3        Q.  You know, maybe this will help on that.
 4   Just put that aside.  We'll mark as Exhibit 25 --
 5        A.  Okay.
 6        Q.  -- and maybe if you can confirm for this
 7   if that relates to when your account got started.
 8   Maybe it's for Sales Force; maybe it's for some
 9   other database.  But June 1, 2007 e-mail from
10   NIAC to you, new user details; and there's a user
11   name and password.  Does that relate to Sales
12   Force or something else?
13        A.  I couldn't tell you, but this looks like
14   this is from April (indicating) of 2007; whereas,
15   this is from June.  So I don't --
16            (Exhibit 25 was marked for
17        identification.)
18   BY MR. KAPSHANDY:
19        Q.  Yeah.  Did you have any other sort of
20   database or thing that you accessed for NIAC that
21   needed a password?
22        A.  No.  Our main one -- our -- our one
23   was -- we had -- yeah, actually, yeah, we had
24   Capwiz but that was just -- we used that for, you
25   know, engagement with, you know, people writing
```

 1    letters and stuff to their elected officials.

 2    That wasn't, like -- I guess it has a database on

 3    it.  But, yeah, we had Capwiz too.

 4         Q.   What was Capwiz?

 5         A.   Like I said, Capwiz is -- again, it's

 6    another one of these programs online, these

 7    Internet-based services that allows nonprofits to

 8    get their membership to send letters to members

 9    of Congress, you know, et cetera.  So it was,

10    like, one of these tools that we used for

11    grassroots activism.

12              And it had I think -- it captured the

13    e-mail and addresses, or -- and the ZIP codes of

14    people who used the system to send letters on

15    behalf -- you know, on behalf of themselves.

16         Q.   Here's another one we'll mark as Exhibit

17    26, a February 17, 2008 e-mail from you --

18         A.   Okay.

19         Q.   -- to Shamie at NIAC.

20         A.   Uh-huh.

21         Q.   And take a look at that, I won't have

22    much.

23              MR. PISHEVAR:   Thank you.

24              (Exhibit 26 was marked for

25         identification.)

Page 161

1    BY MR. KAPSHANDY:

2        Q.  And just, if you could, down towards the

3    bottom third of the page -- Shamie is apparently

4    the office manager -- says, I would also like to

5    spend some time on Monday organizing the shared

6    drive as Shadee suggested.  Shadee, I figure you

7    can sit in on some of the tutorials I will be

8    giving Pam in the morning, i.e., on Sales Force,

9    website management, et cetera.  And then we can

10   all focus on the shared drive in the afternoon.

11   Does that sound okay?

12            First of all, did I read that correctly

13   for the record?

14       A.  Sorry.  I wasn't paying attention.  I

15   was reading the rest of it.

16       Q.  Starts with "I would also like to spend

17   some time."

18       A.  Okay.

19       Q.  Now, this is in February of 2008.

20   What's your understanding of what's happening

21   here?  Are they transitioning office managers or

22   something?  I mean the e-mail appears to be from

23   you for some reason.

24       A.  What does it say,

25   staff-bounces@board.niac?  I don't -- I don't

1    know what that staff-bounces@board.niacouncil is;

2    but, yeah, it does seem like it's from me.

3    Although, at the bottom -- oh, I see.  Okay.

4    Sent from my Blackberry or Blackberry in general.

5         Q.   How did that work?  Did you have a

6    Blackberry also associated with your e-mail

7    account?

8         A.   Part of the time I was there, yes, I

9    did.  What's your question?

10        Q.   Well, first of all, do we understand

11   from this that there was a meeting with regard to

12   you and Shamie and Pam about this shared drive

13   and Sales Force?  Do you recall that?

14        A.   It seems from the e-mail that Shabnam

15   sent to the entire staff e-mail list, which is

16   everybody that was working at the time at NIAC,

17   that there -- she's trying to schedule a meeting

18   on Monday.

19             And that I -- I guess if that -- if that

20   is from me -- sorry -- which looks like it is,

21   I'm saying I'll be there at 10:00.  So I don't --

22   yeah, that seems like accurate.

23        Q.   And amongst the subjects is the shared

24   drive --

25        A.   Yeah, yeah.

1      Q.   -- and Sales Force; correct?

2      A.   Sales Force, the website management,

3   Joomla, yeah; and then I guess the shared drive,

4   yeah.

5      Q.   Now, we've talked about Sales Force.

6   What's the shared drive?

7      A.   We had, I guess -- and I'm not a

8   technical expert on this area, just like -- just

9   like the legalese.  But I think we had a proxy

10  server where one of the computers was used as the

11  conduit so everybody could go to the printer and

12  there was some documentation that we saved there.

13  I think that's -- that's what it is, the shared

14  drive.

15     Q.   Did you have a laptop or a computer or

16  what were you connected --

17     A.   I had a PC --

18     Q.   How were you connected to the network?

19     A.   I had a -- I had a desk PC.

20     Q.   When you went into NIAC's offices?

21     A.   Yes.

22     Q.   And no laptop?

23     A.   Well, I had a personal laptop at home,

24  but it was a personal laptop.  It was not a NIAC

25  laptop.

