# EXHIBIT MM

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :
IRANIAN AMERICAN COUNCIL          :
    Plaintiffs                    :
    V.                            :   Civil No.:
DAIOLESLAM SEID HASSAN,           :   08 CV 00705 (JDB)
    Defendant                     :   Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

    Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
                                                              Page 2
 1    APPEARANCES:

 2


 3    PISHEVAR & ASSOCIATES, PC
      BY:  ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11         ERIC GALVEZ, ESQUIRE
      One South Dearborn
12    Chicago, IL  60603
      (312) 853-7643
13    (312) 835-7036 (Fax)
      E-mail:  Tkapshandy@sidley.com
14             Jfougere@sidley.com
               Megalvez@sidley.com
15    Representing the Defendant

16    ALSO PRESENT:

17         Daioleslam Seid Hassan, Defendant
           Jeff Tisak, Legal Assistant
18         Mia Marbury, Videographer

19

20

21

22
```

Page 8

```
 1                    P R O C E E D I N G S
 2                 *     *     *     *     *
 3                     DR. TRITA PARSI
 4    was recalled for further examination by counsel and,
 5    after having been duly sworn by the Notary, was
 6    examined and testified as follows:
 7            EXAMINATION BY COUNSEL FOR DEFENDANT
 8            BY MR. KAPSHANDY:
 9       Q.    Good morning, Mr. Parsi.  How are you?
10       A.    Good morning.  How are you?
11       Q.    Just fine, thanks.  You understand, as the
12    reporter has just sworn you in this morning, that
13    you're still under oath and the same rules as
14    yesterday apply?
15       A.    I do.
16       Q.    And I appreciate your answering verbally,
17    and we'll both try not to talk over each other again
18    today.  That's sometimes hard for her.
19            But we do have a video today -- you may
20    have noticed -- and that may help with the record,
21    but, again, if you could just -- and I will, too --
22    try and honor the same rules as yesterday, I'd
```

1   privileged.

2      Q.   Okay.  Thank you.  What do you know about
3   Salesforce?  How long has NIAC used it and for what?
4      A.   Salesforce is an online database and it's
5   something that NIAC -- online database that primarily
6   is used for membership database purposes by
7   nonprofits, but I know other organizations use it to
8   -- for -- as a sales software for them to keep track
9   of their inventories and things of that nature.
10     Q.   How long did NIAC use Salesforce?
11     A.   We used it primarily, if not almost
12  exclusively, to be able to keep track on members and
13  donations, and we used it -- I don't know what the
14  exact period -- but for a few years, we used it as
15  the database in which we kept our membership
16  information.
17     Q.   Starting in about 2006?
18     A.   That I don't know.  I believe it's
19  probably earlier.
20     Q.   And when did they stop using Salesforce
21  database or transfer it to some other sort of vendor
22  database?

1      A.     Well, sometime in 2008, there was a
2   decision to go and invest in a new software with the
3   hope that it would integrate our databases because
4   there was one for membership, but then we also had a
5   mailing list, and these were not the same.
6             And this created a lot of extra activity,
7   which was very, very annoying and time consuming, and
8   there was a period in which we were searching for
9   various types of options to be able to look into
10  that.
11            I don't remember exactly when the company
12  that we decided to go with was picked, nor do I
13  remember exactly when the data was transferred.
14            I do know that this was a gradual project,
15  I believe, in the sense that we shifted over to a
16  different database, I believe, before we ended up
17  using the new website that we have, so these things
18  did not occur exactly at the same time.
19     Q.     Well, does late 2009, early 2010 sound
20  about when you migrated it to this new product, as
21  you're calling it?
22     A.     I'm sorry.  You're right.  This

