# EXHIBIT NN

| | |
|---|---|
| **From:** | Shervin Boloorian <sboloorian@niacouncil.org> |
| **Sent:** | Thursday, July 13, 2006 5:30 PM (GMT) |
| **To:** | 'Trita Parsi' <tparsi@niacouncil.org> |
| **Subject:** | Meeting Minutes |

---

*These are the minutes for the last few meetings we have participated in.  I have not logged the notes from the meeting with Lee Hamilton.  Shahrzad, will you log these into salesforce?*

*Thanks,*

*Shervin*

*John Lettieri, Sen Chuck Hagel's office Friday, July 7th, 2006 (3 other partners attended)*
*Hagel and Lugar were the only ones voting against ILSA last time it was reauthorized.  The criticism is that it has never been used or cited to punish those doing business with Iran—19 or 20 cases were reviewed and waived by both Clinton and Bush.  According to John, the threat of US action in the area has prevented US-Iran engagement.  The US is not capable of fighting another war but on the same token, members do not want to be perceived as weak in the face of a serious threat.  Engaging Iran directly is supported by Hagel who believes that basic areas of common interest exist.  Talking means we can remain tough and secure our interests.  S333 appears to have good cover, it has gained 61 cosponsors already.  Hagel supports maintaining the president's latitude, he praised Bush's patient approach and thinks that a good response from Iran seems likely. If no cooperation with Iran is established then there will be trouble. The North Korea Test fire is already stirring things up. He did not offer to take the letter we wrote asking for a clean extension of ILSA and adopting it as a dear colleague to Senate Banking members. Hagel prefers a wait and see approach right now. John reiterated Hagel's support for academic exchanges, humanitarian exchanges and other confidence building approaches.  He suggested that we ask Biden about the dear colleague and Chris Dodd.  He asked that I send him an email to try and get a meeting with Dodd's person to see if he or others have contacts there.*

*Debriefing Meeting  with WAND, Network, and Win without War*
*It was noted that Wyden voted against the Santorum amendment and then changed his vote in the affirmative.*
*We asked the question, what would happen if ILSA died?  We acknowledged that follow up was needed with several offices.  Carper, Reed, Sarbanes, Shelby.  House members should also be approached including Leach and Blumenauer. There is a camp democracy event on July 28, 2006.*

*Meeting with Tom and Carly at Fenton Communications on July 7th*
*Tom talked about a possible public event with several members and General Hoar ( a 4 star)*

*may be Lee Hamilton too.*

*The Lee Hamilton breakfast has been set up for Tuesday July 11. Jones, Moran, Gilchrest, Paul, and may be Leach will attend as well as Tom, Ira and Carly.*

*Trita expressed concern about the Nonproliferation community's response to the current situation. The community wants concessions to Russia to prevent Iran's nuclear program's development and bring them on the US side. Further isolation of Iran by trying to coax Russia into our corner will not help the situation because Iran is not going to quit its program. By putting more pressure on Iran, the military option is being forced. Iran is claiming technological apartheid and is pressing ahead already-- allowing for a limited program rather than a zero enrichment policy helps us prevent a clandestine program in which we have no control or oversight over Iran's activities.*

*Tom wants to contribute through conversations, opeds, strategy sessions, and developing relations with key press writers. He noted that we can bump the issue up to a news story by making it an editorial issue. We need to expand the reach of those we reach out to, frame the message and choreograph a strategy. Trita noted that he is working with Gareth and has received some funding to help the cause.*

*Tom said that there is a need for compiling a list of analysis points and then coming up with a political and media strategy for each one. His org can provide rapid response when there is breaking news and can execute in a timely manner.*

*Trita predicted that the Iranians would want to buy time and that they view the proposal as 60 to 70 percent positive. The Iranians realize they cannot push too hard on the russians and the Chinese so they will provide a nondefinitive response and keep the issue open and alive. They will argue that there is too much ambiguity when it comes to the proposals offered and will want clarification over enrichment parameters, particularly questions about a timeline for Iran to be allowed to proceed with a civilian uranium enrichment program. They will not say yes or no. They will want indications that the Bush administration will put regime change on the back burner. Rice keeps referring to Iran as the "regime" not the "government" indicating a lack of recognition of the Islamic Republic.*

*Trita suggested the citing of Ronald Reagan's quote recognizing the Iranian regime during the Iran-contra affair.*

*Al Garesche of Elizabeth Dole's office July 7, 2006 (2 other partners attended)*
*Wasn't giving anything away. Al is the LD yet he claimed to not have a clear idea of Dole's position on Iran. This seemed very strange. He said that even though Dole voted for the Santorum amendment to the Defense authorization bill, she is likely to support the President and the Chair of the committee. He noted that Dole tried to engage Iran in 2004 after the Bam*

*earthquake and was refused a meeting.  Again he reiterated that he had no clue about Dole's position on the reauthorization of ILSA.*

*July 11, 2006 Sen. Evan Bayh's Banking Subcommittee and intelligence staff, Todd Rosenblum (2 other partners attended)*
*Todd stated that it was in Shelby's hands whatever happens with ILSA and that this week there will be framed an answer to the ILSA question.  He guessed that there was not enough political capital to pass anything but a short term extension of ILSA.  From Bayh's perspective, that was not desirable.  He criticized Santorum for failing to push through S. 333 after its gaining of 61 cosponsors.  He called Santorum ineffective and saw it as a tactical and management failure.  He thought it was likely that we would see a yearlong renewal now and a revisiting of the debate in the future.  He thought that Santorum had been embarrassed by the failure of his amendment on the floor and that he won't try again to push s. 333 through under the current climate.*

*He did not have confidence that Iran could be convinced to drop its program and that Iran was dragging its feet improperly.  He noted that no military option existed.  Bayh strongly supports civil society partnerships and Bayh sits on the board of NED.  He stated that Bayh was not supportive of regime change.  He said that he was aware of the questionable impact of sanctions, he noted that new sanctions were configured to target leadership since old ones were not yielding results and that gathering international partners was a key consideration to get Iran to change its behavior.  He wants travel restrictions on Iranian leaders, foreign bank pressures, and freezing of Iran's participation in international events.  India and European countries are still investing in Iran and he did not think it was worth the cost of allowing Iran to produce fissile materials.  he criticized the Administration for being 5 years late in developing  policy on Iran.*

Shervin Boloorian
Legislative Director
National Iranian American Council (c/o OAI)
2801 M Street, NW
Washington, DC 20007
Tel. (202) 719 8071
Dir: (202) 719-8076
Fax: (202) 719-8097
Web: www.niacouncil.org
Reply to: sboloorian@niacouncil.org

# PARSA Foundation Funding Utilization
## (Internal Use Only)

The following is an outline of the actions that will need to be taken to both achieve the deliverables required of NIAC by the Parsa Foundation grant as well as forwarding NIAC's goal of "Capacity Building" as outlined by NIAC's purpose. In order to achieve these goals, the Director of Community Relations (DCR) must first strengthen the foundational resources NIAC possesses to pursue these aims.

