# EXHIBIT PP

**From:** Jensen, Peter
**Sent:** Friday, August 20, 2010 4:11 PM
**To:** Patrick Parsa; Kapshandy, Timothy E.
**Cc:** Adrian Nelson; Afshin Pishevar; Rogers, HL
**Subject:** RE: Forensic Imaging -- Non-Disclosure Agreement

Patrick –

As you know, this was a concern raised by PwC, not by us. They asked about the irregularity; namely, that all of the other laptops they imaged had a login with the individual's last name, except this one. Our concern that we did not have Dr. Parsi's actual computer(s) was heightened by your initial failure to give us a straight answer in response to the question about whether this was his desktop computer. You initially responded several times to that direct question by stating, "This is the computer with Dr. Parsi's Outlook calendar entries on it, which is what we were ordered by the Court to produce." Our confusion and frustration was further heightened by your failure to provide me with a direct answer about whether Dr. Parsi used a laptop. Your line of refrain was that the order only required you to provide a computer with the Outlook calendar entries on it, and you had done that.

When I pointed out that Judge Bates' order actually says that P's were ordered to produce NIAC's "server" for complete imaging by PwC, you said that the reason the order says "server" is because the Judge was not technologically sophisticated enough to understand that "server" was the wrong word to use in this case. As we all know, the real reason the order says "server" is because in all of our conversations with and communications to Judge Bates, we repeatedly discussed whether imaging NIAC's server would be an effective way to determine whether the calendar entries had been altered. Not once in any of those communications did you explain that the calendar entries were not housed on a server. Indeed, the first we heard that they were not on a central server was when your client informed us of that fact a few days before the computers were imaged.

So that there is clarity on this matter and to assist PwC in effectively completing its task as assigned by the Court, we will be submitting several interrogatories to your client.

Regards,
Pete

**From:** Patrick Parsa [mailto:pparsa@pishevarlegal.com]
**Sent:** Wednesday, August 18, 2010 8:21 PM
**To:** Kapshandy, Timothy E.
**Cc:** Adrian Nelson; Afshin Pishevar; Jensen, Peter
**Subject:** Re: Forensic Imaging -- Non-Disclosure Agreement

Tim:

I'm glad you mentioned the login issue as you are completely mistaken in your assumption. Dr. Parsi, as we have mentioned, DID login and use the computer that was imaged by PWC. Yet, he simply logged in under another name, in this case "Kershap" (which incidentally means Trita's son in Persian, if you must know). Again, that is his computer and has outlook calendar files on it. I do not know how else to keep repeating this fact. When the copy is analyzed in Chicago PWC will confirm.

Patrick

On Wed, Aug 18, 2010 at 7:59 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

1