# EXHIBIT RR

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL            :

IRANIAN AMERICAN COUNCIL            :

      Plaintiffs           :

      V.                   :   Civil No.:

DAIOLESLAM SEID HASSAN,             :   08 CV 00705 (JDB)

      Defendant            :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

\* \* \*

```
 1   APPEARANCES:

 2

 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11   One South Dearborn
     Chicago, IL  60603
12   (312) 853-7643
     (312) 835-7036 (Fax)
13   E-mail:  Tkapshandy@sidley.com
              Jfougere@sidley.com
14   Representing the Defendant

15   ALSO PRESENT:

16       Daioleslam Seid Hassan, Defendant
         Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

```
 1                  P R O C E E D I N G S
 2                  *     *     *     *     *
 3                     DR. TRITA PARSI
 4  was called for examination by counsel and, after
 5  having been duly sworn by the Notary, was examined
 6  and testified as follows:
 7           EXAMINATION BY COUNSEL FOR DEFENDANT
 8             BY MR. KAPSHANDY:
 9        Q.   Could you state your full name for the
10  record, please?
11        A.   Trita Parsi.
12        Q.   And have you always been known by that
13  name?
14        A.   Yes, though there's been a change in the
15  spelling of my name.
16        Q.   And how is that?
17        A.   It used to be T-E-R-I-T-A.
18        Q.   And what does one find it spelled that
19  way, like on your birth certificate or passport or
20  what?
21        A.   I believe -- no.  It's not on my birth
22  certificate because my birth certificate is from
```

Page 210

```
 1   internet, are you?
 2       A.   Have I ever lost an Outlook file?
 3       Q.   Well, let's talk about that.  You lost a
 4   whole computer in Norway in May of this year,
 5   correct?
 6       A.   No.  It was stolen from me.
 7       Q.   And we'll get into that in some detail,
 8   but that computer had not been backed up, we were
 9   informed by your counsel.
10       A.   No.
11       Q.   Had it been synchronized with your
12   desktop?
13       A.   Yes, I believe so.
14       Q.   Now, in Interrogatory answers in this
15   case, which is the same as your sworn testimony here,
16   you stated that that desktop is one you had been
17   using for approximately the last 18 months since
18   August of this year, correct?
19       A.   I believe that is correct.
20       Q.   Okay.  Meaning, you started using that
21   desktop in early 2009, correct?
22       A.   I don't recall exactly when that new
```

1  desktop was purchased.
2      Q.   Well, you answered under oath, and you had
3  time to make sure that you got the answer right.  So
4  if you have any information to correct that, we need
5  to know that pretty soon.
6           Is it, in fact, the case that that
7  desktop, which was produced for the imaging, was one
8  that you had been using for the last 18 months?
9      A.   I believe so.
10     Q.   What computer were you using before that?
11     A.   A different computer.
12     Q.   Okay.  That's fair.  What happened to it?
13     A.   I think it's one of the computers that the
14 interns are using.
15     Q.   What happened to all of your files?
16     A.   All the files were transmitted to the new
17 computer.
18     Q.   Why did you get a new computer?
19     A.   Sometimes old computers don't work as fast
20 as new computers.
21     Q.   Was that old computer produced to PwC for
22 the imaging?

```
1       A.      I believe it's one of those computers.
2       Q.      Do you know for sure or not?
3       A.      I don't recall exactly.  We don't have
4   that many computers, so when one computer is used by
5   me and it's starting to get a little bit slower and I
6   decide to buy a new computer because it's making my
7   work problematic to conduct, then that computer -- if
8   it's still functional, we keep it under normal
9   circumstances, and certainly under litigation hold,
10  we keep it.
11              And the interns who may not have the same
12  intensity to work as I do can then use that.
13      Q.      Well, let's put that on the list of things
14  to follow up along with which computer Babak Talebi
15  was using by serial number.
16              We would like to know, because we asked in
17  the interrogatory answers, which computer you were
18  using since the institution of the lawsuit throughout
19  the entire year of 2008 from which your files were
20  transferred to the new computer.
21      A.      Actually, I do believe this is getting
22  into the dates when various things were bought, but
```

1  the computer, if I'm not mistaken, that was used
2  before was actually my laptop -- I believe so -- and
3  the files were transferred from my laptop to the
4  desktop.
5          Because a laptop is very good when you're
6  traveling, but it is never as strong as an equal-cost
7  desktop.
8     Q.   And that's the laptop that was stolen?
9     A.   I believe so.
10    Q.   And never backed up?
11    A.   Never backed up.
12    Q.   How is it that you just realized now that
13 that was the computer you were using in --
14    A.   Because you asked.
15    Q.   Well, when I asked you before, you thought
16 you gave it to an intern.
17    A.   That's usually what happens, but on this
18 case, I remembered and I think in this specific case
19 I believe that's the case.
20         As I'm sure you know, counsel, I don't
21 have the habit of memorizing things of this, which is
22 usually of no particular life shaking importance.

Page 214

1    Q.    Well, fortunately for you, though, you in
2 December of 2009 retained a company called
3 Progressive Office to do an audit of your network,
4 did you not?
5    A.    I believe it was one of those things that
6 Kevin recommended that we would do, and I think part
7 of the reason for that, incidentally, was because my
8 computer had difficulties at times being on the
9 network, and I didn't know how to fix that.
10   Q.    And they did an audit, a complete audit.
11 They spent many days at your office, correct?
12   A.    I don't remember how many days they spent.
13   Q.    It was more than one. It was quite a few
14 in November and December, right?
15   A.    Again, these are things that are taken
16 care of by our CO, not by me.
17   Q.    Well, in any event, they charged you a lot
18 of money for an audit of your whole system and sold
19 you a new server, didn't they?
20   A.    I don't recall the details.
21   Q.    Well, their documents will speak for
22 themselves. You're not the computer expert, right?

```
                                                        Page 347
 1                     CERTIFICATE
 2            I hereby certify that the witness was duly
 3   sworn by me and that the deposition is a true record
 4   of the testimony given by the witness.
 5
 6            _____
 7            Sherry L. Brooks, Court Reporter
 8
 9   (The foregoing certification of this transcript does
10   not apply to any reproduction of the same by any
11   means, unless under the direct control and/or
12   supervision of the certifying shorthand reporter.)
13
14
15
16
17
18
19
20
21
22
```