# EXHIBIT SS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action 08 CV 00705 (JDB) |
| ) | |
| DAIOLESLAM SEID HASSAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' OBJECTIONS
TO DEFENDANT'S REQUEST FOR SUPPLEMENTAL PRODUCTION**

Plaintiffs, Dr. Trita Parsi and National Iranian American Council (collectively hereinafter "Plaintiffs" and/or "NIAC"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26 and 34, hereby serves Plaintiffs' Objections to Defendant's Request for Supplemental Production, and states as follows:

**OBJECTIONS AND RESPONSES**

DOCUMENT REQUEST NUMBER 1: Any documents, including, but not limited to: (a) communications with law enforcement and law enforcement reports, regarding the thef of a laptop belonging to Trita Parsi or NIAC; (b) claims with insurers; and (c) receipts and documentation regarding any replacement computer or other device(s).

OBJECTIONS: Plaintiff objects to this Interrogatory on the ground that it is intended to harass and seeks information that is confidential, irrelevant, and not likely to lead to the discovery of admissible evidence.

RESPONSES: **Without waiving the foregoing, Plaintiff produces the following:**

1. **May 6, 2010, report of lost foreign report to Oslo Police District (1 page);**

2. May 14, 2010, communication (in Norwegian) from Oslo Police District (1 page);

3. June 5, 2010, letter (in English) from the Oslo Police (1 page);

4. June 5, 2010, letter (in Norwegian) from the Oslo Police (1 page);

5. June 5, 2010, receipt for replacement laptop purchased by Hotel Continental (1 page); and

6. Various emails regarding insurance claim and Oslo Police District report (6 pages).

Respectfully submitted,

PISHEVAR & ASSOCIATES, P.C.

By: _____/s/_____

Afshin Pishevar, Esquire, Bar No. 451015
Adrian V. Nelson, II, Esq., *Pro Hac Vice*
Jefferson Plaza
600 East Jefferson Street, Suite 316
Rockville, Maryland 20852
301-279-8773
Dated: September 22, 2010       301-279-7347 Fax

Politiet

# Report of lost foreign passport  + US Green Card

| | |
|---|---|
| Police district: OSLO | RETT KOPI BEKREFTES |
| Place and date: Oslo, 6. Mai 2010 | 6.5-10 Dato  Sign. MerduS |
| Author of report: K Merdis Berg | |
| Line of service: Grønland politistasjon | |
| Place of service: Valita | MerdisBerg |

Name: TRITA PARSI
Birth date/Norwegian ID-number: 1974, July 21
Adress: 6909 Chelsea Rd., McLean, VA 22101, USA

Lost document: Passport, Greencard

**When, how and under what circumstance was the document lost:**
Back in into my hotelroom at the Continental hotel, room 602. They stole my computer, my passport, my Green Card.

**Has the loss of the document and/or other belongings lost at the same time been reportet to the police?**
Yes

**The last time the owner saw the document:**
6:40 pm (1840), May 5, 2010

**When was the last time the document was used by the owner when crossing a border:**
May 4, 2010 when entering Norway

With this signature I confirm that I will notify the police if the lost document is found or returned to me. I know that a false statement to a public servant is punishable with a fine or with prison up to two years. (Norwegian Criminal law § 166)

Place and date: Oslo, May 6, 2010

Signature: [signed]

