# EXHIBIT TT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL :

IRANIAN AMERICAN COUNCIL :

      Plaintiffs :

  v.                     :   Civil No.:

DAIOLESLAM SEID HASSAN, :   08 CV 00705 (JDB)

      Defendant :   Page 1 - 243


VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 10:01 a.m. before Leslie A. Todd, Registered Professional Court Reporter and Notary Public, in and for the District of Columbia.

TransPerfect Legal Solutions
212-400-8845 - depo@transperfect.com

```
 1    On behalf of the Plaintiffs:

 2         A. P. PISHEVAR, ESQUIRE
           Pishevar & Associates, P.C.
 3         Jefferson Plaza, Suite 316
           600 East Jefferson Street
 4         Rockville, Maryland 20852
           (301) 279-8773
 5         ap@pishevarlegal.com

 6
      On behalf of the Defendant:
 7
           TIMOTHY E. KAPSHANDY, ESQUIRE
 8         THOMAS E. ROSS, ESQUIRE
           ERIC GALVEZ, ESQUIRE
 9         TASHA MANORANJAN, ESQUIRE
           Sidley Austin, LLP
10         1501 K Street, Northwest
           Washington, D.C. 20005
11         (202) 736-8374
           tim.kapshandy@sidley.com
12

13    Also present:

14         DAIOLESLAM SEID HASSAN
           DANIEL HOLMSTOCK (Videographer)
15

16

17

18

19

20

21

22
```

Page 6

```
                          P R O C E E D I N G S
10:00:51    2            THE VIDEOGRAPHER:  The time is 10:01 a.m.,
10:00:53    3   May 11, 2011.  This is tape No. 1, Volume 3, of the
10:00:58    4   continued videotaped deposition of Mr. Trita Parsi.
10:01:02    5            Will the court reporter please swear in the
            6   witness.
            7   WHEREUPON,
            8                    DR. TRITA PARSI
            9   called as a witness, and having been first duly sworn,
           10   was examined and testified as follows:
10:01:14   11            EXAMINATION BY COUNSEL FOR DEFENDANT
10:01:14   12   BY MR. KAPSHANDY:
10:01:18   13       Q    Are you ready, Dr. Parsi?
10:01:20   14       A    Yes, I am.
10:01:21   15       Q    Okay.  And as you know from our previous
10:01:23   16   two sessions, my name is Timothy Kapshandy on behalf
10:01:27   17   of the defendant in the case, and I will dispense
10:01:32   18   with the usual rules.
10:01:33   19            As you know, you are under oath, and the
10:01:35   20   same understanding and procedure we had in place as
10:01:37   21   from the previous two sessions applies.  Okay?
10:01:40   22       A    (The witness nods.)
```

```
                                                         Page 132
13:07:18   1   BY MR. KAPSHANDY:
13:07:19   2       Q    Let's talk about your meeting notes that
13:07:21   3   are referenced in your book Treacherous Alliance
13:07:24   4   that came out in 2007.
13:07:27   5            Approximately how many meetings,
13:07:29   6   interviews with Iranian government officials do you
13:07:32   7   cite in this book?
13:07:33   8       A    I believe 30 or so.  This is not new
13:07:37   9   material, though, as I understand.
13:07:38  10       Q    The question was simply how many
13:07:40  11   different times do you cite --
13:07:40  12       A    No, but this is not --
13:07:42  13       Q    -- interviews with Iranian officials?
13:07:46  14            MR. PISHEVAR:  I am going to object to
13:07:47  15   this.  This is not an appropriate question for this
13:07:49  16   deposition.
13:07:50  17   BY MR. KAPSHANDY:
13:07:50  18       Q    You say it's about 30?
13:07:51  19       A    Did you have my book at the previous
13:07:54  20   deposition?
13:07:54  21       Q    Can you answer the question, please.
13:07:55  22       A    Did you have the book at the previous
```

Page 133

```
13:07:57   1    deposition?
13:07:57   2         Q    I'm talking about the litigation hold and
13:07:59   3    the failure to comply with it.
13:08:01   4              And my question for you is, how many
13:08:03   5    interviews --
13:08:03   6         A    This book was written before the
13:08:04   7    litigation hold.
13:08:04   8         Q    Dr. Parsi, try and answer the question or
13:08:06   9    we're going to be here longer than two-and-a-half,
13:08:10  10    three-and-a-half hours.
13:08:11  11         A    This book was written before the
13:08:13  12    litigation hold.
13:08:14  13         Q    That's great.  My question for you is,
13:08:16  14    where did you keep all of the notes -- and there are
13:08:18  15    235 footnotes here that cite meetings with Iranian
13:08:23  16    governmental officials -- how were those
13:08:25  17    memorialized and where did you keep them?
13:08:27  18              MR. PISHEVAR:  I'm sorry.  You could have
13:08:29  19    asked this question at the previous deposition.
13:08:29  20    BY MR. KAPSHANDY:
13:08:29  21         Q    Go ahead and answer, please.
13:08:30  22         A    I don't recall.  This is several years
```

Page 134

```
13:08:31   1   ago.  This is my dissertation.  You had that
13:08:34   2   information for the previous deposition.
13:08:35   3       Q    Dr. Parsi, my question is, where did you
13:08:38   4   memorialize those notes from those meetings, the 235
13:08:42   5   footnotes of personal communications with Iranian
13:08:47   6   governmental officials?
13:08:48   7       A    I don't recall.  This is -- this is based
13:08:50   8   on my dissertation that was written seven years ago,
13:08:53   9   eight years ago.
13:08:53  10       Q    My question isn't when.  My question --
13:08:54  11            MR. PISHEVAR:  Let the witness finish --
13:08:55  12            MR. KAPSHANDY:  He doesn't want to answer
13:08:58  13   the question.
13:08:58  14            MR. PISHEVAR:  I'm sorry, you're going to
13:08:59  15   need to let him talk.
13:08:59  16   BY MR. KAPSHANDY:
13:08:59  17       Q    Mr. Parsi, where did you memorialize
13:09:01  18   these?
13:09:01  19       A    I already -- I already answered your
13:09:02  20   question.
13:09:02  21       Q    You don't remember?
13:09:03  22       A    I don't remember.  This is eight years
```

Page 135

```
13:09:04  1   ago.
13:09:04  2        Q    You don't remember if you took notes?
13:09:04  3        A    This is eight years ago.
13:09:05  4        Q    Did you put them on your computer?
13:09:07  5             MR. PISHEVAR:  Stop talking over the
13:09:09  6   witness, Mr. Kapshandy.
13:09:09  7   BY MR. KAPSHANDY:
13:09:09  8        Q    You don't remember if you wrote them down?
13:09:12  9        A    Sir, this is eight years ago, and this
13:09:14 10   means that it was probably on a computer that was
13:09:16 11   different from my laptop.
13:09:16 12        Q    And when you got rid of that computer,
13:09:18 13   these meeting notes of these 235 interviews weren't
13:09:22 14   of any value, so when you got rid of that computer
13:09:23 15   you didn't keep them.
13:09:23 16        A    I don't recall what the process was at the
13:09:25 17   time.
13:09:25 18        Q    In the calendar entries, there's a --
13:09:34 19        A    Which you also had access to in the
13:09:36 20   previous deposition.
13:09:37 21        Q    There is no question pending.
13:09:38 22             In the calendar entries, Dr. Parsi,
```

Page 240

CERTIFICATE OF NOTARY PUBLIC

I, LESLIE A. TODD, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotypy and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Dated this ____ day of _____ 2011.

_____
LESLIE A. TODD
Notary Public in and for the
District of Columbia

My commission expires: