**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL, | ) ) ) Civil Action No. 08-705 (JDB) |
| Plaintiff, | ) ) |
| vs. | ) **DEFENDANT'S MOTION FOR** ) **SUMMARY JUDGMENT** ) |
| SEID HASSAN DAIOLESLAM, | ) ) ) |
| Defendant. | ) ) ) |

PROPOSED ORDER

Upon consideration of Defendant Daioleslam's Motion for Summary Judgment and the

record herein, it is this ___ day of _____, 2011, ORDERED that Defendant's

Motion for Summary Judgment is hereby GRANTED;

SO ORDERED.

_____
Judge John D. Bates
United States District Judge