| INDEX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT ||
|---|---|
| EXHIBIT A | Resume of Trita Parsi |
| EXHIBIT B | Iranians for International Cooperation (IIC) Curriculum Vitae |
| EXHIBIT C | "Iran-Americans: The bridge between two nations," paper presented by Siamak Namazi and Trita Parsi at the DAPIA Conference in Cyprus, November 1999 |
| EXHIBIT D | Email from Trita Parsi to Javad Zarif sent May 19, 2006 regarding meeting in New York |
| EXHIBIT E | Email from Trita Parsi to Javad Zarif sent March 30, 2006 regarding consultations with Tehran |
| EXHIBIT F | Email from Trita Parsi to Javad Zarif sent August 23, 2006 regarding return from Tehran |
| EXHIBIT G | Email from Javad Zarif to Trita Parsi sent October 26, 2006 regarding meeting with Gilchrest and more |
| EXHIBIT H | Email from Trita Parsi to Javad Zarif sent September 28, 2006 regarding UN Envoy Bolton |
| EXHIBIT I | Selected pages from the calendar entries marked as Exhibit 8 to the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) |
| EXHIBIT J | Email exchange between Trita Parsi and Baquer Namazi sent August 31 and September 1, 2006 |
| EXHIBIT K | Article titled "Neo-conservative Attack on the Iranian Lobby in America," from QudsDaily.com |
| EXHIBIT L | "Iran deal collapses – Support for Mideast terror jeopardizes Clinton legacy," article by Kenneth R. Timmerman posted on WorldNetDaily.com (October 16, 2000) |
| EXHIBIT M | "The Mullahs' Voice," article by Kenneth R. Timmerman posted on FrontPageMagazine.com (February 23, 2007) |
| EXHIBIT N | Affidavit of Lord Robin Corbett of Castle Vale |
| EXHIBIT O | "Rise of the 'Iran Lobby' – Tehran's front groups move on-and into-the Obama Administration," paper presented by Clare M. Lopez at the Center for Security Policy (February 25, 2009) |

| EXHIBIT P | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010) |
|---|---|
| EXHIBIT Q | Excerpts from the deposition of Emily Blout (Dec. 8, 2009) |
| EXHIBIT R | Excerpts from the deposition of Patrick Disney (Oct. 29, 2010) |
| EXHIBIT S | "IIC: An Iranian Lobby Group!" posted on Google Groups soc.culture.iranian |
| EXHIBIT T | "Hello Capitol Hill," by Trita Parsi posted on TheIranian.com (August 1997) |
| EXHIBIT U | "Hyphenated Iranians: Misguided policies toward expatriates," by Siamak Namazi posted on TheIranian.com (April 15, 1998) |
| EXHIBIT V | "If Mahdi doesn't come – A reformer's guide to engagement," by Siamak Namazi posted on TheIranian.com (November 8, 1998) |
| EXHIBIT W | "Intimidation Campaign," by Kenneth R. Timmerman posted on FrontPageMagazine.com (August 10, 2007) |
| EXHIBIT X | "Pro-Iran Group Wants Iran Diplomacy," by Kenneth R. Timmerman posted on NewsMax.com (April 8, 2008) |
| EXHIBIT Y | "Pro-Iranian fabrications," by Kenneth R. Timmerman posted on The Washington Times website (November 26, 2008) |
| EXHIBIT Z | Email from Trita Parsi to Abbas Edalat on June 23, 2001 regarding Namazi and Amb. Bill Miller |
| EXHIBIT AA | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) |
| EXHIBIT BB | NIAC's January 31, 2003 report to the National Endowment for Democracy |
| EXHIBIT CC | NIAC's July 31, 2003 report to the National Endowment for Democracy |
| EXHIBIT DD | "A Lever of Change in Iran – Cutting Democracy Funding Would Make Military Conflict More Likely," article by Michael Rubin posted on The Washington Post website on October 19, 2007 |
| EXHIBIT EE | "A bit more on NIAC's NED-funded grant," by Michael Rubin posted on the Nation Review Online website (November 9, 2007) |
| EXHIBIT FF | "Of Iran Advocacy, NIAC, and Strawmen," by Michael Rubin posted on the Nation Review Online website (November 4, 2009) |
| EXHIBIT GG | "Hillary Clinton to be Invited for Fundraising by Controversial Iranian Circles," by SMCCDI posted on the FreeRepublic.com website (March 10, |

