# EXHIBIT A

Student address:           ***Trita Parsi***          Permanent address:
Körsbärsv. 3:503          Tel: + 46 8 153145          Altfiolv. 6
114 23 Stockholm          Email: President@iic.org          756 54 Uppsala
Sweden                   Sweden

## Qualification Summary

- Double Master's degrees in Macro Economics and Political Science
- Policy advisor to US Congressman
- Founder and elected President of an international not-for-profit organization
- Diplomatic Internship at the UN in New York
- Fluent in several languages
- Recipient of several academic scholarships

## Education

**Stockholm School of Economics**
**Stockholm, Sweden**

Master's of Science in Economics. Degree expected January 2000
Major in Trade and Macro Economics

### *Relevant courses:*

- International Trade
- Econometrics
- Open Economy Macro
- Rhetoric

**Stockholm University**
**Stockholm, Sweden**

Master's of Science in Political Science. Degree expected January 2000
Major in International Relations

**Barnesville High school**
High school diploma, Ohio, USA, 1992

## Extra Curricular Activities

**Iranians for International Cooperation (www.iic.org)**
Founder and elected President (1997-99)

- Established the first lobby group in the US to support the normalization of ties between Iran and the US.
- Interviewed by *AP*, *Reuters*, *RFE* and other news agencies.
- Increased membership from 15 to 500 members worldwide in less than two years.
- Lobbied the US Congress, EU and Swedish Parliaments.

**Harvard University Model United Nations 1997 and 1998**
Chairman and Head Delegate of the Stockholm School of Economics' delegation.
A five-day exercise in diplomacy with over 2000 students from more than 20 countries.

**Lund Association of Foreign Affairs**
Invited lecturer 1999. Topic: US - Iran relations

**Uppsala Association of Foreign Affairs.**
Member of Board 1996.

## Relevant Work Experience

**Permanent Mission of Sweden to the UN, New York**
**Diplomatic Internship (September 1998 - January 1999)**

- Assisted in the Security Council's handling of the conflicts in Iraq, Afghanistan and Western Sahara.
- Took part in the drafting of the UN resolutions on the Human Rights situation in specific member states, including Iran.

**Swedish Handelsbanken, Stockholm Sweden**
**Macro Economist (June - August 1998)**

- Authored economic analyses in the bank's periodicals.
- Generated economic forecasts for EU economies.

**Congressman Robert Ney, Washington DC**
**Policy Advisor (June - August 1997)**

- Adviced on US foreign policy on Middle Eastern issues.
- Monitored the political and economic situation in the Mideast.
- Authored three reports on US-Iran relations which were used by Congressman Ney to alter his position vis-à-vis Iran

## Languages

**Fluent:** English, Swedish and Farsi.                    **Conversant:** French

## Computer Skills

MSWord, Excel, Powerpoint, WordPerfect, SPSS, Eviews, Windows, MacOS

## Scholarships

- Henrik Granholm's Scholarship (twice)
- SIDA's international scholarship
- Johan och Hjalmar Kallenberg's Scholarship (twice)

## References

- Congressman Robert Ney, Member of the United States Congress
  LOB 1024, Washington, DC 20515, USA
  Tel: (202) 225-6265

- Jan Häggström
  Chief Economist
  The Swedish Handelsbank
  106 70 Sockholm, Sweden
  Tel: (+ 46 8) 701 10 97

- Ambassador Per Norström
  Permanent Mission of Sweden to the United Nations
  885 Second Ave., 46th Floor
  New York, NY 10017, USA
  Tel: (212) 583 2500