# EXHIBIT D

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Friday, May 19, 2006 9:43 PM (GMT) |
| **To:** | zarif@141.com |
| **Subject:** | Salaam |

Hope all is well. I will be in NY on June 1 and wanted to see if I could steal 30-45 min of your time for two purposes (preferably in the afternoon):

1. NIAC is working with New America Foundation to set up a one-day conference on the Hill this fall to make the case for dialogue. We will be flying in 10-15 experts from the region and beyond. We would also like to have you address the conference via satellite link and wanted to talk to you about the feasibility and details of that.
2. I am working with the Strategic Assessments Initiative to work with regional governments to enhance the feasibility of a new Persian Gulf security arrangement. In particular, we will be working in DC to create stronger support for such an arrangement. Clearly, we need to work with the regional governments, and I would like to hold some preliminary talks with you about this, if possible.

Thanks so much!

/tp
202 386 2303