# EXHIBIT E

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@jhu.edu> |
| **Sent:** | Thursday, March 30, 2006 5:22 AM (GMT) |
| **To:** | 'Javad Zarif' <Zarif@141.com> |
| **Bcc:** | 'tparsi@jhu.edu' |
| **Subject:** | RE: Salaam! |

Thnx. Got a few questions:

1. Who was the deliverer of the proposal, and how was it communicated that it was from Armitage?
2. In your view, what prompted the US to make such a proposal at that time?
3. Exactly when was the proposal sent to you? Did you receive it directly or was it first sent to another Iranian official?
4. Did you respond to it directly or after consultations with Tehran?
5. When was a response sent to DC and how? Directly or through middle man? If latter, who?
6. What was response from US side? Did the US communicate anything at all? If not, why not?
7. What was the reaction in Iran to the American response/non-response? How did it affect Iranian perceptions of American intentions?
8. How should I refer to you when talking to my contact?
9. Do you want me to give the contact a quote from you upfront or later?

Sorry for the many questions. I wanted to make sure that I could answer the contact's questions in a credible way in order not to jeopardize the issue at hand. Thnx tp

---

**From:** Javad Zarif [mailto:Zarif@141.com]
**Sent:** Wednesday, March 29, 2006 11:55 PM
**To:** 'Trita Parsi'
**Subject:** RE: Salaam!

Either way is fine. I saw your interview partially on BBC. Great.

Best Regards,
M. Javad Zarif
Zarif@141.com
Tel: +1 (212) 687-2020
Fax:+1 (212)867-5662