# EXHIBIT F

| | |
|---|---|
| **From:** | Trita Parsi <tp@tritaparsi.com> |
| **Sent:** | Wednesday, August 23, 2006 6:04 PM (GMT) |
| **To:** | 'zarif@141.com' |
| **Subject:** | Salaam |

Hope all is well and that you are back from Tehran. Would love to get a chance to see the proposal or to understand more what it entails. If it is substantial, then certainly members of Congress may find it a reasonable offer, even if the White House doesn't. tp