# EXHIBIT G

**From:** Javad Zarif <Zarif@141.com>
**Sent:** Thursday, October 26, 2006 11:16 AM (GMT)
**To:** 'Trita Parsi' <tp@tritaparsi.com>
**Subject:** RE: Gilchrest and more

It is just like North Korea, minus the luxury goods and arms. It also does not have inspections. The rest is exacyly the same. Ironic! There is an interesting addition. Prohibiting educating Iranian nationals (probably even in the US) in areas that could help missile and nuclear technology. This can be interpreted to include all engineering and basic science fields.

On the second issue, I am always open to these meetings. Your help is always welcome. I leave the modalities to your discretion.

Best Regards,
M. Javad Zarif
Zarif@141.com
+1 (212)687-2020
+1 (212)867-5662

**From:** Trita Parsi [mailto:tp@tritaparsi.com]
**Sent:** Wednesday, October 25, 2006 3:28 PM
**To:** Javad Zarif
**Subject:** Gilchrest and more

Just wanted to check and see if you have seen the draft of the resolution?

Also, happy to hear that you will meet with Gilchrest and potentially Leach. There are many more that are interested in a meeting, including many respectable Democrats. Due to various reasons, they will contact you directly (partly to avoid going through Jeremy Stone). Their larger goal is to meet with Iranian elected parliamentarians.

Gilchrest is a great guy, low key but very respected among Republicans as well as the Democrats. These members are very disillusioned with the Bush foreign policy and are tired to sit on the sidelines as Bush undermines the US's global position. As a result, they are willing to take matters in their own hands and they accept the political risk that comes with it.

From our end, we are doing this because we believe that a dialogue is mutually beneficial and since a reduction of tensions is absolutely necessary for the attainment of other regional and internal goals.

Let me know if I can be of any further help.

/tp