# EXHIBIT H

**From:** Trita Parsi <tp@tritaparsi.com>
**Sent:** Thursday, September 28, 2006 10:17 PM (GMT)
**To:** 'zarif@141.com'
**Subject:** UN Envoy Bolton Unlikely To Get US Senate Vote, Says Lugar

(from what I hear, the below article still stands)

UN Envoy Bolton Unlikely To Get US Senate Vote, Says Lugar
Thursday September 28th, 2006 / 18h58

WASHINGTON (AP)--The Senate probably will recess this week without voting on the nomination of John Bolton as the U.S. ambassador to the United Nations, Sen. Richard Lugar said Thursday.
The chairman of the Foreign Relations Committee said in an interview with The Associated Press that no meeting had been scheduled to take up the contentious nomination.
The Senate is expected to return after the congressional elections in November. Bolton's is serving at the U.N. under a recess appointment. It is due to expire at the end of the year.
Lugar said if one Democratic senator were to step forward and support Bolton he might be able to set a committee vote before recess. In the meantime, he said, Sen. Lincoln Chafee, a Republican, is holding up the nomination with questions about the Bush administration's Middle East policy.
Specifically, Chafee wants the administration to restrain Israel from expanding settlements in Palestinian areas on the West Bank. Bolton, as U.S. ambassador, has taken a strong and visible role in across-the-board support for Israel.
As a result, Lugar said, "it appears very likely the committee will not act" on Bolton's nomination before recess at the end of the week. "Most probably not," Lugar said.
Earlier in the month, the committee unexpectedly postponed a vote on confirming Bolton as U.N. ambassador when Chafee, who was in a tough Republican primary fight in the state of Rhode Island, said he had more questions.
The committee had been expected to vote along party lines to approve Bolton, whom Bush appointed temporarily to the post last year over opposition by Democrats and a few Republicans.
Chafee won the primary against a conservative Republican challenger.
Republicans control the committee by 10-8. A tie vote is not enough to advance a nomination to the full Senate floor.

PLTF_00006880