# EXHIBIT I



# TRITA PARSI
# OUTLOOK CALENDARS
# PRODUCED APRIL 2010

| Subject | Start Date | StartTime | EndDate | EndTime | AlldayEvent | Reminder onoff | ReminderDate | ReminderTime | MeetingOrganizer | RequiredAttendees | OptionalAttendees | MeetingResources | BillingInformation | Categories | Description | Location | Mileage | Priority | Private | Sensitivity | Showtimeas |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3rd report to NED | 1/1/2006 | 2:00:00 PM | 1/1/2006 | 2:30:00 PM | FALSE | FALSE | 1/1/2006 | 1:45:00 PM | | | | | | | | | | Normal | FALSE | Normal | 2 |
| Gareth | 1/19/2006 | 5:00:00 PM | 1/19/2006 | 6:00:00 PM | FALSE | FALSE | 1/19/2006 | 4:45:00 PM | | | | | | | | Sais | | Normal | FALSE | Normal | 2 |
| Steve clemons 3pm | 1/19/2006 | 3:00:00 PM | 1/19/2006 | 3:30:00 PM | FALSE | FALSE | 1/19/2006 | 2:45:00 PM | | | | | | | | naf, 202 986 0342 | | Normal | FALSE | Normal | 2 |
| Diane Rehm show | 1/19/2006 | 9:30:00 AM | 1/19/2006 | 11:00:00 AM | FALSE | FALSE | 1/19/2006 | 9:15:00 AM | | | | | | | PLEASE ARRIVE AT THE STUDIO BY 9:45 AM THE PROGRAM AIRS LIVE FROM 10 TO 11 AM 4000 Brandywine St., NW -- 4th floor TO ENTER THE BUILDING: Dial 006 on the security pad, outside the door; to be buzzed in. METRO: T | | | Normal | FALSE | Normal | 2 |
| Helle | 1/19/2006 | 6:30:00 PM | 1/19/2006 | 9:00:00 PM | FALSE | FALSE | 1/19/2006 | 6:15:00 PM | | | | | | | | | | Normal | FALSE | Normal | 2 |
| Bank Call | 1/20/2006 | 1:00:00 PM | 1/20/2006 | 2:00:00 PM | FALSE | FALSE | 1/19/2006 | 7:00:00 PM | Trita Parsi | | | | | | | | | Normal | FALSE | Normal | 2 |
| Genevieve, Houtan, Japeh | 1/20/2006 | 12:30:00 PM | 1/20/2006 | 1:00:00 PM | FALSE | FALSE | 1/20/2006 | 12:15:00 PM | | | | | | | | | | Normal | FALSE | Normal | 2 |
| Ashton rogers | 1/20/2006 | 3:30:00 PM | 1/20/2006 | 4:00:00 PM | FALSE | FALSE | 1/20/2006 | 3:15:00 PM | | | | | | | | Niac | | Normal | FALSE | Normal | 2 |
| 1919 m str? | 1/20/2006 | 4:45:00 PM | 1/20/2006 | 5:30:00 PM | FALSE | FALSE | 1/20/2006 | 4:30:00 PM | | | | | | | | Canada tv | | Normal | FALSE | Normal | 2 |

