# EXHIBIT K



## Certification of Translation

I, the undersigned, Jonathan Jerdan, Production Manager of Compass Languages, a professional translation agency based at 1666 Crofton Parkway, Crofton, MD 21114 (EIN: 134194307) hereby certify that the content of the following original documents:

- Original--Aftab article.pdf
- Original--Quds Daily.pdf
- Original--Topiranian.pdf

has been accurately translated according to the standards laid out by the American Translators Association.

Signed: _____
Jonathan Jerdan
Production Manager

Date: 9/10/09



Date : 2007-04-21
شنبه 1 اردیبهشت ماه 1386

http://eprquds.blogfa.com
Email: info@qudsdaily.com

[ ستونها ]

* حمله نومحافظه کاران به لابی ایرانی در آمریکا
* یک مقام موساد خواستار ترور احمدی نژاد شد!
* برای دومین بار؛
نامزد انتخابات ریاست جمهوری فرانسه از غنی سازی صنعتی ایران دفاع کرد
* بخت اول جانشینی شیراک؛ تهدیدی برای فرانسه و مسلمانان
* انتقادات گسترده از شوخی سناتور آمریکایی درباره ایران
* سفر دانشجویان آمریکایی برای مقابله با تبلیغات ضد اسلامی
* توصیه «اینترپرایز» به نومحافظه کاران درباره ایران
* گفتگوی رادیو سازمان سیا با ریگی
* شهردار تهران
* فیلم نمایش داده نشده از ملوانها
* تلافی انگلیسی با عبارت جعلی
* زیان آلمانیها از محدودیت بانک سپه
* مشایی از ایران می رود؟
* شما چه کرده اید؟
* تجمع در قم

صفحه اصلی
سیاسی
بین الملل
اجتماعی
اقتصادی
فرهنگی
ورزشی
هنری
حوادث
دیدگاه
خطه خورشید
شهرستانها
ستونها
اخبار ویژه
صفحه آخر
ویژه نامه ها
جستجو

## حمله نومحافظه کاران به لابی ایرانی در آمریکا

گروههای نومحافظه کار آمریکایی در حال تلاش برای کاستن از نفوذ آمریکایی (نایاک) هستند.
به گزارش الف، تلاشهای نومحافظه کاران برای مبارزه با نایاک پس از وارد مرحله ای جدید شده و این گروه به فعالیت در راستای اهداف جمهوری اسلامی متهم می شود.
نایاک که به عنوان بزرگترین سازمان ایرانی آمریکایی ایالات متحده محسوب می شود. از سال 2000 فعالیت خود را آغاز کرده است. این شورا که اعضای آن بیشتر متشکل از افراد متخصص در حوزه های حرفه ای و علمی هستند، هدف خود را گسترش پیوند میان مردم ایران و آمریکا و شناساندن فرهنگ ایرانی معرفی کرده است.
سازمان مرکزی این گروه در واشنگتن دی سی قرار دارد. نایاک به صورت غیرانتفاعی اداره می شود و به عنوان یک سازمان غیرسیاسی ثبت شده است.
همزمان با گسترش فعالیتهای نایاک در سالهای اخیر، انتقادات به فعالیت این مجموعه نیز افزایش یافته است. این انتقادات از جانب گروههای محافظه کار و نومحافظه کار سیاسی ایالات متحده مطرح می شود.
در جدیدترین این تلاشها، نشریه نیوکان فرانتپیج با ارائه تصویری خرابکارانه از نایاک، این سازمان را عامل جمهوری اسلامی ایران در آمریکا معرفی کرده و اهداف آن را نفوذ در سیستم سیاسی ایالات متحده و ارائه تصویر بهتر از دولت ایران در خارج ذکر کرده است.
این ارگان نومحافظه کار نتیجه گیری می کند: از دهه 90 ایران در پی ایجاد سیستم لا بی گری گسترده ای در ایالات متحده بوده است. دولت ایران منابع مالی و انسانی فراوانی را برای رسیدن به این هدف تخصیص داده است.

## یک مقام موساد خواستار ترور احمدی نژاد شد!

یکی از رؤسای سابق سازمان جاسوسی رژیم صهیونیستی خواستار ترور محمود احمدی نژاد، رئیس جمهور اسلامی ایران شد.
به گزارش باشگاه خبرنگاران به نقل از الشرق الاوسط، «مئیر عمیت» گفت: بهترین راه فرا روی غرب برای جلوگیری از خطر تسلیحاتی ایران، ترور رئیس جمهور این کشور است.

