# EXHIBIT P

# EXHIBIT K

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL       :

IRANIAN AMERICAN COUNCIL       :

      Plaintiffs              :

      V.                      :   Civil No.:

DAIOLESLAM SEID HASSAN,        :   08 CV 00705 (JDB)

      Defendant               :   Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

      Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

Page 2

```
 1   APPEARANCES:

 2


 3   PISHEVAR & ASSOCIATES, PC
     BY:   ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD   20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:   TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11         ERIC GALVEZ, ESQUIRE
     One South Dearborn
12   Chicago, IL   60603
     (312) 853-7643
13   (312) 835-7036 (Fax)
     E-mail:   Tkapshandy@sidley.com
14             Jfougere@sidley.com
               Megalvez@sidley.com
15   Representing the Defendant

16   ALSO PRESENT:

17        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
18        Mia Marbury, Videographer

19

20

21

22
```

Page 8

```
 1                  P R O C E E D I N G S
 2              *     *     *     *     *
 3                    DR. TRITA PARSI
 4   was recalled for further examination by counsel and,
 5   after having been duly sworn by the Notary, was
 6   examined and testified as follows:
 7           EXAMINATION BY COUNSEL FOR DEFENDANT
 8           BY MR. KAPSHANDY:
 9      Q.   Good morning, Mr. Parsi.  How are you?
10      A.   Good morning.  How are you?
11      Q.   Just fine, thanks.  You understand, as the
12   reporter has just sworn you in this morning, that
13   you're still under oath and the same rules as
14   yesterday apply?
15      A.   I do.
16      Q.   And I appreciate your answering verbally,
17   and we'll both try not to talk over each other again
18   today.  That's sometimes hard for her.
19           But we do have a video today -- you may
20   have noticed -- and that may help with the record,
21   but, again, if you could just -- and I will, too --
22   try and honor the same rules as yesterday, I'd
```

Page 100

1   groups.

2            You, Trita Parsi, then acting president of
3   NIAC state that: "NIAC members have educational and
4   experimental knowledge on the lobbying process and
5   politics in America."

6            My question for you simply is: That you,
7   Trita Parsi, in answering that question used the word
8   "lobbying" on behalf of NIAC?

9       A.   No. That is not true. That is a misread
10  of what I said.

11      Q.   So you didn't use the word "lobbying"
12  process about the knowledge that NIAC members --

13      A.   You asked lobbying, and the answer clearly
14  makes this case that members of this organization
15  have educational and experimental knowledge -- it
16  doesn't say expertise or legal expertise -- on the
17  lobbying process and politics in America --

18      Q.   Okay. My question is simply --

19      A.   -- which, essentially, means that there
20  are members in this organization who at that time had
21  studied political science in the United States.

22      Q.   Who are you referring to?

Page 101

1    A.    I'm referring to members of the
2    organization.  I'm not referring to any specific
3    individuals here.
4    Q.    Well, who are you thinking of when you
5    said, "Members have experimental knowledge on the
6    lobbying process and politics in America?"
7    A.    I don't recall which people I was
8    specifically referring to.
9    Q.    Could it have been Trita Parsi who you've
10   previously referred to as having lobbying experience?
11   A.    Well, it talks about experimental
12   knowledge on the lobbying process and politics in
13   America.  I think you are changing the words in your
14   questions.
15   Q.    Well, they're your words.  I'm asking you
16   how you use them.
17   A.    That's exactly what I'm saying, these are
18   my words.
19   Q.    Are you using the word "lobbying" here in
20   the generic sense or in the Federal Code sense of
21   lobbying as applied to various lobbying laws?
22           MR. NELSON:  Objection.  Calls for expert

Page 102

1  testimony.

2        THE WITNESS:  Again, I'm not an expert on
3  it, and this clearly states that this is about
4  educational and experimental knowledge, not
5  expertise, and it's on the lobbying process.
6        It is not on lobbying as you're referring
7  to.  It's about the lobbying process, which is the
8  same as the legislative process, and it's referring
9  to educational knowledge as well as experimental
10 knowledge.
11       BY MR. KAPSHANDY:
12    Q.    My question was:  When you used the word
13 "lobbying" here, you, Trita Parsi, in response to a
14 question about what has NIAC learned from other lobby
15 groups, how are you using the word "lobbying"?
16       Are you using it in the generic sense or
17 in the Federal Code sense as might apply to various
18 lobbying laws?
19    A.    I'm not using the word "lobbying."  I'm
20 using the word "lobbying process."
21    Q.    Okay.  How are you using the word
22 "lobbying process"?

Page 328

1                        CERTIFICATE

2            I hereby certify that the witness was duly

3    sworn by me and that the deposition is a true record

4    of the testimony given by the witness.

5

6                    _____

7                    Sherry L. Brooks, Court Reporter

8

9    (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)