# EXHIBIT R

# EXHIBIT M

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------------------
TRITA PARSI and NATIONAL IRANIAN AMERICAN
COUNCIL,

        Plaintiffs,

     vs.      No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

        Defendant.
------------------------------------------------



DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010




Reported by:
Jeremy Frank, MPM
JOB NO. 4506

Page 2

1
2                    October 29th, 2010
3                    2:14 p.m.
4
5        Deposition of PATRICK DISNEY, held at
6    the offices of Sidley Austin, LLP, 787 7th
7    Avenue, New York, New York, pursuant to Notice
8    and Agreement, before Jeremy Frank, a Notary
9    Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1

2  A P P E A R A N C E S:

3

4      PISHEVAR & ASSOCIATES, P.C.

5      Attorneys for Plaintiffs

6          Jefferson Plaza, Suite 316

7          600 East Jefferson Street

8          Rockville, MD 20852

9      BY:  ADRIAN V. NELSON, II, ESQ.

10          A.P. PISHEVAR, ESQ.

11          PATRICK PARSA, ESQ.

12

13     SIDLEY AUSTIN LLP

14     Attorneys for Defendant

15         1501 K Street, N.W.

16         Washington DC 20005

17     BY:  PETER G. JENSEN, ESQ.

18          JOSH FOUGERE, ESQ.

19

20     ALSO PRESENT:

21         AYDALINE GARCIA, videographer

22

23

24

25

Page 4

1

2          IT IS HEREBY STIPULATED AND AGREED, by

3   and between counsel for the respective

4   parties hereto, that the filing, sealing and

5   certification of the within deposition shall

6   be and the same are hereby waived;

7          IT IS FURTHER STIPULATED AND AGREED

8   that all objections, except as to the form

9   of the question, shall be reserved to the

10  time of the trial;

11         IT IS FURTHER STIPULATED AND AGREED

12  that the within deposition may be signed

13  before any Notary Public with the same force

14  and effect as if signed and sworn to before

15  the Court.

16

17

18

19

20

21

22

23

24

25

Page 5

1

2          THE VIDEOGRAPHER:  This is tape
3     number one in the videotaped deposition
4     of Patrick Disney in the matter of Trita
5     Parsi and National Iranian American
6     Council versus Daioleslam Seid Hassan in
7     the United States District Court for the
8     District of Columbia.  This deposition is
9     being held at Sidley Austin, 787 7th
10    Avenue, New York, New York on October
11    29th, 2010 at approximately 2:14 p.m.  My
12    name is Aydaline Garcia and I'm the video
13    specialist, and the court reporter is
14    Jeremy Frank.
15         Will counsel please introduce
16    themselves beginning with the party
17    noticing this proceeding.
18         MR. JENSEN:  My name is Peter
19    Jensen, I'm counsel for the defendant
20    with the law firm of Sidley Austin.
21         MR. FOUGERE:  Josh Fougere also for
22    the defendant with Sidley Austin.
23         MR. NELSON:  Adrian Nelson with
24    Pishevar & Associates on behalf of NIAC
25    and Dr. Trita Parsi.

Page 6

1              Disney
2         MR. PARSA:  Patrick Parsa for the
3     plaintiffs with Pishevar & Associates.
4         THE VIDEOGRAPHER:  Will the court
5     reporter please swear in the witness.
6  P A T R I C K  D I S N E Y,  called as a
7  witness, having been duly sworn by a Notary
8  Public, was examined and testified as follows:
9  EXAMINATION BY
10 MR. JENSEN:
11     Q.    Before we get started, I just want
12 to go over a few ground rules.  Before we do
13 that, one question.
14         Have you ever been deposed before?
15     A.    No.
16     Q.    Well, I think as the court
17 reporter noted, it is important for you to
18 speak clearly and enunciate.  Try not to speak
19 over me when I'm asking a question and I'll
20 try not to speak over you when you're giving
21 an answer, that will make his job a lot
22 easier.  And also it is important that you
23 verbalize your answers, shrugs and nods of the
24 head won't be captured by his transcript.  If
25 you don't understand a question, please don't

Page 77

1                       Disney
2         Q.    Okay.
3               And did you consider yourself a
4    lobbyist?
5         A.    No.
6         Q.    Did you think you were engaging in
7    lobbying?
8         A.    Can you refine the question a
9    little bit.
10        Q.    Did you lobby Members of Congress?
11        A.    There are activities that I
12   participated in that fit the legal definition
13   of lobbying, yes.
14        Q.    At the time did you consider
15   yourself to be engaged in lobbying?
16              MR. NELSON:  Asked and answered.
17        A.    At the time when I had developed a
18   conception of the legal term lobbying and then
19   developed a process by which I could catego-
20   rize my activities, occasional activities of
21   mine that I engaged in were categorized as
22   lobbying under the legal definition, yes.
23        Q.    And when did you come to
24   understand what the legal definition of
25   lobbying was and how?

Page 78

1                    Disney

2       A.   Like I said before --

3            MR. NELSON:  I note an objection,

4       you're answering based on your personal

5       knowledge, not as an expert in this area.

6       A.   Like I said before, it is an

7   extraordinarily complicated legal definition,

8   and one that I to this day do not have a

9   complete grasp of and nor do I have

10  qualifications to have a complete grasp of it.

11  And rather than say there was a point at which

12  I developed an understanding of the term, I

13  would say it was an ongoing process of

14  developing a way of interpreting the term.

15      Q.   At some point in time you

16  developed sufficient comfort with the term to

17  be able to implement this color categorization

18  of your activities to determine what was

19  lobbying and what was not.

20           Is that a fair statement about

21  what you were doing?

22           MR. NELSON:  Object to the form of

23      the question.

24           You may answer if you're able.

25      A.   There was a point at which I

Page 79

```
 1                    Disney
 2   became comfortable with my process for
 3   categorizing my activities.  At no time did I
 4   depend only on myself and my interpretation,
 5   but I had a process that allowed me to perform
 6   my duties with confidence.
 7        Q.    How would you determine how to
 8   categorize those different activities?
 9        A.    On various activities I would
10   consult the documents that we had obtained and
11   the records that we had built up over time to
12   help with this interpretation.  And oftentimes
13   I would, I and my colleagues would discuss it.
14   And if I or any of my colleagues were unsure
15   about a certain activity, I would turn to, for
16   example, David and say, "What do you think
17   about this?"  He would do the same for me, we
18   would think through the question and arrive at
19   a decision.
20        Q.    The decision was whether or not a
21   particular activity was or was not lobbying?
22        A.    Or some other activity categori-
23   zation.
24        Q.    What were the categorizations that
25   you had?  I think you said seven or eight
```

Page 247

1                     Disney
2              C E R T I F I C A T E
3   STATE OF NEW YORK    )
4                        : ss.
5   COUNTY OF NEW YORK   )
6
7        I, Jeremy Frank, a Notary Public within
8   and for the State of New York, do hereby
9   certify:
10       That PATRICK DISNEY, the witness whose
11  deposition is hereinbefore set forth, was duly
12  sworn by me and that such deposition is a true
13  record of the testimony given by the witness.
14       I further certify that I am not related
15  to any of the parties to this action by blood
16  or marriage, and that I am in no way
17  interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereby
19  set my hand on the 1st day of November, 2010.
20
21                    _____
22                    JEREMY FRANK, MPM
23
24
25