# EXHIBIT S

Gmail   Calendar   Documents   Photos   Reader   Web   more ▾                                    Sign in

# Google groups

« Groups Home

## soc.culture.iranian        "KhodA NegahdAr" trita    [Search this group] [Search Groups]

### IIC: AN IRANIAN LOBBY GROUP!                                Options

**Discussions**
+ new post

⭐ 7 messages - Expand all

**Trita Parsi** View profile                More options  Dec 26 1997, 3:00 am

About this group

Subscribe to this group

This is a Usenet group - learn more



View this group in the new Google Groups

Dear Friends,
Iranians for International Co-operation is a newly formed lobby group
that seeks to protect the interest of the Iranian nation and promote
friendship between nations. Currently our main objectives are to start
an Iran-US dialo and lift the US sanctions on Iran. We are active both
in the US and in the EU.

Please visit our new homepage at http://www.iic.org/
and link us to your pages.

--
**KhodA negahdAr**

**Trita** Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/

Sponsored links

Treat Waste Oil
Cost-Effective Skimmers To Help You
Recover Waste Oil. Contact Us Now!
www.OilSkim.com

BP's Work in the Gulf
BP continues their work in the
Gulf. Visit BP.com to learn how.
www.BP.com/GulfOfMexicoResponse

Watch Free Movies
Free Movie Clips & Sneak Peaks.
Choose from Hundreds of Movies!
FilmFanatic.MyWebSearch.com

See your message here...

**blue sands** View profile                More options  Dec 31 1997, 3:00 am

u mean us sanction on mullahs income???? oh, and u don't like it? how
much they pay u to do so for them??

- Show quoted text -

**Dick Steel** View profile                More options  Dec 31 1997, 3:00 am

In article <34AA0DFF.1B580...@hotmail.com>,
   blue sands <bluesa...@hotmail.com> wrote:

- Show quoted text -

Hey blue,

What are you going to do when Iran and Iraq patch things up?

Bad boys bad boys, what ya gonna do? what ya gonna do when they come

for YOU!

Dick Steel

"This Dick's for You"

| | | |
|---|---|---|
| **IRANQEEN** hi i am looking for friend | | Jan 1 1998, 3:00 am |
| dariusha  IRANQEEN wrote: > hi > i am looking for fri... | | Jan 1 1998, 3:00 am |
| **Trita Parsi** View profile | More options | Jan 3 1998, 3:00 am |

blue sands wrote:

> u mean us sanction on mullahs income???? oh, and u don't like it? how
> much they pay u to do so for them??

For anyone to believe that all Iran's oil income goes to the mullahs, to terrorism or nuclear programs, shows the neccessity of having more Iranians studying Economics instead of Medicine.

--
**KhodA negahdAr**

**Trita** Parsi
****
Handelshögskolan, Stockholm
Stockholm Scool of Economics
****
http://www.iic.org/


| **Azarakhsh** View profile | More options Jan 5 1998, 3:00 am |
|---|---|

blue,
can u tell me why you waste your time on these people? please don't think that people don't know these group of people. thet are very well know and i assure you that many read these posts and can tell easily that who is **trita** sn where he/she come from. he may think people are stupid. but they are not. the other one obviousely has grown up in stable and even doesn't worth looking at. please leave them alone. they come with breeze and go by the morning!

- Show quoted text -

End of messages

« **Back to Discussions**                          « Newer topic   Older topic »