# EXHIBIT Z





```
Subj   Re: Conference Call minutes
Date   Sat, 23 Jun 2001 10:56:17 PM Eastern Daylight Time
From   "Trita Parsi" <trita@iic.org>
To:    "Abbas Edalat" <ae@doc.ic.ac.uk>
CC:    "Sussan Tahmasebi" <sussan3@hotmail.com>,
       <enginuitysearch@worldnet.att.net>, <taslimi@mindspring.com>,
       <olinertax@aol.com>, <payman@sina.jpl.nasa.gov>
```

Dear All:

I think Prof. Edalat is right on point. Combining the two goals will also enable us to work with allies both within and outside Congress who perhaps would oppose an effort to just get the NGO exemption, as such a move might make the lifting of the sanctions altogether more difficult.

There has been silence since the draft minutes of last week's telephone conference was sent to the group for your review and approval. I assume everyone has been busy, but it would be good if we could finish the minutes by Tuesday so that we can follow Mr. Bagher Namazi's instructions and send it to Amb. Bill Miller.

As I mentioned last time, please make whatever changes to the minutes you see fit.

Regards,
Trita Parsi


----- Original Message -----
From: "Abbas Edalat" <ae@doc.ic.ac.uk>
To: "Trita Parsi" <trita@iic.org>
Cc: "Sussan Tahmasebi" <sussan3@hotmail.com>;
<enginuitysearch@worldnet.att.net>; <taslimi@mindspring.com>;
<olinertax@aol.com>; <payman@sina.jpl.nasa.gov>
Sent: Thursday, June 21, 2001 7:26 AM
Subject: Re: Conference Call minutes


> Dear all,
>
> I believe we should not counterpose campaigning against sanctions and
> campaigning to get exemption for NGO's. After all in politics we can



EXHIBIT
77

```
> have both maximal as well as partial demands, without a contradiction.
>
> We should call for removing all sanctions but ask for the IMMEDIATE
> exemption of NGO's from the restrictions. The two can be done and
> should be done together. The first will be the ultimate aim which we
> should always promote but the second should be somehow our immediate
> demand which can today mobilize MORE people, organisations and
> politicians. If we campaign on both issues then the realization of the
> second (NGO exemption) will PAVE the road for campagning more
> effectively on the first (removing all sanctions); it will be the
> logical next step not just for us but for all those whom we have
> persuaded to join us in getting the NGO exemption. With a victory on a
> partial demand which is easier to achieve we  prepare the ground for a
> achieving a bigger victory later.
>
> I am not really familiar with US politics to comment on how we should
> proceed, but I am sure there is a way to combine both demands (with
> somehow different tones).
>
> best,
> Abbas
> --
> Abbas Edalat, Professor of Computer Science and Mathematics
> Department of Computing, Imperial College, London SW7 2BZ, UK
> Tel +44 (0)20 7594 8245            Fax +44 (0)20 7594 8201
> http://www.doc.ic.ac.uk/-ae        http://www.science-arts.org
>

-------------------------Headers--------------------------
Return-Path: <trita@iic.org>
Received: from  rly-yc02.mx.aol.com (rly-yc02.mail.aol.com
        [172.18.149.34]) by air-yc02.mail.aol.com (v79_r1.8) with ESMTP; Sat,
        23 Jun 2001 22:56:17 -0400
Received: from  iic.org (iic.org [209.51.216.8]) by
        rly-yc02.mx.aol.com (v79.20) with ESMTP id
        MAILRELAYINYC29-0623225554; Sat, 23 Jun 2001 22:55:54 -0400
Received: from suite112 [151.204.66.102] by iic.org (SMTPD32-6.06) id
        A6956904025E; Sat, 23 Jun 2001 22:55:17 -0400
Message-ID: <065f01c0fc72$257575a0$0a00a8c0@suite112>
From: "Trita Parsi" <trita@iic.org>
To: "Abbas Edalat" <ae@doc.ic.ac.uk>
Cc: "Sussan Tahmasebi" <sussan3@hotmail.com>,
        <enginuitysearch@worldnet.att.net>, <taslimi@mindspring.com>,
        <olinertax@aol.com>, <payman@sina.jpl.nasa.gov>
References: <F265OjIL2jpWkfb81If00002964@hotmail.com>
        <06ea01c0fab1$8573fb60$0a00a8c0@suite112>
        <3B32041D.AFD14402@doc.ic.ac.uk>
Subject: Re: Conference Call minutes
Date: Sat, 23 Jun 2001 22:54:34 -0700
MIME-Version: 1.0
Content-Type: text/plain; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600
```