# EXHIBIT AA

# EXHIBIT HH

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :

IRANIAN AMERICAN COUNCIL          :

     Plaintiffs                :

     V.                        :   Civil No.:

DAIOLESLAM SEID HASSAN,           :   08 CV 00705 (JDB)

     Defendant                 :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

     Deposition of Dr. Trita Parsi was taken at
the Law Offices of Sidley Austin, LLP, 1501 K Street,
NW, Sixth Floor, Washington, DC 20005 commencing at
9:18 a.m. before Sherry L. Brooks, Professional Court
Reporter and Notary Public, in and for the District
of Columbia.

* * *

Page 2

```
 1    APPEARANCES:

 2


 3    PISHEVAR & ASSOCIATES, PC
      BY:  ADRIAN V. NELSON, II, ESQUIRE
 4         A.P. PISHEVAR, ESQUIRE
           PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
           JOSHUA J. FOUGERE, ESQUIRE
11    One South Dearborn
      Chicago, IL  60603
12    (312) 853-7643
      (312) 835-7036 (Fax)
13    E-mail:  Tkapshandy@sidley.com
                Jfougere@sidley.com
14    Representing the Defendant

15    ALSO PRESENT:

16        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

Page 3

```
 1                    I N D E X

 2                       - - -

 3

 4    Testimony of:  Dr. Trita Parsi          Page

 5

 6    By Mr. Kapshandy                          5

 7

 8    EXHIBITS    DESCRIPTION                  PAGE
```

```
 9    1     Articles of Incorporation for IIC    49

10    2     Certificate                          53

11    3     DC Gov't. E-mail/DCRA Reg. Org. Search   62

12    4     Schedule of Search Terms            113

13    5     Trita Parsi 12/28/09 Calendar Production   121

14    5A    Excerpt - Babak Talebi E-mail        161

15    6     Patrick Disney 12/28/09 Calendar Production123

16    7     PWC Production Calendar (G-mail)      156

17    8     Trita Parsi Outlook Calendar - 4/1/10   175

18    9     Patrick Disney Outlook Calendar - 4/1/10   175

19    10    E-mail Dated 2/6/06 from Trita Parsi   201

20    11    NIAC Network Care Inventory Report    224

21    12    Antiwar.com Article                  269

22    13    Cert. Ltr./Pishevar - Offc. Reports/E-mails271
```

Page 4

1    EXHIBITS CONTINUED:

2

3    EXHIBITS    DESCRIPTION                          PAGE

4    14    Screen Shots Dated 12/25/09               273

5    15    2002 Tax Return                           300

6    16    2003 Tax Return                           300

7    17    2004 Tax Return                           300

8    18    2005 Tax Return                           300

9    19    2006 Tax Return                           300

10   20    2007 Tax Return                           300

11   21    2008 Tax Return                           300

12   22    E-mail from Bijan Khajehpour - 9/22/02    338

13   23    Trita Parsi Wachovia 2002 Bank Statement  341

14

15

16              (Exhibits retained by counsel.)

17

18

19

20

21

22

Page 5

1              P R O C E E D I N G S

2          *     *     *     *     *

3              DR. TRITA PARSI

4    was called for examination by counsel and, after

5    having been duly sworn by the Notary, was examined

6    and testified as follows:

7          EXAMINATION BY COUNSEL FOR DEFENDANT

8          BY MR. KAPSHANDY:

9     Q.    Could you state your full name for the

10   record, please?

11    A.    Trita Parsi.

12    Q.    And have you always been known by that

13   name?

14    A.    Yes, though there's been a change in the

15   spelling of my name.

16    Q.    And how is that?

17    A.    It used to be T-E-R-I-T-A.

18    Q.    And what does one find it spelled that

19   way, like on your birth certificate or passport or

20   what?

21    A.    I believe -- no.  It's not on my birth

22   certificate because my birth certificate is from

Page 325

```
 1        Q.     It's not a big deal.  Let's turn to 2002.

 2        A.     Okay.  2002, business income is $5,223.

 3   Hopkins and to -- okay.

 4        Q.     All of the income here in 2002 appears to

 5   be from W-2 jobs and 1042 scholarships, right?

 6        A.     Yes.

 7        Q.     And you weren't doing any consulting in

 8   2002?

 9        A.     This was eight years ago.

10        Q.     Pardon?

11        A.     This is eight years ago.  I'm trying to

12   think.  That's the first year I was here.  I did

13   write news reports -- that's true, I did -- for Menas

14   Associates.

15        Q.     And who is that?

16        A.     Menas Associates is a consulting firm in

17   England who had a collaboration with Atieh Bahar in

18   Tehran.

19        Q.     And Atieh Bahar is an Iranian consulting

20   firm, correct?

