# EXHIBIT EE

NATIONAL REVIEW ONLINE    www.nationalreview.com    PRINT

# The Corner

ABOUT | ARCHIVE | E-MAIL | LOG IN TO COMMENT

## A bit more on NIAC's NED-funded grant
By Michael Rubin
Posted on November 09, 2007 10:13 AM

A bit more:

The National Iranian American Council's NED grant sought "To foster cooperation between Iranian NGOs and the international civil society community and to strengthen the institutional capacity of NGOs in Iran. NIAC will conduct a three-week training program on project design and grant writing for a group of 14 Iranian civil society leaders. NIAC will assist the trainees in designing a project to be implemented inside Iran and developing grant proposals for their prospective projects."

Here is a more detailed list of what appears to be the program, although it doesn't list Iranian participants. What is interesting is that one of the programs is given by a NIAC staff member, albeit not in his NIAC capacity, but rather under a different NGO. This certainly raises the question about whether NIAC channeled National Endowment for Democracy funds to its own staff member's Iran-based organization. I certainly hope Trita Parsi clarifies.

PERMALINK