# EXHIBIT GG

| Free Republic | News/Activism |
|---|---|
| Browse · Search | Topics · Post Article |

Skip to comments.

## Iranian Alert - March 10, 2005 - Hillary Invited for Fundraising by Controversial Iranians
Regime Change Iran ^ | 3.10.2005 | DoctorZin

Posted on **Thursday, March 10, 2005 7:54:21 AM** by **DoctorZin**



## Top News Story



## Hillary Clinton to be Invited for Fundraising by Controversial Iranian Circles

**SMCCDI (Information Service)**
Mar 10, 2005

Circles close to some of the most notorious 'former' Islamic regime's apologists in the U.S. intend to consolidate their position among the highest levels of the U.S. Democratic Party, following the debacle they witnessed with the victory of George W. Bush.

The self-called "Iranian American Political Action Committee" (IAPAC) have some founders and members that were close to the Clinton Administration intend to invite Senator Hillary R. Clinton to a fundraising in Northern California, later this week. It's believed that the group plans to raise around 50 thousand dollars and is looking, also, to increase it's influence and is already betting on the 2008 U.S. presidential elections. read more

IAPAC was initially founded by Hassan Nemazee, Akbar Ghahary and Faraj-Alai who are still its' main contributors.

Nemzaee, who's a close friend of the Clintons was nominated to become the U.S. Ambassador to Argentina, In the same period Nemazee was also sent by the Clinton Administration to the World-Cup Soccer games played in France where U.S. and Iranian teams competed. The role of the Islamic regime in the 1992 bombings of Jewish centers in Buenos Aires still has not been totally determined.

An article published in Forbes Magazine lead the then U.S. Senate to not confirm him. Later becoming a board member of the so-called "American Iranian Council" (AIC), which is headed by the infamous

Houshang Amir Ahmadi believed by many Iranians to be the "Broker of Death." Nemazee continues to publicly promote resumption of ties between the U.S. Administration and the Mullah regime.

Through Nemazee the way has been paved for his colleagues to reach the highest levels of the U.S. Demrocratic party. AIC has at its' dark credit the formal apology offered to Iran (meaning the Mullahs) by Madeleine Albright, the then Secretary of State; Sen. **Joe Biden's 2000 fundraising at the IMAN Islamist Center** in Los Angeles that is headed by Sadegh Nemazikhah who still a AIC Board member; and, various meetings organized between members of the Mullahs' regime like Mehdi Karoubi, and several U.S. lawmakers and members of the Clinton Administration. Senator Biden is well known for having tried to use of his influence within the U.S. Senate's Foreign Relations Committee to push for resumption of ties with the illegitimate Mullahcracy.

Soon afterward, Nemzaee co-founded IAPAC and became one of the main fundraisers for Senator Kerry's Presidential campaign. Despite his claims, he's suspected to have been one of the masterminds behind John **Kerry's offer to re-establish ties with the Mullah regime** and even to make a nuclear deal, if elected.

Exposed by SMCCDI, **Nemazee sued the Movement and its' coordinator** for 10-million dollars, in May 2004. Seeking to muffle the SMCCDI, Nemazee's obvious legal maneuvers kind of backfired on him and his colleagues. The **SMCCDI and its' coordinator will file a counter suit for damages** and it's hoped that he'll be fined by the court for abusing the U.S. legal system.

These cases are still pending in Dallas.

Hiring the services of a money oriented and **unscrupulous public relations person named Eleanor Benador**, to calm the scandal raised over the affair, Nemazee continues to make anything he is associated look bad. The New York based Benador who sells her services' despite claiming political integrity and benefiting from high profile names of distinguished scholars found on her website - was accused by several prominent journalists of conducting a smear campaign against SMCCDI, just before the Movement's Press Conference held at the **National Press Club in Washington DC on October 14, 2004**.

In Nemazee's first deposition made under oath in the presence of SMCCDI's defense team in mid-October of last year, **he acknowledged hiring Benador** and was forced to condemn the Islamic regime for rights abuses and underlined the dangers that it can create for the World.

He must legally make another but more detailed deposition, upon request made by SMCCDI's legal team. Mandatory mediation is to take place on March 15th in Dallas (Texas).

