# EXHIBIT HH

**From:** Trita Parsi <tparsi@niacouncil.org>
**Sent:** Thursday, May 4, 2006 2:45 PM (GMT)
**To:** 'Michael Shank' <mshank@globalsolutions.org>
**Subject:** RE: Congressional Delegation to Iran

Michael – I tried calling you but your mailbox was full. My number is 202 386 2303. tp

---

**From:** Michael Shank [mailto:mshank@globalsolutions.org]
**Sent:** Thursday, May 04, 2006 9:30 AM
**To:** tparsi@niacouncil.org
**Subject:** Congressional Delegation to Iran

Greetings, Trita –

I've received recommendations from Jillian Frumkin (formerly at the Wilson Center) and Lorelei Kelly that I speak with you about a project I'm working on.

I've been meeting with a US Congressman and a US Senator who are interested in coordinating some kind of diplomatic delegation to Iran (or Dubai, Ankara, etc.), to reach out a hand to Iran. They're both Republicans and they're not in agreement with how the Bush Administration is dealing with Iran.

Ambassador Zarif emailed me yesterday saying that he's aware of several Members of Congress attempting to assemble a diplomatic delegation and I'm fairly certain that the two Members of Congress I've been talking with have not talked with Ambassador Zarif or even made their initiative public.

I'm also aware that there are several citizens lobbying the Hill next week to push for a congressional delegation to Iran. So it may be this initiative that Ambassador Zarif is talking about. One of these citizen lobbyists went with me to Iran last December which is why I know about it.

Anyway, I'd love to connect with you to hear your thoughts on a Congressional delegation and any ideas you might have.

Thanks for your time and I look forward to hearing from you.

Warmly,

Michael

**Michael Shank**
Press Secretary
Citizens for Global Solutions
418 7th Street SE
Washington DC 20003
tel: 202.330.4123
mshank@globalsolutions.org