# EXHIBIT JJ

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL         :

IRANIAN AMERICAN COUNCIL         :

      Plaintiffs              :

      V.                      :   Civil No.:

DAIOLESLAM SEID HASSAN,          :   08 CV 00705 (JDB)

      Defendant               :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
 1   APPEARANCES:

 2

 3   PISHEVAR & ASSOCIATES, PC
     BY:  ADRIAN V. NELSON, II, ESQUIRE
 4        A.P. PISHEVAR, ESQUIRE
          PATRICK PARSA, ESQUIRE
 5   Jefferson Plaza, Suite 316
     600 East Jefferson Street
 6   Rockville, MD  20852
     (301) 279-8773
 7   (301) 279-7347 (Fax)
     E-mail:  Anelson@pishevarlegal.com
 8   Representing the Plaintiffs

 9
     SIDLEY AUSTIN, LLP
10   BY:  TIMOTHY E. KAPSHANDY, ESQUIRE
          JOSHUA J. FOUGERE, ESQUIRE
11   One South Dearborn
     Chicago, IL  60603
12   (312) 853-7643
     (312) 835-7036 (Fax)
13   E-mail:  Tkapshandy@sidley.com
              Jfougere@sidley.com
14   Representing the Defendant

15   ALSO PRESENT:

16        Daioleslam Seid Hassan, Defendant
          Jeff Tisak, Legal Assistant
17

18

19

20

21

22
```

1                  P R O C E E D I N G S
2                  *    *    *    *    *
3                     DR. TRITA PARSI
4    was called for examination by counsel and, after
5    having been duly sworn by the Notary, was examined
6    and testified as follows:
7           EXAMINATION BY COUNSEL FOR DEFENDANT
8              BY MR. KAPSHANDY:
9         Q.    Could you state your full name for the
10   record, please?
11        A.    Trita Parsi.
12        Q.    And have you always been known by that
13   name?
14        A.    Yes, though there's been a change in the
15   spelling of my name.
16        Q.    And how is that?
17        A.    It used to be T-E-R-I-T-A.
18        Q.    And what does one find it spelled that
19   way, like on your birth certificate or passport or
20   what?
21        A.    I believe -- no.  It's not on my birth
22   certificate because my birth certificate is from

```
 1      Q.    And who he is?
 2      A.    He's a professor emeritus, a retired
 3   professor.  He is retired from the University of
 4   Virginia.
 5      Q.    And how is it that you know him
 6      A     That I know who, Amir or Ruhi?
 7      Q.    How do you spell his first name?
 8      A.    He goes by Ruhi, R-U-H-I, or he goes by
 9   R.K., but I believe his full name is Ruhollah,
10   R-U-H-O-L-L-A-H, I think.  I'm not sure.
11      Q.    What, if anything, do you know about his
12   work for the government of Iran?
13      A.    Professor Ramazani?
14      Q.    Right.
15      A.    I have no idea.  I know him as a
16   professor.
17      Q.    With regard to the Gareth Porter article,
18   I believe you said that you had that document known
19   as the Grand Bargain back in 2003 when the actual
20   event occurred, right?
21      A.    Correct.
22      Q.    And in the article, he quotes you as
```

1  saying that the document was given to you by the
2  person you now confirm is Ambassador Zarif, correct?
3      A.   He doesn't quote me.
4      Q.   He says, Trita Parsi says he got it from
5  an Iranian official earlier this year but is not at
6  liberty to reveal his source.
7      A.   That's not a quote.
8      Q.   I understand it's not a quote, but he
9  attributes that statement to you, correct?
10     A.   He's says that I got that version of the
11 copy.  And if you read further down, you see that
12 it's clarified that I already had the document.
13     Q.   Where does it say that?
14     A.   If you go to the fourth paragraph, it
15 says:  "The document is a summary of an even more
16 detailed Iranian negotiation proposal which he
17 learned about in 2003 from the U.S. intermediary who
18 carried it to the State Department."
19     Q.   So my question, back to the second
20 paragraph, is:  Did you get anything different
21 earlier this year, as he states, or did you get the
22 same thing?

1    A.   Well, what was provided to me by the
2    ambassador was his claim, which I write about in the
3    book, that this was actually an American proposal to
4    the Iranians, and he showed me two versions of that
5    saying that the Iranians may change it and send it
6    back to the U.S.
7         I was never able to find any confirmation
8    that would support that claim.
9    Q.   Just so the record is clear, in the second
10   paragraph when you state, according to Gareth Porter,
11   that the two-page proposal which had been floating
12   around on the internet was a document that you got
13   from an Iranian official earlier this year, that was
14   the very same document or a slightly different
15   document than the version that you were familiar with
16   and had seen in 2003?
17   A.   Slightly different.
18   Q.   And how was it different, in terms of
19   substance or font or what?
20   A.   You have both versions in the appendix of
21   my book.  I don't recall exactly what the differences
22   were.

Page 284

```
 1      Q.   Okay.  In any event, what you got in 2006
 2   from Ambassador Zarif was --
 3      A.   Not 2006.  I'm not sure if that was the
 4   case.
 5      Q.   The article is dated May 2006 and Gareth
 6   Porter says earlier this year, correct?
 7      A.   I see.
 8      Q.   I mean, you didn't write him and ask him
 9   to correct anything in that, did you?
10      A.   I don't recall, but at the same time, I'm
11   saying that I don't remember exactly when I got it.
12      Q.   Earlier this year.  That's fair?
13      A.   That's what he's saying, yes, and I'm
14   saying I don't remember exactly when I got it.
15      Q.   Okay.  We'll have more questions on 2003
16   later, but I just wanted to clarify what, in fact,
17   you received in 2006.
18           Does R.K. Ramazani have a brother in
19   Sweden that you know of?
20      A.   Not that I know of.
21      Q.   You don't know any Ramazanis in Sweden?
22      A.   I cannot recall, no.
```

```
 1                    CERTIFICATE

 2         I hereby certify that the witness was duly

 3   sworn by me and that the deposition is a true record

 4   of the testimony given by the witness.

 5

 6         _____

 7              Sherry L. Brooks, Court Reporter

 8

 9   (The foregoing certification of this transcript does

10   not apply to any reproduction of the same by any

11   means, unless under the direct control and/or

12   supervision of the certifying shorthand reporter.)

13
14
15
16
17
18
19
20
21
22
```