# EXHIBIT MM

| | |
|---|---|
| **From:** | Trita Parsi <tp@tritaparsi.com> |
| **Sent:** | Thursday, June 14, 2007 8:55 PM (GMT) |
| **To:** | 'gmohammadnia' <gmohammadnia@un.int> |
| **Subject:** | RE: meeting |

Salaam – yes, they are all well. Thank you. And you? I hope all is well.

Yes, I will attend the good bye party, and wanted to see if I also could schedule a meeting with you and the Ambassador that same day to follow up on previous discussions?

tp

**From:** gmohammadnia [mailto:gmohammadnia@un.int]
**Sent:** Thursday, June 14, 2007 3:11 PM
**To:** tp@tritaparsi.com
**Subject:** meeting

Dear Mr. Trita Salam,

Hope you and your family are doing well, how is a baby? Hope he is fine.
Will you come to N.Y for Dr Zarif farewell reception on Jun 25?
Did you received an invitation?
Hope I can see you there.

Best Regards
Mohammadnia