# EXHIBIT NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL          :

IRANIAN AMERICAN COUNCIL          :

      Plaintiffs             :

      V.                     :     Civil No.:

DAIOLESLAM SEID HASSAN,           :     08 CV 00705 (JDB)

      Defendant              :     Page 1-331

VOLUME II

- - -

Thursday, December 2, 2010

- - -

      Continued deposition, videotaped, of Dr.

Trita Parsi, was taken at the Law Offices of Sidley

Austin, LLP, 1501 K Street, NW, Sixth Floor,

Washington, DC 20005 commencing at 9:03 a.m. before

Sherry L. Brooks, Professional Court Reporter and

Notary Public, in and for the District of Columbia.

* * *

```
 1    APPEARANCES:

 2

 3    PISHEVAR & ASSOCIATES, PC
      BY:   ADRIAN V. NELSON, II, ESQUIRE
 4          A.P. PISHEVAR, ESQUIRE
            PATRICK PARSA, ESQUIRE
 5    Jefferson Plaza, Suite 316
      600 East Jefferson Street
 6    Rockville, MD  20852
      (301) 279-8773
 7    (301) 279-7347 (Fax)
      E-mail:  Anelson@pishevarlegal.com
 8    Representing the Plaintiffs

 9
      SIDLEY AUSTIN, LLP
10    BY:   TIMOTHY E. KAPSHANDY, ESQUIRE
            JOSHUA J. FOUGERE, ESQUIRE
11          ERIC GALVEZ, ESQUIRE
      One South Dearborn
12    Chicago, IL  60603
      (312) 853-7643
13    (312) 835-7036 (Fax)
      E-mail:  Tkapshandy@sidley.com
14             Jfougere@sidley.com
               Megalvez@sidley.com
15    Representing the Defendant

16    ALSO PRESENT:

17          Daioleslam Seid Hassan, Defendant
            Jeff Tisak, Legal Assistant
18          Mia Marbury, Videographer

19

20

21

22
```

```
 1                  P R O C E E D I N G S
 2            *      *      *      *      *
 3                  DR. TRITA PARSI
 4  was recalled for further examination by counsel and,
 5  after having been duly sworn by the Notary, was
 6  examined and testified as follows:
 7            EXAMINATION BY COUNSEL FOR DEFENDANT
 8            BY MR. KAPSHANDY:
 9       Q.    Good morning, Mr. Parsi.  How are you?
10       A.    Good morning.  How are you?
11       Q.    Just fine, thanks.  You understand, as the
12  reporter has just sworn you in this morning, that
13  you're still under oath and the same rules as
14  yesterday apply?
15       A.    I do.
16       Q.    And I appreciate your answering verbally,
17  and we'll both try not to talk over each other again
18  today.  That's sometimes hard for her.
19            But we do have a video today -- you may
20  have noticed -- and that may help with the record,
21  but, again, if you could just -- and I will, too --
22  try and honor the same rules as yesterday, I'd
```

1      A.    I believe he was at Atieh Bahar at that

2    time.

3      Q.    And his father was not at Atieh Bahar, as

4    you explained earlier, but, in fact, held a position

5    with Hamyaran, correct?

6      A.    What I explained earlier on is that I

7    don't know if he had a position with Atieh Bahar or

8    not.

9      Q.    But in any event, you knew he had a

10   position, Baquer Namazi, with Hamyaran, correct?

11     A.    At the time, he did.  I don't believe it's

12   longer (sic) the case.

13     Q.    And in fact, Baquer Namazi back in 2008

14   did write back to you, if we turn to the very first

15   page, on July 14th:  Dear Trita, Dr. Malek Afzali did

16   hold positions with the Ministry of Health while he

17   was on the Board of Hamyaran and FPA."

18            Did I read that correctly?

19     A.    You did read that correctly.

20     Q.    Now, once you got this information from

21   Mr. Baquer Namazi about Dr. Malek Afzali, did you get

22   back to the contact at the National Endowment for

1   in the Grand Hyatt Hotel where President Ahmadinejad

2   was staying.

3            Does that refresh your recollection at all

4   as to --

5        A.    That it was in 2008?

6        Q.    Yes.

7        A.    Well, then if that is what the calendar

8   says, I assume that's correct.

9        Q.    Well, you recall being in New York on or

10   about then?

11       A.    As I mentioned, I recall being at a

12   meeting in which Ahmadinejad was addressing people

13   from the think tanks in the U.S.

14       Q.    Well, how many people were there and who

15   was invited?  You said about 60?

16       A.    If my recollection is correct, it's about

17   50 people.  There were a lot of different people

18   there, including journalists.  I believe there were

19   -- I believe Daniel Brumberg was there who is a

20   scholar at USIP.

21            I think Michael Adler, a journalist,

22   attended that meeting as well.  I don't remember if

1    it was 40 or 50 or 60 -- I didn't count -- but it was

2    a pretty large setting.

3        Q.    Who is Rahim Mashaei?

4        A.    Rahim Mashaei is, I believe, a somewhat

5    controversial figure in Iran.  He is a person who is

6    -- I think he is in the position of Chief of Staff

7    because many of the conservatives for whatever reason

8    don't like him, even though he doesn't necessarily

9    seem to be very different from them.

10           So I think his position is Chief of Staff,

11   but I'm not 100 percent sure.  I think at some point

12   he has held other positions in the Iranian

13   government.

14       Q.    What positions do you understand him to

15   have held in the Iranian government?

16       A.    I think he has held the position as vice

17   president, but I think -- I'm not sure if that is the

18   position that he currently holds.

19       Q.    At one time, he was the vice president?

20       A.    I think so.

21       Q.    Other than this meeting in New York where

22   he may have also been present in the same room with

Page 218

1   you and President Ahmadinejad, have you ever met him

2   anywhere else on the face of the earth?

3       A.    I do not recall ever having met him again,

4   no.

5       Q.    What about Hashemi Samareh?

6       A.    Hashemi Samareh attended some, if not all,

7   of those Pugwash meetings that were held in Europe. I

8   do not recall Samareh attending any meetings in

9   Israel.

10      Q.    Have you ever met Hashemi Samareh anywhere

11  in the United States or outside of the United States?

12      A.    As I mentioned to you, he was at the

13  Pugwash meetings, yes.

14      Q.    How many?  Which ones?

15      A.    I believe I attended -- again, if you

16  permit me to take a look at my calendar, I can

17  probably have a more accurate remembrance of how many

18  meetings there were.

19      Q.    How many Pugwash meetings there were?

20      A.    That I attended.

21      Q.    Well, let's continue.  We were in 2008,

22  right?

1    A.    That may have been Vienna, yes.

2    Q.    And then there was one earlier in the year

3 that we talked about in Holland or the Hague,

4 correct?

5    A.    That seemed to sound right, yes, because I

6 think, yes, the Hague was summer or spring.

7    Q.    You said two or three Pugwash meetings in

8 2008.  We've talked about Vienna and Holland.  Was

9 there a third one that you can recall?  If you don't

10 believe this New York one occurred, where was the

11 third meeting?

12    A.    I mentioned to you earlier on that I

13 believe that there was a meeting in Israel in 2008.

14    Q.    Any idea when it was?

15    A.    The Israel meetings tend to be in the

16 summer because I've attended two Pugwash meetings in

17 Israel, and I believe they both have been in the

18 summer.

19    Q.    Well, let me ask you about the one in

20 Holland or the Hague, okay?  Were there any Iranian

21 government officials at that Pugwash meeting in the

22 Hague?

1      A.     Yes, there were.

2      Q.     And who would that have been?

3      A.     If I recall it correctly, in the Hague,

4  there was Ambassador Sultaneh, who was the Iranian

5  ambassador to the IAEA, I believe.

6             And there was also Samareh and there may

7  have been one or two more or a couple more -- I don't

8  recall their names -- and from the U.S. side, there

9  was former Secretary of Defense Bill Perry, I

10 believe, attended that as well as the other meetings,

11 as well as one or two other people from the Senate or

12 Congress.

13            There were people from the think tanks.  I

14 don't believe there were any journalists at the

15 Pugwash meetings, however.  These are Track II

16 meetings.

17     Q.     And this is Holland, again, we're talking

18 about, right?

19     A.     I believe that is in Holland, yes.

20            MR. KAPSHANDY:  Let me hand you what we'll

21 mark as your Deposition Exhibit 91, which purports to

22 be an August 15 and August 17 E-mail exchange between

1   you and a gentleman by the name, at least his E-mail

2   address, of Aasoltanieh, but whom you address as Dear

3   Ambassador Soltanieh, correct?

4        A.    Yes.  His name is Soltanieh, yes.

5             (Exhibit Number 91 was marked for

6   identification and was attached to the deposition.)

7             BY MR. KAPSHANDY:

8        Q.    I defer to your pronunciation.

9             In any event, this would be the same

10  ambassador to the IAEA that you were just describing,

11  correct?

12       A.    Correct.  He was at the Pugwash meeting as

13  this E-mail also indicates.

14       Q.    And the IAEA is the International Atomic

15  Energy Agency, correct, responsible for international

16  policing of nuclear programs of nations around the

17  world, correct?

18       A.    I believe that is a factual

19  characterization of that, yes.

20       Q.    In fact, Iran has an ambassador to the

21  IAEA, do they not?

22       A.    I believe he is the ambassador to Iran.

1      Q.    He is and he was then, was he not,

2   Ambassador Soltanieh?

3      A.    I believe he was at the time, yes.

4      Q.    And at least from this E-mail exchange, it

5   would look like you met him and he responded:

6   "Thanks a lot.  It was a pleasure to meet you.  God

7   bless you, regards," right?

8      A.    Yes, though it is not signed, apparently.

9      Q.    You sent -- how did you get his E-mail

10  address, at that meeting or had you had it somewhere

11  before?

12     A.    I believe I got it at that meeting or I

13  got it from -- I may have gotten it from Pugwash.

14  I'm not sure.

15     Q.    Well, in any event, you sent the person

16  you believe to have Ambassador Soltanieh's E-mail

17  address greetings, and somebody responded from that

18  E-mail address.  Did they not?

19     A.    I assume it's him, yes, absolutely.

20     Q.    That seems fair.

21     A.    Yes.

22     Q.    You mentioned perhaps other governmental

1    officials.   Did you say Hashemi Samareh?

2         A.    I believe, yes, Samareh was there.

3         Q.    And did you meet him?

4         A.    Well, the meeting there is, I assume,

5    approximately no more than 20 people, so everyone met

6    everyone.   U.S. officials met the Iranian officials

7    and think tank people met U.S. officials and Iranian

8    officials.

9              MR. NELSON:   Counsel, at an appropriate

10   point, can we take a five-minute break?

11             MR. KAPSHANDY:   As good as now, for me,

12   whenever it's good for you.

13             THE VIDEOGRAPHER:   Here marks the end of

14   Videotape Number 3 taken in the deposition of Trita

15   Parsi.  Going off the record.   The time on the video

16   screen is 15:05:43 seconds.

17             (A break was taken.)

18             THE VIDEOGRAPHER:   Here begins Videotape

19   Number 4 taken in the deposition of Mr. Trita Parsi.

20   Going back on the record.   The time on the video

21   screen is 15:15:47 seconds.

22             Please continue.

Page 230

```
 1              BY MR. KAPSHANDY:

 2       Q.    Ready to proceed, Mr. Parsi?

 3       A.    Yes, I am.

 4              MR. KAPSHANDY:  And for the record,

 5   counsel, let me mark what we'll identify as Exhibit

 6   80B, which is a CD containing the native files

 7   corresponding to the documents we've marked as

 8   Exhibit 80 and 80A as produced to us just so that

 9   there's no question or concern about the nature in

10   which they've been produced or whether they were in

11   any way altered.

12              (Exhibit Number 80B was marked for

13   identification and was attached to the deposition.)

14              BY MR. KAPSHANDY:

15       Q.    Mr. Parsi, we were discussing Pugwash and

16   the meetings, and we were on a couple in 2008.

17              Let me ask you this before we get back to

18   the meetings:  How many times have you met Hashemi

19   Samareh at Pugwash meetings or otherwise?

20       A.    I've only seen him at the Pugwash

21   meetings, I believe.

22       Q.    And how many of those meetings has he been
```

1  at?

2       A.     I believe, if my recollection is correct,

3  that he was at two of the three that I attended.

4  That's my recollection.

5       Q.     Which ones, the one you mentioned already

6  in the Hague?

7       A.     The one in the Hague, I believe.  There

8  was one in Vienna, and then there was a third one

9  that I attended, which was in Israel, which I don't

10 believe that he attended.

11      Q.     And might Israel have been in May of 2007?

12      A.     May of 2007?

13      Q.     Right.

14             MR. NELSON:  Are you asking whether there

15 was a separate one in 2007 from the one testified in

16 2008?

17             BY MR. KAPSHANDY:

18      Q.     Well, I'm asking you, might there have

19 been a Pugwash meeting in Israel in May -- May 30th,

20 in particular, in 2007?

21      A.     If you have any documents that would be

22 able to show me what happened four years ago, I'll be

1   secretary, right?

2        A.    I believe so.

3        Q.    Who are the other people in the mission

4   that you know and/or have met?

5        A.    You mentioned one person.  Could you

6   repeat the person's name.

7        Q.    Mohammad Nia.  Who is that and what is his

8   full name?

9        A.    I don't remember his full name.  Mohammad

10  Nia -- if I remember correctly, many of these names

11  are actually very similar.

12            Mohammad Nia, if I remember correctly, was

13  the press secretary at the UN mission for a period.

14  I don't believe he's there any longer.

15       Q.    If and when -- strike that.

16            When and where would you have met him?

17       A.    In some of the interviews that I did, it

18  is commonplace for government officials to include a

19  press person in the room when you're conducting an

20  interview.  It's the same here in the United States.

21       Q.    Did you meet him in 2007 before the visit

22  of President Ahmadinejad when he spoke at the

1   University of Columbia or Columbia University?

2       A.    I don't recall.  If you have any

3   documentation that would support, I'll be happy to

4   take a look at it, but I don't recall off the top of

5   my head.

6       Q.    Who is Mohammad Attalah?

7       A.    Sorry?

8       Q.    Attalah, A-T-T-A-L-A-H?

9       A.    Can you repeat?

10      Q.    A-T-T-A-L-A-H.

11      A.    Are you referring to perhaps Amjad

12  Attalah?

13      Q.    Excuse me.  Thank you very much.  Amjad

14  Attalah.  Who is he?

15      A.    Amjad Attalah is an American expert on the

16  Israeli/Palestinian conflict.  I believe he's

17  currently at the New America Foundation.

18      Q.    And Amjad Attalah is actually a registered

19  agent under the Foreign Agent Registration Act for

20  the Palestinian authority, is he not?  Are you aware

21  of that?

22      A.    I'm not aware that he would be a foreign

Page 253

1   3:00 p.m. at no particular place.   It just says

2   Khazaei, correct?

3        A.   Correct.

4        Q.   And that doesn't refresh your recollection

5   as to whether you met with Ambassador Khazaei from

6   Iran to the United Nations on September 12, 2007?

7        A.   I have met with Ambassador Khazaei.

8   Whether this is a meeting with him or not, I don't

9   know.   I see also that, apparently, that same day or

10  the day after I had radio interviews in Wisconsin

11  over the radio station in Wisconsin.

12            And I also see after that, there's an

13  entry for a radio interview with a radio station in

14  Montana, which also says discuss your book,

15  "Treacherous Alliance."   And again, this is the time

16  in which my book was released.

17       Q.   I'm sorry.   I don't believe I asked you if

18  you did any radio interviews.   It will go a lot

19  faster if you just try and answer the question.

20            The question was the reference to Khazaei

21  at 2:00 p.m. on 9/12/2007, was that a meeting with

22  Ambassador Khazaei in New York when you were in New

1      A.     That is an evening meeting, correct?

2      Q.     Right.  And we know earlier in the day you

3  were up in New York City meeting with Mohammad Nia

4  from the mission, correct?

5      A.     That is what my calendar seems to

6  indicate.

7      Q.     It seems like a long day.

8      A.     Can you see what kind of a day July 19th,

9  2007 is?  Is it a Friday?  Is it a Saturday?

10     Q.     We'll look at it, but my question for you

11 is:  Why were you meeting with Mohammad Nia in New

12 York City?  Do you know?

13     A.     I have had regular meetings with many

14 different individuals from many different

15 governments.

16     Q.     We're just talking about Iran right now.

17 We'll talk about some of the other governments later

18 if we have time, but try to focus here, okay?

19            My question for you is:  Why were you

20 meeting with Mohammad Nia on this date?

21     A.     I don't recall exactly why there was that

22 meeting.  As I mentioned, I meet regularly with

1    officials from many different countries, including

2    Iran, including Israel, including many of the

3    European states.  That's part of what I do as an

4    academic and a scholar who studies the Middle East.

5         Q.    July 19, 2007 was a Thursday.  Does that

6    help you?

7         A.    It was a Thursday?

8         Q.    Right.

9         A.    That strengthens my suspicion that an 8:00

10   to 10:00 p.m. meeting or a calendar entry with Amjad,

11   which is listing his home address, apparently, was

12   the dinner that I was at at his house with Ken

13   Pollack and Andrea Mitchell.

14        Q.    And you can't remember why you were

15   meeting with Mohammad Nia?

16        A.    No.  No.  No.  Is it Andrea Mitchell?

17   Andrea Kopel -- yes, sorry.  Her name is Andrea

18   Kopel.

19        Q.    The question is:  Do you remember what the

20   meeting with Mohammad Nia was about?

21        A.    I do not recall what that meeting was

22   about, but it may have been similar to many other

1   meetings I've had, in which I ask questions about

2   their perspectives on what is happening in the

3   region, developments on the international level, and

4   things of that nature.

5        Q.   Turn, if you could, back a few more pages

6   to June 25, 2007.

7             MR. NELSON:  I'm sorry.  Which date?

8             MR. KAPSHANDY:  June 25, 2007.  And it's

9   the very bottom of the page.

10            BY MR. KAPSHANDY:

11       Q.   Do you see a reference there to Z in the

12  UN?

13       A.   At the bottom of the page?

14       Q.   Right.

15       A.   Yes.

16       Q.   Who might Z in the UN refer to?

17       A.   Z in UN?  Z in UN, I would suspect, though

18  I cannot be certain, that it would be Zarif, the

19  ambassador to Iran, and this is June 2007.

20            And in your earlier question about --

21       Q.   Why don't you turn to the next page that

22  shows at the very top Acela express train, June 25

Page 265

```
 1    1:00 p.m. --

 2         A.     Um-hum.

 3         Q.     -- arriving 3:45 in New York City.

 4         A.     Um-hum.

 5         Q.     And the UN is in New York City, so it's

 6    reasonable to assume you were meeting with somebody

 7    by the name of Z in the UN, is it not?

 8         A.     It is likely that that was the case.

 9         Q.     How many times have you met with

10    Ambassador Khazaei?  Do you know?

11         A.     Ambassador Khazaei I don't believe I have

12    seen too many times.  I don't recall exactly.  Are

13    you referring to 2007 or are you referring to another

14    time?

15         Q.     Whenever.

16         A.     Because it raises a question.  Because if

17    this is Zarif at the UN in June, I'm wondering if

18    Khazaei -- it actually is the UN ambassador, because

19    these people -- well, it may have been during the

20    people in which they changed, but I don't know.

21         Q.     Yes.  In fact, I think we could find it in

22    your calendar.  There's a reference to you attending
```

Page 328

```
 1                      CERTIFICATE

 2            I hereby certify that the witness was duly

 3    sworn by me and that the deposition is a true record

 4    of the testimony given by the witness.

 5


 6            _____

 7                  Sherry L. Brooks, Court Reporter

 8


 9    (The foregoing certification of this transcript does

10    not apply to any reproduction of the same by any

11    means, unless under the direct control and/or

12    supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22
```