# EXHIBIT OO



# COMPASS
LANGUAGES

## Certification of Translation

I, the undersigned, Jonathan Jerdan, Production Manager of Compass Languages, a professional translation agency based at 1666 Crofton Parkway, Crofton, MD 21114 (EIN: 134194307) hereby certify that the content of the following original documents:

- Original--Aftab article.pdf
- Original--Quds Daily.pdf
- Original--Topiranian.pdf

has been accurately translated according to the standards laid out by the American Translators Association.

Signed: _____
Jonathan Jerdan
Production Manager

Date: 7/10/09



📧 🖨 سه شنبه ۲۸ شهریور ۱۳۸۵ - **ملاقات با دکتر فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ا یران در آمریکا**

روز یکشنبه مورخه 26 / 6 / 1385 ساعت 30 : 17 آقای دکتر سید احمد شمس دبیر کل انجمن دوستداران ایران با آقای دکتر فرامرز فتح نژاد مسئول سابق دفتر حفاظت منافع ایران در آمریکا که هم اکنون ریاست دانشگاه مجازی دانشگاه آزاد اسلامی را بر عهده دارد، دیدار و گفتگو کرد.

در ابتدای این ملاقات دکتر شمس توضیحاتی در مورد انجمن و شرح وظائف ، هم چنین اقداماتی را که تا کنون انجام داده است بیان نمود و در ادامه آقای دکتر فتح نژاد ضمن تقدیر از فعالیت های صورت گرفته از سوی انجمن دوستداران ایران اظهار داشت: بایستی در جذب نخبگان و چهره های برجسته علمی کشور تلاش شود تا از پتانسیل و توانمندیهای آنان استفاده گردد و در این خصوص اصراری بر اقامت و بازگشت آنان به کشور صورت نگیرد چرا که گاه با حضور آنها در دیگر کشورها امکان خدمت رسانی به ایران بیشتر وجود دارد، وی حفظ تماس و برقراری ارتباط با ایرانیان مقیم خارج از کشور را امری ضروری شمرد و بر تداوم آن تاکید کرد.

وی افزود : برگزاری تورهای داخل کشور برای ایرانیان نسل سومی که هنوز کشور را ندیده و با آن از نزدیک آشنا نیستند از دیگر مواردی است که در برنامه ریزی های ما قرار دارد.

در ادامه آقای دکتر فتح نژاد علاوه بر جامعه ایرانیان ، بر ارتباط با تشکل های ایرانیان خارج از کشور نیز تاکید نمود و با اشاره به موفقیت های برخی از آنان از جمله انجمن نایاک (NIAK) اشاره نمود که جوان ایرانی بنام تریتا پارسی که مشاور مطبوعاتی (CNN) می باشد ، مسئولیت آن را برعهده دارد و موفق به جذب000 / 2 0 عضو ایرانی گردید تا در جریان توطئه تغیر نام خلیج فارس با پوشش خبری فراوان تاثیر گذار باشد.

آقای دکتر فتح نژاد بر تدوین قوانین مناسب مربوط به ایرانیان مقیم خارج از کشور توسط کمیته حقوقی کنسولی انجمن، رفع قوانین دست و پاگیر و تدوین مقررات سهل و آسان جهت رفع مشکلات ایرانیان خارج از کشور اشاره نمود .

وی گفت : انجمن دوستداران ایران بایستی به مشکلات حقوقی ایرانیان در خارج از کشور رسیدگی کند. گاه دولت در این زمینه تعلل می کند شما با به چالش کشیدن وزارت خارجه و سفارت خانه های ایران خواستار حل مشکل جدی ایرانیان مقیم خارج از کشور شوید و به عنوان نماینده آن ها مطالباتشان را به دولت تذکر دهید، و در مواقع ضروری به خانواده ها یشان در داخل و خارج سرکشی کنید و از آن ها دلجوئی به عمل آورید.

رئیس دانشگاه مجازی دانشگاه آزاد خاطر نشان کرد : امروز مسئله ایرانیان مقیم خارج از کشور به یک مسئله ملی تبدیل شده است و خوشبختانه حساسیت موضوع را تمام مسئولان از هر سلیقه و جناح درک کرده اند.

در ادامه آقای شمس از دکتر فتح نژاد درخواست نمود مسئولیت کمیته امور بین الملل انجمن دوستداران ایران را پذیرفته و همراه با تعدادی از اساتید دانشگاه و صاحب نظران آن را فعال نماید ، ارتباط با سازمان های بین المللی ، ارتباط با تشکل های ایرانیان مقیم خارج از کشور ، انجام پروژه های تحقیقاتی در مورد ایرانیان مقیم خارج از کشور و علائق آن ها از جمله وظائف کمیته امور بین الملل انجمن دوستداران ایران است که آقای دکتر فتح نژاد قول دادند به زودی در این خصوص نظر خود را اعلام نمایند.

اخبار ناب ایرانیان در سایت شما | اخبار فن آوری اطلاعات ایران | دریافت خبرنامه ناب ایرانیان | تماس با ما

Tel: +98 (21) 8898 6593 ، 8898 6594, Fax: +98 (21) 8897 5734 E-Mail: webmaster@Topiranian.com

http://www.topiranian.com/ngo/archives/009103.html                             9/4/2009

Tuesday, September 19, 2006- **Meeting with Dr. Faramarz Fathnejad, the Former Head of the Interests Section office of Iran in America**

On Sunday September 17, 2006, at 5:30, Dr. Seyed Ahmad Shams, the head of the Society of Friends of Iran met and interviewed Dr. Faramarz Fathnejad, the former head of the Interests Section office of Iran in America, and the current president of the virtual campus of the Azad Islamic University.

At the beginning of this meeting, Dr. Shams provided some information about the Society, their duties, and what they have done so far. In what followed, Dr. Fathnejad, in addition to appreciating the activities that have been carried out by the Society of Friends of Iran, claimed: We must work to attract the elites and the distinguished scientific figures of the country so that their potentials and abilities may be utilized; In this regard, there should not be an insistence on their return to the country, because with their presence in other countries, there can be a bigger possibility for them to serve the country. He said that keeping contact and establishing relationships with Iranians abroad is a necessity and stressed that it should be continued.

He added: Holding tours inside Iran for third generation Iranians who have not yet seen Iran and are not familiar with the country from close up, is another issue that is on our planning agenda.

In addition to a relationship with Iranian society, Dr. Fathnejad stressed on the importance of creating a relationship with organizations of Iranians outside the country and pointed to the successes of some of them, including the NIAC organization which is headed by a young Iranian named Trita Parsi, who is also a media consultant with CNN; He was successful in attracting 20,000 members and was able to attract news coverage, and to have an impact on the issue of the conspiracy to change the name of the Persian Gulf.

Dr. Fathnejad remarked on the codification of appropriate laws relative to Iranians residing abroad by the consular legal committee of the Society, removing obstructive laws, and codifying simple regulations that would eliminate the problems of Iranians outside the country.

He said: The Society of the Friends of Iran must see to the legal problems of Iranians residing outside the country. Sometimes the government is delayed in this regard and you should challenge the Foreign Ministry and the Iranian Consulates and ask them to seriously attend to the problems of Iranians living outside the country. You should be their representatives and remind the government about their issues, and when necessary you should visit their families inside and outside the country and take conciliatory actions with them.

The president of the virtual campus of the Azad Islamic University noted: Today the issue of Iranians outside the country has turned into a national issue, and luckily officials from various groups and tendencies have understood the sensitivity of the issue.

In what followed Mr. Shams asked Dr. Fathnejad to accept the responsibility of leading the Committee of International Affairs of the Society of the Friends of Iran and to make it active along with a number of university professors and experts. Among the responsibilities of the Committee of International Affairs is to carry out research projects about Iranians living outside Iran and their interests. Dr. Fathnejad promised to announce his views in this regard soon.