# EXHIBIT PP



# COMPASS
LANGUAGES

## Certification of Translation

I, the undersigned, Jonathan Jerdan, Production Manager of Compass Languages, a professional translation agency based at 1666 Crofton Parkway, Crofton, MD 21114 (EIN: 134194307) hereby certify that the content of the following original documents:

- Original--Aftab article.pdf
- Original--Quds Daily.pdf
- Original--Topiranian.pdf

has been accurately translated according to the standards laid out by the American Translators Association.

Signed: _____
Jonathan Jerdan
Production Manager

Date: 7/10/09

خرم مطهر امام (ره): از برگزاری مراسم شب قدر معذوریم

4 September 2009، ۱۳۸۸ شهریور ۱۳ امروز

خارجی » آرشیو گفتگو » هسته‌ای

تحلیل رئیس شورای آمریکایی‌های ایرانی‌تبار از بحران هسته‌ای

## لابی ایرانی در آمریکا فعال می‌شود؟

آفتاب: روزآزمایی ایران و غرب بر سر پرونده هسته‌ای با تصویب قطعنامه تحریم در شورای امنیت سازمان ملل متحد و اقدام متقابل مجلس در ملزم ساختن دولت به تجدید نظر در همکاری‌ها با آژانس بین‌المللی انرژی هسته‌ای وارد مرحله خطیری شده است. در چنین شرایطی استفاده از تمامی ابزارهای موجود برای پاسداری از منافع ملی نکته‌ای است که بی‌شک می‌بایست در دستور کار مسئولان دستگاه دیپلماسی قرار گیرد. در این میان وجود جامعه نسبتا بزرگی از ایرانیان در خاک آمریکا پتانسیل بالقوه‌ای برای تاثیر گذاری و تعدیل سیاست‌های تندروانه کاخ سفید تلقی می‌شود که البته تاکنون چنانکه باید و شاید مورد توجه قرار نگرفته است. اگر این پتانسیل بالقوه و دست نخورده را با میزان تاثیر لابی یهودی در سوق دادن سیاست‌های واشینگتن به جانب از اسرائیل مقایسه کنیم به شکاف ژرفی که میان آنچه هست و آنچه می‌تواند باشد وجود دارد بیشتر پی می‌بریم. نباید از یاد برد که به اعتقاد بیشتر صاحب نظران در جهان امروز استفاده هوشمندانه از «دیپلماسی غیر رسمی» نقش بسیار برجسته‌ای در پیشبرد و تحقق اهداف دیپلماسی رسمی دارد. «ترینا پارسی» رئیس شورای آمریکایی‌های ایرانی‌تبار و استاد دانشگاه جان‌هاپکینز در گفتگویی که قطعنامه تصویب شده را با وجود آورنده یک شرایط بحث-باخت در قبال برنامه هسته‌ای ایران دانسته‌است، نظر به اهمیت موضوع آفتاب چکیده‌ای از این گفتگو را منتشر می‌کند:

آیا تحریم‌های کم‌ترسابقه شورای امنیت، کشورهای عربی را به حل پرونده هسته‌ای ایران نزدیک‌تر کرده‌است؟ در شرایطی که تهران مبارزه‌جو و سرسخت‌تر از همیشه به نظر می‌رسد.

من فکر می‌کنم آنچه اکنون اتفاق افتاده ورود به یک بازی باخت-باخت است که توان طرفین را به خباط پیدا کردن راه‌حل و رسیدن به توافق، به این موضوع معطوف می‌کند که چگونه یک ضربه کاری‌تر به طرف مقابل وارد کنند. در این بازی هر طرفی که مقاومت بیشتری به خرج دهد و دیرتر خسته شود شانس بیشتری برای برنده‌شدن دارد. مطمئنا ایران به‌خاطر سرسختی خود مجبور به تحمل فشار های اقتصادی خواهد شد، ولی فراموش نکید که ایالات متحده نیز در عراق شرایط بسیار دشواری دارد.

این قطعنامه شانس حل دیپلماتیک مسئله را به طور کامل از بین نبرده، ولی مطمئنا هزینه بازگشت به میز مذاکره را برای طرفین بیشتر کرده‌است.

پس شما فکر می کنید که این قطعنامه موضوع را پیچیده‌تر کرده است. در این شرایط اما می توان از موثر بودن تحریم‌های گنجانده شده در آن سخن گفت؟

می فکر نمی‌کنم که این تحریم‌ها لزوما تاثیر حاصی بر ایران داشته باشند، حتی از جهانی می توان گفت اقدامات یکجانبه ایالات متحده در تحت فشار قراردادن بانک‌های طرف معامله با ایران به نوبه خود می‌تواند از تحریم‌های لحاظ شده در قطعنامه 1737 بسیار موثرتر باشد.

آیا واقعا راه حلی برای این بحران وجود دارد؟

بله، ولی من فکر نمی‌کنم که جامعه جهانی با این اقدام (تصویب قطعنامه) گام موثری برای حل موضوع برداشته باشد. در شرایط کنونی دیپلماسی قربانی چرخه معیوب تهدیدها و تحریکات ایران و آمریکا علیه یکدیگر شده است.

درطرف ایران، شاید تحریک‌آمیزترین کاری که می نواست در این شرایط صورت گیرد برگزاری کنفرانس هولوکاست بود که قطعا از هیچ‌نظر نمی‌تواند تاثیر مثبتی بر منافع این کشور بگذارد. در طرف مقابل آمریکایی‌ها نیز همچنان از گفتگو با ایران در مورد عراق سرباز زده و عمدا نفس فوق‌العاده‌ای که ایران می تواند در برقراری ثبات و امنیت در عراق داشته باشد را نادیده می‌گیرند.

با توجه به وضعیت روابط تهران-واشینگتن، می‌توان از احتمال اغاز یک مسیر دیپلماتیک سخن گفت؟

بله به شرطی که ابتدا دو چیز اتفاق بیافتد؛ اول اینکه غرب به طور اشکار اعلام کند که ایران حق دارد از مصارف جنبه های یک برنامه هسته‌ای صلح‌آمیز بهره‌مند شود و مذاکرات بدون پیش‌شرط را با این کشور را اغاز کنند. دوم اینکه ایران به‌جای دیپلماسی تحریک‌آمیز کنونی یک سیاست خردورزانه در مذاکرات داشته‌باشد.

در شرایط کنونی اصلا به نظر نمی رسد که ایران بخواهد فعالیت‌های غنی‌سازی (اورانیوم) خود را متوقف سازد، ایا به نظر شما شورای امنیت عکس‌العمل نشان داده و گام بعدی را بر می دارد؟

ما اکنون داخل یک چرخه افتاده‌ایم بله اگر تهران قطعنامه را نپذیرد شورای امنیت تا چند ماه دیگر دور دوم تحریم‌ها علیه ایران را اعمال خواهد کرد.

در داخل ایران صدای کسانی که خواهان قطع همکاری‌های ایران با IAEA و حتی خروج از NPT هستند بلندتر از همیشه به گوش می‌رسد. ایا واقعا ممکن است دولت این کشور بر قدم در چنین راهی بگذارد؟

از نظر من احتمال وقوع چنین خبری کم است. من مطمئنم در داخل ایران عناصر تاثیرگذاری وجود دارند که خطرات در پیش گرفتن چنین رویکردی را درک می کنند. هرچند ممکن است در کوتاه‌مدت بازرسان IAEA با محدودیت‌هایی در دسترسی به تاسیسات هسته‌ای این کشور مواجه شوند اما به طور طبیعی در بلندمدت چنین چیزهایی اتفاق نخواهد افتاد.

کد مطلب: 55629





بعضی و بشر مطالب ... نمایش آدرس ایمیل  ارسال

The Analysis of the President of the Council of Iranian-Americans about the Nuclear Crisis

**Is the Iranian Lobby in America Becoming Active?**

Aftab- With the ratification of the resolution for sanctions in the United Nations Security Council, and the concurrent move by the parliament requiring the government to reconsider its cooperation with the International Atomic Energy Agency, the power struggle between Iran and the West over the nuclear issue has entered a dangerous phase. In such circumstances, it is doubtless that all existing tools for protecting the national interest must be made available to the authorities in the diplomatic system. Meanwhile, the existence of a relatively large Iranian community on American soil has the potential for influencing and moderating the extremist policies of the White House. Of course, until now, this issue has not received as much attention as it should have. If we compare this untouched potential with the level of impact that the Jewish lobby has in directing the policies of Washington towards the protection of Israel, we will understand the deep gap that exists between what the present situation is and what could be. One must not forget that many experts believe that in today's world, the intelligent use of "unofficial diplomacy" has an important role in promoting and realizing the goals of official diplomacy. In an interview, Trita Parsi, the president of the Council of Iranian Americans and Professor at Johns Hopkins University, noted that the ratified resolution creates a lose-lose situation in relation to Iran's nuclear program. Given the importance of the issue, Aftab has published an excerpt of this interview:

**Have the controlled sanctions of the Security Council brought Western countries closer to solving the Iran nuclear case, in a situation where Tehran seems more unyielding and militant than ever?**
I think that what has happened so far is the beginning of a lose-lose game which instead of moving both sides towards a place of solution and agreement, leads them to focus on how each one can strike a blow to the other side. In this game, whichever side shows more resistance and gets tired later, has the bigger change for winning. Surely, Iran will have to endure economic pressures due to being unyielding, but bear in mind also that the United States is in a difficult situation in Iraq.
This resolution has not completely destroyed the chances for a diplomatic solution, but it has surely increased the cost of returning to the negotiating table for both sides.

**So you think that this resolution has made the issue more complicated. In this situation can one speak about the impact of the sanctions that have been included with it?**
I don't think that these sanctions will necessarily have a particular impact on Iran; one can even say that in a certain sense the unilateral actions of the United States in putting pressure on banks that do business with Iran, can have more of an impact than the noted sanctions of Resolution 1737.

**Is there really a solution for this crisis?**
Yes, but I don't think that the world community has taken an influential step for the resolution of the issue with this action (ratifying the resolution). In the current situation, diplomacy has been sacrificed in the vicious cycle of the threats and provocations of Iran and America against one another.
On the Iranian side, perhaps the most provocative thing that could have happened in this situation was holding the Holocaust conference, which certainly cannot have any positive impact on the country's interests. On the American side, they have likewise refused to dialogue with Iran about Iraq, and have intentionally ignored the incredible role that Iran can play in bringing about stability and security in Iraq.

**Given the situation of the relationship between Tehran and Washington, can one speak about a diplomatic path?**
Yes, on the condition that first two things occur. First, the West must openly announce that Iran has the right to gain access to all aspects of a peaceful nuclear program and start negotiations with this country without setting preconditions. Second, instead of its current provocative diplomacy, Iran must adopt a reasonable policy in negotiations.

**In the current situation, it does not seem that Iran wants to suspend its enrichment (uranium) activities. In your opinion will the Security Council react and take the next step?**
We have now fallen into a cycle. Yes, if Tehran does not accept the resolution, the Security Council will enact the second round of sanctions against Iran in the next several months.

**In Iran, the voices of those who want Iran to cease collaborating with the IAEA and even want it to withdraw from the NPT is louder than ever. Is it really possible that this country's government may step in this direction?**
In my opinion the chances of this happening are low. I am sure that inside Iran there are influential parties who understand the dangers of taking up such an approach, although it is possible that in the short term IAEA inspectors may face limitations in accessing this country's nuclear facilities, but naturally in the long term these things will not occur.