# EXHIBIT QQ

| | |
|---|---|
| **From:** | Johnstone, Kari A (DRL) <JohnstoneKA@state.gov> |
| **Sent:** | Monday, July 28, 2008 7:08 PM (GMT) |
| **To:** | rsvp@niacouncil.org |
| **Subject:** | FW: NIAC LUNCH BRIEFING WEDNESDAY, JULY 30: A U.S.-Iran Proxy War? The case of the MEK |

Sara,

I plan to attend.  May I bring a colleague from my office as well?

Thanks,
Kari

*Kari Johnstone*
*Acting Office Director*
*Office of Near East and South Central Asia Issues (DRL/NESCA)*
*Bureau of Democracy, Human Rights and Labor*
*U.S. Department of State*
*tel. (202) 647-1473*
*fax (202) 647-9519*

**From:** Emily L Blout [mailto:eblout@niacouncil.org]
**Sent:** Monday, July 28, 2008 1:58 PM
**To:** Johnstone, Kari A (DRL)
**Subject:** NIAC LUNCH BRIEFING WEDNESDAY, JULY 30: A U.S.-Iran Proxy War? The case of the MEK

Hi Kari,
I wanted to invite you to NIAC's lunch briefing on Wednesday about the Mujahedin Khalq, a US designated terrorist organization that's been active on the hill for years and reportedly receives congressional funding for operations inside Iran (see invitation below). I look forward to seeing you there! - Emily

NATIONAL IRANIAN AMERICAN COUNCIL CORDIALLY INVITES YOU TO A POLICY BRIEFING LUNCHEON

A U.S.-Iran Proxy War?
The Case of the Mujahedin Khalq

Speakers:

Massoud Khodabandeh
Founder of Iran Interlink

Anne Singleton
Author of *Saddam's Private Army*

Is the United States involved in a proxy war against Iran using a terrorist organizations?  Despite the Mujahedin Khalq's (MKO/MEK) inclusion on the United States Foreign Terrorist Organization (FTO) list, press reports indicate that the U.S. is supporting the group to carry out attacks against Iran in an attempt to destabilize the Iranian government. With 3,800 MEK fighters in U.S. controlled territory in Iraq, the State Department will announce the results of its five year review of the group and its FTO status in October 2008.  Join us on July 30th as we look at the MEK's role in U.S.-Iran policy and examine whether they are an asset or burden to the United States.  Former MEK members, Massoud Khodabandeh and Anne Singleton, will share their insights on the

group's inner workings and capabilities.

<u>Open to Members and Staff Only</u>

Wednesday, July 30, 2008

11:30-1:00 PM

HC-8, Capitol Building

*Light lunch will be served*

RSVP by July 29 COB to Sara Shokravi at rsvp@niacouncil.org or (202) 386-6324

Sponsored by the Ploughshares Fund, Kenbe Foundation, The Pluralism Fund, and the Rockefeller Brothers Fund

Thanks,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"