# EXHIBIT RR

# <u>RR-a</u>

PC/2/2006

## IN THE PROSCRIBED ORGANISATIONS APPEAL COMMISSION

**BETWEEN**

### Lord Alton of Liverpool & Others

_**Appellants**_

- and -

### Secretary of State for the Home Department

_**Respondent**_

---

### WITNESS STATEMENT OF WINSTON JAMES GRIFFITHS

---

**Introduction**

1.   I was the Labour Member of Parliament for Bridgend from 1987 to 2005, when I retired. I served as Parliamentary Under-Secretary of State for Wales 1997-8. Prior to being Member of Parliament for Bridgend, I was a member of the European Parliament for South Wales for ten years from 1979 (a two year overlap as MP and MEP).

2.   During my many years in Parliament I became familiar with and worked closely with the National Council of Resistance of Iran (NCRI) and its member organisation, the People's Mojahedin Organisation of Iran (PMOI). As such, I am very familiar with the two organisations, their leadership, history, activities and political agenda.

3.   I refer to the bundle of documents marked exhibit "WJG1".

**Iranian Regime's Misinformation Campaign**

4.   I am aware, through personal experience and the experience of many former colleagues in Parliament that whenever a Member of Parliament expresses

1

support for the goals of freedom and a secular democracy for Iran, as espoused by the NCRI and PMOI, they are immediately bombarded with misinformation about Iran's main opposition from a variety of sources. Sometimes MPs and Peers are contacted directly by the Iranian Embassy in London, which tries to convince Parliamentarians that they have misunderstood the Iranian regime and been deceived about the true nature of the NCRI and PMOI. On other occasions, disaffected former members of the PMOI who have been recruited by the Iranian regime to spread misinformation against the PMOI approach Parliamentarians. Lord Avebury, who has extensively researched and written about the Iranian regime's misinformation campaigns against the PMOI said about these individuals in his book 'Iran: State of Terror',

> "These persons, due to their low or non-existent motivation to continue the struggle and maintain their principles, allowed themselves to be bought by the regime at a later stage. Such people have so far provided the regime's terrorists in Europe with most extensive intelligence and political services."

5.   On other occasions, Parliamentarians are approached by organisations that claim to be human rights organisations/NGOs who want to save PMOI members from the organisation. These front organisations for the Iranian regime include Nejat Society, Peyvand and Aawa Association. The Iranian regime also uses numerous websites to spread misinformation against the PMOI, including those listed below:

http://www.irandidban.com/index-e.asp
http://www.iran-interlink.org
http://www.nejatngo.org/index_en.php
http://www.theblackfile.com/edefault.asp
http://www.habilian.com/default-en.asp
http://www.negaheno.net/
http://www.banisadr.info/
http://hasanzebel.blogfa.com/
http://82.182.32.11/falagh/index.php
http://www.zarrebin.com/
http://www.zarrebin.com/English/default.asp
http://www.iranpeyvand.com/index.html
http://www.survivorsreport.org/
http://www.irane-ayandeh.com/
http://www.mehdis.com/

6.    I have read the witness statement of Lord Alton of Liverpool who deals at length with the elaborate and well-financed misinformation campaign against the PMOI. The Iranian regime expends large sums of money and makes every effort to tarnish the image of the NCRI and PMOI abroad and diminish its support generally. However, the regime focuses particular energy on Parliaments across the world, which is where the PMOI have historically enjoyed enormous support.

**Objectivity of 'Private Individuals'**

7.    I am aware that in paragraph 45 of his second witness statement, Benjamin Fender questions the objectivity of the witnesses who have given statements to the Commission on behalf of the Appellants.

8.    I intend to highlight in this statement the lack of objectivity/credibility on the part of some of the individuals with whom the Foreign Office is in contact in respect of the PMOI and on whose views the Foreign Office has certainly relied. I understand that the Secretary of State has disclosed in his open exculpatory material a series of emails exchanged between the FCO and 'private individuals'. The Secretary of State was later required to reveal the identities of the private individuals, who included Massoud Khodabandeh and Gary Sick.

9.    An example of Foreign Office reliance on statements made by the likes of Massoud Khodabandeh is illustrated by a 1 August 2006 email from a Foreign Office official to other Foreign Office officials. Attaching a copy of an email from Massoud Khodabandeh, the sender states, *"Massoud Khodabandeh's reply to a comment on G2K has some useful bits (in bold)"*.

**Massoud Khodabandeh and 'Iran-Interlink'**

10.   Massoud Khodabandeh is a former member of the PMOI who left the organisation in the mid-1990s, after which, according to his brother, Iran's Ministry of Intelligence and Security (MOIS) recruited him. He is married to Anne Singleton and together they run the 'Iran-Interlink' website. At pages ... to ... of

3

exhibit "WJG1", appears a copy of the witness statement signed by Abrahim Khodabandeh and filed with the Commission in 2003, as part of an application for deproscription previously made by the PMOI. In that witness statement, Abrahim Khodabandeh explains how his brother travelled to Singapore to meet with MOIS officials and how Anne Singleton also travelled to Iran for a few months where I understand she was instructed to set up the 'Iran-Interlink' website.

11. I am also aware that during those proceedings, the Secretary of State relied on information and documentation provided to the Foreign Office by Anne Singleton and 'Iran-Interlink' (see paragraphs 16 of the witness statement of witness 'A', as well as documents B8, B9 and B10, which appear at pages ... to ... of exhibit "WJG1"). This evidence was responded to at length in the second witness statement of Mohammad Mohaddessin.

12. Massoud Khodabandeh and Anne Singleton, through their website, as well as other activities, appear to lead a small number of individuals engaged in an aggressive demonisation campaign against the PMOI. The hostile nature of the language they use on their website and statements make their position clear. Iran-Interlink states that it "*informs about the real nature of the Mojahedin as a religious/personality cult; exposes the Mojahedin's abuse of its members' fundamental human rights...*"

13. The Foreign Office was aware of the agenda of Massoud Khodabandeh, Anne Singleton and 'Iran-Interlink'. This is illustrated by document 51 in the open exculpatory material disclosed by the Secretary of State. The document is described as an FCO file note dated September 2006. In that document it is stated, "*29 July 2003: The anti-MeK organisation 'Iran Interlink' suggested that MEK was implicated in an arson attack on a French school in Australia*". The report describes this ludicrous allegation made against the PMOI as circumstantial and lacking in credibility.

14. It is clear from the content of the emails recently disclosed by the Secretary of State and Anne Singleton's involvement in the previous proceedings before the

4

Commission, that Massoud Khodabandeh and Anne Singleton have close contacts with the Foreign Office. In light of the fact that the Foreign Office refuses to have any form of contact with Iranian individuals or organisations who express any form of a positive view about the PMOI, the contacts between the Foreign Office and Massoud Khodabandeh/Anne Singleton is peculiar to say the least, especially if it is correct that these individuals are associated with MOIS.

15.  Moreover, in light of what we have learned since Coalition forces have been responsible for the security of Ashraf City and the safety of its residents, as well as the evidence provided on behalf of the Appellants, the allegations made by 'Iran-Interlink' and Anne Singleton have been proven to be false. Yet, these allegations continue to be made by the website. They include allegations of mistreatment of PMOI members and the allegation that PMOI members are not free to leave the organisation. In an interview with Newswire, Mr Khodabandeh, referring to the December 2006 judgment of the Court of First Instance, stated,

> *"The main victims of this court ruling are the individual cult members interred in Camp Ashraf. They are now unable to leave the cult. Unable to make contact with their families and unable to return to their homes..."*

16.  This is in direct conflict with the statement by Lieutenant Colonel Julie Norman who said in her letter of 24 August 2006,

> "*Normally, PMOI members invite their families, friends and colleagues who live in Iran or foreign countries to Ashraf for visits. These visitors are welcomed to a secure environment and hosted by the PMOI...There exists no prison or any obligation to stay in Ashraf; everyone is free to leave PMOI anytime he/she wishes to.*" (See pages ... to ... of exhibit "WJG1")

17.  Apart from the fact that US military officials have confirmed the above in writing, in paragraph 40 of his witness statement, Mr Fender confirms that the PMOI in Ashraf City are free to leave. He goes on to explain how, in conjunction with the Iranian regime, the Foreign Office and others have encourages PMOI members to return to Iran.

18. Both in interviews and articles in the media and on their websites, the pair have made wild and unsubstantiated allegations against the PMOI. By way of one example, they regularly claim that the PMOI were responsible for the suppression of Iraqi Kurds in the 1990s. At paragraphs 20 to 24 of his witness statement, Lord Alton of Liverpool proved this allegation to be false and produced evidence to show that the source of this allegation, as with many other allegations against the PMOI, was the Iranian regime.

19. By way of further example of the misinformation spread by Mr Khodabandeh, in an interview with Newswire, Mr Khodabandeh alleges,

> "There is clear evidence to show that MKO military activity continued right up to the allied invasion of Iraq in March 2003. Even right now they are openly promoting terrorism and threatening their critics in the EU and US. These critics have been "condemned to death" by MKO's Revolutionary Court pending the execution of their sentences in Europe and the USA." (See pages ... to ... of exhibit "WJG1")

20. Mr Khodabandeh's assertion that he has clear evidence of PMOI military activity up to March 2003 is in direct conflict with the view expressed by the Secretary of State that the PMOI's military activity ended in August 2001 (see Response to Request for Further Information).

21. It is also telling that Massoud Khodabandeh, Anne Singleton and Iran-Interlink have nothing adverse to say about the Iranian regime. Moreover, they give interviews to the Iranian regime's media which identifies them as "Iran experts" and "academics."

**Trip to Iran**

22. Between 14 and 17 June 2004, I visited Iran on a humanitarian trip to meet two NCRI members who had been kidnapped in Syria and forcibly, and in breach of international law, sent to Iran. One of these individuals was Abrahim Khodabandeh and the other was Jamil Bassam. They were both being kept in Iran's notorious Evin prison.

6

23. Evin prison is recognised as one of the most secretive and brutal prisons in the world. Tens of thousands of political prisoners have been tortured and executed in the prison. Evin prison is where Canadian-Iranian photojournalist, Zahra Kazemi met her brutal death in July 2003. She was taking photographs of Iranian families who had gathered outside Evin prison to learn of the fate of their relatives – students arrested in widespread anti-regime protests in Tehran. In 2004, Shahram Azam, a former military staff physician who left Iran and sought asylum in Canada confirmed that he examined Kazemi's body and observed evidence of rape and torture, including a skull fracture, broken nose, crushed toe, broken fingers, and severe abdominal bruising.

24. I was surprised to see Anne Singleton in Evin prison. She even had her young son with her. She was moving around freely and was in direct contact with Iranian officials in the prison. This is surprising when it is a known fact that the relatives of political prisoners find it extremely difficult, if not impossible, to visit their relatives who are incarcerated. Zahra Kazemi's body was not even returned to her family. Moreover, international human rights organisations are denied access to Evin prison.

25. Apart from meeting Abrahim and Jamil in Evin prison, I met Abrahim for three meals and Jamil once. On arriving at the prison, I expected to be taken to meet Abrahim and Jamil privately (while Teddy Taylor, MP, looked at some other parts of the prison). I was surprised however to be taken into a large room where some PMOI members/sympathisers who had been captured in Iran had just begun to make "confessions" before a TV crew. Whilst listening to the "confessions" of these PMOI members/sympathisers, I asked Abrahim quietly whether he felt the "confessions" were true and whether he had been prevented from meeting members of his family or being restricted on what he read or watched on television in the UK. He replied that they were not true and he had not been prevented from seeing his family, reading newspapers or watching television. I was expecting this answer because from conversations we had had previously in the UK, he had told me about taking a month off from NCRI activities while his mother had visited the UK.

7

26. I understand that some time after my visit, Abrahim and Jamil made similar "confessions" to the ones I heard in Evin prison from PMOI members/sympathisers. I can only underline that the conversations I had with Abrahim and Jamil during my visit showed they rejected the line put forward in the "confessions" I heard in Evin prison. Moreover, Abrahim was not comfortable with the presence of Anne Singleton and I cannot recall a single instance when they spoke to each other.

27. Anne Singleton and the Iranian regime had ulterior motives for my visit and hoped to turn it into a propaganda opportunity for the Iranian regime. Following my return from Iran, I had to spend a considerable amount of time rebutting false and misleading reports of my visit made by Anne Singleton, "Iran-Interlink" and "Iran-Didban".

**The Khodabandehs' attempt to hold a meeting in Parliament**

28. In 2005, through Massoud Khodabandeh and Anne Singleton, the Iranian regime attempted to hold a meeting in Parliament to spread misinformation against the PMOI. They were not ultimately permitted to hold the meeting in Parliament and had to move their meeting to a hotel.

29. In a statement released at the time, I wrote:

*"The press conference is due to be addressed by Massoud Khodabandeh and Anne Khodabandeh (nee Singleton). Some three years ago, Massoud's brother, Ebrahim (currently being illegally held by the Iranian regime), made allegations about the involvement of his brother and sister-in-law with the Iranian Ministry of Intelligence in a statement given to the Courts in London. In a trip to Iran last year seeking the return to Britain of two Iranian refugees illegally sent to Iran by the Syrian authorities, one of whom was Ebrahim Khodabandeh, the brother of Massoud Khodabandeh, I was surprised to see Anne Khodabandeh in Evin prison. After this visit I had to engage in lengthy correspondence with Anne Khodabandeh about this matter because of misleading and inaccurate statements that she and her website, Iran-Interlink, had made about my trip to Iran.*

8

*At the same time as wishing to make clear my concern about the activities of Massoud Khodabandeh and his wife, Anne, in trying to divert attention away from the dangerous dictats of the mullahs' regime and the activities of the Iranian regime in democratic countries like the United Kingdom, I believe that these acts are a sign of weakness on the part of Iran's medieval and theocratic regime, which knows it has no place in the 21st century."*

**Other private individuals**

30.   Massoud Khodabandeh is part of a network with Gary Sick and others, who are in contact using the Gulf 2000 list. Foreign Office officials also appear to have access to Gulf 2000 and comments that appear thereon.

31.   The nature of the language used by the other 'private individuals', as well as the wild and unsubstantiated allegations made by them is illustrative of their agenda against the PMOI.

32.   By way of example, in his email of 20 January 2005, William Beeman (please also see his email referred to below), makes, in the space of two paragraphs, many unsubstantiated allegations against the PMOI. He alleges that (i) US Presidential candidate, Senator Sam Brownback, allows his office to be used as a lobbying centre for the PMOI, (ii) expresses disappointment that the PMOI, who are 'protected persons' under the Fourth Geneva Convention were not, in breach of international law, traded for Al-Qaeda leaders in Iran, and (iii) the Iranian people *"hate the MEK with an enormous vengeance"*. One might ask the obvious question, how can a Professor of Anthropology, Theatre, Speech and Dance at Stanford University in the US make statements about what the entire Iranian population think about any topic?

33.   By way of further example, in his email of 20 January 2006, Nader Entessar refers to the PMOI using the term "terrorist cult".

**Human Rights Watch Report**

34. On 18 May 2005, Human Rights Watch issued a 28-page report entitled 'No Exit: Human Rights Abuses Inside the MKO Camps'. Based on telephone interviews with 12 individuals, HRW alleged that the PMOI were involved in human rights abuses. Following a lengthy investigation, which included a trip to Ashraf City, a delegation from the European Parliament published a report in response in which they showed the allegations to be false.

35. The European Parliament delegation disclosed an email sent by Gary Sick, Chair of HRW's Middle East Advisory Committee, to the recipients of the Gulf 2000 mailing list the day after the report was published. This e-mail, written originally by William Beaman reads,

> "*The Human Rights Watch report on MKO (MEK) abuse comes just in time for the consideration of H.R. 282/S. 333--The Iran Freedom Support act, sponsored by Rep. Ileana Ros-Lehtinen (R-Florida) and Sen. Rick Santorum (R-Pennsylvania). Aside from renewing the ineffective economic sanctions against Iran, Section 302 of the bill provides for support for groups opposing the current Iranian regime. Since Representative Ros-Lehtinen is one of the strongest supporters in Congress of the MKO/MEK, one assumes that this proposed appropriation is designed to go to them, at least in part. The Human Rights Watch report on the MKO/MEK would seem to disqualify them from funding under the provisions of the bill.*" (please see pages ... to ... of exhibit "")

36. A day later Gary Sick distributed another email, this time from Massoud Khodabandeh. This email reads in part,

> "*There is enough, as yet unverified, information to suggest that the MEK in Camp Ashraf is currently in severe crisis and on the point of collapse, and that the camp is only held together by an atmosphere of fear and repression at the hands of the MEK's leaders. The most recent reports suggest that if the flag of the US army is replaced by the flag of the Red Cross more than 80 percent of the people in the camp will go to the North camp*". (please see pages ... to ... of exhibit "")

37. As I have said above, this statement by Massoud Khodabandeh has clearly been proven to be wrong.

**Conclusion**

10

38. There is no doubt in my mind that both Massoud Khodabandeh and Anne Singleton are running a systematic campaign of falsifying information about the PMOI. This places serious doubt on their credibility and places serious question marks around contacts between these individuals and the Foreign Office. More importantly, it undermines attempts by the Secretary of State to reject information advanced by the Appellants based on information provided by these individuals.

I believe that the contents of this statement are true.

Signed...........................

**Winston James Griffiths**

Dated.....4 : 7 : 07.........

11

# RR-b

# IN THE PROSCRIBED ORGANISATIONS APPEAL COMMISSION

**BETWEEN**

(1) The People's Mojahedin Organisation of Iran

(2)    Hossein Abedini

**_Appellants_**

- and -

## Secretary of State for the Home Department

**_Respondent_**

---

### WITNESS STATEMENT OF
### ABRAHIM KHODABANDEH

---

1.    Since 1978 I have been a member of the People's Mojahedin Organisation of Iran (PMOI).

2.    I am a member of the National Council of Resistance of Iran (NCRI), and have been for the past 8 years.

3.    I have been actively involved (on a voluntary basis) in the work of the PMOI and NCRI for more than two decades. I have participated, during that time, in many meetings, demonstrations and other public events.

4.    I left Iran in August 1971, coming to this country to study. In 1981 I applied for political asylum in this country, and was immediately granted asylum. I am permanently settled in this country.

5.    I am presently based in London.



1

6.    I am in contact with Mohammed Mohaddessin and others in the NCRI and have learned about these proceedings from them. I have been shown extracts of the evidence in reply put in by the Secretary of State, and in particular the documents sent by "Iran-Interlink" to the Foreign and Commonwealth Office in July 2002.

7.    I have been asked by Mr Mohaddessin to provide a witness statement in support of the appellants in these proceedings because of the information that I can provide about the person who set up "Iran-Interlink".

8.    The person who set up and runs "Iran-Interlink" is my brother's wife, Anne Khodabandeh (nee Singleton).

9.    Anne Khodabandeh married my brother some years ago, but it was not until four years ago that I began to suspect that she had links with the Iranian clerical regime.

10.   I have been aware for some time now that my brother, Massoud Khodabandeh, has links with the Iranian Ministry of Intelligence.

11.   In the early 1980s my brother left Iran and went to join the PMOI in Iraq. He then left Iraq and went to France for a time, and then came to this country in 1990. Up until 1994 – 1995 my brother had some contacts with supporters of the PMOI in London, but then gradually he disappeared. Since 1996 there have been indications that he has contacts with the Iranian regime. For instance, I have been told by friends of my brother that he regularly vanishes for several weeks at a time. I believe that during his absences he goes to meet the people that he works for. I know that he has travelled to Singapore, which I understand is one of the places where the regime's agents meet their contacts.

12.   My suspicions regarding my sister-in-law arose from the following chain of events. About four years ago (that is, in 1998) I received a number of



urgent telephone calls from people I knew in the office of the International Red Cross in Baghdad. I was told that an urgent message was waiting for me from my mother (who lives in Iran). I found it very strange that she had sent me a message to the Red Cross in Baghdad.

13.    I collected the message from the Red Cross. In this message, my mother said that she was worried about me and whether I was safe.

14.    I found this very strange because it was easy for my mother to contact me whether directly, or through my brother Massoud.

15.    I tried to call my mother straightaway in London to reassure her that I was well and able to move around freely. However, my mother had already returned to Iran.

16.    I then spoke to my mother in Iran, and asked her why she had left this message for me. She said that my brother Massoud and his wife, Anne, had asked her to, and had told her about PMOI members being ill-treated in Iraq, and prevented from leaving Iraq. I found it extraordinary that my brother would this, but I reassured my mother that I was well and able to move freely.

17.    I thought that the message had been left for me in Baghdad to give the appearance that I was not able to leave Iraq, and I decided to share what had happened with colleagues in the NCRI.

18.    I then learned that Anne Khodabandeh had travelled to Iran in the winter of 2001. I found that surprising because, generally speaking, those Iranians (or their spouses) who are opponents of the regime, do not travel to Iran under any circumstances (for instance even to see dying relatives or to sort out property and other matters). This is for two main reasons. First, to travel to Iran, in the eyes of the regime's opponents, is to give the regime legitimacy (i.e treating it as a normal country). Secondly, because any known opponents of the regime would be in danger if they travelled there for obvious reasons. As someone



3

who had been active in the PMOI (and thus an opponent of the regime), as well as the wife of someone who had been active in the PMOI, she would not have been safe (or indeed necessarily allowed to leave Iran) – had she not received assurances from the regime.

19. Then early this year, when I was again in Iraq, I received another call from someone I knew at the International Red Cross office in Baghdad. I was again told that there was an urgent message waiting for me.

20. When I went to collect this message, I discovered that it was from my daughter. She told me that she was worried about what has happening to me in Iraq, and whether I would be able to leave Iraq. My daughter also asked me to contact her urgently. My daughter lives in Birmingham with her family.

21. There was also a letter from Anne Khodabandeh, telling me that my mother was very worried about me and my situation, and that my mother wanted me to make contact with her immediately.

22. I called my daughter from Baghdad and asked her who had asked her to send a letter to me through the Red Cross in Baghdad, and she told me it was Anne Khodabandeh.

23. I gave these letters to the PMOI office in Baghdad because I considered Anne Khodabandeh's motivation to be suspect, and shared my suspicions with the PMOI office there. I believe that Anne Khodabandeh is seeking to give the world the impression that I am one of the people whom the Iranian regime, and its agents, says are being held against their will by the PMOI.

24. I later learned (in spring 2002) when I returned to this country, that Anne Khodabandeh had been in regular contact with my daughter, trying to find out my whereabouts.

105

25.    Anne Khodabandeh had also, I learned, being speaking against the PMOI to my daughter, and had been trying to distance my daughter from me.

26.    I also learned that Anne Khodabandeh had been trying to persuade my daughter to go with her to Iran, which I again found suspicious for a number of reasons.

27.    First, given my role in the struggle against the Iranian clerical regime, I live under the constant threat of assassination by the agents of the regime. I have always told my daughter never to discuss my whereabouts with anyone.

28.    Secondly, Anne Khodabandeh has no reason to contact my daughter about my whereabouts because she is in contact with my mother, who is able to get in touch with me. In fact, my mother travels to London every two years to see my daughter and her children.

29.    Thirdly, because I am a well-known figure in the NCRI and a well-known opponent of the Iranian clerical regime, if my daughter travelled to Iran she would be in danger because of her relationship with me.

30.    I believe that Anne Khodabandeh was trying to use my daughter, so that by travelling with her, she could portray her trip to Iran as an innocent family visit to see relatives. I also believe that she was trying to use my daughter to undermine me, i.e to show that my daughter differed from me politically in her attitude to the regime because she was willing to travel there.

31.    My daughter did not agree to travel to Iran with my sister-in-law. She told Anne Khodabandeh that given my activities with the PMOI and NCRI she would not be safe if she went there.

32.    I have seen the "Iran-Interlink" website, which contains within it allegations that are untrue. For instance, it is claimed that in the last

 5

twenty years, the PMOI has changed from an "armed political force into a cult". The website also says that Iran-Interlink is "concerned about members who may wish to leave the organisation but who are — prevented from doing so", and that the "fundamental human rights" of PMOI members are being "violated".

33. These claims are untrue and are identical to the propaganda that has been put out by the Iranian clerical regime and its agents, in an effort to undermine the Iranian Resistance in the eyes of its Western supporters, over many years.

34. The NCRI and PMOI are legitimate and democratic organisations, working towards a pluralist and democratic society in Iran, which respects human rights and international law.

35. In fact, the allegations being put out on the "Iran-Interlink" website have a long history. I can recall that in response to criticisms being made to Khomeini that he was torturing PMOI members, Khomeini claimed that if there was any torture being conducted, it was the PMOI who were doing it to their own members. Such claims were, and remain, absurd and completely untrue.

36. I recently spoke to Anne Khodabandeh. My mother was visiting this country in August 2002, and I met up with her a few times at my daughter's house in Birmingham. During one of these visits, it so happened that my brother and sister-in-law were also there.

37. Anne Khodabandeh told me quite openly that she had visited Iran a few months before, showed me her photographs, and told me that during her visit she had been to Khomeini's grave. I found this an incredible statement from someone who purports, through her website, to be concerned with human rights.

38. Anne Khodabandeh also spoke to me against the PMOI, saying that everyone was now against them because they are terrorists.

10 7
6

39.     My mother told me that during Anne's visit to Iran, she had wanted to meet all our family members and that during her visits with them, she had spoken against the PMOI.

I believe that the contents of this statement are true.

Signed ...

(Abrahim Khodabandeh)

Dated.... 12 NOV 2002

108
7

# RR-c

# Brief on Paris Court Proceedings

Introduction

- On July 11, 2005, an article entitled "Iran – Spying: How VAVAK Operates in France" was published on the website Iran Focus. The article had originally appeared on another website, Iran Terror.
- The article briefly described the activities of Mr. Alain Chevalerias for the Iranian regime, by pointing to the unofficial remarks of several of the Iranian regime's officials, and concluded that this individual is at the service of the Iranian regime and its Ministry of Intelligence.
- Subsequently, Alain Chevalerias sued the editor of Iran Focus for libel, claiming that he (Chevalerias) is just a reporter. The question is this: Is Chevalerias a professional journalist, or is he a professional campaigner against the Iranian opposition?

The evidence in the article

Some of the evidence relied on in the article, include:

- Classified information from inside the Iranian regime, including private remarks made by Javad Mansouri (former Deputy Foreign Minister, ex-Islamic Revolutionary Guards Corps commander-in-chief and current Amb. to China).
- A receipt indicating that Mr. Chevalerias's stay at Tehran's Laleh Hotel was paid by Khaneh Kargar.
- His links with Intelligence Ministry agents and Iranian security officials inside Iran, whom may only be contacted through the Intelligence Ministry.
- His extensive and coordinated activities outside of Iran with individuals who are known to have active links with the Iranian regime's Intelligence Ministry.

The mullah regime's TV reporter

- Alain Chevalerias writes in his book that he is a reporter of Al-Alam TV. Al-Alam is the Iranian regime's official Arab TV network. Therefore, whatever excuses Chevalerias uses, it is a fact that he works for an official organization belonging to the Iranian regime, an organization whose director is appointed by the mullahs' Supreme Leader Ali Khamenei.

Evidence of payment of Chevalerias's Expenses in Iran by an Intelligence Ministry front organization

- The receipt obtained by the sympathizers of the Resistance inside Iran indicates that Mr. Chevalerias's expenses during his trip to Tehran were paid by "Khaneh Kargar" (Workers' House), which is an Intelligence Ministry front organization. The total expense was $1758. According to this receipt, he checked in Tehran's Laleh Hotel on October 23, 2003, staying in room # 709, and checking out on November 5, 2003 (Attachment 1). The date on the receipt matches the date Mr. Chevalerias's specifies in his book with regards to his stay at Laleh Hotel.

Khaneh Kargar

- Khaneh Kargar is in reality a front organization used by the regime's Intelligence Ministry. Ali Rabii, former Intelligence Ministry deputy and former Supreme National Security Council secretary, is one of the creators and associates of Khaneh Kargar. As the secretary of the Supreme National Security Council, Rabii approved the expenditure of one million dollars to advance a legal case against the People's Mojahedin Organization of Iran (PMOI) and the National Council of Resistance of Iran (NCRI) in France (Attachment 2).
- In addition to that, Khaneh Kargar has hired several lawyers in France who have filed legal complaints against the Iranian Resistance in that country. When one of the said lawyers traveled to Iran, his press conference was arranged at Khaneh Kargar's office.

Chevalerias's contacts in Iran

- During his trips to Iran, Alain Chevalerias's audience entirely consisted of individuals associated with the mullahs' Intelligence Ministry. In his book, he identifies "Hamid" as his escort and organizer of all his affairs. He does not use this individual's full name, but implicitly admits that Hamid is an agent of the Intelligence Ministry.

- Some of the other individuals Chevalerias has admitted to talking with are Javad Mansouri, Ahmad Ahmadi, a person linked with Khamenei's faction, and Ali Hashemi. According to Chevalerias, "Hamid called himself a political expert in the Interior Ministry. In the West, they would undoubtedly describe him as a security agent."

- Information obtained by the Resistance's sympathizers in Iran show that Ahmad Ahmadi had said in a private meeting, "In the fall of 2003, Mr. Amir-Hossein Taghavi [a high-ranking official in the Intelligence Ministry][1] contacted me and said that a French person is supposed to come and see me, who talked about preparing some material against the Monafeqin in France. The person who was supposed to be introduced to me was sent by France and we were charged with the task of cooperating with him accordingly so that he can complete a report on the Monafeqin. Taghavi himself arranged the meeting with me..."

The Intelligence Ministry's network of agents and coordinated activities against the opposition

- According to European security services reports, including those of Germany and the Netherlands, the Iranian regime's Intelligence Ministry agents are active in Europe. On the basis of these reports, the main aim of their activities against the PMOI and the NCRI was to recruit defected members and use them to taint the image of these organizations. The British parliamentary group for Iran Freedom as well as the Human Rights parliamentary group in Britain have also published their research findings in this regard, identifying a number of these individuals.

- Mr. Chevalerias extensively cooperates with these individuals who operate under the guise of "former members" of the PMOI. Chevalerias attends the majority of their meetings and speaks against the PMOI. Some examples include:

[1] Until the fall of 1992, Amir-Hossein Taghavi headed the European Operations Office of the Intelligence Ministry. After that, he was appointed to head the Special Operations Unit. He was one of the leaders of the so-called chain killings in Iran.

Sweden, December 12, 2005

o He spoke at the meeting along with a number of well-known mullahs' Intelligence Ministry agents: Anne Singleton (who had been seen by a former British MP while cooperating with the Iranian regime at the notorious Evin prison), Massoud Khodabandeh (Anne Singleton's husband) who introduces himself as an "expert and researcher in the French Center against Terrorism," a front organization run by Chevalerias.

London, July and November 2005

o He spoke at a session against the PMOI (July 29, 2005) as an "expert from the French Center against Terrorism." The session was set up by two of the regime's Intelligence Ministry agents, Massoud Khodabandeh and his wife Anne Singleton.

o He also spoke at a session against the PMOI (November 2005) in London, which was again set up by Massoud Khodabandeh and Anne Singleton. The session was originally intended to take place at the Parliament building. However, due to these individuals' ties to the Iranian Intelligence Ministry they were prevented from setting up their meeting at the Parliament building.

Luxemburg, February 2006

o A website linked to the mullahs' Intelligence Ministry and operated by Khodabandeh and his wife published a picture of Chevalerias and Abbas Sadeghi (an Intelligence Ministry agent), writing that a delegation of former PMOI members visited a court in Luxemburg and called on the court to issue a judgment against the PMOI!

Assembling against the Iranian Resistance in Auvers-sur-Oise

o On April 2005, Mr. Chevalerias and 30-40 other individuals went to the town of Auvers-sur-Oise with a bus to protest against the presence of Mrs. Maryam Rajavi, the President-elect of the NCRI, there. All of these individuals, except for Mr. Chevalerias, had come from outside of France. They had not obtained legal authorization for this demonstration. When the mayor's deputy informed them that they do not have permission to conduct their protest, Mr. Chevalerias, as the demonstration's organizer, responded by saying in effect, 'we will do whatever we would like … You can call the police to prevent us from doing this.'

Paris, September 22, 2006: Nejat Society meeting

o Chevalerias received an invitation from an association in Iran, which is the official organ of the Intelligence Ministry for imposing pressure on the families of PMOI members and activists. His audience included individuals who had started cooperating with the mullahs' regime while in prison, and who now worked with Nejat Society.

Conclusion

• Alain Chevalerias openly acknowledges in his book that "the PMOI must be neutralized, and subsequently, its most criminal members must be tried," "The spirit of the group must be broken and the PMOI members must be broken apart from one another." Is this really the position of an independent journalist?

- Therefore, it is logical for an unbiased observer, let alone individuals who are victims of the mullahs' dictatorship, who witnesses these activities and is aware of the intelligence reports from sources whose credibility have been verified, to conclude that Mr. Chevaleria's's activities are in line with the Iranian regime's Intelligence Ministry and those who have officially proclaimed their goal to be the elimination of the PMOI as an opposition movement.

Court proceedings:

- The Paris appeals court session began on February 21, 2008 with three judges presiding, and in the presence of the prosecutor and the defence counsel.
- On Chevaleria's's side, there were three witnesses: Anne Singleton; a former editor-in-chief and reporter of Le Figaro Magazine; and, Abol-Hassan Bani-Sadr, the mullahs' first president.
- On the side of the accused, Ms. Sarah Rajabi, there were 5 witnesses: Paulo Casaca, a member of the European Parliament; The town of Auvers-sur-Oise's deputy mayor; Mehdi Abrishamchi, chairman of NCRI Peace Committee; Hassan Habibi, an Iranian refugee; And, Laila Jazayeri who resides in England and was threatened by Chevalerias. Another witness, Lord Robin Corbett, could not attend due to illness. However, he did issue a witness statement in this regard.
- From the outset, the court turned into a scene of trial of Chevalerias. He had no answers in the face of successive questions by the counsel representing Ms. Rajabi. In reaction to this and the witness testimonies which stressed that Chevalerias was not acting as a journalist but as a coordinator of well-known agents' activities, Chevalerias was forced to confess that in most of these initiatives, he acted as an organizer, translator, and co-worker.
- Anne Singleton also participated as a witness for Chevalerias. However, Singleton in effect hurled the accusations back towards the plaintiff. Her mere presence in the court was in itself a proof of the fact that Chevalerias collaborates with the MOIS. Mr. Thierry Levy, the counsel for Iran Focus addressed Anne Singleton, saying independent British sources such as Lord Corbett have testified that "you are an agent of the Iranian regime's Intelligence Ministry; as well, your brother-in-law has also testified about this."
- The counsel for Iran Focus asked, "Do you know Win Griffiths?" Singleton replied, "yes."
- Mr. Levy asked, "Where did you meet him?" Not anticipating the question, Singleton paused a bit and said, "At Evin prison."
- The lawyer then asked, "Were you a prisoner there?" Singleton replied, "No."
- "So, what were you doing there?" Singleton responded, "I went there to visit my brother-in-law."
- Mr. Levy later concluded: When Mr. Win Griffiths, then British MP, visited Evin prison he was surprised to see that Anne Singleton freely walked around in Evin escorted by the prison's officials. Mr. Levy went on to say that Singleton was a liar, and that she and her husband (Massoud Khodabandeh) were agents for the Iranian regime.

# RR-d

# Friends of a Free Iran

**The European Parliament**
**Rue Wiertz**
**B-1047**
**Brussels**

29.11.2006

Dear colleagues,

I have come across, as you might have been, with a well-orchestrated propaganda and disinformation campaign by the Iranian regime primarily aimed at tarnishing the image of the main Iranian resistance movement, the National Council of Resistance of Iran and its affiliated organizations, such as the People's Mojahedin (PMOI).

This campaign inevitably reminds me of what Hitler's propaganda minister, Josef Goebbels, said once, "Tell a lie that is big enough and repeat it often enough, and the whole world will believe it."

Once my efforts on behalf of the resistance movement became public, I began to receive dozens of dubious letters from unknown individuals who claimed to be opposed to the regime, but also criticized the Mojahedin. It did not work. The next stage was somehow more sophisticated. This time it was not the Iranian regime or unknown individuals, but people who claimed to be former members of the organization, whose aim was, to put it bluntly, justifying the crimes committed by the terrorist regime ruling Iran.

I also received some very slick booklets that had the appearance of being published by genuine cultural associations. But, after reading through them, I could easily discern that the Iranian Ministry of Intelligence and Security (MOIS) was hiding behind all the glossy pages. I have gone through all the allegations such as "terrorism," "attacking civilians," "imprisonment of dissidents," "cult-like behavior," and a great deal more. I have seen no merit in these allegations.

This propaganda campaign is not lost to European security services either.

German Security Service, the Office for the Protection of the Constitution (BfV), wrote in its annual 2005 report, "Iran's Ministry of Intelligence and Security (MOIS) has several opposition groups under surveillance in Europe. Particularly the People's Mojahedin Organization of Iran (PMOI) and the National Council of Resistance of Iran (NCRI) are the focus of MOIS's attention. For collecting information and spying activities, Iran's intelligence service (MOIS) uses a network of agents who have defected from these organizations. The agents are invited to travel to Iran for briefings."

In an earlier report in 1999, BfV wrote that the Iranian Resistance "continued to be the focus of the intelligence interest of the Iranian intelligence service... In its fight against the Iranian opposition-in-exile, VEVAK [MOIS] makes use of so-called "cultural associations". These are cover organizations founded as directed by VEVAK and acting in accordance with Iran's interests and wishes. In addition, the Iranian service initiates anti-MEK [PMOI] publications which in part are published by former MEK activists and have the aim of persuading the readers of these publications to turn their backs upon this organization."

The Dutch Security Service, AIVD also wrote, "The Iranian Ministry of Intelligence tries to gather information on the Mojahedin through its members and ex-members as much as possible. Intelligence Ministry officers are instructed to spread negative information against the People's Mojahedin Organization (and its members)."

1

Against this backdrop, I would like to briefly unmask one of the most notorious of these agents, who are the ringleaders of the MOIS campaign of demonizing the resistance.

Karim Haqi

Karim Haqi has been collaborating with the Iranian Ministry of Intelligence and Security (MOIS) since 1995.

In the spring of 1995, four years after having no contact with the PMOI, he claimed that he had been imprisoned and tortured by the PMOI in Iraq and began to churn out a variety of allegations. In late 1996, Haqi and a number of MOIS operatives went to see the United Nations Human Rights Commission's Special Representative, Prof. Maurice Danby Copithorne, in Geneva and claimed that they had been imprisoned and tortured by the PMOI. They unsuccessfully tried to convince him to devote part of his report to the violations of human rights by the PMOI.

Haqi operates out of an outfit called "Payvand". His extensive contacts with the MOIS even drew attention from the Dutch internal security service. They interrogated him on several occasions and warned him about his contacts with and receiving money from the MOIS. Haqi describes one such encounter in his publication, Peyvand : "On Tuesday, 1 February 2000, around 4:30 pm, a Dutch undercover security agent came to my residence in the Elst Township… After reading a list of names, the agent added: 'All of you have ties with the Iranian regime and have formed a large network…' He added: 'We have sufficient information that you have ties with the [Iranian] regime and it [the regime] pays for your publication… It would suit you better to stop this kind of work and go after your normal business and think about the future of your children' ."

Other well-known operatives of the MOIS in Europe are Massoud Khodabandeh, who, along with his British wife, Anne Singleton, runs a website called Iran-Interlink, Hadi Shams Haeri, Jaafar Baghal-Nejad, Behzad Alishahi, Nowrouz-Ali Rezvani, Massoud Tayebi and Jamshid Tahmasbi.

As for the specific allegations of Mojahedin mistreating their "disaffected" members, I and another colleague in the European Parliament, André Brie from Germany, went to Camp Ashraf, accompanied by a British lawyer, Azadeh Zabeti, in summer of 2005.

We investigated all of the allegations in this regard, which were also raised in a report by Human Rights Watch. We found absolutely no truth in those allegations. We published the results of our thorough investigation in a book entitled, "The Iranian Mojahedin: Mission Report." http://www.paulocasaca.net/PMOI-EN/index.htm

Sincerely,

Paulo Casaca MEP
Co-Chair, Friends of a Free Iran
European Parliament
Brussels

2

# RR-e




*British Parliamentary Committee for Iran Freedom*

# SPYING FOR THE MULLAHS:
# IRAN'S AGENTS IN UK

**October 2007**

# TABLE OF CONTENTS

INTRODUCTION

    The Iranian Regime

    Islamic Fundamentalism

TERRORISM

THE MULLAHS' MINISTRY OF INTELLIGENCE

USE OF AGENTS

THE MULLAHS' AGENTS IN BRITAIN

    Massoud & Anne Khodabandeh (nee Singleton)

DISTURBING FOREIGN OFFICE LINKS

RECOMMENDATIONS

# INTRODUCTION

In its 'Annual Report 2005-2006', the Parliamentary Intelligence & Security Committee referred to increasing international tension over Iran's nuclear programme and its backing for terrorist groups in the Middle East. The Committee stated:

> *"There is a possibility of an increased threat to UK interests from Iranian state-sponsored terrorism should the diplomatic situation deteriorate."*

The threat is often repeated by officials of the Iranian regime. On 16 April 2006, The Sunday Times reported Dr Hassan Abbasi, head of the Centre for Doctrinal Strategic Studies in the Revolutionary Guards, as saying that 29 western targets had been identified for suicide attacks. He added: *"We are ready to attack American and British sensitive points if they attack Iran's nuclear facilities".* Abbasi warned would-be martyrs to *"pay close attention to wily England"* and vowed that *"Britain's demise is on our agenda".*

The threat is why the government and security services must properly investigate agents of the Ministry of Intelligence operating in Britain and take steps to stop their activities.

This paper concentrates on the role played by the Ministry of Intelligence in terrorist atrocities across the world. It also identifies agents of the regime operating in Britain and the steps needed to deal with the threats they pose.

# IRANIAN REGIME

### *Islamic fundamentalism*

Islamic fundamentalism and the terrorism emanating from it represent the greatest threat to peace and stability worldwide. The heart of this ideology, which subverts true Islam, beats in Tehran and took shape following the Iranian revolution when the mullahs seized power. Khomeini's regime transformed the idea of creating global Islamic rule to an achievable goal and gave Islamic fundamentalist groups global backing.

Iran was home to the first Islamic fundamentalist regime in the world and the mullahs use the powers, resources and facilities of a state to achieve their ambitions. Tehran continues to act as the heartland of the extremist Islamic fundamentalist movement around the world.

Recent years have seen a resurgence in the Iranian regime's fundamentalist ideology, which has reached its pinnacle with the instigation of Mahmoud Ahmadinejad as President. Early in his Presidency, Ahmadinejad proclaimed:

> *"Thanks to the blood of the martyrs, a new Islamic revolution has arisen and the Islamic revolution of 1384 will, God willing, cut off the roots of injustice in the world...The wave of the Islamic revolution will soon reach the entire world."*

Ahmadinejad has also spoken of the Middle East conflict as being "the locus of the final war" between Muslims and the west.

3

*Terrorism*

Terrorism has been the main instrument of the Iranian regime in pursuit of its expansionist ideology. The regime has long used terrorism as a policy instrument to deal with challenges to its survival at home and abroad. At home, the regime uses terrorism to confront rising public discontent, while boosting the morale of its oppressive forces, in particular the Revolutionary Guards. Abroad, the regime uses terrorism to blackmail and gain concessions from western countries. Some of the earliest examples of this were in the early 1980s when the regime manufactured the hostage crisis in Lebanon. In exchange for the release of western hostages, the regime secured concessions from governments including the United States and France.

It is widely acknowledged within the international community that the regime is the most active state sponsor of terrorism, having been responsible for more than 450 terrorist atrocities worldwide resulting in thousands of deaths. Whether assassinating Iranian dissidents in the heart of Europe or carrying out terrorist bombings across the world, each terrorist operation starts in Tehran where the regime's most senior leaders choose their targets and develop their operations. Based on arrest warrants and investigations conducted by European security services into assassinations of Iranian dissidents in Europe, it is clear that the highest ranks of the Iranian regime are involved in each terrorist operation. This includes the Supreme Leader, the President, the Foreign Ministry, the Ministry of Intelligence and the Qods Force of the Revolutionary Guards.

# THE MULLAHS' MINISTRY OF INTELLIGENCE

The mullahs' Ministry of Intelligence receives extensive state funding and spearheads terrorist operations at home and abroad.  The Foreign Ministry uses diplomatic privilege to move agents sent by the Ministry of Intelligence into countries where terrorist attacks are planned and to coordinate operations out of Iran's embassies.

According to an April 2006 international arrest warrant issued by a Swiss judge, Ali Fallahian, who currently serves as a security advisor to Iran's Supreme Leader, masterminded the assassination of Professor Kazem Rajavi, the representative in Switzerland of the Iranian regime's main opponents, the National Council of Resistance of Iran. Fallahian was Iran's Minister of Intelligence at the time of the assassination.

In the spring of 1997, a Berlin Court ruled that the regime's top leaders, including the Supreme Leader and Fallahian, were part of a "special operations committee" that ordered the murder of four Iranian Kurds in a restaurant in Germany in 1992.  Other Iranian dissidents assassinated in Europe include Mohammad-Hossein Naghdi, former diplomat and representative of the NCRI in Italy, who was assassinated in Rome, Zahra Rajabi, member of the NCRI, who was assassinated in Istanbul, and Abdul-Rahman Qassemlou, secretary general of the Democratic Party of Iranian Kurdistan, who was assassinated in Vienna.  These cases illustrate the role played by the Ministry of Intelligence in terrorist operations in the heart of Europe.

Dissidents inside Iran were also the victim of death squads sent by the mullahs' Ministry of Intelligence. At the end of 1998, a number of intellectuals were brutally murdered in Tehran, in what became known as the "chain murders". A year later, the regime was forced to admit that the ring leader of the murder gang was none other than the Deputy Intelligence Minister, Saeid Emami.

4

But, the crimes of the mullah's Ministry of Intelligence stretch much further. Suicide attacks incited by Islamic fundamentalist ideology are a hallmark of Iran's terrorism. Two of the earliest and largest ever suicide bomb attacks carried out by agents of the regime were on the US Embassy and then the US Marine Headquarters in the Lebanon in 1983, which killed 258 Americans, including 241 US marines. Again, the mullahs' Ministry of Intelligence was directly involved.

In 2005, the Revolutionary Guards announced the formation of a 'Martyrdom-seekers' garrison, for the training of suicide bombers for operations against "Islam's foes". On 13 February 2006, speaking to a group of suicide volunteers, a senior commander of the Revolutionary Guards and the commander of Martyrdom-seekers Garrison, Mohammad-Reza Jaafari, stated:

> "Now that America is after gaining allies against the righteous Islamic Republic and wants to attack our sanctities, members of the martyrdom-seeking garrisons across the world have been put on alert so that if the Islamic Republic of Iran receives the smallest threat, the American and Israeli strategic interests will be burnt down everywhere...The only tool against the enemy that we have with which we can become victorious are martyrdom-seeking operations and, God willing, our possession of faithful, brave, trained and zealous persons will give us the upper hand in the battlefield."

The Ministry of Intelligence was also responsible for the most deadly terrorist attack against Jews, which took place in Buenos Aires in July 1994, when a suicide bomber blew up a community centre killing 85 people and injuring a further 151. This was the worst terrorist attack on Argentine soil. On 9 November 2006, Argentine Federal Judge Rodolfo Canicoba Corral, issued an international warrant for the arrest of former Iranian President Ali Akbar Rafsanjani and eight other senior officials, including the then Minister of Intelligence, on charges of masterminding the attack.

Apart from carrying out its own terrorist operations, the Iranian regime has long used foreign groups in the Middle East and elsewhere to carry out terrorist attacks abroad. These groups, funded and armed by the regime, have operated throughout Europe, the Middle East and North Africa. Over the past couple of years, the Iranian regime, and in particular its Ministry of Intelligence and the Revolutionary Guards, have been most active in Iraq and Afghanistan, where terrorists armed and funded by the regime are responsible for widespread killing of civilians and deadly attacks on Coalition forces.

## USE OF AGENTS BY THE MULLAHS' MINISTRY OF INTELLIGENCE

The regime and its Ministry of Intelligence have focused considerable resources in recruiting agents in Europe for use against its main opponents and Iranian refugees. This is a matter to which Interior Ministries and intelligence services in Europe have drawn attention.

In its May 2002 annual report, the German Interior Ministry repeated findings made previously that the Iranian regime's Intelligence Ministry had been active in Germany. In its report under the heading, *'People's Mojahedin of Iran, prime target of surveillance operations'*, the German Interior Ministry states:

5

> *"The Iranian opposition in exile in Germany remains the focus of surveillance activities of the Iranian Intelligence, VAVAK (the Ministry of Intelligence),... which keeps them under systematic surveillance and observation."*

The report also said that the main target of these surveillance and other activities are the NCRI and its largest member organisation, the PMOI, which it described as being active around the world. The report added:

> *"VAVAK is apparently concentrating its efforts at the moment on neutralising opposition groups and their political activities. VAVAK is directing and financing a misinformation campaign which is also carried out through former opponents of the regime. As in previous years, the Iranian intelligence service is trying to recruit active or former members of opposition groups. This in many cases is done by threats to use force against them or their families living in Iran ... Iranian diplomatic missions and consulates in Germany provide a suitable base for the country's intelligence services to gather information on Iranian dissidents living in Germany. A large quantity of interesting information can be gathered within the framework of consular services to Iranians. This information is analysed by Iranian secret service agents working under cover in Germany and is enriched with complimentary information. Final decisions on suggestions on recruitment are made by VAVAK's headquarters in Tehran. Freer travel between Germany and Iran has provided good facilities for VAVAK agents to establish their contacts and recruit agents".*

In its May 2002 annual report, the Dutch Internal Security Service (BVD) exposed the illegal and secret activities of the regime's Ministry of Intelligence in Europe, and in particular in the Netherlands. The report stated:

> *"One of the tasks of the Iranian Ministry of Intelligence and Security is to track down and identify those who are in contact with opposition groups abroad. Supporters of the most important opposition group, the People's Mojahedin, are especially under scrutiny of Iranian Security Services more than any other group."*

The report added that officials of the Iranian regime:

> *"...exert pressure on Western countries to condemn and ban this group [PMOI]. The Intelligence Ministry tries to gather information on the People's Mojahedin Organisation [and its members]. They are trying therefore, to destabilise the organisation and demonise the Mojahedin in the host country and thus end their political and social activities. The Mojahedin are aware of these activities...Through the National Council of Resistance of Iran, they inform the authorities of host countries of the secret activities of the Iranian Intelligence Ministry which is trying to spread negative information against them."*

More recent reports record the extensive activities of the Ministry of Intelligence in Europe. European security services have warned agents of the mullahs about their links with the Iranian regime. In February 2000, an agent called **Shams Haeri** was interrogated by the Dutch security services about his contacts with the ministry.

Another agent, **Karim Haqi**, was warned about his activities against Iranian refugees and opponents of the regime living in Europe. In a publication, 'Peyvand', which is published by Haqi he wrote:

6

> *"On Tuesday, 1 February 2000, around 4:30 pm, a Dutch undercover security agent went to Karim Haqqi's residence in the Elst Township... After reading a list of names, the agent added: 'All of you have ties with the Iranian regime and have formed a large network...' The security agent said: 'we have sufficient information that you have relations with the [Iranian] regime and it [the regime] pays for your publication. We also know that Mr. Shams Haeri is connected with the [Iranian] Intelligence Ministry and his brother is the contact person...' The security agent said: 'we want a calm Netherlands and are not interested in demonstrations and clashes here. It would suit you better to stop this kind of work and go after your normal business and think about the future of your children'"*

Lord Avebury, who has extensively researched and written about Iran's misinformation campaigns against the PMOI, said about such individuals in his book 'Iran: State of Terror',

> *"These persons, due to their low or non-existent motivation to continue the struggle and maintain their principles, allowed themselves to be bought by the regime at a later stage. Such people have so far provided the regime's terrorists in Europe with most extensive intelligence and political services."*

## THE MULLAHS' AGENTS IN BRITAIN

In witness statements provided to a British Court by members of the British Parliamentary Committee for Iran Freedom, MPs and Peers set out the ways in which the regime and its Ministry of Intelligence operate in Britain.

Win Griffiths, a respected former Member of Parliament who has a great deal of expertise in Iranian affairs, set out his own experience and that of his Parliamentary colleagues. Mr. Griffiths explained that whenever a Member of Parliament expresses support for the goals of freedom and a secular democracy for Iran, as espoused by the NCRI and PMOI, they are bombarded with misinformation about Iran's main opposition. On some occasions MPs and Peers are contacted directly by the Iranian Embassy in London, while more often they are approached by people claiming to be disaffected former members of the PMOI who have been recruited by the regime.

He added that on other occasions, Parliamentarians are approached by organisations that claim to be human rights organisations or NGOs. These front organisations for the Iranian regime include **Nejat Society, Peyvand** and **Aawa Association**. He also exposed the details of numerous websites used by the Iranian regime to spread misinformation against the PMOI. The list included:

http://www.irandidban.com/index-e.asp

http://www.iran-interlink.org

http://www.nejatngo.org/index_en.php

http://www.theblackfile.com/edefault.asp

http://www.habilian.com/default-en.asp

http://www.negaheno.net/

http://www.banisadr.info/

http://hasanzebel.blogfa.com/

http://82.182.32.11/falagh/index.php

http://www.zarrebin.com/

http://www.zarrebin.com/English/default.asp

http://www.iranpeyvand.com/index.html

http://www.survivorsreport.org/

http://www.irane-ayandeh.com/

http://www.mehdis.com/

### Massoud and Anne Khodabandeh (nee Singleton)

According to a witness statement filed with a British Court in 2003 by his own brother, Massoud Khodabandeh is an agent of the Ministry of Intelligence who operates in Britain. Massoud Khodabandeh was born in Tehran in 1956 and left Iran for Britain in 1974. In 1981, he joined the Muslim Iranian Students Society, an organisation that was supportive of the PMOI. In 1986, at his own request, he travelled to PMOI camps on the Iran-Iraq border. However, during the Gulf War in 1990 he wrote to the PMOI and admitted taking drugs and saying he had lost his motivation to continue opposing the regime. Although the PMOI played no part in the Gulf War, they were nevertheless in a country that was heavily bombed and so conditions were difficult. The PMOI facilitated his return to Europe.

In 1998, using the cover of attending the International Labour Confederation, he went to Singapore where, according to the witness statement produced by his brother, he met secretly with representatives of the Ministry of Intelligence. It was then that Massoud Khodabandeh was recruited and began to act as an agent of the Ministry of Intelligence. His instructions were to act against the Iranian opposition and refugees living in Britain and other parts of Europe.

Massoud Khodabandeh is married to Anne Khodabandeh (nee Singleton). During the 1980s, Anne Singleton had assisted associations that supported the PMOI. However, for a variety of reasons, she was expelled from these associations. Again, according to the witness statement filed by Massoud Khodabandeh's brother, after their marriage Anne Singleton travelled to Iran regularly. On one occasion in 2001, she stayed in Iran for a couple of months, which is when she received instructions to set up the 'Iran-Interlink' website.

According to the witness statement of Win Griffiths, *"Massoud Khodabandeh and Anne Singleton, through their website, as well as other activities, appear to lead a small number of individuals engaged in an aggressive demonisation campaign against the PMOI".* The Iranian regime has no credibility whatsoever and so it uses these individuals as a cover for its activities against the opposition and refugees.

In June 2004, Win Griffiths was amazed to see Anne Singleton in the mullahs' notorious Evin prison. In his witness statement to the court, Win Griffiths said about Evin prison: *"Evin prison is recognised as one of the most secretive and brutal prisons in the world. Tens of thousands of political prisoners have been tortured and*

*executed in the prison. Evin prison is where Canadian-Iranian photojournalist, Zahra Kazemi met her brutal death in July 2003."*

Mr. Griffiths went on to explain how between 14 and 17 June 2004, he visited Iran on a humanitarian mission to meet two NCRI members who had been kidnapped in Syria and in breach of international law sent to Iran. One of these individuals was Abrahim Khodabandeh, the brother of Massoud Khodabandeh.

Mr. Griffiths added, *"I was surprised to see Anne Singleton in Evin prison. She even had her young son with her. She was moving around freely and was in direct contact with Iranian officials in the prison. This is surprising when it is a known fact that the relatives of political prisoners find it extremely difficult, if not impossible, to visit their relatives who are incarcerated. Zahra Kazemi's body was not even returned to her family. Moreover, international human rights organisations are denied access to Evin prison."*

Mr. Griffiths further explained that Abrahim Khodabandeh was not comfortable with the presence of Anne Singleton and he could not recall a single instance when they spoke to each other.  He concluded: *"Anne Singleton and the Iranian regime had ulterior motives for my visit and hoped to turn it into a propaganda opportunity for the Iranian regime. Following my return from Iran, I had to spend a considerable amount of time rebutting false and misleading reports of my visit made by Anne Singleton, "Iran-Interlink" and "Iran-Didban".*

Abrahim Khodabandeh had also written about contacts made by the Ministry of Intelligence with his mother with the aim of recruiting Massoud Khodabandeh.  He stated:

> *"About 5 years ago the intelligence ministry contacted my mother in Tehran and asked her to contact Massoud and tell him he was pardoned and he could return to Iran. They have nothing to do with him. After some time they contacted my mother again and said we know he has married a foreign national and wants to stay in England. No problem. He can come and see that the situation has changed and go back and live there....*
>
> *Massoud contacted his mother once and told her that he had financial difficulties and asked her to sell their small home and send the money to him and his mother wanted to do that. But the intelligence ministry contacted the mother and intimidated her and said you want to sell the home and give the money to the PMOI and so she changed her mind and in fact she couldn't give any money to Massoud.*
>
> *In the six years since Massoud expulsion from the PMOI, my mother visited Massoud in Britain three times. The first time Massoud was in a very bad financial situation and was living with the help of my own old friend in Newcastle. At that time Anne Singleton was in London. But the third time he had purchased a big home and this is while his wife was not working.*
>
> *Last year Anne Singleton went to Iran with the excuse of showing her baby to my family and stayed for a month or so. She also visited Khomeini's tomb."*

In November 2005, through Massoud Khodabandeh and Anne Singleton, the Iranian regime attempted to hold a meeting in Parliament to spread misinformation against the PMOI. They were not ultimately permitted to hold the meeting, because of disquiet amongst Parliamentarians, and moved the meeting to a hotel.

Lord Corbett, the Chairman of the British Parliamentary Committee for Iran Freedom, said in a statement issued on 9 November 2005:

9

*"The British Parliamentary Committee for Iran Freedom has been informed that known agents of the Iranian Intelligence Ministry known as Iran Interlink, a suspected group related to the mullahs' regime, are supposed to have a conference on November 10, 2005 in Fielden House in Westminster. These people have been dispatched to justify the Iranian regime President's remarks inciting terrorism ... It is unbelievable that those who use terror inside the country and incite it outside the country, think that any sane person would listen to them...Their hysteric accusations about the People's Mojahedin Organisation of Iran is indicative of the success of the Iranian resistance in revealing nuclear deception of the mullahs, their responsibility for killing British military forces in Iraq and increasing human rights abuses."*

In March and April 2004, Iran mobilised its agents inside and outside the country to carry out acts against the opposition. Massoud Khodabadeh was one of the agents who travelled to Paris from the UK. He and others travelled to Auvers-sur-Oise, which is where the NCRI's headquarters are located. Local mayors and town hall officials refused to meet them and told them they had to leave the town and that their activities were illegal. Apart from Massoud Khodabandeh, about ten others had gone to Auvers-sur-Oise that day. They were mainly from the Iranian regime's embassy in France, although some had been dispatched from Tehran.

Massoud Khodabandeh also wrote in a letter that was published in his own site, Iran Interlink, to Javad Hasheminejad, who is a torturer in the Ministry of Intelligence. In Mr. Khodabandeh apologised for his past involvement with the PMOI and had made an appointment for cooperation with Hasheminejad. Khodabandeh and his wife regularly publish the Iranian regime's propaganda on their Iran-Interlink website. They are also regularly interviewed by the Iranian regime's media, which describes them as Iran experts.

In June 2007, Massoud Khodabandeh and his wife Anne Singleton took part in a meeting organised by the Ministry of Intelligence in FIAP hall in Paris along with some thugs and knife-wielders from the regime's embassy in Paris. Before the meeting began, political refugees and opponents of the regime were attacked. They used knives, tear gas and knuckle-dusters. Some refugees were hospitalised. Three of the regime's agents were arrested and are being prosecuted. When the French police arrested the three knife-wielders of the regime, Massoud Khodabandeh and Anne Singleton fled.

## DISTURBING FOREIGN OFFICE LINKS

In proceedings before the court in 2007, documentation was disclosed evidencing disturbing links between officials at the Foreign Office and agents of the regime, including Massoud Khodabandeh and Anne Singleton.

The links arise from the failed policy of appeasement adopted by the Foreign Office in respect of Iran, which at its peak involved the unjustified proscription of the PMOI. In his witness statement to the Court, Win Griffiths stated:

*"It is clear from the content of the emails recently disclosed by the Secretary of State and Anne Singleton's involvement in the previous proceedings before the Commission, that Massoud Khodabandeh and Anne Singleton have close contacts with the Foreign Office. In light of the fact that the Foreign Office refuses to have any form of contact with Iranian individuals or organisations who express any form of a positive view about the PMOI, the contacts between the Foreign Office and Massoud Khodabandeh/Anne Singleton is peculiar to say the*

> *least, especially if it is correct that these individuals are associated with MOIS [Ministry of Intelligence & Security]...There is no doubt in my mind that both Massoud Khodabandeh and Anne Singleton are running a systematic campaign of falsifying information about the PMOI. This places serious doubt on their credibility and places serious question marks around contacts between these individuals and the Foreign Office."*

In a witness statement filed on behalf of the Foreign Office by Benjamin James Fender in June 2007, Mr Fender accepts that foreign policy considerations played a part in the decision in 2001 to proscribe the PMOI. Moreover, Mr Fender stated that Iranian Ministers and officials have chosen to discuss the PMOI with their counterparts from the UK and other EU Member States on countless occasions. He also admitted that in 2001 the regime lobbied for the PMOI to be proscribed.

At the time when Iran kidnapped British sailors in Iraq, was responsible for the deaths of British troops in Iraq and Afghanistan and was recognised as the most active state sponsor of terrorism, Mr Fender stated in his witness statement: *"For our part, we have taken the view that the fight against terrorism is an area where we share some mutual interests with Iran and offers some potential for cooperation."*

## RECOMMENDATIONS

The BPCIF warns of the threats from the Ministry of Intelligence and its agents in Britain. It urges the government to act upon the resolution passed by the European Union confirming the commitment of all member countries to take "unified action to expel and prevent the entry of Iran's intelligence and security personnel to member countries of the European Union".

British Parliamentary Committee for Iran Freedom
BM Box 4448
London WC1N 3xx