# EXHIBIT UU



HOME

About Iran

About SMCCDI
Who We Are
Charter
Declaration
History
Join the Movement
Support the Movement

Contact the Movement

Public Statements

Urgent Actions

Demonstrations

Feedback
Official Feedback
Supporters Feedback

Information Services
SMCCDI News
Fax & Documents
Interesting Articles
Current News & Articles

Photo Gallery

Audio & Video

Flash Movies & Clips

Your Contribution

Useful Contacts

Interesting Links

Support Book

# URGENT ACTIONS

☐ Iranian National Anthem

### Protest against the support of the Islamic regime by some of the US policy makers
SMCCDI (Urgent Action)
May 22, 2003

Dear Freedom Lovers,

Once again, the Islamic republic's Lobby group in the US, is organizing events in order to buy time for the bankrupt and collapsing theocratic regime with the desire to influence the US policy in reference to Iran. Three meetings have been scheduled, in Northern and Southern California, and some US policy makers have been invited as guests, by the so-called NIAC, in hope of staging a bogus US Support for these middlemen.

Congressman "Mike Honda", U.S. House of Representatives (CA, 15th District) and "Elaine Alquist", 2004 Candidate for California State Senate are scheduled to take part in these new shams as official speakers, during such critical times when finally, voices have risen from inside the US administration and the Congress in support of the Iranian Secular Movement.

It is noted that the primary organizer and host is non other than the self appointed "National-Iranian Council" (NIAC) which is the new creation of the ignoble and self proclaimed "American Iranian Council" (AIC). NIAC was created following the fiasco the AIC encountered, headed by the corrupt Houshang Amir Ahmadi, and its mediatic collapse. It is noted that NIAC is presumably headed by a so-called Titra Parsi who was on the official Board of Directors of the AIC and has employed one of Khatami's admirers, called Babak Talebi, known for his demagogic comments in the Los Angeles Times, praising the so-called "reformers of the regime" and their incompetent president, as its treasurer. More concerning is that the young Mr. Parsi who has made several trips to Iran is actually employed as the "Foreign Policy Advisor" of Congressman "Robert W. Ney" of Ohio. Mr. Ney who's fluent in Persian, seeks the establishment of formal relations between the US and the Clerical leadership. He's known for having qualified the daughter on an imprisoned Iranian journalist as "crazy" following her formal protest against Ney's controversial relations.

A secondary host is the alleged "Society of Iranian Professionals" (SIP), of N. California, headed by the so-called "Ladan Afrassiabi" who's a promoter of the terrorist regime in Iran and the sister to "Kaveh Afrassiabi", an employee of the Harvard University who's been dismissed by that educational facility and a former candidate in the last Islamic Presidential sham election.

SUP
SMCC
Financ
the we
the cor
operati

Why

Lat

Public
— — —
— — —
Urgent
— — —
Demor
— — —
News
Teach
arrest
Worke
again
collea
Bush
on Isl;
for su
Huge
rocks
centra

AIC-NIAC and SIP have so far organized several meetings and speeches in order to deceive the US policy makers about the possibility of the Islamic regime, deemed unreformable, to become a Democracy. In their illegitimate task they are helped by Iranian businessmen, mainly based in the Silicon Valley (Home of Mike Honda & Elaine Alquist), who take advantage of the degrading situation in Iran and the predicament of its people, to increase their illegitimate profits by making deals with the regime's plunderers. Moreover, several former US public officials, such as Robert H. Pelletreau are on the Board of Directors of these groups. The likes of Pelletreau, are known to be hired for their lackluster performances while employed by Petroleum companies, such as, Conoco, which itself is targeting the Iranian Oil fields, and appear as one of the main sponsors of the AIC. (See the AIC sponsors on their website located at: http://www.american-iranian.org/Pages/Sponsors/SponMain.html ).

Under these Circumstances,

More than ever, you are OBLIGATED to intervene and to denounce such actions at a time that our fellow countrymen are subject to the regime's persistent Repressive measures, such as, Public executions of our brothers and sisters in their daily struggle for freedom.

**There are 2 ways you can help in making the world hear the cry of freedom of millions of Iranians, who're calling for liberty and their legitimate and violated rights:**

1) By demonstrating in order to protest against such meetings:

a) 1st meeting (N. California): All those who reside in the San Francisco area are invited to gather on Friday May 30th from 06:30 PM in front of the Santa Clara Convention Center, Room 210, located at 5001 Great America Parkway, Santa Clara, CA, 95054. Tel: (408) 748-7000

b) 2nd meeting (N. California): All those who reside in the San Francisco area, are invited to gather on Saturday May 31st from 02:00 PM, in front of the Sheraton Hotel located at 1108 N. Mathilda Ave. in Sunnyvale, CA, 94089.
Tel: (408) 752-8000

c) 3rd meeting (S. california): All those who reside in the Orange County area are invited to gather on Sunday June 1st from 02:00 PM, in front of the Wyndham Hotel Orange County located at 3350 Avenue of the Arts, Costa Mesa, California 92626 (across from South Coast Plaza). Tel: (714) 751-5100

2) All others are invited to contact the following US policymakers and candidates in order to protest against their support of the Islamic regime and its lobbyists. Their constroversial actions are intending to make forget the real aspirations of the Iranian people seeking freedom and secularity as they are insulting the memories of those Americans murdered in Terrorist attacks:

-The Honorable Michael Honda, Congressman at the U.S. House of Representatives (CA, 15th District)
Phone: (202) 225-2631 & (408) 558-8085;
Fax: (202) 225-2699 & (408) 558-8086
E.Mail: mike.honda@mail.house.gov

-The Honorable Elaine Alquist Candidate for California State Legislature.
Phone: (408) 985-4124
Fax: (408) 985-4172
E.Mail: alquist2k@aol.com

- The Honorable Robert W. Ney, Congressman at the U.S. House of Representatives (OH, 18th District)
Phone: (202) 225-6265 & (740)699-2704
Fax: (202) 225-3394 & (740) 699-2769
E.Mail: bobney@mail.house.gov

These speakers MUST UNDERSTAND that NIAC-AIC, SIP and the Islamic republic regime are not representative of the American Iranian Community and nor the Iranian Nation...

They MUST UNDERSTAND that the only way of establishing a relation between the US and Iran is to back its repressed people and to support them in their quest for SECULARITY and DEMOCRACY....

They MUST UNDERSTAND that supporting the Islamic regime's lobby groups is equal to supporting the "Mother of All Terrorists" and trying to make forget the memories of all those killed in terrorist attacks...

It is YOUR conscientious DUTY to ACT.
Acting TODAY is to help the creation of the Free Iran of Tomorrow.

Remember that more than ever, MILLIONS of Iranians are counting on your help to protect them against the conspiracies of the Islamic regime and its agents.

ACT NOW....YOU ARE their only HOPE...."


The "Student Movement Coordination Committee for Democracy in Iran" (SMCCDI)

Email this article
Printer friendly page


Top of Page

© Copyright 2003 SMCCDI: daneshjoo.org
Maintenace by webxdesign http://www.webxdesign.com