# EXHIBIT WW



TRANSPERFECT

AFFIDAVIT OF ACCURACY

AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BERLIN
BOSTON
CHICAGO
DENVER
DUBAI
HOUSTON
LONDON
MILAN
PHILADELPHIA
PORTLAND
PRAGUE
RESEARCH TRIANGLE PARK
SAN FRANCISCO
SYDNEY
TORONTO
WASHINGTON, DC

I, Carrie Russ, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document [NIAC] from Farsi into English.

Carrie Russ
TransPerfect Translations, Inc.
601 Thirteenth Street, NW
Suite 370 South
Washington, DC 20005

Sworn to before me this
26th day of April 2010

Signature, Notary Public

ALLISON SNITZER
NOTARY PUBLIC
District of Columbia
My Commission Expires
January 1, 2015

Stamp, Notary Public

Washington, DC

۳۰ می ۲۰۰۳
۲۲۶
هفتگی
ایرانشهر
۲۵ سنت
یک دلار در غرب کانادا
www.iranshahrweekly.com
IRANSHAHR WEEKLY
Copyright Ketab Corporation
جمعه ۹ خرداد ۱۳۸۲ خورشیدی، سال دهم ، شماره ۲۲۹
VOL 10 NO 226 Friday May 30, 2003

پیرایه خلیلی

# آقای امیر طاهری!

## چه لزومی به تحریف تاریخ است؟

جلسه ی سخنرانی با عنوان Current Issues Facing the Middle East (خاورمیانه در رویاروئی با مسائل موجود) از طرف مجتمع آموزشی و فرهنگی کنیسای نصح در بورلی هیلز لس انجلس، در تاریخ چهارشنبه ۱۴ ماه می ۲۰۰۳ برگزار شد. سخنرانان جلسه آقایان امیرطاهری، آقای دنیس پرگر (Dennis Prager)، مجری برنامه ی رادیوئی امریکائی، بودند.

همان گونه که مطلع هستید، آقای امیر طاهری از خبرنگاران به نام ایرانی هستند و دارای تألیفاتی چند در زمینه ی امور سیاسی نیز می باشند. در جلسه ی یک ساعته، (همان طور که از عنوان سخنرانی برمی آید) ایشان از مسائل و موضوعات متفاوتی سخن گفتند: از تاریخچه ی تشکیل پاکستان و علاقه ی محمد علی جناح به شراب و شرایطوفرگی، از صدام حسین و بن لادن و دست اندرکاران ایران و رضاشاه، تا موضوع فلسطین و اسرائیل، و غیره.

بخش هائی از گفته های ایشان از جهت به کارگیری واژه های نسبتاً رایج در روزگار اخیر، نظیر «جنگ های داخله ی عقیدتی» (Civil War of Ideas) بین مسلمانان، و نیاز اسلام به اصلاحات، و غیره، در هر حال قابل اندیشیدن بود. اما در حین سخنرانی و ارائه ی مطالب و اسناد و شواهد، ایشان گوئی فرض را بر این گرفته بودند که

**در ماجرای سقوط مصدق، ما فقط شخص مصدق را از دست ندادیم، ما امکان پرورش «ذهنیت قانون پرور مصدق» در میلیون ها ایرانی از دست دادیم.**

بقیه در صفحه ی ۴

بیژن خلیلی

وزارت امور خارجه ی امریکا، در ادامه ی تأیید همیشگی از بخش «اصلاح طلب» رژیم جمهوری اسلامی، یک وب سایت اینترنتی جدید نیز وارد کارزار تبلیغاتی کرد. سناتورها و نمایندگان کنگره، حداقل دو لایحه در رابطه با ایران، به کنگره بردند. نمایندگان و سناتورهای بسیاری، مورد مصاحبه ی رسانه های امریکائی قرار گرفته و یا سخنرانی هائی چه در کنگره ی امریکا و چه در این جا و آن جا، در کنفرانس ها و سمینارهای مربوطه انجام داده اند.

شخصیت های سیاسی ایرانی، از شاهزاده رضا پهلوی گرفته، که فعال ترین آن هاست و قشر سلطنت طلب را رهبری می کند، تا جمهوری خواهان مستقل، طرفداران خاتمی و رفورمیست های جمهوری اسلامی، به نوعی دیگر، کلیه ی احزاب جبهه از «توفان» گرفته - که هنوز که هنوز است، عکس حضرت استالین، این یکی از جنایتکاران تاریخ بشر،

بقیه در صفحه ی ۳

### نکته به نکته مو به مو...

چه بخواهیم و چه نخواهیم، موضوع ایران و جمهوری اسلامی، هم خبر اول همه ی رسانه ها در سطح جهان است، و هم مورد بحث رؤسا و سران کشورها، به ویژه امریکا. برابر با خبرهای منتشر شده، قرار بود روز سه شنبه، ۲۷ می ۲۰۰۳، جلسه ای تشکیل شود با حضور رئیس جمهور بوش، و مشاوران امنیتی و نظامی او، که در آن، موارد مربوط به القاعده، و حضور سران درجه ی یک القاعده در ایران، و ادعاهای جمهوری اسلامی در زندانی کردن آنان و استرداد آن ها به عربستان سعودی (البته در آینده)، مورد بررسی قرار گیرد، که به دلایل نامعلومی به بعد موکول شد.

**این ملت ایران است، که در پایان کار باید تصمیم بگیرد که شکل حکومتی بعد از جمهوری اسلامی چه باید باشد.**

پرویز کاردان

### نگاه
پرویز کاردان

## گریه بر هر درد بی درمان دواست!

آیت الله زابلی، یکی از استادان ممتاز حوزه ی علمیه ی قم هستند. ایشان اخیراً در مصاحبه ای، اندر فواید گریه و انواع آن مطالبی فرموده اند که بسیار جالب است.

آیت الله زابلی، نخست یادآوری فرموده اند که آیت الله خمینی همیشه می گفتند «ما ملت گریه هستیم.» آیت الله بعد از این یادآوری از امامشان، «گریه» را به پنج نوع تقسیم کردند. نخست، گریه ای که از بوی پیاز جاری می شود. نوع دوم، گریه ی شوق است. نوع سوم، گریه ی همدردی است، مثل گریه ی امام حسین برای علی اکبرش. چهارم، گریه ی ذلت است. و نوع پنجم گریه، که از همه مهم تر است، گریه ی اهل بیت در عزای امام حسین است.

ایشان، پس از گروه بندی انواع گریه، که لابد جزو درس های حوزه ی علمیه است، فرمودند: گروهی

بقیه در صفحه ی ۸

Washington Mutual
وام خود را مستقیماً و بدون واسطه از بانک بگیرید
مینا آذریانی
متخصص وام مسکن با بیش از ۱۲ سال سابقه کار
(949)448-2444 or Toll Free 1-877-450-9991 Ext: #8436

۱۹ جون ۲۰۰۳ میلادی
دکتر میترا مقبوله
در غرفه ی شرکت کتاب
با علاقمندان خود گفتگو می کند
سیزدهمین نمایشگاه بازرگانی نیپاک

ایلای اصیل
وام خود را مستقیم با کمترین هزینه و بدون ارائه اوراق مالیاتی از بانک دریافت کنید
Eli Asil
Loan Consultant
Washington Mutual
310. 777.2301
Code(Ext) 5050
800. 484.3655
9245 Wilshire Blvd., Beverly Hills, CA 90210

مناسب ترین هدایا برای دوستان غیرایرانی شما
تابلوهای نقاشی
آثار قلمکار
آلات موسیقی
پوسترهای گوناگون
تخته نردهای خاتم
تابلوهای نقاشیخط
تابلوها و جعبه های خاتم
قلیان های دست ساز
کارت های تبریک ایرانی
لباس های محلی
زیباترین صنایع دستی در کتابفروشی شرکت کتاب
(310) 477-7477
1419 Westwood Blvd. Los Angeles, CA 90024 USA
www.ketab.com
1-800-FOR IRAN

توجه
خبر تازه برای 2004 و 2003
ماشین های نو و دست دوم در زیر یک سقف برای هر نوع کردیت
1- Chevrolet (Chery), Corvet & Taho & Suburbs, Camaro
King of the Road
Malibu & Impala, Cavalier & Montecar
2- Lincoln & Mercury Truck
3- Mazda & Hyundey
4- Mitsubishi
5- Truck Center
6- Whole Sale
By Appointment
(818) 207-5628 (805) 983-6800
www.today.com

Ace
نرخ استثنائی سفر به تهران
$979+Tax
فروش بلیط های حواله ای
از تهران به شهرهای آمریکا
با دفتر فروش در قلب تهران
قبل از خرید بلیط خود
با ما مشورت کنید
با مدیریت: افشین شرکت
310. 860.4712
800. 830.9212
www.acevacation.com
E-Mail: info@acevacation.co
USA: 468 N. Camden Drive, Beverly Hills, CA 90210
Canada: 10920-88 Ave., NW. Ste 203 Edmonton, AB.6GOZ1

چگونه خانه بخرید که خانه خراب نشوید...
نیا پورنگ
وام بر دو نوع است:
خانمانساز و خانمانسوز
... انتخاب با شماست...
نیا پورنگ
1-800-206-2727
BHR
Better Loans & Homes Realty

### برخی از روزگاران رفته

برگرفته از کتاب:

**تاریخ جهانگشای جوینی**
(قرن هفتم هجری)

بازنویسی از: دکتر منصور ثروت

درآمد:

تاریخ جهانگشای جوینی، بین سال های ۶۵۱ و ۶۵۸ هجری قمری، توسط عطاملک جوینی نوشته شده است. عطاملک، پیش از رسیدن به بیست سالگی، به کار دیوانی در دربار حاکمان مغول مشغول شد، و تا پایان عمر نیز در دستگاه حاکمان و شاهان مغول، به خدمت ادامه داد. در نتیجه، با ماجراهای خانمان برانداز و کشتارهای غیرانسانی مغولان در سراسر ایران بیگانه نبود. خاندان جوینی، همگی از نزدیکان و خدمتگزاران دربار شاهان مغول بودند، و چه خدمت ها که نکردند. اما عاقبت خوشی هم

بقیه در صفحه ی ۸

### رسانه ها در رسانه ی ما

**فیلم**

سال بیست و یکم
ویژه نامه ی شماره ی ۳۰۰
بهار ۱۳۸۲

ماهنامه ی سینمائی «فیلم»، به مدیریت و مسئولیت مسعود مهرابی، زیر نظر شورائی از خبره ترین منتقدان، کارشناسان و نویسندگان

بقیه در صفحه ی ۵

بهزن خلیلی

### مصاحبه

## مصاحبه با مسئولان NIAC (National Iranian American Council)

به مناسبت حضور دو تن از دست اندرکاران شورای ملی ایرانی امریکائی (NIAC)، آقای تریتا پارسی و خانم مرجان احسانی، که قرار است در شمال و جنوب کالیفرنیا جلساتی را برگزار کنند، با آنان مصاحبه ای به فارسی و انگلیسی انجام دادم که البته، متن فارسی آن تقدیم خوانندگان ایرانشهر می شود.

■ آقای تریتا پارسی، هدف شورای ملی ایرانی امریکائی (NIAC) چیست؟

● هم چنان که در وب سایت این شورا اعلام کرده ایم، هدف اصلی ما، تشویق و ترغیب ایرانیان مقیم امریکا به مشارکت در امور اجتماعی، سیاسی، و فرهنگی است به عنوان یک شهروند امریکائی.

■ چه مدت است که فعالیت می کنید؟

● این سازمان در اوایل سال ۲۰۰۲ تأسیس شد.

■ کارگاه ها (Workshops) در کجا هستند و

بقیه در صفحه ی ۳

الهام آریانا
از حزب مرز پرگهر

## نمایندگان اقلیت های مذهبی به نفع جمهوری اسلامی عمل می کنند؟

پس از انقلاب ربانی و استقرار جمهوری اسلامی، دولت، آزادی های مذهبی را محدود کرد. به طوری که در قانون اساسی پر از عیب و نقص جمهوری اسلامی، به صراحت اشاره شد که اقلیت های مذهبی به رسمیت شناخته شده تنها در محدوده ی قانون می توانند مراسم مذهبی را انجام دهند.

از آن پس، غیرمسلمانان و در بسیاری موارد مسلمانان غیرشیعه برای انجام فعالیت های مذهبی، توسط وزارت اطلاعات (واواک) و وزارت فرهنگ و ارشاد اسلامی کنترل می شوند. محدودیت ها و تبعیض ها، تنها به انجام مراسم مذهبی منحصر نمی شود. در سیستم قضائی جمهوری اسلامی، ارزش جان اقلیت های مذهبی کمتر از مسلمانان است. ارزش جان یک مرد یهودی یا مسیحی یا زرتشتی، نیم ارزش یک مرد مسلمان است، و جان

بقیه در صفحه ی ۸

### اعلامیه ی احزاب

**سازمان همبستگی «ما مردم» در تدارک تشکیل یک سمپوزیوم**

سازمانی که خود را با نام «ما مردم» شناسائی می کند، و شعار خود را «مردمسالاری، آموخته و تجربه می شود، نه تحمیل و برقراره» اعلام کرده است، طی یک خبرنامه به اعضاء و همگان به آگاهی رسانده است که در تدارک تشکیل یک سمپوزیوم است که در پائیز آینده (۲۰۰۳) برگزار خواهد شد. چنان که در خبرنامه آمده است، این پیام برای شناختن از اندیشمندان و خبرگزاران

بقیه در صفحه ی ۹

### سخنرانی الهه امانی در کانون سخن

کانون سخن در لس آنجلس، که به دوشنبه ی اول هر ماه برنامه ی فرهنگی (اکبر مختراری) دارد، برای نخستین دوشنبه از ماه جون از خانم الهه امانی، رئیس سازمان زنان آسیا و

بقیه در صفحه ی ...

مراسم امضای کتاب
مرجان ساتراپی
Persepolis
The story of a childhood
شنبه ۳۱ می ۲۰۰۳
ساعت ۱۲ نیمروز
کتابفروشی شرکت کتاب
۱۴۱۹ خیابان وست وود- لوس انجلس
310. 477. 7477

IRANSHAHR WEEKLY VOL 10, NO 226, Friday, May 30, 2003

جمعه ۹ خرداد ماه ۱۳۸۲ خورشیدی، سال دهم، شماره ۲۲۶ 

بقیه از صفحه ی ۱

## نمایندگان اقلیت های ...

یک زن غیرمسلمان، ارزشی معادل با یک چهارم ارزش مرد مسلمان را دارد.

اقلیت های مذهبی، از بسیاری از پست های دولتی و نظامی، مثل نهادهای قانون گذاری و سرویس های امنیتی منع شده، و محدودیت های آموزشی و استخدامی دارند، و در موارد متعدد، افزون بر فشارهای یادشده، به دلیل اعتقادات مذهبی خود، دستگیر شده و زیر شکنجه قرار گرفته اند.

طبق قانون اساسی جمهوری اسلامی، ارتداد، ترک مذهب اسلام، مجازات مرگ را به دنبال دارد، و هر مسلمان زاده ای، «مسلمان» شناخته می شود. در حالی که غیرمسلمانان، به صورت های مستقیم و علنی یا غیرمستقیم، به تغییر مذهب تشویق می شوند، و در صورتی که در یک خانواده ی غیرمسلمان، فردی به دین اسلام گرویده باشد، بقیه ی افراد خانواده، از ارث محروم هستند، و تنها وی وارث اموال خانواده شناخته می شود.

برخی دیگر از اقلیت ها، از این قاعده مستثنا هستند. بهائیان، بزرگ ترین اقلیت مذهبی (غیرمسلمان و غیررسمی) در جمهوری اسلامی می باشند. با این وجود، به دلیل آن که به عنوان اقلیت های غیررسمی شناخته می شوند، از هیچ حقی برخوردار نیستند. آن ها حتا از گردهم آئی های رسمی منع شده اند.

تبلیغات ضد یهود، توسط رسانه ها و انتشار کتاب هائی که به تحریف یهودیت می پردازند، و سخنرانی های تحریک آمیز علیه یهودیت در قالب تفسیر فرمان های الهی، توسط سردمداران حکومت، بر فشار این جو خفقان می افزاید.

طبق قانون اساسی جمهوری اسلامی، اقلیت های مذهبی رسمی، دارای نمایندگانی در مجلس شورای اسلامی هستند. آشکار است که این حکومت، با وجود تبعیض های مذهبی و تبلیغات سوء، از دادن کرسی های مجلس به نمایندگان اقلیت های مذهبی، هدف خاصی را دنبال می کند. جمهوری اسلامی سعی دارد با این وسیله، بر تبعیض ها سرپوش گذارده، و خود را به عنوان یک حکومت لیبرال اسلامی! به جهانیان معرفی کند. این نمایندگان که باید از صافی شوراهای مختلف و دستگاه های امنیتی جمهوری اسلامی گذشته باشند، به طور مستقیم یا غیرمستقیم به عنوان ابزاری برای استحکام و ابقای حکومت به کار برده می شوند. آن ها، مهره های باارزشی برای نظام به شمار می روند: مؤثرترین دلالان رابطه بین جمهوری اسلامی با دیگر دولت ها.

جمهوری اسلامی به خوبی می داند که اقلیت های مذهبی، می توانند پیک های پرنفوذی برای او باشند. چرا که حمایت عوامل غیرمسلمان از یک آپارتاید مذهبی، اثر عمیق تری بر دولت های خارجی و سیاستگذاران امور ایران بر جا می گذارد. بنابراین، با به کارگیری این افراد به صورت تأسیس دفاتر ثابت در خارج از کشور، با افراد کمکی از داخل، به فعالیت های تبلیغاتی پرداخته است.

یکی از این دفاتر، سازمان NIAC (شورای ملی ایرانی امریکائی) است که به مسئولیت «تریتا پارسی»، یکی از زرتشتیان مقیم خارج از کشور، اداره می شود. این سازمان از یک سو خود را یک سازمان غیرسیاسی معرفی می کند[۱]، و از سوی دیگر، مسئولیت میزبانی سران جمهوری اسلامی را به عهده دارد، و با مقالات متعدد، به حمایت از «اصلاح طلبان» می پردازد[۲]. «تریتا پارسی» که مشاور سیاست های خارجی نماینده ی کنگره امریکا (Robert W. Ney) می باشد[۳]، این بار برای تقویت نظام جمهوری اسلامی به برگزاری جلساتی در شمال و جنوب کالیفرنیا پرداخته و با دعوت تنی چند از نمایندگان کنگره، در منحرف کردن افکار کنگره امریکا از وضعیت کنونی مردم ایران کوشش می کند. گوئی فراموش کرده که جمهوری اسلامی و قانون مدنی آن، وی و تمام زرتشتیان را به عنوان «کافر» شناسائی کرده است.

جمهوری اسلامی با روانه کردن نماینده ی مجلس شورای اسلامی به عنوان نیروی کمکی، هدف خود را پی می گیرد، زمانی که «موریس معتمد»، نماینده ی یهودیان در مجلس شورای اسلامی در صحبت ها و سخنرانی هایش، وضعیت یهودیان ایران را «رو به بهبود» و از همکاری صادقانه ی سردمداران جمهوری اسلامی برای حل مشکلات جامعه ی یهود و دیگر جوامع غیرمسلمان، سخن می گوید، سیاستگذاران دولت ها، به خصوص کسانی که به دلیل منافع اقتصادی معتقد به پیشبرد اصلاحات در ایران هستند، مثل اتحادیه ی اروپا و وزارت امور خارجه ی امریکا، با تکیه به این نکته که آن ها سخنگوی مردم هستند، از فشارها کاسته، و حرف از ایجاد روابط به میان می آورند. و فراموش می کنند که این حکومت، یکی از بزرگ ترین حامیان تروریسم ملی و بین المللی می باشد.

در حالی که هر روز، سخنی نو و مقاله ای جدید در ارتباط با مسائل ضد یهود در جمهوری اسلامی منتشر می شود، و فشارها بر این جامعه افزوده می گردد، نماینده ی یهودیان در مجلس شورای اسلامی، از خسارات زیاد جمهوری اسلامی به دلیل تحریم دولت ها علیه جمهوری اسلامی، سخن می گوید، و به وضوح اعلام می کند که جمهوری اسلامی برای بقای خود نیاز به شکسته شدن تحریم ها و ایجاد روابط با دنیای غرب دارد.

وی از سوی دیگر، به عنوان عضو فعال کمیسیون انرژی در مجلس شورای اسلامی، بدون در نظر گرفتن منافع ملی، در تلاش برای ایجاد همکاری و روابط نزدیک جمهوری اسلامی با روسیه در زمینه ی نیروگاه های اتمی است و بر مراحل ساخت و پیشرفت نیروگاه اتمی بوشهر نظارت دارد، بی آن که بیاندیشد داشتن قدرت اتمی برای حکومتی مستبد چون جمهوری اسلامی تا چه میزان برای منافع ملی ایران و برای صلح خاورمیانه و کشور اسرائیل خطرناک است. همان طور که بارها توسط صاحبان قدرت در جمهوری اسلامی تهدید و به این موضوع اشاره شده است.

این گماشتگان حکومتی، که تمام فعالیت و حرکت های خود را در جهت پیشبرد منافع حکومت مذهبی به کار می گیرند، باید بدانند که اعمالشان از چشم حقیقت بین مردم آگاه ایران زمین، دور نخواهد ماند. آن ها، به زودی به عنوان دشمنان منافع ملی ایران، در دادگاه احضار، و پاسخگوی اعمالشان خواهند بود. و از آن جا که غیرمسلمانان از نظر ماهیت هم با این حکومت سازگاری ندارند، نمایندگان فریب خورده ی آنان نیز مسئولیت بیشتری را به دوش خواهند کشید.

۱- به سایت سازمان مزبور مراجعه نمائید: www.niacouncil.org

۲ مقالات مربوط به تأیید اصلاح طلبان، هم روی سایت خود سازمان، و هم روی سایت «ایرانین دات کام» منتشر می شوند. www.iranian.com

۳- به سایت زیر مراجعه نمائید: www.niacouncil.org/bord.asp

---

## چهره ای از روزگاران رفته

بقیه از صفحه ی ۱

نداشتند و پس از مرگ عطاملک، افراد خانواده، یکی پس از دیگری، به دستور همان پادشاهان یا حکام به قتل رسیدند، و اموالشان ضبط شد. با این که در زمینه ی تاریخ نویسی، نام عطاملک جوینی در زمره «موافقان» مغول گروه ستایش شده است، و با این که در گزارش های تاریخی او، تاریخ عبارات رهائی بخش مردم ایران تا حد زیادی نادیده گرفته شده و یا تحریف شده، اما، هم در دیباچه ی تاریخ او، و هم در جای جای کتابش، خشم خود را از مغول و از پلشتی رفتارشان درکشتار مردم ایران کوتاهی نکرده است. بخشی از «دیباچه»، و بخشی از «احوال مغول قبل از چنگیزخان» را از کتاب او برگزیده ایم:

**از دیباچه:**

چون در تاریخ ۶۵۰ بخت یاری کرد و شرف بوسیدن آستانه ی بارگاه پادشاه جهان - فرمانده ی زمین و زمان و گوهر نعمت و امنیت و آسایش، خان خانان، منکوقاآن [پسر هلاکوخان مغول] که فتح و پیروزی بر دشمنان دولت و دین، زیر بیرق او پایدار باد، و سایه ی همایونی اش بر همه ی جهانیان پیوسته برقرار باد- دست دادی، و از سوی دیگر وقتی آثار عدالت هویدا شد و مردم همچون شاخه ی نورس که گریه ی ابر بهاری خندانش می کند، روحی تازه یافتند، و بار دیگر آغاز رشد کردند، و عدل و داد قاآن، عالم را خوشبو کرد و مهربانی های وی آدمیان را روشنی بخشید، دشمنان از بیم شمشیر آبدار او به خاکساری افتادند و دوستان به عزت رسیدند و مخالفان شربت ناگوار خوردند، جمعی از دوستان باوفا به من اشاره کردند، جهت پایداری آثار نیک و جاودانگی مفاخر پسندیده ی پادشاه وقت جوانبخت، می باید تاریخی نوشت و از حوادث وی مجموعه ای گردآورد، تا نشانه های قیصران گذشته را باطل و روایات پادشاهان را محو کند.

البته بر صحن منجمان و هوشمندان پوشیده نیست که خوشبولی و شادابی چهره ی آداب و رونق و طراوت خرمیشکانه به واسطه ی پرورش دهندگان این فن تواند بود، حال آن که دگرگونی روزگار، تأثیر چرخ گردون، گردش دوران پست و کشمکش جهان رنگ وارنگ، پایمال زمانه ی ستمگر و روزگار حیله گر شدند و در رنج و اندوه و آشوب گرفتار گشتند. ایشان یا در معرض پراکندگی قرار گرفتند، و یا از دم تیغ آبدار گذشتند و در پرده ی خاک، گمگشته باقی ماندند... (ص۳۶)

### چگونگی احوال مغول قبل از زمان قیام و دولت چنگیزخان:

...اگر با حیله و شرکت و مال و نعمت، کاری از پیش رفتنی بود، ملک و دولت از خاندان ملوک گذشته به دیگران انتقال نمی یافت. حال آن که تا نوبت زوال دولتشان دررسید، نه نیرنگ و ورد و دعا و آرا توانست دستگیرشان کند و نه لشکر و قدرت و پایمردی. در اثبات این سخن آیا دلیلی از این روشن تر هست که قوم مغول پیش از آن که کوس دولت چنگیزخان و خاندان او کوبیده شود، کارشان بر چه منوال بوده است؟

**ستایندگان و خدمتگزاران مغول کنونی ایران، روی عطاملک جوینی، ستاینده ی ظالمان هشت سده پیش را سفید کرده اند. زیرا این ها، حتا به اندازه ی عطاملک جوینی شهامت اخلاقی ندارند. که به زبان بی زبانی بگویند که مأمورند و معذور؛ بلکه از اربابان خودکامه ی خود در حذف ایران و ایرانیت، پیشی می گیرند.**

[...] محل و مکان اقامت تتار و پایگاه تولد او سرزمینی است غیرقابل زراعت. قبل از قیام چنگیز، ایشان نه سروری داشتند و نه حاکمی. قبایلی از همدیگر جدا بودند و با یکدیگر اتفاق و اتحادی پایدار نداشتند. اغلب مابین یکدیگر دشمنی و ستیز داشتند و بعضی اوقات از همدیگر دزدی می کردند. آن ها زور گفتن و فسق و فجور را جزئی از صفات مردانگی و یگانگی می دانستند. خان ختای با ایشان معامله می کرده است. پوشش مغول، از پوست سگ و موش تأمین می شد. خوراکشان عبارت بود از گوشت سگ و موش و دیگر گوشت های حرام و مردار. نوشیدنی شان عبارت بود از شیر درندگان و تفالهشان، میوه ی درختی به شکل کاج که «قسوق» می نامند. تازه این درخت هم در همه جا رشد نمی کند بلکه در برخی از کوه ها می روید. از شدت سرما جز این چیز دیگری به عمل نمی آید... (صص ۴۵ و ۴۶)

**ایرانشهر:**

عطاملک جوینی، این ستاینده، خدمتگزار، و دست راست خان مغول، که عطاملک در «سایه ی همایونش» به «گوهر نعمت و امنیت و آسایش» رسیده است، ضمن همه ی ستایش هایش، خان مغول را به گسترش «عدالت» هشدار می دهد، به حضور «مخالفان» او که «شربت ناگوار خورده اند»، گرچه نه صراحتاً، اما به اشاره شهادت می دهد؛ به خواننده ی اعصار آینده ی خود (که ما باشیم) این پیام را می رساند، که عزت و افتخار «ملوک گذشته ی» وطنش، به دست صحرانشینانی بدوی ویران شده است. و البته، در طول کتاب نیز، به دوره های تاریخی پیش از خود نقب می زند، و چرائی این شکست و ویرانی را نیز به خواننده نشان می دهد. اما ستایندگان و خدمتگزاران مغول کنونی ایران، روی عطاملک جوینی، ستاینده ی ظالمان هشت سده پیش را سفید کرده اند. زیرا این ها، حتا به اندازه ی عطاملک جوینی شهامت اخلاقی ندارند. که به زبان بی زبانی بگویند که مأمورند و معذور؛ بلکه از اربابان خودکامه ی خود در حذف ایران و ایرانیت، پیشی می گیرند. به عنوان مثال، به نوشته های شخصی به نام «ناصر پورپیرار» رجوع کنید که تاریخ باستان ایران را بازنویسی کرده است.

---

## اعلامیه ی احزاب

بقیه از صفحه ی ۱

امریکائی و برای بیش از چهارصد تن از مسئولان فرستاده شده است.

زودرس بودن این خبرنامه نیز برای «ایجاد آمادگی» شرکت کنندگان است. به عبارت دیگر، سازمان «ما مردم» به علاقه مندان شرکت در این گردهم آئی وقت لازم را داده است تا مطلب سخنرانی خود را در زمینه ی اعلام شده، تهیه کنند. ما در این جا بندهای مهم این خبرنامه را جهت آگاهی خوانندگان ایرانشهر بازگو می کنیم.

- ■ عنوان سمپوزیوم: رهائی از زندان فکری و اقتصادی.
- ■ مدت: سه روز.
- ■ محل: واشنگتن دی سی.
- ■ شرکت کنندگان مدعو: از کشورهای ایران، هندوستان، پاکستان، بنگلادش، تاجیکستان، قزاقستان، ترکمنستان، ارمنستان، و ازبکستان.
- ■ پیامد سمپوزیوم: گردآوری و تدوین گزارش مراحل اجرائی سمپوزیوم، و کلیه ی مقالات عرضه شده در سمپوزیوم به شکل کتاب.

در این خبرنامه همچنین می خوانیم: «ما، کمیته ی خارجی سنای امریکا و وزارت امور خارجه ی امریکا، و سناتور «براون بک» و آقای «لانتوس»، نماینده ی کنگره امریکا را در جریان تدارک این سمپوزیوم قرار داده ایم. آیا شما می توانید امریکائی ها و ایرانی های دیگری را از این رویداد مطلع کنید؟

«ما مردم»، در جستجوی پشتیبانی ایرانیان است، و دست کلیه ی کسانی که در تدارک و اجرای این گردهم آئی، به هر شکل ممکن (مادی یا معنوی) سازمان را یاری دهند، می فشارد.

تلفن تماس با «ما مردم»: ۲۱۷۸-۶۶۶-۳۲۳

## اطلاعیه ی سازمان آرم

سازمان «آرم»، که برای کمک رسانی به مراکز تحقیقات پزشکی برای درمان بیماری عضلانی جوانان، تأسیس شده، با اعلام نام یک پزشک داوطلب، امکان تازه ای را به آگاهی همگان رسانده است:

با وجودی که سازمان تحقیقاتی آرم، فعالیت های گسترده ی خود را درباره ی بیماری عضلانی HIBM متمرکز کرده است، اما از آن جا که بیماران بسیاری به این مرکز مراجعه نموده و درخواست یاری دارند، بدین منظور، از هموطنانی که به بیماری HIBM مبتلا هستند، دعوت می شود که جهت پیشبرد کار تحقیقات دراین زمینه، با پزشک داوطلب، خانم دکتر زهره شاهین، تماس بگیرند. تلفن تماس با خانم دکتر شاهین به قرار زیر است:

۲۳-۰۱-۷۸۱(۸۱۸)، فرعی شماره ی ۲.

## نگاه...

بقیه از صفحه ی ۱

با گریه کردن برای امام حسین، مخالف هستند و می گویند: اگر نهایت آرزوی امام حسین، شهادت بود، بنا بر این وقتی شهید شد، نباید برای او گریه کرد، بلکه چون امام حسین به آرزویش رسیده، باید شادی کرد. این گونه اشخاص می خواهند ما از صرافت گریه کردن بیافتیم!

مقصود آیت الله زابلی این است که این گروه، می خواهند دکان ایشان را تخته کنند! بگذریم.

و اما مهم ترین نکته ی فرمایشات آیت الله زابلی، در مورد گریه انداختن دیگران و رفتن به بهشت است. ایشان فرمودند: اگر پنجاه نفر را بگریانید به بهشت می روید. اگر ۴۰ یا ۳۰ یا ۲۰ نفر را هم بگریانید، باز بهشت بر شما واجب است.

شک نیست که آیت الله زابلی و دوستانشان، حتماً به بهشت می روند، چون میلیون ها ایرانی را به گریه انداخته اند! امیدوارم هر چه زودتر به بهشت تشریف ببرند، که ملت ایران برای رفتن به بهشت، به حافظ شیرازی گوش فرا می دهد، که فرمود:

من که امروزم بهشت نقد حاصل می شود  
وعده ی فردای زاهد را چرا باور کنم؟



# نمایندگان اقلیت‌های مذهبی به نفع جمهوری اسلامی عمل می کنند؟

الهام آریانا

از حزب مرز پرگهر

پس از انقلاب ربانی و استقرار جمهوری اسلامی، دولت، آزادی‌های مذهبی را محدود کرد. به‌طوری که در قانون اساسی پر از عیب و نقص جمهوری اسلامی، به صراحت اشاره شد که اقلیت های مذهبیِ به رسمیت شناخته شده، تنها در محدوده ی قانون می‌توانند مراسم مذهبی را انجام دهند.

از آن پس، غیرمسلمانان و در بسیاری موارد مسلمانان غیرشیعه برای انجام فعالیت های مذهبی، توسط وزارت اطلاعات (واواک) و وزارت فرهنگ و ارشاد اسلامی کنترل می‌شوند. محدودیت‌ها و تبعیض‌ها، تنها به انجام مراسم مذهبی منحصر نمی‌شود. در سیستم قضائی جمهوری‌اسلامی، ارزش جان اقلیت‌های مذهبی کمتر از مسلمانان است. ارزش جان یک مرد یهودی یا مسیحی یا زرتشتی، نیم ارزش یک مرد مسلمان است، و جان یک زن غیرمسلمان، ارزشی معادل با یک چهارم ارزش مرد مسلمان را دارد.

اقلیت‌های مذهبی، از بسیاری از پست‌های دولتی و نظامی، مثل نهادهای قانون گذاری و سرویس‌های امنیتی منع شده، و محدودیت‌های آموزشی و استخدامی دارند، و در موارد متعدد، افزون بر فشارهای یادشده، به دلیل اعتقادات مذهبی خود، دستگیر شده و زیر شکنجه قرار گرفته‌اند.

طبق قانون اساسی جمهوری‌اسلامی، ارتداد، ترک مذهب اسلام، مجازات مرگ را به دنبال دارد، و هر مسلمان زاده‌ای، «مسلمان» شناخته می‌شود. در حالی که غیرمسلمانان، به صورت‌های مستقیم و علنی یا غیرمستقیم، به تغییر مذهب تشویق می‌شوند، و در صورتی که در یک خانواده‌ی غیرمسلمان، فردی به دین اسلام گرویده باشد، بقیه‌ی افراد خانواده، از ارث محروم هستند، و تنها وی وارث اموال خانواده شناخته می‌شود.

برخی دیگر از اقلیت‌ها، از این قاعده مستثنا هستند. بهائیان، بزرگ‌ترین اقلیت مذهبی (غیرمسلمان و غیررسمی) در جمهوری اسلامی می‌باشند. با این وجود، به دلیل آن که به عنوان اقلیت‌های غیررسمی شناخته می‌شوند، از هیچ حقی برخوردار نیستند. آن‌ها حتا از گردهم‌آئی‌های رسمی منع شده‌اند.

تبلیغات ضد یهود، توسط رسانه‌ها و انتشار کتاب‌هائی که به تحریف یهودیت می‌پردازند، و سخنرانی‌های تحریک‌آمیز علیه یهودیت، در قالب تفسیر فرمان‌های الهی، توسط سردمداران حکومت، بر فشار این جو خفقان می‌افزاید.

طبق قانون اساسی جمهوری اسلامی، اقلیت‌های مذهبی رسمی، دارای نمایندگانی در مجلس شورای اسلامی هستند. آشکار است که این حکومت، با وجود تبعیض‌های مذهبی و تبلیغات سوء، از دادن کرسی‌های مجلس به نمایندگان اقلیت‌های مذهبی، هدف خاصی را دنبال می‌کند. جمهوری‌اسلامی سعی دارد با این وسیله، بر تبعیض‌ها سرپوش گذارده، و خود را به‌عنوان یک حکومت لیبرالِ اسلامی! به جهانیان معرفی کند. این نمایندگان که باید از صافیِ شوراهای مختلف و دستگاه‌های امنیتی جمهوری اسلامی گذشته باشند، به طور مستقیم یا غیرمستقیم به عنوان ابزاری برای استحکام و ابقای حکومت به کار برده می‌شوند. آن‌ها، مهره‌های باارزشی برای نظام به شمار می‌روند: مؤثرترین دلالان رابطه بین جمهوری اسلامی با دیگر دولت‌ها.

جمهوری اسلامی به خوبی می داند که اقلیت های مذهبی، می‌توانند پیک‌های پرنفوذی برای او باشند. چرا که حمایت عوامل غیرمسلمان از یک آپارتاید مذهبی، اثر عمیق‌تری بر دولت‌های خارجی و سیاستگذاران امور ایران بر جا می گذارد. بنابر این، با به کارگیری این افراد به صورت تأسیس دفاتر ثابت در خارج از کشور، با افراد کمکی از داخل، به فعالیت‌های تبلیغاتی پرداخته است.

یکی از این دفاتر، سازمان NIAC (شورای ملی ایرانی امریکائی) است که به مسئولیت «تریتا پارسی»، یکی از زرتشتیان مقیم خارج از کشور، اداره می‌شود. این سازمان از یک سو خود را یک سازمان غیرسیاسی معرفی می کند[1]، و از سوی دیگر، مسئولیت میزبانیِ سران جمهوری‌اسلامی را به‌عهده دارد، و با مقالات متعدد، به حمایت از «اصلاح‌طلبان» می‌پردازد[2]. «تریتا پارسی» که مشاور سیاست‌های خارجی نماینده‌ی کنگره امریکا (Robert W. Ney) می‌باشد[3]، این بار برای تقویت نظام جمهوری اسلامی به برگزاری جلساتی در شمال و جنوب کالیفرنیا پرداخته و با دعوت تنی چند از نمایندگان کنگره، در منحرف کردن افکار کنگره امریکا از وضعیت کنونی مردم ایران کوشش می‌کند. گوئی فراموش کرده که جمهوری اسلامی و قانون مدنی آن، وی و تمام زرتشتیان را به عنوان «کافر» شناسائی کرده است.

جمهوری‌اسلامی با روانه کردن نماینده‌ی مجلس شورای اسلامی به‌عنوان نیروی کمکی، هدف خود را پی می‌گیرد. زمانی که «موریس معتمد»، نماینده‌ی یهودیان در مجلس شورای اسلامی در صحبت‌ها و سخنرانی‌هایش، وضعیت یهودیان ایران را «رو به بهبود» و از همکاری صادقانه‌ی سردمداران جمهوری‌اسلامی برای حل مشکلات جامعه‌ی یهود و دیگر جوامع غیرمسلمان، سخن می گوید، سیاستگذارانِ دولت‌ها، به خصوص کسانی که به‌دلیل منابع اقتصادی معتقد به پیشبرد اصلاحات در ایران هستند، مثل اتحادیه‌ی اروپا و وزارت امور خارجه‌ی امریکا، با تکیه به این نکته که آن‌ها سخنگوی مردم هستند، از فشارها کاسته، و حرف از ایجاد روابط به‌میان می آورند، و فراموش می کنند که این حکومت، یکی از بزرگ‌ترین حامیان تروریسم ملی و بین‌المللی می‌باشد.

در حالی که هر روز، سخنی نو و مقاله‌ای جدید در ارتباط با مسائل ضد یهود در جمهوری اسلامی منتشر می‌شود، و فشارها بر این جامعه افزوده می‌گردد، نماینده‌ی یهودیان در مجلس شورای اسلامی، از خسارات زیاد جمهوری اسلامی به‌دلیل تحریم دولت‌ها علیه جمهوری‌اسلامی، سخن می‌گوید، و به‌وضوح اعلام می‌کند که جمهوری‌اسلامی برای بقای خود نیاز به‌شکسته شدن تحریم‌ها و ایجاد روابط با دنیای غرب دارد.

وی از سوی دیگر، به‌عنوان عضو فعال کمیسیون انرژی در مجلس شورای اسلامی، بدون در نظر گرفتن منافع ملی، در تلاش برای ایجاد همکاری و روابط نزدیک جمهوری اسلامی با روسیه در زمینه‌ی نیروگاه‌های اتمی است و بر مراحل ساخت و پیشرفت نیروگاه اتمی بوشهر نظارت دارد، بی آن که بیاندیشد داشتن قدرت اتمی برای حکومتی مستبد چون جمهوری‌اسلامی تا چه میزان برای منافع ملی ایران و برای صلح خاورمیانه و کشور اسرائیل خطرناک است. همان طور که بارها توسط صاحبان قدرت در جمهوری اسلامی تهدید و به این موضوع اشاره شده است.

این گماشتگان حکومتی، که تمام فعالیت و حرکت‌های خود را در جهت پیشبرد منافع حکومت مذهبی به‌کار می‌گیرند، باید بدانند که اعمالشان از چشم حقیقت‌بین مردم آگاه ایران زمین، دور نخواهد ماند. آن‌ها، به‌زودی به‌عنوان دشمنان منافع ملی ایران، در دادگاه احضار، و پاسخگوی اعمالشان خواهند بود. و از آن جا که غیرمسلمانان از نظر ماهیت هم با این حکومت سازگاری ندارند، نمایندگان فریب خورده‌ی آنان نیز مسئولیت بیشتری را به‌دوش خواهند کشید.

-----------------------------

۱- به سایت سازمان مزبور مراجعه نمائید:
www.niacouncil.org

۲- مقالات مربوط به تأیید اصلاح‌طلبان، هم روی سایت خود سازمان، و هم روی سایت «ایرانین دات کام» منتشر می‌شوند.
www.iranian.com

۳- به سایت زیر مراجعه نمائید:
www.niacouncil.org/bord.asp

Friday, May 30, 2003

## Are representatives of religious minorities acting in favor of the Islamic Republic?

**Elham Ariana**
**From the Marz-e Porgohar Party**

After stealing the revolution and establishing the Islamic Republic, the government restricted religious freedoms. As revealed in the constitution of the Islamic Republic with all its defects, the officially recognized religious minorities can only practice religious rituals within the framework of law.

Since then, non-Muslims and in many cases non-Shiite Muslims are controlled by the Ministry of Information (Vavak) and the Ministry of Culture and Islamic Guidance for practicing religious rituals. Restrictions and discriminations are not limited to the practice of religious rituals. In the judiciary system of the Islamic Republic, the life value of religious minorities is less than that of Muslims. The life value of a Jewish or Christian or Zoroastrian man is half of a Muslim man. And the life of a non-Muslim woman is one forth the value of a Muslim man.

Religious minorities are prohibited from many public and military positions, such as legislative institutions and security services, and education and employment restrictions are imposed upon them, and in several cases, in addition to the aforementioned pressures, they are arrested and tortured due to their religious beliefs.

According to the constitution of the Islamic Republic, apostasy, abandoning the religion of Islam, carries the death punishment, and anyone born to a Muslim family is considered a "Muslim." Whereas non-Muslims, directly and publicly or indirectly, are encouraged to change their religion, and if in a non-Muslim family someone has converted into Islam, the rest of the family members are deprived of the inheritance, and only the said individual is recognized as the heir.

Some other minorities are excluded from this practice. Baha'is are the largest religious minority (non-Muslim and unofficial) in the Islamic Republic. However, due to the fact that they are recognized as unofficial minorities, they do not have any rights. They are even prohibited from official gatherings.

Anti-Jewish propaganda by the media and through publication of books which distort Judaism, as well as provocative lectures against Judaism in the form of interpretation of the divine orders by the regime's ringleaders, add to the pressure of this throbbing environment.

According to the constitution of the Islamic Republic, official religious minorities have representatives in the Islamic Consultative Assembly. It is apparent that this regime, in the light of religious discriminations and negative propaganda, is pursuing a certain goal by allocating seats to the representatives of the religious minorities. By these means, the Islamic Republic tries to cover up the discriminations and present itself to the world as an Islamic Liberal regime. These representatives, who have already passed the screenings of different councils and security apparatus of the Islamic Republic, are used directly or indirectly as a means to strengthen and sustain the regime. They are considered valuable players for the system: the most effective middlemen for relations between the Islamic Republic and other governments.

The Islamic Republic is well aware of the fact that the religious minorities could be influential messengers because support of non-Muslim elements from a religious apartheid will have a deeper impact on the foreign governments and policy makers for Iran affairs. Therefore, [the regime] is using these individuals in the form of establishing permanent offices abroad, together with local assistants, and has been engaged in propagating activities.

One of these offices is the NIAC organization (National Iranian American Council), which is run by "Trita Parsi," a Zoroastrian expatriate. This organization represents itself as a non-political organization on the one hand [(1)], and on the other hand is responsible for hosting the rulers of the Islamic Republic and supports the "reformists" through several articles [(2)]. "Trita Parsi," who is the foreign policy advisor to U.S. Congressman Robert W. Ney [(3)], this time in order to strengthen the Islamic Republic system has held meetings in Northern and Southern California, and by inviting a few congressmen, tries to deviate the focus of the U.S. Congress from the current situation of the Iranian people. As if he has forgotten that the Islamic Republic and its civil law has recognized him and all Zoroastrians as "apostates."

The Islamic Republic is pursuing its own goal by dispatching a representative of the Islamic Consultative Assembly as the auxiliary power. When " Moris Motamed," representative of Jews in the Islamic Consultative Assembly, says that the situation of Jews in Iran is "improving" and talks about the sincere cooperation of the ringleaders of the Islamic Republic in solving the problems of the Jewish community and other non-Muslim communities in his speeches, the governments' policy makers, especially those who believe in progressing reforms in Iran due to economic resources, such as the European Union and the U.S. State Department, rely on this point that they are the peoples' spokesmen and reduce the pressures and talk about establishing relations, and forget that this regime is one of the biggest supporters of national and international terrorism.

While every day something new is being said or published with regards to the anti-Jewish issues in the Islamic Republic, and pressures are adding up on this community, the Jewish representative in the Islamic Consultative Assembly talks about the great losses incurred to the Islamic Republic due to the sanctions of the governments against the Islamic Republic and clearly states that the Islamic Republic needs to remove the sanctions and establish relations with the Western world in order to survive.

He on the other hand, as an active member of the Energy Committee in the Islamic Consultative Assembly, without considering national interests, is trying to establish cooperation and close ties between the Islamic Republic and Russia in the field of nuclear power plants and is monitoring the construction and progress of Bushehr's nuclear power plant, without thinking how dangerous it is for the national interests of Iran, Middle East peace and Israel to put the nuclear power in the hands of such an oppressive regime like the Islamic Republic. Many times those who have the power in the Islamic Republic have made threats and this issue has been noted before.

These governments' agents, who are using all their power and force in line with the advancement of the interests of the religious regime, should know that the informed people of Iran will see their actions through their fact-finding eyes. They, as the enemies of the national interests of Iran, will soon be summoned to the court and be held responsible for their actions. And since non-Muslims are not adaptive to this regime naturally, their deceived representatives will have to bear a greater responsibility.

---

1- Refer to the site of said organization:
www.niacouncil.org

2- Articles regarding approving the reformists are published both on the organization's site and on the site of "Iranian.com"
www.iranian.com

3- Visit the following site:
www.niacouncil.org/bord.asp