# EXHIBIT XX

| **Free Republic** | **News/Activism** |
|---|---|
| Browse · Search | Topics · Post Article |

Skip to comments.

## US Democrats become active in order to save the Islamic regime
STUDENT MOVEMENT COALITION COORDIANATION ^ | June 25, 2003 | SMCCDI (INformation Service)

Posted on **Wednesday, June 25, 2003 3:20:46 PM** by **Semper Paratus**

The US Democrats have become active, once again, in order to save the Islamic republic regime by organizing debates on the need to "Engage Iran". Their move takes place at a time that Iranians have shown their real aspiration intending to overthrown the Islamic republic regime and are welcoming the notion of "International Help for Regime Change".

Several famous Democrat figures, such as, Bob Ney and Lee Hamilton, held a public meeting, yesterday, in the Capitol during which, while they had, finally, to acknowledge the existence of riots in Iran: They tried to reduce of their importances by making beleive that these sacrifices will not give to a Regime Change.

It's to to note that these Democrats are following the same wrong policy used during the "Clinton era" which forced the former US Secretary, Madlene Albright, to even offer apologies to the Islamic republic regime by hoping to see "changes".

The policy and the "offer apology meeting" was promoted by the mediaticlly collapsed pro-regime Lobby group "American Iranian Council" (AIC) headed by the notorious Hooshang Amir Ahmadi. The same controversial policy is being promoted, at this time, by the self called "National Iranian American Council" (NIAC) supposedly headed by a so-called Titra Parsi who's one of the assistant of Congressman Bob Ney.

Titra Parsi was before the collapse of the AIC one of its official board members.

The NIAC has pushed the Art of Demagogy to even publish, recently, statistics intending to back some of its claims. The organization has posted a news relative on collecting answers from Iranians residing in the US on how the US policy must be adopted in reference to Iran.

It's to note that this organization is rejected by the majority of Iranians residing in the US due to their knoweldge of its agenda and that less than 0.0001% of them have participated in the so-aclled survey.

Over a million and half Iranians are living in the US and most of them have access to Internet or the Los Angeles Iranian based Radio and TVs. Most of them are denouncing publicly the NIAC and anyone intending to use their name in order to buy time for the regime.

TOPICS: Foreign Affairs; News/Current Events
KEYWORDS: bushdoctrineunfold; democrats; iran; warlist

Very interesting read. Should be added to the Iranian ping, but didn't have time to find it.

**1** posted on **Wednesday, June 25, 2003 3:20:46 PM** by **Semper Paratus**
[ Post Reply | Private Reply | View Replies]

---

To: **Semper Paratus**

Bob Ney is a Republican congressman from Ohio.

**2** posted on **Wednesday, June 25, 2003 3:26:56 PM** by **buccaneer81** (Plus de fromage, s'il vous plait...)
[ Post Reply | Private Reply | To 1 | View Replies]

---

To: **Semper Paratus; Ernest_at_the_Beach; Grampa Dave**

*It's to to note that these Democrats are following the same wrong policy used during the "Clinton era" which forced the former US Secretary, Madlene Albright, to even offer apologies to the Islamic republic regime by hoping to see "changes".*

No wonder Ann Coulter's book Treason is outselling the Hildabeast's fiction.

Once again, we see the RATs in opposition to real FREEDOM.

3 posted on **Wednesday, June 25, 2003 3:27:01 PM** by BOBTHENAILER (proud member of a fierce, warlike tribe of a fire-breathing conservative band of Internet brothers)
[ **Post Reply | Private Reply | To 1 | View Replies**]

---

To: **BOBTHENAILER; DoctorZIn**

RAT treason ping................

4 posted on **Wednesday, June 25, 2003 3:28:20 PM** by BOBTHENAILER (proud member of a fierce, warlike tribe of a fire-breathing conservative band of Internet brothers)
[ **Post Reply | Private Reply | To 3 | View Replies**]

---

To: **BOBTHENAILER; *Bush Doctrine Unfold; *war_list; W.O.T.; DoctorZIn; Eurotwit; freedom44; ...**

Thanks for the ping!

Cascading ping coming up!



Bush Doctrine Unfolds :

To find all articles tagged or indexed using **Bush Doctrine Unfold**, click below:
click here >>> **Bush Doctrine Unfold** <<< click here
*(To view all FR Bump Lists, click here)*

5 posted on **Wednesday, June 25, 2003 3:30:03 PM** by Ernest_at_the_Beach (Iran Mullahs will feel the heat from our Iraq victory!)
[ **Post Reply | Private Reply | To 3 | View Replies**]

---

To: **BOBTHENAILER**

Frickin' Treasonous No-Good Scum RATS!!!

Let the Persians have peace, let them fight for it, as it always must be fought for. Even when you thought you already had it!

6 posted on **Wednesday, June 25, 2003 3:31:48 PM** by Frank_Discussion (May the wings of Liberty never lose a feather!)
[ **Post Reply | Private Reply | To 3 | View Replies**]

---

To: **Semper Paratus**

The Dims just can't stand to see the collapse of ANY government, no matter how evil, no matter how oppressive.

Really gives the lie to their pretended concerns for "freedom" and "diversity", and their alleged opposition to "discrimination," doesn't it?

7 posted on **Wednesday, June 25, 2003 3:39:34 PM** by **Redbob** (Semper Parabellum)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Semper Paratus**

There are a whole host of Regime backers in Washington. They need to outed.

They misrepresent what is actually goin on in Iran and want us to continue to appease the mullahs there. Certainly the people of Iran don't want us working with the mullahs. They have consistent about that. Our president understands this. It appears our state department is starting to understand this as well.

BTW, if you are interested in keepin up on the Iranian Student movement protests, go to:

http://www.freerepublic.com/focus/f-news/935122/posts

8 posted on **Wednesday, June 25, 2003 3:49:06 PM** by **DoctorZIn** (IranAzad)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **DoctorZIn**

What would be funny, if it weren't so tragic, is that not a one of these democRAT treasonous jerks could stand to live under Islamic law for even one week. The whines you'd hear would be earsplitting the first time one of the female dems was told she had to cover her face, couldn't drive her own car, or be subservient to the menfolk.

9 posted on **Wednesday, June 25, 2003 3:57:12 PM** by **MizSterious** (Support whirled peas!)
[ **Post Reply** | **Private Reply** | **To 8** | **View Replies**]

---

To: **BOBTHENAILER**



**10** posted on **Wednesday, June 25, 2003 5:55:30 PM** by **Grampa Dave** (Evil Old White Devil Californian Grampa for big Al Sharpton and Nader in primaries!)
[ **Post Reply** | **Private Reply** | **To 3** | **View Replies**]

Disclaimer: Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

**Free Republic**  **News/Activism**
Browse · Search  Topics · Post Article
**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson