# EXHIBIT DDD

Share  Report Abuse  Next Blog»                                    Create Blog  Sign In



## Islamic Republic cannot be reformed, regime change is the only option!

| Home | Dr. Arash Irandoost | Vision, Mission and Beliefs | |

Friday, November 20, 2009

## Thank you Honorable Mark Kirk

Honorable Mark Kirk,

On behalf of Iranian-Americans living throughout the United States, I want to thank you for standing up with pro-democracy movement exposing the Islamic republic and its lobby groups such as NIAC.

As Iranians living in the USA, we are fully aware of Trita Parsi lobby efforts for the Islamic republic. There are over a million Iranians living the United States and about 3 million around the world, I can assure you that NIAC has and will never represent views and interests of Iranians opposing the Islamic republic. We believe that NIAC efforts are to sugarcoat the brutality of the regime and buy it enough time to develop their nuclear bomb.

As a 501c3 (private non-profit) NIAC has never disclosed a full listing of its members to us Iranians, we believe NIAC's membership including its own employees in NIAC and various NIAC subsidiaries funded by Soros, big oil, and Islamic republic number around 2500-3000, or (003%) hardly a significant number to claim as a legitimate organization representing our interest.

NIAC has always been against sanctions, but the oppositions groups strongly favor smart sanctions against the Islamic republic.

NIAC, recently has shifted gears, and now advocates for human rights, but during its 12 year existence, particularly during the worst days of demonstrations immediately following June 12 uprising, NIAC has never objected to any human rights violations by the mullahs. Conversely, NIAC lobbied the US congress to cut off funding for democracy programs.

Trita Parsi is not even a US citizen to understand our issues and speak on our behalf. His is Swedish citizen.

NIAC never appears on opposition rallies or grants interviews to Iranian opposition groups, while claiming it represents us here in the United States.

NIAC has lied on several occasions to Americans and Iranian community. Denise Ross's case is a good example. While NIAC attempted to undermine his appointment, it publicly endorsed him, a proven fact.

We thank you and many other enlightened representatives who see Islamic republic and NIAC for what they are, and have had the courage to speak up against them. Iranians American are eternally grateful to your efforts.

Sincerely,

Dr. Arash Irandoost

Posted by Pro Democracy Movement of Iran

### 1 comments:

**Amil Imani said...**

Honorable Congressman Mark Kirk,

I second the sentiments of Dr. Irandoost. We, the Iranian-American do not recognize NIAC as a









Sattar & Bagher Khan




legitimate body that it portrays itself to be], they are prolonging the reign of terror and death imposed by the violent Mullahs in Iran over the defenseless Iranian people who simply want freedom. They must be prosecuted for their AID and comfort and all abuse against their brave and innocent compatriots by the lobbyists.

We thank you for your great work on this.

Best Wishes,
Ali Akbari
November 01, 2009 12:27 AM

Post a Comment

Links to this post
Create a Link

Newer Post     Home     Older Post

Subscribe to: Post Comments (Atom)