to send a letter of complaint to the director of Voice of America, Danforth Austin, and to the VOA office of public affairs.

The lawyer claimed that "VOA made no effort to contact Dr. Parsi directly," which VOA producers tell me is demonstrably false, and that the Roundtable discussion violated VOA's charter which states that "views of a single party must be challenged by the interviewer if alternative opinions are unrepresented."

In the very next sentence, the lawyer stated that the show's host, Bijan Farhoodi, "made significant efforts to present his own understanding of the view of the missing party in the discussion, even though he had access to NIAC's detailed rebuttal of Mr. Daioleslam's false accusations to rely on. Although he briefly mentioned the rebuttal during the program, Mr. Farhoodi did not challenge a single accusation made by Mr. Daioleslam."

Gee, let's see if I understand this correctly. NIAC's Trita Parsi ducks calls from VOA producers to appear on the show, then has a lawyer criticize VOA for not having him on.

And then the lawyer criticizes VOA further because they only "mentioned" NIAC's rebuttal, which was no rebuttal at all and in fact failed to address any of the factual points raised by Daioleslam about the ties between NIAC founders and the Tehran regime.

But this is only the beginning. Following this letter, NIAC's lawyer demanded that VOA essentially ban Daioleslam from the airwaves, which they did. To my knowledge, Daioleslam has not been invited back on VOA since June 10.

Once these bullying tactics paid off, NIAC then boasted on its website that it had "taken legal action" against VOA and "against proponents of US-Iran war who have waged a defamation campaign against NIAC."

It was a stunning example of the Big Lie technique. NIAC has taken no legal action. It has filed no lawsuit. It has not gotten a U.S. court to issue a "cease and desist" order. And yet, that is the impression it seeks to create.

"NIAC Makes Progress in Defamation Case with VOA Persian," its website blares. Many pro-regime bloggers have picked up on it and are spreading it across the blogosphere, just as they spread the earlier slander that Daioleslam (and me!) are MKO members.

The statements have also been picked up by a website notorious for being a mouthpiece of the Iranian intelligence ministry, MOIS.

The only problem is, there is no Defamation Case. Period. Nada.

As Omid Biniaz notes at the American Thinker, "Iranians would welcome the opportunity to hear Mr. Parsi, under oath, explain his relation with Tehran and a potpourri of felons close to them."

Fat chance.

The real story here is about Voice of America. Why has VOA caved to a poorly-written letter from a lawyer who can't afford an office in downtown Washington, DC, that is packed with hyperbole, misstatements, and outright lies?

Rather than allow groups such as NIAC to continue operating in the dark, it's time to shine the light of day onto their activities.

And it's time for Voice of America to show some backbone.

Kenneth R. Timmerman was nominated for the 2006 Nobel Peace Prize along with John Bolton for his work on Iran. He is Executive Director of the Foundation for Democracy in Iran, and author of Countdown to Crisis: the Coming Nuclear Showdown with Iran (Crown Forum: 2005).
Original: http://www.frontpagemag.com/Articles/Read.aspx?GUID=5BF85463-9D54-4999-890C-07B15CCDD780
--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

| Back to top | profile  pm |
|---|---|

**cyrus**
Site Admin

Posted: Fri Aug 10, 2007 7:29 pm    Post subject: Re: NIAC Intimidation campaign    quote

Joined: 24 Jun 2003
Posts: 4892

> **Shahriar Fathi wrote:**
> 
> Shame .shame .shame
> 
> Trita NAPARSI and others in { NIAC}
> 
> They buying the time for terrorist regime in Iran .
> 
> { Iranian-American lobby} is shameless behavior
> 
> Death to Islamic republic of Iran . And whoever lobbying to keep them in power
> 
> Shahriar fathi

> **ViaHHakimi wrote:**
> 
> > **Ambassador Hashem Hakimi wrote:**
> > 
> > ## Shameless behavior by (NIAC).
> > 
> > ## H. H.

---

> **Dr. Kenneth Timmerman wrote:**
> 
> From: Kenneth Timmerman
> Sent: Friday, August 10, 2007 6:00 PM
> 
> ### Subject: Timmerman/ Frontpage: NIAC Intimidation campaign
> 
> For a copy with the hot links, go to the original (below) or visit my website, www.kentimmerman.com
> 
> Intimidation Campaign
> 
> By Kenneth R. Timmerman
> FrontPageMagazine.com | 8/10/2007
> What could the Council on American Islamic Relations (CAIR) and the National Iranian American Council (NIAC) possibly have in common?
> 
> CAIR founders had close ties to Hamas, Palestinian Sunni Islamic extremists. NIAC and its main spokesman, Trita Parsi, have become apologists for the regime in Tehran , which exports a rival Shiite brand of Islamic extremism.
> 
> Sunnis and Shias. We all know the story. They hate each other worse than Irish Catholics and Irish Protestants. Right?

Well, no. As I pointed out in Countdown to Crisis: the Coming Nuclear Showdown with Iran , Sunnis and Shias get along just fine when it comes to killing Americans and killing Jews.

Similarly, CAIR and NIAC get along just fine when it comes to opposing the Bush administration policies in Iraq , Iran , and the greater Middle East .

But they share much more than just an ideological affinity. They also share publicists in the redoubtable David Fenton.

Fenton Communications has repped the likes of Cindy Sheehan, moveon.org, and CAIR. And now, they have added NIAC to their client list, as this recent NIAC press release shows.

(One wonders how much of the grant monies NIAC boasts it has received from the National Endowment for Democracy, the Open Society Institute, the Kenbe Foundation, and the PARSA Community Foundation have gone to paying publicists, Congressional lobbyists, and fund-raisers).

And that's not where the similarity between CAIR and NIAC stops. The two groups have also launched energetic campaigns to intimidate their critics and the organizations that help those critics air their views.

CAIR's latest intimidation campaign against Robert Spencer has gotten considerable attention. NIAC's campaign against its chief critic, Hassan Daioleslam, has not.

In April, Daioleslam published in these pages a detailed investigative piece that exposed the origins of NIAC and its ties back to Siamak Namazi, a member of the "regime's inner circle" and a big player in the Iranian oil industry.

Their plan to establish an Iranian-American lobby "to create a balance between competing Middle Eastern lobbies" (specifically, AIPAC) dated from 1999, Daioleslam revealed, when Parsi and Namazi presented a paper on the subject at a conference in Cyprus sponsored by convicted felon Hossein Alikhani,

Ever since his release from a U.S. prison on charges of violating U.S. anti-terrorist sanctions, Alikhani has been seeking ways to get U.S. sanctions lifted. As a reward for his activism, he was recently awarded the deed to the U.S. embassy in Tehran by the Iranian regime.

One of the key goals of the new Iranian-American lobby recommended by Parsi and Namazi was – surprise-surprise – to convince Iranian-Americans that sanctions on Iran were "counterproductive." They have worked relentlessly ever since to win converts to their cause, from former Rep. Bob Ney, the convicted felon from Ohio , to Rep. Dennis Kucinic, a Democrat presidential contender.

Daioleslam unearthed damning information on Trita Parsi cohort Siamak Namazi and exposed the role his Atieh companies in Tehran have played in brokering international investment in Iran 's oil and gas industry.

NIAC responded with a statement on their website, accusing Daioleslam of being "a Marxist Mujahedin-e Khalq (MKO) supporter."

(That, by the way, probably qualifies as slander, given that the MEK is on the U.S. list of International Terrorist Organizations, making membership a crime. Daioleslam eventually put out a statement denying any connection or sympathy with the MEK, noting that the only "proof" offered by NIAC was the fact that one of his articles was picked up by an MEK website.)

Rather than address the points raised by Daioleslam (and in an earlier article, by me), NIAC created straw man arguments, accusing the two of us of advocating for war with Iran .

The Voice of America's Persian Service took interest, and sought to organize a face-to-face debate between Hassan Daioleslam and Trita Parsi.

Daioleslam accepted the challenge, but Parsi never responded, despite repeated invitations sent to him by VOA producers by phone and by email.

The show eventually aired in June without Parsi. By all accounts, it was a devastating blow to the pro-Tehran lobby.

On June 19, NIAC got an Iranian-American lawyer in Rockville, MD, Afshin Pishevar, to send a letter of complaint to the director of Voice of America, Danforth Austin, and to the VOA office of public affairs.

The lawyer claimed that "VOA made no effort to contact Dr. Parsi directly," which VOA producers tell me is demonstrably false, and that the Roundtable discussion violated VOA's charter which states that "views of a single party must be challenged by the interviewer if alternative opinions are unrepresented."

In the very next sentence, the lawyer stated that the show's host, Bijan Farhoodi, "made significant efforts to present his own understanding of the view of the missing party in the discussion, even though he had access to NIAC's detailed rebuttal of Mr. Daioleslam's false accusations to rely on. Although he briefly mentioned the rebuttal during the program, Mr. Farhoodi did not challenge a single accusation made by Mr. Daioleslam."

Gee, let's see if I understand this correctly. NIAC's Trita Parsi ducks calls from VOA producers to appear on the show, then has a lawyer criticize VOA for not having him on.

And then the lawyer criticizes VOA further because they only "mentioned" NIAC's rebuttal, which was no rebuttal at all and in fact failed to address any of the factual points raised by Daioleslam about the ties between NIAC founders and the Tehran regime.

But this is only the beginning. Following this letter, NIAC's lawyer demanded that VOA essentially ban Daioleslam from the airwaves, which they did. To my knowledge, Daioleslam has not been invited back on VOA since June 10.

Once these bullying tactics paid off, NIAC then boasted on its website that it had "taken legal action" against VOA and "against proponents of US-Iran war who have waged a defamation campaign against NIAC."

It was a stunning example of the Big Lie technique. NIAC has taken no legal action. It has filed no lawsuit. It has not gotten a U.S. court to issue a "cease and desist" order. And yet, that is the impression it seeks to create.

"NIAC Makes Progress in Defamation Case with VOA Persian," its website blares. Many pro-regime bloggers have picked up on it and are spreading it across the blogosphere, just as they spread the earlier slander that Daioleslam (and me!) are MKO members.

The statements have also been picked up by a website notorious for being a mouthpiece of the Iranian intelligence ministry, MOIS.

The only problem is, there is no Defamation Case. Period. Nada.

As Omid Biniaz notes at the American Thinker, "Iranians would welcome the opportunity to hear Mr. Parsi, under oath, explain his relation with Tehran and a potpourri of felons close to them."

Fat chance.

The real story here is about Voice of America. Why has VOA caved to a poorly-written letter from a lawyer who can't afford an office in downtown Washington, DC, that is packed with hyperbole, misstatements, and outright lies?

Rather than allow groups such as NIAC to continue operating in the dark, it's time to shine the light of day onto their activities.

And it's time for Voice of America to show some backbone.

Kenneth R. Timmerman was nominated for the 2006 Nobel Peace Prize along with John Bolton for his work on Iran. He is Executive Director of the Foundation for Democracy in Iran, and author of Countdown to Crisis: the Coming Nuclear Showdown with Iran (Crown Forum: 2005).
Original: http://www.frontpagemag.com/Articles/Read.aspx?GUID=5BF85463-9D54-4999-890C-07B15CCDD780
--

Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

Back to top  [profile] [pm]

---

**cyrus**
Site Admin

Joined: 24 Jun 2003
Posts: 4892

Posted: Thu Aug 16, 2007 3:48 pm    Post subject: Trita Parsa opposes sanctions on the IRGC   [quote]

Kenneth R. Timmerman wrote:

## Subject: Trita Parsa opposes sanctions on the IRGC

Dear friends,

I thought you might be interested in this quote from Trita Parsi, Exec. Director of NIAC (National Iranian American Council) that appeared in an article by Robin Wright in today's Washington Post on the designation of the IRGC as a terrorist entity. The article is entitled "As US Steps up Pressure on Iran, Aftereffects Worry Allies."

"While this step can deal a blow to efforts to utilize diplomacy with Iran to stabilize Iraq, the long-term effects can be even more decisive by further entrenching U.S.-Iran relations in a paradigm of enmity."

Beneath the gobbley-gook, Trita is saying that taking action against the Rev. Guards is bad and we shouldn't even think about it.

Bad because now the Rev. Guards won't help the US to solve the problems in Iraq caused by the Rev. Guards themselves (gee, thanks), and bad because it will hurt the feelings of Iran's radical mullah leaders (horrors!)

At least we now know without any ambiguity whatsoever where Mr. Parsi stands!

Best regards,
Ken Timmerman

--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

Back to top  [profile] [pm]

---

**ViaDrEtebar**

Joined: 03 Aug 2004
Posts: 91

Posted: Thu Aug 23, 2007 4:16 pm    Post subject: Creation of NIAC   [quote]

## Iran's Oil Mafia

By Hassan Daioleslam
FrontPageMagazine.com | 4/16/2007
Source: http://www.frontpagemag.com/Articles/Read.aspx?GUID=%7BB30E945B-5F1F-4A57-A7AA-F4975D12FC4C%7D

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006. On October 13, 2006 Ney pled guilty to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal.

Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen - a felon and an arms dealer - in exchange for using his position to advance their interests.

Conspicuously missing from this dossier of disservice to the country was Ney's assistance in the creation of a Washington-based lobbying enterprise for the Iranian theocratic regime, The National Iranian-American Council (NIAC). NIAC is part of an extensive US lobbying web that objectively furthers the interests of the Islamic Republic of Iran. This article will address the creation of NIAC, Tehran's role, NIAC's connection to Iran's oil mafia, and NIAC attempts to penetrate US political system.

## Creation of NIAC

The National Iranian-American Council (NIAC) was founded thanks to the efforts of four non Iranian-Americans: Roy Coffee, Dave DiStefano, Rep. Bob Ney, and Trita Parsi. Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip to London for Bob Ney, where he met a Syrian arms dealer and convicted felon involved in a conspiracy to circumvent sanctions to sell US-made aircraft parts to Tehran .

Roy Coffee sent a letter to the Dallas Morning News in February 2006 to justify his relationship with the two London-based felons. Part of the letter discussed the founding of NIAC:

"Back in the spring or summer of 2002, a good friend of mine from law school, Darius Baghai, had just returned from visiting relatives in Iran for the first time since his family left before the revolution. He spoke with me about how the economy of Iran was humming .....From this, I took Darius in to visit with Mr. Ney. What was to be a 15 minute meeting became a 1 1/2 hour meeting as they spoke passionately about their hopes for the Iranian people. They also spoke in Farsi a great deal - I'm sure talking smack about me. From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries... The 4 of us worked very hard for about 9 months to form this committee."

At the time, Trita Parsi was a Swedish-Iranian graduate student in his early twenties, best known for ties to Iran 's ambassador in Sweden . A successful self-promoter, he soon attached himself as a part-time aide to Congressman Ney before he was appointed president of NIAC.

The New Lobby

NIAC's predecessor, the American-Iranian Council (AIC), was established in the 1990s with backing from multinational oil companies. For many years, it spear-headed pro-Tehran lobbying effort in the US .

AIC president Houshang Amirahmadi had been an active pro-Tehran player since early 1980s. While residing in US, he was also a presidential candidate in Iran 's elections, and officially collaborated with different Iranian institutions and notably the foreign ministry. In 1999 and 2000 Trita Parsi was helping Amirahmadi to organize lobbying events in

Washington:

In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to lift U.S. sanctions on Iran. Despite extraordinary pressure from the lobby, ILSA passed overwhelmingly.

Prior to his imprisonment in March 2007, Bob Ney led Congressional efforts to defeat ILSA and initiate Tehran-friendly policies in concert with AIC. Disappointed and angered by the ILSA vote, Ney began to plan for the next battle of the war.

"The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and forming a citizen's lobby to make sure that members of Congress and their offices are educated on this issue," Ney told AIC in a June 2001 speech.

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their true wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

"Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right direction" (Iran Analysis July 2001 Peyvand Iran News)

This failure to block the renewal of ILSA in 2001 marked the start of a new era for the pro-Iran lobby in the United States. The lobbyists recognized that they must broadly reach out to Iranian-Americans. NIAC was created to put those plans in motion.

Trita Parsi was the regime's trusted man within the new network. Tehran's faith in Parsi was so profound that in 2003 when Iran decided to send a highly secret proposal for negotiations to the White House, Parsi was called on to arrange the delivery of the message through Bob Ney to Karl Rove. Parsi, moreover, was among the few chosen men (along with Mahallati, Iran's former ambassador to UN) to present the results of a shady Tehran-friendly poll of the Iranian population which indicated the popularity of Iran's nuclear program.

Trita Parsi and the Regime's Inner Circle

During the eight years of Rafsanjani's presidency, which ended in 1997, the Iranian regime had attempted without success to attract the Iranian Diaspora to its cause. Khatami's presidency recharged Tehran's efforts. With the Supreme Leader's direct involvement, the High Council for Iranian Compatriots Overseas was created in 2000. The President heads the Council, and the Foreign Minister serves as its deputy director. The Ministry of Intelligence and the Ministry of Culture and Islamic Guidance collaborate to implement the decisions of the council.

The objective was to create a network of organizations to infiltrate and seemingly represent the Iranian community abroad, and promote policies favorable to the Iranian government. Tehran anticipated that this strategy would neutralize opposition activities abroad and legitimize the new lobby.

State-sanctioned Iranian newspapers started a campaign to promote Trita Parsi and NIAC. Pro-government publications outside Iran followed suit. The former head of the Iran interest in Washington, Ambassador Faramarze Fathnejad, was thrilled with the efforts of Trita Parsi and NIAC, and underlined "the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts." The Iran Ambassador even claimed 20,000 strong membership for NIAC (while only 150 is claimed by NIAC itself)!

But token rhetorical support would not alone turn an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. This is where Siamak Namazi, an important figures of this new lobbying enterprise and a prominent member of the Iranian oil Mafia, enters the scene.

Trita Parsi and Namazi worked closely on developing the details of a grand plan to create an Iranian-American "Citizen's Lobby." They traveled to Iran together. They organized joint conferences and meetings. In 1999, they co-authored a seminal paper, that provided the roadmap for the organization that later became NIAC. 24

Namazi, along with his sister Pari and brother Babak, control the Atieh enterprise in Iran and its three sister companies Atieh Roshan, Atieh Bahar and Atieh Associates, as well as numerous other direct and indirect partnerships, including Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services and MES Middle East Strategies.. Particularly noteworthy is the fact that Baquer Namazi (their father) is the Chairman of Hamyaran, identified by the Woodrow Wilson International Center for Scholars as a "resource center" in Tehran for Iranian non-governmental organizations (NGOs).

Atieh claims to be a "fully private strategic consulting firm that assists companies better understand the Iranian market, develop business and stay ahead of [the] competition." People familiar with the oil industry in Iran understand the coded language, After all, rulers in every country in the Middle East use outside consultants to negotiate the discrete terms of lucrative oil contracts.

Atieh's customers include the foreign corporations who wish to do business in Iran. One Atieh Bahar customer, Norway's Statoil, has been publicly identified as a participant in a scheme to bribe Iranian government officials by the US Securities and Exchange Commission and the Department of Justice. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norwegian governments for "payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field."

The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company Total SA was charged with having bribed senior Iranian officials to secure contracts. Total is a major customer of the Namazi's Atieh enterprise.

Tehran's trust in Namazi is further evidenced by the fact that his company provides the network and computer services for almost all Iranian banks, the Majles (parliament), and other important institutions. Namazi's groups monitor nearly all Iranian economic or political activities and have access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran.

While representing Tehran, Namazi, disguised as a scholar travels to the US to seemingly pursue academic activities. He succeeded so well that the Congressionally-funded National

Endowment for Democracy awarded him a Reagan-Fascell Democracy Fellowship in 2005.

This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars": Mohammad Mahallati who was also the Iranian ambassador to the UN in the late 1980s, Farhad Atai and, Abbas Maleki. In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

The Roadmap

In 1999, Parsi and Namazi presented a joint paper titled "Iranian-Americans: The bridge between two nations" at a conference organized by the Iranian government in Cypress. This report contains the manifesto and the roadmap for the new Iranian lobby in the US. The authors argue that "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again."

The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). The pillars of the road map were:

· To have the appearance of a citizen's lobby

· To mimic the Jewish lobby in the US

· To impede Iranian opposition activities

· To infiltrate the US political system

· To break the taboo of working with the Iran 's cleric rulers for the Iranian Diaspora

· To improve the image of the Iran 's government abroad24.

In their report, Namazi and Parsi acknowledged that problems of organizing a pro-regime lobby within the Iranian-American community:

"This group's role has not been utilized any where close to its potential, however, for several reasons: A good portion of them were against the IRI [Islamic Republic of Iran], therefore would not do anything to help."

"The point is, [Iranian Americans] were not about to form a lobby group that would benefit the establishment in Tehran , or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic."

This was also underlined by Roy Coffee, one of the NIAC's founders:

"We [NIAC's founders] found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved."

The lack of participation by the Iranian American community in this lobby has been