overcome with a sophisticated machine of professional lobbyists and "friendly" circles who favor a rapprochement with the Iranian regime.

### Tehran's Advice: Mimic Jewish Lobby in Washington

One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration led to the creation of the Iranian American Political Action Committee (IAPAC), loosely modeled after similar organizations created by AIPAC (American Israeli Public Affairs Committee). Three of IAPAC's board members came from the AIC's leadership.

In their 1999 paper, Parsi and Namazi analyzed at length the techniques used by AIPAC, and suggested that the same approach should be taken to create an Iranian lobby in Washington:

"Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian-American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again."

Trita Parsi has been reciting this comparison to the Israeli lobby since the late 1990's, about the time that the High Council was formed in Tehran. At the beginning his tone was more contentious and resembled the mullah's usual rhetoric, but more recently he has toned down his anti-Israeli remarks, at least in English.

The government-owned newspaper Aftab published an interview with Trita Parsi on December 28, 2006 that underscores Parsi's efforts on behalf of the Iranian regime..

Translation: "The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be."

Siamak Namazi began sounding similar themes.:

"I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda."

### Not Lobbyists?

As Ney's criminal bribery and lobbying fiasco became more public, NIAC's president Trita Parsi began to downplay NIAC's lobbying activities. (NIAC is registered as a 501 c3, to which certain legal restrictions apply.) Furthermore, being lobbied by a former aid would have added to Ney's already complicated situation. Asked in 2005 whether his group lobbied the US Congress, Trita Parsi told an interviewer:

"Our group does not do any lobbying at all. We do not contact the Congressmen to support or oppose a bill."

Since its creation, however, NIAC has strived to penetrate the US political system in accordance with the roadmap Namazi and Parsi established in 1999. As the Washington Post reported on June 25, 2006:

"The NIAC helped persuade a dozen conservative House members to sign a letter to President Bush earlier this month calling for unconditional negotiations with Iran's regime."

The external communications of Parsi and other NIAC leaders shed further light on NIAC's lobbying activities.

"The NIAC members have educational and experimental knowledge on the lobbying process and politics in America."

".. we must establish connections on Capitol Hill to establish early-warning systems about proposed votes or bills that may oppose the best interests of Iranian-Americans."

Bob Ney, Roy Coffee, and Dave DiStefano arranged numerous workshops, training classes, seminars and speeches in which they themselves and others with experience prepared members and affiliates of NIAC to lobby and influence Congress. Parsi, Namazi and Ney organized public gatherings and discrete and exclusive $1,000 per plate fundraiser events. They even developed a training manual for lobbyists, a copy of which was sent to this writer by a former NIAC member.

NIAC itself admits that "In 2002, Congressman Ney benefited from letters sent by Iranian-Americans through NIAC's Legislative Action Center in support of his resolution on US-Iran relations."

Infiltrating Congress

Trita Parsi, Namazi and their backers fully intended to infiltrate the US Congress. One of the methods they boast of involves recruiting young Iranian Americans to serve as Congressional interns or pages by offering room, board and financial incentives. NIAC's website brags of success stories in this venture.

NIAC claims to have drafted the young Iranian American Press Secretary for Rep. Marcy Kaptur to help in improving the lobbying skills of NIAC members and affiliates. Similarly, an Iranian American student in the University of Minnesota received a financial scholarship in his senior year and becomes an intern in Senator Norm Coleman's (R-MN) Washington office. Another intern, a graduate of University of South Florida, was placed in Congressman Jim Davis' (D-FL) Washington, D.C. office. Expanding the operation to penetrate the US political system, NIAC has now formally implemented a paid trainee program and is actively in search for unwary Iranian American youth.

Conclusion

Since the early 1990's, Tehran has embarked on developing a sophisticated lobbying enterprise in the United States. Iran's government has devoted significant manpower and financial resources to this cause. This lobbying enterprise consists of a complex, intermingled web of entities and organizations with significant overlap of leadership, and heavy involvement of the notoriously mafia-like inner circles of the Iranian regime.



Disguised as scholars, many of the former Iranian government officials reside in the US and constitute an important piece of the lobby machine. NIAC and its major figures, such as Bob Ney and Trita Parsi are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends.

Hassan Daioleslam is an independent researcher and writer who has worked closely with two experienced investigative reporters inside Iran to explore and expose Iran lobbying enterprise in the United States.

Back to top    [profile] [pm]

Display posts from previous: All Posts | Oldest First | Go

[newtopic] [postreply]   [FREE IRAN Project] In The Spirit Of Cyrus The Great Forum Index -> News Briefs & Discussion

All times are GMT - 4 Hours
Goto page 1, 2, 3 Next

Page 1 of 3

Jump to: News Briefs & Discussion | Go

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

Powered by phpBB © 2001, 2005 phpBB Group