# EXHIBIT FFF

 Report Abuse    Next Blog»                    Create Blog    Sign in

# WHO WORKS FOR ISLAMIC REPUBLIC?
# $ WE REMOVE THE MASKS!

ISLAMIC REPUBLIC IS A BRUTAL CORRUPT REGIME WHICH WAS EASED IN TO POWER BY AN AMERICAN-BRITISH-EURO COUP DISGUISED AS A REVOLUTION! ISLAMIC REPUBLIC I THIS ENTITY IS NOTHING BUT AN INCORPORATION OF SERIAL KILLERS WITH WEAPON OF ISLAM IN THEIR HANDS WHO OCCUPIED IMPERIAL IRAN 27 YEARS AGO. THIS WELL RESEARCHED AND INFORMATIVE WEBLOG IS DEDICATED TO THOSE WHO LOVE IRAN AND WANT TO KNOW WHO AND WHERE IS BETRAYING THEIR FATHER-LAND AND WORK AS AN AGENT TO KEEP ISLAMIC REPUBLIC IN POWER!

SATURDAY, SEPTEMBER 30, 2006



CONCERTO PRODUCTION !!

ISLAMIC REPUBLIC PROXI

TORONTO CONNECTION!

SAEED SIAMI

LINKS

Google News

Edit-Me

Edit-Me

PREVIOUS POSTS

...  ...

---  ...

...  ...

...  ...

)  ...

...

-  ...

...  ...

...  ...

ARCHIVES

September 2006

October 2006

November 2006

December 2006

January 2007

MONEY
LAUNDERING

POSTED BY EFSHAWEBLOG AT 1:05 AM   1 COMMENTS

FRIDAY, SEPTEMBER 29, 2006



Hooshang Amirahmadi

Islamic Republic-VEVAK'S AGENT-carrying the title
of
PROFFESOR phd-this guy is a paid agent of islamic
republic to
simply lobby its policies in congress and through
academic enteties.
he has managed to peddle its mlssions through
corrupted congressmen
and other law makers! (landing in different un
detectible fashions is one of the ways he used).
islamic Republic has bought him a seat (not many
people know this-but any rich individual
can buy a seat for hefty prices and to be passed off
as a professor in any university)
at the state university of new Jersey (center for

February 2007

March 2007

April 2007

May 2007

June 2007

July 2007

August 2007

January 2008

*middle [illegible] [illegible]ady).*

*this traitor has been in [illegible] for atleast 20 years.*
*He comes and goes to IRAN and have [illegible] with*
*top mullahs like [illegible]*

*here is his contact info-in case [illegible] wants to give him piece of his/her [illegible]*

Contact Information
Office: Edward J. Bloustein School of Planning & Public Policy, 33 Livingston Ave., Suite 302
Phone: (732) 445-8444
Fax: (732) 445-8446
Cell: (609) 509-2999
E-mail: hooshang@amirahmadi.com

POSTED BY EFSHAWEBLOG AT 1:09 AM 0 COMMENTS

THURSDAY, SEPTEMBER 28, 2006

## NOOSH AFARIN

This 62 years old TRAMP - has slept with

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006

so many low lives (including small time
drug peddlers and music video makers).
( it makes your head spin!!!)

## NOOSH AFARIN has slept with ROJEH (from the disimated group the BOYZ)-Farzad Mohebi the so called music video maker

Recently (Sept.28th,2006) in an interview
with
the MARKAZI TV (satellite TV out of san
jose-California)
in response to the host's brilliant question
(how do you think a
reponsible singer should react to the fact
that millions of Iranians
were forced to scape Iran in fear of
presecution,including and in particular
singers) responds:
Well,before the revolution we (singers)
had hard time!!
nobody were concerns about our needs!!
And we did not get the respect we
(singers) deserved!

## This tramp,evades the question and clearly lies about the past in hope of avoiding islamic republic's presecutions on her next secret trips to IRAN (from dubai).

They owe their fame and success to
everything that were p rovided to them
during the imperial Iron-Lare king of Iran
Mohamaderza pahlavi-
they have no shame-they look to your eyes
and lie!!

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006



WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006



*General Mehdi Rahimi, 1979. The breavest General ever.*

*Ibrahim Yazdi, USA trained, British agent, cuts the late general
Mehdi Rahimi's arms before executing him.*

*In the picture above the late general's amputated left arm is
resting on his body. (notice that the general's left wrist is
missing from his left arm).*

*His amputated right arm is resting alongside of his body. (notice
the lower part of his right hand is also missing).*

# EBRAHIM YAZDI: A CRIMINAL

## Take good look at a serial killer

This bastard is a cold blooded criminal responsible
for execution of hundreds of truly honest-hard
working Army's officers and generals back in 1979
so called revolution.
He was KHOMEINI'S (may his soul burns in hell for
ever) foreign minister.

Amazingly he is a dual citizen of U.S. and Islamic
Republic (this is not allowed by mullahs)
he is a double agent-working for islamic republic
and C.I.A. for the past 27+ years.
Before the Amrican/British coupe in IRAN in 1979-
EBRAHIM YAZDI proudly admits-he had been
spending years at PLO training camps.

EBRAHIM YAZDI (remember his ugly face) is
personally responsible for execution of
late General Mehdi Rahimi (a kind-brave man-god
bless his soul) and cutting off his right hand

**with a hack.**

LOG ON TO THE FOLLOWING VIDEO LINKS & watch
the tribunal:

http://www.youtube.com/watch?v=CuP-F9Jssj0&mode=related
&search=

http://www.youtube.com/watch?v=WpLGZy75Ars&mode=related
&search=

http://www.baiyanne.com/Abbas.idom....

**This worm's last known (** *05/17/2001* **) Born Sep 1931**
home address in Houston, Texas is:

EBRAHIM YAZDI

9406 CRANLEIGH CT

HOUSTON, TX 77096

POSTED BY EFSHAWEBLOG AT 3:05 PM    0 COMMENTS

SUNDAY, SEPTEMBER 24, 2006





Sheik Hassan Nasrallah

# CELEBRATES VICTORY
# !!!!



Court Gesture-
Islamic Republic's
PROXY
DEAD
VICTORY!!

AS HE WAS HIDING
UNDER NEATH
WOMEN'S VEIL ALL THE
TIME!!



If you are willing to sell your soul-pride-manhood and
yes-YOUR COUNTRY!


# INTRODUCING:

# SPINELESS-NUM SCULL-FREE

# LOADER-LOWEST FORM OF LIVES-STATELESS-TRAITORS

## Ladies & Gentlemen: IRANIAN SINGERS-POETS-ACTORS!!

- THESE low lives were practically chased out of IRAN-in fear of presecution, imprisonment and even executions.

  They are banned by Islamic Republic-PERIOD.

  What do you think they would do to voice their oppositions
  when they get to the U.S. and other countries (where they can stand up for their rights and use the U.S. and stage to let the world know about-executions-stoning-tortures.....)

  ·

- They do nothing! NONE of the old-girl
  Not only they take the 100% passive attitudes-most turn into puppets of ISLAMIC REPUBLIC-go to DUBAY and sing at clubs
  run by **VEVAK'S agents disguised as club owners-carpet sellers** ....

- # EBI

  A disgusting figure of em all- Few years back-Refuses

to sing the famouse song "EVER LASTING PERSIAN GULF" or " KHALIJEH HAMISHEGI FARS" -
on the stage in DUBAY to the amazment of cheering people- SAYING THIS: OUT OF RESPECT FOR THE HOSTING GOVERNMENT OF DUBAY & the GRAND SHEIKH -I WILL NOT SING THIS SONG BECAUSE THIS GOVERNMENT DOES NOT RECOGNIZE THE PERSIAN GULF!!!!

And there after, needless to say, he starts collecting $25,000 to $55,000 fees for each and every appearance in DUBAY and other European countries.

He is a MULTI MILLIONAIR now-with multiple palace like houses around the word-including SPAIN which he gets to live it up with his new young iranian wife!

Not a bad reward-if you are willing to sell your soul-pride-manhood and yes-YOUR COUNTRY!

POSTED BY EFSHAWEBLOG AT 6:27 PM   0 COMMENTS

SATURDAY, SEPTEMBER 23, 2006



# HAMID SHABKHIZ (ITN) & ISLAMIC REPUBLIC'S MEDIA AND SATELLITE TVs IN THE U.S.

As if it is not enough to constantly brain
wash people inside of IRAN-Islamic
Republic has longed moved outside of
borders to own and control number of
Iranian SATELLITE broadcasters.

Most of these SATELLITE TVs claim to be
NON-POLITICAL and solely created
for the purpose of entertaining people
inside as well as outside IRAN boarders!

TVs such as iTN by Notorious
" **HAIMD SHABKHIZ**" for instance which is
practically owned
and directed by Isalmic Republic's VEVAK
(Ministery Of Information).
One does not need to have inside
information to realize that this guy is an
agent
for the brutal regime of Islamic Republic.
He keeps claiming to be NON POLITICAL
& NON RELIGIOUS-hence justifying his
looking the other way and ignoring to
aknowledge or address mountains of
social and economical injustice inflicted
on Iranian as a nation by brutal regime of
islamic republic.

Social injustice such as torture and
executions and prison terms for those
who
even dare to think about voicing their
resentments on basic issues, like
inflation, rising prices, corrupt
officials...etc..etc.

As for economic disasters; suffice to say

that for 28 years now-the entire OIL
INDUSTRY-ALL MAJOR PORTS-(IMPORTING
LEGAL AND ILLEGAL GOODS)
AND DRUG TRAFFICING!!
So you can clearly see that the major
flow of petro and drug dollors simply
funnel into Mullahs and revolutionary
guards,
rests sent to terrists groups such az
hezbolah and islamic centers around the
world specially in the U.S. (BONYAD-E-
IMAN by Hassan Namazikhah and SALLAM
TV By mullah Hedayati-just to name aa
few).

It is funny that HAMID SHABKHIZ's (Non
political NON religious) TV
never misses announcing special islamic
days and months (such az Ramazan)
or even recently starting a full fledge
FUND RAISING campaign on his TV
to raise money for "Poor Hezbalah" who
have lost their homes and lives in the
recent war in lebenon!!

**It is worth while to know that Hamid
Shabkhiz is involved in the ring of
HUMAN SMUGLING (Young women In
particular) & PROSTITUTION which is
operated and directed by Islamic
Republic revolutionary Corp.'s
Inteligence Division-in the Country of
DUBAY.**

**Shabkhiz also uses The retail outlet "
DAY TO DAY" as one of the fronts for
solicitation of Young Iranian Prostitutes**

to arab sheikhs-(after mid night hours
operation-burning mid night oil!)

**HOJATI (HOJI JOON) and MAHNAZ
PAKRAVAN are also involved
hence they spend almost 6 months a
year in DUBAY.**

Dont miss the future articles on other satellite TV
owners in the US working
as Islamic Republic's agents!

Web Site Counter

POSTED BY EFSHAWEBLOG AT 4:25 PM    1 COMMENTS

ANJOMAN-E-PADESHAHI

anjomane-pade-shahi.org

This is a truly FANTASTIC website-
expertly researched and put together.
ANJOMAN-E-PADESHAHI's website is in
FARSI language.

For all those (Iranians in particular) who
are interested in exploring the true
IRAN-her CULTURE-GLORIOUS PAST-
HISTORY and moreover an entire analysis

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006

of **ISLAM** and its **DEVESTATING** effects
and its questionable nature-it is strongly
recommended to

log on and check out this NEW
EDUCATIONAL WEBSITE.

POSTED BY EFSHAWEBLOG AT 11:30 AM   0 COMMENTS

FRIDAY, SEPTEMBER 22, 2006

# ISLAMIC REPUBLIC MUST BE DESTROYED

This brutal regime which was
eased into power under the
pretext of REVOLUTION
in 1979 by help of **Jimmy
Carter** and cooperation of
number of European
countries
in particular ENGLAND &
FRANCE-has kept distruct
from the begining.

The idea of ISLAMIC REPUBLIC
in the most NON MUSLIM-NON
ARAB country
in the region would never
materialize.

# ISLAMIC REPUBLIC MURDER

**INC.** would have been thrown
into the garbage
of the history in a few
months after its imposition
by Jimmy Carter,
had not it been for European
Union, Russia and some
factions in the U.S
government (such as the
corrupted **Senator NEY** -
**Zbigniew Brzezinski**
and host of other corrupted elements
(Including Media,such as **CNN** which is
controled and pay rolled by Islamic
Republic) within the U.S. government.

1400 hundreds ago-Imperial Iran
(Persian EMPIRE) was invaded by
BARBAR and un-civilized ARABS
(fathers of so called people in Saudi
Arabia),they came with sword
and tried imposing the backward
religion called Islam (creation of a
SALMAN FARSI
a genious,persian turned against his
own country whom coached an
uneducated. sex crazed,mentally sick
sand man called MOHAMAD).

IRANIANS fought all through history to
keep their persian heritage and they
did-The language stayed the same
(FARSI) unlike other nations such as
egyptians and syrians who turned
ARABS and adopted the arabic

language.

Fighting with arabs and resisting their
backward religion "islam" which was
continualy peddled by force and
violence has been going on for 1400
years now. Some Iranians supposedly
accepted islam to save their lives–but
heavy
resistance have been documented
through out IRAN and many cities, such
as ES-TAKHR in which thousands of
IRANIANS were killed by BARBAR arabs
in a matter of months simply because
they resistance and not accepting the
ISLAM!

This war still rages and this time
IRANIANS intend to up-root the
ISLAMIC REPUBLIC and trash what it it
stands for...ISLAM...for ever....

POSTED BY EFSHAWEBLOG AT 8:05 PM   0 COMMENTS





# Mohammad Sadegh Namazikhah

## Founder and President of the Iranian Muslim Association of North America.

**BONYAD-E-IMAN (http://www.iman.org)**

3376 Motor Avenue
Los Angeles California 90034

He is not only a supporter of Islamic republic
but also works in many different of
VEVAK agents in the U.S. and as they do
fund raising to huge scale from a lot
of questionable activities serving the islamic
republic.

**After BAM disaster (earthquake) his organization raised**

**close to $500,000 which all vanished and non was sent or used to benefit the victims of bam earthquake**
**which directed a lot of attention from the un suspected public to his shady activities.**

one of Mr. Namazikhah close associates is an
other man, Dr. Mike (Khosro) MirAhmadi
with close ties to Islamic republic Regime!

POSTED BY EFSHAWEBLOG AT 1:43 PM   0 COMMENTS

# GOOGOOSH

## FAEGHEH ATASHIN
## 3731 PASEO PRIMARIO
## CALABASAS, CA 91302

**MAYBE AFTER READING THIS YOU WILL THINK TWICE ABOUT SPENDING YOUR HARD EARNED MONEY ON HER CONCERTS!!**



WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006





The life of this high class accept
(whore) woman
has been tangled with corruptions
and controversial relationships,all
her life.
Most if not all of her lovers (or men
whom she has slept with) have
been involved in criminal
activities.

**Mahmoud Ghorbani**: An un-
educated ,low IQ common
thief,mostly invloved in financial
crimes,counterfiet checks and
drug dealing.

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006

## MASOUD KIMIAE

The latest one: MASOUD KIMIAE A
Movie Director and a VEVEK
agents (islamic republic
ministry of intaligence) a close
freind of SAEED EMAMI (second
man in command in VEVAK-
Vezarateh Etelata) who was
murdered by islamic republic's
agents internal numbers.

GOOGOOSH currently sleeps with
other low profile
theives,however,unlike
what she claaims,has maintained a
close relationship with MASOUD
KIMIAE
VEVAK agent.
GOOGOOSH is heavy drug user and
has made a fortune through her
chained concerts
sponcered (invisibly) by ISLAMIC
REPUBLIC'S VEVAK through out
the U.S. and CANADA.

Googoosh has a son
(kambiz) also a drug
addict with many arrest
records and questionable
life style to put it mildly!

## NOTE:
## GOOGOOSH has been
## sleeping with the former
## revolutionary guard
## MEHRDAD ASEMANI
## (rumor has it that he has

been mentally sick
due to an explosion's
sonic wave-during the
iran/iraq war)
GOOGOOSH relationship
with MEHRDAD has
turned sour,ever since
Mehrdad found Googoosh
In bed with an
associates.

Googoosh NEW MULTI
MILLION DOLLARS
MANSION
on the hills of
CALABASAS!

FAEGHEH ATASHIN
3731 PASEO PRIMARIO
CALABASAS, CA 91302

POSTED BY EFSHAWEBLOG AT 4:40 AM   0 COMMENTS

# ANOOSHEH ANSARI- TIES WITH CRIMINAL REGIME OF ISLAMIC REPUBLIC

Questioanable Multi billionair tied to hated regime of islamic Republic

Her real last name is RAIESIAN (maiden name)
she is not an " *astronaut* "neither has any education in aviation. She just had $20,000,000 extra laying around (NOT A PENNY GOES TO POORS & NEEDY HOMLESS PEOPLE OR STREET CHILDREN IN IRAN !) to give to mob controled russian space agency to take a trip to the moon!!!
just like taking an expensive cab!

Bio:

Career: Co-founder and chief executive of telecom technologies inc., a maker of software for switching signals on phone

networks in the Dallas suburb of Richardson, Texas. **(of which Islamic republic invisible hands as major share holders and financier was later became evident)**Company was sold in 2000 to Sonus Networks Inc., which says it paid $552.6 million in Sonus stock!!!!!!!

Family: Lives in Plano with husband, Hamid (ANSARI-with strong ties to Islamic republic of Occupied Iran) who supposedly co-founded the Ansari companies. No children.

**Mrs. (Ansari) had an almost two hours interview before taking off to the moon, with,**

suprise! yes you guessed it! Islamic Republic, government owned TV stations!

Do not get carried away, Anousheh Ansari (raisian) is just an other pupet of Criminal regime of islamic republic-just like the PHONEY: SHIRIN EBADI ( who was given the nobel peace prize by EUROPEAN COMMUNITY in a staged ceremony-who immediatelly kept silence and looked the other way-ignoring constant tortures and executions of man and women In IRAN by criminal regime of ISLAMIC REPUBLIC).



# 70,000,000 IRANIANS HATE ISLAMIC REPUBLIC AND PRISONED INSIDE OCCUPIED COUNTRY

SUPPORTERS OF THIS CORRUPT AND
CRIMINAL REGIME:

MOST EUROPEAN COUNTRIES
RUSIA
CHINA

SOME CORRUPT FACTIONS IN U.S.

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006

## GOVERNMENT (REP. & DEMOCRATS)

PARTIAL LISING OF ISLAMIC REPUBLICS
PAID AGENTS IN THE USA (INFILTRATED IN
ACADEMIC ENTERSS SUCH AS BERRY-
HOPKINS-HARVARD-STANA-PRINCTON-ES
UNIVERSITIES):

TRITA PARSI

VALI NASR

HOSEIN NASR

RAY TAKEYH

REZA ASLAN

ABAS MILANI

AHMAD KARIMI HAKAK

SHIRIN EBADI

CORRUPTED INDIVIDUAL IN
ENTERTAINMENT FIELD ON THE PAY ROLL
OF ISLAMIC REPUBLLIC (most iranian
singers fall into this category-despite
being banned inside of Iran and not being
allowed to live in Iran-they have become
passively supporters of criminal regime of
ISLAMIC REPUBLLIC!)

partial listing:

EBI (singer)

GOOGOOSH (singer)

MASOUD FARDMANESH (song writter)

AREF AREFKIA (singer)

SHAHRAM SOLATI (singer)

HASAN SHOJAYEE (singer)

AMIR RASAEI (singer)

ALIREZA AMIRGHASEMI (TAPESH TV)
HAMID SHABKHIZ (IRAN TV NETWORK)

POSTED BY EFSHAWEBLOG AT 6:38 AM    0 COMMENTS

WEDNESDAY, SEPTEMBER 20, 2006

**ISLAMIC REPUBLIC**
**:TRITA PARSI**
**VALI NASR**
**MOHSEN SAZEGARA**
**RAY TAKEYH**
**VEVAK: Disinformation, Inc.**



ISLAMIC REPUBLIC PAID AGENTS IN THE U.S. :

**TRITA PARSI**
**VALI NASR**
**MOHSEN SAZEGARA**
**RAY TAKEYH**

Professor Daniel M. Zucker - 9/17/2006

For the past twenty-seven years, we in the West, especially
in the United States, have been on the receiving end of a
very, very sophisticated campaign of disinformation dished
out by the Islamic Republic of Irans Ministry of Intelligence
and Security (MOIS), or in Farsi / Vezarat-e Ettela at va
Amniat-e Keshvar (VEVAK). VEVAK learned its methodology
from the Soviet KGB and many of the Islamist revolutionaries

WHO WORKS FOR ISLAMIC REPUBLIC? $ WE REMOVE THE MASKS!: September 2006

who supported Ayatollah Ruhollah Khomeini actually studied
at Moscows Patrice Lumumba Friendship University, the
Oxford of terrorism. Documented Iranian alumni include the
current Supreme Leader =the faqih=Ayatollah Ali KhameneM,
under whose Velayat-e Faqih (Rule of the Islamic
Jurisprudent) apparatus it has traditionally operated. Its
current head is Cabinet Minister Hojatoleslam Gholam-
Hussein Mohseni-Ezhei, a graduate of Qoms Haqqani School,
noted for its extremist position advocating violence against
enemies and strict clerical control of society and
government. The Ministry is very well funded and its charge,
like that of the Islamic Revolutionary Guards Corps=the
Pasdaran=is to guard the revolutionary Islamic Iranian regime
at all costs and under all contingencies.

From the KGB playbook, VEVAK learned the art of
disinformation. Its not so difficult to learn: tell the truth 80%
of the time and lie 20%. Depending on how well a VEVAK
agent wants to cover his/her tracks, the ratio may go up to
90/10, but it never drops below the 80/20 mark as such
would risk suspicion and possible detection. The regime in
Teheran has gone to great lengths to place its agents in
locations around the world. Many of these operatives have
been educated in the West, including the U.K. and the United
States. Iranian government agencies such as embassies,
consulates, Islamic cultural centers, and airline offices
regularly provide cover for the work of VEVAK agents who
dress well and are clean shaven, and move comfortably
within our society. In this country, because of the severance
of diplomatic relations, the principal site of VEVAK activities
begins at the offices of Irans Permanent Mission to the UN in
New York.

Teheran has worked diligently to place its operatives in
important think tanks and government agencies in the West.
Some of its personnel have been recruited while in prison
through torture or more often through bribery, or a

combination of both. Others are Islamist revolutionaries that
have been set up to look like dissidents–often having been
arrested and imprisoned, but released for {medical
reasons⌷. The clue to detecting the fake {dissident⌷ is to
read carefully what he/she writes, and to ask why this vocal
{dissident⌷ was released from prison when other real
dissidents have not been released, indeed have been
grievously tortured and executed. Other agents have been
placed in this country for over twenty-five years to slowly go
through the system and rise to positions of academic
prominence due to their knowledge of Farsi and Shia Islam or
Islamist fundamentalism.

One of the usual tactics of VEVAK is to co-opt academia to its
purposes. Using various forms of bribery, academics are
bought to defend the Islamic Republic or slander its enemies.
Another method is to assign bright students to train for
academic posts as specialists in Iranian or Middle East affairs.
Once established, such individuals are often consulted by our
government as it tries to get a better idea of how it should
deal with Iran. These academics then are in a position to
skew the information, suggesting the utility of extended
dialogue and negotiation, or the danger and futility of
confronting a strong Iran or its proxies such as Hizballah
(Hezbollah). These academics serve to shield the regime from
an aggressive American or Western policy, and thereby buy
more time for the regime to attain its goals, especially in
regards to its nuclear weaponry and missile programs.

MOIS likes to use the media, especially electronic media, to
its advantage. One of VEVAKs favorite tricks is setting up web
sites that look like they are opposition sites but which are
actually controlled by the regime. These sites often will be
multilingual, including Farsi, German, Arabic French, and
English. Some are crafted carefully and are very subtle in
how they skew their information (e.g., Iran-Interlink, set up
and run by Massoud Khodabandeh and his wife Ann Singleton

from Leeds, England); others are less subtle, simply providing the regimes point of view on facts and events in the news (e.g., www.mujahedeen.com or www.mojahedin.ws). This latter group is aimed at the more gullible in our open society and unfortunately such a market exists. However, if one begins to do ones homework, asking careful questions, the material on these fake sites generally does not add up.

Lets examine a few examples of VEVAKs work in the United States. In late October, 2005, VEVAK sent three of its agents to Washington to stage a press event in which the principal Iranian resistance movement, the Mojahedin-e Khalq (MeK), was to be slandered. Veteran VEVAK agent Karim Haqi flew from Amsterdam to Canada where he was joined by VEVAKs Ottawa agents Amir-Hossein Kord Rostami and Mahin (Parvin-Mahrokh) Haji, and the three flew from Toronto to Washington. Fortunately the resistance had been tracking these three, informed the FBI of their presence in Washington, and when the three tried to hold a press conference, the resistance had people assigned to ask pointed questions of them so that they ended the interview prematurely and fled back to Canada.

Abolghasem Bayyenet is a member of the Iranian government. He serves as a trade expert for the Ministry of Commerce. But his background of study and service in the Foreign Ministry indicates that Bayyenet is more than just an economist or a suave and savvy businessman. In an article published in Global Politician on April 23, 2006, entitled [Is Regime Change Possible in Iran?◼, Bayyenet leads his audience to think that he is a neutral observer, concerned lest the United States make an error in its assessment of Iran similar to the errors of intelligence and judgment that led to our 2003 invasion of Iraq, with its less than successful outcome. However, his carefully crafted bottom line is that the people of Iran are not going to support regime change and that hardliner President Mahmoud Ahmadinejad actually

has achieved greater popularity than his predecessors because of his concern for the problems of the poor and his fight for economic and social justice. To the naive, Bayyenet makes Ahmadinejad sound positively saintly. Conveniently overlooked is the occurrence of over four thousand acts of protest, strikes, anti-regime rallies, riots, and even political assassinations by the people of Iran against the government in the year since Ahmadinejad assumed office. So too, the following facts are ignored: the sizeable flight of capital, the increase in unemployment, and the rising two-figure rate of inflation, all within this last year. Bayyenet is a regime apologist, and when one is familiar with the facts, his arguments ring very hollow. However, his English skills are excellent, and so the naive might be beguiled by his commentary.

**Mohsen Sazegara**

is VEVAKs [reformed revolutionary]. A student supporter of Khomeini before the 1979 revolution, Sazegara joined the [imam] on his return from exile and served in the government for a decade before supposedly growing disillusioned.

He formed several reformist newspapers but ran afoul of the hardliners in 2003 and was arrested and imprisoned by VEVAK. Following [hunger strikes], Sazegara was released for health reasons and permitted to seek treatment abroad. Although critical of the government and particularly of Ahmadinejad and KhameneM, Sazegara is yet more critical of opposition groups, leaving the impression that he favors internal regime change but sees no one to lead such a movement for the foreseeable future. His bottom line: no one is capable of doing what needs to be done, so we must bide our time. Very slick, but his shadow shows his likely remaining ties to the MOIS.

**Trita Parsi**

is another individual that serves the purposes of VEVAK.
Claiming to be an exiled dissident by way of years spent in
Sweden, Dr. Parsi managed to serve as foreign affairs advisor
to Ohios Congressman Bob Ney before going on to Johns
Hopkins University for a PhD in International Relations.
Formerly the director of the American-Iranian Council, and
now the president of the National Iranian-American Council,
Trita Parsis task is to convince the United States that it is a
mistake to consider military options or even regime change as
a means of dealing with the Iranian nuclear threat. Parsi
criticizes the US support of Israel and consistently says that
dialogue with Iran is the only way to solve the crisis. Parsi
also bends the truth over Iranian acts of conciliation towards
the US, attempting to make Teheran appear [misunderstood]
by the current administration. Trita Parsi serves the regimes
interests as a consistent advocate of a policy of
appeasement. That seems to be a strange attitude for a
dissident to hold.

Smooth as glass is Dr. **Vali Nasr, aka Dr. Sayeed Vali Reza
Nasr,** a professor at the Naval Postgraduate School in
Monterey, California, and the hottest commodity on the Iran
commentators circuit today. Born in Iran, to the Iranian-
American scholar Professor Sayeed Hossein Nasr with whom
he has authored several classics on Shia doctrine and
philosophy, Vali Nasr was reared in Scotland and the United
States following the familys departure from Iran in 1979.
Nasrs perpetual manta suggests that Iran and her Lebanese
proxy Hizballah are too strong to oppose and so it is
necessary for the United States and its allies to negotiate
with both. In article after article, and repeated testimony
before Congressional committees and the White House, Nasr
beats the same drum: Iran is already too powerful for the
U.S. to oppose because of its control of Iraq through the Shia
militias and Lebanon through Hizballah; it would be better
for this country to come to an accommodation with the
current regime. It may be that Nasr has no connection to

VEVAK, but it is curious as to why he never wavers from suggesting accommodation with a regime that caused his familys emigration from its homeland.

Unfortunately our (U.S) intelligence system has been in shambles ever since a massive CIA foul-up in 1989 resulted in the destruction of our espionage network in Iran. On the other hand, the Islamic Republic of Iran has been busy since day one of its existence in planting its agents in strategic locations here and around the world. It is hoped that this brief essay sheds enough light on the subject that those who are charged with protecting our nations security begin to take appropriate notice and action.

PS: Examination of the financial records, here and abroad, of the figures mentioned above, as well as telephone and internet logs might prove very interesting to the CIA, DIA, and FBI, as well as the Treasury Department, although most VEVAK operatives are very good at covering their tracks. Professor Daniel M. Zucker is a Chairman of Americans for Democracy in the Middle-East.

POSTED BY EFSHAWEBLOG AT 7:17 PM    0 COMMENTS