# EXHIBIT GGG



November 17, 2010

**HOME**

**About Iran**

**About SMCCDI**
Who We Are
Charter
Declaration
History
Join the Movement
Support the Movement
Contact the Movement

**Public Statements**

**Urgent Actions**

**Demonstrations**

**Feedback**
Official Feedback
Supporters Feedback

**Information Services**
SMCCDI News
Fax & Documents
Interesting Articles
Current News & Articles

**Photo Gallery**

**Audio & Video**

**Flash Movies & Clips**

**Your Contribution**

**Useful Contacts**

**Interesting Links**

**Support Book**

## URGENT ACTIONS

🔊 Iranian National Anthem

I

**Participate in "February 1st" rallies against Islamo-Fachism**
SMCCDI (Urgent Action)
Jan 24, 2006

Dear Iranians, Dear Americans, Dear Iranian-Americans, Dear Freedom Lovers,

**Most Middle-Easterners and Iranians have been long among the first victims of Islamo-Fachism.**

Iranians for their part have shown their deep rejection of the Islamic republic regime, at many occasions, by boycotting successive sham elections or by demonstrating, striking or some even resorting to violence at the price of their lives and due to total exasperation. Iranians in their vast majority have turned their backs to the totality of the theocratic regime and the degree of popular rejection is to the point that even some absconded former officials, living now in exile, are not trusted by the masses.

**No one, except a few demagogues located mainly abroad, can claim anymore that the Islamic republic regime has any kind of popularity or legitimacy.** The main reasons that this antiquated system of governance is still standing in power is due to the use of force, a lack of real commitment from the world to support Iranians for the choice of a clean and clear secular political frame, and the lack of a trusted unified opposition abroad.

Americans and Europeans who were standing idle in front of the rise of Islamo-faschism have started to realize its real dangers and threats posed to the world. This awareness of the western world came to fruition as a result of an increase of the Islamist terrorism in the world, beginning with the tragedy of September 11, 2000, and attacks made in Bali, Madrid, London and elsewhere.

Europeans who were known for their apathy due to closing their eyes and making deals with tyrannical and terrorist regime's, such as the Islamic republic, are now suddenly waking up and understanding Mao-Tse-Toung's maybe only valid claim that "Colonial Powers would sell the cord which can be use to hang themselves".

The latest comments made by Jacques Chirac, the French President, on the "readiness of France to use any type of conventional or non-conventional arms against states sponsoring terrorism" can be qualified as an example of such sudden awakening and as part of its roots. It should be noted that Chirac himself was involved, in early 90s, in freeing terrorists in exchange for the Islamic Republic's juicy oil and industrial contracts. His new stance can be qualified
as a positive step while Iranians will always remember how Chirac's Administration freed the Islamist terrorists who were involved in the murder of the late Dr. Shahpoor Bakhtiar and several other dissidents.

The US for its part has been a relatively more trusted ally of the Iranian people and less involved in deal-making with the Islamic Republic. However, **lobbyist groups and infamous apologists of the clerical regime** (such as Hooshang Amir-Ahmadi and Mehranguiz Kar of the self called "American Iranian Council" (AIC), Titra Parsi of the self proclaimed "National Iranian American Council" (NIAC), and the worst of all, Shirin Ebadi who is the opportunist Noble Peace Prize recipient) **are looking to legitimize the Islamic regime** by calling for the

**SUPPORT SMCCDI**

SMCCDI Needs your Financial Donation via the well know Paypal for the continuation of its operations.



**Why Support SMCCDI?**
**Click HERE**

---

**Latest From the Movement**

**Public Statement**
Mistake made in a "Ken Timmerman" article about the Movement

-- -- --

**Urgent Action**
-- -- -- --

**Demonstration**
-- -- -- --

**News**
"Persian Gulf-Google Protest" Petition passes the level of half million endorsements

Bush sends message to Iranians and warning to their oppressors

Gas shortage leads to clashes in nothern Iran

Meetings between Larijani and Sarkozy in Egypt

---

**Time**

establishment of relations between Washington and Tehran.

Helped by some so-called American Liberal circles and part of the media, they're intending to resume what was left of their immoral agenda with the victory of the Bush Administration in 2000. The possibility of sanctions against the regime has even boosted their activities and forced them to show their true intentions of trying to save the Islamic Republic.

**It's in reaction to such an immoral and illegitimate agenda that we must all mobilize** as it is this agenda which is trying to put a lid on the real aspiration of Iranians for total democratic regime change in Iran and an end to the life of the Islamic regime via the careful use of the current open window of international attention.

**We must use any possible occasion to echo the outcry of Iranian people and all those rejecting Islamo-Faschism** by calling for an end of theocratic rule in Iran!!! **Any option, other than military, must be supported** and used for freeing Iran and Iranians from the yoke of tyranny and terror!

In that line **we must participate in any American or European groups' actions which are targeting the root of our misery**, no matter what other internal or additional agenda these groups might have!!

<u>Our agenda is clear!!!</u>

**We want an end to the totality of the Islamic regime by staying on our principle** that such a change should be only for **bringing down the Islamic Republic regime by the hands of Iranians only and without endorsing any military action!!!**

<u>This can be achieved</u> by boycotting the Islamic regime's oil, by freezing Iran's assets and those of the regime's leaders which were looted on the back of Iranians, and by helping genuine and trusted Iranian opponents (not the usual mistrusted old horses and opportunists) to step in and create a unified, trusted platform that can respond to the aspirations of this huge mass which is the younger generation of Iran.

Dear Iranians, Dear Americans, Dear Iranian-Americans, Dear Freedom Lovers,

**The time has come that we must move forward** and use all our power and every open window of opportunity while staying true to our principles!

A group named **"United American Committee" (UAC)** has scheduled a major and nationwide rally in the USA. The major motif of the action is to **"Protest against Islamo-Facshism"** and it is to take place on **"February 1, 2006"**, in some major American cities. The group's charter is stating that UAC's goal is "to promote awareness of threats which face America from within its very own borders, primarily focusing on Islamic extremism in America." It is adding that the movement is intended "to promote citizen involvement in national security issues, and to awaken Washington on the issue of Islamic extremism."

While the UAC's stated goal might seem to some as having the purpose of an internal American debate or some right-wing agenda, in reality, no one can claim that Islamo-Faschism is not a real threat and source of tyranny and terror. That's why we're calling on each of you to seize the occasion and **participate in some of the following UAC's demonstrations of "February 1st"** that we do co-sponsor hereby.

These co-sponsored rallies, where we'll be also present, are as follows:

1) CALIFORNIA:
Los Angeles, In front of the federal Building, located at 11000 Wilshire Boulevard
Time: 4:30 PM to 6:00 PM

2) NEW YORK:
New York City, at the World Trade Center - Ground Zero
Time: 1:00 PM

3) TEXAS:
- Dallas (Addison), at the Intersection of Beltline and Addison
Time: 4:30PM
- Houston, at the Tranquility Park located between Walker and Rusk Sts
Time: 12:00 PM

**Remember that your participation** would"t mean the acceptance of any group's total agenda, but it would be a **clear show of support for the call to oppose Islamo-faschism and the Iranians' aspiration for the peaceful liberation of Iran!!**

In that line, the SMCCDI anf the INSP (Iran's National Secular Party) are participating in some of the **February 1st rallies against Islamo-Faschism**. Our members and supporters will also be carrying placards stating **"End the Islamic Republic in Iran!"**, **"No to Theocracy, Yes to Secular Democracy!"**, **"Democratic Regime Change in Iran!"**, **"Respect Iran's Territorial Integrity"**, **"Down with Islamo-Faschism"**.

We will also carry **Iran's only legitimate flag** which is the "Lion & Sun", which has been banned by the clerical regime!! May it be raised again on the Damavand pick, in all Iran's current provinces and on all the Iranian islands of the eternal Persian Gulf!

We're looking to shake the hand of each of you, **on February 1st**, and are calling on those in Europe to seize the occasion and organize the same type of action in the cities of their residence!!

Please spread this message and ask your friends, relatives and co-workers to participate as well!

United we stand!
Divided we fall!

The "Student Movement Coordination Committee for Democracy in Iran" (SMCCDI)

Email this article
Printer friendly page

Top of Page

© Copyright 2003 SMCCDI: daneshjoo.org
Maintenace by webxdesign http://www.webxdesign.com

http://daneshjoo.org/article/publish/article_3363.shtml                    11/17/2010