# EXHIBIT HHH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

TRITA PARSI and NATIONAL IRANIAN AMERICAN

COUNCIL,

                     Plaintiffs,

       vs.             No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

                     Defendant.

---

DEPOSITION OF DAIOLESLAM SEID HASSAN

Chicago, Illinois

Tuesday, December 14, 2010

Reported by:

Mary M. Flagg, RPR

JOB NO. 4775

1        December 14, 2010

2            9:00 a.m.

3

4

5        Deposition of DAIOLESLAM SEID HASSAN,

6   held at the offices of Sidley Austin, LLP, One South

7   Dearborn Street, Chicago, Illinois, pursuant to Notice

8   and Agreement, before Mary M. Flagg, a Notary Public of

9   the State of Illinois.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 3

```
1    A P P E A R A N C E S:

2    PISHEVAR & ASSOCIATES, P.C.
     Attorneys for Plaintiffs
3       Jefferson Plaza, Suite 316
        600 East Jefferson Street
4       Rockville, MD 20852
     BY: ADRIAN V. NELSON, II, ESQ.
5       A.P. PISHEVAR, ESQ.
        E-mail: Anelson@pishevarlegal.com
6
     SIDLEY AUSTIN LLP
7    Attorneys for Defendant
        One South Dearborn Street
8       Chicago, Illinois 60603
     BY: TIMOTHY E. KAPSHANDY, ESQ.
9       ERIC GALVEZ, ESQ.
        tkapshandy@sidley.com
10      megalvez@sidley.com

11   ALSO PRESENT:   LARRY HITZ, LVS, Videographer
                     larry@toplegalvideoservices.com
12
                     DR. TRITA PARSI.
13

14

15

16

17

18

19

20

21

22

23

24
```

1                   I N D E X
2
3    Testimony of                          Page
4    Daioleslam Seid Hassan
5    By Mr. Nelson                           6
6
7    EXHIBITS   DESCRIPTION
8      1       Notice of Deposition          5
9      2       Complaint                   134
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1    MR. NELSON:  Would you mark this as Plaintiff's
2  Exhibit Number 1.
3                    (Whereupon, Plaintiff's Exhibit
4                     Number 1, notice of deposition,
5                     was marked for identification.)
6    THE VIDEOGRAPHER:  Good morning.  This is the start
7  of tape labeled number one of the videotaped deposition
8  of Hassan Daioleslam, case number 08 CV 00705 entitled
9  Parsi et al. versus Hassan et al. in the United States
10 District Court for the District of Columbia.
11          Today is December 14, 2010.  The approximate
12 time is 8:57 a.m. Chicago.  The location is One North
13 Dearborn, Chicago, Illinois, 60603.
14          My name is Larry Hitz, Certified Legal Video
15 Specialist on behalf of TransPerfect Legal Solutions, 216
16 East 45th Street, 9th floor, New York, New York, zip code
17 10017.  The court reporter is today is Mary Flagg on
18 behalf of TransPerfect.
19          Will counsel please identify themselves for the
20 record and state what party you are representing with
21 your notice.
22    MR. NELSON:  Good morning.  Adrian Nelson and Afshin
23 Pishevar on behalf of the plaintiffs NIAC and Trita
24 Parsi.

```
1      Q    And there is an opening sentence that says
2  Officially founded in 2002, NIAC is one of the Iranian
3  regime's lobby arms in the U.S."  Do you see that
4  sentence?
5      A    Yes I see it.
6      Q    What is your factual support for that
7  statement?
8      A    Which part of it?
9      Q    The whole entire first sentence.
10     A    Officially founded in 2002 we have documents to
11 show that.  "NIAC is one of the Iranian regime lobby in
12 the U.S."  Let me start it because you asked me several
13 question about that this morning.
14     Q    Let's be clear that I'm asking you about what
15 factual support you had for that statement when you wrote
16 this article and posted it on July 12, 2007.
17     A    Yes okay.  I'm explaining that.  You asked me
18 several questions about this issue, how I support that
19 Mr. Parsi is acting on behalf of the Iran regime or he's
20 lobbying activities they have been part of the Iranian
21 regime web of influence here, different terms, but at the
22 same time we come here.
23          Let me explain about that, the facts I have to
24 support that Mr. Parsi when NIAC is one of the Iranian
```

1  regime's lobby arms in the United States.  First of all,
2  when I see that based on what I have today or what then I
3  wrote that?
4      Q    When you wrote the statement?
5      A    Okay.  Then I see a governmental press in
6  Tehran prints Mr. Parsi's photo and next to it writes the
7  Iranian lobby in Washington.  So what should I conclude?
8  I will conclude that at least the lobby that Mr. Parsi is
9  doing is praised by the Iranian regime.  Or just a few
10 months before this article was published, this article
11 you are mentioning, three days after I publish my first
12 article on Mr. Parsi in NIAC in April 2007 only two days
13 later five governmental journal in Iran praise NIAC,
14 attacked me as a puppet of neo-cons and Israel and so so
15 so and one of them, Ghuds Daily, G-h-u-d-s, wrote the
16 neo-cons or neo-conservatives attack the Iranian lobby in
17 U.S., so when the governmental press in Tehran labels
18 Mr. Parsi and NIAC as the Iranian lobby in Washington and
19 criticizing my article I mean the very natural conclusion
20 that the people could have is that the Iranian regime
21 supports this lobby.  First of all.
22           Second, as I mentioned, Mr. Fath Nejad, F-a-t-h
23 N-e-j-a-d, he was the head of the Iranian intrasection in
24 Washington.  When he went back to Tehran he had the

Page 145

1  public statement.  He praised Mr. Parsi's activities and
2  asked a semi-governmental organization in Tehran to come
3  to connect to Mr. Parsi and support him.
4          So again I ask myself when an Iranian official
5  praises Mr. Parsi and demands for more support for
6  Mr. Parsi the natural conclusion that his lobby is
7  supported by the Iranians.
8          After that I see that in several occasions like
9  the grand bargain episode that the Iranian regime trusted
10 Mr. Parsi, coordinated with Mr. Parsi.  That is not -- I
11 mean something -- this is not something should be taken
12 lightly.  This regime does not even tolerate his own
13 friends if they are a little bit far from his objective.
14 How is it that this regime, this brutal regime, one of
15 the most brutal on earth is coming to support someone in
16 United States and trusts him and promotes him, ask for
17 more support to him.  That is the first thing.  So I can
18 go enumerate all of them.  I give you an example.
19     Q   I think that's actually the second thing that
20 you've identified.  You've identified already two bases
21 for your first statement.
22     A   Yes, it was the Iranian governmental support
23 through the newspapers and through the officials.
24     Q   Let me ask you a question.

1   revolutionary guards about how to solve U.S. Iran
2   relation.  It happened two, three weeks before the grand
3   bargain.  And there are many, many articles from
4   Mr. Leverette and his wife about the grand bargain
5   talking about the role.  I mean they don't hide it that
6   Mrs. Leverette was involved in supporting that grand
7   bargain and all the time she regrets why it didn't
8   happen.
9        Q    Let's look at the bottom Page 3.  The last
10  paragraph that says "State-sanctioned Iranian newspapers
11  started a campaign to promote Trita Parsi and NIAC".
12  What State-sanctioned Iranian newspapers are you
13  referring to?
14       A    Two of them.  It was first of all a newspaper
15  called Aftab, A-f-t-a-b.  Aftab website and newspaper
16  they are published by people related to Rafsanjani's
17  faction, and as I told you, they had this interview,
18  Mr. Parsi, and on top of that they had his photo with
19  Iranian lobby becomes active.  That was that.  And the
20  other one that Iranian -- the head of the Iran section
21  intrasection in Washington that defended and praised
22  Mr. Parsi.  This gentleman was also related to
23  Rafsanjani's faction.
24       Q    The next sentence says, "Pro-government

1    STATE OF ILLINOIS   )
                         )
2    COUNTY OF COOK      )

3

4              I, MARY M. FLAGG, a Registered Professional
     Reporter, within and for the State of Illinois, do hereby
5    certify:

6              That previous to the commencement of the
     examination of the witness, the witness was duly sworn to
7    testify the whole truth concerning the matters herein;

8              That the foregoing deposition was reported
     stenographically by me, was thereafter reduced to a
9    printed transcript by me, and constitutes a true record
     of the testimony given and the proceedings had;
10
               That the said deposition was taken before me
11   at the time and place specified;

12             That the signature of the witness was
     reserved.
13
               That I am not a relative or employee for
14   attorney or counsel, nor a relative or employee of such
     attorney or counsel for any of the parties hereto, nor
15   interested directly or indirectly in the outcome of this
     action.
16
               IN WITNESS WHEREOF, I do hereunto set my
17   hand at Chicago, Illinois this __ day of          2010.

18

19

20             _____
               Registered Professional Reporter
21             License No. 084-001447

22

23

24