# EXHIBIT III

  

Home | Contact Us | Download Brochure                                        [Search]

Who We Are   How We Work   Clients   Publication & Reports   Resources & Data   The Press   Events   Join Our Team   فارسی

## Our Team

Our people boast a variety of backgrounds, interests, and perspectives; at Atieh Bahar, we know that the interplay of diversity, among ourselves and with our clients, creates a vibrant environment that inspires innovation.

Atieh Bahar attracts, retains and develops the best and the brightest individuals in Iran. We believe that diversity is strength. We pride ourselves on having a variety of backgrounds, interests, and perspectives in our team. A multi-disciplinary team allows us to see a problem from a variety of angles and enriches the knowledgebase of our company. This explains why our consulting team consists of graduates in a broad range of fields, including: management, business, law, economics, international relations, languages, and engineering.

At present time about 61% of our professional staff hold an MBA, MA, MS or PhD; and 33% a BA or BS.

Roughly half of our consultants are graduates of Iranian universities and the other half have studied in Europe or North America.

### Management Team

#### Bijan Khajehpour, *CEO*

Bijan Khajehpour is the chairman and co-founder of the Atieh Group of Companies (www.atiehgroup.com), a group of strategic consulting firms based in Tehran, Iran. He is a Board Member of Qeshm Energy (www.qeshmenergy.com) a private sector energy project management company, as well as of Atieh Dadeh Pardaz (www.adpdigital.com), an IT consulting firm and Neka Telecom (www.nekatel.com), a telecom services firm. He is also the Chairman of the Board of Trustees of the Science and Arts Foundation (www.saf.ir). Throughout his consulting years, Bijan has focused on strategic consulting for Iranian and international companies and has commented on political and economic developments of Iran, especially through contributions to international conferences and reviews on Iran. Among his publications are contributions to the following books published in the US: Caspian Region, New Frontiers, Iran at Crossroads and Security in the Persian Gulf: Origins, Obstacles, and the Search for Consensus. Bijan is also an editorial board member of the Farsi Review, "Goftogu" and also a member of the International Institute of Strategic Studies. Bijan completed his graduate studies in management and economy in Germany and the UK and has completed his Doctorate of Business Administration at the International School of Management in Paris.

#### Albrecht Frischenschlager, *Director & CFO*

Dr. Albrecht Frischenschlager is a director of Atieh Bahar Consulting whose area of expertise lies in Investment and Financial Consulting. Simultaneously to his work for Atieh Bahar, Albrecht is also founder and managing director of FTZ Services Ltd., a joint venture with the three governmental Free Zone Organizations of Iran. Before coming to Iran in 1998, he had worked for commercial and investment banks in Austria, Switzerland, Russia and Azerbaijan. Dr. Frischenschlager holds a Ph.D. in transition economy and an MA in finance from the Economic University of Vienna.

#### Shahram Sadeghi, *Director of Market Intelligence Unit*

Shahram is responsible for ABC's market and sector studies which includes extensive primary research in various complex sectors. Shahram's past experience includes working as the Director of International Marketing for Wall Street based WinTrade Holding Corp, where he gained valid work experience through generating various reports and analysis and presenting them to the board. Having resided in Iran, Europe and the United States has enabled him to acquire and integrate characteristics and qualities of many diverse businesses and social environments. Mr. Sadeghi has a BS in Business Administration (focusing on International Business and Marketing) from the University of Hawaii where he graduated with high honors.

**Houman Dolatshahi,** *Director of Petroleum Intelligence Unit (PIU)*

Mr. Dolatshahi has been with Atieh Bahar for over 10 years. He heads the PIU which is primarily responsible for covering strategic insight and risk analysis in the Iranian petroleum sector. Houman and his division are in charge of Atieh Bahar's Weekly Brief, as well as many ongoing reports and analyses related to Iran's energy sector. He is fluent in Farsi, German and English. Houman has a BA in German Translation from the Azad University of Tehran and with his enthusiastic interest in the field of petroleum industry, he has pursued an ambitious personal development plan and has attended numerous management and oil and gas related courses, seminars and conferences.