# EXHIBIT JJJ



# Middle East Strategies

## Our Team

MES executive team brings a wealth of experience and expertise to the firm. Get to know our leaders.

- Ahmad Hatami Yazd
- Albrecht Frischenschlager
- Mohsen Hatami
- Mohammad Tehrani
- Hedieh Yousefizadeh
- Hassan Azizi
- Elham Beheshtitabar
- Maryam Hoorvash

### Ahmad Hatami Yazd
Chairman
a_hatami@mestrategies.com

Mr. Ahmad Hatami Yazd is the Chairman of MES. He has been Chairman and Managing Director of Bank Saderat Iran, Iran's second largest bank, from 2001 to autumn 2004. Previously, Mr. Hatami held various top positions in- and outside the Iranian banking industry, including Chairman and Managing Director of Bank Tejarat (1979), Vice President of Islamic Republic of Iran Shipping Lines (1980 – 81), Member of the Supervisory Board of European – Iranian Commercial Bank (1981 – 83, 2006 to present), Managing Director of Almakaseb General Trading Co. (1985), General Manager for crude oil exports at National Iranian Oil Company (1986 – 91), Vice President of IDRO (1993 – 1999), Director for International Affairs of the High Council of Free Trade Zones (2000), Board Member of Rena Investment Company (2000 - 2001) and Board Member of the Bank of Industries and Mines (2002). Mr. Hatami holds a BA in economics and politics from the University of Lancaster, UK (1970) and is Fellow of the Institute of Chartered Accountancy in England and Wales.

back to top

### Albrecht Frischenschlager
Chief Executive Officer (CEO)
albrecht@mestrategies.com

Mr. Frischenschlager is the founder of MES. Before coming to Iran in 1998, he had worked for commercial and investment banks in Austria, Switzerland, Russia and Azerbaijan. Mr. Frischenschlager holds a Ph.D. in transition economy and a MA in finance from the Economic University of Vienna.

back to top

### Mohsen Hatami
Board Member
m_hatami@mestrategies.com

Mr. Hatami has served in MES since January 2005. He started as a Senior Financial Analyst and Project Manager and was promoted to the position of Chief Operating Officer in 2007. In early 2008 Mr. Hatami was appointed as the Managing Director. He has been a key contributor to various financial and business advisory projects, specializing on financial analysis and valuation of industrial projects. Mr. Hatami was previously for about 4 years member and leader of telecommunication R&D teams at the Iran Telecommunication Research Center.

Iran's leading telecom knowledge base, and Iran Telecommunication Industries Company, a major telecom equipment manufacturer. Mr. Hatami received his Bachelors and Masters in Telecommunication from the University of Tehran, Iran.



**Managing Director & Board Member**

**Mr. Mohammad Tehrani** is one of the experienced and well known managers within various public and private entities. Within the past decade he has been responsible for high rank positions in National Entrepreneurship Fund (renamed to Imam Reza (PBH) Fund), financial and executive management in subsidiaries of Iran Khodro Company and Ghadir Investment Company, Shahid Beheshti University and also has held lectures in the University of Tehran Center for Entrepreneurship and advisory positions in various industrial companies. Mr. Tehrani hold a Bachelors in engineering from the University of Tehran and an MBA from Industrial Management Organization of Iran.



**Project Manager/ Senior Financial Analyst**

**Ms. Hedieh Yousefizadeh** has served in MES as Project Manager & Senior Financial Analyst since 2008. She has several years of experience in business development and financial planning. She worked as Project Manager, Operations Manager and Budget Planning Officer in various Companies. She holds an M.Sc. in "Strategic Project Management" from Heriot-Watt (U.K), MIP (Italy) and Umea Univ (Sweden) joint program, as well as an MBA from Carleton Univ. (Canada).



**Project Manager/ Senior Financial Analyst**

**Mr. Hassan Azizi** joined MES in 2007 as Project Manager and Senior Financial Analyst. He has valuable experience in financial and economic analysis and has previously served in several financial consultancy and brokerage companies. He holds a B.Sc. degree in Economics and a M.Sc. in Business Administration, both from the University of Tehran. He is student of the Association of Certified Chartered Accountants, UK at present.



**Project Manager/ Senior Financial Analyst**

**Ms. Elham Beheshtitabar** joined MES in 2008 as Financial Analyst and Project Manager. She has received her secondary education in UK, and holds a Bachelor of Science in Economics and Business Administration from Jonkoping International Business School, Sweden. She also holds a BSc in Applied Chemistry from Esfahan University, Iran.



**Administration Manager**

**Ms. Hoorvash** is the Administration Manager of MES. She joined our team in 2004 and was among the initial members of our company. Her activities also include client relationship management, marketing and human resources.

**MES** Middle East Strategies

All contents © copyright 2009 All rights reserved. | info@mestrategies.com