# EXHIBIT LLL


## Personal Details

**Name:** Malek Afzali Ardakani, Hossein
**Address:** Ministry of Health and Medical Education, Iran-Tehran
**Nationality:** Iranian
**Date of Birth:** 23 October, 1939
**Sex :** Male



## Qualification

| Date | Institution | Qualification Obtained |
|---|---|---|
| 1972-1973 | School of Public Health, Tehran University | Specialist in Biostatistics |
| 1971-1972 | School of Public Health, Tehran University | M.P.H |
| 1958-1965 | School of Public Health, Tehran University | M.D |

## Awards And Honors

| Date | Awarding body | Name of Award |
|---|---|---|
| 1990-1991 | World health Organization | 3 Month health personnel education training course U.S.A (USC) |
| 1977-1978 | World Health Organization | One year Biostatistics training course U.S.A (UCLA) |

## Positions

| Date | Position held |
|---|---|
| 1999 to date | Deputy Minister for Research and Technology, Ministry of Health and Medical Eduation |
| 1989 - 1996 | Under secretary of Public Health Ministry of Health and Medical education |
| 1989 to date | President of Family Planning Association |
| 1984-1989 | Deputy Minister for Expansion of the Health Network system in the Islamic Republic of Iran |
| 1974 to date | Professor of Biostatistics in School of Public Health, Tehran Medical Sciences University |
| 1971-1973 | Resident of Biostatistics in School of Public Health-Tehran University |
| 1965-1971 | Health Corp s Officer in Isfahan, Kurdestan and Tehran provinces |

## Activities

Since 1984, in addition to teaching in the school of public health, I have succeeded in accomplishing the following activities

**A. Quantitative and qualitative expansion of the health network at the national level**

1. Proposing and conducting a project for development of health networks at the national level between 1985 and 1995. By the end of 1995, %80 of the rural areas and 100% of the urban areas have been covered by primary health care services. One of the achievements of the project has been that the number of health houses, the first point of contact between the rural people and the network, has increased from 3000 to 13000 in all areas covered by the health houses. All the PHC services are delivered, in an active manner, to the rural people, giving full coverage.

2. Establishing a simple desirable statistical system, vital horoscope, for collecting and analyzing information at the health house level.

3. Organizing frequent short training courses for mid-level personnel since 1985 over 30 courses have been held in the areas of management, family health, family planning.

4. Conducting several research projects with a general goal of finding suitable ways for integration of vertical services in the health network system at the national level.

5. Conducting family planning programmes at the national level since 1985. At present contraceptive prevalence rate is about 70 percent for eligible women.

**B. Research activities**

1. Conducting 7 surveys in 1985, 1987 and 1989, 1992, 1993, 1994. 1995 to get information concerning population and health statistics. The results showed that IMR had declined from 104/1000 in 1974 (the last survey before then) to 51/1000 on 1986 and 45/1000 in 1988. And 33/1000 in 1991 and 28/1000 in 1995. These findings caused the position of the Islamic Republic of Iran in the UNICEF IMR classification, to move from the high under 5-mortality rate (U5MR) to middle U5MR.

2. Conducting several research projects to evaluate the on-going programmes, such as family planning, E.P.I., C.D.D. and nutrition, in Iran.

3. Organizing several health system research workshops for university professors, researches and managers, with the cooperation of the deputy minister of health for research affairs. A total of 1000 researchers and managers attended these workshops, each one giving an HSR proposal in the end; after approval of the proposals, the projects went into operation.

4. Conducting the WHO granted research project " Assessing core indicators and descriptive research situation in the Islamic Republic of IRAN 2003"

5. Conducting the EMRO granted research project " Systematic analysis on health research system in the Islamic republic of IRAN 2003"

6. Conducting the WHO granted research project " Assessing knowledge transfer and exchange in health sector 2004"

7. Conducting " The population laboratory project in IR IRAN 2003 "

**C. Activities in the areas of community medicine and innovation in medical education.**

After merging of medical education with the ministry of health and the formation of the ministry of health

and medical education, the following were done with a view to create a new attitude in the solution of curative and preventive problems and innovations in education:

1. Organizing 6 educational workshops for the professors of 6 universities of medical sciences, the objective was to familiarize them with the concepts of HFA/2000 PHC and the health network, a total of 200 professors and directors of the universities of medical sciences attended the workshops.

2. Establishing or strengthening departments of community medicine in medical schools.

3. Designing programmes for field training of the students and assisting in the operation of such programmes, as a result of which the students from medical schools and several of the universities of medical sciences became activity involved in actual field practice and familiarize themselves with health and medical problems of the country, as well as with their future role in the PHC system.

**D. Great campaign on polio vaccination in I.R. of Iran and Afghanistan.**

**E. Organizing women health volunteers in urban area as N.G.O. for strengthening the family health programmes in slum area, at present about 20000 W.H.V are active in this regard.**

**F. Establishing family planning association since 1995.**

## Articles

1. M. Mohammadi, A. Ghanizadeh, M. Rahgozar, A. Noorbala, H. Davidian, H. Malekafzali, H. Naghavi, A. Bagheri yazdi, M. Saberi, B. Mesgarpour, Sh. Akhondzadeh, J. Alaghebandrad, M. Tehranidoost.
   Prevalence of obsessive-compulsive disorder in Iran
   BioMed central,
   Feb 2004

2. Dr.H Malekafzali.
   The Format of intersectional intervention in Iranian children malnutrition decline.
   Hakim Journal
   2003 spring , vol:6, N:1

3. Dr. B Larijani, Dr.H Malekafzali, Dr.M Pajouhi, Dr.T Samavat, A Hojatzadeh, Dr. R Gasemi, Dr.R Baradar Jalili, Dr.H Adibi, Dr.E Javadi, Dr.A Shafaye.
   The prevalence of diabetes mellitus and glucose intolorence disorder in patients above 25 years old in Qazvin.
   Qazvin medical sciences Journal
   2003 summer, N:26

4. Dr. H Malekafzali.
   The efficacy of maternal Training on children nutrition condition in kerman margin resident families.
   Hakim Journal
   Spring 2002, vol:5, N:1

5. Dr.H Malekafzali.
   Assessment of Iron deficiency, Anemia, and Iron deficiency anemia during delivery ages (15-49) in Iran's rural and urban female communities.
   Teb va Tazkie Journal
   2002 winter, No:47

6. Dr.H Malekafzali.
   Evaluation of Behvarz (primary health care provider) and health volunteers for current health services in primary Health care network of Brojen province Charmahalo Bakihtiary state.
   Hakim Journal
   2001, vol:4, N:2

7. Dr.Hossein Malekafzali
   Analytic overview on health research in the Islamic republic of Iran.
   Medical Journal of the Iranian Hospital.
   In forthcoming issue, volume 3 ,no 2 , Jan 2001

8. Dr.H Malekafzali.
   Goiter prevalence monitoring and urine Iodid titeling among students between 8-10 in Iran,1996.
   Teb va Tazkie Journal
   Spring 2001, N:40

9. Dr.H Malekafzali.The research importance and validity among health and Treatment Network .
   Teb va Tazkie Journal
   Winter 2000, N:39

10. Dr.Hossein Malekafzali
    The effect of community , university and health units collaboration on improving adolescent's health education
    Medical Journal of the Iranian Hospital.
    Vol.2 no.2 9-15, Jan 2000

11. Dr.H Malekafzali.
    Evaluation of Iran health condition in past, present and comments for further programs in future.
    Hakim Research Journal

1999, Vol:2. N:2

12. Dr.H Malekafzali.Fertility and Sexual health as a social right.
    Family health jour issued by family planning Council of IRIran,
    Summer 1999, Fouth year, N14

13. Dr.N,Godarzi,Dr. S Naseri,Dr. H Malekafzali.Evaluation on effective practical condition of starch on water cloudness eradication.
    Human & Echology journal
    Spring&Summer 1999, No:3-4

14. Dr.H Malekafzali.Why did Islamic Republic of Iran Win the population control award in 1998?.
    Family health jour(issued by Family Planning Council of IR. IRAN)
    1999,4 th year, N:13

15. Dr.H Malekafzali,Z.Abdollahi,Dr.A.Mafi,Dr.M.Tagavi.Dietry intervention based on community in order to malnutrition decline among children under 5 years old.
    East Meaditerian Journal
    1999, N:5

16. Dr.Hossein Malekafzali
    A successful History of population control
    Medical Journal of the Iranian Hospital
    Vol, 2 no:1 7-8, July 1999

17. Dr. Hossein Malekafzali , Zohreh Abdillahy , Dr.Alireza Mafi, Dr. Mohsen Naghavi
    Nutritional Instruction based on social responsibility for decrease malnutrition among children under 5 years old.
    Eastern Mediterranean Health
    Vol.5- 1999

18. Dr. Hossein Malekafzali
    Why did IRIRAN with the U.N family planning prize in 1998.
    Behdasht Khanevadeh Journal
    Issued by IRIRAN family planning committee,
    Year IV, No:13, spring 1999

19. B. Ahmadi, Pharm D, Mph, H. Malekafzali , M.D
    Survey of health educational needs of adolescent girls (third high school girls ) in south of Tehran
    Iranian J. Publ.Health ,

1999, vol. 28 no.1-4

20. Dr. Hossein Malekafzali
    Fertility and sexual health as social rights.
    Behdasht KHanevaded Journal
    IR-IRAN family planning committee
    year IV, No:14, summer 1999.

21. Dr.H Malekafzali.Life expectation among males& females in 1996.
    Hakim Journalnal
    Fall 1998, Vol:1, N:2

22. Dr.H Malekafzali,Z.Ahmadzadeh.
    Evaluation of fungal alopesia(Dermatitis) prevalency among Mazandaran state sea belt primary school student during 1995-1996.
    Teb va tazkiye Journal
    Winter 1998, N:31, P:52-57

23. Dr.Nasrin Gudarzai, Dr. Simin Naseri, Dr. Hossein Malekafzali
    The survey of the effect of action conditions in starch efficiency in order to omit water turlidness.
    The Journal of Human and environmental .
    Apr and sum ,1998

24. Dr.Hossein Malekafzali
    Assessment of whole country health programme , since past to present and proposed for future objects.
    Hakim Journal.
    1998 2 (2)

25. Dr.M.R. Masjedi,Dr. H Malekafzali, H.Soltanmanesh ,Z Ahmadzadeh,A,Abadi.
    Evaluation of Tehran air polusion in 1992.
    Medical council Journal
    1997, vol:15,N:4,P:155-169

26. Dr. Hossein Malekafzali , Dr.Nahid Ezeddin Zanjani , Dr. Sousan Saadvandian , Dr. Meymanat Chavoshi
    The evaluation of women between 15-49 years old who response to breast feeding program, KHordad, 1373.
    Teb va Tazkeyeh Journal ,
    Spring 1997, No: 24 , P: 6-10

Case 1:08-cv-00705-JDB   Document 144-70   Filed 09/16/11   Page 8 of 15

27. Dr.H Malekafzali, A Azedeen Zanjani,S Saadondian,M HoseiniChavooshi.Assessment of married women aged between 15-49 intraction with breast feeding promotion program in June 1994.
    Teb va Tazkiye Journal
    Spring 1997, N:24, P: 6-10

28. Dr.Hossein Malekafzali
    Life expectancy among men and women in 1375.
    Hakim Journal.
    Aut 1997 2(1)

29. Dr.Hossein Malekafzali and colleagues.
    The survey for educational needs of adolescence health and the effective performance strategies among Semnanian girls 12-14 years old.
    The Journal of Semnan Medical science university.
    Vol 1,2, 1997

30. Dr.M Zarei, Dr.H Malekafzali. Needs Assessment and establishment proper strategy for puberty health among girls between12–14 in Semnan State.
    Semnan Medical sciences Journal
    Winter 1996, vol:1,N:2

31. Dr.H Malekafzali.The measurment number of abortion events due to unwanted pregnancies in Iran, 1995
    Family health Jour issued by Family Planing Council IR Iran
    Summer 1996, First year, N:2

32. Dr.M.A Nilofrooshan ,Dr.F Hashemi,Dr.H Malekafzal.Assessmat of body growth factors,weight,height,head circumference.
    Medial council Journal
    Spring 1995 , vol:13,N:1,P:56-67

33. Dr. Hossein Malekafzali
    The assessment of abortion due to unpleased pregnancies in IRAN , 1374
    Behdasht KHanevaded Journal
    IR-IRAN family planning committee
    Year I, No:2, summer 1994

34. Marandi,A./Malek-Afzali,H.
    The reasons for early weaning among mothers in Tehran
    Bulletin WHO,
    71(5), 561-569, 1993.

35. Malek-Afzali,H.
    Knowledge, Attitude and practice of urban married women 15-49 years old in family planning
    Health Journal,
    No.3, Second year, 1992.

36. Malek-Afzali,H.
    Population and Family Planning Programmes in Islamic Republic of Iran
    Nabz Journal of continuing education,
    No.2, Second Year, 1992, 3-7

37. Malek-Afzali,H.
    Knowledge, Attitude and Practice of rural married women 15-49 years old in Family Planning.
    Health Journal,
    No.1, First year, Summer 1991.

38. Dr. M.R Masjedi, Dr. Hossein Malekafzali, Zarrin Ahmadzadeh, Hassan Soltanmanesh, Alireza Abedi
    The assessment of Tehran air Pollution, 1990
    Medical council journal of IR-IRAN
    Vol: 5, No:4, PP: 155-162.

39. Malek-Afzali,H./Chamsa,M./Sanei Mehri,S.H./Jamshid-Beygi,E
    Survey of breast-feeding, weaning conduct, immunization and diarrhea in children 12-23 months, Islamic Republic of Iran
    Eastern Mediterranean Region Health Services Journal,
    No.6,1989,20-28.

40. Malek-Afzali,H./Chamsa,M
    Neonatal mortality due to tetanus in Islamic Republic of Iran
    Journal of Islamic Medical Association
    No 20,1988,104-10

41. Malek-Afzali,H
    Mortality and morbidity from diarrhea among children under five in Islamic Republic of Iran
    Eastern Mediterranean Region Health Services Journal,
    No.5, 1988, 41-46.

42. Malek-Afzali,h.
    Morbidity and mortality of diarrhea in Iran's urban and rural zones, 1984-85
    Daroo Va Darman,
    4(47), 1988, 24-25.

43. Malek-Afzali,H.
    Survey of birth weight in Zanjan maternity home in 1985.
    Daroo Va Darman,
    5(54), 1988, 18-21.

44. Malek-Afzali,H.
    Child Health Campaign.
    Daroo Va Darman,
    5(53), 1988,3-5.

45. Malek-Afzali,H./Jamshid-Beygi,E.
    Survey of breast-feeding in Islamic Republic of Iran.
    World Health,
    4(2), 1988, 13-18.

46. Malek-Afzali,H.
    Survey of health indicators in Sistan & Balouchestan and South Khorassan
    The first seminar of analyzing the obstacles and effective factors in Cultural, educational development of Sistan & Balouchestan and Southern Khorassan regions, 1988.

47. Keyghobadi,K./Malek-Afzali,H./Keshavarz,A./ Mir-Ahmadi,S.E./Kamali,P./Hooshvar,Z.
    Plan for survey of health indicators in population under coverage and not covered by healthhouses in Roodsar.
    Publication of School of Public Health,
    June 1988.

48. Malek-Afzali,H.
    Survey of knowledge, attitude and practice of urban women of Khorassan, Semnan and Sistan & Balouchestan provinces, regarding children affected by diarrhea, 1987.(MOH publication).

49. Malek-Afzali,H.
    Survey of mortality and fertility in Iran's urban population, 1984-85.
    Daroo Va Darman,
    4(38), 1987, 7-11

50. Parviz Pour, D./Malek-Afzali,H.
    Relation between blood pressure and noise.
    Iranian Journal of Public Health,
    Vol.16, No.(1-4), 1987

51. Malek-Afzali,H./Mahmoodi,M.
Life expectancy in Iranian urban population for males and females 1984.
Mohit Shenassi,
13(14), 1987, 1-15.

52. Malek-Afzali,H.
Survey of knowledge, attitude and practice of urban women of Khorassan, Semnan and Sistan & Balouchestan provinces, regarding children affected by diarrhea, 1987.
MOH publication

53. Malek-Afzali.H.
Survey of mortality due to neonatal tetanus in Iran.
Daroo Va Darman,
3(36), 1986, 48-49

54. Farhud,D.D./Walizadeh,GH.R./Kamali,M.S./Malek-Afzali,H.
A twinning study in Iran.
Iranian Journal of Public Health,
Vol.15, No.1-4, 1986, 1-12.

55. Bodaghi./Vazirian./Madanei./Malek-Afzali,H./Elmei.
Primary nephritic syndrome in Iran: Clinico pathological study of 310 cases.
Journal of Pediatric Nephrology,
No.3,1986.

56. Mokhtary,T./Sabouri,N./Nategh,R./Biniaz,A./Behzadi,Sh./Malek-Afzali,H./Rezaei,P./Amiri,M.
Oral polio vaccination in a semi-tropical rural area of the Islamic Republic of Iran.
Eastern Mediterranean Region Health Services Journal,
No.1,1986,21-27.

57. Jamalian,R./Malek-Afzali,H.
Epidemiological characteristics of smoking in Iran's physicians and dentists.
Journal of Iranian Medical Council,
Vol.9, No.6, 1986.

58. Malek-Afzali,H./Rezaei,P.
Survey of Iran's rural mortality indicators.
Daroo Va Darman,
3(28), 1986, 5-8.

59. Malek-Afzali,H./Pileh Roudi,S./Rezaei,P.

Life expectancy in rural population of Iran, 1985.
Daroo Va Darman
3(33), 1986, 5-11.

60. Malek-Afzali,H./Fotoohi,H.
Survey of height and weight in Iran's youth.
Daroo Va Darman,
2(15), 1985, 12-18.

61. Keyghobadi,K./Malek-Afzali,H./Amini,F.
Survey of performance of health houses of Tonekabon district-Iran, by calculating of birth and death indicators.
Daroo Va Darman,
1(4), 1984, 40-44.

62. Malek-Afzali,H./Mahmoodi,M.
Review of Iran's health indicators.
Daroo VA Darman,
1(1), 1984, 30-34 & 38.

63. Mahmoodi,M./Malek-Afzali,H.
Outlook on health situation of developing countries
Daroo Va Darman,
1(2&3), 1984, 18-22 & 24-30.

64. Faridani,Sh./Malek-Afzali,H.
Use effectiveness of I.U.D. at Aalami-H Arandi Clinic, Isfahan.
Iranian Journal of Public Health,
Vol.10, No.1-4, 1981-82, 21-29.

65. Mohammad,K./Malek-Afzali,H./Asgari,M.
An investigation into some demographic indices in Isfahan, 1974.
Iranan Journal of Public Health,
Vol.8,No.3,1979,101-109.

66. Mohammad,K./Malek-Afzali,H./Asgari,M.
An investigation into the age of women at their first marriage, Isfahan-Iran
Iranian Journal of Public Health,
Vol.8, No.4, 1979, 189-197.

67. Mohammad,K./Malek-Afzali,H.

The use of exponential function for estimation of the retention rate of I.U.D.in
Farmanfarmaian Clinic in Tehran
Iranian Journal Public Health,
Vol.8,No.2,Summer 1979,61-67

68. Nadim,A./ Amini,H./ Malek-Afzali,H.
Blood pressure and rural-urban migration in Iran.
International Journal of Epidemiology, Oxford University Press,
Vol.7,No.2,1978,131-138.

69. Forouzani,M./Vahdani,F./Montazami,K./Malek-Afzali,H.
Maternal and newborn iron status in the public and private maternity hospital in delivery in Tehran
The Journal of Tropical Pediatrics and Environmental Child Health,
Vol.24,No.4,1978, 182-186

70. Kasmaei,N./Malek-Afzali,H.
Age of menstruation start in girls, in Majidiyeh (Tehran)
Journal of Iranian Medical Council,
Vol.5, No.3, 1976

71. Malek-Afzali,H
Frequency of blood pressure, in connection with weight, age and sex parameters, in Roodsar, Iran
Journal of Iranian Medical Council,
Vol.5,No.4, 1976.

72. Malek-Afzali,H./Azodin,N./Jalai,Gh.
Use effectiveness of I.U.D. in Farmanfarmaian Clinic.
Iranian Journal of Public Health,
Vol.5, No.2, Summer 1976, 66-77.

73. Malek-Afzali,H./Mohammad,K
Determination of the changes in L.D.50 of D.D.T. for An.Stephensi,by Probit Method in Minab Shahrestan, 1957-68
Iranian Journal of Public Health,
Vol.3, No.2, 1974, 78-90

74. Malek-Afzali,H./Mohammad,K./Daneshpajooh,M
Blood pressure related to age, sex and ponderal index.
Iranian Journal of Public Health,
Vol.5, No.3, 1974, 135-143.

75. Forouzani,M./Malek-Afzali,H./Bahramei,B.
    Growth of a group of low income infants in first year of life.
    The Journal of Tropical Pediatrics and Environmental Child Health.

76. Madjd,A./Kohan Sedgh,S./Malek-Afzali,H.
    Abortion in relation to some socio economic factors.
    The Journal of Tropical Pediatrics and Environmental Child Health.

77. Malek-Afzali,H
    Birth and death indicators in Islamic Republic of Iran
    Journal of Islamic Medical Association,

78. Malek-Afzali,H./Chamsa,M./Jamshid-Beygi,E.
    Achievements of Iran's child health campaign regarding breast-feeding, weaning, immunization and treatment of diarrhea, December 1988.
    Daroo Va Darman

79. Malek-Afzali,H.
    Survey of birth and death indicators in Islamic Republic of Iran in 1988.
    Daroo Va Darman

80. F. Azizi, R. Sheikholeslam, M. Hedayati, P. Mirmiran, H. Malekafzali, M. Kimiagar, M.Pajouhi
    Sustainable control of iodine deficiency in Iran :Beneficial results of the implementation of mandatory law on salt iodization

81. Dr.Mohammad Ali Nilforushan, Dr. Farah Hashemi, Dr. Hossein Malekafzali
    The evaluation of body growth indexes (weight, Length, skull diameter)
    IR-IRAN medical council journal
    Volume:13, No.1 Summer 1374 pp: 56-67

| Publications | | |
|---|---|---|
| Books | Author(s) | Date of Publication |
| 1- Situation of mothers and children in Islamic Republic of Iran | Dr. H. Malek Afzali ( UNICEF Publication) | 1994 |
| 2- Statistical methods and health indices. Vol.1. | Dr. K. Mohammad<br>Dr. H. Malek Afzali<br>Dr. V. Nehapetian | 1977 |
| 3- Essentials of health care & social | Dr. Ali A. Alemi | |

|  | medicine .(one chapter) | Dr. H. Malek Afzali(Co-Author) | 1977 |

| Books | Author(s) | Translated to Persian by | Date of Translation |
|---|---|---|---|
| 4- Qualitative Research |  | Dr. H. Malek Afzali | 1999 |
| 5- Health systems Research Iranian Course | WHO/AFRO-SHDS | Dr. H. Malek Afzali (co-translator) | 1990 |
| 6- Basic Minimum Needs | Dr. A. Nondasuta Dr. R. Chical | Dr. H. Malek Afzali Dr. B. Nikpour | 1989 |
| 7- Epidemiology : An introductory Text. W.B. Saunders Company,1974 | Judith S. Mausner Anita K. Bahn | Dr. H. Malek Afzali Dr. K. Nasseri | 1984 |
| 8- Statistical Methods in biological assay. Charles Griffin and Company limited London (second Edition ) , 1964 | Dr. J. Finney | Dr. V. Nehapetian Dr. H. Malek Afzali | 1977 |