# EXHIBIT OOO

| **From:** | Javad Zarif <Zarif@141.com> |
|---|---|
| **Sent:** | Tuesday, February 6, 2007 4:27 PM (GMT) |
| **To:** | 'Trita Parsi' <tp@tritaparsi.com> |
| **Subject:** | RE: Dorood |

Salaam,

Many thanks.  I would be prepared to meet with him informally and off-the-record.

Best Regards,
M. Javad Zarif
Zarif@141.com
+1 (212)687-2020
+1 (212)867-5662

**From:** Trita Parsi [mailto:tp@tritaparsi.com]
**Sent:** Tuesday, February 06, 2007 10:40 AM
**To:** Javad Zarif
**Subject:** Dorood

Looking forward to "seeing" you today at Carnegie. As many others, I've been saddened by the news of your department, though I assume you don't share that sentiment. ☺

Would love to get a chance to see you one more time before you leave. When exactly are you leaving? Will coordinate with Mrs. Kamali to get on your schedule.

Also, wanted to let you know that John Limbert, one of the former hostages, is writing a book for USIP on Iranian negotiation behavior. He interviewed me, but I recommended him to get in contact with you, since you have been involved in all of Iran's major negotiations.

I know this may be somewhat sensitive, but Limbert would love to come to NY and interview you. Would that be possible in your view?

Regards,
tp