# EXHIBIT PPP



# TRANSPERFECT

AFFIDAVIT OF ACCURACY

I, Carrie Russ, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the accompanying document from Farsi into English:

- Nimrooz Newspaper Article
  Parviz Sayyad
  Vol. 18, No. 912, December 15, 2006

*Carrie Russ*

Carrie Russ
TransPerfect Translations, Inc.
601 Thirteenth St, NW, Ste 370 S
Washington, DC 20005

Sworn to before me this
16th day of September 2011

_____
Signature, Notary Public

**ALLISON SNITZER**
NOTARY PUBLIC
District of Columbia
My Commission Expires
January 1, 2015

_____
Stamp, Notary Public

Close | APR DEC NOV | Go | http://www.nimrooz.com/html/912/153123.htm | INTERNET ARCHIVE WaybackMachine
Help | ▶ 3 ◀ | | | captures 2
2009 2008 2007 | | | Dec 08 - 25 Apr 09 3

[X] YAS Resturant

Vol. 18, No. 912, December 15, 2006

پرویز صیاد

## از هر دری سخنی
## گفتار تلویزیونی
### مفسد فی الارض در پارلمان آمریکا!

از جمله خبرهای- بخصوص شادی آور برای من- در ماه اکتبر محکومیت یک نماینده پارلمان آمریکاست به جرم رشوه خواری و سوءاستفاده از مقام سیاسی و دیپلماتیک خودش.

این مفسد فی الارض کسی نیست جز Congressman Robert Ney نماینده ایالت اوهایو از حزب جمهوریخواه و علمدار حمایت از منافع جمهوری اسلامی در کنگره آمریکا. شاید خبر داشته باشید که یکی از راه های گرفتن تخفیف در مجازات برای متهمین در آمریکا کنار آمدن با مراجع قضائی است، فی المثل همین آقای باب نی اگر به چند فقره از جرائمی که به آن متهم شده بود محکوم می شد، سوای پرداخت جریمه مالی سنگین چه بسا مابقی عمر را باید در زندان می گذرانید. اما او از طریق وکلای خود با مراجع قضائی معامله می کند که: من به یکی از دو جرم منتسبه به خود اعتراف می کنم به شرط آن که مابقی را شما نادیده بگیرید یا مسکوت بگذارید!

ده سال محکومیت زندان برای آقای باب نی برای آن است که به روابطش با کارچاق کن معروف «جک آبرامُف» اعتراف کرده است. جک آبرامف که کارش شکار نمایندگان و مقامات دیگر برای مناسبات غیرقانونی در قبال گرفتن رشوه بود، سال گذشته کوس رسوائی اش نواخته شد و پته چند سیاستمدار و دولتمردفاسد به روی آب افتاد. باب نی به روابطش با این کارچاق کن چون پای چند فاسد دیگر هم در میان است اعتراف می کند، تا مابقی جرائم از جمله مناسباتش با جمهوری اسلامی برملا نشود. اما با وجودی که در محکومیت وی به این «مناسبات» اشاره ای نمی شود، از راه یافتن آن به رسانه های کنجکاو نتوانسته اند جلوگیری کنند. از جمله هفته نامه نیوزویک (در ژانویه ۲۰۰۶) از قول وکلای کنگرسمن باب نی، آورده بود: ارقام هزینه های او که به خرج کمپانی Nigel Win Field به لندن رفته بود در اختیار مراجع قانونی قرار گرفته است. Nigel Win Field که در قبرس دفتر و دستک دارد کارش حق العمل کاری در صنایع هوائی است. از آقای باب نی خواسته شده بود در دستیابی و خرید قطعات یدکی هواپیما و غیره برای جمهوری اسلامی از نفوذ پارلمانی خود استفاده کند که ایشان هم البته از طریق هم وزیرخارجه وقت آمریکا، آقای کالین پاول، کوتاهی نکرده بودند! از طرفی آسوشیتدپرس روابط آقای باب نی را با یک کارچاق کن معروف دیگر گزارش داد که متولد سوریه است و «فواد آل زیاد» نامیده می شود و او هم حق العمل کار و واسطه ای است برای خرید مایحتاج فنی برای جمهوری اسلامی. «فواد آل زیاد» یک قمارباز همیشه پلاس در کازینوهای انگلستان است و در آنجا به «خپله» شهرت دارد.

این نوع «مناسبات» تا این اواخر به دایره شناخت ایرانیان مقیم واشنگتن راه نیافته بود. برای آنها باب نی که چند سالی در ایران گذرانده و فارسی کم و بیش می دانست، بیشتر از طریق دو ایرانی دیگر که روابط عمومی و خصوصی اش را با جمهوری اسلامی می چرخاندند شناسائی می شد، دو کتاب خوانده مزبور هوشنگ امیر احمدی متصدی باج سبیل و کمک رسانی مالی و تریتا پارسی رایزن فرهنگی و به اصطلاح مشاور روابط خارجی است! گفت: نوکر ما خود چاکری داشت! از میان ایادی جمهوری اسلامی در آمریکا هوشنگ امیراحمدی شناخته شده ترینشان است. فقط معلوم نیست هر بار که خود را کاندیدای ریاست جمهوری در ایران معرفی می کند چرا از وی ردصلاحیت می شود با این همه مراتب چاکری و فرمانبرداری؟ برخلاف امیراحمدی، تریتا پارسی جز برای ایرانیان مقیم واشنگتن که شاهد خوش خدمتی هایش تاکنون برای جمهوری اسلامی بوده اند، برای مابقی ناشناخته مانده است.

سایت ایرانیان دات کام، درباره این شخص می نویسد: «او که خود را President of National Iranin American Council معرفی می کند، پیش از آمدن به آمریکا چند سالی در سوئد بوده است... او تاکنون نشان داده است که در خدمت حفظ منافع رژیم اسلامی است و در حالی که مدام برای سازش با این رژیم و بقای آن فعالیت دارد، عجیب است که خود را یک ایرانی به تبعید آمده هم می نامد!»

به هر حال این آقا به عنوان رئیس شورائی که نام برده شد- شورائی که چند نفر بیشتر نیستند اما خودشان را نماینده ایرانیان خارج کشور به مشتی سیاستمدار بی خبر قبولانده اند- می گوید در دعوت و سفر اخیر محمد خاتمی به آمریکا نقش اصلی و پشت پرده را به عهده داشته است.

در واشنگتن، مخالفان نظام ولایت فقیه، طبیعی است مشکوک باشند به شخصی که هنوز شهروند این کشور نشده شورای ملی ایرانیان آمریکائی را راه اندازی می کند! و هنوز از راه نرسیده مشاور امورخارجی یک نماینده پارلمان آمریکا می شود! به این ترتیب اتنگ فرستاده جمهوری اسلامی و به طور اخص رفسنجانی، با اعتبارات کافی برای به خرج کردن و احتمالاً رشوه دادن با بهم ریختن مهر روی پیشانی این آقائی که می گوید زرتشتی هم هست، برای برخی قابل تشخیص است. حال باید دید با بهم ریختن کاسه کوزه ارباب آمریکائی... این دو آقای کتاب خوانده رشته های فعلاً از هم گسیخته را چگونه به هم خواهند دوخت و کدام سیاستمدار فاسد دیگر را برای حفظ منافع جمهوری اسلامی در آمریکا به تور خواهند انداخت.

به هر حال ماجرای کنگرسمن باب نی مثل جریان قتل های زنجیره ای در مسکو، نشان می دهد در زمینه سیاسی هر جای جهان مفسد فی الارضی کشف شود دوروبرش رد پائی از عوامل ملایان به حکومت رسیده قابل رویت خواهد بود. منتهی در جائی مقلدان مثل کپی برداری از متد قتل های زنجیره ای مسکو و در جائی مرجع تقلیدند مثل کاه و یونجه رسانی به آخور مفسدی چون کنگرسمن باب نی.

▲

| Close | APR DEC NOV | Go | http://www.nimrooz.com/html/912/153123.htm | INTERNET ARCHIVE |
| --- | --- | --- | --- | --- |
| Help | ▶ 3 ◀ | | ‖ captures 2 | WayBackMachine |
| | 2009 2008 2007 | | Dec 08 - 25 Apr 09 3 | |

Copyright 1988-2004, Percico Nimrooz

Contact us: letters@nimrooz.com

# Nimrooz Newspaper
Parviz Sayyad
Vol. 18, No. 912, December 15, 2006

### Talk About Anything
### TV Talk

Treasonous Scandal in the American Parliament,
An item of news -especially exhilarating for me - in the month of October is the condemnation of a parliamentary representative of America for the charges of bribery and misuse of his diplomatic and political titles.
This treasonous person is none other than Congressman Robert Ney, Republican representative from the State of Ohio, and a supporter of the Islamic Republic in American Congress. Perhaps you might know that one of the methods of reducing penalties for is the accused is to settle with Judicial sources. For example, if Bob Ney had been sentenced for the few separate penalties that he was accused of, he would have had to pay a heavy fine or possibly would have to serve a sentence of life time prison. However, he made a deal with the judicial sources through his attorneys: "I will plead guilty to one or two of the related charges in exchange for overlooking the rest of the crimes or keeping silent about them!"
The ten-year prison sentence for Mr. Bob Ney is for confessing to have close relationships with lobbyist "Jack Abramoff," whose job was to hunt down representatives and other officials for illicit arrangements in return for bribes. His scandals became evident last year and as a result a few other corrupted politicians and statesmen were disclosed as well. However, due to the involvements of the other individuals, Ney admitted to his relationship with them, so his "arrangements" with the Islamic Republic would not get disclosed. Although there is no reference of the "arrangements" in his condemnation, they could not stop it from leaking to the curious media. For example, Newsweek weekly journal (January 2006) was quoting attorneys of Congressman Bob Ney: the expenses incurred during his trip to London for a company called Nigel Win Field have been forwarded to the legal officials. Nigel Win Field, who has an office and facility in Cypress, works as a middle man in the avionic industry. Bob Ney had been requested to use his parliamentary influence for purchasing avionic related parts and other items for the Islamic Republic; of course, he did this very well, through the Secretary of State of the time, Colin Powell! On the other hand, The Associated Press unveiled another relationship between Bob Ney and another lobbyist named "Fouad Al-Zayat" who was born in Syria. He is also a middle man and commission maker in the purchase of avionic parts for the Islamic Republic. "Fouad Al- Zayat" is a round- the- clock gambler in English casinos, and is known as the "fat man."
These kinds of "arrangements" were not known to the Iranians residing in Washington until recently. They knew Bob Ney as having spent a few years in Iran and knowing Farsi, more or less. He was mostly known through two Iranians who were running their personal and social relations with the Islamic Republic. They are two so called book smart men; Houshang Amir Ahmadi, who is in charge of briberies and a financial assistant and Trita Parsi who is a so called cultural liaison foreign relations consultant! As the saying goes: "Our servant had his own butler!" Houshang Amir Ahmadi is the most well known among the Islamic Republic people in America. It just is not clear why he is disqualified each time he nominates himself for the presidency in Iran, despite all the servant hood and service? Unlike Amir Ahmadi, Trita Parsi is not well known to anybody other than the Iranians residing in Washington, who have, thus far, been witness to his sweet service to the Islamic Republic.
The Iranian.com site writes about him: "He, has introduced himself as President of The National Iranian American Council, and had lived in Sweden for a few years prior to his arrival in the US... He has shown to this day that he is protecting the interests of the Islamic regime. He continuously works for the survival and existence of this regime; therefore, it is strange that he, too, is calling himself an Iranian in exile! >>
Anyhow, as president of the above named council, a council that has only few members but has convinced several unaware politicians that they are the representatives of expatriate Iranians–this gentleman also claims that he played the main behind-the-scene role in Mohammad Khatami's recent invitation and trip to America.

It is only natural that opposition to the Islamic regime becomes suspicious of an individual who has not become a US citizen and has established a National Iranian council in America! Then he becomes the foreign consultant to a parliamentary representative of this country so soon after arriving in this country! Therefore, the nature of this agent of the Islamic Republic, in particular Rafsanjani, who is equipped with enough spending credit and possible bribe money, and who claims is of the Zoroastrian faith is evident to some people just as if he had the imprint of a prayer stone on his forehead. . We now have to wait and see how these two book smart gentlemen will sew back the untangled strings, due to the breakup of the American master, and which other corrupt politician they will lure into their trap in order to protect the interests of the Islamic Republic Anyhow, the story of Congressman Bob Ney, like the chain murders in Moscow, shows that in any corner of the world, when a corrupt individual is discovered, there is clear evidence of involvement by the ruling mullahs. Nevertheless, they are copy cats at times, like the method of chain murders of Moscow; and in other places, they are the source of imitation like feeding the stables of a corrupt man such as congressman Bob Ney.