# EXHIBIT SSS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL      :
IRANIAN AMERICAN COUNCIL      :
      Plaintiffs           :
      V.                   :   Civil No.:
DAIOLESLAM SEID HASSAN,       :   08 CV 00705 (JDB)
      Defendant            :   Page 1-63

- - -
Tuesday, February 1, 2011
- - -

Deposition of Puneet Talwar was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 3:10 p.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

```
1   APPEARANCES:

2   PISHEVAR & ASSOCIATES, PC
    BY:  ADRIAN V. NELSON, II, ESQUIRE
3   Jefferson Plaza, Suite 316
    600 East Jefferson Street
4   Rockville, MD  20852
    (301) 279-8773
5   (301) 279-7347 (Fax)
    E-mail: Anelson@pishevarlegal.com
6   Representing the Plaintiffs

7
    SIDLEY AUSTIN, LLP
8   BY:  THOMAS E. ROSS, ESQUIRE
         H. L. ROGERS, ESQUIRE
9   1501 K Street, NW
    Washington, DC  20005
10  (202) 736-8374
    (202) 736-8711 (Fax)
11  E-mail: Tom.ross@sidley.com
            Hrogers@sidley.com
12  Representing the Defendant

13  U.S. DEPARTMENT OF JUSTICE
    BY:  JOSHUA WILKENFELD, ESQUIRE
14  20 Massachusetts Avenue, NW
    Washington, DC  20530
15  (202) 305-7920
    (202) 616-8470 (Fax)
16  E-mail: Joshua.i.wilkenfeld@usdoj.gov
    Representing the Deponent
17  ALSO PRESENT:

18       Kimberley Harris, Associate Counsel

19

20

21

22
```

1              P R O C E E D I N G S
2                *     *     *     *     *
3                    PUNEET TALWAR
4    was recalled for examination by counsel and, after
5    having been duly sworn by the Notary, was examined
6    and testified as follows:
7           (Exhibits A through F were marked for
8    identification and were attached to the deposition.)
9         EXAMINATION BY COUNSEL FOR DEFENDANT
10          BY MR. ROSS:
11      Q.    Mr. Talwar, thank you for coming today.
12   My name is Thomas Ross.  I represent the Defendant in
13   this case, along with H.L. Rogers, here.  We're from
14   Sidley Austin.
15           This is the deposition of Puneet Talwar
16   being taken in the case of Parsi, et al. versus
17   Hassan, 08-705, in the Federal District Court for the
18   District of Columbia.
19           It is being held at the Law Offices of
20   Sidley Austin, LLP, 1501 K Street, Northwest,
21   Washington, DC 20005.
22           Present, in addition to Mr. Talwar,

Page 28

1  tab.  It's what's been premarked as Talwar Exhibit C.
2  I'm going to suggest, again, that this is summaries
3  provided by NIAC of apparently various meetings that
4  they held.  It's on the very next tab, Tab 2.
5       Please take a moment to review it.  It
6  says:  "Puneet Talwar, Senate Foreign Relations,
7  Biden."  It's the second entry down.
8       A.   Okay.
9       Q.   Without talking about the substance of
10 this meeting, does this refresh your recollection at
11 all as to whether you met with Trita Parsi on the
12 subject?
13      A.   No, it does not.
14      Q.   Do you remember meeting with Shervin
15 Pishevar?
16      A.   No.  I have no recollection of that.
17      Q.   You don't have any recollection of Shervin
18 Pishevar at all?
19      A.   I don't recall this meeting.  That name
20 sounds vaguely familiar, but I have no recollection
21 of that meeting.
22      Q.   Okay.  To the best of your knowledge, does

```
1    NIAC interact with foreign governments or
2    representatives of foreign governments?
3         A.    I'm not aware of their activities.
4         Q.    So you wouldn't know if they interact at
5    all with representatives of the Iranian regime?
6         A.    I'm not aware, again, of their activities.
7         Q.    Okay.  Did you ever authorize or ask Trita
8    Parsi to meet with members of a foreign government?
9         A.    To the best of my recollection, I did not
10   ever ask him to do that.
11        Q.    And do you have any idea why NIAC
12   interacted with you while you were a member of the
13   Senate Foreign Relations Committee or on Senator
14   Biden's staff?
15        A.    To separate this out, can I ask you to
16   clarify?  When you say NIAC, do you mean Trita Parsi
17   or the organization NIAC?
18        Q.    Whether any representative of NIAC,
19   including, but not limited to Trita Parsi.
20        A.    Again, a lot of my interactions with Trita
21   were in the context of my -- sort of his views on
22   Iran on a policy towards Iran, and I didn't
```

Page 30

1  necessarily view him in those interactions as a
2  representative of NIAC.
3      Q.   Then how did you view him?
4      A.   Again, I viewed him, as I said at the
5  outset, as someone with expertise on Iran much like
6  any expert or range of experts that I might consult
7  with.
8      Q.   And is it your practice to, without
9  getting into specifics, consult with a range of
10 experts on any given issue?
11     A.   When possible, I think it's a good
12 practice to try to consult on matters in my purview
13 whether that would have been in my previous
14 profession or my previous position or now.
15     Q.   Do you remember Trita Parsi or any other
16 member of NIAC advocating policy positions with
17 respect to Iran?
18     A.   I believe he has in the past -- Trita in
19 the past has advocated policy positions, yes.
20     Q.   May I ask what type of policy positions,
21 without getting into your response, just the kinds of
22 positions that he advocates?

1      CERTIFICATE

2         I hereby certify that the witness was duly

3   sworn by me and that the deposition is a true record

4   of the testimony given by the witness.

5

6         _____

7         Sherry L. Brooks, Court Reporter

8

9   (The foregoing certification of this transcript does

10  not apply to any reproduction of the same by any

11  means, unless under the direct control and/or

12  supervision of the certifying shorthand reporter.)

13

14

15

16

17

18

19

20

21

22