# EXHIBIT TTT

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@niacouncil.org> |
| **Sent:** | Saturday, May 13, 2006 3:11 AM (GMT) |
| **To:** | Gareth Porter (garethporter@erols.com) |
| **Cc:** | 'Trita Parsi' <tparsi@jhu.edu> |
| **Subject:** | CV and Budget and Bio |
| **Attach:** | CV, 20060501.doc;Iran Negotiation Project.xls |

Gareth – see attachments and bio below. Tp

**Summary:**
Few analysts in Washington have the access of Dr. Parsi to decision makers in Iran. With his extensive experience working on Capitol Hill, his connections to the Iranian-American community – a key constituency against a US-Iran war – as the President of the National Iranian American Council (the nation's largest Iranian-American grass roots organization) and his unparalleled research on the triangular relations between Iran, Israel and the US, Dr. Parsi is in a unique position to provide the media with accurate and in-depth analysis of the US-Iran stand-off.

# Biography

Trita Parsi is a Middle East specialist at Johns Hopkins University School of Advanced International Studies, where he recently defended his Doctoral thesis on Israeli-Iranian relations under Professor Francis Fukuyama and Drs. Zbigniew Brzezinski, R. K. Ramazani, Jakub Grygiel and Charles Doran.
He is currently writing a book on Israeli-Iranian relations, **Treacherous Triangle - The Secret Dealings of Iran, Israel and the United States** (Yale University Press.)
Dr. Parsi is one of the few people in the US - if not the only one - that has traveled both to Iran and Israel and interviewed top officials in these countries on the state of Israeli-Iranian relations. He has conducted more than 110 interviews with senior Israeli, Iranian and American officials in all three countries. He is fluent in Persian/Farsi.
He has followed Middle East politics for more than a decade, both through work in the field, and through extensive experience on Capitol Hill and the United Nations.
Dr. Parsi's articles on Middle East affairs have been published in the Financial Times, Jane's Intelligence Review, the Globalist, the Jerusalem Post, The Forward, BitterLemons and the Daily Star.
He is a frequent commentator on US-Iranian relations and Middle Eastern affairs, and has appeared on BBC World News, PBS NewsHour with Jim Lehrer, CNN (Wolf Blitzer's Situation Room), CNN International (Your World Today), Al Jazeera, C-Span, NPR, MSNBC, Voice of America and British Channel 4.
He has served as an advisor to Congressman Bob Ney (R-OH18) on Middle East issues and is a co-founder and current President of the National Iranian American Council (www.niacouncil.org), a non-partisan, non-profit organization promoting Iranian-American participation in American civic life.
Dr. Parsi has worked for the Swedish Permanent Mission to the UN in New York

where he served in the Security Council handling the affairs of Afghanistan, Iraq, Tajikistan and Western Sahara, and the General Assembly's Third Committee addressing human rights in Iran, Afghanistan, Myanmar and Iraq.

Dr. Parsi was born in Iran and grew up in Sweden. He earned a Master's Degree in International Relations at Uppsala University, a second Master's Degree in Economics at Stockholm School of Economics and a PhD in International Relations from Johns Hopkins University SAIS.