# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** )<br>)<br>**and** )<br>)<br>**NATIONAL IRANIAN AMERICAN COUNCIL,** )<br>        Plaintiffs, )<br>)<br>**v.** )<br>)<br>**DAIOLESLAM SEID HASSAN,** )<br>        Defendant. )<br>) | **CIVIL NO. 08 CV 00705 (JDB)** |

## NOTICE OF ERRATA TO DEFENDANT'S
## OMNIBUS MOTION FOR SANCTIONS

Defendant hereby submits this Errata to amend an error in the docketing of his *Omnibus Motion for Sanctions* filed earlier on September 16, 2011.  (*See*, Docket No. 143).  Defendant unintentionally filed an earlier draft of the final motion that contained minor typos and omissions.  Accordingly, Defendant now submits the final motion, attached hereto as "Exhibit A."  The attachments to the initial filing (Exhibit List (Omnibus) and Exs. A-XX) were correct and are not being re-submitted.

                                                                                                           Respectfully submitted,

2

Dated: September 16, 2011

        /s/
Timothy E. Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I caused true and correct copies of the foregoing **NOTICE OF ERRATA TO DEFENDANT'S OMNIBUS MOTION FOR SANCTIONS** to be served by E-Mail upon:

> Afshin Pishevar
> Adrian Nelson
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com
> anelson@pishevarlegal.com

Dated: September 16, 2011

/s/
Timothy E. Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam