Case 1:08-cv-00705-JDB   Document 146-2   Filed 09/23/11   Page 1 of 2



## Our People



**Timothy E. Kapshandy**
Partner
Chicago
312.853.7643
312.853.7036 Fax
tkapshandy@sidley.com
Vcard

**PRACTICES**

- Environmental
- Products Liability

**AREAS OF FOCUS**

- Climate Change and Sustainable Development
- Daubert Hearings/Junk Science
- Environmental Crisis Management
- Environmental Torts, Class Actions and Public Nuisance Litigation
- Healthcare Litigation
- Medical Devices
- Medical Monitoring
- Multidistrict Litigation
- Nanotechnology
- Pharmaceuticals
- Preemption
- Pro Bono Appeals
- Products Liability and Class Actions Appeals
- Products Liability Class Action Litigation
- Technology, Media and Privacy Law
- Toxic Spills and Toxic Torts

TIMOTHY E. KAPSHANDY is a partner in the Chicago office with experience in product liability, civil rights and complex litigation, particularly mass toxic tort litigation. He has worked on and tried toxic tort cases in jurisdictions such as Indiana, Florida, Alaska and Canada. His litigation practice for the past 30 years has focused on the defense of claims such as fear of cancer, increased risk of cancer, immune dysfunction and neuropsychological damage as a result of exposure to various chemicals. Mr. Kapshandy has devoted substantial time to combating "junk science" techniques and has helped lead the firm's coordination of asbestos and formaldehyde defense work. He served as American liaison counsel for a major corporation in a trial in Canada involving more than 2,000 plaintiffs claiming neurological, immunological, carcinogenic and pulmonary injuries from alleged exposure to formaldehyde from an insulation product. He helped achieve a defense verdict for a major oil refinery in an Indiana class action brought by 500 residents living near the refinery.

Mr. Kapshandy is the author of a number of publications on product liability law and scientific evidence including Chapter 7, "Trial of Scientific Evidence Cases" in *Scientific Evidence and Experts Handbook*, Aspen Pub. (1999). Mr. Kapshandy speaks Spanish and French. He has served as an arbitrator in Cook County Circuit Court's arbitration program.

**MEMBERSHIPS & AFFILIATIONS**

- American Bar Association
- Indiana Bar Association
- Former Trustee to Northwest Indiana Habitat for Humanity
- Former Trustee to Forest Ridge Academy

**ADMISSIONS & CERTIFICATIONS**

- U.S. Court of Appeals, 7th Circuit, 1982
- U.S. District Court, District of Colorado, 2003
- U.S. District Court, N.D. of Illinois - General, 1981
- U.S. District Court, N.D. of Illinois - Trial Bar, 1983
- U.S. District Court, N.D. of Indiana, 1986
- U.S. District Court, S.D. of Indiana, 1986
- Illinois, 1981
- Indiana, 1986

**EDUCATION**

- Notre Dame Law School (J.D., 1981, *cum laude*)
- University of Notre Dame (A.B., 1978, *magna cum*

*laude*, *Phi Beta Kappa*)