

## Our People



**HL Rogers**
Associate
Washington, D.C.
202.736.8301
202.736.8711 Fax
hrogers@sidley.com
Vcard

**PRACTICES**

- Appellate
- White Collar

**AREAS OF FOCUS**

- Commercial Litigation Appeals
- Compliance Counseling - White Collar
- FCPA/Anti-Corruption
- Healthcare and Federal Food, Drug and Cosmetic Act Appeals
- Healthcare Enforcement
- Healthcare Fraud
- Healthcare Litigation
- Internal Investigations
- Pro Bono Appeals
- Products Liability and Class Actions Appeals
- Religious Institutions
- Trials

HL ROGERS is an associate in the Washington, D.C., office. His practice involves representing individual and corporate clients in white collar criminal matters, government enforcement actions, and complex commercial litigation. Mr. Rogers has experience in every aspect of pre-trial and post-trial activity, including discovery, motion practice, settlement negotiations, and appeals.

He has significant experience conducting internal investigations in both the U.S. and abroad and advising U.S. and non-U.S. corporations in international government enforcement matters, including matters arising under the Foreign Corrupt Practices Act (FCPA). He has represented clients in responding to FCPA investigations by both the U.S. Department of Justice and the Securities and Exchange Commission.

Mr. Rogers also works on general appellate matters involving briefing before the United States Supreme Court and the federal courts of appeals, including an original action before the United States Supreme Court.

Prior to joining the firm he clerked for the Honorable Thomas B. Griffith of the U.S. Court of Appeals for the District of Columbia Circuit from 2005 – 2006.

**ADMISSIONS & CERTIFICATIONS**

- District of Columbia, 2007

**EDUCATION**

- Harvard Law School (J.D., 2004)
- Brigham Young University (B.A., 2001, Phi Kappa Phi)

**CLERKSHIPS**

- U.S. Court of Appeals, D.C. Circuit, Thomas B. Griffith, 2005-2006