# EXHIBIT A

| From: | Ross, Tom |
|---|---|
| Sent: | Tuesday, September 13, 2011 9:32 PM |
| To: | 'Adrian Nelson' |
| Cc: | Kapshandy, Timothy E.; 'Farrokh Mohammadi'; Jensen, Peter; Rogers, HL; 'Afshin Pishevar' |
| Subject: | Revised Bill of Costs |
| Attachments: | Hassan _ Revised Bill of Costs (Signed).PDF; Hassan _ Revised Bill of Costs Ex. A.PDF |

Dear Adrian,

Attached is a corrected Bill of Costs (and Ex. A). We had caught the addition error (Excel summed the subtotal with the individual daily figures) but somehow mistakenly attached the unrevised version. The corrected total is 124.7 hours, as your math verified. We apologize for the error.

Here are the rates for the individual timekeepers used in the calculation:

|  | Hours | Rate | Total |
|---|---|---|---|
| Timothy E. Kapshandy | 27.3 | 475 | $ 12,967.50 |
| Meredith H. Dudley | 50.6 | 95 | $ 4,807.00 |
| Jeffery H. Tisak | 31 | 95 | $ 2,945.00 |
| Thomas E. Ross | 14.5 | 250 | $ 3,625.00 |
| HL Rogers | 1.3 | 385 | $ 500.50 |
|  |  |  | $ 24,845.00 |

Please check the math and let us know if it is incorrect. As you will see, no "multiplier" was used. We agree that you may treat the bill as filed today, and so you still have seven days per the Court's order to fulfill it. We will file the revised Bill of Costs (and Ex. A) with the Court tonight or tomorrow.

Per Local Rule 7, please be sure to consult with one of us before filing such contested motions. Had you done so here, we could have gotten you the corrected attachment and avoided this filing. Again, we apologize for the error.

Sincerely,

Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com