# EXHIBIT A

# DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MEMBERSHIP LIST

**Exhibit A**
-Volume III of Trita Parsi Deposition
- -61 pages (mini version)
- -No redactions

**Exhibit B**
-Article: "A Candid Discussion w/ Trita Parsi on Iran after the Arab Spring"
- -4 pages
- -No redactions

**Exhibit C**
-Membership list chart
- -90 pages
- -One column of the chart redacted on each page
- -Exhibit 100 & Exhibit 104 from Trita Parsi deposition

**Exhibit D**
-Membership list chart
- -36 pages
- -One column of the chart redacted on each page

**Exhibit E**
-Membership list chart
- -17 pages
- -Two columns of the chart redacted on each page

**Exhibit F**
-Email exchange between A. Nelson and T. Kapshandy
- -3 pages
- -No redactions

**Exhibit G**
-E-mail correspondence
- -22 pages
- -No redactions

**Exhibit H**
-E-mail correspondence
- -3 pages
- -No redactions

**Exhibit I**
-E-mail correspondence
	-5 pages
	-No redactions

**Exhibit J**
-Excel files
	-7 pages
	-Redactions
	-Exhibit 116 from Trita Parsi deposition

**Exhibit K**
-Excel files
	-49 pages
	-Redactions
	-Excerpt from Exhibit 117 of Trita Parsi deposition

**Exhibit L**
-E-mail correspondence
	-4 pages
	-No redactions

**Exhibit M**
-Excel files
	-16 pages
	-Redactions
	-Exhibit 111A from Trita Parsi deposition

**Exhibit N**
-Letter of Inquiry Form
	-16 pages
	-No redactions
	-Exhibit 105 from Trita Parsi deposition

**Exhibit O**
-Article by Trita Parsi
	-2 pages
	-No redactions
	-Exhibit 101 from Trita Parsi deposition

**Exhibit P**
-Letter from Sidley to A. Neslon
	-3 pages
	-No redactions

**Exhibit Q**
-Letter from A. Nelson to T. Kapshandy
    -4 pages
    -No redactions

**Exhibit R**
-Trita Parsi Resume
    -2 pages
    -No redactions
    -Exhibit 106 from Trita Parsi deposition

## DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL MEMBERSHIP LISTS

**Exhibit A**
-Membership Charts
    -36 pages
    -Redactions

**Exhibit B**
-NIAC Meeting Minutes
    -8 pages
    -No redactions
    -Exhibit 107 from Trita Parsi deposition

## DEFENDANT'S MOTION TO COMPEL PRODUCTION OF SERVERS

**Exhibit A**
-Deposition of David Elliot
    -5 pages
    -No redactions

**Exhibit B**
-Deposition of Trita Parsi
    -13 pages
    -No redactions

**Exhibit C**
-List of NIAC computers
    -1 page

-No redactions

**Exhibit D**
-Letter from A. Nelson to Kapshandy
    -4 pages
    -No redactions

**Exhibit E**
-Affidavit of Stuart Kushner
    -3 pages
    -No redactions

**Exhibit F**
-Networkcare Inventory
    -1 Page
    -No redactions

**Exhibit G**
-Email Correspondence
    -6 pages
    -No redactions

**Exhibit H**
-Email Correspondence
    -4 pages
    -No redactions

## DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL SERVER

**Exhibit A**
-PWC Report & Email correspondence (1 email chain)
    66 pages
    -No redactions

**Exhibit B**
-Transcript from Status Conference
    -5 pages
    -No redactions

**Exhibit C**
-PWC Report
 -4 pages
 -No redactions

**Exhibit D**
-Email correspondence
 -1 page

**Exhibit E**
-Chart of Computer Imaging
 -1 page
 -No redactions