IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Motion to Exceed Page Limitations in Opposition to Defendant's Motion for Summary Judgment and Omnibus Sanctions Motion, it is hereby:

ORDERED this ____ day of _____, 2011 that Plaintiff's Motion to Exceed Page Limitations is GRANTED;

FURTHER ORDERED that Plaintiffs' Opposition to Defendant's Motion for Summary Judgment shall not exceed 55 pages in length;

FURTHER ORDERED that Plaintiffs' Opposition to Defendant's Omnibus Sanctions Motion shall not exceed 55 pages in length.

IT IS SO ORDERED.

                                                                                                    _____
                                                                                                    The Honorable John D. Bates
                                                                                                    United States District Judge