IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

## NOTICE OF ERRATA REGARDING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OMNIBUS SANCTIONS MOTION

Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., submit this Notice of Errata Regarding Plaintiffs' Unopposed Motion To Exceed Page Limitations In Opposition To Defendant's Motion For Summary Judgment And Omnibus Sanctions Motion. As a result of an oversight, the Certificate of Service to the Motion to Exceed Page Limitations contained the incorrect date. The corrected version is attached hereto as Exhibit A.

-2-

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| **Defendant.** | ) |

### CERTIFICATE OF SERVICE

I certify that on October 27, 2011, I served, via email, the Notice of Errata Regarding Plaintiffs' Unopposed Motion To Exceed Page Limitations In Opposition To Defendant's Motion For Summary Judgment And Omnibus Sanctions Motion to:

> Timothy E. Kapshandy, Esquire
> Peter G. Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam
>
>
> _____/s/_____
> Afshin Pishevar
> Adrian Nelson
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com
> anelson@pishevarlegal.com
>
>
> Attorneys for Plaintiff
> Trita Parsi
> National Iranian American Council