# Exhibit A

Page 1

```
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF COLUMBIA
 4   ------------------------------------------------------
 5   TRITA PARSI and NATIONAL IRANIAN AMERICAN
 6   COUNCIL,
 7                              Plaintiffs,
 8                   vs.              No. 08 CV 00705 (JDB)
 9   DAIOLESLAM SEID HASSAN,
10                              Defendant.
11   ------------------------------------------------------
12
13
14              DEPOSITION OF DAIOLESLAM SEID HASSAN
15                       Chicago, Illinois
16                   Tuesday, December 14, 2010
17
18
19
20
21
22   Reported by:
23   Mary M. Flagg, RPR
24   JOB NO. 4775
```

COPY

1    A    Because the majority of Iranians don't believe
2    that any country should interfere militarily in Iran or
3    act militarily against our country, but the majority of
4    Iranians at the same time are against this regime, so it
5    is -- I don't know how you can equate these two things.
6    Q    Now presently on the Iranianlobby.com website
7    there are a number of postings relating to reported
8    internal documents of NIAC.  Are you aware of that?
9    A    Oh, yeah.  I posted them.
10   Q    When did you start posting those documents?
11   A    After the discovery -- we had all the document
12   but after that we went to the court and the court, you
13   know, established that I can release it.  I think it was
14   at the end of last year.
15   Q    And where did you get the understanding that
16   the court said that you could release those documents?
17   A    Because I remember NIAC and Mr. Parsi sought to
18   prevent such release and the court refused, denied it.
19   That is my understanding.  We had several points of
20   privilege that the information should not be released,
21   and beside that I know that other informations could be
22   public.
23   Q    And what was your objective in releasing the
24   information that was involved in this particular court

Page 124

1  case?

2  A    Excuse me?

3  Q    What was your objective, why did you want to
4  post that information?

5  A    The truth.  The truth that the other people
6  share the truth.

7  Q    So did you post all of the discovery documents
8  that had been provided to your side through discovery?

9  A    So far I think several subjects I tried to post
10 about several subjects.  I tried to be honest and tried
11 to post everything I have.  Not to select them.  I tried
12 the readers they can be judged by themselves.

13 Q    My question was a little different.  Did you
14 post everything that was provided to you?

15 A    No not so far.

16 Q    You need to let me finish my question.

17 A    Sorry.

18 Q    That's okay.  So you haven't posted everything?

19 A    No.

20 Q    So you had to select some things to post and
21 some things not to post, correct?

22 A    Some subjects.  Not everything, no.

23 Q    And how did you determine what you would post
24 and what you wouldn't post?

1    A    Oh it's the time.  If I have enough time I will
2    post everything.  I should go and one by one post it on
3    the website and the people they can use the link and so
4    and I should read it and so.  So it's the question of
5    time and also the importance.
6         For example I judge that the relation between
7    the plaintiff and the Iranian regime was important so I
8    tried to focus first on this materials.
9    Q    Are you aware of an article that was written in
10   the Washington Times by a journalist by the name of Eli
11   Lake?
12   A    I am, yes.
13   Q    Did you have any involvement in providing him
14   with any materials for that article?
15   A    Yes, I have.
16   Q    And what was your involvement?
17   A    I gave him the documents that they could be
18   released, not privileged.
19   Q    And why did you do that?
20   A    To share the truth with the readers of
21   Washington Times.
22   Q    And in releasing those documents to Mr. Lake
23   did you have any conversation with him when you provided
24   it?

Page 126

1  A  Yes, I had. I had. I met him once only in
2  Washington. We talked about it. And after that several
3  times over the phone because he had interviews with
4  Mr. Parsi and other people. I remember that Mr. Parsi's
5  friends tried to convince him not to publish it. He was
6  sometimes frightened. He was sometimes, you know, tired
7  of it, so he discussed with me several times and the only
8  thing I always asked him never -- and what he did
9  finally, never base his article or what he is writing on
10  what I'm telling him, only on the documents provided by
11  NIAC itself. I mean untruths.
12  Q  So if I understand you you say that you spoke
13  to him on the phone and you met with him in person,
14  correct?
15  A  Yes.
16  Q  Did you ever exchange any e-mail with him?
17  A  I have, yeah.
18  Q  And how many times have you exchanged e-mail
19  with Mr. Lake?
20  A  I don't remember. Maybe ten times. I don't
21  know.
22  Q  Have you exchanged e-mail with Mr. Lake outside
23  of the article that he was writing or unrelated to the
24  article he was writing?

1   because you had a contact with Mr. Rubin?

2      A   Mr. Rubin had provided someone from Huffington

3   Post I would have then. I tried to publish with

4   Huffington Post and they didn't publish me.

5      Q   And prior to the point when you were taken to

6   the Washington Times by Mr. Rubin what was the nature of

7   your relationship with Mr. Rubin?

8      A   So how did I know Mr. Rubin for the first time.

9   Let me remember that. I remember I had some exchange on

10  e-mail with him, you know, about NIAC but because I

11  remember that over the NED grants to NIAC he had some

12  articles against NIAC. NIAC tried to write something

13  against him. I knew that he was involved, and more than

14  that Mr. Rubin is one of the Iran experts who I think is

15  very close to the reality about the Iranian issue and has

16  written lot about Iran.

17        I used to read his articles, so I tried to

18  contact him but it remained just exchange of e-mail.

19  Nothing more.

20     Q   So are you saying that you first became aware

21  of Mr. Rubin based upon things he had written?

22     A   Oh yes. Something he wrote, yeah.

23     Q   And then you contacted him?

24     A   Yeah, I tried to contact him and I remember

Page 132

1   maybe it was the first -- I don't know how the first time
2   I contacted him.  It was maybe trying to have something
3   published in his journal because I told you he was the
4   editor of Middle East Quarterly and he was -- I tried to
5   have something published.  He's very prestigious journal
6   so I tried to do that.
7        Q    Now in addition to posting the discovery
8   documents or some of them on Iranianlobby.com and
9   providing some of them to Eli Lake for his article did
10  you provide copies of the discovery documents to any
11  other person or entity?
12       A    Yes I have.
13       Q    Who else?
14       A    Oh the most of them was provided to Mr. Kaboli
15  to PAIC because he takes care of the website to
16  (unintelligible) to post it.
17       Q    Progressive American Iranian Committee?
18       A    Yes.
19       Q    And did you say it's Kobbleman (phonetically)?
20       A    Kaboli, K-a-b-o-l-i.
21       Q    And what is his connection with PAIC?
22       A    He is executive director of PAIC.
23       Q    Other than PAIC, Mr. Lake and publishing on
24  your own Iranianlobby.com website did you provide the