# Exhibit D

Allegedly unproduced meeting with Jillian Burns and Senator McConnell

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Creation Time | Last ModTime | Start | End | Location | Subject | From | Body | Matched to NIAC Production 1 | Matched to NIAC Production 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Trita Parsi | 6/3/09 4:34 PM | 12/25/09 2:16 AM | 6/17/09 2:30 PM | 6/17/09 3:30 PM | | State Dep with Jillian Burns | Trita Parsi_PhD <tparsi@hu.edu> | | X | |
| Trita Parsi | 1/5/09 10:34 AM | 1/22/09 12:42 PM | 1/23/09 12:30 PM | 1/23/09 12:30 PM | National Press Club: Ballroom | Sen. Mitch McConnell; Agenda for 111th | | Mitch McConnell, Senate Republican leader, will address a luncheon on Friday, Jan. 23. Effective that week, the Kentucky senator will be the most senior Republican in Washington, and his address to the Club will occur three days after Barack Obama is sworn into office as president. McConnell plans to speak about the agenda of the 111th Congress, which also will get underway in January. Despite taking the White House and expanding their congressional majorities, Democrats fell short of the 60 votes needed in the Senate to overcome filibusters. As a result, McConnell and his Republican colleagues will continue to play a pivotal role in influencing the legislative plans of the Obama administration and the Democratic Congress. His remarks will come on the cusp of an important legislative year, as the country reels from recession, a backlog of pressing domestic needs, two wars and a continuing terrorist threat. The luncheon is at 12:30 pm. Tickets are $17 for NPC members, $28 for guests of the speaker and guests of members and $35 general admission. For tickets, call 202 662 7501. | X | X |

Sample of Allegedly unproduced meetings after april 26 produced by Disney in 4/21 production

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| c | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| Patrick Disney | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 10:00 AM | 6/8/10 11:30 AM | Bipartisan Policy Center | Can a Nuclear Iran be Contained? (Shawn) | Mahsa Varkiani <avarkiani@niacouncil.org> | |
| Patrick Disney | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 11:00 AM | 6/8/10 1:30 PM | Rayburn 2325 | NIAC Briefing (Mahsa, Shahrzad, & Shima) | Mahsa Varkiani <avarkiani@niacouncil.org> | |
| Patrick Disney | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 12:15 PM | 6/8/10 2:00 PM | Carnegie Endowment for International Peace | Taking Tehran's Temperature: One Year On (Shahrooz) | Mahsa Varkiani <avarkiani@niacouncil.org> | |
| Patrick Disney | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/15/10 6:30 PM | 6/15/10 8:30 PM | Buchanan Ingersoll & Rooney PC, 1700 K Street NW Suite 300, Washington, DC 20006 | Turkey, Iran, and the US Power Triangle in the 21st Century | | |
| Patrick Disney | Deleted Items | 5/18/10 10:16 AM | 5/18/10 10:16 AM | 4/23/10 2:30 PM | 4/23/10 3:00 PM | | PO | Patrick Disney <PDisney@niacouncil.org> | |
| Patrick Disney | Calendar | 5/3/10 10:53 AM | 5/3/10 10:54 AM | 5/3/10 9:00 AM | 5/3/10 10:00 AM | | PO | Patrick Disney <PDisney@niacouncil.org> | |
| Patrick Disney | Calendar | 5/3/10 10:21 AM | 5/3/10 1:45 PM | 5/3/10 10:00 AM | 5/3/10 12:00 PM | | admin | Patrick Disney <PDisney@niacouncil.org> | |

| Patrick Disney | Calendar | | | | | | Patrick Disney <PDisney@niacouncil.org> |
|---|---|---|---|---|---|---|---|
| Patrick Disney | Calendar | 5/3/10 1:45 PM | 5/3/10 1:45 PM | 5/3/10 12:00 PM | 5/3/10 2:00 PM | PO | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/3/10 1:45 PM | 5/3/10 4:08 PM | 5/3/10 2:00 PM | 5/3/10 3:00 PM | POlicy Team mtg | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/3/10 4:09 PM | 5/3/10 4:09 PM | 5/3/10 3:00 PM | 5/3/10 4:00 PM | PO | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/3/10 6:21 PM | 5/3/10 6:21 PM | 5/3/10 4:00 PM | 5/3/10 5:00 PM | admin | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/3/10 6:21 PM | 5/3/10 6:21 PM | 5/3/10 5:00 PM | 5/3/10 6:30 PM | PO | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/4/10 2:04 PM | 5/4/10 5:52 PM | 5/4/10 9:00 AM | 5/4/10 5:00 PM | PO | Patrick Disney <PDisney@niacouncil.org> |
| Patrick Disney | Calendar | 5/4/10 4:20 PM | 5/4/10 5:52 PM | 5/4/10 5:00 PM | 5/4/10 6:00 PM | direct | Patrick Disney <PDisney@niacouncil.org> |