# Exhibit H

Sample of unproduced items created after 4/21/10

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Producti on 1 or 2 |
|---|---|---|---|---|---|---|---|---|
| Sepideh Phalsaphie | 8/17/10 9:25 AM | 12/17/10 11:55 AM | 8/17/10 1:00 PM | 8/17/10 1:30 PM | | interview | Sepideh Phalsaphie <sphalsaphie@niacouncil.org> | |
| Jamal Abdi | 8/17/10 11:57 AM | 8/17/10 11:57 AM | 8/26/10 8:30 AM | 8/26/10 9:00 AM | | Dentist Appt | Jamal Abdi <JAbdi@niacouncil.org> | |
| Jamal Abdi | 8/17/10 3:41 PM | 8/17/10 3:41 PM | 8/23/10 8:30 AM | 8/23/10 9:00 AM | 2100 Pennsylvania Ave, NW #A | Allergy Dr. Carregal | Jamal Abdi <JAbdi@niacouncil.org> | |
| David Elliott | 8/17/10 4:24 PM | 8/17/10 4:24 PM | 8/17/10 11:20 PM | 8/18/10 12:10 AM | | Interview | David Elliott <delliott@niacouncil.org> | |
| Jamal Abdi | 8/17/10 5:08 PM | 8/17/10 5:08 PM | 8/17/10 4:30 PM | 8/17/10 5:00 PM | | gr | Jamal Abdi <JAbdi@niacouncil.org> | |

Sample of unproduced duplicates

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Arsalan Barmand | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Michelle Moghtader and Emily Blout | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |
| Michelle Moghtader and Emily Blout | | | 3/23/08 9:30 PM | 3/23/08 10:00 PM | NIAC | Baha SF Feinstein Conference Call | | |

Sample of Cancelled, Deleted and Recovered events

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Deleted Items | 1/19/10 12:40 AM | 1/19/10 5:32 PM | 1/20/10 1:00 PM | 1/20/10 2:30 PM | | Canceled: NIAC Content Building | Kim Martinez <kim@charitydynamics.com> | |
| David Elliott | Recovered | 1/19/10 12:40 AM | 1/19/10 5:32 PM | 1/20/10 1:00 PM | 1/20/10 2:30 PM | | Canceled: NIAC Content Building | Kim Martinez <kim@charitydynamics.com> | |
| David Elliott | Deleted Items | 5/8/09 10:07 AM | 5/14/09 10:44 AM | 5/15/09 8:30 AM | 5/15/09 4:00 PM | 1400 Constitution Avenue, NW | Canceled: OFAC symposium | Patrick Disney <PDisney@niacouncil.org> | |
| David Elliott | Deleted Items | 5/8/09 10:07 AM | 5/14/09 10:44 AM | 5/15/09 8:30 AM | 5/15/09 4:00 PM | 1400 Constitution Avenue, NW | Canceled: OFAC symposium | Patrick Disney <PDisney@niacouncil.org> | |
| Sepideh Phalsaphie | Deleted Items | 8/26/09 2:37 PM | 11/6/09 9:49 AM | 8/28/09 10:00 AM | 8/28/09 11:00 AM | my office | Canceled: Shared drive cleanup | Kevin Cowl <kcowl@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |

Sample of Busy items in one persons calendar for another custodian

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/2/09 11:00 AM | 3/2/09 11:30 AM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/2/09 1:00 PM | 3/2/09 2:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/3/09 10:00 AM | 3/3/09 12:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/3/09 12:30 PM | 3/3/09 2:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/3/09 2:30 PM | 3/3/09 5:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/3/09 6:00 PM | 3/4/09 8:00 AM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/4/09 9:00 AM | 3/7/09 3:30 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/7/09 11:55 PM | 3/8/09 12:00 AM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/8/09 8:00 AM | 3/10/09 2:30 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/11/09 12:00 PM | 3/11/09 1:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/12/09 4:00 PM | 3/12/09 5:00 PM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/16/09 6:00 AM | 3/16/09 7:00 AM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/16/09 8:30 AM | 3/16/09 10:00 AM | | Busy | | |
| Michelle Moghtader and Emily Blout | Calendar\Trita Parsi_ PhD | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/16/09 5:00 PM | 3/16/09 6:30 PM | | Busy | | |

| Michelle Moghtader and Emily Blout | | Calenda\Trita Parsi_ PhD | | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 2/26/09 1:50 PM | 3/16/09 7:00 PM | 3/16/09 8:10 PM | | | | | Busy | | |

Sample of Non Events with no information in location, subject or body

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modificati on Time | Start | End | Loc atio n | Su bje ct | From | T o | C C | B C C | Organize r | B o dy | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Delete d Items | 9/30/09 4:46 PM | 9/30/09 4:47 PM | 10/2/09 11:00 AM | 10/2/09 12:00 PM | | | Kevin Cowl <kcowl@niacouncil.or g> | | | | Kevin Cowl | | |
| Kevin Cowl | Delete d Items | 10/28/0 9 9:56 AM | 10/28/09 9:57 AM | 10/29/09 9:00 AM | 10/29/09 1:30 PM | | | Kevin Cowl <kcowl@niacouncil.or g> | | | | Kevin Cowl | | |
| David Elliott | Delete d Items | 11/9/09 10:44 AM | 11/9/09 10:56 AM | 11/9/09 12:00 AM | 11/10/09 12:00 AM | | | David Elliott (NIAC) <delliott@niacouncil. org> | | | | David Elliott (NIAC) | | |
| David Elliott | Delete d Items | 11/9/09 10:44 AM | 11/9/09 10:56 AM | 11/9/09 12:00 AM | 11/10/09 12:00 AM | | | David Elliott (NIAC) <delliott@niacouncil. org> | | | | David Elliott (NIAC) | | |
| Kevin Cowl | Delete d Items | 11/23/0 9 3:46 PM | 11/23/09 3:46 PM | 11/24/09 11:00 AM | 11/24/09 11:30 AM | | | Kevin Cowl <kcowl@niacouncil.or g> | | | | Kevin Cowl | | |
| Jamal Abdi | Delete d Items | 12/15/0 9 5:59 PM | 12/22/09 9:37 AM | 12/18/09 7:00 PM | 12/18/09 9:00 PM | | | Jamal Abdi <JAbdi@niacouncil.or g> | | | | Jamal Abdi | | |
| Patrick Disney | Delete d Items | 1/15/10 12:19 PM | 1/15/10 12:19 PM | 1/15/10 11:00 AM | 1/15/10 11:30 AM | | | Patrick Disney <PDisney@niacouncil. org> | | | | Patrick Disney | | |
| Patrick Disney | Delete d Items | 2/1/10 2:05 PM | 2/1/10 2:05 PM | 2/1/10 2:00 PM | 2/1/10 2:30 PM | | | Patrick Disney <PDisney@niacouncil. org> | | | | Patrick Disney | | |
| Jamal Abdi | Delete d Items | 2/18/10 6:16 PM | 2/18/10 6:17 PM | 1/14/10 6:00 PM | 1/14/10 6:15 PM | | | Jamal Abdi <JAbdi@niacouncil.or g> | | | | Jamal Abdi | | |
| Jamal | Delete | 2/18/10 | 2/18/10 | 1/7/10 | 1/7/10 | | | Jamal Abdi | | | | Jamal | | |

| Abdi | d Items | 6:17 PM | 6:17 PM | 6:45 PM | 7:00 PM | <JAbdi@niacouncil.org> | Abdi |

Sample of National Holiday notifications

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | To C | CC C | Organizer | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 6/17/07 12:00 AM | 6/18/07 12:00 AM | United States | Father's Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 6/17/07 12:00 AM | 6/18/07 12:00 AM | United States | Father's Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 7/4/07 12:00 AM | 7/5/07 12:00 AM | United States | Independence Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 7/4/07 12:00 AM | 7/5/07 12:00 AM | United States | Independence Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 9/3/07 12:00 AM | 9/4/07 12:00 AM | United States | Labor Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 9/3/07 12:00 AM | 9/4/07 12:00 AM | United States | Labor Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 10/8/07 12:00 AM | 10/9/07 12:00 AM | United States | Columbus Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 10/8/07 12:00 AM | 10/9/07 12:00 AM | United States | Columbus Day | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |
| Patrick Disney | Calendar | 11/16/09 5:37 PM | 11/16/09 5:37 PM | 10/31/07 12:00 AM | 11/1/07 12:00 AM | United States | Halloween | Patrick Disney <PDisney@niacouncil.org> | | | Patrick Disney | | |

Sample of Documents with Copy as a Prefix

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Mod Time | Start | End | Location | Subject | From | To | CC | CC | Organizer | Bcc | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Calendar | 12/7/09 12:18 PM | 12/23/09 6:14 PM | 12/9/09 10:30 AM | 12/9/09 11:00 AM | (616) 347-8400; 401630# | Copy: Canceled: NIAC - Common Ground Trial Download | Kim Martinez <kim@charitydynamics.com> | Kim Martinez <kim@charitydynamics.com>; David Elliott_ NIAC <delliott@niacouncil.org>; Jennifer Atkins <jennifer@charitydynamics.com> | | | Kim Martinez | | |
| David Elliott | Calendar | 12/17/09 11:40 AM | 12/23/09 6:14 PM | 11/13/09 1:30 PM | 11/13/09 2:30 PM | (616) 347-8400; 401630# | Copy: Canceled: NIAC Status Call | Kim Martinez <kim@charitydynamics.com> | Kim Martinez <kim@charitydynamics.com>; Kevin Cowl <kcowl@niacouncil.org>; Kim Kupferman <kim@teamheller.com>; Michelle Moghtader <mmoghtader@niacouncil.org>; David Elliott_ NIAC <delliott@niacouncil.org> | | | Kim Martinez | | |
| David Elliott | Calendar | 10/6/09 6:08 PM | 11/17/09 5:09 PM | 10/14/09 3:30 PM | 10/14/09 4:15 PM | | Copy: Interdepartmental | David Elliott <delliott@niacouncil.org> | David Elliott <delliott@niacouncil.org>; Michelle Moghtader <mmoghtader@niacouncil.org>; abarmand@niacouncil.org <abarmand@niacouncil.org>; Kevin Cowl <kcowl@niacouncil.org>; Patrick Disney <pdisney@niacouncil.org> | | | David Elliott | | |
| Jamal Abdi | Calendar | 12/2/09 4:09 PM | 12/23/09 6:13 PM | 12/3/09 3:30 PM | 12/3/09 4:15 PM | | Copy: Interdepartmental Meeting (Rescheduled) | Jamal Abdi <JAbdi@niacouncil.org> | kcowl@niacouncil.org <kcowl@niacouncil.org>; Michelle Moghtader <mmoghtader@niacouncil.org>; Arsalan Barmand <abarmand@niacouncil.org>; Patrick Disney <PDisney@niacouncil.org>; David Elliott <delliott@niacouncil.org> | | | Jamal Abdi | | |