# Exhibit I

| Computer Custodian | PST Source | Outlook Folder | Creation Time | Last Mod Time | Start | End | Location | Subject | From | To | Organizer | Recipients | Required Attendees | Categories | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader and Emily Blout | Moghtader_Michelle_and_Blout_Emily\MOGH_BLT\D\Documents and Settings\Emily\Local Settings\Application Data\Microsoft\Outlook\archive1.pst | Calendar | 5/7/07 4:10 PM | 11/7/07 11:56 AM | 5/16/07 7:30 PM | 5/16/07 9:30 PM | Howard Frank Auditorium, Van Munching Hall | Conference at the Center for Persian Studies, University of Maryland | Emily Blout <eblout@niacouncil.org> | Emily Blout <eblout@niacouncil.org> | Emily Blout | Emily Blout | Emily Blout | Follow Up | X |
| Michelle Moghtader and Emily Blout | Moghtader_Michelle_and_Blout_Emily\MOGH_BLT\D\Documents and Settings\Emily\Local Settings\Application Data\Microsoft\Outlook\archive1.pst | Calendar | 7/23/07 3:00 PM | 8/14/07 2:38 PM | 7/23/07 5:00 PM | 7/23/07 5:30 PM | | send mail now! | Emily Blout <eblout@niacouncil.org> | | Emily Blout | | | Important | X |
| Michelle Moghtader and Emily Blout | Moghtader_Michelle_and_Blout_Emily\MOGH_BLT\D\Documents and Settings\Emily\Local Settings\Application Data\Microsoft\Outlook\archive1.pst | Calendar | 5/24/07 1:05 PM | 8/14/07 2:38 PM | 5/31/07 7:45 PM | 5/31/07 10:15 PM | 48 Mount Vernon Ave., Alexandria, VA 22301 | Union Alumni Council Board Meeting | Emily Blout <eblout@niacouncil.org> | | Emily Blout | | | Personal | X |

| Computer Custodian | PST Source | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | To | Organizer | Recipients | Required Attendees | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_S14LJ90PC63749\D | Calendar | 7/23/07 | 7/23/07 6:00 | 7/23/07 5:00 | 7/23/07 | | send mail | Emily Blout | | Emily | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | \Documents and Settings\All Users\Documents\Emily\Stationary.zip\ZIP Volume\Desk Top\Personal\Emily Outlook\cal.pst | | 3:00 PM | PM | PM | 5:30 PM | | now! | <eblout @niacou ncil.org> | Blout |
| | | Abdi_Jamal\Abdi_Jam al_S14LJ90PC63749\D \Documents and Settings\All Users\Documents\Emi ly\Stationary.zip\ZIP Volume\Desk | | 5/24/ 07 1:05 PM | 6/1/07 10:21 AM | 5/31/0 7 7:45 PM | 5/31/ 07 10:15 PM | 48 Mount Vernon Ave., Alexandri a, VA 22301 | Union Alumni Council Board Meeting | Emily Blout <eblout @niacou ncil.org> | Emil y Blou t |
| Jamal Abdi | | Top\Personal\Emily Outlook\cal.pst | Calend ar | | | | | | | | |
| | | Abdi_Jamal\Abdi_Jam al_S14LJ90PC63749\D \Documents and Settings\All Users\Documents\Emi ly\Stationary.zip\ZIP Volume\Desk | | 5/7/0 7 4:10 PM | 5/16/0 7 7:25 PM | 5/16/0 7 7:30 PM | 5/16/ 07 9:30 PM | Howard Frank Auditoriu m, Van Munchin g Hall | Conferen ce at the Center for Persian Studies, Universit y of Marylan d | Emily Blout <eblout @niacou ncil.org> | Emil y Blou t <ebl out @ni acou ncil. org> | Emil y Blo ut | Emily Blout |
| Jamal Abdi | | Top\Personal\Emily Outlook\cal.pst | Calend ar | | | | | | | | |