# Exhibit J

Sample of Cancelled, Deleted and Recovered events

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Deleted Items | 1/19/10 12:40 AM | 1/19/10 5:32 PM | 1/20/10 1:00 PM | 1/20/10 2:30 PM | | Canceled: NIAC Content Building | Kim Martinez <kim@charitydynamics.com> | |
| David Elliott | Recovered | 1/19/10 12:40 AM | 1/19/10 5:32 PM | 1/20/10 1:00 PM | 1/20/10 2:30 PM | | Canceled: NIAC Content Building | Kim Martinez <kim@charitydynamics.com> | |
| David Elliott | Deleted Items | 5/8/09 10:07 AM | 5/14/09 10:44 AM | 5/15/09 8:30 AM | 5/15/09 4:00 PM | 1400 Constitution Avenue, NW | Canceled: OFAC symposium | Patrick Disney <PDisney@niacouncil.org> | |
| David Elliott | Deleted Items | 5/8/09 10:07 AM | 5/14/09 10:44 AM | 5/15/09 8:30 AM | 5/15/09 4:00 PM | 1400 Constitution Avenue, NW | Canceled: OFAC symposium | Patrick Disney <PDisney@niacouncil.org> | |
| Sepideh Phalsaphie | Deleted Items | 8/26/09 2:37 PM | 11/6/09 9:49 AM | 8/28/09 10:00 AM | 8/28/09 11:00 AM | my office | Canceled: Shared drive cleanup | Kevin Cowl <kcowl@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Arsalan Barmand | Deleted Items | 2/24/10 10:26 AM | 2/24/10 10:35 AM | 2/26/10 9:30 AM | 2/26/10 10:00 AM | | Canceled: Sheyda interview | Michelle Moghtader <mmoghtader@niacouncil.org> | |