# Exhibit N

| Subject | StartDate | StartTime | EndDate | EndTime | MeetingOrganizer | Categories | Description | Location |
|---|---|---|---|---|---|---|---|---|
| Campaign mtg (tent) | 1/28/2009 | 12:30:00 PM | 1/28/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00.  Location will be Americans for Tax Reform (1920 L Street NW, Suite 200).  Please RSVP to m | |
| Campaign mtg (tent) | 2/25/2009 | 12:30:00 PM | 2/25/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00.  Location will be Americans for Tax Reform (1920 L Street NW, Suite 200).  Please RSVP to m | |
| Campaign mtg (tent) | 3/25/2009 | 12:30:00 PM | 3/25/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | This is a reminder that the next meeting of the Campaign for a New American Policy on | |

| | | | | | |
|---|---|---|---|---|---|
| Campaign mtg (tent) | 4/22/200 12:30:00 9 PM | 4/22/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00.  Location will be Americans for Tax Reform (1920 L Street NW, Suite 200).  Please RSVP to m |
| | | | | | Hello all, |
| | | | | | This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00.  Location will be Americans for Tax Reform (1920 L Street NW, Suite 200).  Please RSVP to m |
| Campaign mtg (tent) | 5/27/200 12:30:00 9 PM | 5/27/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, |
| | | | | | This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00.  Location will be Americans for Tax Reform (1920 L Street NW, Suite 200).  Please RSVP to m |

| | | | | | |
|---|---|---|---|---|---|
| Campaign mtg (tent) | 6/24/2009 12:30:00 PM | 6/24/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street NW, Suite 200). Please RSVP to m |
| Campaign mtg (tent) | 7/22/2009 12:30:00 PM | 7/22/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street NW, Suite 200). Please RSVP to m |
| Campaign mtg (tent) | 8/26/2009 12:30:00 PM | 8/26/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street |

| | | | | | | |
|---|---|---|---|---|---|---|
| Campaign mtg (tent) | 9/23/200 12:30:00 PM 9 | 9/23/2009 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street NW, Suite 200). Please RSVP to m | 722 12th street. 6 floor across marriot. Metro center |
| Campaign mtg (tent) | 10/28/20 12:30:00 PM 09 | 10/28/200 9 | 1:30:00 PM | Patrick Disney | Public Outreach | Hello all, This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street NW, Suite 200). Please RSVP to m | |

Hello all,

This is a reminder that the next meeting of the Campaign for a New American Policy on Iran will take place on Wednesday, January 21, from 12:30-2:00. Location will be Americans for Tax Reform (1920 L Street NW, Suite 200). Please RSVP to m

| | | | | | |
|---|---|---|---|---|---|
| Campaign mtg (tent) | 12/23/20 09 | 12:30:00 PM | 12/23/2009 | 1:30:00 PM | Patrick Disney | Public Outreach |