# Exhibit O

**Comparison of Michelle Moghtader J Street events**

Excerpted in Pertinent Part from PWC Report Exhibit C.

| Outlook Folder | Creation Time | Last Mod Time | Start | End | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|
| Deleted Items | 10/7/09 10:45 AM | 10/27/09 10:33 AM | 10/27/09 9:00 AM | 10/27/09 4:00 PM | J Street | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Recovered | 10/7/09 10:45 AM | 10/7/09 10:45 AM | 10/27/09 9:00 AM | 10/27/09 8:30 PM | J Street | Michelle Moghtader <mmoghtader@niacouncil.org> | |
| Calendar | 10/7/09 10:46 AM | 10/29/09 9:46 AM | 10/28/09 9:00 AM | 10/28/09 4:30 PM | J Street | Michelle Moghtader <mmoghtader@niacouncil.org> | x |
| Calendar | 10/7/09 10:45 AM | 10/26/09 10:48 AM | 10/26/09 9:00 AM | 10/26/09 3:30 PM | JStreet | Michelle Moghtader <mmoghtader@niacouncil.org> | x |
| Recovered | 10/7/09 10:45 AM | 10/7/09 10:45 AM | 10/26/09 9:00 AM | 10/26/09 9:00 PM | JStreet | Michelle Moghtader <mmoghtader@niacouncil.org> | |

**Events on other calendar for J street events during the same dates**

Excerpted in Pertinent Part from PWC Report Exhibit C.

| Custodian | Outlook Folder | Creation Time | Last Mod Time | Start | End | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|
| Trita Parsi | Calendar | 9/10/09 2:36 PM | 10/26/09 6:26 PM | 10/26/09 3:30 PM | 10/26/09 5:00 PM | J street conference | Trita Parsi_PhD <tparsi@niacouncil.org> | x |
| Patrick Disney | Calendar | 10/23/09 3:04 PM | 10/26/09 5:50 PM | 10/26/09 3:30 PM | 10/26/09 5:00 PM | J Street Conference breakout session | Patrick Disney <PDisney@niacouncil.org> | x |
| Patrick Disney | Calendar | 10/23/09 3:04 PM | 10/26/09 5:50 PM | 10/26/09 3:30 PM | 10/26/09 5:00 PM | J Street Conference breakout session | Patrick Disney <PDisney@niacouncil.org> | x |
| Patrick Disney | Calendar | 4/20/09 11:22 AM | 10/27/09 1:14 AM | 10/25/09 8:00 AM | 10/28/09 8:30 AM | J Street Conference: Driving Change, Securing Peace | Patrick Disney <PDisney@niacouncil.org> | x |
| Patrick Disney | Calendar | 4/20/09 11:22 AM | 12/23/09 6:17 PM | 10/25/09 8:00 AM | 10/28/09 8:30 AM | J Street Conference: Driving Change, Securing Peace | Patrick Disney <PDisney@niacouncil.org> | x |