# Exhibit R

**CNAPI meetings with congressmen or staffers and preparation of materials for them**

**Excerpted in Pertinent Part from PWC Report Exhibit C.**

| Computer Custodian | Outlook Folder | Creation Time | Last Mod Time | Start | End | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|
| David Elliott | Recovered | 9/21/09 1:19 PM | 9/23/09 2:15 PM | 9/23/09 12:30 PM | 9/23/09 1:30 PM | CNAPI | David Elliott (NIAC) <delliott@niacouncil.org> | x |
| David Elliott | Calendar | 9/21/09 1:19 PM | 9/23/09 2:15 PM | 9/23/09 12:30 PM | 9/23/09 1:30 PM | CNAPI | David Elliott (NIAC) <delliott@niacouncil.org> | x |

**8/26/09 Patrick Disney event that was produced in April 2010**

**Excerpted in Pertinent Part from Patrick Disney.xls**

| Custodian | Subject | Start Date | Start Time | End Time |
|---|---|---|---|---|
| patrick disney | CNAPI lobbying | 8/26/2009 | 1:00:00 PM | 1:30:00 PM |