# Exhibit S

Metadata of Patrick's exported PST file

Excerpted in pertinent part from PWC report Exhibit B –PST Metadata.xlsx

| Computer Custodian | Original File Name | File Created | Last Written | Entry Modified |
|---|---|---|---|---|
| Patrick Disney | cal pd 1.pst | 12/23/09 6:17 PM | 12/23/09 6:18 PM | 12/23/09 6:24 PM |
| Patrick Disney | cal pd 2.pst | 12/23/09 6:18 PM | 12/23/09 6:18 PM | 12/23/09 6:24 PM |

Modification time of events matches the time of export

Excerpted in pertinent part from PWC report Exhibit C- Recovered Calendar Appointment Metadata.xlsx

| PST Source | Creation Time | Last Mod Time | Start | End | Subject |
|---|---|---|---|---|---|
| cal pd 1.pst | 4/20/09 11:22 AM | 12/23/09 6:17 PM | 10/25/09 8:00 AM | 10/28/09 8:30 AM | J Street Conference: Driving Change, Securing Peace |
| cal pd 1.pst | 6/1/09 5:42 PM | 12/23/09 6:17 PM | 6/4/09 12:00 PM | 6/4/09 2:00 PM | Lunch Meeting w/ Dr. Trita Parsi and NIAC |
| cal pd 1.pst | 6/3/09 4:55 PM | 12/23/09 6:17 PM | 6/4/09 9:30 AM | 6/4/09 10:30 AM | Persepolis Meeting with UMichigan & Harvard |
| cal pd 1.pst | 7/6/09 12:47 PM | 12/23/09 6:17 PM | 7/6/09 3:00 PM | 7/6/09 3:30 PM | PD-KC mtg |
| cal pd 1.pst | 6/23/09 6:07 PM | 12/23/09 6:17 PM | 7/2/09 3:00 PM | 7/5/09 8:00 PM | Savannah Beach Trip |
| cal pd 2.pst | 5/7/09 1:05 PM | 12/23/09 6:18 PM | 5/11/09 10:00 AM | 5/11/09 10:30 AM | Exploring UChicago Collaboration w/ Scott Sudduth |
| cal pd 2.pst | 6/3/09 1:06 PM | 12/23/09 6:18 PM | 6/4/09 3:30 PM | 6/4/09 4:30 PM | Meeting to discuss new website |
| cal pd 2.pst | 2/26/09 1:50 PM | 12/23/09 6:18 PM | 2/26/09 4:30 PM | 2/26/09 5:30 PM | Meeting with THORNBERRY w/eric ham regarding incident at sea |
| cal pd 2.pst | 6/1/09 1:08 PM | 12/23/09 6:18 PM | 6/3/09 6:00 PM | 6/3/09 8:00 PM | POMED happy hour |
| cal pd 2.pst | 6/11/09 5:23 PM | 12/23/09 6:18 PM | 6/15/09 4:00 PM | 6/15/09 5:00 PM | Alex Dehgan |