# Exhibit T



**Real Analysis, LLC**
**1128 Cherrytown Road**
**Westminster, Maryland 21158**
**410-346-7288**
**www.realforensicanalysis.com**

# Computer Inventory and Data Map Report

Prepared: July 31 2011

#072811.01
NIAC
National Iranian American Council
1411 K Street NW, Suite 600
Washington DC 20005

## Organization Overview

(From the NIAC Website "About Us")

The National Iranian American Council is a nonpartisan, nonprofit organization dedicated to advancing the interests of the Iranian-American community. We accomplish our mission by supplying the resources, knowledge and tools to enable greater civic participation by Iranian Americans and informed decision making by lawmakers.

As one of the most highly educated minority groups in the United States, Iranian Americans have achieved success on many levels – technological, scientific, academ and economic life – yet our community's impact on civil society is a less impressive story. No time was this more evident than after September 11, when the Iranian-American community was nearly silent as the United States was confronted with profound issues of national security, immigration and the character of American society. This was when NIAC emerged as a leader, addressing the difficult issues facing our community.

Since its inception in 2002, NIAC has effectively represented Iranian Americans on Capitol Hill, giving the Iranian-American community a powerful voice. NIAC has a presence on both coasts and in the American heartland. Members of Congress are now counting on hearing from NIAC and benefiting from the perspective of Iranian Americans.

NIAC is a grassroots organization supported by the Iranian-American community and prominent American foundations. NIAC does not receive funds from the Iranian government nor the United States government.

## Scope of Work Completed

On July 25, 2011 Rich Peacock of Real Analysis, LLC was contacted by the President of Precision Legal Services, Marc Hirschfeld. Mr. Hirschfeld indicated that the National Iranian American Council (NIAC) needed to have a Computer Inventory and Data Map completed for the organization. The computer inventory and data map was necessary pursuant to a legal matter ref. 08 CV 00705 (JDB).

On July 28, 2011 at approximately 3:00PM, Rich Peacock met at the NIAC Offices located at 1411 K Street NW, Suite 600 - Washington DC, 20005. At that time Kevin Cowl, Chief Operating Officer and David Elliott, Assistant Policy Director were contacted.

At approximately 3:15PM Rich Peacock began to interview Kevin Cowl and David Elliot regarding the organization's data retention policy and network architecture. The following is the culmination of statements made during the interview.

- NIAC has a physical address of 1411 K Street NW, Suite 600 - Washington DC 20005. There are no additional locations where business data is maintained.

- NIAC consists of 8 fulltime employees and 4 interns.

- There is no onsite Network Administrator. NIAC has contracted IT Services in the past with Progressive Office, INC located at 2102 10th Street NW - Washington, DC 20001.

- NIAC does not have a complex computer network. The network consists of desktop and laptop workstations connected to a centrally located file server currently identified as an Iomega Store Center NAS - 2TB in size - s/n 0JAK380013.

- On or about December 4, 2009 the Iomega Store Center was installed to replace a Dell Dimension 4550 Desktop Computer - s/n 42BVV21 that was used as a file server. All data was migrated to the Iomega Store Center NAS on this date by Progressive Office.

- Desktop and laptop workstations utilize Microsoft Windows XP, Vista and 7 Operating Systems. In recent months NIAC has also added (2) Apple Mac Mini Desktop Computers which utilize the MAC OSX Operating System.

- Organization email is hosted by Dreamhost. All email is directly synced to the user's workstation via POP3 / STMP Protocol. There is no email server at the NIAC location. All email is maintained on the user's workstation via Microsoft Outlook or Apple Mail.

- All data storage is maintained onsite. There is no cloud provider or offsite data archives.

- NIAC does not utilize a Blackberry Enterprise Server.

- A Legal Hold is in place as of April 25, 2008 (reaffirmed October 29, 2008).

- All employees have been notified to not delete data.

- Data from previous employees and interns is kept on the desktop or laptop computer. New user accounts are created for new employees / interns.

- There is no backup schedule policy. All backups are done manually. At this time there are no backups of the Iomega Store Center. Old file server backups were maintained on a Maxtor USB External Hard Drive

- NIAC does not use File Level or Full Disk Encryption

## Computer Inventory (As of July 28, 2011)

**Offline Computers / Storage**

1. Dell (Desktop)
   Optiplex GX620
   s/n  JJNC891

2. Dell (Desktop)
   Vostro 200
   s/n 7TSCJF1

3. Dell (Desktop)
   Vostro 200
   s/n BL2FMF1

4. Dell (Laptop)
   Latitude D600
   s/n 7V39P31

5. Gateway (Laptop)
   200 ARC
   s/n 0032776297

6. Dell (Desktop)
   Dimension 4400
   s/n 9LHW811
   (Firewall - Untangle Software)

7. Simple Tech (USB Hard Drive)
   1TB
   s/n MS1EELTK
   (Iomega NAS Backup)

8. Simple Tech (USB Hard Drive)
   1TB
   s/n MS1E13LK
   (Iomega NAS Backup)

9. Maxtor (USB Hard Drive)
   500GB
   s/n 2HA133W4
   (Old Dell File Server Backup)

10. Dell (Desktop)
    Dimension 4550
    s/n 42BVV21
    (Old File Server)

**Online Computers / Storage**

1. Lenovo (Desktop)
   Think Center 7522
   s/n MJ16385
   Main User: David Elliott

2. Dell (Desktop)
   Vostro 200
   s/n 1Z0KBG1
   Main User: Kevin Cowl

3. Dell (Desktop)
   Vostro 200
   s/n 5Z0KBG1
   Main User: Reza Marashi

4. Dell (Desktop)
   Vostro 410
   s/n 9MNLLH1
   Main User: Sepideh Phalsaphie

5. Dell (Laptop)
   Vostro 1220
   s/n 7N4XKL1
   Main User: Nobar Elmi

6. Dell (Desktop)
   Vostro 200
   s/n DTSCJF1
   Main User: Jamal Abdi

7. Mac (Laptop)
   Macbook Pro
   s/n W8006ABG66E
   Main User: Trita Parsi

8. Mac Mini (Desktop)
   4.1
   s/n C07DL6QUDD6H
   Main User: Lily Samimi

9. Acer (Laptop)
   Travel Mate 2413LC1
   s/n LXTAC0602254600C84KS00
   Main User: Intern

10. Dell (Laptop)
    Latitude D610
    s/n 2X1FF91
    Main User: Intern

11. Dell (Desktop)
    Vostro 410
    s/n BBFWQH1
    Main User: Intern

12. Mac Mini (Desktop)
    4.1
    s/n C07DT3LBDD6H
    Main User: Intern

13. Iomega (NAS)
    2TB Store Center IX4-200D
    s/n 0JAK380013
    File Server

**Phone System**

1. Speak Easy (Hosted VOIP)
   Megapath
   (Voice mail accessed via phone - no onsite archive system)

**Email Service**

1. Dreamhost
   Hosted Email
   (POP3 / SMTP Stored directly on user's computer - no onsite archive system)

5



NATIONAL IRANIAN AMERICAN COUNCIL
Online Computers / Storage / Phone / Email (July 28, 2011)