# Exhibit U

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------
TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,

        Plaintiffs,

    vs.      No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

        Defendant.
-------------------------------------------------

DEPOSITION OF PATRICK DISNEY

New York, New York

Friday, October 29th, 2010

Reported by:
Jeremy Frank, MPM
JOB NO. 4506



TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

```
 1                    Disney
 2        finish.
 3             We can discuss this later, but as
 4        you all know when privileged conversa-
 5        tions are made in the presence of a
 6        third-party, it waives the privilege and
 7        we will leave it at that.
 8             MR. NELSON:  Until you establish
 9        the foundation for your basis that there
10        was a waiver, our position is that it is
11        privileged and I'm instructing the
12        witness not to answer.
13             MR. JENSEN:  Okay.
14        Q.   Are you familiar with a program
15   called Sales Force?
16        A.   I am.
17        Q.   What was Sales Force?
18        A.   Are you asking what NIAC used
19   Sales Force for?
20        Q.   First tell me what it is.
21        A.   I don't have a good understanding
22   what the program at large is for, but I
23   understand how NIAC used it.
24        Q.   How did NIAC use it?
25        A.   NIAC used it as a membership
```

1           Disney
2  database, as a database of contact information
3  for people.
4       Q.   Who was in charge of it at NIAC?
5       A.   I don't recall anyone being
6  formally in charge of Sales Force.
7       Q.   Did you use Sales Force?
8       A.   Occasionally.
9       Q.   Who else used Sales Force?
10      A.   Everyone from our office manager
11 to our interns used Sales Force at one time or
12 another.
13      Q.   Do you know when NIAC began using
14 Sales Force?
15      A.   I don't, I know it was prior to my
16 starting with NIAC.
17      Q.   What's the data that you inputted
18 into Sales Force, what kind of data was that?
19      A.   Generally just information about
20 individuals, names, addresses, phone numbers,
21 that sort of things.
22      Q.   How frequently did you use it?
23      A.   I didn't use it very frequently,
24 actually.
25      Q.   Did you find it to be a useful

1               Disney

2  tool?

3       A.   I found it to be a difficult tool

4  to work with.

5       Q.   We talked a little about the

6  machines in the corner and I'm not sure if I

7  asked this, I'll ask it again, if I did please

8  forgive me.

9            Did NIAC have, is one of those an

10 e-mail server as far as you understand what

11 the term e-mail server means?

12           MR. NELSON:  Objection.

13      A.   My understanding of what an e-mail

14 is server pretty limited.  We were all issued,

15 all NIAC employees issued e-mail addresses

16 that were directed to at NIACcounsel.org.

17      Q.   Have you ever met with Mahmoud

18 Ahmadinejad?  I am sure I butchered the name,

19 but the President of Iran?

20      A.   I have, not as an employee of

21 NIAC, as a graduate student.

22      Q.   Tell me about that meeting, how

23 was that set up?

24      A.   That was in September of this year

25 when President Ahmadinejad addressed the UN