# Exhibit B



**PLAINTIFF'S EXHIBIT**

## America.gov -
*Telling America's Story*

U.S. Department of State
Updated 8:51 EDT - 07 Aug 2008

You are in: Home > Foreign Policy > Peace & Security

## SECURITY | Creating a more stable world
### PEACE & SECURITY

30 April 2008

## Iran Is Most Significant State Sponsor of Terrorism, Report Says
**Annual list includes Cuba, Iran, North Korea, Sudan and Syria**



Colombian citizens across the world protest against the terrorist group Revolutionary Armed Forces of Colombia. (© AP Images)

By Merle D. Kellerhals, Jr.
Staff Writer

Washington -- Without state sponsors, terrorist groups would have far greater difficulty finding the funds, weapons and explosives, safe havens and recruits they need to plan and conduct acts of violence against others.

"The United States will continue to insist that these countries end the support they give to terrorist groups," according to the *2007 Country Reports on Terrorism*, released April 30. "State sponsorship of terrorism continued to undermine efforts to eliminate terrorism."

And also worrisome is that some of these countries that provide aid to terrorist groups also have the capability to make nuclear, biological and chemical weapons that could easily get into the hands of terrorists, the annual report says.

Cuba, Iran, North Korea, Sudan and Syria remained on the 2007 state sponsors list, though several of the countries have been working to be removed from the list by cooperating in the international struggle against terrorism, the report states.

"Sudan continued to take significant steps to cooperate in the war on terror," the report said. "Cuba, Iran and Syria, however, have not renounced terrorism or made efforts to act against Foreign Terrorist Organizations. Iran and Syria routinely provided safe haven, substantial resources, and guidance to terrorist organizations."

The report said that North Korea has not sponsored any terrorist acts since the bombing of a Korean Airlines flight in 1987. "As part of the Six-Party Talks process, the United States reaffirmed its intent to fulfill its commitments regarding the removal of the designation of [North Korea] as a state sponsor of terrorism," the report said, as North Korean officials move toward elimination of nuclear programs from the Korean Peninsula.

Of the five countries on the annual list, Iran remains the most significant state sponsor of terrorism.

"A critically important element of Iranian national security strategy is its ability to conduct terrorist operations abroad," the report said. "Iranian leaders believe this capability helps safeguard the regime by deterring United States or Israeli attacks, distracting and weakening the United States, enhancing Iran's regional influence through intimidation, and helping to drive the United States from the Middle East."



A Filipino stands next to a wanted poster of 24 Abu Sayyaf terrorists in the Philippines. (© AP Images)

And the report says that Hezbollah, a designated foreign terrorist organization, is crucial to carrying out Iran's terrorism strategy.

The report states that designating countries that repeatedly provide support

for acts of international terrorism as state sponsors subjects these countries to four types of sanctions from the United States:

- A ban on arms-related exports and sales.

- Controls over exports of items that could be used for civilian and military purposes. The U.S. Congress must be notified of exports of goods and services that could significantly enhance a country's military capability or support for terrorism.

- A prohibition on economic assistance.

- A series of financial and other restrictions, such as opposition to loans by international financial organizations, exceptions to legal immunity, denying tax credits, denying duty-free status and prohibiting defense-related contracts.

🗩 Tell us what you think about this article.

Bookmark with:

- Delicious
- Digg
- reddit
- Facebook
- StumbleUpon

What's this?

---

This site delivers information about current U.S. foreign policy and about American life and culture. It is produced by the U.S. Department of State's Bureau of International Information Programs. Links to other Internet sites should not be construed as an endorsement of the views contained therein.