# EXHIBIT C

**Iran's opposition coordinate with "Trita"!**

The US plan to publish "guide to Iran's Volatility" through its consul on foreign relation, consists of a new round of (USA) lobbying to overthrow the Islamic Republic regime. Lobbying with new methods and taking advantage of new pawns are in the making.

Among all the individuals and exceptional forces that are considered in these panels, the name of an Iranian "Trita Parsi" Stands out, he has been placed in charge of supporting the internal opposition. He will be participating in this panel on the issue of how international forces can support the opposition in Iran. Some experts believe that the United States by introducing Trita Parsi and handing over the Iranian issues to him, is in the process of forming and using fresh (new) opposition forces.

I, Omid Azari, certify that the above document is a complete and correct translation of the Javanonline.ir headline. I further certify that by virtue of my training and experience I am competent to translate documents from Farsi into English.

Date 10-27-11
Name Omid Azari, Esquire
Address 2418 Sapling Ridge Lane
Brookeville, MD 20833
202-468-5087



گزارش «جوان» از مهره تازه امریکا در جنگ نرم علیه ایران

# مخالفان ایران با «تریتا» هماهنگ کنند!



نظر یاز افلاکی

گفت‌وگو با دکتر غلامحسین ابراهیمی دینانی به مناسبت روز بزرگداشت حافظ

## گسترش بهار وال استریت به ۱۰۰۰ شهر امریکا

## اولین پیروزی مس با شکست فولاد سپاهان

## به منظور جلوگیری از سوءاستفاده سیاسی آل خلیفه
### دور خیز گروه «۱۴+۶ فوریه» برای زلزله اقتصادی در بحرین



ختم وزیر اخلالت ندارد به جای آن در صد ناله بگویید
## یک میلیون و ۸۰۰ هزار ایرانی در معرض هزینه‌های فاجعه بار سلامت

## تغییر فصل بد داد سلامت مردم در رسید
### وبا رفته آبیاری سبزیجات با فاضلاب ادامه دارد!

## بامداد تأمین امنیت کشتیرانی تجاری ایران در خلیج عدن اعلام شد
### آغاز مأموریت بین‌المللی ناوشکن جماران



## برکل سیاسی وزارت کشور:
### با ایجاد کاندیدگان هیجان کاذب انتخاباتی برخورد می‌شود

زمان سفر رهبر معظم انقلاب به دو باز زاگرس‌نشینان اعلام شد
## صبح چهارشنبه بیعت با ایرمردان کرمانشاه با رهبر انقلاب

## گفت‌وگوی «جوان» با حجت‌الاسلام حمید رسایی
### ساکتین انحراف و اخلاق، یک فتنه سیاسی بدون مقبولیت است

## چه کسی سقوط می‌کند و چه کسی نظاره!؟



بمب جنگ نرم غربی‌ها در قلب کشور دوست

## ۴ متجاوز باغ وحشت چهارشنبه اعدام می‌شوند

آگهی تمدید مهلت فروش اسناد مزایده عمومی دو مرحله‌ای به شماره ۹۰/م/۰۱
واگذاری پروانه ایجاد و بهره‌برداری از شبکه‌های رادیو ترانک عمومی

سازمان آگهی‌های روزنامه جوان تلفنی آگهی می‌پذیرد ۰۲۱۸۸۵۴۲۰۷۵

هشدار
آیا می‌دانید؟
نصب هرگونه برجسب و براکت بر روی حفاظ‌های شیشه‌ای نوعی آلودگی بصری بوده و سکوی فضایی دارد.
محاکم فضایی خارج از نوبت به پرونده‌های مخلفین رسیدگی می‌نمایند.