# Exhibit E

Page 1

1

2            IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLUMBIA

4    ----------------------------------------------------

5    TRITA PARSI and NATIONAL IRANIAN AMERICAN

6    COUNCIL,

7                          Plaintiffs,

8            vs.              No. 08 CV 00705 (JDB)

9    DAIOLESLAM SEID HASSAN,

10                         Defendant.

11   ----------------------------------------------------

12

13

14        DEPOSITION OF DAIOLESLAM SEID HASSAN

15               Chicago, Illinois

16           Tuesday, December 14, 2010

17

18

19

20

21

22   Reported by:

23   Mary M. Flagg, RPR

24   JOB NO. 4775

COPY

1      A    My father's name Seid Ahmad, S-e-i-d,

2  A-h-m-a-d.  And my mother's name is Mehry, M-e-h-r-y,

3  Janatpour, J-a-n-a-t-p-o-u-r.

4      Q    Are they still living?

5      A    My father passed away two years ago and my

6  mother is still living.

7      Q    Where does she live?

8      A    In Tehran Iran.

9      Q    When is the last time you have had the

10  opportunity to visit your mother in Iran?

11      A    In Iran it was 29 years ago.

12      Q    So is it your testimony today that you have not

13  been to Iran in 29 years?

14      A    Yeah.  I left Iran at the end of '81, 1981.  I

15  have not returned back to Iran.

16      Q    Do you have any siblings?

17      A    You mean brother and sister?

18      Q    Yes.

19      A    Okay.  I have two brothers and three sisters,

20  and okay.

21      Q    And what are each of their names?

22      A    Okay.  My youngest sister name is Fahimeh,

23  F-a-h-i-m-e-h.  The other one is Zahra, Z-a-h-r-a.  And

24  the other one is Fetemeh, F-e-t-e-m-e-h.  And my

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 10

1    brothers' name is Hussein, H-u-s-s-e-i-n, and Ali, A-l-i.

2         Q    Do any of your sisters live in the United

3    States?

4         A    No.

5         Q    Where do your sisters live?

6         A    Okay.  One of my sisters, the youngest one,

7    Fahimeh live in Iran.  Two of my sisters live in Iraq,

8    Zahra and Fetemeh.

9         Q    And where do your two brothers live?

10        A    One of my brothers is in Iran.  And the --

11   Hussein is in Iraq.

12        Q    So Ali is in Iran?

13        A    Yes.

14        Q    When was the last time that you were physically

15   present where your sister Fahimeh was?

16        A    I met my sister Fahimeh I think it was in -- it

17   was 2000 -- early 2000 or 2001.  You know, a year before

18   leaving France.

19        Q    And did you meet with her in France?

20        A    Yes, she came to France to visit me.

21        Q    Were you living in France at that time?

22        A    I lived in France at that time.

23        Q    During the time that you visited with your

24   sister in France in 2000 or 2001 did you all have any

1    discussions about the state of the republic in Iran at

2    that particular time?

3         A    Oh of course.  I mean every Iranian talks about

4    situation in Iran, so it was general talking about what's

5    happening in Iran considering that my youngest sister

6    she's not very involved in politics, so general question,

7    general talking about Iran.

8         Q    And is Fahimeh the youngest sister?

9         A    The youngest sister.

10        Q    And it's your testimony that she's not involved

11   in politics?

12        A    No, she's not involved in politics.

13        Q    In 2000 and 2001 how was she employed?

14        A    She was not employed.  She housekeeping,

15   keeping children.

16        Q    You said housekeeper.  Do you mean homemaker?

17        A    Yeah I think.  She didn't work.  She was at

18   home.

19        Q    Stay-at-home mother?

20        A    Home mother.

21        Q    You also have a sister Zahra, and when is the

22   last time you've been physically present the same place

23   where she was?

24        A    More than 29 years ago.  I met her last time in

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 12

1   Iran.  When I left Iran she was still in Iran.  And I

2   didn't hear about her for years, and I don't know how

3   many years ago I realized that she was with my eldest

4   sister in Iraq.  She had joined her.

5        Q    So would it be the same testimony in terms of

6   when is the last time you've been physically present with

7   your older sister Fetemeh?

8        A    Yeah, Fetemeh.  Oh, Fetemeh I met her once in

9   Europe.  I don't know, it was 26 years ago, 25 years ago.

10  Exactly I don't remember.  When I got in France I

11  remember once she came to Europe and in France she called

12  me and I had a meeting with her.

13       Q    Do you have any understanding how Zahra is

14  employed if at all in Iraq?

15       A    No.  I mean they are in a place called Camp

16  Ashraf, A-s-h-r-a-f, and they are encircled by the Iraqi

17  forces, so there's no work over there, I understand.  And

18  they are under U.S. protection.  I don't know that still

19  that protection is provided by U.S. or by Iraqi forces.

20       Q    Do you know whether or not your sister Zahra

21  has been involved in any way politically as it relates to

22  Iran?

23       A    Oh, she is involved in politics with MEK.  MEK.

24  Mojahedin E Khalgh, M-o-j-a-h-e-d-i-n  E K-h-a-l-g-h.

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 13

1      Q      What is your understanding of the mission of

2    MEK?

3      A      MEK is a group that wants to overthrow the

4    Iranian regime.

5      Q      And how is she involved with MEK?

6      A      Who?

7      Q      How is she involved?

8      A      Which one?

9      Q      So is it your testimony that both Zahra --

10      A      Zahra I didn't know and I realize later I heard

11    about her later that she joined them, so I don't know

12    how, but I know about Fetemeh that she was involved with

13    them before I left Iran, but not that much.  I mean she

14    supported them, so when she came back and I met her in

15    Europe so she was totally involved with them.  She

16    supported them, she had joined them, and she worked with

17    them.

18      Q      You indicated that the mission of MEK is to

19    overthrow the Iranian regime?

20      A      Yes.

21      Q      Do you know by what means they are working to

22    overthrow the Iranian regime?

23      A      They tell that since 2000 or 2001 they have

24    renounced to any violence means, so they will use -- they

16de4e63-5d5e-4207-b04a-221c212f8e05

1      A     Him.  Him.  Ali.  I did not meet him since I

2   left Iran and Hussein I met him once in France early 80s.

3      Q     And in terms of your brothers do you know how

4   they're employed, if at all?

5      A     They were working with MEK.  I mean my --

6   Hussein is working with MEK.  I don't know if you

7   consider it as a kind of employment, but Ali in Iran is

8   working as a businessman.  So that's all I know about

9   him --

10     Q     And at any time has Hussein ever asked for any

11  financial support from you?

12     A     No.

13     Q     Has he ever asked for any financial support in

14  support of the MEK?

15     A     No.

16     Q     Have you ever told either of your two sisters

17  or your brother who are involved with MEK that you don't

18  support the tactics of MEK?

19     A     We did not go to that discussion.  We respect

20  each other's belief.

21     Q     Have you ever written any articles,

22  publications, journals that state that you do not believe

23  in the tactics of MEK?

24     A     I have written about it that I don't believe,

Page 30

1      Q      You consider yourself to be a journalist?

2      A      In what kind of definition?  I mean legal

3   definition?  Maybe not.

4      Q      What's your understanding of a journalist?

5      A      I mean I call myself or I used to call myself

6   an investigative journalist.  It means that I read

7   articles, I investigate and when I have one belief I try

8   to publish it, or now the people they use the web

9   blogger, maybe a small web blogger.

10     Q      Just want to make sure, you're saying web

11   blogger?

12     A      Yeah.

13     Q      What is your understanding of an investigative

14   journalist?

15     A      I mean if I find the subject I go, I do

16   investigation.  I go everywhere to find the truth about

17   it.  When I'm sure that is the truth I try to publish it

18   and share my belief.

19     Q      Are you aware of any persons who have ever

20   published anything that indicated that you were a part of

21   the MEK?

22     A      Yes.

23     Q      And who are you aware of who's published

24   information that says that you are a part of the MEK?

16de4e63-5d5e-4207-b04a-221c212f8e05

1      A     I think the first person who wrote about it it

2    was a gentleman in Europe called Sobhani, S-o-b-h-a-n-i.

3    He wrote about it.   In Europe he wrote an article about

4    it.

5      Q     And do you disagree with his claim that you

6    were a part of MEK?

7      A     I do, yes.

8      Q     So do you believe that his statement that you

9    were a part of MEK was a false statement?

10     A     It was a lie and he knew that it was a lie.

11     Q     Do you know whether or not he contacted you to

12   ask you whether or not you were a part of MEK?

13     A     He never contacted me.

14     Q     Do you think it was wrong for him not to

15   contact you before publishing that information?

16     A     I didn't expect him -- I don't know if it's

17   wrong or right.   I didn't expect him to contact me

18   because I considered that he's working with Iranian

19   Intelligence Ministry so I didn't expect him to call me.

20     Q     So if he had not been a part of the Iranian

21   Intelligence Ministry allegedly would you have expected

22   him to call you to verify that information?

23     MR. KAPSHANDY:  Objection to form.

24     MR. NELSON:  You can answer.

16de4e63-5d5e-4207-b04a-221c212f8e05

1   regime we don't share that much of the same with them so

2   the mistrust becomes very important, so we don't

3   communicate, and it is like that.  I don't judge that

4   it's good or bad.  It is like that.

5        Q    Do you consider yourself to be a political

6   activist?

7        A    I am.

8        Q    Do you consider Dr. Parsi to be a political

9   activist?

10       A    I think so.

11       Q    Do you consider him to be a part of the Iranian

12  regime?

13       A    I believe that he has worked, he has lobbied in

14  favor of the Iranian regime.

15       Q    So based upon your prior testimony would it be

16  fair to say that you believe because he is a part of the

17  Iranian regime that you have no obligation to contact him

18  to verify the truth of statements that you make about

19  him?

20       MR. KAPSHANDY:  Objection.  Mischaracterizes.

21  Misstates and assumes facts not in evidence.

22       MR. NELSON:  You can answer.

23       MR. KAPSHANDY:  Also assumes that this witness is

24  here to talk about the legal standard.  But go ahead and

Page 36

1    answer if you can.

2        A    My belief is that of course I would prefer to

3    go to Mr. Parsi and NIAC ask for help and clarification

4    about what I thought in 2006 when I was working to

5    investigate about them for many questions I had.  The

6    thing is that honestly I did not expect the truth from

7    them.  Mainly because that I thought that the first

8    aspect of the work was deception and lie.

9             They did not tell the truth to the -- to their

10   own members.  They did not tell the truth to the American

11   public, to the Iranians.  So I did not expect to go to

12   them and find any truth from them, any help.  That was

13   the first point.

14            The second that something that later

15   unfortunately was confirmed by the documents we got

16   through the discovery and it was my feeling at that time

17   that not only if I go to them ask them for clarification

18   I will find some help, they could hurt me.

19            I mean that mistrust was so that I believed and

20   I still believe for the relation and the trust that

21   existed between Mr. Parsi and the inner circle of the

22   Iranian regime.  So going to them and talking about my

23   investigation they could hurt me.

24            So the only insurance I had is to publish what

16de4e63-5d5e-4207-b04a-221c212f8e05

1   I had to tell to tell the truth and unfortunately later I

2   understood that from the first statement NIAC responded

3   to my article it was confirmed that they were not telling

4   the truth and instantly tried to hurt me as Dokhi

5   Fassihian, D-o-k-h-i  F-a-s-s-i-h-i-a-n, the executive

6   director of NIAC wrote in an e-mail to Mr. Parsi that if

7   she contact NED they have enough resources to hit me

8   back, to hit me hard, hit me hard only because I wrote an

9   article.

10          Or I remember in the first statement that NIAC

11  published on the website few days after my first article

12  about NIAC it was full of lies and slandering and

13  smearing me without any foundation.

14          So I was confirmed in my belief that I should

15  not expect the truth from NIAC and Mr. Parsi.

16      Q    So is it your testimony that a statement that's

17  made without any foundation is considered to be slander?

18      MR. KAPSHANDY:  Objection.  Incomprehensible.

19      A    No.  You can -- sometimes there are I think

20  maybe some articles about some people that are not right,

21  wrong or something, you know.  They claim they have --

22  they cannot verify, but someone I think in the response

23  that NIAC posted about my articles the first thing that

24  Hassan Dai or Daioleslam, supporter of the terrorist

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 38

1    group Mojahedin, they knew that it was not true and

2    later, later when Sobhani, S-o-b-h-a-n-i, wrote the

3    article about me, few months later Sobhani wrote an

4    article about me being a member of MEK.

5            So three months, four months before that when

6    NIAC wrote in the statement that I am a supporter of MEK,

7    a terrorist group, that was slander.

8    BY MR. NELSON:

9        Q    Now in response to my question about any duty

10   or obligation you had to contact Trita Parsi or NIAC

11   before publishing information about them is it fair to

12   say that you did not believe that they would truthfully

13   respond to your questions?

14       A    I came to that belief later on, yes.

15       Q    And is it fair to say then that you did not

16   contact them for that reason?

17       A    Yeah.  For two reasons that I told you, both

18   reasons.

19       Q    And those two reasons are that you believed

20   that they would not be truthful and that you thought that

21   they could harm you political, is that correct?

22       A    Because of their relations with the Iranian

23   regime.

24       Q    What is your current citizenship or immigration

Page 68

1     Q     Do you monitor it on a daily basis?

2     A     No.

3     Q     And is there anyone else involved in monitoring

4     the Iranianlobby.com website on your behalf?

5     A     Beside the gentleman I named in Sweden, no.

6     Q     Now on the Iranianlobby.com website there is a

7     phrase that says In Search of Truth, yes?

8     A     Yes, it is.

9     Q     Has that phrase been on the Iranianlobby.com

10    website ever since its inception?

11    A     I believe so.

12    Q     And what does In Search of Truth mean to you?

13    A     Because I believe that to lobby in favor of the

14    Iranian regime is based on deception.  So when the truth

15    has been brought to the public they cannot work in favor

16    of the Iranian regime because it's illegal.  That was my

17    understanding.  I was thinking that, you know, many

18    groups, interest groups and people who try to influence

19    U.S. policy in a way that profits the Iranian regime they

20    do not tell the truth.  So I try to tell the truth as I

21    believe that's the truth.  My truth maybe.

22    Q     You preempted my next question.  How do you

23    define the word "truth" as you use it there?

24    A     You mean t-r-u-t-h?

1      Q      Correct.

2      A      Something that I believe in to be correct, to

3   be the truth.  Something that I really believe.

4      Q      And is your truth always factually verifiable?

5      A      Oh of course.  It should be not based on

6   something someone told me or, you know, I dreamed about

7   it last night or things like that, no.  Based on the

8   facts.

9      Q      So then it would be fair to say that if some

10   statement is not factually verifiable then it is not the

11   truth?

12      A      It could be my truth but not for the public.  I

13   try to be honest with the public and only tell that part

14   of the truth that they can verify by themselves and

15   become their own truth.  I don't ask the people to

16   believe what I tell.  I try to ask the people or show the

17   people what I think could be verified with the facts.

18      Q      Have you ever had anyone point out that any of

19   the facts that you use in support of your version of the

20   truth are incorrect or false?

21      A      Incorrect or false I can't tell, but maybe

22   incomplete or something new came, you know.  For example

23   I remember that based on the facts I had I believed that

24   Mr. Bob Ney or Mr. DiStefano or Roy Coffee they were

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 70

1    founding members of NIAC.  After discovery -- after the

2    lawsuit I had the occasion to verify some documents,

3    especially the dates, so I have not been hundred percent

4    sure about it.  So that is one occasion I remember.

5         Q    Let me make sure that I understood your

6    response.  Are you saying that after you reviewed

7    documents relating to this lawsuit that you were able to

8    verify some of your beliefs were true or are you saying

9    that after you reviewed documents you learned that some

10   statements you had made were not true?

11        A    I wasn't that sure about what I wrote before

12   after I saw new documents.  Based on the documents I had

13   before I concluded I think in 2007 that Mr. Bob Ney, Roy

14   Coffee, DiStefano they acted as the founding members of

15   NIAC.  Later on when I received the documents from

16   discovery material and I checked I saw that they were two

17   parallel things that happened at the same time, that it

18   was confusing so that made me believe at that time is

19   what I have.  Still if I had only those that I have in

20   2007 I would have written the same thing.  I had

21   concluded the same way.

22        Q    So as we sit here today do you believe that

23   former congressman Bob Ney was one of the founders of

24   NIAC?

Page 94

1   Iranian republic regime overthrown?

2        A    Oh I love the Iranian regime being overthrown.

3   But I mean the meaning of that I don't know because last

4   year you remember the people were in the streets.  I

5   think it was after few months the people they became more

6   violent because they were so oppressed, they were

7   brutalized by the Iranian police so they reacted.  So I

8   can't decide for them.

9             And even if they go one day we have a

10  demonstration, they overthrow the regime violently why

11  should I condemn it?  It's the people who decide.  I'm

12  not here to decide.  I'm not a political leader.  Indeed

13  I have my opinions and I do in the domain that I know I

14  try to do my best.

15       Q    Now you indicated that Dr. Nourvach was a

16  friend of yours, correct?

17       A    Yes.

18       Q    Would it surprise you if Dr. Nourvach was

19  willing to state that you have been a member of the MKO?

20       A    It surprise me a lot because I know that he

21  knows that is not the truth.  And I understand why he

22  told that lie.

23       Q    So you are aware that Dr. Nourvach has stated

24  that publicly that you were --

Page 95

1        A     I read that -- a quote from him.  I don't know

2    how much that quote was, you know, correct or not.  I

3    know that I saw that quote, yes.

4        Q     And you dispute that quote?

5        A     Oh of course.  And I dispute many other things

6    in that quote.  I give you an example to see how he lies

7    about it.  And he knows that he lies.  Because he told

8    Hassan is not an investigative writer or writer or a

9    journalist or anything to undermine the importance or the

10   credit of what I am writing.  He's ice cream seller or

11   perfume seller or something like that.  He is a kind of,

12   you know, telling to discredit me.

13             And just to remind you that a few months before

14   I started my writings in 2006, at the end of 2006 Dr.

15   Nourvach wrote a great article about Iran and he sent it

16   to me that article for my review that if I have time to

17   review and give my opinion.

18             So he knew that I wasn't a perfume seller and

19   knowing nothing about the politics.  He knew that I could

20   review his article and give my opinion.  He respected my

21   opinion.

22       Q     So it upsets you that he didn't consider you to

23   be a journalist?

24       A     Oh, no.  It upset me that he lied.

Page 96

1    Q    But you testified just a few moments ago that

2    he indicated that you were not a journalist, correct?

3    A    He told Hassan -- I read that quote in a

4    journal.  I read that he told Hassan is not a journalist,

5    Hassan is a perfume seller.

6    Q    So do you disagree with him when he says that

7    you are not a journalist?

8    A    I don't know what you mean by journalist

9    because he's not a journalist either but he writes

10   article.  He wrote that I understood from what he wrote

11   or what he told or the quote I saw I understood that he

12   wanted to undermine my credit as for something I write

13   regardless of if I am legally a journalist or personally

14   a journalist or not.  He wanted to undermine my credit.

15   He say that he knows nothing.  He's a perfume seller.  He

16   just wrote it like that.

17   Q    Have you spoken to him since he wrote that and

18   asked him why did he write that?

19   A    No, I didn't because my relation with him was

20   cut I think after I wrote something about Dr. Yazdi, his

21   father-in-law.  And in that article I talked about his

22   father-in-law helping the Iranian regime, buying arms in

23   the Iran contra affair and I criticized his father-in-law

24   and I asked questions about it, so he didn't like it.

Page 97

1      Q     So it's your belief that the reason why he made

2   misstatements about you was based upon something you had

3   written about his father-in-law?

4      A     I think so yeah.

5      Q     Do you believe that the plaintiffs, either NIAC

6   or Dr. Parsi, are agents of the Iranian republic?

7      A     What do you mean by agent?  I don't remember

8   using that word, you know.

9      Q     As I'm defining the word agent it's someone

10  that acts on behalf of another party.  So do you believe

11  that either Trita Parsi or NIAC act on behalf of the

12  Iranian republic?

13     A     He has acted on behalf of the Iranian regime.

14  I don't know if he's some agent for the regime.

15     THE COURT REPORTER:  Slow down, please.

16     THE DEPONENT:  I believe that Mr. Parsi and NIAC

17  they have acted on behalf of the Iranian regime.

18  BY MR. NELSON:

19     Q     And what evidence do you have that they have

20  acted on behalf of the Iranian regime?

21     A     Oh for example I think that the Iranian regime

22  in 2006 needed badly to publicize that the Iranian regime

23  is for peace, George Bush is for war, Iran is a peace

24  seeker, a victim of U.S. warmongering, so they decided to

Page 123

1     A     Because the majority of Iranians don't believe

2   that any country should interfere militarily in Iran or

3   act militarily against our country, but the majority of

4   Iranians at the same time are against this regime, so it

5   is -- I don't know how you can equate these two things.

6     Q     Now presently on the Iranianlobby.com website

7   there are a number of postings relating to reported

8   internal documents of NIAC.  Are you aware of that?

9     A     Oh, yeah.  I posted them.

10     Q     When did you start posting those documents?

11     A     After the discovery -- we had all the document

12   but after that we went to the court and the court, you

13   know, established that I can release it.  I think it was

14   at the end of last year.

15     Q     And where did you get the understanding that

16   the court said that you could release those documents?

17     A     Because I remember NIAC and Mr. Parsi sought to

18   prevent such release and the court refused, denied it.

19   That is my understanding.  We had several points of

20   privilege that the information should not be released,

21   and beside that I know that other informations could be

22   public.

23     Q     And what was your objective in releasing the

24   information that was involved in this particular court

16de4e63-5d5e-4207-b04a-221c212f8e05

Page 132

1    maybe it was the first -- I don't know how the first time

2    I contacted him.  It was maybe trying to have something

3    published in his journal because I told you he was the

4    editor of Middle East Quarterly and he was -- I tried to

5    have something published.  He's very prestigious journal

6    so I tried to do that.

7         Q    Now in addition to posting the discovery

8    documents or some of them on Iranianlobby.com and

9    providing some of them to Eli Lake for his article did

10   you provide copies of the discovery documents to any

11   other person or entity?

12        A    Yes I have.

13        Q    Who else?

14        A    Oh the most of them was provided to Mr. Kaboli

15   to PAIC because he takes care of the website to

16   (unintelligible) to post it.

17        Q    Progressive American Iranian Committee?

18        A    Yes.

19        Q    And did you say it's Kobbleman (phonetically)?

20        A    Kaboli, K-a-b-o-l-i.

21        Q    And what is his connection with PAIC?

22        A    He is executive director of PAIC.

23        Q    Other than PAIC, Mr. Lake and publishing on

24   your own Iranianlobby.com website did you provide the

1    discovery documents to any other entities?

2        A    Yes, I have.  Let me remember everyone.  It was

3    just all of them after the Washington Times article and

4    they were all limited to those documents that already

5    provided to Mr. Eli Lake.  So I sent some of them to

6    Mr. Rubin, Michael Rubin.  I sent some to Mr. Timmerman

7    and he never used them.  He never used them for any

8    publication.  And who else did I send it to?  That's all

9    I remember so far.

10       Q    Do you know why Mr. Timmerman never used the

11   documents?

12       A    I have no idea.

13       Q    Did you ever ask him?

14       A    I didn't ask him, no.

15       Q    And same question.  Do you know whether or not

16   Mr. Rubin used the documents?

17       A    I remember he had two, three blogs and his

18   friends they had.  Like I remember Michael Goldfarb

19   (phonetically) and two other people they wrote something

20   about NIAC.  They used the documents, the discovery

21   documents.

22       Q    Prior to your deposition we had marked as

23   Deposition Number 1 the notice of deposition in this

24   case.  Show it to your attorney first, please.

16de4e63-5d5e-4207-b04a-221c212f8e05