# Exhibit F

12/10/2010

HSD_0003729.htm

| | |
|---|---|
| **From:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Sent:** | Wednesday, April 4, 2007 4:57 AM (GMT) |
| **To:** | Kenneth Timmerman <timmerman.road@verizon.net> |
| **Subject:** | Re: Queries and suggestions |
| **Attach:** | Demystifying_Democracy.pdf |

Dear Kenneth,

Your corrections are **all perfect.** I could only open on of the attachments and only found 3 questions.

1- Regarding the training manuals on lobbying on page 7, please find the attachment which a former member of NIAC has sent to me.
2- For Roy Coffee's letter you are right and the link is correct.
3- For the "Total" bribery, you can include the following links.
4- Thank you for your grate help and I take any responsibility for legal action which the Trita's gang would never dare to launch.

Thanks a lot

Hassan Daioleslam


France Press: http://www.expatica.com/actual/article.asp?subchannel_id=25&story_id=38023


International Herald Tribune: http://www.iht.com/articles/2007/03/26/business/total.php


*Kenneth Timmerman <timmerman.road@verizon.net>* wrote:

> Hassan,
>
> OK, I've now gone over this fairly thoroughly. The hot links are very helpful and resolve most of the questions I (or a lawyer) might have.
>
> Still, please go through the text. I've added Questions for you, mostly about sources. Some of these are in the text; some are in the footnotes section; some are in a separate Comments section used by Microsoft Word (click on the comment, and the text will appear).
>
> I don't think you should have much difficulty in resolving these points. Most are minor.
>
> You'll also find occasional changes of wording, mostly at the end.
>
> Again, terrific, terrific piece of work. Much of this was news even to me!
>
> Once we get this taken care of, I will send this on to Frontpage magazine and also query Middle East Quarterly.
>
> Best,
> Ken
>
> --
> Kenneth R. Timmerman
> President, Middle East Data Project, Inc.

PLAINTIFF'S
EXHIBIT
# 5
PENGAD 800-631-6989

D:/.../HSD_0003729.htm

12/10/2010                                        HSD_0003729.htm

Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

---

8:00? 8:25? 8:40? Find a flick in no time
with the Yahoo! Search movie showtime shortcut.

## Trita Parsi, Bob Ney, and Iran's Oil Mafia:
## Penetrating the US Political System

### By Hassan Daioleslam

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006.  On October 13, 2006 Ney pled guilty[1] to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal.  Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen  - a felon and an arms dealer - in exchange for using his position to advance their interests.

Conspicuously missing from this dossier of disservice to the country is Ney's masterful creation of an active and disguised Washington-based lobbying enterprise for the Iranian theocratic regime, *The National Iranian-American Council (NIAC)*.  NIAC is an effective node of an extensive  US lobbying web that objectively furthers the interests of the Islamic Republic of Iran.  This article will address the creation of NIAC, the motives underlying its formation,  NIAC's manifesto, Tehran's role,  NIAC's connection to Iran's oil mafia,  and NIAC attempts to penetrate US political system.

### Creation of NIAC

The National Iranian-American Council (NIAC) was founded by three non Iranian-Americans:  Roy Coffee, Dave DiStefano, and Trita Parsi.  Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip for Bob Ney to meet a known felon and a Syrian arms dealer in a conspiracy to circumvent sanctions to sell US-made airplane parts to Tehran[2].

Roy Coffee sent a letter to the *Dallas Morning News* in February 2006 to justify his relationship with the two London-based felons.  Part of the letter discussed the creation of NIAC in 2002.   In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney:

> "From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian-American, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 9 months to form this committee."

Trita Parsi at the time was a Swedish-Iranian graduate student in his early twenties with ties to Iran's ambassador in Sweden[3].  He was Former aide to Congressman Bob Ney http://www.thewashingtonnote.com/archives/001952.php.  Parsi was subsequently appointed president of NIAC.  Should we believe that one of the most expensive lobby teams in the US, one of the most corrupt lawmakers in Washington and a Congressional

**Comment [KRT1]:** This is a key allegation of this article. Where is the proof? If this is an "assumption," then we have to phrase it much differently and open the article differently. There's no point in opening with Ney, if Ney is not directly involved, or involved in a way that you can establish, with the creation of NIAC.

**Deleted:** Tehran's comprehensive

**Deleted:** four

**Comment [KRT2]:** Are these four named in the NIAC incorporation documents? If not, who is?

**Deleted:** Bob Ney

**Comment [KRT3]:** See my comment to the Footnotes section, viz: I do not see any mention of the Dallas Morning News letter by Roy Coffee in this article. Coffee's letter is a KEY piece of evidence. Can you point me to it?

**Deleted:** ³

1

aid in his office, none of them Iranian American, worked hard for nine months out of their humanitarian concern for the Iranian people?

## The New Lobby

1. In the 1990's, the *American-Iranian Council (AIC)*, with backing from multinational oil companies[4], spear-headed, pro-Tehran, lobbying effort in the US. Houshang Amirahmadi served as its president. Amirahmadi has been an active pro-Tehran player in the US since early 1980s. While residing in US, he was also a presidential candidate in Iran's elections[4]. He officially collaborated with different Iranian institutions and notably the foreign ministry[4]. In 1999 and 2000 Trita Parsi was helping Amirahmadi to organize lobbying events in Washington and was well positioned in the leadership of AIC[5,6].

In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to improve the US-Iran relations. Despite extraordinary pressure from the lobby, ILSA passed overwhelmingly.

Prior to his imprisonment, Bob Ney, in concert with AIC, was Tehran's dogged warrior in Washington as he relentlessly led Congressional efforts to end ILSA and initiate Tehran-friendly policies. Ney, disappointed and angered by the ILSA vote, began to plan for the next battle of the war.

> "*The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and forming a citizen's lobby to make sure that members of Congress and their offices are educated on this issue.*" (speech to AIC, June 2001[7], my emphasis)

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their true wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

> "*Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right direction*" (IranAnalysis July 2001 www.iic.org-Peyvand' Iran News)

Their failure to block the renewal of ILSA marked the start of a new era for the pro-Iran lobby in the United States. The lobbyists recognized that they must broadly reach out to Iranian-Americans. The creation of NIAC as the main executer of this new endeavor had been meticulously planned since the late 1990s. Parsi stepped down from the board of directors of the AIC. An influential US Congressman and a posh Washington lobbyist

Deleted: was a front for

Deleted: the

Deleted: Iran's

Deleted: s

Deleted: -A

Deleted: closely working with

Deleted: Iran became directly involved in creating, organizing and implementing a far-reaching lobbying campaign in the US, fundamentally different in its organization, which targeted the strategic needs of Tehran's rulers.

Comment [KRT4]: How do we establish this allegation?

2

came to Tehran's help to create NIAC. An unknown Iranian Swedish student was selected to serve as president of this new organization.

Trita Parsi was the regime's trusted man within the new network. Tehran's faith in Parsi was so profound that in 2003 when Iran decided to send a highly secret proposal for negotiations to the White House, Parsi was called on to arrange the delivery of the message through Bob Ney to Karl Rove[8]. Parsi, moreover, was among the few chosen men (along with Mahallati, Iran's former ambassador to UN) to present the results of a shady Tehran-friendly poll of the Iranian population which indicated the popularity of Iran's nuclear program[9,10].

## Trita Parsi and the Regime's Inner Circle

During the eight years of Rafsanjani's presidency, which ended in 1997, the Iranian regime had attempted without success to attract the Iranian Diaspora to its cause. Khatami's presidency recharged Tehran's efforts. With the Supreme Leader's direct involvement, the *High Council for Iranian Compatriots Overseas*[9] was created in 2000 under the auspices of the *Foreign Ministry*. The President heads the Council, and the Foreign Minister serves as its deputy director. The *Ministry of Intelligence* and the *Ministry of Culture and Islamic Guidance* collaborate to implement the decisions of the council. The objective was to create a network of organizations to infiltrate and seemingly represent the Iranian community abroad, and promote policies favorable to the Iranian government. Tehran anticipated that this strategy would neutralize opposition activities abroad and legitimize the new lobby.

State-sanctioned Iranian newspapers started a campaign to promote Trita Parsi and NIAC. Pro-government publications outside Iran followed suit. The former head of the Iran interest in Washington, Ambassador Faramarze Fathnejad thrilled about Trita Parsi's efforts and NIAC underlined[11] "the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts." The Iran Ambassador even claimed 20,000 strong membership for NIAC (while only 150 is claimed by NIAC itself)!

But token rhetorical support would not alone turn an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. Understanding the NIAC's activities in the US necessitates familiarity with Trita Parsi's main partner in Iran, Siamak Namazi, one of the most important figures of this new lobby enterprise and a prominent member of the Iranian oil Mafia. Trita Parsi and Namazi worked very closely on developing the details of the grand plan of Iranian-American "Citizen's Lobby" in the US. They traveled to Iran together[23]. They organized joint conferences and meetings, launched lobby projects and wrote joint papers[24].

> **Comment [KRT5]:** HOW DO WE ESTABLISH THEIR RELATIONSHIP? THIS IS A KEY ALLEGATION.

Namazi, along with his sister Pari and brother Babak, control the *Atieh* enterprise [12] in Iran and its three sister companies *Atieh Roshan, Atieh Bahar* and *Atieh Associates,* as well as numerous other direct and indirect partnerships, including[13] *Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services* and *MES Middle East Strategie[12]*. Particularly noteworthy is the fact that Baquer Namazi[14] (the father) is the Chairman of *Hamyaran*, an umbrella organization for the NGOs in Iran- a man of considerable influence in the internal and foreign affairs of the country. Atieh claims to be[12] " ... fully private strategic consulting firm that assists companies better understand the Iranian market, develop business and stay ahead of competition." People familiar with the oil industry in Iran know what this description is code for

Atieh's customers include the foreign corporations who wish to do business in Iran and find no choice but to bribe officials. One of their fiascos involved Norway's *Statoil[15]*, a customer of Atieh Bahar [16]. Their bribery of the Iranian officials through consultants was exposed by the *US Securities and Exchange Commission* and the *Department of Justice*. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norway governments for "*payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field*."

The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company *Total SA[17]* was charged for bribery of the Iran high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

Tehran's trust in Namazi is elucidated by the fact that his enterprise provides the network and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor[18] nearly all Iranian economic or political activities and have access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran.

While representing Tehran, Namazi, disguised as a scholar [19,20], travels to the US to seemingly pursue academic activities through think-tanks close to the Iranian regime. He succeeded so well that the Congressionally-funded National Endowment for Democracy awarded him a Reagan-Fascell Democracy Fellowship in 2005. This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars": Mohammad Mahallati[21] who was also the Iranian ambassador to the UN in the late 1980s, Farhad Atai and, Abbas Maleki[22]. In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

### The Roadmap

---

**Comment [KRT6]:** Proof? We might want to tone down the wording.

**Deleted:** . In reality, Atieh is notorious for being a conduit for racketeering, bribery and money laundering, mainly for corrupt Iranian rulers.

**Deleted:** Trita Parsi and Namazi worked very closely on developing the details of the grand plan of Iranian-American "Citizen's Lobby" in the US. They traveled to Iran together [23]. They organized joint conferences and meetings, launched lobby projects and wrote joint papers[24].

4

In 1999, Parsi and Namazi presented a joint paper[24] titled "*Iranian-Americans: The bridge between two nations*" in DAPIA conference organized by the Iranian government in Cypress. This report comprises the **manifesto and roadmap** of the new Iranian lobby in the US. In this paper, the authors suggest that: "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was *AIPAC (American Israeli Public Affairs Committee)*. The pillars of the road map were[24]:

- To have the appearance of a citizen's lobby
- To mimic the Jewish lobby in the US
- To impede Iranian opposition activities
- To infiltrate the US political system
- To break the taboo of working with the Iran's cleric rulers  for the Iranian Diaspora
- To improve the image of the Iran's government abroad.

In their report, Namazi and Parsi admitted that the Iranian community by large rejects the clerical regime and there is no hope that this community help a pro-regime lobby in the US.

> "*this group's [Iranian Americans]  role has not been utilized any where close to its potential, however, for several reasons: A good portion of them were against the IRI [Islamic Republic of Iran], therefore would not do anything to help.*"

> "*The point is, the said group [Iranian Americans] was not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic.*"

This was also underlined by Roy Coffee, one of the NIAC's founders[25]:

> "*We [NIAC's founders] found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved.*"

The lack of genuine participation from the Iranian American community in this lobby has been overcome with a sophisticated machine of professional lobbyists and "friendly" circles who favor a rapprochement with the Iranian regime.

## Tehran's Advice: Mimic Jewish Lobby in Washington

One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration was so strong that an[26] organization was created and called *IAPAC (Iranian American Political Action Committee)* as compared with *AIPAC*

5

| | |
|---|---|
| **From:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Sent:** | Thursday, April 5, 2007 12:58 AM (GMT) |
| **To:** | Kenneth Timmerman <timmerman.road@verizon.net> |
| **Subject:** | Iranian Lobby, Corrected Version |
| **Attach:** | 2007DAI_NIAC_Refs.doc |

Dear Kenneth,
Following your advise, I deleted all alegations against Bob Ney and reformulated the beginning of the article.
I hope it is OK for publication. If you find any neccessary change, please do not hesitate to do it.
Thanks again  Hassan

*Kenneth Timmerman <timmerman.road@verizon.net>* wrote:

> Hassan,
>
> OK, I've now gone over this fairly thoroughly. The hot links are very helpful and resolve most of the questions I (or a lawyer) might have.
>
> Still, please go through the text. I've added Questions for you, mostly about sources. Some of these are in the text; some are in the footnotes section; some are in a separate Comments section used by Microsoft Word (click on the comment, and the text will appear).
>
> I don't think you should have much difficulty in resolving these points. Most are minor.
>
> You'll also find occasional changes of wording, mostly at the end.
>
> Again, terrific, terrific piece of work. Much of this was news even to me!
>
> Once we get this taken care of, I will send this on to Frontpage magazine and also query Middle East Quarterly.
>
> Best,
> Ken
>
> --
> Kenneth R. Timmerman
> President, Middle East Data Project, Inc.
> Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
> Contributing editor: Newsmax.com
> Tel: 301-946-2918
> Reply to: timmerman.road@verizon.net
> Website: www.KenTimmerman.com

TV dinner still cooling?
Check out "Tonight's Picks" on Yahoo! TV.



PLAINTIFF'S
EXHIBIT
# 6
PENGAD 800-631-6989

| | |
|---|---|
| **From:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Sent:** | Thursday, April 5, 2007 2:33 AM (GMT) |
| **To:** | Kenneth Timmerman <timmerman.road@verizon.net> |
| **Subject:** | Re: Iranian Lobby, Corrected Version |

Dear Kenneth,
Here is the difference between me and you. As an Iranian involved in politics, I reach the conclusions which are more than evident for me. You, as a journalist and investigator, see the elements I have ignored. PLEASE DO AS YOU JUDGE CORRECT and change the wording as you find the best. The main element relating Parsi to Namazi is the 1999 Manifesto because it had exactly explained the future line of NIAC. (Based on Namazi's Bio posted by MIT (which in 2005 &2006 invited: Parsi, Namazi, Abbas Maleki and Abbas Edalat) he was working in an intelligence firm outside US). Secondly, we are limited in the number of pages. The relation between these guys should be studied as a network. For example, Mahan Abedin has founded an organization in LOndon to monitor the terrorism. I have an element that relates him to Namazi. Moreover, Abedin was working with Parsi in the early 2000. He is a friend on Abbas Edalat who is the head of Iranian anti-war lobby launched after Ahmadinejad took the power in 2005. He founded CASMII, which is mainly comprises the guys from NIAC. These two organizations work together and we have tens of facts. They work with Abbas Maleki and ..........

Thank you and do whatever neccessary. Under my name please mention that I personally take all responsibility)

*Kenneth Timmerman <timmerman.road@verizon.net>* wrote:

> Dear Hassan,
>
> We're very close on this.
>
> I don't think you need to delete all allegations about Bob Ney; only substantiate them. Your original beginning with Ney is very strong — much stronger than the revised version.
>
> Let me just ask you a few direct questions, which were in the comments section I don't think you were able to read, and then do a final revision accordingly, if you agree:
>
>   - Is Ney mentioned on the NIAC incorporation documents?
>   - Do you have the NIAC incorporation documents? (If you don't, you don't. We'll get around that)
>   - We can say that Bob Ney "founded" NIAC in an "informal" way because you have shown there is substantial proof that he was involved in the discussions to found it. The Coffee letter establishes this; so does Ney's June 2001 speech to AIC, which you quote later. But is there anything more? Anything specifically and materially linking him to the actual incorporation of NIAC? Was he on an advisory board, for example? Do you know if he helped them to get grants form the national Endowment for Democracy?
>   - How do we establish that "the creation of NIAC as the main executor of its new endeavor [to combat ILSA] had been meticulously planned since the late 1990s?"
>   - How do we establish the fact that "Trita Parsi's main partner in Iran [was] Siamak Namazi"??? [the fact that they wrote papers together or traveled together doesn't prove this] [But I think this is a wording problem, which I can resolve — unless you have additional facts]


PLAINTIFF'S EXHIBIT
# 7
PENGAD 800-631-6989

- How do we know that Namazi was a "prominent member of the Iranian oil mafia?"

Here is an example of a problem paragraph:

> The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company *Total SA*17 was charged for bribery of the Iran high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

My questions just on this graph:

- How do you establish that Total is a MAJOR customer of Atieh? Major means what?
- How do you establish that Total is "mainly represented in Iran by Atieh and its affiliate companies"?
- You insinuate that tens of millions of dollars in bribes were paid through Atieh. Is that what you mean? If so, how can you establish that?
- The footnoted reference to an AFP story only establishes that Total is under investigation for payin bribes, and may have been in business with Rafsanjani's son – but not with Atieh or Namazi.

What I think might be better is to describe what Atieh does, based on its own statements on its website. No?

I will work off of your revised text and incorporate your answers there.

All best,
Ken


On 4/4/07 8:57 PM, "Hassan Dai" <hassan.dai@yahoo.com> wrote:

> Dear Kenneth,
>
> Following your advise, I deleted all alegations against Bob Ney and reformulated the beginning of the article.
>
> I hope it is OK for publication. If you find any neccessary change, please do not hesitate to do it.
>
> Thanks again  Hassan
>
> **Kenneth Timmerman <timmerman.road@verizon.net>** wrote:
>
>> Hassan,
>>
>> OK, I've now gone over this fairly thoroughly. The hot links are very helpful and resolve most of the questions I (or a lawyer) might have.

Still, please go through the text. I've added Questions for you, mostly about sources. Some of these are in the text; some are in the footnotes section; some are in a separate Comments section used by Microsoft Word (click on the comment, and the text will appear).

I don't think you  should have much difficulty in resolving these points. Most are minor.

You'll also find occasional changes of wording, mostly at the end.

Again, terrific, terrific piece of work. Much of this was news even to me!

Once we get this taken care of, I will send this on to Frontpage magazine and also query Middle East Quarterly.

Best,
Ken


--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

_____

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.