# Exhibit G

Q. You don't recall?

A. I don't recall if during that specific time I was doing any particular travel. I'm certain that there was some travel, but I don't recall what specific travel there may have been or how much.

Q. Did you meet with any officials of the Iranian government during the period of April to September 2006?

A. This is a period, if I'm not mistaken, I had just finished my dissertation and I was spending a lot of time writing my book.

Q. And you had a lot of E-mail exchanges with the ambassador from Iran, Ambassador Zarif, correct?

A. I did have a few E-mail exchanges, yes.

Q. Was this the time period where he gave you the Grand Bargain Offer?

A. I don't remember exactly what the time is that we had a conversation about that, but he never gave me the Grand Bargain Offer.

Q. Who was the Iranian government official who gave it to you in 2006 whose name you were not at liberty to disclose when you gave the interview to

a9bf10af-9a86-4b45-8f87-8e0adf03c105

either Gareth Porter or Steve Clemons?

A. No. I think you're mistaken. That's not what they have said.

Q. Well, who was the Iranian government official you're referring to in that interview?

A. Details of this episode is well-documented in the book, as well as in its footnotes, nor did Steve Clemons ever say any such thing.

And I have described it in detail, and what happened was that I had the documents as a result of it having been provided to former Congressman Bob Ney. Gareth Porter is a reporter.

Q. For whom and with whom?

A. He writes for various magazines. He writes for IAPS, and I think he has been published in other places as well.

Q. Somebody that your calendar reflects you've met with a number of times?

A I have seen him on a few occasions, yes.

Q. Have you coauthored an article with him?

A. Yes, I believe I have.

Q. Okay.

a9bf10af-9a86-4b45-8f87-8e0adf03c105

A. I believe so.

Q. Okay. And May 25th, 2006, in Antiwar.com he reports on an interview with you, does he not?

A. I don't recall. You have to show me that.

MR. KAPSHANDY: I'll hand what we'll mark as your deposition Exhibit 12.

(Exhibit Number 12 was marked for identification and was retained by counsel.)

BY MR. KAPSHANDY:

Q. Have you ever seen this article before?

A. Yes, I believe so.

Q. And in the second paragraph, he states: "Trita Parsi, a specialist in Iranian foreign policy at Johns Hopkins University, School of Advanced International Studies, who provided the document to IPS says he got it from an Iranian source earlier this year but is not at liberty to reveal the source."

First of all, did I read that correctly?

A. I didn't follow, but I believe you did.

Q. Okay. And my question for you is: Who is the Iranian official you mention in this article that

a9bf10af-9a86-4b45-8f87-8e0adf03c105

gave you the document but whom you were not at liberty to say?

A. This is Ambassador Javad Zarif who gave me a version of a document that I already had, and I had shown that I had it to him.

Q. I understood you had it before, and I'm not trying to make this difficult, but we'll get to some of those questions about 2003 earlier. It's fairly simple, and that was who was the official.

Now, with regard to Ambassador Zarif, did you have any other conversations with him during this five-month period in the middle of 2006 for which you have no calendar entries?

A. I had E-mail exchanges, and on numerous occasions, I had the opportunity to interview him.

Q. And we'll mark some of those and we'll get there.

When and where did you meet with him during this period?

A. He was always at his office at the UN Embassy.

Q. Approximately how many times?

a9bf10af-9a86-4b45-8f87-8e0adf03c105

Q. It's not a big deal. Let's turn to 2002.
A. Okay. 2002, business income is $5,223. Hopkins and to -- okay.
Q. All of the income here in 2002 appears to be from W-2 jobs and 1042 scholarships, right?
A. Yes.
Q. And you weren't doing any consulting in 2002?
A. This was eight years ago.
Q. Pardon?
A. This is eight years ago. I'm trying to think. That's the first year I was here. I did write news reports -- that's true, I did -- for Menas Associates.
Q. And who is that?
A. Menas Associates is a consulting firm in England who had a collaboration with Atieh Bahar in Tehran.
Q. And Atieh Bahar is an Iranian consulting firm, correct?
A. I believe so.
Q. But you appear to know them quite well?

It's no secret, right?

A. I do know --

Q. A number of the principals, correct? Who were the principals that you know there?

A. There's two people that I know there. Whether they're principals or not, may have changed. I don't know. I do know Siamak Namazi and I do know Bijah Khajehpour, and I have met and spoken to his brother, whose name is Babak Namazi.

I've seen and spoken to him a couple of times, but I don't know him.

Q. Is that the same as Baquer Namazi?

A. No. Baquer Namazi is their father. I don't believe he's a principal of Atieh Bahar.

Q. Does he have an interest in Atieh Bahar at all?

A. His two sons work there.

Q. Do you know if he has a financial interest there?

A. I don't know.

Q. Have you met or ever spoken with Baquer Namazi?

a9bf10af-9a86-4b45-8f87-8e0adf03c105

A. Oh, yes. Absolutely.

Q. In fact, he was the director of an organization known as Hamyaran, right?

A. Yes. That's a nonprofit.

Q. In Iran?

A. Well, actually, let me take that back. I don't know if that's how it works over there. It's an NGO. It's not a company. Let me put it that way.

Q. Now, your bank account records show that in 2002 Bijah Khajehpour transferred $2475 into your bank account --

A. Um-hum.

Q. -- your Wachovia bank account? Does that sound correct?

A. It could have been. I would need to look at those records to see that.

Q. Was that for -- what was that for?

A. I was writing news summaries and analysis for them.

Q. For Atieh Bahar?

A. For Menas Associates, and Atieh Bahar used that as well because they had a collaboration with

them.

Q. Well, the bank account records show a transfer from Bijah Khajehpour, not Menas Associates. And how do you spell Menas?

A. M-E-N-A-S, if I remember correctly.

Q. And am I correct that --

A. I did not answer your previous question.

Q. Pardon?

A. I did not get a chance to answer your previous question.

Q. I was going to repeat it, but if you remember it, go ahead.

A. Bijah Khajehpour is also working for or even a principal of Menas Associates.

Q. And you prepared a newsletter for Atieh Bahar, correct?

A. Menas Associates.

Q. And it was titled with Atieh Bahar's letterhead, was it not?

A. Menas Associate was my partner in this, and Atieh Bahar, because of their relationship with them, used that material as well.

a9bf10af-9a86-4b45-8f87-8e0adf03c105

Q. And Bijah Khajehpour transferred this money from an English bank account?

A. I don't know where the account was, but English sounds reasonable, mindful of the fact that Menas Associates is in England.

Q. And what is his interest in Menas Associates?

A. Again, he either worked for or was a principal at Menas Associates. I don't remember the exact title.

Q. And how many reports or letterheads did you do that were carrying the Atieh Bahar letterhead?

A. I was providing reports for Menas Associates who were there through their collaboration with Atieh Bahar, and I don't recall the exact number, but I would guess that it was something around ten to 50.

Q. And they all carried the Atieh Bahar letterhead?

A. That's what they asked me to do.

Q. And you knew at the time Bijah Khajehpour had an interest in Atieh Bahar, correct?

a9bf10af-9a86-4b45-8f87-8e0adf03c105