# Exhibit H

12/10/2010                                         RE: Iranian eb of influence 2

**From:**     Michael Rubin <MRubin@AEI.org>
**Sent:**     Monday, July 28, 2008 9:50 AM (GMT)
**To:**       Hassan Dai <hassan.dai@yahoo.com>
**Subject:**  RE: Iranian eb of influence 2

---

I still think you would be more effective if you would be more understated. Instead of Mullah's regime, simply say Islamic Republic. That's its name.

Anytime you have an explanation point, you know your article has lost seriousness. Let the facts make the point, not the explanation point.

Likewise, "In the cluttered maze of bribe, corruption, repression, and tyranny" should be "In Tehran's corrupt system." Everyone understands you don't like the government. But, your audience shouldn't be people that agree with you. Instead, your audience should be people who don't know much about Iran. Don't let your passion become your enemy.

Spell Baqir or Baquer or Baqur consistently.


-----Original Message-----
From: Hassan Dai [mailto:hassan.dai@yahoo.com]
Sent: Sunday, July 27, 2008 8:20 PM
To: Michael Rubin
Subject: RE: Iranian eb of influence 2

Dear Mr. Rubin,
The attached is my new article. It is a draft version and I wnted to know your opinion before correcting and submitting it.
Thanks


--- On Wed, 7/23/08, Michael Rubin <MRubin@AEI.org> wrote:

> From: Michael Rubin <MRubin@AEI.org>
> Subject: RE: NIAC lied about NED grant
> To: hassan.dai@yahoo.com
> Date: Wednesday, July 23, 2008, 6:25 PM
> No one will fund Iranian groups because the Iranian American
> community does not fund them. Everywhere you go, people
> will simply suggest you solicit funding from Iranian
> Americans.
>
>
> -----Original Message-----
> From: Hassan Dai [mailto:hassan.dai@yahoo.com]
> Sent: Wed 7/23/2008 4:07 PM
> To: Michael Rubin
> Subject: RE: NIAC lied about NED grant
>
> Dear Mr. Rubin,
> As you know much better than me, the pro-Iran appeasement

D:/.../HSD_0003850.htm

PLAINTIFF'S EXHIBIT #25

12/10/2010                                    RE: Iranian eb of influence 2

> circles in US are organized, well-funded and profit from
> Media generosity.
> At a time when newer lobby groups emerge claiming to
> represent the Iranian community in US, there is no valid
> representation for the absolute majority of Iranians.
> A while ago, a group of Iranians with different political
> background started to talk about creating an Iranian
> American lobby to:
> - Call for a total sanction of the Mullahs
> - opposing the nuclear program
> - opposing the Iranian regime's intervention in the
> Middle East
> - Exposing and confronting the pro-regime's lobbies
>
> This is not a new political group and will welcome every
> Iranian who accepts the above principles.
> I joined them and will help them. We plan to have
> Congressional briefings, media appearance, petitions and
> all kind of activities which have been monopolized by the
> kind of NIAC.
> My question is: do you think we can have political and
> material support for our projects? Whom can we contact and
> what do you advise?
> Thanks Hassan Daioleslam
>
>
>
>
> --- On Wed, 6/25/08, Michael Rubin <MRubin@AEI.org>
> wrote:
>
>> From: Michael Rubin <MRubin@AEI.org>
>> Subject: RE: NIAC lied about NED grant
>> To: hassan.dai@yahoo.com
>> Date: Wednesday, June 25, 2008, 2:46 PM
>> Just keep doing what you're doing as carefully as
>> possible. People are reading your stuff. The path to
> the
>> greatest effectiveness is to be as UNDERSTATED as
> possible.
>> Never use pejorative terms for the Iranian government
> and
>> avoid adjectives and adverbs, especially those that
> might
>> be negative. You have such a strong set of facts,
> this way
>> the facts will speak for themselves and no one can
> accuse
>> you of being biased. In the meantime, everything you
>> write, I forward to a bunch of people that work on the
>> Hill. Some people are trying to drum up interest;
> I'll
>> let you know when I hear anything.
>>
>>
>> -----Original Message-----
>> From: Hassan Dai [mailto:hassan.dai@yahoo.com]

12/10/2010                                               RE: Iranian eb of influence 2

>> Sent: Wed 6/25/2008 3:48 PM
>> To: Michael Rubin
>> Subject: RE: NIAC lied about NED grant
>>
>> Dear Mr. Rubin,
>> Do you have any feedback on NED and NIAC? Someone
> suggested
>> organizing a Congressional briefing on the whole
> subject.
>> For example, a power point presentation including the
>> corresponding documents.
>> In the past several years, US has extended the
>> "exchange program" with Iran. Goli
> Ameri's
>> nomination was to underline this trend.
>> The problem is the Mullahs' network controlling
> and
>> profiting from this exchange. Hamyaran and NIAC are
> two
>> symbols of the Iranian regime's clever take over
> of
>> these exchanges and all chanels of "people to
>> people" relations.
>> I think publicizing the NED fraud by NIAC; we could
> push
>> back the whole network, from academic spheres to Think
>> Tanks and their friends in the Congress.
>> What do you think?
>> Thanks
>>
>>
>>
>> --- On Thu, 6/19/08, Michael Rubin
> <MRubin@AEI.org>
>> wrote:
>>
>>> From: Michael Rubin <MRubin@AEI.org>
>>> Subject: RE: NIAC lied about NED grant
>>> To: hassan.dai@yahoo.com
>>> Date: Thursday, June 19, 2008, 6:25 AM
>>> Great! I've forwarded to some folks on the
> Hill.
>>>
>>> -----Original Message-----
>>> From: Hassan Dai [mailto:hassan.dai@yahoo.com]
>>> Sent: Thursday, June 19, 2008 9:23 AM
>>> To: Michael Rubin
>>> Subject: RE: NIAC lied about NED grant
>>>
>>> Dear Mr. Rubin,
>>> The FPM has published the article:
>>>
>>
>
http://www.frontpagemag.com/Articles/Read.aspx?GUID=AAB962F3-4361-4576-B
>>> 8D7-A7AE4D6072EC
>>>

D:/.../HSD_0003850.htm

12/10/2010                          RE: Iranian eb of influence 2

```
>>>
>>>
>>>
>>> --- On Thu, 6/12/08, Michael Rubin
>> <MRubin@AEI.org>
>>> wrote:
>>>
>>>> From: Michael Rubin <MRubin@AEI.org>
>>>> Subject: RE: NIAC lied about NED grant
>>>> To: "Hassan Dai"
>>> <hassan.dai@yahoo.com>
>>>> Date: Thursday, June 12, 2008, 7:40 PM
>>>> Good job, Hassan. Have you spoken to staff
>> members in
>>>> Congress about this? Or do you want me to
>> forward it
>>> to
>>>> them?
>>>>
>>>> -----Original Message-----
>>>> From: Hassan Dai
> [mailto:hassan.dai@yahoo.com]
>>>> Sent: Thu 6/12/2008 9:08 PM
>>>> To: Michael Rubin
>>>> Subject: NIAC lied about NED grant
>>>>
>>>> Dear Mr. Rubin
>>>> I have attached an article that is the
> result of
>> my
>>> recent
>>>> investigations on Trita Parsi and NIAC's
>>> fraudulent (or
>>>> at least suspicious of being fraudulent)
> affair
>> with
>>> the
>>>> National Endowment for Democracy (NED) and
> the
>> Iranian
>>>> NGOs. I have read your thoughtful articles
> on
>> this
>>> issue.
>>>> I would very much welcome your feedback on
> this.
>> I
>>> consider
>>>> this report more than just an op-ed or
> article.
>> It
>>> has the
>>>> potential to begin a full scale
> investigation by
>> the
>>>> appropriate agencies and the Congress. Any
>> advice you
```

D:/ /HSD_0003850.htm

12/10/2010 RE: Iranian eb of influence 2

>>>may
>>>>have with this regards will be greatly
>>appreciated.
>>>>Respectfully
>>>>Hassan Daioleslam