# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 08 CV 00705** |
| | ) | |
| **DAIOLESLAM SEID HASSAN** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF DR. TRITA PARSI

  I, Dr. Trita Parsi, am an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury and say:

1. The statements herein are made both as an individual and in my capacity as President of the National Iranian American Council (NIAC).

2. I am a specialist on International Relations and an expert on Iranian foreign policy and US-Iran relations.

3. I hold a PhD from Johns Hopkins University School of Advanced International Studies, where I studied under Professor Francis Fukuyama and former National Security Advisor Zbigniew Brzezinski.

4. My dissertation on Israeli-Iranian relations became a seminal book on this topic (Treacherous Alliance - The Secret Dealings of Israel, Iran and the US by Yale

University Press) and won two prominent awards – the Arthur Ross Book Award in 2008

(Silver Medallion) by the Council on Foreign Relations, and the 2010 Grawemeyer

Award for Ideas Improving World Order. Other recipients of these awards include

Harvard professor Samuel Huntington, Australia's former Foreign Minister Gareth

Evans, and Mikhail Gorbachev.

5.  For my dissertation and book, I interviewed dozens of American, Israeli and Iranian

officials.

6.  I also have chapters in edited books, such as "Troubled Triangle – the United States,

Turkey and Israel in the New Middle East," edited by former National Security Council

staffer William Quandt, now the Edward R. Stettinius Professor of Politics at the

University of Virginia.

7.  I was born in Iran in 1974 but moved with my family at the age of four to Sweden in

order to escape political repression in Iran.  My father was an outspoken academic and

non-Muslim who was jailed by the Shah and then by the Ayatollah.

8.  My father, a University Professor and critic of the government of the Shah, was twice

imprisoned by the Iranian government.  In 1978, months before the Iranian revolution,

my family relocated to Sweden.  My father was later also imprisoned by the government

of Ayatollah Khomeini, before permanently leaving Iran.

9.  In Sweden, I simultaneously obtained a Master's Degree in International Relations at

Uppsala University and a Master's Degree in Economics from Stockholm School of

Economics in 2000.  During my studies, I obtained a diplomatic internship with the

Swedish Foreign Ministry, working in the Security Council at the UN headquarters in

New York.  I handled the affairs of Afghanistan, Iraq, Tajikistan and Western Sahara in

the Council, and in the General Assembly's Third Committee I worked on human rights in Iran, Afghanistan, Myanmar and Iraq.

10. My advice and expertise is frequently sought by both Western and Asian governments. I have also been invited to brief Secretary Hillary Clinton, the National Security Council and during the Bush administration, Undersecretary of State Nick Burns. I have testified in Congress on the human rights situation in Iran as well as on the impact of sanctions. Moreover, I have regularly been invited to lecture at the CIA, the National Defense University, and the Defense Intelligence Agency (DIA).

11. I have served as an adjunct scholar at the Middle East Institute in Washington DC, and a Public Policy Scholar at the Woodrow Wilson International Center for Scholars.

12. My articles on foreign policy matters have been published by the Wall Street Journal, Financial Times, Jane's Intelligence Review, The Nation, Time Magazine, The American Conservative, the Jerusalem Post, The Forward, the New York Times and the Los Angeles Times. I have co-written several articles, including with Israel's former Foreign Minister Shlomo Ben-Ami and Professor Anatol Lieven.

13. I am a frequent expert guest on CNN, PBS's Newshour with Jim Lehrer, NPR, the BBC, FOX, MSNBC, ABC, CBS and Al Jazeera.

14. The common theme that binds my writings together is a balanced dispassionate analysis of Middle East politics, with an eye towards finding peace and respect for human rights *through peaceful means*. Defendant's defamatory writings and interviews puts him on the opposite side of the spectrum.

15. In 2002, I co-founded NIAC. The organization quickly became a leading voice in the Iranian-American community, receiving support from prominent Iranian Americans such

as Ehsan Yarshater of Columbia University, R K Ramazani of University of Virginia, Habib Lajevardi of Harvard, and the leadership of the PARSA Community Foundation. NIAC also attracted the support of prominent Americans such as former Undersecretary Tom Pickering, former U.S. Congressmen Wayne Gilchrest (R-MD) and Jim Moody (D-WI), and former Deputy Assistant Secretary of State John Limbert (who was a hostage in Iran for 444 days).

16. Ambassador Bruce Laingen, one of the American diplomats taken hostage by the Islamic radicals in Iran in 1979, recently said the following about NIAC's educational work: "As a former hostage in Iran, I want to salute what NIAC seeks to do to deepen understanding of existing US government policy among the Iranian diaspora in the US."

17. NIAC's work has won praise and been funded by prominent US foundations such as the National Endowment for Democracy, the Rockefeller Brothers Fund, the Open Society Institute, the Nathan Cummings Foundation, The Ploughshares Fund, as well as from the Norwegian Foreign Ministry.

18. The defendant, Mr. Seyed Hassan Daieoleslam, also known as Hassan Dai, has been a political activist since his early years, closely associated with the Mujahedin-e Khalq terrorist organization (MEK). His brother and sister are currently high-ranking officials of the organization at Camp Ashraf in Iraq – a military camp given to the MEK by Saddam Hussein.

19. The MEK is a militant organization that advocates the overthrow of the Islamic Republic of Iran through violence.

20. Many Western countries, including the United States have designated the MEK as a terrorist organization due to its long history of political and indiscriminate killings. Much of its violence has been targeted at the United States and Americans in Iran.

21. Leading up to the Islamic Revolution, the MEK conducted attacks and assassinations against both Iranian and Western targets.

22. In May 2005, Human Rights Watch wrote that the MEK were running prison camps within Iraq and were committing severe human rights violations against former MEK members.

23. Dai's denies being a supporter of the MEK, but his acquaintances, business partners and contacts have predominantly been associated with the MEK. In fact, according to the FBI, "membership in the MEK is a significant step in the MEK hierarchy or leadership cadre. It is safe to say that only the high echelon leadership will most admit to being MEK members."

24. The person who offered Dai a job when he arrived in the United States, Reza Mohkami, is an open supporter of the MEK. The websites that published his first articles were all MEK controlled. And several former members of the MEK state that Dai is a long-time member of the organization. (The MEK has, according to the FBI, a history of seeking to discredit both critics and defectors **by accusing them of being Iranian agents**). In fact, one Iranian academic that Dai testified to be a good friend of his, Mehdi Noorbakhsh, professor of international affairs at Harrisburg University, has publicly stated that Dai is a member of the MEK. "I know Daioleslam very closely and personally," Noorbakhsh said. "He is not a journalist but a perfume merchant. He was a former member of MKO who was critical of the organization for many years. He was living in Europe for several

years until he moved to the United States in Phoenix, Arizona. He was re-bought by

MKO one more time and he is now active in selling and defending the positions of this

terrorist organization."

25. Massoud Khodabandeh, a former MEK member who is now a leading expert on and

critic of the group states the following: "I can say without doubt that Hassan Daioleslam

is a member of what I call for accuracy 'the Rajavi cult' [referring to MEK leaders

Massoud and Maryam Rajavi]. In this respect he is obedient to the Rajavi leadership and

would not act in a way inconsistent with their requirements and certainly not without

their knowledge or consent (if not to say actual order). The term 'membership' describes

his relationship to the Rajavis. The MKO, just like Al Qaida, does not have 'membership

cards'... Daioleslam's writing is on the MKO websites. They do not publish just anyone's

writing. Only those obeying organisational constraints."

26. Dai's operations and efforts to "destroy" Trita Parsi and NIAC fit with the agenda of the

MEK terror group. The targets of Dai's writings are exclusively prominent foreign

policy experts who tend to oppose military confrontation and support diplomacy. These

include former National Security Council staffer Gary Sick, former State Department

officials Ray Takeyh and Suzanne Maloney.

27. In an email exchange with Jamie Glazov, Dai writes that "it has been a great mistake [for

the US government] to discard them [the MEK]. They should be included in a general

support of Iranian opposition as a whole." As such, even though he denies supporting the

MEK, he wants the US government to support this terrorist-listed organization. To put

this in context, what would it mean if Dai had argued that the United States government

should support Hezbollah, Hamas or even Al Qaeda? What would it say about his relationship with these terror organizations?

28. Furthermore, Dai attended a demonstration in New York in 2011 in support of the MEK terror group. At the event, he posed for a picture with Ashraf Sheyda (Sheyda Nasserzadeh), an open MEK supporter who wore a shirt with the picture of the MEK's leader Rajavi on it. Dai warmly embraces the MEK member in the picture. To put in context, if this was a demonstration in support of Al Qaeda, and Dai embraced a women holding a picture of Usama Bin Laden, what would that indicate about his views and association with that terror group?

29. Dai's support for, or at a minimum, association and sympathy with the MEK explains the political motivation and malice he has in "destroying" Trita Parsi and NIAC, which in his view would be "an absolute integral part of any attack on Clinton or Obama."

30. Dai is not a journalist in search of the truth. He is a political attack dog motivated not by truth but by the desire to destroy commentators who favor diplomacy over war with Iran. Even when editors rejected his articles on legal grounds and he was told that they were erroneous, he did not revise or review them.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.

Dr. Trita Parsi

Oct 25, 2011
Date