# Exhibit P

Javanonline.ir

Sunday October 9, 2011

**Jafar Takbiri:** The US plan to publish "guide to Iran's Volatility" through its council on foreign relation, it consists of a new round of (USA) lobbying to overthrow the Islamic Republic regime. Lobbying with new methods and taking advantage of new pawns are in the making.

As reported by "Javan online", the American think-tank "council on foreign relations" has written the following about this plan: research on history, Oil Economics, Iranian nuclear program, presenting video interviews with over 25 analysts, research on the economic effects of economic sanction and results of launching a preemptive military attack on the Iranian nuclear facilities, methods of supporting the internal opposition and encouraging the Iranian people for change from within were among the main subjects debated through mainstream media "guide to Iran's volitality". But among all the brilliant persons and forces that have been considered for these panels, the name of one Iranian by the name of Trita Parsi Stands out, in this panel about the methods that international forces can support opposition forces, will present their plan.

Hence Trita Parsi has met with London think room and individuals that claim to be leaders of the green "corruption", and has received information from them. Based on this and according to websites connected to think room London, Ardeshir Amir Arjmand who introduces himself as the head of the rights committee for MirHossein Mossavi and his consultant and has made a lot of efforts so he can introduce himself as the head of leaders of the internal corruptors (green movement), a little while a ago had a meeting with Trita Parsi. Ardeshir Amir Arjmand according to security sources is the head of a small dissident terrorist group in MirHossein Mossavi's circle, in this meeting has analyzed the Arab Spring, internal Iranian issues and the situation of the green movement in Iran.

Also some have reported about the possibility of a meeting between Trita and the London ring. This is happening while many experts believe that the United States of America with the introduction of Trita Parsi and handing over the Iranian media to him, in furtherance of using fresh and creative sources, in regards to Iran.

**Who is Trita Parsi?**

Frankly who is this Trita Parsi that is named and is used as the Whitehouse consultant about Iran? An individual whose opinions (consultations) regarding Iran in a span of less than a week get to the working stage? Trita Parsi is a young Iranian born in Ahwaz who grew up in Sweden. He earned his university degrees in international relations from Apsala University and Economics degree from Stockholm University and he also holds a Doctorate from John Hopkins University in America. Also Parsi was working as an expert on Iran-Israel relations at this same university and he published a booked in 2007 in regards to this.

After he left Sweden he started working at Sweden's permanent representative location (office) in the UN and after meeting (Bob Ney) US congressman from the state of Ohio, he stated working as his assistant.

Bob Ney taught at Shiraz University for a short time before the Iranian revolution and can speak Farsi pretty well. Until 1997 he supported some of the opposition groups to the Iranian regime but with the election of Khatami he joined the supporters of creating relations with the Iranian regime. During the reform this individual made his ties so strong that after the change in the Iranian and American governments and the coming of the government of Ahmadinejad and the government of Barak Obama, he continues his work and has pushed forward the NIAC group to the level of a large (great) lobby like AIPAC.

It should be noted that at this time that Trita has created a network of internal movements and is analyzing the internal situation of Iran in different arenas and is trying to place himself as a charismatic individual in the opposition forces. Also handing over (penly) in the fresh plans of consul on foreign relations in the name of "guide to Iran's Volatility" that is presented as a new framework to fight the system (regime), is currently being evaluated.

I, Omid Azari, certify that the above document is a complete and correct translation of the Javanonline.ir article. I further certify that by virtue of my training and experience I am competent to translate documents from Farsi into English.

*[signature]*

Date 10-27-11
Name Omid Azari, Esquire
Address 2418 Sapling Ridge Lane
Brookeville, MD 20833
202-468-5087

جوان آنلاین - "تریتا" مهره جدید آمریکا                                                              http://www.javanonline.ir/vdciwza53t1awy2.cbct.html



جمعه ۲۹ مهر ۱۳۹۰ / ۲۳ ذی‌القعده ۱۴۳۲        پیشنهاد سوژه   عضویت در خبرنامه   RSS   تلکس   نسخه موبایل   آرشیو

هویت فوتبالیست دستگیر شده ایرانی فاش شد

صفحه نخست   سیاسی   بین الملل   اجتماعی   فرهنگی   اقتصادی   ورزشی   حوادث   پایداری   ایران   عکس

داخلی » سیاسی » خبر

"تریتا" مهره جدید آمریکا



طرح امریکا برای انتشار «راهنمای بحران ایران»، آن هم توسط شورای روابط خارجی این کشور، حکایت کننده دور تازه ای از فعالیتهای این کشور برای براندازی نظام جمهوری اسلامی ایران است.

نمایش

یکشنبه ۱۷ مهر ۱۳۹۰ ساعت ۱۲:۴۶

**جعفر تکبیری** | طرح امریکا برای انتشار «راهنمای بحران ایران»، آن هم توسط شورای روابط خارجی این کشور، حکایت کننده دور تازه ای از فعالیتهای این کشور برای براندازی نظام جمهوری اسلامی ایران است. فعالیتهایی که با شیوه های جدید و بهره گیری از مهره های جدید در درست در اجرا است.

به گزارش«جوان آنلاین»،اندیشکده آمریکایی «شورای روابط خارجی» در خصوص این برنامه نوشته است: بررسی تاریخ، اقتصاد نفت محور، برنامه هسته‌ای ایران، ارائه مصاحبه‌های ویدئویی با بیش از ۲۵ تحلیلگر، بررسی تاثیر تحریمهای اقتصادی و نتایج بالقوه یک حمله نظامی پیشگیرانه به تاسیسات هسته‌ای ایران، نحوه حمایت از مخالفین داخلی و تشویق مردم ایران برای ترویج تغییر از درون از اهم موضوعات مورد بحث برنامه چندرسانه‌ای «راهنمای بحران ایران» هستند. اما در میان تمامی افراد و نیروهای برجسته ای که برای این پنل ها در نظر گرفته شده است، نام یک ایرانی به نام تریتا پارسی خودنمایی می کند، که مهمترین بخش این برنامه یعنی حمایت از مخالفین داخلی به او سپرده شده است. پارسی قرار است، در این پنل در مورد راه هایی که نیروهای بین المللی می توانند از نیروهای اپوزیسیون داخل ایران حمایت کنند، به ارائه طرح خواهد پرداخت.

تریتا پارسی نیز، بر همین اساس ملاقات هایی را با اعضای اتاق فکر لندن و نفراتی که مدعی رهبری فتنه سبز هستند، داشته و از آنها در این خصوص اطلاعاتی را گرفته است. بر این اساس و به گفته سایتهای وابسته به اتاق فکر لندن، اردشیر امیر ارجمند که خود را رئیس کمیته حقوق ستاد میرحسین موسوی و مشاور وی معرفی می کند و تلاش بسیار زیادی به کار بسته تا بتواند خود را به عنوان لیدر فتنه گران فتنه داخلی پس از سران فتنه معرفی کند، چندی پیش دیداری با تریتا پارسی داشته است. اردشیر امیر ارجمند که به گفته منابع امنیتی سرپل گروهک تروریستی منافقین در ستاد میرحسین موسوی بوده، در این ملاقات به ارائه تحلیل هایی در خصوص بهار عربی، مسائل داخلی ایران و موقعیت جنبش سبز در ایران پرداخته است.

1 of 2                                                                                                                                     10/21/2011 12:38 PM

همچنین برخی اخبار دیگر از احتمال دیدار دیگر اعضای حلقه لندن با تریتا پارسی خبر داده اند. این در حالی است که بسیاری از کارشناسان بر این باورند که ایالات متحده آمریکا با معرفی تریتا پارسی و سپردن موضوعات مربوط به ایران به وی، در صدد کادر سازی و به کار گیری نیروهای تازه نفس و خلاق، درباره ایران هستند.

## تریتا پارسی کیست؟

اما به راستی تریتا پارسی که از وی به عنوان مشاور پنهان کاخ سفید درباره ایران نامبرده می شود کیست؟ فردی که گفته می شود مشاوره های وی به کاخ سفید در خصوص ایران، در مدت کمتر از یک هفته به مرحله عملیاتی می رسد؟ تریتا پارسی یک جوان ایرانی تبار متولد اهواز است که در سوئد بزرگ شده است. وی مدرک دانشگاهی خود را در رشته های روابط بین الملل از دانشگاه اپسالا و اقتصاد از دانشگاه استکهلم دریافت کرد و همچنین دارای درجه دکترا در روابط بین الملل در دانشگاه جان هاپکینز آمریکا نیز هست. پارسی از جمله بعنوان کارشناس روابط ایران و اسرائیل در همین دانشگاه مشغول به کار بوده و در سال ۲۰۰۷ کتابی نیز در این رابطه منتشر کرده است.

وی پس از ترک سوئد ابتدا در محل نمایندگی دائمی سوئد در سازمان ملل متحد مشغول به کار شد و بدنبال آشنائی با باب نی نماینده کنگره آمریکا از ایالت اوهایو بعنوان دستیار وی مشغول به کار شد.

باب نی قبل از انقلاب ایران به مدت کوتاهی در شیراز تدریس کرده و زبان فارسی را نیز بخوبی تکلم میکند. وی تا سال ۱۹۹۷ از برخی از گروههای اپوزیسیون علیه رژیم ایران حمایت می کرد ولی با انتخاب خاتمی دراین سال وی به جرگه طرفداران ایجاد رابطه با حکومت ایران پیوست. این فرد در طی دوران اصلاحات به قدری پایه های ارتباط خود را مستحکم می کند که بعد از تعویض دولت های ایران و آمریکا و روی کار آمدن دولت احمدی نژاد و دولت باراک اوباما هم به کار خود ادامه می دهد و شورای نیاک را تا سطح یک لابی بزرگ مانند آیپک به پیش می برد.

گفتنی است تریتا پارسی هم اکنون با ایجاد یک شبکه از برخی نیروهای داخلی درصدد بررسی اوضاع داخلی ایران در عرصه های مختلف بوده و می کوشد به عنوان شخصیتی کاریزماتیک خود را در جایگاه هدایت نیروهای اپوزیسیون قرار دهد. همچنین واگذاری پلی در طرح تازه شورای روابط خارجی آمریکا به نام «راهنمای بحران ایران» که در قالبی جدید برای مقابله با نظام ارائه شده است، در همین راستا ارزیابی می شود.

کد مطلب: 451759

---

۱۳۹۰-۰۷-۱۷ ۱۵:۰۹:۱۵    hossen

بسمه تعالی

با سلام بزرگتر از تریا هم هیچ غلتی نمی تواند بکند اگر در زمان جنگ سنمان کم بود ولی حالا به سن بلوغ رسیده ایم ومی دانیم که آمریکا اروپا وصهیمنیسم هم هیچ غلطی نمی تواند بکند