## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** | ) |
| | ) |
| **and** | ) |
| | ) |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **Civil No. 08 CV 00705** |
| | ) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Defendant's Motion For Summary Judgment,

Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this _____ day of

_____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion For Summary Judgment is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court