# Exhibit B

Dian Feinstein

Page 1 of 1

**From:** Hassan Dai <hassan.dai@yahoo.com>
**Sent:** Wednesday, April 2, 2008 4:35 AM (GMT)
**To:** Kenneth Timmerman <timmerman.road@verizon.net>
**Subject:** Dian Feinstein

Ken,
2 questions:
1- Is it politically correct to attack the Rockefeller foundation?
2- Is the CA senator going for reelection? In this case, we could use her support to NIAC.
Ken,
I strongly believe that Trita Parsi is the weakest part of the Iranian web because he is related to Siamak Namazi and Bob Ney. I believe that destroying him will be the start of attacking the whole web. This is an absolute integral part of any attack on Clinton or Obama.
I hope your friends understand this crucial point.


PLAINTIFF'S EXHIBIT #21

mhtml:file://D:\HSD_PROD_005\NATIVES\EMAIL-ATTACHMENTS\HSD_0008995....  12/9/2010