# EXHIBIT D

Allegedly unproduced meeting with Jillian Burns and Senator McConnell

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Creation Time | Last ModTime | Start | End | Location | Subject | From | Body | Matched to NIAC Production 1 | Matched to NIAC Production 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Trita Parsi | 6/3/09 4:34 PM | 12/25/09 2:16 AM | 6/17/09 2:30 PM | 6/17/09 3:30 PM | | State Dep with Jillian Burns | Trita Parsi PhD <tparsi@jhu.edu> | | X | |
| Trita Parsi | 6/3/09 4:34 PM | 6/18/09 12:38 PM | 6/17/09 2:00 PM | 6/17/09 3:00 PM | | State Dep with Jillian Burns | Trita Parsi PhD <tparsi@jhu.edu> | | | X |
| Trita Parsi | 1/5/09 10:34 AM | 1/22/09 12:42 PM | 1/23/09 12:30 PM | 1/23/09 12:30 PM | National Press Club: Ballroom | Sen. Mitch McConnell; Agenda for 111th | | Mitch McConnell, Senate Republican leader, will address a luncheon on Friday, Jan. 23.

Effective that week, the Kentucky senator will be the most senior Republican in Washington, and his address to the Club will occur three days after Barack Obama is sworn into office as president

McConnell plans to speak about the agenda of the 111th Congress, which also will get underway in January. Despite taking the White House and expanding their congressional majorities, Democrats fell short of the 60 votes needed in the Senate to overcome filibusters. As a result, McConnell and his Republican colleagues will continue to play a pivotal role in influencing the legislative plans of the Obama administration and the Democratic Congress. His remarks will come on the cusp of an important legislative year, as the country reels from recession, a backlog of pressing domestic needs, two wars and a continuing terrorist threat.

The luncheon is at 12:30 pm. Tickets are $17 for NPC members, $28 for guests of the speaker and guests of members and $35 general admission. For tickets, call 202 662 7501. | X | X |

Sample of Allegedly unproduced meetings after April 26 produced by Disney in 4/21 production

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Body | Matched to NIAC Production 1 | Matched to NIAC Production 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4/29/09 11:51 AM | 5/1/09 1:15 PM | 5/1/09 1:30 PM | 5/1/09 2:00 PM | | Dan Stein (Tester) | Patrick Disney <PDisney@niacouncil.org> | | | |
| Patrick Disney | 5/1/09 9:25 AM | 2/23/10 5:32 PM | 5/1/09 1:30 PM | 5/1/09 2:00 PM | | Dan Stein (Tester) | Patrick Disney <PDisney@niacouncil.org> | | | X |
| Patrick Disney | 4/29/09 11:51 AM | 12/23/09 6:18 PM | 5/1/09 1:30 PM | 5/1/09 2:00 PM | 724 Hart | Dan Stein (Tester) | Patrick Disney <PDisney@niacouncil.org> | | | X |
| Patrick Disney | 4/28/09 6:34 PM | 2/23/10 5:32 PM | 5/1/09 3:00 PM | 5/1/09 3:30 PM | | Ken Cummings | Patrick Disney <PDisney@niacouncil.org> | | | X |
| Patrick Disney | 5/1/09 9:25 AM | 5/1/09 3:48 PM | 5/1/09 3:00 PM | 5/1/09 3:30 PM | 1707 LHOB | Ken Cummings (Van Hollen) | Patrick Disney <PDisney@niacouncil.org> | | x | X |
| Patrick Disney | 5/1/09 9:25 AM | 5/1/09 3:48 PM | 5/1/09 3:00 PM | 5/1/09 3:30 PM | 1707 LHOB | Ken Cummings (Van Hollen) | Patrick Disney <PDisney@niacouncil.org> | | x | X |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Patrick Disney | 4/29/09 9:07 AM | 2/23/10 5:32 PM | | | | | | X |
| Patrick Disney | 5/4/09 9:54 AM | 5/4/09 1:24 PM | 5/4/09 11:00 AM | 5/4/09 11:30 AM | 1504 Longworth | Jennifer Prather (CHandler) | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | 5/4/09 9:54 AM | 5/4/09 1:24 PM | 5/4/09 11:00 AM | 5/4/09 11:30 AM | 1504 Longworth | Jennifer Prather (CHandler) | Patrick Disney <PDisney@niacouncil.org> | x X |
| Patrick Disney | 5/4/09 9:54 AM | 5/4/09 1:24 PM | 5/4/09 11:00 AM | 5/4/09 11:30 AM | 1504 Longworth | Jennifer Prather (CHandler) | Patrick Disney <PDisney@niacouncil.org> | x X |
| Patrick Disney | 5/4/09 9:39 AM | 5/4/09 1:24 PM | 5/4/09 12:00 PM | 5/4/09 12:30 PM | 506 Hart | Brian Chelcun (Feingold) | Patrick Disney <PDisney@niacouncil.org> | x X |
| Patrick Disney | 5/4/09 9:39 AM | 5/4/09 1:24 PM | 5/4/09 12:00 PM | 5/4/09 12:30 PM | 506 Hart | Brian Chelcun (Feingold) | Patrick Disney <PDisney@niacouncil.org> | x X |
| Patrick Disney | 5/4/09 11:09 AM | 5/4/09 1:56 PM | 5/4/09 2:00 PM | 5/4/09 2:30 PM | | Staff Meeting | David Elliott <delliott@niacouncil.org> | X |
| Patrick Disney | 5/4/09 11:09 AM | 12/23/09 6:18 PM | 5/4/09 2:00 PM | 5/4/09 2:30 PM | | Staff Meeting | David Elliott <delliott@niacouncil.org> | X |
| Patrick Disney | 5/4/09 2:05 PM | 5/4/09 2:48 PM | 5/4/09 3:00 PM | 5/4/09 3:30 PM | | Call Mike | Patrick Disney <PDisney@niacouncil.org> | X |

| | | | | | | | X |
|---|---|---|---|---|---|---|---|
| Patrick Disney | 5/4/09 2:05 PM | 5/4/09 2:48 PM | 5/4/09 3:00 PM | 5/4/09 3:30 PM | | Call Mike | cil.org> Patrick Disney <PDisney@niacouncil.org> |
| | 10/23/08 11:20 AM | 5/4/09 6:01 PM | 5/4/09 6:00 PM | 5/4/09 11:30 PM | | Will on the Hill -- Members of Congress perform Shakespeare | | X |
| Patrick Disney | | | | | | | Patrick Disney <PDisney@niacouncil.org> |
| | 10/23/08 11:20 AM | 5/4/09 6:01 PM | 5/4/09 6:00 PM | 5/4/09 11:30 PM | | Will on the Hill -- Members of Congress perform Shakespeare | | X |
| Patrick Disney | | | | | | | Patrick Disney <PDisney@niacouncil.org> |
| | 5/4/09 10:32 AM | 5/6/09 12:13 PM | 5/5/09 6:30 PM | 5/5/09 7:30 PM | | Pam | | X |
| Patrick Disney | | | | | | | |
| | 5/4/09 10:32 AM | 5/6/09 12:13 PM | 5/5/09 6:30 PM | 5/5/09 7:30 PM | | Pam | | X |
| Patrick Disney | | | | | | | |
| | 5/1/09 10:14 AM | 2/23/10 5:32 PM | 5/6/09 9:30 AM | 5/6/09 11:00 AM | Center 322 4th St NE | leg mtg | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | | | | | | | |
| Patrick Disney | 4/28/09 5:57 | 5/6/09 12:13 PM | 5/6/09 11:0 | 5/6/09 11:30 AM | | Andrew (Baucus) | Patrick Disney <PDisney | X |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Patrick Disney | 4/28/09 5:57 PM | 12/23/09 6:18 PM | 5/6/09 11:00 AM | 5/6/09 11:30 AM | | Andrew (Baucus) | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | 4/28/09 5:55 PM | 5/6/09 2:53 PM | 5/6/09 2:00 PM | 5/6/09 2:30 PM | | Rich (Feinstein) | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | 4/28/09 5:55 PM | 12/23/09 6:18 PM | 5/6/09 2:00 PM | 5/6/09 2:30 PM | | Rich (Feinstein) | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | 4/28/09 6:08 PM | 5/6/09 5:07 PM | 5/6/09 5:15 PM | 5/6/09 6:45 PM | NIAC | Hillary Campaign mtg Raj, Tom, Chelsea, me? | Patrick Disney <PDisney@niacouncil.org> | X |
| Patrick Disney | 4/28/09 6:08 PM | 5/6/09 5:07 PM | 5/6/09 5:15 PM | 5/6/09 6:45 PM | NIAC | Hillary Campaign mtg Raj, Tom, Chelsea, me? | Patrick Disney <PDisney@niacouncil.org> | X |
| | 5/1/09 5:42 PM | 5/7/09 2:49 PM | 5/7/09 1:30 PM | 5/7/09 2:30 PM | Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W. | J street roundtable | Dear Patrick, J Street is pleased to invite you to an afternoon lunch discussion with former Member of Knesset and former Israeli Consul General Colette Avital. The discussion will focus on the current political landscape in Israel and prospects for peace, as well as the role of the United States in helping the parties to move toward a resolution of the Arab-Israeli conflict. | |
| Patrick Disney | | | | | | | | X |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5/1/09 5:42 PM | 5/7/09 2:49 PM | 5/7/ 09 1:30 PM | 5/7/09 2:30 PM | Akin Gump Strauss Hauer & Feld, 1333 New Hampshire Avenue, N.W. Washington, DC. | Washington, DC. | | This will be a small, intimate discussion that will take place on Thursday, May 7 at 1:30PM at J Street's office, 1828 L Street NW, Suite 240, Washington, DC.<br><br>Please RSVP to Dorit Price Levine at dorit@jstreet.org or 202-248-5870.<br><br>We hope to see you there,<br><br>Jeremy<br><br>Je | |
| Patrick Disney | | | | | | J street roundtable | Dear Patrick,<br><br>J Street is pleased to invite you to an afternoon lunch discussion with former Member of Knesset and former Israeli Consul General Colette Avital. The discussion will focus on the current political landscape in Israel and prospects for peace, as well as the role of the United States in helping the parties to move toward a resolution of the Arab-Israeli conflict.<br><br>This will be a small, intimate discussion that will take place on Thursday, May 7 at 1:30PM at J Street's office, 1828 L Street NW, Suite 240, Washington, DC.<br><br>Please RSVP to Dorit Price Levine at dorit@jstreet.org or 202-248-5870.<br><br>We hope to see you there,<br><br>Jeremy | X |

| | | | | | | | | Je | | X |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrick Disney | 4/29/09 7:47 PM | 2/23/10 5:32 PM | 5/7/09 3:30 PM | 5/7/09 4:00 PM | 223 Dirksen | Joel Shapiro (Wyden) | Patrick Disney <PDisney@niacouncil.org> | Next Nuclear Weapons Working Group Meeting | | |
| | | | | | | | | Friday, May 8, 2009 | | |
| | | | | | | | | 9:30 – 11:00 AM | | |
| | | | | | | | | The Bethe Center - 322 4th Street, NE | | |
| | 5/1/09 11:53 AM | 4/23/10 11:12 AM | 5/8/09 9:30 AM | 5/8/09 11:00 AM | | | | For those dialing in | | |
| | | | | | | | | Dial-in Number: 1-218-486-8700 | | |
| | | | | | | | | Participant Access Code: 244030 | | |
| Patrick Disney | | | | | 1-218-486-8700 244030 | nwwg | Patrick Disney <PDisney@niacouncil.org> | Reminder: meetings held 2nd and 4th Fridays each month except when they are not. | | X |
| | | | | | | | | Next Nuclear Weapons Working Group Meeting | | |
| | | | | | | | | Friday, May 8, 2009 | | |
| | 5/1/09 11:53 AM | 10/2/09 9:11 AM | 5/8/09 9:30 AM | 5/8/09 11:00 AM | | | | 9:30 – 11:00 AM | | |
| | | | | | | | | The Bethe Center - 322 4th Street, NE | | |
| | | | | | | | | For those dialing in | | |
| Patrick Disney | | | | | 1-218-486-8700 244030 | nwwg | Patrick Disney <PDisney@niacouncil.org> | Dial-in Number: 1-218-486-8700 | | X |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Participant Access Code: 244030 | |
| | | | | | | | Reminder: meetings held 2nd and 4th Fridays each month except when they are not. | |
| Patrick Disney | 5/4/09 1:54 PM | 5/8/09 1:45 PM | 5/8/09 2:00 PM | 5/8/09 3:00 PM | | OFAC mtg | Patrick Disney <PDisney@niacouncil.org> | | X |
| Patrick Disney | 5/4/09 1:54 PM | 5/8/09 1:45 PM | 5/8/09 2:00 PM | 5/8/09 3:00 PM | | OFAC mtg | Patrick Disney <PDisney@niacouncil.org> | | X |
| | 5/1/09 11:37 AM | 5/11/09 9:04 AM | 5/8/09 7:00 PM | 5/8/09 10:00 PM | Hawk N Dove, 329 Pennsylvania Ave SE, in the upstairs room | Truman happy hour | Patrick Disney <PDisney@niacouncil.org> | | X |
| Patrick Disney | 5/1/09 11:37 AM | 5/11/09 9:04 AM | 5/8/09 7:00 PM | 5/8/09 10:00 PM | Hawk N Dove, 329 Pennsylvania Ave SE, in the upstairs room | Truman happy hour | Patrick Disney <PDisney@niacouncil.org> | | X |
| Patrick Disney | 5/4/09 10:32 AM | 5/11/09 9:04 AM | 5/9/09 12:00 AM | 5/10/09 12:00 AM | | Truman conference | | Drinks tomorrow are at 7pm, upstairs room at Hawk and Dove.<br><br>For Saturday, please arrive on time at 10am at GQR, 10 G St. NE, Suite 500 and plan to be there until 6 / 6:30. | X |

| | | | | | | | X |
|---|---|---|---|---|---|---|---|
| Patrick Disney | 5/4/09 10:32 AM | 5/11/09 9:04 AM | 5/9/09 12:00 AM | 5/10/09 12:00 AM | | Truman conference | 10 G St. NE is a little tricky to find:<br><br>1) After exiting Union Station, find 1st NE. It is an alley-like street that hugs the side of Union Station and has a downhill slope. It is on the side of Union Station closer to the Capitol City Brewery - not the the side bordering the big judiciary building.<br><br>2) A block down you'll see the street sign reading "G Unit." Yes, that's real street sign meaning G St NE from 0 to 100. The building is right there.<br><br>If you're lost or late, call my cell: 202-281-8120.<br><br>Back to making cool binders for you guys,<br><br>Mike<br><br>Drinks tomorrow are at 7pm, upstairs room at Hawk and Dove.<br><br>For Saturday, please arrive on time at 10am at GQR, 10 G St. NE, Suite 500 and plan to be there until 6 / 6:30. |

10 G St. NE is a little tricky to find:

1) After exiting Union Station, find 1st NE. It is an alley-like street that hugs the side of Union Station and has a downhill slope. It is on the side of Union Station closer to the Capitol City Brewery - not the the side bordering the big judiciary building.

2) A block down you'll see the street sign reading "G Unit." Yes, that's real street sign meaning G St NE from 0 to 100. The building is right there.

If you're lost or late, call my cell: 202-281-8120.

Back to making cool binders for you guys,

Mike