# Exhibit E

Allegedly 12/26 modified files compared with non 12/26 modified docs

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | PST Source | Creation Time | Last Mod Time | Start | End | Location | Subject | From | Required Attendees | Categories |
|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Elliott_David\DELLIOTT\Documents and Settings\David_Elliott\Desktop\David's Outlook.pst | 4/6/09 4:53 PM | 11/17/09 5:09 PM | 4/14/09 11:00 AM | 4/14/09 11:30 AM | 214 Cannon | Lex Pauslon - Rep. Jim Himes (CT-04) | David Elliott <delliott@niacouncil.org> | Emily L Blout | Yellow Category |
| David Elliott | Elliott_David\DELLIOTT\Documents and Settings\David_Elliott\Desktop\David's Outlook.pst | 4/9/09 1:46 PM | 6/3/09 9:35 AM | 4/14/09 12:00 PM | 4/14/09 12:30 PM | 116 Cannon | Andreas Mueller - Rep. Glenn Nye (VA-02) | David Elliott <delliott@niacouncil.org> | Emily L Blout | Yellow Category |

| Custodian | PST Source | Creation Time | Last Mod Time | Start | End | Location | Subject | From | Required Attendees | Categories |
|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | DE\DE cal 2009.pst | 4/6/09 4:53 PM | 12/26/09 12:10 AM | 4/14/09 11:00 AM | 4/14/09 11:30 AM | 214 Cannon | Lex Pauslon - Rep. Jim Himes (CT-04) | David Elliott <delliott@niacouncil.org> | Emily L Blout | Yellow Category |
| David Elliott | DE\DE cal 2009.pst | 4/9/09 1:46 PM | 12/26/09 12:10 AM | 4/14/09 12:00 PM | 4/14/09 12:30 PM | 116 Cannon | Andreas Mueller - Rep. Glenn Nye (VA-02) | David Elliott <delliott@niacouncil.org> | Emily L Blout | Yellow Category |