# Exhibit K

Sample of Recovered Documents that were in fact produced

Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| Jamal Abdi | Recovered | 11/16/09 2:30 PM | 11/19/09 9:43 AM | 11/19/09 9:00 AM | 11/19/09 10:00 AM | | CLPI Training | Jamal Abdi <JAbdi@niacouncil.org> | x |
| Jamal Abdi | Recovered | 12/2/09 4:09 PM | 12/3/09 3:15 PM | 12/3/09 3:30 PM | 12/3/09 4:15 PM | | Interdepartmental Meeting (Rescheduled) | Jamal Abdi <JAbdi@niacouncil.org> | x |
| Jamal Abdi | Recovered | 12/22/09 3:54 PM | 12/22/09 3:54 PM | 12/23/09 1:00 PM | 12/23/09 1:30 PM | | Meeting with Mariana Osario (Lynch) | Jamal Abdi <JAbdi@niacouncil.org> | x |
| Jamal Abdi | Recovered | 11/16/09 3:44 PM | 11/18/09 3:35 PM | 11/18/09 2:00 PM | 11/18/09 2:30 PM | 387 Russe ll | Meeting with Nathan Davern (Burris) | David Elliott <delliott@niacouncil.org > | x |
| Kevin Cowl | Recovered | 8/14/09 9:23 AM | 8/14/09 9:40 AM | 8/17/09 3:00 PM | 8/17/09 4:00 PM | NIAC office | accounting meeting | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/5/09 4:43 PM | 8/6/09 11:03 AM | 8/6/09 11:00 AM | 8/6/09 11:30 AM | | AJ Donaldson will call | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/29/09 10:09 AM | 7/30/09 9:16 AM | 7/30/09 9:00 AM | 7/30/09 9:30 AM | | Arsalan | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/24/09 3:20 PM | 7/28/09 9:47 AM | 7/29/09 1:00 PM | 7/29/09 2:30 PM | | Branding Beyond the Logo | skirk@guidestar.org | x |
| Kevin Cowl | Recovered | 8/5/09 9:43 AM | 8/5/09 9:47 AM | 8/5/09 10:00 AM | 8/5/09 10:30 AM | | call from Jay dedman | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/5/09 9:43 AM | 8/5/09 9:43 AM | 8/5/09 10:30 AM | 8/5/09 11:00 AM | | Call from Patrick Ford | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/14/09 1:37 PM | 7/14/09 1:45 PM | 7/14/09 2:00 PM | 7/14/09 2:30 PM | | call Goli | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/31/09 11:01 AM | 7/31/09 11:51 AM | 7/31/09 12:00 PM | 7/31/09 12:30 PM | | call Goli | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/17/09 12:03 PM | 8/17/09 12:03 PM | 8/17/09 4:00 PM | 8/17/09 4:30 PM | | call Goli | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/9/09 4:22 PM | 7/10/09 12:17 PM | 7/10/09 12:30 PM | 7/10/09 1:00 PM | by phon | call Nazhi 310 828 7008 | Kevin Cowl <kcowl@niacouncil.org> | x |

| Kevin Cowl | | | | | | e | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Recovered | 8/12/09 11:02 AM | 8/12/09 12:45 PM | 8/12/09 1:00 PM | 8/12/09 1:30 PM | NIAC Office | Conference Call with H. Rashidi | Arsalan Barmand <abarmand@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/8/09 10:12 AM | 7/8/09 12:15 PM | 7/8/09 12:30 PM | 7/8/09 1:00 PM | | conference call with Reza | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/20/09 3:43 PM | 8/21/09 4:32 PM | 8/21/09 3:00 PM | 8/21/09 3:30 PM | | Convio | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/7/09 4:50 PM | 8/7/09 4:50 PM | 8/10/09 10:00 AM | 8/10/09 10:30 AM | | david and patrick meet Jennifer | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 7/14/09 4:23 PM | 7/15/09 3:55 PM | 7/15/09 4:00 PM | 7/15/09 4:30 PM | | Departmental meeting | Kevin Cowl <kcowl@niacouncil.org> | x |
| Kevin Cowl | Recovered | 8/11/09 2:35 PM | 8/13/09 11:45 AM | 8/13/09 12:00 PM | 8/13/09 12:30 PM | | dokhi | Kevin Cowl <kcowl@niacouncil.org> | x |

**Sample of Recovered Documents that were in fact produced**

**Excerpt from Exhibit C of PWC report Recovered Calendar Appointment Metadata.xlsx**

| Computer Custodian | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|---|
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/16/10 12:00 PM | 7/16/10 1:00 PM | | Busy | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/19/10 12:00 PM | 7/19/10 1:00 PM | | Busy | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/27/10 9:00 AM | 7/27/10 11:00 AM | | Busy | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/29/10 10:00 AM | 7/29/10 12:00 PM | | Busy | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/16/10 10:30 AM | 7/16/10 11:15 AM | | Tentative | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/23/10 10:30 AM | 7/23/10 11:15 AM | | Tentative | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 7/30/10 10:30 AM | 7/30/10 11:15 AM | | Tentative | | |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 8/6/10 10:30 AM | 8/6/10 11:15 | | Tentative | | |

| | | PM | | AM | AM | ve |
|---|---|---|---|---|---|---|
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 8/13/10 10:30 AM | 8/13/10 11:15 AM | Tentative |
| Jamal Abdi | Recovered | 8/13/10 3:37 PM | 8/13/10 3:37 PM | 8/20/10 10:30 AM | 8/20/10 11:15 AM | Tentative |