# Exhibit P

**Finish up Server and Backup event produced by Kevin Kowl**

Excerpted in pertinent part from 4/21/10 production file Kevin Cowl.xlsx

| Subject | Start Date | Start Time | End Time | Meeting Organizer | Required Attendees | Description |
|---|---|---|---|---|---|---|
| NIAC - Finish-up Server and Backup | 12/3/2009 | 9:00:00 AM | 3:00:00 PM | Eric Fitzgerald | kcowl@niacouncil.org; eric.fitzgerald@progressiveoffice.com | more details <https://www.google.com/calendar/event?action=VIEW&eid=c2ZuazBmN2dnZHAzcHRhOWtrZnVtZDE3YzAga2Nvd2xAYWJmlhY291bmNpbC5vcmc&tok=MzcjZXJpY y5maXR6Z2VyYWxkQHByb2dyZXNzaXZlb2ZmaWNlLmNvbTkyMjViNGY4MDRiYWMyZjczMmFhMjE2NmM5YWQ4ZGNlMjNmMjcwNDg&ctz=Amer |