# Exhibit Q

| Computer Custodian | Outlook Folder | Creation Time | Last Mod Time | Start | End | Subject | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|---|---|---|
| David Elliott | Calendar | 8/24/09 4:24 PM | 8/24/09 4:24 PM | 8/24/09 1:00 PM | 8/24/09 2:15 PM | Lobbying | SWIPA PERSEP OLIS | x |
| Patrick Disney | Calendar | 8/21/09 9:39 AM | 2/23/10 5:31 PM | 8/20/09 11:00 AM | 8/20/09 5:30 PM | lobbying - SWIPA | | x |
| Patrick Disney | Deleted Items | 1/13/10 4:56 PM | 1/14/10 9:59 AM | 1/14/10 9:30 AM | 1/14/10 10:00 AM | swipa ads mtg | | |
| Patrick Disney | Deleted Items | 1/14/10 5:37 PM | 1/14/10 5:38 PM | 1/14/10 9:30 AM | 1/14/10 10:00 AM | swipa ads mtg | | x |