IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant.** ) | |

**AGREED MOTION TO EXTEND TIME TO REPLY TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S OMNIBUS MOTION FOR SANCTIONS**

Defendant Seid Hassan Daioleslam ("Daioleslam") hereby respectfully moves this Court for a three-day extension of time – from November 11, 2011 to November 14, 2011 – to file his reply brief to Plaintiffs' Memorandum in Opposition to Defendant's Omnibus Motion for Sanctions (the "Opposition"). (Docket No. 152). All parties consent to this motion. Plaintiffs initially filed the Opposition on October 28, 2011. (*Id*.) Plaintiffs filed a corrected Opposition three days later, on October 31, 2011. (Docket No. 154). The parties agree to the

extension of time requested herein to afford Defendant the full time allotted for his reply brief by the Court's June 9, 2011 Order. (Docket No. 104).

                                          Respectfully submitted,

Dated: November 4, 2011                      */s/ Timothy Kapshandy*
                                          Timothy E. Kapshandy (Illinois Bar No.
                                          6180926, admitted *pro hac vice*)
                                          Bradford A. Berenson (D.C. Bar No. 441981)
                                          HL Rogers (D.C. Bar No. 974462)
                                          Peter G. Jensen (D.C. Bar No. 982599)
                                          SIDLEY AUSTIN LLP
                                          1501 K Street, N.W.
                                          Washington, D.C. 20005
                                          (202) 736-8000
                                          hrogers@sidley.com

                                          Attorneys for Defendant
                                          Seid Hassan Daioleslam

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) </br> ) </br> **and** ) </br> ) </br> **NATIONAL IRANIAN AMERICAN COUNCIL** ) </br> ) </br>      **Plaintiffs,** ) </br> ) </br>           **v.** ) </br> ) </br> **DAIOLESLAM SEID HASSAN,** ) </br> ) </br>      **Defendant.** ) </br> ) | Civil No. 08 CV 00705 (JDB) |

PROPOSED ORDER

Upon consideration of Defendant Daioleslam's Agreed Motion to Extend Time, it is hereby:

ORDERED this _____ day of _____, 2011 that Defendant's motion is GRANTED and that Defendant shall be required to file his reply brief to Plaintiffs' Memorandum in Opposition to Defendant's Omnibus Motion for Sanctions by November 14, 2011;

SO ORDERED.

_____
Judge John D. Bates
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 08 CV 00705 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on November 4, 2011, I served, via email, Defendant's Agreed Motion to Extend Time:

>Afshin Pishevar
>Adrian Nelson II
>600 East Jefferson Street
>Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com

4

Dated: November 4, 2011  /s/  Thomas Ross
Thomas E. Ross (D.C. Bar No. 994275)
Timothy E. Kapshandy (Illinois Bar No.
6180926, admitted *pro hac vice*)
Bradford A. Berenson (D.C. Bar No. 441981)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam