# INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Defendant's First Request for Production (Feb. 6, 2009) |
| EXHIBIT B | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding Parsi's notes of meetings with Iranian Officials |
| EXHIBIT C | Email exchange between counsel regarding Parsi's interview notes (Sept. 24, 2011-Oct. 14, 2011) |
| EXHIBIT D | Email from Trita Parsi to Afshin Molavi wherein Parsi mentions using Outlook as a "news archive" (Feb. 6, 2006) |
| EXHIBIT E | Trita Parsi, *A Single Role of the Dice* (last accessed Oct. 31, 2011), *available at* http://yalepress.yale.edu/book.asp?isbn=9780300169362 |
| EXHIBIT F | Excerpts from the deposition of Debashis Aikat (Jan. 5, 2011) |
| EXHIBIT G | Participant list for the 58th Pugwash Conference at The Hague, The Netherlands |
| EXHIBIT H | Email from Emily Blout to Cliff Stammerman regarding Congressman Delahunt's invitation to a Pugwash meeting (Dec. 3, 2008) |
| EXHIBIT I | Excerpts from the deposition of Trita Parsi, Vol. III (May 11, 2011) regarding Pugwash |