# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL       :
IRANIAN AMERICAN COUNCIL       :
    Plaintiffs   :
v.                             :   Civil No.:
DAIOLESLAM SEID HASSAN,        :   08 CV 00705 (JDB)
    Defendant    :   Page 1 - 243

VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 10:01 a.m. before Leslie A. Todd, Registered Professional Court Reporter and Notary Public, in and for the District of Columbia.

On behalf of the Plaintiffs:

A. P. PISHEVAR, ESQUIRE
Pishevar & Associates, P.C.
Jefferson Plaza, Suite 316
600 East Jefferson Street
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com

On behalf of the Defendant:

TIMOTHY E. KAPSHANDY, ESQUIRE
THOMAS E. ROSS, ESQUIRE
ERIC GALVEZ, ESQUIRE
TASHA MANORANJAN, ESQUIRE
Sidley Austin, LLP
1501 K Street, Northwest
Washington, D.C. 20005
(202) 736-8374
tim.kapshandy@sidley.com

Also present:

DAIOLESLAM SEID HASSAN
DANIEL HOLMSTOCK (Videographer)

13:07:18 BY MR. KAPSHANDY:
13:07:19 Q Let's talk about your meeting notes that are referenced in your book Treacherous Alliance that came out in 2007.
13:07:27 Approximately how many meetings, interviews with Iranian government officials do you cite in this book?
13:07:33 A I believe 30 or so. This is not new material, though, as I understand.
13:07:38 Q The question was simply how many different times do you cite --
13:07:40 A No, but this is not --
13:07:42 Q -- interviews with Iranian officials?
13:07:46 MR. PISHEVAR: I am going to object to this. This is not an appropriate question for this deposition.
13:07:50 BY MR. KAPSHANDY:
13:07:50 Q You say it's about 30?
13:07:51 A Did you have my book at the previous deposition?
13:07:54 Q Can you answer the question, please.
13:07:55 A Did you have the book at the previous

13:07:57 deposition?

13:07:57 Q I'm talking about the litigation hold and the failure to comply with it.

13:08:01 And my question for you is, how many interviews --

13:08:03 A This book was written before the litigation hold.

13:08:04 Q Dr. Parsi, try and answer the question or we're going to be here longer than two-and-a-half, three-and-a-half hours.

13:08:11 A This book was written before the litigation hold.

13:08:14 Q That's great. My question for you is, where did you keep all of the notes -- and there are 235 footnotes here that cite meetings with Iranian governmental officials -- how were those memorialized and where did you keep them?

13:08:27 MR. PISHEVAR: I'm sorry. You could have asked this question at the previous deposition.

13:08:29 BY MR. KAPSHANDY:

13:08:29 Q Go ahead and answer, please.

13:08:30 A I don't recall. This is several years

13:08:31 ago. This is my dissertation. You had that
13:08:34 information for the previous deposition.
13:08:35 Q Dr. Parsi, my question is, where did you
13:08:38 memorialize those notes from those meetings, the 235
13:08:42 footnotes of personal communications with Iranian
13:08:47 governmental officials?
13:08:48 A I don't recall. This is -- this is based
13:08:50 on my dissertation that was written seven years ago,
13:08:53 eight years ago.
13:08:53 Q My question isn't when. My question --
13:08:54 MR. PISHEVAR: Let the witness finish --
13:08:55 MR. KAPSHANDY: He doesn't want to answer
13:08:58 the question.
13:08:58 MR. PISHEVAR: I'm sorry, you're going to
13:08:59 need to let him talk.
13:08:59 BY MR. KAPSHANDY:
13:08:59 Q Mr. Parsi, where did you memorialize
13:09:01 these?
13:09:01 A I already -- I already answered your
13:09:02 question.
13:09:02 Q You don't remember?
13:09:03 A I don't remember. This is eight years

13:09:04 ago.

13:09:04 Q You don't remember if you took notes?

13:09:04 A This is eight years ago.

13:09:05 Q Did you put them on your computer?

13:09:07 MR. PISHEVAR: Stop talking over the

13:09:09 witness, Mr. Kapshandy.

13:09:09 BY MR. KAPSHANDY:

13:09:09 Q You don't remember if you wrote them down?

13:09:12 A Sir, this is eight years ago, and this

13:09:14 means that it was probably on a computer that was

13:09:16 different from my laptop.

13:09:16 Q And when you got rid of that computer,

13:09:18 these meeting notes of these 235 interviews weren't

13:09:22 of any value, so when you got rid of that computer

13:09:23 you didn't keep them.

13:09:23 A I don't recall what the process was at the

13:09:25 time.

13:09:25 Q In the calendar entries, there's a --

13:09:34 A Which you also had access to in the

13:09:36 previous deposition.

13:09:37 Q There is no question pending.

13:09:38 In the calendar entries, Dr. Parsi,

CERTIFICATE OF NOTARY PUBLIC

I, LESLIE A. TODD, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotypy and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Dated this ____ day of ____________________ 2011.

______________________________
LESLIE A. TODD
Notary Public in and for the
District of Columbia

My commission expires: