# EXHIBIT D

| | |
|---|---|
| **From:** | Trita Parsi <tparsi@jhu.edu> |
| **Sent:** | Monday, February 6, 2006 10:29 PM (GMT) |
| **To:** | 'Afshin Molavi' <molavi@newamerica.net>; 'Karim Sadjadpour' <ksadj@yahoo.com>; 'Siamak Namazi' <snamazi@atiehbahar.com>; 'Hadi Semati' <mohammad.semati@wilsoncenter.org> |
| **Subject:** | RE: For Iranians, religion relates to the nuclear issue |

Afshin – great to hear your insightful thoughts on this. Just wanted to point out – there was no debate. I just send out new stuff to you guys that I assume you will find helpful in your work. I send it you all as I send it to myself since my Outlook is a news archive going back to 1997 and I save everything that has the potential to be useful down the road.

Needless to say, sending an email to you all does not indicate whether I agree or disagree with the message of the news, which is what surprised me about Karim's response.

Personally, I found the guardian article helpful – not because it reflects or doesn't reflect the views of the MAJORITY of Iranians, but because if in it helpful to get more exposed to the views of people that attend these rallies – bused in or not. I don't buy the notion that their views are well known and well documented – if that is the case, I don't understand why all predictions re the elections turned out to be so incorrect (mine included!). Something is missing.

I speak on a weekly basis with my cousins in Iran via MSN. None of them attend these rallies. The only ones that might are the ones who live in Shiraz and they don't have internet (correlation?) ☺

As to the questioning process, I think you are quite correct. Which is why I was very skeptical of the question of whether people like joojeh kabob or nuclear energy. (That methodology that Karim told me he used was apparently picked up by Clawson at the AEI event! I wasn't there but the NIAC report quoted him). I agree with you that simple yes or no questions don't work, one has to talk in more general terms and see where the respondent drives the discussion, and one should also know the difference between nuclear energy and weaponization. Asking questions without oneself knowing that difference can hardly lead to representative results.

Now is exactly the time when good polls on views in Iran are needed. The dynamics Siamak explained in his emails this morning are quite fascinating, and I wonder how they will play out if the pressure INCREASES. Usually, the THREAT of sanctions – when credible – are far more effective than sanctions themselves. Right before the sanctions are imposed, there is an opportunity. Once they are imposed, the Stockholm-syndrome tends to kick in after a little while...

tp

---

**From:** Afshin Molavi [mailto:molavi@newamerica.net]
**Sent:** Monday, February 06, 2006 4:48 PM
**To:** Trita Parsi; Karim Sadjadpour; Siamak Namazi; Hadi Semati
**Subject:** RE: For Iranians, religion relates to the nuclear issue

Slackman writes:
For the government of Iran, the conflict with the West could not have come at a more opportune time, just as the religious fervor of the nation reaches a peak.

Anyone who has been to Ashura gatherings would not necessarily use "religious fervor" to describe them. They are more like religious spectacle. But don't get me started philosophizing on ashura, or on Slackman's poor reporting thus far.

I didn't weigh in on the previous debate, so let me just add my two cents.

I think the original dispute was over the Guardian article in which the reporter went to a pro-nukes rally and extrapolated that all Iranians want nukes.

Well, firstly, let me say this: crowds scenes in Iran (or anywhere) are horrible ways to gage public sentiment. Karim is right: there is an element of stagecraft in the pro-nukes rallies, with people bussed in. But just as the pro-nukes crowd cannot be extrapolated to mean the majority of Iranians want nuke energy, the pro-democracy crowd of the late 90s cannot be extrapolated to mean that all Iranians want democracy. Crowds, mobs, throngs, whatever you want to call them, give nice color to journalist stories, but they don't offer many meaningful truths. (as I often found at hard-line rallies when people, after the dust settled, quietly asked me how they might get a green card).

Polls are also only as useful as the questions they ask; and, in societies like Iran, where people are unaccustomed to pollsters and might sense a whiff of danger in telling the truth, I'm not sure how useful polls are. Pollsters in America consistently get things right; its uncanny really, but it gives you a confidence in their results. What do Iranian pollsters have to show as a track record:  have they ever gotten an election right? (Its not a rhetorical question. I don't know the answer, so pipe in if you have one, cause if a pollster picked Ahmadinejad to win the second round the way he did, I'd be happy to hear what that pollster has to say about Iranian desires for nuclear energy).

So, finally, we are left with the much reviled personal anecdote, personal encounter, personal field reportage. Many people can live in Iran, but only live in their isolated segment, so fail to see the larger whole (case in point: most of my family). Another case in point: many of the reformists who simply talked among themselves.

That's why there is no better way to get a sense of what people think and want than by simply living and talking to them -- and a wide range of them. It goes without saying that people on this list understand that and do that, while in Iran. I tried to make a point of doing it. From what I saw, so did Karim -- and again, so would any of you who are doing field reportage.

And when you do that, when you are away from the crowds, away from the political rallies, away from the intellectual conversations, away from the meetings with officials, or Athens conferences, in those hundreds of private conversations with the both the comfortable and the afflicted, you cannot but help finding deep wounds in the Iranian soul, deep disappointment in the failures of their leaders, and deep frustration with the status quo. Iran is a tragic place of deeply squandered potential, and its mostly because of bad -- and sometimes predatory -- leadership.

It is, therefore, little wonder in my mind that most Iranians do not occupy their days dreaming of nuclear enrichment or a fuel cycle; but if the question comes up from a pollster in today's heated environment, with the world threatening sanctions, the answer might be: sure, why not?

But if the question is posed: would you like more prosperity or nuclear enrichment? Would you like to triple your salary or have nuclear enrichment? Would you like easy visa-free access to the world or nuclear enrichment? Would you like Iran to once again be a world power, like it was in the days of Cyrus the Great, with real cultural and social influence on the world, and we wouldn't have to dream of going to the "malagh-khor" arab cities like Dubai, or nuclear enrichment?

As you can see, my questions are leading the answers somewhat, and some might answer "both" to everyone......which goes back to my point about pollsters and questions.

So, Im afraid that, while the answer to the question of what Iranians want is not an entirely unanswerable one --  I 'm pretty we can't do it from here, in DC, and I'm also pretty sure that visiting

foreign journalists who don't speak a word of Farsi will all that insightful on the subject either. (I'll never forget how an Iranian once told a British journalist something which he totally condtradicted when he spoke to me. When I asked him about it, he said: "baba, barayeh een kharejeiah bayad film besazeem yezareh").

Ive been away a year, so I feel that some of my assumptions may be old, but I doubt that Iranians are much happier today than they were last year and, what is life, what is the purpose of good governance, if not to ensure the greatest happiness of the greatest number of your citizens? And, in parallel with that, the basic security and defense of the nation that allows them to pursue happiness?

Ok, so putting the people of Iran aside:

You can certainly make an argument for nuclear energy; heck, you can even make an argument for nuclear weapons. Defense and security of your nation as your people pursue happiness.

But when you muck things up so much in the process, and when you show so much incompetence in achieving your goals, when you have a towering history of incompetence in achieving even a quarter of your potential and, as a result, you put your people in danger and their basic happiness on hold, then, either-or questions such as nukes or prosperity nukes or your life, suddenly become relevant.

With regards

afshin

> -----Original Message-----
> **From:** Trita Parsi [mailto:tparsi@jhu.edu]
> **Sent:** Monday, February 06, 2006 4:08 PM
> **To:** 'Karim Sadjadpour'; 'Siamak Namazi'; Afshin Molavi; 'Hadi Semati'; 'Trita Parsi'
> **Subject:** For Iranians, religion relates to the nuclear issue

> (again, Karim, just delete... ☺)

> For Iranians, religion relates to the nuclear issue
> By Michael Slackman The New York Times
> MONDAY, FEBRUARY 6, 2006

> **ISFAHAN, Iran** A drummer pounded out a thumping rhythm as a procession of hundreds of men and boys marched through a cemetery here, past the black and white photographs adorning the graves of those who had died fighting Iraq. With each bang of the drum, the men and boys - some small children - pivoted and swung chains over their shoulders, pounding themselves on the back.

> "It is a symbol of freedom, of emancipation," said Hesam Banaeain, 40, who marched with his 10-year-old son. "We will not submit to slavery. It is like freedom and fighting for the freedom of Islam."

> This is the month of Ashura, the most solemn Shiite occasion of the year, a period of annual mourning for Hussein, the grandson of the Prophet Muhammad. He was killed in a battle in A.D. 680, a moment that cemented the birth of Shiism and forged a set of principles that Iran defines today as its divine mandate to fight oppression and to glorify those who die doing so.

The West is not simply battling Iranians over terms of a nuclear program, or the propriety of publishing caricatures of the Prophet Muhammad. It is crashing into a religious identity that has over the centuries, even before the Islamic revolution, melded with a national identity.

To many people, the nuclear issue and the caricatures represent a challenge to their faith and identity.

For the government of Iran, the conflict with the West could not have come at a more opportune time, just as the religious fervor of the nation reaches a peak. Officials have tapped into that sentiment, constantly framing the conflict as a modern battle against oppression, just as Hussein faced in his day.

By referring to the United States as the "World Oppressor," the president and the leadership here have consistently invoked the intense feelings associated with their people's deepest religious convictions, and tapped into a moral framework that pervades even the secular parts of society.

In his comments on Sunday, President Mahmoud Ahmadinejad again portrayed the conflict as an effort by Iran to stand up against those who would deny its rights. "You can issue as many resolutions as you like and have fun with it, but you cannot prevent Iran's progress," the president said, while indicating that Iran planned to proceed with its nuclear program. "You know that you cannot do anything, because the era of bullying is over and you have to accept the realities."

That type of message was clearly evident at the Ashura procession here in Isfahan, a central Iran city that voted heavily in favor of Ahmadinejad last year and happens, coincidentally, to be the home of a uranium enrichment facility that the Iranians say they intend to ramp up.

The same message of defiance has resonated across the country, and has been amplified by the religious observances taking place in nearly every neighborhood, city and village.

"Once again, we, the Ashuric nation of Islam, say to the Great Satan, access to peaceful nuclear technology is an obvious right, an irreversible right," Ahmed Shams, executor of the Revolutionary Agenda in the city of Qom, said Friday to hundreds of men, women and children crowded into the courtyard of a shrine decorated in blue tiles. "We shall not go short of any action to ensure that."

Qom is the religious center of Iran, where clerics from around the world study Shiism. After the Friday Prayer, the streets were filled with people fuming with a sense of victimization.

A protest was called for that day to declare outrage over the caricatures of the Prophet Muhammad, which have led to a clash of values between those who say freedom of speech stops at sacrilege and those who say it does not.

The caricatures, the nuclear showdown with the West and the message of Ashura were quickly packaged together as person after person drew on the image of Hussein going into a battle in which he knew he would die - to stand against the oppressor.

"The message we take from Ashura is that we should always stand up against oppression even if you are a small group," said Maryam Geraei, 23, as she asked people to sign a petition condemning the cartoons. "Hussein would not accept being oppressed. The parallel here is that this is being forced on us."

A crowd of women - aggressive, angry, all draped in the flowing black chador - pressed in, eager to have their voices heard. "We will hit anybody who insults our Prophet," said Roghayah Pourkandi, as she pressed in, shaking her fist. "America cannot do anything to stop this."

The concept of defending Islam and defending Iran have merged here - and with that children, from the earliest ages, are taught that dying for either cause is not only just, but worthy.

At a martyrs cemetery in Tehran, a sprawling graveyard filled mostly with young men who died battling Iraq, schoolchildren are taken through the Ashura observances. They wear headbands painted with Hussein's name and march beneath banners that read: "Remembering the martyrs today is as important as becoming a martyr" and "The nation for whom martyrdom means happiness, will always be victorious."

Such notions arise in conversations all the time, and appear as a cornerstone of the way Iran is facing its opposition. Akbar Alami, a reform-minded member of Parliament who is unhappy with the government's confrontational approach in dealing with the nuclear negotiations, echoed similar sentiments of defiance.

"There's a saying in Iran, 'You die once, you cry once,'" he said during an interview in his office in the Parliament building. "Are you aware Iran has over 500,000 martyrs who defended our land? Is anything more dear than our lives? This is the same situation with nuclear rights.

"Obviously, it is a right of all countries in the world."