# EXHIBIT F

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3      --------------------------------- )
 4      TRITA PARSI and                   )
 5      NATIONAL IRANIAN AMERICAN COUNCIL,)
 6                      Plaintiffs,       ) CASE NUMBER
 7             v.                         ) 08 CV 00705
 8      DAIOLESLAM SEID HASSAN,           )   (JDB)
 9                      Defendant.        )
10      --------------------------------- )
11
12          Deposition of DEBASHIS AIKAT, Ph.D., a witness
13      herein, called for examination by counsel for
14      Defendant in the above-entitled matter, pursuant to
15      notice, the witness being duly sworn by BESS A.
16      AVERY, RMR, a Notary Public in and for the State of
17      North Carolina, taken at The Umstead Hotel and Spa,
18      100 Woodland Pond Drive, Cary, North Carolina 27513,
19      commencing at 8:43 a.m., Wednesday, January 5,
20      2011, and the proceedings being taken down by
21      Stenotype by BESS A. AVERY, RMR, and transcribed
22      under her direction.
```

```
 1                A P P E A R A N C E S
 2      ON BEHALF OF THE PLAINTIFF:
 3           ADRIAN V. NELSON, II, ESQUIRE
 4           PISHEVAR & ASSOCIATES, P.C.
 5           Jefferson Plaza, Suite 316
 6           Rockville, Maryland 20852
 7           (301) 279-8773
 8           ANELSON@PISHEVARLEGAL.COM
 9
10      ON BEHALF OF THE DEFENDANT:
11           TIMOTHY E. KAPSHANDY, ESQUIRE
12           ERIC GALVEZ, ESQUIRE
13           SIDLEY AUSTIN LLP
14           One South Dearborn
15           Chicago, Illinois  60603
16           (312) 853-7643
17           TKAPSHANDY@SIDLEY.COM
18
19
20
21
22
```

1    A    Well, there could be a difference, but
2  both of them are related.
3    Q    And in that paragraph, since we are on it,
4  let's get into it, you mention, "Several of the
5  Defendant's writings provide statements that are not
6  supported by substantiated or adequate evidence."
7         And this is our chance to find out which
8  of those you are referring to.  So could you,
9  please, tell us which of the Defendant's statements
10 you believe are not supported or substantiated by
11 adequate evidence.
12   A    Mr. Kapshandy, in my research I read
13 through more than 60 articles and items that the
14 Defendant had written, and all of those articles did
15 not have, I'm sorry to say, were not supported or
16 substantiated by adequate evidence.  And I was doing
17 that in the spirit of scholarship, and I was struck
18 by how this person, who I do not know, was
19 criticizing another person without supporting it by
20 adequate evidence so it struck me.  And so I read
21 about 60 articles and it did not -- none of those --
22 in fact, I was looking for one -- none of them had

1  adequate evidence.

2  Q    Okay.  Well, I want to be sure we are
3  clear because first you said "Several" of the
4  Defendant's writings were not substantiated by
5  adequate evidence.  Now you are saying none of them
6  were?

7  A    Yeah.

8  Q    Okay.  That's fair.  Then we know what we
9  are dealing with.

10      So you are saying basically everything
11 that he's written is unsubstantiated?

12 A    Sir, I also would like to add, and I'm
13 glad that you asked me that question, please try to
14 understand that on the Web a lot of content is being
15 added after, you know, even the case was filed or
16 whatever.  And, you know, I was looking for one
17 article that would have solid evidence, and it did
18 not.

19 Q    Well, you didn't read all of them, did
20 you?

21 A    I told you I read them to look for -- I
22 did two readings of each, the 60 I analyzed.  The

Page 83

1   website, as you know, has a lot of, covers a lot of
2   topics beyond Trita Parsi and the Plaintiffs -- so
3   how do you pronounce it, NIAC?
4       Q    Correct.
5       A    NIAC.  So, you know, if you ask me which
6   60 articles you looked, I looked at the 60 articles
7   that covered Trita Parsi and NIAC.  And so I did not
8   read all of the Defendant's articles, I did not have
9   time for it, but the 60 articles I read did not,
10  none of them were supported or substantiated by
11  adequate evidence.
12      Q    As we sit here today how do we understand
13  which of the articles and footnotes and hot links
14  that he mentions in his articles you read and which
15  ones you didn't?
16           MR. NELSON:  Objection, vague.
17           THE WITNESS:  Well, I think this is
18  something that you all have to decide because I went
19  to the website just like, as a common person would,
20  and I searched for, you know, all of the articles
21  that he had written.  And there are two ways to do
22  that.

```
 1                REPORTER'S CERTIFICATE

 2          I, Bess A. Avery, Registered Merit
    Reporter, Certified Shorthand Reporter, certify;
 3

 4          That the foregoing proceedings were taken
    before me at the time and place therein set forth,
 5  at which time the witness was put under oath by me;

 6

 7          That the testimony of the witness, the
    questions propounded, and all objections and
 8  statements made at the time of the examination were
    recorded stenographically by me and were thereafter
 9  transcribed;

10

11          That the foregoing is a true and correct
    transcript of my shorthand notes so taken.
12

13          I further certify that I am not a relative
    or employee of any attorney of the parties, nor
14  financially interested in the action.

15

16          I declare under penalty of perjury under
    the laws of the State of North Carolina that the
17  foregoing is true and correct.

18

19          Dated this 15th day of January 2011.
    My commission expires:
20  April 20, 2014

21  _____
    BESS A. AVERY
22  NOTARY PUBLIC IN AND FOR THE STATE OF NORTH CAROLINA
```