# EXHIBIT G



**The 58th Pugwash Conference**
*Justice, Peace and Nuclear Disarmament*
**The Hague, The Netherlands,**

17-20 April 2009

Council Statement | Photos | Working Group Reports | Article (162.6 KB pdf) | Presidential Address | Participant List

## Participant List

Dr. Sadek **Abdelaal**, Pediatrician, Cairo University, **Egypt**; Secretary General Egyptian Pugwash

Mrs. Samiha **Abo El Foutuoh**, Egyptian Pugwash member, Cairo, **Egypt**

Gen. (ret.) Mansour **Abu Rashid**, Chairman, Amman Center for Peace and Development (ACPD), Amman, Jordan

Amb. (ret.) Ochieng **Adala**, Member, Pugwash Council; Deputy Executive Director, Africa Peace Forum (APFO), Nairobi, Kenya

Dr. Athem **Alsabti**, Professor of Physics and Astronomy at the University of London Observatory; International Relations Officer for the **Iraqi** Academy of Science

Amb. Wa'el N. **Al-Assad**, Director, Disarmament & Multilateral Relations Department, League of Arab States, Cairo, Egypt

Mr. Mohammed **Al Mahruqy**, Member of the State Council; Member of the Consultative Commission to the Supreme Council of Gulf Cooperation Countries (GCC)

Mr. Mohammed Jawad **Al Sharaa**, Director General, Iraqi National Monitoring Directorate, Baghdad

Prof. Arjuna **Aluwihare**, Chairman, Pugwash **Sri Lanka**; Professor Emeritus of Surgery, University of Peradeniya, Sri Lanka

Prof. John **Avery**, Associate Professor Emeritus, H.C. Ørsted Institute, University of Copenhagen, **Denmark**, Chairman, Danish National Pugwash Group; Chairman, Danish Peace Academy

Dr. Ibrahim **Bahr Alolom**, former Minister of Oil, Baghdad, **Iraq**

Dr. Tariq **Banuri**, Director, Division for Sustainable Development Department of Economic and Social Affairs (DESA), UN

Hon. Shukria **Barakzai**, Member of Wolesi Jirga (Parliament), Kabul, Islamic Republic of **Afghanistan**

Prof. Gabriel **Baramki**, Partner, Alternative Ways Educational Consulting Service; President, Palestinian Council for Justice and Peace

Mrs. Haifa' **Baramki**, Management & Training Consultant, Ramallah, **Palestine**; Vice-President of the YWCA of Palestine

Ms. Nomi **Bar-Yaacov**, Foreign Policy Adviser on Middle Eastern Affairs, London, **UK**

Dr. Kayhan **Barzegar**, Research Fellow, Kennedy School of Government, Harvard University; Assistant Professor of International Relations, Science and Research Campus, Islamic Azad University

Amb. Sergey **Batsanov**, Director, Pugwash Geneva Office; Member, Pugwash Council; Member, International Advisory Board, Geneva Centre for the Democratic Control of Armed Forces (DCAF)

Sir Hugh William **Beach**, Board Member of VERTIC and ISIS, London, **UK**

Dr. Jeffrey **Boutwell**, Executive Director, Pugwash Conferences on Science and World Affairs, Washington, DC, **USA**; Member, Pugwash Council

Dr. Adele **Buckley**, Member, Pugwash Council; Treasurer (and past-Chair), **Canadian** Pugwash Group Executive Committee;

Leader, Global Issues Project Expert Roundtable on Water Issues

Mr. Martin **Butcher**, Global Security Consultant, **UK**

Prof. Francesco **Calogero**, Member, Pugwash Council; Professor of Theoretical Physics, University of Rome, Rome, **Italy**

Prof. Paolo **Cotta-Ramusino**, Secretary-General, Pugwash Conferences on Science and World Affairs; Member, Pugwash Executive Committee; Professor of Mathematical Physics, University of Milan, **Italy**

Prof. Suranjan **Das**, Vice-Chancellor, University of Calcutta, India; Member, Indian Council of Historical Research, Government of India

Dr. Marco **De Andreis**, Director, Economic and Fiscal Studies, Italy's Customs Agency

Mr. Liangchun (Alfred) **Deng**, Policy Program Manager, The Climate Group, China

Amb. Jayantha **Dhanapala (Sri Lanka)**, President, Pugwash Conferences on Science and World Affairs; Member, UN University Council, SIPRI Governing Board

Prof. Nola **Dippenaar**, Health Consultant (Health Insight), Pretoria, **South Africa**; Extraordinary Professor at the University of Pretoria, School of Medicine; Chair of SA National Pugwash Group

Prof. Walter **Dorn**, Associate Professor and Co-Chair, Department of Security Studies, **Canadian** Forces College, Toronto; The Royal Military College of Canada, Ontario

Dr. Lynn **Eden**, Member, Pugwash Council; Co-Director, Center for International Security and Cooperation (CISAC), Stanford University, **USA**, Co-Chair U.S. Pugwash

Ms. Tagreed **El-Khodary**, NY Times journalist in Gaza

Dr. Eltayeb Ahmed **Eltayeb Ali**, Senior Researcher, Radiobiology Research Group, Institute of Radiobiology, **Sudan** Atomic Energy Commission, Khartoum

Dr. Nihal **Fahmy**, Adjunct Professor, American University in Cairo, **Egypt**

Mrs. Maha **Fattah-Hassan**, Writer & Analyst, and Senior Columnist & Writer, Akhbar el Yom Newspapers, Cairo, **Egypt**; Member, Council on Foreign Relations

Dr. Eric T. **Ferguson**, Pugwash **Netherlands**; Consultant on Energy and Development, MacFergus bv, Zeist, Netherlands

Prof. John **Finney**, Professor of Physics, Dept. of Physics and Astronomy, University College London, **UK**

Prof. Georg **Frerks**, Professor of Conflict Prevention and Conflict Management, Centre for Conflict Studies, Utrecht University, **The Netherlands**; Professor of Disaster Studies, Wageningen University; Chairman, Pugwash Nederland

Ms. Claire **Galez (Belgium)**, Director, Centre for South Asian Studies (CSAS), Geneva, Switzerland

Dr. Narsi **Ghorban**, Managing Director, Narkangan Gas to Liquid International Company; Director, International Institute for Caspian Studies, Tehran, **Iran**; Vice Chairman, Azar Energy

Prof. Subrata **Ghoshroy**, Research Associate, Massachusetts Institute of Technology (MIT), Boston, MA, USA

Prof. Alexander **Ginzburg**, Member, **Russian** Pugwash Committee; Deputy Director, A.M. Oboukhov Institute of Atmospheric Physics, Russian Academy of Sciences

Prof. Galia **Golan-Gild PhD**, Professor of Government, Interdisciplinary Center (IDC), Herzliya, **Israel**; Professor Emerita, Department of Political Science, Hebrew University of Jerusalem

Justice Richard **Goldstone**, Retired Justice of the Constitutional Court of **South Africa**; Spinoza Fellow, Netherlands Institute for Advanced Study, The Hague

Dr. Berma Klein **Goldewijk**, Vice-chair and Secretary of the Board, Pugwash Netherlands Group; Senior Lecturer, Centre for Conflict Studies, Utrecht University, **The Netherlands**; Founding Director, Cedar International

Mr. Efraim **Halevi**

Prof. Karen **Hallberg**, Member, Pugwash Council; Professor of Physics, Balseiro Institute, Bariloche, **Argentina**; Research Fellow, National Council of Science and Technology, Centro Atomico Bariloche

Mrs. Anissa **Hassouna**, Director General, Egypt's International Economic Forum; Treasurer, Egyptian Council for Foreign Affairs (ECFA), Cairo, **Egypt**; Treasurer, Egyptian Pugwash

Prof. Robert **Hinde**, former Royal Society Research Professor

Mrs. Sandra **Ionno Butcher**, Director, Pugwash History Project, Joint Executive Secretary, British Pugwash Group

Mr. Jeremy **Issacharoff (Israel)**, Deputy Ambassador to the United States, Washington, DC

Mr. Happymon **Jacob**, Assistant Professor in Diplomatic Studies, School of International Studies, Jawaharlal Nehru University, New Delhi, **India**

Dr. Rebecca E. **Johnson**, Executive Director, The Acronym Institute for Disarmament Diplomacy, London, UK

Dr. Peter **Jones**, Associate Professor, Graduate School of Public and International Affairs, University of Ottawa, Canada

Dr. Venance **Journé**, Researcher, National Scientific Research Council (CNRS), Paris, **France**

Dr. Victor **Kamyshanov**, President, International Federation for Peace and Conciliation, Moscow, **Russia**

Dr. **Kang** Jungmin, Visiting Scholar, Stanford Institute for Economic Policy Research (SIEPR), Stanford, CA

Mr. **Kang** Mun Ryol, Korean National Peace Committee (KNPC), Pyongyang City, **DPR Korea**

Dr. Sergey **Kapitza**, Moscow, **Russia**

Amb. **Aziz Ahmad Khan**, retired Ambassador, Islamabad, **Pakistan**

Mr. Mohammad **Humayun Khan**, former Foreign Secretary of **Pakistan**

Dr. Mustafa **Kibaroglu**, Associate Professor of Non-Proliferation, Arms Control & Disarmament, Bilkent University, **Turkey**

Prof. Byung-Koo **Kim**, Professor, Konyang University, Chungnam, Korea

Mr. **Kim** Il Bong, Korean National Peace Committee (KNPC), Pyongyang City, **DPR Korea**

Prof. Dr. Janusz **Komender**, Chairman of **Polish** National Committee of Pugwash, Warsaw, Poland

Prof. Michiji **Konuma**, Professor Emeritus, Keio University; Professor Emeritus, Musashi Institute of Technology, Yokohama; Founding Member, Pugwash Japan; Advisor, International Student/Young Pugwash

Mr. Edy **Korthals, Altes**, The Hague, The Netherlands

Dr. Karel **Koster**, Research Department, Socialist Party **Netherlands**; Board Member, IPPNW Netherlands

Dr. Georges **Le Guelte**, Paris, **France**

Dr. Francesco **Lenci**, recently (now retired) Research Director and Research Associate, National Research Council (CNR), Pisa, **Italy**; Member (Elected), CNR General Scientific Counci

Mr. Daniel **Levy**

Mr. Sverre **Lodgaard**, Director, Norwegian Institute of International Affairs (NUPI), Oslo, **Sweden**

Prof. Saideh **Lotfian**, Member, Pugwash Council; Associate Professor of Political Science, and Associate Dean for Research, Faculty of Law and Political Science, University of Tehran, **Iran**

Mr. Arnold **Luethold**, Head, Middle East and North Africa Programme, Geneva Centre for the Democratic Control of Armed Forces (DCAF), Geneva, Switzerland

Dr. Allison **Macfarlane**, Associate Professor of Environmental Science, George Mason University, Dept of Environmental Science and Policy, USA

Dr. Ram **Manikkalingam**, Dialogue Advisory Group & Visiting Professor, Political Science Dept., University of Amsterdam, The Netherlands

Amb .Miguel **Marin-Bosch**, Director, Mexico's Diplomatic Academy, Mexico D.F.; Member, Pugwash Council

Lt.-Gen. (ret.) Talat **Masood**, Independent Columnist, Commentator and Analyst, Islamabad, **Pakistan**

Prof. Jiri **Matousek**, Professor of Toxicology, Masaryk University Brno, Faculty of Science, EU Research Centre of Excellence for Environmental Chemistry and Ecotoxicology, Brno, **Czech Republic**; Member Czech Pugwash

Prof. Amitabh **Mattoo**, Professor of International Relations and Member, National Knowledge Commission, Jawaharlal Nehru University, **India**

Dr. Lawrence **McCray**, Research Associate, Massachusetts Institute of Technology, USA

Prof. Alan H. **McGowan**, Chair, Science, Technology and Society Program, Eugene Lang College, New School University, New York, NY, **USA**; Chair, Student Pugwash USA

Amb. Arend **Meerburg**, Member, Pugwash **Netherlands**; Member, Group on Global Security and of the International Panel on Fissile Materials

Dr. Oliver **Meier**, Research Fellow, Institute for Peace Research and Security Policy, University of Hamburg, **Germany**; International Representative and Correspondent, Arms Control Association, Berlin

Prof. David **Menashri**, Dean of Special Program and Director, Center for Iranian Studies, Parviz and Pouran Nazarian Chair for Modern Iranian Studies, Tel Aviv University, Tel Aviv, **Israel**

Prof. Errol **Mendes**, Professor of International Law, University of Ottawa, **Canada**

Dr. Bert **Metz**, Fellow, European Climate Foundation, The Hague, **Netherlands**

Dr. Victor **Mizin**, Senior Research Fellow and Professor, Moscow State University of International Relations, **Russia**

Mr. Michael **Molloy**, Co-Director, Jerusalem Old City Initiative, Department of Political Science, University of Windsor, Canada

Amb. Atilio N. **Molteni**, Ambassador of the Argentine Republic, Herzliya Pituach, **Israel**

Amb. Abdel Rahman **Moussa**, Consultant to the Minister for International Cooperation, Cairo, **Egypt**; Member, Board of Directors, Pugwash Egypt; Member, The Egyptian Council for Foreign Affairs

Prof. Marie **Muller**, Member, Pugwash Council, and Professor of International Politics, Dept. of Political Sciences, University of Pretoria, **South Africa**

Ms. Carol **Naughton**, Coordinator WMD Awareness Programme (WMD AP), London, **UK**; Senior Associate

Prof. Dr. Götz **Neuneck**, Physicist, and Member, Pugwash Council; Deputy Director and Head of the "Interdisciplinary Research Group Disarmament, Arms Control and New Technologies", Institute for Peace Research and Security Policy (IFSH), **Germany**

Mr. **Nguyen** Van Huynh, Member of the Executive Board, **Vietnam** Peace and Development Foundation, Hanoi

Dr. Alexander **Nikitin (Russia)**, Member, Pugwash Council; Director, Center for Political and International Studies (CPIS), Moscow; Vice-Chairman, Russian Pugwash Committee

Prof. Hans **Opschoor**, Pugwash Group **Netherlands**; Professor of Environmental Economics, Free University Amsterdam; Member, UN Committee for Development Policy

Mr. **Niu** Qiang, Secretary General, Chinese People's Association for Peace and Disarmament (CPAPD), Beijing, **China**

Prof. Kenneth **Oye**, Associate Professor of Political Science and Engineering Systems, MIT, Cambridge, MA, **USA**; Co-Director, Political Economy and Technology Policy Program, MIT

Mr. **Paek** Yang Ho, Korean National Peace Committee (KNPC), Pyongyang City, **DPR Korea**

Gen. **Pan** Zhenqiang **(China)**, Member, Pugwash Executive Committee and Council; Deputy-Chairman, China Foundation for International Studies; and Senior Advisor, China Reform Forum

Dr. Georges **Parisot**, Chair, French Pugwash Group, Paris, **France**

Mr. Trita **Parsi**, author and Middle East expert; Co-founder and current President, National Iranian American Council

Amb. Gopalaswami **Parthasarathy**, Visiting Professor, Centre for Policy Research, New Delhi, **India**

Prof. Arthur **Petersen**, Senior Policy Analyst and Director, Methodology & Modeling Program, **Netherlands**; Treasurer, Pugwash Netherlands

Dr. Joelien **Pretorius**, Senior Lecturer, Department of Political Studies, University of Western Cape, Belville, **South Africa**

Mr.. Mouin **Rabbani**, Senior Fellow, Institute for Palestine Studies, Amman, Jordan; Senior Associate, FAFO; Contributing Editor, Middle East Report

Prof .Eliezer **Rabinovici**, Director, Institute for Advanced Studies, Hebrew University, Jerusalem, **Israel**

Mr. Rahmatullah **Rahmat**, Political Affairs Officer, UNAMA HQ, Kabul, **Afghanistan**

Prof. J. Martin **Ramirez**, MD, JD, PhD, Head, UCM Research Group on Aggression, Psychobiology Department & Institute for Biofunctional Studies, Universidad Complutense Madrid

Mr. Abul Ahrar **Ramizpoor**, Human Rights Officer, United Nations Assistance Mission to Afghanistan (UNAMA), and Lecturer, Sharia Faculty, Kabul University

Ms. Robin **Raphel**, Senior Vice President, Cassidy & Associates, Washington DC, **USA**

Dr. Kavan **Ratnatunga**, Consultant on Internet Website development, **Sri Lanka**; President Astronomical Association of Lanka, SPOC - Sri Lanka - International Year of Astronomy 2009

Mr. Ernie **Regehr**, Senior Policy Advisor, Project Ploughshares, Canada

Hon. Sherry **Rehman**, former Federal Information Minister, Islamabad, **Pakistan**

Dr. Erzsébet **N. Rózsa**, Senior Researcher, Hungarian Institute of International Affairs (HIIA), Budapest, **Hungary**

Mr. Nasser **Saghafi-Ameri**, Senior Fellow, Foreign Policy and International Relations Department (FPIRD), Center for Strategic Research, Tehran, **Iran**

Amb. Svein **Sevje**, Ambassador/Special Envoy for the Middle East, **Norwegian** Ministry of Foreign Affairs

Amb. Najmuddin **Shaikh**, retired **Pakistan** Foreign Service Officer; Member, Board of Governors, Institute of Strategic Studies, Islamabad; Senior Vice President, Karachi Council of Foreign Relations

Amb. Mohamed **Shaker**, Chairman, **Egyptian** Pugwash Group, and Vice Chairman, Egyptian Council for Foreign Affairs (ECFA), Cairo

Dr. Jill **Shankleman**, Director, JSL Consulting, Oxford, UK; Senior Social Specialist, FMO, The Hague

Mr. Samir **Shawa**, Chairman, Alhani Cultural Foundation, Gaza City, **Palestine**; Member of the Board, Palestinian Monetary Authority

Dr. Jennifer Allen **Simons**, President, The Simons Foundation, Vancouver, B.C., **Canada**; Senior Fellow, WOSK Centre for Dialogue, Simon Fraser University

Acad. Alexey **Sissakian**, Director, Joint Institute for Nuclear Research, **Russia**; Member of the Presidium of the Russian Academy of Sciences

Prof. Ivo **Slaus**, Member, Pugwash Council; Director, World Academy for Southeast Europe Division; President, **Croatian** Pugwash; Member, Club of Rome; Fellow, Academia Europea

Ms. Hilde **Solbakken**, Senior Advisor, Section for Peace and Reconciliation, **Norwegian** Ministry of Foreign Affairs, Oslo

Advocate Ahmer Bilal **Soofi**, President, Research Society of International Law, Lahore; Advocate, Supreme Court of Pakistan; Consultant on International Law to the Government of **Pakistan**

Dr. Mark Byung-Moon **Suh (Germany/South Korea)**, Member, Pugwash Council; Senior Researcher and Korea Coordinator, Free University of Berlin, Germany; President, Korean Pugwash Group

Dr. Tatsujiro **Suzuki**, Visiting Professor, Graduate School of Public Policy, University of Tokyo; Senior Research Scientist, Central Research Institute of Electric Power Industry (CRIEPI), Tokyo, **Japan**

Mr. Murray **Thomson**, retired peace educator and executive committee member of the Canadian Pugwash Group

Dr. Abdul Hameed **Toor**, Associate Professor, Department of Physics, Quaid-i-Azam University, Islamabad, **Pakistan**

Prof. Gérard **Toulouse**, Director of Research at Ecole Normale Supérieure (ENS), Paris, **France**; President, Committee for Exact and Natural Sciences; Vice Chair of Pugwash-France

Amb. Marc **Vogelaar**, Consultant to DG OPCW for promotion of CWC universality, The Hague, **The Netherlands**

Dr. Houston **Wood**, Professor, Mechanical & Aerospace Engineering, University of Virginia, USA

Mr. Moeed **Yusuf**, Fellow, Frederick S. Pardee Center for the Study of the Longer Range Future, Boston University, USA; Research Fellow, Strategic and Economic Policy Research, Islamabad, Pakistan

Amb. Bozorgmehr (Reza) **Ziaran**, Delegation of the Islamic Republic of **Iran** to the OPCW, The Hague, The Netherlands

Dr. Aharon **Zohar**, Senior Consultant on national planning to the National Planning Administration, and Head of the construction of 11 Bedouin new towns; Consultant, Regional and Environmental Planning, Carmei-Yosef, **Israel**

Dr. Bob **van der Zwaan**, Senior Scientific Researcher, Energy research Center of **The Netherlands** (ECN, Amsterdam) and Columbia University

*ISYP*

1. Almotaz Abadi, Palestine
2. Ranieri Argentini, The Netherlands
3. Farid Ben Amor, USA
4. Subha Chauhan, India
5. Poul Christensen, UK
6. Kamal El-Itani, Lebanon
7. Brandon Friedman, Israel
8. Hans Christian Gils, Germany
9. Antoinette Hildering, The Netherlands
10. Karim Kadry, Egypt
11. Brian Kirk, USA
12. Petr Korzun, Russia
13. Rian Leith, South Africa
14. Rens de Man, The Netherlands
15. Kate Marvel, USA
16. Lian Merkx, The Netherlands
17. Mary Beth Mills-Curran, USA
18. Wakana Mukai, Japan
19. Noam Rahamim, Israel
20. Marjolein de Ridder, The Netherlands
21. Mark Rosin, UK
22. Ole Ross, Germany
23. Benjamin Rusek, USA
24. Katharina Suh, South Korea/Germany
25. Xander van Tilburg, The Netherlands
26. Sebnem Udum, Turkey
27. Tong Zhao, China

*OBSERVERS*

Heleen de Coninck
Ron Nelson, OPCW
Sonia Drobysz
Alessandro Argentini
Mr. Sylwin Jerry Giżowski, CTBTO

*Staff*

Claudia **Vaughn**, Program Coordinator, Rome Pugwash Office
Dr. Giancarlo **Tenaglia**, voluntary Staff Member, Pugwash **Italy**
Sandy Ionno **Butcher**, British Pugwash
Mimma **De Santis**, Rome Pugwash Office

