# EXHIBIT H

| | |
|---|---|
| **From:** | Emily L Blout <eblout@niacouncil.org> |
| **Sent:** | Wednesday, December 3, 2008 2:32 PM (GMT) |
| **To:** | 'Stammerman, Cliff' <Cliff.Stammerman@mail.house.gov> |
| **Subject:** | Track II next week |

Cliff,

I guess the initial invitation sent by my boss, Trita Parsi, got caught up in your spam. Here is the gist of it.

Pugwash has asked NIAC to recommend lawmakers to attend the track-II meetings they have been organizing between the US and Iran. The meetings are organized and sponsored by Professor Paolo Cotta Ramusino, Secretary General of Pugwash and Professor of Mathematical Physics at the University of Milano.

He has been organizing several very productive meetings, in which both US lawmakers, senior Senate staff and high-level Iranian officials (including cabinet members) have participated.

My boss has attended a few of these, including one in Israel and has found them to be probably the most constructive track-II currently taking place.

The discussions have ranged from the nuclear issue, to Iraq, to regional security to Israel/Palestine. Both sides have benefited greatly from getting a better understanding of the other side's perspective and concerns, even though disagreements of course are plentiful.

The next meeting will take place during the weekend of Dec 6-7, in Vienna Austria. Pugwash is very discreet about these meetings and they are all of course off-the-record and will not be advertised anywhere.

From the US side, the delegation is headed by former Secretary of Defense William Perry. Other participants include prominent nuclear physicists such as Dr. Siegfried Hecker, Dr. Houston Wood and Prof. Frank Von Hippel, as well as people from select think-tanks.

From the Iranian side, the level of representation will again be very high, including a vice president, their ambassador to the IAEA, their deputy nuclear negotiator and high-ranking people from their foreign ministry.

Of course, Congressman Delahunt's participation would be most welcome and appreciated.

Please let us know at your earliest if the Congressman is interested and available. We'd be happy to provide you with further details.

Thanks,

Emily Blout

Legislative Director
National Iranian American Council
1411 K Street NW, Suite 600
Washington, DC 20005
main: 202 386 6325
cell: 202 290 8309

"Promoting Iranian American Participation In American Civic Life"