# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL  :

IRANIAN AMERICAN COUNCIL  :

        Plaintiffs  :

v.  :  Civil No.:

DAIOLESLAM SEID HASSAN,  :  08 CV 00705 (JDB)

        Defendant  :  Page 1 - 243

VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 10:01 a.m. before Leslie A. Todd, Registered Professional Court Reporter and Notary Public, in and for the District of Columbia.

```
                                                          Page 2
 1   On behalf of the Plaintiffs:

 2        A. P. PISHEVAR, ESQUIRE
          Pishevar & Associates, P.C.
 3        Jefferson Plaza, Suite 316
          600 East Jefferson Street
 4        Rockville, Maryland 20852
          (301) 279-8773
 5        ap@pishevarlegal.com

 6
     On behalf of the Defendant:
 7
          TIMOTHY E. KAPSHANDY, ESQUIRE
 8        THOMAS E. ROSS, ESQUIRE
          ERIC GALVEZ, ESQUIRE
 9        TASHA MANORANJAN, ESQUIRE
          Sidley Austin, LLP
10        1501 K Street, Northwest
          Washington, D.C. 20005
11        (202) 736-8374
          tim.kapshandy@sidley.com
12

13   Also present:

14        DAIOLESLAM SEID HASSAN
          DANIEL HOLMSTOCK (Videographer)
15

16

17

18

19

20

21

22
```

```
                                                            Page 148
13:22:31   1        A    As I explained to you, I said that I find
13:22:33   2   it unlikely that I would say that because I do
13:22:35   3   remember that this was a heated issue.  If I'm not
13:22:38   4   mistaken, this is at the time in which the Bush
13:22:41   5   administration came out in favor of it, but McCain
13:22:44   6   was against it.
13:22:45   7        Q    So if you said it, it wouldn't have been
13:22:49   8   correct, McCain apparently or somebody fairly
13:22:49   9   serious if --
13:22:51  10        A    Well, I may have taken down the notes
13:22:53  11   incorrectly.  But, again, I don't recall exactly.
13:22:56  12        Q    Let's move on.  Turn to the next one,
13:22:58  13   December 2008 meeting.
13:23:00  14        A    Where is that?  Is it the same?
13:23:03  15        Q    It's all part of the same composite
13:23:06  16   document towards the back.  It's the last --
13:23:06  17             MR. PISHEVAR:  Do you have the page
13:23:08  18   numbers?
13:23:08  19             MR. KAPSHANDY:  There is one that's pages 1
13:23:13  20   through 2.  It's the third document.
13:23:13  21   BY MR. KAPSHANDY:
13:23:14  22        Q    "Pugwash Consultation on Iran's
```

TransPerfect Legal Solutions
212-400-8845 - depo@transperfect.com

```
                                                        Page 149
13:23:16   1    Relationship With the West."  And then the last
13:23:19   2    document is actually more detailed.
13:23:21   3         A    What is the page number you want me to
13:23:23   4    turn to?
13:23:25   5         Q    Two-page document that follows the
13:23:33   6    December meeting.  It's the first one on the
13:23:33   7    December meeting.  Do you see that?
13:23:33   8         A    Mm-hmm.
13:23:37   9         Q    And my question for you is, they don't
13:23:39  10    list the Iranian participants at this meeting, but
13:23:42  11    we know from your prior testimony that they were
13:23:46  12    there.
13:23:46  13              Who do you recall being at this meeting
13:23:48  14    from Iran?
13:23:49  15         A    Hold on.  What meeting is this?  Vienna.
13:24:13  16    If it was in Vienna -- your question is who was
13:24:24  17    there from the Iranian side?
13:24:27  18         Q    Right.
13:24:28  19         A    I would assume that it would have been
13:24:32  20    Soltanieh, yeah.
13:24:34  21         Q    And perhaps Samareh --
13:24:36  22         A    Samareh, yeah.
```

Page 150

```
13:24:37  1         Q    If you look at the next document, there
13:24:40  2    are purported statements from them.
13:24:42  3         A    This -- which document is that?
13:24:43  4         Q    The ones you have right there.  It's a
13:24:46  5    seven-page more detailed summary of the remarks.
13:24:51  6         A    Yeah, this is more of a summary form.
13:24:53  7         Q    But you see in there that Soltanieh and
13:24:58  8    Samareh both made remarks, correct?
13:24:59  9         A    Oh, they did.
13:25:00 10         Q    Do you recall if there were any other
13:25:02 11    Iranian governmental officials there besides those
13:25:06 12    two?
13:25:06 13         A    I don't recall his name, but I do believe
13:25:09 14    that that guy popped off.  I don't know if he was
13:25:13 15    there throughout the session.  He's Iran's
13:25:19 16    ambassador to Austria, I think.
13:25:20 17         Q    To who, to where?
13:25:22 18         A    To Austria.  I think he was at this
13:25:24 19    meeting.
13:25:24 20         Q    Okay.  Well, if you look --
13:25:25 21         A    I don't know if he was there all the time,
13:25:26 22    so...
```

| | | |
|---|---|---|
| 13:25:26 | 1 | Q   Well, if you look at the last document, on |
| 13:25:29 | 2 | page 1, the first large paragraph, Professor Paolo |
| 13:25:38 | 3 | Ramusini states:  Finally, we would like to thank in |
| 13:25:42 | 4 | particular Ambassador Ali Reza Ziaran, former |
| 13:25:47 | 5 | Iranian ambassador to The Hague, and now with the |
| 13:25:48 | 6 | CTBTO; Dr. Clifford Kupchan, Eurasia Group; and |
| 13:25:54 | 7 | Mr. Trita Parsi, National Iranian American Council, |
| 13:25:56 | 8 | for the valuable contributions given to the |
| 13:25:58 | 9 | organization of the meeting, and Ms. Sandra Ionno |
| 13:26:05 | 10 | Butcher, Pugwash office in London, for keeping |
| 13:26:05 | 11 | track of the most salient points discussed in the |
| 13:26:05 | 12 | meeting. |
| 13:26:07 | 13 | Did I read that correctly? |
| 13:26:08 | 14 | A   Yes, you did. |
| 13:26:10 | 15 | Q   Now, what were your contributions to the |
| 13:26:12 | 16 | organization of the meeting that Dr. Paolo Ramusini |
| 13:26:16 | 17 | was thanking you for? |
| 13:26:18 | 18 | A   If I recall it correctly, what this is, |
| 13:26:23 | 19 | is Paolo reached out to both me and Cliff Kupchan to |
| 13:26:28 | 20 | ask us what we thought would be important issues to |
| 13:26:31 | 21 | bring up at the meeting, people that would be |
| 13:26:36 | 22 | valuable to have there, et cetera, et cetera. |

Page 152

```
13:26:38  1     Q    How did you have those communications?
13:26:40  2     A    Mostly by phone, I believe.
13:26:43  3     Q    You had no e-mails with Pugwash or
13:26:47  4  Dr. Ramusini in setting up or going to or
13:26:51  5  participating in any of these Pugwash meetings?
13:26:53  6     A    I don't recall if there was or if there
13:26:56  7  wasn't.  But I do -- Paolo is a phone guy.  He likes
13:27:02  8  to make phone calls.
13:27:03  9     Q    I mean it must be pretty hard to set up
13:27:05 10  all these meetings without any e-mail --
13:27:06 11     A    I didn't set up those meetings.
13:27:08 12     Q    -- without any logistics, the details?
13:27:10 13     A    I didn't set up those meetings.
13:27:11 14     Q    How do you know where to show up and when?
13:27:11 15  They just call you on the phone and say be there
13:27:14 16  without an e-mail?
13:27:16 17     A    No.
13:27:16 18     Q    There's no invitations, no written
13:27:18 19  communications to you to get you there?
13:27:19 20     A    There's invitations.
13:27:22 21     Q    Well, how is it that none of those have
13:27:24 22  been produced by NIAC in this case?
```

Page 240

1   CERTIFICATE OF NOTARY PUBLIC

2           I, LESLIE A. TODD, the officer before whom
3   the foregoing deposition was taken, do hereby certify
4   that the witness whose testimony appears in the
5   foregoing deposition was duly sworn by me; that the
6   testimony of said witness was taken by me in stenotypy
7   and thereafter reduced to typewriting under my
8   direction; that said deposition is a true record of the
9   testimony given by said witness; that I am neither
10  counsel for, related to, nor employed by any of the
11  parties to the action in which this deposition was
12  taken; and, further, that I am not a relative or
13  employee of any counsel or attorney employed by the
14  parties hereto, nor financially or otherwise
15  interested in the outcome of this action.
16
17  Dated this ____ day of _____ 2011.
18
19                                  _____
                                    LESLIE A. TODD
20                                  Notary Public in and for the
                                    District of Columbia
21
22  My commission expires: