| | |
|---|---|
| | **INDEX OF EXHIBITS** |
| EXHIBIT A | Email from Hassan Daioleslam to Jamie Glazov regarding MEK (May 7, 2008) |
| EXHIBIT B | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 14, 2010) regarding MEK |
| EXHIBIT C | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 15, 2010) regarding MEK |
| EXHIBIT D | Trita Parsi / NIAC articles regarding MEK:<br><br>1. "Why Do We Need to Stand Up to the MEK?" posted on www.niacinsight.com (July 21, 2011)<br><br>2. "Washington's Favorite Terrorists," by Trita Parsi posted on www.niaccouncil.org (June 30, 2011)<br><br>3. "Joint Expert Statement in Mujahedin-e Khalq," by NIAC News posted on www.niaccouncil.org (Aug. 11, 2011)<br><br>4. "Mujahedin Machine vs. The Iranian-American Community," by Trita Parsi posted on www.niaccouncil.org (Aug. 16, 2011)<br><br>5. "Tell the U.S. Government to Say NO to Mujahedin," posted on the "Take Action" portion of www.niaccouncil.org<br><br>6. "Delisting MEK would be a disaster for U.S. national security and the Iranian pro-democracy movement," posted on www.niaccouncil.org (Aug. 26, 2011) |
| EXHIBIT E | Excerpts from the deposition of Samuel Gardiner (Aug. 30, 2010) regarding MEK and Daioleslam |
| EXHIBIT F | Excerpts from the deposition of Babak Talebi, Vol. I (Nov. 12, 2010) regarding MEK and Daioleslam |
| EXHIBIT G | Articles regarding Vahid Alaghband:<br><br>1. "U.K. Firm Pleads Guilty to Illegally Exporting Boeing 747 Aircraft to Iran," posted on the Department of Justice website (Feb. 5, 2010)<br><br>2. "U.K. firm pleads guilty to selling U.S. 747 to Iran," by Laura Rozen, posted on the Politico website (Feb. 5, 2010) |

|  | 3.  "WikiLeaks cables: British firms made millions from trading with Iranians," by Gordon Rayner and Matthew Moore, posted on The Tlegraph website (Feb. 3, 2011) |
|---|---|
| EXHIBIT H | Letter from Anouk Lim, PARSA, to Trita Parsi, NIAC, regarding check for $50,000 (July 10, 2007) |
| EXHIBIT I | Letter from Noosheen Hashemi, PARSA, to Vahid Alaghband regarding $50,000 contribution (Nov. 30, 2007) |
| EXHIBIT J | Copy of NIAC check to Khodabandeh (Aug. 18, 2008) |
| EXHIBIT K | Email from Ali Golchin to Trita Parsi regarding Daioleslam and MEK (May 20, 2008) |
| EXHIBIT L | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 14, 2010) regarding correction to article regarding Bob Ney |
| EXHIBIT M | Excerpts from the deposition of Daioleslam Seid Hassan (Dec. 15, 2010) regarding Babbin and Timmerman |
| EXHIBIT N | Emails from Ali Mostashari sent to Jamie Glazov and Hassan Daioleslam (Aug. 6 2008 and Sept. 9, 2008) |
| EXHIBIT O | Email and attachment from Hassan Daioleslam to Ali Mostashari responding to Mostashari's comments (Aug. 12, 2008) |
| EXHIBIT P | Hassan Daioleslam's response to Ali Mostashari's letter posted on www.iranianlobby.com at the end of article, "Iranian Regime's Web of Influence" |
| EXHIBIT Q | 1.  Email from Hooman Bakhtiar (VOA) to Babek Talebi (NIAC) sent June 19, 2007 regarding an invitation to NIAC to attend the upcoming interview with Hassan Daioleslam<br><br>2.  Article "Iran's Oil Mafia: Penetrating the U.S. Political System," by Hassan Daioleslam posted on www.iranianlobby.com (June 25, 2008) – article includes NIAC's response and link to NIAC's website<br><br>3.  Article "Twenty Years of Pro-Tehran Lobby," by Hassan Daioleslam posted on www.iranianlobby.com (Jan 5, 2009) – footnotes include links to the NIAC website |
| EXHIBIT R | Excerpts from the deposition of Debashis Aikat (Jan. 5, 2011) regarding Plaintiffs' opportunities to respond to Defendant's articles |

| EXHIBIT S | Emails between Kenneth Timmerman and Hassan Daioleslam regarding suggestions about articles |