# EXHIBIT A

| | |
|---|---|
| **From:** | Jamie Glazov <jglazov@rogers.com> |
| **Sent:** | Thursday, May 8, 2008 1:01 AM (GMT) |
| **To:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Subject:** | Re: confidential question |

would there be a security concern to attend the conference?

----- Original Message -----
From: "Hassan Dai" <hassan.dai@yahoo.com>
To: "Jamie Glazov" <jglazov@rogers.com>
Sent: Wednesday, May 07, 2008 8:56 PM
Subject: Re: confidential question


> Sir,
> They are the political branch of Modjahedins.
> Personally, I do not share their views (politically
> and ideologically). Meanwhile, it has been a great
> mistake to discard them. They should be included in a
> general support of Iranian opposition as a whole (not
> seperately and unconditionally).
> Regarding their invitation, I do not know which
> decision is the best. It is a difficult choice that
> one day should be made.
> Thanks
> --- Jamie Glazov <jglazov@rogers.com> wrote:
>
>> Hi Hassan, These people might be interested in
>> inviting someone I know to
>> attend their conference in Paris at the end of June.
>> What is your own
>> personal view of this organization and conference?
>> http://www.ncr-iran.org/
>>
>>
>