# EXHIBIT B

Page 1

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------

TRITA PARSI and NATIONAL IRANIAN AMERICAN

COUNCIL,

                         Plaintiffs,

              vs.              No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

                         Defendant.
------------------------------------------------------------




            DEPOSITION OF DAIOLESLAM SEID HASSAN

                    Chicago, Illinois

                Tuesday, December 14, 2010
```

Reported by:

Mary M. Flagg, RPR

JOB NO. 4775

Page 2

1              December 14, 2010

2                 9:00 a.m.

3

4

5         Deposition of DAIOLESLAM SEID HASSAN,

6    held at the offices of Sidley Austin, LLP, One South

7    Dearborn Street, Chicago, Illinois, pursuant to Notice

8    and Agreement, before Mary M. Flagg, a Notary Public of

9    the State of Illinois.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   A P P E A R A N C E S:

 2   PISHEVAR & ASSOCIATES, P.C.
     Attorneys for Plaintiffs
 3      Jefferson Plaza, Suite 316
        600 East Jefferson Street
 4      Rockville, MD 20852
     BY: ADRIAN V. NELSON, II, ESQ.
 5       A.P. PISHEVAR, ESQ.
         E-mail: Anelson@pishevarlegal.com
 6
     SIDLEY AUSTIN LLP
 7   Attorneys for Defendant
        One South Dearborn Street
 8      Chicago, Illinois 60603
     BY: TIMOTHY E. KAPSHANDY, ESQ.
 9       ERIC GALVEZ, ESQ.
         tkapshandy@sidley.com
10       megalvez@sidley.com

11   ALSO PRESENT:  LARRY HITZ, LVS, Videographer
                    larry@toplegalvideoservices.com
12
                    DR. TRITA PARSI.
13

14

15

16

17

18

19

20

21

22

23

24
```

Page 13

1      Q     What is your understanding of the mission of
2   MEK?
3      A     MEK is a group that wants to overthrow the
4   Iranian regime.
5      Q     And how is she involved with MEK?
6      A     Who?
7      Q     How is she involved?
8      A     Which one?
9      Q     So is it your testimony that both Zahra --
10     A     Zahra I didn't know and I realize later I heard
11  about her later that she joined them, so I don't know
12  how, but I know about Fetemeh that she was involved with
13  them before I left Iran, but not that much.  I mean she
14  supported them, so when she came back and I met her in
15  Europe so she was totally involved with them.  She
16  supported them, she had joined them, and she worked with
17  them.
18     Q     You indicated that the mission of MEK is to
19  overthrow the Iranian regime?
20     A     Yes.
21     Q     Do you know by what means they are working to
22  overthrow the Iranian regime?
23     A     They tell that since 2000 or 2001 they have
24  renounced to any violence means, so they will use -- they

Page 14

1  will not use violent means to overthrow the Iranian
2  regime.  What they have told to the European authorities
3  and it was the basis for the European country that they
4  remove them from the terrorist list.
5      Q    So prior to 2001 did MEK use violent means to
6  try to overthrow the Iranian regime?
7      A    MEK prior to that had an army, they called it I
8  think liberation army, so they tried to overthrow the
9  Iranian regime by using that army.
10     Q    Would you consider MEK to be a militant
11 organization?
12     A    I don't understand what you mean by militant.
13     Q    Have you ever heard it referred to as a
14 militant organization?
15     A    Oh I don't know.  Military or militant?
16     Q    Militant.
17     A    You mean some group that use military means?
18     Q    That could be one definition.
19     A    I don't know.  If you explain me what it is I
20 can tell you.  I don't remember, recall militant group.
21     Q    Well you've already testified that at one point
22 prior to 2001 MEK did have a liberation army?
23     A    Of course, yes.
24     Q    And was that an army as we understand army that

1  used weapons?

2  A   Oh yes.

3  Q   Do you know whether or not prior to 2001 MEK
4  was involved in the killing of any members of the Iranian
5  regime?

6  A   Oh they were.  I think they have -- yeah they
7  have killed.  I believe so.  I don't know if they have --
8  I mean assumed the responsibility for that.  My
9  understanding is that they have done it or at least, you
10 know, what I believe.

11 Q   Do you know whether at any time MEK has been
12 designated as a terrorist organization by the United
13 States Department of State?

14 A   Yes, I do.

15 Q   And is that the case?  They are?

16 A   They -- yeah, they have been designated in I
17 think 1997 by Clinton administration.

18 Q   And it's your testimony they are no longer
19 designated as a terrorist group?

20 A   By European, no.  They were removed from the
21 European list.  I don't believe that yet United States
22 had decided yet.

23 Q   Is MEK an Islamic based organization?

24 A   They have -- their ideology is Islamic, yes

Page 16

1          (Whereupon, Trita Parsi entered
2           the room.)
3     Q    And with respect to the MEK have you ever given
4  any financial support to the work of MEK?
5     A    No.
6     Q    Have you ever been requested by either of your
7  sisters who have been members of the MEK to provide them
8  with any financial support in that regard?
9     A    I don't remember such demand.
10    Q    So is it that you don't recall or --
11    A    I don't recall.  I don't believe they would ask
12 me, considering that, you know, knowing me politically I
13 am known, so the answer would be no, I don't remember any
14 time they asked me for financial support.
15    Q    Have you ever provided your sisters any
16 financial support that you can recall?
17    A    No.
18    Q    You also testified that you have two brothers?
19    A    Yes.
20    Q    When was the last time you were physically
21 present where your brothers were physically present?
22    A    Oh the youngest one in Iran I haven't met her
23 for 28 or 29 years.
24    Q    You said "her".  I was asking --

1    A    Him. Him. Ali. I did not meet him since I
2  left Iran and Hussein I met him once in France early 80s.
3    Q    And in terms of your brothers do you know how
4  they're employed, if at all?
5    A    They were working with MEK. I mean my --
6  Hussein is working with MEK. I don't know if you
7  consider it as a kind of employment, but Ali in Iran is
8  working as a businessman. So that's all I know about
9  him --
10   Q    And at any time has Hussein ever asked for any
11 financial support from you?
12   A    No.
13   Q    Has he ever asked for any financial support in
14 support of the MEK?
15   A    No.
16   Q    Have you ever told either of your two sisters
17 or your brother who are involved with MEK that you don't
18 support the tactics of MEK?
19   A    We did not go to that discussion. We respect
20 each other's belief.
21   Q    Have you ever written any articles,
22 publications, journals that state that you do not believe
23 in the tactics of MEK?
24   A    I have written about it that I don't believe,

1  you know.  I don't share the political views.  I don't
2  believe in the means that they use that they used to
3  overthrow the Iranian regime and I have written about it.
4  I have talked about it.  Publicly.
5      Q   What political views of MEK do you not agree
6  with?
7      A   First of all, they are Islamic.  I am not.  I
8  don't -- I'm not a Muslim as they are because to be a
9  member of the MEK you should be hundred percent believe
10 in Islam.  You should pray five times a day.  That's
11 first of all.  Secondly, you should dedicate your life to
12 your political carrier, that I don't.
13     Q   To your political carrier?
14     A   To your political I mean activities,
15 involvement.  And the other thing is that I don't share
16 with them is that, you know, they have a core of
17 organizations that's based on kind of system that I don't
18 find it democratic.  Maybe that's the way they find it
19 necessary to fulfill their activities.  I don't share
20 that belief.
21     Q   Can you tell me the name of one article or
22 publication that you've authored where you publicly state
23 that do you not support MEK?
24     A   I don't remember that.

1    Q    You have no recall?

2    A    I don't remember that and it's not necessary
3    that if you don't share some political views with other
4    groups that you write about it.  We have so many
5    different groups in Iranian political spectrum that you
6    don't have to each time to write an article about each of
7    them.

8    Q    Now did you prepare yourself in any way for
9    today's deposition?

10   A    Prepare?  Oh, yeah I have been thinking about
11   it yes.  That's preparation, yes.

12   Q    Did you meet with your attorneys to prepare for
13   today's deposition?

14   A    I met them yesterday.

15   Q    And for how long did you meet with them?

16   A    Oh I mean few hours.  We didn't only talk about
17   this depo today about general questions about the lawsuit
18   where we are heading to.

19   Q    Did you review any documents in preparation for
20   today's deposition?

21   A    No.  No.

22   Q    Let me make sure that I'm clear.  Is your
23   testimony that you did not review any documents with your
24   lawyers on yesterday?

```
 1   STATE OF ILLINOIS    )
                          )
 2   COUNTY OF COOK       )

 3

 4              I, MARY M. FLAGG, a Registered Professional
     Reporter, within and for the State of Illinois, do hereby
 5   certify:

 6              That previous to the commencement of the
     examination of the witness, the witness was duly sworn to
 7   testify the whole truth concerning the matters herein;

 8              That the foregoing deposition was reported
     stenographically by me, was thereafter reduced to a
 9   printed transcript by me, and constitutes a true record
     of the testimony given and the proceedings had;
10
                That the said deposition was taken before me
11   at the time and place specified;

12              That the signature of the witness was
     reserved.
13
                That I am not a relative or employee for
14   attorney or counsel, nor a relative or employee of such
     attorney or counsel for any of the parties hereto, nor
15   interested directly or indirectly in the outcome of this
     action.
16
                IN WITNESS WHEREOF, I do hereunto set my
17   hand at Chicago, Illinois this __ day of          2010.

18

19

20              _____
                Registered Professional Reporter
21              License No. 084-001447

22

23

24
```