# EXHIBIT C

Page 1

1

2                 IN THE UNITED STATES DISTRICT COURT

3                   FOR THE DISTRICT OF COLUMBIA

4    ------------------------------------------------------

5    TRITA PARSI and NATIONAL IRANIAN AMERICAN

6    COUNCIL,

7                              Plaintiffs,

8                vs.                No. 08 CV 00705 (JDB)

9    DAIOLESLAM SEID HASSAN,

10                             Defendant.

11   ------------------------------------------------------

12

13

14            DEPOSITION OF DAIOLESLAM SEID HASSAN

15                     Chicago, Illinois

16               Wednesday, December 15, 2010

17

18

19

20

21

22   Reported by:

23   Mary M. Flagg, RPR

24   JOB NO. 4776

Page 2

1                    December 15, 2010

2                         9:00 a.m.

3

4

5             Deposition of DAIOLESLAM SEID HASSAN,

6    held at the offices of Sidley Austin, LLP, One South

7    Dearborn Street, Chicago, Illinois, pursuant to Notice

8    and Agreement, before Mary M. Flagg, a Notary Public of

9    the State of Illinois.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1    A P P E A R A N C E S:

 2    PISHEVAR & ASSOCIATES, P.C.
      Attorneys for Plaintiffs
 3        Jefferson Plaza, Suite 316
          600 East Jefferson Street
 4        Rockville, MD 20852
      BY: ADRIAN V. NELSON, II, ESQ.
 5        A.P. PISHEVAR, ESQ.
          E-mail: Anelson@pishevarlegal.com
 6

 7    SIDLEY AUSTIN LLP
      Attorneys for Defendant
 8        One South Dearborn Street
          Chicago, Illinois 60603
 9    BY: TIMOTHY E. KAPSHANDY, ESQ.
          ERIC GALVEZ, ESQ.
10        Email: Tkapshandy@sidley.com
                  megalvez@sidley.com
11
      ALSO PRESENT:   DR. TRITA PARSI.
12

13

14

15

16

17

18

19

20

21

22

23

24
```

Page 201

1   you don't know I tell you.

2           So all of this together, sir, even arrested,

3   you know, someone is arrested for rape in Iran should I

4   believe that he is a democrat?  No, of course not.  Every

5   one arrested in Iran has nothing to do to being a

6   dissident.

7       MR. NELSON:  Would you mark that as Exhibit 36,

8   please.

9                           (Whereupon, Plaintiff's Exhibit

10                          Number 36 was marked

11                          for identification.)

12      MR. NELSON:  Counsel, there are a couple documents

13  I only have two copies of right now.  And while we're on

14  the record I will stipulate that the portion that I'm

15  going to be focusing on is the darkened highlighted

16  section, which is not an original part of this particular

17  document, so it was not highlighted at the time that it

18  was turned over.

19      MR. KAPSHANDY:  So we have two e-mails here, one

20  from Hassan Dai to Glazov and then a response from Glazov

21  to Dai?

22      MR. NELSON:  Correct.

23      MR. KAPSHANDY:  Okay, thanks.  That's fine.

24      A    So yes, sir?

1    BY MR. NELSON:

2        Q    So I've handed you what's been marked as

3    Exhibit 36, and as your counsel indicated, it's an e-mail

4    exchange -- actually counsel, I think there are three

5    e-mails here.  If you want to look back at it.  There may

6    even be four now that I look at it more closely.  There

7    is a May 7, 2008, at 8:56.  Then there's a reply from

8    Glazov.  Then there's a response from Dai and then

9    there's a sur reply from Glazov.

10       MR. KAPSHANDY:  But they all run together.

11       MR. NELSON:  Correct, they are all related between

12   Glazov and Dai.

13       Q    What I'd like you to look at is your e-mail

14   which is toward the middle of the page, May 7, 2008, at

15   8:56 p.m.  Do you see that?

16       A    Yes, sir.

17       Q    And you write, "Sir, they are the political

18   branch of the Mojahedins.  Personally I do not share

19   their views, bracket (politically and ideologically).

20   Meanwhile, it has been a great mistake to discard them.

21   They should be included in a general support of Iranian

22   opposition as a whole paren (not separately and

23   unconditionally)" paren period.  Do you recall writing

24   that?

Page 203

1       A    Exactly, yes.

2       Q    What did you mean when you wrote "It has been a

3   great mistake to discard the Mojahedin?

4       A    Yes.  If you will read before that I think

5   that's the meaning.  First of all, I'm glad you bring

6   this e-mail because it was before the lawsuit.  It was a

7   private e-mail.  Even that private e-mail I expressed my

8   view that I don't support the MEK, I don't share their

9   political and ideological views.  So it's good that to

10  bring that at least to the intention of Mr. Parsi that

11  repeatedly had portrayed me as an MEK member.  Before the

12  lawsuit at least he can see that here I was opposing

13  them.

14          But going politically, I tell two things.  Two

15  things that they go together, first of all.  I told as

16  now a majority of the Congress members in United States

17  say that listing this group as a terrorist group and

18  discarding them, banning them was a political mistake

19  because this was demanded by the Iranian regime.  We have

20  many public documents that shows that this was a demand

21  expressed by the Iranian regime and under Clinton

22  administration this demand was fulfilled as a good will

23  gesture to the Iranian regime.

24          So I think that this action was not good, not

Page 204

1    only for Iran, not for the American interests, and it's

2    something shared by more than hundred Congress members in

3    United States, none of them are member or supporters of

4    MEK.  It is a political view.

5            But when I tell that I immediately add that

6    even if you discard them, never support the MEK

7    separately, you know, go to them and support them.  You

8    should include them and pose condition on them.

9            Two, for example, to have alliance with other

10   groups, to be more democratic and so so so.  That is my

11   understanding that no part of the Iranian opposition

12   should be discarded.  But if you want to support any part

13   of it never support them individually.  Take them as a

14   whole and always pose your conditions, ask them to be

15   more democratic.  Ask them to behave differently.  Ask

16   them to change their views on so many thing.

17           That is the way to improve the Iranian

18   opposition, and I hope that one day comes monarchists,

19   MEK, liberals, seculars, everyone can vote together and

20   understand democratic movement.

21       Q    Now you've already testified that you've never

22   been a member of the MEK, correct?

23       A    Of course, yes.

24       Q    Do you consider yourself to be a supporter of

Page 205

1    the MEK?

2         A    Not at all.

3         Q    Do you consider the MEK to be a terror group?

4         A    Terrorist group?

5         Q    Yes.

6         A    I think they have told as the European

7    countries at least they believe it, and they have

8    expressed it since 2000 or 2001 or 2, I don't know when,

9    they have renounced to use violence and no more they use

10   it.

11        Q    So you're saying that the MEK has taken the

12   position that they no longer use violence?

13        A    They have publicly expressed that and it was

14   the basis for all the European countries all together to

15   remove them from the terrorist list.

16        Q    Are they still listed as a terrorist

17   organization in the United States?

18        A    In the United States, yes.

19        Q    And you believe the expressed position of the

20   MEK that they no longer engage in terrorist activities?

21        A    I believe they have not done.  There is no

22   document showing that at least since 2003 a single

23   terrorist activity has been done by this group.

24        Q    If they are no longer a terrorist organization

Page 206

1   why are you not a supporter of the MKO?

2        A    Why should I support any group that is not a

3   terrorist group?  There are thousands of groups around

4   the world that are not terrorists.  I have told as I have

5   expressed in this e-mail I don't share the political and

6   ideological views regardless of they're terrorist or not.

7        Q    You testified that one of the reasons why you

8   would not be a member of the MEK is because you are not

9   Muslim and you don't practice the tenets of the Muslim

10  faith, correct?

11       A    I told that is a minimum.

12       Q    What are other reasons why that you would not

13  be a supporter of the MEK?

14       A    As I explained here, I don't share the

15  political and ideological views.

16       Q    What aspects of their political or ideological

17  views could you not support?

18       A    For example, their internal practice.  For me

19  we cannot in the 21st Century function like a group of

20  1970s with very closed decision-making, very centralized

21  decision-making.

22            For me it is not democratic, first of all.  And

23  second, the view they have that society they want to have

24  it -- the role of the -- I believe the role of the

Page 207

1    religion in the government I don't share that.  I believe

2    that the religion should be hundred percent separated

3    from the government.

4         Q    By your -- As I understood your testimony, you

5    felt that no group including the MEK should be left out

6    of the discussion, correct?

7         A    Oh of course not.  That is called democracy,

8    sir.

9         Q    And by your view that they should be allowed to

10   participate in the discussion do you believe that they

11   are therefore a legitimate group?

12        A    What do you mean by legitimate?

13        Q    One that has a proper mission and motive?

14        A    What is proper?

15        Q    Something that would not be illegal.

16        A    What is -- MEK is -- doesn't work here in

17   United States, sir.  It's working outside of United

18   States, so legal based on what?

19        Q    The MEK has never had any influence in the

20   United States?

21        A    Oh of course they have.

22        Q    So what you say they're not working in the

23   United States --

24        A    I mean when you are talking about legal.

1    Legitimate has nothing to do with legal.  Let me tell you

2    what is legitimacy.

3         Q    Sure.

4         A    Legitimacy if it's the government is by the

5    vote.  A government has legitimacy when the people vote

6    for it.  If the people they don't vote it doesn't have

7    legitimacy.  But if the people they vote for even if I

8    don't like it it is legitimate.  It is the government.

9              But when we go to the groups there is no way of

10   understanding who the people are going to vote for, so

11   their members vote for them.  The members.  They are

12   legitimate at least for their own members, for their own

13   views, but if you ask me that this group or another group

14   before going to power to be voted by the Iranian people

15   to see who is legitimate or not, that is another matter.

16             If they have the right to exist of course they

17   have the right to exist unless they are depriving other

18   groups to exist.  Democracy stops when activity -- The

19   freedom of activity of any group will start at a point

20   when the other groups cannot exist because of that group.

21        Q    Are you familiar with the group Hamas?

22        A    Hamas?

23        Q    Yes.

24        A    Yes.

Page 260

```
 1   STATE OF ILLINOIS  )
                        )
 2   COUNTY OF COOK     )

 3

 4              I, MARY M. FLAGG, a Registered Professional
     Reporter, within and for the State of Illinois, do hereby
 5   certify:

 6              That previous to the commencement of the
     examination of the witness, the witness was duly sworn to
 7   testify the whole truth concerning the matters herein;

 8              That the foregoing deposition was reported
     stenographically by me, was thereafter reduced to a
 9   printed transcript by me, and constitutes a true record
     of the testimony given and the proceedings had;
10
                That the said deposition was taken before me
11   at the time and place specified;

12              That the signature of the witness was
     reserved.
13
                That I am not a relative or employee for
14   attorney or counsel, nor a relative or employee of such
     attorney or counsel for any of the parties hereto, nor
15   interested directly or indirectly in the outcome of this
     action.
16
                IN WITNESS WHEREOF, I do hereunto set my
17   hand at Chicago, Illinois this __ day of          2010.

18

19

20              _____
                Registered Professional Reporter
21              License No. 084-001447

22

23

24
```