# EXHIBIT D

# D-1

- NIAC Summer 2012 Fellowship Application Now Open
- NIAC Calls For Texas Restaurant to Take Down Anti-Iranian Hate Poster
- Congress pushes Obama towards war with Iran
- CNN: Is Netanyahu bluffing once again?

**Top Posts (Month)**

- Nasim Pedrad as Ahmadinejad's Wife on SNL (fixed) 24 comment(s)
- The nuclear option: central bank sanctions 1 comment(s)
- Military and civilian leaders on dangers of war with Iran 3 comment(s)
- Mujahedin-e Khalq (MEK) Factsheet 2 comment(s)
- Reactions to the Alleged Iranian Assassination Plot 0 comment(s)

- 21 July 2011
- Posted By NIAC



- 0 Comments
- f [f Like]
- t [Tweet] 0
- 8
- [icons] 0
- Events in Iran, Human Rights in Iran, Iran Election 2009, Iranian American activism, MEK, Neo-Con Agenda, Uncategorized, US-Iran War
- ✏ Tags: Daniel Pipes, House Foreign affairs committee, John Bolton, MEK, Mujahedin-e Khalq, Shirin Ebadi

# Why Do We Need to Stand Up to the MEK?

21 July 2011 Posted By NIAC



The push to remove the MEK from the U.S. list of Foreign Terrorist Organizations is intensifying in Congress and in pro-war circles in Washington.

A vote is coming before the House Foreign Affairs Committee **this week** on whether to endorse removing the Iranian Mujahedin from the U.S. foreign terrorist organizations lists.  This would enable it to operate freely and even receive U.S. funding for renewed attacks in Iran.

And John Bolton and Daniel Pipes, who have openly called for the U.S. to bomb Iran, have recently ratcheted up their calls for the MEK to be taken off the terrorist list.

Case 1:08-cv-00705-JDB   Document 158-5   Filed 11/11/11   Page 4 of 21

Supporters of the Mujahedin don't care that the group has no support in Iran. They favor the Mujahedin because it uses violence and terror.

We are standing up to the Mujahedin for three reasons:

**1) Delisting the Mujahedin and unleashing its violence would be a major blow to the non-violent, pro-democracy movement.**

As Iranian-Americans, we more than anyone else should know from experience that violence can defeat a dictator, but it cannot give us democracy. We have to break the cycle of violence, not perpetuate it.

**2) Delisting the Mujahedin would unleash a major force for war.**

For years, the Mujahedin have lobbied for the US to attack Iran and to help install MEK leader Maryam Rajavi into power. We've seen how effective they have lobbied for war even while they are a designated terrorist organization. De-listing them will be a major boost to their lobbying campaign to start a US-Iran war.

**3) Delisting the Mujahedin threatens the free, peaceful voices of the Iranian-American community**

For years, the Mujahedin have smeared and defamed anyone and any group who differed with them, including Iranian-American organizations and even individuals like Nobel Laureate Shirin Ebadi.

As Iranian Americans, we have the ability and responsibility to help break the cycle of violence that has engulfed Iran. NIAC is the only organization standing up to prevent this from happening.

But we need your help.

Join us in taking a stance for non-violence, democracy and human rights.

<u>**Donate $100**</u> **today for our efforts to prevent war, protect the pro-democracy movement and break the cycle of violence.**

**Share this:** ✉ Email  🖶 Print  f Facebook  🐦 Tweet   0

Related posts:

1. Inside the MEK – Let's Talk Iran
2. MEK's attempts to hijack the Green Movement
3. MEKterror.com
4. Experts Warn Against MEK Terrorist Group's Lobbying Efforts
5. Tell Congress to Stand With the Iranian People!



**Posted By NIAC**

Next Post: **links for 2011-07-27** >>
<< Previous Post: **MEK's attempts to hijack the Green Movement**

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

**XHTML:** You can use these tags: `<a href="" title="">` `<abbr title="">` `<acronym title="">` `<b>` `<blockquote cite="">` `<cite>` `<code>` `<del datetime="">` `<em>` `<i>` `<q cite="">` `<strike>` `<strong>`

Comment

[ Submit Comment ]

Wordpress - Template: Hybrid - Design by: llowit

2011 NIAC inSight – Official Blog of the National Iranian American Council (NIAC) © National Iranian American Council (NIAC)

- Subscribe
- Follow on Twitter
- Add on Facebook

D-2

# Washington's Favorite Terrorists

*Thursday, June 30, 2011*
*By: Trita Parsi - Analysis*



In the 10 years that I have lived in Washington, I have never seen lobbyists for al-Qaeda parade through the halls of Congress. I have not seen any events on Capitol Hill organized by Hamas. And I have not seen any American politicians take campaign contributions from the Islamic Jihad.

But the Mujahedin-e Khalq (MEK), an organization with the blood of Americans and Iranians alike on its hands, freely does all of these things, despite being a designated foreign terrorist organization by the U.S. government.

And in a matter of weeks, this terrorist group may succeed in getting removed from the terrorist list -- not as a result of any change of heart -- but as a result of an unprecedented multi-million dollar media and lobbying blitz.

If al-Qaeda or any other terrorist organization were holding fundraisers in DC, lobbying Congress, or holding press conferences at the National Press Club, the FBI, Homeland Security, and local law enforcement would be all over it.

Not so with the MEK. There, law enforcement seems nowhere to be found. In fact, a prominent spokesperson for the MEK terrorist group was hired by Fox News in the mid-2000s to serve as their on-air terrorist analyst. Go figure.

Since early January 2011, the MEK has spent millions of dollars on lobbyists, PR agents and communications firms to build up pressure on Secretary Hillary Clinton to take the group off of the terrorist list. Their argument is that the MEK rejected violence and terrorism in 2001 and as a result should be de-listed.

But this is not true, according to the FBI. A recently disclosed FBI report from 2004 reveals that the group continued to plan terrorist acts at least three years after they claimed to renounce terrorism.

No one should be surprised -- not even DC's "unwitting members of Congress" -- as the FBI calls the group's supporters on Capitol Hill. The State Department has documented the MEK's disturbing record: killing Americans and Iranians in terrorist attacks; fighting for Saddam

Case 1:08-cv-00705-JDB   Document 158-5   Filed 11/11/11   Page 8 of 21

Hussein against Iran and assisting Saddam's brutal campaign against Iraq's Kurds and Shia; its "cult-like" behavior; the abuses and even torture it commits against its own members; and its support for the U.S. embassy takeover and calls for executing the hostages.

And let's not forget, the MEK suppresses and holds captive its own members - more than 70 percent of the MEK members in Camp Ashraf in Iraq are held there against their own wishes, according to a RAND Corporation study.

But even if the MEK could be believed, the reality is that they are currently on the terrorist list and, as a result, they must be subject to U.S. terrorism laws. Simply put, the laws must be enforced -- without exception.

The State Department's review of their terrorism status, which is due to be completed by August of this year, must be conducted without the essentially illegal pressure tactics the MEK currently is employing through lobbyists, lawmakers and hired former officials.

If the group is taken off the list, not as a result of an objective review, but by virtue of their lobbying prowess, several repercussions can be envisioned.

First, the desire to de-list them in Washington seems partially driven by gravitation towards covert military action against Iran. Neither sanctions nor diplomacy have yielded the desired results on the nuclear issue, and some in Washington are advocating using the MEK to conduct assassination and sabotage campaigns inside Iran.

As one former State Department official put it, the "paradox is that we may take them off the terror list in order for them to do more terror."

Much like Ahmad Chalabi of the Iraqi National Congress, the permanent leader of the MEK, Maryam Rajavi, seeks to return from decades of exile as the anointed President of Iran. And freed of the terrorist designation, there is little reason to believe the MEK won't turn its lobbying apparatus -- which puts Chalabi's to shame -- to obtain U.S. funding and to promote war with Iran. In fact, some members of Congress already refer to the MEK as the "real Green movement." Even more shocking is that top former U.S. officials have called on the U.S. to recognize Rajavi as the rightful President of Iran.

Second, de-listing the MEK would spell disaster for the Iranian pro-democracy movement. According to prominent Green movement figures Mohsen Kadivar and Ahmad Sadri:

> Removing the MEK from the FTO at this juncture would embolden Iran's hardliners to intensify their repression and discredit the Green Movement by implying that it is somehow connected to the widely detested MEK terror group. Furthermore, supporting the MEK would provide the Iranian government with the specter of a foreign-based threat that could be exploited to heal key fractures within the system, increase the number of Iranians who would rally around the flag, and facilitate the suppression of the indigenous political opposition.

If you recognize the necessity of a non-violent campaign against the Iranian regime, the last thing you want is to have the U.S. government support and fund one of the most violent and undemocratic Iranian organizations -- and, to make matters worse, to do so in the name of the Iranian Green movement.

Third, de-listing will put the rising Iranian-American community in a state of shock. In the last decade, an impressive civic awakening has occurred in this successful but previously politically silent community, with dozens of new groups being formed with the aim of contributing to the American democracy and providing the Iranian Americans in the U.S. with a voice. A U.S. funded and supported MEK will ensure a return to the pre-1997 era. Back then, in the eyes of most U.S.

lawmakers, the voice of Maryam Rajavi was the voice of the entire Iranian-American community.

Now, by buying off officials to pry open the floodgates of U.S. financial and political support, Rajavi and her small but vocal minority threaten to simultaneously drown out the voices of the rest of the Iranian-American community, co-opt the voice of Iran's true opposition, and carry the U.S. down the path of war yet again.

*This article originally appeared in The Huffington Post*

<u>D-3</u>

Case 1:08-cv-00705-JDB   Document 158-5   Filed 11/11/11   Page 11 of 21

# Joint Expert Statement on Mujahedin-e Khalq

*Thursday, August 11, 2011*
*By: NIAC News*

Washington, DC - Thirty-seven Iran experts, human rights defenders, and members of Iran's pro-democracy movement published a letter, featured today in the **_Financial Times,_** stating that the Mujahedin is not Iran's main opposition, that it threatens the democracy and human rights movement in Iran, and it should not be supported by the U.S or removed from the list of Foreign Terrorist Organizations.  The *Financial Times* article on the letter is available here.

### Joint Experts' Statement on the Mujahedin-e Khalq

**August 2, 2011**

We the undersigned would like to convey our concern regarding the potential delisting of the Mujahedin-e Khalq Organization (MEK) from the U.S. Foreign Terrorist Organization list, and its false claims to be "Iran's main opposition" with a base of popular support in Iran.

The MEK has no political base inside Iran and no genuinesupport among the Iranian population. The MEK, an organization based in Iraq that enjoyed the support of Saddam Hussein, lost any following it had in Iran when it fought on Iraq's behalf during the 1980-1988 war. Widespread Iranian distaste for the MEK has been cemented by its numerous terrorist attacks against innocent Iranian civilians. Since Saddam Hussein's ouster, the MEK's ability to maneuver in Washington and Iraq now depends almost entirely on the uneven enforcement of existing U.S. laws concerning Foreign Terrorist Organizations.

Prominent human rights organizations – including Human Rights Watch – have determined the MEK to be a cult-like organization with a structure and modus operandi that belies its claim to be a vehicle for democratic change. When Iran's post-election turbulence commenced in 2009, the MEK quickly sought to associate itself with the wave of popular opposition inside Iran. By attempting to claim credit for Iran's democracy movement, the MEK has aided the Iranian government's attempts to discredit the Green Movement and justify its crackdown on peaceful protesters by associating them with this widely detested group. When the MEK began its efforts to claim the mantle of being "Iran's main opposition," genuine Iranian opposition leaders such as Mehdi Karroubi and Zahra Rahnavard immediately pushed back. Karroubi pointedly said, "The Iranian Government is trying to connect those who truly love their country (the Green Movement) with the MEK to revive this hypocritical dead organization."

Removing the MEK from the Foreign Terrorist Organization list and misconstruing its lack of democratic bona fides and support inside Iran will have harmful consequences on the legitimate, indigenous Iranian opposition. We urge the U.S. government to avoid conflating a designated Foreign Terrorist Organization with Iran's Green Movement as the Iranian people continue their struggle for democracy and human rights.

1. **Prof. Ervand Abrahamian, Author of The Iranian Mojahedin**

2. **Prof. Ali Ansari, University of St Andrews**

3. **Reza Aslan, Author of No God but God**

4. **Prof. Shaul Bakhash, George Mason University, author of Reign of the Ayatollahs**

5. **Prof. Mehrzad Boroujerdi, Syracuse University**

6. Prof. Juan Cole, University of Michigan

7. James Dobbins, former Assistant Secretary of State

8. Prof. Farideh Farhi, University of Hawaii at Manoa

9. Dokhi Fassihian, Human Rights Defender

10. Hadi Ghaemi, Human Rights Defender

11. Fatemeh Haghighatjoo, former reformist member of Parliament

12. Kevan Harris, Johns Hopkins University

13. Prof. Nader Hashemi, University of Denver

14. Prof. Ramin Jahanbegloo, former political prisoner in Iran

15. Prof. Mohsen Kadivar, Duke University

16. Prof. Mehran Kamrava, Georgetown University

17. Prof. Stephen Kinzer, Author of All the Shah's Men

18. Amb. John Limbert, former Deputy Assistant Secretary of State and hostage in Iran

19. Prof. Scott Lucas, University of Birmingham

20. Firuzeh Mahmoudi, United4Iran

21. Reza Marashi, Former Iran Desk officer, US Department of State, NIAC Research Director

22. Azadeh Moaveni, Author of Lipstick Jihad

23. Prof. Rasool Nafisi, Strayer University

24. Sahar Namazikhah, Journalist

25. Dr. Trita Parsi, Author of Treacherous Alliance - The Secret Dealings of Israel, Iran and the US

26. Prof. Paul Pillar, Georgetown University

27. Prof. Nasrin Rahimieh, University of California, Irvine

28. Prof. R. K. Ramazani, University of Virginia

29. Jason Rezaian, Iran-based journalist

30. Prof. Ahmad Sadri, Lake Forest College

**31. Prof. Mahmoud Sadri, Texas Woman's University**

**32. Prof. Muhammad Sahimi, University of Southern California**

**33. Elaheh Sharifpour-Hicks, Human Rights Expert**

**34. Sasan Shoamanesh, managing editor of Global Brief, Canada's leading international affairs magazine**

**35. Prof. Gary Sick, Columbia University**

**36. John Tirman, Executive Director, MIT Center for International Studies**

**37. Wayne White, Middle East Institute, former Deputy Director of the State Department's Bureau of Intelligence**

*This letter was originally published on August 10, 2011 by the Financial Times*

<u>D-4</u>

# Mujahedin Machine vs. The Iranian-American Community

*Tuesday, August 16, 2011*
*By: Trita Parsi*

In the past few weeks, the Mujahedin-e Khalq (MEK) has been launching relentless attacks against the National Iranian American Council (NIAC). The immediate reason is the Iranian-American campaign spearheaded by NIAC to keep the MEK on the U.S.'s terrorist list. NIAC and others have launched this campaign because delisting the MEK would unleash a major force for a U.S.-Iran war, undermine the peaceful pro-democracy movement in Iran while empowering anti-democratic hardliners, and put the free voices of the Iranian-American community under threat.

The MEK's attacks are not new. The MEK and neo-conservative elements supporting them have for years been orchestrating attacks against prominent Iranian American individuals and institutions who do not subscribe to their views. The targets have included not just me and NIAC, but also individuals like Ramin Jahanbeglou, Vali Nasr, and Shirin Ebadi. Indeed, the U.S. Federal Bureau of Investigation (FBI) has detailed how the MEK accuses any and all of its detractors of being agents of the Islamic Republic.

NIAC poses a threat to the MEK in many ways - because we give the Iranian-American community a voice in Washington that opposes war, opposes indiscriminate sanctions and supports human rights and indigenous democratization in Iran.

The MEK has a radically different agenda, and like some of its neoconservative counterparts, wants to silence independent voices opposing their pro-war agenda.

The MEK and these neo-conservatives sought hard to hide the true source and reasons for the attacks against prominent Iranian Americans and NIAC. The MEK knows very well how despised they are in the Iranian-American community. More often than not, their attack dogs pretend to be Monarchists or of some other denomination. Few, if any, admit their ties to the MEK. And these neo-conservatives know that the attacks will appear more credible if they have an Iranian face.

But recently, the MEK's desperation has shone through. Now, they no longer pretend to be disconnected from their campaigns against other Iranian Americans. Their attacks are posted on their own websites, and the attackers openly declare their dedication and loyalty to the MEK.

In this new desperation, they have also revealed their larger agenda. In a recent article, the MEK juxtaposed NIAC's current campaign to educate the public about the ramifications of delisting the MEK from terror list against an analysis I wrote in 2007 describing the likely consequences of the Bush administration's plan to include the Iranian Revolutionary Guard Corp (IRGC) on that same list.

The purpose of this comparison is to support the baseless claims by the MEK and its network of supporters that NIAC supports the regime in Iran.

The comparison falls flat. The designation would have had no economic impact on the IRGC, which was already exhaustively sanctioned by the United States. Instead, the designation was intended to advance a cause for war before the Bush administration's term ended. Indeed, the entire issue seemed ripped straight out of the Iraq war playbook. This is why several leading U.S. policymakers opposed the measure, including the bipartisan leadership of the Senate Foreign Relations Committee (led by now Vice-President Joseph Biden and Republican Senator Richard Lugar).

Senator Joe Lieberman, one of the strongest advocates for an Iran war in the Senate, later introduced the idea in legislative form and added language that explicitly gave a green light to conducting military action against Iran. The Kyl-Lieberman amendment stated the following:

(4) to support the prudent and calibrated use of all instruments of United States national power in Iraq, including diplomatic, economic, intelligence, and military instruments, in support of the policy described in paragraph (3) with respect to the Government of the Islamic Republic of Iran and its proxies.

The call for the "use of all instruments" including military instruments is what constituted a green light for war. In reality, the amendment had less to do with listing the IRGC as a terrorist organization than supporting military action against Iran before Bush's term came to an end.

The amendment caused a storm in the Senate - and even the Democratic primary debates - because it was rightly seen as an effort to start a war with Iran. Opposition from anti-war groups and Lieberman's colleagues in the <u>eventually saw the above paragraph deleted</u> from the amendment.

To suggest that my analysis, or Senator Biden and others' opposition to this move, was favorable to the IRGC is preposterous. Indeed, NIAC has been a key supporter of precision sanctions targeting the IRGC and leaders of the Islamic Republic. These targeted sanctions hit the elements in the Islamic Republic responsible for crafting policy and for the human rights abuses, while sparing innocent civilians and allowing the nascent opposition movement room to grow and build their power.

And herein lies the difference between NIAC's approach and the tactics of the MEK and these neo-conservatives. Though they pretend to target the IRGC, their policies in reality pave the way for a war that would see hundreds of thousands dead. NIAC and the Iranian-American community as a whole, on the other hand, puts the well being of the peoples of the America and Iran at the center. We have consistently opposed war, and instead pursued policies that would target the IRGC and the leaders of the Islamic Republic without hurting the Iranian people or risking a war that would be disastrous for both countries.

The questions people should ask themselves is why the MEK and these neo-conservatives consistently support policies that on the surface appear to target the clerical regime, but in reality drive the US and Iran towards a military confrontation.

Our ability to give the Iranian-American community an opportunity to be heard in Washington DC is a threat both to the agenda of the MEK and that of these neo-conservatives. Therefore, the attacks against independent voices in the Iranian-American community and NIAC will continue. But as the community comes to understand the agenda of the MEK, it will no longer buy their conspiracy theories.

<u>D-5</u>

# NIAC
National Iranian American Council | Community. Democracy. Universal Rights.

العربية | Sign In          Search          Go »

About Us | News | Take Action | Policy Positions | Resources | Blog | Media Center | For Members | NIACampus

 SHARE    Print

## Tell the U.S. Government to Say NO to Mujahedin

**Sometime in August, Secretary Clinton will decide whether to keep the Mujahedin-e Khalq on the US's terrorist list. This is a decision that will have significant implications for the Iranian-American community, the United States and the people of Iran.**

Members of NIAC have urged us to speak out, because delisting the Mujahedin would undermine the peaceful Iranian pro-democracy movement and strengthen the regime in Tehran. It would threaten the free voices of the Iranian-American community in the US. And it would allow the Mujahedin to receive US funding and become a powerful force in support of war with Iran, just like the Iraqi exiles who deceived us into war with Iraq did.

Supporting terrorists and replacing one undemocratic regime that abuses its own people with an undemocratic cult that tortures its own members is a recipe for disaster.

Former senior U.S. officials have called Mujahedin "Iran's hope." They have said Mujahedin leader Maryam Rajavi "should be recognized as the President of Iran." Some have already acknowledged received cash to support the organization.

In Congress, massive lobbying efforts have convinced many that Mujahedin is the "main opposition in Iran" and that the Mujahedin speaks for the Iranian people and the Iranian-American community.

It's time to set the record straight.

**Tell Congress, the State Department, and the Justice Department: the Mujahedin does NOT speak for the Iranian-American community and does NOT represent Iran's peaceful democratic movement.**

*NIAC will protect your privacy and keep you informed about this and similar campaigns. NIAC will not sell or share your information with any other organization or company.*



Watch the video about the MEK and its campaign


post to
facebook

#### Recipients

- President Barack Obama
- Your Senators
- Your Representative
- Secretary Janet A. Napolitano
- Attorney General Eric H. Holder Jr.
- Secretary Hillary Rodham Clinton

Send Message

#### Contact

*Required fields

*Title:

*First Name:

*Last Name:

#### Message

*Subject:

Foreign Terrorist Organization, MEK, Operating in US

Dear [Decision Maker],

*Please personalize your message

*Your Email:

_____

*Address 1:

_____

Address 2:

_____

*City:

_____

*State / Province:
Choose a State

*ZIP / Postal Code:

_____

Country:
Choose a Country

Phone Number:

_____

☑ Remember me. What's this?

Send Message

I am deeply concerned by the unprecedented and possibly illegal campaign of political pressure and intimidation being carried out by a designated Foreign Terrorist Organization (FTO), the Mujahedin-e Khalq (MEK), because our terrorist laws do not seem to be implemented and because this organization is a threat to the peaceful pro-democracy movement in Iran.

The MEK is a violent extremist cult--as documented by the State Department, FBI, Human Rights Watch, RAND Corporation, and others.  MEK has murdered American and Iranian civilians. called for the execution of U.S. hostages in Iran in 1980, and fought under Saddam Hussein until he was deposed in 2003.  The MEK even celebrated the September 11th attacks, with their leader Masoud Rajavi telling his followers on September 12, 2001, "if (Al Qaeda) could do such a sophisticated military operation we must be able to do so in a much better manner...wait and see the fruits of our revolutionary Islam!"

Yet despite its extremist ideology, its history of violent anti-Americanism, and its terrorist designation, the MEK has been given a free hand to organize conferences in Washington, lobby U.S. officials, and pay former U.S. officials to advocate on behalf of removing the MEK from the FTO list.

The State Department is currently reviewing the FTO status of the MEK and its decision is expected imminently.  The MEK and its affiliates and supporters are working feverishly to exercise maximum political pressure and intimidation to influence this decision.  The

Sincerely,
[Your Name]
[Your Address]
[City, State ZIP]

© 2009-2011 National Iranian American Council (NIAC)   |   Home   |   Contact Us

POWERED BY
convio®

<u>D-6</u>

# Delisting MEK would be a disaster for U.S. national security and the Iranian pro-democracy movement

*Friday, August 26, 2011*
*By: NIAC Press Release*

**For Immediate Release**
*Friday, August 26, 2011*

**Contact:**
202-386-6325
jabdi@niacouncil.org

Washington, DC – The Mujahadeen-e Khalq (MEK), a cult-like Iranian terrorist organization with a history of violence and no support among the Iranian people, has been paying U.S. politicians to help them get off the State Department's terrorist list. They are rallying in front of the State Department today to take the group of the terror list. Today, NIAC President Trita Parsi released the following statement in regards to the MEK campaign:

"If the MEK campaign is successful, it means that America's national security is officially on sale to the highest bidder, and terror groups are free to set U.S. policies if the price is right.

Delisting the MEK has little to do with humanitarian concern or support for a democratic Iran, and everything to do with putting the military option at the center of our Iran policy. The group's biggest supporters in Washington have suggested using the MEK in a 'tit for tat' campaign of attacks against Iran that could quickly escalate into war.

Despite the MEK's claims, delisting the group would be disastrous for Iran's nonviolent democratic opposition—the Green Movement, which has warned that delisting the MEK would be a gift to hardliners in Tehran. The MEK is pressuring the U.S. to turn its back on the millions of Iranians who have embraced nonviolence in the struggle for democracy to instead support an undemocratic terrorist organization.

The MEK operates as a cult that abuses its own members, and delisting it would only worsen humanitarian concerns in Camp Ashraf by empowering the group's leadership. MEK leaders have exploited the suffering of the people in Ashraf and obstructed serious humanitarian proposals in order to advance their agenda of gaining U.S. support.

If the MEK leadership truly cares about the people in Camp Ashraf, they would not threaten to order them to commit mass-suicide to U.S. diplomats if the MEK isn't delisted.

This group's history of fraudulent claims casts serious doubt that we can simply take them at their word that they are no longer engaged in terrorism. They claim to have changed their ways, but the MEK refuses to acknowledge that their attacks that killed Iranian and American civilians are terrorism. This begs the question: how does the MEK expect us to believe it has changed its ways if the organization doesn't even acknowledge it was a terrorist group in the first place?"

### ###