# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
------------------------  :
TRITA PARSI and NATIONAL  :
IRANIAN AMERICAN          :
COUNCIL,                  :
                          :
          Plaintiffs,     :  CASE No.  08 CV 00705  (JDB)
                          :
vs.                       :
                          :
DAIOLESLAM SEID HASSAN,   :
                          :
          Defendant.      :
------------------------  :
```

            VIDEOTAPED
            DEPOSITION OF:   BABAK TALEBI
                            Volume I
                            Pages 1-190

        TAKEN AT:        Tampa Airport Marriott

                        Tampa International Airport

                        Tampa, Florida


        DATE & TIME:     Friday, November 12, 2010

                        8:37 a.m.


        REPORTED BY:    Linda LauBach, RPR, CLR

                        Notary Public

                        State of Florida

```
 1    APPEARANCES:

 2         Counsel for Plaintiffs & Witness:

 3              A. P. PISHEVAR, ESQUIRE
                Pishevar & Associates, P.C.
 4              Jefferson Plaza, Suite 316
                600 East Jefferson Street
 5              Rockville, Maryland 20852
                (301) 279-8773
 6

 7         Counsel for Defendant:

 8              TIMOTHY E. KAPSHANDY, ESQUIRE
                Sidley Austin, LLP
 9              One South Dearborn
                Chicago, Illinois 60603
10              (312) 853-7643

11

12

13    ALSO PRESENT:   Jeff Tisak, Sidley Austin
                      Rick Spector, Videographer
14

15

16

17

18         Pursuant to notice, the deposition of

19    BABAK TALEBI was taken on behalf of the Defendant

20    for discovery purposes, for use as evidence at

21    trial, or both or for such other purposes as are

22    permitted under the applicable and governing

23    rules.

24

25
```

1  Daioleslam; correct?

2      A.  Partially.  There's a lot of other stuff

3  in here too.

4      Q.  And it talks about Kenneth Timmerman.

5      A.  Uh-huh.

6      Q.  The question I have is on the second

7  page, you make a statement, Hassan D., he admits

8  that he was a former MEK member.  Do you see that

9  phrase?

10     A.  Uh-huh.

11     Q.  And you wrote that in this e-mail.

12     A.  It seems so.

13     Q.  My question is, what is the basis for

14  that statement?

15     A.  I may have made a mistake there.  I

16  don't know.  I don't remember what the basis in

17  that exact moment was; but it was, I guess, my

18  assumption that he had.  I know that both his

19  brother and his sister were in the central

20  committee MEK based on the reports that came out

21  from defectors of MEK.

22         And I know that since he started

23  attacking us, he's stayed away.  But a lot of

24  these folks who are former members of MEK have

25  come out and said that, no, he was an active

Page 301

1    member of the MEK and he was in Arizona

2    intentionally --

3        Q.   My question is, what is the basis for

4    your statement that -- I don't care about his

5    brother or sister --

6        A.   Sure, sure, sure.

7        Q.   -- that he admits he was a former MEK

8    member.  Do you have a single document or

9    anything you can point us to substantiate that

10   statement?

11       A.   No.  I think this was a personal e-mail.

12   I may have made a mistake in that particular

13   thing, but I don't have a particular piece of

14   evidence that says he admits to it.

15       Q.   Because as we --

16       A.   But I think at the time, I was under the

17   impression that he had.  That's possible.  When

18   was this done?

19       Q.   January 2008.

20       A.   January 2008, yeah.

21       Q.   Because in the e-mail from Trita, which

22   we've marked as Exhibit 56 --

23       A.   Yeah.

24       Q.   -- Trita makes clear, we are not saying

25   he is MKO.  We are saying that former members say

Page 302

1    that he is MKO.   That is a huge difference.

2          A.   Yeah.

3          Q.   Do you recall that?

4          A.   Yeah, yeah.   I made a mistake here

5    probably.

6          Q.   Okay.   That's fair.

7          A.   Actually, let's look at these here.

8    Trita's e-mail was -- what is this?   May 2008.

9    Mine was January 2008.   So, like I said, it may

10   have been incomplete information.   And I think

11   Trita's e-mail later on corrected my

12   misconception on that probably.   So...

13         Q.   Let me mark --

14         A.   So who is BG?   You guys must know who he

15   is.   How else did you get the personal e-mail

16   between two people?   You're asking me who BG is,

17   so it's obvious you got it from him.

18         Q.   Let me hand you what we'll mark as your

19   Deposition Exhibit 59.   Again, not produced by

20   NIAC; but for the record, what appeared to be to

21   someone named Ida Mansourian and Ali Gale Scotten

22   from Babak Talebi.   Who -- who are those two

23   people?

24         A.   Ali Scotten is a gentleman who he

25   interned with NIAC for a short period, and he was

Page 307

1                    CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA      :
3                         :
    COUNTY OF PINELLAS    :
4

5

           I, LINDA A. LAUBACH, Registered
6    Professional Reporter, Certified Realtime
     Reporter, Notary Public in and for the State of
7    Florida, do hereby certify that I was authorized
     to and did stenographically report the foregoing
8    deposition; that a review of the transcript was
     requested; and that the foregoing pages constitute
9    a true and complete computer-aided transcription
     of my original stenographic notes to the best of
10   my knowledge, skill and ability.

11           I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of any of
12   the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
13   with the action, nor am I financially interested
     in the action.
14
             IN WITNESS WHEREOF, I have hereunto set
15   my hand at St. Pete Beach, Pinellas County,
     Florida this 23rd day of November, 2010.
16

17

18                       LINDA LAUBACH, RPR, CLR
                         Notary Public
19                       State of Florida
                         My Commission Expires 9/4/2013
20                       Commission No. DD 922105

21

22

23

24

25