# EXHIBIT G

G-1

# Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE

Friday, February 5, 2010

## U.K. Firm Pleads Guilty to Illegally Exporting Boeing 747 Aircraft to Iran

*Firm Agrees to Pay $15 Million in Fines*

Balli Aviation Ltd., a subsidiary of the United Kingdom-based Balli Group PLC, pleaded guilty today in the U.S. District Court for the District of Columbia to a two-count criminal information in connection with its illegal export of commercial Boeing 747 aircraft from the United States to Iran, announced David Kris, Assistant Attorney General for National Security; Channing D. Phillips, U.S. Attorney for the District of Columbia; Thomas Madigan, Acting Deputy Assistant Secretary of Commerce for Export Enforcement; and Adam J. Szubin, Director of the Department of Treasury's Office of Foreign Assets Control.

Under the plea agreement, Balli Aviation Ltd. agreed to pay a $2 million criminal fine and be placed on corporate probation for five years. The $2 million fine, combined with a related $15 million civil settlement among Balli Group PLC, Balli Aviation Ltd., the U.S. Department of Commerce's Bureau of Industry and Security (BIS), and the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC), that was also announced today, represents one of the largest fines for an export violation in BIS history. Under the terms of the related civil settlement, Balli Group PLC and Balli Aviation Ltd. have agreed to pay a civil penalty of $15 million of which $2 million will be suspended if there are no further export control violations. In addition, Balli Aviation Ltd. and Balli Group PLC are denied export privileges for five years, although this penalty will be suspended provided that neither Balli Aviation nor Balli Group commits any export violations and pays the civil penalty. Under the terms of the settlement, Balli Group PLC and Balli Aviation, Ltd. will also have to submit the results of an independent audit of its export compliance program to BIS and OFAC for each of the next five years.

According to count one of the information filed with the court, beginning in at least October 2007, through July 2008, Balli Aviation Ltd. conspired to export three Boeing 747 aircraft from the United States to Iran without first having obtained the required export license from BIS or authorization from OFAC, in violation of the Export Administration Regulations (EAR) and the Iranian Transactions Regulations. More particularly, the information states that Balli Aviation Ltd., through its subsidiaries, the Blue Sky Companies, purchased U.S.-origin aircraft with financing obtained from an Iranian airline and caused these aircraft to be exported to Iran without obtaining the required U.S. government licenses. Further, Balli Aviation Ltd. entered into lease arrangements that permitted the Iranian airline to use the U.S.-origin aircraft for flights in and out of Iran.

Count two of the information states that Balli Aviation Ltd. violated a Temporary Denial Order (TDO) issued by BIS on March 17, 2008, that prohibited the company from conducting any transaction involving any item subject to the EAR. Starting in or about March 2008 and continuing through about August 2008, Balli Aviation Ltd. willfully violated the TDO by carrying on negotiations with others concerning buying, receiving, using, selling and delivering U.S.-origin aircraft which went to the Export Administration Regulations.

"As this case demonstrates, corporations that conduct business with Iran in violation of U.S. export laws and sanctions face serious consequences," said David Kris, Assistant Attorney General for National Security. "The many agents, analysts and attorneys who worked on this successful investigation and prosecution deserve special thanks for their efforts."

"These charges reflect the commitment of the United States to vigorously enforce our laws against corporations that illegally seek to acquire U.S. aircraft from the U.S. on behalf of Iranian customers," said Channing Phillips, Acting U.S. Attorney for the District of Columbia. "Those who seek to profit by violating and circumventing U.S. trade laws should take heed of today's guilty plea by Balli Aviation."

"The significant fine is a direct consequence of the level of deception used to mislead investigators," said Thomas Madigan, Acting Deputy Assistant Secretary of Commerce for Export Enforcement. "The case agents worked through a complex corporate maze to obtain the facts and bring the violators to justice."

"Today's case should serve as further warning of Iran's continued efforts to circumvent sanctions and obtain U.S. technology. Together with our colleagues from the Justice and Commerce departments, OFAC will continue to aggressively pursue both domestic and foreign entities that seek to violate U.S. sanctions programs by exporting goods to Iran from the United States." said Adam J. Szubin, Director, Office of Foreign Assets Control.



<u>G-2</u>

POLITICO | Laura Rozen | UK firm pleads guilty to selling U.S. 747 to Iran

February 05, 2010
Categories: Iran, Sanctions, UK

# UK firm pleads guilty to selling U.S. 747 to Iran

A UK firm has pled guilty to illegally exporting a Boeing 747 aircraft to Iran, the Justice Department announced today.

Balli Aviation Ltd., a subsidiary of the UK-based Balli Group PLC, pleaded guilty today in D.C. district court to a two-count criminal indictment that it illegally exported a commercial Boeing 747 plane from the U.S. to Iran, the Justice Department said.

Under the plea agreement, Balli Aviation Ltd. agreed to pay a $2 million criminal fine, a $15 million civil settlement, and to be placed on corporate probation for five years.

According to information filed with the court, Balli Aviation Ltd. from 2005 to 2008 conspired to export three Boeing 747 aircraft from the United States to Iran. Using its subsidiaries, the Blue Sky Companies, Balli Aviation purchased U.S.-origin aircraft with financing obtained from an Iranian airline and caused these aircraft to be exported to Iran, via what appears to be a cut-out entity, Blue Airways, registered in Armenia. Balli then entered into lease arrangements that permitted the Iranian airline, Mahan Airways, to use the Boeing 747s to fly in and out of Iran, department documents said.

Interestingly, the Iranian company, Mahan Airways, is alleged in some reports to be owned by the Rafsanjani family. In 2008, the company boasted of boosting its fleet by four aircraft. (Apparently, including the one 747 the Balli Group has pled guilty to selling it, and two others it arranged to lease.)

Count two of the information states that Balli Aviation Ltd. violated a March 2008

Commerce Department denial order specifically prohibiting it from conducting such transactions, "by carrying on negotiations with others concerning buying, receiving, using, selling and delivering U.S.-origin aircraft."

"As this case demonstrates, corporations that conduct business with Iran in violation of U.S. export laws and sanctions face serious consequences," said David Kris, Assistant Attorney General said.

And as my colleague Josh Gerstein notes, "not so easy to sneak 747s around!"

Who would even attempt such a thing?

The founder and director of the Balli group of companies is Vahid Alaghband, 58, an Iranian-born, London-based steel and commodities trader who was educated at a Boston prep school and Cornell. Two years ago, the Times of London rated Alaghband and family the 597th wealthiest in the UK.

But things went badly for Alaghband after his Balli Holding Company went in with a German bank to acquire German steel distributor, Kloeckner & Co. In 2003, while en route to the Davos World Economic Forum, Alaghband was arrested in Zurich on a German arrest warrant, and ultimately spent 11 months in jail though he was never charged. The warrant followed a criminal complaint from the German bank, WestLB, with which Balli had partnered that Alaghband had removed 120 million Euros from Kloeckner, Bloomberg reported. Never charged, Alaghband countersued the German bank, WestLB, which agreed to settle last year, paying an undisclosed fee and issuing a public apology.

A fascinating CEO-faces-adversity type portrait of Alaghband from this 2005 Bloomberg report:

> ... For three generations, the Tehran-based Alaghband family traded fabrics, chemicals and metals between Iran and Europe, mainly in Germany and the Netherlands.
>
> In the 1960s and 1970s, Vahid's father, Hussein Alaghband, won the nickname ``king of cotton'' because he controlled 40 percent of Iran's market. Alaghband says his father expanded Iran's cotton industry to $400 million in sales in 1978 from $15 million in 1950.
>
> When Vahid was 17, his parents enrolled him at Boston's Chauncy Hall boarding school, now Chapel Hill-Chauncy Hall. He went on to Cornell University in Ithaca, New York, graduating with a bachelor of science degree in engineering in 1974 and earning a master's degree in process engineering in 1975. ....
>
> The Alaghbands branched into petrochemicals with Dow Chemical Co., based in Midland, Michigan, and into food processing with Izegem, Belgium-based Vandemoortele NV.

> In 1979, the Islamic Revolution toppled the shah and shut down the Alaghband companies. ``We lost everything -- our businesses, our property, even our clothes,'' Alaghband says. ....
>
> Alaghband arrived in London in 1980 and moved in with his in-laws. He set up Balli Group with $200,000 borrowed from relatives, hiring a part-time secretary and trading chemicals and steel from a two-room office in West London. By 1981, Balli had sales of $6 million. Five years later, they soared sixfold to $36 million. In 1990, Balli broke through $300 million and traded 1 million tons of steel, Alaghband says.
>
> Alaghband expanded into processing ore and smelting aluminum. Among his purchases was 67 percent of Tulcea, Romania-based aluminum ore processor Alum SA for an undisclosed price. ...

Vahid Alaghband's company bio says he is an international council member of the Asia Society, as well as a member of the Clinton Global Initiative. He also chairs an Iranian/Persian heritage arts and culture charity in London.

Another Balli group director, Vahid's brother, Hassan Alaghband, previously worked at the U.S. law firm Gibson, Dunn & Crutcher, earned his undergraduate and MBA from Boston University and a JD from American University, and is a member of the D.C. and California bars, according to his company bio.

The Balli Group's real estate arm seems to have recently gone big into the UAE.

Posted by Laura Rozen 02:18 PM

Name:

Comments:

POST COMMENT

G-3

# The Telegraph

## WikiLeaks cables: British firms made millions from trading with Iranians

British companies made millions of pounds selling or leasing items to Iranian companies that were the subject of international trade sanctions, US Embassy documents show.


Mahmoud Ahmadinejad, Iran's president   Photo: AP


By Gordon Rayner, and Matthew Moore

6:30AM GMT 03 Feb 2011

17 Comments

America put enormous pressure on the British government to block deals for aircraft and ships that it feared would be used to transport nuclear materials.

One of the companies causing most concern was the London-based Balli Group, of which Lord Lamont, the former chancellor, is a non-executive director.

**WikiLeaks in full: search the US embassy cables**

In February 2008, the US State Department contacted its London Embassy requesting "immediate action" over three Jumbo Jets it believed were bound for Iranian-owned Mahan Air, which is banned from operating

Case 1:03-cv-09848-JGB  Document 158-8  Filed 11/11/11  Page 11 of 13

within the EC.

The Boeing 747-400 aircraft, owned by a US subsidiary of the Balli Group, were undergoing maintenance in South Korea, but the US had "strong reason to believe" they were bound for Mahan Air.

WikiLeaks: Treasury 'slow to act in blocking terrorist finance'

Iran's missile launchers towed by Peugeots

Prince Philip's unlikely Israeli plot

Vanished FBI officer 'held by Iranian Revolutionary Guards'

Sale of uranium mine blocked over Iran fears

William, Harry and the Abramovich of Azerbaijan

The aircraft were registered to a Balli subsidiary, Blue Airways of Armenia, which "leases all of its aircraft to Mahan Air. Mahan Air is associated with the Iranian Islamic Revolutionary Guard Corps", the cable stated. It added that "three other airplanes... that were acquired over a year ago by Balli Group have gone into service with Mahan Air".

The US feared the Revolutionary Guard's "ability to misuse civilian aircraft for nefarious activities" adding that "Iran's control of additional aircraft could enhance its military capabilities or facilitate its support for international terrorism".

The Balli Group, primarily a commodities trader based in Mayfair, was founded by Iran-born Vahid Alaghband, 58. He was educated in Switzerland and the US and has advised the British Museum on Persian art exhibitions. His brothers, Hassan and Nasser, are on his company's board.

In April 2008 the Treasury told US diplomats that it could not intervene because Balli had not broken any British laws, but the US was able to recall the aircraft to America because they had been built there. In February 2010, Balli Aviation, an American subsidiary of Balli Group, agreed to pay $2 million (£1.25 million) in criminal fines and $13 million (£8 million) in civil fines after pleading guilty in a US court to illegally exporting aircraft to Iran. The settlement was one of the largest fines imposed by the US Department of Commerce's Bureau of Industry and Security.

The US also instigated an investigation of British shipping firms after telling the government in 2009 that Islamic Republic of Iran Shipping Lines (IRISL) was creating "phantom companies" abroad.

Washington advised Britain that ships owned by two British companies should be "subject to the same level of scrutiny as those of IRISL".

The Iranian group, described as "Iran's shipping line of choice for transporting proliferation-related items", was said to be renaming and repainting its ships, sometimes twice a year, to make them more difficult to trace. In January 2009 IRISL allegedly transferred "four or five ships" into the personal ownership of one of the British firms, which is connected to the second.

The companies in question were named in the cables, but they flatly denied the allegations when contacted by The Daily Telegraph.

By October 2009, IRISL had been blacklisted by the Government, which prevented it from obtaining insurance from British Protection and Indemnity (P&I) clubs.

IRISL briefly managed to obtain insurance from SEPIA, the South of England Protection and Indemnity Association, which is registered in Bermuda, until Bermuda also imposed restrictions.

Companies were secretly strong-armed into cutting ties with Iran even if they had not breached sanctions, the documents show.

In December 2008, a Foreign Office civil servant told US diplomats that the government was "jawboning" companies by expressing "severe displeasure" with any investment "inconsistent with UK foreign policy interests".

The first to be approached was the petrochemicals company UOP, which was lawfully selling security equipment to Tehran and upgrading an oil refinery.

**Following publication of this report, Balli Group has asked us to include the following:**

'Your article is factually incorrect, in that Blue Airways of Armenia, the lessee of the aircraft to which refer, is completely unrelated to Balli Group plc. Blue Airways was in control of the routes and operations of the aircraft.

'There are no international, EU or British restrictions on civil aviation services to Iran. The US operates a unilateral set of sanctions against Iran and US airlines do not service Iranian territory. Many EU and Asian airlines do.

'The aircraft owned by associates of Balli Group plc and operated by Blue Airways have never been used for any purpose other than routine civilian passenger services.

'The US claim extra-territorial jurisdiction over the operations of all civil aircraft with more that 10pct US content and require that operators of such aircraft (including Airbus aircraft) receive a licence from them for servicing certain territories including Iran.

'Balli Group has entered into a settlement agreement with the US in order to draw a line under the US interest in this case. The company, on whose board Lord Lamont sits, has not admitted any wrong doing under the settlement agreement.

'Balli Group has always operated within the laws and regulations applicable to it as a UK-registered company, and continues to do so.'

© Copyright of Telegraph Media Group Limited 2011