# EXHIBIT H

July 10, 2007

Dr. Trita Parsi
President
National Iranian American Council
c/o OIA
2901 M Street, NW
Washington, D.C. 20007

Dear Dr. Parsi:

Enclosed please find a check in the amount of $50,000 from PARSA Community Foundation.

Please kindly confirm receipt of check via email to anouk@parsacf.org.

Sincerely yours,


Anouk Lim
Acting Executive Director