# EXHIBIT I

FOUNDERS AND BOARD OF DIRECTORS

**Anousheh Ansari**, Treasurer
Co-Founder and Chairman, Prodea Systems, Inc.

**Noosheen Hashemi**, Chairman
Co-founder and President, The H.A.N.D. Foundation

**Salar Kamangar**, Secretary
VP, Product Management, Google Inc.

**Omid Kordestani**
Senior VP, Global Sales and Business Development, Google, Inc.

**Hamid Moghadam**
Chairman and CEO, AMB Property Corporation

**Dr. Camran Nezhat**
M.D., F.A.C.O.G., F.A.C.S.,
Stanford University Medical Center

BOARD OF ADVISORS

**Laura Arrillaga**, Founder and Chairman, Silicon Valley Social Venture Fund

**William Drayton**, Chairman and CEO, Ashoka: Innovators for the Public

**Vartan Gregorian**, President, Carnegie Corporation of New York

**Laurene Powell-Jobs**, Co-founder and President, College Track

**Matthew Symonds**, Technology and Communications Editor, The Economist

Noosheen Hashemi
Chairman

November 30, 2007

Vahid Alaghband
23 Heath Drive
London, NW3 7SB
United Kingdom

My dear Vahid:

PARSA Community Foundation's inaugural gala was a great success. We welcomed 400 guests from around the world and raised $485,000!

Your participation helped us achieve our goals of creating cultural understanding, increasing volunteerism, and doubling the amount of funds that we are able to give in grants next year.

Thank you for your contribution of $50,000. You should have already received official acknowledgement of this donation from PARSA CF's donor services.

I am so grateful for your generosity and friendship.

Yours,