# EXHIBIT J

02/22/2010 14:35 FAX                                                                          ☒001/001





Posted  : 08/29/2008
Bank    : 0008
R/T     : 025407011
Account : 15245055
Check   : 1934
Amount  : 2378.00
DIN     : 614011000748300000