# EXHIBIT K

| | |
|---|---|
| **From:** | Trita Parsi <tp@tritaparsi.com> |
| **Sent:** | Wednesday, May 21, 2008 3:11 AM (GMT) |
| **To:** | 'Ali Golchin' <golchinlaw@gmail.com> |
| **Cc:** | 'Babak Talebi' <btalebi@niacouncil.org>; hossein_hosseini@averydennison.com; 'Mohamad Navab' <mnavab@mednet.ucla.edu>; alexpatico@aol.com |
| **Subject:** | RE: Fwd: |

Dear Ali,
I have to be frank: I am not concerned at ALL that he would prove that ex-members have defamed him! ☺
The press release did go via our lawyer before we published it though.

Your point on the Farsi translation I think is absolutely valid. This is our challenge – we have no one on staff that can verify the veracity of the translations. The translator we use is the one Mojtaba recommended. Would you be able to make the necessary corrections to it?

Sincerely,
Trita Parsi, PhD
www.tritaparsi.com

Buy "Treacherous Alliance - The Secret Dealings of Israel, Iran and the United States (Yale University) at Amazon today!

**From:** Ali Golchin [mailto:golchinlaw@gmail.com]
**Sent:** Tuesday, May 20, 2008 5:32 PM
**To:** Trita Parsi
**Cc:** Babak Talebi; hossein_hosseini@averydennison.com; Mohamad Navab; alexpatico@aol.com
**Subject:** Re: Fwd:

Trita: Under the law of republication, if he proves ex-members defamed him and he is not a member, NIAC's republication of that lie also may make NIAC liable for defamation. My point is we do not need to go to any gray areas. Also please re-read the farsi text. The farsi translation is very questionable. It uses a language after his name and before a comma expressing he is a MEK member.

NIAC's lawyers are in a better position to advise you on this. But please kindly run this niac release in both farsi and english versions by him and ask him if this constitutes re-publication of defamation.

Mamnoon

Ali

2008/5/20 Trita Parsi <tp@tritaparsi.com>:

Ali – we are not saying that he is a MKO. We are saying that former members of the MKO say that he is a MKO. That is a huge difference.



tp



Sincerely,

Trita Parsi, PhD

www.tritaparsi.com


Buy "Treacherous Alliance - The Secret Dealings of Israel, Iran and the United States (Yale University) at Amazon today!

---

**From:** Ali Golchin [mailto:golchinlaw@gmail.com]
**Sent:** Tuesday, May 20, 2008 11:30 AM
**To:** Babak Talebi
**Cc:** Trita Parsi; hossein_hosseini@averydennison.com; Mohamad Navab; alexpatico@aol.com
**Subject:** Re: Fwd:


Babak Jan:
I do not know why NIAC decided to clearly label Dai as a MEK member. Without clear proof this is defamation and could give cause to Dai to counter sue NIAC. We should stick to our argument and not attack him personally.

Even NIAC presents its argument, it has done it in a weak manner. Dai calls niac a lobbyist for Iran and NIAC has tried translated it to say he is accusing niac of being a "SUPPORTER" of the regime. the reader of the niac news is left with thinking that niac is suppressing anyone who accuses it of being a supporter of regime. I do not think being accused of being a supporter of regime is a cause for defamation. however being a lobbyist is.

i think niac should also include a video clip or a writing from of him making a defamatory statement.

Please review this with Trita and if you agree i hope niac will immediately revise these parts of its press release both in farsi and english. time is of essence here.

mamnoon

Ali

2008/5/19 <golchinlaw@gmail.com>:

Ok.

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Babak Talebi" <btalebi@niacouncil.org>

Date: Tue, 20 May 2008 05:19:17
To:golchinlaw@gmail.com
Subject: Re: Fwd:


Before you do - let's get tritas feedback

Alkso - very much liked the 3 points you sent.

Will review and I'm sure trita or I will follow up

Sent via BlackBerry from T-Mobile

-----Original Message-----
From: golchinlaw@gmail.com

Date: Tue, 20 May 2008 02:24:05
To:"Babak Talebi" <btalebi@niacouncil.org>
Subject: Re: Fwd:


Sure I will find out and let you know. Ali
Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Babak Talebi" <btalebi@niacouncil.org>

Date: Tue, 20 May 2008 01:49:45
To:"Ali Golchin" <golchinlaw@gmail.com>,     "NIAC President Trita Parsi" <tparsi@niacouncil.org>
Subject: Re: Fwd:


Ali,

This is the type of person who is convinsable but has a very wrong image of us and who niac is.

He calls us 'the big bad organization' and dia 'just one person'. He hated the mek and opposes any war and opposes sanctions.

This guy is an ideal niac member but dosnt know it yet.

I think we should respond and ask him to give us space to write a response.

Babak


Sent via BlackBerry from T-Mobile

-----Original Message-----
From: "Ali Golchin" <golchinlaw@gmail.com>

Date: Mon, 19 May 2008 17:56:10
To:tparsi@niacouncil.org, btalebi@niacouncil.org
Subject: Fwd:


---------- Forwarded message ----------
From: b asli <b-asli@msn.com <mailto:b-asli@msn.com> >
Date: 2008/5/19
Subject:
To: Ali Golchin <golchinlaw@gmail.com <mailto:golchinlaw@gmail.com> >, Ali Golchin

<golchinlaw@yahoo.com <mailto:golchinlaw@yahoo.com> >, Ali Taf <passes19@yahoo.com <mailto:passes19@yahoo.com> >, "amirasad19@gmail.com <mailto:amirasad19@gmail.com> " <amirasad19@gmail.com <mailto:amirasad19@gmail.com> >, asal_e_asl <asal_e_asl@yahoo.com <mailto:asal_e_asl@yahoo.com> >, "hassan.dai@yahoo.com <mailto:hassan.dai@yahoo.com> " <hassan.dai@yahoo.com <mailto:hassan.dai@yahoo.com> >, Korosh Erfani <korosherfani@yahoo.com <mailto:korosherfani@yahoo.com> >, "mahmud58@hotmail.com <mailto:mahmud58@hotmail.com> " <mahmud58@hotmail.com <mailto:mahmud58@hotmail.com> >, Nafi Sedaghat <nafis@cyl-usa.com <mailto:nafis@cyl-usa.com> >, Saeed Sakoui <nomullas@yahoo.com <mailto:nomullas@yahoo.com> >, sam afsahi <sam.afsahi@gmail.com <mailto:sam.afsahi@gmail.com> >, touraj alborzian <tourajjan@yahoo.com <mailto:tourajjan@yahoo.com> >

<http://www.cyrusnews.com/news/fa/>        اردیبهشت 29 1387

سام قندچی

سه روز پیش سازمان نیاک در آمریکا یک دعوی قانونی علیه آقای حسن داعی الاسلام در آمریکا تسلیم کرد که در لینک زیر موجود است:

http://www.niacouncil.org/index.php?option=com_content&amp;task=view&amp;id=1119&amp;Itemid=59 <http://www.niacouncil.org/index.php?option=com_content&amp;task=view&amp;id=1119&amp;Itemid=59>

در نوشته بالا ذکر شده است که آقای داعی متعلق به سازمان مجاهدین هستند و اینکه سازمان مجاهدین را آمریکا در لیست سازمانهای تروریستی دارد و در نتیجه آقای داعی تروریست هستند و اینکه ایشان در راستای خط مشی مجاهدین اقدامات ضد جنگ و طرفدار دیپلماسی نیاک را بعنوان خدمت به جمهوری اسلامی نشان داده اند و اینکه این نوشته ها در نشریات نوکران ها منتشر شده اند.

من نمیدانم که ادعای اینکه آقای داعی از مجاهدین هستند درست است یا نه. ولی من خود از مخالفین سرسخت مجاهدین بوده و هستم و نوشته هایم در لینک زیر موجودند:

https://s.p9.hostingprod.com/@www.ghandchi.com/ssl/500-FuturistIran.htm#10 <https://s.p9.hostingprod.com/@www.ghandchi.com/ssl/500-FuturistIran.htm#10>

آنچه در اینجا مینویسم این نیست که بگویم آقای داعی با مجاهدین هستند یا نیستند. آقای داعی هر چه هستند به خودشان مربوط است. نه من ناشر افکار ایشان هستم و نه ایشان ناشر نظرات من. دفاعم از ایشان دفاع از آزادی بیان است به همان شکلی است که سالها پیش از آقای سهراب سبحانی که مورد حمله مشابهی بودند، دفاع کردم، هر چند نظراتم صد و هشتاد درجه مقابل ایشان است:

http://www.ghandchi.com/224-signpetition.htm <http://www.ghandchi.com/224-signpetition.htm>

همچنین دفاع من نه به این معنی است که بگویم سازمان مجاهدین آنچه در دعوی حقوقی ذکر شده نیست. اتفاقاً من هم معتقدم سازمان مجاهدین

جنگ افروزانه عمل کرده و سعی داشته است که بین آمریکا و ایران جنگ راه بیاندازد و این کار آن سازمان را محکوم میکنم. نه تنها فکر میکنم غرب باید راه دیپلماسی را با ایران دنبال کند بلکه باید تحریمهای هوشمندانه که سران رژیم را زیر فشار بگذارد و اجازه ندهد روسیه و چین و دیگر کشورها تسلیحات بیشتر به ایران بفروشند را نیز بخش اصلی فعالیت دیپلماسی میدانم و نه آنکه دیپلماسی را برابر اجازه دادن به رشد میلیتاریسم در ایران بدانم. نیاک هم خود باید تعریفش از دیپلماسی را توضیح بدهد که شاید در اسنادشان باشد.

ولی آنچه مسلم است این سالها سایت نیاک(1) و طرفدار اصلی مطبوعاتیشان ساین پیوند دات کام (2) هیچگاه از سوی جمهوری اسلامی در ایران فیلتر نشده اند درصورتیکه حتی بسیاری سایت های ساده علمی فیلتر هستند و سایت صدای آمریکا که یک سایت ژورنالیستی است در تمام این سالها فیلتر بوده است. سایت شخصی خود من سالها است فیلتر است و از خوانندگان تقاضا دارم بروند و ببینند و خود قضاوت کنند که چرا یک سایت تحقیقاتی و ژورنالیستی مثل سایت من فیلتر است ولی سایت های مذکور فیلتر نیستند. اوائل شروع فیلترینگ مجریانش میگفتند سایتهای سیاسی که فیلتر هستند تروریست هستند و مشخصاً از مجاهدین نام میبردند ولی بعد دیگران هم فیلتر شدند. آیا این وصله به سایتهای فیلتر شده که ذکر کردم، می چسبد؟ در نتیجه وقتی حتی سایتهای جناح هائی از خود رژیم در این سالها بارها فیلتر شده اند، چطور سایتهای نیاک و پیوند همه این سالها هیچوقت فیلتر نشده اند. امیدوارم جوابی بدهند که اقلاً سایت های فیلتر شده ای که ذکر کردم هم بتوانند از این ها یاد بگیرند، که رفع فیلتر کنند.

اقدام قانونی نیاک علیه آقای داعی استفاده از پول و امکانات حقوقی یک مؤسسه قدرتمند برای مرعوب کردن یک فرد است و فردا همین کار را درباره دیگران که با نظراتشان مخالف باشند خواهند کرد. درست دو ماه پیش کسانی در اینترنت شروع کردند حرفهای مربوط به ارتباط آقای داعی و مجاهدین را از قول بعضی از منشعبین مجاهدین پخش کردند. من نمیگویم آن حرفها دروغ است یا راست است، ولی هدف کسانیکه آن ها را پخش کردند امروز روشن میشود که خواستند جنبش سیاسی ایران در مقابل این حمله به آقای داعی ساکت بماند.

من شخصاً با وجود محکوم کردن سازمان مجاهدین و با وجود آنکه اگر ثابت شود آقای داعی بطور غیر مستقیم برای مجاهدین کار میکرده اند، ایشان را هم بخاطر فریبکاری محکوم خواهم کرد، ولی در عین حال این اقدام نیاک را نیز محکوم میکنم چون به فضای آزادی بیان در میان ایرانیان مهاجر تبعیدی لطمه میزند.

به اندازه کافی در ایران با شکنجه و ارعاب و زندان اوین و اعدام بخاطر بیان نظراتمان، تهدید میشویم، و در آمریکا نمیخواهیم که توسط سازمانهائی که خود را سخنگوی ایرانیان مینامند بوسیله پولشان و وکلایشان تهدید شویم. تا کی باید ساکت بمانیم و اجازه دهیم ما را خفه کنند. ما اختلاف نظر داریم. بله من مخالف هرگونه حمله نظامی به ایران هستم (3) و طرفدار جمهوری سکولار هستم و خواهان روابط آمریکا و ایران بر مبنای حقوق بشر هستم، اما یکی دیگر میخواهد روابط با جمهوری اسلامی به هر قیمتی باشد تا راحت تجارت کند. حق هر دوی ما است که هر نظری داریم را بدون ترس از ارعاب مطرح کنیم نه آنکه یک فرد تک و تنها مثل من تا حرفی زد بترسد که فردا یک مؤسسه بزرگ با چندین وکیل و پول فراوان خود و خانواده اش را راحت نگذارند.

کی میخواهیم یاد بگیریم برای اختلافات سیاسی مان مبارزه سیاسی کنیم و نه وکیل و وکیلی کشی. نه تهدید و ارعاب. نه پرخاش و تهمت زنی. بس کنیم. دیگر کسی بچه نیست و این بازی ها را دیده ایم که دلیلش آن چیزی نیست که ادعا میشود. مسأله مخالفت سیاسی است نه اینکه ایشان مجاهد است یا نیست و فردا هم نوبت من و دیگران خواهد بود همانطور که در ایران هم اول سایتهای پورنوگرافی و مجاهدین فیلتر شد و بعد از مدتی سایتهای دیگر را فیلتر کردند.

این روشهای تحدید آزادی بیان به یک خط معین هم بستگی ندارد و چندی پیش یکی دیگر در خط متضاد یعنی کسی که با نئوکان ها نزدیک است، جوان دیگری که به نظراتش به لابی ایست ها نزدیک است را با اقامه دعوی در دادگاه مورد حمله قرار داد. بس است تا کی حتی در آمریکا و کانادا هم ما آزادی بیان را از هموطنان خود سلب میکنیم.

اگر جواب به حرف دیگری نداریم به وکیل و پولمان متوسل نشویم. نه نیاک نماینده من نیست و حق ندارد خود را نماینده ایرانیان آمریکا

معرفي کند. نياک نماينده اعضائش هست و بس، و اگر وکيل هايش هم وقت زياد دارند بروند براي ايرانيان چيزي در اين کشور بدست آورند و مبارزه سياسي را بگذارند براي کسانيکه از بحث سياسي نميهراسند.

يک عمر در ايران مبارزه سياسي خفه شد و به همين علت مردم ايراني از سياست و حرف سياست ميترسند و بعد از مدتها زندگي در آمريکا و وقتي شهروند آمريکا شده اند و حتي در حزب جمهوريخواه يا دموکرات هم عضو هستند ميگويند ما در هيچ حزب و دسته اي نيستيم و وقتي به آنها ياد آوري ميشود که عضو يک حزب آمريکائي هستند خودشان هم از معناي حرف خود متعجب ميشوند.

بيشتر به روان ملت خود با اين بازي هاي قانوني لطمه نزنيم. شما نشرياتتان را سالهاست در آمريکا داريد بگذاريد مردم قضاوت کنند که نظرات شما را دوست دارند يا نه. نوشته هاي امثال من را هم در نشريه تان چاپ نکنيد. آن حقتان است. آزادي يعني همين. شما نظر خود را ترويج دهيد و ديگران هم نظر خودشان و مردم با رأي خود تصميم ميگيرند. اقلاً بعد از سالها زندگي در غرب آزادي بيان را ياد بگيريم و از اتهامات منحرف کننده بخاطر داشتن اختلاف سياسي استفاده نکنيم.

به اميد جمهوري آينده نگر فدرال، دموکراتيک، و سکولار در ايران

سام قندچي، ناشر و سردبير

----------------
Keep your kids safer online with Windows Live Family Safety. Help protect your kids.
<http://www.windowslive.com/family_safety/overview.html?ocid=TXT_TAGLM_WL_Refresh_family_safety_052008>

--
Golchin and Associates, APLC
A Professional Law Corp.
Immigration, Personal Injury, Business, and Criminal Law
(619)827-8777 1251 Third Avenue Suite 203, Chula Vista, CA 91911.
 http://www.golchinlaw.com/ <http://www.golchinlaw.com/>
CONFIDENTIALITY:This transmission may be subject to Attorney-Client Privilege, an attorney work product, or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.

--
Golchin and Associates, APLC
A Professional Law Corp.
Immigration, Personal Injury, Business, and Criminal Law
(619)827-8777 1251 Third Avenue Suite 203, Chula Vista, CA 91911.
http://www.golchinlaw.com/
CONFIDENTIALITY:This transmission may be subject to Attorney-Client Privilege, an attorney work product, or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.

--
Golchin and Associates, APLC
A Professional Law Corp.
Immigration, Personal Injury, Business, and Criminal Law
(619)827-8777 1251 Third Avenue Suite 203, Chula Vista, CA 91911.
http://www.golchinlaw.com/
CONFIDENTIALITY:This transmission may be subject to Attorney-Client Privilege, an attorney work product, or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.