# EXHIBIT L

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

TRITA PARSI and NATIONAL IRANIAN AMERICAN

COUNCIL,

                          Plaintiffs,

           vs.                No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

                          Defendant.

------------------------------------------------------------

DEPOSITION OF DAIOLESLAM SEID HASSAN

Chicago, Illinois

Tuesday, December 14, 2010

Reported by:

Mary M. Flagg, RPR

JOB NO. 4775

1    December 14, 2010

2         9:00 a.m.

3

4

5    Deposition of DAIOLESLAM SEID HASSAN,

6  held at the offices of Sidley Austin, LLP, One South

7  Dearborn Street, Chicago, Illinois, pursuant to Notice

8  and Agreement, before Mary M. Flagg, a Notary Public of

9  the State of Illinois.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1   A P P E A R A N C E S:

 2   PISHEVAR & ASSOCIATES, P.C.
     Attorneys for Plaintiffs
 3      Jefferson Plaza, Suite 316
        600 East Jefferson Street
 4      Rockville, MD 20852
     BY: ADRIAN V. NELSON, II, ESQ.
 5      A.P. PISHEVAR, ESQ.
         E-mail: Anelson@pishevarlegal.com
 6
     SIDLEY AUSTIN LLP
 7   Attorneys for Defendant
        One South Dearborn Street
 8      Chicago, Illinois 60603
     BY: TIMOTHY E. KAPSHANDY, ESQ.
 9      ERIC GALVEZ, ESQ.
        tkapshandy@sidley.com
10      megalvez@sidley.com

11   ALSO PRESENT:  LARRY HITZ, LVS, Videographer
                    larry@toplegalvideoservices.com
12
                    DR. TRITA PARSI.
13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1      Q    Correct.
 2      A    Something that I believe in to be correct, to
 3  be the truth.  Something that I really believe.
 4      Q    And is your truth always factually verifiable?
 5      A    Oh of course.  It should be not based on
 6  something someone told me or, you know, I dreamed about
 7  it last night or things like that, no.  Based on the
 8  facts.
 9      Q    So then it would be fair to say that if some
10  statement is not factually verifiable then it is not the
11  truth?
12      A    It could be my truth but not for the public.  I
13  try to be honest with the public and only tell that part
14  of the truth that they can verify by themselves and
15  become their own truth.  I don't ask the people to
16  believe what I tell.  I try to ask the people or show the
17  people what I think could be verified with the facts.
18      Q    Have you ever had anyone point out that any of
19  the facts that you use in support of your version of the
20  truth are incorrect or false?
21      A    Incorrect or false I can't tell, but maybe
22  incomplete or something new came, you know.  For example
23  I remember that based on the facts I had I believed that
24  Mr. Bob Ney or Mr. DiStefano or Roy Coffee they were
```

Page 70

1    founding members of NIAC.  After discovery -- after the
2    lawsuit I had the occasion to verify some documents,
3    especially the dates, so I have not been hundred percent
4    sure about it.  So that is one occasion I remember.
5       Q    Let me make sure that I understood your
6    response.  Are you saying that after you reviewed
7    documents relating to this lawsuit that you were able to
8    verify some of your beliefs were true or are you saying
9    that after you reviewed documents you learned that some
10   statements you had made were not true?
11      A    I wasn't that sure about what I wrote before
12   after I saw new documents.  Based on the documents I had
13   before I concluded I think in 2007 that Mr. Bob Ney, Roy
14   Coffee, DiStefano they acted as the founding members of
15   NIAC.  Later on when I received the documents from
16   discovery material and I checked I saw that they were two
17   parallel things that happened at the same time, that it
18   was confusing so that made me believe at that time is
19   what I have.  Still if I had only those that I have in
20   2007 I would have written the same thing.  I had
21   concluded the same way.
22      Q    So as we sit here today do you believe that
23   former congressman Bob Ney was one of the founders of
24   NIAC?

1    A    No.

2    Q    And as you sit here today do you believe that
3    Mr. DiStefano was one of the founding members of NIAC?

4    A    No.

5    Q    Have you ever corrected those facts that you at
6    one time published?

7    A    I did, yes.

8    Q    When did you correct those?

9    A    Oh a year or two years ago after I had the
10   material I posted it on my website.  After the same
11   article in which I wrote that underneath I corrected
12   that.  I posted it.

13   Q    And in what format did you correct that?  Was
14   it an article?

15   A    Under the article in which I had written that
16   those people were founding members of NIAC, underneath I
17   posted NIAC's statement response to my article and also I
18   wrote that there are confusions about the role that Bob
19   Ney, DiStefano and so so played.  So I tried that, you
20   know, the people see what exactly is.  Or the people
21   share my doubt about the fact that that point.

22   Q    Are you able to keep track of how many
23   individuals are accessing your website on a yearly basis?

24   A    No.

1    allege contained in the draft of Dr. Parsi's book didn't
2    factor in to what you wrote on December 20, 2007,
3    correct?
4        A    No, and I didn't mention it as one of the
5    reasons why I wrote that phrase.  I explain all the other
6    things and I am just -- I am telling what Mr. Parsi wrote
7    in his book confirms what my belief.
8        Q    Let's look at Plaintiff's Exhibit 3 to the
9    complaint.  Do you see that?
10       A    Yes, I do.
11       Q    And it's a July 16, 2007 article entitled
12   "Trita Parsi, Bob Ney and Iran's Oil Mafia"?
13       A    Yes.
14       Q    Let's look at the -- I guess second paragraph
15   on the first page of this article.  It reads
16   "Conspicuously missing from this dossier of disservice to
17   the country is Ney's masterful creation of an active and
18   disguised Washington-based lobbying enterprise for the
19   Iranian theocratic regime, The National Iranian American
20   Council".
21            What is your basis for making that particular
22   statement?
23       A    The whole article.  That is exactly the same
24   question like the Exhibit 1.  That is a kind of summary

Page 185

1  or introduction.  The rest of the article talks about it.
2      Q    Okay.  Let's look at the first sentence in the
3  paragraph under Creation of NIAC.  It says "The National
4  Iranian American Council was founded by four non Iranian
5  Americans, Roy Coffee, Dave DiStefano, Bob Ney and Trita
6  Parsi"?
7      A    Exact.
8      Q    Now you've already testified that some of that
9  information was not accurate?
10     A    I mean I started to have doubt about it and I
11 think that's the reasonable doubt.  Because of that
12 reasonable doubt I shared it with my readers.
13     Q    And who do you now believe was not a part of
14 the founding of NIAC?
15     A    I meant they helped the creation of NIAC, but
16 they were not founding members.  Roy Coffee, DiStefano,
17 Bob Ney, and the three of them.
18     Q    And you are indicating that you published some
19 form of correction about this particular sentence?
20     A    I shared my doubt about it under -- I think if
21 you go to my website it's been more maybe for two years
22 now under my article, and I also posted NIAC's response
23 to this part of my allegation about creation of NIAC.  I
24 posted exactly with (unintelligible) what they wrote,

1  that the people they can see the difference between what
2  I told and what NIAC is telling and I shared my doubts.
3      Q    And what doubts did you have?
4      A    Now I have or --
5      Q    Then, at the time that you made that posting?
6      A    Oh because, you know, that Bob Ney was a
7  founding member -- Bob Ney, DiStefano and Roy Coffee they
8  were founding members of NIAC.
9      Q    So at the time that you originally wrote that
10 Roy Coffee and Bob Ney and Dave DiStefano were founding
11 members of NIAC what was your factual basis for making
12 that statement?
13     A    Oh I can tell you that having in my possession
14 what I had in 2006 and 7 I would have -- I will write it
15 again the same manner because I found a letter from Roy
16 Coffee, the lobbyist, the Washington lobbyist, very close
17 to George W. Bush family.  I found a letter by him and he
18 told that a gentleman named Baghaie, B-a-g-h-a-i-e, came
19 from Iran.  He talked about the situation and so so so
20 so.  I took him to Bob Ney and they talked about
21 something like two hours.
22          After that he says Trita Parsi, I, that means
23 Baghaie, Roy Coffee, Baghaie and DiStefano worked for
24 nine months to create this lobby or pac to remove

Page 187

1  sanctions between Iran and U.S. and improve relation. So
2  the timing was 2002. The timing of this gentleman coming
3  from Iran and trying to create this lobby group was
4  exactly the time of when NIAC was founded.
5       So I put together that this gentleman is coming
6  from Iran, he wants to create a lobby and here is the
7  NIAC, and I see that Bob Ney who was part of this
8  enterprise is talking. He had a fund raising for NIAC to
9  help NIAC. I see that Roy Coffee and DiStefano, these
10 two lobbyists they organize a lobby class for NIAC.
11      And even before that -- I mean a little bit
12 before the creation of NIAC Mr. Parsi was involved in
13 another lobby group. They tried to remove sanctions on
14 Iran. They were not successful and the sanction law
15 against Iran was extended for five more years, and I
16 saw -- I read that Bob Ney had in a speech told we should
17 organize cities and lobby.
18      I told myself, listen, we have a Bob Ney that
19 wants to organize a citizens lobby. At the same time
20 that NIAC is created he's involved, Mr. Parsi, with the
21 DiStefano and two others to create the lobby. All of
22 that you add to what Mr. Bob Ney was doing at the same
23 time, that getting bribes from the people working with
24 the Iranian regime. All that was a little bit too much

1   of that.

2           I mean three things happened in 2002 and 2003,
3   all directly related to the Iranian regime.  One was the
4   grand bargain.  The second was creation of a lobby to
5   remove sanctions against Iran, and the third -- I mean
6   one of the worse for Mr. Bob Ney was at the same time
7   that -- this something is strange too and is regrettable
8   that many journalists that didn't go after that
9   investigate is dead.

10          How is it then a man in England, an arm dealer,
11  a man that, you know, with his partner the three times
12  convicted in U.S. for wrongdoing.  I think he wanted to
13  also -- I think he stole money from Elvis Presley,
14  something like that.  You can imagine what kind of person
15  he is.  He had every wrongdoing, in the mafia, in horse
16  racing and so so so.  These two guys in England they want
17  to buy an airplane for the Iranian supreme leader, a VIP
18  airplane, but this airplane is a Boeing airplane and the
19  sanction is imposed on this.  So they want to resolve.

20          That is a question I ask myself.  How is it
21  that among five thousand lobbyists in Washington these
22  two guys in London they go to find Roy Coffee and Bob
23  Ney, and Bob Ney goes to him to London and he accepted
24  that he took bribes from this gentleman, so I put all

1  together. I told that this gentleman is Bob Ney. When
2  is the grand bargain offer coming to Iran? He is the
3  (unintelligible). When it's an airplane buying for the
4  supreme leader, they should go to him, and when is a man
5  coming from Tehran who wants to create a lobby to remove
6  sanctions in Iran (unintelligible) against Bob Ney he is
7  a miraculous man. I mean he abstracts everything.
8       To him, that was my question, how is that
9  everything ends up with Bob Ney. So all these questions
10 I put together to arrive at the conclusion that at that
11 time, because they were simultaneously, at the same time
12 creation of NIAC, this gentleman coming from Iran,
13 everything was together, I concluded and the whole
14 article is about that Bob Ney, DiStefano and Roy Coffee
15 had an active role in the creation of NIAC.
16    Q   So you take a lot of information and put it
17 together based upon what your beliefs are and reach a
18 conclusion. Is that fair to say?
19    A   Yes, it is. Is something wrong with it?
20    Q   And you report that as fact?
21    A   Excuse me?
22    Q   Do you report your conclusions based upon all
23 the information you put together as fact?
24    A   As my understanding and my belief and my

1   opinion.  I bring the facts to the readers.  I think they

2   can judge.  They can share.  The facts.  Maybe they will

3   reach the same conclusion.  They are adults.  I bring the

4   facts.  I put one to one to one.

5           And many times if you read my article I ask

6   questions.  Is it normal?  Should we believe?  Is it so

7   evident?  I mean all these questions I try to shade with

8   my readers.

9      Q    Have you ever heard of the term "a theory"?  Do

10  you know what a theory is?

11     A    Oh that one theory is something that you can

12  not prove it.  The difference between a theory and

13  something that's been proven is something that you can

14  prove with facts.  Theory is a theory.  Is not still

15  proven.

16     Q    So it's your understanding that a theory cannot

17  be proven based upon fact?

18     A    Or is not completely proven.

19     Q    And in your instance in the writing that you do

20  what you state as a conclusion can be proven by fact?

21     A    For me it has overpassed the state of theory.

22  This is not anymore theory.  The theory is something I

23  had in the beginning.

24          Let's start with that.  You have many facts.

```
1    STATE OF ILLINOIS   )
                         )
2    COUNTY OF COOK      )

3

4              I, MARY M. FLAGG, a Registered Professional
     Reporter, within and for the State of Illinois, do hereby
5    certify:

6              That previous to the commencement of the
     examination of the witness, the witness was duly sworn to
7    testify the whole truth concerning the matters herein;

8              That the foregoing deposition was reported
     stenographically by me, was thereafter reduced to a
9    printed transcript by me, and constitutes a true record
     of the testimony given and the proceedings had;
10
               That the said deposition was taken before me
11   at the time and place specified;

12             That the signature of the witness was
     reserved.
13
               That I am not a relative or employee for
14   attorney or counsel, nor a relative or employee of such
     attorney or counsel for any of the parties hereto, nor
15   interested directly or indirectly in the outcome of this
     action.
16
               IN WITNESS WHEREOF, I do hereunto set my
17   hand at Chicago, Illinois this __ day of          2010.

18

19

20   _____
     Registered Professional Reporter
21   License No. 084-001447

22

23

24
```