# EXHIBIT N

N-1

On Tue, Aug 12, 2008 at 5:17 PM, Hassan Dai <hassan.dai@yahoo.com> wrote:

Dear Mr. Mostashari,
I have attached my response.
Thank you


--- On Wed, 8/6/08, Ali Mostashari <ali.mostashari@gmail.com> wrote:


> From: Ali Mostashari <ali.mostashari@gmail.com>

> Subject: Please Remove Defamatory Article Reference ASAP
> To: jglazov@rogers.com, hassan.dai@yahoo.com

> Cc: ali.mostashari@gmail.com
> Date: Wednesday, August 6, 2008, 9:51 AM



> Dear Jamie Glazov,
> Dear Hassan Daeioleslam,
>
> The article entitled "Iran's Web of Influence in
> the U.S." published
> on August 6th by Frontpage Magazine contains defamatory

> remarks that
> are unsubstantiated against my person and I would like to
> respond to
> its contents, at least as they pertain to me. I am using
> this
> opportunity to ask you to remove the sections bearing my

> name, in
> order to avoid unnecessary legal action on the basis of
> libel against
> Frontpage Magazine and the author.
>
> Taking publically available information from my website and

> others,
> the article has then proceeded to put an uninformed, false
> and
> defamatory spin which lacks both a basic regard for
> journalism as well

> as ethical due diligence.
>
> Here are some clarifying points that should shed light on
> the
> defamatory nature of the article.
>
> 1) My work at the United Nations has been on African
> countries and I
> have never worked on issues related to Iran. Additionally,

> it is the
> executive board of UNDP (with the U.S. government playing a
> major
> role) that determines the budget for UNDP activities in
> every country,
> not individual staff members. Whatever your grievance

> towards the
> United Nations and its policies, the factual depiction of
> its workings
> are strongly inaccurate in the article and should be
> retracted.
> Logically, a country that earns $7 million in 4 hours

> would't need the
> UN's annual project expenditure of $7 million and go
> through lengthy
> processes to gain it.
>
>
> 2) I disagree with the author that engaging the private

> sector in Iran
> is the same as engaging the Iranian government. In fact I
> believe that
> the strengthening of the private sector in Iran can go a
> long way in
> helping the Iranian people better integrate in the

> international
> community , even if their government doesn't and
> increase the demands
> for a democratic country . Regardless of whether or not you
> agree with
> this view, slanderous remarks tying this activity with

> being in the
> service of the Iranian regime are unethical in this regard.
>
>
> 3) Lastly please use better judgement in constructing your
> arguments.
> At least get to know the person you are slandering. If you

> sat down 15
> minutes with me you would find it hard to maintain any one
> of your
> assertions. I have never had any relations to the Iranian
> government,
> and do not have a favorable view of the Iranian regime. My

> family has
> suffered like millions of others of Iranians (probably more
> so than
> most) and the assertions in the article are therefore even
> more
> unacceptable to my person.
>

> In any case, I do not have anything against the author or
> Frontpag
> magazine, although I do not share your views. What I ask of
> you in
> return is to maintain a minimum standard of quality control

> and due
> dilligence to avoid labeling individuals wrongly.
>
> Based on the above clarifications, I would like to ask the
> author to
> remove my name from the article or retract the entire

> article
> whichever works best. I would like to receive a decision by
> the author
> and the editorial board by August 15, 2008. Otherwise I
> will keep my
> options open to engage in legal action to protect my name

> and
> reputation. A lack of response to this request will be seen

> as a
> willful intent to tarnish my reputation despite recieving
> clarifying
> statements. Please note that this letter may serve as

> evidence of
> alerting the editor on the falsehood of the statements and
> can be used
> in a court of law as evidence of note for a libel case.
>
> Thanks and Best Regards.
>
>

> Dr. Ali Mostashari
> ali.mostashari@gmail.com

N-2

| | |
|---|---|
| **From:** | Jamie Glazov <jglazov@rogers.com> |
| **Sent:** | Tuesday, September 9, 2008 11:08 PM (GMT) |
| **To:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Subject:** | another complaint/problem |

Ok Hassan, this time I am not touching or taking down or removing anything, until I hear from you :-) See below. (Keep this letter below confidential please)

*

The articles characterizing Siamak Namazi fail even remotely to reflect the truth about him.

The first clue to the writer's lack of veracity is that, for all his many articles, he has never contacted Siamak or any member of his family for comment. Not once has the writer ever interviewed or communicated in any way with his subject, as is customary for news and opinion journals.

(1)    In this article (http://tinyurl.com/5ab9ka), the writer claims that Siamak's family is "an influential player in Iran's oil and financial mafia." This is untrue. Neither Siamak nor any member of his family has ever laid eyes on an oil contract, much less transacted in oil.

(2)    The same article, in multiple places, also accuses Siamak of being part of the Iranian "lobby" in the U.S. This is flatly false and so irresponsible as to be dangerous. Siamak is a dissident of the regime! He is a small-d democrat. These false claims have led to Siamak's arrest and interrogation inside Iran, ironically at the hands of the very regime for which the writer outlandishly claims that Siamak "lobbies."

(3)    In this article (http://tinyurl.com/55zzwj), the writer describes Siamak as an "important figure" of a "lobbying enterprise and a prominent member of the Iranian oil mafia." Siamak is not now, nor has he ever been, involved in lobbying on behalf of a government or of anything else. In addition, he's never been involved in an oil deal in his life, much less been a member of an "oil mafia." These made-up claims, presented as if fact, have caused immense harm, both in and outside of Iran, to the reputation of someone I know to be a good man, Jamie.

(4)    The same article alleges: "Tehran's trust in Namazi is further evidenced by the fact that his company provides the network and computer services for almost all Iranian banks, the Majles (parliament), and other important institutions. Namazi's groups monitor nearly all Iranian economic or political activities and have access to the country's most sensitive data." Neither Siamak nor any of his business interests have ever done business with the Iranian government. No "networks." No "computer services." No "Iranian banks." Nothing. Zero. Zip. Nada. Neither Siamak nor any of his business interests have ever had "access to the country's sensitive data." Atieh Bahar Consulting compiles all its data from newspapers and other publicly available sources and from interviews with industry analysts. Furthermore, the article accuses Siamak of "representing Tehran." Not only is this allegation false, but its publication in FrontPage led to the regime's arrest and interrogation of Siamak in search of an explanation. The writer's allegations are entirely fictitious, highly injurious to Siamak's good name, and potentially dangerous to his liberty.

(5)    In this article (http://tinyurl.com/5lzf6w), the writer alleges:

"Namazi, along with his father, brother and sister, are notorious proprietors of numerous key enterprises in Iran facilitating the mullahs' financial and business affairs." Neither Siamak nor any member of his family has ever facilitated the financial affairs, business affairs, nor any other affairs on behalf of the mullahs. It's totally imaginary. So is the notion of a sister, by the way. Siamak doesn't have one.

Jamie, these are but only five examples. I could give you literally dozens more, but you requested that I be brief. The writer has authored many articles for FrontPage about Siamak, all containing untrue statements and fanciful fabrications. There's no denying that Siamak is a bit to the left of you and me. But so are most people... In the American or Canadian context, Siamak would be regarded as a moderate, by anybody's measure. Truly, though, and I believe you will agree: Siamak's politics are utterly irrelevant. What's relevant is that nobody - I mean nobody - deserves to be libeled. Had Siamak ever been sought out for comment prior to publication, all this would have been avoided.

This sadly imperils FrontPage's credibility. FrontPage, to its enormous credit, champions the unafraid search for truth. Unfortunately, the writer champions something altogether incompatible with that.