# EXHIBIT O

**From:** Hassan Dai <hassan.dai@yahoo.com>
**Sent:** Tuesday, August 12, 2008 9:18 PM (GMT)
**To:** Ali Mostashari <ali.mostashari@gmail.com>
**Subject:** Re: Please Remove Defamatory Article Reference ASAP
**Attach:** Ali_Mostashari.doc

Dear Mr. Mostashari,
I have attached my response.
Thank you


--- On Wed, 8/6/08, Ali Mostashari <ali.mostashari@gmail.com> wrote:

> From: Ali Mostashari <ali.mostashari@gmail.com>
> Subject: Please Remove Defamatory Article Reference ASAP
> To: jglazov@rogers.com, hassan.dai@yahoo.com
> Cc: ali.mostashari@gmail.com
> Date: Wednesday, August 6, 2008, 9:51 AM
> Dear Jamie Glazov,
> Dear Hassan Daeioleslam,
>
> The article entitled "Iran's Web of Influence in
> the U.S." published
> on August 6th by Frontpage Magazine contains defamatory
> remarks that
> are unsubstantiated against my person and I would like to
> respond to
> its contents, at least as they pertain to me. I am using
> this
> opportunity to ask you to remove the sections bearing my
> name, in
> order to avoid unnecessary legal action on the basis of
> libel against
> Frontpage Magazine and the author.
>
> Taking publically available information from my website and
> others,
> the article has then proceeded to put an uninformed, false
> and
> defamatory spin which lacks both a basic regard for
> journalism as well
> as ethical due diligence.
>
> Here are some clarifying points that should shed light on
> the
> defamatory nature of the article.
>
> 1) My work at the United Nations has been on African
> countries and I
> have never worked on issues related to Iran. Additionally,
> it is the
> executive board of UNDP (with the U.S. government playing a
> major
> role) that determines the budget for UNDP activities in
> every country,
> not individual staff members. Whatever your grievance
> towards the

> United Nations and its policies, the factual depiction of
> its workings
> are strongly inaccurate in the article and should be
> retracted.
> Logically, a country that earns $7 million in 4 hours
> would't need the
> UN's annual project expenditure of $7 million and go
> through lengthy
> processes to gain it.
>
>
> 2) I disagree with the author that engaging the private
> sector in Iran
> is the same as engaging the Iranian government. In fact I
> believe that
> the strengthening of the private sector in Iran can go a
> long way in
> helping the Iranian people better integrate in the
> international
> community , even if their government doesn't and
> increase the demands
> for a democratic country . Regardless of whether or not you
> agree with
> this view, slanderous remarks tying this activity with
> being in the
> service of the Iranian regime are unethical in this regard.
>
>
> 3) Lastly please use better judgement in constructing your
> arguments.
> At least get to know the person you are slandering. If you
> sat down 15
> minutes with me you would find it hard to maintain any one
> of your
> assertions. I have never had any relations to the Iranian
> government,
> and do not have a favorable view of the Iranian regime. My
> family has
> suffered like millions of others of Iranians (probably more
> so than
> most) and the assertions in the article are therefore even
> more
> unacceptable to my person.
>
> In any case, I do not have anything against the author or
> Frontpag
> magazine, although I do not share your views. What I ask of
> you in
> return is to maintain a minimum standard of quality control
> and due
> dilligence to avoid labeling individuals wrongly.
>
> Based on the above clarifications, I would like to ask the
> author to
> remove my name from the article or retract the entire
> article
> whichever works best. I would like to receive a decision by
> the author
> and the editorial board by August 15, 2008. Otherwise I
> will keep my
> options open to engage in legal action to protect my name

> and
> reputation. A lack of response to this request will be seen
> as a
> willful intent to tarnish my reputation despite recieving
> clarifying
> statements. Please note that this letter may serve as
> evidence of
> alerting the editor on the falsehood of the statements and
> can be used
> in a court of law as evidence of note for a libel case.
>
> Thanks and Best Regards.
>
>
> Dr. Ali Mostashari
> ali.mostashari@gmail.com

Dear Mr. Ali Mostashari,

I have received your e-mail and for fairness and following the traditions of journalism, I have posted it on my site. I also learned that it is now posted on Front Page Magazine's website as well.

You have mentioned that your *"family has suffered like millions of others of Iranians (probably more so than most),"* under the Iranian regime. I am confident that you will not make that statement lightly, as this regime has executed, imprisoned and tortured hundreds of thousands of Iranian citizens. Please accept my deepest sympathies for your family's losses and sufferings. If you want their story told so that world gets to know the atrocities our people have endured, my website is yours to use.

With regards to my article and your critique of it, I have a few clarifying points, as well as a few questions. Your help in finding answers to these questions will be appreciated.

Firstly, I have not made the allegation that you are connected to the Iranian regime, or you have abused your position in the UN to funnel funds to the Iranian regime. I simply do not have any information on that. However, it is an established fact that the Iranian regime has developed a "web of influence" in the West to promote Tehran friendly policies. Some of your activities give the appearance that you are connected to this web, and with respect to your UN position, it has the appearance of potential conflict of interest. In light of well known Iranian regime's "check book politics" particularly in relation to many African countries, this becomes even a more sensitive issue. If in fact such conflict of interest exists, and if it was declared to the United Nations and was appropriately managed, then your explanations will be most welcomed and will be prominently placed on my website. Denying the right of the public to question such conflict of interest, and their demand for transparency, particularly when it is in the form of threatening legal action, is disturbing.

The followings are indications that give the appearance that you are connected to Tehran's web of influence and therefore at a conflict of interest position in the UN. Your clarifying responses to these are most welcome.

1- Your Tehran based partner Siamak Namazi has unequivocally advocated finding or placing prominent Iranians inside the UN to influence the decision making process. He asserted that such influential people are more efficient than any formal lobby. Baquer Namazi, Siamak Namazi's father has been an influential figure inside the UN. Your sister Gelareh Mostashari is a well placed consultant in the UN. Would you agree with me that this strategic grouping warrants a close watch and scrutiny of the media observers?

2- You are co-founder and a key executive of I-Aim. The goals of this organization are strikingly in line with the declared strategies of Tehran's rulers. One of your key collaborating organizations is "Industrial Management Institute (IMI)". The managing director of IMI is Daoud Mesgarian Haghighi, a high government official. Many other managers and VIPs of this organization are government officials or well connected individuals. IMI lists

UNDP as a close collaborating organization. Doesn't so much coincidence make you nervous?

3- A key figure in I-AIM is your partner Siamak Namazi. He is the managing director of Atieh Bahar Company. His company is also collaborating with I-AIM. Do you believe that Atieh, with its multiple ties to and partnerships with the Iranian regime, is a private sector company? I have detailed this company's relations and partnerships with the inner circle of the Iranian economic power centers. I invite you to critique my writings on this issue. If you so wish, I can provide you with ample additional information.

4- Is it accidental that among all Iranian consulting companies, the UNDP has chosen Atieh Bahar, (as listed by Atieh Bahar on their web site) managed by your partner Siamak Namazi?

   Is it also accidental that a large number of UN collaborators in Tehran are connected to the Namazi family's circle? Among them, I can name Alirza Omidvar and Yasser Salimi Namin, who both worked for Atieh Bahar and UN offices.

5- In June 2007, your organization held an important workshop in Tehran. One of the key speakers was Abbas Maleki. He is an important Iranian official and advisor to the Supreme Leader. Was Maleki's invitation accidental? You are certainly familiar with his close relation with Bijan Khajehpour (Atieh Bahar's chairman).

6- Does your organization have any arrangements with the Iranian government? It is hard to believe that a private organization which many of its principals live abroad, freely and with no supervision establishes relations between Iranian expatriates and leaders of private industry in Iran. How can your firm enjoy such trust and freedom while the impression that the rest of the world has from the Iranian government is otherwise.

   To understand how the Iranian regime is monitoring, organizing and controlling the issue of Iranian expatriates, I give you the example of someone close to you, Baquer Namazi and his false flag NGO called Hamyaran. Below is the report of their meeting with the Iranian government officials:

   > *"March 16, 2002*
   >
   > *A luncheon meeting was held at the ministry of foreign affairs to discuss the issues related to the role of Iranian Expatriates in the sustainable development process of Iran.*
   >
   > *Representatives of four entities reviewed the grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process.*
   >
   > *An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs both domestic and abroad."*

7- You founded the Iranian study group at MIT and organized a dozen lecture events. Two times (8.4.2007 and 1.2.2007) Abbas Maleki was the only speaker. Is this choice of inviting an Iranian official accidental? A week ago,

the Iranian newspaper Sharvand Emrooz, published an interview with Abbas Maleki. The journal introduced him as follows: *"Maleki is a prominent and very sophisticated Iranian diplomat who has always been active behind the scene. In English language press he is considered as a lobbyist for the Iranian regime."*

I understand that the mere assumption of having any relation with the Iranian brutal regime is tarnishing and negative. By no means have I intended to tarnish any person's reputation. However, our nation has suffered too much to remain silent to questionable situations and connections that would sink it further in misery. There are simply too many coincident in your connection to the regime's web of influence to be silent about. Some are listed above and more wait to be said.

I welcome your help in clarifying these and look forward to hearing from you. I deeply respect my readers and will post your comments, response or critique on my website for them to judge.

Respectfully, Hassan Daioleslam