# EXHIBIT Q

<u>Q-1</u>

**From:**          Hooman Bakhtiar [hbakhtiar@voanews.com]
**Sent:**          Tuesday, June 19, 2007 3:43 PM
**To:**            Babak Talebi
**Subject:**       Re: Update...

Babak,
I told you of our upcoming interview with Mr. Dai when we spoke last
week and you told me to send an e-mail to Dr. Parsi to see if anyone
from NIAC would like to participate in this discussion. I did this, but
I  have not heard anything from him or anyone else at NIAC.  If Dr.
Parsi doesn't want NIAC to take part, then Mr. Dai will have the entire
60 minutes to himself without anyone from your side to defend your work
on behalf of Iranian-Americans.

We are going to mention in the Roundtable that we invited someone from
NIAC but they declined our invitation.  I leave it up to you to figure
out whether it's to your advantage to participate or be absent in the
debate.

Best wishes,
Hooman Bakhtiar

Babak Talebi wrote:

>Hooman,
>
>This is the first I'm hearing about the debate on the 7th, and I do not
>know the details.  Also, if you do not mind, please forward invitations
>for NIAC's participation in VOA programs and events directly to Dr.
>Parsi as he approves those decisions.
>
>Let me know if you need his email again.
>
>Best of luck,
>
>Regards,
>
>Babak Talebi
>(202) 460-5680 Cell
>(202) 719-8076 Office
>(202) 719-8097 Fax
>
>National Iranian American Council (c/o OAI)
>2801 M Street, NW
>Washington, DC 20007
>Web: www.niacouncil.org
>"Promoting Iranian American Participation In American Civic Life"
>
>
>
>-----Original Message-----
>From: Hooman Bakhtiar [mailto:hbakhtiar@voanews.com]
>Sent: Tuesday, June 19, 2007 3:17 PM
>To: Babak Talebi

1

```
>Subject: Update...
>
>Babak jan,
>Salaam.  Wanted to know if you have any updates for me so far as NIAC's
>participation in the debate we are planning to have on July 7.  Please
>keep me posted.
>Hooman Bakhtiar
>
>
>
>*******************
>
>CONFIDENTIALITY NOTICE: This e-mail transmission and any documents files or previous e-mail
messages attached to it may contain proprietary confidential information that is legally
privileged.  If you are not the intended recipient or a person responsible for delivering it
to the intended recipient you are hereby notified that any disclosure copying distribution or
use of any of the information contained in or attached to this message is prohibited.  If you
have received this transmission in error please immediately destroy the original transmission
and its attachments without reading them or saving them to any medium.
>
>
```

<u>Q-2</u>

# In Search of Truth

Reports on Mullah
Editor: Hassan Daioleslam

HOME  ARTICLES  INTERVIEWS  JOURNAL  SEARCH  ARCHIVES  CONTACT  ABOUT US  فارسی    Wednesday 9 November 2011

## ARTICLES

- Takeyh-Maloney's Report on Iran: Old Demands, New Arguments
  Hassan Dai

- Did NIAC defraud the Congressional fund?
  Report on NIAC-NED relation
  Hassan Dai

- NIAC's internal documents, Series 5, Part 2
  How did NIAC spend the Congressional Funds?
  Hassan Dai

- NIAC's internal documents, Series one
  Lobby organization: IIC
  Hassan Dai

- NIAC's internal documents (Series 5)
  Funding from NED and EF
  Hassan Dai

- NIAC's internal Documents-Series four
  Parsi's communications with M. Javad Zarif in 2006-2007
  Hassan Dai

- NIAC's internal document-Series three
  Trita Parsi's collaboration with Siamak Namazi
  Hassan Dai

- NIAC's internal documents-Series two
  Trita Parsi: 2001-2002
  Hassan Dai

- The Iranian revolt and the role of pro- appeasement lobby in the US
  Hassan Dai

- Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

- Twelve years of pro-Tehran lobby
  Hassan Dai

- Iran: America's Sophie's choice
  Hassan Dai

- Iranian regime's web of influence
  A money trail
  Hassan Dai

- Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

- Flirting with the Mullahs
  Mohammad Parvin and Hassan Daioleslam

- The Iranian Web of Influence in the United States  Hassan Dai

- Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

- Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
  Hassan Dai

- Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

- The Iranian Lobby and the Israeli Decoy  Hassan Dai

- An Iranian Embassy in Boston

- Return from Paradise in the Left Lane  Hassan Dai

- Congressman Kucinich Must Find a Better Role Model than Bob Ney

## Iran's Oil Mafia: Penetrating the US Political System

[ARTICLES] [25 Jun 2008]
Hassan Dai
Source [www.iranianlobby.com]

Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman from 1995 until November 3, 2006. On October 13, 2006 Ney pled guilty[1] to charges of conspiracy and making false statements in relation to the Jack Abramoff lobbying and bribery scandal. Ney reportedly received bribes from Abramoff, other lobbyists, and two foreign businessmen – a felon and an arms dealer – in exchange for using his position to advance their interests. Conspicuously missing from this dossier of disservice to the country is Ney's masterful creation of an active and disguised Washington-based lobbying enterprise for the Iranian theocratic regime, The National Iranian-American Council (NIAC). NIAC is an effective node of Tehran's comprehensive US lobbying web. This article will address the creation of NIAC, the motives underlying its formation, NIAC's manifesto, Tehran's role, NIAC's connection to Iran's oil mafia, and NIAC attempts to penetrate the US political system.

**Creation of NIAC**
The main actors behind the creation of the National Iranian-American Council (NIAC) were four non Iranian-Americans: Roy Coffee, Dave DiStefano, Bob Ney and Trita Parsi. Coffee and DiStefano, both Washington lobbyists, were investigated by the Justice Department for arranging a trip for Bob Ney to meet a known felon and a Syrian arms dealer in an effort to circumvent sanctions to sell US-made airplane parts to Tehran.[2]
Roy Coffee sent a letter to the *Dallas Morning News* in February 2006 to justify his relationship with the two London-based felons. Part of the letter discussed the creation of NIAC in 2002. In this letter, Coffee described the events following the meeting of his former classmate Darius Baghai (who had just returned from Iran) with Bob Ney:[3]

> From that meeting, Darius, Dave and I began to work with Trita Parsi, another Iranian, to try to form a political action committee of Iranian-Americans to pursue a strategy of normalization of relations between the two countries. The 4 of us worked very hard for about 9 months to form this committee.

Trita Parsi at the time was a Swedish-Iranian graduate student in his early twenties with ties to Iran's ambassador in Sweden.[4] He was working part-time as a Congressional aid in Ney's office in Washington on a temporary visa. Parsi was subsequently appointed president of NIAC. Should we believe that one of the most expensive lobbying teams in the US, one of the most corrupt lawmakers in Washington and a Congressional aid in his office, none of them Iranian-American, worked hard for nine months out of their humanitarian concern for the Iranian people?

**The New Lobby**
In the 1990's, the American-Iranian Council (AIC), with backing from multinational oil companies, was a front for the Iran's lobbying efforts in the US. Houshang Amir-Ahmadi served as its president. Amirahmadi has been an active pro-Tehran player in the US since the early 1980s. While residing in the US, he was also a presidential candidate in Iran's elections. He officially collaborated with different Iranian institutions and notably the foreign ministry.[5]
In 1999 and 2000 Trita Parsi was closely working with Amirahmadi and was well positioned in the leadership of AIC.[6,7]
In 2001, the pro-Iran lobby in the United States became intensely active to prevent the renewal of the Iran Libya Sanctions Act (ILSA), and to improve US-Iran relations. Despite extraordinary pressure from the lobby, ILSA passed overwhelmingly.
Prior to his imprisonment, Bob Ney, in November 2004, was Tehran's dogged warrior in Washington as he relentlessly led Congressional efforts to end ILSA and initiate Tehran-friendly policies. Ney, disappointed and angered by the ILSA vote, began to plan for the next battle of the war.

> The ILSA vote doesn't look very promising, but that doesn't mean the struggle should stop on this entire issue. It is a matter of education and re-education and people getting together and forming a citizen's lobby to make sure that members of Congress and their offices are educated on this issue.
> – Speech to AIC, June 2001,[8] (Emphasis added).

While Ney was hard at work "forming a citizen's lobby," Trita Parsi claimed that the majority of lawmakers voted against their true wills. In a tone apologetic to Tehran, he expressed his hope that the Iranian regime understood that he and his colleagues had worked hard to prevent this result:

> Hopefully, Tehran will recognize that an honest attempt was made to defeat or at least weaken the sanctions. The call for a review and Speaker Hastert's pledge to insist on Congressional action based on the review must also be interpreted by Tehran as a step in the right direction.
> – IranAnalysis, July 2001, Peyvand' Iran News.[9]

Their failure to block the renewal of ILSA marked the start of a new era for the pro-Iran lobby in the United States. The lobbyists recognized that they must broadly reach out to Iranian-Americans. Iran became directly involved in creating, organizing and implementing a far-reaching lobbying campaign in the US, fundamentally different in its organization, which targeted the strategic needs of Tehran's rulers. The creation of NIAC as the main executer of this new endeavor had been meticulously planned since the late 1990s. Parsi stepped down from the board of directors of the AIC. An influential US Congressman and a posh Washington lobbyist came to Tehran's help to create NIAC. An unknown Iranian Swedish student was selected to serve as president of this new organization.
Trita Parsi was the regime's trusted man within the new network. Tehran's faith in Parsi was so profound that in 2003 when Iran decided to send a highly secret proposal for negotiations to the White House, Parsi was called on to arrange the delivery of the message through Bob Ney to Karl Rove. Parsi admitted that "he was the point person for Ney in helping to manage this issue."[10]

**Trita Parsi and the Regime's Inner Circle**
During the eight years of Rafsanjani's presidency, which ended in 1997, the Iranian regime had attempted without success to attract the Iranian Diaspora to its cause. Khatami's presidency recharged Tehran's efforts. With the Supreme Leader's direct involvement, the High Council for Iranian Compatriots Overseas was created in 2000 under the auspices of the Foreign Ministry. The President heads the Council, and the Foreign Minister serves as its deputy director. The Ministry of Intelligence and the Ministry of Culture and Islamic Guidance collaborate to implement the decisions of the council. The objective was to create a network of organizations to infiltrate and seemingly represent the Iranian community abroad, and promote policies favorable to the Iranian government. Tehran anticipated that this strategy would neutralize opposition activities abroad and legitimize the new lobby.
In a very interesting interview in 2006, Sadegh Kharazi, the Iranian diplomat behind the 2003 grand bargain proposal, explained the nature of an Iranian desired lobby in US, which according to him, should not have the Iranian state label on it but the authorities could assist and direct it. During his interview and in order to explain such lobby, he brings the example of Trita Parsi's effort to defend the Persian Gulf name. Kharazi admitted clearly that: "there is actually an existing Iranian lobby in US."[11]
State-sanctioned Iranian newspapers have always promoted Trita Parsi and NIAC. The former head of the Iran interest in Washington, Ambassador Faramarze Fathnejad, was thrilled about Trita Parsi's efforts and NIAC, highlighting[12] "the importance of relations with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts." The Iran Ambassador even claimed 20,000 members for NIAC (while only 150 is claimed by NIAC itself)!
The most interesting element is an editorial by the state controlled news outlet "Aftab" which in 2006 posted an article about the Iranian nuclear issue. Next to Trita Parsi's photo was "The Iranian lobby becomes active" and it explained the role of Iranian American lobby to support the regime's nuclear policy.[13]
But token rhetorical support would not alone sustain an inexperienced graduate student and a corrupt Washington politician into a lobbying enterprise. Entities with ample financial resources and direct access to Iran's top leaders had to enter the scene. Understanding the NIAC's activities in the US necessitates familiarity with Trita Parsi's main partner in Iran, Siamak Namazi, and the most important figures of this new lobbying enterprise and a prominent member of the Iranian oil mafia.
Namazi, along with his sister Pari and brother Babak, control the Atieh enterprise[14] in Iran and its three sister companies Atieh Roshan, Atieh Bahar and Atieh Associates, as well as numerous other direct and indirect partnerships, including[15] Azar Energy, Menas companies in England, Atieh Dadeh Pardaz, FTZ Corporate services and MES Middle East Strategies. Particularly noteworthy is the fact that Baquer Namazi[16] (the father) is the Chairman of Hamyaran, an umbrella organization for the NGOs in Iran – a man of considerable influence in the internal and foreign affairs of the country.
Atieh claims to be a "... fully private strategic consulting firm that assists companies to better understand the Iranian market, develop business and stay

Hassan Dai

® Ayatollahs' Lobby In Washington
Offering Human Rights as a
Negotiating Item   Hassan Dai
more ...

ahead of competition." People familiar with the oil industry in Iran know what this description is code for. In reality, Atieh is notorious for being a conduit for racketeering, bribery and money laundering, mainly for corrupt Iranian rulers. Atieh's customers include the foreign corporations who wish to do business in Iran and find no choice but to bribe officials. One of their fiascos involved Norway's Statoil,[17] a customer of Atieh Bahar.[18] Their bribery of Iranian officials through consultants was exposed by the US Securities and Exchange Commission and the Department of Justice. A number of high officials in the company were fired and the company had to pay tens of millions of dollars in penalties to the US and Norwegian governments for "payments to an Iranian official in 2002 and 2003 in order to induce him to use his influence to obtain the award to Statoil of a contract to develop phases 6, 7 and 8 of the Iranian South Pars gas field."

The most recent debacle of Atieh enterprise was in March of 2007, when the CEO of the French oil company Total SA[19] was charged for bribery of Iranian high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

Tehran's trust in Namazi is elucidated by the fact that his enterprise provides the network and computer services for almost all Iranian banks, parliament, and other important institutions. Namazi's groups monitor[20] nearly all Iranian economic or political activities and have access to the country's most sensitive data. This is a clear indication of his prominent place inside the inner circle of power in Tehran.

While representing Tehran, Namazi, disguised as a scholar,[21, 22] travels to the US to seemingly pursue academic activities through think-tanks close to the Iranian regime. This link between the Iranian oil Mafia and "scholarly" pursuits in the US is hardly isolated. Three former Iranian deputy foreign ministers currently live in Boston posing as "scholars:" Mohammad Mahallati[23] who was also the Iranian ambassador to the UN in the late 1980s, Farhad Atai and, Abbas Maleki.[24] In addition to his diplomatic past, Maleki has been one of the most important figures within the Iranian oil Mafia.

Trita Parsi and Namazi worked very closely on developing the details of the grand plan of forming an Iranian-American "Citizen's Lobby" in the US. They traveled to Iran together.[25] They organized joint conferences and meetings, launched lobbying projects and wrote joint papers.
**The Roadmap**
In 1999, Parsi and Namazi presented a joint paper titled, "Iranian-Americans: The bridge between two nations," at the DAPIA conference organized by the Iranian government in Cypress.[26] This report comprises the manifesto and roadmap of the new Iranian lobby in the US. In this paper, the authors suggest that: "an Iranian-American lobby is needed in order to create a balance between the competing Middle Eastern lobbies. Without it, Iran-bashing may become popular in Congress again." The "competing lobby" was AIPAC (American Israeli Public Affairs Committee). The pillars of the road map were:
• To have the appearance of a citizen's lobby.
• To mimic the Jewish lobby in the US.
• To impede Iranian opposition activities.
• To break the taboo of working with Iran's cleric rulers for the Iranian Diaspora
• To infiltrate the US political system.
• To improve the image of the Iran's government abroad.
In their report, Namazi and Parsi admitted that the Iranian community by large rejects the clerical regime and there is no hope that this community will help a pro-regime lobby in the US.

> This group's (Iranian Americans) role has not been utilized anywhere close to its potential, however, for several reasons. A good portion of them were against the IRI (Islamic Republic of Iran), therefore would not do anything to help.
> The point is, the said group (Iranian Americans) was not about to form a lobby group that would benefit the establishment in Tehran, or benefit the Iranian-Americans themselves as a community, nor was it for the most part interested in forming a pressure group against the Islamic Republic.

This was also underlined by Roy Coffee, one of the NIAC's founders:[27]
> We (NIAC founders) found that most Iranians do not want to get involved in politics because of their experiences in Iran during and after the revolution. They have come to this country to make a better life for themselves and their children and don't want to get involved.

The lack of genuine participation from the Iranian-American community in this lobby has been overcome with a sophisticated machine of professional lobbyists and "friendly" circles that favor a rapprochement with the Iranian regime.
**Tehran's Advice: Mimic Jewish Lobby in Washington**
One of the hallmarks of the new lobby was its desire to rival the "Israeli Lobby" in the United States. This aspiration was so strong that an organization[28] was created and called IAPAC (Iranian American Political Action Committee) as compared with AIPAC (American Israeli Public Affairs Committee). Three of IAPAC's board members came from the AIC's leadership.[29]
In their 1999 DAPIA paper, Parsi and Namazi analyzed at length the techniques used by AIPAC, and suggested that the same approach should be taken to create an Iranian lobby in Washington:
> Creating similar types of seminars and intern opportunities to Iranian-American youth may not improve Iran-US relations in the short run, but it will help integrate the Iranian-American community into the political life of America. In the long run, a strong and active Iranian- American lobby, partly established through these seminars and by the participants of these programs, may serve to ensure that the US and Iran never find themselves in violent opposition to each other again.
Trita Parsi has been reciting this comparison to the Israeli lobby since the late 1990's, about the time that the High Council was formed. At the beginning his tone was more contentious and resembled the mullah's usual rhetoric. While he has toned down his anti-Israeli remarks in his English communiqués, the governmental newspaper Aftab published on December 28, 2006 an interview with Trita Parsi.[30] In his introduction, the reporter underlined the role of Parsi's lobby on behalf of the Iranian regime. The article's title is interesting: "The Iranian Lobby Becomes Active." Translation:
> The conflict between Iran and the West on Iran's nuclear file has entered a critical state. The government must now utilize all the possible resources to defend the national interest. In this, we have not paid enough attention to the potentially significant influence of the Iranian American society in moderating the extremist policies of the White House. In comparison of this untouched potential to the influence of the Jewish lobby in directing the policies of Washington in supporting Israel, we see the difference between what is and what could be.
In coordination with Trita Parsi, Siamak Namazi also started singing the same songs:[31]
> I propose that we should start showing up to the leadership training seminars and other events organized by the American-Israeli Political Action Committee (AIPAC) for their youth. Not only will this create an opportunity to learn the fine skills of community organization and grassroots lobbying, but it also takes away from AIPAC's ability to spread misinformation about Iran through a deliberate campaign to further its own political agenda.
**Not Lobbyists?**
As Ney's criminal bribery and lobbying fiasco became more public, NIAC's president Trita Parsi attempted to deny the lobbying nature of NIAC. NIAC was not registered as a lobbying organization, and lobbying activities would have been illegal. Furthermore, being lobbied by a former aid would have added to Ney's already complicated and ugly situation and impede Parsi's career in Washington! Therefore in an interview with Washington Prism in 2005, Parsi in response to a direct question asking whether his group lobbies the US congress, declared:[32]
> Our group does not do any lobbying at all. We do not contact the Congressmen to support or oppose a bill.
Reality exposes the falsehood of Parsi's claim. NIAC has strived to penetrate the US political system as per the 1999 roadmap by Namazi and Parsi.
NIAC's actions lucidly reveal the nature of the organization. The Washington Post reported on June 25, 2006:[33]
> The NIAC helped persuade a dozen conservative House members to sign a letter to President Bush earlier this month calling for unconditional negotiations with Iran's regime.
The external communications of Parsi and other NIAC leaders shed further light on NIAC's lobbying activities.[34, 35, 36]
Bob Ney, Roy Coffee, and Dave DiStefano arranged numerous workshops, training classes, seminars and speeches in which they themselves and others with experience prepared members and affiliates of NIAC to lobby and influence Congress. Parsi, Namazi and Ney organized public gatherings and discrete and exclusive fundraiser events (with $1,000 plates). They developed training manuals on lobbying.
NIAC itself admits that,[34] "In 2002, Congressman Ney benefited from letters sent by Iranian-Americans through NIAC's Legislative Action Center in support of his resolution on US-Iran relations."
**Infiltrating Congress**
Trita Parsi, Namazi and company fully intended to infiltrate the US Congress. Its methods included both engaging unsuspecting Iranian-Americans working in various Congressional offices and recruiting and placing young Iranian-Americans to serve as interns or pages in these offices by offering room, board and financial incentives. NIAC's website brags of success stories in this venture. The young Iranian-American Press Secretary for Rep. Marcy Kaptur is drafted to help in improving the lobbying skills of NIAC members and affiliates. An Iranian-American student at the University of Minnesota receives a financial scholarship in his senior year and becomes an intern in Senator Norm Coleman's (R-MN) Washington office.[37] Another intern, a graduate of the University of South Florida, is placed in Congressman Jim Davis' (D-FL) Washington, D.C. office. Expanding the operation to penetrate the US political system, NIAC has now formally implemented a paid trainee program and is actively in search for unwary Iranian- American youth.
**Conclusion**
Since the early 1990's, Tehran has embarked on developing a sophisticated lobby enterprise in the United States. Iran's government has devoted significant manpower and financial resources to this cause. This lobbying enterprise consists of a complex, convoluted and intermingled web of entities and organizations with significant overlap of leadership and rank and file, and heavy involvement of the notoriously mafia-like inner circles of the Iranian regime. Disguised as scholars, many of the former Iranian government officials reside in the US and constitute an important piece of the lobbying

machine. NIAC and its major figures, such as Bob Ney and Trita Parsi, are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends.

PS:
There is confusion about the role that Coffee, Ney, Disteffano and Baghai played in the creation of NIAC. There is a clear contradiction between NIAC's story and Coffee's letter. here is NIAC's response to my claims:

*"Mr. Daioleslam's article is full of fiction, misquotations and fabrications. It makes the spurious and unfounded claim that NIAC was founded by Roy Coffee, Dave DiStefano, Representative Bob Ney, and Trita Parsi as a lobbying organization for the Islamic Republic of Iran. In addition, the Daioeslam article incorrectly and without any responsible corroboration states that Darius Baghai, an Attorney, was a founding member NIAC. Mr. Baghai has has never participated in any of NIAC's events. On the contrary, NIAC was founded in early 2002 by Alex Patico, Trita Parsi, Babak Talebi, and Farzin Ilich as a 501 c (3) non-profit education organization with the express mission to promote Iranian-American civic participation. Neither Mr. Coffee, Mr. DiStefano, Mr. Baghai, nor Representative Ney had any involvement in NIAC's inception. In addition, NIAC has no ties whatsoever to the government in Iran. Years ago, Roy Coffee, Darius Baghai and Dave DiStefano, independent of NIAC, were briefly involved in trying to create an Iranian-American lobby group whose focus was on improving the image of Iranian-Americans in the United States, as well as highlight issues such as easing visa restrictions, promoting cultural ties, and preventing discrimination against Iranian Americans living in the U.S. In fact, that non-partisan lobbying group was mandated to only deal with domestic U.S. issues and take no position or involvement in U.S foreign policy concerning Iran. Mr. Daioleslam has mischaracterized the mission of this group and confused it with NIAC without ever contacting any of the people actually involved. This can only be characterized as poor and unethical journalism."*

To read NIAC's response, go to: http://www.niacouncil.org/index.php?
Itemid=59&id=744&option=com_content&task=view

Endnotes
1.       DOJ's document, September 15, 2006 http://www.usdoj.gov/opa/pr/2006/September/06_crm_626.html
Kiel, P. "Ney Faces Possible 2 Years Plus in Prison."
http://www.tpmmuckraker.com/archives/001532.php (09-15-2006).
2.       Dallas Morning News, January 24, 2006 http://www.dallasnews.com/sharedcontent/dws/dn/latestnews/stories/012506dnmetlobbyists.122fa520.html
3.       RE: A LAWYER IN TROUBLE. Front Burner. (February 1, 2006). http://frontburner.dmagazine.com/archives/013069.html
4. Dialog between Iranian Ambassador and Iranian exiles in Sweden.
http://www.payand.com/news/00/mar/1050.html (03/13/00).
For more information, seethe exhibit One about trita Parsi at http://www.iranian-americans.com/Document1-Parai.pdf
5. Dariush Sadjadi: http://www.sekhan.info/Farsi/Shabgard.htm
For more information about AIC and its president H. Amirahmadi, see following links:
http://www.amirahmadi.org/Letters/VITAE2005.pdf
http://www.american-iranian.org/aboutus/groupbylaw.pdf
http://www.american-iranian.org/home.php?main=3&subs=14
6. "The Iranian Presidential Elections and Its Implications for US-Iran Relations."
http://payvand.com/news/01/jun/1009.html (6/4/01).
7. Javid, J. "Act as a community."
http://www.iranian.com/Opinion/2002/May/Group/ (ed. Iranian, T.) (May 10, 2002).
8. AIC UPDATE - Vol. 2, No. 20:
http://www.american-iranian.org/pubs/aicupdate/05262005.html (May 2005).
9. IIC's statement about ILSA vote: Payvand News, http://www.payvand.com/news/01/jul/1161.html
10. See Steve Clemons, Huffington Post 2.17.2007 at http://www.huffingtonpost.com/steve-clemons/what-did-rove-do-with-200_b_41472.html
11. S. Kharazi, Shargh Newspaper, Tehran, May 28, 2006
12. Gh. Fathnejad meets with TopIranian organization, Tehran September 9, 2006 http://www.topiranian.com/ngu/archives/009103.html.
13. - Aftab newspaper and Parsi's lobby 12.28.2006 http://www.aftabnews.ir/vdcqpq3hqqp.html

14 and 15-  For a complete review of Namazi and Atieh Bahar see the exhibit 3 and 4 at:
http://www.iranian-americans.com/AtiehBahar-3.pdf
http://www.iranian-americans.com/AtiehBahar-4.pdf
16. B. Namazi at Woodrow Wilson, http://www.wilsoncenter.org/index.cfm?fuseaction=events.event_summary&event_id=152278.
See the exhibit 2 about Namazi and Hamyaran at http://www.iranian-americans.com/Document2-Hamyaran.pdf
17. See the DOJ document on Statoil 10.13.2006 at http://www.usdoj.gov/usao/nys/pressreleases/October06/statoildeferredprosecutionagreement.pdf
18. PIERRE-ANTOINE SOUCHARD, A. "Total CEO held for questioning over company's Iran activities." (March 21st, 2007).
http://www.theglobeandmail.com/servlet/story/RTGAM.20070321.wtotal0321/BNStory/Business/?page=rss&id=RTGAM.20070321.wtotal0321
19. Woodrow Wilson Center http://www.wilsoncenter.org/index.cfm?topic_id=1426&fuseaction=topics.profile&person_id=137618#Education.
22. National Endowment for Democracy.
http://www.ned.org/forum/past.html.
23. Ilex Foundation, http://ilexfoundation.org/.
24. Abbas Maleki fellow at Belfer Center of Harvard:
http://belfercenter.ksg.harvard.edu/experts/878/abbas_maleki.html
25. Namazi and Parsi pictures in their joint Iran trip are on Iranian.com:
http://www.iranian.com/SiamakNamazi/2001/August/Water/index.html.
26. Namazi, S. & Parsi, T. "Iran-Americans: The bridge between two nations," in DAPIA Conference (Cyprus, November 1999).
http://www.wings.buffalo.edu/provost/asia/content/namerians.PDF
27. Roy Coffee's letter: A LAWYER IN TROUBLE. Front Burner. (February 1, 2006). http://frontburner.dmagazine.com/archives/013069.html
28. Iranian American Political Action Committee http://www.iranianamericanpac.org/.
29. Hassan Namzi, Faraj Alaei and Ghahari http://www.iranianamericanpac.org/leadership/en.shtml.
30. "The Iranian Lobby Becomes Active." Aftab Newspaper (December 28, 2006).
http://www.aftabnews.ir/vdcqpq3hqqp.html
31. Namazi, S. If Mahdi doesn't come. At Iranian.com. November 9, 1998
32. Babak Yektafar, Washington Prism (2005). http://english.washingtonprism.org/showarticle.cfm?id=50
33. "Iran on the Potomac." Washington Post
http://www.washingtonpost.com/wp-dyn/content/article/2006/06/23/AR2006062301345_pf.html(June 25, 2006).
34. NIAC fundraising with Bob Ney, January 30. 2003 http://www.niacouncil.org/index.php?option=com_content&task=view&id=67&Itemid=29
See also the following:
Saaar Dehghan' article NIAC beats AIPAC, Iranian.com, 10.7.2008 http://www.iranian.com/main/2008/niac-beats-aipac
Also see NIAC's article: NIAC Defeats Iran War Resolution, 10.6.2008 http://www.niacouncil.org/index.php?
option=com_content&task=view&id=1245&Itemid=59
See NIAC's lobbying class at:
http://www.niacouncil.org/index.php?option=com_content&task=view&id=64&Itemid=2
http://web.payk.net/mailingl/iran-news/html/2002/msg00572.html
NIAC document on lobbying http://www.niacouncil.org/index.php?option=com_content&task=blogcategory&id=78&Itemid=142

35. Dokhi Fasihian, NIAC's executive director: http://www.solb.no/vhowarticle.asp?adressID=3017
36. Ali Scotin: http://www.payvand.com/news264/apr/1028.html
37: http://www.niacouncil.org/index.php?option=com_content&task=view&id=398&Itemid=2.
NIAC's funded programs at: *http://www.niacouncil.org/index.php?*
*option=com_content&task=view&id=356&Itemid=29*

Source: www.iranianlobby.com

**facebook**

[Post your comment]    [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

* Fareed Zakaria in wonderland
* Appeasement with Iran more harmful than terrorist plot
* State Department: The Side Kick in the NIAC show
* Thieves are welcome
* Trita Parsi and the Iranian Revolutionary Guards: Coordination or Competition?
* How the Iranian regime profited from 9/11
* Mullahs bomb versus my American toothpaste
* US should apply the Syrian sanctions to Iranian regime's leaders
* How to pale Ahmadinejad's anti-Semitism? Ask NIAC director
* The pro-Tehran lobby and its anti-Israeli crusade
* Marketing the Iranian regime's hostage taking
* Iran analysts or pro-Tehran advocates?
* Damascus butcher or Washington's designated reformist
* Iran gives $50 million to Malawi to acquire Uranium
* Airplanes and political influence
* Kucinich's penchant for dictators
* Ray Takey and Suzanne Maloney: Appeasement advocacy at its best
* The green disillusion
* Iran experts return to their favorite game
* NIAC and Toscano's Congressional briefing
* Ray Takey and Suzanne Maloney lament Ahmadinejad's demise
* Takeyh-Maloney's Report on Iran: Old Demands, New Arguments
* Chasing Dennis Ross, the Israeli advocate
* Iranian nuclear defector: A policy failure
* A former Iranian diplomat and terrorist turns to scholar at Princeton
* The pro-engagement lobby and US failure with Iran
* Did NIAC defraud the Congressional fund?
* Did NIAC defraud the Congressional funds?
* Trita Parsi: A Green Resurrection
* NIAC's internal documents, Series 5, Part 2
* NIAC's internal documents-Series one
* NIAC's internal documents (Series 5)
* NIAC's internal Documents- Series four
* NIAC's internal document-Series three
* NIAC's internal documents-Series two
* When Trita Parsi lies
* NIAC's Smoke Screen and Intimidation Campaign
* The Iranian regime's ears in Washington
* Washington Times writes about Trita Parsi and NIAC
* Congressman Kirk's remarks about NIAC
* Gary Sick is angry at Ahmadinejad
* Ray Takeyh will not go to the White House
* The Future of "Iran" Lobby
* The Iranian revolt and the role of pro- appeasement lobby in the US
* Obama' policy toward Iran
* Brzezinski and the Iranian Bomb
* Iranian regime Recycling circus
* Iranian regime, the War in Gaza and Trita Parsi
* Trita Parsi at Rutgers University
* Twelve years of pro-Tehran lobby

* Today's Iran Experts' report was already published in 2007
* Iran s lobby drooling in Washington bazaar
* Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
* Iran: America's Sophie's choice
* Guess who is coming for dinner
* Iranian regime's web of influence
* Robert Mugabe and the Iranian regime
* How to Deal with the Mullahs
* Confronting Mullahs lobby in court
* Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
* Barbarism in Tehran, Patriotism in Hollywood
* Columbia president honored by Iranians
* Did the NIAC Defraud the National Endowment for Democracy and Congress
* Iran's Lobby in the U.S.
* Flirting with the Mullahs
* Negotiation, the path to war with Iran
* The Iranian Web of Influence in the United States
* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
* Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
* The Iranian Lobby and the Israeli Decoy
* An Iranian Embassy in Boston
* Return from Paradise in the Left Lane
* Congressman Kucinich Must Find a Better Role Model than Bob Ney
* NIE and Iranian internal politics
* Where in the World is the Moderate Ayatollah?
* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©

## Q-3

# In Search of Truth

Reports on Mullahs' lobby in US
Editor: Hassan Daioleslam

## ARTICLES

● Takeyh-Maloney's Report on Iran: Old Demands, New Arguments
Hassan Dai

● Did NIAC defraud the Congressional Fund?
Report on NIAC-NED relation
Hassan Dai

● NIAC's internal documents, Series 5, Part 2
How did NIAC spend the Congressional Funds?
Hassan Dai

● NIAC's internal documents-Series one
Lobby organization: IIC
Hassan Dai

● NIAC's internal documents (Series 5)
Funding from NED and EF
Hassan Dai

● NIAC's internal Documents-Series four
Parsi's communications with M. Javad Zarif in 2006-2007
Hassan Dai

● NIAC's internal document-Series three
Trita Parsi's collaboration with Siamak Namazi
Hassan Dai

● NIAC's internal documents-Series two
Trita Parsi: 2001-2002
Hassan Dai

● The Iranian revolt and the role of pro- appeasement lobby in the US
Hassan Dai

● Iranian regime, the War in Gaza and Trita Parsi  Hassan Dai

● Twelve years of pro-Tehran lobby
Hassan Dai

● Iran: America's Sophie's choice
Hassan Dai

● Iranian regime's web of influence
A money trail
Hassan Dai

● Did the NIAC Defraud the National Endowment for Democracy and Congress  Hassan Dai

● Flirting with the Mullahs
Mohammad Parvin and Hassan Daioleslam

● The Iranian Web of Influence in the United States  Hassan Dai

● Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers  Hassan Dai

● Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
Hassan Dai

● Iran's Oil Mafia: Penetrating the US Political System  Hassan Dai

● The Iranian Lobby and the Israeli Decoy  Hassan Dai

● An Iranian Embassy in Boston
Hassan Dai

● Return from Paradise in the Left Lane  Hassan Dai

● Congressman Kucinich Must Find a Better Role Model than Bob Ney

## Twelve years of pro-Tehran lobby

[ARTICLES] |05 Jan 2009|
Hassan Dai
Source: [www.iranianlobby.com]

A few weeks ago, on November 18th, the National American Council (NIAC) held a conference in the Hart Senate building. A group of lawmakers, former diplomats and Iran experts gathered to indirectly advise the President elect Obama on how to deal with Iran. Or, how to reduce the pressure of the Iranian regime and augment the incentives.[1] The moderator of the event was Trita Parsi, the president of NIAC.



In the process of preparing for the meeting a group of 21 self-proclaimed foreign policy "experts" issued a report[2] titled "Joint Experts' Statement on Iran" which according to them was "*the product of a large group of experts with diverse knowledge, experience and affiliations.*" Surprisingly, the lion's share of this report was published one year ago by Trita Parsi as the sole author.[3]

It is hard to explain how an old report is being recycled by such a prominent group of "Iran experts" and presented as a hot-out-of-oven roadmap for the new President. This puzzling "coincidence" is yet another loop in a chain of coincidental events that has made Trita Parsi the leading light of some influential Iran related circles in Washington. A few more examples of the windfall of divine fortune for Mr. Parsi are listed below.

· In 1997, Parsi, a young student living in Sweden, decided to found a small lobby group and combat the US economic sanctions against Iran.[4] In his early 20s, he became advisor to Bob Ney, an influential Republican congressman from Ohio.[5] This collaboration lasted 10 years until Ney was sent to prison on corruption-related charges (some related to accepting bribes to create loopholes for Iran to buy American aircrafts).[6]

· In 2001, Parsi came to the US and within a few months became the Director of development in the American Iranian Council (AIC).[7] This powerful organization was advocating improved relation with the Iranian regime. AIC's board of directors included a former undersecretary of State, U.S. Senators, Iran experts and representatives of major US oil corporations.[8] For a young Iranian who had freshly arrived in Washington, it was quite a success.



· Parsi did not stop here. He decided to found his own organization in 2002 and set up the National Iranian American Council (NIAC).[5][9] Here too, the success story is amazing. He inspired so much confidence that less than a month after NIAC was founded, the National Endowment for Democracy gave him a grant. Normally, it takes at least 2 month for NED just to process a grant application, but here the whole process was accomplished in record time. Over the next few years, NED granted him about 200.000$.[9]

· His new organization needed help. Again, the best professionals came to Parsi's rescue. A few months after NIAC was founded, 2 of the best Washington lobbyists, Roy Coffee and David Stefano held a lobbying session in a restaurant for a few NIAC's members.[10]

According to his official bio, Coffee "*was Deputy Campaign Manager for George W. Bush in his successful 1994 race for Governor against incumbent Ann Richards. He then served as the Director of State-Federal Relations in the Governor's office for four years.*"[4][1]

· In 2003, the Iranian regime decided to send a secret offer of "Grand Bargain" to US. The Swiss ambassador in Tehran, Tom Guldiman and an Iranian official wrote the proposal. This affaire was so secret that according to Guldiman; only 4 people were informed in Iran.[12] Guldiman wrote:

"*Kharazi told me that he had two long discussions with the Leader on the roadmap. In those meetings which both lasted two hours, only president Khatami and foreign minister Kamal Kharazi were present. The question is dealt with in high secrecy. Therefore no one else has been informed.*"

But, Guldiman came to Washington and went to Bob Ney's office and gave him a copy and asked him to send it to the White House. Parsi told the Democracy Now journalist that: "*I was an advisor to Bob Ney at the time. And Tim met with Bob and handed over the proposal to him. And Bob afterwards sent it to be hand-delivered to the White House to Karl Rove, and Karl Rove called back within two hours, and they had a brief discussion about the proposal.*"[13]

According to the media, Parsi was personally involved in this dealing "*Parsi admitted that he was the point person for Ney in helping to manage this issue.*" Wrote Steve Clemons.[14] This was an extraordinary privilege. While the Iranian parliament, the Revolutionary Guards, National Security Council, Rafsanjani and ... were not informed about such a historic initiative, Parsi was the fifth Iranian to be involved.

· This exceptional trust was repeated three years later, in 2006, when the situation was worsening for the regime of Tehran. Parsi was once again given a new copy of the 2003 offer and he gave it to the press. No one before him had ever gone public about this affaire, not even in Tehran. Gareth Porter wrote in IPS that: "*Parsi, who provided the document to IPS, says he got it from an Iranian official earlier this year but is not at liberty to reveal the source.*"[15]

· This Iranian regime's trust toward Parsi is so important that on September 19, 2006, ambassador Faramarze Fathnejad , the former head of the Iran Interest section in Washington, went back to Tehran and personally promoted Parsi's position. He met with a semi-governmental organization and underlined "*the importance of relation with Iranian organizations in the U.S. and specially pointed to NIAC and his young leader who is a consultant to CNN and has been very successful in his efforts*"[4][6]

· I was personally unaware of such favorable attitude from Tehran toward Parsi till April 2007 when I wrote my first article about him and NIAC. I did not expect that several government related newspapers would come to defend Parsi and attack me. One of them called NIAC the "Iranian lobby in Washington".[17]

· When in 2006 Parsi defended his doctorate, he was assisted by highest US politicians and visionaries. He wrote his Doctoral thesis on US-Israeli-Iranian relations under Professor Francis Fukuyama and Dr. Zbigniew Brzezinski, President Carter's National Security advisor.[18]

Hassan Dai

® Ayatollahs' Lobby In Washington
Offering Human Rights as a
Negotiating Item   Hassan Dai

more ...

· In 2007, Parsi published his only book, Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007). The success was again immediate. He was the 2008 Silver Medal Recipient of the Council on Foreign Relations Arthur Ross Book Award.[19]

· In 2008, when US Congress was showing some teeth to the Iranian regime, a number of groups (Peace organizations, Moslem association, Iran experts and former politicians) and individuals came together and founded the "Campaign for new American Policy on Iran".[20] Their campaign was especially intense to fight against the H.R. 362, an advisory resolution which was asking more sanctions on Iran. This resolution which enjoyed a large number of sponsors was finally shelved by the Congress. Again, NIAC and Parsi were on top of this event. According to Sasan Dehghan, a NIAC's prominent member, his group led the lobby efforts. In an epical tone, he compares NIAC to "David" and portrays the Israeli lobby as "Goliath":[21]

**"NIAC beats AIPAC**

*It was David versus Goliath: the classic underdog match up. In the battle over a Congressional resolution calling for war with Iran, the lines were drawn between the smaller grassroots Iranian-American movement (NIAC) on one side and the hawkish American Israel Public Affairs Committee (AIPAC) mega-lobby on the other...*

*Led by the National Iranian American Council (NIAC) and a coalition of peace and security groups, Iranian Americans from around the country called, emailed, wrote, and visited their members of Congress...*

*In the end, the bill was never allowed to be brought up for a vote on the House floor, nor was it even considered by the House Foreign Affairs Committee, thanks to groups like NIAC working behind the scenes with members of Congress to discourage consideration of the bill."*

Here we are. 12 years of exceptional success. Trusted in Tehran and Washington. For my part, I attribute his achievement to the fact that both the Iranian regime and some influential US business interests have found a common ground: combating American sanctions on Iran. Parsi grew in such a fertile land.

He started his career in 1997 when these business interests started their campaign against the sanctions. This campaign needed an "Iranian" touch, an "Iranian" presence. 3 organizations (including Parsi's IIC) were created and the AIC (mentioned earlier) was the biggest one. AIC was mainly funded by Oil corporations.[22] In 1998, Associated Press reporter Josef Federman reported on these new Iranian groups and wrote that:[23]

*"Gary Marfin, Conoco's manager for government affairs, said the company's alliance with Iranian-Americans is part of its general opposition to economic sanctions. Another group, Iranians for International Cooperation, seeks to promote dialogue, cultural exchanges and economic ties between Iran and America. Trita Parsi, a graduate student leads the group from Sweden."*

In 2001, this campaign was intensified to beat the Iran Libya Sanction Act (ILSA). Peter H. Stone worte in National Journal that:[24]

*"Red Cavaney, the president of the American Petroleum Institute and his allies are in the midst of a lobbying campaign aimed at persuading members of Congress and Administration officials to relax sanctions against investments in Iran and. Oil behemoths such as Chevron Corp., Conoco, ExxonMobil Corp., and Phillips Petroleum Co. have been working aggressively alongside big business coalitions, such as USA*Engage, a group of 670 U.S. companies, to fight unilateral sanctions.....*

*For extra help on the issue, oil companies are also banking on a grassroots organization of Iranian-Americans to lend a hand."*

Parsi's merit has been to outperform the 2 other "Iranian" organizations and monopolize the favorable attentions. Recently, the Iranian regime controlled newspaper Aftab published an interview with Trita Parsi and in the introduction, the editor wrote about the creation of these "Iranian" groups in Washington:[25]

*"Houshang Amirahmadi founded his council, The American Iranian Council (AIC) in 1997. In 2001, Trita Parsi, as a young Iranian Swedish came to the U.S. and joined AIC as the managing director. In 2002, he [Parsi] with the support of the Congressman Bob Nay started a new organization called NIAC (National Iranian American Council). Since then Parsi has been able to achieve a superior status than Amirahmadi."*

I believe the streak of Trita Parsi's success has not come without cost. From my view, the cost has been added confusion in the US policy towards Iran, a climate of misinformation and misrepresentation of Iran related facts in the US congress, and empowerment of a web of Iranian influence in America. This in turn has meant more suffering for the Iranian people, higher casualties for the American forces in the region, .and the scary prospect of the nuclear mullahs.

**Notes:**

1- http://www.niacouncil.org/index.php?option=com_content&task=view&id=1279&Itemid=29

2- See the report at http://americanforeignpolicy.org/.

also see: http://www.niacouncil.org/index.php?option=com_content&task=view&id=1279&Itemid=29

3- See Parsi's report at http://www.niacouncil.org/images/PDF_files/seven%20myths%20about%20iran.pdf

I compared the two reports at http://www.americanchronicle.com/articles/81956

4- Parsi's first statement at: http://www.geocities.com/CapitolHill/Lobby/3725/trita.html

5- See parsi'e resume at http://web.archive.org/web/20011120204601/www.geocities.com/tritaparsi/resume.html

6- DoJ's plea agreement with Bob Ney http://www.usdoj.gov/opa/pr/2006/September/06_crm_622.html

7- In addition to his resume, you can also read Parsi's Bio at http://www.iranian.com/Opinion/2002/May/Group/

8- AIC's board: http://www.american-iranian.org/home.php?mains=2&subs=14

9- Read my article about NED's grants to NIAC at (http://www.americanchronicle.com/articles/65425 )

10- See the 2 following links A:http://www.niacouncil.org/index.php?option=com_content&task=view&id=64&Itemid=2

B:http://web.payk.net/mailingLists/iran-news/html/2002/msg00572.html

11- Coffee's bio at: *http://www.lockelord.com/rcoffee/*

12- A copy of Iranian offer and Guldiman's memo is published by Washington Post: http://media.washingtonpost.com/wp-srv/world/documents/us_iran_roadmap.pdf

For a comprehensive study of this affaire, read my article: 2003 Grand Bargain, Secrets, Lies and Manipulation at:
http://www.intellectualconservative.com/2007/12/18/iran%e2%80%99s-2003-grand-bargain-offer-secrets-lies-and-manipulation/

13- Trita Parsi's interview with *Democracy Now*, Feb. 26, 2007:

http://www.democracynow.org/2007/2/26/ex_congressional_aide_karl_rove_personally

14- Steve Clemons, Feb. 17, 2007: http://www.huffingtonpost.com/steve-clemons/what-did-rove-do-with-200_b_41472.html

15- Gareth Porter, IPS, May 24, 2006 http://www.commondreams.org/headlines06/0525-05.htm

16- http://www.topiranian.com/ngo/archives/009103.html

17- See the six following Iranian regime controlled newspapers:

http://www.qudsdaily.com/archive/1386/html/2/1386-02-01/page61.html
http://www.alef.ir/content/view/7756/
http://www.farsnews.com/newstext.php?nn=8601280492
http://www.emammahdi.com/news/matn.asp?sys=110&subof=1&bakhsh=8&NewsID=857
http://old.tebyan.net/teb.aspx?n1d=28205
http://www.javannewspaper.com/1386/860130/world.htm

18- http://www.tritaparsi.com/biography.htm. To see the photos, go to http://www.tritaparsi.com/photos.htm%20photos%2012%20&%2013

19- http://www.tritaparsi.com/biography.htm

20- http://www.newiranpolicy.org/401.html

21- (http://www.iranian.com/main/2008/niac-beats-aipac

22- See AIC's document http://www.american-iranian.org/aboutus/growthplan.pdf

23- http://www.iraniantrade.org/publications/pdetails.asp?ID=32

24- http://www.iraniantrade.org/publications/pdetails.asp?ID=49

25- Aftab, August 5, 2008 http://www.aftabnews.ir/vdcc10q2b0q4m.html

Source: www.iranianlobby.com

facebook

[Post your comment]    [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

* Fareed Zakaria in wonderland
* Appeasement with Iran more harmful than terrorist plot
* State Department: The Side Kick in the NIAC show
* Thieves are welcome
* Trita Parsi and the Iranian Revolutionary Guards: Coordination or Competition?
* How the Iranian regime profited from 9/11
* Mullahs bomb versus my American toothpaste
* US should apply the Syrian sanctions to Iranian regime's leaders
* How to pale Ahmadinejad's anti-Semitism? Ask NIAC director
* The pro-Tehran lobby and its anti-Israeli crusade
* Marketing the Iranian regime's hostage taking
* Iran analysts or pro-Tehran advocates?
* Damascus butcher or Washington's designated reformist
* Iran gives $50 million to Malawi to acquire Uranium
* Airplanes and political influence
* Kucinich's penchant for dictators
* Ray Takey and Suzanne Maloney: Appeasement advocacy at its best
* The green disillusion
* Iran experts return to their favorite game
* NIAC and Toscano's Congressional briefing
* Ray Takey and Suzanne Maloney lament Ahmadinejad's demise
* Takeyh-Maloney's Report on Iran: Old Demands, New Arguments
* Chasing Dennis Ross, the Israeli advocate
* Iranian nuclear defector: A policy failure
* A former Iranian diplomat and terrorist turns to scholar at Princeton
* The pro-engagement lobby and US failure with Iran
* Did NIAC defraud the Congressional fund?

- Did NIAC defraud the Congressional funds?
- Trita Parsi: A Green Resurrection
- NIAC's internal documents, Series 5, Part 2
- NIAC's internal documents-Series one
- NIAC's internal documents (Series 5)
- NIAC's internal Documents- Series four
- NIAC's internal document-Series three
- NIAC's internal documents-Series two
- When Trita Parsi lies
- NIAC's Smoke Screen and Intimidation Campaign
- The Iranian regime's ears in Washington
- Washington Times writes about Trita Parsi and NIAC
- Congressman Kirk's remarks about NIAC
- Gary Sick is angry at Ahmadinejad
- Ray Takeyh will not go to the White House
- The Future of "Iran" Lobby
- The Iranian revolt and the role of pro- appeasement lobby in the US
- Obama' policy toward Iran
- Brzezinski and the Iranian Bomb
- Iranian regime Recycling circus
- Iranian regime, the War in Gaza and Trita Parsi
- Trita Parsi at Rutgers University
- Today's Iran Experts' report was already published in 2007
- Iran s lobby drooling in Washington bazaar
- Iranian-Americans: the key to dismantle the Iranian regime's lobby in the US
- Iran: America's Sophie's choice
- Guess who is coming for dinner
- Iranian regime's web of influence
- Robert Mugabe and the Iranian regime
- How to Deal with the Mullahs
- Confronting Mullahs lobby in court
- Party Animal Iranians Turning Islamic Fanatics: Investigative Reporting de Jour
- Barbarism in Tehran, Patriotism in Hollywood
- Columbia president honored by Iranians
- Did the NIAC Defraud the National Endowment for Democracy and Congress
- Iran's Lobby in the U.S.
- Flirting with the Mullahs
- Negotiation, the path to war with Iran
- The Iranian Web of Influence in the United States
- Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
- Iran's 2003 Grand Bargain Offer: Secrets, Lies, and Manipulation
- Iran's Oil Mafia: Penetrating the US Political System
- The Iranian Lobby and the Israeli Decoy
- An Iranian Embassy in Boston
- Return from Paradise in the Left Lane
- Congressman Kucinich Must Find a Better Role Model than Bob Ney
- NIE and Iranian internal politics
- Where in the World is the Moderate Ayatollah?
- Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item

hassan.dai@yahoo.com

Iranian lobby 2005 ©