# EXHIBIT R

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    ---------------------------------- )

4    TRITA PARSI and                    )

5    NATIONAL IRANIAN AMERICAN COUNCIL, )

6                   Plaintiffs,     ) CASE NUMBER

7           v.                          ) 08 CV 00705

8    DAIOLESLAM SEID HASSAN,            )    (JDB)

9                   Defendant.      )

10   ---------------------------------- )

11

12       Deposition of DEBASHIS AIKAT, Ph.D., a witness

13   herein, called for examination by counsel for

14   Defendant in the above-entitled matter, pursuant to

15   notice, the witness being duly sworn by BESS A.

16   AVERY, RMR, a Notary Public in and for the State of

17   North Carolina, taken at The Umstead Hotel and Spa,

18   100 Woodland Pond Drive, Cary, North Carolina 27513,

19   commencing at 8:43 a.m., Wednesday, January 5,

20   2011, and the proceedings being taken down by

21   Stenotype by BESS A. AVERY, RMR, and transcribed

22   under her direction.

```
1                 A P P E A R A N C E S

2        ON BEHALF OF THE PLAINTIFF:

3              ADRIAN V. NELSON, II, ESQUIRE

4              PISHEVAR & ASSOCIATES, P.C.

5              Jefferson Plaza, Suite 316

6              Rockville, Maryland 20852

7              (301) 279-8773

8              ANELSON@PISHEVARLEGAL.COM

9

10       ON BEHALF OF THE DEFENDANT:

11             TIMOTHY E. KAPSHANDY, ESQUIRE

12             ERIC GALVEZ, ESQUIRE

13             SIDLEY AUSTIN LLP

14             One South Dearborn

15             Chicago, Illinois  60603

16             (312) 853-7643

17             TKAPSHANDY@SIDLEY.COM

18

19

20

21

22
```

1            (Discussion off record.)

2    BY MR. KAPSHANDY:

3        Q    Let me hand you what we'll mark as your

4    Deposition Exhibit Number 9, a June 25, 2008 article

5    by Hassan Daioleslam entitled Iran Oil Mafia and

6    printed off of his web site on June 18, 2010, and

7    simply ask you to turn to the very end of this, or

8    the second to last page -- not the very last page,

9    but the second to last page called page 4 of 5 of

10   this document.

11            Do you happen to notice at the bottom

12   where it says, "Post your comment"? do you see that?

13       A    Yes.

14       Q    Now, I'll hand you another one that we'll

15   mark as your Deposition Exhibit Number 10.   First of

16   all, back on Exhibit 9, this is one of the articles

17   you reviewed, was it not, back in, roughly, May of

18   2010 when you wrote your report?

19            MR. NELSON:   Counsel, are you representing

20   that the post-your-comment tab was available when

21   this document was published in 2008 and at the time

22   that he reviewed these articles?

1          MR. KAPSHANDY:  At least from 2008, and

2   certainly when this witness claimed to have reviewed

3   them in May of 2010.

4          MR. NELSON:  You are making that

5   representation?

6          MR. KAPSHANDY:  Absolutely.

7          MR. NELSON:  Okay.

8   BY MR. KAPSHANDY:

9      Q    Let me ask you this, Professor.  Is that

10  the first time you noticed on any publication on the

11  Defendant's web site that there was this hot link at

12  the bottom for people to post a comment?

13     A    Yes, and the second thing is the total

14  posted comments says zero.

15     Q    Well, that's an interesting point.  That

16  was my next question.

17          Do you know if anybody at NIAC ever asked

18  to or tried to post on Hassan's web site their view

19  about what he was writing?

20     A    No.

21     Q    Do you know if they were prohibited from

22  doing so?

Page 137

1        A     No, I do not know the answer to that

2    question.

3        Q     In reviewing all of the well over a

4    hundred, if not two hundred, citations in his

5    articles, are you aware that the Defendant cites to

6    NIAC's own web site and its positions on what the

7    Defendant has been writing?

8        A     I wanted to clarify before we begin.  I

9    think you have shared with me the document that

10   talks about Bob Ney.  And, you know, I don't think

11   an article on Bob Ney, the focus of this article on

12   Bob Ney, and if you look at it, Trita Parsi is

13   referred in Paragraphs 4.  Let me count this.  I

14   don't want to mark on your document.  1, 2, 3, 4, 5,

15   okay?

16            Let's go down, "Trita Parsi at the time

17   was a Swedish-Iranian graduate student --

18            THE COURT REPORTER:  I'm sorry.  Can you

19   slow down when you're reading.

20            THE WITNESS:  I'm sorry, I'm sorry.

21            So this is an article, I wanted to point

22   this out to you, I don't think this article was

1    under the thing that would get to a couple of

2    things, and I wanted to clarify that to you.

3              First of all, the Defendant writes about a

4    lot of people.  I'm not interested in Bob Ney.  Why?

5    Because, obviously, I was not asked to find out

6    about Bob Ney.  Bob Ney is a current federal

7    prisoner and former Ohio congressman.  I was a

8    graduate student in Ohio so I am aware of Bob Ney.

9    But this, you know, article, you know, the only

10   reference to Trita Parsi, if you can go down, is in

11   the last paragraph on page 1, "which ended in

12   1997 -- attempted without success to attract Iranian

13   Diaspora."

14             THE COURT REPORTER:  I'm sorry.  Can you

15   read it slowly.

16             THE WITNESS:  I'm sorry.

17             THE COURT REPORTER:  If you'll just say it

18   slowly.

19             THE WITNESS:  "Trita Parsi and the

20   Regime's Inner Circle," is the last paragraph on

21   page 1.  And there the Defendant mentions Trita

22   Parsi, but he mentions Trita Parsi's in one or two

Page 139

1    paragraphs, and then he moves on to other things.

2    So, in other words, you could pick a random article

3    and you could say, Hey, it has a comment feature,

4    there are no comments on it.  I honestly think, just

5    for the spirit of a legal case, we need to be more

6    careful in what we are doing.  I mean you give me an

7    article on Bob Ney.  That is irrelevant in this part

8    --

9    BY MR. KAPSHANDY:

10        Q    Professor, are you aware that this article

11   we've marked as Exhibit 9 is actually quoted

12   verbatim and cited in the Plaintiff's Complaint as a

13   basis of its claim that the Defendant has defamed

14   both NIAC and Trita Parsi and, furthermore, that

15   NIAC and Trita Parsi are referred to on every single

16   page on this article?

17        A    Yeah, I mean I was not aware.  I don't

18   have to be aware.

19        Q    Let me ask you this question.  In fact, if

20   you turn to the end of the article on page 3, you

21   would note that the Defendant actually cites to

22   NIAC's web site and includes an exact quote, a full

1   paragraph, where NIAC states starting with

2   "Mr. Daioleslam's article is full of fiction,

3   misquotations and fabrications."

4              Do you see that?

5       A    Yeah, I see it, yeah.

6       Q    Now, certainly here the Defendant is not

7   only referring to the Plaintiff's web site by the

8   link but he's quoting their position in his article

9   and stating their side of the story, is he not?

10      A    Yeah, mm-hmm.

11             MR. NELSON:  Where were you just reading?

12             THE WITNESS:  Page 3.

13             MR. KAPSHANDY:  Bottom of page 3 where

14  it's an accurate quote.

15             THE WITNESS:  This one.

16  BY MR. KAPSHANDY:

17      Q    And he uses italics to set it off and

18  distinguish it from his own text.  Correct?  If you

19  look at the font for where he quotes, "NIAC cites"

20  --

21      A    It's in italics, yeah.

22      Q    And --

1           MR. NELSON:   Counsel, then your question

2    is a misstatement because this quote that you just

3    referenced is a clarification that Mr. Daioleslam

4    made after it was determined that his original story

5    was inaccurate, and that's not how you represented

6    the question to the witness.

7           MR. KAPSHANDY:   The record speaks for

8    itself.

9           THE WITNESS:   I wanted to clarify two

10   things to you.  Okay?  And I'm glad you pointed this

11   article out.  This quote at the end is something

12   that has been put by the Defendant.  It was not

13   opening it up to open exchange of views.  And

14   although you may show me a comment button, I had

15   even tried to post a comment in one of the web sites

16   and that was deactivated.  So, although you may find

17   a post-your-comment link, it may not be active.

18           And the other thing is total posted

19   comments is zero, and, you know, it has been about

20   two years, more than two, two-and-a-half years since

21   this was published and, you know, there must have

22   been more people than zero who would have loved to

1    comment on this.

2    BY MR. KAPSHANDY:

3         Q    Well, if you've gone to Iranian-American,

4    the PAIC web site, iranian-americans.com to see if

5    anybody has posted comments on Hassan Daioleslam's

6    articles, have you?

7         A    Well, I looked at the articles that

8    related to the -- let me look at this.  I looked at

9    the web site PAIC, which is

10   www.Iranian-Americans.com.  That addresses the NIAC

11   internal documents accessed at the web address

12   www.Iranian-Americans.com/categories/internal.  So

13   this was the web area that I explored.

14        Q    In addition to Iranianlobby?

15        A    -- lobby.com.

16        Q    Yeah.

17        A    So the answer to your question is I did

18   not look at all of the articles on

19   Iranian-Americans.com, so the answer to your

20   question would be no.

21        Q    Thank you.  Now, back to Exhibit 9 which

22   apparently before today you had not noticed that the

```
 1                    REPORTER'S CERTIFICATE

 2              I, Bess A. Avery, Registered Merit
      Reporter, Certified Shorthand Reporter, certify;
 3

 4              That the foregoing proceedings were taken
      before me at the time and place therein set forth,
 5    at which time the witness was put under oath by me;

 6

 7              That the testimony of the witness, the
      questions propounded, and all objections and
 8    statements made at the time of the examination were
      recorded stenographically by me and were thereafter
 9    transcribed;

10

11              That the foregoing is a true and correct
      transcript of my shorthand notes so taken.
12

13              I further certify that I am not a relative
      or employee of any attorney of the parties, nor
14    financially interested in the action.

15

16              I declare under penalty of perjury under
      the laws of the State of North Carolina that the
17    foregoing is true and correct.

18

19              Dated this 15th day of January 2011.
      My commission expires:
20    April 20, 2014

21    _____
      BESS A. AVERY
22    NOTARY PUBLIC IN AND FOR THE STATE OF NORTH CAROLINA
```

# In Search of Truth

**Reports on Mullahs's lobby in US**
**Editor: Hassan Daioleslam**

| HOME | ARTICLES | INTERVIEWS | JOURNAL | SEARCH | ARCHIVES | CONTACT | ABOUT US | · · ‑‑‑ | Thursday 17 June 2010 |

## ARTICLES

* Did NIAC defraud the Congressional fund?
Report on NIAC-NED relation
  Hassan Dai

* NIAC's internal documents, Series 5, Part 2
How did NIAC spend the Congressional Funds?
  Hassan Dai

* NIAC's internal documents-Series one
Lobby organization: IIC.
  Hassan Dai

* NIAC's internal documents (Series 5)
Funding from NED and EF
  Hassan Dai

* NIAC's internal Documents-Series four
Parsi's communications with M. Javed Zarif in 2006-2007
  Hassan Dai

* NIAC's internal document-Series three
Trita Parsi's collaboration with Siamak Namazi
  Hassan Dai

* NIAC's internal documents-Series two
Trita Parsi: 2001-2002
  Hassan Dai

* The Iranian revolt and the role of pro- appeasement lobby in the US   Hassan Dai

* Iranian regime, the War in Gaza and Trita Parsi   Hassan Dai

* Twelve years of pro-Tehran lobby   Hassan Dai

* Iran: America's Sophie's choice   Hassan Dai

* Iranian regime's web of influence
A money trail
  Hassan Dai

* Did the NIAC Defraud the National Endowment for Democracy and Congress
  Hassan Dai

* Flirting with the Mullahs
Mohammad Parvin and Hassan Daioleslam
  Hassan Dai

* The Iranian Web of Influence in the United States   Hassan Dai

* Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers
  Hassan Dai

* Iran's 2003 Grand Bargain Offer; Secrets, Lies, and Manipulation   Hassan Dai

* Iran's Oil Mafia: Penetrating the US Political System   Hassan Dai

### Iranian regime's web of influence
**A money trail**

[ARTICLES]  [06 Aug 2008]
Hassan Dai
Source: [www.iranianlobby.com]

In a recent article, Joseph Klein discussed [1] in details the hundreds of millions of Dollars of the United Nations' aid to Iran. These funds are mostly financed by US contributions. In Tehran's corrupt system it is hard to imagine that even a small portion of these resources reach the intended target population.



But, how can a wealthy country manage to confront the US and the UN, and at the same time be the recipient of West's generous support? The credit for that goes to Tehran's effective web of influence in the US. Here is a glimpse at the web:

· Siamak Namazi, is the managing director of Atieh enterprise in Iran. This company is owned by Namazi family, an influential player in Iran's oil and financial Mafia.

· Baquer Namazi, is Siamak's father and a former UN high level officer. Namazi and an active Iranian deputy minister, founded a false flag NGO (Hamyaran) to monitor and control other Iranian NGOs .

· Baquer Namazi, arranged for Siamak Namazi and Trita Parsi to present the roadmap for establishing the Iranian Lobby in the US.

· Trita Parsi the president of the Iranian lobby organization NIAC has been the recipient of close to $200,000 congressionally appropriated funds through National Endowment for Democracy (NED) to spend it in Iran on organizations under Baquer Namazi's control.

· NED has also provided funding for Tehran based Siamak Namazi (himself an affluent executive in Iran) for a fellowship in the US.

· Siamak Namazi elaborated on why and how the Iranian regime should implant Tehran friendly experts in key positions in the US and inside the UN to influence policy.

· Siamak Namazi co-founded an organization (I-AIM) to recruit influential Iranian-Americans. One of his major partners in these activities is Ali Mostashari.

· Ali Mostashari has been working at key UN positions in charge of $1.2 billion in annual UN aid to the third world countries.

· Iranian regime (which is in control of close to $100 billion in oil income) .czzvhas been the recipient of hundreds of millions of dollars of UN aids.

· Baquer Namazi is a major player in many of the associated organizations that benefit from UN aid.

Are you shocked?

**Building Iran's web of influence in the US**

Atieh Bahar is an influential enterprise in Iran which along with some of the notorious factions of the regime is a partner and/or contractor in major oil, industrial or financial projects of the country. Siamak Namazi, is the managing director of this company which his family owns. [2]

Siamak's father is Baquer Namazi. A governor under the previous regime in Iran, he has been a high official in the United Nations after the revolution in Iran. In mid 1990's Baquer went back to Iran to work with Tehran's regime. In late 1990's, along with an Iranian deputy minister and other government officials, Baquer founded an Iranian false flag NGO called Hamyaran. The motive behind creating Hamyaran was multifold. It was Tehran's means of controlling Iranian NGO's by organizing them under one umbrella. Hamyaran was also a false flag NGO to attract and control international help. Yet another motive for creating Hamyaran was to reach out to unsuspecting Iranians abord (and mainly in the US) to use them for Tehran friendly purposes. [3]

Parallel to Baquer's efforts in Iran, Siamak along with friend and associate Trita Parsi, undertook the effort to setup the Iranian web of influence and lobby machinery in the US. [2] Parsi founded the Iranian lobby organization IIC (Iranians for International Cooperation). Namazi and Parsi jointly co-authored the Iranian lobby roadmap paper "Iran-Americans: The bridge between two nations" in 1999. This paper was presented in OAPIA conference co-organized by Baquer Namazi's Hamyaran organization. Then, Parsi and other founders of IIC later founded the Iranian lobby organization NIAC (National Iranian American Council). While Parsi's work was focused on lobbying for Tehran friendly causes in the US Congress, Siamak Namazi's efforts were more focused on creating relations between influential Iranian Americans and Tehran's regime. In this arena, his father's extensive experience in the United Nations certainly came handy. [4]

One year before his infamous roadmap paper with Trita Parsi, Siamak Namazi wrote an article titled "Hyphenated Iranians: Misguided policies toward expatriates", published in April 1998. The article advocated the use of the Iranian Diaspora to influence the UN and US decision making system for Iranian regime's benefit: [5]

"Hyphenated Iranians are a potential wealth to the country that no lobby can ever achieve. But, in order to realize their true value, Tehran must augment its current policy by establishing a positive relationship with this new population.

To better explain the point, we need not look any further than another country in the region that has understood the potential of its expatriates much better. Egypt. The Nile is of vital importance to Egypt. By extension, international laws affecting the water rights are of serious concern for that country. Fortunately for Egypt, many of the current regulations are largely favorable to that country. It is

EXHIBIT
ID
Aikat

* The Iranian Lobby and the Israeli Decoy  Hassan Dai

* An Iranian Embassy in Boston  Hassan Dai

* Return from Paradise in the Left Lane  Hassan Dai

* Congressman Kucinich Must Find a Better Role Model than Bob Ney  Hassan Dai

* Ayatollahs' Lobby In Washington Offering Human Rights as a Negotiating Item  Hassan Dai

more ...

particularly interesting that many influential persons holding strategic decision-making positions who can change these laws are of Egyptian decent, holding the passport of a Western country. It is well known that the Yousef Boutros Ghali, the Minister of Finance and nephew of the former UN Secretary General, benefited tremendously by his six years working as a denizen of the IMF. As a result of his personal clout, Egypt's long drawn-out negotiations with the fund culminated in a favorable deal that concluded a major debt-restructuring program.

No doubt successful expatriates can play an extremely important role for their home country.

Picture the mood in the U.S. Congress with Senators of Iranian origin. Could France have sold the sophisticated technology it did to Iraq during the Iran-Iraq war if the French foreign ministry housed influential French-Iranians? Clearly Iran stands to gain substantially should its expatriate population hold decision-making power in foreign lands. Then, the Iranian government should be cognizant that the inevitable assimilation and naturalization of its expatriate population is in accordance with the long-term interests of Iran."

**Recruiting Elite Iranian Expatriates**

Towards this goal, Siamak Namazi, co-founded a new organization in Tehran called I-AIM (International Association of Iranian Managers). [6] This organization is designed to identify and recruit Iranian elites. In June 2007, I-AIM held a major workshop in Tehran. Abbas Maleki, the Iranian deputy foreign minister under Rafsanjani, and advisor to the Supreme Leader and one of the chief organizers of Iranian lobby in the US, was one of the key speakers. [7]

One of the co-founder and executive board member of I-AIM is Ali Mostashari. [8] Mostashari 's own resume introduces him as a strategic advisor to the Assistant Secretary General and Director of the Regional Bureau for Africa (RBA) at the United Nations Development Program, with oversight and performance management functions for RBA's 44 country offices with over $1.1 billion in annual portfolio of UN Development funds. [9]

Are the relations between the Namazi family, and those who control hundreds of millions of dollars incidental? Is the fact that the NGOs under Baquer Namazi are a beneficiary of the UN funds completely accidental? Is the dual role of Ali Mostashari accidental? Is the fact that Trita Parsi's NIAC have been the recipient of hundreds of thousands of congressionally appropriated NED funds to be spent with the same NGOs under Namazi's Hamyaran accidental? NED's unexplained generosity to NIAC is further amended by another grant to Siamak Namazi to study "the role of the private sector in promoting good governance." [10] Was this also accidental? Namazi's Atieh is as much representative of Iranian private sector as his father's Hamyaran is representative of Iranian NGOs.

Are these hallucinations of a single writer or legitimate questions of Iranians and Americans that deserve answers?

**Notes:**

1- Joseph Klein, "The UN's gravy train to Iran", Frontpage, June 17, 2008 http://frontpagemagazine.com/Articles/Read.aspx?GUID=982CEACE-2D2F-47C7-8714-016112654D53

2- See the Iran's oil Mafia: http://www.intellectualconservative.com/2007/04/25/trita-parsi-bob-ney-and-iran%E2%80%99s-oil-mafia-penetrating-the-us-political-system/

3- See "The fraud of NIAC": http://www.frontpagemag.com/Articles/Read.aspx?GUID=AAB962F3-1361-4576-B8D7-A7AE4D6072EC

4- See Baquer Namazi's interview: http://programs.ssrc.org/gsc/publications/quarterly10/shaervham.pdf

5- http://www.iranian.com/Opinion/April98/Expat/index.html

6- http://www.i-aim.org/content/en/default.aspx

7- http://www.i-aim.org/content/en/video-entrepreneurship/video-entrepreneurship%20.aspx

8- http://www.i-aim.org/content/en/who/execBoard.aspx

9- http://www.linkedin.com/in/alimostashari

10- http://www.ned.org/forum/past.html

**Ali Mostashari's letter:**

Dear Jamie Glazov,
Dear Hassan Daeioleslam,

The article entitled "Iran's Web of Influence in the U.S." published on August 6th by Frontpage Magazine contains defamatory remarks that are unsubstantiated against my person and I would like to respond to its contents, at least as they pertain to me. I am using this opportunity to ask you to remove the sections bearing my name, in order to avoid unnecessary legal action on the basis of libel against Frontpage Magazine and the author.

Taking publically available information from my website and others, the article has then proceeded to put an uninformed, false and defamatory spin which lacks both a basic regard for journalism as well as ethical due diligence.

Here are some clarifying points that should shed light on the defamatory nature of the article.

1) My work at the United Nations has been on African countries and I have never worked on issues related to Iran. Additionally, it is the executive board of UNDP (with the U.S. government playing a major role) that determines the budget for UNDP activities in every country,

HSD 0008543 0002

not individual staff members. Whatever your grievance towards the
United Nations and its policies, the factual depiction of its workings
are strongly inaccurate in the article and should be retracted.
Logically, a country that earns $7 million in 4 hours wouldn't need the
UN's annual project expenditure of $7 million and go through lengthly
processes to gain it.

2) I disagree with the author that engaging the private sector in Iran
is the same as engaging the Iranian government. In fact I believe that
the strengthening of the private sector in Iran can go a long way in
helping the Iranian people better integrate in the international
community , even if their government doesn't and increase the demands
for a democratic country . Regardless of whether or not you agree with
this view, slanderous remarks tying this activity with being in the
service of the Iranian regime are unethical in this regard.

3) Lastly please use better judgement in constructing your arguments.
At least get to know the person you are slandering. If you sat down 15
minutes with me you would find it hard to maintain any one of your
assertions. I have never had any relations to the Iranian government,
and do not have a favorable view of the Iranian regime. My family has
suffered like millions of others of Iranians (probably more so than
most) and the assertions in the article are therefore even more
unacceptable to my person.

In any case, I do not have anything against the author or Frontpag
magazine, although I do not share your views. What I ask of you in
return is to maintain a minimum standard of quality control and due
diligence to avoid labeling individuals wrongly.

Based on the above clarifications, I would like to ask the author to
remove my name from the article or retract the entire article
whichever works best. I would like to receive a decision by the author
and the editorial board by August 15, 2008. Otherwise I will keep my
options open to engage in legal action to protect my name and
reputation. A lack of response to this request will be seen as a
wilful intent to tarnish my reputation despite recieving clarifying
statements. Please note that this letter may serve as evidence of
alerting the editor on the falsehood of the statements and can be used
in a court of law as evidence of note for a libel case.

Thanks and Best Regards,

Dr. Ali Mostashari
ali.mostashari@gmail.com

**My response to Ali Mostashari:**

Dear Mr. Ali Mostashari,
I have received your e-mail and for fairness and following the traditions of journalism, I have posted it on my site. I also learned that
it is now posted on Front Page Magazine's website as well.
You have mentioned that your *"family has suffered like millions of others of Iranians (probably more so than most),"* under the Iranian
regime. I am confident that you will not make that statement lightly, as this regime has executed, imprisoned and tortured hundreds of
thousands of Iranian citizens. Please accept my deepest sympathies for your family's losses and sufferings. If you want their story told
so that world gets to know the atrocities our people have endured, my website is yours to use.
With regards to my article and your critique of it, I have a few clarifying points, as well as a few questions. Your help in finding
answers to these questions will be appreciated.
Firstly, I have not made the allegation that you are connected to the Iranian regime, or you have abused your position in the UN to
funnel funds to the Iranian regime. I simply do not have any information on that. However, it is an established fact that the Iranian
regime has developed a "web of influence" in the West to promote Tehran friendly policies. Some of your activities give the appearance
that you are connected to this web, and with respect to your UN position, it has the appearance of potential conflict of interest. In
light of well known Iranian regime's "check book politics" particularly in relation to many African countries, this becomes even a more
sensitive issue. If in fact such conflict of interest exists, and if it was declared to the United Nations and was appropriately managed,
then your explanations will be most welcomed and will be prominently placed on my website. Denying the right of the public to
question such conflict of interest, and their demand for transparency, particularly when it is in the form of threatening legal action, is
disturbing.
The followings are indications that give the appearance that you are connected to Tehran's web of influence and therefore at a conflict
of interest position in the UN. Your clarifying responses to these are most welcome.

1- Your Tehran based partner Siamak Namazi has unequivocally advocated finding or placing prominent Iranians inside the UN to
influence the decision making process. He asserted that such influential people are more efficient than any formal lobby.
Baquer Namazi, Siamak Namazi's father has been an influential figure inside the UN. Your sister Gelareh Mostashari is a well
placed consultant in the UN. Would you agree with me that this strategic grouping warrants a close watch and scrutiny of the
media observers?

2- You are co-founder and a key executive of I-Aim. The goals of this organization are strikingly in line with the declared
strategies of Tehran's rulers. One of your key collaborating organizations is "Industrial Management Institute (IMI)". The
managing director of IMI is Daoud Mesgarian Haghighi, a high government official. Many other managers and VIPs of this
organization are government officials or well connected individuals. IMI lists UNDP as a close collaborating organization.
Doesn't so much coinciddence make you nervous?

3- A key figure in I-AIM is your partner Siamak Namazi. He is the managing director of Atieh Bahar Company. His company is
also collaborating with I-AIM. Do you believe that Atieh, with its multiple ties to and partnerships with the Iranian regime, is a
private sector company? I have detailed this company's relations and partnerships with the inner circle of the Iranian
economic power centers. I invite you to critique my writings on this issue. If you so wish, I can provide you with ample
additional information.

4- Is it accidental that among all Iranian consulting companies, the UNDP has chosen Atieh Bahar, (as listed by Atieh Bahar on
their web site) managed by your partner Siamak Namazi?

HSD 0008543 0003

Is it also accidental that a large number of UN collaborators in Tehran are connected to the Namazi family's circle? Among them, I can name Alirza Omidvar and Yasser Salimi Namin, who both worked for Atieh Bahar and UN offices.

5- In June 2007, your organization held an important workshop in Tehran. One of the key speakers was Abbas Maleki. He is an important Iranian official and advisor to the Supreme Leader. Was Maleki's invitation accidental? You are certainly familiar with his close relation with Bijan Khajehpour (Atieh Bahar's chairman).

6- Does your organization have any arrangements with the Iranian government? It is hard to believe that a private organization which many of its principals live abroad, freely and with no supervision establishes relations between Iranian expatriates and leaders of private industry in Iran. How can your firm enjoy such trust and freedom while the impression that the rest of the world has from the Iranian government is otherwise.

To understand how the Iranian regime is monitoring, organizing and controlling the issue of Iranian expatriates, I give you the example of someone close to you, Baquer Namazi and his false flag NGO called Hamyaran. Below is the report of their meeting with the Iranian government officials:

*"March 16, 2002*

*A luncheon meeting was held at the ministry of foreign affairs to discuss the issues related to the role of Iranian Expatriates in the sustainable development process of Iran.*

*Representatives of four entities reviewed the grounds for mutual cooperation in the area of strengthening the ties between the Iranian Expatriates and corresponding agencies in Iran with specific emphasis on the role of NGOs in this process.*

*An overall agreement was reached on the nature of cooperation between the Government Agencies, International Agencies, and concerned Iranian NGOs both domestic and abroad."*

7- You founded the Iranian study group at MIT and organized a dozen lecture events. Two times (8.4.2007 and 1.2.2007) Abbas Maleki was the only speaker. Is this choice of inviting an Iranian official accidental? A week ago, the Iranian newspaper Sharvand Emrooz, published an interview with Abbas Maleki. The journal introduced him as follows: *"Maleki is a prominent and very sophisticated Iranian diplomat who has always been active behind the scene. In English language press he is considered as a lobbyist for the Iranian regime."*

I understand that the mere assumption of having any relation with the Iranian brutal regime is tarnishing and negative. By no means have I intended to tarnish any person's reputation. However, our nation has suffered too much to remain silent to questionable situations and connections that would sink it further in misery. There are simply too many coincident in your connection to the regime's web of influence to be silent about. Some are listed above and more wait to be said.
I welcome your help in clarifying these and look forward to hearing from you. I deeply respect my readers and will post your comments, response or critique on my website for them to judge.
Respectfully, Hassan Daioleslam

Source: www.iranianlobby.com

[Post your comment]   [Totalt posted comments 0]

Printable version
Email it to a friend

Iranianlobby_Archive:
All Articles Hassan Dai:

Error in query: SELECT * FROM maghaleh WHERE nevisandeh = 'Hassan Dai' AND onvan != 'Iranian regime's web of influence' ORDER BY timestamp DESC. You have an error in your SQL syntax; check the manual that corresponds to your MySQL server version for the right syntax to use near 's web of influence' ORDER BY timestamp DESC' at line 1