# EXHIBIT S

S-1

**From:** Kenneth Timmerman <timmerman.road@verizon.net>
**Sent:** Thursday, April 5, 2007 2:12 AM (GMT)
**To:** Hassan Dai <hassan.dai@yahoo.com>
**Subject:** Re: Iranian Lobby, Corrected Version

Dear Hassan,

We're very close on this.

I don't think you need to delete all allegations about Bob Ney; only substantiate them. Your original beginning with Ney is very strong – much stronger than the revised version.

Let me just ask you a few direct questions, which were in the comments section I don't think you were able to read, and then do a final revision accordingly, if you agree:

- Is Ney mentioned on the NIAC incorporation documents?
- Do you have the NIAC incorporation documents? (If you don't, you don't. We'll get around that)
- We can say that Bob Ney "founded" NIAC in an "informal" way because you have shown there is substantial proof that he was involved in the discussions to found it. The Coffee letter establishes this; so does Ney's June 2001 speech to AIC, which you quote later. But is there anything more? Anything specifically and materially linking him to the actual incorporation of NIAC? Was he on an advisory board, for example? Do you know if he helped them to get grants form the national Endowment for Democracy?
- How do we establish that "the creation of NIAC as the main executor of its new endeavor [to combat ILSA] had been meticulously planned since the late 1990s?"
- How do we establish the fact that "Trita Parsi's main partner in Iran [was] Siamak Namazi"??? [the fact that they wrote papers together or traveled together doesn't prove this] [But I think this is a wording problem, which I can resolve – unless you have additional facts]
- How do we know that Namazi was a "prominent member of the Iranian oil mafia?"

Here is an example of a problem paragraph:

> The most recent debacle of Atieh enterprise was in March 2007 when the CEO of the French oil company *Total SA* 17 was charged for bribery of the Iran high officials to secure contracts. Total is one of the major customers of the Namazi's Atieh enterprise and is mainly represented in Iran by Atieh and its affiliate companies. Tens of millions of dollars of bribes were paid by Total through individuals and third party corporations.

My questions just on this graph:

- How do you establish that Total is a MAJOR customer of Atieh? Major means what?
- How do you establish that Total is "mainly represented in Iran by Atieh and its affiliate companies"?
- You insinuate that tens of millions of dollars in bribes were paid through Atieh. Is that what you mean? If so, how can you establish that?
- The footnoted reference to an AFP story only establishes that Total is under investigation for payin bribes, and may have been in business with Rafsanjani's son – but not with Atieh or Namazi.

What I think might be better is to describe what Atieh does, based on its own statements on its website. No?

I will work off of your revised text and incorporate your answers there.

All best,
Ken


On 4/4/07 8:57 PM, "Hassan Dai" <hassan.dai@yahoo.com> wrote:

> Dear Kenneth,
>
> Following your advise, I deleted all alegations against Bob Ney and reformulated the beginning of the article.
>
> I hope it is OK for publication. If you find any neccessary change, please do not hesitate to do it.
>
> Thanks again  Hassan
>
> **Kenneth Timmerman <timmerman.road@verizon.net>** wrote:
>
>> Hassan,
>>
>> OK, I've now gone over this fairly thoroughly. The hot links are very helpful and resolve most of the questions I (or a lawyer) might have.
>>
>> Still, please go through the text. I've added Questions for you, mostly about sources. Some of these are in the text; some are in the footnotes section; some are in a separate Comments section used by Microsoft Word (click on the comment, and the text will appear).
>>
>> I don't think you should have much difficulty in resolving these points. Most are minor.
>>
>> You'll also find occasional changes of wording, mostly at the end.
>>
>> Again, terrific, terrific piece of work. Much of this was news even to me!
>>
>> Once we get this taken care of, I will send this on to Frontpage magazine and also query Middle East Quarterly.
>>
>> Best,
>> Ken


--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel: 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

<u>S-2</u>

| | |
|---|---|
| **From:** | Hassan Dai <hassan.dai@yahoo.com> |
| **Sent:** | Wednesday, April 4, 2007 4:57 AM (GMT) |
| **To:** | Kenneth Timmerman <timmerman.road@verizon.net> |
| **Subject:** | Re: Queries and suggestions |
| **Attach:** | Demystifying_Democracy.pdf |

Dear Kenneth,
Your corrections are **all perfect.** I could only open on of the attachments and only found 3 questions.
1- Regarding the training manuals on lobbying on page 7, please find the attachment which a former member of NIAC has sent to me.
2- For Roy Coffee's letter you are right and the link is correct.
3- For the "Total" bribery, you can include the following links.
4- Thank you for your grate help and I take any responsibility for legal action which the Trita's gang would never dare to launch.
Thanks a lot
Hassan Daioleslam


France Press: http://www.expatica.com/actual/article.asp?subchannel_id=25&story_id=38023


International Herald Tribune: http://www.iht.com/articles/2007/03/26/business/total.php



***Kenneth Timmerman <timmerman.road@verizon.net>*** wrote:

> Hassan,
>
> OK, I've now gone over this fairly thoroughly. The hot links are very helpful and resolve most of the questions I (or a lawyer) might have.
>
> Still, please go through the text. I've added Questions for you, mostly about sources. Some of these are in the text; some are in the footnotes section; some are in a separate Comments section used by Microsoft Word (click on the comment, and the text will appear).
>
> I don't think you should have much difficulty in resolving these points. Most are minor.
>
> You'll also find occasional changes of wording, mostly at the end.
>
> Again, terrific, terrific piece of work. Much of this was news even to me!
>
> Once we get this taken care of, I will send this on to Frontpage magazine and also query Middle East Quarterly.
>
> Best,
> Ken
>
> --
> Kenneth R. Timmerman
> President, Middle East Data Project, Inc.
> Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
> Contributing editor: Newsmax.com
> Tel: 301-946-2918

Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

---

8:00? 8:25? 8:40? <u>Find a flick</u> in no time
with the <u>Yahoo! Search movie showtime shortcut.</u>