## INDEX OF EXHIBITS FOR REPLY TO OMNIBUS MOTION

| | |
|---|---|
| EXHIBIT A | A-1 Defendant's First Set of Interrogatories to NIAC 3/3/2009 |
| | A-2 Defendant's First Request for Production 2/6/2009 |
| | A-3 Defendant's Second Request for Production 3/3/2009 |
| | A-4 Defendant's Request for Supplemental Production 8/17/2010 |
| EXHIBIT B | B-1 Defendant's First Set of Interrogatories to Trita Parsi 8/20/2010 |
| | B-2 Defendant's Supplemental Set of Interrogatories to NIAC 8/24/2010 |
| EXHIBIT C | Plaintiffs' Objections and Answers to Defendant's First Set of Requests for Admissions 7/1/2010 |
| EXHIBIT D | Patrick Disney Calendar Entries Changed to Legislative Direct on 2/23/2010 Reflecting Particular Production or Whether Not Produced |
| EXHIBIT E | 2/12/2010 Letter to Patrick Parsa Re: NIAC's Discovery Issues |
| EXHIBIT F | 2/19/2010 Email Correspondence Between Peter Jensen and Adrian Nelson Re: Call with J. Bates to resolve discovery disagreements |
| EXHIBIT G | Exemplar Pages from Patrick Disney's 4/21/2010 Calendar Production Showing All Excel Fields Produced |
| EXHIBIT H | Purged/Double-Deleted Entries Not Produced |
| EXHIBIT I | 6/16/2009 Puneet Talwar Meeting Calendar Entries Edited 12/25/09 |
| EXHIBIT J | 6/17/2009 Puneet Talwar Meeting Calendar Entries Edited 12/25/09 |
| EXHIBIT K | 12/17/2009 Eric Belfrage Meeting Calendar Entries Edited 12/25/09 |
| EXHIBIT L | 3/18/2011 Letter from Adrian Nelson Re: Talebi Emails |
| EXHIBIT M | 12/3/07 Agenda For Weekly NIAC Staff Meeting |