# **EXHIBIT F**

**From:** adrian nelson [mailto:avnelsonlaw@msn.com]
**Sent:** Friday, February 19, 2010 4:58 PM
**To:** Jensen, Peter; pparsa@pishevarlegal.com
**Cc:** ap@pishevarlegal.com; Kapshandy, Timothy E.; Rogers, HL
**Subject:** RE: Call with J. Bates to resolve discovery disagreements

Peter,

Patrick will not be participating on any call regarding discovery disputes.

In terms of a Monday afternoon call, we'd prefer Wednesday or Friday of next week. However, if Judge Bates is only available on Monday afternoon, we will make ourselves available that day.

Please let me know.

Adrian

Adrian V. Nelson, II, Esq. The Law Offices of Adrian V. Nelson, II Jefferson Plaza, 600 East Jefferson Street, Suite 316, Rockville, Maryland 20852 301-424-6601 avnelsonlaw@msn.com

---

**Subject:** Call with J. Bates to resolve discovery disagreements
**Date:** Fri, 19 Feb 2010 13:56:10 -0500
**From:** pjensen@sidley.com
**To:** pparsa@pishevarlegal.com
**CC:** ap@pishevarlegal.com; avnelsonlaw@msn.com; tkapshandy@sidley.com; hrogers@Sidley.com

Patrick –

We would like to have a phone call with J. Bates to address our discovery disagreements as described in your February 4, 2010 letter and our February 12, 2010 response. I understand that J. Bates is available on Monday (2/22) afternoon after 2:30 p.m. Are you available then to call the Judge?

If that time does not work, we can call on either Wednesday or Friday to talk to the clerk, but there is a good chance that the Judge will not be available on either of those days and we will therefore have to set-up a second call.

Regards,
Pete

**Peter G. Jensen** | Sidley Austin LLP
1501 K Street, NW | Washington, D.C. 20005
Phone: (202) 736-8887 | Fax: (202) 736-8711
pjensen@sidley.com | www.sidley.com

1

----------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*******************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*******************************************************************************