# **EXHIBIT G**

Disney 4/21/2010 Calendar Production Exemplar Showing All Excel Fields Produced

| Subject | StartDate | StartTime | EndDate | EndTime | Alldayevent | Reminderonoff | ReminderDate | ReminderTime |
|---|---|---|---|---|---|---|---|---|
| Call Dan Adelstein | 12/22/2008 | 2:30:00 PM | 12/22/2008 | 3:00:00 PM | FALSE | FALSE | 12/22/2008 | 2:15:00 PM |
| Conyers Incidents at Sea Resolution | 1/12/2009 | 2:45:00 PM | 1/12/2009 | 3:30:00 PM | FALSE | FALSE | 1/12/2009 | 2:30:00 PM |
| Call Dan Adelstein re: incidents at sea bill (Conyers) | 1/13/2009 | 4:30:00 PM | 1/13/2009 | 4:40:00 PM | FALSE | FALSE | 1/13/2009 | 4:15:00 PM |
| calls on Conyers Incidents - at Sea | 1/16/2009 | 3:50:00 PM | 1/16/2009 | 4:05:00 PM | FALSE | FALSE | 1/16/2009 | 3:35:00 PM |
| Bret Rumbeck phone call | 1/22/2009 | 9:50:00 AM | 1/22/2009 | 9:55:00 AM | FALSE | FALSE | 1/22/2009 | 9:35:00 AM |
| Leg Recs Work Group | 1/28/2009 | 9:30:00 AM | 1/28/2009 | 11:00:00 AM | FALSE | FALSE | 1/28/2009 | 9:15:00 AM |
| Coffee with Jill | 1/29/2009 | 3:00:00 PM | 1/29/2009 | 3:30:00 PM | FALSE | FALSE | 1/29/2009 | 2:45:00 PM |
| Hill Meeting on Incidents-at-Sea | 2/5/2009 | 3:00:00 PM | 2/5/2009 | 4:30:00 PM | FALSE | FALSE | 2/5/2009 | 2:45:00 PM |
| Jill leg strat | 2/9/2009 | 3:00:00 PM | 2/9/2009 | 4:00:00 PM | FALSE | FALSE | 2/9/2009 | 2:45:00 PM |
| E and D leg strat | 2/9/2009 | 2:00:00 PM | 2/9/2009 | 2:30:00 PM | FALSE | FALSE | 2/9/2009 | 1:45:00 PM |
| Jill | 2/13/2009 | 11:00:00 AM | 2/13/2009 | 1:00:00 PM | FALSE | FALSE | 2/13/2009 | 10:45:00 AM |
| Jill, Mike, Tony leg strat mtg | 2/17/2009 | 1:00:00 PM | 2/17/2009 | 2:00:00 PM | FALSE | FALSE | 2/17/2009 | 12:45:00 PM |

**Disney 4/21/2010 Calendar Production Exemplar Showing All Excel Fields Produced**

| MeetingOrganizer | RequiredAttendees | OptionalAttendees | MeetingResources | BillingInformation | Categories |
|---|---|---|---|---|---|
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |
| | | | | | Legislative Direct |

Disney 4/21/2010 Calendar Production Exemplar Showing All Excel Fields Produced

| Description | Location | Mileage | Priority | Private | Sensitivity | Showtimeas |
|---|---|---|---|---|---|---|
|  |  |  |  | FALSE | Normal | 2 |
|  |  |  | Normal | FALSE | Normal | 2 |
|  |  |  | Normal | FALSE | Normal | 2 |
|  | Liz Hittos and Bret Rumbeck |  | Normal | FALSE | Normal | 2 |
|  | re: Incidents at Sea |  | Normal | FALSE | Normal | 2 |
|  | OSI |  | Normal | FALSE | Normal | 2 |
|  | Starbucks on 19th and M |  | Normal | FALSE | Normal | 2 |
|  | 2426 Rayburn |  | Normal | FALSE | Normal | 2 |
|  | call |  | Normal | FALSE | Normal | 2 |
|  |  |  | Normal | FALSE | Normal | 2 |
|  | same starbucks |  | Normal | FALSE | Normal | 2 |
| Hi Jill, 1 pm on 17th is fine. I'll see if Tony can join. Thanks. Mike  From: Jill Parillo To: Mike Amitay Cc: PDisney@niacouncil.org Sent: Mon Feb 09 16:29:48 2009 Subject: Legislative Strategy Meeting? Dear Mike, |  |  |  |  |  |  |
| As I mentioned to you | Osi |  | Normal | FALSE | Normal | 2 |