# **<u>EXHIBIT H</u>**

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Elliott_David\DELLIOTT\C3 | | | 7/29/09 4:45 PM | 7/29/09 4:45 PM | 7/31/09 1:00 PM | 7/31/09 1:30 PM | | | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 8/19/09 9:25 AM | 8/19/09 9:25 AM | 8/20/09 11:00 AM | 8/20/09 11:30 AM | | Drupal Demo | Patrick Disney <PDisney@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 9/11/09 9:26 AM | 11/20/09 1:19 PM | 9/10/09 11:00 AM | 9/10/09 12:00 PM | the usual place | staff mtg | Kevin Cowl <kcowl@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 10/6/09 6:08 PM | 1/13/10 3:15 PM | 10/14/09 3:30 PM | 10/14/09 4:15 PM | | Copy: staff meeting | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 11/9/09 10:44 AM | 11/9/09 10:56 AM | 11/9/09 12:00 AM | 11/10/09 12:00 AM | | Copy: Interdepartmental | David Elliott (NIAC) <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 12/14/09 10:03 AM | 12/14/09 10:03 AM | 12/18/09 1:30 PM | 12/18/09 2:30 PM | (616) 347-8400; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | | 10/6/09 1:15 PM | 12/17/09 4:31 PM | 12/22/09 6:15 AM | 12/22/09 6:45 AM | | | David Elliott (NIAC) <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/5/10 12:29 PM | 1/11/10 6:44 PM | 1/5/10 12:00 AM | 1/6/10 12:00 AM | | Leave to flight! | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/5/10 11:56 AM | 1/29/10 1:15 PM | 1/8/10 1:30 PM | 1/8/10 2:30 PM | | My Day | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 12/17/09 12:28 PM | 1/11/10 1:33 PM | 1/11/10 9:30 AM | 1/11/10 9:45 AM | (712) 432-0175; | NIAC Status Call | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/15/10 5:27 PM | 1/19/10 10:21 AM | 1/19/10 9:00 AM | 1/19/10 10:00 AM | | Request Trita-Burris mtg | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/15/10 2:16 PM | 1/19/10 3:05 PM | 1/19/10 3:00 PM | 1/19/10 4:30 PM | 1899 L St. NW (1 | Meeting w/ Raffa | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/19/10 12:40 AM | 1/19/10 5:32 PM | 1/20/10 1:00 PM | 1/20/10 2:30 PM | (712) 432-0175; | NIAC Static Content | David Elliott <delliott@niacouncil.org> |
| | | | | | | | | | Canceled: NIAC Content Building | Kim Martinez <kim@charitydynamics.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | David Elliott | | | | |
| Patrick Disney, 'David Elliott | Patrick Disney | Patrick Disney; 'David E | Patrick Disney; 'David Elliott (NIAC)' | | |
| Kevin Cowl, staff@niacoun | Kevin Cowl | Kevin Cowl; staff@niac | Kevin Cowl; staff@niacouncil.org | Please send agenda items to Sepideh by 10:45am.  Thanks. | |
| David Elliott, Michelle Mog | David Elliott | David Elliott; Michelle | David Elliott; Michelle Moghtader; abarmand@niacouncil.org; Kevin Cowl; Patrick Disney | | |
| | David Elliott (NIAC) | | | | |
| Kim Martinez, Kevin Cowl, | Kim Martinez | Kim Martinez; Kevin C | Kim Martinez; Kevin Cowl; Michelle Moghtader; David Elliott; NIAC; Jennifer Atkins | Final review of design – approval to move to implementation. | |
| | David Elliott (NIAC) | | | Depart:  Washington, DC (Reagan) (DCA)  Nashville, TN (BNA)  Date: Tuesday, December 22, 2009  Flight #/ CarrierDepartArriveTravel timeMealAircraftCabinSeats  2587  06:15 PM  DCA07:16 PM  BNA2h 1mNone CRJCoach4D | |
| | David Elliott | | | | |
| Kim Martinez,  Michelle Mc | Kim Martinez | Kim Martinez; Michelle | Kim Martinez; Michelle Moghtader; David Elliott; Kim Kupferman; Kevin Cowl | | |
| | David Elliott | | | | |
| | David Elliott | | | | |
| Kim Martinez,  David Elliott | Kim Martinez | Kim Martinez;  David E | Kim Martinez;  David Elliott, NIAC | | |
| Kim Martinez,  David Elliott | Kim Martinez | Kim Martinez;  David E | Kim Martinez;  David Elliott, NIAC, Leah Robertson | Kim and David will be meeting on Thursday afternoon instead.  Placeholder – to be confirmed on Tuesday. | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Elliott_David\DELLIOTT\C3 | | | 1/19/10 4:06 PM | 1/21/10 4:31 PM | 1/21/10 4:30 PM | 1/21/10 5:30 PM | (712) 432-0175; | Policy Makers content and layout review | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/21/10 1:35 PM | 1/21/10 2:25 PM | 1/21/10 5:00 PM | 1/21/10 5:30 PM | conference call | Check in call with NIAC/Convio/Charity Dynam | Ellen Krouss <ekrouss@convio.co m> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/21/10 6:55 PM | 1/26/10 2:01 PM | 1/26/10 2:00 PM | 1/26/10 3:00 PM | TBD | StoryBuilder & PageBuilder Demo | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 1/28/10 12:28 PM | 1/28/10 1:53 PM | 1/28/10 2:00 PM | 1/28/10 2:30 PM | | Meeting | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 2/3/10 3:36 PM | 2/12/10 10:00 AM | 2/5/10 4:00 PM | 2/5/10 5:00 PM | (712) 432-0175; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 5/14/10 11:12 AM | 5/19/10 3:02 PM | 5/20/10 3:15 PM | 5/20/10 3:45 PM | 1(877) 624-7787 | Call Ehsan | David Elliott <delliott@niacouncil.org> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 5/19/10 4:08 PM | 5/24/10 2:50 PM | 6/3/10 12:00 PM | 6/3/10 1:00 PM | Conference line | NIAC and Convio Post deployment discussion | Mark Montenero <mmontenero@conv io.com> |
| David Elliott | Elliott_David\DELLIOTT\C3 | | Recovered | 8/13/10 2:27 PM | 8/13/10 2:27 PM | 8/16/10 11:00 AM | 8/16/10 11:30 AM | 303 Cannon HOB | Brenda Muñiz | |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Kim Martinez, David Elliott | Kim Martinez | Kim Martinez; David El | Kim Martinez; David Elliott | | |
| | | | Ellen Krouss; Kevin Cowl; David Elliott (NIAC); kim@charitydynamics.com; Jessica Hood; Michelle Shefter; | Thanks to everyone who can join this afternoon.  Please call 1-800 201-2375 code 8438228#.  Speak to you soon. | |
| Ellen Krouss, Kevin Cowl, ( | Ellen Krouss | Ellen Krouss; Kevin Co | Mark Montenero | Ellen | |
| Kim Martinez, David Elliott | Kim Martinez | Kim Martinez; David El | Kim Martinez;  David Elliott; Suzanne Davey | | |
| | David Elliott | | | | |
| Kim Martinez, Kevin Cowl, | Kim Martinez | Kim Martinez; Kevin C | Kim Martinez;  Kevin Cowl; David Elliott, NIAC | | |
| | David Elliott | | | SQL DATABASE | |
| | | | Mark Montenero; Burt Edwards; kcowl@niacouncil.org; | Hi All,  Changing time to give NIAC time to prepare.  Thanks,  Mark  Mark – we are are going to have to move this conversation until next week.  On our end, we are not prepared with a similar analysis as we provided for our call last week – and we really do need to put some time into it to make the call count.  Please propose a time for the following week. | |
| Mark Montenero,  Burt Edw | Mark Montenero | Mark Montenero;  Burt | delliott@niacouncil.org | | |
| 'Jamal Abdi' | | 'Jamal Abdi' | 'Jamal Abdi' | Legislative Director Congressman Charles A. Gonzalez (TX-20) 202.225.3236 | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Jamal Abdi | | | | 4/8/10 4:27 PM | 4/13/10 11:06 AM | 4/15/10 8:30 AM | 4/15/10 10:00 AM | | | |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | | | | | CAP | A Creative Middle Path on Iran | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | 11/17/09 4:44 PM | 11/18/09 9:32 AM | 11/18/09 8:00 AM | 11/18/09 9:00 AM | 1850 K Street | IISS special invitation to breakfast discussion | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | 11/16/09 4:20 PM | 11/18/09 9:32 AM | 11/19/09 12:00 AM | 11/20/09 12:00 AM | | Trita Lunch | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | 11/23/09 11:58 AM | 11/23/09 1:31 PM | 11/23/09 1:00 PM | 11/23/09 1:30 PM | | Staff Meeting | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | 11/30/09 11:33 AM | 11/30/09 1:45 PM | 11/30/09 2:00 PM | 11/30/09 2:30 PM | | Staff Meeting | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal_ | 3 | Recovered | 11/23/09 2:46 PM | 12/2/09 2:39 PM | 12/2/09 12:30 PM | 12/2/09 1:30 PM | fcnl | new-iran-policy-coordinating-committee | Jamal Abdi <JAbdi@niacouncil.o rg> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | Jamal Abdi | | | "http://app.mx3.americanprogressaction.org/e/es.aspx?s=785&e=125719&elq=e134dd80e91a4b0d856cf3cdbe2d24d2" View it in your web browser.<br>HYPERLINK<br>"http://app.mx3.americanprogressaction.org/e/er.aspx?s=785&lid=195&elq=e134dd80e91a4b0d856cf3cdbe2d24d2"<br><br>Please join the Center for American Progress, The Century Foundation and the National Security Network for a special presentation:<br>A Creative Middle Path on Iran<br>April 15, 2010, 8:30am – 10:00am<br>Admission is free.<br>HYPERLINK<br>"http://app.mx3.americanprogressaction.org/e/er.aspx?s=785&lid=474798&elq=e134dd80e91a4b0d856cf3cdbe2d24d2" RSVP to attend this event<br>Featured speaker:<br>HYPERLINK<br>"http://app.mx3.americanprogressaction.org/e/er.aspx?s=785&lid=476218&elq=e134dd80e91a4b0d856cf3cdbe2d24d2"<br>Congressman Tom Perriello, (D-VA)<br>Featured panelists:<br>HYPERLINK<br>"http://app.mx3.americanprogressaction.org/e/er.aspx?s=785&lid=398858&elq=e134dd80e91a4b0d856cf3cdbe2d24d2" Geneive Abdo, Fellow and Iran analyst, The Century Foundation<br>HYPERLINK<br>"http://app.mx3.americanprogressaction.org/e/er.aspx?s=785&lid | |
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | | 11/30/09 5:02 PM | 12/14/09 10:22 AM | 12/11/09 12:30 PM | 12/11/09 1:30 PM | Cannon 122 | NIAC Briefing | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | Recovered | 1/27/10 5:46 PM | 2/5/10 9:10 AM | 2/3/10 2:00 PM | 2/3/10 4:15 PM | | America and the Iranian Political Reform Mov... | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | Recovered | 3/31/10 10:57 AM | 3/31/10 5:12 PM | 3/31/10 2:30 PM | 3/31/10 3:30 PM | | SWIPA Meeting (.5 D, .5 GR) | Jamal Abdi <JAbdi@niacouncil.o rg> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | Recovered | 7/12/10 1:59 PM | 7/13/10 9:05 AM | 7/16/10 3:00 PM | 7/16/10 3:15 PM | | NSWG | David Elliott <delliott@niacouncil. org> |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | Recovered | 8/9/10 10:29 AM | 8/9/10 10:29 AM | 8/13/10 4:00 PM | 8/13/10 4:30 PM | 322 4th Street N | Council for a Livable World | |
| Jamal Abdi | Abdi_Jamal\Abdi_Jamal | 3 | Recovered | 8/17/10 5:14 PM | 8/17/10 5:14 PM | 8/18/10 12:00 PM | 8/18/10 1:15 PM | MEI Boardman Room 1761 N Street NW, Washington, DC | | |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D | 3 | Recovered | 8/7/09 2:20 PM | 8/7/09 2:20 PM | 8/25/09 10:00 AM | 8/25/09 10:30 AM | | Pat Thompson Jones Lang | Kevin Cowl <kcow@niacouncil.o rg> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D | 3 | Recovered | 7/15/09 9:19 AM | 7/15/09 9:19 AM | 7/16/09 2:00 PM | 7/16/09 2:30 PM | | meet with Gulnaz at Citibank | Kevin Cowl <kcow@niacouncil.o rg> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D | 3 | Recovered | 7/23/09 4:57 PM | 7/23/09 4:57 PM | 7/29/09 10:00 AM | 7/29/09 10:30 AM | | Hold for Grassroots | Kevin Cowl <kcow@niacouncil.o rg> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D | 3 | Recovered | 7/31/09 3:06 PM | 7/31/09 3:06 PM | 8/6/09 10:00 AM | 8/6/09 11:00 AM | | Don Page | Kevin Cowl <kcow@niacouncil.o rg> |
| Kevin Cowl | | | | 8/5/09 1:59 PM | 8/5/09 1:59 PM | 8/12/09 3:30 PM | 8/12/09 5:00 PM | NIAC office / Go... | CITI / Exponent Parters Salesforce presentatio... | Sean Speer <sspeer@citidc.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D | 3 | Recovered | 10/7/09 1:21 PM | 10/7/09 1:21 PM | 10/8/09 1:30 PM | 10/8/09 2:15 PM | | PARSA Grant & Membership | Michelle Moghtader <mmoghtader@niac ouncil.org> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |
| | Jamal Abdi | | | | |
| David Elliott, jabdi@niacou | David Elliott | David Elliott; jabdi@ni | David Elliott; jabdi@niacouncil.org | | |
| | Kevin Cowl | | | | |
| | Kevin Cowl | | | | |
| | Kevin Cowl | | | | |
| | Kevin Cowl | | | 1. Please join my meeting. https://www2.gotomeeting.com/join/595461419<br><br>2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.<br><br>Dial 215-383-1003<br>Access Code: 595-461-419<br>Audio PIN: Shown after joining the meeting<br><br>Meeting ID: 595-461-419<br><br>GoToMeeting®<br>Online Meetings Made Easy™ | |
| Sean Speer, Marisa Lopez, | Sean Speer | Sean Speer; Marisa Lo | Sean Speer; Marisa Lopez; Kevin Cowl; 'David Elliott (NIAC)' | | |
| Michelle Moghtader, 'Kevi | Michelle Moghtader | Michelle Moghtader; | Michelle Moghtader; 'Kevin Cowl' | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D.3 | | | 10/6/09 10:38 AM | 10/6/09 11:19 AM | 10/8/09 3:30 PM | 10/8/09 4:30 PM | (616) 247-8400; | NIAC Kick-Off | Kim Martinez <kim@charitydynamics.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D.3 | | Recovered | 10/14/09 4:19 PM | 10/14/09 4:19 PM | 10/14/09 2:30 PM | 10/14/09 3:00 PM | Emma to phone | Brief call about Convio and Common Ground | Emma Zolbrod <ezolbrod@convio.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D.3 | | Recovered | 10/13/09 9:36 AM | 10/13/09 9:52 AM | 10/23/09 1:30 PM | 10/23/09 2:30 PM | (616) 347-8400; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D.3 | | Recovered | 10/26/09 4:31 PM | 10/26/09 4:31 PM | 10/30/09 1:30 PM | 10/30/09 2:30 PM | (616) 347-8400; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Kim Martinez, Jessica Hood | Kim Martinez | Kim Martinez; Jessica Hood | Kim Martinez; Jessica Hood; Kevin Cowl | | |
| Emma Zolbrod, kcowl@nia | Emma Zolbrod | Emma Zolbrod; kcowl@niacouncil.org | Emma Zolbrod; kcowl@niacouncil.org | | |
| | | | | each with your Project Manager and a regular status report as required until the tasks set forth are completed.<br><br>Hi Kevin,<br><br>Our team will be out of the office on Thursday and Friday, November 26-27th for Thanksgiving.  Please let me know if you would like to move our standing call to another day or skip that week.<br><br>Kind Regards, | |
| Kim Martinez,  Kevin Cowl, | Kim Martinez | Kim Martinez;  Kevin Cowl; Kupferman | Kim Martinez;  Kevin Cowl; Kim Kupferman | Kim | |
| Kim Martinez,  Kevin Cowl, | Kim Martinez | Kim Martinez;  Kevin Cowl; Kupferman | Kim Martinez;  Kevin Cowl; Kim Kupferman | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL(D\D)3 | | Recovered | 11/9/09 1:02 PM | 11/9/09 1:02 PM | 11/9/09 4:00 PM | 11/9/09 5:00 PM | Conference Call | NIAC Common Ground Next Steps | Autumn Woish <autumn@teamhelle r.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | Agenda | |
| | | | | Discuss any questions from your e-learning "homework" Tour you around the Administration aspects of the Common Ground database Start creating core code structure | |
| | | | | 1. Please join my meeting. https://www1.gotomeeting.com/join/917850897 | |
| | | | | 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. | |
| | | | | Dial 712-338-7141 Access Code: 917-850-897 Audio PIN: Shown after joining the meeting | |
| | | | | Meeting ID: 917-850-897 | |
| Autumn Woish, Kevin Cowl | Autumn Woish | Autumn Woish; Kevin | Autumn Woish; Kevin Cowl; Mmoghtader@niacouncil.org; Sepideh Phalsaphie; Kim Held; kim@charitydynamics.com; (David Elliott (NIAC) | GoToMeeting® Online Meetings Made Easy™ | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL1\VD13 | Recovered | | 11/24/09 1:23 PM | 11/24/09 1:23 PM | 11/25/09 10:00 AM | 11/25/09 11:00 AM | 1411 K Street, NW NIAC - Site survey | | Stu Kushner <stu@progressiveoffice.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | "https://www.google.com/calendar/event?action=VIEW&eid=bjkz czl4aTF22nE2b2l0YjIuNGEwZzMvyMWW8ga2NvdZxAbmlhY291bmNp bC5vcmc&tok=MJUjc3R1QHByb2dyZXNzaXZlbGZ2maWNlLmNvbTU wZTQ4MDA1MDExMDExMDExMjRYmVlYjFnmMGViOTg1MWlzM WVlZTA&ctz=America%2FNew_York&hl=en"more details » | |
| | | | | NIAC - Site survey<br><br>Meet with Kevin Cowl and David Elliot to discuss current IT needs and ongoing IT support.<br>When<br>Wed Nov 25 10am – 11am Eastern Time<br>Where<br>1411 K Street, NW, Washington, DC 20005 (HYPERLINK<br>"http://maps.google.com/maps?q=1411+K+Street%2C+NW%2C+Washington%2C+DC+20005&hl=en" \nmap)<br>Calendar<br>kcowl@niacouncil.org<br>Who<br>• Stu Kushner - organizer<br>• delliott@niacouncil.org<br>• kcowl@niacouncil.org<br><br>Going?  -HYPERLINK<br>"https://www.google.com/calendar/event?action=RESPOND&eid= bjkzczl4aTF22nE2b2l0YjIuNGEwZzMvyMWW8ga2NvdZxAbmlhY291b mNpbC5vcmc&rst=1&tok=MJUjc3R1QHByb2dyZXNzaXZlbGZ2maWN lLmNvbTUwZTQ4MDA1MDExMDEwMWNkZmU1MjRjYmVlYjFnmMGViOTg 1MWlzMWVlZTA&ctz=America%2FNew_York&hl=en"Yes - | |
| Stu Kushner, kcowl@niaco | Stu Kushner Stu Kushner | Stu Kushner; kcowl@n | Stu Kushner; kcowl@niacouncil.org; delliott@niacouncil.org | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D3 | | Recovered | 11/27/09 9:50 AM | 11/27/09 9:50 AM | 12/3/09 9:00 AM | 12/3/09 3:00 PM | 1411 K Street, NW | NIAC - Finish-up Server and Backup | Eric Fitzgerald <eric.fitzgerald@progressiveoffice.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D3 | | Recovered | 12/7/09 12:18 PM | 12/7/09 12:19 PM | 12/9/09 10:00 AM | 12/9/09 11:00 AM | (616) 347-8400; | NIAC - Review Designs | Kim Martinez <kim@charitydynamics.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D3 | | Recovered | 12/31/09 1:47 PM | 12/31/09 1:50 PM | 1/6/10 1:00 PM | 1/6/10 1:30 PM | ** 877-375-6810 | Conference Call – Outstanding Issues | Kody Wilson <Kody.Wilson@hq.speakeasy.net> |
| Kevin Cowl | Cowl_Kevin\KCOWL1\D\D3 | | Recovered | 2/3/10 3:36 PM | 2/3/10 3:36 PM | 2/5/10 4:00 PM | 2/5/10 5:00 PM | (712) 432-0175; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Eric Fitzgerald, kcowl@niac... | Eric Fitzgerald | Eric Fitzgerald; kcowl@... | Eric Fitzgerald; kcowl@niacouncil.org; eric.fitzgerald@progressiveoffic e.com | "https://www.google.com/calendar/event?action=VIEW&eid=cZ2uaz8mN2zhl2HAzcHRhOWtrZnVtZDE3YzAga2Nvd2xAbmlhY291bmNpbC5vcmc&tok=MzcjZXIpYy5maxR6Z2VyYWxkQHByb2dyZXNzaXZlb2ZmaWNljE2NmM5YWQ4ZGNlMDg&ctz=America%2FNew_York&hl=en" mor e details »<br><br>NIAC - Finish-up Server and Backup<br><br>Finish-up the NAS setup and backup system.<br>When<br>Thu Dec 3 9am – 3pm Eastern Time<br>Where<br>1411 K Street, NW, Washington, DC 20005 (HYPERLINK "http://maps.google.com/maps?q=1411+K+Street%2C+NW%2C+Washington%2C+DC+20005&hl=en" \ymap)<br>Calendar<br>kcowl@niacouncil.org<br>Who<br>• Eric Fitzgerald - organizer<br>• stu@progressiveoffice.com - creator<br>• kcowl@niacouncil.org<br><br>Going?  - HYPERLINK "https://www.google.com/calendar/event?action=RESPOND&eid=cZ2uaz8mN2zhl2HAzcHRhOWtrZnVtZDE3YzAga2Nvd2xAbmlhY291bmNpbC5vcmc&rst=1&tok=MzcjZXIpYy5maxR6Z2VyYWxkQHByb2dyZXNzaXZlb2ZmaWNlLmNvbWFib2VkNWIxNzk3bTFhZWQ4ZGIwYmJlN2QwNWM5ZTNiZDRiZjE2NmM5YWQ4ZGNlMDg&ctz=America%2FNew_York | |
| Kim Martinez, Kevin Cowl, ... | Kim Martinez | Kim Martinez; Kevin C... | Kim Martinez; Kevin Cowl; David Elliott, NIAC; Michelle Moghtader; Jennifer Atkins | | |
| Kody Wilson, Jennifer Moo... | Kody Wilson | Kody Wilson; Jennifer 'kcowl@niacouncil.org' | Kody Wilson; Jennifer Moon; 'kcowl@niacouncil.org' | | |
| Kim Martinez, Kevin Cowl, ... | Kim Martinez | Kim Martinez; Kevin C... | Kim Martinez; Kevin Cowl; David Elliott, NIAC | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL\D\D3 | | | 2/18/10 3:38 PM | 2/18/10 3:41 PM | 2/22/10 2:30 PM | 2/22/10 4:00 PM | | | Reza Firouzbakht <reza.firouzbakht@northwestniac.org> |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\D3 | | Recovered | | | | | Kevin/Trita call R | Planning for NIAC Board Call | |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\D3 | | Recovered | 3/2/10 12:02 PM | 3/2/10 12:02 PM | 3/2/10 2:30 PM | 3/2/10 3:00 PM | (712) 432-0175; | NIAC Preparing for Launch | Kim Martinez <kim@charitydynamics.com> |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\D3 | | Recovered | 3/3/10 9:47 AM | 3/3/10 9:49 AM | 3/3/10 11:00 AM | 3/3/10 11:30 AM | | NIAC memberpage | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\D3 | | Recovered | 3/8/10 1:05 PM | 3/8/10 1:10 PM | 3/9/10 3:00 PM | 3/9/10 4:00 PM | (712) 432-0175; | NIAC Status Call | Kim Martinez <kim@charitydynamics.com> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | This event has been changed.<br><br>HYPERLINK "https://www.google.com/calendar/event?action=VIEW&eid=cGk5N2dvMXFzYTNkaXlnN2Nhaj2dTlrOTQga2Nvd2xAbmlhY291bm1cGC5vcmc&tok=MzQjcmV6YS5maXJvdXphYWNodEB1b3Jhdic3Rua WFjLm9y9zzA2ODQcwZTlkOGsjyMTgyNDkiOMTcdMzUwMWMN0Nq1YmNkMDJjYTVjZjj&ctz=America%2Flos_Angeles&hl=en"more details » | |
| | | | | Planning for NIAC Board Call | |
| | | | | Two objectives:<br>1. Discuss top 3 priorities and re-allocate resources<br>2. Develop objectives, task list and timelines for each board member<br>When<br>Changed: Mon Feb 22 11:30am – 1pm Pacific Time<br>Where<br>Kevin/Trita call Reza Cell (HYPERLINK "http://maps.google.com/maps?q=Kevin%2FTrita+call+Reza+Cell&hl=en" \nmap)<br>Calendar<br>kcowl@niacouncil.org<br>Who<br>•Reza Firouzbakht - organizer<br>•tparsi@niacouncil.org<br>•kcowl@niacouncil.org<br>•reza.firouzbakht@accenture.com | |
| Reza Firouzbakht, kcowl@ | Reza Firouzbakht | Reza Firouzbakht; kcowm | Reza Firouzbakht; kcowl@niacouncil.org; tparsi@niacouncil.org; reza.firouzbakht@accenture.co | | |
| Kim Martinez, Kevin Cowl | Kim Martinez | Kim Martinez; Kevin C | Kim Martinez; Kevin Cowl | | |
| Michelle Moghtader, 'Kevi | Michelle Moghtader | Michelle Moghtader; | Michelle Moghtader; 'Kevin C. Cowl'; 'Arsalan Barmand'; Kim Martinez; Mark | | |
| | | | Montenero, Convio; Ellen Krouss; Jessica Hood; Kathy Kempff; David Elliott; Kevin Cowl, NIAC; kim@teamheller.com; | | |
| Kim Martinez, Mark Monte | Kim Martinez | Kim Martinez; Mark M | bedwards@convio.com | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Cowl | Cowl_Kevin\KCOWL1\VLD 3 | | | 6/15/10 9:31 AM | 6/15/10 9:48 AM | 6/15/10 3:00 PM | 6/15/10 4:00 PM | | | Patrick Disney <PDisney@niacouncil .org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 7/16/08 6:18 PM | 7/16/08 6:18 PM | 1/21/09 11:00 AM | 1/21/09 12:00 PM | | Interdepartmental Dental cleaning with Dr. Soga | |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 1/8/09 12:18 AM | 1/8/09 12:18 AM | 1/12/09 12:00 PM | 1/12/09 1:30 PM | Woodrow Wilson | Iran-EU Relations: An Austrian Perspective | |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 7/7/09 9:41 AM | 7/7/09 9:41 AM | 7/9/09 3:00 PM | 7/9/09 3:30 PM | | Nico from Huff post visit | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 7/27/09 10:33 AM | 7/27/09 3:45 PM | 7/27/09 4:00 PM | 7/27/09 4:30 PM | 919-272-2953 | Call Mazzi | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 9/11/09 5:42 PM | 9/11/09 5:42 PM | 9/14/09 4:00 PM | 9/14/09 4:30 PM | | e-mail about | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 9/17/09 9:23 AM | 9/17/09 9:23 AM | 10/3/09 12:00 AM | 10/4/09 12:00 AM | | bbq | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 9/23/09 2:18 PM | 9/23/09 2:18 PM | 10/6/09 9:30 AM | 10/6/09 10:00 AM | | Meet with Kelly | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 10/7/09 9:26 AM | 10/7/09 9:33 AM | 10/8/09 3:30 PM | 10/8/09 4:30 PM | (616) 247-8400; | NIAC Kick-Off | Kim Martinez <kim@charitydynami cs.com> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 10/14/09 11:03 AM | 10/20/09 9:36 AM | 10/19/09 2:00 PM | 10/19/09 2:30 PM | Cabell 255 office | Meet with Quandt | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 10/13/09 1:07 PM | 10/20/09 9:36 AM | 10/19/09 3:00 PM | 10/19/09 3:30 PM | | Meet with lynch | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade| Moghtader_Michelle_and 3 | | Recovered | 10/13/09 4:37 PM | 10/13/09 4:37 PM | 10/20/09 3:00 PM | 10/20/09 4:00 PM | | Meet w lynch | |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Patrick Disney, 'Arsalan Bar | Patrick Disney | Patrick Disney; 'Arsalan | Patrick Disney; 'Arsalan Barmand'; 'Jamal Abdi'; delliott@niacouncil.org; 'Kevin Cowl' | | |
| | | | | | |
| | | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | Dean Daily is the head. | |
| Kim Martinez,  David Elliott | Kim Martinez | Kim Martinez;  David El | Kim Martinez;  David Elliott; Michelle Moghtader | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | 8016 Cabell | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 10/20/09 10:01 AM | 10/20/09 10:59 AM | 10/21/09 10:00 AM | 10/21/09 11:00 AM | Trita's office | Discussion of grants | Kevin Cowl <kcowl@niacouncil.o rg> |
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 10/8/09 5:13 PM | 10/8/09 5:13 PM | 10/23/09 12:00 AM | 10/24/09 12:00 AM | | Branding Exercise | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 10/8/09 2:02 PM | 10/8/09 2:02 PM | 10/24/09 4:00 PM | 10/24/09 5:00 PM | | Meet with Mac Hashemian | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 10/7/09 10:45 AM | 10/7/09 10:45 AM | 10/26/09 9:00 AM | 10/26/09 9:00 PM | | JStreet | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 10/7/09 10:45 AM | 10/7/09 10:45 AM | 10/27/09 9:00 AM | 10/27/09 8:30 PM | | J Street | Michelle Moghtader <mmoghtader@niac ouncil.org> |
| Michelle Moghtade | Moghtader_Michelle_an3 | | Recovered | 9/24/09 1:35 PM | 9/24/09 1:35 PM | 12/3/09 9:00 AM | 12/3/09 2:30 PM | | Nit | |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Kevin Cowl; 'Trita Parsi, Phi | Kevin Cowl | Kevin Cowl; 'Trita Parsi | Kevin Cowl; 'Trita Parsi, PhD'; 'Michelle Moghtader'; 'Patrick Disney'; 'David Elliott (NIAC) | Wanted to discuss the following: AGENDA: Applications Pending: Connect US Reports: OSPC (submitted) Parsa (report due), Rock. Bros. (report due 11/30) LOI's Sent: Carnegie Corp., Nathan E. Cummings Fdn. Next steps – develop proposals Other New (Short-term) Targets: | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |
| | Michelle Moghtader | | | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader | Moghtader_Michelle_am3 | | Recovered | 1/5/10 3:38 PM | 1/5/10 3:38 PM | 1/7/10 2:00 PM | 1/7/10 3:00 PM | | Heller Consulting: NIAC CG Financial Coding M | Kim Kupferman <kim@teamheller.co m> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | Hi there, | |
| | | | | Here is the screen sharing and teleconference information for our meeting later this week. | |
| | | | | Best, Kim | |
| | | | | 1. Please join my meeting. https://www1.gotomeeting.com/join/116143953 | |
| | | | | 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. | |
| | | | | Dial 805-309-0011 Access Code: 116-143-953 Audio PIN: Shown after joining the meeting | |
| | | | | Meeting ID: 116-143-953 | |
| | | | | GoToMeeting® Online Meetings Made Easy™ | |
| Kim Kupferman, Kevin Cow | Kim Kupferman | Kim Kupferman; Kevin | Kim Kupferman; Kevin Cowi; 'Michelle Moghtader' | Kimberly J. Kupferman, PMP \| Heller Consulting, Inc. Consulting Services Manager, Western Region T: 510-841-4222 x302 \| F: 510-295-2782 San Francisco \| Chicago \| New York HYPERLINK "http://www.teamheller.com/"www.teamheller.com | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader | Moghtader_Michelle_and3 | | Recovered | 2/1/10 10:25 AM | 2/1/10 10:25 AM | 2/2/10 1:00 PM | 2/2/10 2:00 PM | | GoToMeeting Invitation - Heller Consulting: N | Kim Kupferman <kim@teamheller.co m> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Kim Kupferman, garr@Isac | Kim Kupferman | Kim Kupferman; garr@ | Kim Kupferman; garr@saccopa.com; Phil Isacco; Michelle Moghtader; Kevin Cowl | Hi everyone,<br><br>Here is the conference call and screen sharing information for the call on Tuesday. I look forward to talking about your accounting coding in more detail.<br><br>Best,<br>Kim<br><br>1. Please join my meeting.<br>https://www1.gotomeeting.com/join/355599936<br><br>2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.<br><br>Dial 630-869-1011<br>Access Code: 355-599-936<br>Audio PIN: Shown after joining the meeting<br><br>Meeting ID: 355-599-936<br><br>GoToMeeting®<br>Online Meetings Made Easy™<br><br>Kimberly J. Kupferman, PMP | Heller Consulting, Inc.<br>Consulting Services Manager<br>T: 510-841-4222 x302 | F: 510-295-2782<br>San Francisco | Chicago | New York | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Moghtader | Moghtader_Michelle_an | 3 | Recovered | | | | | | | |
| Michelle Moghtader | Moghtader_Michelle_an | 3 | Recovered | 3/16/10 5:24 PM | 3/16/10 5:24 PM | 3/17/10 12:00 PM | 3/17/10 2:00 PM | Web Conference | NIAC Common Ground Training in district follow up | Autumn Woish <autumn@teamhelle r.com> |
| Patrick Disney | Disney_Patrick\PDISNEY\ | 3 | Recovered | 5/27/10 5:35 PM | 5/27/10 5:35 PM | 5/28/10 12:00 AM | 5/29/10 12:00 AM | | | Mahsa Varkiani <avarkiani@niacounc il.org> |
| Patrick Disney | Disney_Patrick\PDISNEY\ | 3 | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 10:00 AM | 6/8/10 11:30 AM | Bipartisan Policy | Can a Nuclear Iran be Contained? (Shawn) | Mahsa Varkiani <avarkiani@niacounc il.org> |
| Patrick Disney | Disney_Patrick\PDISNEY\ | 3 | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 11:00 AM | 6/8/10 1:30 PM | Rayburn 2325 | NIAC Briefing (Mahsa, Shahrzad, & Shima) | |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| Autumn Woish, Kevin Cowl | Autumn Woish | Autumn Woish; Kevin | Autumn Woish; Kevin Cowl; 'Michelle Moghtader'; delliott@niacouncil.org; Joel Mulder | Hi folks, I'm looking forward to conducting your Common Ground training. Attached, please find the meeting's agenda, and conference call information is below. All my best, Autumn 1. Please join my meeting, Wednesday, March 17 at 9:00 AM Pacific Daylight Time. https://www1.gotomeeting.com/join/611592128 2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone. Dial 630-869-1012 Access Code: 611-592-128 Audio PIN: Shown after joining the meeting Meeting ID: 611-592-128 GoToMeeting® Online Meetings Made Easy™ | |
| Mahsa Varkiani, samoei@n | Mahsa Varkiani | Mahsa Varkiani; samoei@niacouncil.org | | -Send out c | |
| Mahsa Varkiani, ssafavi@n | Mahsa Varkiani | Mahsa Varkiani; ssafavi@niacouncil.org; sdaneshpour@niacouncil.org | Mahsa Varkiani; ssafavi@niacouncil.org; | Food is permitted, 75 people capacity. | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrick Disney | Disney, Patrick\PDISNEY\3 | | Recovered | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/8/10 12:15 PM | 6/8/10 2:00 PM | Carnegie Endowt | Taking Tehran's Temperature: One Year On ($I).org> | Mahsa Varkiani <avarkiani@niacounc |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | ...rising temp's temperature. One. ...ean on<br><br>Abbas Milani, Gary Sick, HYPERLINK "http://www.carnegieendowment.org/experts/index.cfm?fa=expert_view&expert_id=340"Karim Sadjadpour, Steve Inskeep Tuesday, June 08, 2010 — Washington, D.C.<br>12:15 PM – 2:00 PM EST | |
| | | | | HYPERLINK "http://www.carnegieendowment.org/events/forms/?fa=registration&event=2925"Register to attend<br><br>Almost a year ago, the controversy surrounding Iran's presidential election spurred the largest popular uprising since the 1979 revolution. While it appears that the government has gradually succeeded in violently quashing the opposition momentum, deep internal rifts—both among the country's political elites and between regime and the general population—remain.<br><br>NPR's Steve Inskeep will moderate a conversation between leading Iran analysts Abbas Milani of Stanford University, Gary Sick of Columbia University and Carnegie's Karim Sadjadpour, on the stability of the regime and how the United States should deal with the Islamic Republic. | |
| Mahsa Varkiani, svaziri@ni | Mahsa Varkiani | Mahsa Varkiani; svaziri@niacouncil.org | Mahsa Varkiani; svaziri@niacouncil.org | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 7/1/10 9:38 AM | 7/1/10 9:38 AM | 6/15/10 6:30 PM | 6/15/10 8:30 PM | | | |
| Patrick Disney | Disney_Patrick\PDISNEY\3 | | Recovered | | | | | Buchanan Ingers | Turkey, Iran, and the US Power Triangle in the 21st Century | |
| Patrick Disney | Disney_Patrick\PDISNEY\3 | | Recovered | 4/8/10 10:28 AM | 5/10/10 9:26 AM | 5/9/10 7:30 PM | 5/9/10 10:30 PM | 450 7th St NW | The Liar | Patrick Disney <PDisney@niacouncil.org> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | the US Power Triangle | |
| | | | | for the 21st Century | |
| | | | | Albert Einstein famously defined insanity as doing the same thing over and over, but expecting different results. In his new book, "Reset: Iran, Turkey, and America's Future," Stephen Kinzer argues that this is what the United States is doing in the Middle East. He argues that the end of the Cold War requires a new approach to the world's most volatile region. Kinzer offers a fresh and provocative view of how the US could help resolve the interlocking crises that afflict the Middle East and threaten global security. | |
| | | | | Stephen Kinzer has authored seven books, including Crescent and Star: Turkey between Two Worlds, and was a foreign correspondent for the New York Times. He currently teaches journalism and US foreign policy at Northwestern University. | |
| | | | | Dr. Omer Taspinar is an expert on U.S.-Turkish relations. He is the director of the Turkey Program at The Brookings Institution and Professor of National Security Strategy at the U.S. National War College. | |
| | | | | Please join us prior to the discussion for an intimate gathering and cocktail reception with Mr. Kinzer and Dr. Taspinar. A donation of $25 per person is appreciated. The reception begins at 6:30 pm and the discussion begins at 7:30 pm. Please feel free to join only the discussion at 7:30 if you are unable to attend the reception. | |
| | Patrick Disney | | | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| Sepideh Phalsaphie | Phalsaphie_Sepideh\SEPI 3 | | | 9/17/09 9:54 AM | 9/17/09 9:54 AM | 10/4/09 5:00 PM | 10/4/09 8:00 PM | Trita's House | TP BBQ | David Elliott (NIAC) <delliott@niacouncil.org> |
| Sepideh Phalsaphie | Phalsaphie_Sepideh\SEPI 3 | | Recovered | 9/11/09 11:53 AM | 10/2/09 2:01 PM | 10/6/09 10:00 AM | 10/6/09 11:00 AM | 1411 K St | Updated: NIAC Speakeasy Meeting | Neil Lytle <Neil.Lytle@hq.speakeasy.net> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | hey,<br><br>Some of you have been with us from the start, while others may have just joined us. In any case, much of our success has been thanks to your work for or with NIAC. Over the years, the number of NIAC alumni or friends of NIAC have grown steadily, it's really amazing.<br><br>For all of those who have been involved in or with NIAC for the past few years, we are holding a little get-together bbq at our home in Mclean, VA on Oct. 4.<br><br>We thought it would be a great idea to get together, catch up and conspire!<br><br>Please join us from 5pm to 8pm on Sunday, October 4 for good company, food and drinks.<br><br>While we understand that many of you have left the DC area, we'd still love to hear from you. Please RSVP by October 1st. Look forward to seeing you in October!<br><br>Regards, | |
| David Elliott (NIAC), 'Staff | David Elliott (NIAC) | David Elliott (NIAC); 'St | David Elliott (NIAC); 'Staff' | | |
| Neil Lytle, 'sphalsaphie@ni | Neil Lytle | Neil Lytle; 'sphalsaphie' kcowl@niacouncil.org' | Neil Lytle; 'sphalsaphie@niacouncil.org'; | | |

**Purged/Double-Deleted Entries**
**Not Produced**

| Computer Custodian | PST Source | Processing Pass | Outlook Folder | Creation Time | Last Modification Time | Start | End | Location | Subject | From |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3/8/10 10:10 AM | 3/8/10 10:10 AM | 3/8/10 1:00 PM | 3/8/10 2:00 PM | | | |
| Sepideh Phalsaphie | Phalsaphie_Sepideh\SEPI 3 | | Recovered | | | | | | FW: Heller Consulting: NIAC Test Conversion | Kevin Cowl <kcowl@niacouncil.o rg> |
| Sepideh Phalsaphie | Phalsaphie_Sepideh\SEPI 3 | | Recovered | 6/3/10 9:04 AM | 6/3/10 9:04 AM | 6/3/10 10:30 AM | 6/3/10 11:30 AM | | Intern Strategy Mtg | Patrick Disney <PDisney@niacouncil .org> |

**Purged/Double-Deleted Entries**
**Not Produced**

| To | Organizer | Recipients | Required Attendees | Body | Matched to NIAC Production 1 or 2 |
|---|---|---|---|---|---|
| | | | | From: Kim Kupferman<br>Sent: Friday, March 05, 2010 2:06 PM<br>To: Kim Kupferman; Sandi Reinardy; Kevin Cowl; HYPERLINK "mailto:mmoghtader@niacouncil.org"mmoghtader@niacouncil.org<br>Subject: Heller Consulting: NIAC Test Conversion Review Update<br>When: Monday, March 08, 2010 1:00 PM-2:00 PM (GMT-05:00) Eastern Time (US & Canada).<br>Where:<br><br>Hi everyone,<br><br>Here is the remote access information for our review of your Test Conversion questions. I know that this is not the easiest project to take on within such a limited time frame. I appreciate the effort and attention you are giving to it during this particularly busy time with the COM deployment as well.<br><br><br>Best,<br><br>Kim | |
| Kim Kupferman, 'Michelle | Kim Kupferman | Kim Kupferman; 'Michsphiakapathie@niacouncil.org | Kim Kupferman; 'Michelle Moghtader'; sphiakapathie@niacouncil.org | 1. Please join my meeting. | |
| Patrick Disney, staff@niac | Patrick Disney | Patrick Disney; staff@ | Patrick Disney; staff@niacouncil.org | We're going to meet tomorrow morning to discuss long-term assignments for all of our interns this summer, as well as what sort of a structure we'll put in place for overseeing your work. | |

Page 36 of 36