# **EXHIBIT I**

**6/16/09 Puneet Talwar Meeting Entries**
**Edited 12/25/09**

| Computer Custodian | PST Source | Creation Time | Last Modification Time | Start | End | Subject | From | Organizer | Matched to NIAC Production 1 | Matched to NIAC Production 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook1.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook1.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook2.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook3.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook3.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook4.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook5.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Recovered Folders\η1\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook5.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Arsalan Barmand | Barmand_Arsalan\Barmand_Arsalan_Laptop\E\Users\Guest\AppData\Local\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| David Elliott | Elliott_David\DELLIOTT\C\Documents and Settings\David_Elliott\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| David Elliott | Elliott_David\DELLIOTT\C\Documents and Settings\David_Elliott\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |

**6/16/09 Puneet Talwar Meeting Entries**
**Edited 12/25/09**

| Computer Custodian | PST Source | Creation Time | Last Modification Time | Start | End | Subject | From | Organizer | Matched to NIAC Production 1 | Matched to NIAC Production 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| David Elliott | Elliott_David\DELLIOTT\C\Documents and Settings\David_Elliott\Local Settings\Temporary Internet Files\Content.Outlook\9YQWMJU\For production (2).zip\ZIP Volume\For production\TP\tp cal 2009.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| David Elliott | Elliott_David\DELLIOTT\C\Documents and Settings\David_Elliott\Local Settings\Temporary Internet Files\Content.Outlook\9YQWMJU\For production.zip\ZIP Volume\For production\TP\tp cal 2009.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| David Elliott | Elliott_David\DELLIOTT\C\Documents and Settings\David_Elliott\Local Settings\Temporary Internet Files\Content.Outlook\9YQWMJU\For production.zip\ZIP Volume\For production\TP\tp cal 2009.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\Documents and Settings\Kevin\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Kevin Cowl | Cowl_Kevin\KCOWL\D\Documents and Settings\Kevin\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\All Users\Documents\Discov Dec 28\For production\TP\tp cal 2009.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Guest\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Kershasp\Desktop\Discov Dec 28\For production\TP\tp cal 2009.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Kershasp\Desktop\Final Discovery_ pre review\May2010 - before convergence.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Kershasp\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Kershasp\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |
| Trita Parsi | Parsi_Trita\Parsi_Trita_GEK254RH2N8J2G\D\Documents and Settings\Kershasp\Local Settings\Application Data\Microsoft\Outlook\Outlook.pst | 12/25/09 2:26 AM | 12/25/09 2:27 AM | 6/16/09 6:00 PM | 6/16/09 8:00 PM | Puneet at NSC | Babak Talebi <babaktalebi@gmail.com> | Babak Talebi | x | |