# **EXHIBIT L**

# PISHEVAR&ASSOCIATES, P.C.
### ATTORNEYS

600 EAST JEFFERSON STREET
JEFFERSON PLAZA • SUITE 316
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 279-8773 · FACSIMILE (301) 279-7347
WWW.PISHEVARLEGAL.COM

March 18, 2011

Pete Jensen, Esquire
**Sidley Austin, LLP**
1501 K. Street, N.W.
Washington, D.C. 20005

              **Re:**    **Trita Parsi and NIAC v. Said Hassan Daioleslam**
                      Civil Action No.: 08-705 (JDB) (USDC-DC)

Dear Mr. Jensen,

     Enclosed please find a CD containing approximately 193 additional emails relating to Mr. Babak Talebi. These emails are being produced out of an abundance of caution as it relates to the approximately 5500 emails not previously produced. Notwithstanding the foregoing, Plaintiffs reserve the right to challenge the responsiveness and/or relevance of any of the emails produced.

     Of course, if you any questions please feel free to contact me.

                            Very truly yours,

                            Adrian V. Nelson, II

Cc:   Timothy Kapshandy, Esquire