# EXHIBIT M

# Agenda for Staff Meeting
*(Monday, December 3)*

I. **Announcements**
   a. Shamie's schedule for the week

II. **E-bulletin**
   a. Articles for Weekly newsletter
   b. Events to cover this week
      i. MONDAY 7:00 – 8:30pm Young Professionals In Foreign Policy The U.S. and Iran at the End of the Bush Presidency Speakers: Danielle Pletka 1150 17th St. NW Coverage: **Shamie**
      ii. TUESDAY 12:00-1:00 pm Wilson Center, United States vs. Iran: Another Cold War. Speakers: Ray Takeyh. See website for RSVP Coverage: **Rod**
      iii. TUESDAY 9:30 – 11:00 am Arms Control Association (Press Briefing) Iran's Nuc. Program and Diplomatic Options to Contain It. 1111 19th St. NW 12th Floor. RSVP to Peter Crail (202) 863-8270 x102 or peter@armscontrol.org. Speakers: David Albright, Dr. Hans-Peter Hinrichsen, Joseph Cirincione, Daryl Kimball. Coverage : **Johnny**
      iv. TUESDAY 7-8 pm Win Without War National Town Hall Meeting: Why Congress Must Prevent a US attack on Iran. Jack Morton Auditorium GW 21st and H St. NW webcast live at www.standupcongress.org Speakers: Lawrence Wilkerson, Lt. General (USA, Ret.) Robert Gard. **Coverage ?**
      v. THURSDAY MEI and Israel Policy Forum. Postscript on Annapolis: an Israeli Perspective. Speaker: MK Ephraim Sneh. MEI Boardman Room  1761 N Street NW. rsvp@mideasti.org Coverage: **Shamie**
      vi. THURSDAY 12-1:30pm Center for National Policy Iran in the Crosshairs. Speakers: Gary Sick and Michael Jacobson. 1 Mass Ave 3rd floor suite 333. RSVP http://www.cnponline.org/index.php?tg=articles&idx=More&topics=35&article=411. **Coverage?**
      vii. THURSDAY 6:00- 8:30 pm IABA 2008 Congressional Legislative Update (How legislation in the 100th congress impacts the Iranian and Iranian American Community) and Networking reception. Venable LLP  575 7th Street. Contact Robert Babayi (202) 344-4045. Presenters: Trita Parsi and Mercedes Salem, RSVP by COB Tuesday to Amie Ahanchian aahanchian@kpmg.com. **Coverage?**

**III.     Ongoing Tasks**

   a. Office Move
      i. New Fax machine – Shamie (list of options by COB Wednesday)
      ii. Check mail at 2801 M

   b. Blog

      i. Blog – 3 posts up
      ii. What we need
         1. Sara: post on how we chose events to cover, post on upcoming events in December (weekly), one post later in the week about the types of ppl who attend these events.
         2. Emily: Intro post about what you cover and who you talk to (mon or tue), post on sheer number of Iran legislation (later in week)
         3. Babak: post about Senate races .

**IV.     Other**

   a. Palo Alto Fundraiser 12/1/07
      i. Send flowers to host committee
      ii. Enter donations in SF
      iii. Send thank you letters to all

   b. Citi Fundraiser 10/26 and Seattle Fundraiser

      i. Send thank you letters for Citi/Seattle by COB Monday (Shamie/Sara)

   d. Tasks for Interns
      1. Help Shamie with Palo Alto follow up
      2. 30-40 new membership entries
      3. Enter Emily's meetings and notes into Salesforce
      4. Enter Emily's contacts into Salesforce and Outlook via excel.
      5. Returned packaged mailings
      6. Update legislation on website with summaries (Johnny)

   e. Action Alert for democracy funding.

   f. Update staff info on website.