# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

## DECLARATION OF DR. TRITA PARSI

I, Dr. Trita Parsi, am an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury and say:

1. The statements herein are made both as an individual and in my capacity as President of the National Iranian American Council (NIAC).

2. I consider myself to be a scholar, an author, and a journalist.

3. As a scholar, I am a prominent specialist on International Relations and renowned expert on Iranian foreign policy and US-Iran relations.

4. I hold a PhD from Johns Hopkins University School of Advanced International Studies, where I studied under Professor Francis Fukuyama and former National Security Advisor Zbigniew Brzezinski.

5. My advice and expertise is frequently sought by both Western and Asian governments. I have also been invited to brief Secretary Hillary Clinton, the National Security Council

and during the Bush administration, Undersecretary of State Nick Burns. I have testified in Congress on the human rights situation in Iran as well as on the impact of sanctions. Moreover, I have regularly been invited to lecture at the CIA, the National Defense University, and the Defense Intelligence Agency (DIA).

6. As a journalist, my articles on foreign policy matters have been published by the Wall Street Journal, Financial Times, Jane's Intelligence Review, The Nation, Time Magazine, The American Conservative, the Jerusalem Post, The Forward, the New York Times and the Los Angeles Times. I have co-written several articles, including with Israel's former Foreign Minister Shlomo Ben-Ami and Professor Anatol Lieven.

7. Moreover, I have served as a guest columnist for the Inter Press News wire service, with more than 20 columns written for them since 2006.

8. Further to my scholarly journalistic work, my dissertation on Israeli-Iranian relations formed the basis for my first book, which is entitled: *Treacherous Alliance - The Secret Dealings of Israel, Iran and the US* (the "First Book"). This book became a seminal book on Israeli-Iran relations and won two prominent awards – the Arthur Ross Book Award in 2008 (Silver Medallion) by the Council on Foreign Relations, and the 2010 Grawemeyer Award for Ideas Improving World Order.

9. For my dissertation, which resulted in my First Book, I interviewed dozens of American, Israeli and Iranian officials, all prior to 2007. However, I did not retain any of the interview notes from my First Book and therefore do not have any access to them.

10. In a few weeks, my second book will be released. It is entitled *A Single Role of the Dice: Obama's Diplomacy with Iran* (the "Unreleased Book).

11. I started doing research for the Unreleased Book, including conducting interviews with various individuals, in late May 2010. No research, including, but not limited to, interviews with government officials, was done for the Unreleased Book prior to May 2010.

12. In order to be able to interview the various individuals and officials, I had to promise anonymity or that the interviews would be "on background only." Those interviewed were candid with me because of the promise of anonymity made to them.

13. While some of the officials allowed me to reveal their names in the Unreleased Book, most did not.

14. Further, in some instances, some officials expressly told me what portions of the interview notes could be used for the Unreleased Book and which ones were confidential and could not be used. As such, only a limited portion of the interview notes are relied upon for the Unreleased Book.

15. The promise of anonymity was especially important to Iranian dissidents who, at one time, had been jailed by the Iranian regime and fear additional retribution by the Iranian regime.

16. Also, many US officials and individuals I interviewed still held their positions at their offices and therefore feared their job security if their names were revealed. Moreover, some of the matters they spoke to me about as background are of extremely sensitive nature and pertain to US national interests.

17. The requests for anonymity by the individuals I interviewed were made by Iranian, US and other officials. Without a promise to keep their names confidential, I would never have been able to interview these individuals and complete the Unreleased Book.

18. If I am required by the Court to reveal the names of the individuals that requested anonymity, I would be harmed severely. Few, if any, sources would provide sensitive information to me because of a fear that I would reveal their names. It would jeopardize my ability to continue my work as a scholar, journalist, and author.

19. Additionally, if I am required to disclose the names of confidential sources, they could suffer both economic and physical harm.

20. I also want to make abundantly clear that to the extent in my Unreleased Book I cite to sources in my First Book, the First Book, itself, is the source and not any underlying notes since I no longer have any interview notes from my First Book.

21. During my first day of deposition, I testified that I was a fellow with the Woodrow Wilson Center, where I used office space to write my current unreleased book on U.S.-Iran relations. Defendant did not ask any more questions regarding my Unreleased Book, either on the second or third day of my depositions, and did not ask for any interview notes from that book.

22. Although I attended some meetings in Europe at the Pugwash Conference, in 2008, those meetings did not form the basis for my Unreleased Book. I did not conduct any interviews at those meetings.

23. As part of my research for the second book, I conducted interviews with two Iranian officials. However, neither of these officials was living in Iran at the time I conducted the interviews.

24. The defendant, Mr. Seyed Hassan Daieoleslam, also known as Hassan Dai, has been a political activist since his early years, closely associated with the Mujahedin-e Khalq terrorist organization (MEK). His brother and sister are currently high-ranking officials of

the organization at Camp Ashraf in Iraq – a military camp given to the MEK by Saddam Hussein. The Iranian government executed Dai's younger brother for his involvement in the terror organization.

25. Defendant Dai's operations and efforts to "destroy" both me and NIAC fit with the agenda of the MEK terror group since they oppose independent scholars and journalists who favor negotiations rather than a military show-down with Iran. The targets of Dai's writings are exclusively prominent foreign policy experts who tend to oppose military confrontation and support diplomacy. These include former National Security Council staffer Gary Sick, former State Department officials Ray Takeyh and Suzanne Maloney.

26. Defendant Dai's support for, or at a minimum, association and sympathy with the MEK explains the political motivation and malice he has in "destroying" Trita Parsi and NIAC, which in his view would be "an absolute integral part of any attack on Clinton or Obama."

27. The required release of any confidential sources relating to my Unfinished Book will further allow Defendant Dai to continue his attack on me and NIAC.

I DECLARE AND AFFIRM UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.

_____
Dr. Trita Parsi

Nov 16, 2011
Date