# EXHIBIT B



SEARCH FOR A BOOK — By Keyword
FULL TEXT SEARCH
BROWSE BY SUBJECT

SHOPPING CART

NEW RELEASES

READ OUR BLOG

ART & ARCHITECTURE

WORLD LANGUAGES

HIGHER EDUCATION

SERIES & EDITIONS

PRIZES & AWARDS

CATALOGS

E-NEWSLETTER

EBOOK INFORMATION

EXAM COPIES





"WE'RE IN THE
WIDGET
BUSINESS." —
GEORGE S. KAUFMAN

P. 415
YALE BOOK OF
QUOTATIONS



Available Jan 09, 2012
304 p., 6 1/8 x 9 1/4

ISBN: 9780300169362
Cloth: $27.50

PRE-ORDER NOW

Like   12 likes. Sign Up to see what your friends like.

ShareThis

POLITICAL SCIENCE
HISTORY


PRINT VERSION

# A Single Roll of the Dice
Obama's Diplomacy with Iran

Trita Parsi

REVIEWS   PREVIEW   CONTENTS
EXCERPTS

Have the diplomatic efforts of the Obama administration toward Iran failed? Was the Bush administration's emphasis on military intervention, refusal to negotiate, and pursuit of regime change a better approach? How can the United States best address the ongoing turmoil in Tehran? This book provides a definitive and comprehensive analysis of the Obama administration's early diplomatic outreach to Iran and discusses the best way to move toward more positive relations between the two discordant states.

Trita Parsi, a Middle East foreign policy expert with extensive Capitol Hill and United Nations experience, interviewed 70 high-ranking officials from the U.S., Iran, Europe, Israel, Saudi Arabia, Turkey, and Brazil—including the top American and Iranian negotiators—for this book. Parsi uncovers the previously unknown story of American and Iranian negotiations during Obama's early years as president, the calculations behind the two nations' dealings, and the real reasons for their current stalemate. Contrary to prevailing opinion, Parsi contends that diplomacy has not been fully tried. For various reasons, Obama's diplomacy ended up being a single roll of the dice. It had to work either immediately—or not at all. Persistence and perseverance are keys to any negotiation. Neither Iran nor the U.S. had them in 2009.

**Trita Parsi** is president of the National Iranian American Council and a former Public Policy Scholar at the Woodrow Wilson International Center for Scholars. In 2010 he received the Grawemeyer Award for Ideas Improving World Order, and he is frequently consulted by Western and Asian governments on foreign policy matters. He lives in McLean, VA.

**OTHER TITLES BY THIS AUTHOR**

 

more...

**TITLES IN RELATED CATEGORIES**

Case 1:08-cv-00705-JDB   Document 160-2   Filed 11/16/11   Page 3 of 3




more...

TOP

© 2011 YALE UNIVERSITY PRESS