# EXHIBIT C



**Adrian Nelson &lt;anelson@pishevarlegal.com&gt;**

# Notes of Interviews with Governmental Officials

**Kapshandy, Timothy E. &lt;tkapshandy@sidley.com&gt;**   Sat, Sep 24, 2011 at 3:05 PM
To: Adrian Nelson &lt;anelson@pishevarlegal.com&gt;
Cc: ap@pishevarlegal.com, "Jensen, Peter" &lt;pjensen@sidley.com&gt;, "Ross, Tom" &lt;tom.ross@sidley.com&gt;, "Rogers, HL" &lt;hrogers@sidley.com&gt;

http://yalepress.yale.edu/book.asp?isbn=9780300169362

Adrian:
This press release from Yale Press about Parsi's new book (which he has been working on since last year) indicates that he conducted interviews with 70 governmental officials, including Iranian officials. Just four months ago Parsi testified under oath that he did not know what became of these interview notes. As you know, plaintiffs have not produced a single note from any of Parsi's many meetings with Iranian governmental officials. If plaintiffs refuse to produce these without yet another motion to compel, please let me know so we can arrange a conference call with the court.

Sincerely,

Tim




*Tim Kapshandy*

Sidley Austin LLP

One South Dearborn Street

Chicago, Illinois 60603

312-853-7643

312-853-7036 (fax)

219-670-0698 (cell)

www.sidley.com

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*********************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************