# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL        :
IRANIAN AMERICAN COUNCIL        :
      Plaintiffs              :
      V.                      :   Civil No.:
DAIOLESLAM SEID HASSAN,         :   08 CV 00705 (JDB)
      Defendant               :   Page 1-350

VOLUME I

- - -

Wednesday, December 1, 2010

- - -

      Deposition of Dr. Trita Parsi was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:18 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

\* \* \*

COPY

Page 249

1  made on numerous occasions which is that we looked at
2  the computers that were used by the people in our
3  office who were using Outlook PST files because the
4  order asked for Outlook PST files.
5      Q.   And you're testifying here under oath that
6  you determined that that machine didn't have any
7  Outlook PST files on it?
8      A.   I, again, repeat I don't know which
9  computer that is.  Just because you say a serial
10 number doesn't mean that I understand which computer
11 it is.
12          Out of curiosity, do you know the serial
13 number of your own computer?
14     Q.   Now, with regard to Exhibits, I believe, 8
15 and 9, which were the Excel versions of yours and
16 Patrick Disney's calendars that were produced --
17 strike that.
18          Is Woodrow Wilson Institute anything you
19 know anything about?  Have you ever heard of that?
20     A.   Yes.
21     Q.   Do they have any involvement in your
22 upcoming book?

Page 250

```
 1        A.    Yes.  They permitted me to use one of
 2   their offices.  They gave me a public policy
 3   scholarship there.  I was a public policy scholar at
 4   the Woodrow Wilson Center this past summer.
 5        Q.    And when was that?
 6        A.    I believe June through sometime in August.
 7        Q.    And did that involve any remuneration
 8   besides the office or what?  How did that work?  You
 9   said you were a scholar.  You got a scholarship?
10        A.    No.  I was given the title of the public
11   policy scholar.  You asked -- what was that?
12        Q.    Did it come with any money or just the
13   office?
14        A.    No, no financial.
15        Q.    Just the office?
16        A.    Yes.
17        Q.    Why did you need the office there?  How
18   did that work?
19        A.    How did that work?
20        Q.    Yes.  I mean, you got a title and an
21   office, but no money?
22        A.    Yes.  That's a very common thing.  Many
```