# EXHIBIT E



Adrian Nelson <anelson@pishevarlegal.com>

# Notes of Interviews with Governmental Officials

**Adrian Nelson <anelson@pishevarlegal.com>**　　　　　　　　　　Mon, Sep 26, 2011 at 11:24 AM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: ap@pishevarlegal.com, "Jensen, Peter" <pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, "Rogers, HL" <hrogers@sidley.com>

Tim:

I believe that you may be confusing Dr. Parsi' prior sworn testimony. I refer you to Vol. III (May 11, 2011), pp. 133:2-137:21, of the Parsi deposition transcript. There you asked Dr. Parsi about interview notes relating to his 2007 book "Treacherous Alliance," not his current book.

Before filing any Motion to Compel, please advise whether there is some place in Dr. Parsi's deposition where you asked him questions about his current book and any related interview notes. Otherwise, we will consider this matter resolved.

-Adrian
[Quoted text hidden]