# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

TRITA PARSI and NATIONAL      :
IRANIAN AMERICAN COUNCIL      :
            Plaintiffs        :
    v.                        :   Civil No.:
DAIOLESLAM SEID HASSAN,       :   08 CV 00705 (JDB)
            Defendant         :   Page 1 - 243

VOLUME III

- - -

Wednesday, May 11, 2011

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 10:01 a.m. before Leslie A. Todd, Registered Professional Court Reporter and Notary Public, in and for the District of Columbia.

TransPerfect Legal Solutions
212-400-8845 - depo@transperfect.com

1   BY MR. KAPSHANDY:

2       Q   Let's talk about your meeting notes that
3   are referenced in your book Treacherous Alliance
4   that came out in 2007.

5           Approximately how many meetings,
6   interviews with Iranian government officials do you
7   cite in this book?

8       A   I believe 30 or so.  This is not new
9   material, though, as I understand.

10      Q   The question was simply how many
11  different times do you cite --

12      A   No, but this is not --

13      Q   -- interviews with Iranian officials?

14          MR. PISHEVAR:  I am going to object to
15  this.  This is not an appropriate question for this
16  deposition.

17  BY MR. KAPSHANDY:

18      Q   You say it's about 30?

19      A   Did you have my book at the previous
20  deposition?

21      Q   Can you answer the question, please.

22      A   Did you have the book at the previous

1   deposition?

2   Q   I'm talking about the litigation hold and
3   the failure to comply with it.

4       And my question for you is, how many
5   interviews --

6   A   This book was written before the
7   litigation hold.

8   Q   Dr. Parsi, try and answer the question or
9   we're going to be here longer than two-and-a-half,
10  three-and-a-half hours.

11  A   This book was written before the
12  litigation hold.

13  Q   That's great.  My question for you is,
14  where did you keep all of the notes -- and there are
15  235 footnotes here that cite meetings with Iranian
16  governmental officials -- how were those
17  memorialized and where did you keep them?

18      MR. PISHEVAR:  I'm sorry.  You could have
19  asked this question at the previous deposition.

20  BY MR. KAPSHANDY:

21  Q   Go ahead and answer, please.

22  A   I don't recall.  This is several years

1    ago.  This is my dissertation.  You had that

2    information for the previous deposition.

3        Q    Dr. Parsi, my question is, where did you

4    memorialize those notes from those meetings, the 235

5    footnotes of personal communications with Iranian

6    governmental officials?

7        A    I don't recall.  This is -- this is based

8    on my dissertation that was written seven years ago,

9    eight years ago.

10       Q    My question isn't when.  My question --

11            MR. PISHEVAR:  Let the witness finish --

12            MR. KAPSHANDY:  He doesn't want to answer

13   the question.

14            MR. PISHEVAR:  I'm sorry, you're going to

15   need to let him talk.

16   BY MR. KAPSHANDY:

17       Q    Mr. Parsi, where did you memorialize

18   these?

19       A    I already -- I already answered your

20   question.

21       Q    You don't remember?

22       A    I don't remember.  This is eight years

1   ago.

2        Q     You don't remember if you took notes?

3        A     This is eight years ago.

4        Q     Did you put them on your computer?

5              MR. PISHEVAR:  Stop talking over the

6   witness, Mr. Kapshandy.

7   BY MR. KAPSHANDY:

8        Q     You don't remember if you wrote them down?

9        A     Sir, this is eight years ago, and this

10  means that it was probably on a computer that was

11  different from my laptop.

12       Q     And when you got rid of that computer,

13  these meeting notes of these 235 interviews weren't

14  of any value, so when you got rid of that computer

15  you didn't keep them.

16       A     I don't recall what the process was at the

17  time.

18       Q     In the calendar entries, there's a --

19       A     Which you also had access to in the

20  previous deposition.

21       Q     There is no question pending.

22             In the calendar entries, Dr. Parsi,

1  there's a reference under Kevin Cowl for October 28,
2  2009, to "shared drive cleanup."
3          My question for you is, didn't NIAC
4  institute a suspense on any cleanups, defragmenting
5  of any and all hard drives, computers, CPUs,
6  whatever you want to call them?
7       A    There's nothing that is being deleted.
8       Q    That wasn't the question.  This isn't real
9  hard, Dr. Parsi.
10         As part of your litigation hold, did NIAC
11 implement a cessation of any disk cleaning up or
12 defragmenting?
13         MR. PISHEVAR:  This is asked and answered,
14 I believe, in the previous deposition.
15         THE WITNESS:  No one has done any
16 defragmentation, and what is referred to as cleanup,
17 I assume is that it was reorganized to be better --
18 better searchable.  Nothing, to the best of my
19 knowledge, has been deleted because everyone in the
20 office knows that nothing can be deleted because of
21 the lawsuit.
22