# EXHIBIT G

1       **Title: Hassan Dai Reveals Trita Parsi Financial Sources**

2

3  **Pars TV Interviewer:** Mr. Dai, I have heard that it has cost $300,000 for these

4  litigations, is it true?

5  **Dai:** Only, um, see the portions that have been mine till now, I have not paid the lawyer,

6  close to about $300,000 are the expenses for the litigation, for them we don't know,

7  unfortunately they have not given it us to, but we will get it from them, they have spent a

8  lot of money, a lot of money.

9  **Pars TV interviewer:** They have spent a lot of money, they of course have very

10 powerful attorneys, but they couldn't get one over you

11 **Dai:** Actually in the beginning they didn't have good attorneys, due to support that Trita

12 Parsi had in the US, he thought that he could end the issue together by opening a file

13 against me he could solve the issue and/or delay the issue so that I would give up due to a

14 lack of funds, he was very proud, actually he really thought that someone that as you

15 know in the foreign ministry the doors are open to him, now I say to you, let it remain

16 that, I, we have official documentation from the court that Trita Parsi was receiving

17 money from the CIA.

18 **Pars TV interviewer:** wow!

19 **Dai:** and in the list of, and as they say in the list of taxes that he has paid a portion of it is

20 the credits, has received payment from the CIA, now he can himself come and explain

21 what he has received payments for. He thought with the support that he has, by opening

22 a file he could stop me but now they are in a very bad situation and really I don't think

23 there is a way to save them, because it is clear they have cheated, they have lied and

1   lobbied on behalf of the Islamic republic. Someone that, Mr. Behboudi, would send
2   emails, would go meet representatives from congress and say lets go meet with Hashemi
3   Sarmareh, meaning Ahmadinejad's assistant in Europe, someone that would meet with
4   representative and say that they should give the right of Islamic Republic in the region, if
5   in Iraq if you don't officially recognize *inaudible* Islamic republic will rebel. I don't
6   know, always, as one of our friends said he is the Circuit Ambassador of the Islamic
7   Republic and would act as one. Now all of this has come out slowly and I don't think he
8   will have any answers.
9   **Pars TV interviewer:** Wow, so this means that they are a store with two fronts?
10  **Dai:** one hundred fronts, one hundred fronts.
11  **Pars TV interviewer:** One hundred fronts.
12  **Dai:** let me give you an example with the kind of people they worked with. I in, as they
13  say, it was in their blackberry calendar we saw a guy with the name of Eric Belfrage in
14  Sweden that had a relationship with Trita Parsi and we wanted to see what it is, and in the
15  testimony that we received from him we asked who this guy is? This man is more
16  influential and important than the Prince of Sweden. He is the head of the union for all
17  the important companies in Sweden that has investments abroad. He is the head of the
18  most important bank in Sweden; he is head consultant for the foreign ministry for the past
19  few years. He is one of the richest, most influential and important people. Trita Parsi, he
20  invited Trita Parsi to go there, this is why Trita Parsi would go there and speak for these
21  same Swedish businessmen, he has given money to Trita Parsi, and this man has come,
22  this man has come, this same man, Mr. Belfrage, in Washington has asked Trita Parsi to
23  form a Conference in regards to issues in Iran, in Washington; Trita put together a

1  conference for him.  You see, the relationship was of the kind all the people that want to,
2  to say it in one word, all the people that would like to have a favorable solution with the
3  Islamic Republic, used Trita Parsi.  Trita Parsi would tell the Americans that he has a lot
4  of connections with the Islamic Republic and would eat bread from this.  He would tell
5  the Islamic Republic that I have connections with them, and would eat the bread from
6  this.  For example, he went to Sweden, he sent an email to the person responsible for the
7  White House, the highest person in the White House in regards to Iranian issues, in the
8  email he said Puneet, I'm in Stockholm, Ghalibaf is here too, and, and, and, and, meaning
9  he was trying to give reports.  Or, he sent emails that I have just come back from
10 Lichtenstein, we had meetings, we had conversations, etc., I want to come sooner and
11 explain to you what happened.  On the other hand, he was with the other side too, he sent
12 an email to Javad Zarrif, Ahmadinejad's ambassador, would send reports to him, would
13 send reports of his lobbying to Tehran.  It means, they, in thousands of directions, any
14 direction, that is to the benefit of the Islamic Republic, to the benefit of large US
15 companies, they lobby, and, as you know, the money is halal to them, is more halal than
16 halal to them.
17 **Pars TV interviewer:** Therefore, congratulations to Mr. Ahmadinejad, the government
18 Information Ministry.  (Interviewer laughing).  Mr., could we say about how much
19 income he was getting, meaning, from a legal perspective, you won't have any problems?
20 **Dai:** No.
21 **Pars TV interviewer**: The amount that…
22 **Dai**: …from who, from what?  Which portion are you talking about.
23 **Pars TV interviewer:** From the CIA that you said…

1  **Dai:** No, unfortunately I can't say the exact amount. He has to come himself. I can say
2  at this level, with certainty, because we are now in court, I cannot lie, he has received,
3  received money, he has to come say why he received money, *inaudible* has to come
4  explain why he given money to someone who cooperates with the Islamic Republic.
5  Here, the foreign ministry, foreign ministry, he would go speak for the foreign ministry,
6  would speak there, would receive money, there is no doubt about this, there is documents.
7  Would get paid for his speeches. For example, he has an account in Sweden, in this
8  account, Trita Parsi, he himself says, that I would write articles for some Swedish
9  newspapers, they would deposit the money into my Swedish account that is outside the
10 US. Or, I would speak to foreign TV stations, I would get paid, they would deposit it
11 there. He would give speeches, he would write articles, he would get paid for all these.
12 In conclusion, a store with a hundred fronts, a thousand fronts, the people that are getting
13 hurt are the people of Iran that don't have any right to speak, no media is in their reach.
14 American ranks, foreign ministry people, etc., don't listen to the Iranian people, they
15 listen to these brokers.
16 **Pars TV interviewer:** Interesting; *inaudible* Mr. Trita Parsi, if they have any
17 explanations in this regard, they can use the same outlet, they can give their explanations
18 to us, since this side of Trita Parsi's activities have been hidden, and in my opinion, now
19 that it's out in the open, it wouldn't be bad if he gave an explanation to the Iranian
20 society, and also to the heads of the Islamic Republic.
21
22
23

1  I, Omid Azari, certify that the above document is a complete and correct translation of
2  the Dai interview with Parsi TV, posted on Youtube.com. I further certify that by virtue
3  of my training and experience I am competent to translate documents from Farsi into
4  English
5
6                                    Date: 11/16/2011
7                                    Name: Omid Azari
8                                    Address: 304 Montgomery Street
9                                    Laurel, Maryland 20707
10                                   202-468-5087

*[signature]*