IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Defendant's Motion to Compel Production of Documents Concerning Meetings With Iranian Government Officials, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this _____ day of _____, 2011, it is hereby:

**ORDERED,** that Defendant's Motion to Compel is DENIED;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court