# EXHIBIT A-3

Expert Testimony – Witness Report
Samuel B. Gardiner

TRITA PARSI and NATIONAL IRANIAN
AMERICAN COUNCIL

    Plaintiffs                           Civil Action No. 08-705-JDB

SEID HASSAN DAIOLESLAM

    Defendant

Samuel B. Gardiner
4624 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

May 7, 2010

## The witness's qualifications, including a list of all publications authored in the previous 10 years:

Sam Gardiner is a retired USAF Colonel.  He has taught strategy at the National War College, Air War College and Naval War College.

- He has conducted decision simulations on U.S. policy for Iran for groups inside the U.S. Government, for think tanks and the media.  He organized a decision simulation for CNN and conducted a simulation for the *Atlantic Monthly*.  He conducted an Iran decision simulation for Princeton University.
- He assisted both Sweden and Italy in their preparations for the Presidency of the EU on Iran issues.
- He has given congressional testimony on Iran.
- He has designed and facilitated State Department strategy reviews for Haiti, the Democratic Republic of the Congo and Myanmar.  Twice he conducted a strategy review with the U.S. Embassy in Nepal.
- He has facilitated international seminars on security issues in Poland, Singapore, Australia, and Sweden.
- He has attend international meetings in Berlin, Stockholm, New York and Lichtenstein that have allowed opportunities for informal discussion with Iranians.
- One of his areas of focus is information operations.  He published a paper on the web after the invasion of Iraq, "Truth from These Podia: Summary of Study of Strategic Influence, Perception Management, Strategic Information Warfare and Strategic Psychological Warfare."

His other recent papers and monographs on Iran have been:

- "Pressures and Path to Being the Last Option on the Table: The U.S. Military Options for Iran," Hessische Stifung Friedens und Konflikforschung, Berlin, 2006.
- "The End of the Summer of Diplomacy," The Century Foundation, 2006.
- "General, You Have the Advantage of Time: Iran's Response to the U.S. Military Option," British American Security Information Council, February 2007.
- "Et Maintenant En Avant:  Preemption and the Planning for Iran," *Syracuse Law Review*, Volume 57, Number 3, 2007.
- "Dangerous and Getting More Dangerous: The Delicate Situation Between the United States and Iran," The Century Foundation, 2008.
- "The Israeli Threat: An Analysis of the Consequences of an Israeli Strike on Iranian Nuclear Facilities," Swedish National Defense Research Organization (FOI), March 2010.

## A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:
Sam Gardiner has never testified at trial or by deposition as an expert witness.

## A statement of the compensation to be paid for the study and testimony in the case:
He has been paid for this study at the hourly rate $150/hour.  The same rate would apply if he were required to testify.

**The Report**

## Plaintiffs, Dr. Trita Parsi and NIAC

**What their reputations are in policy, political, and/or academic spheres.**

Trita Parsi has a PhD from a major U.S. university.  He has written an award winning book.  He has published articles in major publications, and he has been interviewed on major television and radio networks.  All of that points to a measure of a very positive reputation.

**Where their policy and political views fall on the continuum of policy and political thought, i.e. left, right, center, and/or liberal, progressive, conservative, or radical.**

In the debate over the past few years on U.S. policy toward Iran, three issues define an individual's or group's position on the policy spectrum.  What are their views on sanctions?  What are their views on negotiating with Iran?  And, where do they stand on the question of U.S. effort for regime change?  The last two are most often connected.  Individuals who believe in regime change normally reject negotiations.

Views on sanctions are one of the major indicators of relative policy position.  Trita Parsi and NIAC have argued over time that sanctions were not likely to cause a major change in Iranian behavior; sanctions would not cause Iran to abandon its nuclear program; sanctions would not cause Iran to abandon it support of terrorist groups.

In 2007, Trita Parsi said in a radio interview:

> *The critical conclusion, however, is the Security Council sanctions are not going to resolve the situation with Iran. The only thing it's going to do is to increase the cost on the Iranians and increase the cost on the international community. It's no longer about finding a solution or a compromise, it's about who can endure the most pain.*[1]

In a piece in *Time* magazine earlier this year, Trita Parsi continued with his position on sanctions:

> *Yet despite what they say, few in Washington believe sanctions alone will alter Iran's behavior. They have never worked as well as they might in Iran; rhetoric has only served to raise tensions further. The experience of the Bush Administration shows that the combination of sanctions and rhetoric about regime change — remember the "Axis of Evil?" — helped strengthen the hands of Iran's hard-liners. It vindicated Tehran's paranoia and reduced options available to the U.S. If the Iranian regime thinks that the real aim of U.S. policy is to topple it, it is hardly likely to make the*

---

[1] Interview with Trita Parsi, The Radio Newsmagazine: *Between The Lines*, January 10, 2007. <u>http://www.btlonline.org</u>

*conciliatory policy changes — for example, on its nuclear program — that the U.S. seeks.*[2]

On the issue of regime change, Trita Parsi has urged caution:

*First, the United States should tread carefully when it comes to issuing military threats. Under the shadow of a foreign military threat, the uphill battle of the Iranian pro-democracy movement becomes even steeper, as the Iranian regime is quite adept at exploiting foreign threats to stifle criticism at home. Moreover, the possibility of military conflict between Iran and the United States, or their respective "proxies," might allow the Iranian regime to distract the population from the internal crisis.*[3]

To summarize, in the arena of issue debate, Trita Parsi and NIAC would be categorized by most as being on the left.  This was particularly true during the last Presidential election and in the early days of the Obama Administration when the White House was focused on establishing some form of dialogue with Tehran.

On the issues of Iran, the distinction between the left and the right is a different quality than the normal separation on issues.  The left generally argues more for a rational approach to policy, separating itself from an ideological approach argued by the right.  There has been a somewhat parallel distinction with the Bush's ideological approach and what has proven to be Obama's search for a workable rational approach.

After the disaster of the Iranian election, Dr. Parsi and the NIAC positions have shifted more to the right, but still arguing for rationality in policy.

### Defendant, Mr. Daioleslam

### What his background is in policy, political, and/or academic spheres?

We don't know very much about Hassan Daioleslam's background.  He says he is a 1974 graduate of the Polytechnic University of Iran.  He is reported to have lived in France for 20 years, but we know very little about what he did during that period of his life.  He came to the United States in 2001, and in 2005 he began concentrating on the Iran regime's lobby in the United States.  That was when his web site with "Reports on Mullahs' Lobby in the U.S." was established.

### What his political views are relating to Iran, including any ties to

---

[2] Trita Parsi, "Beyond Sanctions: How to Solve the Iranian Riddle," *Time*, March 15, 2010. http://www.time.com/time/magazine/article/0,9171,1969292,00.html#ixzz0mrQkNooe
[3] Trita Parsi, "How Washington Can Really Help the Greens in Tehran", *Foreign Policy*, Feb 9, 2010.

**any Iran-related organizations, including, but not limited, to the MKO?**

Although Mr. Daioleslam does give some of his views on issues related to Iran, his focus more than anything else has been to attack Trita Parsi and NIAC. Of the 158 pieces reviewed for this report, over 60% (98) involved his attacks or echoes his of the attack on Trita Parsi or NIAC.

We do know he supports threatening the Iranian leadership with regime change.

> *Nothing short of the threat of regime change will influence Tehran's behavior. Iran should realize that if they continue their mischief in the region and their ill intentioned nuclear programs, the West will intently and seriously adopt the irreversible policy of regime change in Iran. Anything short of that will not deter Iran.*[4]

On his Facebook page, the quote that Mr. Daioleslam has chosen to represent himself is, "I long to see Iran free of this Middle Age regime."

A good source of Mr. Daioleslam's views is one of his web sites, The Progressive American-Iran Committee (www.iranian-americans.com). Two views stand out. The first has to do with sanctions against Iran. He writes: "We believe that the most incisive and cost effective option for the dismantlement of the Islamic regime in Iran is to cut off its economic life blood, in particular, revenues drawn from the oil." He is in favor of regime change, dismantlement, and he believes it can be done through sanctions.

The second and most revealing for this case has to do with his position on the influence of Tehran in the United States.

> *During this dark era, the Islamic regime's rulers are heavily investing in establishing a sophisticated network of institutions and foundations in the United States in order to exploit all the possible means of carrying out their destructive policies. These networks of lobbyists and negotiators operate under the banner of Iranian-Americans to demote the principle interests and the Human Rights of the Iranian people as well as those of the Americans while promoting the agenda of the Islamic regime as well as benefiting themselves on a personal level.*

In other words, Mr. Daioleslam believes in regime change. He believes sanction could be the means. And, he believes there are groups in the United States who at the behest of Tehran are standing in the way.

The Mujahedin-e Khalq (MEK or MKO) has been designated as a terrorist organization by the State Department. There has been considerable discussion as to whether or not Mr. Daioleslam is or has been connected to the MEK. This is important because it could offer insight into his positions on issues of Iran.

---

[4] Hassan Dai, "Iran: America's Sophie's Choice," 17 Oct 2008, www.iranianlobby.com

Like most terrorist organizations, one does not have a membership card for the MEK; so, it misses the point to talk about whether or not he is or is not a member. The evidence does point to a considerable proximity and parallelism.

- Mr. Daioleslam's brother and sister have been identified as members of the MEK.
- Former MEK members have identified him as having been part of that organization.[5]
- After he left Iran, his life-story is somewhat fuzzy, living in France for over 20 years.  The MEK has been very active in Paris.
- On one of the pivotal policy issues related to Iran, his position is the same as the MEK.  The objective of policy should be regime change.
- Mr. Daioleslam traces his own connection to the public debate in the United States on Iran to 2005.  There has been a strange connection between the U.S. Government and the MEK.  Although the State Department had declared the MEK a terrorist organization, the Department of Defense embraced the organization as a proxy group for going after the regime in Tehran.  Money began being funneled to the MEK in mid-2005, probably through a contractor.[6]  This was also a time when considerable effort by the USG was being put into strategic communication to move public opinion to see Iran as a member of the "axis of evil."  Regime change would be required in Iran just as it had been required in Iraq.
- The Foreign Affairs Committee of the National Council of Resistance of Iran, the MEK political arm, has echoed Mr. Daioleslam argument of organized Iran influence in the United States.[7]
- Then during Discovery, an email exchange surfaced in which Mr. Daioleslam was asked his opinion about the MEK.

---

[5] As an example from Hooman Enayati, "Setting the Record Straight on NIAC," payvand.com, January 7, 2010:  *One of the leading experts of the MKO is a former member by the name of Massoud Khodabandeh. Regarding Daioleslam he wrote, "I can say without doubt that Hassan Daioleslam is a member of what I call for accuracy 'the Rajavi cult' [referring to MEK leaders Massoud and Maryam Rajavi]. In this respect he is obedient to the Rajavi leadership and would not act in a way inconsistent with their requirements and certainly not without their knowledge or consent (if not to say actual order). The term 'membership' describes his relationship to the Rajavis. The MKO, just like Al Qaida, does not have 'membership cards'. But I doubt very much the MKO would deny that he is a member, just as they never have denied that Alireza Jafarzadeh is a member. Daioleslam's writing is on the MKO websites. They do not publish just anyone's writing. Only those obeying organizational constraints."*
[6] Considerable has been written about U.S. covert operations against Iran.  The MEK connection has become an open secret.  See Sam Gardiner, "Dangerous and Getting More Dangerous: The Delicate Situation Between the United States and Iran," The Century Foundation, 2008.
[7] See Daniel Zucker, "Disinformation Campaign in Overdrive: VEVAK in High Gear," ncr-iran.org, 4 September 2007.

```
>>
>> —— Original Message ——
>> From: "Hassan Dai" <hassan.dai@yahoo.com>
>> To: "Jamie Glazov" <jglazov@rogers.com>
>> Sent: Wednesday, May 07, 2008 8:56 PM
>> Subject: Re: confidential question
>>
>>
>> > Sir,
>> > They are the political branch of Modjahedins.
>> > Personally, I do not share their views
>> (politically
>> > and ideologically). Meanwhile, it has been a great
>> > mistake to discard them. They should be included
>> in a
>> > general support of Iranian opposition as a whole
>> (not
>> > seperately and unconditionally).
>> > Regarding their invitation, I do not know which
>> > decision is the best. It is a difficult choice
>> that
>> > one day should be made.
>> > Thanks
>> > — Jamie Glazov <jglazov@rogers.com> wrote:
>> >
>> >> Hi Hassan, These people might be interested in
>> >> inviting someone I know to
>> >> attend their conference in Paris at the end of
>> June.
```

The Obama Administration withdrew funding for a number of proxy groups being used against Iran.  The evidence suggests U.S. funding for the MEK ceased.

Mr. Daioleslam is involved in a series of connections often difficult to trace.  For example, he is listed as "Hassan Dai" as a founder of the Green Party of Iran, and if one wants to contact that organization it is done through the same post office box as his Progressive American-Iranian Committee, P.O. Box 541, Montrose, CA, 91021.

The Green Party of Iran has as one of its main goals, "Disclosure of lobbying activities, a broad network of expensive diet and appropriate policies to counter and neutralize them."[8]  In addition, a cofounder with Mr. Daioleslam of the Progressive American-Iranian Committee is identified as the "spokesperson for the Green Party of Iran."

There is a Green Party of Iran in Germany.  The name "Green Party of Iran" might suggest a connection with the Green Movement, the dissidents, in Iran.

---

[8] This is the Google translation from Farsi.  (www.iran-e-sabz.org/)

**Where his policy and political views fall on the continuum of policy and political thought, i.e. left, right, center, and/or liberal, progressive, conservative, or radical.**

If one looks at Mr. Daioleslam's views on the three critical issues of Iran, one would have to place him on the right on policy questions.  He does not support negotiations with the regime.  He argues for U.S. sponsored regime change, and he says heavy sanctions should be adopted in order to bring about regime change.

His positions are consistent with those of the Bush Administration and not the Obama Administration.


**The Complaint Allegations**

**Whether, based upon your research, the alleged defamatory statements made by the defendant are true and/or verifiable within the mainstream of policy, political, and/or academic thought. If not, why not based upon what facts.**

In the fields of strategic communications and information operations, a very often and successfully used technique is to attack the opposition individuals rather than their positions.  There is something wrong with the people making the arguments rather than the arguments.  Part of this often includes attacking their patriotism or associating them with evil foreigners.

Senator Joe McCarthy used this technique of personal attack to influence opinion in his investigation of Communism in the United States.  If an individual held positions that appeared to parallel the Communist Party, the individuals were labeled as agents of the Soviet Union. In the run up to the Iraq invasion, the Bush Administration White House labeled those who argued against the use of force as traitors.  The White House did not argue with the position of the singing group the Dixie Chicks but attacked them personally.  The implication was that these women were supporters of Saddam Hussein.

Mr. Daioleslam has been using the same technique by attacking Trita Parsi and NIAC.  He wrote that it was an objective.

On 4/2/08 12:35 AM, "Hassan Dai" <hassan.dai@yahoo.com> wrote

> Ken,
> 2 questions:
> 1- Is it politically correct to attack the Rockefeller
> foundation?
> 2- Is the CA senator going for reelection? In this
> case, we could use her support to NIAC
> Ken,
> I strongly believe that Trita Parsi is the weakest
> part of the Iranian web because he is related to
> Siamak Namazi and Bob Ney. I believe that destroying
> him will be the start of attacking the whole web.
> This is an absolute integral part of any attack on
> Clinton or Obama.
> I hope your friends understand this crucial point.

--
Kenneth R. Timmerman
President, Middle East Data Project, Inc.
Author: Countdown to Crisis: The Coming Nuclear Showdown with Iran
Contributing editor: Newsmax.com
Tel. 301-946-2918
Reply to: timmerman.road@verizon.net
Website: www.KenTimmerman.com

Mr. Daioleslam's statements against Trita Parsi and NIAC have also been consistent with another principle of information operations. Pick a theme. In this case, it was that these people were doing the work of Iran in the United States. Keep repeating the theme. Get the theme in as many places as possible, and encourage the echo. Doing that, Mr. Daioleslam used:

- His web site
- Like-minded web sites
- California-based Persian television
- Supportive media
- Facebook, Twitter and YouTube
- Web comments

Mr. Daioleslam's defamatory statements are not verifiable. The evidence is that his statements are not true, and the evidence is that he made the defamatory statements even when he clearly had contradictory information.

A major theme of Mr. Daioleslam's statements against Trita Parsi and NIAC has been that they are lobbyists for the Government of Iran. This theme has been worded in different ways. They are the Iranian lobby. They sell Iran. They are the Mullah's lobby in the United States. Trita Parsi reports to Tehran. NIAC is one of a group of organizations working together to represent the interests of Iran. Trita Parsi and NIAC are Hezbollah's lobbyists. Trita Parsi is a servant of Iran. This story has had a visual component and has looked like this:





Visual Dimension of Mr. Daioleslam's public position on the defendant from
Pro-Democracy Movement in Iran Website, February 1, 2010



Visual Dimension of Mr. Daioleslam's Public Position from YouTube, March 11, 2010



Visual Dimension of Mr. Daioleslam's Public Position on the Defendant from
His Website Devoted to His Position on Trita Parsi and NIAC

In 2008 Dr. Parsi wrote an Op-Ed for the *New York Times* in which he
addressed the concept of a red line for Iran.  Used in policy circles, talking
about a red lines means examining what behavior might lead to a major policy
shift.  Here is what he wrote:

> *If we in the West are to set a genuine red line that the Iranians can recognize as
> such, two interlinked things are necessary. This line needs to be rooted in
> international rules that the Iranians themselves have formally recognized, and it
> needs to have the full support not only of the Europeans, but of the Russians,
> Chinese and Indians as well.*
>
> *In other words, our red line must be strict, verifiable adherence to the terms of the
> Nuclear Nonproliferation Treaty, or NTP, accompanied by a list of detailed, concrete
> and severe sanctions that leading members of the international community undertake
> to impose if Iran breaks the treaty and moves to weaponization.*

If he were the representative of Iran in the United States, this would

have been an unacceptable line of argument in Tehran.[9]  As a representative of Iran, he would have argued against sanctions.

The regime Iran would not allow Dr. Parsi to criticize its president as he did in 2005:

> The inexperienced Iranian president has done it again. Mahmoud Ahmadinejad's comments in a speech on 26 October – before an audience of 4,000 students attending a Tehran conference on "The World Without Zionism" – have understandably been met by widespread international condemnation. Understandably so, for Ahmadinejad talked of "wiping the state of Israel off the map" and predicted that "the new wave of attacks in Palestine will erase this stain from the face of Islam."
>
> The question is whether his provocative remarks indicate a more aggressive Iranian policy against the Jewish state or whether they were merely another sign of Ahmadinejad's inability to grasp the implications of his proclamations.[10]

Tehran would be upset by Trita Parsi's description of the violence in Iran after the 2009 elections.  His statements in congressional testimony were not the words of a representative of the Mullah's lobby in the United States:

> To this day, we do not have an accurate figure of the number of people who have been killed by the Iranian authorities in this latest wave of repression. The official numbers are likely grossly underestimated.
>
> The reason for the under-reporting is partly due to the threats the families of the victims face. A friend of my own family had their 16 year-old daughter shot on the streets during the first day of the protests. Her family has not reported her death due to pressure from the Iranian authorities. The fear is that if they do go public, the authorities will punish their sole remaining child. He is a college student and though he wasn't involved in the protests, the authorities have made it clear that he is a target if the family reports the death of their daughter.
>
> These threats are not empty. The authorities are currently targeting the children and relatives of opposition figures. For instance, 18 year-old Atefeh Emam, the daughter of Javad Emam, the Chief of Staff of Moussavi's campaign, has been imprisoned and is being pressured to make a "confession" in order to implicate her father. At the same time, according to her mother, Leyla Saadaat Jalalzadeh, the government tortured Atefeh to press her father to implicate other individuals in Moussavi's circle.
>
> The nephew of opposition leader Mir Hossein Moussavi was shot dead in December. The same month, the Iranian authorizes arrested the sister of Nobel Laureate and human rights defender Shirin Ebadi. In an interview with Omid Memarian of Inter

---

[9] Anatol Lieven and Trita Parsi, "Drawing a red line with Iran," *New York Times*, July 28, 2008.
[10] *Trita Parsi* in openDemocracy, a contribution to a post-election symposium, "Iran's Conservative Triumph," June 2005.

> *Press Service, Ebadi said that the Iranian authorities "have taken my sister as a hostage, hoping that I would stop my work."[11]*

A view expressed on the NIAC web site was also not in line with what Tehran would have wanted.  In what was a direct criticism of the elections, speaking of the Commander of the Revolutionary Guard:

> *If Jafari is be taken at his words, even if in the official narrative the election had been won by Mir Hossein Mussavi, then IRGC would have had no choice but to enter the fray and overturn the results since such a victory would have brought to power people who wanted to undermine the Islamic Republic.[12]*

Dr. Parsi began challenging the Iranian regime on its human right record five years ago and that has continues.[13]  On the issue of human rights in Iran, in February 2010, Trita Parsi wrote in the *Financial Times* that more attention needed to be paid to the issue of human rights.  These were not the words of a representative of Tehran in the United States.

> *Old habits are difficult to break. After years of almost singularly focusing on the nuclear issue, the west has been slow to react to the rapidly deteriorating human rights situation in Iran. While United Nations Security Council members are preparing new sanctions over the nuclear issue, the UN has yet to address Iran's human rights abuses since the fraudulent elections last summer.  Renewed attention given to the state of human rights in Iran.[14]*

A similar separation between Tehran and NIAC can be found in the organization's heavy efforts to get the Congress to eliminate restrictions on providing direct humanitarian aid to the people of Iran. The regime would certainly not want humanitarian groups dealing directly with the Iranian people.  This NIAC effort is not the work of an Iranian representative in the United States.

And, on the Mujahedin-e Khalq (MEK), Tehran wants to put the members of the group on trial.  Trita Parsi, however, has taken a position that would not be the position of the Government of Iran.  It is a view that is not consistent with the allegation that he is a lobbyist for Iran.  He said this in an interview addressing the issue of the members of this group who were in the camp in Iraq:

> *But the vast majority of the Camp Ashraf residents are not so much members of a terrorist cult as they are victims of it. The camp is itself a prison. It may have provided Mujahedin militants with protection against ordinary Iraqis who sought to avenge their relatives killed by the Mujahedin at the behest of Saddam Hussein, but the prison has*

---

[11]  Trita Parsi, Testimony, Tom Lantos Human Rights Commission, "The Human Rights Situation in Iran," February 25, 2010.
[12]  Farideh Farhi, "IRGC Commander Acknowledges Military Involvement in Election Politics," NIAC Memo: 7, Monday, September, 2009
[13]  Trita Parsi, "Reconnecting Iran with Democracy, *Financial Times*, January 2, 2005.
[14]  Trita Parsi, "We must not ignore human rights in Iran," *Financial Times*, February 10, 2010.

Samuel B. Gardiner: Expert Testimony - Witness Report                13

> *primarily enabled the leaders of the terrorist organization to prevent the rank and file from defecting.*
>
> *Rather than debating where to expel the Mujahedin terrorists, help should be provided to the rank and file to break with the cult and make free choices about their future. It's the only humanitarian solution to this dilemma - and one that defeats rather than protects this anti-American terrorist group.*[15]

In supporting the charge Mr. Daioleslam makes that Trita Parsi is representing Tehran in the United States, he has repeatedly written that Dr. Parsi worked to set up a meeting between members of the Congress and the Iranian Ambassador to the United Nations, Javad Zarif.   He did not arrange a meeting, and the initiative for the meeting came from the Members themselves and not from Trita Parsi.[16]

A recent article by Mr. Daioleslam underlines that the public attacks on Trita Parsi have been focused on him as an individual rather than on the positions he has taken.  Mr. Daioleslam continued to call him an Iranian servant despite the evidence.  In response to Dr. Parsi's criticism of the Tehran leadership's handing of human rights, Mr. Daioleslam wrote this:

> *One day he is Black (Fundamentalist), the next day he is Green (Reformist), but you can count on him as a devoted IRI Servant (Opportunist), everyday! Trita Parsi is transparent and changes colors like a chameleon!*[17]

In other words, even when he directly challenges the policies of the regime, Mr. Daioleslam has called Trita Parsi an IRI (Iran) servant.

Finally, the evidence that the facts do not support the argument that Dr. Parsi is an agent of the Iranian Government can be found by comparing the positions he has taken with those of others involved in the open discussion of the issues of Iran.  Probably the best example of the group of others is Ambassador Tom Pickering.  The distinguished U.S. diplomat served as Under Secretary of State, U.S. Ambassador to the United Nations, Ambassador to the Soviet Union, Ambassador to India and Ambassador to Israel.  He was also a member of the advisory board to NIAC.[18]

---

[15] Trita Parsi, "Deciding the fate of the Mujahedin," *Washington Times*, October 5, 2008.
[16] This was at a time when many Members of the Congress were concerned the Bush Administration was close to preemption against Iran.  They wanted to do anything they could to prevent that.
[17] Hassan Daioleslam, "Trita Parsi: A Green Resurrection Gimmick!" iranpoliticsclub.net, March 26, 2010.
[18] Ambassador Pickering is just one example.  Tom Linbert a former U.S. hostage in Iran and member of the NIAC advisory board could have been mentioned. Other individuals who have held the same positions could have been identified.  Hillary Mann Leverett, a former State Department official, could have been used as an example.  Other organizations such as the American Foreign Policy Project that has taken positions similar to NIAC could have been included.

Ambassador Pickering rejected an early rush to the military option against Iran, as has Trita Parsi.  Ambassador Tom Pickering does not support an objective of U.S. sponsored regime change for Iran, and Trita Parsi does not support this as an objective.  Ambassador Pickering supports engagement with the Iranian Regime, as does Trita Parsi.  Ambassador Pickering exchanged communications and had meetings with Javad Zarif, who was the Iranian Ambassador to the UN, as did Trita Parsi.

Ambassador Tom Pickering is not Iran's lobby in the United States.  Ambassador Tom Pickering does not report to Tehran.  Ambassador Tom Pickering is not the Mullah's lobby in the United States.  Ambassador Tom Pickering is not selling Iran.

The evidence suggests the same conclusion can be reached about Trita Parsi.  Yes, he disagrees with Mr. Daioleslam on the issues.  But, Trita Parsi is not Iran's lobby in the United States.  Trita Parsi does not report to Tehran.  Trita Parsi is not the Mullah's lobby.  Trita Parsi is not selling Iran.

## Appendix 1
## Major Articles, Interviews and Blogs Reviewed on Trita Parsi, NIAC and Hassan Daioleslam

The objective of the selection of articles, interviews and blogs by and about the individuals was to make the summary of their views as representative as possible of what was being said by the parties.

The major step in the selection process was to do a Google search of the web on the names – "Trita Parsi" and "Hassan Daioleslam."  The first 200 entries for each became the population.  The Google logic, generally based upon most-viewed, meant that these were the most important 200 entries.

The next step was to go through all 400 entries and eliminate duplicates as well as those not connected to issues of Iran.  For example, there were two entries that identified Mr. Daioleslam with his place of business in Arizona.  These were eliminated.  As another example for Dr. Parsi, the entry on his book on Amazon.com was eliminated.

In some cases, an article may have been eliminated from its original web site.  If it were not possible to understand the thrust of the piece without the original entry, the entry was eliminated.  If the Google top-level summary did not adequately reflect the contents of the article, a short extract was entered.

Mr. Daioleslam also writes and gives interviews under the name "Hassan Dai."  In order to incorporate these materials, the same procedure was followed using the first 50 entries from a Google search of "Hassan Dai." No pattern was identified that would clarify which name was used under which conditions although his Facebook site and Twitter site are both under "Hassan Dai."  The most-often seen email address in the Google materials is hassan.dai@yahoo.com. More entries in Farsi were also found under "Hassan Dai."[19]

---

[19] One article done on the background of Mr. Daioleslam pointed out that in the Farsi section of his web site he goes by "Hassan Dai" while on the English section he is "Hassan Daioleslam."

## Trita Parsi, NIAC

*Trita Parsi* **- Home** *Trita Parsi* **Iran Israel US foreign Policy Iranian Foreign Policy Ahmadinejad nuclear.** *www.tritaparsi.com/*

***Trita Parsi*** Mar 22, 2010 **...** *Trita Parsi* is the author of Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, **...** *www.huffingtonpost.com/**trita-parsi***

***Trita Parsi*: Open Letter to Congressman Gresham Barrett on His ...** Jan 9, 2010 **...** Your bill would label entire groups of people terrorists based on their nationality and have them summarily deported.*www.huffingtonpost.com/**trita-parsi**/open-letter-to-congressma_b_417525.html*

> Extract: *Many Iranian-Americans came to this country to escape repression at home. We left the country we called home in search of a better, more secure future free from social, political, and religious repression. In the years that have ensued, we have established ourselves and our families in communities across the country and built new connections between Iranians and Americans. Now, thirty years later, Iranians face a new wave of repression at home, and people all over the world have witnessed Iranians stand up for their rights against a brutal government.*

**CURRENT WINNER (2010):** *Trita Parsi* **— University of Louisville** Improving relations between Iran and Israel is the key to achieving lasting peace in the Middle East, says the winner of the 2010 University of Louisville **...** *grawemeyer.org/worldorder/current-winner.htm*

**niacINsight** It's a little-known fact that our own *Trita Parsi* was scheduled to go on The Daily Show (his first, but no small feat in its own right) in 2007. **...***niacblog.wordpress.com/*

**National Iranian American Council (NIAC):** Congressional Testimony of *Trita Parsi* on Human Rights in Iran **...** NIAC President *Trita Parsi* testified before the Tom Lantos Human Rights Commission today **...** *www.niacouncil.org/*

***Trita Parsi* and lobbying | Capital J | JTA - Jewish & Israel News** Nov 13, 2009 **...** News of this Washington Times investigation into the activities of the National Iranian American… *blogs.jta.org/politics/article/2009/.../**trita-parsi**-and-lobbying*

**Obama's Iran Policy to Focus on Human Rights, Not Election « The ...** Jun 15, 2009 **...** *Trita Parsi*, the founder of the National Iranian American Council who has played a leading role in the American press over the weekend in **...** *washingtonindependent.com/.../obamas-iran-policy-to-focus-on-human-rights-not-election*

***Trita Parsi* on Obama's Iran Comments « The Washington Independent** Jun 16, 2009 **...** *Trita Parsi*, head of the National Iranian American Council — whose blog has been a valuable resource for getting information from and about **...** *washingtonindependent.com/.../**trita-parsi**-on-obamas-iran-comments*

***Trita Parsi*: The NIE's Got Nothing on Him | Mother Jones** Dec 5, 2007 **...** This Iran expert was saying it before it was cool: Iran is a rational actor. And he's not so sure the new National Intelligence Estimate **...** *motherjones.com/politics/2007/12/**trita-parsi**-nies-got-nothing-him*

**Alternative Radio : _Trita Parsi_** _Trita Parsi_ is the author of Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States. He wrote his doctoral thesis on **...** _www.alternativeradio.org/speakers/PART.shtml_

**The Iran-Israel cold war | openDemocracy** Also by _Trita Parsi_ in openDemocracy, a contribution to a post-election symposium, "Iran's conservative triumph" (June 2005) **...** _www.opendemocracy.net/democracy.../israel_2974.jsp_

> Extract:  _The inexperienced Iranian president has done it again. Mahmoud Ahmadinejad's comments in a speech on 26 October – before an audience of 4,000 students attending a Tehran conference on "The World Without Zionism" – have understandably been met by widespread international condemnation. Understandably so, for Ahmadinejad talked of "wiping the state of Israel off the map" and predicted that "the new wave of attacks in Palestine will erase this stain from the face of Islam."_
>
> _The question is whether his provocative remarks indicate a more aggressive Iranian policy against the Jewish state or whether they were merely another sign of Ahmadinejad's inability to grasp the implications of his proclamations._

**_Trita Parsi's_ Inventions - Michael Rubin - The Corner on National ...** Dec 18, 2009 **...** _Trita Parsi_ and his colleagues at the National Iranian American Council (NIAC) simply can't tell the truth, and do not have the honor to **...** _corner.nationalreview.com/post/?q..._

**_Trita Parsi_** File Format: PDF/Adobe Acrobat  _Trita Parsi_. Founder and president of the National Iranian American **...** _Trita Parsi_ has followed Middle East politics through work in the field and ex- **...** _www.ou.edu/dam/International/SIAS/.../_**Parsi**_lecture%20flyer10-21-09.pdf_

**_Trita Parsi_, Lobbyist for Iran? - International - The Atlantic** Nov 13, 2009 **...** A couple of weeks ago, I retracted my assertion that _Trita Parsi_, the head of the National Iranian… _www.theatlantic.com/international/archive/.../_**trita-parsi**_...for.../30133/_

**_Trita Parsi_ | Al Jazeera Blogs** Dec 29, 2009 **...** has decided to attack the NIAC, and "its charismatic leader, _Trita Parsi_", accusing him and the organisation of "skirting" lobby rules. **...** _blogs.aljazeera.net › Blogs_

**NIAC and _Trita Parsi's_ Internal Documents (1997-2001) - PAIC ...** Nov 21, 2009 **...** _Trita Parsi_ worked closely with Bob Ney from 1997 till 2005 when his corruption was revealed to the public. Ney, a former Congressman from **...** _www.iranian-americans.com/2009/11/1548.html_ - Cached - Similar

**Tavis Smiley . Shows . _Trita Parsi_ . June 22, 2009 | PBS** Jun 22, 2009 **...** Tavis: _Trita Parsi_ is the founder and president of the National Iranian-American Council. At the age of four he and his family fled Iran to **...** _www.pbs.org › Shows › June 2009_

**_Trita Parsi_ and Andreas Persbo: How to stop an Iranian bomb ...** Oct 31, 2008 **...** _Trita Parsi_ and Andreas Persbo: There is still time for diplomacy over Iran's nuclear fuel cycle, but it should focus on preventing **...** _www.guardian.co.uk/.../2008/oct/.../iran-weaponstechnology_ - Cached - Similar

**AFP: Iranian expats in US divided on Obama speech** Mar 20, 2009 **...** _Trita Parsi_, head of the National Iranian American Council, said the message was probably "the topic of

conversation at every Nowruz ...
www.google.com/.../ALeqM5hRl_pTlgyauq39DHGiYxS2Kt7aVA

**The Case for a Tactical Pause with Iran - By _Trita Parsi_ | Foreign ...** Jul 30, 2009 ... _Trita Parsi_ is president of the National Iranian American Council and author of _Treacherous Alliance: The Secret Dealings of Israel_, ...
www.foreignpolicy.com/articles/2009/07/.../make_them_wait -

· **POLITICS: Will Naval Incident Undermine Bush's Iran Message? - IPS ...** _Trita Parsi_, author of the newly released "Treacherous Alliance: The Secret Dealings of Israel, Iran, and the U.S." (Yale), is president of the National ...
ipsnews.net/news.asp?idnews=40731

**FrontPage Magazine - The Mullahs' Voice** Feb 23, 2007 ... His name is _Trita Parsi_, and he is a protégé of Francis Fukayama, the policy heavy-weight who has now turned against the Bush agenda of ...97.74.65.51/readArticle.aspx?ARTID=20

**NIAC President _Trita Parsi_ Wins Grawemeyer Award** Dec 1, 2009 ... Louisville, KY - NIAC President _Trita Parsi_ has won the prestigious 2010 Grawemeyer Award for Ideas Improving World Order for his 2007 book, ...www.payvand.com/news/09/dec/1011.html

**Surveys Show That Most Iranian Americans Oppose _Trita Parsi_ and ...**Apr 25, 2010 ... According to David Jone's article, 96% of Iranian Americans believe that _Trita Parsi_ is a lobbyist for the Iranian regime. ...newsflavor.com/.../surveys-show-that-most-iranian-americans-oppose-**trita-parsi**-and-his-lobbying-for-the-iranian-regime/

**Matthew Yglesias » The War on _Trita Parsi_** Nov 2, 2009 ... _Trita Parsi_ heads the National Iranian American Council, a non-profit representing the interests of the Iranian-American community. ... yglesias.thinkprogress.org/.../2009/.../the-war-on-**trita-parsi**.php -

**Is Dr. _Trita Parsi_ an Antisemite - Israel Forum** 8 posts - 4 authors - Last post: May 10, 2006 Is Dr. _Trita Parsi_ an Antisemite Israeli-Arab Conflict. www.israelforum.com › ... › _Israeli-Arab Conflict_

**The Iranian Challenge** In an essay published November 19, _Trita Parsi_ outlined the steps toward a sane ... _Trita Parsi_: To change Iran's behavior, we must first change our own. ... www.thenation.com/doc/20071119/**parsi**

**Video interview with _Trita Parsi_, winner of the 2010 Grawemeyer ...** Home Video interview with _Trita Parsi_, winner of the 2010 Grawemeyer Award for Improving World Order. stage.louisville.edu/...**trita-parsi**.../image_view_fullscreen

**Beyond Sanctions: How to Solve the Iranian Riddle - TIME** By _Trita Parsi_ Monday, Mar. 15, 2010. Civil unrest Opposition supporters clash with police. Olivier Laban-Mattei / AFP / Getty ... www.time.com/time/magazine/article/0,9171,1969292,00.html

**Washington Times Smears _Trita Parsi_ | Tikun Olam-: Make ...**Nov 16, 2009 ... Eli Lake, who covered the neocon beat for the New York Sun before it went belly up, is now in the belly of the beast at the Washington Times ...www.richardsilverstein.com/.../washington-times-smears-**trita-parsi**/

**_Trita Parsi_** _Trita Parsi_ comments in The Hill on US policy regarding post-protest Iran ... Dr. _Trita Parsi_ appears on World Focus to discuss Ahmadinejad's 2nd term and **...** _www.mei.edu/LinkClick.aspx?link=455&tabid=253_

**_Trita Parsi_ | Connecticut Public Broadcasting Network** _Trita Parsi_ is a major authority on Iranian, Israeli and American relations. His new book on this topic has already been widely praised by people on various ... _www.cpbn.org/profile/**trita**-parsey_

**Ticking bomb... Will _Trita Parsi's_ book get to Obama before the ...** Apr 14, 2009 ... Oh me of little influence-- I saw the significance of _Trita Parsi's_ book Treacherous Alliance 18 months ago. Well Laura Rozen at Foreign **...** _mondoweiss.net/.../ticking-bomb-will-**trita-parsis**-book-get-to-obama-before-the-american-jewish-committee.html_

**National Iranian American Council (NIAC): Congressional Testimony ...** Feb 25, 2010 ... NIAC President _Trita Parsi_ testified before the Tom Lantos Human Rights Commission today about the human rights situation in Iran. **...** _www.niacouncil.org/site/News2?page=NewsArticle&id..._

**_Trita Parsi's_ Response to Eli Lake's Story - International - The ...** Nov 13, 2009 ... Here's the response from the National Iranian-American Council to Eli Lake's article which suggests... _www.theatlantic.com/international/archive/.../**trita-parsis**.../30169/_

**_Trita Parsi's_ Communications with M. Javad Zarif, Ahmadinejad's ...** Dec 10, 2009 ... Some of _Trita Parsi's_ communications with M. Javad Zarif in 2006-2007 **...** On September 28, 2006 _Trita Parsi_ sent an email to Mohammad Javad **...** _www.iranian-americans.com/2009/12/1649.html_

**_Trita Parsi_ on CNN: Why the US should care « niacINsight**  Dec 28, 2009 ... more about "_Trita Parsi_ on CNN: Why the US should... **...** Trita: you have widespread evidence of police forces going over to the protest **...**_niacblog.wordpress.com/.../**trita-parsi**-on-cnn-why-the-us-should-care/ -_

**_Trita Parsi_ -** **The Daily Beast** _Trita Parsi_ is the President of the National Iranian American Council and the 2010 Recipient of the Grawemeyer Award for Ideas Improving World Order. _www.thedailybeast.com/author/**trita-parsi**/_

**Rodger A. Payne's Blog: _Trita Parsi_ campus talk Monday night** The 2010 winner of the Grawemeyer Award for Ideas Improving World Order, _Trita Parsi_, will give a talk on April 12 at 7 p.m. in the Chao Auditorium, **...**_rpayne.blogspot.com/.../**trita-parsi**-campus-talk-monday-night.html_

**How Washington Can Really Help the Greens in Tehran | Foreign Policy** Feb 9, 2010 ... _Trita Parsi_ is president of the National Iranian American Council and **...** _Trita Parsi_ giving advice on containing the Iranian regime is like **...** _www.foreignpolicy.com/.../how_washington_can_really_help_the_greens_in_tehran_

> Extract: _First, the United States should tread carefully when it comes to issuing military threats. Under the shadow of a foreign military threat, the uphill battle of the Iranian pro-democracy movement becomes even steeper, as the Iranian regime is quite adept at exploiting foreign threats to stifle criticism at home. Moreover, the possibility of military conflict between Iran and the United States, or their respective_

*"proxies," might allow the Iranian regime to distract the population from the internal crisis.*

**_Trita Parsi_ | Facebook** Friends: Nazanin Ilchi Tirgari, Arash Naderi, Michael Mortazie, Shmuel Rosner*Trita Parsi* is on Facebook. Join Facebook to connect with *Trita Parsi* and others you may know. Facebook gives people the power to share and makes the world **...**
*www.facebook.com/trita*

**_Trita Parsi_ « Antiwar Radio with Scott Horton and Charles Goyette** Dec 7, 2007 **...** *Trita Parsi*, president of the National Iranian-American Council and author of Treacherous Alliance, discusses the possibility that the new **...**
*antiwar.com/radio/2007/12/07/trita-parsi/*

**_Trita Parsi_ on WorldStreams Radio** *Trita Parsi* is the author of Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007), the 2008 Silver **...**
*www.worldstreams.org/past36.html*

**On _Trita Parsi_ and 'Iran's AIPAC' - Reihan Salam - The Agenda on ...** On *Trita Parsi* and 'Iran's AIPAC' [Reihan Salam] **...** he attacks Jeffrey Goldberg for characterizing *Trita Parsi*, an expert on Iranian affairs who champions **...**
*agenda.nationalreview.com/post/?q...*

**_Trita Parsi_ | Worldfocus: International News, Videos and Blogs** Mar 20, 2009 **...** *Trita Parsi* of the National Iranian American Council discusses the possibility of gas sanctions and the trial of protesters. **...** *worldfocus.org/blog/tag/trita-parsi/*

**_Trita Parsi_ | Ploughshares Fund** An expert on Iranian foreign policy and U.S.-Iran relations, *Trita Parsi* is the author of Treacherous Alliance - The Secret Dealings of Israel, **...**
*www.ploughshares.org/expert/220*

**Just Apologize To _Trita Parsi_ Already | ATTACKERMAN** Nov 3, 2009 **...** You know, when writers talk about the Jews or Israel, self-appointed Shtetl Policeman Jeffrey Goldberg demands exactitude, the sort of **...**
*attackerman.firedoglake.com/.../just-apologize-to-trita-parsi-already/*

**Global Politician - _Trita Parsi_ Reports to Tehran** Global Politician is an independent online international political news magazine providing objective, in-depth straightforward and sometimes politically **...**
*www.globalpolitician.com/26094-iran*

**New Clashes Test Iranian Regime's Grip on Tehran | PBS NewsHour ...** *TRITA PARSI*, president, National Iranian American Council: Well, because I think, again, as Karim pointed out, six months after the elections, the protests
**...**www.pbs.org/newshour/bb/politics/july.../iran2_12-28.html –

**Dr. _Trita Parsi_ Lecture and Interview - UCLA (May 14, 2007)** Dr. *Trita Parsi* Lecture (May 14, 2007) - by QH **...** Dr. *Trita Parsi* & Dr. Nayereh Tohidi - UCLA Faculty Center (May 14 **...** *www.parstimes.com/gallery/trita_parsi/*

**_Trita Parsi_: A Lose-Lose Situation With Iran** Jan 3, 2007 **...** *Trita Parsi* is a writer for the Inter Press Service and the author of Treacherous Triangle-The Secret Dealings of Israel,

Iran, ...
www.counterpunch.org/**parsi**01032007.html

**Trita Parsi News, Trends, Bio, Photos and Resources** Apr 27, 2010 ... *Trita Parsi* News, Trends, Photos, Twitter, Videos and Resources.
www.peepbuzz.com/**Trita-Parsi** -

**Iran in Turmoil After Disputed Presidential Election; Anti ...** Jun 15, 2009 ... *Trita Parsi*, founder and president of the National Iranian American Council and the author of Treacherous Alliance: The Secret Dealings of ...
www.democracynow.org/.../iran_in_turmoil_after_disputed_presidential

**Trita Parsi's Role in Promulgating Knowledge of 2003 Iran Proposal ...** Feb 17, 2007 ... The revelation that *Trita Parsi* made about Congressman Ney's interaction with the White House on the Iran proposal was made at a conference ...
www.thewashingtonnote.com/archives/001953.php

**A Tiny Revolution: Trita Parsi On Little Known History of Israel ...**Oct 10, 2007 ... *Trita Parsi*, now head of the National Iranian-American Council, has written for Rootless Cosmopolitan on some little-known history of ...
www.tinyrevolution.com/mt/archives/001786.html

**Iran Affairs: Iran and Israel - understanding the dynamics** Oct 6, 2007 ... According to *Trita Parsi*, author of Treacherous Alliance: The Secret Dealings of Israel, Iran, and the United States, Israel has often ...*www.iranaffairs.com/iran_affairs/2007/10/iran-and-israel.html*

**FORA.tv - | Trita Parsi | Barbara Slavin** US-Iran Relations: Past, Present and Future with *Trita Parsi* and Barbara Slavin.Experts discuss relations between the United States and Iran, ...
fora.tv/.../U_S__-_Iran_Relations_Past_Present_and_Future

**Treacherous Alliance - The Secret Dealings of Israel, Iran and the ...** Sep 3, 2007 ... *Trita Parsi* is the author of Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007. ...
www.treacherousalliance.com/**tritaparsi**biography.htm

**607 - Trita Parsi | Free News Videos - Watch News Videos Online | Veoh** Founder and president of the National Iranian American Council discusses the US Congress attempts to pass the Petroleum Sanctions Act to pressure President ...
www.veoh.com/browse/videos/category/.../v18993517BjhGX55G

**What Obama must do now on Iran / The Christian Science Monitor ...**
By *Trita Parsi* / June 22, 2009. Washington. Tehran is being rocked. Convinced that the landslide victory of President Mahmoud Ahmadinejad June 12 was a ...
www.csmonitor.com/Commentary/Opinion/.../p09s03-coop.html

**Trita Parsi | Iran-Experts | American Foreign Policy Project** This website is dedicated to serving those key influencers who are shaping the foreign policy debate in the United States, and who understand that security ...*americanforeignpolicy.org/iran-experts/**trita-parsi***

**NewzMakerz.com - Trita Parsi & Karim Sadjadpour** Jul 10, 2009 ... Still-simmering political tensions resurface in Iran and Iranians return to the streets in protest over a disputed

presidential vote.
*www.newzmakerz.com/video/331/**Trita-Parsi**-Karim-Sadjadpour*

**Trita Parsi at Rutgers University - www.iranianlobby.com** Jan 27, 2009 ... One of the speakers is *Trita Parsi* who worked for Amirahmadi in 2001.7 This makes the Rutgers story more puzzling. ...
*english.iranianlobby.com/page1.php?id=38&bakhsh=JOURNAL*

**THE FOLLY OF ATTACKING IRAN** *Trita Parsi. Trita Parsi* is the author of Treacherous Alliance - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007. ...
*www.justforeignpolicy.org/iran/**trita_parsi**.html*

**Neocon Target *Trita Parsi* Wins $200000 Prize | Mother Jones** In recent months, *Trita Parsi*, the founder and president of the National Iranian American Council, has been the target of conservative attacks. ...
*motherjones.com/mojo/2009/.../neocon-target-**trita-parsi**-wins-200000*

**SustainabiliTank: A Think-Tank – RAND's Alireza Nader, and ...** Feb 10, 2010 ... Sustainabilitank.info: The Sustainable Development Media Think Tank - A Think-Tank – RAND's Alireza Nader, and experienced *Trita Parsi*, ... www.sustainabilitank.info/.../a-think-tank-rands-alireza-nader-and-experienced-**trita-parsi**-tell-washington-to-find-a-way-to-stop-dealin...*

**Trita Parsi - KCRW** President of the National Iranian American Council and author of Treacherous Aliance : The Secret Dealings of Israel, Iran and the United States, the.
*www.kcrw.com/people/**parsi_trita**?role=guest*

**Trita Parsi on Iran, Israel and the USA « The Fanonite** Mar 14, 2008 ... Conversations host Harry Kreisler welcomes *Trita Parsi*,President of the National Iranian American Council, for a discussion of the struggle ... *fanonite.org/2008/03/14/**trita-parsi**-on-iran-israel-and-the-usa/*

**Lyrics: *Trita Parsi* - Treacherous Alliance: The Secret Dealings of ...** "In Treacherous Alliance, *Trita Parsi* makes a persuasive case that since the 1979 Islamic Revolution, Iran has consistently used ideology to achieve ...
*www.ebooksx.com/Lyrics-**Trita-Parsi**-Treacherous-Alliance-The-Secret-Dealings-of-Israel-Iran-and-the-United-States_239038.html*

**Trita Parsi: "Treacherous Alliance" (Yale) | The Diane Rehm Show ...**Oct 8, 2007 ... A history of the multi-decade rivalry for regional power between Israel and Iran, why this conflict is largely misunderstood, ... *thedianerehmshow.org/shows/.../**trita-parsi**-treacherous-alliance-yale*

**Grawemeyer Award Winner *Trita Parsi* Talks about Middle East** While *Trita Parsi*, winner of the 2010 Grawemeyer Award for Ideas Improving World Order, was in Louisville to receive his award from the University of ...*www.jewishlouisville.org/index.php?...**trita-parsi**...*

**This Modern World » Blog Archive » *Trita Parsi* on little-known ...** *Trita Parsi*, now head of the National Iranian-American Council, has written for Rootless Cosmopolitan on some little-known history of Israel-Iran relations. ... *thismodernworld.com/4011*

**Anti-Mullah: FOR THOSE WHO TURN TO *TRITA PARSI* - BE AWARE** Jul 19, 2007 ... The National Iranian-American Council (NIAC) was founded by four non Iranian-Americans: Roy

Coffee, Dave DiStefano, Bob Ney and *Trita Parsi*. ...
*noiri.blogspot.com/2007/.../for-those-who-turn-to-**trita-parsi**-be.html*

**_Trita Parsi_ Israel-Iranian Relations Assessed: Strategic ...**by T Parsi - 2005 - Cited by 3 -
Related articles *Trita Parsi* is a Ph.D. Candidate at Johns Hopkins University SAIS in
Washington, DC. He is writing his dissertation on Israeli-Iranian relations. ...
*www.informaworld.com/index/713726284.pdf*

**NIAC President _Trita Parsi_ Wins Grawemeyer Award | Ma Hastim** Dec 1, 2009 ... Ma
Hastim is a peaceful movement to raise awareness for the human rights needs in Iran.
*www.mahastim.org/.../niac-president-**trita-parsi**-wins-grawemeyer-award/*

**Spoke on the phone with _Trita Parsi_ just now - Why We Protest - IRAN** 10 posts - 2
authors - Last post: Jun 28, 2009 RE: His article in Foreign Policy:
http://www.foreignpolicy.com/article..._the_beginning In that article he is concerned that
"foreign ...
*iran.whyweprotest.net › Misc › Off Topic*

**People - _Trita Parsi_ - WNYC** *Trita Parsi*, founder and president of the National Iranian
American Council and author of Treacherous Alliance: The Secret Dealings of Iran, Israel, ...
*beta.wnyc.org/people/r/?n=**Trita+Parsi***

**Why diplomacy and sanctions don't mix by _Trita Parsi_ - Common ...** Dec 4, 2008 ...
Author *Trita Parsi* examines whether sanctions against Iran can be effective, particularly in
light of President-elect Barak Obama's call for
*...www.commongroundnews.org/article.php?id=24572&lan...*

**Inside Iran: U.S. Arrogance author interviews Dr. _Trita Parsi_ ...** Mar 14, 2008 ... Inside
Iran: US Arrogance author interviews Dr. *Trita Parsi*, Pres. of the National Iranian Council.
Paul F Davis author of United States of ...*www.prlog.org/10057122-inside-iran-arrogance-
author-interviews-dr-**trita-parsi**-pres-of-the-national-iranian-council.html*

**_Trita-parsi_ | Tikun Olam-: Make the World a Better Place** And he doesn't disappoint in
delivering the goods for the pro Iran war faction in his latest smear of Iranian-American
leader, *Trita Parsi*. ...
*www.richardsilverstein.com/tikun_olam/tag/**trita-parsi**/*

**A Roundtable Discussion with Reza Aslan, Hooman Majd, _Trita Parsi_ ...** Sep 1, 2009 ...
*Trita Parsi*, NIAC President and author of Treacherous Alliance: The Secret Dealings of
Israel, Iran and the US With Special Guest Rep. ...
*events.kodoom.com/en/san-francisco-ca/a...reza...**trita-parsi**/.../e/*

**_Trita Parsi_: Rising Anti-Neocon Star** *Trita Parsi*: Rising Anti-Neocon Star news, including
news articles.
*www.bookrags.com/news/**trita-parsi**-rising-anti-neocon-star-moc/*

**_Trita Parsi_: The Independent Institute** *Trita Parsi* is president of the National Iranian
American Guild and author of Treacherous Triangle—The Secret Dealings of Iran, Israel and
the United States ...
*www.independent.org/aboutus/person_detail.asp?id=1286*

**_Trita Parsi_, Treacherous Alliance: The Secret Dealings of Israel ...**by H Ram - 2009
*Trita Parsi*, Treacherous Alliance: The Secret Dealings of Israel, Iran, and the United States

(New Haven, Conn.: Yale University Press, 2007). Pp. 361. ...
*journals.cambridge.org/production/action/cjoGetFulltext?fulltextid...*

**Trita Parsi | openDemocracy** *Trita Parsi* is the co-founder and current president of the
National Iranian ... regime change – makes it likely that neither will be met, says *Trita Parsi*.
...
*www.opendemocracy.net/author/**trita-parsi***

**Trita Parsi, Barbara Slavin, Joseph Cirincione on Flickr - Photo ...** *Trita Parsi* & Barbara
Slavin Joseph Cirincione In a timely discussion on US - Iranian relations, the Center for
American Progress hosted two of the foremost ...
*www.flickr.com/photos/americanprogress/2494197541/*

**Trita Parsi: Why Are Reps. Miller and Posey Refusing to Wish ...** *Trita Parsi* President,
National Iranian American Council ... *Trita Parsi*: Open Letter to Congressmen Miller and
Posey on their refusal to wish the Iranian ... *worldnews.hometips4u.com/**trita-parsi**-why-are-
reps-miller-and-posey-refusing-to-wish-iranians-a-happy-norooz*

**Under the Veil of Ideology: The Israeli-Iranian Strategic Rivalry ...** Jun 9, 2006 ... (*Trita
Parsi* is the author of **T**reacherous **T**riangle: The Secret Dealings of Israel, Iran and the
United States [Yale University Press, ... *www.williambowles.info/iran/iran_israel_strategy.html*
- Cached

**Trita Parsi: Ahmadinejad's little helpers - Vote for Iran**Jun 8, 2009 ... at Vote For Iran,
*Trita Parsi* writes how the U.S. House of Representatives may inadvertantly be helping
Ahmadinejad win the election due to ...
*www.voteforiran.com/.../**trita-parsi**-ahmadinejads-little-helpers/ -* Cached - Similar

**Trita Parsi Andisheh TV Interview - 2 of 9** Apr 2, 2010 ... *Trita Parsi* sets the record
straight in response to the smear campaign by the neo-conservatives through Hassan
Daioleslam against him and ... *videos.apnicommunity.com/Video,Item,1132812176.html*

**Washington Times - EXCLUSIVE: Iran advocacy group said to skirt ...** Nov 13, 2009 ...
Chairman Leach has no memory of *Trita Parsi* or the National Iranian American Council." Mr.
Parsi also sought to publicize a 2003 Iranian ...
*www.washingtontimes.com/news/2009/nov/13/.../print/*

**Trita Parsi, "Israel's Military Threat against Iran Is a Bluff ...** Apr 8, 2009 ... *Trita Parsi* is
the author of Treacherous Alliance: The Secret Dealings of Israel, Iran, and the United States
(Yale University Press, 2007). ... *mrzine.monthlyreview.org/2009/**parsi**130409.html*

**Trita Parsi | Ploughshares Fund** In op-eds, public appearances and meetings with co-
sponsors of the resolution, NIAC President *Trita Parsi* clearly and forcefully emphasized that
the measure ...
*www.ploughshares.org/our-impact/leadership-profiles/**trita-parsi***

**This Is The Worst They Can Do To Trita Parsi? | ATTACKERMAN** Nov 14, 2009 ... First:
thanks to M. LeBlanc and Ned and Jamelle. I couldn't have asked for a greater platoon of
pinchhitters. I'm not even being parochial. *attackerman.firedoglake.com/.../this-is-the-worst-
they-can-do-to-**trita-parsi**/ -*

**Interview with Middle East conflict expert Dr. Trita Parsi: McCain ...** Jun 3, 2008 ... Dr.
*Trita Parsi*, author of the new book Treacherous Alliances: The Secret Dealings of Israel,

Iran, and the United States and founder of the **...** *talkradionews.com/.../interview-with-middle-east-conflict-expert-dr-**trita-parsi**-mccain-does-not-savor-diplomacy/*

**Neocons Hope Bluster Will Undercut Iran Talks - by Trita Parsi** Jun 13, 2007 **...** Dr. *Trita Parsi* is the author of **T**reacherous Alliance - The Secret Dealings of Israel, Iran and the United States (Yale University Press, **...***www.antiwar.com/ips/**parsi**.php?articleid=11126*

**American Chronicle | NIAC´s Smoke Screen and Intimidation Campaign**Dec 8, 2009 **...** 12th 2009), *Trita Parsi* who is the president of this organization recruited a professional Washington PR firm 2 (Brown Lloyd James). **...** *www.americanchronicle.com/articles/view/131748*

**American Thinker: *Trita Parsi*: Iran's Nuclear Helper?** Nov 17, 2009 **...** *Trita Parsi*, the controversial founder and head of the National Iranian American Council (that may or may not have failed to follow the law **...** *www.americanthinker.com/2009/11/irans_nuclear_helper.html*

**No Bases Initiative | *Trita Parsi*: Is Iran Suicidal?** Dr *Trita Parsi* is the author of the book **T**reacherous Triangle - The Secret Dealings of Iran, Israel and the United States (Yale University Press, 2007). **...** *www.nobases.eu/en/705_**trita-parsi**-is-iran-suicidal*

**Sanctioning Iran? Joy Gordon & *Trita Parsi*: Peace, Justice and ...** Apr 28, 2010 ... <br /> <br /> <strong>*Trita Parsi*</strong><br /> Founder and president of the National Iranian American Council and an expert on US-Iranian ... *pjep.org/actions/?id=4693&t=1273554000 -*

**The neocon smear campaign against *Trita Parsi* and NIAC**  Nov 16, 2009 ... Andrew Sullivan is on the case on the *Trita Parsi* smear campaign. This site's been AWOL, sorry folks; many have alerted us, and there's no ... *mondoweiss.net/.../the-neocon-smear-campaign-against-trita-parsi-and-niac.html*

**Op-Ed Contributor - Throwing Ahmadinejad a Lifeline - NYTimes.com** Aug 15, 2009 ... By HOSSEIN ASKARI and *TRITA PARSI*. Published: August 14, 2009 ... *Trita Parsi* is president of the National Iranian American Council and ... *www.nytimes.com/2009/08/15/opinion/15iht-edaksari.html*

**INSTANT VIEW: Iran's election result staggers analysts | Reuters** Jun 13, 2009 ... *TRITA PARSI*, PRESIDENT OF NATIONAL IRANIAN AMERICAN COUNCIL: "I'm in disbelief that this could be the case. It's one thing if Ahmadinejad ... *www.reuters.com/article/idUSTRE55C0W620090613 -*

**Rootless Cosmopolitan - By Tony Karon » Blog Archive » Iran, the ...** Oct 9, 2007 ... I'm delighted and honored to welcome Dr. *Trita Parsi* as a guest columnist at Rootless Cosmopolitan. Following the escalating tension between ... *tonykaron.com/2007/10/09/iran-the-inflatable-bogey/*

**Pacifica.org - *Trita Parsi* Segments** Pacifica Radio is community radio, the first free speech listener sponsored community radio station, and Americas progressive news source, the only listener ... *www.pacifica.org/program-guide/op,program.../showtype,segs/*

**Iran's election result staggers analysts- Hindustan Times** Jun 13, 2009 ... *Trita Parsi*, President of national Iranian American council: "I'm in disbelief that this could be the case. It's one thing if Ahmadinejad ...
*www.hindustantimes.com/Iran-s...result.../H1-Article3-420978.aspx*

**Bush Administration Has Fueled the Human Rights Abuses in Iran ...** Mar 11, 2008 ... Editor's note: Mr. *Trita Parsi* is the president of the National Iranian ... A little background on the author of this article, *Trita Parsi*, ...
*www.iran-press-service.com › Articles 2008 › March*

**Throwing Ahmadinejad a Lifeline , By HOSSEIN ASKARI and *TRITA PARSI*** Aug 14, 2009 ... *Trita Parsi* is president of the National Iranian American Council and author of "Treacherous Alliance — The Secret Dealings of Israel, ...
*irdnow.com/.../221-throwing-ahmadinejad-a-lifeline-by-hossein-askari-and-trita-parsi -*

**Questions for *Trita Parsi* - Michael Rubin - The Corner on National ...** Nov 9, 2007 ... NIAC leader *Trita Parsi* remains silent, so a few open questions: 1) If you believe all Iranian civil society activists don't want these ...
*corner.nationalreview.com/post/?q*

**Could the Mullahs Fall This Time? - Page 1 - The Daily Beast** Dec 27, 2009 ... *Trita Parsi* is the President of the National Iranian American Council and the 2010 Recipient of the Grawemeyer Award for Ideas Improving ...
*www.thedailybeast.com/.../could-the-mullahs-fall-this-time/*

**Essential things Israelis and Iranians should know about each ...** Dr. *Trita Parsi* is the author of "Treacherous Alliance - The Secret Dealings of Israel, Iran and the US" ..... *Trita Parsi* Steps a bit more out of closet ...
*www.haaretz.com/hasen/spages/1003236.html*

**House Financial Services Committee** Mar 12, 2009 ... The Honorable Ted Deutch, Senator, State of Florida; Mr. *Trita Parsi*, President, National Iranian-American Council; Mr. Jason Isaacson, ...
*www.house.gov/apps/list/hearing/...dem/hr0312092.shtml*

**A sober analysis of Iran - Israel Opinion, Ynetnews** Oct 14, 2007 ... Dr. *Trita Parsi* is the author of the new book 'Treacherous Alliance – The Secret Dealings of Israel, Iran and the US' (Yale University Press ... *www.ynet.co.il › Ynetnews › Opinion*

***Trita Parsi*: Monday, 6/22 | Tavis Smiley | PBS Video** Jun 21, 2009 ... Founder-president of the National Iranian Council, weighs in on the situation in Iran.
*video.pbs.org/video/1161131193/ -*

**Is This Ta'arof?: *Trita Parsi* videos on Iran, Israel and their ...** May 20, 2009 ... If *Trita Parsi* is to be believed, both Netanyahu and Ahmadinejad represent the rejectionist, anti-conciliation wings of their own domestic ... *isthistaarof.blogspot.com/.../trita-parsi-videos-on-iran-israel-and.html*

**New Clashes Test Iranian Regime's Grip on Tehran - Carnegie Middle ...** Dec 28, 2009 ... *TRITA PARSI*, president, National Iranian American Council: Well, ... *TRITA PARSI*: Well, I think that actually it is running out of options. ... *www.carnegie-mec.org/publications/?fa=24411&lang=en*

**Asia Times Online :: Middle East News - US gambles on Iran's ...** Aug 17, 2007 ... By *Trita Parsi* WASHINGTON - The White House's plan to designate the .... Dr *Trita Parsi* is the author of Treacherous Alliance: The Secret ...
www.atimes.com/atimes/Middle_East/IH17Ak02.html

**Iranian gov't news makes bogus claim that Iranian Jews in U.S. ...** Feb 12, 2008 ... Diaoleslam's article last year in Frontpage Magazine online about NIAC and it's front-man *Trita Parsi* exposes the fact that the organization ...
www.jewishjournal.com/.../iranian_govt_news_makes_bogus_claim_that_iranian_jews_in_u_
s_support_the_r/

**The Secret Dealings of Israel, Iran, and the United States** Sep 25, 2007 ... We speak with *Trita Parsi*, author of "Treacherous Alliance: The Secret Dealings of Israel, Iran and the United States" and Baruch professor ...
www.democracynow.org/.../the_secret_dealings_of_israel_iran

**National Iranian American Council (NIAC):** NIAC President *Trita Parsi* appeared today on KCRW radio show To the Point .... Dr. *Trita Parsi*, President of the National Iranian American Council, ...
niac.convio.net/site/PageServer?pagename=Press_niac_in_news

**Iran-Israel relations** Conversations host Harry Kreisler welcomes *Trita Parsi*,President of the National ... *Trita Parsi* - Professor of International Relations at the John Hopkins ...
www.territorioscuola.com/youtube/index.php?key=Iran...

***Trita Parsi* | Bisnis Internet Online = Bisnis Online** *Trita Parsi* is president and founder of the National Iranian American Council, and author of the 2007 book, Treacherous Alliance: The Secret Dealings of ...raiderhost.com/search/trita+parsi

**Nuclear Meltdown: Rebuilding a Coherent Policy Towards Iran** A book discussion with Barbara Slavin and *Trita Parsi* ... *Trita Parsi*, President of the National Iranian American Council and author of Treacherous ...
www.americanprogress.org/events/2007/12/iran.html

**Iran and Israel - Ideological or Strategic Rivalry? / Upcoming ...** Seminar on Iran with *Trita Parsi*, author of Treacherous alliance: the secret dealings of Israel, Iran, and the United States.
english.nupi.no/.../Iran-and-Israel-Ideological-or-Strategic-Rivalry

**Israeli-Libanese War 2006** *Trita Parsi* and Gareth Porter: 'Is Iran Behind the War in Lebanon? ... *Trita Parsi*: 'Under the Veil of Ideology: The Israeli-Iranian Strategic Rivalry' ...
www.itu.dk/people/schmidt/div/lebanon_2006.html

**Conversations with History - *Trita Parsi*** Conversations With History: Iran Israel and US, Conversations With History - Tariq Ali, {Rachel Maddow} Diplobamacy w/ *Trita Parsi* ...
videotube.ronaky.com/.../conversations-with-history-trita-parsi.html

**POLITICS: Can the U.S. and Iran Share the Middle East? - IPS ...** Analysis by *Trita Parsi*\* WASHINGTON, Apr 18, 2008 (IPS) - By negotiating a Shiite .... \**Trita Parsi*, author of the newly released "Treacherous Alliance: The ...
ipsnews.net/news.asp?idnews=42044 -

**TRISTA-03 Hottest Sale!** Apr 7, 2010 ... *Trita Parsi*: Why Are Reps. Miller and Posey Refusing to Wish . ... Sincerely, *Trita Parsi* President, National Iranian American Council. ...
*forgreatrelaxation.info/trista03.html* -

**Iran Nuclear Watch: *Trita Parsi* and James Walsh on Iran's Response ...** Aug 31, 2006 ... Click here to download an MP3 recording of the Center for Arms Control and Nonproliferation's press conference with experts Dr. *Trita Parsi* ...
*irannuclearwatch.blogspot.com/.../trita-parsi-and-james-walsh-on-irans.html*

**Scoop: U.S. Iran Tensions Rise – 2nd Carrier To Gulf** Jan 10, 2007 ... Between The Lines' Scott Harris spoke with *Trita Parsi*, president of the National Iranian-American Council, who looks at the increasing ...
*www.scoop.co.nz › Top Scoops* -

**Ken Timmerman's Weekly Column at FrontPage magazine** Aug 10, 2007 ... NIAC and its main spokesman, *Trita Parsi*, have become apologists for the regime in Tehran, which exports a rival Shiite brand of Islamic ...
*www.kentimmerman.com/news/2007_08-10-niac.html*

**AfghanMania.com - *parsi* Videos and Clips - AfghanMania.com**  Dr. *Trita Parsi* is the author of Treacherous Triangle - The Secret Dealings of ... *Trita Parsi* of NIAC on ESPN Discussing Hamed Haddadi and the insults made ...
*video.afghanmania.com/vtag/parsi*

## Hassan Daioleslam

***Hassan Daioleslam* - www.iranianlobby.com** In Search of Truth Reports on Mullahs's lobby in US Editor: *Hassan Daioleslam* ... hassan.dai@yahoo.com · Iranian lobby 2005 © *english.iranianlobby.com/darBarehMa.php*

**IRANIANLOBBY DOT COM** Mohammad Parvin and *Hassan Daioleslam*. Embracing Iranian mullahs or their lobbyists in the US will not bring us closer to peace. ... *english.iranianlobby.com/*

**Who Is *Hassan Daioleslam*? | Diplomacy** Nov 17, 2009 ... In my last post, I noted that *Hassan Daioleslam* -- the man at the center of the ongoing NIAC controversy -- has been said by multiple ... *thefastertimes.com/diplomacy/.../who-is-hassan-daioleslam/*

***Hassan Daioleslam* « Intellectual Conservative Politics and Philosophy** By *Hassan Daioleslam*, on January 8th, 2009. No understanding of US foreign policy toward Iran is complete without an understanding of Trita Parsi. ... *www.intellectualconservative.com/author/hassan-daioleslam/*

***Hassan Daioleslam* - Iran Interlink.exposing Mojahedin Khalq,Rajavi ...** Cult leaders decide the sell-by date and extent of misuse of their members (The case of Hussein, Fatemeh and *Hassan Daioleslam*) ...*www.iran-interlink.org/?mod=view&id=3014*

**AIPAC, Mojahedin Khalq relations in Washington exposed (Who - Iran ...** Dec 1, 2009 ... In my last post, I noted that *Hassan Daioleslam* — the man at the center of the ongoing NIAC controversy — has been "said by multiple sources ... *www.iran-interlink.org/?mod=view&id=7313*

**American Thinker: *Hassan Daioleslam* Archives** Articles By *Hassan Daioleslam*. The Strange New Friend of the Iranian Demonstrators · A Seat at the Table · Trita Parsi Reports to Tehran · The Future of the ... *www.americanthinker.com/hassan_daioleslam/*

**American Thinker: Trita Parsi Reports to Tehran** Dec 3, 2009 ... By *Hassan Daioleslam*. In 2008, the National Iranian American Council .... *Hassan Daioleslam* is an independent Iranian Analyst and writer. ... *www.americanthinker.com/.../trita_parsi_reports_to_tehran.html*

***Hassan Daioleslam* « LobeLog.com** Posts Tagged '*Hassan Daioleslam*'. Neocons Go After "Iran Lobby," Again Wednesday, February 17th, 2010. This week saw the publication of a two-part hit piece ... *www.lobelog.com/tag/hassan-daioleslam/*

**NIAC Files Defamation Lawsuit against *Hassan Daioleslam* | Campaign ...** Editor's note: CASMII has also been a central target of defamatory articles by *Hassan Daioleslam* against antiwar writers and activists; we support NIAC in ... *www.campaigniran.org/casmii/index.php?q=node/4947*

**Trita Parsi on Andisheh TV | Iranian.com**Apr 5, 2010 ... The videos of *Hassan Daioleslam* Interviewon Andisheh TV are on TouTube now. In addition to the documents presented by F. Forouzandeh, ... *www.iranian.com/main/blog/mm/trita-parsi-andisheh-tv*

**Plaintiffs' complaint names "*Daioleslam* Seid *Hassan*" as the ...** File Format: PDF/Adobe
Acrobat
Feb 4, 2009 **...** Plaintiffs allege that Seid *Hassan Daioleslam* ("defendant") published **.....** of
Seid *Hassan Daioleslam* ¶¶ 6-7. But these brief descriptions **...**
*https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2008cv0705...*

**YouTube - Islamic Republic Lobby in USA, by *Hassan* Daei Part 7** *Hassan Daioleslam*,
an Iranian human rights activist and political scholar. Since 2005, he has been collaborating
with two independent Iranian journalists **...**
*www.youtube.com/watch?v=54nvvsToSVg*

**The Alliance Between J Street, Richard Silverstein and Niac and ...**Apr 1, 2010 **...** The
alliance between the pro-appease Iran movement and treacherous left-wing self-hating Jews
and the outrageous defamation of *Hassan* **...**
*socyberty.com/.../the-alliance-between-j-street-richard-silverstein-and-niac-and-the-slander-
of-hassan-daioleslam/*

**Ken Timmerman's Weekly Column at FrontPage magazine** Aug 10, 2007 **...** NIACıs
campaign against its chief critic, *Hassan Daioleslam*, has not. In April, Daioleslam published
in these pages a detailed investigative **...**
*www.kentimmerman.com/news/2007_08-10-niac.html -*

**Setting the Record Straight On NIAC** Jan 7, 2010 **...** The most public face of the campaign
against NIAC is an Iranian-American by the name of *Hassan Daioleslam*. Behind Daioleslam
is an American **...**
*www.payvand.com/news/10/jan/1061.html*

**Neocons, the MeK, and the Fight Against Iranian-Americans** Apr 23, 2010 **...** Strangely
absent from this debate has been any look into the views and opinions of Seid *Hassan
Daioleslam*, the man behind the anti-NIAC **...**
*www.payvand.com/news/10/apr/1225.html*

**American Chronicle | NIAC´s Smoke Screen and Intimidation Campaign** Dec 8, 2009 **...**
*Hassan Daioleslam* is an independent Iran Analyst and writer. He is well published in Farsi
and English and has appeared as an expert guest **...**
*www.americanchronicle.com/articles/view/131748 -*

***Hassan* Dai** According to this website Sayed *Hassan Daioleslam* (aka Hassan Dai) has been
**...** While we know more about Sayed *Hassan Daioleslam* in the United States since **...**
*iranianneocons.com/Hassan_Dai.html*

**News** The writings of Seid *Hassan Daioleslam* have formed the basis for nearly all the
smears against NIAC, including those made by Clare Lopez, Kenneth Timmerman **...**
*iranianneocons.com/News.html -* Cached

**Does Washington have an Iran lobby? | The Cable** Nov 13, 2009 **...** Reams of documents
were provided to the Times by the defendant in NIAC's defamation lawsuit against *Hassan
Daioleslam*, who they allege has **...**
*thecable.foreignpolicy.com/.../does_washington_have_an_iran_lobby*

**Iran Coverage The smear of the National Iranian American Council |** Nov 16, 2009 **...**
The most interesting revelation concerns *Hassan Daioleslam*, the Iranian-American journalist
— accused by critics of ties to the Mujaheden-e **...**
*irancoverage.com/.../the-smear-of-the-national-iranian-american-council/*

**Trita Parsi (IRI Lobbyist in USA) Reports to Tehran - Iran ...** Dec 6, 2009 ... After Trita Parsi and NIAC had filed a Lawsuit against *Hassan Daioleslam*, the Federal Court's legal procedure was that both sides must have ...
*blogs.myspace.com/index.cfm?fuseaction=blog.view...blogId...*

**Hassan Daioleslam | Enduring America** Meanwhile, the counter-allegation is spreading that *Hassan Daioleslam*, who is the source of the allegations and who is being sued by Parsi for defamation, ...
*enduringamerica.com/tag/**hassan-daioleslam***

**Washington Times - EXCLUSIVE: Iran advocacy group said to skirt ...** Nov 13, 2009 ... An Iranian-American journalist from Arizona named *Hassan Daioleslam* first publicly asserted in 2007 that NIAC was lobbying for Iran. ...
*www.washingtontimes.com/news/2009/nov/13/.../print/ -*

**Global Politician - Why Did Columbia host Ahmadinejad?** Mohammad Parvin and *Hassan Daioleslam* - 9/25/2007 .... *Hassan Daioleslam* is an independent Iran Analyst and writer http://iranianlobby.com/ ...
*www.globalpolitician.com/23509-iran -*

**Neocons Go After 'Iran Lobby,' Again « Antiwar.com Blog** Feb 20, 2010 ... Smith does quote a couple Iranians, one of whom, *Hassan Daioleslam*, is currently involved in a defamation lawsuit with Parsi and has already ...
*www.antiwar.com/blog/2010/.../neocons-go-after-iran-lobby-again/*

**Newsmax - Iran Controversy at State Department** Jan 29, 2008 ... According to *Hassan Daioleslam*, an aide to former Iranian Prime Minister Mehdi Barzagan, who now lives in the United States, Ameri-Yazdi is ...
*www.newsmax.com/timmerman/iran.../2008/.../68452.html*

> Extract: *According to **Hassan Daioleslam**, an aide to former Iranian Prime Minister Mehdi Barzagan, who now lives in the United States, Ameri-Yazdi is being helped by a pro-regime "lobby" in the United States.*
>
> *"Many contributors to Goli Ameri's political campaign [in Oregon] were clearly part of an Iranian regime "lobby" in the United States, who hoped their contributions would influence United States policy toward Iran," **Daioleslam** told Newsmax*

**Hassan Daioleslam: Oil Person Biographical Entry: The Carbon ...** In one of the most stunning emails that have emerged , *Hassan Daioleslam* writes to far right neocon Kenneth Timmerman , . I strongly believe that Trita ...
*www.carboncapturereport.org/cgi.../biodb?...**hassan_daioleslam***

**IRVAJ English - The Iranian Web of Influence in the United States** Apr 2, 2008 ... *Hassan Daioleslam* is an independent Iran analyst and writer. He is well published in Farsi and English. He has appeared as an expert guest ...
*www.iranvajahan.net/cgi-bin/news.pl?l=en&y...*

**SustainabiliTank: An Interview With *Hassan Daioleslam*, an Iranian ...** Jul 14, 2008 ... Sustainabilitank.info: The Sustainable Development Media Think Tank - An Interview With *Hassan Daioleslam*, an Iranian human rights activist: ...
*www.sustainabilitank.info/.../an-interview-with-**hassan-daioleslam**-an-iranian-human-rights-activist-the-mullahs'-dead-end-so-what-is-indeed-the-strengt...*

**The Immigrant - by Lee Smith > Tablet Magazine - A New Read on ...** Feb 17, 2010 ... suit Parsi had brought against the Iranian émigré journalist *Hassan Daioleslam*, who had claimed that Parsi was close to the regime. ...
*www.tabletmag.com/news-and-politics/.../the-immigrant/ -*

**Hudson Institute > The Immigrant** ... process of a libel suit Parsi had brought against the Iranian émigré journalist *Hassan Daioleslam*, who had claimed that Parsi was close to the regime. ...
*www.hudson.org/index.cfm?fuseaction=publication_details&id.*

***Hassan Daioleslam // BlogCatalog Topic // BlogCatalog*** Iranian-American journalist *Hassan Daioleslam* discredited, shills anti-NIAC stories for neocons. Newly released documents make clear that Daioleslam ...*www.blogcatalog.com/topic/**hassan+daioleslam**/*

**Regime Lobbies & Promoters Outside Iran | Planet-Iran.com** By *Hassan Daioleslam*. January 8, 2010. Source: American Thinker. As the Iranian uprising enters its seventh month and spurs the ruling regime's ...
*planet-iran.com/.../regime_lobbies_promoters_outside_iran -* Cached - Similar

**Islamic Republic Lobby in USA by *Hassan* Daei Part 7 Video posted ...** Aug 10, 2009 ... *Hassan Daioleslam*, an Iranian human rights activist and political scholar. Since 2005, he has been collaborating with two independent ...
*twitc.com/t/6scomkL.html -*

**Foundation for Democracy in Iran** Parsi has refused to debate with critics such as *Hassan Daioleslam* or with ...... 3, 2007: Iranian scholar *Hassan Daioleslam* dissects the "disinformation ...
*www.iran.org/index2007-8.html*

**Jews and Muslims unite behind Iran divestment bill | Community ...** Apr 26, 2007 ... Based on a recent report prepared by independent Iranian researcher *Hassan Daioleslam*, NIAC is part of an extensive U.S. lobbying web that ...
*www.jewishjournal.com/home/preview.php?id=17564*

**J-Street and NIAC: An Unholy Alliance | Iranian American Jews ...** Dec 6, 2009 ... journalist *Hassan Daioleslam* first publicly asserted in his 2007 article that NIAC was lobbying on behalf of the Iranian government. ...
*www.jewishjournal.com/.../j-street_and_niac_alliance_an_unholy_alliance/*

**Trita Parsi, Bob Ney, and Iran's Oil Mafia: Penetrating the US Political System...** Apr 25, 2007 ... By *Hassan Daioleslam*, on April 25th, 2007. looks suspiciously like Brother S. Inside the National Iranian-American Council. ...
*www.intellectualconservative.com/.../trita-parsi-bob-ney-and-iran's-oil-mafia-penetrating-the-us-political-system/*

> Extract: *Since the early 1990's, Tehran has embarked on developing a sophisticated lobby enterprise in the United States. Iran's government has devoted significant manpower and financial resources to this cause. This lobbying enterprise consists of a complex, convoluted and intermingled web of entities and organizations with significant overlap of leadership and rank and file, and heavy involvement of the notoriously mafia-like inner circles of the Iranian regime. Disguised as scholars, many of the former Iranian government officials reside in the US and constitute an important piece of the lobbying machine. NIAC and its major figures, such as Bob*

> *Ney and Trita Parsi, are effective nodes of Tehran's efforts to manipulate US policy toward self-serving ends.*

**Funding from NED and EF: NIAC's Coordination with the Iranian ...** Dec 21, 2009 ... June 2008: *Hassan Daioleslam's* article about NIAC's cooperation with Hamyaran and the Senate inquiry. • June 2008: Hassan Dai's article ...
*www.iranian-americans.com/2009/12/1663.html*

**Iran: The Political Attack on the National Iranian American ...** Nov 14, 2009 ... The articles claims to rest on thousands of NIAC documents filed in a lawsuit that NIAC's Trita Parsi has brought against *Hassan Daioleslam* ...
*enduringamerica.com/.../iran-the-political-attack-on-the-national-iranian-american-council/*Oct 18, 2007 ... *Hassan Daioleslam*, the writer of this article which is given by Mike ... *Hassan Daioleslam* has presented his rubbish many times at VOICE OF ...
*dissidentvoice.org/2007/10/venezuela-and-revolutionary-moralism/*

**SERENDIP: Gary Sick, Ahmadinejad's Best Pal** Sep 21, 2007 ... Mohammad Parvin and *Hassan Daioleslam* Iran's President Mahmood Ahmadinejad is scheduled to speak at Columbia University on Monday September ...
*fleetingperusal.blogspot.com/.../gary-sick-ahmadinejads-best-pal.html*

**Quotes from Payvand News of Iran - News, photos, topics, and quotes**  In one of the most stunning emails that have emerged, *Hassan Daioleslam* writes to far right neocon Kenneth Timmerman, "I strongly believe that Trita Parsi ...
*topics.npr.org/quote/0gVM48pf0J45E?q=World*

> Extract from a Hassan Daioleslam email: *I strongly believe that Trita Parsi is the weakest part of the Iranian web because he is related to Siamak Namazi and Bob Ney. I believe that destroying him will be the start of attacking the whole web. This is an absolute integral part of any attack on Clinton or Obama. I hope your friends understand this crucial point.*

**Power Line - The National Iranian American Council discovers the ...** Nov 13, 2009 ... Ironically, the lawsuit was filed by NIAC after an Irananian-American journalist -- *Hassan Daioleslam* -- accused NIAC of lobbying for Iran. ...
*www.powerlineblog.com/archives/2009/11/024944.php*

**Robert Mugabe - DiscoverTheNetwork** By *Hassan Daioleslam* July 15, 2008. Zimbabwe Sanctions Veto Sparks Undiplomatic Spat By Patrick Goodenough July 14, 2008 ...
*www.discoverthenetworks.org/individualProfile.asp?indid...*

**George Soros is taking a beating for his ties to NIAC, a pro ...** Nov 18, 2009 ... The leaked emails emerged during a court case against the Iranian-American journalist, *Hassan Daioleslam*, who was the first to publicly ...
*www.businessinsider.com/george-soros-taking-heat-over-ties-to-pro-iranian-group-2009-11 -*

**The Israel Lobby, the Neocons, and the Iranian-American Community ...** Nov 20, 2009 ... The leaders were *Hassan Daioleslam* who is now being sued by NIAC and Parsi for defamation, and a collaborator to whom I refer to as PM (I ...
*original.antiwar.com/.../the-israel-lobby-the-neocons-and-the-iranian-american-community / -*
Cached

**Blog - News, Media, Politics, and Opinion** Mar 26, 2010 ... @Sonja_Jo Read about the anti- freedom man who made the clip-MEK!

http://thefastertimes.com/diplomacy/2009/11/17/who-is-*hassan-daioleslam*/ **...**
*bobney.squarespace.com/.../twitter-on-my-show-yesterday-i-talked-about-jk-harris-the-ta.html
-*

**Iran Coverage T**he most interesting revelation concerns *Hassan Daioleslam*, the Iranian-
American journalist — accused by critics of ties to the Mujaheden-e Khalq (MEK) **...**
*irancoverage.com/*

**hassan daei Videos at Toronto Drag Racing. *hassan* daei Free Videos** *Hassan
Daioleslam*, an Iranian human rights activist and political scholar. Since 2005, he has been
collaborating with two independent Iranian . **...**
*torontodragracing.com/tag/**hassan**+daei*

\**Welcome To Persian PAC** By *Hassan Daioleslam* FrontPageMagazine.com | April 16,
2007. Robert William (Bob) Ney is a current federal prisoner and a former Ohio Congressman
from 1995 **...**
*www.persianpac.org/persian/investigation4.html*

**RISE OF THE 'IRAN LOBBY'** File Format: PDF/Adobe Acrobat - Quick View
According to *Daioleslam*, *Hassan*,. "Iran's Oil Mafia," Front Page Magazine, 16 April 2007, it
was formed in 2000. But elsewhere its foundation date is **...**
*www.analyst-
network.com/.../RiseoftheIranLobbyTeheransfrontgroupsmoveonandintotheObamaA...*

**IranPressNews (English): Iran's Oil Mafia** Apr 16, 2007 **...** By *Hassan Daioleslam*
FrontPageMagazine.com **.....** *Hassan Daioleslam* is an independent researcher and writer
who has worked closely with two **...**
*www.iranpressnews.com/english/source/023005.html*

**Americans for Democracy in the Middle East** Jul 14, 2008 **...** [2] See *Hassan Daioleslam*,
"Iran's Oil Mafia", Front Page Magazine, April 16, 2007; Michael Rubin, "A Lever of Change in
Iran", **...**
*www.adme.ws/Press-Reports/2008-07-14.html*

**NIAC assailed as front for revolutionary regime | Iran Times ...** In 2007, an Iranian-
American from Arizona, *Hassan Daioleslam*, asserted that NIAC was lobbying for the Islamic
Republic. Parsi then sued him for defamation. **...**
*findarticles.com/p/articles/mi_7782/is_36_39/ai_n42422970/*

**"*Hassan Daioleslam* -The Terrorist MEK's best... - Bill Romanos ...** "*Hassan Daioleslam* -
The Terrorist MEK's best friend!!" Quotes from Payvand News of Iran -quotes
http://shar.es/mugEP.
*friendfeed.com/.../**hassan-daioleslam**-terrorist-mek-best-friend*

**Global Voices Online » Sub-Saharan Africa** Jul 23, 2008 **...** Plateu of Iran posts an article
by *Hassan Daioleslam* comparing Zimbabwe's President Robert Mugabe with the Iranian
regime, **...**
*globalvoicesonline.org/-/world/sub-saharan-africa/page/122/ -*

**Ken Timmerman's Books and Articles** The Mullah's Voice, the unofficial Iranian lobby in
Washington. For more, see *Hassan Daioleslam's* detailed expose, Iran's Oil Mafia. **...**
*www.kentimmerman.com/*

**Talk Radio News Service** 10 hours ago · @bobney: "*Hassan Daioleslam* -The Terrorist MEK's best friend!!" Quotes from Payvand News of Iran -quotes http://shar.es/mugEP -- April 23, ...
*interns.talkradionews.com/*

**Responses to Islamophobia and Extremism - The American Muslim (TAM)** Mar 5, 2010 ... *Hassan Daioleslam* & the NIAC controversy [1] (Jim Lobe) ... Danish cartoons see cartoon controversy ... Dar al Islam/Dar al Harb see Arabic
*...www.theamericanmuslim.org/tam.php/features/articles/.../0017947*

**Global Politician - Newsletter** Mohammad Parvin and *Hassan Daioleslam* - 9/25/2007. Iran's President Mahmood Ahmadinejad is ... Mohammad Parvin, Ph.D. and *Hassan Daioleslam* - 4/7/2008 ...www.globalpolitician.com/search.asp?keyword=**daioleslam**

> Extract: *Pro-Ayatollah Disinformation and Manipulation Campaign by Washington Think Tankers*
>
> *In a recent article I wrote about NIAC (National Iranian American Council) and its front man Trita Parsi. This organization, with strong connections to the inner circles of power in Tehran, and interest groups outside Iran has the specific role of lobbying the US Congress by utilizing unwary ordinary Iranian Americans concerned about their inborn land.*

**American Chronicle Flirting With The Mullahs | Demas Web ID**Mohammad Parvin, Ph.D. and *Hassan Daioleslam* - 4/7/2008 Senator The competing lobby was AIPAC ( American Israeli Public Affairs Committee) . ...
*www.demas.web.id/.../american+chronicle+flirting+with+the+mullahs*

**VP Candidate Joseph Biden: "Tehran's Favorite Senator" vs. PM ...** According to Iranian-American political analyst *Hassan Daioleslam*, Mr. Biden's activities, coupled with his vice-presidential candidacy, "highlight the need ...
*jewishvoiceandopinion.com/a/JVO20080902.html*

> Extract: *According to Iranian-American political analyst* **Hassan Daioleslam**, *Mr. Biden's activities, coupled with his vice-presidential candidacy, "highlight the need to really investigate the web of Iranian influence in the US."*
>
> *"What you have here is a group of people who have been working together through different groups and organizations for the past ten years to promote the interests of the Iranian regime," he said.*
>
> *He called it "deeply troubling" that the Democratic vice-presidential candidate has been raising funds "from people whose ties to the Iranian regime raise such serious questions."*

**Buzzup Finance - George Soros Taking Heat O...** The leaked emails emerged during a court case against the Iranian-American journalist, *Hassan Daioleslam*, who was the first to publicly accuse the group of ...*buzzup.com/.../george-soros-taking-heat-over-ties-to-pro-iranian-group/*

**Did NIAC Scam NED? — By: Michael Rubin | Gabbur...** internal emails which suggest that money was misappropriated. NIAC's strategy is to impugn the author. I do not know *Hassan Daioleslam* well enough to. ...
*www.gabbur.com/politics/did-niac-scam-ned-by-michael-rubin/ - 2 hours ago*

**Documents published in: The American Thinker** by *Hassan Daioleslam*, January 25, 2009 - The American Thinker. Recommended by Campus Watch Staff More Fallout from Hamas Connection to Prayer Service ...
*www.campus-watch.org/docs/.../The+American+Thinker*

> Extract*: Questions About A New Conference On Iran [incl. Hooshang Amirahamdi] by Hassan Daioleslam, The American Thinker, January 25, 2009*
>
> *The Center for Middle Eastern Studies at Rutgers University will be hosting a two-day conference on the theme of "The Iranian Revolution: Thirty Years" on the weekend of February 7-8, 2009. Judging by the selection of speakers and considering Rutgers' past activities, we could predict another conference satisfying both the Iranian regime and those who crave for "coexistence" with the Iranian Ayatollahs.*
>
> *This new Rutgers' gathering is more troubling than a new conference favorable to the Mullahs. It is about the Iranian regime's web of influence in the US.*

**iranian.com: Shorts** "Mize Gerdi ba Shoma" featured the groundbreaking work of distinguished author,scholar and investigative journalist,Mr. *Hassan Daioleslam* who illuminated ...
*www.iranian.com/Shorts/2007/june2007.html*

**Washington Times Smears Trita Parsi ...** Nov 16, 2009 ... An Iranian-American journalist from Arizona named *Hassan Daioleslam*... How does Daioeslam qualify as a "journalist? ...
*www.richardsilverstein.com/.../washington-times-smears-trita-parsi/*

**Siamak Namazi: ZoomInfo Business People Information** Mr *Hassan Daioleslam* We are living in Iran and we hate from Trita Parsi and Siamak Namazi and their partners . View Online Source ...
*www.zoominfo.com/people/Namazi_Siamak_5945861.aspx*

**GOLDSTEIN/ MEYER: 'Lawfare' gains ground - Washington Times** May 19, 2009 ... including ongoing cases against Iranian-American researcher *Hassan Daioleslam*, Americans Against Hate founder Joseph Kaufman, ...
*www.washingtontimes.com › Opinion › Commentary*

**PlanetDaily: Why Does Columbia host Ahmadinejad? by Guest ...** Sep 23, 2007 ... *Hassan Daioleslam* is an independent Iran Analyst and writer ... Posted by: Guest: Mohammad Parvin, *Hassan Daioleslam* on Sunday, September 23 ...
*planetdaily.ws/index.php/more/124*

Extract (Underline added): Why Does Columbia host Ahmadinejad?  By Mohammad Parvin, Hassan Daioleslam

> Iran's President Mahmood Ahmadinejad is scheduled to speak at Columbia University on Monday September 24th. This arrangement is not accidental. The event would have not been possible without the tireless and focused efforts of the well known Tehran advocate Dr. Gary Sick, an influential figure in Columbia.   As it has already been examined in a recent article "Pro-Ayatollahs Disinformation and Manipulation Campaign by Washington Think Tankers"1, the Iranian lobby in US could not exist without generous assistance of some American interest groups and proxies such as Dr Gary Sick, the American Iranian Council in which Sick is a board member of, and his circle of cohorts.

·**Newsmax - Victims of Islamist 'Lawfare' Fight Back** Mar 12, 2010 ... NIAC has filed a libel suit against Iranian-American journalist *Hassan Daioleslam* for alleging that the group acts as a lobbyist for the ...
*www.newsmax.com/KenTimmerman/Victims-Islamist.../352488 -*

**Recalling the Shah of Iran-** *Hassan Daioleslam* at the American Chronicle today reported on the Brzezinski's influence on the Obama Administration: For the past thirty years, ...
*www.freerepublic.com/focus/news/735176/posts -*

**NIAC Files Defamation Lawsuit against *Hassan Daioleslam* | Campaign ...** May 15, 2008 ... Editor's note: CASMII has also been a central target of defamatory articles by *Hassan Daioleslam* against antiwar writers and activists; ...
*www.casmii.org/casmii/index.php?q=node/4947*

**Hassan Daioleslam | Diplomacy** I see that Jennifer Rubin is refusing to reply to my last post , in which I provided evidence of NIAC-basher *Hassan Daioleslam's* ties to the Mujahedin-e ...
*thefastertimes.com/diplomacy/tag/**hassan-daioleslam**/*

Link to *Tablet* and an example of the echo of the lobby assertion: "The Immigrant" - Trita Parsi, the second pillar of the U.S. Iran lobby, wants to the be the public face of Iranian-Americans

**MLRC | Lawsuits Against Bloggers**  Defendant *Hassan Daioleslam* published articles on his websites ("In Search of Truth: Reports on Mullahs's lobby in US" (www.iranianlobby.com); ...
*www.medialaw.org/.../Lawsuits_Against_Bloggers.htm*

**Daioleslam** *Hassan Daioleslam* Interview with Andisheh TV 2 of 3 · *Hassan Daioleslam* Interview with Andisheh TV 2 of 3 · Videowatch · Web Articles · Web News · Web Blogs ...
*www.wbber.com/tag/**daioleslam***

**Iran Politics Club: Alavi Foundation, Rutgers University, & Iran ...** and the New Conference on Iran. Alavi Foundation, Rutgers University, and the New Conference on Iran *Hassan Daioleslam* hassan.dai@yahoo.com ...
*d17770534.u164.worldispnetwork.com/movement/alavi.../index.htm*

**Trita Parsi « FREE IRAN NOW!** 4 Dez. 2009 ... American Thinker, by *Hassan Daioleslam* – In 2008, the National Iranian American Council (NIAC) and its president Trita Parsi filed a ...
*freeirannow.wordpress.com/tag/trita-parsi/*

**News On Iran: The MoD, the arms deal and a 30-year-old bill for £400m**  Link the nuclear program to human rights · NIAC · Who Is *Hassan Daioleslam*? Trita Parsi · NIAC's PR Offensive · Iran advocacy group said to skirt lobby ...
*www.hypocritesnews.org/.../mod-arms-deal-and-30-year-old-bill-for.html -*

 **Watch Andisheh Videos Online - Watch Online Videos - Apnicommunity.com**Abridged *Hassan Daioleslam* Interview - Andisheh TV 2 of 3. Channel: YouTube. Category: News Added: Apr 15, 2010 ...
*videos.apnicommunity.com/Video,Search,Andisheh.html -*

**HASSAN PHP: Download, open and convert a .php *hassan* file for free!**  Washington, DC - On April 30, the National Iranian American Council (NIAC) filed a lawsuit against *Hassan*

*Daioleslam* in response to his defamatory articles ...
*juhuj.com/open-file-php-convert-php-download-**hassan**.htm*

**Oghab Irani's MySpace Blog | EAGL'S NEST**
*Hassan Daioleslam*. June 18, 2008 **...** NAMAZI, HASSAN. NAMAZIKHAAH, MOHAMMAD
SADEGH - BONGAH IMAN, LOS ANGELES , CA. NASR, SEYED HOSEIN (FATHER) -
IZLAMIC ...
*blogs.myspace.com/oghab* ional

> Extract: National Iranian American Council (NIAC) and its president Trita Parsi have
> arranged to receive congressional appropriated funds from the National Endowment
> for Democracy (NED) through an expedited process. They have spent these funds
> on trivial activities aimed at enhancing false-flag Iranian NGOs that were in fact
> managed and controlled by Iranian Deputy Ministers or high level officials- making a
> mockery of the term "Non-Governmental". At the same time, NIAC and Trita Parsi
> have lobbied the congress to stop appropriating other funds meant for dissident
> democratic movements and NGOs in Iran through non NIAC channels. While NIAC's
> actions appear paradoxical, it is a cohesive, targeted and deceptive tactic that has
> three distinct but related goals.

· · **ProgressiveIslam.info** Nov 15, 2009 **...** The most interesting revelation concerns *Hassan
Daioleslam*, the Iranian-American journalist - accused by critics of ties to the Mujaheden-e ...
*www.progressiveislam.info/tag/**Hassan%20Daioleslam***

**DC Conference on Libel Lawfare | Fighting Radical Islam** From 9:30 am – 4:00 pm the
conference will be held on Capitol Hill, Washington, D.C.. Speakers include: *Hassan
Daioleslam* (Researcher, IranLobby.com) ...
*www.radicalislam.org/news/dc-conference-libel-lawfare*

**Disinformation Campaign in Overdrive: Iran's VEVAK in High-Gear by ...** Sep 3, 2007 **...**
I refer the reader to *Hassan Daioleslam's* recent article "Pro-Ayatollah. Disinformation and
Manipulation Campaign by Washington Think ...
*www.adme.ws/Press-Reports/vevak-in-high-gear.pdf*

> Extract: I refer the reader to Hassan Daioleslam's recent article "Pro-Ayatollah
> Disinformation and Manipulation Campaign by Washington Think Tankers", published
> in *Global Politician*. Bottom line: Dr. Ray Takeyh of the Council on Foreign Relations
> should be seen for what he is: an agent of the Islamic Republic of Iran's campaign to
> turn back sanctions and buy more time to complete its nuclear program.

**Global Voices Online » Middle East & North Africa** Plateu of Iran posts an article by
*Hassan Daioleslam* comparing Zimbabwe's President Robert Mugabe with the Iranian
regime, which he describes as an ...
*globalvoicesonline.org/-/world/middle-east-north-africa/.../266/?cl...*

**Foundation for Democracy in Iran** Featured Iranian Bloggers: *Hassan Daioleslam*.
Azarmehr · Kamangir · Winston · Directory of Iranian Weblogs in English **...**
*www.iran.org/index2006.html*

**Iran: A Note About the Voice of America, NIAC, and the "Journalism ...**... flynt leverett ·
green · hard line president · hassan dai · hassan dai · *hassan daioleslam* · head · hillary mann
leverett · hooshang amir ahmadi ...
*www.mixx.com/.../iran_a_note_about_the_voice_of_america_niac_and_the_journalism_of_th
e_washington_times_enduring_america*

***Daioleslam's* Speech at Libel Lawfare Conference :: The Legal Project** Daioleslam's
Speech at Libel Lawfare Conference. by *Hassan Daioleslam* Paicorg's Blog May 23, 2009.
http://www.legal-project.org/article/350 ...
*www.legal-project.org/article/350 -*

> **Extract:** *For the past several years, I have been investigating the Iranian Regime's
> lobby in the US.  My reports have been largely published by major Farsi websites
> and some US journals. I have appeared in many radio and TV broadcasts aired to
> Iran, including Voice of America. Because of writing on this issue, smear attacks and
> legal scare tactics have been directed against me.  This has restricted my freedom of
> speech, has affected my safety, the safety of my family here in the US and also my
> family in Iran.*

**Executive Profiles Starting With 'DAI'**  Mr. Stephen Daintith, New York, NY. Ms. Anousanh
Dainty, San Diego, CA. Mr. Robert Dainty, San Diego, CA. Mr. *Hassan Daioleslam*, Laveen,
AZ ...
*www.manufacturersnews.com/executives.asp?start=DAI*

**Aria IRAN** NIAC Files Defamation Lawsuit against *Hassan Daioleslam* · Mojahedin Khalq
terrorist organisation (Rajavi cult) predicts imminent overthrow in Iran after ...
*www.ariairan.com/?mod=news*

---

Mr. Daioleslam signed this petition on-line.  The thrust is that negotiating with the Iranian is
not acceptable.  The petition appeared in nine languages.

**STOP THE BOMB - No Deals with the Iranian mullahs! - View Signatures** *hassan
Daioleslam*, researcher, scottsdale, United States, 09.03.08. Anders Gravers, SIAD
Denmark, Organiser Sioe, Ålborg, Denmark, 09.03.08 ...
*at.stopthebomb.net/petition/view.php?page=35&lang_petition...*

**STOP THE BOMB - No Deals with the Iranian mullahs! - View Signatures** *hassan
Daioleslam*, Österreich, 11.12.07. fromme gerald, lehrer,musiker, wien, Österreich, 11.12.07.
Andrin Tomaschett, Student / Tankwart, Zürich ...
*at.stopthebomb.net/petition/view.php?page=9&lang_petition...*

---

**stevecaudill on HuffingtonPost**  "*Hassan Daioleslam* is not a pro-Pahlavi monarchist, as
are the vast majority of nostalgic, star-struck devotees of 'His Imperial Majesty Reza Shah II'
and ...
*www.huffingtonpost.com/social/stevecaudill/action...display...*

**Did NIAC Scam NED? — By: Michael Rubin | World Actual News** May 2, 2010 ... I do not
know *Hassan Daioleslam* well enough to judge him, having only met him once andB havingB
kept my distance from Iranian activist ...
*worldreportsite.com/did-niac-scam-ned-by-michael-rubin.html - 2 hours ago*

***Hassan* blogs** By *Hassan Daioleslam*, American Thinker: President Mahmoud Ahmadinejad,
addressing the Qods Day (Jerusalem Day) celebration, which was commemorated on ...
*whataboutyou.com/blogs_Hassan~9219.html?st=20 -*

**Community ...**15 posts - 6 authors.. by NIAC to The Cable show that *Daioleslam* was
working with neoconservative ... Trita Tazi was invited to a roundtable discussion along with
*Hassan* Daei ...
*forums.iransportspress.com/showthread.php?p=730065 –*

**Milfuegos: The Bob Ney-CIA-Iran story continues to unfold** Nov 16, 2009 ... In 2007, an Iranian-American named *Hassan Daioleslam* charged that NIAC was a lobbying agent for Iran. In fact, NIAC had received grants from ...
*milfuegos.blogspot.com/.../bob-ney-cia-iran-story-continues-to.html -*

**Islamic Republic Lobby in USA, by *Hassan* Daei Part 7 - from Youtube(c)** Description : *Hassan Daioleslam*, an Iranian human rights activist and political scholar. Since 2005, he has been collaborating with two independent Iranian ...
*www.errachidia.org/clip/video-daei-5-54nvvsToSVg.html - Morocco*

**[osint] Intimidation Campaign by Iran Mullahs' Lobby in US** Sep 13, 2007 ... NIAC's campaign against its chief critic, *Hassan Daioleslam*, has not. In April, Daioleslam published in these pages a detailed investigative ... *www.mail-archive.com/osint@yahoogroups.com/msg45104.html*

**[osint] The Mullahs' Dead End?** GUID=C10369AE-77EF-4B7D-9024- ACE4BDB0BA7A Frontpage Interview's guest today is *Hassan Daioleslam*, an Iranian human rights activist and political scholar. ...
*www.mail-archive.com/osint@yahoogroups.com/msg55976.html*

**Iran's nuclear helper - Iran News** The leading perpetrator appears to have been *Hassan Daioleslam*, an Iranian-American journalist who is currently being sued by NIAC for Defamation and who ...
*politifi.com/news/Irans-nuclear-helper-89864.html*

**smear videos - Hot Videos** Abridged *Hassan Daioleslam* Interview - Andisheh TV 2 Of 3 ... Personal e-mails between *Hassan Daioleslam* (Hassan Dai) and prominent neo-conservatives reveal ...
*www.hotvideotube.net/smear/*

**06/01/2008 – zaneirani** May 1, 2008 ... This organization's latest act against freedom of expression has been to file a lawsuit against *Hassan Daioleslam* an Iranian-American ...
*zaneirani.blogspot.com/2008_05_01_archive.html*

**A weak case against NIAC - The Majlis** Nov 16, 2009 ... of other points: Much of Lake's article is based on discovery documents from a defamation lawsuit NIAC filed against *Hassan Daioleslam*. ...
*www.themajlis.org/2009/11/16/a-weak-case-against-niac*

---

**Caroline Biggs-...** 7 Dec 2009 ... I just read another excellent and informative article by Mr. *Hassan Daioleslam*, "When Trita Parsi lies". This article has further ...
*ml-in.facebook.com/notes.php?subj=753323372 - India*[20]

**Morteza Abadi | Facebook** I just read another excellent and informative article by Mr. *Hassan Daioleslam*, "When Trita Parsi lies". This article has further highlighted the lines ...
*ml-in.facebook.com/notes.php?id=100000091200416&start=0... - India*

---

Oct 5, 2007 ... hassan.dai@yahoo.com. Read more articles in Foreign Affairs, National Defense. Read more articles by *Hassan Daioleslam* ...
*aryamehr11.blogspot.com/2007_10_01_archive.html*

---

[20] The two Facebook pieces show evidence of an organized campaign to echo the piece by Mr. Diaoleslam.  The two individuals have worded their entries exactly the same.

**Worldnews.com**  *Hassan Daioleslam*, an Iranian human rights activist and political scholar. Since 2005, he has been collaborating with two independent Iranian journalists ...
*article.wn.com/view/WNAT8db850596e95adfad70473d0d95d1642/*

**Jailed Iranian Cleric Appeals to Pope** Jul 18, 2007 ... *Hassan Daioleslam*, an independent Iranian-American scholar, believes the regime is stepping up human rights abuses as a negotiating tactic ...
*archive.newsmax.com/archives/articles/2007/7/18/94110.shtml?s...*

**Rocky Mountain Alliance 2.0** Iranian-born political freedom advocate *Hassan Daioleslam* explains what the Iranian mullahs' lobby is up to in the United States. ...
*rma2.blogspot.com/*

**Pro Democracy Movement of Iran (PDMI): December 2009** Dec 1, 2009 ... June 2008: *Hassan Daioleslam's* article about NIAC's cooperation with Hamyaran and the Senate inquiry • June 2008: Hassan Dai's article about ...
*hakemiat-e-mardom.blogspot.com/2009_12_01_archive.html*

**Pro Democracy Movement of Iran (PDMI): June 2009** NIAC, Hezbollah IRI Lobby Group Sues *Hassan Daioleslam* the Investigative Author! ... On June 10, 2007, *Hassan Daioleslam*, the investigative author was ...
*hakemiat-e-mardom.blogspot.com/2009_06_17_archive.html*

**Articles Main > Hawaii State Politics**... cases against Iranian-American researcher *Hassan Daioleslam*, Americans Against Hate founder Joseph Kaufman, and Hawaii Free Press Editor Andrew Walden. ...
*www.hawaiifreepress.com/main/.../56/.../Hawaii-State-Politics.aspx*

**Doydos.NET Video - videos** Trita Parsi sets the record straight in response to the smear campaign by the neo-conservatives through *Hassan Daioleslam* against him and NIAC. ...
*doydos.net/*

**YouTube - 1) monazere dai ba afrasiabi (Irans Lobby in the US)** Amirahmadi *Hassan* Dai Hooshang Persian TV Voice America television VOA ...
*208.117.236.70/watch?v=gQbs_KwCBkU*

**IRAN WATCH CANADA: January 2008** Despite the continues crimes committed by the Iranian regime, Trita Parsi and in *Hassan Daioleslam's* words the Iranian regime's lobby in the United states ...
*moriab.blogspot.com/2008_01_01_archive.html*

**CHRI - Campaigning for Human Rights in Iran | Facebook** Abridged *Hassan Daioleslam* Interview - Andisheh TV 2 of 3. www.youtube.com. Personal e-mails between *Hassan Daioleslam* (Hassan Dai) and prominent ...
*it-it.facebook.com/pages/CHRI...for...in.../307384610179 – Italy*

## Hassan Dai

**An Iranian Embassy in Boston** *Hassan Dai* **- www.iranianlobby.com** Jun 25, 2008 ... Iranian regime, the War in Gaza and Trita Parsi *Hassan Dai* ... The Iranian Web of Influence in the United States *Hassan Dai* ... *english.iranianlobby.com/page1.php?id=7&bakhsh...*

***Hassan Dai* | Facebook** Friends: Aria Irani, Ashkan Jahanbakhsh, Arman Mihani, Ada Irani, Setareh Irani *Hassan Dai* is on Facebook. Join Facebook to connect with *Hassan Dai* and others you may know. Facebook gives people the power to share and makes the world ...
*www.facebook.com/people/**Hassan-Dai**/1216848004*

***Hassan Dai* (iranianlobby) on Twitter** Get short, timely messages from *Hassan Dai*. Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide ...
*twitter.com/iranianlobby -*

**Twitter / *Hassan Dai*: Ray Takeyh will not go to ...** Ray Takeyh will not go to the White House http://bit.ly/b9nez.
*twitter.com/iranianlobby/status/3695773218*

**Why I Condemn Legal Action of NIAC against *Hassan Dai*** Why I Condemn Legal Action of NIAC against *Hassan Dai*. http://www.ghandchi.com/517-NIACvsDai-plus.htm · http://www.ghandchi.com/517-NIACvsDai.htm ...
*www.ghandchi.com/517-NIACvs**Dai**-plus.htm -*

***Hassan Dai* debates Alireza Namvar Haghighi on VOA - PAIC ...**Mr. *Hassan Dai*; I am proud of you. There are those that choose to be history and those that make history. There will be a day that we look at the past and ...
*www.iranian-americans.com/2009/07/1348.html -*

**PAIC - Progressive American-Iranian Committee »** Last week, *Hassan Dai* interviewed Kayvan Kaboli, a co-founder of PAIC, and discussed this new group's manifesto and their means of achieving their goals. ...
*www.iranian-americans.com/*

**The hell with Arabs & The hell with Israel - Iran for Iranians ...** Apr 11, 2010 ... The real *Hassan Dai* - must see! by nmirdamadi on Sun Apr 18, 2010 01:38 PM PDT. see how the neo-cons are attacking the Iranian-American ...
*www.iranian.com/.../hell-arabs-hell-israel-iran-iranians-iranian-com-iranians -*

**Groups that Lobby for the Islamic Regime in Iran** The Iranian Regime's Lobby in US and the Israeli Decoy by *Hassan dai* ... Congressman Kucinich Must Find a Better Role Model than Bob Ney by *Hassan Dai* ... *mehr.org/index_lobby_expose.htm -*

***Hassan Dai* « niacINsight** Nov 13, 2009 ... NIAC has provided tens of thousands of documents and all its financial records in order to prosecute a defamation case against *Hassan Dai*. ...
*niacblog.wordpress.com/tag/**hassan-dai**/*

**Lobby in USA *Hassan Dai* Video posted by @Firstmoon on TwitC®** Lobby in USA *Hassan Dai*. ... Lobby in USA *Hassan Dai*. Posted By: Firstmoon. Date Added: 08/10/2009. Views: 172.249. Rating: 0.00 ... *twitc.com/Pqe3lPml*

***Hassan Dai* On the Iranian (Persian) and American media as well as on the web he goes by the name of *Hassan Dai*. His real name is actually Sayed Hassan Daioleslam. ...
*iranianneocons.com/**Hassan_Dai**.html*

**YouTube - Islamic Republic Lobby in USA, by *Hassan* Daei Part 7** Islamic Republic Lobby in USA *Hassan Dai* Part 8. Added to. Quicklist6:06 · Islamic Republic Lobby in USA *Hassan Dai* Part 8. 385 views ... www.youtube.com/watch?v=54nvvsToSVg

**Iran Resist - IRAN – UNITED-STATES : CONSEQUENCES OF THE FAILURE ...** The funnier thing is that *Hassan Dai*, the preppy Muj president of the PAIC, denounced recently the Mehregan institution ; however he accepts one of its main ... www.iran-resist.org/article4995.html

**Rajavi decides the sell by date (the case - Iran Interlink ... ...** of Hassan Daioleslam- aka: *hassan Dai*) - Mohammad SobhaniT August 2007 ... now has come the turn for the consumption of their brother Hassan Daioleslam. ... www.iran-interlink.org/?mod=view&id=3094 -

**AIPAC, Mojahedin Khalq relations in Washington exposed (Who - Iran ...**Dec 1, 2009 ... "BBC reveals *Hassan Dai's* links to neoconservatives seeking to undermine Obama by attacking NIAC and Trita Parsi" ... www.iran-interlink.org/?mod=view&id=7313 -

**Does Washington have an Iran lobby? | The Cable** Nov 13, 2009 ... How come your defener outlets do not even bother to ask *Hassan Dai* for an opposing view? Such opportunities are to be only offered by ... thecable.foreignpolicy.com/.../does_washington_have_an_iran_lobby

**Obama administration anticipated Iran talks response | The Cable** Sep 1, 2009 ... *HASSAN DAI.* 3:20 AM ET. September 2, 2009. Takeyh will not go to the White House ... *HASSAN DAI.* 5:52 PM ET. September 2, 2009 ... thecable.foreignpolicy.com/.../obama_administration_anticipated_iran_talks_offer_response -

**Persian tv weekly highlights 8/27 |** Aug 27, 2007 ... Mr. Amirahmadi accused *Hassan Dai* of belonging to the Mujahedin Khalq, the largest and most militant group opposed to the Iranian regime; ... www1.voanews.com/.../a-31-2007-08-27-voa16-61651162.html

*Hassan Dai* [ Translate this page ] An Iranian Embassy in Boston *Hassan Dai* - www.iranianlobby.com ... Iranian regime the War in Gaza and Trita Parsi *Hassan Dai* . ... www.patoghfa.com/s/**Hassan**_Dai/

**The Latest from Iran (28 December): The Regime's Arresting ...** Dec 28, 2009 ... you can disagree with these on policy grounds... but just because you, Mr. Makhmalbaf, or some other joe shmoe or *Hassan Dai* disagrees does ... enduringamerica.com/.../the-latest-from-iran-28-december-taking-stock/

**Iran: The Political Attack on the National Iranian American ...** Nov 14, 2009 ... *Hassan Dai* I might add is a close associate of MEK. And they've long been championed by the neocons (http://www.alternet.org/world/65956/). ... enduringamerica.com/.../iran-the-political-attack-on-the-national-iranian-american-council/ -

**University *Hassan* - Pipl Profiles** Trita Parsi at Rutgers University *Hassan Dai*. Guess who is coming for dinner ... Iran's human side depicted by artist Ana Sami. ... pipl.com/directory/name/**Hassan**/University

**Washington Times Smears Trita Parsi | Tikun Olam- Make ...** Nov 16, 2009 ... *Hassan Dai* as far as I know has nothing to do with MKO or any such organization. As far I have been

able to understand from his article and ...
*www.richardsilverstein.com/.../washington-times-smears-trita-parsi/*

**American Chronicle | NIAC´s Smoke Screen and Intimidation Campaign** Dec 8, 2009 ...
He could be reached at: *hassan.dai*@yahoo.com. Print Email. Bookmark and Share. Your
Name. Recipient's Name. Recipient's Email ...
*www.americanchronicle.com/articles/view/131748* - Cached - Similar

**Neocons Go After 'Iran Lobby,' Again « Antiwar.com Blog** Feb 20, 2010 ... Lee Smith,
*Hassan Dai*, and Bill Kristal are all right about their facts. Trita Parsi is an Iranian Imposter
working for the regime and all ...
*www.antiwar.com/blog/2010/.../neocons-go-after-iran-lobby-again/*

**Regime Lobbies & Promoters Outside Iran | Planet-Iran.com** Below: A very important
video series (in Persian with English subtitles), interviews with *Hassan Dai*, founder of
Reports on Mullahs Lobby in the U.S. and ...
*planet-iran.com/.../regime_lobbies_promoters_outside_iran -*

**Iranian residents of Paris who spy for the Islamic regime ...** The one that another
regime's agent, Trita Parsi filed against *Hassan Dai*. If Parsi can win, you all can silence all
freedom lovers. Thank,. Zand-Bon says: ...
*planet-iran.com/index.php/news/6231*

**Iranian groups lack lobbying power, cohesion - TheHill.com** Jun 20, 2009 ... Just read
their internal memos published by *Hassan Dai*. It is not the Iranians are not united, they are
and the majority abhore their ...
*thehill.com/.../47218-iranian-groups-lack-lobbying-power-cohesion*

**TRISTA-03 Hottest Sale!** Apr 7, 2010 ... On a TV show (Andisheh TV) during an Invetrview
with *Hassan Dai*, 85% of Iranians ... Trita Parsi's collaboration with his mentor, ...
*forgreatrelaxation.info/trista03.html*

**BdYouTube.com - Trita videos** NIACouncil; Length: 10:50; Tags: NIAC Trita Parsi
Andisheh TV *Hassan Dai* MEK ... by the neo-conservatives through Hassan Daioleslam
against him and NIAC. ...
*bdyoutube.com/Trita/*

**Iran's Hezbollah Lobbyists in USA Trita Parsi NIAC - DeNuke Iran** He could be reached
at: *hassan.dai*@yahoo.com. FOR MORE DETAIL INFO PLEASE REFER TO THE LINKS
BELOW. http://iranpoliticsclub.net/movement/trita-hassan/index. ...
*denukeiran.ning.com/profiles/blogs/irans-hezbollah-lobbyists-in*

**Global Politician - Middle East** NIAC's recently published internal documents, which it had
to furnish Mr. *Hassan Dai*, an Iranian expat, who was sued by NIAC for his claim that it is a ...
*www.globalpolitician.com/02-middle-east*

**'Just World News' with Helena Cobban: The roots of Hamas resilience** Jan 2, 2009 ...
Does that make me part of "the Mullah's lobby" -- as hacks like *Hassan Dai* would claim? Or
take an even more curious case, would you also ... *justworldnews.org/archives/003299.html*

**Honor Killings in Iran Is Denied By National Iranian-American ...** May 23, 2009 ... in
response to a well-documented lecture on "Islamic Regime's Lobbies in the US" by Mr.
*Hassan Dai*, (member of the Board of Directors of ...

Samuel B. Gardiner: Expert Testimony - Witness Report                                          45

*paicorg.wordpress.com/.../honor-killings-in-iran-is-denied-by-national-iranian-american-council/*