# EXHIBIT B

**1/5/2011  Debashis Aikat**

```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF COLUMBIA
3         ------------------------------------ )
4         TRITA PARSI and                      )
5         NATIONAL IRANIAN AMERICAN COUNCIL,   )
6                    Plaintiffs,   ) CASE NUMBER
7              v.                  ) 08 CV 00705
8         DAIOLESLAM SEID HASSAN,              )   (JDB)
9                    Defendant.    )
10        ------------------------------------ )
11
12              Deposition of DEBASHIS AIKAT, Ph.D., a witness
13        herein, called for examination by counsel for
14        Defendant in the above-entitled matter, pursuant to
15        notice, the witness being duly sworn by BESS A.
16        AVERY, RMR, a Notary Public in and for the State of
17        North Carolina, taken at The Umstead Hotel and Spa,
18        100 Woodland Pond Drive, Cary, North Carolina 27513,
19        commencing at 8:43 a.m., Wednesday, January 5,
20        2011, and the proceedings being taken down by
21        Stenotype by BESS A. AVERY, RMR, and transcribed
22        under her direction.
```

1/5/2011  Debashis Aikat

```
 1                    A P P E A R A N C E S
 2              ON BEHALF OF THE PLAINTIFF:
 3                   ADRIAN V. NELSON, II, ESQUIRE
 4                   PISHEVAR & ASSOCIATES, P.C.
 5                   Jefferson Plaza, Suite 316
 6                   Rockville, Maryland 20852
 7                   (301) 279-8773
 8                   ANELSON@PISHEVARLEGAL.COM
 9
10              ON BEHALF OF THE DEFENDANT:
11                   TIMOTHY E. KAPSHANDY, ESQUIRE
12                   ERIC GALVEZ, ESQUIRE
13                   SIDLEY AUSTIN LLP
14                   One South Dearborn
15                   Chicago, Illinois  60603
16                   (312) 853-7643
17                   TKAPSHANDY@SIDLEY.COM
18
19
20
21
22
```

```
1      A    Could you, please, repeat your question.
2      Q    Sure.  My question is:  Are you,
3   Professor Aikat, as an expert witness, prepared to
4   testify in this case to a reasonable degree of
5   certainty on the question as to whether Trita Parsi
6   and NIAC act as lobbyists for the Islamic Republic
7   of Iran?
8      A    No.
9      Q    I just wanted to put that aside --
10     A    Yes.
11     Q    -- because that involves thousands of
12  documents --
13     A    I'm glad you did.
14     Q    -- and I wanted to focus in on what you
15  are opining on --
16     A    Yes.
17     Q    -- and I wanted to put that to the side.
18     A    Thank you.
19     Q    So that we're all clear, you are not
20  prepared to express an opinion as to the truth or
21  falsity of what the Defendant has written.  Correct?
22     A    And I was not asked to.
```

**1/5/2011  Debashis Aikat**

```
1         Q    I understand that, if we read Exhibit 4,
2    that limits your mandate.  Correct?
3         A    Yeah, I was not asked to.
4         Q    Let me ask you this.  Are you familiar
5    with the New York Times versus Sullivan case that --
6         A    Yes.
7         Q    -- the Supreme Court issued in 1964, I
8    believe.  Correct?
9         A    Yes.
10        Q    And you understand that sets forth the
11   standard for a defendant in a defamation case under
12   the First Amendment to the United States
13   Constitution.  Correct?
14        A    Yes.
15        Q    And you understand that the United States
16   Supreme Court puts forth the standard in defamation
17   cases under the First Amendment involving public
18   figures known as "actual malice."  Correct?
19        A    Yes.
20        Q    And, again, I just, with regard to the
21   previous question, I want to make sure we understand
22   what you are addressing and what you are not
```

```
 1    addressing.  And I understand you've not read the
 2    Defendant's deposition, but I just want to be clear.
 3              You are not evaluating the question as to
 4    whether the Defendant personally knew what he wrote
 5    was false or whether he had serious doubts about the
 6    truth of what he wrote, are you?
 7         A    Would you repeat your question.  It was --
 8         Q    I sincerely doubt it.  Let's have her read
 9    it back because I want to make sure that we get it
10    correct.
11         A    Yes, yes, I just wanted to be clear in
12    terms of your point because it was so cogently said,
13    and I wanted to address all parts.
14              MR. KAPSHANDY:  Could you please read that
15    back.
16              (The record was read aloud as follows:
17              "QUESTION:  And, again, I just, with
18               regard to the previous question, I want
19               to make sure we understand what you are
20               addressing and what you are not
21               addressing.  And I understand you've not
22               read the Defendant's deposition, but I
```

```
 1              just want to be clear.  You are not
 2              evaluating the question as to whether the
 3              Defendant personally knew what he wrote
 4              was false or whether he had serious
 5              doubts about the truth of what he wrote,
 6              are you?")
 7              THE WITNESS:  No.
 8      BY MR. KAPSHANDY:
 9          Q   Thank you.  That will speed things up.
10          A   You are welcome.
11          Q   And, again, back to the questions that you
12      were mandated to address which were very nicely set
13      out for us in Exhibit 4 and in your report, in
14      Exhibit 3, I now wanted to ask you some questions
15      about the methodology that you employed in applying
16      those questions.
17              Now, I understand that you read the
18      Defendant's articles posted on his website.
19      Correct?
20          A   Yes.
21          Q   Did you read all of the references that he
22      cited including hot links and footnotes that are
```