# EXHIBIT A

# A Single Roll of the Dice

## Obama's Diplomacy with Iran

Trita Parsi

Yale
UNIVERSITY PRESS
New Haven and London

UNCORRECTED PAGE PROOF

For review purposes only. Not for sale or resale.

For more information, please contact:

Liz Pelton
Yale University Press
P.O. BOX 209040
New Haven, CT 06520

410.467.0989 phone
lizpelton@aol.com

**FOR BOOK CLUBS:**
Mandi Casolo, 203.432.0966
mandi.casolo@yale.edu

Title:   A Single Roll of the Dice
         *Obama's Diplomacy with Iran*

Author:  Trita Parsi

Classification: Current Events/International Affairs

Probable Publication Date:  January 2012

Probable Price: $27.50

ISBN:    978-0-300-16936-2

Pages: 304

Size: 6 ⅛ x 9 ¼

Index: *to come*

**Yale** UNIVERSITY PRESS

---

Reviewers are reminded that changes may be made in this proof copy before books are printed. If any material from the book is to be quoted in a review, the quotation should be checked against the final bound book.

---

Visit us online at www.yalebooks.com

...e," Reuters, January 10, 2009. "Egypt Attacks Iran and Allies in Arab World,"
...rs, January 28, 2009. Sly, "Outcome of Gaza Conflict Will Echo in Iran."
...14. Classified U.S. State Department cable, "Abu Dhabi Crown Prince Talks Iran
...erns with General Moseley." Classified U.S. State Department cable, "Saudi King
...llah and Senior Princes on Saudi Policy Toward Iraq," April 20, 2008. Com-
...s by State Department officials in these cables reveal that Saudi diplomats tended
...vise the U.S. against war, whereas senior members of the royal family were far
...bellicose. Classified U.S. State Department cable, "Saudis on Iran Ref Upcoming
...M FM Meeting," July 22, 2008.

15. Matthew Fisher, "Israel's Livini Blasts Obama's Iran Plan," Canwest News
...ice, November 6, 2008.

16. Interview with Ali Reza Alavi Tabar, Tehran, August 21, 2004. Interview with
...er Deputy Foreign Minister Abbas Maleki, Tehran, August 1, 2004. Interview with
...er Iranian official, Tehran, August 2004.

17. Gary Sick, *October Surprise* (New York: Random House, 1991), 114. "Sharon
...eals Arms Supplies to Iran," BBC, May 28, 1982. "Israel Sends Military Equipment
...ran," Associated Press, May 28, 1982.

18. Nader Entessar, "Israel and Iran's National Security," *Journal of South Asian
...d Middle Eastern Studies* 4 (2004): 7; Samuel Segev, *The Iranian Triangle* (New
...k: Free Press, 1988), 43. "There was a big Israeli fear that Iraqi divisions would
...end on Israel together with other Arab armies," Shmuel Bar of the Israeli think
...k Interdisciplinary Center in Herzliya explained. Interview with Shmuel Bar, Tel
..., October 18, 2004. Interview with David Kimche, Tel Aviv, October 22, 2004.
...ev, *Iranian Triangle*, 22. General Raphael Eytan, the chief of staff of the Israeli army
...the time, explained Iran's inability to pose a threat to Israel: "If Iran decided to
...de Israel, first her forces should cross Iraq and then, they should cross Jordan; in
...ler to get to Israel they should destroy these two countries and when they reach
...el, they would realize that we are neither Iraq nor Jordan and to overcome us would
...t be possible." Behrouz Souresrafil, *Khomeini and Israel* (London: Researchers,
...88), 79. Interview with David Menashri, professor at Tel Aviv University, Tel Aviv,
...tober 26, 2004. According to Yuval Ne'eman, a right-wing Knesset member, though
...n was not a friendly state, "as far as Israel's security is concerned, Iraq is a far greater
...ger." Ruth Sinai, "Israel Helps Iran for Strategic and Economic Reasons," Associ-
...ed Press, December 1, 1986.

19. Interview with Itamar Rabinovich, former adviser to Rabin and Israeli ambas-
...dor to the United States, Tel Aviv, October 17, 2004. Interview with Kimche, October
..., 2004. Malcolm Byrne, *The Chronology* (New York: Warner, 1987), 116. Interview
...ith former National Security Advisor Robert McFarlane, Washington, D.C., October
..., 2004. "In strict geopolitical terms, if you don't consider regimes, our friend should
... Iran, and we should never forget that," argued Itamar Rabinovich, Israel's U.S.
...bassador 1993-96 and a close adviser to Rabin. Interview with Jess Hordes, director
...f the Anti-Defamation League's Washington office, Washington, D.C., March 24,
...004.

20. Segev, *Iranian Triangle*, 7. Interview with David Kimche, October 22, 2004.

*Chapter Three.*
"He Is with Us"

1. Laura Rozen, "Revealed: Recent U.S.-Iran Nuclear Talks Involved Key Offi-[cials]," ForeignPolicy.com, January 30, 2009, http://thecable.foreignpolicy.com/posts/01/29/americas_secret_back_channel_diplomacy_with_iran. "Joseph Rotblat, Nobel Prize for Nuclear Arms Fight," Associated Press, September 2, 2005.
2. Per the invitation of Pugwash, I participated in several of these meetings in my [capaci]ty as an independent scholar.
3. Translation of Ahmadinejad's Letter, *Washington Post*, November 6, 2008.
4. Interview with senior Iranian nuclear negotiator, May 27, 2010.
5. Jim Muir, "Tehran: Obama Quashes Iran's Hopes for Change," BBC News, [Nove]mber 9, 2008, http://news.bbc.co.uk/2/hi/americas/us_elections_2008/7718603[.stm]. Hadi Nili, "Iranians' Hope for U.S. Policy Shift Dims," *Washington Times*, [Janua]ry 11, 2009.
6. Press conference with President-elect Barack Obama and Vice President-elect Biden, November 7, 2008.
7. "Larijani Prefers Obama to Win," Persia House News Brief, November 17, [200]8.
8. "Obama's Right Hand Man in Relation to Iran," *Raja News*, August 30, 2008 [(S]hrivar 9, 1387).
9. "War in the Mid East, McCain's Trump Card," Aftab, July 29, 2008 (Mordad 8, [1387])
10. Interview with Ataollah Mohajerani, 19 September 2010.
11. Roshanak Taghavi, "Iranians Unsure What U.S. Election Will Bring," *Wall [Stre]et Journal*, November 5, 2008.
12. Nahid Siamdoust, "Iranians Hope Obama Lives Up to His Name," *Time*, [Nov]ember 2008. Muir, "Obama Quashes Iran's Hopes for Change."
13. Gareth Porter, "Iranian Leaders Split over Obama's Policy Freedom," Inter [Press] Service, December 10, 2008. Interview with Ataollah Mohajerani, 19 September [201]0. Interview with Maziar Bahari, August 16, 2010.
14. Interview with former Iranian ambassador, June 30, 2010. Interview with [sen]ior Iranian nuclear negotiator, May 27, 2010.
15. "Who negotiates?" *Aftab*, August 6, 2008 (Mordad 16, 1387). Robert Drey-[fuss], "Inside the Head of Mahmoud Ahmadinejad," *Nation*, September 25, 2008. [Inte]rview with Ambassador Khazaee, June 15, 2010.
16. Amir Mohebian, editorial, *Resalat News*, November 6, 2008.
17. Interview with senior adviser to former president Mohammad Khatami and [op]position leader Mir Hossein Mousavi, July 23, 2010.
18. Roshanak Taghavi, "Iranians Unsure What U.S. Election Will Bring," *Wall [Stre]et Journal*, November 5, 2008.
19. Interview with Professor Ahmad Sadri, August 10, 2010.
20. Scott Peterson, "Is Iran Prepared to Undo 30 Years of Anti-Americanism?," *Christian Science Monitor*, February 6, 2009.

33. Speech by Ambassador James Dobbins to the New America Foundation, [Wash]ington, D.C., August 24, 2006. Interview with Javad Zarif, Iran's ambassador to [the U]N, New York, October 12, 2006. Pollack, *Persian Puzzle*, 347.

34. Ali Ansari, *Confronting Iran* (New York: Basic, 2006), 186–87.

35. Scott Peterson, "Pragmatism May Trump Zeal as Iran's Power Grows," *Christian Science Monitor*, July 6, 2006.

36. The "deputies committee" consisted of Stephen Hadley, who served as chair, Undersecretary Dick Armitage, Deputy Secretary of Defense Paul Wolfowitz, and [de]puty to CIA director George Tenet. Gareth Porter, "Burnt Offering," *American [Pros]pect*, June 6, 2006. Scott Ritter, "On the Eve of Destruction," TruthDig.com, [Octo]ber 22, 2007, http://www.truthdig.com/report/item/20071022 on the eve of de[stru]ction.

37. Peterson, "Iranians Wary of Obama's Approach."

38. Corbett Daly, "U.S. Brands Anti-Iran Kurdish Group Terrorist," Reuters, [Jan]uary 4, 2010.

39. Interview with Ataollah Mohajerani, September 19, 2010.

40. Interview with Ali Ansari, September 17, 2010

## Chapter Four.
## The Review

1. "Seven Questions: Hans Blix," *Foreign Policy Magazine*, April 29, 2009. Jona[tha]n Tirone, "IAEA Chief ElBaradei Seeks Stop to Iran 'War Drums,'" Bloomberg, [Se]ptember 7, 2007.

2. Simon Hooper, "Iran: Ready to Work with Obama," CNN, January 30, 2009.

3. Roger Cohen, "Realpolitik for Iran," *New York Times*, April 13, 2009.

4. Jay Solomon, "Obama Team Plots Opening of Iran Ties," *Wall Street Journal*, [Ma]rch 12, 2009.

5. Sue Pleming, "Clinton Doubts Iran Will Respond to Overtures," Reuters, [Ma]rch 2, 2009.

6. Interview with senior EU official, September 14, 2010. Interview with senior EU [dip]lomat, June 2, 2010.

7. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

8. Interview with senior U.S. State Department nonproliferation officer, July 21, [20]10. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

9. Sue Pleming, "Analysis—Obama Likely to Take Cautious Approach on Iran," [Re]uters, January 26, 2009. "Iran: Assessing U.S. Strategic Options," Center for a New [A]merican Security, September 2008. Glenn Kessler, "Writings Offer Look at Administra[tio]n Debate on Iran," *Washington Post*, January 30, 2009. Adam Graham-Silverman, ["S]pecial Adviser on Iran Hopes for 'Just Right' Engagement Approach," *Congressional Quarterly*, March 16, 2009.

10. Helene Cooper and David E. Sanger, "Obama's Message to Iran Is Opening [Bi]d in Diplomatic Drive," *New York Times*, March 21, 2009. David E. Sanger, "After [Is]raeli Visit, a Diplomatic Sprint on Iran," *New York Times*, May 20, 2009.

...gement with Iran," Associated Press, January 27, 2009. Golnar Motevalli, "Analy-...U.S. Needs Iran's Help to Fight Afghan War," Reuters, February 1, 2009. Inter-...with former U.S. State Department Iran Desk officer, June 14, 2010. "Q&A with...'s Deputy Foreign Minister for Americas Affairs," *Wall Street Journal*, April 1,...Interview with Ambassador Mohammad Khazaee, June 15, 2009.

27. Robert Dreyfuss, "Hillary & Iran & Dennis & Israel," Agence Global, March...2009. "Iran and U.S. Hold 'Cordial' Talks," BBC News, March 31, 2009, http://...bbc.co.uk/2/hi/south_asia/7975079.stm. Anne Gearan, "U.S., Iranian Diplo-...Break the Ice at Conference," Associated Press, March 31, 2009.

28. Jay Solomon, "U.S., Allies Set October Target for Iran Progress," *Wall Street ...nal*, May 14, 2009.

29. Robin Wright, "Stuart Levey's War," *New York Times Magazine*, November 2,...8. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

30. Interview with senior U.S. State Department nonproliferation officer, July 21,...0. Interview with former U.S. State Department Iran Desk officer, June 14, 2010. ...ssified U.S. State Department cable, "Codels Ackerman and Casey Meetings with...ime Minister Netanyahu," June 2, 2009. "Senators Mull Iran Nuclear Threat, Diplo-...tic Efforts," AFP, March 4, 2009.

31. Interview with senior U.S. State Department nonproliferation officer, July 21,...0. Telephone interview with senior non-EU3 diplomat, September 2, 2010. Daniel...ombey, "U.S. Senator Opens Iran Nuclear Debate," *Financial Times*, June 10, 2009. ...terview with senior U.S. Senate staffer, August 20, 2010.

32. Interview with Ambassador Andreas Michaelis, director-general for Middle...astern Affairs and North Africa, German Foreign Ministry, September 14, 2010. Inter-...ew with senior EU official involved in the negotiations with Iran, July 14, 2010....terview with former U.S. State Department Iran Desk officer, June 14, 2010.

33. Adam Graham-Silverman, "Special Adviser on Iran Hopes for 'Just Right'...ngagement Approach," *Congressional Quarterly*, March 16, 2009.

34. Sue Pleming, "Clinton Doubts Iran Will Respond to Overtures," Reuters,...March 2, 2009. Borzou Daragahi, "Obama Overture Elicits Cautious Response from...ran," *Los Angeles Times*, March 21, 2009. "Gates Prefers Sanctions to Diplomacy for...Iran," AFP, March 29, 2009.

35. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

36. Farideh Farhi, "And Happy Nowruz to You Too Mr. Obama!," Informed...Comment: Global Affairs, March 20, 2009, http://icga.blogspot.com/2009/03/and-happy-nowruz-to-you-too-mr-obama.html.

37. Interview with Maziar Bahari, August 16, 2010.

38. Farideh Farhi, "On Khamenei's Response to Obama," Informed Comment:...Global Affairs, March 22, 2009, http://icga.blogspot.com/2009/03/on-khamenies-response-to-obama.html. Interview with Farideh Farhi, June 7, 2010.

39. "Text of Khamenei's Speech to U.S. President," BBC, March 22, 2009.

40. Rasool Nafisi, e-mail message to author, March 22, 2009.

41. *Asr-e Iran*, March 21, 2009. Interview with senior adviser to former president...Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

14. Jeremy Ben-Ami and Trita Parsi, "How Diplomacy with Iran Can Succeed," [Huffi]ngton Post, June 11, 2009, http://www.huffingtonpost.com/jeremy-benami/how-[di]plomacy-with-iran-c_b_214407.html.

15. The Israeli press reported in early May that Israel had received a confidential [rep]ort recounting a meeting between Dennis Ross and a senior EU official, in which [Ross] stated that the administration had set early fall 2009 as the deadline for the first [roun]d of talks. Barak Ravid, "U.S. Puts October Deadline on Iran Talks," *Haaretz*, [May] 11, 2009. Transcript of State Department Press Briefing, May 14, 2009.

16. Jim Lobe, "Despite Smiles, Obama, Netanyahu Seem Far Apart," Inter Press [Ser]vice, May 19, 2009.

17. Transcript of Remarks by President Obama and Prime Minister Netanyahu, [May] 18, 2009.

18. Sheryl Gay Stolberg, "Obama Tells Netanyahu He Has an Iran Timetable," [New] *York Times*, May 19, 2009. Lobe, "Despite Smiles."

19. Classified U.S. State Department cable, "Codels Ackerman and Casey Meet-[ing] with Prime Minister Netanyahu," June 2, 2009.

20. David Sanger, "After Israeli Visit, a Diplomatic Sprint on Iran," *New York [Ti]mes*, May 20, 2009.

## Chapter Six.
## Fraud

1. Interview with former Press TV producer, July 13, 2010.

2. "Powerful Reformer to Run Against Iran's President," Associated Press, March [?], 2009.

3. Mark Phillips, "Who Is Mir Hossein Mousavi?," CBS, June 18, 2009. "Profile: [M]ir Hossein Mousavi," BBC News, June 16, 2009, http://news.bbc.co.uk/2/hi/middle[_]east/8103851.stm. Mehrzad Boroujerdi and Kourosh Rahimkhani, "Iran's Political [E]lite: The Iran Primer," United States Institute of Peace, December 2010. Farideh [F]arhi, "New Hardships Intensify Debate over Iran Iraq War," Tehran Bureau, August [?,] 2010. Mehrzad Boroujerdi, "The Potato Revolution," *Foreign Policy*, May 13, 2009.

4. Interview with former Iranian reformist lawmaker, September 17, 2010.

5. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

6. "Mousavi: I Stand Firm on Principles/Diplomacy Will Relieve Tensions," [M]ehr News Agency, April 6, 2009 (Farvardin 17, 1388).

7. Interview with campaign worker at Mousavi's headquarters, July 28, 2009. ["]Iran Reform Candidate Says Open to U.S. Negotiations," AFP, April 6, 2009.

8. "Mousavi: I Stand Firm on Principles." Interview with campaign worker at [M]ousavi's headquarters, July 28, 2009. Parisa Hafezi, "Iran Candidate Backs Nuclear Talks with the West," Reuters, May 29, 2009.

9. "Iran Reform Candidate Says Open to U.S. Negotiations." Hafezi, "Iran Candidate Backs Nuclear Talks with the West."

10. Barbara Slavin, "Iran's Unlikely Hero," *Washington Times*, June 17, 2009. Interview with senior adviser to former president Mohammad Khatami and opposition

leader Mir Hossein Mousavi, July 23, 2010. Interview with campaign worker at Mousavi's headquarters, July 28, 2009. "We need a comprehensive plan from him. . . . If Obama makes a practical gesture, Iran would immediately respond," Mousavi's chief foreign policy adviser Sadegh Kharrazi—one of the authors of the 2003 negotiation proposal—told the *Nation* (Robert Dreyfuss, "Iran's Election, Obama's Challenge," *Nation*, June 10, 2009).

11. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

12. Scott Peterson, "Lincoln-Douglas Debates, Iranian Style," *Christian Science Monitor*, June 3, 2009.

13. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. Muhammad Sahimi, "New Evidence of Fraud in 2009 Election," Tehran Bureau, August 11, 2010. Farideh Farhi, "Is Commander Jafari Stupid?," Informed Comment: Global Affairs, September 4, 2009, http://icga.blogspot.com/2009/09/is-commander-jafari-stupid.html.

14. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. Interview with campaign worker at Mousavi's headquarters, July 28, 2009.

15. For studies on the elections and documentation of the irregularities, see Ali Ansari, ed., *Preliminary Analysis of the Voting Figures in Iran's 2009 Presidential Election* (London: Chatham House, 2009), http://www.chathamhouse.org/sites/default/files/public/Research/Middle%20East/iranelection0609.pdf.

16. Robert Dreyfuss, "A Disgusting Fraud," *Nation*, June 21, 2009.

17. "Iran Bars Foreign Media from Reporting on Streets," Associated Press, June 16, 2009.

18. Trita Parsi, "Who's Fighting Who in Iran's Struggle?," *Time*, June 16, 2009.

19. Nazila Fathi and Alan Cowell, "Iran's Top Leader Dashes Hopes for a Compromise," *New York Times*, June 19, 2009.

20. "Larijani Criticizes the Guardian Council, IRIB," Press TV, June 21, 2009, http://edition.presstv.ir/detail/98645.html.

21. "Iran Leader Rafsanjani Rallies Opposition," *Washington Times*, July 19, 2009.

22. "Iran Prisoner Beaten to Death, Coroner Says," CNN, September 1, 2009. Kahrizak was ordered closed by Iran's Supreme Leader Ayatollah Ali Khamenei in late July amid reports that the facility did not meet required standards.

23. Farnaz Fassihi, "Tehran Court Tries Top Reformists," *Wall Street Journal*, August 4, 2009. "Moussavi, Khatami Blast Iran Trials," CNN, August 2, 2009.

24. Interview with former Iranian diplomat who advises the Iranian government, June 30, 2010. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

25. Interview with former U.S. State Department Iran Desk officer, June 14, 2010. Interview with senior EU diplomat, May 27, 2010.

26. Laura Rozen, "The Iran Chessboard, as Seen by Team Obama," ForeignPolicy.com, June 26, 2009, http://thecable.foreignpolicy.com/posts/2009/06/26/the_iran

...board_as_seen_by_team_obama. Obama's former national security advisor, ...l Jim Jones, addressed the Russian-Iranian angle in a speech at the Iran's ..., Terrorist Threats and Rights Abuses conference in Washington, D.C., on ...y 20, 2011: "I would tell you that the rapprochement between Russia and the ...d States started very early on in 2009, and that Iran was of the central reasons for ...pprochement."

27. Scott Wilson, "Muted Response Reflects U.S. Diplomatic Dilemma," *Washington Post*, June 15, 2009. Iason Athanasiadis, "Iran Protest Biggest Since Revolu-..., *Washington Times*, June 16, 2009. Interview with Michael Ratney, August 10, ...

28. Interview with senior EU diplomat, May 27, 2010. Interview with two EU ...ials, June 8, 2010.

29. David Weigel, "Neocons, House GOPers Demand Obama Take Moussavi's ...," *Washington Independent*, June 16, 2009. Manu Raju, "GOP Tries to Find Its ... on Iran," Politico, June 17, 2009, http://www.politico.com/news/stories/0609/ ...27.html. Anne Flaherty, "House Condemns Tehran Crackdown on Protesters," ...ociated Press, June 19, 2009. Wilson, "Muted Response Reflects U.S. Diplomatic ...emma." Moreover, several Republicans pressured the White House to halt any effort ... dialogue with Iran in response to the election mayhem. Though there was some ...mocratic pushback—Rep. Howard Berman (D-CA), chair of the House Foreign ...ations Committee, said that the president is "correct in continuing to pursue a ...icy of engagement"—there did not seem to be much political will in the White ...use to take on the Republicans in public on this issue ("Iran: Recent Developments ...d Implications for U.S. Policy," *Before the House Foreign Relations Committee*, 111th ...ong. [July 22, 2009] [Howard Berman, committee chair]).

30. Interview with former Iranian lawmaker and prodemocracy activist, Septem-...r 17, 2010. Interview with senior adviser to former president Mohammad Khatami ...d opposition leader Mir Hossein Mousavi, July 23, 2010.

31. Interview with Professor Ahmad Sadri, August 10, 2010. Interview with senior ...dviser to former president Mohammad Khatami and opposition leader Mir Hossein ...ousavi, July 23, 2010.

32. Borzou Daragahi, "Ahmadinejad Calls for Prosecution of Iran's Opposition ...eaders," *Los Angeles Times*, August 28, 2009.

33. Interview with campaign worker at Mousavi's headquarters, July 28, 2009. ...rita Parsi, "What Obama Must Do Now on Iran," *Christian Science Monitor*, June 22, ...009. Interview with Professor Ahmad Sadri, August 10, 2010. Interview with Maziar ...Bahari, August 16, 2010.

34. Parsi, "What Obama Must Do Now on Iran."

35. Azadeh Moaveni, "Iranians to Obama: Hush," *Daily Beast*, June 17, 2009, http://www.thedailybeast.com/articles/2009/06/17/iranians-to-obama-hush.html.

36. "Obama Ratchets Up Language on Iran Violence," Associated Press, June 23, 2009. "Obama Condemns Iran Violence as 'Outrageous,'" CBC News, June 26, 2009. Author was invited to the White House to advise the Obama administration during the turmoil in Iran.

37. "Human Rights Violations in Iran Worst for 20 Years: Amnesty," Reuters, December 10, 2009.

38. Interview with senior EU diplomat, May 27, 2010. Interview with senior EU official, June 14, 2010.

39. Borzou Daragahi, "Iran: Report of Second Letter from Obama to Tehran," *Los Angeles Times*, September 2, 2009. Interview with senior Obama administration official, October 27, 2010. Interview with senior Senate staffer, August 20, 2010.

40. Conversations with various Obama administration officials throughout 2009 and 2010. Interview with senior EU diplomat, May 27, 2010. Interview with senior EU official, June 14, 2010. Interview with two EU officials, June 8, 2010. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

41. Interview with Professor Ahmad Sadri, August 10, 2010. Interview with Maziar Bahari, August 16, 2010. Interview with former Iranian reformist lawmaker, September 17, 2010. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

42. Interview with Michael Ratney, August 10, 2010.

## Chapter Seven.
## Sanctions Versus Diplomacy

1. Interview with senior Congressional staffer, August 31, 2010.

2. "FAQs: The Iran Refined Petroleum Sanctions Act," American Israel Public Affairs Committee (AIPAC), September 1, 2009, www.aipac.org. Classified U.S. State Department cable, "Codels Ackerman and Casey Meetings With Prime Minister Netanyahu," June 2, 2009. Interview with senior Senate staffer, September 2, 2010.

3. "Iran: Recent Developments and Implications for U.S. Policy," *Before the House Foreign Relations Committee*, 111th Cong. (July 22, 2009) (Howard Berman, committee chair).

4. Interview with senior congressional staffer, August 31, 2010. Interview with senior Senate staffer, September 2, 2010. Interview with senior Obama administration official, October 27, 2010.

5. Interview with State Department official, October 7, 2010. Interview with State Department official, September 17, 2010. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

6. Interview with State Department official, September 17, 2010. "There is no reason to believe that additional sanctions will result in increased support for the regime. The people of Iran—especially in light of the brutal crackdown—are more likely to oppose the regime, not rally around it." "FAQs: The Iran Refined Petroleum Sanctions Act." Interview with senior Congressional staffer, August 31, 2010. Brad Sherman, "New Sanctions on Iran Must Be Enforced," *The Hill*, August 9, 2010.

7. Interview with State Department official, September 17, 2010. Hossein Askari and Trita Parsi, "Throwing Ahmadinejad a Lifeline," *New York Times*, August 14, 2009.

8. Ibid. Interview with State Department official, September 17, 2010.

Case 1:08-cv-00705-JDB Document 166-1 Filed 11/29/11 Page 12 of 18

Pages 00-00 255

Interview with State Department official, October 7, 2010. Interview with State [Department] official, September 17, 2010. Interview with senior Obama administration [official,] October 27, 2010.

Interview with senior Senate staffer, August 20, 2010. Interview with State [Department] official, September 17, 2010. Ongoing conversations with lawmakers and [congre]ssional staffers throughout 2009 and 2010.

Interview with senior Senate staffer, September 2, 2010. Interview with senior [Senate] staffer, October 5, 2010.

Interview with senior Senate staffer, August 20, 2010. Interview with senior [Senate] staffer, October 5, 2010.

Interview with senior congressional staffer, August 31, 2010. Interview with [senior] Senate staffer, August 20, 2010. Interview with former U.S. State Department Desk officer, June 14, 2010.

14. Interview with senior adviser to former president Mohammad Khatami and [oppos]ition leader Mir Hossein Mousavi, July 23, 2010.

15. Interview with Maziar Bahari, August 16, 2010. Interview with Ahmad Sadri, [August] 10, 2010. Interview with Ataollah Mohajerani, September 18, 2010.

16. According to Ahmad Sadri, a reformist close to the Karroubi camp, none of [the m]ore vocal individuals outside the U.S. "have a smidgen of legitimacy in Iran." The ["ridi]culous" statements of these "self-appointed leaders of the Green movement . . . [earl]y motivated Mr. Mousavi to come out and denounce [them]." Interview with [Ahma]d Sadri, August 10, 2010. Interview with senior adviser to former president [Moha]mmad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. [Conv]ersations with individuals close to Mousavi and former president Mohammad [Khat]ami throughout the summer and fall of 2009.

17. "Iran's Mousavi Opposes Sanctions Against Tehran," AFP, September 28, [200]9. Ramin Mostaghim and Borzou Daragahi, "Iranian Cleric Rises to Become Voice [of O]pposition," *Los Angeles Times*, September 8, 2009.

## Chapter Eight.
## The Confidence-Building Measure

1. Mark Fitzpatrick, *Iran's Nuclear, Chemical and Biological Capabilities*, (London: International Institute for Strategic Studies, 2011).

2. Interview with senior State Department official, July 22, 2010. Interview with [St]ate Department official, July 21, 2010.

3. Thomas Erdbrink and William Branigin, "In Iran, Nuclear Issue Is Also a [M]edical One," *Washington Post*, December 20, 2009. Interview with Ambassador Ali [As]ghar Soltanieh, June 30, 2010. "IAEA Obligated to Supply Nuclear Fuel," *Tehran [Ti]mes*, February 10, 2010.

4. Interview with Ambassador Peter Wittig, July 7, 2010. Interview with senior [St]ate Department official, July 22, 2010. Interview with State Department official, July [21,] 2010. Interview with senior EU official, June 14, 2010.

5. Interview with State Department official, July 21, 2010. Interview with senior



…epartment cable, "FM Lavrov Discusses Missile Defense and Iran with Codel …" April 29, 2009. Classified U.S. State Department cable, "Israeli FM Lieberman …cow," June 5, 2009. Interview with senior State Department official, July 22,

…. Interview with Iranian nuclear negotiator, May 27, 2010. Interview with senior …epartment official, July 22, 2010. Interview with Ambassador Ali Asghar Sol-…, June 30, 2010.

14. Interview with senior State Department official, October 27, 2010. Interview …State Department official, July 21, 2010. Classified U.S. State Department cable, …Tauscher's Meetings with FS Miliband and Other HMG Officials," September …09.

15. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview …State Department official, July 21, 2010. Interview with Ambassador Gerard …d, June 15, 2010. E-mail and phone exchange with Olli Heinonen, February 21, … A final agreement between the IAEA and Iran on providing the agency with …s and information about the site was reached on October 4, 2009, during ElBara-…visit to Tehran.

16. Michael D. Shear and Karen DeYoung, "Iran Reveals Existence of Second …ium Enrichment Plant," *Washington Post*, September 25, 2009. Scott Ritter, …ping Iran Honest," *Guardian*, September 25, 2009. Interview with Ambassador …Asghar Soltanieh, June 30–July 1, 2010. Interview with Ambassador Gerard Araud, … 15, 2010. E-mail exchange with James Acton of the Carnegie Endowment for …national Peace, September 26, 2009.

17. Interview with State Department official, July 21, 2010.

18. Interview with Ambassador Gerard Araud, June 15, 2010. Interview with …ch diplomat at the French UN Mission, June 15, 2010.

19. Statements by President Obama, President Sarkozy, and Prime Minister …wn on Iranian Nuclear Facility, September 25, 2009.

20. Ibid. "Berman Calls Iran Nuclear Plant News Disturbing, Says It Reinforces …Determination to Have Committee Consider Sanctions Legislation," news release, …se Foreign Affairs Committee, Washington, D.C., September 25, 2009. Classified …. State Department cable, "Medvedev, Putin, and Russia's Iran Policy," October 6, …9.

21. Glenn Kessler, "U.S. Aims to Isolate Iran If Talks Fail," *Washington Post*, …ptember 29, 2009. Tom Doggett, "U.S. Lawmakers Vote to Punish Iran's fuel?," …uters, October 1, 2009. Eric Fingerhut, "Getting a Yes on Iran Advocacy Day," …wish Telegraphic Agency, September 11, 2009. Mark Landler, "U.S. Is Seeking a …nge of Sanctions Against Iran," *New York Times*, September 29, 2009.

22. Laura Rozen, "U.S. Previews Geneva Talks, as Iranian Foreign Minister Visits …C," Politico.com, September 30, 2009, http://www.politico.com/blogs/laurarozen/…09/US_previews_Geneva_talks_as_Iranian_foreign_minister_visits_DC.html. …ark Landler and Steven Erlanger, "As U.S. Plots Iran Strategy, Envoy's Visit Hints at …Thaw," *New York Times*, October 1, 2009. "The US Is Working Hard to Talk to Iran, …han News, October 3, 2009.

Iran

Case 1:08-cv-00705-JDB   Document 166-1   Filed 11/29/11   Page 14 of 18

23. Interview with Michael Ratney, August 10, 2009. Classified U.S. State Department cable, "Ideas on How to Pressure the Regime on Human Rights Without Risking Our Broader Agenda," October 16, 2010. Interview with senior EU diplomat, May 27, 2009. Interview with senior State Department official, October 27, 2010.

24. Steven Erlanger and Mark Landler, "Iran Agrees to Send Enriched Uranium to Russia," *New York Times*, October 2, 2009. Interview with senior EU official, June 14, 2010. Interview with senior State Department official, July 22, 2010.

25. Ibid. Interview with senior State Department official, October 27, 2010. Interview with State Department Iran Desk officer, June 14, 2010. Interview with Iranian nuclear negotiator, May 27, 2010.

26. Interview with State Department official, October 7, 2010. Interview with State Department Iran Desk officer, June 14, 2010. Interview with senior State Department official, July 22, 2010. Interview with senior EU official, June 14, 2010. Erlanger and Landler, "Iran Agrees to Send Enriched Uranium to Russia." Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. E-mail and phone exchange with Olli Heinonen, February 21, 2011. Interview with Ambassador Gerard Araud, June 15, 2010.

27. Erlanger and Landler, "Iran Agrees to Send Enriched Uranium to Russia." Interview with senior EU official, June 14, 2010. Introductory remarks by Javier Solana, EU High Representative for the Common Foreign and Security Policy, October 1, 2009.

28. "Cleric Terms Geneva Talks Victory for Iran," Fars News Agency, October 9, 2009. "Ahmadinejad Optimistic About Future of Iran Talks with 5+1," Fars News Agency, October 12, 2009. "MP: Negotiations Progressing in Iran's Interest After Geneva Talks," Fars News Agency, October 6, 2009.

29. Remarks by President Obama, October 1, 2009. Erlanger and Landler, "Iran Agrees to Send Enriched Uranium to Russia." Interview with senior EU official, June 14, 2010. Interview with senior State Department official, October 27, 2010. The French had a slightly different and more pessimistic read on the Geneva talks. "To some extent maybe there was a slight difference of interpretation of what went on in Geneva," Pierre Vimont, France's ambassador to the U.S., said. "We had the impression that at some point our American colleagues were more, a little bit more optimistic at the end of their conversation with the Iranians in Geneva. They had the impression that the head of the Iranian delegation was rather straightforward in giving them the feeling that this deal could be a good deal and that he could sell it in Iran" (interview with Ambassador Pierre Vimont, July 26, 2010).

30. Interview with senior EU official, June 14, 2010.

31. Jay Solomon, "U.S., Allies Confer on New Iran Sanctions," *Wall Street Journal*, October 9, 2009.

32. "Minimizing Potential Threats from Iran: Administration Perspectives on Economic Sanctions and Other U.S. Policy Options," *Before the Senate Banking Committee*, 111th Cong. (October 6, 2009) (Testimony of James Steinberg, Deputy Secretary of State).

33. Interview with French diplomat, July 6, 2010. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview with senior EU diplomat, June 15, 2010.

...ew with senior State Department official, October 27, 2010. Interview with ...State Department official, July 22, 2010.

...4. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview ...nior State Department official, July 22, 2010.

...5. Interview with senior EU diplomat, June 15, 2010. Interview with Ambassador ...ghar Soltanieh, June 30, 2010. Interview with senior EU official, June 14, 2010. ...ew with French diplomat, July 6, 2010. In 1974, Iran lent $1 billion to the French ...ic Energy Commission to build the Eurodif plant. This entitled Iran to buy 10 ...t of the enriched uranium produced by Eurodif. Three years later, Iran paid ...er $180 million for future enrichment services. Yet, Eurodif never delivered any ...r fuel to Iran. In the ensuing legal battle, Iran demanded repayment of its original ...ion loan, plus interest. At the end of 1991, Iran won the suit and was reimbursed a ...of $1.6 billion. The settlement came just as Iran demanded delivery of enriched ...um based on the old contract. Paris maintained that the contract had expired in ... By that time, Iran was already subject to Western sanctions. France refused to ...er the fuel even though Tehran still held an indirect share in Eurodif. Oliver Meier, ...and Foreign Enrichment: A Troubled Model," *Arms Control Today*, January/Feb-...y 2006.

36. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview ...senior State Department official, July 22, 2010.

37. Interview with Iranian nuclear negotiator, May 27, 2010. Interview with Am-...ador Ali Asghar Soltanieh, June 30, 2010. Interview with senior EU diplomat, June ...010. Interview with senior State Department official, July 22, 2010.

38. Hillary Mann Leverett, "Pragmatists in Tehran," *Foreign Policy*, October 28, ...9. Interview with Iranian nuclear negotiator, May 27, 2010. Relations between ...ia and Iran have historically been very tense. There has always been concern that ...sia would seek territorial or political concessions or break promises to Iran at the ...minute. In the nineteenth century, Iran did lose its foothold—as well as territory—...central Asia to Russia. In 1911, the Russians shelled the Iranian parliament and a ...erated and important mosque in the city of Mashad. The Russian czar Peter the ...eat's famous quote that Russia "should get to warm waters by Persian Gulf. Russia ...ld be a true empire with such an achievement" has perpetuated a strongly held ...picion toward Moscow in Iran. Hadi Nili, "Iran Still Holds Bitter Memories of ...sia," *Washington Times*, September 11, 2008.

39. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview ...h Iranian nuclear negotiator, May 27, 2010. Interview with senior State Department ...icial, July 22, 2010.

40. Interview with Iranian nuclear negotiator, May 27, 2010. Interview with Am-...ssador Ali Asghar Soltanieh, July 1, 2010.

41. Interview with Ambassador Mohammad Khazaee, June 15, 2010. Interview with ...nior State Department official, July 22, 2010. Interview with Iranian nuclear negotiator, ...y 27, 2010. Interview with Ambassador Ali Asghar Soltanieh, July 1, 2010.

42. Ibid. Conversations with Obama administration officials, summer and fall of ...10.

43. Interview with senior State Department official, July 22, 2010. Interview with Ambassador Ali Asghar Soltanieh, July 1, 2010. Conversations with Obama administration officials, summer and fall of 2010. Interview with senior Senate staffer, August 20, 2010.

44. David Sanger, "Iran Agrees to Draft of Deal on Exporting Nuclear Fuel," *New York Times*, October 21, 2009.

45. International Atomic Energy Agency, "IAEA Statement on Proposal to Supply Nuclear Fuel to Iranian Research Reactor," news release, October 23, 2009, http://www.iaea.org/newscenter/pressreleases/2009/prn200912.html.

46. "West Trying to Trick Iran in Nuclear Deal: Larijani," *Tehran Times*, October 25, 2009. Richard Spencer, "Iran May Offer Compromise on UN Nuclear Deal," *Telegraph*, October 26, 2009. Borzou Daragahi and Ramin Mostaghim, "Iran's President Appears to Back Nuclear Proposal," *Los Angeles Times*, October 29, 2009.

47. International Atomic Energy Agency, "IAEA Receives Initial Iranian Response on Proposal to Supply Nuclear Fuel to Research Reactor," news release, October 29, 2009, http://www.iaea.org/newscenter/pressreleases/2009/prn200914.html. "U.S. Tells Iran Nuclear Deal Offer Won't Be Changed," Reuters, Nov 5, 2009. Interview with Ambassador Ali Asghar Soltanieh, June 30, 2010. Interview with senior EU official, June 14, 2010.

48. *Charlie Rose*, PBS, November 6, 2009. Classified U.S. State Department cable, "Moscow's Increasing Frustration with Tehran," December 14, 2009. Interview with Ambassador Peter Wittig, July 7, 2010. Interview with two EU officials, June 8, 2010. Interview with senior EU diplomat, September 2, 2010. Interview with senior EU official, June 14, 2010. Interview with senior EU diplomat, September 14, 2010. Interview with David Miliband, June 7, 2011.

49. *Charlie Rose*, PBS, November 6, 2009.

50. Interview with senior EU diplomat, June 15, 2010. Interview with senior EU diplomat, September 2, 2010. Interview with senior State Department official, July 22, 2010.

51. "China to Invest $2.5bn in Iran Oilfield," AFP, February 25, 2011. "Japan's Inpex Maintains 10% Share in Azadegan: Minister," *Tehran Times*, May 20, 2008. Interview with Japanese diplomat, June 22, 2010.

52. Laura Rozen, "Japan Emerges as Key Player on Iran," Politico, February 1, 2010, http://www.politico.com/blogs/laurarozen/0110/Japan_emerges_as_key_player_on_Iran.html. Interview with Japanese diplomat, June 22, 2010. Interview with former Iranian diplomat, June 30, 2010. Interview with senior State Department official, September 10, 2010.

53. Sabrina Tavernise, "Turkish Leader Volunteers to Be U.S.-Iran Mediator," *New York Times*, November 11, 2008. Hossein Jaseb, "Iran Says Won't Hinder Turkish Mediation with U.S.," Reuters, November 17, 2008. Zahra Hosseinian, "No Sign of U.S. Correcting Regional "Mistakes": Iran," Reuters, March 11, 2009. Borzou Daragahi and Ramin Mostaghim, "Visit Raises Speculation over Turkish-mediated U.S.-Iran Talks," *Los Angeles Times*, March 10, 2009. Classified U.S. State Department cable, "Working Erdogan Back Into the Fold on Iran," November 3, 2009.

*Charlie Rose*, PBS, November 6, 2009. Interview with senior State Depart-
...cial, October 27, 2010. Classified U.S. State Department cable, "Turkey: A/S
... Presses FM Davutoglu on Iran," November 17, 2009. Interview with Ambas-
...erre Vimont, July 26, 2010.
. Interview with Michael Ratney, August 10, 2009. Interview with senior non-
...cial, September 10, 2010. Interview with two EU officials, June 8, 2010. Inter-
...h senior EU diplomat, September 14, 2010.
. Interview with former Iranian diplomat, June 30, 2010. Glenn Kessler, "As
...f with Iran Continues, U.S. Prepares Targeted Sanctions," *Washington Post*,
...ber 30, 2009.
... Gareth Porter, "Iran's Fuel for Conflict," *Le Monde Diplomatique*, December
... Classified U.S. State Department cable, "Turkey: A/S Gordon Presses FM
...oglu on Iran," November 17, 2009. Interview with senior EU diplomat, Septem-
..., 2010.
58. Mir Hossein Mousavi, statement, October 30, 2009, www.kalame.ir.
59. Robert F. Worth and Nazila Fathi, "Opposition in Iran Urges Continuing
...nge," *New York Times*, November 1, 2009. Interview with Maziar Bahari, August
...o. Interview with senior adviser to former president Mohammad Khatami and
...ition leader Mir Hossein Mousavi, July 23, 2010. Interview with Ahmad Sadri,
...st 10, 2010. Interview with former Iranian reformist lawmaker, September 17,

60. Interview with former Iranian diplomat, June 30, 2010. Interview with Ambas-
... Peter Wittig, July 7, 2010. Interview with senior State Department official, Sep-
...er 10, 2010. *Charlie Rose*, PBS, November 6, 2009. Interview with senior adviser
...mer president Mohammad Khatami and opposition leader Mir Hossein Mousavi,
...23, 2010.
61. Interview with Ahmad Sadri, August 10, 2010. Discussion with senior State
...artment official, November 9, 2010. Interview with former Iranian diplomat, June
...2010. Interview with William D. Wunderle, September 2, 2010. Interview with
...essor Ali Ansari, September 17, 2010. *Charlie Rose*, PBS, November 6, 2009.
...rview with Ambassador Peter Wittig, July 7, 2010. Interview with Ambassador Ali
...har Soltanieh, June 30, 2010. Interview with David Miliband, July 7, 2011. Interview
... senior State Department official, July 22, 2010.

## Chapter Nine.
## The Second Track

1. Interview with senior State Department Official, September 12, 2010. Interview
...h Michael Ratney of the State Department, August 10, 2010. Interview with former
...n Desk officer at the State Department, June 14, 2010. Classified U.S. State Depart-
...nt cable, "Staffdel Kessler Discusses Iran with MFA, ENI, PD," January 22, 2010.
...erview with Ambassador Pierre Vimont, July 26, 2010.
2. Interview with senior State Department official, September 12, 2010.
3. "Obama Accepts Nobel Prize," *Financial Times*, December 10, 2009.

*Chapter Eleven.*
Trapped in a Paradigm of Enmity

1. See transcript at http://www.armscontrol.org/events/RoleSanctionsIranNuclear.
2. "Iran Starting Work on New Nuclear Reactor, Official Says," CNN, June 17, 2010. Justyna Pawlak, "Iran Ready for Nuclear Talks After November 10," International Business Times, October 30, 2010, http://uk.ibtimes.com/articles/77282/20101030/iran-ready-for-nuclear-talks-after-november-10.htm. Semira N. Nikou, "The Iran Primer: Timeline of Iran's Foreign Relations," United States Institute of Peace, http://iranprimer.usip.org/resource/timeline-irans-foreign-relations. Bruce Schneier, "The Story Behind the Stuxnet Virus," *Forbes*, October 7, 2010. Jonathan Tirone and Benjamin Harvey, "Iran Refuses to Talk About Nuclear Program at Istanbul Meeting," Reuters, January 21, 2011.
3. Flynt Leverett and Hillary Mann Leverett, "Have We Already Lost Iran?," *New York Times*, May 24, 2009.
4. Interview with former Iran Desk officer at the State Department, June 14, 2010. Interview with senior Senate staffer, August 20, 2010. After the 2009 elections, some senior Obama administration officials successfully argued that the consolidation of power under Iranian hard-liners created incentives for a quick resolution to the nuclear standoff. Others viewed that argument as wishful thinking. Interview with David Miliband, June 7, 2011.
5. Jeffrey Goldberg, "Point of No Return," *Atlantic*, September 2010.
6. Interview with Iranian nuclear negotiator, May 27, 2010. Interview with former Iranian diplomat, June 30, 2010. Kian Mokhtari, "The Hidden Cost," *Kayhan*, January 13, 2010. Interview with David Miliband, June 7, 2011.
7. David E. Sanger and Thom Shanker, "Gates Says U.S. Lacks Strategy to Curb Iran's Nuclear Drive," *New York Times*, April 17, 2010. Simon Tisdall, "Obama Feels the Heat on Iran's Threat," *Guardian*, April 20, 2010. Interview with former Iranian diplomat, June 30, 2010. Interview with Mohammad Khazaee, June 15, 2010. Interview with senior Obama administration official, October 27, 2010. Conversation with senior State Department official, November 9, 2010.
8. Interview with Ali Asghar Soltanieh, June 30, 2010. Interview with senior Obama administration official, October 27, 2010. *Charlie Rose*, November 6, 2009.
9. Interview with Ali Asghar Soltanieh, June 30, 2010.
10. Dana Moss, "Reforming the Rogue," Washington Institute for Near East Policy, Policy Focus #105, August 2010. Yahia Zoubir, "The United States and Libya: From Confrontation to Normalization," *Middle East Policy* 13/2 (summer 2006). Randall Newnham, "Carrots, Sticks, and Bombs: The End of Libya's WMD Program," *Mediterranean Quarterly* 20/3 (summer/fall 2009). Christopher M. Blanchard and Jim Zanotti, "Libya: Background and U.S. Relations," Congressional Research Service, February 18, 2011, http://fpc.state.gov/documents/organization/157348.pdf.
11. Mark E. Manyin, "The Vietnam-U.S. Normalization Process," Congressional Research Service, June 17, 2005, http://www.au.af.mil/au/awc/awcgate/crs/ib98033.pdf.