# EXHIBIT B

Citibank, N.A.   924
P. O. Box 19748
Washington, DC 20036-0748

000001/R1/20F008/0

035
CITIBANK, N.A.
**Account**
**15245055**
**Statement Period**
**June 1 - June 30, 2009**
**Relationship Manager**
Tawiah,George
(202) 508-4534

Page 1 of 5

THE NATIONAL IRANIAN AMERICAN
COUNCIL
1411 K ST. NW, SUITE 600
WASHINGTON          DC 20005

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2009

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $390,238.78 |
| **Savings** | ----- |
| **Investments**<br>**(not FDIC insured)** | ----- |
| **Checking Plus** | ----- |

*Get $200 When You Sign Up for Merchant Services* Open a new account with Citi Merchant Services Provided by First Data Merchant Services Corp. and take advantage of this limited time credit offer. Call today at **1-800-592-2398** for more details.

**Our Bank by Mail** address is changing: Effective **August 1, 2009** you must begin to use the new address: **Citibank, P.O. Box 790142, St. Louis, MO 63179** for all of your mail deposits.

## SUGGESTIONS AND RECOMMENDATIONS

**Help protect yourself from online fraud**
Delete and do not respond to suspicious official-looking emails requesting your personal security information, and never click on embedded links in emails. Ensure your computer has current anti-virus software. Change online passwords often and at irregular intervals. Never provide online token passwords to anyone. Please review your account statements promptly and call us at **1-877-528-0990** if you find a discrepancy.

## SERVICE CHARGE SUMMARY FROM MAY 1, 2009 THRU MAY 31, 2009

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 15245055** | | | |
| Average Daily Collected Balance | | | $363,117.95 |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 12.0000 | 12.00 |
| CHECKS PAID | 13 | .1600 | 2.08 |
| DEPOSIT TICKETS | 3 | .3000 | 0.90 |
| ITEMS DEPOSITED | 27 | .1100 | 2.97 |
| TRANSFER SERVICES | | | |
| INCOMING WIRE TRANSFER | 1 | 10.0000 | 10.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH CREDIT RECEIVED | 6 | .1200 | 0.72 |
| ACH DEBIT RECEIVED | 4 | .1100 | 0.44 |
| **Total Charges for Services** | | | **$29.11** |
| Average collected balances | | | $363,117.95 |
| Less 10% reserve requirement | | | $36,311.79 |

**EXHIBIT**

**51**

ALL-STATE LEGAL®

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account 15245055         Page 2 of 5
Statement Period - June 1 - June 30, 2009

000002/R1/20F008/0

| SERVICE CHARGE SUMMARY FROM MAY 1, 2009 THRU MAY 31, 2009 | | | Continued |

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| Balances eligible for Earnings Credit | | | $326,806.16 |
| Balances Required to Offset Service Charges | | | $68,554.05 |
| Earnings Credit allowance at 0.50000% | | | $29.11 [1] |
| Charges Subject to Earnings Credit | | | $29.11 |
| **Net Service Charge** | | | **$0.00** |

1 - Maximum Earnings Credit cannot exceed monthly fees eligible for offset

| CHECKING ACTIVITY | | | |

**CitiBusiness Checking**
**0015245055**

Beginning Balance:      $380,750.18
Ending Balance:         $390,238.78

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/01 | ELECTRONIC CREDIT | | 37,400.00 | 418,150.18 |
| | MERCHANT BNKCD   DEPOSIT  334218219882   Jun 01 | | | |
| 6/01 | ATM DEPOSIT | | 10,000.00 | 428,150.18 |
| 6/01 | DEPOSIT | | 1,584.00 | 429,734.18 |
| 6/01 | ATM DEPOSIT | | 1,500.00 | 431,234.18 |
| 6/01 | ELECTRONIC CREDIT | | 150.00 | 431,384.18 |
| | MERCHANT BNKCD   DEPOSIT  334218219882   Jun 01 | | | |
| 6/01 | DEBIT CARD PURCH Card Ending in 6375 | 50.00 | | 431,334.18 |
| | 7L5DJW94        6375 Jun 01 | | | |
| | DULLES INTERNATIONAOPS WASINGTON   DC 09149 | | | |
| 6/01 | DEBIT CARD PURCH Card Ending in 6375 | 8.49 | | 431,325.69 |
| | CSD5PN09        6375 Jun 01 | | | |
| | SAS Flight Shop STONU Stokholm   SWE09149 | | | |
| 6/01 | SERVICE CHARGES | 0.17 | | 431,325.52 |
| | Foreign Transaction Fee | | | |
| 6/01 | CHECK NO:      2211 | 6,500.00 | | 424,825.52 |
| 6/01 | CHECK NO:      2218 | 2,694.78 | | 422,130.74 |
| 6/01 | CHECK NO:      2216 | 2,275.35 | | 419,855.39 |
| 6/01 | CHECK NO:      2215 | 2,000.94 | | 417,854.45 |
| 6/01 | CHECK NO:      2228 | 1,452.00 | | 416,402.45 |
| 6/01 | CHECK NO:      2227 | 166.49 | | 416,235.96 |
| 6/01 | CHECK NO:      2223 | 95.92 | | 416,140.04 |
| 6/01 | CHECK NO:      2222 | 66.47 | | 416,073.57 |
| 6/02 | ELECTRONIC CREDIT | | 10,000.00 | 426,073.57 |
| | PAYPAL       TRANSFER  5KAJ23Q8A8TGS   Jun 02 | | | |
| 6/02 | DEBIT CARD PURCH Card Ending in 6375 | 40.00 | | 426,033.57 |
| | PWZRVN16        6375 Jun 02 | | | |
| | BRITTANY GARAGE    NEWYORK    NY 09152 | | | |
| 6/02 | DEBIT CARD PURCH Card Ending in 6375 | 23.18 | | 426,010.39 |
| | H6GMK6M2        6375 Jun 02 | | | |
| | Oslo Taxi AS     Osl    NOR09150 | | | |
| 6/02 | DEBIT CARD PURCH Card Ending in 1064 | 13.50 | | 425,996.89 |
| | BZSVS7K4        1064 Jun 02 | | | |
| | MR YOGATO     Q77 WASINGTON   DC 09152 | | | |
| 6/02 | DEBIT CARD PURCH Card Ending in 6375 | 9.40 | | 425,987.49 |
| | 2*B43CK7        6375 Jun 02 | | | |
| | NYC-TAXI     Q02 WOOSIDE    NY 09152 | | | |
| 6/02 | SERVICE CHARGES | 0.46 | | 425,987.03 |
| | Foreign Transaction Fee | | | |
| 6/02 | CHECK NO:      2225 | 260.00 | | 425,727.03 |
| 6/02 | CHECK NO:      2226 | 133.00 | | 425,594.03 |
| 6/03 | DEBIT CARD PURCH Card Ending in 1064 | 666.40 | | 424,927.63 |
| | 362V9000        1064 Jun 03 | | | |
| | 1-800-FLOWERS.COM,INC. 800468-1141 NY 09153 | | | |
| 6/03 | DEBIT CARD PURCH Card Ending in 6375 | 25.83 | | 424,901.80 |
| | 4WP2PW09        6375 Jun 03 | | | |
| | SUNOCO SVC STATION   CRABURY    NJ 09153 | | | |
| 6/03 | DEBIT CARD PURCH Card Ending in 6375 | 9.70 | | 424,892.10 |
| | QGC7*9GD        6375 Jun 03 | | | |
| | NYC-TAXI     Q55 LON ISLAND CI NY 09153 | | | |
| 6/03 | CHECK NO:      2219 | 5,429.77 | | 419,462.33 |

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account 15245055      Page 3 of 5
Statement Period - June 1 - June 30, 2009

000003/R1/20F008/0

## CHECKING ACTIVITY                                             Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 6/03 | ACH DEBIT<br>MERCHANT BNKCD   DISCOUNT 334218219882   Jun 03 | 619.25 | | 418,843.08 |
| 6/03 | ACH DEBIT<br>MERCHANT BNKCD   INTERCHNG 334218219882   Jun 03 | 486.87 | | 418,356.21 |
| 6/03 | ACH DEBIT<br>MERCHANT BNKCD   FEE   334218219882   Jun 03 | 6.10 | | 418,350.11 |
| 6/04 | ATM DEPOSIT | | 7,500.00 | 425,850.11 |
| 6/04 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT 334218219882   Jun 04 | | 2,500.00 | 428,350.11 |
| 6/04 | DEBIT CARD PURCH Card Ending in 1064<br>KSWG6500          1064 Jun 04<br>1-800-FLOWERS.COM,INC. 800468-1141 NY 09154 | 133.32 | | 428,216.79 |
| 6/04 | DEBIT CARD PURCH Card Ending in 1064<br>PP85NNGW          1064 Jun 04<br>ICE DREAM INC      WASINGTON   DC 09154 | 35.19 | | 428,181.60 |
| 6/04 | DEBIT CARD PURCH Card Ending in 1064<br>FL8V0*30          1064 Jun 04<br>SAXBYS COFFEE #1048 DC WASINGTON   DC 09154 | 11.58 | | 428,170.02 |
| 6/05 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT 334218219882   Jun 05 | | 1,000.00 | 429,170.02 |
| 6/05 | DEBIT CARD PURCH Card Ending in 6375<br>*HYGR900          6375 Jun 05<br>1-800-FLOWERS.COM,INC. 800468-1141 NY 09155 | 69.34 | | 429,100.68 |
| 6/05 | CHECK NO:     2221 | 264.00 | | 428,836.68 |
| 6/08 | DEBIT CARD PURCH Card Ending in 1064<br>CFST7810          1064 Jun 08<br>USPS 1050050238   QQQ WASINGTON   DC 09156 | 105.53 | | 428,731.15 |
| 6/08 | DEBIT CARD PURCH Card Ending in 1064<br>DHF*FRVN          1064 Jun 08<br>CVS PHARMACY #1341 Q03 WASINGTON   DC 09156 | 7.17 | | 428,723.98 |
| 6/08 | CHECK NO:     2214 | 2,207.33 | | 426,516.65 |
| 6/08 | CHECK NO:     2231 | 1,687.50 | | 424,829.15 |
| 6/08 | CHECK NO:     2212 | 30.00 | | 424,799.15 |
| 6/08 | CHECK NO:     2233 | 17.20 | | 424,781.95 |
| 6/09 | DEBIT CARD PURCH Card Ending in 1064<br>3T*YD66S          1064 Jun 09<br>SIROC             WASINGTON   DC 09159 | 109.74 | | 424,672.21 |
| 6/09 | DEBIT CARD PURCH Card Ending in 1064<br>YG1S7810          1064 Jun 09<br>USPS 1050050238   QQQ WASINGTON   DC 09157 | 60.84 | | 424,611.37 |
| 6/09 | DEBIT CARD PURCH Card Ending in 1064<br>VV0S7810          1064 Jun 09<br>USPS 1050050238   QQQ WASINGTON   DC 09157 | 38.16 | | 424,573.21 |
| 6/09 | DEBIT CARD PURCH Card Ending in 1064<br>1D1S7810          1064 Jun 09<br>USPS 1050050238   QQQ WASINGTON   DC 09157 | 3.29 | | 424,569.92 |
| 6/09 | DEBIT CARD PURCH Card Ending in 6375<br>7FKFL66S          6375 Jun 09<br>FASHION CTR PENTAGON C ARLNGTON   VA 09159 | 3.00 | | 424,566.92 |
| 6/09 | CHECK NO:     2230 | 300.00 | | 424,266.92 |
| 6/09 | CHECK NO:     2236 | 5,299.00 | | 418,967.92 |
| 6/09 | CHECK NO:     2217 | 279.12 | | 418,688.80 |
| 6/10 | ATM DEPOSIT | | 2,224.00 | 420,912.80 |
| 6/10 | ATM DEPOSIT | | 976.52 | 421,889.32 |
| 6/10 | ATM DEPOSIT | | 117.21 | 422,006.53 |
| 6/10 | DEBIT CARD PURCH Card Ending in 1064<br>MFFW8D5C          1064 Jun 10<br>USPS 1049499551890 2QPS WASINGTON   DC 09160 | 6.92 | | 421,999.61 |
| 6/10 | CHECK NO:     2234 | 7,681.25 | | 414,318.36 |
| 6/10 | CHECK NO:     2220 | 851.00 | | 413,467.36 |
| 6/11 | DEBIT CARD PURCH Card Ending in 6375<br>YX2YWX13          6375 Jun 11<br>STAPLES DIRECT00209908 EURKA   CA 09161 | 139.18 | | 413,328.18 |
| 6/11 | DEBIT CARD PURCH Card Ending in 1064<br>WGJWCW13          1064 Jun 11<br>STAPLES DIRECT00209908 EURKA   CA 09161 | 37.29 | | 413,290.89 |
| 6/12 | DEBIT CARD PURCH Card Ending in 6375<br>BNO8TY57          6375 Jun 12<br>USAIRWAY03774405142911 MANATO   MN 09162 | 672.40 | | 412,618.49 |
| 6/12 | CHECK NO:     2235 | 332.88 | | 412,285.61 |
| 6/15 | ELECTRONIC CREDIT<br>MERCHANT BNKCD   DEPOSIT 334218219882   Jun 15 | | 520.00 | 412,805.61 |
| 6/15 | DEBIT CARD PURCH Card Ending in 6375<br>34HWLX13          6375 Jun 15<br>STAPLES DIRECT00209908 EURKA   CA 09163 | 523.61 | | 412,282.00 |
| 6/15 | DEBIT CARD PURCH Card Ending in 6375<br>BT735XZ2          6375 Jun 15<br>EASY CLICK TRAVEL   180-524-9109 ISR09163 | 410.62 | | 411,871.38 |

THE NATIONAL IRANIAN AMERICAN COUNCIL

Account 15245055     Page 4 of 5
Statement Period - June 1 - June 30, 2009

000004/R1/20F008/0

**CHECKING ACTIVITY**        Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/15 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 15 GT735XZ2    180-524-9109 ISR09163 | 410.62 | | 411,460.76 |
| 6/15 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 15 NR735XZ2    180-524-9109 ISR09163 | 205.31 | | 411,255.45 |
| 6/15 | SERVICE CHARGES Foreign Transaction Fee | 8.21 | | 411,247.24 |
| 6/15 | SERVICE CHARGES Foreign Transaction Fee | 8.21 | | 411,239.03 |
| 6/15 | SERVICE CHARGES Foreign Transaction Fee | 4.11 | | 411,234.92 |
| 6/15 | CHECK NO:    2232 | 318.49 | | 410,916.43 |
| 6/16 | DEBIT CARD CREDI Card Ending in 6375 EASY CLICK TRAVEL   180-524-9109 ISR09166 | | 209.42 | 411,125.85 |
| 6/16 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 16 79KHDX13 STAPLES DIRECT00209908 EURKA    CA 09166 | 74.97 | | 411,050.88 |
| 6/16 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 16 NJDKD4V5 DC PARKING METERS   WASINGTON  DC 09164 | 1.25 | | 411,049.63 |
| 6/17 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 17 CBY58W00 T-MOBILE.COM*PAYMENT  800937-8997 WA 09167 | 539.81 | | 410,509.82 |
| 6/17 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 17 T*3X8VZ5 TJ'S GOURMET    WASINGTON   DC 09167 | 10.62 | | 410,499.20 |
| 6/17 | CHECK NO:    2237 | 500.00 | | 409,999.20 |
| 6/18 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 18 WQGO*Y13 STAPLES DIRECT00209908 EURKA    CA 09168 | 295.98 | | 409,703.22 |
| 6/18 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 18 RH**R500 SPRINT *WIRELESS   800639-6111 VA 09168 | 100.00 | | 409,603.22 |
| 6/19 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 19 F*LXY8QK AMTRAK .167112934349 0808727245  DC 09169 | 420.00 | | 409,183.22 |
| 6/19 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 19 J7FDX528 COSI # 39    Q76 WASINGTON  DC 09169 | 33.69 | | 409,149.53 |
| 6/19 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 19 6KODX528 COSI # 39    Q76 WASINGTON  DC 09169 | 28.56 | | 409,120.97 |
| 6/19 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 19 0LODX528 COSI # 39    Q76 WASINGTON  DC 09169 | 7.44 | | 409,113.53 |
| 6/19 | CHECK NO:    2239 | 1,000.00 | | 408,113.53 |
| 6/22 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 22 2PH5PCFV CVC RESTAURANT11195QPS WASINGTON  DC 09170 | 4,203.50 | | 403,910.03 |
| 6/22 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 22 *PROQCCP CVS PHARMACY #1476 Q03 FORSTVILLE  MO 09170 | 67.50 | | 403,842.53 |
| 6/22 | CHECK NO:    2244 | 158.61 | | 403,683.92 |
| 6/22 | CHECK NO:    2238 | 49.97 | | 403,633.95 |
| 6/23 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 23 KCP7N8S5 NEAL R. GROSS & CO., I 0202344433  DC 09171 | 1,912.90 | | 401,721.05 |
| 6/23 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 23 JFG6TWQP CVS PHARMACY #2075 Q03 WASINGTON   DC 09173 | 211.90 | | 401,509.15 |
| 6/23 | DEBIT CARD PURCH Card Ending in 6375 6375 Jun 23 B63C8JVL MCDONALD'S F10382 Q17 WASINGTON DC DC 09171 | 1.10 | | 401,508.05 |
| 6/23 | CHECK NO:    2243 | 663.00 | | 400,845.05 |
| 6/23 | CHECK NO:    2240 | 232.43 | | 400,612.62 |
| 6/24 | ELECTRONIC CREDIT MERCHANT BNKCD  DEPOSIT  334218219882  Jun 24 | | 500.00 | 401,112.62 |
| 6/24 | DEBIT CARD PURCH Card Ending in MCDONALD'S F10382  Q17 WASHINGTON DC DC 00002 * */ | 1.10 | | 401,113.72 |
| 6/24 | CHECK NO:    2241 | 6,332.82 | | 394,780.90 |
| 6/25 | ELECTRONIC CREDIT MERCHANT BNKCD  DEPOSIT  334218219882  Jun 25 | | 300.00 | 395,080.90 |
| 6/25 | CHECK NO:    2245 | 450.00 | | 394,630.90 |
| 6/26 | ELECTRONIC CREDIT PAYPAL    TRANSFER  5KAJ23R969SKU  Jun 26 | | 5,500.00 | 400,130.90 |
| 6/29 | MISC DEPOSIT | | 211.90 | 400,342.80 |
| 6/29 | DEBIT CARD PURCH Card Ending in CVS PHARMACY #1476 Q03 FORESTVILLE   MD 00002 * */ | | 67.50 | 400,410.30 |

THE NATIONAL IRANIAN AMERICAN COUNCIL

Account 15245055     Page 5 of 5
Statement Period -   June 1 - June 30, 2009

000005/R1/20F008/0

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 6/29 | ACH DEBIT | 4,486.80 | | 395,923.50 |
| | IRS    USATAXPYMT 270958000572347 Jun 29 | | | |
| 6/29 | CHECK NO:    2254 | 2,694.76 | | 393,228.74 |
| 6/29 | CHECK NO:    2248 | 2,250.00 | | 390,978.74 |
| 6/29 | CHECK NO:    2242 | 325.00 | | 390,653.74 |
| 6/30 | CHECK NO:    2229 | 300.00 | | 390,353.74 |
| 6/30 | ACH DEBIT | 114.96 | | 390,238.78 |
| | POLAND SPG WATER COMPANY   NPC VPAY   Jun 30 | | | — |
| | **Total Debits/Credits** | 72,773.05 | 82,261.65 | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 2211 | 6/01 | 6,500.00 | 2221 | 6/05 | 264.00 | 2231 | 6/08 | 1,687.50 | 2240 | 6/23 | 232.43 |
| 2212 | 6/08 | 30.00 | 2222 | 6/01 | 66.47 | 2232 | 6/15 | 318.49 | 2241 | 6/24 | 6,332.82 |
| 2214* | 6/08 | 2,207.33 | 2223 | 6/01 | 95.92 | 2233 | 6/08 | 17.20 | 2242 | 6/29 | 325.00 |
| 2215 | 6/01 | 2,000.94 | 2225* | 6/02 | 260.00 | 2234 | 6/10 | 7,681.25 | 2243 | 6/23 | 663.00 |
| 2216 | 6/01 | 2,275.35 | 2226 | 6/02 | 133.00 | 2235 | 6/12 | 332.88 | 2244 | 6/22 | 158.61 |
| 2217 | 6/09 | 279.12 | 2227 | 6/01 | 166.49 | 2236 | 6/09 | 5,299.00 | 2245 | 6/25 | 450.00 |
| 2218 | 6/01 | 2,694.78 | 2228 | 6/01 | 1,452.00 | 2237 | 6/17 | 500.00 | 2248* | 6/29 | 2,250.00 |
| 2219 | 6/03 | 5,429.77 | 2229 | 6/30 | 300.00 | 2238 | 6/22 | 49.97 | 2254* | 6/29 | 2,694.76 |
| 2220 | 6/10 | 851.00 | 2230 | 6/09 | 300.00 | 2239 | 6/19 | 1,000.00 | | | |

* Indicates gap in check number sequence     Number Checks Paid:     35     Totaling:     $55,299.08

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:          YOU CAN WRITE:

Checking                           877-528-0990           Citibank, N.A.
                                   (For Speech and Hearing   P.O. Box 19748
                                   Impaired Customers Only   Washington, DC 20036-0748
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

000001/R1/20F008/0

Citibank, N.A.   924
P. O. Box 19748
Washington, DC 20036-0748

040
CITIBANK, N.A.
**Account**
15245055
**Statement Period**
July 1 - July 31, 2009
**Relationship Manager**
Tawiah,George
(202) 508-4534
Page 1 of 5

THE NATIONAL IRANIAN AMERICAN
COUNCIL
1411 K ST. NW, SUITE 600
WASHINGTON          DC 20005

## CitiBusiness® ACCOUNT AS OF JULY 31, 2009

**Relationship Summary:**

| | |
|---|---|
| Checking | $423,900.39 |
| Savings | — |
| Investments (not FDIC insured) | — |
| Checking Plus | — |

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2009 THRU JUNE 30, 2009

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 15245055** | | | |
| Average Daily Collected Balance | | | $410,754.54 |
| DEPOSIT SERVICES | | | |
|   MONTHLY MAINTENANCE FEE | 1 | 12.0000 | 12.00 |
|   CHECKS PAID | 35 | .1600 | 5.60 |
|   DEPOSIT TICKETS | 7 | .3000 | 2.10 |
|   ITEMS DEPOSITED | 22 | .1100 | 2.42 |
|   CURRENCY DEPOSIT (PER $100) | 1 | .1000 | 0.10 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
|   ACH CREDIT RECEIVED | 9 | .1200 | 1.08 |
|   ACH DEBIT RECEIVED | 5 | .1100 | 0.55 |
| **Total Charges for Services** | | | **$23.85** |
| Average collected balances | | | $410,754.54 |
|   Less 10% reserve requirement | | | $41,075.45 |
| Balances eligible for Earnings Credit | | | $369,679.09 |
| Balances Required to Offset Service Charges | | | $58,027.05 |
| Earnings Credit allowance at  0.50000% | | | $23.85 [1] |
| Charges Subject to Earnings Credit | | | $23.85 |
| **Net Service Charge** | | | **$0.00** |

1 - Maximum Earnings Credit cannot exceed monthly fees eligible for offset

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account  15245055          Page  2  of  5
Statement Period -   July 1 - July 31, 2009

000002/R1/20F008/0

## CHECKING ACTIVITY

**CitiBusiness Checking**
**0015245055**

| | | Beginning Balance: | $390,238.78 |
| | | Ending Balance: | $423,900.39 |

| Date | Description | | Debits | Credits | Balance |
|------|-------------|---|--------|---------|---------|
| 7/01 | CHECK NO: | 2264 | 2,783.00 | | 387,455.78 |
| 7/01 | CHECK NO: | 2253 | 2,275.33 | | 385,180.45 |
| 7/01 | CHECK NO: | 2259 | 889.22 | | 384,291.23 |
| 7/01 | CHECK NO: | 2249 | 831.33 | | 383,459.90 |
| 7/01 | CHECK NO: | 2261 | 459.97 | | 382,999.93 |
| 7/01 | CHECK NO: | 2224 | 100.00 | | 382,899.93 |
| 7/02 | ATM DEPOSIT | | | 20,000.00 | 402,899.93 |
| 7/02 | ATM DEPOSIT | | | 5,000.00 | 407,899.93 |
| 7/02 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334218219882  Jul 02 | | | 75.00 | 407,974.93 |
| 7/03 | DEBIT CARD PURCH Card Ending in 6373<br>Y1HCLVXG            6373 Jul 03<br>AIRTRANA33200694713480 ATLNTA    GA 09183 | | 1,147.58 | | 406,827.35 |
| 7/03 | DEBIT CARD PURCH Card Ending in 6373<br>713PMWD3            6373 Jul 03<br>CITY OF BELLEVUE    BELEVUE   WA 09183 | | 1,012.50 | | 405,814.85 |
| 7/03 | DEBIT CARD PURCH Card Ending in 6373<br>83HCLVXG            6373 Jul 03<br>AIRTRANA33200695236070 ATLNTA    GA 09183 | | 610.89 | | 405,203.96 |
| 7/03 | DEBIT CARD PURCH Card Ending in 6373<br>T7LBHP30            6373 Jul 03<br>BANGKOK ONE      WASINGTON   DC 09183 | | 58.05 | | 405,145.91 |
| 7/03 | ACH DEBIT<br>MERCHANT BNKCD  INTERCHNG  334218219882  Jul 03 | | 542.92 | | 404,602.99 |
| 7/03 | ACH DEBIT<br>MERCHANT BNKCD  DISCOUNT  334218219882  Jul 03 | | 31.68 | | 404,571.31 |
| 7/03 | ACH DEBIT<br>MERCHANT BNKCD  FEE  334218219882  Jul 03 | | 2.40 | | 404,568.91 |
| 7/06 | CHECK NO: | 2251 | 2,207.34 | | 402,361.57 |
| 7/06 | CHECK NO: | 2263 | 430.88 | | 401,930.69 |
| 7/06 | CHECK NO: | 2260 | 60.75 | | 401,869.94 |
| 7/06 | CHECK NO: | 2247 | 50.00 | | 401,819.94 |
| 7/06 | CHECK NO: | 2262 | 31.98 | | 401,787.96 |
| 7/07 | DEPOSIT | | | 70,000.00 | 471,787.96 |
| 7/07 | DEPOSIT | | | 2,200.48 | 473,988.44 |
| 7/07 | CHECK NO: | 2255 | 5,429.77 | | 468,558.67 |
| 7/07 | CHECK NO: | 2257 | 762.00 | | 467,796.67 |
| 7/07 | CHECK NO: | 2252 | 289.75 | | 467,506.92 |
| 7/07 | CHECK NO: | 2258 | 86.14 | | 467,420.78 |
| 7/09 | DEBIT CARD PURCH Card Ending in 6373<br>PWYW4810            6373 Jul 09<br>TOPICA INC      4153443878 CA 09189 | | 195.00 | | 467,225.78 |
| 7/09 | DEBIT CARD PURCH Card Ending in 6373<br>SZJMJMSS            6373 Jul 09<br>SURVEYMONKEY COM    503225-1202 OR 09189 | | 19.95 | | 467,205.83 |
| 7/09 | CHECK NO: | 2256 | 851.00 | | 466,354.83 |
| 7/10 | DEBIT CARD PURCH Card Ending in 6373<br>69MGGTH3            6373 Jul 10<br>R & R PARTY RENTALS  BELEVUE   WA 09190 | | 1,106.34 | | 465,248.49 |
| 7/10 | DEBIT CARD PURCH Card Ending in 6373<br>HN8MMWD3            6373 Jul 10<br>MINOO BAKERY      SEATLE    WA 09190 | | 225.00 | | 465,023.49 |
| 7/10 | CHECK NO: | 2265 | 2,250.00 | | 462,773.49 |
| 7/10 | CHECK NO: | 2267 | 1,704.00 | | 461,069.49 |
| 7/10 | CHECK NO: | 2268 | 422.01 | | 460,647.48 |
| 7/10 | CHECK NO: | 2266 | 316.24 | | 460,331.24 |
| 7/13 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334218219882  Jul 13 | | | 12,925.00 | 473,256.24 |
| 7/13 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334218219882  Jul 13 | | | 150.00 | 473,406.24 |
| 7/13 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334218219882  Jul 13 | | | 1.00 | 473,407.24 |
| 7/13 | DEBIT CARD PURCH Card Ending in 6373<br>7R5FHTH3            6373 Jul 13<br>R & R PARTY RENTALS  BELEVUE   WA 09191 | | 54.75 | | 473,352.49 |
| 7/14 | ELECTRONIC CREDIT<br>MERCHANT BNKCD  DEPOSIT  334218219882  Jul 14 | | | 500.00 | 473,852.49 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>7RRPL'PW            6373 Jul 14<br>PACIFIC MARKET    SEATLE    WA 09194 | | 601.75 | | 473,250.74 |

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account  15245055        Page  3  of  5
Statement Period -   July 1 - July 31, 2009

000003/R1/20F008/0

## CHECKING ACTIVITY

Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>NBCJG88R          6373 Jul 14<br>QFC #5869     SEATLE     WA 09194 | 216.81 | | 473,033.93 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>24T*L66S          6373 Jul 14<br>ARNOLD ENGRAVERS & COR WASINGTON  DC 09194 | 130.00 | | 472,903.93 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>50WIF8ZH0          6373 Jul 14<br>ORANGE CAB COMPANY    SEATLE    WA 09194 | 55.00 | | 472,848.93 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>GWDJ3X13          6373 Jul 14<br>STAPLES DIRECT00209908 EURKA     CA 09194 | 54.29 | | 472,794.64 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>Q3Z61HL8          6373 Jul 14<br>OLIVES     CHALESTOWN  MA 09192 | 26.96 | | 472,767.68 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>DY2S6Q87          6373 Jul 14<br>QUIZNOS SUB #8345  Q15 LANOVER   MD 09194 | 14.88 | | 472,752.80 |
| 7/14 | DEBIT CARD PURCH Card Ending in 6373<br>6G2PLLS5          6373 Jul 14<br>NIAC      0203866324  DC 09192 | 1.00 | | 472,751.80 |
| 7/15 | DEBIT CARD PURCH Card Ending in 6373<br>*JNO0908          6373 Jul 15<br>PMI BWI DAILY A GARAGE BWAIRPORT  MD 09195 | 60.00 | | 472,691.80 |
| 7/15 | DEBIT CARD PURCH Card Ending in 6373<br>06VL*NGW          6373 Jul 15<br>PADRINO'S PIZZA - BELL BELEVUE    WA 09195 | 44.75 | | 472,647.05 |
| 7/15 | DEBIT CARD PURCH Card Ending in 6373<br>D31*VR30          6373 Jul 15<br>RESIDENCE INNS BELLEVU BELEVUE    WA 09195 | 11.00 | | 472,636.05 |
| 7/15 | CHECK NO:     2250 | 4,230.00 | | 468,406.05 |
| 7/15 | CHECK NO:     2272 | 336.97 | | 468,069.08 |
| 7/16 | ELECTRONIC CREDIT<br>PAYPAL     TRANSFER  5KAJ23RZYJUZ2  Jul 16 | | 4,500.00 | 472,569.08 |
| 7/16 | DEBIT CARD CREDI Card Ending in 6373<br>CITY OF BELLEVUE     BELEVUE    WA 09198 | | 400.00 | 472,969.08 |
| 7/17 | DEBIT CARD PURCH Card Ending in 6373<br>S2B4FBPW          6373 Jun 17<br>IDEALIST.ORG     NEWYORK    NY 09197 | 60.00 | | 472,909.08 |
| 7/17 | CHECK NO:     2273 | 500.00 | | 472,409.08 |
| 7/17 | CHECK NO:     2270 | 85.00 | | 472,324.08 |
| 7/20 | DEBIT CARD PURCH Card Ending in 6373<br>V814F800          6373 Jul 20<br>T-MOBILE TEL PAYMENT  800937-8997 WA 09198 | 1,271.22 | | 471,052.86 |
| 7/20 | DEBIT CARD PURCH Card Ending in 6373<br>7VDMMWD3          6373 Jul 20<br>CRAIGSLIST ORG     4155666394  CA 09198 | 25.00 | | 471,027.86 |
| 7/20 | CHECK NO:     2277 | 3,000.00 | | 468,027.86 |
| 7/20 | CHECK NO:     2279 | 758.00 | | 467,269.86 |
| 7/20 | CHECK NO:     2274 | 60.00 | | 467,209.86 |
| 7/20 | DEBIT CARD (POS) Card Ending in 6373<br>1121 VERMONT AVENUE NW WASHINGTON   DCUS0215 | 36.29 | | 467,173.57 |
| 7/21 | DEBIT CARD PURCH Card Ending in 6373<br>BQCRM66S          6373 Jul 21<br>SIROC     WASINGTON   DC 09201 | 123.63 | | 467,049.94 |
| 7/21 | DEBIT CARD PURCH Card Ending in 6373<br>W84MGY13          6373 Jul 21<br>STAPLES DIRECT00209908 EURKA    CA 09199 | 60.08 | | 466,989.86 |
| 7/21 | DEBIT CARD PURCH Card Ending in 6373<br>WP7NMWD3          6373 Jul 21<br>APEX     SEATLE     WA 09199 | 55.00 | | 466,934.86 |
| 7/21 | DEBIT CARD PURCH Card Ending in 6373<br>Q3SPFX13          6373 Jul 21<br>STAPLES DIRECT00209908 EURKA     CA 09201 | 30.58 | | 466,904.28 |
| 7/21 | DEBIT CARD PURCH Card Ending in 6373<br>MVXPGY13          6373 Jul 21<br>STAPLES DIRECT00209908 EURKA     CA 09199 | 11.99 | | 466,892.29 |
| 7/21 | CHECK NO:     2280 | 10,302.25 | | 456,590.04 |
| 7/21 | CHECK NO:     2271 | 88.00 | | 456,502.04 |
| 7/22 | INT'L WIRE OUT | 2,712.47 | | 453,789.57 |
| 7/23 | DEBIT CARD PURCH Card Ending in 6373<br>1Q*0PVZ5          6373 Jul 23<br>DREAMHOST.COM     0878294070  CA 09203 | 25.40 | | 453,764.17 |
| 7/23 | CHECK NO:     2276 | 6,690.00 | | 447,074.17 |
| 7/23 | CHECK NO:     2275 | 3,071.25 | | 444,002.92 |
| 7/24 | DEBIT CARD PURCH Card Ending in 6373<br>SNSR9W13          6373 Jul 24<br>STAPLES DIRECT00209908 EURKA     CA 09204 | 21.49 | | 443,981.43 |
| 7/24 | CHECK NO:     2281 | 107.99 | | 443,873.44 |

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account 15245055        Page 4 of 5
Statement Period -  July 1 - July 31, 2009

000004/R1/20F008/0

## CHECKING ACTIVITY                                                          Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 7/27 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 27<br>ZD*0PVZ5        0878294070  CA 09205<br>DREAMHOST.COM | 25.40 | | 443,848.04 |
| 7/27 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 27<br>BRK1K8Q3          THONHILL   CAN09205<br>IDPHONECARD.COM | 20.00 | | 443,828.04 |
| 7/27 | SERVICE CHARGES<br>Foreign Transaction Fee | 0.40 | | 443,827.64 |
| 7/27 | CHECK NO:      2294 | 1,951.00 | | 441,876.64 |
| 7/27 | CHECK NO:      2278 | 473.20 | | 441,403.44 |
| 7/27 | CHECK NO:      2282 | 63.49 | | 441,339.95 |
| 7/28 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 28<br>SF2S*C10        4153443878  CA 09208<br>TOPICA INC | 195.00 | | 441,144.95 |
| 7/28 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 28<br>ZGK06KZ7          WASINGTON  DC 09208<br>LEVANTE | 172.86 | | 440,972.09 |
| 7/28 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 28<br>GH85YB00        800639-6111  VA 09208<br>SPRINT *WIRELESS | 170.85 | | 440,801.24 |
| 7/28 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 28<br>FT52*W13          EURKA      CA 09208<br>STAPLES DIRECT00209908 | 25.78 | | 440,775.46 |
| 7/28 | CHECK NO:      2291 | 2,710.76 | | 438,064.70 |
| 7/28 | CHECK NO:      2290 | 2,276.35 | | 435,788.35 |
| 7/29 | CHECK NO:      2295 | 5,791.30 | | 429,997.05 |
| 7/30 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 30<br>7RXP3T30        888434-0055  CA 09210<br>USPS POSTAGE(STAMPSQQQ | 245.00 | | 429,752.05 |
| 7/30 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 30<br>DSO7FSYT          HERFORDSHIRE GBR09210<br>T MOBILE UK | 8.03 | | 429,744.02 |
| 7/30 | SERVICE CHARGES<br>Foreign Transaction Fee | 0.16 | | 429,743.86 |
| 7/30 | CHECK NO:      2292 | 5,434.77 | | 424,309.09 |
| 7/30 | CHECK NO:      2297 | 350.73 | | 423,958.36 |
| 7/31 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 31<br>ZHIW0FL36         WASINGTON  DC 09211<br>DULLES INTERNATIONAOPS | 51.00 | | 423,907.36 |
| 7/31 | DEBIT CARD PURCH Card Ending in 6373<br>6373 Jul 31<br>SHR347DV         WASINGTON  DC 09211<br>RADIOSHACK COR00120709 | 6.97 | | 423,900.39 |
| | **Total Debits/Credits** | **82,089.87** | **115,751.48** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|-------:|-------|------|-------:|-------|------|-------:|-------|------|-------:|
| 2224 | 7/01 | 100.00 | 2258 | 7/07 | 86.14 | 2268 | 7/10 | 422.01 | 2279 | 7/20 | 758.00 |
| 2247* | 7/06 | 50.00 | 2259 | 7/01 | 889.22 | 2270* | 7/17 | 85.00 | 2280 | 7/21 | 10,302.25 |
| 2249* | 7/01 | 831.33 | 2260 | 7/06 | 60.75 | 2271 | 7/21 | 88.00 | 2281 | 7/24 | 107.99 |
| 2250 | 7/15 | 4,230.00 | 2261 | 7/01 | 459.97 | 2272 | 7/15 | 336.97 | 2282 | 7/27 | 63.49 |
| 2251 | 7/06 | 2,207.34 | 2262 | 7/06 | 31.98 | 2273 | 7/17 | 500.00 | 2290* | 7/28 | 2,276.35 |
| 2252 | 7/07 | 289.75 | 2263 | 7/06 | 430.88 | 2274 | 7/20 | 60.00 | 2291 | 7/28 | 2,710.76 |
| 2253 | 7/01 | 2,275.33 | 2264 | 7/01 | 2,783.00 | 2275 | 7/23 | 3,071.25 | 2292 | 7/30 | 5,434.77 |
| 2255* | 7/07 | 5,429.77 | 2265 | 7/10 | 2,250.00 | 2276 | 7/23 | 6,690.00 | 2294* | 7/27 | 1,951.00 |
| 2256 | 7/09 | 851.00 | 2266 | 7/10 | 316.24 | 2277 | 7/20 | 3,000.00 | 2295 | 7/29 | 5,791.30 |
| 2257 | 7/07 | 762.00 | 2267 | 7/10 | 1,704.00 | 2278 | 7/27 | 473.20 | 2297* | 7/30 | 350.73 |

* Indicates gap in check number sequence     Number Checks Paid:   40        Totaling:      $70,511.77

THE NATIONAL IRANIAN AMERICAN
COUNCIL

Account  15245055          Page  5  of  5
Statement Period -  July 1 - July 31, 2009

000005/R1/20F008/0

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:          YOU CAN WRITE:

Checking                           877-528-0990           Citibank, N.A.
                                   (For Speech and Hearing P.O. Box 790142
                                   Impaired Customers Only St. Louis, MO 63179
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

Citibank, N.A.   924
P. O. Box 19748
Washington, DC 20036-0748

000001/R1/20F008/0

030
CITIBANK, N.A.
**Account**
15245055
**Statement Period**
Aug. 1 - Aug. 31, 2009
**Relationship Manager**
Tawiah,George
(202) 508-4534

Page  1 of  4

THE NATIONAL IRANIAN AMERICAN
COUNCIL
1411 K ST. NW, SUITE 600
WASHINGTON          DC 20005

---

**CitiBusiness® ACCOUNT AS OF AUGUST 31, 2009**

**Relationship Summary:**

| | |
|---|---|
| Checking | $406,886.70 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

---

**SERVICE CHARGE SUMMARY FROM JULY 1, 2009 THRU JULY 31, 2009**

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 15245055** | | | |
| Average Daily Collected Balance | | | $443,761.99 |
| DEPOSIT SERVICES | | | |
| MONTHLY MAINTENANCE FEE | 1 | 12.0000 | 12.00 |
| CHECKS PAID | 40 | .1600 | 6.40 |
| DEPOSIT TICKETS | 4 | .3000 | 1.20 |
| ITEMS DEPOSITED | 8 | .1100 | 0.88 |
| TRANSFER SERVICES | | | |
| OUTGOING INTERNAT'L WIRE TXFR | 1 | 40.0000 | 40.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH CREDIT RECEIVED | 6 | .1200 | 0.72 |
| ACH DEBIT RECEIVED | 3 | .1100 | 0.33 |
| **Total Charges for Services** | | | **$61.53** |
| Average collected balances | | | $443,761.99 |
| Less 10% reserve requirement | | | $44,376.19 |
| Balances eligible for Earnings Credit | | | $399,385.80 |
| Balances Required to Offset Service Charges | | | $144,903.15 |
| Earnings Credit allowance at  0.50000% | | | $61.53 [1] |
| Charges Subject to Earnings Credit | | | $61.53 |
| **Net Service Charge** | | | **$0.00** |

1 - Maximum Earnings Credit cannot exceed monthly fees eligible for offset

THE NATIONAL IRANIAN AMERICAN COUNCIL

Account 15245055      Page 2 of 4
Statement Period - Aug. 1 - Aug. 31, 2009

000002/R1/20F008/0

## CHECKING ACTIVITY

### CitiBusiness Checking
**0015245055**

|  |  | Beginning Balance: | $423,900.39 |
|---|---|---|---|
|  |  | Ending Balance: | $406,886.70 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/03 | DEBIT CARD PURCH Card Ending in 6373 | 27.16 | | 423,873.23 |
| | OWW0GRGW          6373 Aug 03 | | | |
| | HEATHROW RAIL LINK   PADINGTON AT GBR09212 | | | |
| 8/03 | SERVICE CHARGES | 0.54 | | 423,872.69 |
| | Foreign Transaction Fee | | | |
| 8/03 | CHECK NO:      2288 | 2,217.35 | | 421,655.34 |
| 8/03 | ACH DEBIT | 249.62 | | 421,405.72 |
| | MERCHANT BNKCD   DISCOUNT  334218219882  Aug 03 | | | |
| 8/03 | CHECK NO:      2296 | 197.26 | | 421,208.46 |
| 8/03 | ACH DEBIT | 125.59 | | 421,082.87 |
| | MERCHANT BNKCD   INTERCHNG 334218219882  Aug 03 | | | |
| 8/03 | ACH DEBIT | 3.80 | | 421,079.07 |
| | MERCHANT BNKCD   FEE    334218219882  Aug 03 | | | |
| 8/04 | DEBIT CARD PURCH Card Ending in 6373 | 60.00 | | 421,019.07 |
| | RC701CPW          6373 Aug 04 | | | |
| | IDEALIST.ORG    NEWYORK    NY 09213 | | | |
| 8/04 | DEBIT CARD PURCH Card Ending in 6373 | 25.00 | | 420,994.07 |
| | 1G*MMWD3          6373 Aug 04 | | | |
| | CRAIGSLIST ORG   4155666394  CA 09213 | | | |
| 8/04 | CHECK NO:      2293 | 820.00 | | 420,174.07 |
| 8/04 | CHECK NO:      2287 | 28.44 | | 420,145.63 |
| 8/05 | CHECK NO:      2286 | 230.89 | | 419,914.74 |
| 8/06 | CHECK NO:      2299 | 3,169.79 | | 416,744.95 |
| 8/06 | CHECK NO:      2300 | 436.00 | | 416,308.95 |
| 8/06 | CHECK NO:      2303 | 357.50 | | 415,951.45 |
| 8/06 | CHECK NO:      2301 | 290.32 | | 415,661.13 |
| 8/06 | CHECK NO:      2302 | 283.00 | | 415,378.13 |
| 8/07 | DEBIT CARD PURCH Card Ending in 6373 | 50.00 | | 415,328.13 |
| | WLP23RS5          6373 Aug 07 | | | |
| | CHANGE.ORG     0202531288  CA 09218 | | | |
| 8/07 | CHECK NO:      2305 | 2,606.25 | | 412,721.88 |
| 8/10 | DEPOSIT | | 6,500.00 | 419,221.88 |
| 8/10 | DEPOSIT | | 5,000.00 | 424,221.88 |
| 8/10 | DEPOSIT | | 5,000.00 | 429,221.88 |
| 8/10 | DEPOSIT | | 4,903.35 | 434,125.23 |
| 8/10 | DEPOSIT | | 4,667.00 | 438,792.23 |
| 8/10 | ELECTRONIC CREDIT | | 100.00 | 438,892.23 |
| | MERCHANT BNKCD   DEPOSIT  334218219882  Aug 10 | | | |
| 8/10 | DEBIT CARD PURCH Card Ending in 6373 | 88.96 | | 438,803.27 |
| | BX29KW13          6373 Aug 10 | | | |
| | STAPLES DIRECT00209908 EURKA     CA 09219 | | | |
| 8/10 | DEBIT CARD PURCH Card Ending in 6373 | 19.95 | | 438,783.32 |
| | 60KMJMSS          6373 Aug 10 | | | |
| | SURVEYMONKEY COM   503225-1202 OR 09219 | | | |
| 8/10 | DEBIT CARD PURCH Card Ending in 6373 | 0.45 | | 438,782.87 |
| | YZJMJMSS          6373 Aug 10 | | | |
| | SURVEYMONKEY COM   503225-1202 OR 09219 | | | |
| 8/10 | CHECK NO:      2285 | 1,730.34 | | 437,052.53 |
| 8/10 | CHECK NO:      2284 | 1,412.84 | | 435,639.69 |
| 8/13 | DEBIT CARD PURCH Card Ending in 2807 | 194.48 | | 435,445.21 |
| | O6L1L66S          2807 Aug 13 | | | |
| | SIROC      WASINGTON   DC 09224 | | | |
| 8/18 | DEBIT CARD PURCH Card Ending in 2797 | 3.66 | | 435,441.55 |
| | 5G5Z9D40          2797 Aug 18 | | | |
| | SAXBYS COFFEE #1048 DC WASINGTON    DC 09227 | | | |
| 8/19 | DEBIT CARD PURCH Card Ending in 2797 | 12.79 | | 435,428.76 |
| | B1P8ZD5C          2797 Aug 19 | | | |
| | USPS 10494902328918QPS WASINGTON    DC 09230 | | | |
| 8/20 | DEBIT CARD PURCH Card Ending in 6373 | 135.00 | | 435,293.76 |
| | L6FXLN00          6373 Aug 20 | | | |
| | REGISTER.COM*11113C78J 877731-4442 NY 09231 | | | |
| 8/21 | DEBIT CARD PURCH Card Ending in 6373 | 284.24 | | 435,009.52 |
| | 9XGJJW13          6373 Aug 21 | | | |
| | STAPLES DIRECT00209908 EURKA     CA 09232 | | | |
| 8/21 | DEBIT CARD PURCH Card Ending in 2797 | 125.20 | | 434,884.32 |
| | OZYCG*YG          2797 Aug 21 | | | |
| | DELTA  0623134333986 ATLNTA    GA 09232 | | | |
| 8/24 | DEBIT CARD PURCH Card Ending in 2797 | 239.22 | | 434,645.10 |
| | ZZ4K97RT          2797 Aug 24 | | | |
| | VIRGIN AH88W36   0873598474  CA 09233 | | | |
| 8/24 | DEBIT CARD PURCH Card Ending in 2797 | 178.80 | | 434,466.30 |
| | GD9K97RT          2797 Aug 24 | | | |
| | VIRGIN AFPG2BZ   0873598474  CA 09233 | | | |

THE NATIONAL IRANIAN AMERICAN COUNCIL

Account 15245055     Page 3 of 4
Statement Period - Aug. 1 - Aug. 31, 2009

000003/R1/20F008/0

## CHECKING ACTIVITY                                                     Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 8/24 | DEBIT CARD PURCH Card Ending in 6373 | 13.50 | | 434,452.80 |
| | 56CH71D0                    6373 Aug 24 | | | |
| | TRAVEL INSURANCE POLIC 0807296021  VA 09233 | | | |
| 8/25 | DEBIT CARD PURCH Card Ending in 6373 | 157.20 | | 434,295.60 |
| | BM8SZ2WK                    6373 Aug 25 | | | |
| | UNITED 0162196047751 ROSMONT   IL 09234 | | | |
| 8/25 | DEBIT CARD PURCH Card Ending in 2797 | 59.60 | | 434,236.00 |
| | PO9S*75J                    2797 Aug 25 | | | |
| | SOUTHWES5262149105384 0804359792  TX 09234 | | | |
| 8/25 | CHECK NO:     2310 | 3,878.00 | | 430,358.00 |
| 8/25 | CHECK NO:     2314 | 831.33 | | 429,526.67 |
| 8/25 | CHECK NO:     2315 | 291.16 | | 429,235.51 |
| 8/25 | CHECK NO:     2311 | 109.04 | | 429,126.47 |
| 8/25 | CHECK NO:     2318 | 107.99 | | 429,018.48 |
| 8/25 | CHECK NO:     2320 | 60.60 | | 428,957.88 |
| 8/26 | CHECK NO:     2328 | 5,950.96 | | 423,006.92 |
| 8/26 | CHECK NO:     2326 | 2,718.78 | | 420,288.14 |
| 8/26 | CHECK NO:     2322 | 1,499.88 | | 418,788.26 |
| 8/26 | CHECK NO:     2308 | 421.02 | | 418,367.24 |
| 8/26 | CHECK NO:     2309 | 373.26 | | 417,993.98 |
| 8/27 | DEBIT CARD PURCH Card Ending in 2797 | 239.22 | | 417,754.76 |
| | 99FB*7RT                    2797 Aug 27 | | | |
| | VIRGIN AM23BM9   0873598474  CA 09238 | | | |
| 8/27 | DEBIT CARD PURCH Card Ending in 6373 | 127.50 | | 417,627.26 |
| | 8J157Q10                    6373 Aug 27 | | | |
| | TOPICA INC      4153443878  CA 09238 | | | |
| 8/27 | DEBIT CARD PURCH Card Ending in 6373 | 25.00 | | 417,602.26 |
| | 63HR4T30                    6373 Aug 27 | | | |
| | USPS POSTAGE(STAMPSQQQ 888434-0055  CA 09238 | | | |
| 8/27 | CHECK NO:     2325 | 2,914.93 | | 414,687.33 |
| 8/27 | CHECK NO:     2306 | 47.97 | | 414,639.36 |
| 8/28 | CHECK NO:     2327 | 5,804.77 | | 408,834.59 |
| 8/31 | ELECTRONIC CREDIT | | 1,500.00 | 410,334.59 |
| | PAYPAL   TRANSFER  5KAJ23TVRWQRL  Aug 31 | | | |
| 8/31 | DEBIT CARD PURCH Card Ending in 6373 | 15.99 | | 410,318.60 |
| | 4KTPT100                    6373 Aug 31 | | | |
| | STAMPS.COM      888434-0055  CA 09240 | | | |
| 8/31 | CHECK NO:     2313 | 2,065.00 | | 408,253.60 |
| 8/31 | CHECK NO:     2331 | 1,115.00 | | 407,138.60 |
| 8/31 | CHECK NO:     2160 | 251.90 | | 406,886.70 |
| | **Total Debits/Credits** | **44,684.04** | **27,670.35** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|-------:|-------|------|-------:|-------|------|-------:|-------|------|-------:|
| 2160 | 8/31 | 251.90 | 2299* | 8/06 | 3,169.79 | 2309 | 8/26 | 373.26 | 2320* | 8/25 | 60.60 |
| 2284* | 8/10 | 1,412.84 | 2300 | 8/06 | 436.00 | 2310 | 8/25 | 3,878.00 | 2322* | 8/26 | 1,499.88 |
| 2285 | 8/10 | 1,730.34 | 2301 | 8/06 | 290.32 | 2311 | 8/25 | 109.04 | 2325* | 8/27 | 2,914.93 |
| 2286 | 8/05 | 230.89 | 2302 | 8/06 | 283.00 | 2313* | 8/31 | 2,065.00 | 2326 | 8/26 | 2,718.78 |
| 2287 | 8/04 | 28.44 | 2303 | 8/06 | 357.50 | 2314 | 8/25 | 831.33 | 2327 | 8/28 | 5,804.77 |
| 2288 | 8/03 | 2,217.35 | 2305* | 8/07 | 2,606.25 | 2315 | 8/25 | 291.16 | 2328 | 8/26 | 5,950.96 |
| 2293* | 8/04 | 820.00 | 2306 | 8/27 | 47.97 | 2318* | 8/25 | 107.99 | 2331* | 8/31 | 1,115.00 |
| 2296* | 8/03 | 197.26 | 2308* | 8/26 | 421.02 | | | | | | |

* Indicates gap in check number sequence     Number Checks Paid:     30     Totaling:     $42,221.57

*053000206*
06/06/2009
6531207552

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

E031200730E 0000000046763 08/05/2009

2300

THE NATIONAL IRANIAN AMERICAN COUNCIL
PH. 202-386-6325
1411 K STREET NW, STE. 600
WASHINGTON DC 20005

DATE July 31, 2009

924

PAY
TO THE
ORDER OF   TRITA PARSI                                    $ 436.00

Four hundred thirty six                                    DOLLARS

citibank
CITIBANK N.A. NEW YORK
1901 L COLUMBIA ROAD NW
WASHINGTON DC 20009

318   025   7819   11   080609

FOR reimbursement

⑈00 2300⑈  ⑆2540 70 1 16⑆  ⑈1524 5055⑈

⑈00 2300⑈  ⑆2540 70 1 16⑆  ⑈1524 5055⑈  ⑈0000043600⑈

PAID CITIBANK, NA

7818 5401 318 080609

↓Do not endorse or write below this line.↓

*053000206*
08/06/2009
6531207551

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

08/05/2009
000000466762
I0312007303

THE NATIONAL IRANIAN AMERICAN COUNCIL
PH. 202-386-6325
1411 K STREET NW. STE. 600
WASHINGTON, DC 20005

2301

DATE July 31, 2009

11-24/1 924

PAY TO THE
ORDER OF  TRITA Parsi                    $ 290 ²²

two hundred ninety ³²/₁₀₀                         DOLLARS

citibank
3317 025 7819 11 080609

FOR Misunamu

⑆002301⑆ ⑈254070116⑈ ⑆1524 5055⑇

⑆002301⑈ ⑈254070116⑈ ⑈1524 5055⑈ ⑆00000290.32⑈

PAID CITIBANK, NA

7818 5401 2317 080609

↓Do not endorse or write below this line.↓

*053000206*
08/06/2009
6531207550

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

06/05/2009
000000000466781

[031200730]

THE NATIONAL IRANIAN AMERICAN COUNCIL

2302

PH. 202-386-6325
1411 K STREET NW, STE. 800
WASHINGTON, DC 20005

DATE July 31, 2009   924

PAY TO THE
ORDER OF   TRITA   PARSI                        $ 293.00

two hundred ninety three                                    DOLLARS

citibank

316 025 7819 11 080609

FOR

⑈002302⑈ ⑈254070116⑈ ⑈1524 5055⑈

⑈00 230 2⑈   4⑈ 254 070 116⑈   15 24 50 55⑈   ⑈00000 28 300⑈

PAID CITIBANK, NA

7818 5401 316 080609

↓Do not endorse or write below this line.↓

*053000206*
08/06/2009
6531207553

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

08/05/2009

C0120020300000000046784

2303

THE NATIONAL IRANIAN AMERICAN COUNCIL
PH. 202-386-6325
1411 K STREET NW, STE. 600
WASHINGTON, DC 20005

DATE July 31, 2009

11-701
924
750

PAY
TO THE
ORDER OF   TRITA PARSI                    $ 357 50

three hundred fifty four 50                    DOLLARS

citibank 2319 025 7819 11 080609

FOR

⑆002303⑆ ⑆254070116⑆ ⑆1524 5055⑆

⑈002303⑈  ⑉254070116⑉  ⑊1524 5055⑊  ⑇0000035750⑇

PAID CITIBANK, NA

7818 5401 22319   080609

08/05/2009

0000045784

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE

O ENDORSE HERE

↓Do not endorse or write below this line.↓

0312007730 08/05/2009
*05300005753104430
*0530005306b/2009
6531207553