# EXHIBIT 1

1

```
1        IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

3                    - - -

4
   TRITA PARSI and NATIONAL              :
5
   IRANIAN AMERICAN COUNCIL              :
6
         Plaintiffs                      :
7
         V.                              :  Civil No.:
8
   DAIOLESLAM SEID HASSAN,               :  08 CV 00705 (JDB)
9
         Defendant                       :  Page 1-234
10

11

12

13              - - -
           Tuesday, December 8, 2009
14              - - -

15

16

17

18        Video deposition of Emily L. Blout was

19   taken at the Law Offices of Sidley Austin, LLP, 1501

20   K Street, NW, Sixth Floor, Washington, DC 20005

21   commencing at 11:09 a.m. before Sherry L. Brooks,

22   Professional Court Reporter and Notary Public, in and

23   for the District of Columbia.

24

25              * * *
```

1   APPEARANCES:

2

3   THOMPSON HINE, LLP
    BY: DAVID A. WILSON, ESQUIRE
4   1920 N Street, NW, Suite 800
    Washington, DC 20036-1600
5   (202) 263-4161
    (202) 331-8330 (Fax)
6   E-mail: David.wilson@thompsonhine.com
    Representing Emily Blout

7

8   PISHEVAR & ASSOCIATES, PC
    BY: A.P. PISHEVAR, ESQUIRE
9        PATRICK PARSA, ESQUIRE
    Jefferson Plaza, Suite 316
10  600 East Jefferson Street
    Rockville, MD  20852
11  (301) 279-8773
    (301) 279-7347 (Fax)
12  E-mail: Pparsa@pishevarlegal.com
    Representing the Plaintiffs

13

14  SIDLEY AUSTIN, LLP
    BY: TIMOTHY E. KAPSHANDY, ESQUIRE
15  One South Dearborn
    Chicago, IL  60603
16  (312) 853-7643
    (312) 835-7036 (Fax)
17  E-mail: Tkapshandy@sidley.com
    Representing the Defendant

18

19   ALSO PRESENT:

20      SIDLEY AUSTIN, LLP - Washington, DC Office

21        Eric Galvez, Esquire - Defendant

22        Peter G. Jensen, Esquire - Defendant

23        Elisa K. Jillson, Esquire - Defendant

24        Richard Bryan, Legal Assistant

25        Mia Marbury, Videographer

1   introducing the subject of human rights.

2       Q.   And it's your testimony that NIAC's

3   positions are determined by the survey of members?

4       A.   To the best of my knowledge.

5       Q.   You've not ever seen any Board meeting

6   minutes when the Board voted, in fact, not to be

7   bound by members' determinations and mandate in

8   determining what policy positions to take?

9       A.   I don't know anything --

10      Q.   Have you ever read any Board meeting

11  minutes while you were there?

12      A.   No.

13      Q.   Okay. Well, those speak for themselves.

14  And if you've not read them, we won't ask you about

15  them.

16           MR. KAPSHANDY: With that, that's all I

17  have. Thank you very much. I appreciate your time

18  with us here today.

19           EXAMINATION BY COUNSEL FOR PLAINTIFFS

20           BY MR. PISHEVAR:

21      Q.   I have a couple questions. We'll be very

22  brief. We've been here almost seven hours. You're

23  tired, so I'll keep it very brief.

24           Based on your -- Ms. Blout, based on your

25  direct observations as a former employee of NIAC, did

1   you ever come into contact with any indication, any

2   evidence that either NIAC or Trita Parsi were an

3   agent or lobbyist for the Islamic Republic of Iran?

4        A.   No, quite the contrary.  Everybody at NIAC

5   and everyone I've talked to in the Iranian American

6   community absolutely despises that regime.

7        Q.   Would such a relationship be damaging to

8   the reputation of NIAC and Dr. Parsi and the Iranian

9   American community?

10       A.   Absolutely.

11            MR. PISHEVAR:  No further questions.

12            THE VIDEOGRAPHER:  Thank you.  Here marks

13   the end of Videotape Number 4 taken in the deposition

14   of Ms. Emily Blout.  Also, marks the end of today's

15   proceeding.  Going off the record.  The time on the

16   video screen is 18:19 and 59 seconds.

17            THE REPORTER:  Reading and signing?

18            THE WITNESS:  Yes.

19            THE REPORTER:  Who would like copies?

20            MR. PISHEVAR:  Yes, I'd like a copy of the

21   transcript, not the exhibits, because Mr. Kapshandy

22   is going to provide me with the exhibits.

23            MR. KAPSHANDY:  No.  I've given her --

24   this is my only copy,  so we'll get them from her,

25   including the electronic copies.  I have only one of