# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN<br><br>Defendant. | Civil No. 08 CV 00705 |

## DECLARATION OF DR. TRITA PARSI

I, Dr. Trita Parsi, am an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury and say:

1. The statements herein are made both as an individual and in my capacity as President of the National Iranian American Council (NIAC).

2. I consider myself to be a scholar, an author, and a journalist.

3. In a few weeks, my second book will be released. It is entitled *A Single Role of the Dice: Obama's Diplomacy with Iran* (the "Unreleased Book).

4. I started doing research for the Unreleased Book, including conducting interviews with various individuals, in late May 2010. No research, including, but not limited to, interviews with government officials, was done for the Unreleased Book prior to May 2010.

5. The reason for this is that I did not have a book contact with Yale until late 2009 or early 2010 and therefore did not have a reason to conduct interviews.

6. The Unreleased Book was originally slated to be published around February or March of 2012. However, due to the manner in which Iran once again became a top-story, Yale University Press decided to rush the publication. As a result, less time existed for editing the Unreleased Book.

7. An advanced, uncorrected copy of the Unreleased Book was distributed to various journalists for review purposes only. The journalists are in turn not supposed to share the uncorrected copy with anyone.

8. However, as the Unreleased Book was rushed, editing was also rushed and therefore, the advanced uncorrected copy contained numerous errors. In fact, several errors have been found since the advanced copy was shared with select media. The final version of the Unreleased Book, due to be released in January 2012, will have most of these errors corrected.

9. The version of the book that the defendant cited is an advanced uncorrected copy, as clearly stated on its cover. It contains several errors including errors in regards to the dates of the interviews.

10. The advanced uncorrected copy of the Unreleased Book that the defendant cites was never distributed to Defendant and it is unclear how he received it.

11. Furthermore, the advanced uncorrected copy is for review purposes only, as stated on the front cover. It is not to be shared and released to the general public.

12. The two interviews Defendant is referring to, one with Iran's UN ambassador and one with a campaign worker in opposition leader Mousavi's office, took place on June 15, 2010 and July 28, 2010 respectively.

13. Those interviews did not take place in 2009 as those dates are incorrect in the advanced uncorrected copy of the Unreleased Book.

14. The specific errors in regards to the interview dates will be corrected in the Kindle version of the book due to be released December 16, 2011. Yale University will also post a note about these errors on the website of the book.

15. However, those errors will not be corrected in the printed version of the book, as they were discovered after the Unreleased Book went to press. This was due to the fact that it was rushed in ordered to be released earlier.

16. The defendant also references a note in the book regarding conversations I had in 2009. However, there is a difference between conversations and interviews.

17. In 2009, in the mayhem of the election scandal, I had several conversations with people on the ground in Iran. None of those conversations were interviews and I took no notes for those conversations. In fact, I am not aware of anyone that takes notes from conversations. This is also why I refer to them as conversations and not interviews in the Unreleased Book, precisely because no notes were taken.

18. Incidentally, this was an extremely hectic time in which both I and my organization were very busy, as evidenced by the very large number of interviews I did with major US TV and radio networks. This is why there is a hole in my calendar during this period as it was simply too hectic to keep a calendar. In fact, I was so busy that I often slept an average of three hours per day for those weeks.

I DECLARE AND AFFIRM UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.

_[signature]_
Dr. Trita Parsi

Dec 6, 2011
Date