IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>           Plaintiffs,<br><br>           v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>           Defendant | Civil No. 08 CV 00705 |

**PROPOSED ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion to Strike, or in the Alternative for Plaintiffs' Motion to For Leave To File Surreply to Defendant's Motion to Compel Documents Concerning Meetings with Iranian Government Officials, and the full record herein, this \_\_\_\_ day of _____, 2011, it is hereby:

**ORDERED,** that Plaintiffs' Motion to Strike Exhibit A is GRANTED;

**ORDERED,** that Plaintiffs' Motion for Leave to File a Surreply is GRANTED.

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court