# EXHIBIT 2



A SINGLE ROLL OF THE DICE: OBAMA&#146;S DIPLOMACY WITH IRAN

*Nation*, June 10, 2009).

11. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

12. Scott Peterson, "Lincoln-Douglas Debates, Iranian Style," *Christian Science Monitor*, June 3, 2009.

13. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. Muhammad Sahimi, "New Evidence of Fraud in 2009 Election," Tehran Bureau, August 11, 2010. Farideh Farhi, "Is Commander Jafari Stupid?," Informed Comment: Global Affairs, September 4, 2009, http://icga.blogspot.com/2009/09/is-commander-jafari-stupid.html.

14. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. Interview with campaign worker at Mousavi's headquarters, July 28, 2010.

15. For studies on the elections and documentation of the irregularities, see Ali Ansari, ed., *Preliminary Analysis of the Voting Figures in Iran's 2009 Presidential Election* (London: Chatham House, 2009), http://www.chathamhouse.org/sites/default/files/public/Research/Middle%20East/iranelection0609.pdf.

16. Robert Dreyfuss, "A Disgusting Fraud," *Nation*, June 21, 2009.



A SINGLE ROLL OF THE DICE: OBAMA&#146;S DIPLOMACY WITH IRAN

May 13, 2009.

4. Interview with former Iranian reformist lawmaker, September 17, 2010.

5. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

6. "Mousavi: I Stand Firm on Principles/Diplomacy Will Relieve Tensions," Mehr News Agency, April 6, 2009 (Farvardin 17, 1388).

7. Interview with campaign worker at Mousavi's headquarters, July 28, 2010. "Iran Reform Candidate Says Open to U.S. Negotiations," AFP, April 6, 2009.

8. "Mousavi: I Stand Firm on Principles." Interview with campaign worker at Mousavi's headquarters, July 28, 2010. Parisa Hafezi, "Iran Candidate Backs Nuclear Talks with the West," Reuters, May 29, 2009.

9. "Iran Reform Candidate Says Open to U.S. Negotiations." Hafezi, "Iran Candidate Backs Nuclear Talks with the West."

10. Barbara Slavin, "Iran's Unlikely Hero," *Washington Times*, June 17, 2009. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010. Interview with campaign worker at Mousavi's headquarters, July 28, 2010. "We need a comprehensive plan from him. . . . If Obama makes a practical gesture, Iran would immediately respond," Mousavi's chief foreign policy adviser Sadegh Kharrazi—one of the authors of the 2003 negotiation proposal—told the *Nation* (Robert Dreyfuss, "Iran's Election, Obama's Challenge,"



A SINGLE ROLL OF THE DICE: OBAMA&#146;S DIPLOMACY WITH IRAN

Committee, said that the president is "correct in continuing to pursue a policy of engagement"—there did not seem to be much political will in the White House to take on the Republicans in public on this issue ("Iran: Recent Developments and Implications for U.S. Policy," *Before the House Foreign Relations Committee*, 111th Cong. [July 22, 2009] [Howard Berman, committee chair]).

30. Interview with former Iranian lawmaker and prodemocracy activist, September 17, 2010. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

31. Interview with Professor Ahmad Sadri, August 10, 2010. Interview with senior adviser to former president Mohammad Khatami and opposition leader Mir Hossein Mousavi, July 23, 2010.

32. Borzou Daragahi, "Ahmadinejad Calls for Prosecution of Iran's Opposition Leaders," *Los Angeles Times*, August 28, 2009.

33. Interview with campaign worker at Mousavi's headquarters, July 28, 2010. Trita Parsi, "What Obama Must Do Now on Iran," *Christian Science Monitor*, June 22, 2009. Interview with Professor Ahmad Sadri, August 10, 2010. Interview with Maziar Bahari, August 16, 2010.

34. Parsi, "What Obama Must Do Now on Iran."

35. Azadeh Moaveni, "Iranians to Obama: Hush," Daily Beast, June 17, 2009, http://www.thedailybeast.com/articles/2009/06/17/iranians-to-obama-hush.html.

36. "Obama Ratchets Up Language on Iran Violence," Associated Press, June 23, 2009. "Obama



A SINGLE ROLL OF THE DICE: OBAMA&#146;S DIPLOMACY WITH IRAN

*Journal*, April 1, 2009. Interview with Ambassador Mohammad Khazaee, June 15, 2010.

27. Robert Dreyfuss, "Hillary & Iran & Dennis & Israel," Agence Global, March 6, 2009. "Iran and U.S. Hold 'Cordial' Talks," BBC News, March 31, 2009, http://news.bbc.co.uk/2/hi/south_asia/7975079.stm. Anne Gearan, "U.S., Iranian Diplomats Break the Ice at Conference," Associated Press, March 31, 2009.

28. Jay Solomon, "U.S., Allies Set October Target for Iran Progress," *Wall Street Journal*, May 14, 2009.

29. Robin Wright, "Stuart Levey's War," *New York Times Magazine*, November 2, 2008. Interview with former U.S. State Department Iran Desk officer, June 14, 2010.

30. Interview with senior U.S. State Department nonproliferation officer, July 21, 2010. Interview with former U.S. State Department Iran Desk officer, June 14, 2010. Classified U.S. State Department cable, "Codels Ackerman and Casey Meetings with Prime Minister Netanyahu," June 2, 2009. "Senators Mull Iran Nuclear Threat, Diplomatic Efforts," AFP, March 4, 2009.

31. Interview with senior U.S. State Department nonproliferation officer, July 21, 2010. Telephone interview with senior non-EU3 diplomat, September 2, 2010. Daniel Dombey, "U.S. Senator Opens Iran Nuclear Debate," *Financial Times*, June 10, 2009. Interview with senior U.S. Senate staffer, August 20, 2010.

32. Interview with Ambassador Andreas Michaelis, director-general for Middle Eastern Affairs