# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) <br> ) <br> **and** ) <br> ) <br> **NATIONAL IRANIAN AMERICAN COUNCIL** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **DAIOLESLAM SEID HASSAN,** ) <br> ) <br> ) <br> **Defendant** ) <br> ) | **Civil No. 08 CV 00705** |

### NOTICE OF ERRATA REGARDING
### PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITON TO PLAINTIFFS' MOTION
### TO STRIKE, OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE
### SURREPLY TO DEFENDANT'S MOTION TO COMPEL DOCUMENTS
### CONCERNING MEETINGS  WITH IRANIAN GOVERNMENT OFFICIALS

Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire, Adrian V. Nelson, II, Esquire, and Pishevar & Associates, P.C., submit this Notice of Errata Regarding Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Strike, or in the Alternative Motion for Leave to File Surreply to Defendant's Motion to Compel Documents Concerning Meetings with Iranian Government Officials ("Reply").  On December 16, 2011, Plaintiffs filed their original Reply.  Plaintiffs' file this Errata to resolve a dispute as to the accuracy of one line in Plaintiffs' Reply.  The sentence "[h]owever, the defendant's claim is unequivocally wrong and is not supported by <u>any</u> binding case authority," (Pls.' Reply to M. to Strike p. 2) is to be

modified as follows: "However, the defendant's claim is unequivocally wrong and is

contradicted by case law showing otherwise."  The correct page 2 of the Reply has been attached

hereto as Exhibit 1.


Respectfully submitted,


_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
Adrian V. Nelson, II (*Pro Hac Vice*)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax: (301) 279 – 7347
Counsel for the Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil No. 08 CV 00705 |
| | ) |
| DAIOLESLAM SEID HASSAN, | ) |
| | ) |
| Defendant | ) |

## CERTIFICATE OF SERVICE

I certify that on December 30, 2011, I served, via email, the Notice of Errata Regarding Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Strike, or in the Alternative Motion for Leave to File Surreply to Defendant's Motion to Compel Documents Concerning Meetings with Iranian Government Officials to:

Timothy E. Kapshandy, Esquire
Peter G. Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tkapshandy@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam


_____/s/_____
Afshin Pishevar
Adrian Nelson
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com
anelson@pishevarlegal.com
Attorneys for Plaintiff

Trita Parsi
National Iranian American Council