# ATTACHMENT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SEID HASSAN DAIOLESLAM, )<br><br>Defendant. ) | Civil Action No. 08-705 (JDB)<br><br>**PROPOSED ORDER** |

Defendant's Motion for an Order Requiring Plaintiffs to Post a Bond and Not Waste Assets is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. Plaintiffs must post a bond in the amount of $300,000 to cover any future costs awards in the manner described in rule 65.1.1 of the Rules of the United States District Court for the District of Columbia; and

2. Plaintiffs must preserve and may not waste their assets.

Failure to abide by this order will result in sanctions being imposed against the party violating the order, including contempt of court penalties. The party committing the violation will also be liable for the costs of the complying party.

DATED: February 3, 2012

ENTERED

Judge John D. Bates