# **EXHIBIT 1**

April 14, 2005

Mr. Trita Parsi
President
National Iranian-American Council
2451 18th Street
2nd Floor
Washington DC 20009
United States

RE:     NED Grant No. 2005-304.0

Dear Mr. Parsi:

Enclosed are two copies of the referenced Grant Agreement between the National Endowment for Democracy and National Iranian-American Council, for the program approved by the Endowment Board of Directors on March 18, 2005.  This Grant is effective for the period April 1, 2005 through March 31, 2006.

To accept this Grant and request the first advance of funds, please complete the following steps.

- Read the Grant Agreement, including Attachment A (Program Description), Attachment B (Budget and Projected Schedule of Payments), and Attachment C (Grant Provisions).  If you have questions at any time, contact Hamida Shadi, Grants Administrator for Middle East and North Africa, who may be reached by e-mail at hamidas@ned.org.  Hamida will be directly responsible for administration of this Grant.

- Have an authorized official of the organization sign page 3 of the Grant Agreement (both copies).

- Return both signed copies to my attention at the Endowment.  If the signed Grant is being returned by fax, only one copy is needed.  Our fax number is (202) 223-6042.  A fully signed copy will be returned to you after it has been signed on behalf of the Endowment.

- Identify, complete, and return to the Endowment the following three forms:

    1. Verification of Separate Bank Account (VSBA199)
    2. Authorization to Request Payment or Reimbursement (PRA103)
    3. Request for Payment of Grant Funds (PR103) (make extra copies)

These forms are enclosed in the Grant package and all three are needed to pay the first advance of funds.  They may be returned together with the signed Grant or at a later time.  After we receive the completed forms, the first payment will be processed on or after the Grant effective date.

Mr. Trita Parsi
January 17, 2012
Page 2

    Please make extra copies of form PR103 before completing it as it will be used to request each payment. Forms VSBA199 and PRA103 need to be submitted for the first payment only, unless there is a change in the information. (See Grant Provision 1 describing the payment process).

- Keep the Grant Provisions and Appendixes for future reference.

    The reporting schedule for this Grant is found in Grant Paragraph 5. The first Financial and Narrative reports covering **April 1 – June 30, 2005** are due by **July 31, 2005**. Grant Provision 9 describes the information to be included in the reports. The Financial Report must be submitted on the form APFR103 enclosed in the Grant package. Please make extra copies of this form before completing the first Financial Report, since this form will also be used for the later reports. After the first advance, further payments are contingent upon receipt of the scheduled Financial and Narrative reports and the completed "Request for Payment of Grant Funds" (form PR103).

    We look forward to working with you. Again, if you have any questions at any time, please contact Hamida Shadi.

                                            Sincerely,

                                            Herbert R. Brown
                                            Director, Grants Management

Enclosure

cc:    Laith Kubba
        Nicolette Madanat
        Hamida Shadi

# NATIONAL ENDOWMENT FOR DEMOCRACY

Grant Agreement No. 2005-304.0
between

Grantor:    National Endowment for Democracy
            1101 15th Street, NW, Suite 700
            Washington, DC 20005

Grantee:    National Iranian-American Council
            2451 18th Street
            2nd Floor
            Washington, DC 20009
            United States

1.    AUTHORITY

This Grant is awarded in accordance with the authority contained in P.L. 98-164, as amended (hereafter referred to as the "Act") and Grant No. S-LMAQM-04-GR-120 between the United States Department of State and the National Endowment for Democracy (hereafter referred to as "the Endowment").

2.    PURPOSE

The purpose of this Grant is to enable the Grantee to carry out the project objectives shown in Attachment A, Program Description, which are consistent with the purposes stated in Section 502(b) of the Act.

3.    GRANT AMOUNT AND BUDGET

The amount obligated under this Grant is $64,000, which is to be expended according to the Grant Budget shown in Attachment B.

The Grantee shall not use funds designated for Program Costs to pay Administrative Costs, nor vice versa, without prior written approval of the Endowment.  The Grantee shall also obtain written approval from the Endowment prior to making an expenditure which would increase costs in a major budget category within either the Program or Administrative Costs budget by more than 15 percent **or** $5,000 (whichever amount is larger) above the amount budgeted for that category.  Adjustments among budget categories shall not result in an increase in the total amount of the Grant.  The Endowment will not fund costs in excess of the Grant amount shown above.

4.    GRANT PERIOD

The effective date of this Grant is April 1, 2005.
The expiration date of this Grant is March 31, 2006.

All expenditures from Grant funds must be either for authorized activities that take place or for authorized obligations that are incurred during this Grant Period, unless otherwise stated in the Grant. Expenditures for costs incurred prior to the effective date or after the expiration date will be disallowed. Payments made after the expiration date for expenses incurred within the Grant Period are allowable.

If the Grant Period is insufficient for satisfactory completion of the project objectives, the Agreement may be amended to extend to the period. The Grantee must request the extension in writing prior to the current expiration date, explaining the circumstances which warrant the extension. Requests for amendments may not be considered if the Grantee has not submitted all reports currently due as scheduled in Grant Paragraph 5.

**5.     REPORTING REQUIREMENTS**

The Grantee must submit to the Endowment periodic Narrative and Financial reports. The Final Periodic Report shall include an Evaluation Report. The content of these reports is described in Attachment C, Grant Provisions 9 and 10. The reporting schedule for this Grant is as follows:

| Period Report Covers | Report is Due |
|---|---|
| April 1 – June 30, 2005 | July 31, 2005 |
| July 1 – September 30, 2005 | October 31, 2005 |
| October 1 – December 31, 2005 | January 31, 2006 |
| January 1 – March 31, 2006, Final Periodic Report (including Evaluation Report) | April 30, 2006 |

**6.     DEBARMENT, SUSPENSION, INELIGIBILITY, AND VOLUNTARY EXCLUSION**

In accepting this Grant, the Grantee certifies that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this agreement by any U.S. Government department or agency.

**7.     RESPONSIBILITIES AND GRANT PROVISIONS**

   A. The Grantee is responsible for planning, organizing, and administering the program to carry out the project objectives stated in Attachment A, Program Description, in accordance with the terms of this Agreement as described above and in Attachment A, Program Description; Attachment B, Grant Budget; Attachment C, Grant Provisions; and in Appendixes A-G. Each of the foregoing is fully incorporated in this Agreement and made a part hereof as if set out in the full text of the Agreement itself.

   B. If Attachment A, Program Description, provides for the Grantee to implement the project objectives through one or more designated subrecipient(s), the Grantee is responsible for ensuring that the subrecipient(s) comply with all provisions of the Agreement that apply to subrecipients as outlined in Grant Provision 4, "Subagreements;" and as shown is Appendix G, "Model Subagreement."

   C. Should this Grant Agreement be translated to a language other than English for signature, the English language version will govern in the event of differences between the two versions. Any inconsistency in this Agreement will be resolved by giving precedence in the following order:

        1.    The Agreement, including Attachments A, B, and C
        2.    Appendix A
        3.    Appendixes B, C, and D

D.  In performance of the activities funded by this Grant, the Grantee agrees to comply with all applicable Federal and state laws, rules, and regulations related to employment of personnel necessary for such performance.

The parties to this Agreement have executed the Agreement as of the dates indicated below.

| FOR THE GRANTEE | | FOR THE NATIONAL ENDOWMENT FOR DEMOCRACY |
|---|---|---|
| *[signature]* | SIGNATURE | |
| Trita Parsi | TYPED NAME | Carl Gershman |
| President | TITLE | President |
| April 14, 2005 | DATE | |

ATTACHMENT A

PROGRAM DESCRIPTION
**ONLINE NGO RESOURCE CENTER**
Iran

| | |
|---|---|
| Grantee: | National Iranian American Council |
| Dates of Project: | April 1, 2005 - March 31, 2006 |
| Approved Amount: | $64,000 |

## I.  BACKGROUND:

The Islamic Revolution of 1979 established a polity based on two contradictory elements: a republic of equal and sovereign citizens, and a hierarchal theocracy of pastoral power descending from an unelected religious leader. The political culture remained authoritarian as the regime tried to dominate all public space and every autonomous public institution. Ten years after the demise of the revolution's leader Ayatollah Khomeini, the overwhelming majority of Iranians realized the political contradictions within the regime and pinned its aspiration for democratic reforms in electing President Mohammed Khatami in 1997. Three years later, the reform movement controlled the legislative council and launched a campaign to legislate reforms, ensure separation of powers, purge police and security departments and reform the judiciary. Meanwhile, Iran has been confronting momentous social, economic and political problems. The population has doubled since the 1979 revolution while relative resources have significantly dwindled. The country's overwhelmingly young population is urban and educated; its aspirations are fundamentally modern, secular and middle class. Irrespective of the reform movement's setbacks and lack of real prospects, many reformers in Iran found strength and a new ally in the rapid growth of grassroots civic groups, who share mutual goals with the reformists in opposing authoritarianism.

Despite many political and legal restraints, civic groups have been resilient, effective and continue to expand their activities and increase in numbers. Still, they are in need of technical support and contact with international NGOs and donor agencies. In the past few years, many of these local civic groups have successfully partnered and cooperated with expatriate Iranian groups on low key issues such as the environment, women's rights, social care, education and culture. To date, local civic groups have relied on Iranian communities abroad for support, including Iranian Americans who are one of the largest and most successful Iranian communities in the world. In order bridge the gap between Iranian groups and international NGOs and donors, the National Iranian American Council (NIAC), a nonprofit organization registered in January 2002, will use renewed Endowment support to create a website on capacity building for Iranian groups.

## II.  PROJECT OBJECTIVES:

●   To foster cooperation between Iranian civic groups and international civic groups and foundations

- To strengthen the capacity of civic organizations in Iran on the use of fund raising and project development tools.

### III. PROJECT ACTIVITIES:

NIAC will use renewed Endowment support to develop and launch a website, Online NGO Resource Center, to strengthen organizational capacity of local groups in Iran and foster cooperation between Iranian NGOs, international NGOs and foreign funding institutions. NIAC will translate resource materials and manuals on capacity building into Persian to be posted on the website. Currently, access to Persian-language resource materials is minimal and cross border relationships are practically nonexistent. The website is an attempt to provide resources and expertise to Iranian groups through an interactive website. NIAC will also hire a Persian-English speaking resource expert to advise local groups on project development, proposal writing and foreign donor relations. The resource expert will work full-time until the website is launched and continue as a part-time employee from that point onward.

The resource expert will identify, translate and "Iranize" relevant capacity building materials to fit the political and cultural context of Iran. NIAC will create a database of donor agencies in Europe and the United States that consider Iran to be a priority and translate respective funding procedures into Persian to post on the website. NIAC plans to launch the website in mid-July 2005 and will partner with a credible and respected Tehran-based organization with extensive contacts in the NGO community, to broadcast the website to local groups. NIAC will also link the website to its IraNexus database, a network of Iranian-American NGOs, to foster cooperation between Iranian groups and American expatriate groups, in addition to distributing brochures about the endeavor to Iranian American organizations.

The main purpose of the website is to advise local groups on capacity building and to cultivate relationships between Iranian NGOs and international donors. To meet this end, the resource expert will correspond by phone and by e-mail with local groups on capacity building, project development and proposal writing issues. NIAC will also circulate an electronic Persian-language monthly newsletter to local groups on resource material updates, new funding opportunities and upcoming training activities. NIAC will continue to update the website to include additional materials on capacity building and foreign donors, and strategize on more effective ways to reach out to local groups in Iran.

### IV. EVALUATION PLAN:

To evaluate the impact of the project, NIAC will:

- Track the number of visitors to the website and local groups that join the network of Iranian NGOs on the website.

- Track the number of exchanges between Iranian NGOs and international NGOs and funding agencies.

- Conduct follow-up interviews with local groups on the content of the website.

### V. ORGANIZATIONAL BACKGROUND:

The National Iranian American Council (NIAC), a nonprofit organization registered in January 2002, and founded by Iranian-Americans, is mainly dedicated to promoting Iranian-American participation in American civic life. The NIAC website ([www.niacouncil.org](www.niacouncil.org)) is the main vehicle to facilitate the exchange of information and resources while building a collaborative national network

*NED Grant No. 2005-304.0*
*Page 6*

among Iranian-American organizations. Its executive director, Trita Parsi, is a Ph.D. student at Johns Hopkins University's School of Advanced International Studies with a Master's degree in international relations from Uppsala University and a second Master's degree in economics from the Stockholm School of Economics. Mr. Parsi is an active member of the Iranian-American community, and in 1997 founded Iranians for International Cooperation, one of the first Iranian advocacy groups promoting Iranian-American interests. Other board members include Ms. Marjan Ehassi, director of legal programs, and member of the New York Bar and the Law Society of Upper Canada; Mr. Alex Patico, treasurer and an expert with twenty years experience in nonprofit organizations; and, the Honorable Jim Moody, former Congressman of the 5th district of Wisconsin (1983 – 1993).

*NED Grant No. 2005-304.0*
*Page 7*

ATTACHMENT B

GRANT BUDGET

PROGRAM COSTS

    Salaries, 12 months
        Resource expert         $25,000
        Project manager         <u>10,500</u>
                $35,500

    Space and Utilities, 12 months     10,200

    Supplies and Equipment
        Office supplies, including stationary     490
        Computer     <u>1,000</u>
            1,490

    Communications and Postage
        Telephone, fax, Internet, & postage     1,800

    Contractual Services
        Web design & maintenance     7,000
        Translator     <u>6,000</u>
            13,000

    Other Direct Costs
        Printing & distribution of
        pamphlets/brochures     700
        Internet advertisement     1,200
        Bank fees     <u>110</u>
            2,010

**TOTAL PROGRAM COSTS**     $64,000

**TOTAL ADMINISTRATIVE COSTS**     <u>0</u>

**GRAND TOTAL**     <u>$64,000</u>

*NED Grant No. 2005-304.0*
*Page 8*

ATTACHMENT B

PROJECTED SCHEDULE OF PAYMENTS

|  | PROGRAM | ADMIN | TOTAL |
|---|---:|---:|---:|
| APRIL 2005 | $16,000 | $0 | $16,000 |
| AUGUST 2005 | 16,000 | 0 | 16,000 |
| NOVEMBER 2005 | 16,000 | 0 | 16,000 |
| JANUARY 2006 | 16,000 | 0 | 16,000 |
| TOTAL | $64,000 | $0 | $64,000 |

ATTACHMENT C
GRANT PROVISION

The provisions marked below apply to this Grant as if set out in full in the text of the Grant Agreement. The full text of each provision that applies to this Grant is attached.

|     |     | Version | Applies if Marked "x" |
|-----|-----|---------|----------------------|
| 1.  | Payment – Advance Payment | January 2003 | X |
| 2.  | Payment – Cost Reimbursement | January 2003 |  |
| 3.  | Allowability of Costs | January 2004 | X |
| 4.  | Subagreements | January 1999 |  |
| 5.  | Financial Management Standards | January 2001 | X |
| 6.  | Program Income | January 1994 | X |
| 7.  | Procurement Standards | January 2001 | X |
| 8.  | Property Standards | January 2001 | X |
| 9.  | Monitoring and Reporting Requirements | January 2001 | X |
| 10. | Evaluation | January 1994 | X |
| 11. | Amendments and Modifications | January 1999 | X |
| 12A.| Audit Requirements | January 2004 | X |
| 12B.| Audit Requirements – core grantees | January 2004C |  |
| 13. | Refunds | January 1999 | X |
| 14. | Discrimination | January 1992 | X |
| 15. | Prohibited Activities | January 2003 | X |
| 16. | Indemnity | January 1992 | X |
| 17. | Termination and Enforcement | January 2001 | X |
| 18. | Lobbying Prohibition and Disclosure | January 1997 |  |

APPENDIXES*

A. P.L. 98-164, The National Endowment for Democracy Act

B. OMB Circular A-122, Cost Principles for Nonprofit Organizations (revised May 10, 2004)
   *http://www.whitehouse.gov/omb/circulars/a122/a122_2004.html*

C. 22CFR145, Uniform Administrative requirements for Department of State Grants and Cooperative Agreements with Institutions of Higher Education, Hospitals, and other Non-Profit Organizations
   *http://www.access.gpo.gov/nara/cfr/waisidx_99/22cfr145_99.html*

D. OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations (as revised June 2003)
   *http://www.whitehouse.gov/omb/circulars/a133/a133.html*

E. Federal Travel Per Diem Allowances (for travel within the U.S.); not provided on paper, please refer to *http://policyworks.gov/org/main/mt/homepage/mtt/perdiem/perd04d.html*

F. Maximum Travel Per Diem Allowances for Foreign Areas; updated monthly; see
   *http://www.state.gov/m/a/als/prdm/*

G. Model Subagreement (included if Grant Provision 4 is applicable)

* World Wide Web address is shown if the document is available on line.