# **<u>EXHIBIT 2</u>**

## Online Persian NGO Resources Center and
## Management Training Workshop for Iranian NGOs
Iran

---

**Grantee:**                National Iranian American Council (NIAC)

**Sub-recipient:**          None

**Dates of Project**:       April 1, 2006 – March 31, 2007

**Amount Recommended**:     $107,000          **Fund Source:**       Annual Appropriation

---

The 1979 Iranian Islamic Revolution established a political system based on two contradictory elements:  a republic of equal and sovereign citizens and a hierarchal theocracy of pastoral power descending from an unelected religious leader.  The political culture remained authoritarian as the regime tried to dominate all public space and every autonomous public institution.  In 1997, eight years after the demise of the revolution's leader Ayatollah Khomeini, the overwhelming majority of Iranians realized the political contradictions within the regime and pinned its aspiration for democratic reforms on electing President Mohammed Khatami in 1997.  By 2000, the reform movement controlled the legislative council and launched a campaign to implement reforms, ensure a separation of powers, reform the judiciary, and purge the security forces of religious extremists.

This reform movement was eventually stymied by stricter authoritarian elements in the government.  The persistent blockage and rollback of reforms led to widespread dissatisfaction among Iranians.  Discontent was clearly demonstrated in the June 2005 presidential elections during which millions of Iranians debated whether to go to the polls and fulfill their franchise or boycott the elections in protest over what many considered the stagnation of reform and manipulation of the electoral process by the conservatives.  The eventual election of Mahmoud Ahmadi-Nejad, the fundamentalist former mayor of Tehran, only helped to build the perception for many that real change in the country will come from civil society, not the government.

In order to bridge the gap between Iranian groups and international NGOs and donors, the National Iranian American Council (NIAC), a nongovernmental organization registered in January 2002, seeks renewed Endowment support to conduct a three-week training program on project design and grant writing for a group of 14 Iranian civil society leaders. This training program will be held in either Turkey or Cyprus. During and after the training workshop, NIAC will work with the 14 participants to assist them in designing a project to be implemented inside Iran and developing grant proposals for their prospective projects.

NIAC, based Maryland, is dedicated to promoting Iranian-American participation in American civic life.  Its executive director, Trita Parsi, is a Ph.D. student at Johns Hopkins University's School of Advanced International Studies. Besides the Endowment's funding, NIAC receives funding from the Ahoora Foundation, an educational organization based in Texas, and individual donations and membership fees.

**Online Persian NGO Resources Center and
Management Training Workshop for Iranian NGOs**
Iran

---

**Grantee:**             National Iranian American Council (NIAC)

**Sub-recipient:**       None

**Dates of Project**:    April 1, 2006 – March 31, 2007

**Amount Recommended**:  $107,000        **Fund Source:**     Annual Appropriation

---

### I.   BACKGROUND:

The 1979 Iranian Islamic Revolution established a political system based on two contradictory elements: a republic of equal and sovereign citizens and a hierarchal theocracy of pastoral power descending from an unelected religious leader. The political culture remained authoritarian as the regime tried to dominate all public space and every autonomous public institution. In 1997, eight years after the demise of the revolution's leader Ayatollah Khomeini, the overwhelming majority of Iranians realized the political contradictions within the regime and pinned its aspiration for democratic reforms on electing President Mohammed Khatami in 1997. By 2000, the reform movement controlled the legislative council and launched a campaign to implement reforms, ensure a separation of powers, reform the judiciary, and purge the security forces of religious extremists.

This reform movement was eventually stymied by stricter authoritarian elements in the government. The persistent blockage and rollback of reforms led to widespread dissatisfaction among Iranians. Discontent was clearly demonstrated in the June 2005 presidential elections during which millions of Iranians debated whether to go to the polls and fulfill their franchise or boycott the elections in protest over what many considered the stagnation of reform and manipulation of the electoral process by the conservatives. The eventual election of Mahmoud Ahmadi-Nejad, the fundamentalist former mayor of Tehran, only helped to build the perception for many that real change in the country will come from civil society, not the government.

Today Iran is confronting momentous social, economic, and political problems. The population has doubled in size since the 1979 revolution while economic resources have significantly dwindled. The country's overwhelmingly young population is urban and educated; its aspirations are fundamentally modern, secular, and middle class. Irrespective of the reform movement's setbacks and lack of real prospects, many of the reformers have found strength and a new ally in the rapid growth of grassroots civic groups. These groups are probing and testing the political space for independent activity. Despite many political and legal restraints, civil society has proven resilient, effective and continue to expand activities and increase in numbers.

However, Iranian NGOs continue to lack basic skills such as NGO management, fund raising, and recruitment. Their problem stems from a lack of access to information and potential sources of funding. The inability to acquire funding inside Iran or seek funding from

international donors has also proven to be a major hurdle for the growth of independent NGOs in Iran.

## II. **PROJECT OBJECTIVES:**

- To foster cooperation between Iranian NGOs and the international civil society community.

- To strengthen the institutional capacity of NGOs in Iran.

## III. **PROJECT ACTIVITIES:**

The National Iranian American Council (NIAC) seeks renewed Endowment support to conduct a three-week training program on project design and grant writing for a group of 14 Iranian civil society leaders. This training program will be held in either Turkey or Cyprus. During and after the training workshop, NIAC will work with the 14 participants to assist them in designing a project to be implemented inside of Iran and developing grant proposals for their prospective projects.

**Selection of workshop participants:** NIAC will develop a list of potential participants for its proposed workshop program. The selected participants will have the capacity to absorb the knowledge and training they gain through the workshop and be able to transfer that knowledge to their colleagues inside Iran. NIAC's Project Director, Dr. Mohammad Mansouri, will travel to Iran and spend three weeks interviewing potential participants of the workshop. Dr. Mansouri will evaluate each potential participant based upon the current activities of their organizations in promoting democracy and their capacity to transfer knowledge to NGO colleagues inside Iran. Mr. Mansouri will choose 14 participants from seven NGOs that best fit NIAC's requirements.

**Selection of workshop material:** The material for the workshop has already been developed by NIAC. Dr. Mansouri, who has NGO management expertise, has translated and adopted literature on NGO management to fit the particular cultural and political circumstances of Iranian NGOs. The material will address the topics of project design and grant writing. The objectives of the workshop are to provide the participants with knowledge and real-world experience in the areas of project design, implementation, and grant writing. NIAC will also assist the participants in reaching out to the international donor community for funding of their potential projects.

**Workshop structure:** The workshop, which will be led by Dr. Mansouri and a second trainer, will be divided into three components:

- **Day 1-5**: Initial theoretical training in project design, project management, and grant writing through various group exercises and interactive methodology.

- **Day 6-13**: An intensive internship with local NGOs in the host country to give the participants real-world experience in project design, project management, and grant writing.

- **Day 14-16**: Participants will develop a project to be implemented inside Iran upon their return. As part of the project development component, participants will create a

grant proposal for their respective NGO. NIAC will assist them in designing the project and in writing a grant proposal.

**Selection of the host NGOs in Cyprus or Turkey:** NIAC will develop a list of potential NGOs to be considered as hosts for the one week intensive internship portion of the project. The host organizations will be selected based on their field of work and their involvement in promoting democracy. NIAC will work with Endowment staff in identifying these organizations in the host country. A NIAC representative will visit the host country prior to the workshop to finalize details and logistics of the intensive internships. NIAC will seek partnership of one local NGO in arranging the workshop logistics.

**Follow-up after the workshop:** NIAC will facilitate further partnership and communication between the workshop participants and the host NGOs. NIAC will also continue working with the participants to provide them with the necessary technical support and expertise in completing the grant proposal for their prospective project.

## IV.     EVALUATION:

Objective - To foster cooperation between Iranian NGOs and the international civil society community.
- Track the number of submitted and accepted grant/funding proposals from the participating Iranian NGOs to the international donor community.

Objective - To strengthen the institutional capacity of NGOs in Iran.
- Pre- and post-training evaluation questionnaires will gauge the change in NGO management knowledge and grant writing skills of workshop participants.


## V.     ORGANIZATIONAL BACKGROUND:

The National Iranian American Council (NIAC), a nongovernmental organization registered in January 2002 as a 501(c)(3) educational organization in Maryland is dedicated to promoting Iranian-American participation in American civic life.  The NIAC website (www.niacouncil.org) is the main vehicle to facilitate the exchange of information and resources among Iranian-American organizations.  Its executive director, Trita Parsi, is a Ph.D. student at Johns Hopkins University's School of Advanced International Studies with a Master's degree in international relations from Uppsala University and a second Master's degree in economics from the Stockholm School of Economics.  In 1997 Mr. Parsi founded Iranians for International Cooperation, one of the first Iranian advocacy groups promoting Iranian-American interests.   Other board members include Ms. Marjan Ehassi, director of legal programs, and member of the New York Bar and the Law Society of Upper Canada; Mr. Alex Patico, treasurer and an expert with twenty years experience in nonprofit organizations; and, the Honorable Jim Moody, former Congressman of the 5th district of Wisconsin (1983 – 1993).

Dr. Mohammad Mansouri, NIAC's project manager, has worked as management consultant and system analyst in several national projects for Iranian NGOs. He is also a founder of several NGOs in which he has held managerial positions. He has researched extensively on behaviors of complex systems. He is a frequent lecturer on the Iranian NGO sector, as well as the topics of project management, system design and analysis, social and economic development, and modernity. Dr. Mansouri has conducted various seminars and also instructed on management topics at George Washington University, the International

Center for Dialogue among Civilizations, the University of Tehran, and Sharif University of Technology. Dr. Mansouri holds a Doctor of Science degree from the George Washington University in Engineering Management. He received his Master's from the University of Tehran and his Bachelor's from Sharif University of Technology in Industrial Engineering.

Since 2003, NIAC has received two grants from the NED; one for a media workshop in Iran which was successfully carried out in January 2004, and a second in 2005 for the Online NGO Resource Center.  Besides the Endowment's funding, NIAC receives funding from the Ahoora Foundation, an educational organization based in Texas, and individual donations and membership fees.

## VI: BUDGET:

NIAC received NED grant of $25,000 in FY2002 and $64,000 in FY2005 and it requests the following budget for FY 2006:

PROGRAM COSTS

Salaries, partial
    Project Director / workshop instructor ($1354 per month)      $16,248

Space and Utilities
    Office rent including utilities      16,200
        ($1350 per month)

Supplies and Equipment
    Office supplies, including stationary      480

Communications and Postage
    Phone and fax ($100 per month)      $1,200
    Postage ($80 per month)      960
         2,160

Travel and Per Diem
    Travel:
        International travel (DC-Tehran) one person      1,500
        Domestic travel in Iran      200
        International travel (DC-Turkey or Cyprus) 2 people      3,000
        Regional travel (Iran-Turkey or Cyprus) 14 people      5,600
    Per Diem:
        Per diem in Iran (one person for three weeks)      840
        Lodging in Turkey or Cyprus (16 people for 18 nights)      20,160
         31,300

Contractual Services
    Project Manager (25 hours per month x $30 x 12 months)      9,000
    Book keeper ($70 per month for 12 months)      840
    Second workshop trainer      3,000
    Honorarium to host organizations for internships ($800 per org)      5,600
    Local staff at host organization for workshop      5,000

|  |  |  |
|---|---:|---:|
|  |  | 23,440 |
| Other Direct Costs |  |  |
|     Printing ($50 per month) | 600 |  |
|     Internet Advertisement ($250 per month) | 3,000 |  |
|     Web-hosting | 300 |  |
|     Conference room rental in Turkey or Cyprus ($300 per day) | 2,700 |  |
|     Refreshments for workshop participants and trainers ($40 per day) | 10,240 |  |
|     Bank fees | 332 |  |
|  |  | 17,172 |
| TOTAL |  | <u>$107,000</u> |

The Endowment staff recommends a grant of $107,000.

**INTERIM ASSESSMENT**
**IRAN : ONLINE NGO RESOURCE CENTER**
**Grant # 2005-304**

**Objectives:**
The stated objectives of the project being assessed in this document are:

- To foster cooperation between Iranian civic groups and international civic groups and foundations.
- To strengthen the capacity of civic organizations in Iran on the use of fund raising and project development tools.

**Summary of Activities:**

The NGO Resource Center website (http://www.ngoresources.org) was designed and launched in August 2005. The website initially contained more than 180 pages in Persian on NGO management and capacity building. The contents were based on a comprehensive literature review where the English texts were translated and adopted into the Iranian NGOs particular cultural context. NIAC has since developed two new sections to the website: organizational assessment tools and organizational evaluations.

Due to extensive web advertisement on Gooya.com, Iranian.com, and Payvand.com (three prominent Iranian independent news sites) more than 200 NGOs inside Iran have contacted NIAC via the web site. These NGOS are seeking advice and assistance with various management, capacity building or fundraising issues. Most of these NGOs are new and virtually unknown to the outside world (as well as to the Iranian authorities). NIAC has developed a database of Iranian NGOs showing greatest potential to participate in future NIAC activities and workshops. Establishing a trustworthy relationship with these NGOs has been a laborious task continuously undermined by the political atmosphere in Iran and tensions between the Iranian government and the outside world.

In order to facilitate the process of connecting Iranian NGOs and international grantors, an online forum was added to the website where users can communicate with each other directly. Also NIAC developed an online database of all international resources and donors for Iranian NGOs based on the category of their work and funding criteria. The NGO Resource Center has successfully advised Iranian NGOs on various management and capacity building issues. In particular, Iranian NGOs have been curious about international funding opportunities and the Center has helped them with project design and proposal writing. NIAC is currently working on developing a new section on grant writing process.

**Assessment:**

NIAC has tracked the number of visitors to the NGO Resource Center website and the local groups that have joined the network of Iranian NGOs via the website. The number of website visitors has steadily increased as NIAC intensified its advertisement campaign and as word of mouth regarding the website has spread. Since its launch in August, the website has had 155,492 hits averaging 419 per day (a very high number for a website in Farsi). According to NIAC's assessment the exchanges between Iranian NGOs and international funding organizations, the Iranian interest in international funding opportunities has been high. Despite the need and want, few Iranian NGOS have the knowledge and to submit a proposal to international foundations. NIAC plans to address these shortcomings in its

forthcoming project through an intensive workshop and internship program. NIAC has been in constant contact with Iranian NGOs regarding the website and its utility. The feedback received thus far has been extremely positive and NIAC staff has been incorporating the suggestions. Certain sections in the e-book are direct results of feedback received from NGOs.

As it is the first online source in Farsi on NGO management and capacity building, the NGO Resource Center website has been a success. The Center has managed to establish direct contact with Iranian NGOs via the Internet in the most remote areas of the country and by avoiding the umbrella organizations that are closely monitored by the Iranian regime. Many of the Iranian NGOs that NIAC has reached are in the greatest need of the services the Center provides. Because they are new and because they do not have access to the existing umbrella and support organizations that exist in Iran.

The Center has been able to help various types of NGOs on small to large management issues, and it has been the only source of support for some newer NGOs. The greatest difficulty that the Center has faced is building confidence with Iranian NGOs. Mindful of the political climate in Iran, US foreign policy toward Iran, and the public discussions in the US media about allocating funds for democracy promotion in Iran, it is not surprising that Iranian NGOs are cautious about working with an American organization. Nevertheless, NIAC and its NGO Resource Center website have performed an extraordinary job in building capacity of Iranian NGOs and fostering cooperation between Iranian civic groups and international civic groups and foundations.

Endowment staff recommends renewed support.