# **EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------x
TRITA PARSI and NATIONAL IRANIAN
AMERICAN COUNCIL,

              Plaintiffs,

    v.

DAIOLESLAM SEID HASSAN,

             Defendant.
---------------------------------------x


DEPOSITION OF MOHAMMAD MANSOURI GARAKANI

New York, New York

Friday, March 12, 2010



Reported by:

ANITA SHEMIN, CSR, RPR

Page 10

Mansouri GARAKANI
 2   A.  That is right.
 3   Q.  Prior to this December 30 time period
 4  when you entered into an attorney-client
 5  relationship with the Pishevar law firm, what
 6  discussions had you with anybody at NIAC about
 7  your e-mails and your computer on which you had
 8  sent those e-mails?
 9   A.  Right after receiving this e-mail, I
10  asked Trita to tell me what this is all about
11  because I didn't know there is anything like that.
12  I just asked him, this is the e-mail I received,
13  about the e-mails.
14        I don't remember even we talked about
15  this, about the computer, the time that it was
16  that the hard disk stopped working.  I just told
17  him on the phone sometime, as far as I remember,
18  and that was not -- I was not working with NIAC
19  back then, and the computer was mine.  So I don't
20  remember if we had any conversation about the
21  e-mails because it was almost a year after I was
22  not even working, had any professional
23  communication or relationship with NIAC.
24   Q.  There is a bunch of times in there.  My
25  question was simply what discussions did you have

Page 11

Mansouri GARAKANI
 2  with Trita Parsi or anyone at NIAC about e-mails
 3  sent to or from your NIAC account when you were
 4  with NIAC in an attempt to recover and produce
 5  them in this litigation which has been going on
 6  since April of 2008?
 7   A.  I am sorry.
 8   Q.  Go ahead.
 9   A.  So you are talking about after
10  September 14, 15th?
11   Q.  No, any discussions with Dr. Parsi.  You
12  told us that after you had this conversation --
13  you had a conversation with him, that is one
14  conversation before that approximately in
15  September of 2009.  Now, did you have any other
16  communications with Trita Parsi, or anybody from
17  NIAC or anybody from the law firm about recovering
18  e-mails or searching your computer for e-mails
19  sent to or from your NIAC e-mail account while you
20  were doing business for NIAC?
21   A.  No, I don't remember any conversation
22  with anyone about this.
23   Q.  In this e-mail, you make reference to
24  what you told us about here a couple of minutes
25  ago, and that was a computer stopped working.

Page 12

Mansouri GARAKANI
 2  That is how you described it, correct?
 3   A.  Right.
 4   Q.  And in here, you say it stopped working
 5  several months ago; that is, on September 15th of
 6  2009.  How much more precise can you get than
 7  that, sometime in 2009?
 8   A.  It was definitely sometime in 2008
 9  before I moved to the New York area.  I -- as far
10  as I recall, it must be before June 2008.
11   Q.  Well, in your e-mail, you said several
12  months ago in June 2008, and June 2008 is like,
13  you know, a year and three months.
14   A.  Yes.
15      MR. NELSON:  Objection, form of the
16   question.
17      MR. KAPSHANDY:  I am not quite finished.
18   Q.  How is it that you are now saying that
19  it was more than a year when you told Mr. Rogers
20  that it was several months ago?
21   A.  I believe that a year and a couple of
22  months is still several months.
23   Q.  When did you move to New York?
24   A.  July 2007.
25   Q.  Yes?

Page 13

Mansouri GARAKANI
 2   A.  2008.
 3   Q.  And you think you tossed the computer
 4  before July 2008?
 5   A.  I am sure that I did that because I was
 6  cleaning out my stuff before moving, so --
 7   Q.  You said it was your computer.  Did you
 8  buy it with your own money?
 9   A.  I bought it with partially money that
10  NIAC's project and partially with my own money,
11  and the understanding was after a year, the
12  computer is going to be mine.
13   Q.  We will get to the financial records
14  later, but tell us a little bit more about that
15  transaction.  When was the computer purchased, by
16  whom and how much was your money and how much was
17  NIAC's or the NED's money?
18   A.  As far as I remember, it was 2005, maybe
19  late spring or spring of 2005 when the computer
20  was purchased, and as far as I remember, it was
21  either 1,100 or 1,200 from moneys from NIAC's
22  money, and the rest was mine and the computer was
23  maybe 14 or $1,500 at the time.
24      MR. NELSON:  I am going to note an
25   objection to the previous question based on

4 (Pages 10 to 13)

Page 14

Mansouri GARAKANI

1  
2   there is no foundation that the money came  
3   from the NED.  That is what you stated in  
4   your question as opposed to NIAC.  
5       MR. KAPSHANDY:  That is fair.  I am  
6   going to clarify that.  
7   BY MR. KAPSHANDY:  
8       Q.  Where was the 1,400 roughly total  
9   computer purchased, and was it with a credit card  
10  and out of whose account?  
11      A.  As long as I remember, it was purchased  
12  with my own credit card, and I was living in San  
13  Francisco at the time, so it was bought through  
14  mail in San Francisco, to the best of my  
15  recollection.  
16      Q.  Do you recall where?  
17      A.  San Leandro.  What do you mean by buy?  
18      Q.  Circuit City or --  
19      A.  I don't remember.  I searched several  
20  things and went for the best deal.  It might be  
21  from Costco.  
22      Q.  What type computer was it?  
23      A.  It was a Dell, but I don't remember the  
24  model or --  
25      Q.  And you got reimbursed from NIAC for  

Page 15

Mansouri GARAKANI

1  
2   approximately $1,100, you say?  
3       A.  I believe so, yes.  I don't recall when  
4   and exactly how long after it, but, yes.  
5       Q.  And it was your understanding that this  
6   was to be used for the NED project, and when the  
7   project was over, you got to keep it?  
8       A.  Yes.  
9       Q.  And how did you come to that  
10  understanding?  
11      A.  Trita Parsi told me that this is going  
12  to be the case.  
13      Q.  Did he have authorization from the NED,  
14  did he say?  
15      A.  I have no idea.  I don't know any side  
16  of his story or NIAC's story.  
17      Q.  That is fair.  We will go through some  
18  of the financial records because there are records  
19  that relate to the purchase of computers and  
20  printers.  
21          I just want to ask you if you know of  
22  any other purchases, computers, printers,  
23  hardware, software, for the NED project other than  
24  this computer that they reimbursed you for?  
25      A.  I have no idea, because I was not at the  

Page 16

Mansouri GARAKANI

1  
2   time or any other time in their office, and I have  
3   no idea about the things that was going on in  
4   their office.  
5       Q.  And what time period are we talking  
6   about when we were doing the NED project?  
7       A.  Say that again.  
8       Q.  What time period -- we will call it the  
9   NED, the National Endowment for Democracy project.  
10  You understand that?  
11      A.  Yes.  
12      Q.  When were you doing that on behalf of  
13  NIAC?  
14      A.  I believe it started sometime in 2005,  
15  and it went on for a year.  As far as I remember,  
16  it was directly National Endowment of Democracy  
17  fund or project, or at least partially.  
18      Q.  What does that mean?  
19      A.  Again, I don't know anything about  
20  financial things behind the project, so I don't  
21  know if part of the overhead was coming from  
22  somewhere else, like from the NIAC's account or  
23  not.  My understanding was that it was partially  
24  from National Endowment of Democracy fund.  
25      Q.  We want to keep this to what you know,  

Page 17

Mansouri GARAKANI

1  
2   so tell us when the project started and when it  
3   ended, as far as you were concerned, like for  
4   example, when you were doing stuff and getting  
5   paid?  
6       A.  Well, it was started in 2005 with a  
7   project that we called it NGO Resources, which was  
8   simply for me to write an ebook as a guideline for  
9   management of NGOs in Persian.  
10          After three, four months, the contract  
11  changed, or the understanding changed to  
12  maintaining the book by adding pages to it, and  
13  the whole maintaining, changing, modification part  
14  was another six to nine months, so I believe the  
15  total was around one year.  
16      Q.  And when did it end?  
17      A.  It must have been in summer of 2006.  
18      Q.  Was there any other work you did for the  
19  NED NGO project?  Is that the only work that you  
20  can think of?  
21      A.  I worked on -- I continued the project,  
22  but I am not sure if it was NED.  That was the  
23  workshop project.  That was kind of an extension  
24  to -- I believe I was only based -- it was only  
25  based on the book.

Page 18

Mansouri GARAKANI

2  Q.  Right.  There were two different grants.
3  There was one before you got involved.  Are you
4  aware of that?
5     A.  No.
6     Q.  Let's not talk about that one, then.
7        And then there were these two that you
8  have just told us about, the ebook, as you
9  described it, and then the workshop project; is
10 that fair?
11    A.  That is right.
12    Q.  And that does correspond to two
13 different grants from the NED.  Are you aware that
14 there were two different grants?  Did you have any
15 involvement in any of the reports?
16    A.  I don't remember, and I don't know if
17 the second project was an NED project at all.
18    Q.  That second project, which we will call
19 the workshop project, ended when?
20    A.  The end of 2006, when we couldn't do the
21 project because of the political circumstances in
22 Iran, because we were supposed to teach NGO
23 leaders as a workshop, but I believe I continued
24 my professional relationship with NIAC until
25 spring or late spring of 2007, so it must have

Page 19

Mansouri GARAKANI

2  been the continuation of the same project, as far
3  as I remember.
4     Q.  Okay.  When did it come to this point in
5  time where you determined the project could not be
6  done?  You said it was in late 2006.  I don't want
7  to put words in your mouth.
8     A.  It was late July or August of 2006.
9     Q.  What work did you do thereafter until
10 early 2007 on this project when you couldn't do
11 the workshop?
12    A.  We continued working on talking to NGO
13 leaders on the phone, that was one part of the
14 project, and we were waiting for another
15 opportunity to probably have the workshop some
16 other time.
17    Q.  And that officially ended when?  When
18 did you finally give up hope of doing it either on
19 the phone or by way of workshop?
20    A.  When the project was over and the grant
21 was over, it was, as I said, spring, late spring
22 of 2007.
23    Q.  Let's back up a second.  We just jumped
24 right here in the middle.  Why don't you tell us a
25 little bit about yourself.  You say you teach at

Page 20

Mansouri GARAKANI

2  Stevens Institute of Technology in Hoboken?
3     A.  Right.
4     Q.  What do you teach there?
5     A.  My expertise is enterprise systems
6  governance.
7     Q.  What does that involve?
8     A.  It involve s management of complex
9  Enterprises and organizations.
10    Q.  What is your position there?
11    A.  I am an assistant Professor or.
12    Q.  Are you teaching any courses right now?
13    A.  Yes.
14    Q.  What courses are you teaching?
15    A.  Fundamentals of Enterprise Systems.
16    Q.  Does any of that involve computers?
17    A.  Not at all.
18    Q.  No, they don't use computers in systems
19 analysis?
20    A.  Everyone uses computers for e-mails and
21 writing reports, but this is a management field.
22    Q.  Does it involve any artificial
23 intelligence topics and subjects?
24       MR. NELSON:  Objection, vague.  Are you
25    asking him whether the course that he teaches

Page 21

Mansouri GARAKANI

2  involves that or the general work he does?
3        MR. KAPSHANDY:  The general work in that
4     department, that is fair.
5        MR. NELSON:  Thank you.
6     A.  It involves recognition Centric Systems,
7  so it involves the concepts of intelligence, or
8  learning or training.
9     Q.  And how long have you been in this
10 department at Stevens Institute of Technology?
11    A.  I moved in July 2008, worked one year as
12 research scientist, and then went on the board as
13 a faculty member.
14    Q.  And prior to in July of 2008 -- we will
15 do this backwards -- what were you doing?  Were
16 you employed anywhere?
17    A.  The only place I was employed was with
18 NIAC for a short period of time.  I believe for
19 the workshop project, I was employed.  I was
20 always worked as consultant, freelance for several
21 NGOs, D.C. and San Francisco area.
22    Q.  What other NGO consulting work have you
23 done besides NIAC?
24    A.  There is a philanthropic organization
25 called Hand Foundation.  I was working with them a

6 (Pages 18 to 21)

```
                                              Page 102
 1              Mansouri GARAKANI
 2   basis?  These are obviously either a Word or PDF
 3   file, but could you recall how you memorialized
 4   this at the time?
 5      A.  No, because I was -- because I was
 6   working on several documents, and it was -- and I
 7   think it was all estimations.  I don't remember
 8   exactly the method.
 9      Q.  What I am getting at, did you sit down
10   at the end of the three months, and it has an hour
11   entry to the tenth of an hour every day for three
12   months?  When did you memorialize it?
13      A.  I really do not remember.
14      Q.  Was it all created at the end of the
15   period when NED asked for time records?
16      A.  I have no recollection.  I had a system
17   for myself to keep track of almost everything
18   during the time I was doing my dissertation just
19   for my personal interest.  So I believe that I
20   must have used the same system, but I -- I vaguely
21   remembered that I did that at some point, but I
22   don't really recall the details.
23      Q.  What is the system that you just
24   mentioned that you used to keep track of during
25   your dissertation?
```

```
                                              Page 103
 1              Mansouri GARAKANI
 2      A.  Like I had the time sheet next to me to
 3   mark what part of my time goes to which part of
 4   the project.  For my own dissertation, I believe I
 5   used the same system for this.
 6      Q.  Is it something that is computerized, or
 7   you wrote it down on a calendar?
 8      A.  Yes, exactly.
 9      Q.  They are all to a tenth to an hour for
10   the most part?
11      A.  Yes.
12      Q.  Sometimes it is 9.1 hours, sometimes it
13   is 9.5?
14      A.  Yes.  I had an estimation of taking a
15   look at the clock, and every six minutes is
16   obviously a tenth of the time.
17      Q.  But at some point in time, you sent this
18   along to NIAC?  Pursuant to your arrangement with
19   them as a consultant, they asked you for these
20   time records?
21      A.  Yes.  They said -- I don't remember why,
22   why was I asked for that.
23      Q.  Was it perhaps because NED requested
24   time records?
25      A.  I have no idea.
```

```
                                              Page 104
 1              Mansouri GARAKANI
 2      Q.  In any event, we have also marked as
 3   your Exhibit No. 12, which I have already showed
 4   you, I would just ask you to confirm for the
 5   record that Exhibit 12 is the -- shall we call it
 6   the book or the resource that was translated into
 7   Farsi by you?
 8      A.  Right.  I am not sure if it is all of
 9   the documents, but it's probably just the body of
10   the book.  There were a lot of amendments and
11   supplements to it that we added, and they were not
12   necessarily of the nature of text, they were like
13   the list of American NGOs, list of European NGOs
14   that offer grants to other countries like Iran or
15   to Iran.
16      Q.  As part of either of these NED grants,
17   was NIAC supposed to put together a newsletter?
18      A.  I recall that we discussed it like
19   having a newsletter and sending news related to
20   grants or news related to the list of our
21   registered NGOs, but I don't think we were able to
22   do it.  I don't know if it was one part of the
23   scope or not at all, but I have, again, a very
24   vague memory of that newsletter thing.
25      Q.  That is fair.  I will show you some
```

```
                                              Page 105
 1              Mansouri GARAKANI
 2   documents in a minute that maybe will refresh your
 3   recollection, but for the time being, you do not
 4   recall any newsletters done as part of the
 5   project?
 6      A.  It was not done.
 7      Q.  Let me ask you about other expenses
 8   related to the project, such as when you went to
 9   Turkey and Iran, I take it that got reimbursed
10   somehow?
11      A.  It was.
12      Q.  How did that work, you charged it and
13   they reimbursed you?
14      A.  Yes.
15      Q.  By they, I mean NIAC.
16      A.  Yes, of course.  But I don't remember
17   what was the system.  I think I kept the receipts,
18   gave them all to Trita Parsi, and he took care of
19   everything else.  I am not sure if it was exactly
20   reimbursement because they had some limitations of
21   budget.  I collected everything in an envelope or
22   something and with receipts and gave it to Trita
23   Parsi.
24      Q.  Same thing for phone bills?
25      A.  Yes.  Yes, phone bills were all from
```

TransPerfect Legal Solutions
212-400-8845  -  Depo@TransPerfect.com

Page 122

Mansouri GARAKANI

long, long time ago.
   Q.  In the context of which project, one or both of them?
   A.  The book.
   Q.  And unlike this first project, you are saying other than using Hamyaran's website, you didn't have any dealings with Hamyaran when either doing the second or third NGO project?
   A.  I was not even involved with -- I knew some of these people of NIAC, I mean.
   Q.  Which people, I meant to ask?
   A.  Trita, I knew.
   Q.  How about the people mentioned here?
   A.  I know the writer, Dokhi Fassihian.
   Q.  How do you know her?
   A.  She was the executive director of NIAC for many, many years, including the year I was working on the book.  I have seen her.  The Iranian American community of Washington, D.C., is really not that big, and people see each other on poetry nights, and social gatherings, and meetings and talks, so I knew of her and I know her, but she left NIAC, I believe, in 2005, as far as I remember, to join another NGO.

Page 123

Mansouri GARAKANI

   Q.  And the second NGO project began when in 2005; do you recall?
   A.  The second, you mean workshop?
   Q.  No, no.  The second one for NIAC, the first one for you, when did that begin?
   A.  It was in 2005.
   Q.  Exhibit 11 reflects April of 2003.
   A.  Yes, that must be it.
   Q.  Were you in D.C., or did you move to California?
   A.  I moved to D.C.
   Q.  In April 2005, you were still working in D.C. when you worked on that NGO project?
   A.  That is correct, and I was working with another non-profit organization at the time, too, in the D.C. area.
   Q.  Where did you do that work, from your home, mostly?
   A.  Actually, I had an office in their place.
   Q.  Whose place?
   A.  At the other organization.
   Q.  Okay.
   A.  Iranian American Technologies Council,

Page 124

Mansouri GARAKANI

something like that.
   Q.  Where was that?
   A.  It was in Northern Virginia where my university office was.
   Q.  To be clear, at any point in time for either of the two projects, did you have office space at NIAC's offices?
   A.  Not at all.  I have visited them during those two last years that I worked because I was coming for meetings.  We had a short meeting in the office and going to, you know, our meeting to somewhere else, but I never ever had a place in their office.
   Q.  Let me hand you what we will mark as your Deposition No. 16, which for the record, I will represent purports to be a report from August 2, 2004 by NIAC on the NGO capacity building project, which relates to the first one described in Exhibit 15.
       (8/2/04 report by NIAC on the NGO
       capacity building project marked Mansouri
       Exhibit 16 for identification.)
BY MR. KAPSHANDY:
   Q.  Is that fair?  I know you haven't had a

Page 125

Mansouri GARAKANI

chance to read it, but just from the time period, we know it is not either the projects you worked on, correct?
   A.  That is correct.  I don't know anything about it.
   Q.  During any of the two projects that you were involved with NIAC, did you ever see this NIAC capacity building project?
   A.  No, this is the first time I am seeing such a report.  If I did, I wasn't paying attention.
   Q.  I don't want to spend too much time on it, other than first I would ask, does this look like official NIAC letterhead?
   A.  It looks official to me, yes.
   Q.  And I am sure I will have a chance to ask others about this, but if you turn to Pages 2 and 3, directing your attention to a partner, Hamyaran.
   A.  Right.
   Q.  Do you see right above that, the sentence that begins "In the fall of 2003, NIAC met one executive director of Hamyaran, Baquer Namazi, in Washington, D.C., and agreed that the

32 (Pages 122 to 125)

Page 134

Mansouri GARAKANI

1  you previously told us in relation to Exhibit 14,
2  which are the August 2007 phone records, that that
3  was pretty much your recollection of the last
4  communications you had with people in Iran?
5      A.  That is right.
6      Q.  We will have to ask him about that.
7      A.  It stopped.  Whatever it was, it stopped
8  around August in 2007, so I was not even in touch
9  with them.  I was involved with my own other
10 projects and stuff, and --
11     Q.  What did you --
12     A.  -- this is really new to me.
13     Q.  What did you start doing in August of
14 2007?  What was your new project?
15     A.  I was working on some scientific -- I
16 decided to do back to academia.  I started making
17 connections with academics and do some projects
18 for universities.
19     Q.  When did you start at Stevens Institute
20 of Technology?
21     A.  The beginning of July 2008.
22     Q.  Back to the Exhibit 17-A, the single
23 page summary.  If you can pull that up.  I think
24 you have it.

Page 135

Mansouri GARAKANI

1      A.  Yes.
2      Q.  There are a few line items I would like
3  to ask you about.
4      A.  Sure.
5      Q.  "Advertising:  6,275," do you see that?
6  $6,275, do you see that?
7      A.  Yes.
8      Q.  Were you involved in procuring that
9  advertising?
10     A.  No.  Advertising for -- I don't even
11 understand what was this for.
12         MR. NELSON:  You answered the question.
13     Q.  Go ahead.  That is fine.
14     A.  No, I was not -- I was not supposed to
15 advertise, I was just supposed to write a book.
16         Is that the first project?
17     Q.  This is the two combined.  If you know
18 of any advertising related to either project,
19 maybe you can help us with that.
20     A.  One part of advertising for -- was to
21 find the NGOs in Iran and invite them to see our
22 website, which I did through those lists, calling
23 them, asking from people what -- if that is called
24 advertising, but part of it was making banners and

Page 136

Mansouri GARAKANI

1  e-mails and -- mass e-mails, which I had nothing
2  to do with it.
3      Q.  Who did it?
4      A.  Probably in the office, but I believe I
5  was cc'ed.  So I have a memory of receiving some
6  banners saying this is going to be the project of
7  the book.
8      Q.  I think when we get to some of the line
9  items, that may help.  Looking at "Consulting:
10 $71,744.50," do you see that?
11     A.  Yes.
12     Q.  Is it your understanding that the vast
13 majority of that was for paying for you
14 approximately $50,000?
15     A.  The majority of it, yes, but definitely
16 it is not all.
17     Q.  It is not all?
18     A.  No, definitely not.  And I don't know
19 where else it has gone.
20     Q.  Do you see "Office supplies"?  Do you
21 see that?
22     A.  Yes.
23     Q.  Do you have any idea what that is for?
24     A.  I have no idea.

Page 137

Mansouri GARAKANI

1      Q.  Maybe you will see as we go through.
2          What about "Rent: $315,000," were you
3  renting any space?
4      A.  No.
5          MR. NELSON:  To be clear, when you say
6  you, who are you referring to?
7          MR. KAPSHANDY:  To Dr. Mansouri
8  personally.
9      A.  I didn't rent any office space anywhere.
10     Q.  Do you have any idea if NIAC was renting
11 any space anywhere for the project, did it ever
12 come up in any discussions that you had with NIAC?
13     A.  No.  It never came up, no.
14     Q.  When you were at NIAC's offices, did
15 they have a separate room for the NED project
16 where you oversaw people doing only NED work?
17     A.  No.  Their offices, the ones that I have
18 seen, were not that extensive and big.  We are
19 talking about office of a start-up NGO, so there
20 were some working spaces that they shared.
21     Q.  Shared with whom?
22     A.  With interns.  There were people coming
23 and going, as far as I know.  A lot of interns, a
24 lot of administrative jobs was going on, like the

35 (Pages 134 to 137)

TransPerfect Legal Solutions
212-400-8845   -   Depo@TransPerfect.com

Page 138

Mansouri GARAKANI

 2  people who were -- release news, news release,
 3  what do you call it -- so there was space going
 4  and coming, not necessarily permanently, as far as
 5  I know, so they were sharing space.
 6      Q.  How many times were you at NIAC's
 7  offices over the years?
 8      A.  It would be fair if I say like something
 9  between five, six, seven times, not really more
10  than that.  And it was not for work, it was for
11  meeting and then going somewhere else for a
12  meeting.
13      Q.  You didn't do any of your NED work -- I
14  think we covered that already.
15      A.  Right.
16      Q.  Do you know Emily Blaut?
17      A.  Yes.
18      Q.  Did you know her only through your work
19  at NIAC?
20      A.  Yes.
21      Q.  How well do you know her?
22      A.  Just she was kind of a liaison, like
23  somebody who was in touch with the Capitol Hill
24  people, as far as I know, but I have seen her
25  outside of the office, too.

Page 139

Mansouri GARAKANI

 2      Q.  In what context?
 3      A.  Parties and gatherings.  Like, you know,
 4  because they have Persian community in D.C. have
 5  like this gathering every month on Thursday nights
 6  that everybody goes to, hang out and catch up.  I
 7  have seen her several times in those things.
 8  Those type of context, not related to work.
 9      Q.  I mean, I was a little amused that I saw
10  the e-mail that was produced last night on
11  November 30 addressing her as "lovely Emily,"
12  which is more familiar than what you use with a
13  work colleague, it might get you into trouble in
14  some places.  I am not accusing you of anything,
15  it seemed like you knew her pretty well from the
16  title.
17      A.  This is just like a culture of Iranians,
18  we are overly friendly for no reason and call it
19  like -- we have a word for it that you guys don't
20  have in English, it is taroff, which is like
21  saying things that you don't necessarily mean just
22  for the purpose of being nice.
23      Q.  You were flattering her, perhaps?
24      A.  Yes.
25      Q.  Which is understandable, although as you

Page 140

Mansouri GARAKANI

 2  may know, those sorts of things can get you into
 3  trouble in the workplace if they are
 4  misunderstood.
 5          In any event, did she have anything to
 6  do with the NED project that you are aware of?
 7      A.  I am not aware of.  I don't believe she
 8  did.  She was a person in touch with, as I said,
 9  Capitol Hill.  She was involved in the other type
10  of activities that NIAC was doing, and I have no
11  idea of that part.
12      Q.  We are not going to spend your time on
13  that.  Focusing on the NED project or the NGO
14  projects, you will see travel and entertainment
15  expenses were approximately 73,048.58.  Do you see
16  that towards the bottom?
17      A.  Yes.
18      Q.  Do you recall roughly how much your trip
19  to Iran was reimbursed for?
20      A.  About 2,000.
21      Q.  In fact --
22      A.  Something like that.
23      Q.  To be fair, let's see if we can direct
24  you to a line item here that might help us on
25  this.  If you look at Exhibit 17-D, which breaks

Page 141

Mansouri GARAKANI

 2  these down by subject matter and date, and turn
 3  all the way to Page 7.
 4      A.  Yes.
 5      Q.  Under "Travel and Entertainment," you
 6  will see two checks to Mohammad Mansouri for
 7  domestic travel in Iran and per diem for $1,040,
 8  reimburse for hotel of 2,446.81.  If you go to the
 9  next line travel, D.C. - Iran, $1,500.  Those
10  three items, do you see those?
11      A.  I can't find them, yet, but -- here?
12      Q.  Thanks.
13      A.  Thanks.
14      Q.  All I am asking right now, does that
15  refresh your recollection as to roughly how much
16  you were reimbursed for your travel there?
17      A.  34.
18      Q.  Actually, I may have misspoken.  A
19  fourth line for 1,184.85, do you see that?  Those
20  are from 2006, let's focus on those.
21          Can you tell us, obviously there is some
22  for hotel and per diem, what is the 1,500 for as
23  opposed to travel for 1,184?
24      A.  I had my ticket to Istanbul, Turkey.  I
25  don't -- I don't really remember the details of

TransPerfect Legal Solutions
212-400-8845   -   Depo@TransPerfect.com

Page 146

Mansouri GARAKANI

1 is why I have a recollection of it.
2  Q. A banner advertising what?
3  A. The book, the Iranian, the
4 NGOresources.org, any book for teaching, that type
5 of banner.
6  Q. Did you ever hear that the NED requested
7 NIAC to send them proof of these ads, and NIAC was
8 never able to do that?
9  A. I was not involved in any of this, I
10 don't know.
11  Q. Nobody from NIAC came to you and said,
12 hey, do you have copies of those ads we ran for
13 the NGO project?
14  A. Asking me? No. As I said, I was just
15 notified probably through a cc in an e-mail.
16  Q. While we are with this exhibit, why
17 don't you turn to Page 2 under "Fundraising
18 Program Expenses." Do you see that?
19  A. Yes, sir.
20  Q. Now, in February and March of 2008,
21 there are a bunch of charges to FTD.com. Do you
22 see those?
23  A. Yes.
24  Q. Now, again, since this is after the

Page 147

Mansouri GARAKANI

1 project, do you have any idea what NIAC was
2 purchasing from FTD.com for the NGO project?
3  A. I don't even know what FTD is.
4  Q. It's a florist company.
5  A. A florist?
6  Q. Florist Transworld Delivery.
7  A. I have no idea.
8  Q. Assuming that is true, do you have any
9 idea why NIAC would be using the NGO resources
10 funds for flowers?
11     MR. NELSON: Objection, calls for
12   speculation.
13  Q. If you know?
14  A. I don't know anything about it.
15  Q. Do you know the names of any of those
16 people in parenthesis after FTD.com, like Ali
17 Golchin?
18  A. I have heard some of them, but the only
19 one that I know is Mohammad Navab because he was
20 on the board.
21  Q. Of what?
22  A. Of NIAC for a while. I don't know if he
23 is or not, but I don't know any of them. I have
24 heard of Chegini, but I don't know who he is.

Page 148

Mansouri GARAKANI

1  Q. As far as you are aware, did any of them
2 have any involvement in the NED NGO project?
3  A. No.
4  Q. Turning to the next page, the top of
5 Page 3, the second entry, Cision US, Inc., Medica
6 database, do you see that?
7  A. Yes.
8  Q. In February 2008 for $27.50. Do you
9 have any idea who that vendor is and what they
10 were providing in February of 2008 for the NGO
11 project?
12  A. No idea. I don't know this company, and
13 I have no idea.
14  Q. If you could look on Page 3 under
15 "Postage and Delivery," there are a lot of entries
16 there in nice round even numbers for postage meter
17 to 1214, postage meter to 119 --
18  A. Yes.
19  Q. -- $100, $100, postage meter to 26, that
20 is in 2006 for $450. *****
21  A. Yes.
22  Q. Let me ask you this: Were you mailing
23 anything to anybody in Iran?
24  A. No.

Page 149

Mansouri GARAKANI

1  Q. Was NIAC mailing anything to anyone in
2 Iran for this project?
3  A. Not that I know of.
4  Q. The payments are in nice round even
5 numbers, which is kind of unusual for postage, and
6 they are payable to NIAC. Do you see that?
7  A. Yes, sir.
8  Q. My question for you is: Do you have any
9 idea what NIAC was mailing and charging to the NED
10 account in 2006?
11  A. Not at all.
12  Q. Now, if we turn to the next page under
13 "Professional Fees and Consulting," in particular
14 consulting --
15  A. Yes.
16  Q. -- we see --
17     MR. NELSON: I am just going to note
18   from the point that we began talking about
19   Exhibit 17, a continuing objection. This
20   document relates to NGO resources project, it
21   does not say NED project. So there has been
22   an assumption all along here that all of
23   these relate to the NED project, and there
24   has been no foundation that this just relates

38 (Pages 146 to 149)

Page 158

Mansouri GARAKANI

of the book itself. It has a lot of -- it had a lot of documents related to the sources of money, sources of information in different languages for NGO resources.

Q. How did you do that updating of the content? Did you personally access the server and do it?

A. It is Wiki based, like Wikipedia. Everyone could do that. Sean choose to make it in that context because I am very illiterate when it comes to computers and many other topics, particularly with computers, so it was very easy. It was like copy the text, paste, send it up and it was there.

Q. So you posted it directly on the website?

A. Yes.

Q. And how long was this website active?

A. I was not following after 2007, but it was active until the time we were working on this project.

Q. Until about August of 2007, you are saying?

A. I don't remember if I checked the last

Page 159

Mansouri GARAKANI

month, but it was on for that period of time.

Q. You are aware from the e-mails that the NED had trouble finding some of the information that was supposedly posted on the website? You are aware that NIAC was getting inquiries as to where the content was?

A. Then you can see that I -- if you are referring to the e-mails --

Q. That we marked already.

A. Yes.

-- then in my response, it was the link to where it is.

Q. And they had inquiries about, for example, where are the newsletters, and I believe you told us no?

A. We never went through a newsletter, and the major reason was that they were not so many NGOs registered, so it is worth it to send a newsletter.

Q. Let's continue to look at these. You see $31,000 worth of rent on Page 6. Looking at that, I believe you already testified you have no idea what NIAC was renting for that amount of money?

Page 160

Mansouri GARAKANI

A. That is correct, I have no idea.

Q. And the same thing with supplies? For example, on November 12, 2005, we see "Laptop computer: $1,300." Do you see that? 1,293 and 33, I round it to 1,300.

A. Yes.

Q. Do you have any idea what laptop computer was purchased with the NGO funds?

A. Other than the one that I purchased?

Q. Right. And that one, I believe you said, you purchased and were reimbursed?

A. Yes.

Q. This a check for NIAC for a computer.

A. Oh, I have no idea.

Q. And hundreds of dollars worth of ink cartridges, anything printed and sent to Iran, it was all web based?

A. Yes, and I don't know what was going on in the office anyways.

Q. Now, just looking globally at the telephone charges on Pages 6 through 7, there is some for you for $25.50 for your cell phone. It sounds like what you were describing earlier, they paid a certain percentage for your cell phone?

Page 161

Mansouri GARAKANI

A. Yes, sir.

Q. Then there are hundreds of dollars of payments to NIAC for phone from 2005 through the end of 2007?

A. Yes.

Q. Do you have any idea what and who NIAC was calling that it was charging the NGO project for?

A. I have no idea.

Q. I mean, there are a couple for you. You will see in March of 2006, call to Iran, $348.93. Do you see that?

A. Yes.

Q. That is different from the ones we have seen before?

A. I believe so, but this is like the month before I was going, so I had a lot of conversations.

Q. So maybe there is some backup for that, we just don't have it in the ones that we have marked?

A. Exactly.

Q. It continued after when the project is concluded that it can't be done, starting in July

41 (Pages 158 to 161)