# **EXHIBIT 4**

5:03 PM
11/09/09
Cash Basis

## N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| **NGO Resources - NGO on Line** | | | | | | |
| Deposit | 4/22/2005 | | National Endowment for Democracy | Initial funds received | 16,000.00 | 16,000.00 |
| Deposit | 8/3/2005 | | National Endowment for Democracy | Add'l Funds Received | 16,000.00 | 16,000.00 |
| Deposit | 11/14/2005 | | National Endowment for Democracy | Add'l funds received | 16,000.00 | 16,000.00 |
| Deposit | 2/16/2006 | | National Endowment for Democracy | Add'l Funds Rec'd | 16,000.00 | 16,000.00 |
| Deposit | 5/30/2006 | | National Endowment for Democracy | Add'l Funds Rec'd | 35,667.00 | 35,667.00 |
| Deposit | 11/22/2006 | | National Endowment for Democracy | Fr: NED for NGO Resources | 26,750.00 | 26,750.00 |
| Deposit | 3/5/2007 | 28885 | Eurasia Foundation | TP: "E-Book" | 18,520.00 | 18,520.00 |
| Deposit | 6/22/2007 | | National Endowment for Democracy | NGO Resources | 12,640.00 | 12,640.00 |
| Deposit | 2/13/2008 | | National Endowment for Democracy | Bal of grant from NE for NED Prjct | 2,899.00 | 2,899.00 |
| **Total NGO Resources - NGO on Line** | | | | | | 160,476.00 |
| **Grants** | | | | | | |
| Deposit | 10/3/2007 | | Eurasia Foundation | Fr: Eurasia Foundation | 49,875.00 | 49,875.00 |
| Deposit | 3/31/2008 | 29505 | Eurasia Foundation | Refund of Grant Fr: Eurasia Foundation | -36,316.00 | -36,316.00 |
| **Total Grants** | | | | | | 13,559.00 |
| **Advertising** | | | | | | |
| Check | 10/4/2005 | 1029 | NIAC | Web Banner - Gooya.com | -450.00 | -450.00 |
| Check | 10/10/2005 | 1031 | NetNative | Internet Ad | -450.00 | -450.00 |
| Check | 11/22/2005 | 1039 | NIAC | Iranian.Com | -1,000.00 | -1,000.00 |
| Check | 12/26/2005 | 1045 | NIAC | Internet (Gooya.com) | -450.00 | -450.00 |
| Check | 1/4/2006 | 1046 | NetNative | Internet Ad | -450.00 | -450.00 |
| Check | 3/31/2006 | 1065 | NetNative | Internet Ad Invoice 3/30 | -450.00 | -450.00 |
| Check | 12/31/2006 | 1070 | NetNative | Chk was never cashed (Wrote off 12/31... | -450.00 | -450.00 |
| Deposit | 12/31/2006 | 1070 | NetNative | To write off OLD O/S chk (3/31/06) | 450.00 | 450.00 |
| Check | 2/22/2007 | 1124 | NIAC | | -750.00 | -750.00 |
| Check | 5/30/2007 | 1128 | NIAC | Ads | -750.00 | -750.00 |
| Check | 6/25/2007 | 1140 | NIAC | Internet advertising | -1,500.00 | -1,500.00 |
| Check | 10/25/2007 | | Bank Card / Debit Card | Craig's List | -25.00 | -25.00 |
| **Total Advertising** | | | | | | -6,275.00 |
| **Bank Service Charges** | | | | | | |
| Check | 11/8/2005 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 11/18/2005 | Stmnt | Bank Charges | Wire fee | -10.00 | -10.00 |
| Check | 12/8/2005 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 1/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 2/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 2/17/2006 | Stmnt | Bank Charges | Wire fee | -10.00 | -10.00 |
| Check | 3/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 3/28/2006 | Stmnt | Bank Charges | Checks printed | -39.74 | -39.74 |
| Check | 4/10/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 5/9/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 6/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 7/10/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 8/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 9/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 10/11/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |

Page 1

cc: Trita

EXHIBIT 3(3)(20)

5:03 PM
11/09/09
Cash Basis

**N.I.A.C.**
**DETAILED P&L Stmnt - NGO Resources  Project**
All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|------|------|-----|------|------|-----------------|-------------|
| Check | 11/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 11/14/2006 | EFT | Bank Entry | Chks printed | -17.75 | -17.75 |
| Check | 12/8/2006 | Stmnt | Bank Charges | | -10.00 | -10.00 |
| Check | 1/5/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 2/6/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 3/6/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 4/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 5/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 6/6/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 7/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 8/6/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 9/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 10/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 11/6/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 12/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 1/8/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 2/8/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| Check | 3/10/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | -10.00 | -10.00 |
| **Total Bank Service Charges** | | | | | | **-367.49** |
| **Business Meals** | | | | | | |
| Check | 11/8/2007 | | Bank Card / Debit Card | 1400 L St | -82.00 | -82.00 |
| Check | 11/9/2007 | | Bank Card / Debit Card | 1400 L St | -16.25 | -16.25 |
| Check | 11/29/2007 | | Bank Card / Debit Card | 1400 L St | -144.40 | -144.40 |
| Check | 12/6/2007 | | Bank Card / Debit Card | 1400 L St | -16.25 | -16.25 |
| **Total Business Meals** | | | | | | **-258.90** |
| **Donation Processing Fees** | | | | | | |
| Deposit | 4/7/2005 | Stmnt | PayPal | Elect Crdt to verify account | 0.33 | 0.33 |
| Deposit | 4/7/2005 | Stmnt | PayPal | Elect Crdt to verify account | 0.22 | 0.22 |
| **Total Donation Processing Fees** | | | | | | **0.55** |
| **Fundraising Program's Expenses** | | | | | | |
| Check | 6/3/1996 | 1076 | National Endowment for Democracy | To NED - Unspecified Fund | -303.00 | -303.00 |
| Check | 2/29/2008 | | Bank Card / Debit Card | FTD.com | -132.98 | -132.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Moshlegh) | -112.98 | -112.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mohamad Navab) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Hossein Hosseini) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Soudabeh Hodjatzadeh) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Shadrouz Kianouri) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Ali Golchin) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Behrouz Salehian) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Melahat Rafei) | -78.98 | -78.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mehdi Shahoveissi) | -63.98 | -63.98 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mike Chegini) | -63.98 | -63.98 |
| **Total Fundraising Program's Expenses** | | | | | | **-1,229.78** |
| **Internet Related Expenses** | | | | | | |

Page 2

cc: Trita

5:03 PM

11/09/09

Cash Basis

## N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources  Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 5/23/2005 | 1004 | NIAC | Web Hosting - NGO Resources 12 Mos. | -239.40 | -239.40 |
| Check | 2/19/2008 | BnkCrd | Bank Card / Debit Card | CISION US Inc Medica Data Base Initia... | -2,750.00 | -2,750.00 |
| Check | 2/20/2008 | BnkCrd | Bank Card / Debit Card | Survey Monkey.com | -29.90 | -29.90 |
| **Total Internet Related Expenses** | | | | | | **-3,019.30** |
| **Office Expense** | | | | | | |
| Check | 10/10/2005 | 1032 | Void | VOID; Void | 0.00 | 0.00 |
| Check | 3/2/2006 | 1063 | NIAC | B&W copies to 2/16 | -10.70 | -10.70 |
| Check | 7/27/2007 | | | UHaul | -5.00 | -5.00 |
| Check | 8/22/2007 | BnkCrd | Bank Card / Debit Card | CVS | -3.48 | -3.48 |
| Check | 8/30/2007 | BnkCrd | Bank Card / Debit Card | 1100  15th St | -9.51 | -9.51 |
| Check | 10/2/2007 | | Bank Card / Debit Card | Target | -89.99 | -89.99 |
| Check | 10/11/2007 | | Bank Card / Debit Card | 1500 K St | -8.87 | -8.87 |
| Check | 10/22/2007 | | Bank Card / Debit Card | For?  At ??? | -98.51 | -98.51 |
| Check | 10/25/2007 | | Bank Card / Debit Card | At ???  for??? | -105.27 | -105.27 |
| Check | 11/13/2007 | | Bank Card / Debit Card | 1901 L St | -158.60 | -158.60 |
| Check | 3/3/2008 | | Bank Card / Debit Card | PlatinumPro | -330.00 | -330.00 |
| **Total Office Expense** | | | | | | **-819.93** |
| **Postage & Delivery & Net mail** | | | | | | |
| Check | 2/26/2006 | 1050 | NIAC | Postage meter to 12/14 | -100.00 | -100.00 |
| Check | 2/26/2006 | 1049 | NIAC | postage meter to 1/19 | -100.00 | -100.00 |
| Check | 3/2/2006 | 1063 | NIAC | postage meter to 2/16 | -450.00 | -450.00 |
| Check | 4/1/2006 | 1071 | NIAC | Postage meter to 3/14 | -200.00 | -200.00 |
| Check | 7/10/2006 | 1085 | NIAC | postg & phone | -80.00 | -80.00 |
| Check | 7/10/2006 | 1086 | NIAC | rent and phone etc | -80.00 | -80.00 |
| Check | 11/7/2006 | 1102 | NIAC | postage | -240.00 | -240.00 |
| Check | 6/25/2007 | 1135 | NIAC | Postage | -240.00 | -240.00 |
| Check | 8/8/2007 | BnkCrd | Bank Card / Debit Card | USPS | -57.25 | -57.25 |
| Check | 8/30/2007 | BnkCrd | Bank Card / Debit Card | SCI Stamps | -89.61 | -89.61 |
| Check | 10/1/2007 | | Bank Card / Debit Card | Stamps | -15.99 | -15.99 |
| Check | 10/9/2007 | | Bank Card / Debit Card | USPS | -188.60 | -188.60 |
| Check | 10/18/2007 | | Bank Card / Debit Card | SCI Stamps | -77.98 | -77.98 |
| Check | 10/23/2007 | | Bank Card / Debit Card | USPS | -200.00 | -200.00 |
| Check | 11/29/2007 | | Bank Card / Debit Card | SCI Stamps | -15.99 | -15.99 |
| Check | 12/31/2007 | | Bank Card / Debit Card | SCI Stamps | -15.99 | -15.99 |
| Check | 1/29/2008 | | Bank Card / Debit Card | SCI Stamps | -15.99 | -15.99 |
| Check | 2/26/2008 | | Bank Card / Debit Card | USPS | -48.50 | -48.50 |
| Check | 2/29/2008 | | Bank Card / Debit Card | SCI Stamps | -15.99 | -15.99 |
| **Total Postage & Delivery & Net mail** | | | | | | **-2,231.89** |
| **Printing and Reproduction** | | | | | | |
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -13.75 | -13.75 |
| Check | 6/30/2005 | 1013 | NIAC | NGO Resources for 5/05 | -13.75 | -13.75 |
| Check | 8/5/2005 | 1016 | NIAC | NGO Resources 7/05 Inv #5 | -1.65 | -1.65 |
| Check | 8/5/2005 | 1015 | NIAC | NGO Resources 7/05 Inv #4 | -1.10 | -1.10 |
| Check | 8/28/2005 | 1026 | NIAC | NGO Resources 8/05 Inv #6 | -2.75 | -2.75 |
| Check | 10/4/2005 | 1030 | NIAC | NGO Resources 9/05 Inv #1771 | -2.75 | -2.75 |

cc: Trita

5:03 PM
11/09/09
Cash Basis

# N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 5/30/2007 | 1130 | NIAC | | -16.51 | -16.51 |
| Check | 6/25/2007 | 1137 | NIAC | Printing | -150.00 | -150.00 |
| **Total Printing and Reproduction** | | | | | | **-202.26** |
| **Professional Fees** | | | | | | |
| **Bookkeeping** | | | | | | |
| Check | 6/27/2005 | 1011 | Mahnaz Nikki | NGO Rsrcs (5/2 – 6/24/05) | -166.50 | -166.50 |
| Check | 8/12/2005 | 1020 | Mahnaz Nikki | NIAC/NGO's Bkkg 6/24 – 8/5 | -46.25 | -46.25 |
| Check | 3/10/2006 | 1064 | Mahnaz Nikki | NIAC/NGO's Bkkg 8/6 --- 3/8/06 | -247.00 | -247.00 |
| Check | 11/7/2006 | 1104 | NIAC | bookkeeping | -200.00 | -200.00 |
| Check | 11/17/2006 | 1109 | NIAC | Bkkg | -100.00 | -100.00 |
| Check | 11/17/2006 | 1105 | NIAC | Bkkg | -79.00 | -79.00 |
| Check | 5/30/2007 | 1129 | NIAC | | -472.20 | -472.20 |
| Check | 6/25/2007 | 1139 | NIAC | Bookkeeping | -210.00 | -210.00 |
| **Total Bookkeeping** | | | | | | **-1,520.95** |
| **Consulting** | | | | | | |
| Check | 5/1/2005 | 1001 | Mohammad Mansouri Garakani | April '05 | -3,333.00 | -3,333.00 |
| Check | 5/1/2005 | 1002 | Trita Parsi (Cnsltnt) | April '05 | -875.00 | -875.00 |
| Check | 5/23/2005 | 1004 | NIAC | Mar05-- Reimb for Chk#1010 to Trita | -875.00 | -875.00 |
| Check | 6/1/2005 | 1006 | Mohammad Mansouri Garakani | May '05 | -3,333.00 | -3,333.00 |
| Check | 6/1/2005 | 1007 | Trita Parsi (Cnsltnt) | May '05 | -875.00 | -875.00 |
| Check | 6/27/2005 | 1010 | Mohammad Mansouri Garakani | June '05 | -3,333.00 | -3,333.00 |
| Check | 7/1/2005 | 1012 | Trita Parsi (Cnsltnt) | June '05 | -875.00 | -875.00 |
| Check | 8/5/2005 | | NIAC | Reimb For Chk#1085 to Dr. Mansouri for... | -3,333.00 | -3,333.00 |
| Check | 8/28/2005 | 1024 | Mohammad Mansouri Garakani | Aug '05 | -3,333.00 | -3,333.00 |
| Check | 8/28/2005 | 1025 | Trita Parsi (Cnsltnt) | For Aug '05 | -875.00 | -875.00 |
| Check | 9/26/2005 | 1027 | Trita Parsi (Cnsltnt) | For 9/05 | -875.00 | -875.00 |
| Check | 9/26/2005 | 1028 | Mohammad Mansouri Garakani | Sept '05 | -1,666.50 | -1,666.50 |
| Check | 10/26/2005 | 1033 | Trita Parsi (Cnsltnt) | For 10/05 | -875.00 | -875.00 |
| Check | 10/26/2005 | 1034 | Mohammad Mansouri Garakani | Oct '05 | -1,666.50 | -1,666.50 |
| Check | 11/26/2005 | 1040 | Mohammad Mansouri Garakani | Nov '05 | -1,666.50 | -1,666.50 |
| Check | 11/26/2005 | 1041 | Trita Parsi (Cnsltnt) | For 11/05 | -875.00 | -875.00 |
| Check | 12/26/2005 | 1043 | Mohammad Mansouri Garakani | Dec '05 | -1,666.50 | -1,666.50 |
| Check | 12/26/2005 | 1044 | Trita Parsi (Cnsltnt) | For 12/05 | -875.00 | -875.00 |
| Check | 1/26/2006 | 1047 | Trita Parsi (Cnsltnt) | For I/06 | -875.00 | -875.00 |
| Check | 1/26/2006 | 1048 | Mohammad Mansouri Garakani | Jan '06 | -1,666.50 | -1,666.50 |
| Check | 2/26/2006 | 1061 | Mohammad Mansouri Garakani | Feb '06 | -1,666.50 | -1,666.50 |
| Check | 2/26/2006 | 1062 | Trita Parsi (Cnsltnt) | For 2/06 | -875.00 | -875.00 |
| Check | 3/26/2006 | 1068 | Mohammad Mansouri Garakani | Mar '06 | -1,666.50 | -1,666.50 |
| Check | 3/26/2006 | 1069 | Trita Parsi (Cnsltnt) | For 3/06 | -875.00 | -875.00 |
| Check | 4/30/2006 | 1078 | Mohammad Mansouri Garakani | 4 Cnstng 4/06 - ask TP if in NGO Prjct ... | -1,350.00 | -1,350.00 |
| Check | 5/31/2006 | 1079 | Mohammad Mansouri Garakani | 4 Cnstng 5/05 - ask TP if in NGO Prjct ... | -1,350.00 | -1,350.00 |
| Check | 6/26/2006 | 1080 | Mohammad Mansouri Garakani | 4 Cnstng 6/06 - ask TP If in NGO Prjct ... | -1,350.00 | -1,350.00 |
| Check | 7/20/2006 | 1089 | Trita Parsi (Cnsltnt) | For Apr – July 06 | -3,000.00 | -3,000.00 |
| Check | 7/20/2006 | 1090 | Mohammad Mansouri Garakani | Consulting 7/06 | -1,354.00 | -1,354.00 |
| Check | 11/7/2006 | 1110 | NIAC | TP Consulting | -1,500.00 | -1,500.00 |
| Check | 11/7/2006 | 1111 | NIAC | MM's salary | -2,708.00 | -2,708.00 |

cc: Trita

5:03 PM
11/09/09
Cash Basis

**N.I.A.C.**
**DETAILED P&L Stmnt - NGO Resources  Project**
**All Transactions**

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|------|------|-----|------|------|-----------------|-------------|
| Check | 2/22/2007 | 1115 | NIAC | MM's salary Oct - Dec | -4,062.00 | -4,062.00 |
| Check | 2/22/2007 | 1114 | NIAC | TP consulting Oct-Dec | -3,000.00 | -3,000.00 |
| Check | 5/30/2007 | 1127 | NIAC | M Mansouri's salary | -5,428.00 | -5,428.00 |
| Check | 5/30/2007 | 1126 | NIAC | T Parsi's salary | -1,500.00 | -1,500.00 |
| Check | 6/25/2007 | 1133 | NIAC | MMM's salary | -4,062.00 | -4,062.00 |
| Check | 6/25/2007 | 1136 | NIAC | TP's consulting | -2,250.00 | -2,250.00 |
| **Total Consulting** | | | | | | **-71,744.50** |
| **Web & Graphic Designer** | | | | | | |
| Check | 8/5/2005 | 1014 | Joint Concepts, Inc. | Website Work | -1,000.00 | -1,000.00 |
| Check | 10/26/2005 | 1035 | Sean Murphy | Web Design | -2,000.00 | -2,000.00 |
| Check | 4/3/2006 | 1072 | Joint Concepts, Inc. | Website Work #461 | -1,040.00 | -1,040.00 |
| **Total Web & Graphic Designer** | | | | | | **-4,040.00** |
| **Total Professional Fees** | | | | | | **-77,305.45** |
| **Promotion** | | | | | | |
| Check | 6/23/2005 | 1008 | Sasan Afsoosi | Photos for website | -300.00 | -300.00 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | -112.98 | -112.98 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | -59.98 | -59.98 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | -53.98 | -53.98 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | -53.98 | -53.98 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | -57.98 | -57.98 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | -53.98 | -53.98 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | -46.98 | -46.98 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | -46.98 | -46.98 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | -42.98 | -42.98 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -73.99 | -73.99 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -73.99 | -73.99 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -73.99 | -73.99 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -57.98 | -57.98 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -42.98 | -42.98 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | -42.98 | -42.98 |
| Check | 1/15/2008 | | Bank Card / Debit Card | Amazon.com | -92.40 | -92.40 |
| Check | 1/15/2008 | | Bank Card / Debit Card | Amazon.com | -73.92 | -73.92 |
| Check | 1/16/2008 | | Bank Card / Debit Card | Amazon.com | -73.92 | -73.92 |
| Check | 1/17/2008 | | Bank Card / Debit Card | Amazon.com | -73.92 | -73.92 |
| Check | 1/18/2008 | | Bank Card / Debit Card | Amazon.com | -73.92 | -73.92 |
| **Total Promotion** | | | | | | **-1,583.81** |
| **Rent** | | | | | | |
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -775.00 | -775.00 |
| Check | 6/30/2005 | 1013 | NIAC | NGO Resources for 5/05 | -775.00 | -775.00 |
| Check | 8/5/2005 | 1016 | NIAC | NGO Resources 7/05 Inv #5 | -775.00 | -775.00 |
| Check | 8/5/2005 | 1015 | NIAC | NGO Resources 7/05 Inv #4 | -775.00 | -775.00 |
| Check | 8/28/2005 | 1026 | NIAC | NGO Resources 8/05 Inv #6 | -775.00 | -775.00 |
| Check | 10/4/2005 | 1030 | NIAC | NGO Resources 9/05 Inv #1771 | -775.00 | -775.00 |
| Check | 11/5/2005 | 1037 | NIAC | Rent for 11/05 | -1,100.00 | -1,100.00 |

cc: Trita

5:03 PM
11/09/09
Cash Basis

## N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 12/3/2005 | 1042 | NIAC | OAI - Dec '05 | -1,100.00 | -1,100.00 |
| Check | 2/26/2006 | 1049 | NIAC | Rent 1/06 | -1,100.00 | -1,100.00 |
| Check | 2/26/2006 | 1050 | NIAC | Rent 2/06 | -1,100.00 | -1,100.00 |
| Check | 3/2/2006 | 1063 | NIAC | Rent 3/06 | -1,100.00 | -1,100.00 |
| Check | 4/1/2006 | 1071 | NIAC | rent for 4/06 | -1,100.00 | -1,100.00 |
| Check | 7/10/2006 | 1086 | NIAC | rent and phone etc | -1,350.00 | -1,350.00 |
| Check | 11/7/2006 | 1101 | NIAC | rent | -1,350.00 | -1,350.00 |
| Check | 11/7/2006 | 1106 | NIAC | rent | -1,350.00 | -1,350.00 |
| Check | 2/22/2007 | 1118 | NIAC | Rent Oct-Dec | -4,050.00 | -4,050.00 |
| Check | 5/30/2007 | 1125 | NIAC | | -8,100.00 | -8,100.00 |
| Check | 6/25/2007 | 1134 | NIAC | | -4,050.00 | -4,050.00 |

**Total Rent** | | | | | | -31,500.00

**Research Material & Expense**
| Check | 9/27/2007 | Stmnt | Bank Card / Debit Card | "Go Daddy.com" for? class? | -28.72 | -28.72 |
| Check | 2/19/2008 | | Bank Card / Debit Card | Amazon.com | -60.00 | -60.00 |
| Check | 2/19/2008 | | Bank Card / Debit Card | Proquest Archive | -4.18 | -4.18 |
| Check | 2/20/2008 | | Bank Card / Debit Card | Amazon.com | -29.99 | -29.99 |

**Total Research Material & Expense** | | | | | | -122.89

**Supplies**
**Office**
| Check | 11/12/2005 | 1038 | NIAC | Laptop computer | -1,293.33 | -1,293.33 |
| Check | 3/31/2006 | 1066 | NIAC | Printer ink cartridges | -553.03 | -553.03 |
| Check | 4/3/2006 | 1073 | NIAC | Printer ink cartridges | -553.03 | -553.03 |
| Check | 7/8/2006 | 1084 | NIAC | supplies | -80.00 | -80.00 |
| Check | 7/10/2006 | 1086 | NIAC | rent and phone etc | -56.90 | -56.90 |
| Check | 11/7/2006 | 1103 | NIAC | supplies | -341.73 | -341.73 |
| Check | 2/22/2007 | 1122 | NIAC | supplies | -42.29 | -42.29 |
| Check | 6/25/2007 | 1138 | NIAC | Supplies & Utilities | -662.56 | -662.56 |
| Check | 7/30/2007 | | Bank Card / Debit Card | Staples | -183.90 | -183.90 |
| Check | 10/4/2007 | | Bank Card / Debit Card | Target - | -596.98 | -596.98 |
| Check | 11/23/2007 | | Bank Card / Debit Card | Staples | -11.61 | -11.61 |
| Check | 2/7/2008 | BnkCrd | Bank Card / Debit Card | Staples | -460.83 | -460.83 |

**Total Office** | | | | | | -4,836.19

**Total Supplies** | | | | | | -4,836.19

**Telephone**
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -45.52 | -45.52 |
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -13.50 | -13.50 |
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -36.50 | -36.50 |
| Check | 5/23/2005 | 1005 | Mohammad Mansouri (Vndr) | Mo's Cell - 4/05 | -25.00 | -25.00 |
| Check | 6/27/2005 | 1009 | Mohammad Mansouri (Vndr) | Mo's Cell - 5/05 & 6/05 | -50.00 | -50.00 |
| Check | 6/30/2005 | 1013 | NIAC | NGO Resources for 5/05 | -13.50 | -13.50 |
| Check | 6/30/2005 | 1013 | NIAC | NGO Resources for 5/05 | -36.50 | -36.50 |
| Check | 8/5/2005 | 1015 | NIAC | NGO Resources 7/05 Inv #4 | -13.50 | -13.50 |
| Check | 8/5/2005 | 1015 | NIAC | NGO Resources 7/05 Inv #4 | -44.50 | -44.50 |

cc: Trita

5:03 PM
11/09/09
Cash Basis

## N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 8/5/2005 | 1016 | NIAC | NGO Resources 7/05 Inv #5 | -13.50 | -13.50 |
| Check | 8/5/2005 | 1016 | NIAC | NGO Resources 7/05 Inv #5 | -44.50 | -44.50 |
| Check | 8/12/2005 | 1021 | Mohammad Mansouri (Vndr) | Mo's internet for 7/05 | -30.00 | -30.00 |
| Check | 8/28/2005 | 1022 | Mohammad Mansouri (Vndr) | Mo's Call 7/05 | -25.00 | -25.00 |
| Check | 8/28/2005 | 1023 | Mohammad Mansouri (Vndr) | Mo's Call 7/05 | -25.00 | -25.00 |
| Check | 8/28/2005 | 1026 | NIAC | NGO Resources 8/05 Inv #6 | -9.00 | -9.00 |
| Check | 8/28/2005 | 1026 | NIAC | NGO Resources 8/05 Inv #6 | -44.50 | -44.50 |
| Check | 10/4/2005 | 1030 | NIAC | NGO Resources 9/05 Inv #1771 | -6.95 | -6.95 |
| Check | 2/26/2006 | 1050 | NIAC | MCI 12/1 bill | -13.38 | -13.38 |
| Check | 2/26/2006 | 1049 | NIAC | MCI 1/1 bill | -11.24 | -11.24 |
| Check | 3/2/2006 | 1063 | NIAC | MCI 2/1 bill | -19.00 | -19.00 |
| Check | 3/31/2006 | 1074 | Mohammad Mansouri (Vndr) | Mo's calls to Iran | -348.93 | -348.93 |
| Check | 3/31/2006 | 1075 | Mohammad Mansouri (Vndr) | Mo's cell July '05 ~ Mar '06 | -225.00 | -225.00 |
| Check | 4/1/2006 | 1071 | NIAC | MCI 3/2 bill | -23.44 | -23.44 |
| Check | 7/8/2006 | 1083 | NIAC | phone | -200.00 | -200.00 |
| Check | 7/10/2006 | 1085 | NIAC | postg & phone | -25.00 | -25.00 |
| Check | 7/10/2006 | 1086 | NIAC | rent and phone etc | -27.58 | -27.58 |
| Check | 7/20/2006 | 1087 | NIAC | TP's phone | -50.00 | -50.00 |
| Check | 11/7/2006 | 1107 | NIAC | Mo's phone | -246.05 | -246.05 |
| Check | 11/7/2006 | 1108 | NIAC | TP's phone | -150.00 | -150.00 |
| Check | 2/22/2007 | 1120 | NIAC | | -257.96 | -257.96 |
| Check | 2/22/2007 | 1119 | NIAC | | -133.35 | -133.35 |
| Check | 2/22/2007 | 1123 | NIAC | phone & postage Dec | -225.26 | -225.26 |
| Check | 3/1/2007 | 1116 | Mohammad Mansouri (Vndr) | Phone Oct-Dec | -243.93 | -243.93 |
| Check | 5/30/2007 | 1132 | NIAC | for? can't read memo?!?! | -387.15 | -387.15 |
| Check | 6/7/2007 | 1131 | Mohammad Mansouri (Vndr) | Calls to Iran & Mo's Cell | -222.40 | -222.40 |
| Check | 6/25/2007 | 1141 | NIAC | Telephone | -839.97 | -839.97 |
| Check | 6/25/2007 | 1142 | Mohammad Mansouri (Vndr) | Reimb for phone expenses | -270.00 | -270.00 |
| Check | 8/27/2007 | 1151 | Mohammad Mansouri (Vndr) | Reimb for phone expenses | -147.12 | -147.12 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | -72.54 | -72.54 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | -69.13 | -69.13 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | -62.08 | -62.08 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | -61.25 | -61.25 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | -61.21 | -61.21 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | -58.99 | -58.99 |

**Total Telephone**      -4,928.93

### Travel & Ent
**Lodging (Travel)**

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 6/24/2006 | 1082 | Mohammad Mansouri (Vndr) | Dmstc Trvl in Iran & per diem | -1,040.00 | -1,040.00 |
| Check | 8/21/2007 | 1027 | Mohammad Mansouri (Vndr) | Reimb for Hotel | -2,446.81 | -2,446.81 |

**Total Lodging (Travel)**      -3,486.81

**Transportation (Travel)**

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|
| Check | 6/24/2006 | 1081 | Mohammad Mansouri (Vndr) | Trvl DC-Iran | -1,500.00 | -1,500.00 |
| Check | 11/15/2006 | 1113 | Mohammad Mansouri (Vndr) | Travel | -1,184.85 | -1,184.85 |
| Check | 8/21/2007 | 1026 | Mohammad Mansouri (Vndr) | Reimb - Airline Ticket | -491.69 | -491.69 |
| Check | 1/28/2008 | | Bank Card / Debit Card | Cheptickets | -20.25 | -20.25 |

cc: Trita

Page 7

5:03 PM
11/09/09
Cash Basis

## N.I.A.C.
## DETAILED P&L Stmnt - NGO Resources  Project
### All Transactions

| Type | Date | Num | Name | Memo | Original Amount | Paid Amount |
|------|------|-----|------|------|-----------------|-------------|
| Check | 1/28/2008 | | Bank Card / Debit Card | Orbitz | -6.99 | -6.99 |
| Check | 1/28/2008 | | Bank Card / Debit Card | Cheaptickets | -3.99 | -3.99 |
| Check | 1/29/2008 | | Bank Card / Debit Card | Delta (Babak BWI→Portland 2/9) | -225.50 | -225.50 |
| Check | 2/7/2008 | | Bank Card / Debit Card | Cheaptickets | -3.99 | -3.99 |
| Check | 2/8/2008 | | Bank Card / Debit Card | United | -213.01 | -213.01 |
| Check | 2/26/2008 | | Bank Card / Debit Card | NWA Air | -211.50 | -211.50 |
| **Total Transportation (Travel)** | | | | | | -3,861.77 |
| **Total Travel & Ent** | | | | | | -7,348.58 |
| **TOTAL** | | | | | | 32,005.15 |

Page 8

cc: Trita