# **EXHIBIT 5**

## Unknown

**From:** Ali Golchin [golchinlaw@yahoo.com]
**Sent:** Wednesday, November 30, 2005 5:04 PM
**To:** Trita Parsi; Board
**Subject:** Re: Update

Thank you Trita. These updates are very helpful and will help bring us all on the same page. In fact if i may propose to have updates on much money we have raised and how much more do we need to reach our actual and projected goals.  Our budget figures is something i often forget and a reminder will help me to stay focussed. Thanks for staying on top of it.

Thanks,

ALI G

*Trita Parsi <Tparsi@niacouncil.org> wrote:*

> Friends:
>
> A few updates:
>
> - Marjan and I have been interviewing candidates for the Leg Watch Director. No star found yet, but a very experienced person has shown an interest to do it on a consultant basis in order to train up a person that we wish to invest in long-term. More interviews will take place next week.
> - We were planning to outsource most of our mass mailings to a printing house in TX that would send out the letters for us (3000 plus packages). However, they have not been able to adjust to our tight schedule, so we have had to send it out from the office ourselves. About 2000 Persian Gulf brochures have been sent out, and another 1100 surveys will be sent out this week. This has taken almost all of the time of the staff.
> - Alex and Djamshid are working on a proposal to fund activities for protecting Iranian cultural heritage
> - Ali G. conducted a meeting with Congresswoman S Davis in SD Monday.
> - A proposal is also being written to renew our NED grant. They gave us 64k last year, and we hope to get more this year. This money has essentially covered our office expenses this year, and proved to be crucial for our survival.
> - We are in dire need of new interns. Roya will return to CA in a few weeks, and Behnaz will spend next semester in France.
> - I am spending much time on talking to people re Leg Watch, hopefully a few more deals will be concluded in the next 2 weeks.
> - I will be away in Mexico between Dec 6-12. Will have phone and email access.

Regards,

tp