# **EXHIBIT 6**

1:13 PM  
11/09/09  
**Cash Basis**

## N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **Citibank 5111 (NGO Resources)** | | | | | | | |
| Check | 6/3/1996 | 1076 | National Endowment for Democr... | To NED - Unspecified Fund | Fundraising Program's Expenses | -303.00 | -303.00 |
| Deposit | 4/7/2005 | Stmnt | PayPal | Elect Crdt to verify account | Donation Processing Fees | 0.33 | -302.67 |
| Deposit | 4/7/2005 | Stmnt | PayPal | Elect Crdt to verify account | Donation Processing Fees | 0.22 | -302.45 |
| Deposit | 4/22/2005 | | Deposit | Initial funds received | NGO Resources - NGO on Line | 16,000.00 | 15,697.55 |
| Check | 5/1/2005 | 1001 | Mohammad Mansouri Garakani | April '05 | Consulting | -3,333.00 | 12,364.55 |
| Check | 5/1/2005 | 1002 | Trita Parsi (Cnsltnt) | April '05 | Consulting | -875.00 | 11,489.55 |
| Check | 5/23/2005 | 1003 | NIAC | NGO Resources 4/05 | -SPLIT- | -884.27 | 10,605.28 |
| Check | 5/23/2005 | 1004 | NIAC | | -SPLIT- | -1,114.40 | 9,490.88 |
| Check | 5/23/2005 | 1005 | Mohammad Mansouri (Vndr) | Mo's Cell - 4/05 | Telephone | -25.00 | 9,465.88 |
| Check | 6/1/2005 | 1006 | Mohammad Mansouri Garakani | May '05 | Consulting | -3,333.00 | 6,132.88 |
| Check | 6/1/2005 | 1007 | Trita Parsi (Cnsltnt) | May '05 | Consulting | -875.00 | 5,257.88 |
| Check | 6/23/2005 | 1008 | Sasan Afsoosi | Photos for website | Promotion | -300.00 | 4,957.88 |
| Check | 6/27/2005 | 1009 | Mohammad Mansouri (Vndr) | Mo's Cell - 5/05 & 6/05 | Telephone | -50.00 | 4,907.88 |
| Check | 6/27/2005 | 1010 | Mohammad Mansouri Garakani | June '05 | Consulting | -3,333.00 | 1,574.88 |
| Check | 6/27/2005 | 1011 | Mahnaz Nikki | NGO Rsrcs (5/2 ~ 6/24/05) | Bookkeeping | -166.50 | 1,408.38 |
| Check | 6/30/2005 | 1013 | NIAC | NGO Resources for 5/05 | -SPLIT- | -838.75 | 569.63 |
| Check | 7/1/2005 | 1012 | Trita Parsi (Cnsltnt) | June '05 | Consulting | -875.00 | -305.37 |
| Deposit | 8/3/2005 | | Deposit | Add'l Funds Received | NGO Resources - NGO on Line | 16,000.00 | 15,694.63 |
| Check | 8/5/2005 | 1014 | Joint Concepts, Inc. | Website Work | Web & Graphic Designer | -1,000.00 | 14,694.63 |
| Check | 8/5/2005 | 1017 | NIAC | Reimb For Ch#1085 to Dr. M... | Consulting | -3,333.00 | 11,361.63 |
| Check | 8/5/2005 | 1016 | NIAC | NGO Resources 7/05 Inv #5 | -SPLIT- | -834.65 | 10,526.98 |
| Check | 8/5/2005 | 1015 | NIAC | NGO Resources 7/05 Inv #4 | -SPLIT- | -834.10 | 9,692.88 |
| Check | 8/12/2005 | 1021 | Mohammad Mansouri (Vndr) | Mo's internet for 7/05 | Telephone | -30.00 | 9,662.88 |
| Check | 8/12/2005 | 1020 | Mahnaz Nikki | NIAC/NGO's Bkkg 6/24 ~ 8/5 | Bookkeeping | -46.25 | 9,616.63 |
| Check | 8/12/2005 | 1022 | Mohammad Mansouri (Vndr) | Mo's Cell 7/05 | Telephone | -25.00 | 9,591.63 |
| Check | 8/28/2005 | 1024 | Mohammad Mansouri Garakani | Aug '05 | Consulting | -3,333.00 | 6,258.63 |
| Check | 8/28/2005 | 1023 | Mohammad Mansouri (Vndr) | Mo's Cell 8/05 | Telephone | -25.00 | 6,233.63 |
| Check | 8/28/2005 | 1026 | NIAC | NGO Resources 8/05 Inv #6 | -SPLIT- | -831.25 | 5,402.38 |
| Check | 8/28/2005 | 1025 | Trita Parsi (Cnsltnt) | For Aug '05 | Consulting | -875.00 | 4,527.38 |
| Check | 9/26/2005 | 1027 | Trita Parsi (Cnsltnt) | For 9/05 | Consulting | -875.00 | 3,652.38 |
| Check | 9/26/2005 | 1028 | Mohammad Mansouri Garakani | Sept '05 | Consulting | -1,666.50 | 1,985.88 |
| Check | 10/4/2005 | 1030 | NIAC | NGO Resources 9/05 Inv #1... | -SPLIT- | -784.70 | 1,201.18 |
| Check | 10/4/2005 | 1029 | NIAC | Web Banner - Gooya.com | Advertising | -450.00 | 751.18 |
| Check | 10/10/2005 | 1031 | NetNative | Internet Ad | Advertising | -450.00 | 301.18 |
| Check | 10/10/2005 | 1032 | Void | VOID: Void | Office Expense | 0.00 | 301.18 |
| Check | 10/26/2005 | 1033 | Trita Parsi (Cnsltnt) | For 10/05 | Consulting | -875.00 | -573.82 |
| Check | 10/26/2005 | 1034 | Mohammad Mansouri Garakani | Oct '05 | Consulting | -1,666.50 | -2,240.32 |
| Check | 10/26/2005 | 1035 | Sean Murphy | Web Design | Web & Graphic Designer | -2,000.00 | -4,240.32 |
| Deposit | 10/28/2005 | | Deposit | Dpst in error (see Ch#1036 f... | Petty Cash | 2,250.00 | -1,990.32 |
| Check | 10/31/2005 | 1036 | NIAC | Erroneous Dpst on 10/28/05 | Petty Cash | -2,250.00 | -4,240.32 |
| Check | 11/5/2005 | 1037 | NIAC | Rent for 11/05 | Rent | -1,100.00 | -5,340.32 |
| Check | 11/8/2005 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | -5,350.32 |
| Check | 11/12/2005 | 1038 | NIAC | Laptop computer | Office | -1,293.33 | -6,643.65 |
| Check | 11/12/2005 | 1039 | NIAC | Iranian.Com | Advertising | -1,000.00 | -7,643.65 |
| Deposit | 11/14/2005 | | Deposit | Add'l funds received | NGO Resources - NGO on Line | 16,000.00 | 8,356.35 |
| Check | 11/18/2005 | Stmnt | Bank Charges | Wire fee | Bank Service Charges | -10.00 | 8,346.35 |
| Check | 11/26/2005 | 1040 | Mohammad Mansouri Garakani | Nov '05 | Consulting | -1,666.50 | 6,679.85 |

1:13 PM
11/09/09
Cash Basis

# N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Check | 11/26/2005 | 1041 | Trita Parsi (Cnsltnt) | For 11/05 | Consulting | -875.00 | 5,804.85 |
| Check | 12/3/2005 | 1042 | NIAC | OAI - Dec '05 | Rent | -1,100.00 | 4,704.85 |
| Check | 12/8/2005 | Stmtn | Bank Charges | | Bank Service Charges | -10.00 | 4,694.85 |
| Check | 12/26/2005 | 1043 | Mohammad Mansouri Garakani | Dec '05 | Consulting | -1,666.50 | 3,028.35 |
| Check | 12/26/2005 | 1044 | Trita Parsi (Cnsltnt) | For 12/05 | Consulting | -875.00 | 2,153.35 |
| Check | 12/26/2005 | 1045 | NIAC | Internet (Gooya.com) | Advertising | -450.00 | 1,703.35 |
| Check | 1/4/2006 | 1046 | NetNative | Internet Ad | Advertising | -450.00 | 1,253.35 |
| Check | 1/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 1,243.35 |
| Check | 1/26/2006 | 1047 | Trita Parsi (Cnsltnt) | For 1/06 | Consulting | -875.00 | 368.35 |
| Check | 1/26/2006 | 1048 | Mohammad Mansouri Garakani | Jan '06 | Consulting | -1,666.50 | -1,298.15 |
| Check | 2/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | -1,308.15 |
| Deposit | 2/16/2006 | | Deposit | Add'l Funds Rec'd | NGO Resources - NGO on Line | 16,000.00 | 14,691.85 |
| Check | 2/17/2006 | Stmnt | Bank Charges | Wire fee | Bank Service Charges | -10.00 | 14,681.85 |
| Check | 2/26/2006 | 1061 | Mohammad Mansouri Garakani | Feb '06 | Consulting | -1,666.50 | 13,015.35 |
| Check | 2/26/2006 | 1062 | Trita Parsi (Cnsltnt) | For 2/06 | Consulting | -875.00 | 12,140.35 |
| Check | 2/26/2006 | 1049 | NIAC | "Rent & phone - Jan" | -SPLIT- | -1,211.24 | 10,929.11 |
| Check | 2/26/2006 | 1050 | NIAC | "Rent & Phone - Feb" | -SPLIT- | -1,213.38 | 9,715.73 |
| Check | 3/2/2006 | 1063 | NIAC | "RENT - MARCH" | -SPLIT- | -1,579.70 | 8,136.03 |
| Check | 3/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 8,126.03 |
| Check | 3/10/2006 | 1064 | Mahnaz Nikki | NIAC/NGO's Bkkg 8/6 ~~ 3/8... | Bookkeeping | -247.00 | 7,879.03 |
| Check | 3/26/2006 | 1068 | Mohammad Mansouri Garakani | Mar '06 | Consulting | -1,666.50 | 6,212.53 |
| Check | 3/26/2006 | 1069 | Trita Parsi (Cnsltnt) | For 3/06 | Consulting | -875.00 | 5,337.53 |
| Deposit | 3/28/2006 | | Deposit | Source?  should have gone to... | Individuals (Unrestr. Contrib.) | 1,555.00 | 6,892.53 |
| Deposit | 3/28/2006 | | Deposit | Source? should have gone to ... | Individuals (Unrestr. Contrib.) | 1,145.01 | 8,037.54 |
| Check | 3/28/2006 | Stmnt | Bank Charges | Checks printed | Bank Service Charges | -39.74 | 7,997.80 |
| Check | 3/31/2006 | 1065 | NetNative | Internet Ad Invoice 3/30 | Advertising | -450.00 | 7,547.80 |
| Check | 3/31/2006 | 1066 | NIAC | Printer ink cartridges | Office | -553.03 | 6,994.77 |
| Check | 3/31/2006 | 1074 | Mohammad Mansouri (Vndr) | Mo's calls to Iran | Telephone | -348.93 | 6,645.84 |
| Check | 3/31/2006 | 1075 | Mohammad Mansouri (Vndr) | Mo's cell July '05 ~ Mar '06 | Telephone | -225.00 | 6,420.84 |
| Check | 4/1/2006 | 1071 | NIAC | "RENT - April" | -SPLIT- | -1,323.44 | 5,097.40 |
| Check | 4/3/2006 | 1072 | Joint Concepts, Inc. | Website Work #461 | Web & Graphic Designer | -1,040.00 | 4,057.40 |
| Check | 4/3/2006 | 1073 | NIAC | Printer ink cartridges | Office | -553.03 | 3,504.37 |
| Check | 4/10/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 3,494.37 |
| Check | 4/30/2006 | 1078 | Mohammad Mansouri Garakani | 4 Cnsltng 4/06 - ask TP if in ... | Consulting | -1,350.00 | 2,144.37 |
| Check | 5/9/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 2,134.37 |
| Check | 5/22/2006 | EFT | NIAC | To correct Dpst on 3/28 | -SPLIT- | -2,700.01 | -565.64 |
| Deposit | 5/30/2006 | | Deposit | Add'l Funds Rec'd | NGO Resources - NGO on Line | 35,667.00 | 35,101.36 |
| Check | 5/31/2006 | 1079 | Mohammad Mansouri Garakani | 4 Cnsltng 5/06 - ask TP if in ... | Consulting | -1,350.00 | 33,751.36 |
| Check | 6/3/2006 | 1077 | Void | VOID: Void | Office Expense | 0.00 | 33,751.36 |
| Check | 6/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 33,741.36 |
| Check | 6/24/2006 | 1081 | Mohammad Mansouri (Vndr) | Trvl DC-Iran | Transportation (Travel) | -1,500.00 | 32,241.36 |
| Check | 6/24/2006 | 1082 | Mohammad Mansouri (Vndr) | Dmstc Trvl in Iran & per diem | Lodging (Travel) | -1,040.00 | 31,201.36 |
| Check | 6/26/2006 | 1080 | Mohammad Mansouri Garakani | 4 Cnsltng 6/06 - ask TP if in ... | Consulting | -1,350.00 | 29,851.36 |
| Check | 7/8/2006 | 1083 | NIAC | phone | Telephone | -200.00 | 29,651.36 |
| Check | 7/8/2006 | 1084 | NIAC | supplies | Office | -80.00 | 29,571.36 |
| Check | 7/10/2006 | 1085 | NIAC | postg & phone | -SPLIT- | -105.00 | 29,466.36 |
| Check | 7/10/2006 | 1086 | NIAC | rent and phone etc | -SPLIT- | -1,514.48 | 27,951.88 |
| Check | 7/10/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 27,941.88 |

1:13 PM
11/09/09
Cash Basis

# N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Check | 7/20/2006 | 1089 | Trita Parsi (Cnsltnt) | For Apr ~ July 06 | Consulting | -3,000.00 | 24,941.88 |
| Check | 7/20/2006 | 1087 | NIAC | TP's phone | Telephone | -50.00 | 24,891.88 |
| Check | 7/20/2006 | 1090 | Mohammad Mansouri Garakani | Consulting 7/06 | Consulting | -1,354.00 | 23,537.88 |
| Check | 8/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 23,527.88 |
| Check | 9/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 23,517.88 |
| Check | 10/11/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 23,507.88 |
| Check | 11/7/2006 | 1110 | NIAC | TP Consulting | Consulting | -1,500.00 | 22,007.88 |
| Check | 11/7/2006 | 1101 | NIAC | rent | Rent | -1,350.00 | 20,657.88 |
| Check | 11/7/2006 | 1106 | NIAC | rent | Rent | -1,350.00 | 19,307.88 |
| Check | 11/7/2006 | 1103 | NIAC | supplies | Office | -341.73 | 18,966.15 |
| Check | 11/7/2006 | 1107 | NIAC | Mo's phone | Telephone | -246.05 | 18,720.10 |
| Check | 11/7/2006 | 1102 | NIAC | postage | Postage & Delivery & Net mail | -240.00 | 18,480.10 |
| Check | 11/7/2006 | 1104 | NIAC | bookkeeping | Bookkeeping | -200.00 | 18,280.10 |
| Check | 11/7/2006 | 1108 | NIAC | TP's phone | Telephone | -150.00 | 18,130.10 |
| Check | 11/7/2006 | 1109 | NIAC | Bkkg | Bookkeeping | -100.00 | 18,030.10 |
| Check | 11/7/2006 | 1105 | NIAC | Bkkg | Bookkeeping | -79.00 | 17,951.10 |
| Check | 11/7/2006 | 1111 | NIAC | MM's salary | Consulting | -2,708.00 | 15,243.10 |
| Check | 11/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 15,233.10 |
| Check | 11/14/2006 | EFT | Bank Entry | Chks printed | Bank Service Charges | -17.75 | 15,215.35 |
| Check | 11/15/2006 | 1113 | Mohammad Mansouri (Vndr) | Travel | Transportation (Travel) | -1,184.85 | 14,030.50 |
| Deposit | 11/22/2006 | | Deposit | Fr: NED for NGO Resources | NGO Resources - NGO on Line | 26,750.00 | 40,780.50 |
| Check | 12/8/2006 | Stmnt | Bank Charges | | Bank Service Charges | -10.00 | 40,770.50 |
| Check | 12/31/2006 | 1070 | NetNative | Chk was never cashed (Wrot... | Advertising | -450.00 | 40,320.50 |
| Deposit | 12/31/2006 | 1070 | NetNative | To write off OLD O/S chk (3/... | Advertising | 450.00 | 40,770.50 |
| Check | 1/9/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 40,760.50 |
| Check | 2/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 40,750.50 |
| Check | 2/22/2007 | 1115 | NIAC | MM's salary Oct - Dec | Consulting | -4,062.00 | 36,688.50 |
| Check | 2/22/2007 | 1118 | NIAC | Rent Oct-Dec | Rent | -4,050.00 | 32,638.50 |
| Check | 2/22/2007 | 1114 | NIAC | TP consulting Oct-Dec | Consulting | -3,000.00 | 29,638.50 |
| Check | 2/22/2007 | 1120 | NIAC | | Telephone | -257.96 | 29,380.54 |
| Check | 2/22/2007 | 1119 | NIAC | | Telephone | -133.35 | 29,247.19 |
| Check | 2/22/2007 | 1122 | NIAC | supplies | Office | -42.29 | 29,204.90 |
| Check | 2/22/2007 | 1123 | NIAC | phone & postage Dec | Telephone | -225.26 | 28,979.64 |
| Check | 2/22/2007 | 1124 | NIAC | Ads | Advertising | -750.00 | 28,229.64 |
| Check | 3/1/2007 | 1116 | Mohammad Mansouri (Vndr) | Phone Oct-Dec | Telephone | -243.93 | 27,985.71 |
| Check | 3/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 27,975.71 |
| Check | 4/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 27,965.71 |
| Check | 5/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 27,955.71 |
| Check | 5/30/2007 | 1125 | NIAC | | Rent | -8,100.00 | 19,855.71 |
| Check | 5/30/2007 | 1127 | NIAC | M Mansouri's salary | Consulting | -5,428.00 | 14,427.71 |
| Check | 5/30/2007 | 1126 | NIAC | T Parsi's salary | Consulting | -1,500.00 | 12,927.71 |
| Check | 5/30/2007 | 1128 | NIAC | | Advertising | -750.00 | 12,177.71 |
| Check | 5/30/2007 | 1129 | NIAC | | Bookkeeping | -472.20 | 11,705.51 |
| Check | 5/30/2007 | 1130 | NIAC | | Printing and Reproduction | -16.51 | 11,689.00 |
| Check | 5/30/2007 | 1132 | NIAC | for?  can't read memo?!?! | Telephone | -387.15 | 11,301.85 |
| Check | 6/7/2007 | 1131 | Mohammad Mansouri (Vndr) | Calls to Iran & Mo's Cell | Telephone | -222.40 | 11,079.45 |
| Check | 6/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 11,069.45 |
| Deposit | 6/22/2007 | | Direct Deposit | NGO Resources | NGO Resources - NGO on Line | 12,640.00 | 23,709.45 |

1:13 PM
11/09/09
Cash Basis

# N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 6/25/2007 | 1133 | NIAC | MMM's salary | Consulting | -4,062.00 | 19,647.45 |
| Check | 6/25/2007 | 1134 | NIAC | | Rent | -4,050.00 | 15,597.45 |
| Check | 6/25/2007 | 1136 | NIAC | TP's consulting | Consulting | -2,250.00 | 13,347.45 |
| Check | 6/25/2007 | 1140 | NIAC | Internet advertising | Advertising | -1,500.00 | 11,847.45 |
| Check | 6/25/2007 | 1141 | NIAC | Telephone | Telephone | -839.97 | 11,007.48 |
| Check | 6/25/2007 | 1138 | NIAC | Supplies & Utilities | Office | -662.56 | 10,344.92 |
| Check | 6/25/2007 | 1135 | NIAC | Postage | Postage & Delivery & Net mail | -240.00 | 10,104.92 |
| Check | 6/25/2007 | 1139 | NIAC | Bookkeeping | Bookkeeping | -210.00 | 9,894.92 |
| Check | 6/25/2007 | 1137 | NIAC | Printing | Printing and Reproduction | -150.00 | 9,744.92 |
| Check | 6/25/2007 | 1142 | Mohammad Mansouri (Vndr) | Reimb for phone expenses | Telephone | -270.00 | 9,474.92 |
| Check | 7/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 9,464.92 |
| Check | 7/27/2007 | | Bank Card / Debit Card | UHaul | Office Expense | -5.00 | 9,459.92 |
| Check | 7/30/2007 | | Bank Card / Debit Card | Staples | Office | -183.90 | 9,276.02 |
| Check | 8/8/2007 | Bnk... | Bank Card / Debit Card | USPS | Postage & Delivery & Net mail | -57.25 | 9,218.77 |
| Check | 8/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 9,208.77 |
| Check | 8/20/2007 | Bnk... | Bank Card / Debit Card | PC Rush.com (Prntr/Cpr/Scn... | Office Equipment | -1,081.34 | 8,127.43 |
| Check | 8/22/2007 | Bnk... | Bank Card / Debit Card | CVS | Office Expense | -3.48 | 8,123.95 |
| Check | 8/27/2007 | 1151 | Mohammad Mansouri (Vndr) | Reimb for phone expenses | Telephone | -147.12 | 7,976.83 |
| Check | 8/30/2007 | Bnk... | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -89.61 | 7,887.22 |
| Check | 8/30/2007 | Bnk... | Bank Card / Debit Card | 1100  15th St | Office Expense | -9.51 | 7,877.71 |
| Check | 9/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 7,867.71 |
| Check | 9/27/2007 | Stmnt | Bank Card / Debit Card | "Go Daddy.com"  for?   class? | Research Material & Expense | -28.72 | 7,838.99 |
| Check | 10/1/2007 | | Bank Card / Debit Card | Stamps | Postage & Delivery & Net mail | -15.99 | 7,823.00 |
| Check | 10/2/2007 | | Bank Card / Debit Card | Target | Office Expense | -89.99 | 7,733.01 |
| Deposit | 10/3/2007 | | Deposit | Fr: Citi 5055 | Transfer Funds | 1,584.79 | 9,317.80 |
| Check | 10/4/2007 | | Bank Card / Debit Card | Target - | Office | -596.98 | 8,720.82 |
| Check | 10/9/2007 | | Bank Card / Debit Card | USPS | Postage & Delivery & Net mail | -188.60 | 8,532.22 |
| Check | 10/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 8,522.22 |
| Check | 10/11/2007 | | Bank Card / Debit Card | 1500 K St | Office Expense | -8.87 | 8,513.35 |
| Check | 10/18/2007 | | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -77.98 | 8,435.37 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -72.54 | 8,362.83 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -69.13 | 8,293.70 |
| Check | 10/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -62.08 | 8,231.62 |
| Check | 10/22/2007 | | Bank Card / Debit Card | For?    At ??? | Office Expense | -98.51 | 8,133.11 |
| Check | 10/23/2007 | | Bank Card / Debit Card | USPS | Postage & Delivery & Net mail | -200.00 | 7,933.11 |
| Check | 10/25/2007 | | Bank Card / Debit Card | Craig's List | Advertising | -25.00 | 7,908.11 |
| Check | 10/25/2007 | | Bank Card / Debit Card | At ???   for??? | Office Expense | -105.27 | 7,802.84 |
| Check | 11/8/2007 | | Bank Card / Debit Card | 1400 L St | Business Meals | -82.00 | 7,720.84 |
| Check | 11/8/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 7,710.84 |
| Check | 11/9/2007 | | Bank Card / Debit Card | 1400 L St | Business Meals | -16.25 | 7,694.59 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -112.98 | 7,581.61 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -59.98 | 7,521.63 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -53.98 | 7,467.65 |
| Check | 11/13/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -53.98 | 7,413.67 |
| Check | 11/13/2007 | | Bank Card / Debit Card | 1901 L St | Office Expense | -158.60 | 7,255.07 |
| Check | 11/23/2007 | | Bank Card / Debit Card | Staples | Office | -11.61 | 7,243.46 |
| Check | 11/29/2007 | | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -15.99 | 7,227.47 |
| Check | 11/29/2007 | | Bank Card / Debit Card | 1400 L St | Business Meals | -144.40 | 7,083.07 |

1:13 PM
11/09/09
Cash Basis

# N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -57.98 | 7,025.09 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -53.98 | 6,971.11 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -46.98 | 6,924.13 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -46.98 | 6,877.15 |
| Check | 12/5/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -42.98 | 6,834.17 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -73.99 | 6,760.18 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -73.99 | 6,686.19 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -73.99 | 6,612.20 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -57.98 | 6,554.22 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -42.98 | 6,511.24 |
| Check | 12/6/2007 | | Bank Card / Debit Card | FTD.com | Promotion | -42.98 | 6,468.26 |
| Check | 12/6/2007 | | Bank Card / Debit Card | 1400 L St | Business Meals | -16.25 | 6,452.01 |
| Check | 12/10/2007 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 6,442.01 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -61.25 | 6,380.76 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -61.21 | 6,319.55 |
| Check | 12/18/2007 | | Bank Card / Debit Card | Vonage | Telephone | -58.99 | 6,260.56 |
| Check | 12/31/2007 | | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -15.99 | 6,244.57 |
| Check | 1/8/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 6,234.57 |
| Check | 1/15/2008 | | Bank Card / Debit Card | Amazon.com | Promotion | -92.40 | 6,142.17 |
| Check | 1/15/2008 | | Bank Card / Debit Card | Amazon.com | Promotion | -73.92 | 6,068.25 |
| Check | 1/16/2008 | | Bank Card / Debit Card | Amazon.com | Promotion | -73.92 | 5,994.33 |
| Check | 1/17/2008 | | Bank Card / Debit Card | Amazon.com | Promotion | -73.92 | 5,920.41 |
| Check | 1/18/2008 | | Bank Card / Debit Card | Amazon.com | Promotion | -73.92 | 5,846.49 |
| Check | 1/28/2008 | | Bank Card / Debit Card | Cheptickets | Transportation (Travel) | -20.25 | 5,826.24 |
| Check | 1/28/2008 | | Bank Card / Debit Card | Orbitz | Transportation (Travel) | -6.99 | 5,819.25 |
| Check | 1/28/2008 | | Bank Card / Debit Card | Cheptickets | Transportation (Travel) | -3.99 | 5,815.26 |
| Check | 1/29/2008 | | Bank Card / Debit Card | Delta (Babak BWI~Portland 2... | Transportation (Travel) | -225.50 | 5,589.76 |
| Check | 1/29/2008 | | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -15.99 | 5,573.77 |
| Check | 2/7/2008 | | Bank Card / Debit Card | Cheptickets | Transportation (Travel) | -3.99 | 5,569.78 |
| Check | 2/7/2008 | Bnk... | Bank Card / Debit Card | Staples | Office | -460.83 | 5,108.95 |
| Check | 2/8/2008 | | Bank Card / Debit Card | United | Transportation (Travel) | -213.01 | 4,895.94 |
| Check | 2/8/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 4,885.94 |
| Deposit | 2/13/2008 | | Deposit | It seems Fr: Natl Endwmnt ... | NGO Resources - NGO on Line | 2,899.00 | 7,784.94 |
| Check | 2/19/2008 | Bnk... | Bank Card / Debit Card | CISION US Inc Medica Data ... | Internet Related Expenses | -2,750.00 | 5,034.94 |
| Check | 2/19/2008 | | Bank Card / Debit Card | Amazon.com | Research Material & Expense | -60.00 | 4,974.94 |
| Check | 2/19/2008 | | Bank Card / Debit Card | Proquest Archive | Research Material & Expense | -4.18 | 4,970.76 |
| Check | 2/20/2008 | | Bank Card / Debit Card | Amazon.com | Research Material & Expense | -29.99 | 4,940.77 |
| Check | 2/20/2008 | Bnk... | Bank Card / Debit Card | Survey Monkey.com | Internet Related Expenses | -29.90 | 4,910.87 |
| Check | 2/26/2008 | | Bank Card / Debit Card | NWA Air | Transportation (Travel) | -211.50 | 4,699.37 |
| Check | 2/26/2008 | | Bank Card / Debit Card | USPS | Postage & Delivery & Net mail | -48.50 | 4,650.87 |
| Check | 2/29/2008 | | Bank Card / Debit Card | FTD.com | Fundraising Program's Expenses | -132.98 | 4,517.89 |
| Check | 2/29/2008 | | Bank Card / Debit Card | SCI Stamps | Postage & Delivery & Net mail | -15.99 | 4,501.90 |
| Check | 3/3/2008 | Stmnt | Transfer of Funds | Trnsfr $$ To Acct Citi 5111 | Citibank Chkg 5055 | 7,763.23 | 12,265.13 |
| Deposit | 3/3/2008 | Stmnt | Transfer of Funds | | Citibank Chkg 5055 | -11,000.00 | 1,265.13 |
| Check | 3/3/2008 | | Bank Card / Debit Card | PlatinumPro | Office Expense | -330.00 | 935.13 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Moshfeghi) | Fundraising Program's Expenses | -112.98 | 822.15 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mohamad Navab) | Fundraising Program's Expenses | -78.98 | 743.17 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Hossein Hosseini) | Fundraising Program's Expenses | -78.98 | 664.19 |

**1:13 PM**
**11/09/09**
**Cash Basis**

# N.I.A.C.
## NIAC/NGO Resources' Account - Citibank 5111
### All Transactions

| Type | Date | Num | Name | Memo | Split | Paid Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Soudabeh Hodjatz... | Fundraising Program's Expenses | -78.98 | 585.21 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Shadrouz Kianouri) | Fundraising Program's Expenses | -78.98 | 506.23 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Ali Golchin) | Fundraising Program's Expenses | -78.98 | 427.25 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Behrouz Salehian) | Fundraising Program's Expenses | -78.98 | 348.27 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Melahat Rafiei) | Fundraising Program's Expenses | -78.98 | 269.29 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mehdi Shahoveissi) | Fundraising Program's Expenses | -63.98 | 205.31 |
| Check | 3/4/2008 | | Bank Card / Debit Card | FTD.com (Mike Chegini) | Fundraising Program's Expenses | -63.98 | 141.33 |
| Check | 3/10/2008 | Stmnt | Bank Charges | Acct Analysis Dir Deb | Bank Service Charges | -10.00 | 131.33 |
| Check | 4/8/2008 | | Transfer of Funds | $ Trnfrd 2 Citi 5055 $ Closed ... | Transfer Funds | -131.33 | 0.00 |
| Total Citibank 5111 (NGO Resources) | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | **0.00** | **0.00** |