# **EXHIBIT 7**

## Unknown

**From:** mmansouri@niacouncil.org
**Sent:** Wednesday, July 04, 2007 1:17 AM
**To:** Trita Parsi
**Subject:** Re: Insurance...

Thanks! I will surely follow it up with Shabnam first thing on 5th. Regarding NED, I think we should apply for another grant. Something different than EF but somehow related. It can be a source of income for NIAC and maybe all of us. So let's talk about it when I'm there and we will prepare something for the new year.

As I recall the deadline was some time at the end of July. Right?

Mohammad

> Yes - please coordinate with Shabnam. Also, what do we do regards to
> the NED extension, which expires in Sep?
> Sincerely,
> Trita Parsi, PhD
> President
>
> National Iranian American Council
> 2801 M ST NW
> Washington DC 20007
> Tel: 202 719 8071
> Fax: 202 719 8097
> www.niacouncil.org
>
> -----Original Message-----
> From: mmansouri@niacouncil.org
>
> Date: Tue, 3 Jul 2007 15:13:36
> To:tparsi@niacouncil.org
> Subject: Insurance...
>
>
> Trita jaan,
>
> I have never got a chance to use the advantage of our insurance. I was
> wondering if I can apply for it now. I have an issue with one of my
> teeth and my dentist who is in DC, said it would cost $6000 without
> insurance and about $4000 with one! Since he was going to order
> something from lab and took 2 weeks to be ready, we postponed it for
> another time. Now that I'm going to be in the area for 3 weeks, it's
> going to work. Would you let me know what should I do to get my
> insurance? I have the forms that Ehsan gave me several months ago. Do
> you know where should I send them and what the procedure would be?
>
> Cheers,
> Mo
>
>

1