# **EXHIBIT 8**

**From:** Mohammad Mansouri [momansouri@gmail.com]
**Sent:** Tuesday, May 09, 2006 4:35 PM
**To:** Trita Parsi
**Subject:** Bita, Salar, receipts and more...

Trita jaan,

I just sent both Bita and Salar a note. I hope they return it back with an answer soon so that we can plan accordingly. I told them that we will be ready to have a meeting between May 14th and 16th and ask them to tell us their plans otherwise so that we might be able to change your trip plans. Hopefully, they are going to be in town and we will have our meeting successfully. I'll let you know as soon as I received anything.

Re. receipts, I only found 6 months of my Verizon bills. So I called Nahzi to ask if it is okay to submit all I had and she told me how to go about it. I'm going to send you the copies of 3 receipts from August to the end of March. The total amount of cell phone bills is $367.28.

Also, I checked for the calls I had during the last year and found a history of payments online. I cut and paste that page on a word file and modified some dates and amounts so that it makes more sense and it is ready to go as well. Nahzi said, as long as it shows that the paper is from a communication company, it shouldn't be a problem. The total amount here is $300 for the past year (March 05 to March 06). I will also send an email request together with that attachment separately.

The last thing that I can find is a portion of a collective bill (at my new place) that includes the Internet fee as well. I will do my best to collect those things tonight and send it over in another separate email either later tonight or tomorrow morning. However it only covers less than 20% of what is left.

Nahzi had some ideas about the rest of it as well. She said that we can find relevant costs, get the money out and then donate it to NIAC again, which is much more better than let it go back to NED. You can give her a call and she will explain what she means.

If anything regarding the receipts needs to be changed, let me know and I'll revise it if possible and if not, we just forget about it.

Yours,
Mo