# **EXHIBIT 10**

# Unknown

| | |
|---|---|
| **From:** | Mohammad Mansouri [mmansouri@niacouncil.org] |
| **Sent:** | Monday, November 21, 2005 11:48 AM |
| **To:** | Trita Parsi |
| **Subject:** | RE: question |

Sorry for the belated email. I didn't check my emails this weekend.

Well, there are not many of them. Just few of people who ever contacted me mentioned the name of a NGO. They were mostly those who wanted to establish one or didn't want to talk about their NGOs! The only few ones who mentioned the name of their NGO, were looking for possible fundings. I don't think it is a good strategy to give out this list to NED.

Cheers,
Mo
---------- Original Message --------------------------------
From: Trita Parsi <Tparsi@niacouncil.org>
Date:  Sat, 19 Nov 2005 01:04:25 -0500

>Thanks. Don't we have a list of NGOs in Iran that you have been in
>contact with?
>
>
>
>    _____
>
>From: Mohammad Mansouri [mailto:mmansouri@niacouncil.org]
>Sent: Friday, November 18, 2005 1:30 PM
>To: Trita Parsi
>Subject: Re: question
>
>
>
>Trita jaan,
>
>
>
>Here is the link to the organizational assessment tool. It is under
>management chapter (3rd one):
>
>
>
>http://www.ngoresources.org/tiki-index.php?page=%D8%A7%D8%B1%D8%B2%DB%8
>C%D8% A7%D8%A8%DB%8C%20%D8%B3%D8%A7%D8%B2%D9%85%D8%A7%D9%86%DB%8C
>
>
>
>But I don't know what do you mean by the list of NGOs. If you mean the
>list of those educational centers for NGOs available in UK, US, India
>and other places in the world, which I am gathering and putting together for our site.
>Here is the link were they can see the translated part (I have attached
>the file called ngo resources.xls to this email which contains all the
>names in English. I should translate the rest of them, but you know,
>making those external links is so intricate and it takes a long time to
>each one of them to be ready. They will be all soon translated and posted):
>
>
>
>http://www.ngoresources.org/tiki-index.php?page=%D9%85%D9%86%D8%A7%D8%A
>8%D8%
>B9%20%D8%A2%D9%85%D9%88%D8%B2%D8%B4%DB%8C%20%D8%AF%DB%8C%DA%AF%D8%B1
>

1

```
>
>
>If you mean the list of NGOs that have been registered with us. I
>believe Sean might have the complete list. I don't know how to retrieve
>data about them from the site. However, I don't suggest to give them
>that. First of all, there are only 30 to 40 people that most of them
>have not mentioned the name of the NGO they are working for.
>
>
>
>And finally if you would like to have the list of NGOs I sent the
>invitation and introduction to our site. It is attached to this email
>(directory 2.xls). But as far as I remember they are mostly
>diaspora-based NGOs that I approached so that they can spread the word
>and join us themselves. I got several "thank you very much", "what a
>wonderful site!" "what an interesting educational center!" and so on
>and so forth comments from them and that was it!
>
>
>
>Tell me if they mean something else and I will see how we can help them.
>
>
>
>By the way, I am designing a 4 day course for the general concept of
>"self-sufficiency" for NGOs that will hopefully email you during this
>weekend. Also, I wrote a 2 day educational course for NGOs in general
>that will send you in a separate email today.
>
>
>
>Cheers,
>
>Mo
>
>----- Original Message -----
>
>From: Trita Parsi <mailto:Tparsi@niacouncil.org>
>
>To: mmansouri@niacouncil.org
>
>Sent: Thursday, November 17, 2005 9:19 PM
>
>Subject: question
>
>
>
>Mohammad jon:
>
>NED wants links to the following pages:
>
>"organizational assessment tool" and "list of NGOs"
>
>Please send them to me. Thnx
>
>
>
>
>tp
>
>
>
>
```

2