# **EXHIBIT 11**

## Unknown

**From:** Mohammad Mansouri [momansouri@gmail.com]
**Sent:** Monday, February 06, 2006 4:05 PM
**To:** Trita Parsi
**Subject:** Re: salaam

Trita jaan,

I already started telling about the project with Noosheen. She seems cool now. I even brought this issue up as though I need her financial support for this project! She gives me this impression that she will at least give us enough time to take care of our project. It seems positive... I will go further, if the project is finalized.

"Organizational Evaluation" is a new part of the eBook, written and completed during the last 3 months.

I have started writing the new part on the "Grant Proposals" the previous weekend. I have written about 3 pages so far and think it's going to be something about 30 pages; therefore, 10% is done. I can post the first 3 pages anytime you want. However, it wouldn't be a right decision unless I can finish at least the first sub-part. Then it makes sense to post it. Don't you think so?

Unfortunately, not so many NGOs have been in touch with us through our website. At least, not as many as we anticipated. The total number of NGOs that either registered with us, sent emails, asked questions, and simple sent some simple notes are not more than 40 as I mentioned in my previous email. However, I have access to some powerful databases through Science and Art Foundation, Engineers Without Borders, and the NGO I established myself "The Sun Circle".

Item No. 4 is prepared and can be uploaded anytime. I thought we want to keep this package to post after finalizing the new project, because it is directly connected to the new proposal. If you want me to upload the list, just let me know and consider it uploaded. It's in a text format and takes only about half an hour to change it to a wiki file and posted on the center.

As for the trend in impact of our project, as we go forward and get more visibility, more emails are coming and more questions are asked. We won't be able to absorb many members of Iranian civil society unless we are able to offer them something tangible and more than educational notes! The new project, although reaching only to 7 NGOs, will be more appealing than the

current one. I'm sure many have read at least parts of our instruction book, but I wouldn't know the impact of it if they keep their silence as they do...

About the newsletter, I will send an email to Sean and try to find out more about its technicality. Sure, we will add this service soon, meantime, I just wanted to do something about it. NGO News is not a solution of course.

Please give me some feed back and let me know if I can provide you with anything else. Let's take care of this issue together.

Cheers,
Mo

On 2/6/06, **Trita Parsi** <Tparsi@niacouncil.org> wrote:

> Salaam! Hope all is well. How are things with Noosheen btw?
>
> This is very helpful, thanks. I do however, need much more detail.
>
> What is the **"Organizational Evaluation"?** Please provide more detail as soon as possible.
>
> How far have you gotten on the farsi description of the grant proposal?
>
> How many NGOs have you been in contact with by now? How big is our own database?
>
> On 4, has the list been prepared or posted? If only prepared, when will it be posted?
>
> What is the trend in the latest questions being asked?
>
> Re the newsletter – we need our own list. We need to create a function through which people sign up for a newsletter. Please look into this asap. Whether the newsletter is highly technical or not doesn't matter – we need to have something that is ouw own

1/1/2010

Merci!

tp

---

**From:** Mohammad Mansouri [mailto: momansouri@gmail.com]
**Sent:** Sunday, February 05, 2006 3:15 AM
**To:** Trita Parsi
**Subject:** Re: salaam


Salaam Trita jaan,

Fortunately I checked my emails a couple of hours ago and was able to respond to this email. In order to make it easier to read, I will write the details of activities been done since Oct. bullet-wise as following:

1. Another part of the book called "Organizational Evaluation" was completed and posted at the center's website.

2. The list of other international resources was prepared and posted online as an appendix to the eBook. An external link has been provided to each center so that end-users can access to them directly through our website.

3. I was able to invite more than 200 Iranian American NGOs to visit our site and register from which about 10% of them are registered with us now. I have also received many thank you notes and good comments from them about our online center.

4. A list of various subject for which grants are made through international NGOs and grantors have been prepared. This list, which includes about 50 categories, is mostly based on the inclination of international NGOs and consequently incomplete yet. A list of categories being funded by European and perhaps Asian entities must be added to the database as well.

5. I have prepared database for gathering the name of all the international grantors (inside or outside US). This information will be useful in making connections among grant-seekers and grant-makers in the future, both through the online center and the planed workshop.

6. I have kept my close relationship with the registered NGOs of our center from Iran by responding to their questions and inquiries. Of course, most of the questions are about how they can find financial resources for funding their projects. However, some have asked questions about how to define their projects and some even have sent their programs and asked me to evaluate!

7. Due to our technical problems with the pattern of our website which give us great capabilities to post texts on permanent basis, it was not technically easy to form a newsletter alongside the eBook. Therefore, I started forming an NGO newsletter and sending it through the " Iran NGO News (INN)"

to many Iranian NGOs. INN is a group composed of Iranian NGOs that share their news and events through this group that is moderated by the House of Culture and Sustainable Development; I came across them through my researches on and about how we can form a newsletter for center. This will be the best way to distribute our newsletter until the technical issue is resolved.

Well, I guess what is written above is also the answer to the first request of Anisa and now the second and third as much as I can help with is responded in the following:

*Please describe how you evaluate your project (follow the evaluation plan described in your grant agreement) and what the findings were.*

I searched all my documents and could not find the original grant agreement between us and NED. So I have to describe it in the most general way. The basic evaluation method applied in our case is "by objective," meaning if you take a look at the deliverables of the project and match it with what has been already prepared and delivered, the evaluation process is done. The most fundamental will be the eBook which is there. The rest of evaluation process will be based on the number of hits per month (Sean might have this statistic), the No. of registered NGOs (it's about 40 entities), the No. of Q&A correspondence (it is not more than 100 in total) and other factors of this sort. The other qualitative factors such as the level of educational development caused by the site and such is out of our hands to be calculated!

*Please describe the impact of your project, achievements, success stories, difficulties and barriers.*

I have received a lot of good comments about what we have done. There is no other source on and about management of NGOs in Persian online (or at least I don't know of any other alike ours!) Thus, I'm sure it has already had a great impact on those who ever get a chance to visit the site and read it. Unfortunately, this group our visitors might not be as we expected though. Anyway, I would describe our achievements as reaching to NGOs in very desolate areas of the country at the borders of Azarbayjan to the ones in Balouchestaan. Also, we were able to reach very active and young NGOs from Tehran working on HIV (the members are HIV positive themselves!) and a group who are working on empowerment of handicaps... These are our success stories in my opinion. The difficulties and barriers are always involved with unavailability of access to the internet all around Iran. The cultural hesitation of having visibility in general is always another problem while working with Iranians... Honestly, I have nothing more to say in this regard.

I have to apologies for sending you the raw material as always. But, believe me on this fact that you can put it in a professional and requested way, much more successfully than I can do... I hope it becomes useful.

By the way, I'm very happy to hear that you are going to defend soon. I wish you the best; I'm sure you don't need it though. You are kind of a perfectionist yourself and I'm absolutely positive that what you have done is worth much more than a PhD. You will do great. I'm sure...

Say hi to Amina and hope to see you soon,

Truly yours,
Mo

On 2/3/06, **Trita Parsi** < Tparsi@niacouncil.org> wrote:

Hope all is well. please send me a detailed list of all developments since Oct 1 on this project – new contacts made, new elements added to the website etc etc. I need this by Sunday, so that I can submit the report Monday. Sorry for the late email. tp