# **EXHIBIT 12**

# Periodic Report to National Endowment for Democracy
# Financial and Program Activities for Grant #2005-304
## *Online NGO Resource Center*

Effective Date of Grant: April 1, 2005
Reporting Period: October 1- December 31, 2005
Total Grant: $64,000

## National Iranian American Council
www.niacouncil.org

January 31, 2006

*The following report will describe and analyze developments pertaining to Grant #2005-304 from the National Endowment for Democracy (NED) to the National Iranian-American Council (NIAC) in the amount of $64,000. The purpose of the grant is to create an interactive website for Iranian civic groups to develop their capacity and improve their access to international foundations and NGOs. The Grant became effective as of April 1, 2005. The current report will cover the period from October 1 through December 31, 2005. The third portion of the grant in the amount of $16,000 was received in October 2005. In this period, NIAC continued to develop the website, added new material to it, continued to cultivate relations with Iranian NGOs and intensified its marketing.*

## **Background**

The project continues to proceed according to our plans and projections. In the period from October to December, new sections and material was added to the Website.

Neither the elections nor the nuclear impasse has thus far affected the website. However, we are more cautious than before due to the fact that certain organizations have held workshops in the region and invited students and NGOs under the pretext of doing capacity building though reports from NGOs tend to reveal a completely different agenda; civil disobedience and similar types of activities.

This has made our work somewhat more difficult, though we remain convinced that the transparency of the NGO Resources Online is sufficient to dispel any suspicions of ulterior motives.

Fortunately, fears of the Iranian government blocking the site has thus far proven to be wrong as the site has been readily accessed by internet users in Iran; even though many other popular Iranian sites based in the West have been blocked.

As a precaution, NIAC is nevertheless maintaining the option of moving the site to a mirror server in case the Iranian authorities against all odds decide to block it.

## **Project Activities**

Several key developments have occurred during this period has focused on four activity areas during this period.

First, a new chapter has been added to the eBook on "Organizational Evaluation." In this section, the concept of organizational evaluation and various assessment methodologies is discussed.

More specifically, the chapter deals with the importance of auditing operational activities of NGOs and the role of such assessments in enhancing the productivity of NGOs. At the end of the chapter, a questionnaire for organizational evaluation is presented.

2

It covers organizational structure, managerial procedures, human resource and capital, financial and administrative resources, and organizational relationships and represents an evaluation template for NGOs.

Second, per the request of the NGOs, an appendix to the eBook has been added that lists and links other international resources for Iranian NGOs. The list is based on the database on potential grantors that is being developed. The database is based on the category of their work and funding interest. The database is a work in progress that is scheduled to be published later this spring.

Third, outreach to Iranian NGOs has continued at an increasing pace. Web-advertisement has increased and we have targeted the three most popular Iranian websites – Payvand.com, Iranian.com, and Gooya.com.

Overall, as the website has become more known among Iranian NGOs, the flow of inquiries and emails has increased noticeably. 1.Dr. Mansouri has continued to advise and answer the questions sent to the Center by various Iranian NGOs. Though most questions pertain to funding opportunities, inquiries regarding project design, project evaluation and management issues have also been made.

## Additional fundraising

No additional funding was requested for the existing project during this period. However, contacts have been made with some foundations to explore opportunities to win funding support for the continuation and elevation of the project's second year.

## Finances

In the period of October-December 2005, NIAC received $16,000 from NED. The primary expenses have thus far been consulting fees for Dr. Mansouri and Mr. Parsi for project management, expenses for the web design and web advertisement to increase the traffic to the website.

Other expenses such as rent, supplies, and communication expenses are covered on a case-by-case basis with receipts for those expenses.

In total, $ 46,808.30 of the project funds has been spent. No non-endowment funds for this project have been received. The Financial Report is found in Attachment A.

# ATTACHEMENT A

FINANCIAL REPORT

**GRANTEE: National Iranian-American Council**

**PERIOD REPORT COVERS:**   October 1 - December 31, 2005

| LINE ITEM | BUDGET | Prior EXPENDITURES* | Expenditures THIS PERIOD | Total EXPENDITURES |
|---|---|---|---|---|
| Salaries | - | | | |
| Space and Utilities | 10,925 | 4,650.00 | 2,975.00 | 7,625.00 |
| Supplies and Equipment | 1,690 | 34.10 | 3,646.08 | 3,680.18 |
| Communications and Postage | 1,800 | 528.02 | 6.95 | 534.97 |
| Contractual Services | 46,575 | 25033.65 | 9634.5 | 34,668.15 |
| Other Direct Costs | 3,010 | 300.00 | | 300.00 |
| TOTAL Program costs | $64,000 | $30,545.77 | $16,262.53 | 46,808.30 |
| TOTAL Administrative costs | $0 | | | |
| GRAND TOTAL | $64,000 | $30,545.77 | $16,262.53 | $46,808.30 |

4