# **EXHIBIT 15**



















**THE NATIONAL IRANIAN AMERICAN COUNCIL**
PH. 202-386-6325
1411 K STREET NW, STE. 600
WASHINGTON, DC 20005

No. 2438
15-7011/2540 937

DATE 12/9/09

PAY TO THE ORDER OF: Trita Parsi

$ 396.00

Three hundred ninety-six dollars only — DOLLARS

citibank
CITIBANK, N.A. BR #937
3241 14TH STREET, NW
WASHINGTON, DC 20010

FOR: reimbursement

⑈002438⑈ ⑆254070116⑆ 1524 5055⑈

**THE NATIONAL IRANIAN AMERICAN COUNCIL**
PH. 202-386-6325
1411 K STREET NW, STE. 600
WASHINGTON, DC 20005

Check No. 2444
15-7011/2540 937

DATE 12/11/09

PAY TO THE ORDER OF: Trita Pars

$ 286.00

Two hundred eighty-six dollars only DOLLARS

citibank
CITIBANK, N.A. BR #937
3241 14TH STREET, NW
WASHINGTON, DC 20010

FOR: reimbursement

⑈002444⑈ ⑆254070116⑆ ⑈1524 5055⑈

---

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

```
                                                                    2456
THE NATIONAL IRANIAN AMERICAN COUNCIL
            PH. 202-386-6325
       1411 K STREET NW, STE. 600                              15-7011
          WASHINGTON, DC 20005                                 ──── 937
                                                               2540
                                          DATE  12/22/09
PAY
TO THE
ORDER OF   Trita Parsi                                    $  500.00

Five hundred dollars only                                        DOLLARS

citibank
CITIBANK, N.A. BR. #937
3241 14TH STREET, NW
WASHINGTON, DC 20010

FOR  bonus

⑆002456⑆  ⑈254070116⑈   ⑆1524 5055⑆
```

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

| | | 2589 |
|---|---|---|
| THE NATIONAL IRANIAN AMERICAN COUNCIL | | 15-7011/2540 937 |
| PH. 202-386-6325 1411 K STREET NW, STE. 600 WASHINGTON, DC 20005 | DATE 6/18/10 | |

PAY TO THE ORDER OF   Trita Parsi   $ 1275.12

One thousand two hundred seventy-five $ and 12/100 — DOLLARS

citibank
CITIBANK, N.A. BR. #937
3241 14TH STREET, NW
WASHINGTON, DC 20010

FOR   reimbursement

⑇002589⑇ ⑇254070116⑇   ⑇1524 5055⑇

```
*053000206*
07/23/2009
6435145636
```

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

---

**THE NATIONAL IRANIAN AMERICAN COUNCIL**
PH. 202-386-6325
1411 K STREET NW, STE. 600
WASHINGTON, DC 20005

Check # 2276

DATE 7/15/09

PAY TO THE ORDER OF: Ravagh Persian Grill — $6690.00

SIX-THOUSAND SIX-HUNDRED AND NINETY 00/100 DOLLARS

citibank
528  025  7817  11  072309

FOR: Party May 30 2009

⑈002276⑈ ⑆254070116⑆  ⑈1524 5055⑈

⑈002276⑈   ⑆254070116⑆   1524 5055⑈   ⑈00000669000⑈



**THE NATIONAL IRANIAN AMERICAN COUNCIL**
PH 202-386-6325
1411 K STREET NW, STE 600
WASHINGTON, DC 20005

2479

15-7011/2540 937

DATE Jan 18, 20_

PAY TO THE ORDER OF Hadi Semati       $ 5000.00

Five thousand only _____ DOLLARS

citibank
CITIBANK N A BR #937
3241 14TH STREET NW
WASHINGTON DC 20010

FOR Loan

⑆002479⑆ ⑈254070116⑈ ⑆1524 5055⑆  ⑆0000500000⑆

0210050214236o33011910

CHEVY CHASE BANK
DIV OF CAPITAL ONE, N.A.
‹255471761‹ 811926107
0070847610

M.H. Emoff
021-3363-24