# EXHIBIT 16



```
Posted  : 05/05/2005
Bank    : 0008
R/T     : 025407011
Account : 15245055
Check   : 1020
Amount  : 400.00
DIN     : 14011000247000000
```



```
Posted   : 05/05/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1018
Amount   : 400.00
DIN      : 14011000246900000
```



```
Posted   : 05/06/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1002
Amount   : 875.00
DIN      : 14011000219500000
```



```
Posted   : 06/09/2005
Bank     : 0008 ,
R/T      : 025407011
Account  : 15245055
Check    : 1041
Amount   : 400.00
DIN      : 14011000336600000
```



```
Posted   : 06/09/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1042
Amount   : 400.00
DIN      : 14011000336700000
```



```
Posted   : 06/09/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1007
Amount   : 875.00
DIN      : 14011000336800000
```



```
Posted   : 07/06/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1063
Amount   : 800.00
DIN      : 14011000388500000
```



Posted   : 07/06/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1012
Amount   : 875.00
DIN      : 14011000388400000



```
Posted   : 09/12/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1098
Amount   : 800.00
DIN      : 14011001755100000
```





```
Posted  : 09/12/2005
Bank    : 0008
R/T     : 025407011
Account : 15245055
Check   : 1099
Amount  : 800.00
DIN     : 14011001755000000
```



```
Posted   : 09/23/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1025
Amount   : 875.00
DIN      : 14011000627300000
```



```
Posted   : 09/30/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1114
Amount   : 800.00
DIN      : 14011000423700000
```



```
Posted    : 09/30/2005
Bank      : 0008
R/T       : 025407011
Account   : 15245111
Check     : 1027
Amount    : 875.00
DIN       : 14011000423600000
```



```
Posted   : 10/28/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1128
Amount   : 800.00
DIN      : 14011000999100000
```



```
Posted   : 10/28/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1134
Amount   : 1600.00
DIN      : 14011000999000000
```



```
Posted   : 11/23/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1033
Amount   : 875.00
DIN      : 14012000112900000
```



```
Posted   : 12/21/2005
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1146
Amount   : 1600.00
DIN      : 14011000623800000
```



```
Posted  : 12/21/2005
Bank    : 0008
R/T     : 025407011
Account : 15245111
Check   : 1041
Amount  : 875.00
DIN     : 14011000623900000
```



Posted   : 01/09/2006
Bank     : 0008
R/T      : 025407011
Account  : 15245055
Check    : 1155
Amount   : 1600.00
DIN      : 14011000868800000



```
Posted   : 01/09/2006
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1044
Amount   : 875.00
DIN      : 14011000868900000
```

**THE NATIONAL IRANIAN AMERICAN COUNCIL**
ON LINE NGO DEVELOPMENT PROGRAM
2451 18TH ST NW, 2ND FLOOR
WASHINGTON, DC 20009

1047

15-7011-2540

DATE Jan 26, 2006

PAY TO THE
ORDER OF  TRITA PARSI                                    $ 875.00

Eight hundred seventy five                                DOLLARS

**citibank**
CITIBANK, F.S.B
P.O. BOX 16967
WASHINGTON, DC 20036-0967

FOR  Jan T-51

⑈001047⑈ ⑆254070116⑆ ⑈1524 5111⑈           ⑈000008750 0⑈

---

254070116 WACE CITIBANK
7805 116696760 020306

0525449576
02032006
0520-0027-8
ENT=0830 TRC=0967 PK=21

031200790
WACHOVIA NA SOC# 1 5378T
PHILA, PA 02822-96  26PK
1011788284

---

Posted   : 02/03/2006
Bank     : 0008
R/T      : 025407011
Account  : 15245111
Check    : 1047
Amount   : 875.00
DIN      : 14011000696000000

NIAC
ON LINE NGO DEVELOPMENT PROGRAM

15-7011/924
2540
15245111

1062

120004100   0025   7804   11   041906

Date Feb 26, 2006

Pay to the order of   TRITA PARSI                    | $ 875 00

eight hundred seventy five                           Dollars

citibank

CITIBANK, F.S.B.
P.O. BOX 18967
WASHINGTON, DC 20036-0967

Memo  Consulting fee

⑆254070116⑆   ⑆1524  5111⑆  1062  ⑈000008750 0⑈

ENDORSE HERE

⑆254070116 MACB CITIBANK
7808 120004100 041906

JAN-0-03

3057 3879 1

1323400050
04192006
0520-0027-8
ENT=4088 TRC=4088 PK=21

⑆031200730⑆
WACHOVIA NA SVC071 3697I
FHILA, PA 04172006  21FK

0814105504

THE NATIONAL IRANIAN AMERICAN COUNCIL
2451 18TH STREET
WASHINGTON, DC 20009
(202) 518-6187

1195

15-7011-2540

PAY TO THE ORDER OF _Trita Parsi_ $ 3200⁰⁰

_Three thousand two hundred_ _____ DOLLARS

citibank
CITIBANK, F.S.B
P.O. BOX 18967
WASHINGTON, DC 20036-0957

FOR _RIS consult_

DATE _March 17, 2006_

⑈001195⑈ ⑆254070116⑆ ⑈1524 5055⑈ ⑈0000320000⑈

254070116 MACE CITIBANK
7805 110007036 032200
1225347095
03222006
0520-0027-8
EXT=1132 TRC=1135 PK=21

⑈0312007304
WACHOVIA NA SOUTH STAT
PHILA PA 3333006 31PT
0914357176

Posted  : 03/22/2006
Bank    : 0008
R/T     : 025407011
Account : 15245055
Check   : 1195
Amount  : 3200.00
DIN     : 14011000703600000

NIAC
ON LINE NGO DEVELOPMENT PROGRAM

15-7011924
2540
1524511

1069

Date March 26, 2006

120009099  0025  7804  11  041906

Pay to the order of _TRITA PARSI_                    $ 875 00

_Cogh hundred seventy five_                          Dollars

**citi**bank®

CITIBANK, F.S.B.
P.O. BOX 18967
WASHINGTON, DC 20038-0967

Memo _Cogrty Month_

⑆254070116⑆   ⑈1524 5111⑈ 1069 ⑇000008 7500⑆

THE NATIONAL IRANIAN AMERICAN COUNCIL
2451 18TH STREET
WASHINGTON, DC 20009
(202) 518-6187

1217

15-7011-2540

PAY TO THE ORDER OF _TRITA  PARSI_

DATE _5/03/06_

$ _1600_

_One thousand  six hundred_ DOLLARS

citibank
CITIBANK, F.S.B
P.O. BOX 18067
WASHINGTON, DC 20036-9967

FOR _Bnl_

⑈00�1217⑈ ⑆254070116⑆ ⑈1524 5055⑈ ⑈0000160000⑈

254070116 MACB CITIBANK
7806 110007196 05170A

1226570859
05172006
0520-0027-8
ENT=1249 TRC=1320 PK=21

⑈031200730⑈
WACHOVIA NA SVC071 0918T
PHILA, PA 05152006  21PK
0817990641

THE NATIONAL IRANIAN AMERICAN COUNCIL
2451 18TH STREET
WASHINGTON, DC 20009
(202) 518-6187

1224

15-7011-2540

PAY TO THE ORDER OF  Trita Parsi          120017223  0025  7804  11  DATE 05/22/2006  053006          $ 1600 00

One thousand six hundred    and  00/100                                      DOLLARS

citibank
CITIBANK, F.S.B.
P.O. BOX 10967
WASHINGTON, DC 20036-0957

FOR _____

⑆00 1224⑆ ⑈25407 0 1 16⑈ ⑉ 1524 5055⑈ ⑆0000160000⑆

254070116 MACR CITIBANK
02801456 120017223 053006
05302006
0520-0027-6
ENT=2176 TRC=2177 PK=21

3007 8725 1

⑆0312007304
WACHOVIA NA SVC971 2490T
PHILA. PA 05262006  30PK
731887075B

THE NATIONAL IRANIAN AMERICAN COUNCIL
2451 18TH STREET
WASHINGTON, DC 20009
(202) 518-6187

1273

15-7011-2540

120001052   0025   7805   11   DATE July 22 2006

PAY
TO THE
ORDER OF _____ TRITA   PAPSI _____   $ 3500

three thousand five hundred _____ DOLLARS

citibank
CITIBANK, F.S.B.
P.O. BOX 18967
WASHINGTON, DC 20036-0567

FOR _____ June   consulting _____   Eban D

⑈001273⑈ ⑆254070116⑆ ⑈ 1524 5055⑈ ⑈0000350000⑈

0124973181
07262006
25497⑈
7805
⑈0312007304

0916292007

THE NATIONAL IRANIAN AMERICAN COUNCIL
2451 16TH STREET
WASHINGTON, DC 20009
(202) 518-6187

1274

15-7011-2540

PAY TO THE ORDER OF _____ TRITA PARSI

DATE July 20, 2006

$ 3500

Three thousand five hundred _____ DOLLARS

citibank®
CITIBANK, F.S.B.
P.O. BOX 18567
WASHINGTON, DC 20036-0967

FOR _____ duty comm_____

⑆00⑈1274⑈ ⑆254070⑈16⑈ ⑈1524  5055⑈ ⑆0000350000⑈

**NIAC**
**ON LINE NGO DEVELOPMENT PROGRAM**

15-7011/924
2340
15245111

**1089**

120001056   0025   7805   11   072606

Date *July 20 2006*

Pay to the order of   *TRITA PARSI*   $ *3000⁰⁰*

*Three Thousand* ———————   Dollars

**citibank**

CITIBANK, F.S.B.
P.O. BOX 18967
WASHINGTON, DC 20036-0967

Memo *Consulting Sept - July*

⑆254070116⑆   ⑈1524  5111⑈   1089   ⑇0000300000⑈

---

ENDORSE HERE

0124973185
07262006
254070116   CITIBANK
7805   PK=21

031200730

0916292091