IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> SEID HASSAN DAIOLESLAM <br><br> Defendant. | Civil No. 08 CV 00705 |

### CONSENT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFFS TO POST A BOND AND NOT WASTE ASSETS

COME NOW Plaintiffs Trita Parsi and National Iranian American Council (hereinafter "NIAC"), by and through undersigned counsel, and hereby respectfully requests, with the consent of the Defendant, that the Plaintiffs' time to respond to the Defendant's Motion for an Order Requiring Plaintiffs to Post a Bond and Not Waste Assets be extended from the current deadline of **February 17, 2012**, to **March 5, 2012**, and in support of such Motion states the following:

1. That the Defendant has consented to an extension of the Plaintiffs' time to respond from **February 17, 2012**, to **March 5, 2012**.

2. That the above-captioned matter involves 16 exhibits and hundreds of pages of documents, and it would be in the interest of justice to allow more time for the Plaintiffs' response.

3. That no prejudice would be caused to any party, or to this Court, by such an extension.

WHEREFORE, the Plaintiffs respectfully request that this Court extend the time to respond from the current deadline of **February 17, 2012**, to **March 5, 2012**.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI, et al. | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| SEID HASSAN DAIOLESLAM, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby Certify that a copy of the foregoing was emailed on February 9, 2012, to counsel for Defendant, at:

>Timothy E. Kapshandy, Esquire
>Peter G. Jensen, Esquire
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005
>(202) 736-8000
>tkapshandy@sidley.com
>
>Attorneys for Defendant
>Seid Hassan Daioleslam
>
>_____/s/_____
>Afshin Pishevar
>PISHEVAR & ASSOCIATES, P.C.
>600 East Jefferson Street
>Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com
>
>Attorneys for Plaintiff
>Trita Parsi
>National Iranian American Council