IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> SEID HASSAN DAIOLESLAM, <br><br> Defendant. | Civil No. 08 CV 00705 |

**ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION FOR AN ORDER REQUIRING PLAINTIFFS TO POST A BOND**

Upon consideration of the Plaintiffs' Consent Motion to Extend Time to Respond to the Defendant's Motion for an Order Requiring Plaintiffs to Post a Bond and Not Waste Assets, and the record herein, it is this ____ day of _____, 2012, hereby ORDERED:

That the Plaintiffs' Consent Motion is GRANTED.

That the Plaintiffs shall file a response to the Defendant's Motion for an Order Requiring Plaintiffs to Post a Bond and Not Waste Assets on or before **March 5, 2012**.

It is so ORDERED.

_____
JUDGE, United States District Court
for the District of Columbia