## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 08 CV 00705** |
| | ) | |
| **SEID HASSAN DAIOLESLAM** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D.D.C. 83.6, Plaintiffs file this Notice of Withdrawal of Counsel.  Adrian V. Nelson, II. hereby gives notice of his withdrawal.  All future correspondence and pleadings in this matter intended for the Plaintiffs should continue to be addressed to A.P. Pishevar and Pishevar & Associates, P.C. only.

Respectfully submitted,

_____/S/_____

A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:     (301) 279 – 7347
Counsel for the Plaintiffs
ap@pishevarlegal.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 08 CV 00705 (JDB)** |
| | ) |
| **SEID HASSAN DAIOLESLAM,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the foregoing was emailed on February 13, 2012, to counsel for Defendant, at:

> Timothy E. Kapshandy, Esquire
> Peter G. Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam

> _____/s/_____
> Afshin Pishevar
> **PISHEVAR & ASSOCIATES, P.C.**
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com
>
> Counsel for Plaintiffs
> Trita Parsi
> National Iranian American Council