# EXHIBIT 4

National Endowment for Democracy        Quarterly Report Template        Page 1 of 4
                                        8/6/2007

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from April 1, 2007 to June 30, 2007
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:   Financial report ☒
               Payment request ☐
               Pictures ☐
               Participation list ☐
               Press clips ☐
               Copies of training material ☐
               Publications ☐
               Other ☐ Please specify

**Background:**

1. Iranian NGOs have always been the target of government pressure, especially under President Mahmoud Ahmadinejad. In addition, U.S. government policies, culminating in last year's announcement of funding for "democracy promotion" within Iran, have evoked negative and harsh reactions on the part of Iranian officials toward the leaders of Iranian civil society. Due to these reasons, the intensity of restrictions has been raised to a new level. During the past several months, Iranian NGO leaders have been intimidated through such tactis as surveillance, interrogation, revocation of their NGO registrations, restrictions on their ability to travel, and even jail. This backlash has severely limited the freedom of Iranian NGO leaders seeking expertise outside of Iran.

Furthermore, experts who visited Iran have also been subjected to harrasment and detention. For example, Haleh Esfandiari's problems with the government started around January of 2007. After visiting her ailing 93-year-old mother in Tehran, Iran, whom she had visited approximately twice per year over the past decade, Mrs. Esfandiari was robbed at knifepoint on the way to the airport. The robbers stole both her American and Iranian passports. Consequently, she was not permitted to leave the country. When she applied for new travel documents, she was barred from leaving Iran and interrogated for up to eight hours per day over a period of several weeks (until February 14) by authorities from the Iranian Ministry of Intelligence.

On May 7, 2007, she was told to report to the Ministry of Intelligence. Upon her arrival there on the morning of May 8, she was taken into custody and driven to Tehran's Evin Prison, becoming the third dual U.S.-Iranian citizen to be recently detained by the Iranian government (the others being Radio Farda correspondent Parnaz Azima, whose passport

was confiscated in January while also visiting her sick mother, and another whose identity has been withheld by the U.S. State Department at the request of her family). Another academic, Ramin Jahanbegloo, was also arrested and held for four months in Evin Prison in 2006. The dual U.S.-Iranian citizen Ali Shakeri, of the Center for Citizen Peacebuilding at the University of California at Irvine, has not been heard from since March 8, 2007. It is believed that he is being held by Iranian authorities. Dr. Kian Tajbakhsh, an Iranian American consultant for the Open Society Institute, was detained in Iran on May 11, 2007. In addition, a former FBI agent, Robert Levinson, has been missing in Iran since he disappeared in March 2007.

Moreover, in the midst of these academics being detained, governmental publications have started to write about the "National Endowment for Democracy," a name that has become increasingly prevalent in Iranian politics as an entity tied to the alleged US policy of regime change via NGOs. Ramin Jahnbagloo was a former fellow at NED, and the name of the organization has been repeatedly raised by many political analysts.

Taking all these circumstances into account, NIAC had no choice but to postpone sending an expert to Iran to conduct educational workshops for NGOs. All of the details of the meetings with NGO members of the Resource Center's network had been planned during the first month of the past quarter. Considering the fact that NIAC's expert was questioned by the authorities the last time he visited Iran, it is extremely likely that he would have been imprisoned had he travelled to the country in recent months.

Since there is little certainty regarding the Iranian political situation, NIAC at the current time cannot allow its expert to travel to Iran. Instead, NIAC will continue to work on producing online resources and will seek to broaden the organization's network. This will enable NIAC to maintain its relationship with active Iranian NGOs and be prepared to take required actions when the situation changes for the better.

2. **Summary:**

1- Added more than 32 word document pages of content to the website, which has been clustered and categorized in 48 links and sub-links in the Online Resource Center. The contents produced during this quarter are available on the website under the following main category:

http://www.ngoresources.org/tiki-index.php?
page=%D9%86%DA%A9%D8%A7%D8%AA+%D8%A7%D8%AC%D8%B1%D8%A7%D8
%A6%DB%8C+%D8%A8%D8%B1%D8%A7%DB%8C+%D8%B1%D8%A7%D9%87%D8%
A8%D8%B1%DB%8C

According to the theme of the Center's content development, these documents include short managerial tips that help the leaders of Iranian NGOs use theoretical management factors of the eBook in a practical way.

2- Maintained close relationships with the Iranian NGOs of the Resource Center's network

*National Endowment for Democracy*     *Quarterly Report Template*     Page 3 of 4
8/6/2007

through regular telephone conversations with their leaders. NIAC is currently in touch with about 50 nongovernmental groups and organizations.

3- Evaluated the popularity, effectiveness, and usefulness of the NGO Resource Center by conducting a survey. A questionnaire was designed for this purpose and Iranian NGOs were interviewed over the phone. Their responses were documented.

4- Evaluated plans for the possibility of travelling to Iran and conducting a workshop for Iranian NGOs.

### 3. Program Activities:

1- Retaining Iranian NGOs in the Center's network through regular telephone conversations in which they are provided with consultations about managerial issues and asked to share their needs and interests in return. This way of communication ensures the safety of Iranian NGO leaders and makes them comfortable introducing their friends from other nongovernmental groups.

2 - Recruitment of new NGO members to be a part of the Center's network. Communication with Iranian NGOs was utilized as an opportunity to invite new Iranian NGOs to NIAC's network of Iranian members of civil society. This was done by asking current trusted partners to introduce and engage other Iranian NGOs who could be potential partners in the future.

3- Developing online content based on the information gathered from Iranian NGOs during telephone conversations. The questions and issues brought up by Iranian NGO leaders have been used as a guideline for the research conducted by NIAC. The results of the information gathered based on these questions and comments, as well as the needs and interests of NGOs, were written in Persian and uploaded in the appropriate sections. The main objective has been to lead Iranian NGOs toward a simple, yet systematic way of organizational management. Moreover, such interactions have helped NIAC to improve its knowledge about Iranian civil society.

4- Providing the endorsers with simple and practical methods that teach them a step-by-step approach to the management of their organizations. The primary objective of presenting the information in short, simple, bulleted form is to transform some of the more theoretical sections of the electronic book into easy-to-use guides.

5- Gathering information from Iranian NGOs via a questionnaire and doing a survey to evaluate their level of satisfaction with the services delivered by NIAC. The questionnaire was originally designed to obtain the opinions of Iranian NGOs on several matters and was used as a tool to investigate the productivity of the Center. After the questionnaire was generated, several NGOs from the Center's network were selected and interviewed on the phone. By responding to the questions of the survey, the Iranian NGOs reflected their opinion on the usefulness of the Online Resource Center and NIAC's services available for Iranian civil society. Based on the knowledge gathered by such surveys, NIAC will be able to modify its approach to dealing with the program and continue to serve Iranian NGOs via the Internet or telephone in the most effective and

efficient way.

6 - Documenting the results of communication between NIAC and its network of Iranian NGOs. During NIAC's communications with members of its network, a variety of issues were discussed, and questions regarding the management of nongovernmental entities were addressed. Therefore, it was necessary to capture the essense of the discussions in order to document the needs and interests of Iranian NGOs.

7- Planning the details of meetings with Iranian NGOs during NIAC's expert trip to Iran. The plan was postponed due to the critical situation in Iran regarding visiting experts from abroad.

## 4. Evaluation:

Contacting members or leaders of Iranian NGOs per phone has been proven to be a very safe, effective, and efficient way to keep in touch with Iranain civil society. As a trusted organization among its network of NGOs, NIAC has been able to maintain such connections as well as develop the network of Iranian civil society members.

On the other hand, increasing governmental pressure on Iranian NGOs has been a serious issue during the past quarter. As sensitivity toward NGOs continues to rise, the leaders of Iranian NGOs have become more reserved and uncomfortable about discussing their issues over the phone. In an effort to remedy this, efforts have been made to keep conversations within the limits of consultation concerning the management of NGOs.

## 5. Non-NED Funded Activities: