# EXHIBIT 6

NED Grant No. 2006-439.2

## NATIONAL ENDOWMENT FOR DEMOCRACY

### AMENDMENT OF GRANT AGREEMENT

The above-numbered agreement entered into with the National Iranian-American Council is hereby amended, in part, as follows:

I. Grant Paragraph 3 is hereby amended, in part, to reflect a reduction in the total amount obligated under this Agreement from $107,000 to $77,956.

II. Grant Paragraph 4 is hereby amended to change the expiration date of the Grant to August 31, 2007.

III. Grant Paragraph 5 is amended to revise the reporting schedule as follows:

| Period Report Covers | Report is Due |
|---|---|
| April 1, 2006 – August 31, 2007 | RECEIVED |

The requirement to submit a final evaluation report with the final periodic report is hereby waived.

IV. Attachment B is deleted in its entirety and Attachment B-1 is substituted in lieu thereof.

V. All other terms, conditions and specifications of this agreement shall remain in full force and effect.

| FOR THE<br>**NATIONAL IRANIAN-**<br>**AMERICAN COUNCIL** | | FOR THE<br>**NATIONAL ENDOWMENT**<br>**FOR DEMOCRACY** |
|---|---|---|
| *[signature]*<br>Trita Parsi | SIGNATURE | *[signature]* |
| | TYPED NAME | W. Michael Davis |
| President | TITLE | Senior Director,<br>Grants Administration |
| March 7, 2008 | DATE | March 11, 2008 |