# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI )
)
and )
)
NATIONAL IRANIAN AMERICAN COUNCIL )
)
Plaintiffs, )
)
v. )   Civil No. 08 CV 00705
)
DAIOLESLAM SEID HASSAN )
)
Defendant. )

## DECLARATION OF KEVIN COWL

I, Kevin Cowl, am an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury and say:

1. The statements herein are made both as an individual and in my capacity as COO of the National Iranian American Council (NIAC).

2. There are no requirements for NIAC, as an NGO, to conduct an independent audit. Although the Board at various times has discussed conducting an independent audit, due to costs that can start at $10,000-$15,000 and often reach much higher, NIAC has so far been unable to pursue this.

3. The NIAC Board is charged with the responsibility of regularly reviewing NIAC's financial statements to ensure that the finances are in good order.

4. The Board approves executive compensation levels, staff salary increases, annual budgets, fundraising plans, and weighs in on other matters of significance related to financial issues.

5. This supervision, however, does not include monitoring routine daily business expenses, although the Board does reserve, and has occasionally exercised, the right to request clarification on and justification for any chosen expenditure.

6. NIAC often times invites panelists to speak at its conferences, and reimburses them for the travel costs. One such expense was an international wire charge that went to Francois Nicoullaud, the former French Ambassador to Iran. It was wired to an HSBC account in Paris, France to reimburse Ambassador Nicoullaud for travel costs, as he was flying in as a panelist at a NIAC conferences held in DC in Summer, 2009.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.

_____
Kevin Cowl

3/5/12
Date