# EXHIBIT 8







# PNC BANK

041
ROCKVILLE (606)
260 EAST JEFFERSON STREET
ROCKVILLE MD 20850
Cashbox 02 AM

* OTC Deposit Check
12:25        SEP 19 2011
Account Number         XXXXXX9161
Tran Amount            $25,028.70

W/S ID WWS0154A  Sequence Number 00051
Batch 401

This deposit or payment is accepted subject to verification and to the rules and regulations of this bank. Deposits may not be available for immediate withdrawal. Receipt should be held until verified with your statement.