IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>          Plaintiffs,<br><br>          v.<br><br>SEID HASSAN DAIOLESLAM<br><br>          Defendant. | Civil No. 08-00705 |

## ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER REQURING PLAINTIFFS TO POST A BOND AND NOT WASTE ASSETS

Upon consideration of the Defendant's Motion For An Order Requiring Plaintiffs To Post A Bond And Not Waste Assets, Plaintiffs' Opposition, and the record herein, it is this _____ day of _____, 2012, hereby ORDERED:

That the Defendant's Motion is DENIED.

It is so ORDERED.

                                                                                     _____
                                                                                     JUDGE, United States District Court
                                                                                     for the District of Columbia