# EXHIBIT 2

# EXHIBIT 2A

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop for Iranian NGOs
Grant duration: from April 1, 2006 to Macrh 31, 2007
Reporting period: from April 1, 2006 to June 30, 2006
Prepared by: Trita Parsi
Contact email: tparsi@niacouncil.org
Attachments:　　Financial report ☒
　　　　　　　　Payment request ☐
　　　　　　　　Pictures ☐
　　　　　　　　Participation list ☐
　　　　　　　　Press clips ☐
　　　　　　　　Copies of training material ☐
　　　　　　　　Publications ☐
　　　　　　　　Other ☐ Please specify

### 1.  Background:

The situation for NGOs in Iran is sharply deteriorating. The decision to allocate $85 million for democracy promotion in Iran has - in combination with the tensions between the US and Iran over the nuclear issue - paved the way for a major crackdown on NGOs. Many NGOs are self-censoring and reducing their activities, in hope that the political climate will take a turn for the better. Mere suspicion of cooperating with an American NGO puts the Iranian organizations under risk. Consequently, the project has faced some challenges.

### 2.  Summary:

Preparations made for workshop
Turkish local partner identified
Contacts made with Iranian NGO's to determine candidates for the workshop
Preparations made for visit to Turkey and Iran (which took place in July)

### 3.  Program Activities:

The period of April 1-June 30 was primarily devoted to planning Dr. Mansouri's visit to Turkey (July 11-17) and Iran (July 18-Sep 7) and establishing contact with the local partner in Turkey, potential host NGOs in Turkey, and potential workshop participants from Iran.

NIAC partnered up with the Freedom of Expression organization in Turkey, a well-known NGO active in both Ankara and Istanbul. The local partner agreed to take care of all local logistics (booking hotel rooms, transportation, lunches and dinners, organize a tour of Istanbul, identify and book the workshop venue etc), as well as identification of local Turkish NGO's at which the Iranian participants can do a one-week internship. These local NGOs will also be interviewed and approved by NIAC during Dr. Mansouri's trip to Turkey.

In Iran, NIAC reached out to numerous NGOs to gauge their interest, availability and capability to attend. Due to the deteriorating situation in Iran, however, it was determined that no decisive decisions could be made until Dr. Mansouri visited with the organizations in Iran itself.

All the details for the trip to Turkey and Iran were completed, including scheduled visits with local NGOs.

The procedures of the interviews with NGOs in both countries and the questionnaires to be filled by end-users were prepared and designed.

### 4. Evaluation:

At this stage, the project is proceeding well on schedule, with Dr. Mansouri having left for Turkey and Iran only days after the end of the reporting period of this document. the details and the challenges the project faces due to Iran's deteriorating situation for NGOs will be dealt with in the next report, upon Dr. Mansouri's return from Iran.

### 5. Non-NED Funded Activities:

NIAC has received funds from Eurasia Foundation to upkeep and develop the NGO Resources website.

FORM: APFR103

# FINANCIAL REPORT        NED Grant No. 2006-439

**GRANTEE:**              National Iranian American Council

**PERIOD REPORT COVERS:**   April 1-June 30, 2006
(insert beginning and ending dates of reporting period)

**CONVERSION INFORMATION:**  (**MUST** be completed if applicable)
**For the Grantee:**
"Expenditures This Period" incurred in currency other than US dollars were converted to US dollars
for purposes of this report at the rate of _____ = US$1.00

| LINE ITEM | BUDGET | PRIOR EXPENDITURES* | EXPENDITURES THIS PERIOD | TOTAL EXPENDITURES |
|---|---|---|---|---|
| Salaries | 16,248 | | $0 | |
| Space and Utilities | 16,200 | | $1,364 | $1,364 |
| Supplies and Equipment | 480 | | $80 | $80 |
| Communications and Postage | 2,160 | | $455 | $455 |
| Travel and Per Diem | 31,300 | | $2,540 | $2,540 |
| Contractual Services | 23,440 | | $7,050 | $7,050 |
| Other Direct Costs | 17,172 | | $50 | $50 |
| TOTAL PROGRAM COSTS | $107,000 | | $11,539 | $11,539 |
| TOTAL ADMINISTRATIVE COSTS | $0 | | | |
| GRAND TOTAL | $107,000 | | 11,539 | 11,539 |
| | | | check sum | 11,539 |

* "Prior Expenditures on all reports after the initial Financial Report should be the same as the
  "Total Expenditures" on the previous report.  Any variations must be annotated and explained

# **EXHIBIT 2B**

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop
for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from July 1, 2006 to September 30, 2006
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:    Financial report ☒
                Payment request ☐
                Pictures ☐
                Participation list ☐
                Press clips ☐
                Copies of training material ☐
                Publications ☐
                Other ☐ Please specify


### 1.  Background:

The situation for NGOs in Iran is very tense and deteriorating sharply. The US decision to allocate $85 million for democracy promotion in Iran through Iranian civil society both in the country and abroad has severely damaged the situation for the NGOs. The official reactions from the government in Iran have been harsh. Iran's Minister of Intelligence has gone so far as to deem NGOs enemies of the country and foreign agents. The Minister of Interior has also said that NGOs are a Western concept. NGOs are not needed in Iran, he argues, because the Iranian government already meets the needs of civil society through its religious foundations and community groups. The government has led a major crackdown on NGOs and their activities. Many, especially small and middle size NGOs, have been less able to deal with the pressure and resorted to self-censorship and a significant reduction of activities. Under the current circumstances, most Iranian NGOs will avoid contacts with American counterparts, even for educational purposes. This creates significant challenges for the Management Training Workshop in Turkey. Consequently, the workshop will not take place this fall in Turkey, rather new dates or modes of transmitting the education is being explored.


### 2.  Summary:

• Turkish counterparts for the project were identified, interviewed, and briefed in Turkey
• Possible alternations to the plan was considered and discussed with Turkish NGOs
• Preparations at the host country made for the workshop
• The new legal and social situation of Iranian NGOs was studied while visiting Iran
• Iranian NGO were visited, interviewed, and briefed about the workshop
• Inputs of the Iranian NGOs were gathered for preparation of alternative plans
• The needs of Iranian NGOs were evaluated and considered for adding other chapters to the online resource eBook and to choose relevant case studies.

•     Results of the trips to Turkey and Iran were conveyed to the funders via meetings in Washington DC.
•     Several sub-chapters were added to the eBook based on the information gathered during the trips.

### 3. Program Activities:

The period of July 1 through September 30 was devoted to Dr. Mansouri's visit to Turkey (July 11-17) and Iran (July 18-August 22) and the planning of the details of the workshop with the local partner, potential hosts of the Iranian NGOs in Turkey, and potential workshop participants from Iran.

During the visit to Turkey, NIAC met with five Turkish NGOs, including the Freedom of Expression organization. Sanar Yurdatapan, the president of the Freedom of Expression organization, coordinated meetings with Mazlumder (Organization for Human Rights and Solidarity for Oppressed People - http://www.mazlumder.org/ana.php?konu=ana?=en), Tesev (Turkish Economic and Social Studies Foundation - http://www.tesev.org.tr/eng/ ), and Helsinki Citizenship Assembly (http://www.hyd.org.tr/ ). According to the Freedom of Expression organization, the aforementioned NGOs had the potential to host their counterparts from Iran. Seyda Taluk, the representative of ASHOKA in Turkey, was another person who NIAC meet during the visit.

The time spent with the Turkish NGOs showed that they all had solid organizational structures, administrative processes, and financial management processes. This qualified them to be adequate hosts of the Iranian NGOs for the second part of the workshop. Moreover, the tense situation of Iranian civil society was discussed with the Turks to prepare them for the challenge. All of the interviewed Turkish NGOs were interested in taking part in the workshop, given the circumstances. They also shared their thoughts on this issue and agreed on collaborating even under different circumstances, such as traveling to Tehran to educate the NGOs in country.

The Freedom of Expression organization agreed to take care of all local logistics, including booking hotel rooms, transportation, lunches and dinners, organize a tour of Istanbul, identify and book the workshop venue etc.

In Iran, NIAC spent a significant amount of time with carious Iranian NGOs in Tehran, Kashan, Isfahan, Bam, and Yazd. A large group of NGOs were visited and interviewed to determine which ones to bring to the workshop in Turkey. The criteria of selecting these NGOs were as following:

- Being active members of Iranian civil society
- Being familiar with the English language
- Having experience in being trained and training other NGOs/people
- Being responsible in holding educational gatherings and/or similar workshops in the future
- Being professionals and able to serve other NGOs
- Politically neutral NGOs whose activities are geared towards offering educational services

During the visit to Iran it became very clear that the situation of the NGOs had deteriorated sharply in the last few months. The atmosphere was much harsher and consequently, the willingness of the NGOs to participate in cooperative activities with American NGOs had declined. Given the new atmosphere, the Interior Ministry's attitude towards NGOs, and last but not least, the ignorance of governmental entities about NGOs and their functionality, the NGOs NIAC met with emphasized that their inclination to attend the workshop was subject to acceptance of the officials of the Interior Ministry. This creates many new challenges for the project and the following scenarios:

1. The Interior Ministry will not allow any NGO to attend this workshop. Moreover, they will register the names of the facilitators as well as the potential attendants in their databases, which might cause future surveillance and/or interrogation.

2. The Ministry will permit participation in the workshop, subject to the evaluation of its sponsors and facilitators. The volume of paper-work involved in this process will delay the project for at least four month and there is no guarantee that the Ministry will permit the Iranian NGOs to attend the workshop at the end of this period anyways.

3. They Ministry gives the workshop a green light, but will choose the attendants itself. Experience shows that in this scenario, the Ministry will send government-related NGOs and their own representatives.

4. They Ministry gives the workshop a green light, but they will evaluate and document the background of all the attendants, sponsors, and facilitators. The attendants will have to prepare a report for the Ministry upon their return.

Given the above scenarios, the following options are available at the present time:

1. An experienced coordinator can be chosen among the Iranian NGOs who have a good report with the government and who have conduced similar workshops (in international gatherings) in the past. This way, the risk of attending these series will be minimized for the Iranian NGOs as the coordinator will take care of the red tape and the negotiations with the government. The disadvantage will be that the type of NGOs we are seeking to educate will likely not be able to participate. It is very probable that the NGOs that are selected are not in great need of the education we offer. Furthermore, identifying and negotiation with such an organizing NGO will require much time and a series of negotiations.

2. NIAC can directly approach the Interior Ministry and inform them about the project. At this stage, however, we strongly feel that the cost-benefit analysis of this option does not make much sense since it carries far more risk than benefit.

3. The venue of the workshop can be changed from Turkey to Iran. In the second leg of it, the Turkish NGOs will be invited to Iran instead of the other way around. This will reduce risks to some extent but carries the disadvantages of being under strict surveillance as well as having to deal with US sanctions regulations.

4. We can recruit NGOs for the workshop in Turkey online without any direct previous contact with them. Each NGO will have to accept or decline the risk of participating in the workshop. They will be able to register independently and leave for Turkey on their own. At this stage, however, we deem it unlikely that any serious NGOs would be willing to take such a risk. Furthermore, even if a few NGOs sign up, their quality will undoubtedly be lower.

5. Instead of doing a workshop in Turkey or in Iran, the Iranian NGOs can be trained individually by NIAC in Iran. This would require another lengthy trip to Iran during the spring of 2007. In this scenario, the NIAC's representative will meet with the Iranian NGOs one by one, audit their management system and teach them the topics of financial management.

6. NIAC can adopt a wait and see approach and continuously assess the situation in Iran in order to find a window in which the original plan for the workshop can be implemented.

Regarding the eBook, the visists to Iran and Turkey were critical for its development. Based on the information gathered during the visits and interviews with Turkish and Iranian NGOs, much material has been gathered for additional sub-chapters to the eBook at the online resource center. One part of these sub-chapters is dedicated to a detailed report on the situation of civil society in Iran. Mindful of the disinformation campaign conducted by the government itself, lack of such a report can bring about confusion and increase the paralysis of the NGOs.

Another sub-chapter deals with case studies. The interviewed Turkish NGOs are selected as the first series of cases to be presented to readers of the website. In each case, the organizational structure of the introduced NGO is studied and discussed. Also, a set of infrastructural documents at each case is translated and presented to Farsi/Persian speaking readers. Moreover, some basics related to organizational management of the cases, such as their management approach for problem-solving, organizational mission, vision, strategies, and policies as well as achievable objectives are presented. The plan is to include some real world problems and the methods been applied by each of the NGOs to resolve them. This part of the eBook will be updated regularly as the translated parts are ready to upload.

### 4.  Evaluation:
The visits to Turkey and Iran and meeting with both Iranian and Turkish NGOs were very informative and critical for the development of the project. It was particularly helpful to carefully study the changing context in which the Iranian NGOs operate in. Also, the interviews with the NGOs gave clear ideas of additional topics to cover in the eBook. Unfortunately, the deteriorating situation for the NGOs in Iran prevented the original plan from being followed through. However, NIAC remains in close contact with the Iranian NGOs and is consistently seeking out new ways to conduct the workshop as planned, while simultaneously developing new plans and ideas for the successful completion of the project. Overall, in spite of the difficulties encountered in Iran, the visits to Iran an Turkey as well as the strengthening of ties to the Iranian NGOs have significantly advanced the project.

### 5.  Non-NED Funded Activities:
The activities in regards to the eBook are funded by another entity, the Eurasia Foundation.

FORM: APFR103

# FINANCIAL REPORT    NED Grant No. 2006-439

**GRANTEE:**    National Iranian American Council

**PERIOD REPORT COVERS:**    July 1-September 30, 2006 _____
(insert beginning and ending dates of reporting period)

**CONVERSION INFORMATION:** (**MUST** be completed if applicable)
**For the Grantee:**
"Expenditures This Period" incurred in currency other than US dollars were converted to US dollars
for purposes of this report at the rate of _____ = US$1.00

| LINE ITEM | BUDGET | PRIOR EXPENDITURES* | EXPENDITURES THIS PERIOD | TOTAL EXPENDITURES |
|---|---|---|---|---|
| Salaries | 16,248 | $0.00 | $2,708.00 | $2,708.00 |
| Space and Utilities | 16,200 | $1,364.48 | $2,700.00 | $4,064.48 |
| Supplies and Equipment | 480 | $80.00 | $341.73 | $421.73 |
| Communications and Postage | 2,160 | $455.00 | $636.05 | $1,091.05 |
| Travel and Per Diem | 31,300 | $2,540.00 | $1,184.85 | $3,724.85 |
| Contractual Services | 23,440 | $7,050.00 | $1,879.80 | $8,929.80 |
| Other Direct Costs | 17,172 | $50.00 | $30.00 | $80.00 |
| TOTAL PROGRAM COSTS | $107,000 | $11,539.48 | $9,480.43 | $21,019.91 |
| TOTAL ADMINISTRATIVE COSTS | $0 | | | |
| GRAND TOTAL | $107,000 | 11,539.48 | 9,480.43 | 21,019.91 |
| | | | check sum | 21,020 |

* "Prior Expenditures on all reports after the initial Financial Report should be the same as the
  "Total Expenditures" on the previous report.  Any variations must be annotated and explained

# EXHIBIT 2C

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop
for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from October 1, 2006 to December 31, 2006
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:    Financial report ☒
                Payment request ☐
                Pictures ☐
                Participation list ☐
                Press clips ☐
                Copies of training material ☐
                Publications ☐
                Other ☐ Please specify


1.  **Background:**
During this period, we have continued our intimate and regular contacts with Iranian NGOS,
assisting and advising them on management issues. These contacts are primarily conducted
per phone. Our network is currently growing both via the website and via referral from
NGOs already in our circle.

Research on American and international NGOs and funders has been conducted and
presented to the Iranian NGOs, based on their inquiries and requests. This is done in order to
expand our existing case study division for the Online Resource Center through which
Iranian NGOs learn from the experiences of their counterparts all around the world. We
present cases in this division not only since it aids the Iranian NGOs in terms of organization
and management, but also, since some of organizations presented have the potential of
becoming their grantors.

Preparing documents to familiarize Iranian NGOs with the activities of their counterparts in
the United States as well as other international NGOs. The organizational information of the
Turkish NGOs we met with this summer were among the first to be documented and posted
on the web.

Preparing alternative routes to complete the project mindful of the political circumstances in
Iran. This included consulting with the Iranian NGOs to see what arrangement they would
feel most comfortable with. The conclusion has been to conduct individual training of NGOs
in Iran this late spring, rather than organizing a large workshop. This minimizes the risk for
all parties.

## 2.  Summary:

More than 20 pages of content have been added to website. These pages have been categorized into 55 links and sub-links. The contents produced during this quarter are available on the website under the following main category: http://www.ngoresources.org/tiki-index.php?page=%D9%BE%D8%B3%DA%AF%D9%81%D8%AA%D8%A7%D8%B1. These documents include several case studies, introduction of international grantors as well as a report on the status of Iranian civil society at the present time. The latter is written based on the information gathered during our visit to Iran.

Strengthen our relationship with a select group of 19 Iranian NGOs form the pool of 50+ nongovernmental groups and organizations for potential partnerships. These NGOs have been selected based on several criteria, including the quality of their, their ability to absorb information provided to them by NIAC, as well as their independence from the government.

## 3.  Program Activities:

The easiest way to communicate with the Iranian NGOs is via phone. Still, this medium has numerous drawbacks. Factors such as time difference and nonconformity of weekdays, weekends and calendar constitute major obstacles. This doesn't only make it more difficult to reach them, but it also limits the time of each conversation and the number of NGOs that can be reached per day.

Another problem is the political atmosphere in Iran, which keeps the Iranian NGOs' representatives reserved. They are unwilling to discuss all their issues on the phone. In order to alleviate their fears, especially the new NGOs we communicate with, we limit the conversations consultancy on management issues.

Moreover, considering the fact that most of the Iranian NGOs are not comfortable about attending any workshop outside Iran, we've decided to train them individually on grant writing and NGO management inside Iran.

The major part of our activities in the past quarter was dedicated to incorporate information gathered in Turkey and Iran into the Online Resource Center. We also incorporated information gathered during the interviews with Iranian NGOs. Preparing a list of the most requested issues by Iranian NGOs will help us to modify our research plan and to provide our audiences with the right contents.

We also utilize the opportunity of communicating with Iranian NGOs in order to increase our network by asking our trusted partners to introduce other NGOs that are suitable to join our network. These newly introduced NGOs will be interviewed in the next few months.

During the telephone conversations with our selected Iranian NGOs a variety of issues were discussed and many questions regarding management of nongovernmental entities were answered. Critical questions included methods to increase membership participation, increasing

membership, recruiting volunteers, fundraising and financial prudence. Absent outside grants, Iranian NGOs have to finance their activities membership fees and local fundraising.

In addition, some NGOs had questions about the required format of financial reports and accounting systems acceptable by international donors. It seems that they want to be completely prepared for the time that the situation allows them to be able to communicate with international counterparts.

Some of the other major questions were inquiring about the administrative requirements for running NGOs democratically. After reviewing some parts of the case study division on our Online Resource Center, Iranian NGOs have become aware about their insufficiency in defining required procedures for making organizational decisions and selecting their board and some other executive members.

### 4.  Evaluation:

NIAC will continue updating the Online Resource Center on the topic of international grantors of nongovernmental activities and programs, as well as the issues raised during our conversations with them. This will familiarize our audience with the nonprofit and nongovernmental culture and its representatives. For political reasons, Iranian NGOs interest in American grantors is swiftly decreasing while their interest in international grantors is increasing. Thus, doing research about such NGOs as well as providing new documents and updates based on the conducted research will be presented in the next period.

Also, some of the people we have interviewed believe that the Online Resource Center lacks sufficient practical examples. Several others said that since most of the Iranian leaders of NGOs do not have a background in management, some parts of the online documents might not be as clear to them as expected. Therefore, we have also planned adding more specific guidelines within the existed text so that some complicated parts of the eBook become more readable by being explained in clear and simple steps.

Moreover, based on the decision we made, a detailed plan for a second visit to Iran is being designed. This will include several phone conversations with our Iranian partners as well as scheduling a flight to Iran and several other trips inside the country.

### 5.  Non-NED Funded Activities:

The activities in regards to the eBook are funded by another entity, the Eurasia Foundation.

FORM:  APFR103

# FINANCIAL REPORT          NED Grant No. 2006-439

**GRANTEE:**          National Iranian American Council

**PERIOD REPORT COVERS:**   October 1-December 31, 2006 _____
(insert beginning and ending dates of reporting period)

**CONVERSION INFORMATION:**  (**MUST** be completed if applicable)
**For the Grantee:**
"Expenditures This Period" incurred in currency other than US dollars were converted to US dollars
for purposes of this report at the rate of _____ = US$1.00

| LINE ITEM | BUDGET | PRIOR EXPENDITURES* | EXPENDITURES THIS PERIOD | TOTAL EXPENDITURES |
|---|---|---|---|---|
| Salaries | 16,248 | $2,708.00 | $4,062.00 | $6,770.00 |
| Space and Utilities | 16,200 | $4,064.48 | $4,050.00 | $8,114.48 |
| Supplies and Equipment | 480 | $421.73 | $42.29 | $464.02 |
| Communications and Postage | 2,160 | $1,091.05 | $838.00 | $1,929.05 |
| Travel and Per Diem | 31,300 | $3,724.85 | | $3,724.85 |
| Contractual Services | 23,440 | $8,929.80 | $3,000.00 | $11,929.80 |
| Other Direct Costs | 17,172 | $80.00 | $820.25 | $900.25 |
| TOTAL PROGRAM COSTS | $107,000 | $21,019.91 | $12,812.54 | $33,832.45 |
| TOTAL ADMINISTRATIVE COSTS | $0 | | | |
| GRAND TOTAL | $107,000 | 21,019.91 | 12,812.54 | 33,832.45 |
| | | | check sum | 33,832 |

* "Prior Expenditures on all reports after the initial Financial Report should be the same as the
  "Total Expenditures" on the previous report.  Any variations must be annotated and explained

# EXHIBIT 2D

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop
for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from January 1, 2007 to March 31, 2007
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:   Financial report ☒
                          Payment request ☒
                          Pictures ☐
                          Participation list ☐
                          Press clips ☐
                          Copies of training material ☐
                          Publications ☐
                          Other ☐ Please specify

## 1.  Background:

The majority of NIAC's activities in the last quarter of the project were dedicated to
development of the Online Resource Center. By taking into consideration the results of
telephone conversations with Iranian NGOs, new materials have been added to the Online
Resource Center. Some of the Iranian NGOs were suggesting that the theoretical materials of
the electronic documents were in some ways too descriptive to be followed easily. According
to these suggestions, some shorter, more clear-cut texts that could encapsulate the essence of
the contents of the posted chapters and sub-chapters of the electronic book were missing.

Therefore, a list of the Iranian NGOs' most requested issues was prepared, and became the
basis for producing new materials. This list will also help NIAC to modify its research plan
for new materials and to provide the Iranian NGOs with more desirable contents.

Communication with Iranian NGOs was also utilized as an opportunity to increase NIAC's
network of Iranian members of civil society, by asking the trusted partners of the
organization to introduce other NGOs that could be potential partners in the future. These
newly introduced NGOs are usually interviewed and new connections will be made. During
the last period of the project, 3 new NGOs were interviewed and added to NIAC's network.

Most of the telephone conversations with the selected Iranian NGOs during the last quarter of
the project were concentrated on gathering information from the audience about the way they
evaluate NIAC's performance as a service provider, and about the usefulness of the Online
Resource Center.

Moreover, during these communications, a variety of issues were discussed, and questions regarding the management of nongovernmental entities were addressed. Some of the Iranian NGOs were interested in learning more about establishing an office for a newly founded NGO, utilizing philanthropic donations to run the activities, financing and budgeting, evaluating a program, allocating responsibilities, defining authorities, and providing personnel with training programs. Some of these issues were addressed during these phone conversations, and several pages of documents were added to the Online Resource Center to discuss them in more detail.

## 2.  Summary:

1- Added more than 29 word document pages of content to the website, which has been clustered and categorized in 43 links and sub-links in the Online Resource Center. The contents produced during this quarter are available on the website under the following main categories:
http://www.ngoresources.org/tiki-index.php?page=%D8%A8%D8%B1%D9%BE%D8%A7%D8%B3%D8%A7%D8%B2%DB%8C
http://www.ngoresources.org/tiki-index.php?page=%D8%B1%D8%A7%D9%87%D8%A8%D8%B1%DB%8C
These documents include short, bulleted managerial tips that help the leaders of Iranian NGOs to use the theoretical management factors (which have been described in the Online Resource Center) practically, in their daily directorial activities.

2- Maintained close relationships with 19 Iranian NGOs and identified 3 new NGOs chosen from a pool of more than 50 nongovernmental groups and organizations for potential partnerships. According to an internal policy of NIAC about contacting only Iranian NGOs independent from any governmental entities, the newly identified organizations were all introduced to us through the NGOs with whom we have existing relationships. This policy has been adopted by NIAC with regard to the escalating security issues that Iranian NGOs are faced with on a daily basis.

## 3.  Program Activities:

1- Facilitating intimate relationships with Iranian NGOs through periodic telephone conversations, and providing them with consultations about their managerial issues, based on either what they inquire about or the results of NIAC's investigations about their needs and interests. As has been mentioned in previous reports, keeping in touch with Iranian NGOs via telephone is the most practical and the safest way to remain connected with those active members of Iranian society that have already built a relationship with NIAC during the past several years. In addition to its consultation purposes, correspondence via telephone has always been used as a tool to assist NIAC in broadening its network of Iranian NGOs. This is usually done by calling new NGOs that are introduced to NIAC by one of the members of its own network.

2- Conducting research based on the issues that have been brought up by some of the Iranian NGOs, and the sorts of questions that they ask in their phone conversations. The information

gathered usually addresses some of the informational needs of Iranian NGOs while at the same time helping NIAC to improve its knowledge about the Iranian civil society. Additionally, some aspects of this research are done in order to expand the existing case study division at the Online Resource Center. These efforts have been geared towards leading Iranian NGOs toward a simple, yet systematic style of organizational management.

3- Preparing documents to present simple and practical methods to Iranian NGOs and other online audiences, in order to enable them to move toward a systematic way of management. These managerial tutorials are presented in short, bulleted documents, and posted on the Online Resource Center. The primary objective of presenting the information in this form is to transform some of the more theoretical sections of the electronic book into short, easy to use guides that can be easily learned and incorporated by the management teams of Iranian NGOs.

### 4.  Evaluation:

By taking into consideration that phone conversations have been the traditional way to communicate with Iranian NGOs, the issues discussed in former reports, such as time difference, the nonconformity of weekdays and weekends, and the calendar, can still be considered the main obstacles to making connections with Iranian civil society. However, such issues were resolved by making closer connections with the audiences in Iran, and utilizing the flexibility provided by their cooperation and understanding in letting NIAC reach them on their cell phones or at their homes.

The governmental pressure on NGOs has always been an obstacle for NIAC. The sensitivity of the NGO issue in Iran has been growing during the past months and it keeps the Iranian NGOs' representatives reserved and uncomfortable with discussing their issues fully over the phone. Again, in an effort to remedy this, efforts were made to keep conversations within the limits of consultancy on issues concerning the management of NGOs

### 5.  Non-NED Funded Activities:
The activities in regards to the eBook are also funded by the Eurasia Foundation.

FORM: APFR103

# FINANCIAL REPORT       NED Grant No. 2006-439

**GRANTEE:**        National Iranian American Council

**PERIOD REPORT COVERS:**   January 1 - March 31, 2007
(insert beginning and ending dates of reporting period)

**CONVERSION INFORMATION:**  (**MUST** be completed if applicable)
**For the Grantee:**
"Expenditures This Period" incurred in currency other than US dollars were converted to US dollars
for purposes of this report at the rate of _____ = US$1.00

| LINE ITEM | BUDGET | PRIOR EXPENDITURES* | EXPENDITURES THIS PERIOD | TOTAL EXPENDITURES |
|---|---|---|---|---|
| Salaries | 16,248 | $6,770.00 | $5,428.00 | $12,198.00 |
| Space and Utilities | 16,200 | $8,114.48 | $8,100.00 | $16,214.48 |
| Supplies and Equipment | 480 | $464.02 | $16.51 | $480.53 |
| Communications and Postage | 2,160 | $1,929.05 | $222.90 | $2,151.95 |
| Travel and Per Diem | 31,300 | $3,724.85 | $0.00 | $3,724.85 |
| Contractual Services | 23,440 | $11,929.80 | $1,972.20 | $13,902.00 |
| Other Direct Costs | 17,172 | $900.25 | $1,167.15 | $2,067.40 |
| TOTAL PROGRAM COSTS | $107,000 | $33,832.45 | $16,906.76 | $50,739.21 |
| TOTAL ADMINISTRATIVE COSTS | $0 | | | |
| GRAND TOTAL | $107,000 | 33,832.45 | 16,906.76 | 50,739.21 |
| | | | check sum | 50,739 |

* "Prior Expenditures on all reports after the initial Financial Report should be the same as the
  "Total Expenditures" on the previous report.  Any variations must be annotated and explained

# EXHIBIT 2E

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop
for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from April 1, 2007 to June 30, 2007
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:    Financial report ☒
                Payment request ☐
                Pictures ☐
                Participation list ☐
                Press clips ☐
                Copies of training material ☐
                Publications ☐
                Other ☐ Please specify

## 1.  Background:

Iranian NGOs have always been the target of government pressure, especially under
President Mahmoud Ahmadinejad. In addition, U.S. government policies, culminating in last
year's announcement of funding for "democracy promotion" within Iran, have evoked
negative and harsh reactions on the part of Iranian officials toward the leaders of Iranian civil
society.  Due to these reasons, the intensity of restrictions has been raised to a new level.
During the past several months, Iranian NGO leaders have been intimidated through such
tactis as surveillance, interrogation, revocation of their NGO registrations, restrictions on
their ability to travel, and even jail. This backlash has severely limited the freedom of Iranian
NGO leaders seeking expertise outside of Iran.

Furthermore, experts who visited Iran have also been subjected to harrasment and detention.
For example, Haleh Esfandiari's problems with the government started around January of
2007. After visiting her ailing 93-year-old mother in Tehran, Iran, whom she had visited
approximately twice per year over the past decade, Mrs. Esfandiari was robbed at knifepoint
on the way to the airport.  The robbers stole both her American and Iranian passports.
Consequently, she was not permitted to leave the country. When she applied for new travel
documents, she was barred from leaving Iran and interrogated for up to eight hours per day
over a period of several weeks (until February 14) by authorities from the Iranian Ministry of
Intelligence.

On May 7, 2007, she was told to report to the Ministry of Intelligence. Upon her arrival there
on the morning of May 8, she was taken into custody and driven to Tehran's Evin Prison,
becoming the third dual U.S.-Iranian citizen to be recently detained by the Iranian

government (the others being Radio Farda correspondent Parnaz Azima, whose passport was confiscated in January while also visiting her sick mother, and another whose identity has been withheld by the U.S. State Department at the request of her family). Another academic, Ramin Jahanbegloo, was also arrested and held for four months in Evin Prison in 2006.  The dual U.S.-Iranian citizen Ali Shakeri, of the Center for Citizen Peacebuilding at the University of California at Irvine, has not been heard from since March 8, 2007.  It is believed that he is being held by Iranian authorities.  Dr. Kian Tajbakhsh, an Iranian American consultant for the Open Society Institute, was detained in Iran on May 11, 2007. In addition, a former FBI agent, Robert Levinson, has been missing in Iran since he disappeared in March 2007.

Moreover, in the midst of these academics being detained, governmental publications have started to write about the "National Endowment for Democracy," a name that has become increasingly prevalent in Iranian politics as an entity tied to the alleged US policy of regime change via NGOs. Ramin Jahnbagloo was a former fellow at NED, and the name of the organization has been repeatedly raised by many political analysts.

Taking all these circumstances into account, NIAC had no choice but to postpone sending an expert to Iran to conduct educational workshops for NGOs. All of the details of the meetings with NGO members of the Resource Center's network had been planned during the first month of the past quarter. Considering the fact that NIAC's expert was questioned by the authorities the last time he visited Iran, it is extremely likely that he would have been imprisoned had he travelled to the country in recent months.

Since there is little certainty regarding the Iranian political situation, NIAC at the current time cannot allow its expert to travel to Iran. Instead, NIAC will continue to work on producing online resources and will seek to broaden the organization's network. This will enable NIAC to maintain its relationship with active Iranian NGOs and be prepared to take required actions when the situation changes for the better.

## 2.  Summary:

1- Added more than 32 word document pages of content to the website, which has been clustered and categorized in 48 links and sub-links in the Online Resource Center. The contents produced during this quarter are available on the website under the following main category:

http://www.ngoresources.org/tiki-index.php?page=%D9%86%DA%A9%D8%A7%D8%AA+%D8%A7%D8%AC%D8%B1%D8%A7%D8%A6%DB%8C+%D8%A8%D8%B1%D8%A7%DB%8C+%D8%B1%D8%A7%D9%87%D8%A8%D8%B1%DB%8C

According to the theme of the Center's content development, these documents include short managerial tips that help the leaders of Iranian NGOs use theoretical management factors of the eBook in a practical way.

2- Maintained close relationships with the Iranian NGOs of the Resource Center's network through regular telephone conversations with their leaders. NIAC is currently in touch with about 50 nongovernmental groups and organizations.

3- Evaluated the popularity, effectiveness, and usefulness of the NGO Resource Center by conducting a survey. A questionnaire was designed for this purpose and Iranian NGOs were interviewed over the phone.  Their responses were documented.

4- Evaluated plans for the possibility of travelling to Iran and conducting a workshop for Iranian NGOs.

### 3.   Program Activities:

1- Retaining Iranian NGOs in the Center's network through regular telephone conversations in which they are provided with consultations about managerial issues and asked to share their needs and interests in return. This way of communication ensures the safety of Iranian NGO leaders and makes them comfortable introducing their friends from other nongovernmental groups.

2 - Recruitment of new NGO members to be a part of the Center's network. Communication with Iranian NGOs was utilized as an opportunity to invite new Iranian NGOs to NIAC's network of Iranian members of civil society. This was done by asking current trusted partners to introduce and engage other Iranian NGOs who could be potential partners in the future.

3- Developing online content based on the information gathered from Iranian NGOs during telephone conversations. The questions and issues brought up by Iranian NGO leaders have been used as a guideline for the research conducted by NIAC. The results of the information gathered based on these questions and comments,as well as the needs and interests of NGOs, were written in Persian and uploaded in the appropriate sections. The main objective has been to lead Iranian NGOs toward a simple, yet systematic way of organizational management. Moreover, such interactions have helped NIAC to improve its knowledge about Iranian civil society.

4- Providing the endorsers with simple and practical methods that teach them a step-by-step approach to the management of their organizations. The primary objective of presenting the information in short, simple, bulleted form is to transform some of the more theoretical sections of the electronic book into easy-to-use guides.

5- Gathering information from Iranian NGOs via a questionnaire and doing a survey to evaluate their level of satisfaction with the services delivered by NIAC. The questionnaire was originally designed to obtain the opinions of Iranian NGOs on several matters and was used as a tool to investigate the productivity of the Center. After the questionnaire was generated, several NGOs from the Center's network were selected and interviewed on the phone. By responding to the questions of the survey, the Iranian NGOs reflected their opinion on the usefulness of the Online Resource Center and NIAC's services available for Iranian civil society. Based on the knowledge gathered by such surveys, NIAC will be able to modify its approach to dealing with the program

and continue to serve Iranian NGOs via the Internet or telephone in the most effective and efficient way.

6 - Documenting the results of communication between NIAC and its network of Iranian NGOs. During NIAC's communications with members of its network, a variety of issues were discussed, and questions regarding the management of nongovernmental entities were addressed. Therefore, it was necessary to capture the essense of the discussions in order to document the needs and interests of Iranian NGOs.

7- Planning the details of meetings with Iranian NGOs during NIAC's expert trip to Iran. The plan was postponed due to the critical situation in Iran regarding visiting experts from abroad.


## 4.  Evaluation:

Contacting members or leaders of Iranian NGOs per phone has been proven to be a very safe, effective, and efficient way to keep in touch with Iranain civil society. As a trusted organization among its network of NGOs, NIAC has been able to maintain such connections as well as develop the network of Iranian civil society members.

On the other hand, increasing governmental pressure on Iranian NGOs has been a serious issue during the past quarter. As sensitivity toward NGOs continues to rise, the leaders of Iranian NGOs have become more reserved and uncomfortable about discussing their issues over the phone. In an effort to remedy this, efforts have been made to keep conversations within the limits of consultation concerning the management of NGOs.

## 5.  Non-NED Funded Activities:
-

FORM: APFR103

# FINANCIAL REPORT     NED Grant No. 2006-439-1

**GRANTEE:**     National Iranian American Council

**PERIOD REPORT COVERS:**     April 1 - June 30, 2007_____
(insert beginning and ending dates of reporting period)

**CONVERSION INFORMATION:** (**MUST** be completed if applicable)
**For the Grantee:**
"Expenditures This Period" incurred in currency other than US dollars were converted to US dollars
for purposes of this report at the rate of _____ = US$1.00

| LINE ITEM | BUDGET | PRIOR EXPENDITURES* | EXPENDITURES THIS PERIOD | TOTAL EXPENDITURES |
|---|---|---|---|---|
| Salaries | $24,372 | $12,198.00 | $4,062.00 | $16,260.00 |
| Space and Utilities | 24,300 | $16,214.48 | $4,050.00 | $20,264.48 |
| Supplies and Equipment | 1,080 | $480.53 | $662.56 | $1,143.09 |
| Communications and Postage | 5,040 | $2,151.95 | $1,350.87 | $3,502.82 |
| Travel and Per Diem | 4,500 | $3,724.85 | $0.00 | $3,724.85 |
| Contractual Services | 14,760 | $13,902.00 | $2,460.00 | $16,362.00 |
| Other Direct Costs | 8,004 | $2,067.40 | $1,680.00 | $3,747.40 |
| TOTAL PROGRAM COSTS | $107,000 | $50,739.21 | $14,265.43 | $65,004.64 |
| TOTAL ADMINISTRATIVE COSTS | $0 | | | |
| GRAND TOTAL | $107,000 | 50,739.21 | 14,265.43 | 65,004.64 |
| | | | check sum | 65,005 |

* "Prior Expenditures on all reports after the initial Financial Report should be the same as the
   "Total Expenditures" on the previous report.  Any variations must be annotated and explained

## **EXHIBIT 2F**

**Grant number**: 2006-439

Organization name: National Iranian American Council
Country: Iran
Project title: Online Persian NGO Resources Center and Management Training Workshop
for Iranian NGOs
Grant duration: from April 1, 2006 to March 31, 2007
Reporting period: from July 1, 2007 to August 31, 2007
Prepared by: Mohammad Mansouri
Contact email: mmansouri@niacouncil.org
Attachments:    Financial report ☒
                Payment request ☐
                Pictures ☐
                Participation list ☐
                Press clips ☐
                Copies of training material ☐
                Publications ☐
                Other ☐ Please specify

## 1. Background:

Although Haleh Esfandiari's problems with Iranian government are fortunately resolved, the predicament of Iranian NGOs has not changed much since the publication of our previous report at the end of June.  The activities of Iranian NGOs are still subject to intense restrictions, surveillance, and interrogation. Therefore, sending an expert to Iran for the purpose of conducting an educational workshop for Iranian NGOs is still not an option. However, the plan to continue working on content development and the broadening of the organization's network was implemented during the past two months. This enabled NIAC to maintain its relationship with active Iranian NGOs.

## 2. Summary:

1- Added about 12 word document pages of content to the website, which has been clustered and categorized in 18 links and sub-links in the Online Resource Center. The contents produced during this quarter are available on the website under the following main category:

http://www.ngoresources.org/tiki-
index.php?page=%D9%86%DA%A9%D8%A7%D8%AA+%D8%A7%D8%AC%D8%B1%D8
%A7%D8%A6%DB%8C+%D8%A8%D8%B1%D8%A7%DB%8C+%D8%B1%D8%A7%D9
%87%D8%A8%D8%B1%DB%8C

According to the theme of the Resource Center's content development, these documents include short, bulleted managerial tips that help the leaders of Iranian NGOs use the theoretical management factors of the eBook in a practical way.

2- Maintained close relationships with all the Iranian NGOs in the Resource Center's network through regular telephone conversations with their leaders and staff.

3- Researched new material to be translated and added to the website mostly on the topic of introducing non-Iranian NGOs to the audience of the Center.

4- Prepared a new proposal on e-learning in order to increase the effectiveness and efficiency of the Center and build a more meaningful relationship with Iranian NGOs.

### 3. Program Activities:

1- Maintaining the periodic telephone conversations with representatives of Iranian NGOs in order to retain them in the network and provide them with consultations about their managerial issues as well as ask them to share their needs and interests in return.

2 - Developing the contents of the Center based on the information gathered from Iranian NGOs during telephone conversations and making efforts to recruit new NGO members to be a part of the Center's network.

3- Researching on many other non-Iranian NGOs and preparing documents to be translated and shared with Iranian NGOs.

4- Preparing a new proposal in which the technical means and methods necessary for developing the current center into an e-learning institute are discussed.

5 - Documenting the results of the communications between NIAC and its network of Iranian NGOs.

### 4. Evaluation:

Building a direct educational relationship with the Iranian NGOs seems to be the most effective, and efficient way to inform and keep in touch with Iranain civil society. NIAC has been able to maintain its professional connections with Iranian NGOs and create an active network of Iranian civil society members. On the other hand the sensitivity of NGO issues has been rising rapidly during the past months and has lead Iranian NGOs to become more reserved about discussing their issues over the phone. This is directly related to the announcement of the $75 million democracy fund. Providing the proposed e-learning center can be an effort to remedy this problem and facilitates the most effective method of knowledge diffusion in this regard.

### 5. Non-NED Funded Activities:
Eurasia Foundation funds to support the e-book project have been stopped since May 2006.