# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - -

| | | |
|---|---|---|
| TRITA PARSI and NATIONAL | : | |
| IRANIAN AMERICAN COUNCIL | : | |
| Plaintiffs | : | |
| V. | : | Civil No.: |
| DAIOLESLAM SEID HASSAN, | : | 08 CV 00705 (JDB) |
| Defendant | : | Page 1-331 |

VOLUME II

- - -

Thursday, December 2, 2010

- - -

Continued deposition, videotaped, of Dr. Trita Parsi, was taken at the Law Offices of Sidley Austin, LLP, 1501 K Street, NW, Sixth Floor, Washington, DC 20005 commencing at 9:03 a.m. before Sherry L. Brooks, Professional Court Reporter and Notary Public, in and for the District of Columbia.

* * *

6c04617a-bb92-463b-9157-ca76ce39fe73

Parsi. Going off the record. The time on the video screen is 12:55:47 seconds.

(Luncheon recess.)

THE VIDEOGRAPHER: Here marks the beginning of Videotape Number 3 taken in the deposition of Mr. Trita Parsi. Going back on the record. The time on the video screen is 13:40:08 seconds.

Please continue.

BY MR. KAPSHANDY:

Q. Are you ready to proceed, Mr. Parsi?

A. Yes, I am.

Q. And you understand you're still under oath?

A. I do.

Q. Before the break, we were talking about Hamyaran and the National Endowment for Democracy. Do you recall that?

A. Yes.

Q. Thank you. I think we're getting a little tired. We have to keep our voice up so she can get us so we have an accurate record, okay. And, again,

I promise I'll try not to talk over you and ask that you try and do the same, okay?

A. Very good.

Q. Thank you. Okay. I'd asked you if you had ever had any discussions with the National Endowment for Democracy as to whether a minister of the government of Iran had ever held a Board position at Hamyaran.

Do you recall that?

A. I do recall that.

Q. And you had asked to see some documents. Do you recall that?

A. I do recall that.

Q. And what I'm going to do is in response to your request mark a document as Exhibit 83 that was produced to us by NIAC in this case in native E-mail format and ask you to take a look at it.

MR. NELSON: Counsel, what was Exhibit 82?

MR. KAPSHANDY: I believe it's the one I just marked. Are we out of sync?

MR. NELSON: You said 83.

MR. KAPSHANDY: I'm sorry. I meant 82. I

appreciate the correction, always.

BY MR. KAPSHANDY:

Q. Here's a copy for you. It's been three-hole punched, but I don't believe we've covered anything of importance, but if so, we'll be glad to get an unthree-hole (sic) marked copy.

Have you had a chance to look at it?

A. Yes.

Q. And is this, in fact, the E-mail exchange that you had asked to look at with regard to these inquires from the NED about this Iranian minister being on the Board of Hamyaran?

A. You made references to E-mail exchanges. I assume this is the E-mail exchange you were referring to.

Q. Would this E-mail exchange running from July 3rd, 2008 to July 14th, 2008 having been produced by NIAC in this case in native format appear to you to be an E-mail exchange you participated in first with Siamak Namazi and later with Baquer Namazi?

A. Correct.

Q. And the subject again was the inquiry that had come from the National Endowment for Democracy as to whether there were any Iranian government ministers on the Board of Hamyaran, was it not?

A. At the time -- this is in 2008, almost three years ago -- I recall spoken (sic) to someone at NED. I don't remember exactly who that was -- who informed me that they are concerned because there were political pressures on them that could lead to a situation in which they would have to reveal any prodemocracy partners they had in Iran, which obviously, would lead to those prodemocracy partners being imprisoned.

And then they asked specifically questions about two individuals whose name I believe at the time I had never heard of before.

I could not answer those questions because I was not privy to whatever Board members at various times Hamyaran had, to the best of my knowledge, and that is why I sent an E-mail trying to understand that while at the same time explaining to them that I felt -- I wanted to make clear to them that I was not

Page 174

conveying any accusation against them.

Q. What were the two names you had never heard of?

A. Dr. Malek Afzali and Safieh Afzali I do not recall that I had heard of before.

Q. I just want to be sure the record is clear. Did you say you had never heard of the names Malek Afzali or Afshari before this inquiry from the National Endowment for Democracy as to whether there were any persons from the reigning government ministry on the Board of Hamyaran?

A. My recollection is that at the time when this issue was brought to my attention, I was not aware of who these people were. That's my recollection. I don't know.

Q. Well, actually, the whole inquiry started in response to an article written by Mr. Hassan Daioleslam, did it not, if you read the first inquiry you sent on July 3rd?

A. July 3rd. So July 3rd I asked Siamak Namazi about this.

Q. And by this, you mean the --

Page 175

A. About the accusation that --

Q. Hamyaran had foreign ministers -- or not foreign ministers -- but members of the Iranian ministry on its Board, correct?

A. That is the question that was asked, yes.

Q. Did you read Mr. Daioleslam's article when it came out in 2008 where he made these statements?

A. When did it come out?

Q. In 2008.

A. I believe I probably did. I'm not making any reference to it in this E-mail, am I?

Q. No. I'm just asking you. Do you recall if you read it?

A. This is three years ago. I don't recall every article that I read, but if he was making accusations against NIAC in that article, I assume I did read it.

Q. Well, in your E-mail to Siamak Namazi you state: "They are in my impression bullshit accusations by Daei, but they have to be able to answer them, thanks," did you not?

A. I did.

Page 176

Q. Now, when you made that statement about the validity of Mr. Daei's accusations, do you know if you had read his article?

A. I don't know for certain if I had, but the E-mail says "it is my impression", clarifying that I don't know.

Q. Did you read his article where he references the Hamyaran website and cites it as a source of information that there is a minister on the Board of Hamyaran?

A. I had read articles by the defendant in the past in which he puts forward footnotes to statements that he made that turns out that the statements are not only false but also the link actually has nothing to do with the statement.

So in this specific case, I do not recall if I clicked on the link.

Q. You don't recall after having read the article, and even after having gotten an inquiry from the National Endowment for Democracy, which is funded by the Federal Government, whether you went to the website where Mr. Daioleslam cited in his article as

Page 177

support for his statement that there is a minister in the Iranian government on the Board of Hamyaran?

A. As I already have answered your question, I do not recall if I or if I didn't.

Q. Well, in any event, you sent an E-mail to Siamak Namazi who, in turn, referred it to his father, Baquer Namazi, did he not?

A. Yes.

Q. Now, Siamak Namazi is with Atieh Bahar where his father Baquer Namazi actually held the position at Hamyaran, correct?

A. I'm sorry. Your question is: Is Siamak Namazi with Atieh Bahar or is your question that Siamak Namazi was at Atieh Bahar when his father was with Hamyaran?

Q. Well, we've discussed this previously. Just for the context of this question, I just wanted you to confirm you wrote your friend Siamak Namazi who is at Atieh Bahar, correct?

A. At the time when this E-mail is sent to him?

Q. In 2008.

6c04617a-bb92-463b-9157-ca76ce39fe73

A. I believe he was at Atieh Bahar at that time.

Q. And his father was not at Atieh Bahar, as you explained earlier, but, in fact, held a position with Hamyaran, correct?

A. What I explained earlier on is that I don't know if he had a position with Atieh Bahar or not.

Q. But in any event, you knew he had a position, Baquer Namazi, with Hamyaran, correct?

A. At the time, he did. I don't believe it's longer (sic) the case.

Q. And in fact, Baquer Namazi back in 2008 did write back to you, if we turn to the very first page, on July 14th: Dear Trita, Dr. Malek Afzali did hold positions with the Ministry of Health while he was on the Board of Hamyaran and FPA."

Did I read that correctly?

A. You did read that correctly.

Q. Now, once you got this information from Mr. Baquer Namazi about Dr. Malek Afzali, did you get back to the contact at the National Endowment for

Democracy who had raised this question?

A. Once I got that communication, which also continues to explain that it is not an uncommon thing for people to be on Boards of organizations, even though they may hold a government position, which does not make that organization a government organization.

I do have a recollection that communication -- that I did talk -- I don't remember if I talked or if I E-mailed with NED about that.

Q. I mean the analogy Baquer Namazi makes is that Hillary -- I presume Clinton -- was on the Board of the Child Defense Fund when she was First Lady, correct?

A. That is what -- those are his words, yes.

Q. And we're not analogizing -- or maybe he is -- the situation in the United States with the vice presidents or our president's wife being on some charitable Board with the government of Iran having a minister on an organization.

Maybe he is. That's what you're pointing out. That's not uncommon?

A. I don't know if it's common or uncommon in Iran. I'm just explaining what he also said in that E-mail. These are his words.

Q. He seems to be trying to make the analogy correct, not you. I don't want to put words in your mouth.

A. He seems to be making an analogy, yes.

Q. But the National Endowment for Democracy, which was funding projects for NGOs in Iran apparently did have some concern about collaboration with an entity that had not only on its Board but as Chairman of the Board a member of the Ministry of Health of the Iranian Islamic regime?

A. You are saying that he was a Chairman of the Board.

Q. Well, if you go to Hamyaran's website, that's what it says.

A. Is that what it says now or does it say that at that time?

Q. Have you gone to Hamyaran's website to see that it, in fact, shows that he was head of the Board of Hamyaran?

MR. NELSON: Asked and answered.

THE WITNESS: I've already explained that I don't recall doing that. My question was: Was he the Chairman of the Board at the time?

BY MR. KAPSHANDY:

Q. Well, does that make a difference to you?

A. Well, your question is imprecise because I know that there's been significant changes in Hamyaran since last year.

Q. Look, did the NED say to you, it's okay if a minister from the Iranian Islamic Republic is on the Board of Hamyaran, but it's not okay if he's the Chairman of the Board?

A. The NED did not have any conversation about that, to the best of my knowledge, with me?

Q. No. They didn't really care. They were concerned --

MR. NELSON: Did you finish your answer.

THE WITNESS: I did not finish my answer.

BY MR. KAPSHANDY:

Q. Complete your answer.

A. I am not in a position to determine what

NED should or shouldn't do, nor do I think that it happened that they discussed things of that nature with me, to the best of my knowledge, so I can't answer that question. Those are the concerns of NED.

Q. They didn't tell you why they were interested in knowing if there was a member of the ministry on the Board of Hamyaran?

A. I don't recall exactly. Again, this is about three years ago, but I do recall what is described in this E-mail as they (sic) mentioning -- and they had mentioned this on numerous occasions, that they were trying to be a very productive organization that invested in real prodemocracy organizations, but there was political pressure in Washington that wanted them to utilize the funds that they had been getting from Congress to send it to what I know in various conversations they described as discredited opposition groups with no influence, nor with any particular Democratic leaning.

And I do recall that in those conversations they did express a concern that they felt that the work they would like to do may be

jeopardized.

Q. Who was your contact at the NED?

A. I've contacted and been in contact with several people at NED. I don't recall exactly who this contact was, but I assume that you may have some communication. I'll be more than happy to take a look at that.

Q. Well, do you recall? Did you get back to her in writing or telephone?

A. I don't recall. I recall that there was a follow-up. I don't recall if it was in writing or if it was over the phone or if it, actually, was both. It seems like you may have that communication. I'll be more than happy to take a look at that to give you accurate answers.

Q. Did you regularly communicate with Siamak Namazi or others at Atieh Bahar such as Bijah Khagehpour?

A. There were times in which there was more regular contacts and there were times that there wasn't. Neither of them are individuals that I believe I would at anytime have spoken to on a weekly

basis or anything like that.

MR. KAPSHANDY: Let me hand you what we'll mark as your Deposition 83, which I'll represent for the record is a March 3, 2007 E-mail from Trita Parsi to Siamak Namazi subject lobby piece with an attachment entitled, Lobbygroups.doc.

(Exhibit Number 83 was marked for identification and was attached to the deposition.)

And I'll just ask you to put that aside for a second, because for completeness sake, I want to mark as Exhibit 84 one other document and ask you a question about it, please.

(Exhibit Number 84 was marked for identification and was attached to the deposition.)

BY MR. KAPSHANDY:

Q. Mr. Parsi, if I could, please, I'll give you what we've marked as Exhibit 84. Just to respond to your request with regard to any documentation regarding your follow-up.

And Exhibit 84 is a July 16th, 2008 E-mail from Trita Parsi at Niacouncil.org to Barbara Haig re: Follow-up -- and ask you if, in fact, that is

the E-mail response you sent to the National Endowment for Democracy after you heard from Baquer Namazi in Exhibit 82?

A. Yes. It seems to be the case. I don't know why it says unknown there, but it seems to be the case.

Q. And Barbara Haig is at the NED?

A. Um-hum.

Q. She was one of your contacts there?

A. Um-hum.

Q. And you appear to have invited her to speak to you by phone rather than responding in writing. Why is that?

A. I don't recall. This is three years ago. It may have been because there was other things that I wanted to discuss with her. I don't recall.

Q. Okay. Well, let's put that aside. Exhibit 83, please. Have you had a chance to look at that?

A. I was not given a good chance to look at it.

Q. Go ahead. Take your time. Mr. Parsi, I'm

6c04617a-bb92-463b-9157-ca76ce39fe73