# EXHIBIT 4

| **From:** | Baquer Namazi <mbaquernamazi@yahoo.com> |
| **Sent:** | Saturday, July 5, 2008 7:16 PM (GMT) |
| **To:** | 'Trita Parsi' <tparsi@jhu.edu>; Siamak Namazi <siamakn@hotmail.com> |
| **Cc:** | reza sheikh <grezasheikh@yahoo.com> |
| **Subject:** | RE: hey |

Dear Trita,
I am aware of some of the unfair and untrue accusations being made against you to disrupt the very good work you are doing.

Could you provide us with more details of the context of the issues being raised leading to your need to respond to the queries below.

As Siamak has stated Dr. Malek-Afzali is an outstanding Iranian scholar acknowledged internationally, who has made significant contributions to our country. He recenty was awarded the UN award for outstanding work on family planning.

While his main work is that of a scholar and professor, he had held positions of Deputy Health Minister for Research. He resigned recently to focus more on teaching and research.

He is /was also on the board of several NGOs including Hamyaran and FPA.
As Siamak knows NED offered us funds, which we declined to accept given the sensitivity existing in Iran.
Boom Iran is also on Hamyaran's Board.
Hamyaran is very transparent and all the information regarding its activities, board members, funding sources, etc., are on its website,

www.hamyaran.org
Best wishes
Baquer Namazi


--- On Sat, 7/5/08, Siamak Namazi <siamakn@hotmail.com> wrote:

> From: Siamak Namazi <siamakn@hotmail.com>
> Subject: RE: hey
> To: "Trita Parsi" <tparsi@jhu.edu>
> Cc: "'Baquer Namazi'" <mbaquernamazi@yahoo.com>
> Date: Saturday, July 5, 2008, 8:03 AM
> Trita,
>
>
>
> I know Maleksfzali works with Hamyaran. He's a good
> guy. Not sure what his
> official capacity it. I'm cc'ing my father to see
> if he can clarify.
>
>
>
> You should feel free to direct your questions at him.
>
>
>

> (Baba - Daei is the guy who is defaming us in various
> articles. I told you
> about him, if you remember. Please help Trita and answer
> these questions.
> He's being targeted by Daei more than all of us
> combined.)
>
>
>
> Best,
>
> Siamak
>
>
>
>   _____
>
> From: Trita Parsi [mailto:tparsi@jhu.edu]
> Sent: Thursday, July 03, 2008 11:28 PM
> To: siamak namazi
> Subject: hey
>
>
>
> Hope all is well. Daei is targetting NED now, they are
> having major problems
> with Congress, may even be forced to do hearings which
> would reveal the
> identity of entities in Iran who have worked with NED even
> if they never
> received money from NED.
>
>
>
> Could you help clarify the following questions for NED?
> They are in my
> impression bullshit accusations by Daei, but they have to
> be able to answer
> them. thnx
>
>
>
> Was Hamyaran managed by Iran's Deputy Minister and
> Under Secretary of Health
> Hossein Malek-Afzali?  If not, did Malek-Afzali have any
> other role or
> relationship with Hamyaran?
>
>
>
> Was family Planning Association headed by Iran's Deputy
> Minister
> Malek-Afzali and another Iranian official named Safieh
> Afshari?  If not, did
> Malek Afzali or Safieh Afshari have any other role or

> relationship with
> Family Planning Association?
>
>
>
> Does/did BoomIran share management with Hamyaran?
>
>
>
> tp