UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,

    Plaintiffs,

    v.

SEID HASSAN DAIOLESLAM,

    Defendant.

Civil Action No. 08-705 (JDB)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [92] defendant's Motion in Limine to Exclude Testimony of Joel Morse is hereby **GRANTED**, and it is further

**ORDERED** that [97] defendant's Motion in Limine to Exclude Testimony of Debashis Aikat is hereby **GRANTED.**

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:  March 30, 2012