## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 08 CV 00705** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFFS' MOTION TO CONTINUE THE JULY 6, 2012 HEARING

COME NOW, Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire and Pishevar & Associates, P.C., and file this Motion to Continue the Hearing scheduled for July 6, 2012 at 10:00 am and for reasons state as follows:

1.     On June 4, 2012 and June 5, 2012, this Court entered Minute Orders scheduling a hearing on the pending motions for July 6, 2012 at 10:00 a.m.

2.     Undersigned counsel is moving the office to a new location starting on June 20, 2012, which move is expected to take a significant amount of time and has so far been a full time responsibility for all firm personnel.  During this time, the firm will not be open for business, as all employees will be assisting with the move.

3.     This move was scheduled months before the hearing was set.

4.      As undersigned counsel's firm is small, it simply does not have the resources to both prepare for the hearing and move the entire office.

5.      As such, given the number of pending motions and the hundreds of exhibits, Plaintiffs would be prejudiced by the lack of time available to properly prepare for the hearing.

6.      Additionally, undersigned counsel has developed a conflict on that date as another hearing has been set for the same date. *See* Montgomery County Circuit Court Notice, dated June 8, 2012, attached hereto as Exhibit A.

7.      Furthermore, along with the Motion to Continue, a Motion for *Pro Hac Vice* admission of Farrokh Mohammadi is being filed.  Given the volume of papers and numerous motions set to be addressed, Mr. Pishevar will need the assistance of Mr. Mohammadi in this matter.  If the Motion for *Pro Hac Vice* admission is granted, Mr. Mohammadi also has a scheduling conflict on the date of the hearing.  *See* Montgomery County Circuit Court Notice, dated March 16, 2012, attached hereto as Exhibit B.

8.      Finally, the relatively short notice also took counsel by surprise.  Undersigned counsel is accustomed to 2-3 months notice prior to a hearing that is set without dates being cleared in advance.

9.      Plaintiffs have conferred with the Defendant, who does not consent to this motion.

10.     Specifically, the Defendant objects for the following reason: "(1) the reason stated (an office move) did not present a valid conflict;  (2) these motions and briefing were completed months ago and should not be delayed further; and (3) as the motion for a bond makes clear further delay could be prejudicial."

11.     Additionally, the Defendant stated that the two conflicts should be rescheduled, rather than this hearing.

12.     Given the circumstances and the relative brief continuance that is being requested, undersigned counsel believes this request for accommodation is reasonable and appropriate.

WHEREFORE, Plaintiffs respectfully request that the Court continue the hearing currently set for July 6, 2012 to a later date 3-4 weeks from the current date of the hearing. Should the Court grant this Motion, undersigned counsel is prepared to clear the calendar with the Court to ensure there are no further conflicts.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
PISHEVAR & ASSOCIATES, P.C.
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:     (301) 279 – 7347
Counsel for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI, et al. | ) |
|  | ) |
| **Plaintiffs,** | ) |
|  | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
|  | ) |
| DAIOLESLAM SEID HASSAN, | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

### CERTIFICATE OF SERVICE

I certify that on June 13, 2012, I served, via email, Plaintiffs' Motion to Continue the July 6, 2012 Hearing to:

Timothy E. Kapshandy, Esquire
Peter G. Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tkapshandy@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam


_____/s/_____
Afshin Pishevar
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com
anelson@pishevarlegal.com


Attorney for Plaintiff
Trita Parsi
National Iranian American Council