IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 08 CV 00705 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PROPOSED ORDER

UPON CONSIDERATION OF Plaintiffs' Motion to Continue the July 6, 2012 Hearing and any Opposition thereto, this ____ day of _____, 2012, it is hereby:

ORDERED, that Plaintiffs' Motion is GRANTED; and further

ORDERED, that the hearing is rescheduled to the ____ day of _____, 2012 at _____, in Courtroom ____.

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court