STATE OF MARYLAND _____     WARRANT NO.: _____

vs.                                   CRIMINAL/TRAFFIC NO.: 3D00270231

Samuel Klenke

## INSTRUCTIONS FOR DEFENDANTS WITH CASES APPEALED TO THE CIRCUIT COURT

Your appeal from the decision of the District Court of Maryland has been noted and all further proceedings in your case will be conducted by the Circuit Court for Montgomery County, Judicial Center, 50 Maryland Avenue in Rockville. **YOU WILL NO LONGER BE REQUIRED TO APPEAR BEFORE THE DISTRICT COURT FOR PROCEEDINGS IN THE CASE CITED ABOVE.**

A pre-trial hearing in your case has been set in the Circuit Court for 8:30 a.m. on Friday, _____ July 6, 2012, _____. The purpose of the pre-trial hearing is to ensure that you understand the charge(s) against you and that you are prepared for trial, which will be set by the Circuit Court at the pre-trial hearing. **FAILURE TO APPEAR AT THE PRE-TRIAL HEARING WILL RESULT IN THE FORFEITURE OF YOUR BOND, THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST AND THE DISMISSAL OF YOUR APPEAL.**

If you do not already have an attorney and cannot afford one, you should contact the Public Defender's Office, telephone (240) 773-9600, immediately so that an attorney may be appointed for you and the trial can take place on the scheduled date.

Should any problem develop concerning your appearance in the Circuit Court, advise your attorney without delay. If you do not have an attorney, advise the Assignment Office of the Circuit Court for Montgomery County, telephone (240) 777-9000, immediately, of any problem which may affect your appearance.

I have read the above instructions and understand them.

6-8-12                                Pishevar, A.D.
**DATE**                              ~~Defendant's Signature~~ Attorney

NA                                    600 E. Jefferson Suite 316
**WITNESS**                           Address (Please print or type)

_____                       Rockville MD  20852
**TELEPHONE NUMBER**

********************************************************************************

## THIS PORTION TO BE MAILED OR DELIVERED TO THE CLERK OF THE CIRCUIT COURT

RE: WARRANT NO.: _____

CRIMINAL/TRAFFIC NO.: _____

Please enter my appearance as defense counsel in the case of State of Maryland vs. _____.

My client enters a plea of not guilty and demands an appeal. I will be present with my client at _____ _____. **(NO WAIVER ACCEPTED. PERSONAL APPEARANCE REQUIRED.)**

I understand that the pre-trial hearing is set in the Circuit Court at 8:30 a.m. on Friday, _____ _____, _____. Trial will be set by the Circuit Court at the pre-trial hearing. The pre-trial hearing date can be changed only by written petition and Order of Court.

**DATE**                              Name of Defense Counsel

**PLAINTIFF'S EXHIBIT A**

                                      Address (Please print or type)

**TELEPHONE NUMBER**

**WHITE**-Circuit Court   **GREEN**-Defendant   **YELLOW**-Defense Attorney   **PINK**-State's Attorney   **GOLD**-District Court