IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

NEDA KESHANI
    Plaintiff                            :

v.                                            : CASE NO. 99351-FL

AMIN KESHANI
    Defendant                       :

## SCHEDULING ORDER
(831)

    A scheduling hearing having been held and it having been determined that certain issues are contested, it is this 16th day of March, 2012, by the Circuit Court for Montgomery County, Maryland, pursuant to Maryland Rule 2-504,

    **ORDERED** that this is your official notice of dates and required Court Appearances. ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED BEFORE THE COMPLIANCE DATE(S). The motion must provide good cause to justify the requested modification. Stipulations between counsel shall not change any deadlines in the Order absent Court approval. Failure to comply with all terms may result in dismissal, default judgment, refusal to let witnesses testify, refusal to admit exhibits, the assessment of cost and expenses, including attorney fees, or other sanctions.

    **If financial statements have not been filed as required by Maryland Rule 9-202, they shall be filed within five days of this order.**

    This case is assigned to Track **2** of the Family Division. Please consult the monitors on the lobby level for location of hearing or trial.

```
PLT EXPERTS IDENTIFIED/FILED BY    05/11/2012
DEF EXPERTS IDENTIFIED/FILED BY    05/25/2012
DISCOVERY COMPLETED                06/08/2012
JNT PROP/PRETRIAL STMT(IF APPRO)   06/29/2012
SETTLEMENT/PRETRIAL HRG.           07/06/2012 11:30am
```

THIS IS A PROPER ORDER TO BE SIGNED:

_____           _____
CLARK E WISOR                                    John W. Debelius III,
Family Division Master                     County Administrative Judge

**NOTE: SUPPLEMENTAL/AMENDED COMPLAINT AND ANSWER (IF NECESSARY) MUST BE TIMELY FILED PRIOR TO THE MERITS/TRIAL DATE.**

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

```
FARROKH MOHAMMADI, ESQ
JEFFERSON PLAZA - SUITE 316
600 EAST JEFFERSON ST
ROCKVILLE MD 20852
```


PLAINTIFF'S EXHIBIT B