## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) | |
| ) | |
| **and** ) | |
| ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil No. 08 CV 00705** |
| ) | |
| **DAIOLESLAM SEID HASSAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFFS' CONSENT MOTION FOR LIMITED ADMISSION OF
## FARROKH MOHAMMADI, PRO HAC VICE

Undersigned attorney, Afshin Pishevar, a member of the U.S District Court for the District of Columbia since 1999, hereby moves the Court to admit, *pro hac vice*, Farrokh Mohammadi, Esquire, to represent the Plaintiffs in the above-captioned case.

Farrokh Mohammadi is an attorney in good standing. He was admitted to the State Bar of Maryland on December 15, 2010. Mr. Mohammadi received his Juris Doctor (J.D.) degree from the George Washington University Law School in May of 2010.

Defendant consents to the *pro hac vice* admission of Farrokh Mohammadi.

Respectfully submitted,

_____/S/_____

A.P. Pishevar (D.C. Bar No. 451015)

**PISHEVAR & ASSOCIATES, P.C.**

600 East Jefferson Street, Suite 316

Rockville, MD 20852

Phone: (301) 279 – 8773

Fax:     (301) 279 – 7347

Counsel for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 08 CV 00705 (JDB)** |
| | ) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### CERTIFICATE OF SERVICE

I certify that on June 13, 2012, I served, via email, Plaintiffs' Consent Motion for Limited Admission of Farrokh Mohammadi, *Pro Hac Vice* to:

Timothy E. Kapshandy, Esquire
Peter G. Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tkapshandy@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam


_____/s/_____
Afshin Pishevar
600 East Jefferson Street
Suite 316
Rockville, Maryland 20852
(301) 279-8773
ap@pishevarlegal.com
anelson@pishevarlegal.com


Attorney for Plaintiff
Trita Parsi
National Iranian American Council