| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **To:** | "Farrokh Mohammadi" |
| **Cc:** | Ross, Tom; Jensen, Peter; Rogers, HL; "Afshin Pishevar" |
| **Subject:** | RE: NIAC & Parsi v. Hassan |
| **Date:** | Wednesday, June 13, 2012 6:55:29 PM |

Farrokh,

Since this is the first we are hearing you are not prepared, that is not really a "clarification" as you state. As to this new reason, you provide no details as to what further preparation is needed -- nor could you. These matters have been thoroughly briefed in some instances for nine months. No additional testimony is needed nor is new evidence to be adduced or discovery to be undertaken. These matters have been ripe for consideration for months and we again ask you, absent any irreconcilable conflict, to proceed on July 5 so this case can be resolved in the near future.

Thanks,
Tim


-----Original Message-----
**From:** Farrokh Mohammadi [fm@pishevarlegal.com]
**Sent:** Wednesday, June 13, 2012 04:20 PM Central Standard Time
**To:** Kapshandy, Timothy E.
**Cc:** Ross, Tom; Jensen, Peter; Rogers, HL; Afshin Pishevar
**Subject:** Re: NIAC & Parsi v. Hassan

Tim,

I wanted to clarify so there is no confusion.  This is the Hearing we are requesting to continue because of the numerous voluminous motions to be prepared for to address at this hearing.  We were given a months notice in the worst possible month as we are moving our entire office, etc.  We are only asking for a 3 week to one month re-scheduling of the hearing date, nothing more.  As you know, the date was set without having been cleared with us.  We are a small office with limited resources compared to you, so we were hoping for some courtesy and consideration.  We appreciate your time in working with us on this.

As you have already stated you oppose the motion to continue, I will go ahead and file it, noting your opposition in detail.  Thanks.

On Wed, Jun 13, 2012 at 1:07 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
> Farrokh,
>
> You have not supplied the information regarding your requests to get the state court to reschedule your after-set hearings and the courts' response to your requests. Please send those and attach them in writing to any motions.
>
> Thanks
> Tim
>
>
>
> -----Original Message-----
> **From:** Farrokh Mohammadi [fm@pishevarlegal.com]
> **Sent:** Wednesday, June 13, 2012 11:52 AM Central Standard Time
> **To:** Kapshandy, Timothy E.
> **Cc:** Ross, Tom; Jensen, Peter; Rogers, HL; Afshin Pishevar
> **Subject:** Re: NIAC & Parsi v. Hassan
>
> Tim:
>
> Thank you for the quick reply.
>
> We will be filing appropriate motions with the Courts to determine whether those other hearings can be moved, along with out Motion to Continue this matter.  As I stated in my previous email, for one case, we received the notice yesterday and so were not even aware of a conflict until yesterday.  As for my case, we didn't realize the conflict as I am not currently in the case.  Only after preparing the motions did we realize that a conflict would arise if the motion for *pro hac vice* admission is granted.
>
> I can appreciate that you had to rearrange your schedule and that your client is also moving.  Had you requested consent to continue the hearing date for that reason, we would have given it, even if we had not conflict.  In any event, moving your home is not the same as moving an entire office, during which time we cannot continue operating until the move is complete.
>
> This case is not being put on the backburner, but rather, all our cases are affected by this move.  The Court scheduled the hearing last week, whereas this move has been planned for the last 6 months.
>
> Finally, this is not an attempt to "engineer" a reason.  We have not yet filed the motions in order to give you the opportunity to respond and to inform us of any changes from your previous statements.  As such, again, please let me know by close of business if you would like us to include any additional responses and/or change any of your previous responses, in our motions.  Thanks.
>
> On Wed, Jun 13, 2012 at 11:59 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
>> Farrokh:
>>
>>
>> I assume you informed the Maryland State court judges that you had a previously set hearing in a federal court case (in which are not even admitted) and they refused to accommodate your request?  Please send that and be sure to attach it to your motion in our case.  I furthermore assume you explained to these judges that you are in the process of moving offices and that they also refused to accommodate your request for a continuance.  That being the case, why should our case that has been pending in federal court for over four years take a back seat to these status/pretrial conferences who refused the same

thing you are asking of Judge Bates?  What is particularly troubling is that until we agreed to your proc hac motion, your subsequent conflicts in these state court proceedings were of no moment to the court in our case.  It is simply not appropriate to use that to engineer as reason for further delaying the ultimate resolution of this case.  Finally, both our client and I have had to rearrange our schedules to travel long distances to be there for this hearing which comes at a very busy and difficult time for both of us.  As coincidence would have it, our client is in the middle of a cross country move.  Yet, we have not asked the court to accommodate us as, inconvenient as the date might be, as we do not consider these scheduling issues irreconcilable.  Therefore, I would urge you to do what you can to get the other courts to accommodate your requests so you can be in Judge Bates' courtroom the morning of July 5.

Thanks,

Tim

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Wednesday, June 13, 2012 10:23 AM

**To:** Ross, Tom
**Cc:** Kapshandy, Timothy E.; Jensen, Peter; Rogers, HL; Afshin Pishevar
**Subject:** Re: NIAC & Parsi v. Hassan

Tom,

I wanted to follow up with you regarding the Motion to Continue and the Motion for *pro hac vice* admission, as there are two additional issues that were not discussed previously and which we wanted to discuss before we file the Motions.

First, yesterday we received a Court notice from the Montgomery County Circuit Court setting a Scheduling Conference for 8:30 am on July 6, 2012.  This is a conflict that just arose, which we will include in the motion.  The Notice with the date it was issued will be attached to the Motion.  Like I said, this arose after the hearing date was set, but it is a conflict nonetheless.

Second, there is also a Settlement Pretrial Conference set for 11:30 that same day, which I have to attend.  If the Motion for *pro hac vice* admission is granted, it will present a big conflict as I will not be able to attend the hearing.  Although we were aware of the scheduling conflict prior to my communications with you, we did not realize it would present a problem until we actually prepared the two Motions.

We realize that our move does not seem like a conflict but it is essentially a full time job for us, taking most of our time, and will remain so for another 2 weeks.  We aren't asking for a long continuance, just enough so we can get situated.

In any event, we wanted to let you know about these additional conflicts so that you have the opportunity to respond before we file the motions.  Please let me know by close of business if there are any changes from what you previously told us.  Thank you.

On Mon, Jun 11, 2012 at 3:50 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Farrokh,

In that case, please advise the Court of our objections:  (1) the reason stated (an office move) did not present a valid conflict;  (2) these motions and briefing were completed months ago and should not be delayed further; and (3) as the motion for a bond makes clear further delay could be prejudicial.

Thanks,

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Monday, June 11, 2012 3:48 PM
**To:** Ross, Tom
**Cc:** Kapshandy, Timothy E.; Jensen, Peter; Rogers, HL; Afshin Pishevar
**Subject:** Re: NIAC & Parsi v. Hassan

Tom,

Thanks for the reply.  We still plan on filing the Motion to Continue.

On Mon, Jun 11, 2012 at 3:26 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Farrokh,

This is Defendant's response to the two questions you posed on the phone earlier this afternoon:

(1)   Defendant will not consent to moving the date of the motions hearing.  Please let me know if you plan to ask the Court for an extension anyway.

(2)   Defendant consents to your *pro hac vice* motion.

Please let me know if you have any questions.

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com


----------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this
communication, including attachments, was not intended or written to be used, and cannot be
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular
circumstances from an independent tax advisor.
****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.


****************************************************************************************

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.

> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com
>
> (((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))
>
>
> --
> Kindly yours,
>
> Farrokh Mohammadi, Esq.
>
> Pishevar & Associates, P.C.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com
>
> (((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))


--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))