

Farrokh Mohammadi <fm@pishevarlegal.com>

## NIAC & Parsi v. Hassan

Ross, Tom <tom.ross@sidley.com>   Mon, Jun 11, 2012 at 3:50 PM
To: Farrokh Mohammadi <fm@pishevarlegal.com>
Cc: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, "Jensen, Peter" <pjensen@sidley.com>, "Rogers, HL" <hrogers@sidley.com>, Afshin Pishevar <ap@pishevarlegal.com>

Farrokh,

In that case, please advise the Court of our objections: (1) the reason stated (an office move) did not present a valid conflict; (2) these motions and briefing were completed months ago and should not be delayed further; and (3) as the motion for a bond makes clear further delay could be prejudicial.

Thanks,

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Monday, June 11, 2012 3:48 PM
**To:** Ross, Tom
**Cc:** Kapshandy, Timothy E.; Jensen, Peter; Rogers, HL; Afshin Pishevar
**Subject:** Re: NIAC & Parsi v. Hassan

Tom,

Thanks for the reply. We still plan on filing the Motion to Continue.

On Mon, Jun 11, 2012 at 3:26 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Farrokh,

This is Defendant's response to the two questions you posed on the phone earlier this afternoon:

(1) Defendant will **not** consent to moving the date of the motions hearing. Please let me know if you plan to ask the Court for an extension anyway.

PLAINTIFF'S EXHIBIT A

(2) Defendant consents to your *pro hac vice* motion.

Please let me know if you have any questions.

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

************************************************************************************

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))