IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil No. 08 CV 00705 |

### PLAINTIFFS' CONSENT MOTION FOR LIMITED ADMISSION OF JEFF HANDELSMAN, PRO HAC VICE

Undersigned attorney, Afshin Pishevar, a member of the U.S District Court for the District of Columbia since 1999, hereby moves the Court to admit, *pro hac vice*, Jeff Handelsman, Esquire, to represent the Plaintiffs in the above-captioned case.

Jeff Handelsman is an attorney in good standing. He was admitted to the State Bar of Maryland on December 15, 2010. Mr. Handelsman received his Juris Doctor (J.D.) degree from the University of Baltimore School of Law in May of 2011.

Defendant consents to the *pro hac vice* admission of Jeff Handelsman.

- 2 -

                                                             Respectfully submitted,

                                                                         /S/

A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & ASSOCIATES, P.C.**
600 East Jefferson Street, Suite 316
Rockville, MD 20852
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI, et al.** | ) |
| **Plaintiffs,** | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2012, I served, via email, Plaintiffs' Consent Motion for Limited Admission of Jeff Handelsman, *Pro Hac Vice* to:

> Timothy E. Kapshandy, Esquire
> Peter G. Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam

                                 /s/
> Afshin Pishevar
> 600 East Jefferson Street
> Suite 316
> Rockville, Maryland 20852
> (301) 279-8773
> ap@pishevarlegal.com
> anelson@pishevarlegal.com
>
> Attorney for Plaintiff
> Trita Parsi
> National Iranian American Council