IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 08 CV 00705 |
| ) | |
| DAIOLESLAM SEID HASSAN, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JEFF HANDELSMAN

I, Jeff Handelsman, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. My full name is Jeffrey Howard Handelsman.

2. The following is my office address and telephone number:

   LAW OFFICES OF PISHEVAR & ASSOCIATES, P.C.
   600 East Jefferson Street
   Jefferson Plaza, Suite 316
   Rockville, MD 20852
   (301) 279-8773

3. The following is a list of all the bars to which I have been admitted:

   A. State Bar of Maryland (2011).

4. I have never been disciplined by any State Bar.

5. I am presently in good standing with the State Bar of Maryland, which is evidenced by the attached Certificate of Good Standing from the State Bar of Maryland. (*See* Exhibit A.)

6. I have not been previously admitted *pro hac vice* to the U.S District Court for the District of Columbia at any time.

7. I am not engaged in the practice of law from an office in the District of Columbia, I am not a member of the District of Columbia Bar, and I have no application pending for membership in the District of Columbia Bar.

The foregoing facts are true and correct to the best of my knowledge and belief.

_____  
Jeff Handelsman, Esq.

_____6/25/12_____  
Date