IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Plaintiffs' Consent Motion for Limited Admission of Jeff Handelsman, *Pro Hac Vice*, filed by Afshin Pishevar, and there appearing good cause shown, it is hereby on this _____ day of _____, 2012,

**ORDERED**, that Jeff Handelsman is admitted *Pro Hac Vice* in the above-captioned matter for the purpose of representing Plaintiffs.

_____
Judge John D. Bates
United States District Court