# **EXHIBIT A**

**From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
**Sent:** Friday, September 09, 2011 12:22 PM
**To:** Kapshandy, Timothy E.; Ross, Tom; Jensen, Peter
**Cc:** Afshin Pishevar; Farrokh Mohammadi
**Subject:** Parsi/NIAC -- Parsi Swedish Bank Account

Dear Tim:

Attached please find the 14 months of bank records relating to Dr. Parsi's Swedish bank account that are available online to Dr. Parsi. These bank records are being produced subject to all existing cofidentiality and non-disclosure agreements previously in effect as it relates to tax, bank, and financial records of our client, which are produced pursuant to a discovery request.

As previously advised, the remaining bank records have been ordered and will be produced upon their receipt.

Very truly yours,

Adrian Nelson

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |

Kontakta oss »   Aktuellt »   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut

## Utskriften framtagen av ███████   2011-09-09 17:50:38

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ███████ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

juni 2010   **Visa**

**Kontohändelser: juni 2010**                                    Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|
| 2010-06-28 | 2010-06-28 | 5841990687 | H06250236100 | 11.441,52 | 41.934,99 |
| 2010-06-24 | 2010-06-24 | 5841990687 | Kostnad | -30,00 | 30.493,47 |
| 2010-06-24 | 2010-06-24 | 5841990687 | H06220190554 | 3.174,11 | 30.523,47 |
| 2010-06-18 | 2010-06-18 | 5484400900 | Washington / 10-06-16 | -292,21 | 27.349,36 |
| | | | **Saldo per** | **2010-05-31** | **27.641,57** |

Kontoöversikt            Kommande händelser            Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                        2011-09-09 17:50:38

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|
| Kontakta oss » | **Aktuellt »** | Hjälp » | Bank i mobilen » | BankID | Mina uppgifter » |

**Välkommen**  Nytt på Internetkontoret

Start   Logga ut

Utskriften framtagen av                 2011-09-09 17:51:13

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
|  | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

juli 2010    **Visa**

**Kontohändelser: juli 2010**                                              Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2010-07-26 | 2010-07-26 | 5484796646 | Washington /10-07-23 | -91,93 | 40.768,73 |
| 2010-07-26 | 2010-07-26 | 5484796645 | Mclean /10-07-22 | -229,77 | 40.860,66 |
| 2010-07-23 | 2010-07-23 | 5484609747 | Mclean /10-07-22 | -15,62 | 41.090,43 |
| 2010-07-23 | 2010-07-23 | 5484609746 | Mclean /10-07-22 | -235,18 | 41.106,05 |
| 2010-07-14 | 2010-07-13 | 0194900047 | Centrala Studiestödsnämn | -400,00 | 41.341,23 |
| 2010-07-01 | 2010-07-01 | 5484709361 | Wien /10-06-30 | -193,76 | 41.741,23 |
|  |  |  | **Saldo per** | **2010-06-30** | **41.934,99** |

Kontoöversikt     Kommande händelser     Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                                   2011-09-09 17:51:13

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|

Kontakta oss »   Aktuellt »   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut

Utskriften framtagen av ▮▮▮▮▮▮   2011-09-09 17:51:37

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
|  | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

augusti 2010   [ Visa ]

**Kontohändelser: augusti 2010**              Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2010-08-26 | 2010-08-25 | 0067900045 | Centrala Studiestödsnämn | -3.824,00 | 51.935,92 |
| 2010-08-23 | 2010-08-23 | 5087612676 | Kortbud Utl | -350,00 | 55.759,92 |
| 2010-08-18 | 2010-08-18 | 5841990687 | Kostnad | -50,00 | 56.109,92 |
| 2010-08-18 | 2010-08-18 | 5841990687 | H08160806360 | 14.596,60 | 56.159,92 |
| 2010-08-04 | 2010-08-04 | 5841990687 | Kostnad | -50,00 | 41.563,32 |
| 2010-08-04 | 2010-08-04 | 5841990687 | H08040698538 | 844,59 | 41.613,32 |
|  |  |  | **Saldo per** | **2010-07-31** | **40.768,73** |

Kontoöversikt              Kommande händelser              Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                    2011-09-09 17:51:37

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut   ▬▬▬▬▬▬▬

## Utskriften framtagen av ▬▬▬▬▬▬ 2011-09-09 17:52:29

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▬▬▬▬▬▬ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

[ september 2010 ]   **Visa**

**Kontohändelser: september 2010**                                    Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|

Kontoöversikt            Kommande händelser         Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                              2011-09-09 17:52:29

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|
| Kontakta oss » | **Aktuellt »** | Hjälp » | Bank i mobilen » | BankID | Mina uppgifter » |

**Välkommen** Nytt på Internetkontoret

Start    Logga ut    ▇▇▇▇▇▇

Utskriften framtagen av ▇▇▇▇▇▇ 2011-09-09 17:52:42

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▇▇▇▇▇▇ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

[ oktober 2010 ]  **Visa**

**Kontohändelser: oktober 2010**                                      Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2010-10-19 | 2010-10-19 | 5841990687 | H10191571146 | 5.542,80 | 63.021,52 |
| 2010-10-19 | 2010-10-19 | 5841990687 | H10191571141 | 5.542,80 | 57.478,72 |
|  |  |  | **Saldo per** | **2010-09-30** | **51.935,92** |

Kontoöversikt          Kommande händelser          Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                              2011-09-09 17:52:42

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|
| Kontakta oss » | **Aktuellt »** | Hjälp » | Bank i mobilen » | BankID | Mina uppgifter » |

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut

Utskriften framtagen av ▮▮▮▮▮   2011-09-09 17:53:47

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▮▮▮▮▮ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

[ november 2010 ]   **Visa**

**Kontohändelser: november 2010**                          Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2010-11-25 | 2010-11-24 | 0067900044 | Centrala Studiestödsnämn | -3.823,00 | 59.939,92 |
| 2010-11-02 | 2010-11-02 | 5841990687 | Kostnad | -50,00 | 63.762,92 |
| 2010-11-02 | 2010-11-02 | 5841990687 | H11021753173 | 791,40 | 63.812,92 |
|  |  |  | **Saldo per** | **2010-10-31** | **63.021,52** |

Kontoöversikt     Kommande händelser     Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                          2011-09-09 17:53:47

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

<u>Start</u>   <u>Logga ut</u>   

## Utskriften framtagen av ▇▇▇▇▇▇▇ 2011-09-09 17:54:06

### Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:
december 2010   **Visa**

**Kontohändelser: december 2010**                                           Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|
| 2010-12-03 | 2010-12-03 | 5484527463 | Washington / 10-12-02 | -54,37 | 59.885,55 |
| | | | **Saldo per** | **2010-11-30** | **59.939,92** |

Kontoöversikt          Kommande händelser          Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                              2011-09-09 17:54:06

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start    Logga ut    ████████

Utskriften framtagen av  ████████   2011-09-09 17:54:21

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ████████ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:
januari 2011   **Visa**

**Kontohändelser: januari 2011**                                    Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|

Kontoöversikt            Kommande händelser            Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                           2011-09-09 17:54:21

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start    Logga ut

## Utskriften framtagen av  ▮▮▮▮▮▮    2011-09-09 17:54:34

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

| februari 2011 | **Visa** |

**Kontohändelser: februari 2011**                        Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|
| 2011-02-28 | 2011-02-28 | 5490990152 | Kortavg Visa | -250,00 | 59.738,55 |
| 2011-02-28 | 2011-02-28 | 5490990733 | Betalservice | -120,00 | 59.988,55 |
| 2011-02-04 | 2011-02-04 | 9900000100 | Sk7407219273 | 223,00 | 60.108,55 |
|  |  |  | **Saldo per** | **2011-01-31** | **59.885,55** |

| Kontoöversikt | Kommande händelser | Engångsöverföring |

© Skandinaviska Enskilda Banken AB (publ)                    2011-09-09 17:54:34

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|
| Kontakta oss » | **Aktuellt »** | Hjälp » | Bank i mobilen » | BankID | Mina uppgifter » |
| **Välkommen** | Nytt på Internetkontoret | | | | |

Start   Logga ut

## Utskriften framtagen av ▮▮▮▮▮ 2011-09-09 17:55:07

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▮▮▮▮▮ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

mars 2011   **Visa**

**Kontohändelser: mars 2011**                                                    Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2011-03-30 | 2011-03-30 | 5841990687 | Kostnad | -50,00 | 71.013,59 |
| 2011-03-30 | 2011-03-30 | 5841990687 | H03293585822 | 1.372,01 | 71.063,59 |
| 2011-03-07 | 2011-03-07 | 8381969061 | 4031280334 | 700,00 | 69.691,58 |
| 2011-03-07 | 2011-03-07 | 5841990687 | H03073290364 | 13.577,03 | 68.991,58 |
| 2011-03-01 | 2011-03-01 | 5490990007 | 842025132454 | -600,00 | 55.414,55 |
| 2011-03-01 | 2011-02-28 | 1059900051 | Centrala Studiestödsnämn | -3.724,00 | 56.014,55 |
| | | | **Saldo per** | **2011-02-28** | **59.738,55** |

Kontoöversikt         Kommande händelser         Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                                  2011-09-09 17:55:07

Case 1:08-cv-00705-JDB   Document 184-1   Filed 07/13/12   Page 13 of 17

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|
| Kontakta oss » | **Aktuellt »** | Hjälp » | Bank i mobilen » | BankID  Mina uppgifter » | |

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut   ▬▬▬▬▬

Utskriften framtagen av ▬▬▬▬  2011-09-09 17:55:31

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▬▬▬▬ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

| april 2011 | **Visa** |
|---|---|

**Kontohändelser: april 2011**                                          Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| | | | | | |

Kontoöversikt          Kommande händelser          Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                               2011-09-09 17:55:31

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

<u>Start</u>   <u>Logga ut</u>   ███████████

## Utskriften framtagen av ███████████ 2011-09-09 17:55:43

### Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ███████████ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

[ maj 2011 ]   **Visa**

**Kontohändelser: maj 2011**                                                             Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|
| 2011-05-25 | 2011-05-24 | 1059900050 | Centrala Studiestödsnämn | -3.724,00 | 64.139,59 |
| 2011-05-09 | 2011-05-09 | 5490990007 | Till Monir | -3.150,00 | 67.863,59 |
|  |  |  | **Saldo per** | **2011-04-30** | **71.013,59** |

Kontoöversikt          Kommande händelser          Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                                               2011-09-09 17:55:43

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|

Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

<u>Start</u>   <u>Logga ut</u>   ▇▇▇▇▇▇▇▇

## Utskriften framtagen av ▇▇▇▇▇▇▇ 2011-09-09 17:55:58

### Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

| juni 2011 | **Visa** |

**Kontohändelser: juni 2011**                                                   Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|

---

Kontoöversikt            Kommande händelser          Engångsöverföring

---

© Skandinaviska Enskilda Banken AB (publ)                              2011-09-09 17:55:58

| Min ekonomi | Börs & finans | Spara & placera | Låna | Betala/överföra | Vårt utbud |
|---|---|---|---|---|---|

Kontakta oss »   Aktuellt »   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »

**Välkommen**   Nytt på Internetkontoret

Start   Logga ut

Utskriften framtagen av ▇▇▇▇▇▇  2011-09-09 17:56:18

## Kontohändelser

| Privatkonto | Saldo | Disponibelt belopp | Beviljad kredit | Reserverat belopp |
|---|---|---|---|---|
| ▇▇▇▇▇▇ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

Senaste 90 dagar   **Visa**

**Kontohändelser: Senaste 90 dagar**    Exportera till kalkylblad (xlsx)

| Bokförings-datum | Valuta-datum | Verifikations-nummer | Text / mottagare | Belopp | Saldo |
|---|---|---|---|---|---|
| 2011-08-18 | 2011-08-17 | 1059900049S | Centrala Studiestödsnämn | -3.724,00 | 50.546,59 |
| 2011-08-03 | 2011-08-03 | 5484823658 | Arlanda T5 P /11-07-29 | -118,00 | 54.270,59 |
| 2011-08-01 | 2011-08-01 | 5484358535 | Ssp AB Arlan /11-07-29 | -6,00 | 54.388,59 |
| 2011-08-01 | 2011-08-01 | 5484358534 | Taxi Norrbot /11-07-27 | -261,00 | 54.394,59 |
| 2011-07-29 | 2011-07-29 | 5484549236 | Taxi Norrbot /11-07-28 | -900,00 | 54.655,59 |
| 2011-07-29 | 2011-07-29 | 5484549235 | Iss Fs / Sth /11-07-28 | -260,00 | 55.555,59 |
| 2011-07-29 | 2011-07-29 | 5484549234 | Lulea /11-07-26 | -879,00 | 55.815,59 |
| 2011-07-28 | 2011-07-28 | 5484623179 | Rönnbäcks Ga /11-07-27 | -130,00 | 56.694,59 |
| 2011-07-28 | 2011-07-28 | 5484623178 | Ssp AB Arlan /11-07-26 | -116,00 | 56.824,59 |
| 2011-07-27 | 2011-07-27 | 5484347758 | Sofia Ramber /11-07-26 | -735,00 | 56.940,59 |
| 2011-07-15 | 2011-07-15 | 5484478663 | Ssp AB Arlan /11-07-13 | -247,00 | 57.675,59 |
| 2011-07-14 | 2011-07-14 | 5484103293 | Lulea /11-07-13 | -420,00 | 57.922,59 |
| 2011-07-14 | 2011-07-14 | 5484103292 | Max I Boden /11-07-12 | -347,00 | 58.342,59 |
| 2011-07-14 | 2011-07-14 | 5484103291 | Apoteket Sun /11-07-12 | -521,00 | 58.689,59 |
| 2011-07-13 | 2011-07-13 | 5484661905 | Reception /11-07-12 | -1.300,00 | 59.210,59 |
| 2011-07-13 | 2011-07-13 | 5484661904 | Restaurang K /11-07-12 | -227,00 | 60.510,59 |
| 2011-07-13 | 2011-07-13 | 5484661903 | Källans Kios /11-07-12 | -127,00 | 60.737,59 |
| 2011-07-12 | 2011-07-12 | 5484517830 | Restaurang K /11-07-11 | -194,00 | 60.864,59 |
| 2011-07-12 | 2011-07-12 | 5484517829 | Källans Kios /11-07-11 | -12,00 | 61.058,59 |
| 2011-07-11 | 2011-07-11 | 5484769284 | Sj Resebutik /11-07-09 | -1.599,00 | 61.070,59 |

Min ekonomi     Börs & finans     Spara & placera     Låna     Betala/överföra     Vårt utbud
Kontakta oss »   **Aktuellt »**   Hjälp »   Bank i mobilen »   BankID   Mina uppgifter »
**Välkommen**   Nytt på Internetkontoret

Start    Logga ut

## Utskriften framtagen av ▮▮▮▮▮ 2011-09-09 17:56:50

## Kontohändelser

| **Privatkonto** | **Saldo** | **Disponibelt belopp** | **Beviljad kredit** | **Reserverat belopp** |
|---|---|---|---|---|
| ▮▮▮▮▮ | 50.546,59 | 50.546,59 | 0,00 | 0 |

Välj period:

[ Senaste 90 dagar ]   **Visa**

**Kontohändelser: Senaste 90 dagar**                                      Exportera till kalkylblad (xlsx)

| **Bokförings-datum** | **Valuta-datum** | **Verifikations-nummer** | **Text / mottagare** | **Belopp** | **Saldo** |
|---|---|---|---|---|---|
| 2011-07-11 | 2011-07-11 | 5490990004 | Tp1500563450 | -564,00 | 62.669,59 |
| 2011-07-11 | 2011-07-11 | 5484562406 | Iss Fs / Sth /11-07-09 | -130,00 | 63.233,59 |
| 2011-07-08 | 2011-07-08 | 5490990004 | Tp1500562583 | -776,00 | 63.363,59 |
| 2011-07-08 | 2011-07-08 | 5490990004 | Pn0007100881 | 950,00 | 64.139,59 |
| 2011-07-08 | 2011-07-08 | 5490990004 | Pn0007100881 | -950,00 | 63.189,59 |
|  |  |  | **Saldo per** | **2011-06-11** | **64.139,59** |

Kontoöversikt          Kommande händelser          Engångsöverföring

© Skandinaviska Enskilda Banken AB (publ)                              2011-09-09 17:56:50