# **EXHIBIT B**

**From:** Kapshandy, Timothy E.
**Sent:** Friday, September 09, 2011 1:59 PM
**To:** Adrian Nelson; Ross, Tom; Jensen, Peter
**Cc:** Afshin Pishevar; Farrokh Mohammadi
**Subject:** RE: Parsi/NIAC -- Parsi Swedish Bank Account

Thanks, Adrian.  This appears to be a credit card account.  It also shows transfers in from other accounts.  Please be sure to include the other accounts and ask the bank for the back-up records for the transfers in as often they are just transaction numbers.  As for confidentiality, we would agree that the account number is confidential and would be redacted if used in any filings.
Thanks,
Tim

> **From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
> **Sent:** Friday, September 09, 2011 12:22 PM
> **To:** Kapshandy, Timothy E.; Ross, Tom; Jensen, Peter
> **Cc:** Afshin Pishevar; Farrokh Mohammadi
> **Subject:** Parsi/NIAC -- Parsi Swedish Bank Account
>
> Dear Tim:
>
> Attached please find the 14 months of bank records relating to Dr. Parsi's Swedish bank account that are available online to Dr. Parsi.  These bank records are being produced subject to all existing cofidentiality and non-disclosure agreements previously in effect as it relates to tax, bank, and financial records of our client, which are produced pursuant to a discovery request.
>
> As previously advised, the remaining bank records have been ordered and will be produced upon their receipt.
>
> Very truly yours,
>
> Adrian Nelson