# **EXHIBIT P**

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Monday, April 09, 2012 11:48 AM
**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar
**Subject:** NIAC v. Dai - Swedish Bank Account Information

Tim:

I have attached the information that bank has provided us up to this point. Please note that the payee is NOREF, a Norwegian Peace NGO, and that this information is in SEK, not US Dollars. Additionally, please note the following:

- 1.  4/25/2000        18,330 kr - This is Dr. Parsi's Salary (Lön).  Dr. Parsi's employer at the time was KREAB Consulting firm in Stockholm.
- 25. 1/31/2007        2,426.97 kr - Not sure what this is referring to as this deposit does not exist on the document that was provided.
- 27. 6/9/2007        17,883 kr - This date is incorrect.  We assume you meant 2008 and corrected accordingly.
- 28. 12/29/2008        2,905.64 kr - This date is also incorrect.  We again assume you meant 2008 and corrected accordingly.
- 40. 5/9/2011        3,150 kr - This was not a deposit but a payment.  As you only requested deposits, we are not having the bank look into this.

I will continue to forward you any information that the bank provides us.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))





Date
2012-03-298

Reference
Accounts Operations/61382697

**Reply to your request regarding account number:**

| Verification nr | Value date | Booking date | Amount |
|---|---|---|---|
| 5841990687 | 2011-03-07 | 2011-03-07 | 13 577,03 |
| 5841990687 | 2011-03-30 | 2011-03-30 | 1 372,01 |

Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr and has been charged to your account:

If you have any questions regarding this please do not hesitate to contact us at telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

---

SEB

Postadress

106 40  STOCKHOLM

Telefon

Nat. 0771-365 365

Internet





Date  
2012-03-298

Reference  
Accounts Operations/61382697

```
STOCKHOLM    REMDAG 11-03-07
VER 5841990687    REF CI11030414054302    DVAL 11-03-07  KVAL 11-03-07
                                          REG INSTANS 58415   H03073290364
DEBET                                     KREDIT                  7407219273
SWEDBANK AB
SE-105 34  STOCKHOLM
                                 ORIG REF
KURS   1,000000 SEK    13.577,03 BELOPP       SEK         13.577,03
PROV            PROVKTO           NETTO       SEK         13.577,03
BETALNINGS AVSÄNDARE              B-T-B
NOREF - NORSK RESSURSSENTER FOR FRE   /UTL/
POSTBOKS 2947 TOYEN
0608 OSLO                         MOTT KONTO
```

SEB

Postadress                Telefon                 Internet

106 40  STOCKHOLM         Nat. 0771-365 365
                          Int. +46 771 365        www.seb.se

Case 1:08-cv-00705-JDB   Document 184-16   Filed 07/13/12   Page 5 of 5



```
STOCKHOLM   REMDAG 11-03-30
VER 5841990687    REF BF1103280038701A   DVAL 11-03-30   KVAL 11-03-30
                                         REG INSTANS 58415   H03293585822
DEBET                                    KREDIT                    7407219273
SKANDINAVISKA ENSKILDA BANKEN AB
N-0123 OSLO
ANK-T-BANK: ESSENOKX         ORIG REF
KURS   1,128300 SEK         1.372,01 BELOPP      NOK         1.216,00
PROV    50,00/CH   PROVKTO 53680078935 NETTO      SEK         1.372,01
BETALNINGS AVSÄNDARE                   B-T-B
NOREF - NORSK RESSURSSENTER FOR FRE
POSTBOKS 2947 TOYEN
0608 OSLO                              MOTT KONTO
```

Yours sincerely,

SEB

---

SEB

*Postadress*

106 40 STOCKHOLM

*Telefon*

Nat. 0771-365 365
Int. +46 771 365

*Internet*

www.seb.se