# **EXHIBIT Q**

**From:** Kapshandy, Timothy E.
**Sent:** Monday, April 09, 2012 3:33 PM
**To:** Farrokh Mohammadi
**Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar
**Subject:** RE: NIAC v. Dai - Swedish Bank Account Information

Thanks, Farrokh.  25 is in error so remove it.  You are correct that 27 and 28 should be 2008, not 2007.  As for 40, we realize it was a transfer out of the account.  Please send it, also.
Thanks,
Tim

> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Monday, April 09, 2012 11:48 AM
> **To:** Kapshandy, Timothy E.
> **Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar
> **Subject:** NIAC v. Dai - Swedish Bank Account Information
>
> Tim:
>
> I have attached the information that bank has provided us up to this point.  Please note that the payee is NOREF, a Norwegian Peace NGO, and that this information is in SEK, not US Dollars.  Additionally, please note the following:
>
> - 1. 4/25/2000        18,330 kr - This is Dr. Parsi's Salary (Lön).  Dr. Parsi's employer at the time was KREAB Consulting firm in Stockholm.
> - 25. 1/31/2007       2,426.97 kr - Not sure what this is referring to as this deposit does not exist on the document that was provided.
> - 27. 6/9/2007        17,883 kr - This date is incorrect.  We assume you meant 2008 and corrected accordingly.
> - 28. 12/29/2008      2,905.64 kr - This date is also incorrect.  We again assume you meant 2008 and corrected accordingly.
> - 40. 5/9/2011        3,150 kr - This was not a deposit but a payment.  As you only requested deposits, we are not having the bank look into this.
>
> I will continue to forward you any information that the bank provides us.
>
> --
> Kindly yours,
>
> Farrokh Mohammadi, Esq.
>
> Pishevar & Associates, P.C.
> Jefferson Plaza - Suite 316
> 600 E. Jefferson Street
> Rockville, MD 20852
> Tel.(301)279-8773
> www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))