```
 1        Q.   Okay.  We'll go as long as you can.
 2             MR. KAPSHANDY:  And, reporter, how are
 3        you doing, ma'am?
 4             MR. PISHEVAR:  I haven't had breakfast.
 5             MR. KAPSHANDY:  Let me finish up this
 6        stuff, if I can, and then we'll get A.P.
 7        fed.  Okay?
 8   BY MR. KAPSHANDY:
 9        Q.   I'll just do this as a group.  Let me
10   try and speed this up by handing you a group of
11   exhibits, which we're marking 27 through 28; and
12   they all relate to Sales Force.
13        A.   Okay.
14        Q.   And you don't need to study them all.
15   I'm just going to ask you one global question, so
16   kind of flip through them.
17        A.   Okay.
18             (Exhibits 27 and 28 were marked for
19        identification.)
20             MR. PISHEVAR:  Is this all one exhibit?
21             MR. KAPSHANDY:  Pardon?
22             MR. PISHEVAR:  These are one exhibit?
23             MR. KAPSHANDY:  There's going to be
24        several, 27 through 33.
25             (Discussion off the record.)
```

1            (Exhibits 29, 30, 31, 32, and 33 were

2       marked for identification.)

3   BY MR. KAPSHANDY:

4       Q.   How many are we up to there, Mr. Talebi?

5       A.   27 to 30.  Is that what you're saying?

6       Q.   Yep.  Okay.  Let me hand you 31.

7       A.   It's a long one.

8       Q.   And the short one is 32 and 33.

9   Basically, I think what you'll see is -- and even

10  it's shaded because the highlighting came

11  through -- is there's -- in each and every one of

12  these there's a reference to Sales Force.  And

13  the only question I have for you about these

14  globally is, do these kind of reflect the use you

15  were making of Sales Force in terms of uploading

16  and tracking member information and data?

17      A.   I mean, I -- I haven't looked at every

18  single specific item in here.  It's a lot of

19  stuff; but in general, it seems like this is the

20  kind of things that we tried to do with Sales

21  Force on a regular basis.  I don't know if we

22  necessarily succeeded in every case to do it.

23      Q.   Just, if you could, turn to the last

24  one.

25      A.   Generally speaking --

Page 306

```
 1                    CERTIFICATE OF OATH

 2

 3

 4

 5

 6    STATE OF FLORIDA     :

 7                         :

 8    COUNTY OF PINELLAS   :

 9

10

11           I, the undersigned authority, do hereby
      certify that the deponent named herein BABAK
12    TALEBI appeared before me on November 12, 2010 and
      was duly sworn.
13
             WITNESS my hand and official seal this
14    23rd day of November, 2010.

15

16

17

18                    LINDA LAUBACH, RPR, CLR
                      Notary Public
19                    State of Florida
                      My Commission Expires 9/4/2013
20                    Commission No. DD 922105

21

22

23

24

25
```

| Michelle Moghtader and Emily Blout | Calendar | 11/14/2008 | 5/27/2009 | 11/14/2008 | 11/14/2008 | 11/14/2008 | NIAC | Meeting re Salesforce, NIAC website, and related issues | Shabnam Sahandy <ssahandy@niacouncil.org> | Shabnam Sahandy <ssahandy@niacouncil.org>; btalebi@niacouncil.org <btalebi@niacouncil.org>; mmoghtader@niacouncil.org <mmoghtader@niacouncil.org>; 'Mohammad Shabani' <mshabani@niacouncil.org> | Shabnam Sahandy | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Shabnam Sahandy; btalebi@niacouncil.org; mmoghtader@niacouncil.org; 'Mohammad Shabani' | Hey all - I will send you guys the meeting agenda by noon. Babak - In the mean time, please read the below email I sent to Trita to refresh your memory on some of the many annoying technical problems with SF (and our own non-standardized methods of data entry) that we have to take into careful account when deciding what 'fields' to include on SF. To give you some context, the email is a response to an email TP sent me asking me to make changes to the end-of-month thank you letter we send to people who renew their memberships/make large donations. Mo already made fun of me for writing such a long and emotional email, so spare me ;) All of you - please take the time to formulate some ideas/questions we need to address at the meeting (In writing! Type it up! Save the document! I don't want to have to transcribe every word that is said at the meeting!!!!!!) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



| | |
|---|---|
| **From:** | Babak Talebi <babaktalebi@gmail.com> |
| **Sent:** | Friday, March 30, 2007 2:48 AM (GMT) |
| **To:** | Babak Talebi <babaktalebi@gmail.com>; btalebi@niacouncil.org |
| **Subject:** | Fwd: Moving forward successfuly |

Trita,

As you know I did not go to the office today. I reviewed what needs to be done to make sure this project is a success, irrespective of the PARSA's final decision. I would appreciate your feedback on the items listed below. Let me know what is missing below, what needs to be changed, what needs to be prioritized.

Responsibilities
    Raise necessary funds – either way
    Contact all organizations - for future workshop/In-district/fundraising leads
    Remain in contact with coalition partners as directed by Leg Dir
    Coordinate Con. Meetings with Leg Dir, and Con. Offices as directed
    Assist in any NIAC campaign, project, and fundraising event
    Write/review reports and updates on every Con. Meeting ( Goal of 80-100 over 12 months)

Deliverables: April
    Contact/Update NIAC contacts on IraNexus
- Coordinate with Amir as he calls Leads from Sales Force
- Calculate resources/assets in each Con. District and rank top 20 and top 100 targets
- Establish relationships with local org. leaders

Coalition Partners
- Establish contacts as directed by Leg Dir
- Attend meetings as directed by Leg Dir

Congressional Meetings
- Attend as coordinated with Leg Dir
- Arrange for local groups in conjunction with Leg Dir
- Establish contacts as directed by Leg Dir

Fundraising
- Personal Contacts
- Organizational Contacts
- Previous NIAC donors (yes/no?)
- List of Doctors (mail/call?)
- Prepare project-specific fundraising letter/email

Communication
    Clarification of some protocol issues (not saying what does not to be said)
- Q – What kind of Advocacy
- Talking points
- Q – where do we get money; which foundations; etc



Preferred Contact with you: phone, txt, email, or face-to-face? How often? Etc.

--
-----------------------------------
"YOU have the power!"
~ Howard Dean M.D.
-----------------------------------

**From:**    Babak Talebi <babaktalebi@gmail.com>
**Sent:**    Friday, March 30, 2007 2:48 AM (GMT)
**To:**      Babak Talebi <babaktalebi@gmail.com>; btalebi@niacouncil.org
**Subject:** Fwd: Moving forward successfuly

Trita,

As you know I did not go to the office today. I reviewed what needs to be done to make sure this project is a success, irrespective of the PARSA's final decision. I would appreciate your feedback on the items listed below. Let me know what is missing below, what needs to be changed, what needs to be prioritized.

Responsibilities
    Raise necessary funds – either way
    Contact all organizations - for future workshop/In-district/fundraising leads
    Remain in contact with coalition partners as directed by Leg Dir
    Coordinate Con. Meetings with Leg Dir, and Con. Offices as directed
    Assist in any NIAC campaign, project, and fundraising event
    Write/review reports and updates on every Con. Meeting ( Goal of 80-100 over 12 months)

Deliverables: April
    Contact/Update NIAC contacts on IraNexus
- Coordinate with Amir as he calls Leads from Sales Force
- Calculate resources/assets in each Con. District and rank top 20 and top 100 targets
- Establish relationships with local org. leaders

    Coalition Partners
- Establish contacts as directed by Leg Dir
- Attend meetings as directed by Leg Dir

    Congressional Meetings
- Attend as coordinated with Leg Dir
- Arrange for local groups in conjunction with Leg Dir
- Establish contacts as directed by Leg Dir

    Fundraising
- Personal Contacts
- Organizational Contacts
- Previous NIAC donors (yes/no?)
- List of Doctors (mail/call?)
- Prepare project-specific fundraising letter/email

Communication
    Clarification of some protocol issues (not saying what does not to be said)
- Q – What kind of Advocacy
- Talking points
- Q – where do we get money; which foundations; etc



EXHIBIT u
11/12/10
23
Talebi

Preferred Contact with you: phone, txt, email, or face-to-face? How often? Etc.

--

-----------------------------------
"YOU have the power!"
~ Howard Dean M.D.
-----------------------------------

System Generated E-mail                                                    Page 1 of 1

**From:**      NIAC Team in DC <development@niacouncil.org>
**Sent:**      Thursday, April 26, 2007 9:15 PM (GMT)
**To:**        btalebi@niacouncil.org
**Subject:**   Your Success with Salesforce Starts Today



## Welcome to Salesforce!

Dear Babak Talebi,

### About Salesforce.com

Salesforce.com is the global leader in delivering on demand applications. We offer the award-winning family of on demand CRM applications and the Apex platform for extending Salesforce and building custom on demand applications. With Salesforce, customers can experience CRM success with state-of-the-art features, powerful customization, flexible integration, and global multi-language and multi-currency capabilities. To learn more, visit our website at http://www.salesforce.com.

Once again, welcome to Salesforce.

Marc Benioff
Chairman and CEO
salesforce.com
The Landmark @ One Market, Suite 300 San Francisco, CA 94105
Phone: (415) 901-7000
Fax: (415) 901-7040
http://www.salesforce.com/us/







© Copyright 2000-2007 salesforce.com, inc. | All rights reserved | Various trademarks held by their respective owners



EXHIBIT
11/12/10
24
Talebi

**From:**       National Iranian American Council - NIAC [rseshasayee@gmail.com]
**Sent:**       Friday, June 01, 2007 6:14 PM
**To:**         btalebi@niacouncil.org
**Subject:**    New User Details

Hello Babak Talebi,


You have been added as a user to NIAC - National Iranian American Council - Iranian-American
organization based in Washington, DC US by an Administrator.

This email contains your username and password to log into the http://www.niacouncil.org

Username - ▬▬▬▬
Password - ▬▬▬▬


Please do not respond to this message as it is automatically generated and is for information
purposes only



1

Re: [Staff] Monday                                                        Page 1 of 2

**From:**   staff-bounces@board.niacouncil.org on behalf of
            Babak Talebi <btalebi@niacouncil.org>
**Sent:**   Sunday, February 17, 2008 2.02 AM (GMT)
**To:**     Shamie Sahandy <ssahandy@niacouncil.org>; staff-
            bounces@board.niacouncil.org; staff@niacouncil.org
**Subject:** Re: [Staff] Monday

---

I will be in by ten am ;-).

See you all in the morning!

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Shabnam Sahandy" <ssahandy@niacouncil.org>

Date: Sat, 16 Feb 2008 18:14:12
To:<staff@niacouncil.org>
Subject: [Staff] Monday

Hi All:

I wanted to let you know that I gave the interns Monday off for Presidents day in appreciation of all the hard work they've been doing. Judging from how busy everyone was last week though, I'm guessing most of the permanent staff will be in. If you won't be in, or will only be in for a half day please let me know. Otherwise I will expect everyone in the office at 9am.

Pam (the new office manager) will be starting on Monday. I wanted her to come in on a less busy (and less crowded day) so that I would have the time to show her around and give her some tutorials on Office Manager stuff.

I would also like to spend some time on Monday organizing the shared drive as Shadee suggested. Shadee, I figure you can sit in on some of the tutorials I will be giving to Pam in the morning (Database, Salesforce, Website Management, etc) and then we can all focus on the shared drive in the afternoon. Does that sound ok?

Again, please email me if don't intend to come in for your normal hours on Monday so I can plan accordingly. Thanks.

Shabnam (Shamie) Sahandy
Office Manager
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005

Phone 202.379.1614
Cell 410.353.4352
Fax  202.386.6409

ssahandy@niacouncil.org

_____
Staff mailing list
Staff@board.niacouncil.org


EXHIBIT
11 | 12 | 10
24
Talebi

Re: [Staff] Monday

http://board.niacouncil.org/listinfo.cgi/staff-niacouncil.org

Staff mailing list
Staff@board.niacouncil.org
http://board.niacouncil.org/listinfo.cgi/staff-niacouncil.org

she just paid via paypal for the LA workshop this weekend                    Page 1 of 3

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Wednesday, ~~February 20, 2008~~ 02 PM (GMT) |
| **To:** | 'Babak Talebi' <btalebi@niacouncil.org> |
| **Subject:** | she just paid via paypal for the LA workshop this weekend |

Please reserve 2 spots for the LA workshop though

LA Workshop registrations.

Rudi Sahebi
261 N Almont Dr
Beverly Hills, CA 90211
(310) 550-0369
(310) 525-0934
rudisahebi@gmail.com

bdate 06/01/73
$15

Brandon Hechinger
261 N Almont Dr
Beverly Hills, CA 90211
(310) 550-0369
(310) 525-0934
seaprogrammer@gmail.com>

bdate 11/14/75
$30

Paypal info:

All from the address payments@ivoy.com

-----------------------------------------------------------

-----------------------------------
Payment Details
-----------------------------------



Transaction ID: 3VR43277N08634517
Item Price: $40.00 USD
Total: $40.00 USD
Order Description: Standard Membership
Item/Product Number: Standard Membership
Buyer: Voyager Info-Systems

she just paid via paypal for the LA workshop this weekend                              Page 2 of 3

---------------------------------------

Transaction ID: 22G2290318662490M
Item Price: $15.00 USD
Total: $15.00 USD
Order Description: LA Workshop - Members/Students
Item/Product Number: LA Workshop - Members/Students
Buyer: Voyager Info-Systems

---------------------------------------------

Transaction ID: 7RE05735LL134590J
Item Price: $30.00 USD
Total: $30.00 USD
Order Description. LA Workshop - Non-Members
Item/Product Number: LA Workshop - Non-Members
Buyer: Voyager Info-Systems

-----------------------------------------

Error upon NIAC Signup submit 3 times:


Fatal error  Uncaught SoapFault exception:
[sf:LOGIN_MUST_USE_SECURITY_TOKEN] LOGIN_MUST_USE_SECURITY_TOKEN:
Invalid username, password, security token; or user locked out. Are
you at a new location? When accessing Salesforce--either via a desktop
client or the API--from outside of your company's trusted networks,
you must add a security token to your password to log in. To receive a
new security token, log in to Salesforce at http://www.salesforce.com
and click Setup | My Personal Information | Reset Security Token. in
/home/.pants/niacadmin/niacouncil.org/sforce-php/soapclient/SforceBaseClient
.php:79
Stack trace: #0 [internal function]: SoapClient->__call('login',
Array) #1
/home/.pants/niacadmin/niacouncil.org/sforce-php/soapclient/SforceBaseClient
.php(79):
SoapClient->login(Array) #2
/home/.pants/niacadmin/niacouncil.org/sforce-php/sf-niacouncil/addAccounts_c
ontacts.php(32):
SforceBaseClient->login('development@nia...' 'niac2004dc') #3
/home/.pants/niacadmin/niacouncil.org/sforce-php/sf-niacouncil/addAccounts_c
onta
in
/home/.pants/niacadmin/niacouncil.org/sforce-php/soapclient/SforceBaseClient
.php
on line 79

she just paid via paypal for the LA workshop this weekend

Page 3 of 3

Page 1 of 2

**From:**    Trita Parsi <tparsi@niacouncil.org>
**Sent:**    Wednesday, March 12, 2008 9:11 PM (GMT)
**To:**      'Shadee Malaklou' <smalaklou@niacouncil.org>
**Cc:**      'Babak Talebi' <btalebi@niacouncil.org>
**Subject:** RE: Jalal Farzaneh

I think dan has his card

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax: 202 386 6409
Email  tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Shadee Malaklou [mailto:smalaklou@niacouncil.org]
**Sent:** Wednesday, March 12, 2008 5:10 PM
**To:** tparsi@niacouncil.org
**Cc:** 'Babak Talebi'
**Subject:** RE: Jalal Farzaneh



Trita,

Can you pass his business card along to Babak so he can contact them about possibly doing an event in OK?

Shadee

**From:** Shadee Malaklou [mailto:smalaklou@niacouncil.org]
**Sent:** Monday, March 10, 2008 4:58 PM
**To:** 'tparsi@niacouncil.org'
**Subject:** Jalal Farzaneh

The gentleman (and his wife) who visited today are (according to Sales Force) current members who donated $1000. Their membership expires October 2008.

Shamie says she remembers entering their checks.  Shamie says that this is the guy who donated 4 separate $250 checks last October.

He offered to send out NIAC information to his list of Iranian American contacts in Oklahoma (a list that numbers about 100 people).  He's also meeting with Senator Coburn, along with several other Iranian Americans, on March 19th at 4pm to urge against a potential war with Iran

Shamie and I are curious—in what ways should we reach out to him?

M  Shadee Malaklou
Communications Associate

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Phone:  (202) 379-1638
Cell·  (202) 386-2771
Fax:  (202) 386-6409
Email: smalaklou@niacouncil.org
Web: www.niacouncil.org

Re: Our meeting                                                    Page 1 of 6

| From: | Trita Parsi <tparsi@niacouncil.org> |
|---|---|
| Sent: | Monday, June 23, 2008 6:40 PM (GMT) |
| To: | Babak Talebi <btalebi@niacouncil.org>; Emily Blout <eblout@niacouncil.org>; 'Patrick Disney' <PDisney@niacouncil.org> |
| Subject: | Re: Our meeting |

On 1, yes

On others, let me think

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax. 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

-----Original Message-----
From: "Babak Talebi" <btalebi@niacouncil.org>

Date: Mon, 23 Jun 2008 14:25:31
To:"'Emily L Blout'" <eblout@niacouncil.org>,"'Trita Parsi'" <tparsi@niacouncil.org>,"'Patrick Disney'"
<PDisney@niacouncil.org>
Subject: RE: Our meeting

Trita -

We want to send this action alert out as an HTML template (not custom)
on SalesForce to members? Cool?

Also - about M Akbar  I want to call him and talk to him about these
ideas he emailed us about... let me know if you have specific thoughts
on this.

Bt (his numbers are a bit too hopeful)

Regards,

Babak Talebi
Director of Community Relations

------------------------------------------------
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org



"Advancing the interests of the Iranian-American Community"

-----Original Message-----
From: Emily L Blout [mailto:chlout@niacouncil.org]
Sent: Monday, June 23, 2008 2:15 PM
To 'Babak Talebi'; 'Trita Parsi'; 'Patrick Disney'
Subject: FW  Our meeting

What do you guys think?

Emily
-----Original Message-----
From: Michael V. Akbar [mailto:mvakbar@syntony-fs.com]
Sent: Monday, June 23. 2008 2.12 PM
To  'Emily L Blout'
Subject: RE  Our meeting

Of course I can come to DC  No problem.

How effective is your e-mail campaign to NIAC members?  I don't receive
them.

How about doing a phone campaign to the members asking them to take
action
on the Bill?  I will be glad to throw a little party at my place and
provide
the food for volunteers to get together and call NIAC members to take
action.  I have at least 4 land lines here and other folks could use
their
cell phones.  You get 10 person here to make 100 calls on Saturday and
we
cover 1000 NIAC members.  These calls can really reinforce action.

Even better:

We can throw another party for NIAC members to come have a good time and
make calls to their representatives.  When people are together and see
other
folks doing it (like what move on does) it is more effective and they do
it.
I have outdoor, playground, even a stream and space for baby sitting,
lots
of parking.  Can turn this into a real community thing.

Just some silly ideas

Best Regards, Michael

P.s. By the way I wend to send an e-mail but I didn't see a template
letter
It showed blank for me.

-----Original Message-----
From: Emily L Blout [mailto:eblout@niacouncil.org]
Sent: Monday, June 23, 2008 1·43 PM
To: mvakbar@syntony-fs.com
Cc: 'Patrick Disney'
Subject: RE. Our meeting

Michael,

Re: Our meeting                                                          Page 3 of 6

Would it be possible for you to come to DC for the meeting? It might
expedite the process a little bit.

In the meantime, we could really use your help to mobilize the community
against this terrible resolution S. Res. 580 / H.Con Res 369

Here is my article on the bill:
http://www.niacouncil.org/index.php?option=com_content&task=view&id_1141
&Ite
mid=2

and here is the action alert:
http://capwiz.com/niacouncil/issues/alert/?alertid=11523111

I hope to hear something from the offices soon. Thanks for your
patience.

Emily


-----Original Message-----
From: Michael V. Akbar [mailto:mvakbar@syntony-fs.com]
Sent: Monday, June 23, 2008 9:25 AM
To: eblout@niacouncil.org
Cc: 'Patrick Disney'; Trita Parsi
Subject: RE: Our meeting

Hello Everyone.

Are we still on track to reach out to the senators?  Are there other
areas I
should redirect energy to be helpful?  Look forward to hearing from you
with
your advice.

Best Regards, Michael

-----Original Message-----
From: eblout@niacouncil.org [mailto:eblout@niacouncil.org]
Sent: Tuesday, June 17, 2008 8:46 PM
To: mvakbar@syntony-fs.com
Cc: Patrick Disney
Subject: Re: Our meeting

Michael,

I've asked Patrick Disney, our Assistant Legislative Director, to follow
up
on your meeting requests for Mikulski and Cardin. I am sorry I haven't
been
as dillegent as I could be on this- its crazy over here!

I have copied Patrick on this email and he will be in touch with you
soon
about the status of your requests.

Emilly
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Michael V. Akbar" <mvakbar@syntony-fs.com>

Date: Tue, 17 Jun 2008 18:04:59
To:<senator@mikulski.senate.gov>
Subject: Our meeting

Dear Senator Mikulski,

Thank you for your e-mail.  The growing Iranian American community
particularly those in our great state of Maryland are becoming more
concerned by the day that policies of the United States vs Iran is on an
autopilot with grave consequences.

I believe that a meeting with members of our community and the insight
we
can share with you can help the Democratic members of the congress avoid
the
same traps and accusations that they collaborated with the President in
the
unjustified invasion of Iraq.

It is a source of great surprise to me that some Democrats seem to fall
lockstep in line with the Iran foreign policy of the same president
whose
every other aspect of foreign policy we Democrats oppose.  To borrow a
line
from our great leader of DNC "we can do better than that"

I look forward to hearing from your office regarding an opportunity to
meet
with you so you can hear our concerns regarding the threats we fear our
country is facing today.

Sincerely Yours,

Michael Akbar
301-365-7824


----------------
From: senator@mikulski.senate.gov [mailto:senator@mikulski.senate.gov]
Sent: Tuesday, June 17, 2008 4:58 PM
To: mvakbar@syntony-fs.com
Subject: Re: www_email



Dear Mr. Akbar:

Thank you for contacting me to express your concerns about our policy
toward
Iran. I have heard from many Marylanders on this important issue. I
appreciate your taking the time to write.

Iran remains a serious national security challenge to the United States.
This undemocratic regime provides arms and funds to terrorist groups,
including Hezbollah and Palestinian Islamic Jihad. Iran continues to
target
Israel and is a source of regional and global instability. In fact, the

U.S.
State Department says that Iran's "extensive involvement in supporting
terrorism puts it in a class by itself."

Despite resolutions from the United Nations Security Council threatening
economic and diplomatic sanctions. Iran keeps refusing to suspend its
efforts to enrich uranium, the first step in obtaining nuclear weapons.
The
International Atomic Energy Agency (IAEA) reported that Iran has not
only
ignored the UN deadline to stop its uranium enrichment program, but Iran
has
expanded its enrichment activities. I believe the Bush administration
and
the international community should continue to work diligently toward a
diplomatic solution to this crisis. We cannot permit states that support
terrorism and contribute to regional instability to obtain weapons of
mass
destruction.

The recent National Intelligence Estimate on Iran determined that Iran
is
more responsive to international sanctions and pressure than previously
believed. Strong sanctions and regular IAEA inspections can help deter
Iran's pursuit of nuclear weapons. We must continue to verify that Iran
is
not developing nuclear weapons through rigorous inspections and
counter-proliferation efforts.

That's why I am proud to be a cosponsor of Senate Resolution 580  This
legislation would strengthen our efforts to find a diplomatic response
to
the threats from Iran by:

-- calling on the President to impose new sanctions on the central bank
of
Iran and other Iranian financial institutions that support nuclear
proliferation or terrorist groups;

-- calling for sanctions on energy companies that continue to invest in
Iranian petroleum or natural gas sectors, or do business with the
Iranian
Revolutionary Guard Corps; and

-- urging the President to lead an international effort to increase
pressure
on Iran to verifiably suspend its nuclear enrichment programs.

This resolution also specifically states that none of its provisions can
be
interpreted as authorizing the use of force against Iran.

Again, thanks for sharing your concerns with me. Knowing of your views
will
be very helpful to me as the Senate continues to consider this issue
Please
let me know if I may be of assistance in the future.
Sincerely,
Barbara A. Mikulski
United States Senator

Re: Our meeting                                          Page 6 of 6

P.S. If I can be of further assistance in the future,
please visit my website at http://mikulski.senate.gov
<http://mikulski.senate.gov>
or call my Washington D.C. office at 202-224-4654

**From:** Julia Murray <jmurray@niacouncil.org>
**Sent:** Friday, ░░░░░░░░░░ :57 PM (GMT)
**To:** Pam Maeda <pmaeda@niacouncil.org>
**Cc:** Babak Talebi <btalebi@niacouncil.org>
**Subject:** Tasks this week/next week

This week
- ░░░░░░░░░░░░░░░░░░░░░░░░░ (finished)
- Article on Ansari and Maloney event (finished)
- Blog on Conference of Mayors/Iran Resolution (finished)
- Printing labels for Sara (finished)
- Mailings (finished)
- Article on Nuclear Tourists talk (finishing/editing)

Next week
- Sara's files (on-going)
- Babak's business cards (on-going)
- Facebook memo (on-going – need to reschedule meeting for after mailings)
- Article on Nuclear Tourists talk (asap)
- Compiling list of foundations who give grants (on-going)



**From:** fzareie@niacouncil.org
**Sent:** Friday, June 27, 2008 8:54 PM (GMT)
**To:** Babak Talebi <btalebi@niacouncil.org>
**Cc:** pmadea@niacouncil.org
**Subject:**

This week:
- Article on Middle East Policy Council Conference (waiting for approval)
- Mailings
- Farid and Arsalan's adventure in North East DC (done)
- More mailings
- Colorado congressional primary reminder correction (done)
- Non-member states for Babak (done)
- New Jersey workshop and seminar emails on Salesforce (done)
- blog post (almost finished)

Next week:
- Mailings
- Another blog post
- Monday noon event + article



**From:**     Trita Parsi <tparsi@niacouncil.org>
**Sent:**     Friday, July 11, 2008 6:09 PM (GMT)
**To:**       'Arsalan Barmand' <abarmand@gmail.com>; btalebi@niacouncil.org; 'Pam
              Maeda' <pmaeda@niacouncil.org>
**Subject:**  RE: Fw: Salam!

Those sneaky bastards!

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel. 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Arsalan Barmand [mailto:abarmand@gmail.com]
**Sent:** Friday, July 11, 2008 2:06 PM
**To:** btalebi@niacouncil.org; Trita Parsi; Pam Maeda
**Subject:** Re: Fw: Salam!

t, p, and b -

Nasim Sabounchi is not a member, there is no record of anyone with that name on salesforce.

i know it sounds ridiculous, but has anyone from MEK ever tried to penetrate NAIC, collect info and hit us from within?
(simply crossed my mind...)

- a

On Fri, Jul 11, 2008 at 1:50 PM, Babak Talebi <btalebi@niacouncil.org> wrote:
Can you or one of the others look to see if this woman is a member - where does she live? How much
has she donated overall so I can best tell her how she can help us

Bt

Sent via BlackBerry from T-Mobile

**From:** "Trita Parsi" <tparsi@niacouncil.org>
**Date:** Fri, 11 Jul 2008 12:49:21 -0400
**To:** <btalebi@niacouncil.org>
**CC:** 'Pam Maeda'<pmaeda@niacouncil.org>



**Subject**: FW: Salam!

---

**From:** Nasim Sabounchi [mailto:sabonchi@vt.edu]
**Sent:** Friday, July 11, 2008 12:40 PM
**To:** info@niacouncil.org
**Subject:** Salam!

Hi,

I wanted to volunteer for the NIAcouncil. I tried several times, each time it went wrong.

Nasim