```
 1   conversation was held in late 2009, and our new
 2   website was launched sometime this year.  That's
 3   correct.
 4        Q.    And the new product is called Convio,
 5   right?
 6        A.    The new service is -- that's the
 7   difference.  This is an integrated system, so it's
 8   not just the database, but it also is the website and
 9   the mailing list.  And that's part of what we were
10   attracted about so that we would not have it in
11   different places.
12        Q.    It's called Convio?
13        A.    The company or the service is called
14   Convio.
15        Q.    You're currently -- C-O-N-V-I-O, correct?
16        A.    Correct.
17        Q.    And you're currently using that?
18        A     Correct.
19        Q.    And as I understand, the consultant you
20   hired was called Heller Consulting, correct?
21        A.    Incorrect.
22        Q.    Who was the consultant that did the
```

1   transfer?

2        A.   It is not us who hired the consultant, to
3   the best of my understanding.  I was not deeply
4   involved in this process, but my understanding is
5   that when you go to Convio, they give you a basket
6   service, but they may use subcontractors.

7        Q.   And that subcontractor was called Heller
8   Consulting, was it not?

9        A.   Heller Consulting was one of the
10  subcontractors that I believe they used.  I do not
11  believe that it was us.  I mean, I don't even know
12  who they are.  I don't believe it was us finding
13  them.  I think it was Convio.

14       Q.   And is it not a fact that what Heller
15  Consulting did is overlaid another product, the
16  Convio product, on top of the Salesforce database and
17  integrated it into these other products that you're
18  talking about, and, in fact, the Salesforce database
19  is still in use in the background?

20       A.   That is not entirely correct, to the best
21  of my understanding.

22       Q.   Okay.  Let me ask it this way:  Was the

1   data migrated from the Salesforce database or is
2   Salesforce still using or possessing or maintaining
3   the data that you've been populating that with since
4   back to 2006 or even earlier?
5           MR. NELSON:  30(b)(6) objection.
6           MR. PISHEVAR:  Technical questions for a
7   lay witness.
8           BY MR. KAPSHANDY:
9       Q.  Go ahead and answer, if you can.
10      A.  I'm not aware exactly what they did.  I
11  have an understanding, I believe, of what it was that
12  happened.  My understanding is that Heller -- my
13  understanding is that the only reason Heller was
14  involved was exactly because of transferring data.
15      Q.  You believe it was transferred from
16  Salesforce to Convio --
17      A.  Migrating I think is the term that they
18  use -- not entirely.
19          Again, I'm not an expert on this, so I'm
20  trying to give you the best of my understanding, and
21  that is that Heller's job was to migrate the data
22  from one account in Salesforce to what I understand

1   is a combination of two accounts.
2           One, I think is called KOM and one is
3   called Common Ground, and they can be very confusing.
4   Common Ground, if I'm not mistaken, is built on a
5   Salesforce solution, but it's a different account and
6   they had to migrate the whole thing, if I'm not
7   mistaken.
8       Q.   And your understanding is that the data
9   was migrated from Salesforce and it's no longer
10  there?
11      A.   No.  My understanding is that the account
12  that we were using for Salesforce is no longer there.
13      Q.   But the data is still there?  The Common
14  Ground product goes on top of the Salesforce data and
15  integrates it into the other Convio application,
16  correct?
17          MR. PISHEVAR:  Asked and answered.  Same
18  objection, also.
19          THE WITNESS:  My understanding is that
20  when Heller transferred or migrated the information
21  that we had in our Salesforce account to this new
22  solution -- that was a combination of two databases

Page 315

1  that were supposed to communicate with each other,
2  which, incidentally, they don't do as well as we had
3  hoped for -- that goes from one account into another
4  account.
5          My understanding is also that we checked
6  to see because there was a request that for a brief
7  period of time we had thought of the idea of using
8  notes that exist in Salesforce, which I assume is
9  because of the way that the sales companies use it,
10 to be able to have a contact and every time they have
11 a contact with that person put a note on whatever the
12 conversation was.
13         We thought that that was maybe a good idea
14 to utilize.  It ended up not being something that we
15 did for a long period of time at all, for various
16 reasons, and last time I checked to see if that data
17 was still there, we could not find it.
18         And I believe we contacted Heller, if not
19 Convio, to be able to see why wasn't that data
20 migrated because they were supposed to migrate the
21 whole thing.
22         MR. KAPSHANDY:  Let me hand you what we'll

Page 316

1    mark as your Deposition Exhibit 100, which is a
2    member --
3               (Exhibit Number 100 was marked for
4    identification and was retained by counsel.)
5               THE WITNESS:  It's 5:00.
6               BY MR. KAPSHANDY:
7         Q.    Can I please have five more minutes and
8    finish a couple of things?
9         A.    Sure.
10        Q.    Let me ask this in a very simple manner.
11   Are you saying that data that was in Salesforce at
12   some time in 2009 before it was migrated has somehow
13   been lost?
14        A.    No.
15        Q.    Good.  That's all I have.
16        A.    I'm saying that notes to contact in
17   Salesforce which were kept for a brief period of time
18   were not migrated, to the best of my understanding,
19   from one Salesforce account to the other.
20              And I believe we have been in contact
21   either with Convio or with Heller to understand why
22   that wasn't the case.  I was not the person who was

Page 328

1                       CERTIFICATE

2           I hereby certify that the witness was duly

3    sworn by me and that the deposition is a true record

4    of the testimony given by the witness.

5

6           _____

7                 Sherry L. Brooks, Court Reporter

8

9    (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22