The first section (Initial Resources) outlines actions that need to be taken during the month of August of 2007 to build the foundational structure for the rest of NIAC's efforts starting in the fall. These initial steps will require the DCR to devote approximately 20 hours per week to these tasks. This will free up the rest of the time to be devoted to NIAC's legislative agenda until a full-time Legislative Director can be hired.

The second section (Deliverables) delineates the specific requirements of the Parsa Foundation grant that must be met within the twelve month period. A strategy has been outlined to achieve each of the quantifiable deliverables within a nine month span (September 2007 to May 2008). The goal is to leave a one month buffer to complete any delayed tasks as well as to produce the final report for Parsa (June 2008).

The third and last section outline concurrent objectives to be achieved by the DCR alongside those outlined in the Parsa grant. These include organizing, training, and overseeing in-district meetings to be held by local NIAC members and their elected officials. These will be coordinated with the Legislative Director and pursued in conjunction with wider advocacy goals spearheaded by the organization.

## Initial Resources:

### Updating IraNexus

The IraNexus database of 238 organizations of which 58 are participants must first be updated to accurately reflect the status of each organization, their capacity for local community interaction, and their desire and ability to work in concert with NIAC on broader national civic engagement goals. This process will require regular communication via mail, email, and phone with the local organizations and is a pre-requisite for all further NIAC endeavors. In order to achieve full utility out of this database, step one below must be taken in August 2007, and steps 2-5 must occur through June 2008

1) Establishing contact with the local organizations in the targeted districts where NIAC workshops are to be held
2) Creation of a new survey with relevant data points to be updated on SalesForce.
3) Creation of a standardized packet for each organization outlining localized IranCensus information, information regarding State and Federal elected

official; updated local voter registration requirements (dates, laws, forms); contact information for local media outlets (local papers, local TV stations, Persian media); Grant possibilities for local groups

4) Standardized process for updating organizational information with leadership turnover.

5) Regular contact and/or communication with IraNexus organizations via a monthly newsletter or other similar vehicle providing local groups with updates, grant information, voter registration drives, or other NIAC initiated campaigns.

## Volunteer Coordination System

NIAC currently has no standardized system to utilize, monitor, and encourage volunteers. One of the first tasks necessary for the fulfillment of all the deliverables required by Parsa as well as to achieve the NIACs goals in its capacity building efforts will be to create a volunteer-system that requires minimal time-commitment from NIAC's office staff.

The key element that is particularly relevant to this project will be the first set of volunteers under step one: Voter Registration coordinators. Their tasks, training, and compensation will be covered in a separate section.

1) Outline of 4 key areas of volunteerism with NIAC.
   a. Volunteers to be trained and spearhead NIAC's voter registration campaign
   b. Volunteers who will commit to writing one letter to the editor each month
   c. Volunteers who will organize local NIAC members for one in-district meeting per quarter
   d. Volunteers who will commit to speaking with Iranian-Americans in their local community to sign up new members.
2) Create/Update Volunteer webpage
3) Link local volunteers, NIAC members, and organizations for most effective outreach

## State Voter Registration Information

Voter registration is one of the key elements of the Parsa grant. In order for NIAC to effectively achieve the goals outlined in the grant, we must first have a complete understanding of state-by-state registration guidelines, deadlines, and options. Our registration efforts will utilize local organizations and volunteers as the main vehicle for outreach so comprehensive utilization of the IraNexus database.

Most of this information will already be available via other websites and other organizations – our office will find the most comprehensive sites and find a standard fashion in which to point individuals and organizations to their relevant state information.

## Deliverables:

Within the 12 month period partially funded by Parsa, a number of deliverables must be completed. Several other deliverables such as the "46 editions of the Weekly Capitol Hill eNewsletter" which will be completed independent of the DCR have not been included in this list. The deliverables under the direct purview of the DCR are listed below and a strategy to tackle each has been outlined.

- 10+ workshops (Demystifying Democracy)
- 20+ published LTEs
- Minimum 10 organizational partners for VR
- 15+ articles in Persian regarding VR efforts
- 20+ weekly messages sent via email to NIAC mailing list
- 2 Reports due in January 2008 and June 2008

### Workshops

NIAC has had extensive experience with organizing these workshops in the past and the same template can be used for future workshops. The targeted communities must have an IraNexus linked organization willing to co-sponsor the workshop. These should be organized at a rate of about one every three weeks starting in September and ending in May of 2008.

The workshops will be conducted as before with several additional aspects.
- There will be a concerted effort at identifying 2-3 individuals within each locale that can serve as local NIAC's VR coordinators.
- Each workshop will have a goal of producing 2-3 LTEs as a direct result of the workshop (20+ total LTEs)
- Each workshop will have a goal of producing 1-2 meetings with local, state, or federal elected officials

The workshops will serve as the main vehicle for NIAC's community outreach and will be geared towards producing sustained activism rather than simply being informational seminars.

### Persian Articles

NIAC has been tasked to produce 15 articles regarding civic engagement and voter registration to be published in Farsi-language publications. This aspect of the deliverables required by Parsa can be achieved over the timeframe of the grant. Research time will need to be devoted to several subject matters:
- Current participation levels of the Iranian American community in the electoral process
- The relative importance of the Iranian-American vote in locales where IAs have been elected or have run for office
- More generic subjects such as the importance of voting in primary elections

- Explanatory piece detailing aspects of the American electoral system such as the Electoral College, the nominating conventions, and outlining differences in Senatorial and House of Representative elections
- Persuasive articles geared towards convincing Iranian-Americans to volunteer to be poll-watchers, to volunteer for the political parties, and to volunteer directly for campaigns of their choice

15 articles must be produced to be published in English and then translated and published in Farsi. This process will require expert translation services which may or may not be available from NIAC's staff.  We may be able to identify previously published articles that have not yet been translated to reduce the number of new articles that need to be produced.

**Voter Registration**

The Voter Registration portion of the grant requires NIAC to provide a sustained effort and does not have definitive quantitative goals for number of registrations.  Though this provides the DCR some flexibility in achieving the goals by passing the burden of the physical registration to local volunteers, activists, and organizations, it does require the DCR to be in constant and sustained contact with a multitude of individuals over the entire twelve month span of the project.

NIAC's efforts should be concentrated on researching all the relevant information required for legally compliant voter registration drives and efficient dissemination of that information to an identified activist public to engage in the actual registrations. NIAC has also been tasked with dispersing up to $10,000 of the grant money to local organizations for this effort.

How money is distributed.

How voter registration training occurs

| From: | Babak Talebi <babaktalebi@gmail.com> |
|---|---|
| Sent: | Friday, March 30, 2007 2:48 AM (GMT) |
| To: | Babak Talebi <babaktalebi@gmail.com>; btalebi@niacouncil.org |
| Subject: | Fwd: Moving forward successfuly |

Trita,

As you know I did not go to the office today. I reviewed what needs to be done to make sure this project is a success, irrespective of the PARSA's final decision. I would appreciate your feedback on the items listed below. Let me know what is missing below, what needs to be changed, what needs to be prioritized.

Responsibilities
    Raise necessary funds – either way
    Contact all organizations - for future workshop/In-district/fundraising leads
    Remain in contact with coalition partners as directed by Leg Dir
    Coordinate Con. Meetings with Leg Dir, and Con. Offices as directed
    Assist in any NIAC campaign, project, and fundraising event
    Write/review reports and updates on every Con. Meeting ( Goal of 80-100 over 12 months)

Deliverables: April
    Contact/Update NIAC contacts on IraNexus
- Coordinate with Amir as he calls Leads from Sales Force
- Calculate resources/assets in each Con. District and rank top 20 and top 100 targets
- Establish relationships with local org. leaders

    Coalition Partners
- Establish contacts as directed by Leg Dir
- Attend meetings as directed by Leg Dir

    Congressional Meetings
- Attend as coordinated with Leg Dir
- Arrange for local groups in conjunction with Leg Dir
- Establish contacts as directed by Leg Dir

    Fundraising
- Personal Contacts
- Organizational Contacts
- Previous NIAC donors (yes/no?)
- List of Doctors (mail/call?)
- Prepare project-specific fundraising letter/email

Communication
    Clarification of some protocol issues (not saying what does not to be said)
- Q – What kind of Advocacy
- Talking points
- Q – where do we get money; which foundations; etc

Preferred Contact with you: phone, txt, cmail, or face-to-face? How often? Etc.

--
----------------------------------
"YOU have the power!"
~ Howard Dean M.D.
----------------------------------

# Agenda for Staff Meeting
*(Monday, December 3)*

I. **Announcements**
   a. Shamie's schedule for the week


II. **E-bulletin**
   a. Articles for Weekly newsletter
   b. Events to cover this week
      i. MONDAY 7:00 – 8:30pm Young Professionals In Foreign Policy The U.S. and Iran at the End of the Bush Presidency Speakers: Danielle Pletka 1150 17th St. NW Coverage: **Shamie**
      ii. TUESDAY 12:00-1:00 pm Wilson Center, United States vs. Iran: Another Cold War. Speakers: Ray Takeyh. See website for RSVP Coverage: **Rod**
      iii. TUESDAY 9:30 – 11:00 am Arms Control Association (Press Briefing) Iran's Nuc. Program and Diplomatic Options to Contain It. 1111 19th St. NW 12th Floor. RSVP to Peter Crail (202) 863-8270 x102 or peter@armscontrol.org. Speakers: David Albright, Dr. Hans-Peter Hinrichsen, Joseph Cirincione, Daryl Kimball. Coverage : **Johnny**
      iv. TUESDAY 7-8 pm Win Without War National Town Hall Meeting: Why Congress Must Prevent a US attack on Iran. Jack Morton Auditorium GW 21st and H St. NW webcast live at www.standupcongress.org Speakers: Lawrence Wilkerson, Lt. General (USA, Ret.) Robert Gard. **Coverage ?**
      v. THURSDAY MEI and Israel Policy Forum. Postscript on Annapolis: an Israeli Perspective. Speaker: MK Ephraim Sneh. MEI Boardman Room  1761 N Street NW. rsvp@mideasti.org Coverage: **Shamie**
      vi. THURSDAY 12-1:30pm Center for National Policy Iran in the Crosshairs. Speakers: Gary Sick and Michael Jacobson. 1 Mass Ave 3rd floor suite 333. RSVP http://www.cnponline.org/index.php?tg=articles&idx=More&topics=35&article=411. **Coverage?**
      vii. THURSDAY 6:00- 8:30 pm IABA 2008 Congressional Legislative Update (How legislation in the 100th congress impacts the Iranian and Iranian American Community) and Networking reception. Venable LLP  575 7th Street. Contact Robert Babayi (202) 344-4045. Presenters: Trita Parsi and Mercedes Salem, RSVP by COB Tuesday to Amie Ahanchian aahanchian@kpmg.com. **Coverage?**

III.  **Ongoing Tasks**

    a.  Office Move
        i.  New Fax machine – Shamie (list of options by COB Wednesday)
       ii.  Check mail at 2801 M

    b.  Blog

        i.  Blog – 3 posts up
       ii.  What we need
           1.  Sara: post on how we chose events to cover, post on upcoming events in December (weekly), one post later in the week about the types of ppl who attend these events.
           2.  Emily: Intro post about what you cover and who you talk to (mon or tue), post on sheer number of Iran legislation (later in week)
           3.  Babak: post about Senate races .

IV.  **Other**

    a.  Palo Alto Fundraiser 12/1/07
        i.  Send flowers to host committee
       ii.  Enter donations in SF
      iii.  Send thank you letters to all

    b.  Citi Fundraiser 10/26 and Seattle Fundraiser

        i.  Send thank you letters for Citi/Seattle by COB Monday (Shamie/Sara)

    d.  Tasks for Interns
           1.  Help Shamie with Palo Alto follow up
           2.  30-40 new membership entries
           3.  Enter Emily's meetings and notes into Salesforce
           4.  Enter Emily's contacts into Salesforce and Outlook via excel.
           5.  Returned packaged mailings
           6.  Update legislation on website with summaries (Johnny)

    e.  Action Alert for democracy funding.

    f.  Update staff info on website.

**Flynt Leverett**

**From:** NIAC [niacnews@niacouncil.org]
**Sent:** Wednesday, January 09, 2008 5:29 PM
**To:** Flynt Leverett
**Subject:** Exciting Job Opportunities with NIAC

 **National Iranian American Council**

## JOB OPPORTUNITIES

NIAC is currently intensifying its efforts to establish a strong Iranian American voice in Washington and will therefore require a significant expansion of its staff. We are immediately hiring a Communications Associate, a Legislative Associate, and a new Office Manager.

Candidates for these positions should be able to demonstrate high motivation, broad but relevant knowledge, and desire to serve the Iranian American community through a superb academic record and impressive professional/volunteer experience. The positions below are all available immediately and we encourage applicants to submit their materials as quickly as possible.

### Communications Associate
The Position

The National Iranian American Council, a DC-based advocacy organization working to protect the interests of the Iranian American community, is seeking a highly motivated professional to manage activities related to communications. The Communications Associate will handle all aspects of the organization's communication needs from media relations (with both English and Persian media outlets) to the development of content and collateral material to support the organization's policy efforts to day-to-day management of the organization's website.

The Communications Associate will also be responsible for managing specific media and outreach campaigns as well as other communications and branding efforts specifically designed to increase the organization's visibility both within the advocacy community and the general public.

Qualifications

Excellent project management and organizational skills
Excellent writing and editing skills
Strong understanding of and experience in traditional and new media
Media relations experience including developing pitch materials and conducting outreach to print, broadcast and online media; Existing relationships with key foreign policy reporters a plus
Understanding of U.S. media environment; specific understanding of Iran related issues coverage a plus
Experience managing the day-to-day upkeep of a user friendly interactive website; Basic understanding of HTML also a plus
Interest in U.S. policy issues surrounding US-Iran relations, civil rights, immigration, and other areas relevant to the Iranian American community
Bachelor's degree in communications, journalism or other related field desirable
Minimum 2 years working in communications capacity and successfully developing and executing communications plans
Knowledge of Persian is a plus

This position also requires an individual who is creative, has the ability to synthesize complex technical issues into language that is accessible to external audiences and the general public, is

proactive and has excellent problem solving skills.

Responsibilities

Media Relations
- Conduct media outreach and respond to media requests in a timely manner
- Proactively identify opportunities to leverage organization and messaging in coverage;Assist in shaping story ideas and suggest appropriate sources that advance story or concept
- Identify news that require reactive response from the organization
- Assist in the development of media plans in conjunction with the organization's policy efforts
- Manage organization's media list and other external listservs
- Oversee daily media monitoring and update protocol as needed

Material Development
- Draft message points, press releases, pitch letters and other collateral for outreach to media including op-eds, letters to the editor, etc.
- Draft ongoing web content for organization's new website, including content for blogs or social networking sites, as appropriate.
- Contribute to write-up, editing and distribution of NIAC's weekly newsletter

Strategic Planning
- Assist in development of external communications plan for next funding cycle, including inclusion of new media initiatives
- Develop timelines and budgets to support overall communications objectives and plans

Website Management
- Working closely with an outside vendor, assist in the development and maintenance of new website
- Serve as day-to-day manager of new website

Compensation

High 30s – Low 40s commensurate with experience. NIAC provides health benefits.

To apply:

Please email resume, cover letter, writing sample, and the names and phone numbers of two references (professional or academic) to the attention of: Shabnam Sahandy, ssahandy@niacouncil.org.


## Legislative Associate
### Background on NIAC

NIAC is a non-partisan, non-profit advocacy organization dedicated to promoting Iranian-American participation in American civic life. Since early 2006, NIAC has played a prominent role on Capitol Hill educating lawmakers about the need for a diplomatic resolution to the US-Iran stand-off.

The Position

The Legislative Associate will assist the Legislative Director by continuously and intently monitoring legislative affairs, cultivating working relationships with Congressional staffers and interest groups, and educating and advocating on behalf of the Iranian-American community. He/she will engage the Iranian-American community in the process through legislative news and analyses, action alerts and campaigns, and other political engagement activities. Primary focus will be on the need for a diplomatic solution to the US-Iran stand-off, immigration and civil rights issues. NIAC organizes regular staff briefings, Congressional Breakfasts and larger conferences on Capitol Hill with regard to issues important to the Iranian-American community.

Role in the Organization

The Legislative Associate will be a part of NIAC Legislative team, reporting to the Legislative Director and helping to direct the work of the research associates.

Qualifications

The applicant chosen should have:
One year successful performance in policy analysis and legislative staff functions.
Work experience on Capitol Hill preferred.
Academic preparation in government, political science, policy formulation or a related field.
Ability to interact in a positive manner with board, staff, volunteers and members of NIAC, current and
potential individual donors, institutional donors such as foundations, and the general public.
Ability to present the organization in the best possible light, effectively conveying its unique mission
and record of accomplishment.
Experience in non-profit organizations is desirable, and knowledge of the Persian language and/or
knowledge of the Iranian-American community in the United States is a plus.

Compensation

Low to high 30's, commensurate with experience. NIAC provides health benefits.

To apply:

Please email resume, cover letter, writing sample, and the names and phone numbers of two
references (professional or academic) to the attention of: Shabnam Sahandy,
ssahandy@niacouncil.org.


## Office Manager
The Position

The National Iranian American Council, a DC-based advocacy organization working to protect the
interests of the Iranian American community, is seeking a highly motivated professional to manage an
office with approximately 7 permanent staff and 4 interns. The Office Manager will handle all aspects
of the organization's administrative needs from managing the membership database to coordinating
the activities of offices interns. The Office Manager will be expected to use creativity and problem
solving skills to maintain a highly efficient and organized office environment.

The Office Manager will also be responsible for providing some administrative assistance to the
organization's President, Legislative Director, Director of Community Relations and its
Communications Associate. This will require him/her to draft correspondence, answer phones, and
provide assistance on a wide variety of projects relating to advocacy, media outreach, and capacity
building. It will also require him/her to keep abreast of all the organization's major projects, and help
promote its core mission.


The Office Manager will serve as the "face of the organization" to our membership and as such must
always maintain a pleasant and professional demeanor. Applicants should be able to demonstrate
through their experience and references that they take a proactive approach to work and are "self-
starters."

Qualifications

Excellent organizational and project management skills
Excellent time management skills
Attention to detail
Strong people skills and ability to work well in a fast paced environment
Ability to work effectively with limited resources
Minimum 2 years experience as an administrative assistant and minimum 1 year experience in a
management position
Interest in U.S. policy issues surrounding US-Iran relations, civil rights, immigration, and other areas
relevant to the Iranian American community
Expertise in Microsoft Word, Excel, Outlook and proficiency in Power Point
Ability to navigate user-friendly website management technology (Joomla)
Bachelors or Associate Degree required
Proficiency in spoken Persian a plus

Responsibilities

5/14/2009

General Administrative Duties
- Organizing weekly staff meetings
- Answering phones and managing NIAC public e-mail account
- Ordering supplies and making decisions on investing in office hardware
- Organizing mass mailings to NIAC membership

Accounting
- Managing office income (membership payments, donations, grants, fundraiser revenue) and expenditures (supplies, publications, event planning costs, etc) through organization database (Sales Force) and through meticulous documentation of transactions
- Working with NIAC accountant to manage monthly payroll
- Paying bills and coordinating office health insurance policy and other office insurance policies

Membership Management
- Maintaining up-to-date membership information and member contact information on database
- Answering member inquiries (made via phone or e-mail) in a timely fashion
- Sending monthly "thank you" packages/emails to all new members and large donors

Intern Management
- Recruiting, interviewing, and hiring new interns for Spring, Summer, and Fall terms
- Organizing intern schedules and introducing them to the culture of the organization
- Assigning interns to cover congressional hearings and policy briefings at local organizations

Website/Newsletter Management
- Editing content of NIAC's e-mail news bulletin (sent to approximately 25,000 individuals on a weekly basis) in conjunction with other office staff
- Ensuring all pieces are received by weekly deadline and are free of typographic and grammatical errors
- Uploading pieces to the site and crafting the HTML e-mail to be sent to NIAC's mailing list (with user-friendly software)

Compensation

High 20s – Low 30s commensurate with experience. NIAC provides health benefits.

To apply:

Please email resume, cover letter, writing sample, and the names and phone numbers of two references (professional or academic) to the attention of: Shabnam Sahandy, ssahandy@niacouncil.org.

National Iranian American Council
1411 K Street NW, Suite 600
Washington DC, 20005

Support NIAC! Become a Member Today!

Unsubscribe | Update Profile | Confirm                              Delivered by TOPICA.

5/14/2009

Re: [Staff] Monday                                                          Page 1 of 2

| | |
|---|---|
| **From:** | staff-bounces@board.niacouncil.org on behalf of Babak Talebi <btalebi@niacouncil.org> |
| **Sent:** | Sunday, February 17, 2008 12.02 AM (GMT) |
| **To:** | Shamie Sahandy <ssahandy@niacouncil.org>; staff-bounces@board.niacouncil.org; staff@niacouncil.org |
| **Subject:** | Re: [Staff] Monday |

---

I will be in by ten am ;-).

See you all in the morning!

Sent via BlackBerry from T-Mobile

-----Original Message-----
From. "Shabnam Sahandy" <ssahandy@niacouncil.org>

Date: Sat, 16 Feb 2008 18:14:12
To:<staff@niacouncil.org>
Subject: [Staff] Monday

Hi All:

I wanted to let you know that I gave the interns Monday off for Presidents day in appreciation of all the hard work they've been doing. Judging from how busy everyone was last week though, I'm guessing most of the permanent staff will be in. If you won't be in, or will only be in for a half day please let me know. Otherwise I will expect everyone in the office at 9am.

Pam (the new office manager) will be starting on Monday. I wanted her to come in on a less busy (and less crowded day) so that I would have the time to show her around and give her some tutorials on Office Manager stuff.

I would also like to spend some time on Monday organizing the shared drive as Shadee suggested. Shadee, I figure you can sit in on some of the tutorials I will be giving to Pam in the morning (ie: on Salesforce, Website Management, etc) and then we can all focus on the shared drive in the afternoon. Does that sound ok?

Again, please email me if don't intend to come in for your normal hours on Monday so I can plan accordingly. Thanks.

Shabnam (Shamie) Sahandy
Office Manager
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005

Phone 202.379.1614
Cell 410.353.4352
Fax 202.386.6409

ssahandy@niacouncil.org

---

Staff mailing list
Staff@board.niacouncil.org

Re: [Staff] Monday                                             Page 2 of 2

http://board.niacouncil.org/listinfo.cgi/staff-niacouncil.org

Staff mailing list
Staff@board.niacouncil.org
http://board.niacouncil.org/listinfo.cgi/staff-niacouncil.org

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Monday, June 23, 2008 6:40 PM (GMT) |
| **To:** | Babak Talebi <btalebi@niacouncil.org>; Emily Blout <eblout@niacouncil.org>; 'Patrick Disney' <PDisney@niacouncil.org> |
| **Subject:** | Re: Our meeting |

On 1, yes

On others, let me think

Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel: 202 386 6325
Fax. 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

-----Original Message-----
From: "Babak Talebi" <btalebi@niacouncil.org>

Date: Mon, 23 Jun 2008 14:25:31
To:'"Emily L Blout"' <eblout@niacouncil.org>,'"Trita Parsi"' <tparsi@niacouncil.org>,'"Patrick Disney"'
<PDisney@niacouncil.org>
Subject: RE: Our meeting

Trita -

We want to send this action alert out as an HTML template (not custom)
on Sales Force to members. Cool?

Also - about M Akbar  I want to call him and talk to him about these
ideas he emailed us about... let me know if you have specific thoughts
on this.

Bt (his numbers are a bit too hopeful)

Regards,

Babak Talebi
Director of Community Relations

--------------------------------------------
(202) 460-5680 Cell
(202) 386-6319 Direct
(202) 386-6409 Fax

National Iranian American Council
1411 K St. Suite 600
Washington, DC 20005
Web: www.niacouncil.org

"Advancing the interests of the Iranian-American Community"

-----Original Message-----
From: Emily L Blout [mailto:eblout@niacouncil.org]
Sent: Monday, June 23, 2008 2:15 PM
To: 'Babak Talebi'; 'Trita Parsi'; 'Patrick Disney'
Subject: FW: Our meeting

What do you guys think?

Emily
-----Original Message-----
From: Michael V. Akbar [mailto:mvakbar@syntony-fs.com]
Sent: Monday, June 23, 2008 2:12 PM
To: 'Emily L Blout'
Subject: RE: Our meeting

Of course I can come to DC. No problem.

How effective is your e-mail campaign to NIAC members? I don't receive
them.

How about doing a phone campaign to the members asking them to take
action
on the Bill? I will be glad to throw a little party at my place and
provide
the food for volunteers to get together and call NIAC members to take
action. I have at least 4 land lines here and other folks could use
their
cell phones. You get 10 person here to make 100 calls on Saturday and
we
cover 1000 NIAC members. These calls can really reinforce action.

Even better:

We can throw another party for NIAC members to come have a good time and
make calls to their representatives. When people are together and see
other
folks doing it (like what move on does) it is more effective and they do
it.
I have outdoor, playground, even a stream and space for baby sitting,
lots
of parking. Can turn this into a real community thing.

Just some silly ideas

Best Regards, Michael

P.s. By the way I wend to send an e-mail but I didn't see a template
letter
It showed blank for me.

-----Original Message-----
From: Emily L Blout [mailto:eblout@niacouncil.org]
Sent: Monday, June 23, 2008 1:43 PM
To: mvakbar@syntony-fs.com
Cc: 'Patrick Disney'
Subject: RE: Our meeting

Michael,

Would it be possible for you to come to DC for the meeting? It might
expedite the process a little bit.

In the meantime, we could really use your help to mobilize the community
against this terrible resolution S. Res. 580 / H.Con Res 369

Here is my article on the bill:
http://www.niacouncil.org/index.php?option=com_content&task=view&id_1141
&Ite
mid=2

and here is the action alert:
http://capwiz.com/niacouncil/issues/alert/?alertid=11523111

I hope to hear something from the offices soon. Thanks for your
patience.

Emily


-----Original Message-----
From: Michael V. Akbar [mailto:mvakbar@syntony-fs.com]
Sent: Monday, June 23, 2008 9:25 AM
To: eblout@niacouncil.org
Cc: 'Patrick Disney'; Trita Parsi
Subject: RE: Our meeting

Hello Everyone.

Are we still on track to reach out to the senators?  Are there other
areas I
should redirect energy to be helpful?  Look forward to hearing from you
with
your advice.

Best Regards, Michael

-----Original Message-----
From: eblout@niacouncil.org [mailto:eblout@niacouncil.org]
Sent: Tuesday, June 17, 2008 8:46 PM
To: mvakbar@syntony-fs.com
Cc: Patrick Disney
Subject: Re: Our meeting

Michael,

I've asked Patrick Disney, our Assistant Legislative Director, to follow
up
on your meeting requests for Mikulski and Cardin. I am sorry I haven't
been
as dillegent as I could be on this- its crazy over here!

I have copied Patrick on this email and he will be in touch with you
soon
about the status of your requests.

Emilly
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Michael V. Akbar" <mvakbar@syntony-fs.com>

Date: Tue, 17 Jun 2008 18:04:59
To:<senator@mikulski.senate.gov>
Subject: Our meeting


Dear Senator Mikulski,

Thank you for your e-mail. The growing Iranian American community
particularly those in our great state of Maryland are becoming more
concerned by the day that policies of the United States vs Iran is on an
autopilot with grave consequences.

I believe that a meeting with members of our community and the insight
we
can share with you can help the Democratic members of the congress avoid
the
same traps and accusations that they collaborated with the President in
the
unjustified invasion of Iraq.

It is a source of great surprise to me that some Democrats seem to fall
lockstep in line with the Iran foreign policy of the same president
whose
every other aspect of foreign policy we Democrats oppose. To borrow a
line
from our great leader of DNC "we can do better than that"

I look forward to hearing from your office regarding an opportunity to
meet
with you so you can hear our concerns regarding the threats we fear our
country is facing today.

Sincerely Yours,

Michael Akbar
301-365-7824



----------------
 From: senator@mikulski.senate.gov [mailto:senator@mikulski.senate.gov]
Sent: Tuesday, June 17, 2008 4:58 PM
To: mvakbar@syntony-fs.com
Subject: Re: www_email



Dear Mr. Akbar:

Thank you for contacting me to express your concerns about our policy
toward
Iran. I have heard from many Marylanders on this important issue. I
appreciate your taking the time to write.

Iran remains a serious national security challenge to the United States.
This undemocratic regime provides arms and funds to terrorist groups,
including Hezbollah and Palestinian Islamic Jihad. Iran continues to
target
Israel and is a source of regional and global instability. In fact, the

U.S.
State Department says that Iran's "extensive involvement in supporting
terrorism puts it in a class by itself."

Despite resolutions from the United Nations Security Council threatening
economic and diplomatic sanctions, Iran keeps refusing to suspend its
efforts to enrich uranium, the first step in obtaining nuclear weapons.
The
International Atomic Energy Agency (IAEA) reported that Iran has not
only
ignored the UN deadline to stop its uranium enrichment program, but Iran
has
expanded its enrichment activities. I believe the Bush administration
and
the international community should continue to work diligently toward a
diplomatic solution to this crisis. We cannot permit states that support
terrorism and contribute to regional instability to obtain weapons of
mass
destruction.

The recent National Intelligence Estimate on Iran determined that Iran
is
more responsive to international sanctions and pressure than previously
believed. Strong sanctions and regular IAEA inspections can help deter
Iran's pursuit of nuclear weapons. We must continue to verify that Iran
is
not developing nuclear weapons through rigorous inspections and
counter-proliferation efforts.

That's why I am proud to be a cosponsor of Senate Resolution 580. This
legislation would strengthen our efforts to find a diplomatic response
to
the threats from Iran by:

-- calling on the President to impose new sanctions on the central bank
of
Iran and other Iranian financial institutions that support nuclear
proliferation or terrorist groups;

-- calling for sanctions on energy companies that continue to invest in
Iranian petroleum or natural gas sectors, or do business with the
Iranian
Revolutionary Guard Corps; and

-- urging the President to lead an international effort to increase
pressure
on Iran to verifiably suspend its nuclear enrichment programs.

This resolution also specifically states that none of its provisions can
be
interpreted as authorizing the use of force against Iran.

Again, thanks for sharing your concerns with me. Knowing of your views
will
be very helpful to me as the Senate continues to consider this issue.
Please
let me know if I may be of assistance in the future.
Sincerely,
Barbara A. Mikulski
United States Senator

Re: Our meeting                                                          Page 6 of 6

P.S. If I can be of further assistance in the future,
please visit my website at http://mikulski.senate.gov
<http://mikulski.senate.gov>
or call my Washington D.C. office at 202-224-4654

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Friday, July 11, 2008 6:09 PM (GMT) |
| **To:** | 'Arsalan Barmand' <abarmand@gmail.com>; btalebi@niacouncil.org; 'Pam Maeda' <pmaeda@niacouncil.org> |
| **Subject:** | RE: Fw: Salam! |

Those sneaky bastards!


Sincerely,
Trita Parsi, PhD
President

National Iranian American Council
1411 K ST Ste 600
Washington DC 20005

Tel. 202 386 6325
Fax: 202 386 6409
Email: tparsi@niacouncil.org
web: www.niacouncil.org

**From:** Arsalan Barmand [mailto:abarmand@gmail.com]
**Sent:** Friday, July 11, 2008 2:06 PM
**To:** btalebi@niacouncil.org; Trita Parsi; Pam Maeda
**Subject:** Re: Fw: Salam!

t, p, and b -

Nasim Sabounchi is not a member, there is no record of anyone with that name on salesforce.

i know it sounds ridiculous, but has anyone from MEK ever tried to penetrate NAIC, collect info and hit us from within? (simply crossed my mind...)

- a


On Fri, Jul 11, 2008 at 1:50 PM, Babak Talebi <btalebi@niacouncil.org> wrote:
Can you or one of the others look to see if this woman is a member - where does she live? How much has she donated overall so I can best tell her how she can help us

Bt

Sent via BlackBerry from T-Mobile

---

**From** "Trita Parsi" <tparsi@niacouncil.org>
**Date**: Fri, 11 Jul 2008 12:49:21 -0400
**To**: <btalebi@niacouncil.org>
**CC** 'Pam Maeda'<pmaeda@niacouncil.org>

**Subject**: FW: Salam!

---

**From:** Nasim Sabounchi [mailto:sabonchi@vt.edu]
**Sent:** Friday, July 11, 2008 12:40 PM
**To:** info@niacouncil.org
**Subject:** Salam!

Hi,

I wanted to volunteer for the NIAcouncil. I tried several times, each time it went wrong.

Nasim

8/22/2008

# DEVELOPMENT

**PROBLEM**

No organization can achieve its objectives without proper sustainable funding efforts. In NIAC's situation, funding comes from two sources – Iranian-American donations and grant proposals – and through three different avenues – membership, grants, and fundraisers. In all avenues, NIAC must significantly increase its efficiency and scale in order to effectively execute its goals of developing a research branch, expanding its grassroots program, and increasing its legislative and policy education capacity.

**SOLUTION**

This expanded development must consist of an expansion of our fundraising events, the development of a robust member outreach through phone canvassing, quarterly newsletters, mail, and email, as well as the hiring of a director of development.

**Fundraising**

Without expanding our fundraising program, NIAC cannot evolve into a self-sustaining organization with involved and active members. We must expand our fundraising events, for both the monetary benefits and the opportunities these events will provide NIAC to expand throughout the country. The expansion of our fundraising program will consist of six major fundraisers per year in first-tier Iranian-American areas (Bay Area, Orange County, L.A., Atlanta, NY, DC, Seattle, & Chicago,) and six smaller events in second- and third-tier locations per year. Possible locations for smaller fundraisers include Boston, San Diego, Madison, Dallas, Houston, Austin, Philadelphia, Denver, Portland, Seattle, Miami, Tampa Bay, Phoenix, Minneapolis, Baltimore, Kansas City, and St. Louis. The major fundraisers will be in areas where NIAC already has a very active membership, and through these events NIAC will ensure that those active communities remain engaged and feel appreciated for their generosity and support. The smaller fundraising events are in areas with tremendous potential for NIAC to grow within the community, and will give NIAC an opportunity to find potential leaders and supporters throughout the Iranian-American community The expansion of our fundraising program will require expanding the capacity of our grassroots division in new areas to identify potential new members, volunteers, and local sponsors, and will ensure these new communities and leaders remain active and engaged in NIAC's mission.

The six major fundraisers will require 160 hours from NIAC staff per event for a total of 960 hours. Each major fundraiser will also require $15,000 in added expenses for entertainment, food, travel, etc. Each of the six smaller fundraisers will require 100 hours from NIAC staff per event for a total of 600 hours. Each of the smaller fundraisers will also require $5,000 in added expenses for entertainment, food, travel, etc. There are 1560 total man-hours needed to execute the 12 fundraisers, requiring one additional staff member. The total expenses for the 12 fundraisers will be $120,000. The revenue from the 6 major fundraisers will be $100,000 each. The revenue from the smaller fundraisers will be $30,000 each. **(Total cost $120,000 & 1560 hours) (The total revenue of the 12 fundraisers will be $780,000)**

**Membership Outreach**

The member outreach program is essential to NIAC's development and expansion of our grassroots: it provides daily member updates and opportunities to ensure our base of 20-50,000 members are engaged and up-to-date with what their organization is doing.  It will also increase our capital by ensuring that every member that can contribute (money and/or time) is being contacted  The member updates not only provide our members with 'the scoop' on what their organization is doing, but also allows us to educate and motivate our base around issues they can take an active role in, which will aide the Community and Development Director in cultivating and nurturing community leaders. Through this system NIAC will be able to consistently speak to our members and have the capacity to rapidly mobilize our grassroots in case of emergencies, or to lobby their members of Congress on important legislation. To execute this we must establish phone, email, and direct mail outreach programs, as well as a quarterly newsletter.

PHONE

The most efficient way of mobilizing and engaging with our members is through a phone outreach program.  All major nonprofits have this and NIAC cannot be an exception. The phone outreach campaign will require two staffers manning the phones six days a week (Sunday - Friday) for four hours a day (5-9pm on weekdays & 2-5pm on Sundays). These staffers will be trained on how to follow the member update script, answer any questions, and properly ask for contributions. The phone outreach is the most effective way of rapidly mobilizing our members and ensuring they are properly pressuring their Representatives, and will raise an estimated amount of $338,000 with our current membership ({1200 members x $240/year= $288,000}+{ 1000 former members x $50/year=$50,000}=$338,000), and $2,400,000 in two years (10,000 members in 2yrs x $240/year= $2,400,000). The phone outreach will require 2400 hours of staff hours. If we hire educated college students and pay them $12 per hour, the phone outreach plan would cost $28,800 a year in staff wages.

EMAIL

The email outreach will consist of the weekly NIAC newsletter and the NIAC Action Alerts, which will be geared towards informing our members of what is happening with NIAC and in the Iranian-American community, and announcing opportunities to help NIAC financially and through volunteering. We also will send email updates to members who are approaching their membership expiration date.  Email outreach will aide in sustaining continued contact with our members and ensure that the community is well-informed of NIAC's events and opportunities.

WEB OUTREACH

In order for NIAC to expand its membership base and ensure timely membership renewals, we must provide our members with something they cannot get from other sources.  Web technology can effectively be used to provide such services to select groups such as NIAC members. NIAC has unique insights into behind-the-scenes developments in Washington DC that are rarely if ever reported in the news. The web provides an effective tool to provide such inside information to NIAC's members by creating membership protected pages. This will create a strong added incentive for Iranian American to join NIAC as full paying members. The new website will enable members to create their own profiles, with custom made login id's and passwords. The system will automatically notify members of their

expired membership and limit their access to information less they renew. This will not only increase the attractiveness of membership, but also lessen the lag time between membership expiration and renewal dates. The membership protected pages will also enable NIAC to increase the high-tech information exchange between NIAC and its members (such as weekly webcasts of messages from NIAC staff), as well as member-to-member communication.

NIAC's website will also registered with news search engines, increasing our traffic and thus increasing our email list. Using our expanded email outreach is how we convert the non-members that use the NIAC website and receive our weekly newsletter, into paying members of NIAC.

QUARTERLY NEWSLETTER

In order for our members to feel that their NIAC membership is providing them with tangible benefits, NIAC must develop a quarterly newsletter. This newsletter would provide insights only available through NIAC's resources and research capacity. The quarterly newsletter will be important in keeping the members engaged and informed, and will be only available to our members — ensuring they feel respected, rewarded, and part of a community. The newsletter would publish articles from the NIAC think tank, and its production would require a new, robust research branch. The cost to print and ship copies for 15,000 members would be about $22,500 ($1.50 per copy) and the production cost for the newsletter would be $1,500.  The total for each issue of the new letter would be $24,000, making the yearly required budget for the quarterly newsletter to be $96,000.

DIRECT MAIL

For NIAC's membership to know the great work we are doing on their behalf, NIAC's direct mail program must be expanded.  This would consist of continuing our yearly member updates and sending our conference reports to our higher-level members, as well as notices of opportunities for our members to become more active with NIAC, in their communities, and with their government. The cost of our expanded direct mail program for an estimated 20,000 members is about $10,000 per year ({$0.30/update x 20,000=$6000} + {$1/conference report x 2 reports/year x 2000 higher level members=$4000} =$10,000).

There will also be a need for an additional NIAC staff member to serve as an outreach/membership manager to supervise the phone outreach six days a week, which would require 1200 NIAC staff hours. The membership manager and their support staff will follow up with members and keep them engaged by drafting quarterly newsletters (100 hours per news letter= 400 hours/year), weekly email updates geared towards each region, special event notices, and direct mailings (20 hours a week= 1000 hours/ year) as well as ensuring that the proper information is being collected and recorded on Salesforce (10 hours a week= 500 hours/year) totaling an additional 1900 NIAC staff hours. The total number of hours for the expansion of NIAC's outreach team, including a supervisor and support staff, would be 3100 hours per year. The total cost of expanding our outreach program is $131,800 per year with a

potential gain of $2,400,000. **(Total cost $131,800 and 3100 hours per year) (Total Revenue from Outreach will be $2.4 million)**

**Director of Development**
In order for NIAC to fulfill its potential for growth and revenue building, NIAC needs to identify and establish relationships with major donors throughout the United States. In order to do this, NIAC requires a new position of Director of Development who would solicit major donations in approximately 25 cities throughout the country. In order for NIAC to rise to the next level of development it is crucial to hire a director of development with a proven track record of successful, high-level nonprofit development. In order to attract highly qualified candidates, NIAC will need to offer a salary of $200K per year. The Director of Development will also require an additional $50,000 for travel expenses. **(Total cost $250,000 per year)**

**Total Cost for Development Program**
The total cost for expanding the development program is $501,800 per year in expenses and 4,660 in man hours per year (2-3 NIAC staffers). The potential benefits from the expansion of our development program are $3,180,000 ($2,400,000 from outreach + 780,000 from fundraisers) in addition to our yearly funding, and a more engaged Iranian-American community.

Page 1 of 1

**From:**      Michelle Moghtader <mmoghtader@niacouncil.org>
**Sent:**      Wednesday, March 11, 2009 2:02 PM (GMT)
**To:**        'sara.shokravi@gmail.com'
**Subject:**   Filner Meeting

Sara,

I contacted Ali Golchin about a meeting with Filner. He's the team leader, right? I guess we don't have many members there. Ramin Moshiri and Hamid Mani are all I could find in Salesforce. Have you spoken to these people? Are they any good? Basically, can you fill me in on this? Thanks!

*Regards,*

*Michelle Moghtader*
*Director of Community Outreach*
------------------------------------------------------
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*202 386 6319*
*"Advancing the interests of the Iranian American community"*

| | |
|---|---|
| **From:** | Sara Shokravi <sshokravi@niacouncil.org> |
| **Sent:** | Monday, December 8, 2008 10:09 PM (GMT) |
| **To:** | 'Emily L Blout' <eblout@niacouncil.org>; 'Trita Parsi, PhD' <tparsi@niacouncil.org> |
| **Cc:** | 'Patrick Disney' <PDisney@niacouncil.org>, 'Michelle Moghtader' <mmoghtader@niacouncil.org> |
| **Subject:** | RE: Meeting with FILNER to counterbalance MEK |

Actually, according to salesforce, there's only one member. I'll work on it and see if I can recruit any new members.

Regards,

*Sara Shokravi*

West Coast Director
National Iranian American Council
650-284-6609
sshokravi@niacouncil.org
www.niacouncil.org

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, December 08, 2008 2:00 PM
**To:** 'Trita Parsi, PhD'; 'Sara Shokravi'
**Cc:** 'Patrick Disney'; 'Michelle Moghtader'
**Subject:** RE: Meeting with FILNER to counterbalance MEK

I agree. We would absolutely NOT do a meeting on the issue of the MKO, nor do I think it is wise to bring it up at all unless asked. Instead we would a regular introductory meeting and work to develop a relationship with the staff/congressman- thereby demonstrating that there are IA's other than the MKO.

---
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Trita Parsi, PhD [mailto:tparsi@niacouncil.org]
**Sent:** Monday, December 08, 2008 4:31 PM
**To:** 'Emily L Blout'; 'Sara Shokravi'
**Cc:** 'Patrick Disney'; 'Michelle Moghtader'
**Subject:** RE: Meeting with FILNER to counterbalance MEK

Are we sure we've only have two members there? Sounds strange to me.
Remember, we cant do meeting JUST to address MKO. We can meet to talk about our view of US-Iran relations and in that context briefly address the MKO – if Filner brings it up

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, December 08, 2008 12:13 PM
**To:** 'Trita Parsi, PhD'; Sara Shokravi
**Cc:** 'Patrick Disney'; 'Michelle Moghtader'
**Subject:** Meeting with FILNER to counterbalance MEK

Guys please see the email from Filner's staffer below. Sara: we only have two constituent/members in his district (CA-51). Is it possible to get around this? Can we start putting together a meeting for January/Feb?
Let me know how we can help.
Emily
---
*Emily Blout*

*Legislative Director*
*National Iranian American Council*
*1411 K Street NW, Suite 600*
*Washington, DC 20005*
*main: 202 386 6325*
*cell: 202 290 8309*

**From:** Maharaj, Shane [mailto:Shane.Maharaj@mail.house.gov]
**Sent:** Monday, December 08, 2008 12:08 PM
**To:** Emily L Blout
**Subject:** RE: Meeting with NIAC

Emily,

That sounds great! I wasn't able to tell you more on the phone but I really wanted to request a meeting because my boss, as you may know, is supportive of the MEK, which to be honest, I cannot stand for a number of reasons. After you meet with me, I want to be able to get NIAC members to meet with him sometime next year to hopefully serve as a counter balance to what the MEK and the so-called National Coalition of Pro-Democracy Advocates. Thanks and look forward to meet with you on Friday.

---

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, December 08, 2008 12:03 PM
**To:** Maharaj, Shane
**Subject:** Meeting with NIAC

Shane

I look forward to meeting with you this Friday at 1:00 pm. See you soon!

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"