**Meldingen sendes til Utlendingsseksjonen.**

```
OSLO POLITIDISTRIKT                                    14/05-2010
POSTBOKS 8101 DEP                                      34370/10-1
0032 OSLO


JUS101


   11827
   TRITA PARSI
   6409 CHELSEA RD
   VA22101-28 MCLEAN
   USA




   UNDERRETNING TIL KLAGER :


   ANMELDELSESNR.       : 11239859 REGISTRERT DEN 06/05-10
   FORHOLDETS ART       : TYVERI FRA HOTELL/PENSJONAT
   GJERNINGSDATO/-STED  : 05/05-10/STORTINGSGATA 24
   SAKEN REGISTRERT VED : SENTRUM ETTERFORSKINGSAVSNITT

   PÅTALEANSVARLIG : PERSEN, METTE
   ETTERFORSKER    : ØVREBØ, STIG

   12/05-10         DE UNDERRETTES OM AT FORHOLDET ER HENLAGT DA DET
                    IKKE ER FREMKOMMET TILSTREKKELIGE OPPLYSNINGER TIL Å
                    IDENTIFISERE GJERNINGSMANNEN.

                    DERSOM GJERNINGSMANNEN SENERE SKULLE BLI KJENT OG
                    ETTERFORSKING GJENOPPTATT, VIL DE FÅ NY UNDERRETNING.

                    HENLEGGELSEN KAN PÅKLAGES TIL NÆRMESTE OVERORDNEDE
                    PÅTALEMYNDIGHET (STATSADVOKATEN I DISTRIKTET/
                    RIKSADVOKATEN). FRISTEN FOR Å KLAGE ER TRE UKER
                    FRA DENNE UNDERRETNINGEN KOM FREM TIL DEM.
                    KLAGE SKAL SENDES OM POLITIDISTRIKTET.




                                   MED HILSEN
                                OSLO POLITIDISTRIKT
```



**POLITIET**

*Trita Parsi*
*6409 Chelsea RD*
*VA22101-2804 Mclean*
*USA*

Oslo, 06.05.10

This is to confirm a reported incident, reference number: 11239859

We hereby confirm that we have received and registered your report to the police at Grønland Police District

Date of incident: 05.05.10

Place of incident: Hotel Continental

Stolen: Dell Lap top, Ipod, passport, greencard, bank- and creditcards,, usd 60. Complete list of stolen property in the policereport.

If you are planning to send a claim, you have to do this as soon as possible, and within 3 weeks from receiving this letter. If you need more than three weeks to do this, you must contact the police.

It is not necessary to contact us any further unless you have new information about the incident.

If you plan to contact your insurance company about the incident, you will need this document as a confirmation.

You will receive a letter about the result of the investigation when it has been concluded.

If you need to contact us about this incident, please refer to the reference number above.

*Oslo Police District  05.07.09*
*Telephone: +47 22 66 90 50*

Oslo politidistrikt



## POLITIET

Trita Parsi
6409 Chelsea RD
VA22101-2804 Mclean, USA

| | | | |
|---|---|---|---|
| *Deres referanse* | *Vår referanse* 11239859 34370/10-1 | *Dato* 06.05.2010 | *Dok.nr.* 03 |
| *Forholdets art* Tyveri fra hotell/pensjonat | *Etterforsker* ØVREBØ, Stig | | |
| *Saken er registrert ved :* Sentrum Etterforskingsavsnitt | *Påtaleansvarlig jurist* PERSEN, Mette | | |
| *Gjerningsdato* 05.05.2010 | *Gjerningssted* Stortingsgata 24, 0161 OSLO | | |

### Dette er en bekreftelse på anmeldt forhold til politiet

Påtalemyndigheten kan fremme erstatningskrav for Dem i forbindelse med en eventuell straffesak. Dette må i så fall dokumenteres. Dersom De ikke allerede har levert en skriftlig dokumentasjon på et eventuelt krav, må dette gjøres snarest, og senest innen tre uker. Dersom fristen ikke overholdes, kan De ikke påregne at kravet blir tatt med i forbindelse med en eventuell straffesak. Hvis De ønsker fristen forlenget, må politiet kontaktes.
Ved all henvendelse til politiet må vår referanse oppgis.

Det er ikke nødvendig å kontakte politiet med mindre De har nye opplysninger i saken. Politiet vil søke å etterforske saken slik at den er best mulig belyst når avgjørelse tas. Dersom De kontakter et forsikringsselskap i sakens anledning, må dette skriv tas med, da dette er nødvendig bekreftelse på at forholdet er anmeldt.

Dersom De har innlevert anmeldelsen på vegne av en annen person, gjelder det ovenstående også ham/henne.
Når saken er ferdig behandlet, vil De få en skriftlig underretning om påtalemyndighetens avgjørelse.

Med hilsen
Oslo politidistrikt

**expert BONUS**

Expert Klingenberg
Klingenberggata 4
0161 Oslo

Org.nr: NO 977 047 838 MVA
Telefon: 23 35 62 20
Telefax: 23 35 62 21
Klingenberg

## Kopi
## FAKTURA 1189 0104482

HOTEL CONTINENTAL, V. SIV LUNDE K
STORTINGSGT. 24-26
0117 OSLO

Ordrenr.: 207438   06.05.10   (2)   1-15:43
Selger..: Glenn-A                        GK1
Telefon.: 90682995/22824111/22824000

Anmerkn.: OWNER: TRITA PARSI
          SCORID: 25590478

| Varekode | Beskrivelse | Ldato | Pris | Ant | Beløp |
|---|---|---|---|---|---|
| MB991HA | MACBOOK PRO MB991 H/A 13" BÆRB | 06.05 | 12499,00 | 1 | 12.499,00 |
|  | Rabatt |  |  |  | -1.000,00 |
|  | Kunden ønsket ikke forsikring. |  |  |  |  |
| MC25S2MA | APPLECARE PROTECTION PLAN FOR |  | 3099,00 | 1 | 3.099,00 |
| TSM054EU | TARGUS MODE VESKE BRUN/SORT 15 |  | 399,00 | 1 | 399,00 |
|  | TOTAL (Mva inkl. med NOK 2.999,40) |  |  |  | 14.997,00 |

Forfallsdato: 20.05.10

Varene forblir selgers eiendom til de er fullt betalt.

Salgsvilkår til forbrukerkjøper:
1. Varens kvalitet følger alminnelig bransjestandard. For kjøpet gjelder bestemmelsene i lov om kjøp 13. mai 1988.
2. Selger beholder eiendomsretten til varen (salgspant) som sikkerhet for betaling av kjøpesummen med tillegg av renter og omkostninger, i henhold til pantelåven § 3-14.

7050 06 41310                                                    14997.00

From: "Brooks,Alonzo L" <ALBROOKS@travelers.com>
To: "'Trita Parsi'" <tp@tritaparsi.com>
Date: Tue, 6 Jul 2010 16:40:25 -0400
Subject: RE: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)
Good afternoon:

The letter you have received is a general letter that goes out after the claim has been open for a certain period of time. You have up to 2-3 years (depending on your policy) to submit the requested documentation so there is no rush.

Thanks and let me know if there are any further questions.

Alonzo L. Brooks
Property Claims Representative
Travelers Insurance, Richmond VA
Direct Dial: 1-804-330-6890
Toll Free: 1-800-635-4543   Ext. 6890
Fax: 1-866-234-5047
-----Original Message-----
From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Tuesday, July 06, 2010 8:32 AM
To: Brooks,Alonzo L
Subject: Re: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)

Greetings - I just returned form travel and saw a letter from you stating
that the case would be closed due to inactivity. However, there has been no
such thing as inactivity. I have been searching for the receipts for the
items that got stolen, and I haven't had much progress. However, I have
still not exhausted all sources and as I result, want to reiterate my
request to keep the file open at least one more week. Thank you!

tp


On 5/27/10 12:48 PM, "ALBROOKS@travelers.com" <ALBROOKS@travelers.com>
wrote:

>
>
> ═══════════════════════════════════════════════════════════════════════
> This communication, including attachments, is confidential, may be subject to
> legal privileges, and is intended for the sole use of the addressee. Any use,
> duplication, disclosure or dissemination of this communication, other than by
> the addressee, is prohibited. If you have received this communication in
> error, please notify the sender immediately and delete or destroy this
> communication and all copies.

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately

and delete or destroy this communication and all copies.

---------- Forwarded message ----------
From: "Trita Parsi, PhD" <tparsi@jhu.edu>
To: <post.oslo@politiet.no>
Date: Thu, 27 May 2010 09:55:25 -0400
Subject: questio re case 11239859

Greetings,

I reported a theft in my hotel room on May 6 at the Oslo police station. My case number is 11239859. The police officer told me that the station could also provide an English version of the report. I need it for insurance purposes. Please let me know if a translation of the report can be provided to me via email. Thank you.

**Trita Parsi, PhD**

**Washington DC**

---------- Forwarded message ----------
From: Trita Parsi <tp@tritaparsi.com>
To: "Brooks,Alonzo L" <ALBROOKS@travelers.com>
Date: Sun, 11 Jul 2010 16:40:36 -0400
Subject: Re: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)
Alonzo - great to hear from you. Can we talk Monday at 4pm?

---------- Forwarded message ----------
From: Merete Sophie Berg <Merete.Sophie.Berg@politiet.no>
To: tparsi@jhu.edu
Date: Tue, 22 Jun 2010 08:18:36 +0200
Subject: VS: Confirmation from Grønland politistasjon

-----Opprinnelig melding-----
**Fra:** Merete Sophie Berg
**Sendt:** 22.juni2010 08:14
**Til:** 'tparsi@jhu.idu'
**Emne:** VS: Confirmation from Grønland politistasjon

-----Opprinnelig melding-----
**Fra:** Merete Sophie Berg
**Sendt:** 6.mai2010 16:59
**Til:** 'tparsi@jhu.edu.edu'
**Emne:** Confirmation from Grønland politistasjon

<<20100506165212016>>

---------- Forwarded message ----------
From: ALBROOKS@travelers.com
To: tparsi@jhu.edu
Date: Thu, 27 May 2010 12:48:05 -0400
Subject: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)

===============================================================

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

---------- Forwarded message ----------
From: Trita Parsi <tp@tritaparsi.com>
To: "Brooks,Alonzo L" <ALBROOKS@travelers.com>
Date: Sun, 11 Jul 2010 16:40:58 -0400
Subject: Re: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)
Sorry - disregard previous email. Wrong Alonzo!


On 7/6/10 4:40 PM, "Brooks,Alonzo L" <ALBROOKS@travelers.com> wrote:

> Good afternoon:
>
> The letter you have received is a general letter that goes out after the claim
> has been open for a certain period of time. You have up to 2-3 years
> (depending on your policy) to submit the requested documentation so there is
> no rush.
>
> Thanks and let me know if there are any further questions.
>
> Alonzo L. Brooks
> Property Claims Representative
> Travelers Insurance, Richmond VA
> Direct Dial: 1-804-330-6890
> Toll Free: 1-800-635-4543 Ext. 6890
> Fax: 1-866-234-5047
> -----Original Message-----
> From: Trita Parsi [mailto:tp@tritaparsi.com]
> Sent: Tuesday, July 06, 2010 8:32 AM
> To: Brooks,Alonzo L

```
> Subject: Re: Correspondence from The Travelers Home And Marine Insurance
> Company HDC0047 Trita Parsi Contents (MD,DC,DE)
>
> Greetings - I just returned form travel and saw a letter from you stating
> that the case would be closed due to inactivity. However, there has been no
> such thing as inactivity. I have been searching for the receipts for the
> items that got stolen, and I haven't had much progress. However, I have
> still not exhausted all sources and as I result, want to reiterate my
> request to keep the file open at least one more week. Thank you!
>
> tp
>
>
> On 5/27/10 12:48 PM, "ALBROOKS@travelers.com" <ALBROOKS@travelers.com>
> wrote:
>
>>
>>
>>
===============================================================>>
=
>> This communication, including attachments, is confidential, may be subject to
>> legal privileges, and is intended for the sole use of the addressee. Any use,
>> duplication, disclosure or dissemination of this communication, other than by
>> the addressee, is prohibited. If you have received this communication in
>> error, please notify the sender immediately and delete or destroy this
>> communication and all copies.
>
>
>
>
> ==========================================================
> This communication, including attachments, is confidential, may be subject to
> legal privileges, and is intended for the sole use of the addressee. Any use,
> duplication, disclosure or dissemination of this communication, other than by
> the addressee, is prohibited. If you have received this communication in
> error, please notify the sender immediately and delete or destroy this
> communication and all copies.
>
```

---------- Forwarded message ----------
From: Trita Parsi <tp@tritaparsi.com>
To: <ALBROOKS@travelers.com>
Date: Tue, 06 Jul 2010 08:31:42 -0400
Subject: Re: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)

Greetings - I just returned form travel and saw a letter from you stating

that the case would be closed due to inactivity. However, there has been no
such thing as inactivity. I have been searching for the receipts for the
items that got stolen, and I haven't had much progress. However, I have
still not exhausted all sources and as I result, want to reiterate my
request to keep the file open at least one more week. Thank you!

tp


On 5/27/10 12:48 PM, "ALBROOKS@travelers.com" <ALBROOKS@travelers.com>
wrote:

>
>
> ======================================================================
> This communication, including attachments, is confidential, may be subject to
> legal privileges, and is intended for the sole use of the addressee. Any use,
> duplication, disclosure or dissemination of this communication, other than by
> the addressee, is prohibited. If you have received this communication in
> error, please notify the sender immediately and delete or destroy this
> communication and all copies.



---------- Forwarded message ----------
From: "Brooks,Alonzo L" <ALBROOKS@travelers.com>
To: "'Trita Parsi'" <tp@tritaparsi.com>
Date: Tue, 6 Jul 2010 16:40:25 -0400
Subject: RE: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi Contents (MD,DC,DE)
Good afternoon:

The letter you have received is a general letter that goes out after the claim has been open for a certain period of time. You have up to 2-3 years (depending on your policy) to submit the requested documentation so there is no rush.

Thanks and let me know if there are any further questions.

Alonzo L. Brooks
Property Claims Representative
Travelers Insurance, Richmond VA
Direct Dial:  1-804-330-6890
Toll Free:  1-800-635-4543   Ext. 6890
Fax:  1-866-234-5047
-----Original Message-----
From: Trita Parsi [mailto:tp@tritaparsi.com]
Sent: Tuesday, July 06, 2010 8:32 AM
To: Brooks,Alonzo L
Subject: Re: Correspondence from The Travelers Home And Marine Insurance Company HDC0047 Trita Parsi

Contents (MD,DC,DE)

Greetings - I just returned form travel and saw a letter from you stating
that the case would be closed due to inactivity. However, there has been no
such thing as inactivity. I have been searching for the receipts for the
items that got stolen, and I haven't had much progress. However, I have
still not exhausted all sources and as I result, want to reiterate my
request to keep the file open at least one more week. Thank you!

tp


On 5/27/10 12:48 PM, "ALBROOKS@travelers.com" <ALBROOKS@travelers.com>
wrote:

>
>
> ===========================================
> This communication, including attachments, is confidential, may be subject to
> legal privileges, and is intended for the sole use of the addressee. Any use,
> duplication, disclosure or dissemination of this communication, other than by
> the addressee, is prohibited. If you have received this communication in
> error, please notify the sender immediately and delete or destroy this
> communication and all copies.

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI, et al.                )
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 08 CV 00705 (JDB)
                                   )
SEID HASSAN DAIOLESLAM             )
                                   )
        Defendant.                 )

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY, that on 22nd day of September, 2010, a copy of Plaintiffs' Objections to Defendant's Request for Supplemental Production was sent via email, to counsel for Defendant, at:

hrogers@sidley.com

Sidley Austin, LLP
HL Rogers
1501 K Street
Washington, DC 20005

I will retain the original of these documents in my possession without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has expired.

                            Respectfully submitted,
                            *LAW OFFICES OF A.P. PISHEVAR & ASSOCIATES, P.C.*

                            _____/S/_____
                            A.P. Pishevar (D.C. Bar No. 451015)
                            Adrian V. Nelson, II (*Pro Hac Vice*)
                            **PISHEVAR & ASSOCIATES, P.C.**
                            600 East Jefferson Street, Suite 316
                            Rockville, MD 20852
                            Phone: (301) 279 – 8773
                            Fax:    (301) 279 – 7347
Dated: September 22, 2010   Counsel for the Plaintiffs

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| SEID HASSAN DAIOLESLAM | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I HERBY CERTIFY, that on the 22nd day of September, 2010, a copy of Plaintiffs' Objections to Defendant's Request for Supplemental Production was sent via email to counsel for Defendant, at:

hrogers@sidley.com

Sidley Austin, LLP
HL Rogers
1501 K Street
Washington, DC 20005

          Respectfully submitted,
          *LAW OFFICES OF A.P. PISHEVAR & ASSOCIATES, P.C.*

                /S/
          A.P. Pishevar (D.C. Bar No. 451015)
          Adrian V. Nelson, II (*Pro Hac Vice*)
          **PISHEVAR & ASSOCIATES, P.C.**
          600 East Jefferson Street, Suite 316
          Rockville, MD 20852
          Phone: (301) 279 – 8773
Dated: September 22, 2010     Fax:   (301) 279 – 7347
          Counsel for the Plaintiffs