|  | 2005) |
|---|---|
| EXHIBIT HH | Email from Trita Parsi to Michael Shank on May 4, 2006 regarding Congressional Delegation to Iran |
| EXHIBIT II | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 15, 2010) |
| EXHIBIT JJ | Excerpts from the deposition of Trita Parsi, Vol. I (Dec. 1, 2010) |
| EXHIBIT KK | Email from Mohammad Mansouri to Trita Parsi sent March 17, 2006 regarding NIAC's good name in Iran |
| EXHIBIT LL | "Iran Proposal to U.S. Offered Peace with Israel," by Gareth Porter published by Inter Press Service on May 25, 2006 and posted on CommonDreams.com |
| EXHIBIT MM | Email from Trita Parsi to Mohammadnia on June 14, 2007 regarding meeting with ambassador |
| EXHIBIT NN | Excerpts from the deposition of Trita Parsi, Vol. II (Dec. 2, 2010) |
| EXHIBIT OO | Article entitled "Meeting with Dr. Faramarz Fathnejad, the Former Head of the Interests Section office of Iran in America," from TopIranian.com website (Sept. 19, 2006) |
| EXHIBIT PP | Article entitled "The Analysis of the President of the Council of Iranian-Americans about the Nuclear Crisis," posted on AftabNews website |
| EXHIBIT QQ | Email from Kari Johnstone to rsvp@niacouncil.org sent July 28, 2008 regarding policy briefing luncheon |
| EXHIBIT RR | a. Witness Statement of Winston James Griffiths<br>b. Witness Statement of Abrahim Khodabandeh<br>c. Brief on Paris Court Proceedings<br>d. Friends of a Free Iran letter<br>e. "Spying for the Mullahs: Iran's Agents in UK," paper presented at the British Parliamentary Committee for Iran Freedom on October 2007 |
| EXHIBIT SS | Email from Patrick Disney to Emily Blout sent July 23, 2008 regarding LDA Guidance including attachment Lobbying Disclosure Act Guidance.docx |
| EXHIBIT TT | "Trita Parsi's Inventions," by Michael Rubin posted on the Nation Review Online website (December 18, 2009) |
| EXHIBIT UU | "Protest against the support of the Islamic regime by some of the US policy makers," by SMCCDI posted on the SMCCDI website (May 22, 2003) |
| EXHIBIT VV | "Iran's VEVAK: Disinformation, Inc.," article by Daniel M. Zucker, Global |

3

|               | Politician (December 17, 2006)                                                                                                                                            |
|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| EXHIBIT WW    | "Are representatives of religious minorities acting in favor of the Islamic Republic?" by Elham Ariana (May 30, 2003)                                                     |
| EXHIBIT XX    | "US Democrats become active in order to save the Islamic regime," by Semper Paratus posted on FreeRepublic.com website (June 25, 2003)                                    |
| EXHIBIT YY    | "Forgotten Human Rights in Iran," by Mohammah Parvin posted on AmericanThinker.com website (December 22, 2007)                                                            |
| EXHIBIT ZZ    | "The Immigrant – Trita Parsi, the second pillar of the U.S. Iran Lobby, wants to be the public face of Iranian-Americans," by Lee Smith posted on TabletMag.com website (February 17, 2010) |
| EXHIBIT AAA   | "The New Iran Man at the State Department's Iran Desk," by Ed Lasky posted on AmericanThinker.com website (November 7, 2009)                                              |
| EXHIBIT BBB   | "Orders from Tehran: Prevent IRGC Terrorist Listing," by Daniel M. Zucker posted on HumanEvents.com website (October 19, 2007)                                            |
| EXHIBIT CCC   | "Using Human Rights to Better Serve a Dictatorship," by Mohammad Parvin from FrontPageMagazine.com posted on the MEHR website (May 9, 2008)                               |
| EXHIBIT DDD   | "Thank you Honorable Mark Kirk," letter from Arash Irandoost posted on the Pro Democracy Movement of Iran website (November 20, 2009)                                     |
| EXHIBIT EEE   | "Expose NIAC" topic message postings by the FREE Iran Project from ActivistChat website                                                                                   |
| EXHIBIT FFF   | "Who Works for Islamic Republic? $ We Remove the Masks!" article posted on efshawwebblog (September 30, 2006)                                                             |
| EXHIBIT GGG   | "Participate in 'February 1st' rallies against Islamo-Fachism," by SMCCDI posted on the SMCCDI website (January 24, 2006)                                                 |
| EXHIBIT HHH   | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 14, 2010)                                                                                                    |
| EXHIBIT III   | "Our Team" webpage from Atieh Bahar Consulting website                                                                                                                    |
| EXHIBIT JJJ   | "Our Team" webpage from Middle East Strategies website                                                                                                                    |
| EXHIBIT KKK   | Department of Treasury 31 CFR Part 550 – Iranian Transactions Regulations from the Federal Register, Vol. 71, No. 178, September 12, 2006                                 |
| EXHIBIT LLL   | Resume for Hossein Malek Afzali Ardakani                                                                                                                                  |

4

| | |
|---|---|
| EXHIBIT MMM | "Hamyaran: The Iranian NGO Resource Center – An Interview with Baquer Namazi, Director of Hamyaran," article by Roschanack Shaery-Eisenlohr, GSC Quarterly, Vol. 10, Fall 2003 |
| EXHIBIT NNN | "FIPPA's protection to the oil & gas industry," article published in Pipeline Magazine, April 2005 and posted on the MiddleEastLeaders.com website |
| EXHIBIT OOO | Email from Javad Zarif to Trita Parsi sent February 6, 2007 |
| EXHIBIT PPP | "Treasonous Scandal in the American Parliament," by Parviz Sayyad from Nimrooz Newspaper, Vol. 18, No. 912, posted on the Nimrooz website (Dec. 15, 2006) |
| EXHIBIT QQQ | "Did NIAC Scam NED?" by Michael Rubin from the National Review Online website (May 2, 2010) |
| EXHIBIT RRR | "The Conviction of Our Own Convictions," remarks by Congressman Mark Kirk at the U.S. Institute of Peace (November 4, 2009) |
| EXHIBIT SSS | Excerpts from the deposition of Puneet Talwar (February 1, 2011) |
| EXHIBIT TTT | Email from Trita Parsi to Gareth Porter sent May 13, 2006 |