| Name | Date1 | Time1 | Date2 | Time2 | | | Date3 | Time3 | Address | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| deborah | 3/23/2006 | 3:00:00 PM | 3/23/2006 | 3:30:00 PM | FALSE | FALSE | 3/23/2006 | 2:45:00 PM | 1627 K Street, NW, 12th Floor, | Normal | FALSE | Normal 2 |
| Bank | 3/23/2006 | 4:00:00 PM | 3/23/2006 | 4:30:00 PM | FALSE | FALSE | 3/23/2006 | 3:45:00 PM | | Normal | FALSE | Normal 2 |
| Lagenhet | 3/23/2006 | 5:30:00 PM | 3/23/2006 | 6:00:00 PM | FALSE | FALSE | 3/23/2006 | 5:15:00 PM | | Normal | FALSE | Normal 2 |
| Shervin! | 3/23/2006 | 11:00:00 AM | 3/23/2006 | 11:30:00 AM | FALSE | FALSE | 3/23/2006 | 10:45:00 AM | | Normal | FALSE | Normal 2 |
| Zinni party - Theros | 3/24/2006 | 7:00:00 PM | 3/24/2006 | 9:00:00 PM | | | 3/24/2006 | 6:45:00 PM | 3283 Arcadia Place, NW, Washington, DC 20015, 202-966-3118 at the residence of Ambassador Patrick Theros and Mrs. Aspasia Theros (202) 628-1617 | Normal | FALSE | Normal 2 |
| Niac | 3/24/2006 | 1:00:00 PM | 3/24/2006 | 5:00:00 PM | FALSE | FALSE | 3/24/2006 | 12:45:00 PM | | Normal | FALSE | Normal 2 |
| Homa sarshar | 3/25/2006 | 12:30:00 PM | 3/25/2006 | 1:00:00 PM | FALSE | FALSE | 3/25/2006 | 12:15:00 PM | | Normal | FALSE | Normal 2 |
| Secr Burns | 3/27/2006 | 11:00:00 AM | 3/27/2006 | 11:30:00 AM | FALSE | FALSE | 3/27/2006 | 10:45:00 AM | | Normal | FALSE | Normal 2 |
| Amjad | 3/27/2006 | 3:00:00 PM | 3/27/2006 | 5:00:00 PM | FALSE | FALSE | 3/27/2006 | 2:45:00 PM | 1801 K St405L (next to border on L) | Normal | FALSE | Normal 2 |
| Bank+post! | 3/27/2006 | 5:00:00 PM | 3/27/2006 | 5:30:00 PM | FALSE | FALSE | 3/27/2006 | 4:45:00 PM | | Normal | FALSE | Normal 2 |
| Zarif | 3/28/2006 | 12:00:00 PM | 3/28/2006 | 1:00:00 PM | FALSE | FALSE | 3/28/2006 | 11:45:00 AM | 622 Third Ave. New York, NY 10017 | Normal | FALSE | Normal 2 |
| roane | 3/28/2006 | 6:00:00 PM | 3/28/2006 | 7:00:00 PM | FALSE | FALSE | 3/28/2006 | 5:45:00 PM | Union Square East, main entrance just south of 15th Street | Normal | FALSE | Normal 2 |
| Lindsey adams osi | 3/28/2006 | 2:00:00 PM | 3/28/2006 | 3:00:00 PM | FALSE | FALSE | 3/28/2006 | 1:45:00 PM | 400 West 59th Street | Normal | FALSE | Normal 2 |
| Ali Mostashari | 3/28/2006 | 4:00:00 PM | 3/28/2006 | 5:00:00 PM | FALSE | FALSE | 3/28/2006 | 3:45:00 PM | (617)792-9091 (Cell) or (212) 906-5929, 1st Ave. and 44th | Normal | FALSE | Normal 2 |

| Subject | Start Date | Start Time | End Date | End Time | | | End Date | End Time | | Location | Notes | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ring jonas jonnson | 10/11/2006 | 12:30:00 PM | 10/11/2006 | 1:00:00 PM | FALSE | | 10/11/2006 | 12:15:00 PM | | 202/223-4320 | | Normal | FALSE | Normal | 2 |
| Comfort In Manhatan | 10/11/2006 | 4:00:00 PM | 10/11/2006 | 5:00:00 PM | FALSE | FALSE | | | | 42 W 35th St, (212) 947-0200 | Itin# 117653116600 Collette Carroll 925-524-0305 cell 925-285-4594 | Normal | FALSE | Normal | 2 |
| 2166 Acela Express | 10/11/2006 | 1:00:00 PM | 10/11/2006 | 4:00:00 PM | FALSE | FALSE | 10/11/2006 | 12:45:00 PM | | | Washington - Union Station, DC (WAS) 11-OCT-06; 1:00 pm<br>New York - Penn Station, NY (NYP) 11-OCT-06; 3:50 pm<br>1 Business Class Seat | Normal | FALSE | Normal | 2 |
| House Hearing | 10/11/2006 | 10:00:00 AM | 10/11/2006 | 12:00:00 PM | FALSE | FALSE | 10/11/2006 | 9:45:00 AM | | 2154 Rayburn House Office Building | | Normal | FALSE | Normal | 2 |
| Network 20/20 | 10/11/2006 | 5:00:00 PM | 10/11/2006 | 10:30:00 PM | FALSE | FALSE | 10/11/2006 | 4:45:00 PM | | 850 Seventh Avenue, Suite 1200 | Nancy Hsu (212) 582-1870 tel (212) 586-3291 fax www.network2020.org | Normal | FALSE | Normal | 2 |
| Zarif | 10/12/2006 | 10:00:00 AM | 10/12/2006 | 11:00:00 AM | FALSE | FALSE | 10/12/2006 | 9:45:00 AM | | | | Normal | FALSE | Normal | 2 |
| 193 Regional Service | 10/12/2006 | 5:30:00 PM | 10/12/2006 | 9:00:00 PM | FALSE | FALSE | 10/12/2006 | 5:15:00 PM | | | New York - Penn Station, NY (NYP) 12-OCT-06; 5:39 pm<br><Arrives><br>Washington - Union Station, DC (WAS) 12-OCT-06; 9:05 pm<br>1 Reserved Coach Seat | | | | |
| Meeting with Trita Parsi | 10/13/2006 | 1:30:00 PM | 10/13/2006 | 2:30:00 PM | FALSE | FALSE | 10/13/2006 | 1:15:00 PM | | 1025 F Street, NW, Suite 800 | | Normal | FALSE | Normal | 2 |
| Lunch pluralism people | 10/16/2006 | 12:00:00 PM | 10/16/2006 | 1:00:00 PM | FALSE | FALSE | 10/16/2006 | 11:45:00 AM | | | | Normal | FALSE | Normal | 2 |

Dr. Trita Parsi

President of the Board, National Iranian American Council;

Author, Treacherous Triangle -- The Secret Dealings of Israel, Iran and the United States (2007)

will interview with:

Host: Woo

| Name | Date1 | Time1 | Date2 | Time2 | | | Date3 | Time3 | Location/Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Woody woodland | 2/2/2007 | 8:00:0 0 AM | 2/2/2007 | 8:30:0 0 AM | FALSE | FALSE | 2/2/2007 | 7:45:0 0 AM | | Nor mal | FALSE | Norm al | 2 |
| Steve | 2/2/2007 | 5:00:0 0 PM | 2/2/2007 | 5:30:0 0 PM | FALSE | FALSE | 2/2/2007 | 4:45:0 0 PM | | Nor mal | FALSE | Norm al | 2 |
| Al Jazeera Riz Khan | 2/5/2007 | 1:00:0 0 PM | 2/5/2007 | 1:30:0 0 PM | FALSE | FALSE | 2/5/2007 | 12:45: 00 PM | | Nor mal | FALSE | Norm al | 2 |
| Steve Orr | 2/5/2007 | 2:30:0 0 PM | 2/5/2007 | 3:00:0 0 PM | FALSE | FALSE | 2/5/2007 | 2:15:0 0 PM | | Nor mal | FALSE | Norm al | 2 |
| www.krxa540.com | 2/5/2007 | 6:30:0 0 PM | 2/5/2007 | 7:00:0 0 PM | FALSE | FALSE | 2/5/2007 | 6:15:0 0 PM | radio | Nor mal | FALSE | Norm al | 2 |
| Zarif at ceip | 2/6/2007 | 3:30:0 0 PM | 2/6/2007 | 5:00:0 0 PM | FALSE | FALSE | 2/6/2007 | 3:15:0 0 PM | | Nor mal | FALSE | Norm al | 2 |
| Congresswo man Shakowski | 2/6/2007 | 1:30:0 0 PM | 2/6/2007 | 2:00:0 0 PM | FALSE | FALSE | 2/6/2007 | 1:15:0 0 PM | 1027 Longworth | Nor mal | FALSE | Norm al | 2 |
| Marcin - Levantes | 2/7/2007 | 1:00:0 0 PM | 2/7/2007 | 2:00:0 0 PM | FALSE | FALSE | 2/7/2007 | 12:45: 00 PM | | Nor mal | FALSE | Norm al | 2 |
| Iran training | 2/7/2007 | 6:00:0 0 PM | 2/7/2007 | 8:00:0 0 PM | FALSE | FALSE | 2/7/2007 | 5:45:0 0 PM | | Nor mal | FALSE | Norm al | 2 |
| Mona | 2/7/2007 | 5:00:0 0 PM | 2/7/2007 | 5:30:0 0 PM | FALSE | FALSE | 2/7/2007 | 4:45:0 0 PM | NIAC | Nor mal | FALSE | Norm al | 2 |
| Lehmann | 2/7/2007 | 3:00:0 0 PM | 2/7/2007 | 3:30:0 0 PM | FALSE | FALSE | 2/7/2007 | 2:45:0 0 PM | four seasons | Nor mal | FALSE | Norm al | 2 |

Note (on www.krxa540.com row): I have a request from an excellent show on in San Francisco, Sacramento, Phoenix, Eureka and the web for next week. It is an afternoon show in the west, making it evening for you. There are several possible times: Monday, 2/5 at 7pm or 7:30pm ET; Tuesda

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Boston open source radion | 2/20/2007 | 7:00:00 PM | 2/20/2007 | 8:00:00 PM | FALSE | FALSE | 2/20/2007 | 6:45:00 PM | | www.radioopensource.org | Normal | FALSE | Normal | 2 |
| Shante St Loius radio | 2/21/2007 | 10:00:00 AM | 2/21/2007 | 10:30:00 AM | FALSE | FALSE | 2/21/2007 | 9:45:00 AM | | Shante Davis (314) 418-9803 | Normal | FALSE | Normal | 2 |
| Annette | 2/21/2007 | 1:00:00 PM | 2/21/2007 | 2:00:00 PM | FALSE | FALSE | 2/21/2007 | 12:45:00 PM | | | Normal | FALSE | Normal | 2 |
| SVR | 2/21/2007 | 8:00:00 AM | 2/21/2007 | 8:30:00 AM | FALSE | FALSE | 2/21/2007 | 7:45:00 AM | | | Normal | FALSE | Normal | 2 |
| Democracy Now 1-800-504-8071 passcode 2093834 | 2/21/2007 | 8:30:00 AM | 2/21/2007 | 9:00:00 AM | FALSE | FALSE | 2/21/2007 | 8:15:00 AM | | 1333 H St NW | Normal | FALSE | Normal | 2 |
| SAIS - lecture on Iran? | 2/21/2007 | 11:00:00 AM | 2/21/2007 | 11:30:00 AM | FALSE | FALSE | 2/21/2007 | 10:45:00 AM | | Marsha call | Normal | FALSE | Normal | 2 |
| | 2/22/2007 | 12:30:00 PM | 2/22/2007 | 2:00:00 PM | FALSE | FALSE | 2/22/2007 | 12:15:00 PM | | N417 | Normal | FALSE | Normal | 2 |
| Congressman Wynn | 2/22/2007 | 9:00:00 AM | 2/22/2007 | 11:00:00 AM | FALSE | FALSE | 2/22/2007 | 8:45:00 AM | | rhob 2470 | Normal | FALSE | Normal | 2 |
| Nick Burns | 2/22/2007 | 4:00:00 PM | 2/22/2007 | 5:30:00 PM | FALSE | FALSE | 2/22/2007 | 3:45:00 PM | 4:00 – 5:30 pm on Thursday, February 22, 2007 | CEIP | Normal | FALSE | Normal | 2 |
| Navab conference call | 2/22/2007 | 10:00:00 PM | 2/22/2007 | 10:30:00 PM | FALSE | FALSE | 2/22/2007 | 9:45:00 PM | 800 504 8071 7-Digit Access Code: 1826694 | | Normal | FALSE | Normal | 2 |
| Zarif | 2/23/2007 | 12:00:00 PM | 2/23/2007 | 1:00:00 PM | FALSE | FALSE | 2/23/2007 | 11:45:00 AM | To: John Grebe From: Shirley Santino Date: February 23, 2007 | 622 Third Avenue | Normal | FALSE | Normal | 2 |
| | | | | | | | | | This letter is to confirm that (pronounced bah-rahm rah-ja-ee) Analyst, National Iranian American Council | | | | | |
| Dr. Bahram Rajaee - interview | 2/24/2007 | 11:30:00 AM | 2/24/2007 | 12:00:00 PM | FALSE | FALSE | 2/24/2007 | 11:15:00 AM | | | Normal | FALSE | Normal | 2 |

| | Start Date | Start Time | End Date | End Time | | | Notes | Location | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Java Green - Michael | 3/27/2007 | 2:30:00 PM | 3/27/2007 | 3:00:00 PM | FALSE | FALSE | 3/27/2007 2:15:00 PM | 19th between I and k | Normal | FALSE | Normal | 2 |
| Al Arabiya | 3/27/2007 | 4:30:00 PM | 3/27/2007 | 5:00:00 PM | FALSE | FALSE | 3/27/2007 4:15:00 PM | | Normal | FALSE | Normal | 2 |
| Frank Sesno | 3/28/2007 | 3:00:00 PM | 3/28/2007 | 4:00:00 PM | FALSE | FALSE | 3/28/2007 2:45:00 PM | Nour and NAdia probably at cnn | Normal | FALSE | Normal | 2 |
| 1st security | 3/28/2007 | 7:00:00 PM | 3/28/2007 | 8:00:00 PM | FALSE | FALSE | 3/28/2007 6:45:00 PM | 410 313 8800, mark | Normal | FALSE | Normal | 2 |
| Dansk TV | 3/29/2007 | 2:00:00 PM | 3/29/2007 | 3:00:00 PM | FALSE | FALSE | 3/29/2007 1:45:00 PM | | Normal | FALSE | Normal | 2 |
| Michael Hirsch - Newsweek | 3/29/2007 | 3:00:00 PM | 3/29/2007 | 3:30:00 PM | FALSE | FALSE | 3/29/2007 2:45:00 PM | | Normal | FALSE | Normal | 2 |
| BBC World News | 3/29/2007 | 3:30:00 PM | 3/29/2007 | 4:00:00 PM | FALSE | FALSE | 3/29/2007 3:15:00 PM | | Normal | FALSE | Normal | 2 |
| Newton lunch at Taj | 3/30/2007 | 1:00:00 PM | 3/30/2007 | 2:00:00 PM | FALSE | FALSE | 3/30/2007 12:45:00 PM | | Normal | FALSE | Normal | 2 |
| KIRN | 4/1/2007 | 11:00:00 AM | 4/1/2007 | 11:30:00 AM | FALSE | FALSE | 4/1/2007 10:45:00 AM | | Normal | FALSE | Normal | 2 |
| Al Hurra | 4/1/2007 | 2:00:00 PM | 4/1/2007 | 3:00:00 PM | FALSE | FALSE | 4/1/2007 1:45:00 PM | | Normal | FALSE | Normal | 2 |
| Mearsheimer call | 4/2/2007 | 3:00:00 PM | 4/2/2007 | 3:30:00 PM | FALSE | FALSE | 4/2/2007 2:45:00 PM | | Normal | FALSE | Normal | 2 |
| Call Parish and then Jennifer park | 4/2/2007 | 11:00:00 AM | 4/2/2007 | 11:30:00 AM | | FALSE | 4/2/2007 10:45:00 AM | | Normal | FALSE | Normal | 2 |
| Fixa bil | 4/2/2007 | 8:30:00 AM | 4/2/2007 | 9:00:00 AM | FALSE | FALSE | 4/2/2007 8:15:00 AM | | Normal | FALSE | Normal | 2 |
| Zarif | 4/3/2007 | 12:00:00 PM | 4/3/2007 | 2:00:00 PM | FALSE | FALSE | 4/3/2007 11:45:00 AM | | Normal | FALSE | Normal | 2 |
| 2104 Acela Express WAS-NYP | 4/3/2007 | 8:00:00 AM | 4/3/2007 | 10:45:00 AM | FALSE | FALSE | 4/3/2007 7:45:00 AM | 529 14th street, NW Suite 530  1 Business Class Seat | Normal | FALSE | Normal | 2 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John's class AU | 4/11/2 007 | 11:00:00 AM | 4/11/2 007 | 12:00:00 PM | FALSE | | 4/11/2 007 | 10:45:00 AM | | The meeting will be held in Dunblane Hall-Room 103 of the AU Tenley Circle campus. The building is located at the far end of the staff/guest aprking lot, which is accessible from a driveway (marked with a big blue AU sign) on Yuma Street. | | Nor mal | FALSE | Norm al | 2 |
| Aud and Leni norweigan embassy | 4/11/2 007 | 2:00:00 PM | 4/11/2 007 | 3:00:00 PM | FALSE | FALSE | 4/11/2 007 | 1:45:00 PM | | The campus | 2720, 34th street NW - off mass? | Nor mal | FALSE | Norm al | 2 |
| | | | | | | | | | | | 600 Pennsylvania Ave SE Washington, DC 20003 | | | | |
| Al | 4/11/2 007 | 12:00:00 PM | 4/11/2 007 | 1:30:00 PM | FALSE | FALSE | 4/11/2 007 | 11:45:00 AM | | 1 877 465 1385 and enter guest code 7023. | | Nor mal | FALSE | Norm al | 2 |
| Delphine film crew? | 4/12/2 007 | 5:00:00 PM | 4/12/2 007 | 5:30:00 PM | FALSE | FALSE | 4/12/2 007 | 4:45:00 PM | | | Tabard inn | Nor mal | FALSE | Norm al | 2 |
| Coffee jake? | 4/12/2 007 | 3:00:00 PM | 4/12/2 007 | 3:30:00 PM | FALSE | FALSE | 4/12/2 007 | 2:45:00 PM | | | | Nor mal | FALSE | Norm al | 2 |
| Bahman Atefi | 4/12/2 007 | 1:15:00 PM | 4/12/2 007 | 3:00:00 PM | FALSE | FALSE | 4/12/2 007 | 1:00:00 PM | | Tower that is connected to Ritz Carlton and Tysons II in McLean. Palm restaurant is on the first floor and you can see it from outside. There is parking below the building. Our offices are on the 13th floor and there is receptionist when you come up. My o | 1750 Tysons Boulevard Suite 1300 McLean, VA 22102 | Nor mal | FALSE | Norm al | 2 |
| PART I: BILATERAL IRAQ-IRAN RELATIONS | 4/13/2 007 | 12:00:00 PM | 4/13/2 007 | 1:30:00 PM | FALSE | FALSE | 4/13/2 007 | 11:45:00 AM | | | MEI Boardman Room | Nor mal | FALSE | Norm al | 2 |
| Family health center | 4/13/2 007 | 2:30:00 PM | 4/13/2 007 | 4:00:00 PM | FALSE | FALSE | 4/13/2 007 | 2:15:00 PM | | | 2139 Georgia ave | Nor mal | FALSE | Norm al | 2 |
| mohammad nia | 4/16/2 007 | 1:00:00 PM | 4/16/2 007 | 3:00:00 PM | FALSE | FALSE | 4/16/2 007 | 12:45:00 PM | | | Ravagh Restaurant (1237 1st Ave Between 66 and 67 St) | Nor mal | FALSE | Norm al | 2 |
| zarif | 4/16/2 007 | 3:00:00 PM | 4/16/2 007 | 5:00:00 PM | FALSE | FALSE | 4/16/2 007 | 2:45:00 PM | | | | Nor mal | FALSE | Norm al | 2 |
| Train 2108 Acela Express | 4/16/2 007 | 10:00:00 AM | 4/16/2 007 | 12:45:00 PM | FALSE | FALSE | 4/16/2 007 | 9:45:00 AM | | | 1 Business Class Seat | Nor mal | FALSE | Norm al | 2 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CNN blitzer | 7/16/2007 | 12:00:00 PM | 7/16/2007 | 12:30:00 PM | FALSE | FALSE | 7/16/2007 | 11:45:00 AM | | | Normal | Normal | 2 |
| Call adam - frank - important | 7/17/2007 | 11:30:00 AM | 7/17/2007 | 12:00:00 PM | FALSE | FALSE | 7/17/2007 | 11:15:00 AM | | | Normal | Normal | 2 |
| 13. The US Role in the World (July 18) | 7/18/2007 | 6:00:00 PM | 7/18/2007 | 8:00:00 PM | FALSE | FALSE | 7/18/2007 | 5:45:00 PM | 13. The US Role in the World (July 18) Joseph S. Nye, Jr., "The Limits of American Power," Political Science Quarterly, Winter 2002/2003 G. John Ikenberry, After Victory. Institutions, Strategic Restraint, and the Rebuilding of Order after Major War | | Normal | Normal | 2 |
| Pilar event | 7/18/2007 | 1:00:00 PM | 7/18/2007 | 2:00:00 PM | FALSE | FALSE | 7/18/2007 | 12:45:00 PM | | HC-7 | Normal | Normal | 2 |
| 56 Vermonter | 7/19/2007 | 8:00:00 AM | 7/19/2007 | 11:30:00 AM | FALSE | FALSE | 7/19/2007 | 7:45:00 AM | | | Normal | Normal | 2 |
| Amjad | 7/19/2007 | 8:00:00 PM | 7/19/2007 | 10:00:00 PM | FALSE | FALSE | 7/19/2007 | 7:45:00 PM | | 1308 Clifton Street NW, Apt 208. | Normal | Normal | 2 |
| mohammadnia | 7/19/2007 | 12:00:00 PM | 7/19/2007 | 1:30:00 PM | FALSE | FALSE | 7/19/2007 | 11:45:00 AM | (202) 464-6010 | 67 and 1st | Normal | Normal | 2 |
| Matthew Rojansky | 7/20/2007 | 12:00:00 PM | 7/20/2007 | 12:30:00 PM | FALSE | FALSE | 7/20/2007 | 11:45:00 AM | | Moby Dick | Normal | Normal | 2 |
| Babak Hoghooghi Amb | 7/20/2007 | 10:00:00 AM | 7/20/2007 | 11:00:00 AM | FALSE | FALSE | 7/20/2007 | 9:45:00 AM | | 19/th cosi | Normal | Normal | 2 |
| Chamberline | 7/20/2007 | 9:00:00 AM | 7/20/2007 | 9:30:00 AM | FALSE | FALSE | 7/20/2007 | 8:45:00 AM | | MEI | Normal | Normal | 2 |
| Pass by maryan | 7/20/2007 | 9:30:00 AM | 7/20/2007 | 10:00:00 AM | FALSE | | 7/20/2007 | 9:15:00 AM | | | Normal | Normal | 2 |
| 14. Review session (July 23) | 7/23/2007 | 6:00:00 PM | 7/23/2007 | 8:00:00 PM | FALSE | FALSE | 7/23/2007 | 5:45:00 PM | | | Normal | Normal | 2 |