در حالی رژیم صهیونیستی برنامه های صلح آمیز هسته ای ایران را نظامی جلوه می دهد که این رژیم با در اختیار داشتن بیش از 200 کلاهک اتمی، خطری برای منطقه و جهان محسوب شده و از پیوستن به پیمان منع گسترش تسلیحات هسته ای خودداری می کند.
بازرسان آژانس بین المللی انرژی اتمی نیز اعلام کرده اند، در بازرسی ها یشان از تأسیسات هسته ای ایران، انحرافی به سوی سلاحهای هسته ای مشاهده نکرده اند.

برای دومین بار؛
نامزد انتخابات ریاست جمهوری فرانسه از غنی سازی صنعتی ایران دفاع کرد

«ژان ماری لوپن» رهبر حزب جبهه ملی و نامزد انتخابات ریاست جمهوری فرانسه، بار دیگر از غنی سازی اورانیوم جمهوری اسلامی ایران در سطح صنعتی دفاع کرد.
به گزارش ایرنا، این نامزد ریاست جمهوری فرانسه، روز پنجشنبه در گفتگو با خبرنگاران داخلی و خارجی مقیم این کشور، در پاسخ به این سؤال که موضع شما در قبال غنی سازی اتمی در ایران چیست؟ گفت: من بارها نظرم را در این زمینه اعلام کرده و امروز نیز می گویم که براساس چه اصل و چه معاهده ای باید کشوری را که عضو سازمان ملل است، قدرت بزرگی محسوب شده و دارای سابقه تاریخی و ملی کهن است و همچنین معاهده منع گسترش سلاح هسته ای (ان.پی.تی) را امضا کرده است، از غنی سازی که برای تولید برق است، محروم کرد.

بخت اول جانشینی شیراک؛ تهدیدی برای فرانسه و مسلمانان

«نیکولاس سارکوزی»، بخت اول جانشینی شیراک به دلیل دیدگاه افراطی نسبت به مسلمانان و اقلیتهای مهاجر، تهدیدی جدی برای وحدت ملی فرانسه به شمار می رود.
به گزارش خبرگزاری قرآنی ایران (ایکنا) به نقل از پایگاه خبری اسلام آنلاین، «آزوز بگاگ»، وزیر سابق دولت «دومینیک دوویلپن» در امور فرصتهای برابر با بیان این مطلب گفت: سارکوزی خطری بزرگ برای دموکراسی فرانسه است، چراکه او با دیدگاههای نژادپرستانه خود، فرانسویها را به جان یکدیگر انداخته است.
وی افزود: سارکوزی بارها با اظهارات نسنجیده خود به عنوان وزیر کشور، به اسلام و مسلمانان فرانسه اهانت کرده است و نه تنها تاکنون نیز هیچ اقدامی برای عذرخواهی و خشنود ساختن مسلمانان نکرده است، بلکه همواره آنها را عصبانی و رنجیده خاطر نیز کرده است.
وزیر سابق الجزایری تبار فرانسه یادآور شد: برای نمونه، سارکوزی مهاجران مسلمان این کشور را مشتی اشرار خوانده بود و خواستار آن شده بود که وزارتخانه ای نژادپرست با عنوان مهاجرت و هویت ملی تأسیس شود.
همچنین سارکوزی در جریان انتشار کاریکاتورهای موهن، از این اقدام حمایت کرده و آن را «آزادی بیان»! خوانده بود.
«لی لین تورام»، مدافع سرشناس و سیاه پوست تیم ملی فوتبال فرانسه که همراه این تیم قهرمان جام جهانی 98 شده بود، با انتقاد شدید از سارکوزی، ادبیات وی را نژادپرستانه خواند.
تورام افزود: طرح او برای تأسیس وزارت مهاجرت و هویت ملی خطرناک است. وقتی دولت مردم را در قالب گروههای نژادی و دینی از یکدیگر جدا کند و شما عادت کنید سیاهان، مسلمانان و دیگر اقلیت را جدای از هم ببینید، مردم نیز یاد می گیرند که گروههای تفکیک شده را متفاوت از یکدیگر ببینند.

انتقادات گسترده از شوخی سناتور آمریکایی درباره ایران

شوخی سناتور «جان مک کین»، یکی از نامزدهای جمهوریخواهان برای انتخابات ریاست جمهوری 2008 آمریکا در مورد حمله آمریکا به ایران، با انتقادات فزاینده مواجه شد.
به گزارش فارس به نقل از آسوشیتدپرس، مک کین در یک نشست تبلیغاتی در کارولینای جنوبی، در خصوص موضع خود در قبال ایران شروع به خواندن ملودی یک ترانه با نام «پسران ساحلی» کرد و شعر آن را با ترجیع بند ایران را بمباران کنید خواند(!) که این امر با انتقادات

فراواني مواجه شد.
وي بعد از اين شوخي، لحني جدي به خود گرفت و گفت، با سياست جورج بوش موافق و معتقد است، بايد جلوي آنچه او دستيابي ايران به تسليحات اتمي نام يد، بگيرد تا اسرائيل در امان باشد.اما وي روز پنج شنبه براي آرام کردن منتقدان خود گفت: اين قدر بي روح نباشيد!



## سفر دانشجويان آمريکايي براي مقابله با تبليغات ضد اسلامي

تعدادي از دانشجويان دانشگاه جورج تاون آمريکا براي ديدار از تعدادي از کشورهاي اسلامي و گفتگو با مسلمانان و زدودن تبليغات گسترده ضد اسلامي رسانه هاي غربي، به قاره آسيا سفر کردند.به گزارش خبرگزاري قرآني ايران (ايکنا) به نقل از سلام آنلاين، گروهي از دانشجويان آمريکايي براي از بين بردن سوءتعبيرات موجود درباره مسلمانان و افزايش آگاهي خود از اسلام، از 9 کشور اسلامي ديدار کردند.
«تکسان هيلي ولات»، استاد دانشگاه جورج تاون گفت: من ابتدا فکر مي کردم که مسلمانان از رويدادهاي جهان به طور کامل بي اطلاع بوده و از آمريکاييها نفرت دارند.
وي افزود: مردم اين کشورها معلومات خيلي خوبي درباره سياست آمريکا داشتند. من از اين که آنها به اخبار بي بي سي و سي ان ان گوش مي کردند، حيرت زده شدم. آنها با آغوش گرم نيز از ما پذيرايي کردند.



## توصيه «اينترپرايز» به نومحافظه کاران درباره ايران

کيهان - اين روزنامه در سرمقاله خود به قلم حسين شريعتمداري آورده است: مؤسسه آمريکن اينترپرايز که به مخزن انديشه نومحافظه کاران آمريکايي معروف است و دولتمردان بوش يا از اين مؤسسه به کابينه آمده اند و يا به هر دليلي پس از کناره گيري از دولت بوش به اين مؤسسه بازگشته اند، در گزارشي درباره راههاي مقابله با ايران، خطاب به نومحافظه کاران حاکم بر آمريکا مي نويسد: اگر تهديدها عليه ايران با بي اعتنايي اين کشور رو برو شود، بعد از آن هيچ گام ديگري برداشتني نخواهد بود و بر پايي جنگ قبل از آن که جمهوري اسلامي ايران را به مخاطره اندازد، براي آمريکا و متحدانش هولناک است.
امريکن اينترپرايز در ادامه توصيه مي کند: تنها راه مقابله با حکومت ديني ايران که مي رود به بزرگترين قدرت منطقه تبديل شود، درگيريهاي داخلي است؛ اين درگيريها مي تواند در دو عرصه گروهها و احزاب سياسي و قوميتها و مذاهب در داخل کشور پديد آيد.



## گفتگوي راديو سازمان سيا با ريگي

همبستگي - راديو آمريکايي فردا که به صورت مستقيم توسط سازمان جاسوسي آمريکا اداره مي شود در بخش خبري شبانه خود سه شنبه شب با مالک ريگي شرور و تروريستي که در چند عمليات، جمعي از هموطنان را به شهادت رساند به طور مستقيم گفتگو کرد.
به گزارش حيات در اين گفتگوي تلفني که به صورت هدايت شده انجام مي شد مجري سعي داشت ريگي را به عنوان يک فرد دموکراتيک و مردم دوست معرفي نمايد و ريگي نيز تلاش مي کرد اقدامات تروريستي خود را موجه جلوه دهد.



## شهردار تهران

جام جم - با نزديک شدن به آغاز سومين دوره شوراي اسلامي شهر تهران، رايزني براي انتخاب شهردار آينده تهران هر روز داغتر مي شود.
علاوه بر قاليباف، بحثهايي براي شهردار شدن دهقان، رئيس بنياد شهيد و همچنين شمخاني، وزير دفاع سابق مطرح است.

از فروزنده، رئیس بنیاد مستضعفان نیز نام برده می شود.



## فیلم نمایش داده نشده از ملوانها

جمهوری اسلامی - پایگاه عصر ا یران مـی گویـد، انگلیسیها که این روزها فتیله سروصدای ملوانان خود را پایین کشیده اند به این دلیل است که ایران تهدید کرده اگر تبلیغاتی کـه انگلیـس در موضوع ملوانان آزاد شـده خود به راه انداخته ادامه یابد، فیلمی را که نشان می دهد چند نفر از آنان بعد از بازداشت با گریـه از مأموران ایرانی دستگیر کننده خود استمداد می کنند، به نمایش درخواهد آورد.



## تلافی انگلیسی با عبارت جعلی

جوان -براون وزیر دفاع انگلیس عبارت ساختگی «شمال خلیج عربی» را برای اشاره به بخشـی از «خلیج فارس» به کار برد. با وجود بدعت وزیر دفاع انگلیس در استفاده از این عبارت غیر حقوقی و مجعول برای اشاره به محل دستگیری نظامیان ا ین کشـور در آبهای ساحلی ا یران، «لیام فاکس» سخنگوی امور دفاعی حزب محافظه کار در اعتراض خود نسبت بـه عملکرد وزارت دفاع از عبارت صحیح و قانونی خلیج فارس استفاده کرد.



## زیان آلمانیها از محدودیت بانک سپه

ایران - اتحادیه سازندگان ماشین آلات و تأسیسات آلمان با انتقاد از تحریمهای سازمان ملل متحد علیه بانک سپه ایران اعلام کرده: این امر باعث خسارت و زیان شرکتهای آلمانی شده است که از طریق این بانک معامله می کنند.



## مشایی از ایران می رود؟

اعتماد ملی - رئیس میراث فرهنگی و گردشگری با یک پست جدید به آمریکا خواهد رفت.سایت ناگفته ها خبر داد به زودی ظریف نماینده ایران در سازمان ملل جای خود را به رحیم مشایی رئیس سازمان میراث فرهنگی خواهد داد.



## شما چه کرده اید؟

اعتماد ملی- در سرمقاله این روزنامه می خوانیم: هـم دولت میرحسین موسوی، هـم دولت هاشمی رفسنجانی و هم دولت خاتمی با کمال علا قه و ارادت در راه اعتلا ی معارف اصیل دینی و مذهب جعفری از خود کششهای مثبتی نشان داده اند.
اینکه اعلا م شود برای اولین بار در فصول بودجه در عصر دولت نهم بخشی به این مهم اختصاص داده شـده، یا از بی خبری و یا امر دیگری است.

## تجمع در قم

اعتماد -شـماری از طلاب حوزه علمیه به همراه خانواده هایشـان در مدرسه دارالشفای قم تجمع

کردند. این تجمع به دنبال دستگیری یکی از طلاب شهرک مهدیه قم به خاطر تخلیه نکردن واحد مسکونی سازمانی برگزار شد. این تجمع پس از سه ساعت با حضور حجةالاسلام حسینی بوشهری مدیر حوزه علمیه قم در جمع معترضان و قول مساعد وی برای پیگیری موضوع پایان یافت.

موسسه فرهنگی قدس
روزنامه قدس
Info@qudsdaily.com

Neoconservative Attack on the Iranian Lobby in America

Neo-conservative groups are attempting to reduce the influence of the National Iranian American Council (NIAC).

According to reports by Alef, after months of implicit criticisms, the attempts of the neoconservatives to battle NIAC has now entered a new phase, and this group is accused of carrying out activities towards achieving the goals of the Islamic Republic.

NIAC, which counts as one of the biggest Iranian American organizations in the United States, began its work in the year 2000. This council, whose members are mostly comprised of individuals in professional and scientific fields, claims that its goals are to expand ties between the people of Iran and America, and to introduce Iranian culture.

The organization's central office is located in Washington DC. NIAC is run as a Non-profit, and is registered as a non-political organization.

Along with the expansion of NIAC's activities in recent years, the criticisms of this organization's activities have expanded as well. These criticisms are raised by conservative and neo-conservative political groups in the United States.

In the latest attempts, the neoconservative publication Front Page produced a destructive image of NIAC, calling it an agent for the lobby of the Islamic Republic of Iran in America, and claimed that its goals are to infiltrate the political system in the United States and to show a better image of Iran's government abroad.

This neoconservative organization concludes: Since the 90s, Iran has sought to create a wide lobbying network in the United States. The Iranian government has allocated a great amount of financial and human resources in view of reaching this goal.