21        A.     I believe so.

22        Q.     But you appear to know them quite well?
```

Page 326

1   It's no secret, right?

2        A.    I do know --

3        Q.    A number of the principals, correct?  Who

4   were the principals that you know there?

5        A.    There's two people that I know there.

6   Whether they're principals or not, may have changed.

7   I don't know.  I do know Siamak Namazi and I do know

8   Bijah Khajehpour, and I have met and spoken to his

9   brother, whose name is Babak Namazi.

10             I've seen and spoken to him a couple of

11  times, but I don't know him.

12       Q.    Is that the same as Baquer Namazi?

13       A.    No.  Baquer Namazi is their father.  I

14  don't believe he's a principal of Atieh Bahar.

15       Q.    Does he have an interest in Atieh Bahar at

16  all?

17       A.    His two sons work there.

18       Q.    Do you know if he has a financial interest

19  there?

20       A.    I don't know.

21       Q.    Have you met or ever spoken with Baquer

22  Namazi?

Page 327

1      A.    Oh, yes.  Absolutely.

2      Q.    In fact, he was the director of an

3  organization known as Hamyaran, right?

4      A.    Yes.  That's a nonprofit.

5      Q.    In Iran?

6      A.    Well, actually, let me take that back.  I

7  don't know if that's how it works over there.  It's

8  an NGO.  It's not a company.  Let me put it that way.

9      Q.    Now, your bank account records show that

10  in 2002 Bijah Khajehpour transferred $2475 into your

11  bank account --

12      A.    Um-hum.

13      Q.    -- your Wachovia bank account?  Does that

14  sound correct?

15      A.    It could have been.  I would need to look

16  at those records to see that.

17      Q.    Was that for -- what was that for?

18      A.    I was writing news summaries and analysis

19  for them.

20      Q.    For Atieh Bahar?

21      A.    For Menas Associates, and Atieh Bahar used

22  that as well because they had a collaboration with

Page 328

1    them.

2         Q.    Well, the bank account records show a

3    transfer from Bijah Khajehpour, not Menas Associates.

4    And how do you spell Menas?

5         A.    M-E-N-A-S, if I remember correctly.

6         Q.    And am I correct that --

7         A.    I did not answer your previous question.

8         Q.    Pardon?

9         A.    I did not get a chance to answer your

10   previous question.

11        Q.    I was going to repeat it, but if you

12   remember it, go ahead.

13        A.    Bijah Khajehpour is also working for or

14   even a principal of Menas Associates.

15        Q.    And you prepared a newsletter for Atieh

16   Bahar, correct?

17        A.    Menas Associates.

18        Q.    And it was titled with Atieh Bahar's

19   letterhead, was it not?

20        A.    Menas Associate was my partner in this,

21   and Atieh Bahar, because of their relationship with

22   them, used that material as well.

Page 329

1      Q.    And Bijah Khajehpour transferred this

2  money from an English bank account?

3      A.    I don't know where the account was, but

4  English sounds reasonable, mindful of the fact that

5  Menas Associates is in England.

6      Q.    And what is his interest in Menas

7  Associates?

8      A.    Again, he either worked for or was a

9  principal at Menas Associates.  I don't remember the

10  exact title.

11      Q.    And how many reports or letterheads did

12  you do that were carrying the Atieh Bahar letterhead?

13      A.    I was providing reports for Menas

14  Associates who were there through their collaboration

15  with Atieh Bahar, and I don't recall the exact

16  number, but I would guess that it was something

17  around ten to 50.

18      Q.    And they all carried the Atieh Bahar

19  letterhead?

20      A.    That's what they asked me to do.

21      Q.    And you knew at the time Bijah Khajehpour

22  had an interest in Atieh Bahar, correct?

Page 330

1     A.    He was working for both Atieh Bahar and

2   Menas Associates.

3     Q.    How many payments did you receive from

4   Bijah Khajehpour?

5     A.    I don't recall, but I didn't do that many

6   number of these reports.

7     Q.    Well, you produced in this case an E-mail

8   that says he's lost your bank accounts; could you

9   send it to him again to transfer funds.

10    A.    Um-hum.

11    Q.    I can dig it out and show it to you, but

12   you've seen that, right?

13    A.    I do not recall.  I mean, if you can

14   produce the E-mail, that will be very helpful.

15    Q.    We'll find it, but my question for you is:

16   As you're sitting here now today, how many transfers

17   or other payments either into U.S. bank accounts or

18   Swedish bank accounts did you receive from Bijah

19   Khajehpour or Atieh Bahar?

20    A.    I do not recall, but I would assume that

21   it would be no more than one or two because this was

22   not done for a lengthy period of time.

Case 1:08-cv-00705-JDB   Document 130-35   Filed 08/01/11   Page 13 of 40

Page 331

1      Q.    And besides 2002 -- well, let me ask you

2   this:  Was it done in any other year besides 2002?

3      A.    I don't remember if it was done in 2002,

4   if it was done in 2001, but I remember that the

5   period in which it was done was a relatively short

6   period.

7      Q.    Well, let's assume that your bank account

8   records show that there's a deposit on September

9   25th, 2002.  Would that refresh your recollection as

10  to whether you did this work and were compensated in

11  2002?

12     A.    I do not recall if that is -- is there a

13  payment in my bank account from Menas Associate or

14  Bijah Khajehpour in September 2002?

15     Q.    Bijah Khajehpour.

16     A.    Okay.  And you mentioned -- is that the

17  same payment that you just mentioned earlier?

18     Q.    $2,475.

19     A.    That's the one.  You only have one payment

20  into my bank account; is that correct?

21     Q.    I'm asking you about that.  Do you recall

22  that one?

Page 332

1      A.    I don't recall all payments into my

2  account from all different entities that I may have

3  done consulting for, no.

4      Q.    Well, let me ask it this way:  How many

5  foreign persons, other than Bijah Khajehpour, are

6  depositing money into your account?  You think you'd

7  remember that?

8      A.    No.

9      Q.    Is it that many?

10     A.    No, because I write a lot of articles for

11 papers, some of them that are outside of the United

12 States.

13          I've given speeches and lectures outside

14 of the United States, so it is quite natural that I

15 would be receiving funds from an entity outside of

16 the United States.

17          If you have the bank accounts, I would be

18 more than happy to take a look at them to make sure I

19 give you as accurate of an answer as possible.

20     Q.    My question is:  As you're sitting here,

21 can you remember how many payments you received from

22 Bijah Khajehpour for work done for these 14 or so

Page 333

1    news reports --

2         A.    There was 14 of these reports?

3         Q.    That's what you said.

4         A.    No.  I said between 10 and 15.  That's my

5    recollection.  Is it 14?

6         Q.    Between ten and 15.

7         A.    That's my recollection.  Is it 14?

8         Q.    How much were you paid for them?

9         A.    It was a very small amount.

10        Q.    Do you recall doing any other work for

11   Atieh Bahar and being compensated either through

12   Menas or by Bijah Khajehpour?

13        A.    I do not recall ever doing any other work

14   for which I received financial compensation.

15              But, for instance, when I was in Iran in

16   2004 doing interviews for my book, Bijah asked me if

17   I wanted to give a presentation based on the research

18   that I had done between Iran and Israel for some

19   foreign embassies who were in Iran at the time, which

20   were, I think, almost exclusively, I believe -- I

21   don't recall -- European embassies.

22              There may have been an Asian one as well

Page 334

1    -- I don't know -- but that was just a presentation

2    that I did.  It was not something that I was paid

3    for.

4              And again, I believe that must have been

5    in 2004 because that is, I believe, the time I was in

6    Iran to do interviews for my book.

7         Q.   Well, the $2475 payment in 2002, did you

8    claim that on your income tax return?

9         A.   Well, what was claimed on the income tax

10   return was whatever W-2s, etc., that was received.

11        Q.   So if they didn't give you a W-2, you

12   didn't think you had to claim it on your tax return?

13        A.   No.  It just meant that my accountant told

14   me, keep all the W-2s at the end of the year and send

15   them to me so I can prepare your tax return.

16        Q.   You didn't think you had to pay income

17   taxes on this payment from this Iranian consultant

18   because you didn't get a W-2?

19        A.   Your question is incorrect because I was

20   paid by Menas Associates in London.

21        Q.   So you don't have to pay income tax on

22   income you receive from an Iranian who's paying you

Page 335

1    through an English bank account?

2        A.    I have no idea exactly how -- if they

3    don't provide or if they take the tax before.  It's

4    different from different places.

5         My impression has been that the tax return

6    has been prepared and executed as it should have been

7    based on the material that was given.

8        Q.    But they can only base it upon what you

9    give them.  And if you don't tell them that you're

10    getting money from foreigners for work that you do,

11    they're not going to know that, are they, the

12    accountants?

13        A.    Well, I collected everything that was sent

14    to me, and I don't recall ever thinking that, oh, I

15    didn't get this from that entity or I didn't get it

16    from that entity.  Everything I have received I have

17    collected and I have given to the IRS.

18        Q.    Well, you think that's a valid defense?  I

19    mean, to say you didn't get paper from somebody, that

20    you don't have to pay income tax on it?

21        A.    I'm not saying that at all.  I'm just

22    saying that this is the way that I prepared the tax

Page 336

1    return --

2         Q.    Well, that was my question.  Why didn't

3    you pay taxes on it?  You appeared to say that you

4    didn't get paper, so you don't have to --

5         A.    You're assuming that at the moment I am

6    aware that there are certain W-2s that are missing --

7         Q.    No.  I didn't say there are W-2s that are

8    missing.

9         A.    -- or whatever it is that is missing, but

10   that is the --

11        Q.    I'm not saying there's any papers missing.

12   I'm just saying, unless I missed it -- correct me if

13   I'm wrong -- it did not appear that you claimed these

14   payments from foreign individuals for work done as

15   income on your 2002 income tax return, did you?

16        A.    I don't think that's a correct way of

17   putting it.  I remember, for instance, when I do work

18   for BBC, which is in England, or if I do an

19   appearance on Aljazeera, in all of those instances, I

20   receive a W-2, even though those entities are not in

21   the United States.

22        Q.    The question isn't, did you receive a W-2

Page 337

1    from Bijah Khajehpour.  The question is:  Did you pay

2    income taxes on that?  And from looking at your

3    return, I don't find it, but I'm welcoming you to

4    tell us where it is on the return.

5         A.    I can't find it here either, but what I'm

6    explaining to you is that when it came to preparing

7    the income tax return, I was instructed to gather the

8    W-2s that had come in.

9              Do also keep in mind one thing that should

10   be noted here.  This is my second year living in the

11   United States, second year ever working in the United

12   States.

13             The way the United States does its tax

14   return is dramatically different from what I am used

15   to when I was in Sweden in which all the taxes

16   actually are taken from your income before you

17   receive it.

18             So there's no such thing as reporting your

19   taxes afterwards when it comes to income.  Everything

20   you earn, you receive the amount after tax already

21   has been withdrawn.

22        Q.    Let me hand you what we'll mark as your

Page 338

1   Deposition Exhibit 22.

2           (Exhibit Number 22 was marked for

3   identification and was retained by counsel.)

4           THE WITNESS:  When was the payment made to

5   my Wachovia account?

6           BY MR. KAPSHANDY:

7       Q.   I have a question for you about this

8   document.

9       A.   Can I just ask that? because you've been

10  referring to what you say is evidence that I've not

11  been able to take a look at.  Can you refer back to

12  me when was the payment made?

13      Q.   We'll get to that in a second.  We're

14  looking for that, okay.  Can I ask a question about

15  this document now, please?

16          First of all, for the record, this is an

17  E-mail from Bijah Khajehpour at Atieh Bahar.com on

18  September 22, 2002, to Trita Parsi, and it includes

19  an E-mail from you, which appears to be blank except

20  for a subject line that says:  "Dear Bijah, any words

21  about the Visa."

22          Now, the first question I have for you is:

Page 339

1    With regard to your initiating E-mail, any words

2    about the Visa, what is that about?  Do you know?

3        A.    I assume that it is me asking him if he

4    has received the Visa to come to the United States.

5        Q.    Now, he was applying for a Visa for what,

6    like a temporary visit or what?

7        A.    He has been to the United States on

8    several occasions, invited by major U.S. think tanks

9    to give presentations.

10       Q.    And he is a --

11       A.    I believe also at some point he was part

12   of an executive education -- I don't know where that

13   was, but usually when he came, it was because some

14   entity such as the Woodrow Wilson Center had invited

15   him to come over to the United States for a visit to

16   give a presentation.

17       Q.    Now, in response, he says his Visa has not

18   come through and he postpones his trip to November.

19   But on the last paragraph, he says:  "On a different

20   note, I want to transfer some funds to your account

21   on Thursday, but realize I have not kept the account

22   information.  Can you please E-mail your account info

Page 340

1    to me."

2              First, did I read that correctly?

3        A.    I believe you did.

4        Q.    And he, apparently, had your account

5    information but had lost it.  How did that work?

6        A.    You would probably have to ask him.

7        Q.    Well, had you sent it to him before?

8        A.    I don't know if I had sent it to him

9    before.  I don't know if it was because we had spoken

10   on the phone.

11       Q.    Well, he's the one who said he hadn't kept

12   it.  In normal English, that would indicate that he

13   had it.

14       A.    I didn't deny that he had it.  You asked

15   me if I had E-mailed it to him, and I don't believe

16   that I had.

17       Q.    My question is:  Do you know if he had had

18   it before this E-mail where he asks you to resend it?

19       A.    He may have had it.  I don't know.

20       Q.    Well, how is it and why is it that he

21   might have had your bank account information?

22       A.    I would assume because I was doing

Page 341

1    consulting for them.  As a result, he had my bank

2    information.  And at some point, he would have to

3    make a payment for those few papers that I had

4    produced for them, and it seems like he's saying that

5    he had not kept it.

6         Q.    Now, when the funds were eventually

7    transferred to you --

8         A.    When was that?

9         Q.    As I said previously, September 25th,

10   2002.

11        A.    Three days after this?

12        Q.    Right.

13        A.    Um-hum.

14        Q.    Is it not correct that it was transferred

15   from Bijah Khajehpour, the same Bijah Khajehpour of

16   Atieh Bahar who sent you this E-mail, Exhibit 22?

17        A.    I would love to be able to see --

18        Q.    Certainly.  Let's hand you what we'll mark

19   as your Deposition Exhibit 23, your Wachovia bank

20   statement from 2002.

21             (Exhibit Number 23 was marked for

22   identification and was retained by counsel.)

Page 342

1           BY MR. KAPSHANDY:

2           Q.    And actually, if you look at the very

3    first deposit, on 9/25, do you see a deposit of $2475

4    fund transfers from Wachovia bank and it looks like a

5    German bank.  Originator Bijah Khajehpour, 9/25/02,

6    5:15 a.m. probably because it's earlier in the day

7    wherever he is, unless he banks early.

8           A.    Later in the day.

9           Q.    Later in the day -- thank you.  Early

10   here.

11          A.    And your question is, if this is the same

12   Bijah Khajehpour who is involved in Atieh Bahar, as

13   well as Menas Associates in England?

14          Q.    I've not seen any reference to Menas

15   Associates in England in any of the documents you've

16   produced.

17                So my question is:  Is this the same Bijah

18   Khajehpour from Atieh Bahar that sent us the E-mail,

19   Exhibit 22, and is this $2475 for the consulting work

20   that you did on Atieh Bahar letterhead?

21          A.    It is the same Bijah Khajehpour who is

22   involved in Menas Associates and Atieh Bahar.

Page 343

1      Q.    Are you familiar with OFAC?

2      A.    Yes, I am.

3      Q.    What is OFAC?

4      THE WITNESS:  Can I consult with my

5  counsel?

6      MR. NELSON:  Counsel, I don't have

7  personal knowledge of this, but it's my understanding

8  that there may have been some type of a

9  confidentiality agreement previously in place or some

10  understanding regarding documents relating to Mr.

11  Bijah Khajehpour that the parties previously agreed

12  to because of his situation in Iran in terms of now

13  being incarcerated, etc.

14      So we're asking if there is such an

15  agreement that if it does exist that these particular

16  documents and any deposition testimony relating to

17  him be placed under seal subject to the

18  confidentiality agreement.

19      MR. KAPSHANDY:  The agreement we had

20  related to two or three specific E-mails about trying

21  to set up a meeting with, I believe, either the State

22  Department or the NSC, and there's correspondence

Page 347

1                        CERTIFICATE

2          I hereby certify that the witness was duly

3    sworn by me and that the deposition is a true record

4    of the testimony given by the witness.

5

6          _____

7                Sherry L. Brooks, Court Reporter

8

9    (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22

**From:**          Bijan Khajehpour [bijan@atiehbahar.com]
**Sent:**          Sunday, September 22, 2002 12:52 AM
**To:**          'Trita Parsi'
**Subject:**          RE: Dear Bijan: Any words about the visa?

Dear Trita,

Thanks for your message.  Unfortunately, my visa authorization has not come through and I will certainly postpone my planned trip until some time in November.  I hope this is not too much of an inconvenience for you.

As soon as I get my visa I will plan a new date and let you know.

On a different note, I wanted to transfer some funds to your account on Thursday, but realized that I have not kept the account information.  Can you please email your account info to me?

Best wishes,

Bijan

         -----Original Message-----
         **From:** Trita Parsi [mailto:trita@iic.org]
         **Sent:** Sunday, September 22, 2002 12:24 AM
         **To:** Bijan Khajepour
         **Subject:** Dear Bijan: Any words about the visa?



EXHIBIT

22

ALL-STATE LEGAL®

REDE Page 429 of 431



**WACHOVIA**

College Access Checking

01    1010023106651  072  30      0  10     SAFEKEPT    Replacement Statement      052


TRITA PARSI
2144 CALIFORNIA ST NW APT 312              PB
WASHINGTON DC 20008
-

College Access Checking                          9/17/2002 thru 10/17/2002

Account number:      1010025106651
Account holder(s):   TRITA PARSI

Account Summary

Opening balance 9/17          $8,980.76

Deposits and other credits      6,307.82 +

Checks                          974.00 -

Other withdrawals and service fees   509.37 -

Closing balance 10/17          $13,804.33

Deposits and Other Credits

| Date | Amount | Description | |
|------|--------|-------------|--|
| 9/25 | 2,475.00 | FUNDS TRANSFER (ADVICE 020925001355)<br>RCVD FROM WACHOVIA BANK N.A/COMMERZBANK AG -<br>ORG=BIJAN KHAJEHPOUR<br>RFB=STKR226678985  OBI=FROM ABC<br>REF=0209241101000031  09/25/02  05:15AM | 000020925001355 |
| 9/30 | 842.48 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 020930 PPD<br>MISC 142085948 | 420022694506771 |
| 10/04 | 2,417.00 | DEPOSIT         CONNECTICUT _N        10/03<br>1300 CONNECTICUT WASHINGTON   DC 7014F001433 | 200210032153480 |
| 10/15 | 573.34 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY<br>CO. ID. 1520595110 021015 PPD<br>MISC 142085948 | 420022834590913 |
| Total | $6,307.82 | | |

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|--------|--------|------|--------|--------|------|--------|--------|------|--|
| 0115 | 25.00 | 10/01 | 0117 | 915.00 | 10/09 | | | | 4811840834 4814371852 |
| 0116 | 34.88 | 9/25 | Total | $974.88 | | | | | 4810948350 |


FIRST UNION NATIONAL BANK , FIRST UNION DIRECT SALES - DC          page 1 of 3

EXHIBIT

23

ALL-STATE LEGAL®

REDB Page 430 of 431



**WACHOVIA**

College Access Checking

02   1010025106651 072 30     0 10     SAFEKEPT     Replacement Statement     052

Other Withdrawals and Service Fees

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 9/19 | 10.00 | PURCHASE       BIGZOO.COM            09/17 | | | 200209170116000 |
|      |       | 4828520160467      626-486-1024 CA 70141256703 | | | |
| 9/23 | 10.54 | PURCHASE       FILENES BASEMED0000   09/19 | | | 200209190121000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V255081 | | | |
| 9/23 | 20.00 | PURCHASE       BIGZOO.COM            09/20 | | | 200209201235000 |
|      |       | 4828520160467      626-486-1024 CA 70141276703 | | | |
| 9/23 | 28.45 | PURCHASE       SAFEWAY S             09/22 | | | 200209221747270 |
|      |       | 1800 20TH ST      WASHINGTON   DC 7014N287107 | | | |
| 9/24 | 7.27 | PURCHASE       CHIPOTLE MEXICAN 8    09/22 | | | 200209220207000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V272078 | | | |
| 9/24 | 13.36 | PURCHASE       RITE AID STORE 384    09/22 | | | 200209220185000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V256590 | | | |
| 9/25 | 12.00 | MISCELLANEOUS CHARGE | | | 000000000000002 |
|      |       | DOMESTIC INCOMING WIRETRANSFER | | | |
| 9/25 | 20.00 | PURCHASE       NEATA EXPRESS VEND    09/24 | | | 200209241348000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V285190 | | | |
| 9/30 | 20.00 | PURCHASE       BIGZOO.COM            09/28 | | | 200209281638000 |
|      |       | 4828520160467      626-486-1024 CA 70141256703 | | | |
| 10/01 | 60.00 | WITHDRAWAL     CONNECTICUT _N        09/30 | | | 200209302020800 |
|      |       | 1300 CONNECTICUT  WASHINGTON   DC 7014V005862 | | | |
| 10/04 | 3.75 | PURCHASE       RITE AID STORE 384    10/02 | | | 200210020729000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V226590 | | | |
| 10/07 | 11.57 | PURCHASE       SAFEWAY STORE0003     10/04 | | | 200210040148000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V292180 | | | |
| 10/08 | 17.55 | PURCHASE       TGBDURNCKERS 352      10/07 | | | 200210070423000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V291896 | | | |
| 10/09 | 5.06 | PURCHASE       SAFEWAY S             10/08 | | | 200210082027070 |
|      |       | 1800 20TH ST      WASHINGTON   DC 7014N203167 | | | |
| 10/09 | 41.30 | PURCHASE       IBOS CATE RESTAURA    10/07 | | | 200210070157000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V299000 | | | |
| 10/10 | 8.46 | PURCHASE       EMBASSY MARKET        10/09 | | | 200210092241000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V200768 | | | |
| 10/10 | 60.00 | WITHDRAWAL     CONNECTICUT _N        10/10 | | | 200210101239180 |
|      |       | 1300 CONNECTICUT  WASHINGTON   DC 7014V008122 | | | |
| 10/11 | 12.53 | PURCHASE       EMBASSY CAMERA CEN    10/09 | | | 200210090908000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V260742 | | | |
| 10/11 | 15.33 | PURCHASE       REGENCY CLEANERS      10/09 | | | 200210092241000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V261009 | | | |
| 10/15 | 15.99 | PURCHASE       PAPER MOON            10/11 | | | 200210111831000 |
|      |       | 4828520160467      WASHINGTON   DC 7014V202077 | | | |

Other Withdrawals and Service Fees continued on next page.

REDE Page 431 of 431



**WACHOVIA**

College Access Checking

03   1010025106651  072  30     0  10     SAFEKEPT     Replacement Statement     052

Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/15 | 23.13 | PURCHASE   XANDO COFFEE _BAR        10/12                    200210121213000 |
|       |       | 4820520160467     WASHINGTON   DC 701#0217112 |
| 10/15 | 40.00 | WITHDRAWAL    CONNECTICUT _N        10/14                    200210141156430 |
|       |       | 1500 CONNECTICUT  WASHINGTON   DC 70140009076 |
| 10/15 | 53.06 | PURCHASE     SAFEWAY  S          10/14                       200210142048570 |
|       |       | 1747 COLUMBIA RD  WASHINGTON D DC 70140271158 |

Total     $509.37

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 09/19 | 8,970.76 | 10/01 | 12,036.74 | 10/10 | 13,391.03 |
| 09/23 | 8,911.77 | 10/04 | 14,449.99 | 10/11 | 13,363.17 |
| 09/24 | 8,891.14 | 10/07 | 14,438.42 | 10/15 | 13,804.33 |
| 09/25 | 11,299.26 | 10/08 | 14,420.87 | | |
| 09/30 | 12,121.74 | 10/09 | 13,459.49 | | |

Customer Service Information

|  | Phone number | Address |
|--|--------------|---------|
| Deposit  Investment Accounts, CheckCard _ATM | | |
| Card | 1-800-275-3962 | FIRST UNION NATIONAL BANK |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | NCB502 |
| | | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |
| Consumer Loan Accounts | 1-800-347-1131 | FIRST UNION NATIONAL BANK |
| | | VA-0343 |
| | | PO BOX 13327 |
| | | ROANOKE VA  24040-0343 |
| En Espanol Para Cuentas | 1-800-326-8977 | |
| De Depositos Y Ahorros | | |

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-275-3962 or write to us at FIRST UNION NATIONAL BANK, NCB502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

REDE Page 426 of 431



WACHOVIA

Collage Access Checking

03   1010025106651 072 30      0 10     SAFEKEPT   Replacement Statement      052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312        PB
WASHINGTON DC 20008
—

College Access Checking                          10/18/2002 thru 11/14/2002

Account number:       1010025106651
Account holder(s):    TRITA PARSI

Account Summary

Opening balance 10/18        $13,804.33

Deposits and other credits     969.77 +

Checks                         977.92 -

Other withdrawals and service fees   569.66 -

Closing balance 11/14        $13,226.52

Deposits and Other Credits

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/22 | 306.80 | DEPOSIT      CONNECTICUT _N        10/22 | | 200210221249070 |
| | | 1300 CONNECTICUT WASHINGTON  DC 7014F006570 | | |
| 10/31 | 662.97 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY | | 420023024688793 |
| | | CO. ID. 1520595110 021031 PPD | | |
| | | MISC 142085948 | | |
| Total | $969.77 | | | |

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 0118 | 18.81 | 10/21 | 0121* | 9.26 | 11/08 | Total | $977.92 | 4816913572 7312932075 |
| 0119 | 34.85 | 10/30 | 0122 | 915.00 | 11/08 | | | 4917535052 4811603849 |

*Indicates a break in check number sequence

Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/21 | 10.81 | PURCHASE    XANDO COFFEE _BAR        10/17 | | 200218170231000 |
| | | 4828520160467   WASHINGTON  DC 7014F217112 | | |
| 10/21 | 40.00 | PURCHASE    SINGAPORE BISTRO        10/18 | | 200210182223000 |
| | | 4828520160467   1134 19TH ST DC 7014F299002 | | |
| 10/22 | 14.47 | PURCHASE    IKEA WASHINGTON        10/20 | | 200210202021000 |
| | | 4828520160467   WOODBRIDGE   VA 7014F282072 | | |
| 10/23 | 50.00 | WITHDRAWAL  CONNECTICUT _N        10/23 | | 200210231230220 |
| | | 1300 CONNECTICUT WASHINGTON  DC 7014F000156 | | |
| 10/25 | 13.74 | PURCHASE    GAP #1009/THE        10/23 | | 200210230910000 |
| | | 4828520160467   WASHINGTON  DC 7014F212570 | | |

Other Withdrawals and Service Fees continued on next page.

FIRST UNION NATIONAL BANK ,  FIRST UNION DIRECT SALES - DC                    page 1 of 3

REDE Page 427 of 431



**WACHOVIA**

College Access Checking

02    1010025106651  072  30      0  10      SAFEXPT    Replacement Statement      052

Other Withdrawals and Service Fees continued

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 10/25 | 60.00 | WITHDRAWAL   CONNECTICUT _W | 10/25 | | 200210251140090 |
| | | 1300 CONNECTICUT  WASHINGTON | DC 7014F002205 | |
| 10/28 | 3.03 | PURCHASE      CVS #1347 | 10/26 | | 200210262022000 |
| | | 4828520160467      WASHINGTON | DC 7014V232360 | |
| 10/28 | 21.10 | PURCHASE      KRAMER BOOKS AND A | 10/26 | | 200210260440000 |
| | | 4828520160467      WASHINGTON | DC 7014V213090 | |
| 10/28 | 140.58 | PURCHASE      PENANG | 10/26 | | 200210260333000 |
| | | 4828520160467      WASHINGTON | DC 7014V281210 | |
| 10/30 | 6.36 | PURCHASE      JOHN HOPKINS (SAIS | 10/28 | | 200210281739000 |
| | | 4828520160467      WASHINGTON | DC 7014V240040 | |
| 10/30 | 6.56 | PURCHASE      SAFEWAY  S | 10/29 | | 200210291747540 |
| | | 1800 20TH ST       WASHINGTON | DC 7014H224072 | |
| 10/30 | 13.04 | PURCHASE      CHIPOTLE MEXICAN # | 10/28 | | 200210282319000 |
| | | 4828520160467      WASHINGTON | DC 7014V27206B | |
| 11/04 | 4.54 | PURCHASE      STAPLES #941 | 10/31 | | 200210310814000 |
| | | 4828520160467      800-333-3330 PA 7014V240040 | | |
| 11/04 | 10.49 | PURCHASE      MODELL'S STORE #78 | 11/03 | | 200211030430000 |
| | | 4828520160467      BETHESDA       MD 7014V210040 | | |
| 11/04 | 38.00 | PURCHASE      BIG200.COM | 10/31 | | 200210312054000 |
| | | 4828520160467      626-486-1024 CA 7014225670J | | |
| 11/04 | 33.84 | PURCHASE      SAFEWAY  S | 11/03 | | 200211031614080 |
| | | 1747 COLUMBIA RD  WASHINGTON D DC 7014H291073 | | |
| 11/04 | 52.81 | PURCHASE      STAPLES #941 | 10/31 | | 200210310814000 |
| | | 4828520160467      800-333-3330 PA 7014V250040 | | |
| 11/12 | 5.29 | PURCHASE      SAFEWAY  S | 11/08 | | 200211081659360 |
| | | 1800 20TH ST       WASHINGTON | DC 7014H234078 | |
| 11/12 | 23.00 | PURCHASE      VSL HARLOW HAIR DE | 11/10 | | 200211101100000 |
| | | 4828520160467      WASHINGTON | DC 7014V242077 | |
| 11/12 | 30.00 | PURCHASE      CARAVAN GRILL | 11/10 | | 200211101138000 |
| | | 4828520160467      WASHINGTON | DC 7014V262068 | |
| Total | $569.66 | | | | |

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 10/21 | 13,734.71 | 10/28 | 13,738.59 | 11/08 | 13,204.81 |
| 10/22 | 14,027.04 | 10/30 | 13,677.78 | 11/12 | 13,226.52 |
| 10/23 | 13,977.04 | 10/31 | 14,360.75 | | |
| 10/25 | 13,903.30 | 11/04 | 14,209.07 | | |

FIRST UNION NATIONAL BANK ,  FIRST UNION DIRECT SALES - DC                    page 2 of 3

REDE Page 428 of 431



**WACHOVIA**

College Access Checking

03    1010025106651 072 30    0 10    SAFEKEPT    Replacement Statement    052

IF ONE OF YOUR HOME'S ESSENTIAL SYSTEMS OR APPLIANCES
BREAKS TODAY...WHO WILL YOU CALL? NOW WILL YOU PAY FOR
IT? WACHOVIA INSURANCE AGENCY IS PLEASED TO MAKE THE
AMERICAN HOME SHIELD HOME WARRANTY PLAN AVAILABLE. CALL
AHS AT 1-866-427-2979 FOR MORE INFORMATION OR TO ENROLL.
NOT FDIC INSURED/NOT BANK GUARANTEED

WE ARE NOW OFFERING CUSTOMERS NEW CD OPTIONS WITH MORE
CHOICES AND GREATER FLEXIBILITY FOR GROWING YOUR MONEY:
12-MTH CONVERTIBLE CD/CD IRA OR 12-MTH SYSTEMATIC SAVER CD
24-MTH STEP RATE CD/CD IRA OR 36-MTH CALLABLE CD
FOR MORE INFORMATION, STOP BY YOUR LOCAL FINANCIAL CENTER
OR CALL US TODAY AT 1-800-690-0505. MEMBER FDIC

Customer Service Information

| | Phone number | Address |
| --- | --- | --- |
| Deposit  Investment Accounts, CheckCard _ATM Card | 1-800-275-3062 | FIRST UNION NATIONAL BANK |
| TDD (For the Hearing Impaired) | 1-800-388-2234 | NC8502 |
| | | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |
| Consumer Loan Accounts | 1-800-347-1332 | FIRST UNION NATIONAL BANK |
| | | VA-0343 |
| | | PO BOX 13327 |
| | | ROANOKE VA 24040-0343 |
| En Espanol Para Cuentas De Depositos Y Ahorros | 1-800-326-8977 | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at
1-800-275-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt. We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

FIRST UNION NATIONAL BANK ,  FIRST UNION DIRECT SALES - DC                    page 3 of 3

REDE Page 423 of 431



**WACHOVIA**

College Access Checking

01   1010025106651 072 30      0 10     SAFEKEPT     Replacement Statement      052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312          FB
WASHINGTON DC 20008

College Access Checking                               11/15/2002 thru 12/13/2002

Account number:        1010025106651
Account holder(s):     TRITA PARSI

Account Summary

Opening balance 11/15          $13,226.52

Deposits and other credits      2,022.55 +

Checks                            191.70 -

Other withdrawals and service fees     560.44 -

Closing balance 12/13          $14,496.93

Deposits and Other Credits

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 11/15 | 770.62 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021115 PPD MISC 142085948 | | 420023175129002 |
| 11/18 | 15.00 | DEPOSIT      CONNECTICUT _N        11/15 1300 CONNECTICUT  WASHINGTON   DC 7014#003563 | | 200211151644130 |
| 11/26 | 27.80 | DEPOSIT      N STREET BRANCH        11/26 1850 N STREET NW  WASHINGTON   DC 7014#000205 | | 200211261311370 |
| 11/27 | 432.25 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021127 PPD MISC 142085948 | | 420023290714697 |
| 12/05 | 103.24 | DEPOSIT      CONNECTICUT _N        12/04 1300 CONNECTICUT  WASHINGTON   DC 7014#008235 | | 200212041923180 |
| 12/13 | 674.44 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY CO. ID. 1520595110 021213 PPD MISC 142085948 | | 420023451929504 |

Total     $2,022.55

Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | | |
|--------|--------|------|--------|--------|------|--------|--------|------|---|---|
| 0120 | 24.00 | 11/18 | 0124 | 34.87 | 11/25 | 0127* | 32.19 | 12/13 | 4912996104 4914547895 7310733892 |
| 0123* | 30.64 | 11/18 | 9125 | 70.00 | 11/26 | Total | $191.70 | | 4912018458 8915722895 |

*Indicates a break in check number sequence

FIRST UNION NATIONAL BANK .  FIRST UNION DIRECT SALES - DC                    page 1 of 3

REDE Page 424 of 431



**WACHOVIA**

College Access Checking

02   1010023106651  072  30      0  10      SAFEKEPT    Replacement Statement      052

Other Withdrawals and Service Fees

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 11/20 | 7.27 | PURCHASE     CHIPOTLE MEXICAN #     11/18 | | | 200211182319000 |
| | | 4828520160467    WASHINGTON   DC 7014V212077 | | | |
| 11/20 | 60.00 | WITHDRAWAL    CONNECTICUT _N      11/20 | | | 200211201430040 |
| | | 1300 CONNECTICUT  WASHINGTON   DC 7014V008296 | | | |
| 11/22 | 119.50 | PURCHASE     GAP #1009/THE       11/20 | | | 200211201051000 |
| | | 4828520160467    WASHINGTON   DC 7014V233250 | | | |
| 11/27 | 8.75 | PURCHASE     YOSMA'S CAFE        11/25 | | | 200211252223000 |
| | | 4828520160467    WASHINGTON   DC 7014V272070 | | | |
| 11/29 | 7.93 | PURCHASE     SAFEWAY  3         11/27 | | | 200211271856570 |
| | | 1800 20TH ST     WASHINGTON   DC 7014N284029 | | | |
| 12/02 | 6.37 | PURCHASE     EMBASSY MARKET      11/30 | | | 200211301845000 |
| | | 4828520160467    WASHINGTON   DC 7014V249768 | | | |
| 12/02 | 58.76 | PURCHASE     BUFFALO BILLIARDS    12/01 | | | 200212011951000 |
| | | 4828520160467    WASHINGTON   DC 7014V296433 | | | |
| 12/03 | 32.99 | PURCHASE     OZIO              12/01 | | | 200212010402000 |
| | | 4828520160467    WASHINGTON   DC 7014V230088 | | | |
| 12/03 | 34.64 | PURCHASE     THAIPHOON RESTAURA   12/01 | | | 200212011708000 |
| | | 4828520160467    WASHINGTON   DC 7014V222069 | | | |
| 12/05 | 40.00 | WITHDRAWAL    CONNECTICUT _N      12/04 | | | 200212041923470 |
| | | 1300 CONNECTICUT  WASHINGTON   DC 7014V008236 | | | |
| 12/09 | 8.87 | PURCHASE     RITE AID 53845      12/08 | | | 200212082113000 |
| | | 1815 CONNECTICUT  WASHINGTON   DC 7014ND01296 | | | |
| 12/09 | 26.79 | PURCHASE     SAFEWAY  5         12/07 | | | 200212071351530 |
| | | 1800 20TH ST     WASHINGTON   DC 7014N264090 | | | |
| 12/10 | 18.50 | PURCHASE     FANDANGO/LOEWS0070   12/08 | | | 200212080114000 |
| | | 4828520160467    866-857-5191 CA 7014V256600 | | | |
| 12/10 | 37.00 | PURCHASE     FANDANGO/LOEWS0070   12/08 | | | 200212080114000 |
| | | 4828520160467    866-857-5191 CA 7014V208600 | | | |
| 12/11 | 2.00 | MISCELLANEOUS CHARGE | | | 000000000000002 |
| | | ATM NON-FUND WITHDRAWAL | | | |
| 12/11 | 41.50 | WITHDRAWAL    GREATER ATLANTIC BANK  12/10 | | | 200212101703050 |
| | | 1025 CONNECTICUT  WASHINGTON   DC 7014N153111 | | | |
| 12/12 | 2.54 | PURCHASE     SAFEWAY  S         12/11 | | | 200212112041090 |
| | | 1800 20TH ST     WASHINGTON   DC 7014N268113 | | | |
| 12/12 | 13.04 | PURCHASE     CHIPOTLE MEXICAN #   12/10 | | | 200212101359000 |
| | | 4828520160467    WASHINGTON   DC 7014V252068 | | | |
| 12/13 | 37.00 | PURCHASE     THAIPHOON RESTAURA   12/11 | | | 200212130619000 |
| | | 4828520160467    WASHINGTON   DC 7014V212069 | | | |
| Total | 6360.44 | | | | |

REDE Page 425 of 431



**WACHOVIA**

College Access Checking

03    1010025106651  072  30        0  10      SAFEXEPT    Replacement Statement        052

Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 11/15 | 13,997.14 | 11/27 | 14,116.36 | 12/10 | 13,950.76 |
| 11/18 | 13,957.50 | 11/29 | 14,108.43 | 12/11 | 13,907.26 |
| 11/20 | 13,890.23 | 12/02 | 14,043.30 | 12/12 | 13,891.68 |
| 11/22 | 13,770.73 | 12/03 | 13,975.67 | 12/13 | 14,496.93 |
| 11/25 | 13,735.06 | 12/05 | 14,038.91 | | |
| 11/26 | 13,692.86 | 12/09 | 14,006.26 | | |

WE ARE NOW OFFERING CUSTOMERS NEW CD OPTIONS WITH MORE
CHOICES AND GREATER FLEXIBILITY FOR GROWING YOUR MONEY:
12-MTH CONVERTIBLE CD/CD IRA OR 12-MTH SYSTEMATIC SAVER CD
24-MTH STEP RATE CD/CD IRA OR 36-MTH CALLABLE CD
FOR MORE INFORMATION, STOP BY YOUR LOCAL FINANCIAL CENTER
OR CALL US TODAY AT 1-800-690-8505. MEMBER FDIC

Customer Service Information

                                    Phone number   Address

Deposit  Investment Accounts, CheckCard ATM
Card                          1-800-275-3862 FIRST UNION NATIONAL BANK
TDD (For the Hearing Impaired) 1-800-388-2234 NC0502
                                    P O BOX 563966
                                    CHARLOTTE NC 28262-3966

Consumer Loan Accounts         1-800-347-1131 FIRST UNION NATIONAL BANK
                                    VA-0343
                                    PO BOX 13227
                                    ROANOKE VA 24040-0343

En Espanol Para Cuentas        1-800-326-8977
De Depositos Y Ahorros

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
1-800-275-3862 or write to us at FIRST UNION NATIONAL BANK, NC0502, P O BOX 563966, as soon
as you can, if you think your statement or receipt is wrong or if you need more information
about a transfer on the statement or receipt.  We must hear from you no later than 60 days
after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

REDE Page 419 of 431



**WACHOVIA**

College Access Checking

01   1010025106651  072  30      0  10      SAFEKEPT    Replacement Statement      052

TRITA PARSI
2144 CALIFORNIA ST NW APT 312          PB
WASHINGTON DC 20008

**College Access Checking**                              12/14/2002 thru 1/16/2003

Account number:        1010025106651
Account holder(s):     TRITA PARSI

**Account Summary**

Opening balance 12/14          $14,496.93

Deposits and other credits      6,154.96 +

Checks                             69.72 -

Other withdrawals and service fees  2,224.52 -

Closing balance 1/16           $18,357.65

**Deposits and Other Credits**

| Date | Amount | Description | | | |
|------|--------|-------------|---|---|---|
| 12/24 | 13.04 | DEPOSIT     CONNECTICUT _N       12/24 | | DC 7014F006252 | 200212241346240 |
| | | 1390 CONNECTICUT  WASHINGTON | | | |
| 12/24 | 4,051.00 | DEPOSIT     CONNECTICUT _N       12/24 | | DC 7014F006253 | 200212241346420 |
| | | 1300 CONNECTICUT  WASHINGTON | | | |
| 12/30 | 974.58 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY | | | 420022607783787 |
| | | CO. ID. 1520595110 021230 PPD | | | |
| | | MISC 142085948 | | | |
| 1/02 | 38.28 | DEPOSIT     CONNECTICUT _N       01/01 | | DC 7014F004729 | 200301011505510 |
| | | 1300 CONNECTICUT  WASHINGTON | | | |
| 1/03 | 19.41 | DEPOSIT     CONNECTICUT _N       01/03 | | DC 7014F008966 | 200301031214270 |
| | | 1300 CONNECTICUT  WASHINGTON | | | |
| 1/15 | 500.00 | DEPOSIT     CONNECTICUT _N       01/15 | | DC 7014F007908 | 200301151307220 |
| | | 1300 CONNECTICUT  WASHINGTON | | | |
| 1/15 | 558.33 | AUTOMATED CREDIT JOHNS HOPKINS UV REG-SALARY | | | 420030141440886 |
| | | CO. ID. 1520595110 030115 PPD | | | |
| | | MISC 142085948 | | | |

Total      $6,154.96

**Checks**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|--------|--------|------|--------|--------|------|--------|--------|------|---|
| 0128 | 43.67 | 12/27 | 0129 | 26.05 | 1/13 | Total | $69.72 | | 4913860655 4917898250 |

REDE Page 420 of 431



**WACHOVIA**

College Access Checking

02   1010025106651 072 30      0 10      SAFEXEPT    Replacement Statement        052

Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 12/16 | 9.63 | PURCHASE    HUMAN GATE RESTAUR      12/12 | | 200212121526000 |
| | | 4828520160467      ARLINGTON     VA 7014V298242 | | |
| 12/16 | 10.00 | PURCHASE    BIGZOO.COM              12/14 | | 200212141102000 |
| | | 4828520160467      626-486-1024 CA 70142286703 | | |
| 12/16 | 17.90 | PURCHASE    LE BROTHERS INC         12/15 | | 200212151803000 |
| | | 4828520160467      WASHINGTON    DC 7014V222350 | | |
| 12/16 | 93.04 | PURCHASE    SAFEWAY #               12/15 | | 200212151443000 |
| | | 1747 COLWBIA RD  WASHINGTON D DC 7014N333054 | | |
| 12/17 | 7.27 | PURCHASE    CHIPOTLE MEXICAN @      12/15 | | 200212150854000 |
| | | 4828520160467      WASHINGTON    DC 7014V212078 | | |
| 12/17 | 100.00 | WITHDRAWAL   CONNECTICUT _N          12/17 | | 200212171448440 |
| | | 1300 CONNECTICUT WASHINGTON    DC 7014F001297 | | |
| 12/18 | 100.00 | WITHDRAWAL   CONNECTICUT _N          12/18 | | 200212181313410 |
| | | 1300 CONNECTICUT WASHINGTON  DC 7014F000563 | | |
| 12/23 | 3.20 | PURCHASE    CAFE EUROPA            12/21 | | 200212220554000 |
| | | 4828520160467      NEW YORK      NY 7014V252067 | | |
| 12/23 | 16.78 | PURCHASE    RIO GRANDE CAFE BA      12/19 | | 200212190916000 |
| | | 4828520160467      ARLINGTON     VA 7014V262073 | | |
| 12/23 | 1,008.59 | PURCHASE    LAST MINUTE GETAWA      12/22 | | 200212222158000 |
| | | 4828520160467      888-632-9700 BY 7014V202218 | | |
| 12/26 | 2.00 | MISCELLANEOUS CHARGE | | 000000000000004 |
| | | ATM NON-FUHB WITHDRAWAL | | |
| 12/26 | 2.00 | MISCELLANEOUS CHARGE | | 000000000000006 |
| | | ATM NON-FUHB WITHDRAWAL | | |
| 12/26 | 8.15 | PURCHASE    BEST HUMAN RESTAUR      12/23 | | 200212231655000 |
| | | 4828520160467      WASHINGTON    DC 7014V200605 | | |
| 12/26 | 18.01 | PURCHASE    LUCKY BAR               12/22 | | 200212220838000 |
| | | 4828520160467      WASHINGTON    DC 7014V283582 | | |
| 12/26 | 42.00 | WITHDRAWAL   CHEVY CHASE FEDERAL     12/25 | | 200212251042270 |
| | | NATIONAL AIRPORT WASHINGTON    DC 7014N060201 | | |
| 12/26 | 203.00 | WITHDRAWAL                          12/26 | | 200212261508510 |
| | | 546 ST.PETER      NEW ORLEANS  LA 7014N062841 | | |
| 12/27 | 8.26 | PURCHASE    XANDO COFFEE _BAR       12/24 | | 200212241820000 |
| | | 4828520160467      WASHINGTON    DC 7014V227113 | | |
| 12/27 | 22.10 | PURCHASE    SHERATON HOTELS F_      12/25 | | 200212251732000 |
| | | 4828520160467      NEW ORLEANS  LA 7014V215254 | | |
| 12/27 | 22.20 | PURCHASE    AP             208      12/26 | | 200212261526020 |
| | | 701 ROYAL STREET  KENER       LA 7014N681035 | | |
| 12/27 | 31.69 | PURCHASE    CAFE PONTALBA           12/26 | | 200212261941000 |
| | | 4828520160467      NEW ORLEANS  LA 7014V206436 | | |

Other Withdrawals and Service Fees continued on next page.