Nemazee recently threatened to sue **Jerome Corsi** writer of the famous and seven weeks best selling book entitled "Unfit for Command." The book had a major role in the defeat of Senator Kerry's Presidential campaign and Corsi has just finished another book entitled "Atomic Iran" in which he describes some of Nemzaee's activities and links. The new book will be released on March 22nd already pre-sold of over 150 thousand copies.

The second IAPAC co-founder and treasurer is Akbar Ghahary founder of SAFAS Corp. and also a former AIC board member. He's known for having tried to raise fear among Iranians and desperately tried to rally them around Senator Kerry by making **suspected paid TV appearances** on Channel One TV and Tamasha based in Los Angeles.

He's also suspected of making frequent trips to the UAE, which is considered a key economic door to Iran that has been placed under U.S. embargo.

Despite claiming not having any role in another questionable entity calling itself the "National Iranian American Council" (NIAC), Ghahary is known for having contributed financially to NIAC and at least financing their electoral advertisements. NIAC's leader is Titra Parsi who's also known for having tried to

promote Khatami and his corrupt gang both in Sweden and the US, while a board member of the AIC.

In addition to some questionable Iranian financial sources, the group received financial contributions from organizations affiliated to Theresa Heinz Kerry's Tides Foundation and George Soros' s Open Society Institute.

Playing on the nationalistic feelings of young Iranians, NIAC claims not to target U.S.-Iran policy but in reality its' leader **still pursues somehow acquiring the legitimization of the Islamic regime**.

It, the NIAC, has recently promoted the creation of a Persian Studies at Maryland University where one of its newly Appointed board members. Ahmad Karimi-Hakkak, has become its' director and is seeking 'cultural exchanges'. Another of NIAC's former board members and for a while treasurer, Babak talebi, was also at

Maryland University while it was using the name of the University to promote Khatami. Discovered, he was forced to cease his activities and close the website and illegally using the name of the university.

The third IAPAC co-founder, Faraj Ala-i

who is also co-founder of Centillium Corporation and husband to Susan Akbarpoor who's aliases include Zahra Mashadi., Susan or Zahra Know for some very close ties to members of the Islamic regime and, especially, Hashemi Rafsanjani's daughter. The latter came to the U.S. as a refugee and soon showed her partisanship for the Islamic regime by advocating for an end of U.S. sanctions and even defending the regime's FM who was visiting Los Angeles.

She, Akbarpoor, was exposed at the end of 2004, for her activities and ties by the investigative reporter Kenneth Timmermann. In an **article entitled Dirty Moolahs**, Akbarpoor/Mashadi activities have been drastically reduced, since the publication of this article. Openly managing and coordinating IAPAC's activities in Northern California, she has chosen to keep a very low profile. She's also the founder of "Silicon Iran" and "Iran Today".

Another controversial IAPAC figure is **Gita Kashani who's a former head of the "Society of Iranian Professionals" (SIP)** of N. California. Involved in the organization of some very controversial activities, Kashani was one of the main planners of "Technological trips to Iran", by unscrupulous U.S. researchers, scholars and businessmen, and a well known organizer of official exchange seminars in cities, such as, Esfahan.

It's to note that such actions are known to require the collaboration of the highest levels of the Islamic regime's Intelligence and Government, in order to take place.

She has since joined IAPAC and has increased her activities in a different way and which are more adapted to the current sensible circumstances.

The Honorable Clinton's contact references are:
Fax: 202) 228-0282, Phone: (202) 224-4451
E.mail: http://clinton.senate.gov/email_form.html

## A Daily Briefing of Major News Stories on Iran:

Dr. Jerome Corsi prepares to launch his new book, Atomic Iran, revealing the connections between famous politicians . Plus he has also invited us to have a sneak preview of his Iran Freedom Foundation website. Here are a few other news items you may have missed.

- A recent poll inside of Iran finds that 44% of young Iranians want to leave Iran, plus other interesting findings.
- Stratfor says Iran's recent admissions about their nuclear secret programs are all part of a larger strategy.

- Michael Ledeen reminds us that the ruling Mullahs of Iran want to destroy us, but that their days are numbered.
- Kissinger takes a look at Iran.
- Reza Pahlavi spoke this week at Harvard.
- Brent Scowcroft thinks the US is preparing an offer Iran cannot refuse. I believe he on the wrong track.
- Teachers were protesting today in Tehran, it turned violent. Other workers staged their own protest, and it turned violent. While still other clashes occurred when young people attempted to celebrate the coming "fire fest." This is but a prelude to the actual celebration to take place next Tuesday night. Plus 1000 women protested in Tehran.
- Mark Steyn is still on his Bush Bandwagon, this time revealing interesting developments with Mr. Qaddafi.
- Amir Taheri says the new mantra among muslims is "say no to terrorism."
- Daniel Pipes cautions us that problems can still occur in the Middle East to unravel our recent gains.
- A muslim turned Christian pastor in Iran faces Evin prison.
- A Brit is accused of trying to export US technology into Iran.
- Condi thinks there is sufficient evidence for concern over Iran's ambitions.
- Sources close to Rafsanjani say he is preparing to run for President, again.
- And finally, James S Robbins thinks stability in geopolitics stinks. Change is good.

---

TOPICS: Extended News; Foreign Affairs
KEYWORDS: alqaedaandiran; alsadr; ambyss; anniversary; armyofmahdi; axisofevil; axisofweasels; ayatollah; azadi; binladen; blogspam; bush43; china; cleric; democracy; elbaradei; eu; freedom; freedomdeficit; germany; humanrights; iaea; impendingapocalypse; impendingarmageddon; insurgency; iran; iranianalert; iranpolicy; iraq; irgc; iri; islam; islamicrepublic; japan; journalist; kazemi; khamenei; khatami; letsroll; moqtadaalsadr; mullahs; muslims; persecution; persia; persian; persians; persianvote; politicalprisoners; protests; rafsanjani; regimechangeiran; revolutionaryguard; rumsfeld; russia; satellitetelephones; shiite; southasia; southwestasia; spam; studentmovement; studentprotest; terrorism; terrorists; us; vevak; wot; zawahiri



"If you want on or off this Iran ping list, Freepmail DoctorZin

1 posted on **Thursday, March 10, 2005 7:54:28 AM** by **DoctorZIn**
[ Post Reply | Private Reply | View Replies]

---

To: **Pan_Yans Wife; fat city; freedom44; Tamsey; Grampa Dave; PhiKapMom; McGavin999; Hinoki Cypress; ...**

**Join Us At Today's Iranian Alert Thread – The Most Underreported Story Of The Year!**



"If you want on or off this Iran ping list, Freepmail DoctorZin"

2 posted on **Thursday, March 10, 2005 7:56:19 AM** by **DoctorZIn** (Until they are Free, "We shall all be Iranians!")
[ Post Reply | Private Reply | To 1 | View Replies]

---

To: DoctorZIn

Just because you live in America, doesn't mean you don't hate America with every fiber that exists in your vile and depraved soul; to say nothing of severe mental illness.

Oh Hillary, hi, we were just discussing some of your more desirable qualities...

3 posted on **Thursday, March 10, 2005 8:06:47 AM** by **odoso** (Millions for charity, but not one penny for tribute!)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: odoso

Hillary is against everything that Pres Bush is for !

She is against America !!

Do any Dems know this ??

4 posted on **Thursday, March 10, 2005 8:19:22 AM** by **Zenith**
[ **Post Reply** | **Private Reply** | **To 3** | **View Replies**]

---

To: Zenith

"Do any Dems know this ??"

All do. That's why they love her.

5 posted on **Thursday, March 10, 2005 8:23:13 AM** by **G.Mason** ("I have never killed a man but I have read many obituaries with great pleasure" - Clarence Darrow)
[ **Post Reply** | **Private Reply** | **To 4** | **View Replies**]

---

To: DoctorZIn

To ALL

Bookmark this page, it is loaded with information about people in our government who, if ever elected POTUSA (G-d forbid) will turn a blind eye to the terrorists, mainly Muslims, who want to destroy Americans and Jews. Ms. Clinton will never carry out the War on Terrorism, she like John Kerry et al will appease just as the Clinton administration did for eight years...all of which the MSM covered up for Clinton, Clinton, Reno, Berger, Albright, Richardson and Biden. The propaganda about Ms. Clinton is alive and well.

6 posted on **Thursday, March 10, 2005 9:01:50 AM** by **yoe**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: DoctorZIn

**Everyone who dispises the likes of Hillary Clinton and her anti-American crap should study this!:**

click here! ghostthegeneral!

7 posted on **Thursday, March 10, 2005 10:03:21 AM** by **squirt-gun**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: DoctorZIn

*From Reza Pahlavi's Speech at Harvard Business School:*
*"In closing, let me emphasize the crucial, yet limited window of opportunity which could enable a most legitimate process of change happening by the Iranian people's own hands. Parallel to Iranian democrats fighting for non-violent regime change, the regime is gearing up for a final show down against its own citizens and the free world."*

*"Who will get to the finish line first? Will it be the opposition, today armed with a pragmatic solution in the form of a referendum project which calls for the election of a constituent assembly charged with the drafting of a new secular constitution based on the Universal Declaration of Human Rights, thus putting an end to theocracy in favor of democracy, or, will it be the ruling clerics ultimately armed with nuclear arsenal, thus blackmailing the rest of the free world?"*

*"To avoid the unpleasant, yet ultimate option of military confrontation, it is vitally important to maximize the chances of success for the process my compatriots and I are engaged in as we speak. I therefore hope that the international community will recognize the state of urgency that could significantly shape our near future: for the better, by standing with the people of Iran; for worse by ignoring the true intentions and inherent nature of the Islamic regime in Tehran. The choice ought to be simple and clear. I hope I made it clearer for this distinguished audience today."*

*http://regimechangeiran.blogspot.com/2005/03/reza-pahlavis-speech-at-harvard.html*

8 posted on **Thursday, March 10, 2005 11:22:27 AM** by **Reborn**
[ **Post Reply** | **Private Reply** | **To 2** | **View Replies**]

---

To: **Reborn**

RE your # 8

please study the following:

ghostthegeneral!

9 posted on **Thursday, March 10, 2005 1:21:10 PM** by **squirt-gun**
[ **Post Reply** | **Private Reply** | **To 8** | **View Replies**]

---

To: **squirt-gun**

So what's your point? There are many ways to fight a war ya know. Sure, the option of "shock and awe" is always there, but these young Persians are more than willing to try to get rid of the Mad Mullah's. I'd wanna FIRST try a "hidden" Spec. Ops. type of thing with the help of the Persians themselves. Give them the means to do what they ALREADY want to do. Save the "shock and awe" as a last resort.


10 posted on **Thursday, March 10, 2005 2:28:34 PM** by **Reborn**
[ **Post Reply** | **Private Reply** | **To 9** | **View Replies**]

---

To: **DoctorZIn; All**

Here is breaking news from Haaretz's news ticker:
**21:40 Spokesman for unarmed protesters holed up on Lufthansa plane says they are on hunger strike, prepared to die.**
http://www.haaretz.com/hasen/spages/ShTickers.html

And www.debka.com has this:
**Group of Iranians refuses to leave Lufthansa plane on runway of Brussels international airport until its letter is handed to NATO. Airport police are not treating standoff as hijack. Probable Iranian opposition group is reportedly unarmed.**

11 posted on **Thursday, March 10, 2005 3:17:41 PM** by **Reborn**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Reborn**

Re # 10...*Save the "shock and awe" as a last resort.*

How many innocent people killed by these animals does it take?. **Islam is a monstrosity?**

The execution of innocent people by these barbarians has been going on for years...Not just 9/11....on every continent on earth. The top "religious"...the Imans, Mullahs etc applaud it.....They loved the execution of some 160 school children in Russia....the killing of hundreds in Bahli....etc.

Forget this crap.....And by the way, "shock and awe" is a MSM term that warmed the hearts of the pansy socialists like Dan Rather.

**12** posted on **Thursday, March 10, 2005 3:40:51 PM** by **squirt-gun**
[ Post Reply | Private Reply | To 10 | View Replies]

---

To: **All**

Here is more on this:

### 'Iranians' occupy plane in protest

From correspondents in Brussels, Belgium
March 11, 2005

A GROUP of passengers of Iranian origin refused to disembark from a plane at Brussels airport in an apparent political protest today, police and airline staff said.

The 59 unarmed passengers were talking to the authorities, police spokeswoman Els Cleemput said, after other passengers and crew left the Lufthansa flight from Frankfurt and the pilot disabled the plane.

Belgium's RTL television said the group were Iranian monarchists and had handed a statement to police protesting about European Union relations with the Islamic republic.

They demanded to meet European parliamentarians or ambassadors.

The EU is negotiating to try to persuade Tehran to curtail sensitive nuclear work, which could help it produce a bomb, in return for trade and security benefits.

"They have all got European passports but they are probably all of Iranian origin," Mr Cleemput said.

"They have definitely got political motives."

A Lufthansa spokesman said the plane, a Boeing 737, had landed in Brussels's Zaventem airport at 2pm local time on schedule with 103 passengers and crew.

"A few passengers refused to disembark. They seemed peaceful," he said.

"It appears to be a political demonstration in an unusual location."

Police said the protesters had refused food.

Air traffic continued as normal at Brussels National Airport and another plane was allowed to dock in the next bay, indicating the authorities saw no threat from the protesters.

**A spokesman for the group said they were on a hunger strike and were prepared to die for their cause to see the overthrow of the Iranian government.**

"We won't be moved from here unless we die and they take our bodies from the airplane," said the man who gave only his first name, Ira, in a telephone interview from the plane.

http://dailytelegraph.news.com.au/story.jsp?sectionid=1274&storyid=2793960

**13** posted on **Thursday, March 10, 2005 3:41:00 PM** by **Reborn**
[ Post Reply | Private Reply | To 11 | View Replies]

---

To: **DoctorZIn; odoso; Zenith; G.Mason; yoe; squirt-gun; Reborn; nuconvert; freedom44; F14 Pilot; ...**

Who tried to disguise a campaign contribution from Hamas-front American Muslim Council as having come from "American Museum Concil"?

**14** posted on **Thursday, March 10, 2005 7:04:16 PM** by **PhilDragoo** (Hitlery: das Butch von Buchenvald)
[ Post Reply | Private Reply | To 2 | View Replies]

---

To: **PhilDragoo**

BIG BUMP!

**15** posted on **Thursday, March 10, 2005 7:34:08 PM** by **Khashayar**
[ Post Reply | Private Reply | To 14 | View Replies]

---

To: **Khashayar**

This is fantastic, the still-ongoing event on the plane. If it only gets major news attention, then it'll be worth it. Although I suspect a lot of them will be going to jail, unfortunately.

I just wish that the media would cover the anti-regime protests. I HAVE NEVER HEARD ANY REPORTS OF PROTESTS IN IRAN IN THE MAINSTREAM MEDIA. Yeah, I know, this is the MSM we're talking about. But it almost feels like a coverup. All is not well in Iran - report it, please!

Although, the Lebanon-Syria current situation is sucking up most of news these days. Not necessarily a bad thing.

This a very important point:

If Iran falls, then so does Syria and Lebanon. Kill three birds with one stone, if you will. And bin Laden and Co. lose their sanctuary - again.

**16** posted on **Thursday, March 10, 2005 11:10:18 PM** by **JWojack** (Condi Rice for President in 2008!)
[ Post Reply | Private Reply | To 15 | View Replies]

---

To: **DoctorZIn**

> This thread is now closed.
>
> Join Us At Today's Iranian Alert Thread – The Most Underreported Story Of The Year!
>
> 
>
> "If you want on or off this Iran ping list, Freepmail DoctorZin"

**17** posted on **Friday, March 11, 2005 7:59:32 AM** by **DoctorZIn** (Until they are Free, "We shall all be Iranians!")
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

Disclaimer: Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

| **Free Republic** | **News/Activism** |
|---|---|
| **Browse · Search** | **Topics · Post Article** |

**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson