# EXHIBIT R

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Thursday, April 26, 2012 11:02 AM
**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar
**Subject:** NIAC v. Dai - Swedish Bank Account

Tim:

I have attached 4 more documents provided to us by the Swedish Bank.  As stated in the last email, we will continue to provide these documents to you as they become available, should the bank produce additional ones.

Additionally, Plaintiffs have two concerns that we would like to discuss.

First, Defendant is still in possession of the various drives owned by the Plaintiffs.  We would like to have those returned to us immediately, as there is no reason for the Defendant to continue to retain them.

Second, the police reports provided to us by the Defendant for the Paris incidents are extremely difficult to read and completely illegible in some parts.  Plaintiffs would like these to be reproduced in a legible manner.

Thank you.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))



**S|E|B**

| | |
|---|---|
| Date | Reference |
| 2012-04-12 | Accounts Operations/61382317 |

**Reply to your request regarding account number:**

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| *5841990687 | 2008-12-29 | 2008-12-29 | 2 905,64 | |
| *5841990687 | 2009-02-24 | 2009-02-24 | 14 359,81 | |
| 8381969783 | 2009-05-18 | 2009-05-18 | 4 000,00 | Transfer from: |
| | | | | TOURADJ PARSI |
| | | | | AMIR SEMLALI |
| | | | | JOHANNESBÄCKSGATAN 70 C |
| | | | | 754 33 UPPSALA |
| 5490990006 | 2009-09-01 | 2009-09-01 | 15 000,00 | Internet transfer from: |
| | | | | NÄRINGSLIVETS INTERNATIONELLA RÅD |
| | | | | BOX 5501 |
| | | | | 114 85  STOCKHOLM |
| *5841990687 | 2009-09-02 | 2009-09-02 | 2 237,03 | |

*Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account:

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

**S|E|B**

Skandinaviska Enskilda Banken        VERIFIKATION KREDITAVI                    08-12-29

STOCKHOLM 08-12-29 5841687TRE | 08-12-29 | IRVTUS3N   14216

BANK OF NEW YORK MELLON

32 OLD ISLIP,16TH FL.
US-NEW YORK  N.Y. 10286

DVAL:  08-12-24  USD############368,54 |    7,884200

###########2.905,64 |      30,00 | SEK##########2.875,64 |  08-12-29

REMITTER:                           DETAILS OF PAYMENT:
ALQUDS CENTER FOR MEDIA AND COMMU   BITTERLEMONS INTERNATIONAL ED 45
CATION                              DEC 4 2008
RAMMALLAH                           BNY CUST RRN - FTS0812232592600


                                    RIX-ID: H12244098512

Capella Stockholm

# SEB

| | | VERIFIKATION KREDITAVI | | 09-02-24 |
|---|---|---|---|---|
| STOCKHOLM 09-02-24 | 5841687TRE | 09-02-24 | AEIBUS33 | 10337 |

STANDARD CHARTERED BANK
COMMERCIAL BANKING DIVISION
3 WORLD FIN. CTR.23RD FLOOR
US-10285-2300, NY NEW YORK

| | | DVAL: 09-02-24 | USD***********1.632,00 | 8,798900 |
|---|---|---|---|---|
| ***********14.359,81 | | 30,00 | SEK***********14.329,81 | 09-02-24 |

REMITTER:
PUGWASH ORGANIZZAZIONE
INTERNAZIONALE PER LE RIUNIONI
VIA DELLA LUNGARA 10
00165 ROMA RM ITALY

DETAILS OF PAYMENT:
/RFB/100475868813
REIMBURSEMENT FOR VIENNA MEETING

RIX-ID: H02244699495

# S|E|B

Skandinaviska Enskilda Banken     VERIFIKATION KREDITAVI          09-09-02

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 09-09-02 | 5841687ETT | 09-09-02 | DNBANOKK    00000 |

Debet

DNB NOR BANK ASA

STRANDEN 21
0021 OSLO

|  |  |  |  | Kredit |
|---|---|---|---|---|

|  | DVAL: | 09-09-02 | Utländsk belopp | Kurs |
|---|---|---|---|---|
|  |  |  | SEK********2.237,03 |  |

| Skr | Provision |  | Nettobelopp | Valutadag |
|---|---|---|---|---|
| ********2.237,03 | 10,00 |  | SEK********2.227,03 | 09-09-02 |

Meddelande

REMITTER:                              DETAILS OF PAYMENT:
UNIVERSITETET I OSLO                   BILAG 08/31/09/XXXXX00002 .,
LONNSSEKSJON
POSTBOKS 1073 BLINDERN
0316  OSLO

                                       RIX-ID: H08316790542

SEB005 920917

Capella Stockholm





Date
2012-04-11

Reference
Accounts Operations/61382121

**Reply to your request regarding account number:** ███████

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| *5368506090 | 2003-09-08 | 2003-09-05 | 1 800,00 | |
| *5206537277 | 2004-07-12 | 2004-07-12 | 7 240,00 | |
| 5368404372 | 2004-07-28 | 2004-07-28 | 4 500,00 | This is deposit to cash machine in SEB branch 5368, Uppsala. |
| *5841990687 | 2005-01-31 | 2005-01-31 | 13 876,20 | |
| 5368405921 | 2005-08-19 | 2005-08-19 | 5 500,00 | This is deposit to cash machine in SEB branch 5368, Uppsala. |

*Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account: ████████

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

**SEB** Skandinaviska Enskilda Banken

**Kreditallegat** INSÄTTNING

| ☐ Sänd kopia till betalningsmottagaren (mot avgift) | ☐ Jag vill ha ett duplikatkvitto |

**Kontonummer:** ███████████

**Belopp med siffror:** *1800:*

Kontohavare ███████████

Inbetalare (om annan än kontohavaren) *Touradj Parsi*

Utdelningsadress (gata, box e  dyl)

Ortsadress (postnummer, ortnamn)

Meddelande till betalningsmottagaren

Markera med X om kontohavaren är bosatt i utlandet.
OBS! Vid insättning på konto som avser person eller företag i utlandet, gäller Riksbankens regler.

Kontoutdragstext (högst 12 tecken)      Text på kopia till betalningsmottagaren

**Bankens noteringar**

Nytt saldo          Kod          Valuteringsdag (å, m, d)

**Kassakvittens**

030905$5368506090************1.800,00IN

För att gälla som kvitto skall denna blankett antingen vara kvitterad i bankens kvitteringsmaskin eller vara stämplad med bankens datumstämpel samt vara undertecknad av två av bankens tjänstemän.



Skandinaviska Enskilda Banken

**Debetallegat** utländskt mynt
**Debit voucher** foreign notes

| Säljare/Seller | | | | Behandlingskod/Internal code | |
|---|---|---|---|---|---|
| Valuta/Currency | Utländskt belopp/Amount | | Kurs/Rate | | Motvärde i SEK/SEK |
| USD | 1.000,00 | | 7,2700 | | 7.270,00 |

| Vi har krediterat Ert konto nr/We have credited your account No. | | Exp avg Fee | 30,00 |
|---|---|---|---|
| | | Summa Total amount | 7.240,00 |

| Handläggare | Kassastämpel/Cashier's stamp | 040712$5206537277¤¤¤¤¤¤¤¤¤¤¤¤¤¤¤7.240,00IN |
|---|---|---|
| Kontrollsignatur | | |
| A 517 9901 | | |

**SEB**

Skandinaviska Enskilda Banken     VERIFIKATION KREDITAVI                05-01-31

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 05-01-31 | 5841687TRE | 05-01-31 | PNBPUS33PHL |

Debet

WACHOVIA BANK NA

ONE SOUTH BROAD ST
US-19107 PHILADELPHIA
REF:F50128314565000

Kredit

| | DUAL: | 05-01-28 | Utländsk belopp | Kurs |
|---|---|---|---|---|
| | | | USD********2.000,00 | 6,953100 |

| Skr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ********13.906,20 | 30,00 | SEK********13.876,20 | 05-01-31 |

Meddelanda

REMITTER:

DETAILS OF PAYMENT:
IBAN NUMBER SE6050 0000000536800789
35 RFB 050128350019

SEB005 920917

Capella Stockholm





Date
2012-04-11

Reference
Accounts Operations/61382278

**Reply to your request regarding account number:** █████████

| Verification nr | Value date | Booking date | Amount |
|---|---|---|---|
| 5841990687 | 2006-08-02 | 2006-08-02 | 2 418,68 |
| 5250507261 | 2006-08-21 | 2006-08-14 | 14 250,00 |
| 5841990687 | 2006-09-18 | 2006-09-18 | 3 918,09 |
| 5841990687 | 2008-02-15 | 2008-02-15 | 7 685,12 |
| 5841990687 | 2008-06-09 | 2008-06-09 | 17 883,00 |

Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account: █████████

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

SEB

Postadress

Telefon

Internet

106 40  STOCKHOLM

Nat. 0771-365 365

# S|E|B

Skandinaviska Enskilda Banken     VERIFIKATION KREDITAVI          06-08-02

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 06-08-02 | 5841687TRE | 06-08-02 | CRESCHZZ80A00000 |

Debet

CREDIT SUISSE

PO BOX 900
CH-8070 ZÜRICH
REF:DA83521335259001

Kredit

| | DVAL: 06-08-02 | Utländskt belopp<br>USD************343,00 | Kurs<br>7,139000 |
|---|---|---|---|

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| *********2.448,68 | 30,00 | SEK*********2.418,68 | 06-08-02 |

Meddelande

REMITTER:                          DETAILS OF PAYMENT:
JERUSALEM MEDIA AND COMMUNICATION
CENTER
A/C 642319
RAMALLAH

# S|E|B

Skandinaviska Enskilda Banken

**Debetallegat köpta checkar**
*Voucher cheques bought*

| | | | Behandlingskod/Internal code |
|---|---|---|---|

| Valuta/Currency | Utländskt belopp/Amount | Kurs/Rate | Motvärde i SEK/SEK |
|---|---|---|---|
| USD | 2.000,00 | 7,1900 | 14.380,00 |

| Antal/Quantity | Valörer/Denominations | Nummer/No. | Exp avgift/Fee |
|---|---|---|---|
| | | | 130,00 |

| TextKOD | Val dag (år, mån, dag) | | Summa/Total amount |
|---|---|---|---|
| NCHK | 2006-08-21 | | 14.250,00 |

Vi har krediterat Ert konto nr/
We have credited your account No.

Om banken inte erhåller betalning för checken/arna skall kunden till banken återbetala checkbe-
loppet, jämte eventuell ränta, omräknat till SEK enligt kursen på returdagen. Därutöver är kunden
skyldig att ersätta banken för avgifter och kostnader som har samband med uppdraget. Banken får
belasta kundens konto med checkbeloppet m m./In case of nonpayment to the Bank for the
cheque/s in question, the Client shall repay to the Bank the cheque amount, together with any inte-
rest, converted into SEK, at the rate of exchange prevailing on the date of repayment. In addition to
that, the Client is obliged to compensate the Bank for any charges and costs associated wih the
relative order instruction. The Bank may charge the client's account with the cheque amount etc.

Handläggare

Kontrasignatur

Säljarens underskrift/The Sellers signature

U60814$5250507261*********14.250,00IN
5368 00 789 35

A 6087.99-09

# S|E|B

Skandinaviska Enskilda Banken          VERIFIKATION KREDITAVI                    06-09-18

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 06-09-18 | 5841687TVÅ | 06-09-18 | POCIITMM |

Debet

BANCA POPOLARE COMMERCIO
E INDUSTRIA
CASELLA POSTALE 10167
IT-20100 MILANO
REF:002039060301471

Kredit

| | Utländsk belopp | Kurs |
|---|---|---|
| DVAL: 06-09-18 | EUR**********430,00 | 9,135100 |

| Skr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| **********3.928,09 | 10,00 | SEK**********3.918,09 | 06-09-18 |

Meddelande

REMITTER:                         DETAILS OF PAYMENT:
GRUPPO EDITORIALE L ESPRESSO - S   CO-OPERATION SEPTEMBER 2006
IETA  PER AZIONI
VIA CRISTOFORO COLOMBO 149
ROMA RM

SEB005 920917

Capella Stockholm

**S|E|B**

Skandinaviska Enskilda Banken    VERIFIKATION KREDITAVI          08-02-15

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 08-02-15 | 5841687TRE | 08-02-15 | IRVTUS3N |

Debet

THE BANK OF NEW YORK
MELLON CORPORATION
32 OLD ISLIP.16TH FL.
US-NEW YORK  N.Y. 10286
REF:FTJ0802141491144

Kredit

| | DUAL: 08-02-14 | Utländsk belopp | Kurs |
|---|---|---|---|
| | | USD※※※※※※※※1.215,00 | 6,325200 |

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ※※※※※※※※7.685,12 | 30,00 | SEK※※※※※※※※7.655,12 | 08-02-15 |

Meddelanda

REMITTER:                      DETAILS OF PAYMENT:
.429570.AMINA SEMLALI..1104 EUCLI   TGP2382287-10-2287295-5713485--C
STREET, NW, G1.WASHINGTON.DC.USA.   BNY CUST RRN - ONLINE SEE COMME
009 .1971.WORLD BANK..1818 H STRE
, NW.WASHINGTON.DC.USA.20433

                               RIX-ID: H02140391445

SE3005 920917

Capella Stockholm

**SEB**

Skandinaviska Enskilda Banken          VERIFIKATION KREDITAVI          08-06-05

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 08-06-05 | 5841687TRE | 08-06-05 | PNBPUS33PHL |

Debet

WACHOVIA BANK NA

P.O. BOX 13866
US-19101 PHILADELPHIA
REF:F50605355792000

Kredit

███████████████████████

| | DVAL: 08-06-05 | Utländskt belopp USD████████3.000,00 | Kurs 5,961000 |
|---|---|---|---|

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ████████17.883,00 | 60,00 | SEK████████17.823,00 | 08-06-09 |

Meddelande

REMITTER:

███████████████████

DETAILS OF PAYMENT:
RFB 080605350006

· RIX-ID: H06051734356





Date
2012-04-111

Reference
Accounts Operations/61382091

**Reply to your request regarding account number:** ████████████

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| *5368610582 | 2002-06-28 | 2002-06-27 | 50 000,00 | |
| 5490990006 | 2003-04-05 | 2003-04-07 | 50 000,00 | Internet transfer from: |
| | | | | ÅKE WIBERGS STIFTELSE |
| | | | | FLORAGATAN 4 STALLET |
| | | | | 114 31 STOCKHOLM |
| *5368619713 | 2003-07-02 | 2003-07-01 | 12 000,00 | |
| *5368504679 | 2003-08-27 | 2003-08-26 | 3 000,00 | |
| 5262414370 | 2003-09-01 | 2003-09-01 | 6 000,00 | This is deposit to cash machine in SEB branch office 5262. |

*Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account: ████████████

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

---

SEB

| Postadress | Telefon | Internet |
|---|---|---|
| 106 40  STOCKHOLM | Nat. 0771-365 365 | |
| | Int. +46 771 365 | |

# S|E|B

Skandinaviska Enskilda Banken

## Kreditallegat INSÄTTNING

☐ Sänd kopia till betalningsmottagaren (mot avgift)          ☐ Jag vill ha ett duplikatkvitto

**Kontonummer:**  ████████████████

**Belopp med siffror:**  50 000

Kontohavare  ████████████████

Inbetalare (om annan än kontohavaren)  ████████████

Utdelningsadress (gata, boxnr o dyl)
A L T H I C L V - 6

Ortsadress (postnummer, ortnamn)
7 5 6 5 4   U . A

Markera med X om kontohavaren är bosatt i utlandet.
OBS! Vid insättning på konto som avser person eller företag i utlandet,
gäller Riksbankens regler.

Meddelande till betalningsmottagaren
Kontoutdragstext (högst 12 tecken)          Text på kopia till betalningsmottagaren

Bankens noteringar
Nytt saldo                Kod        Valutbringsdag (å, m, d)

Kassakvittens
0206270536861052A***********50.000.00IN

För att gälla som kvitto skall denna blankett antingen vara kvitterad i bankens
kvitteringsmaskin eller vara underskriven av två bankens tjänstemän varjämte be-
loppet och bankens namn skall vara stämplat med bankens siffer-skyddsmaskin.

---

LEGITIMATION
☒ Körkort   ID-kort   PRID-kort   Körkort   Kund    Nummer

UTBETALNINGENS BELOPP ÖNSKAS INSATT PÅ BANKEN
Clearingnummer:          Kontonummer:

Betalningsmottagarens egenhändiga namnteckning
☒ T. Pauw

Betalningsmottagarens namnförtydligande
**************50.000.00UT

---

## UTBETALNING

********50000,00***

Ej över FEMTIOTUSEN KRONOR

Inlöses i bank senast 2002-08-08

Betalningsmottagare
████████████████

75654

13619166

*****50000,00**

# S|E|B

Skandinaviska Enskilda Banken

**Kreditallegat** INSÄTTNING

Sänd kopia till betalningsmottagaren (mot avgift)          Jag vill ha ett duplikatkvitto

**Kontonummer:** ████████████████

**Belopp med siffror:** 12 000

Kontohavare ████████████

Inbetalare (om annan än kontohavaren)
Vajhjeh Fatemi & Touradj Parsi

Utdelningsadress (gata, box e dyl)

Ortsadress (postnummer, ortnamn)

Markera med X om kontohavaren är bosatt i utlandet.
OBS! Vid insättning på konto som avser person eller företag i utlandet,
gäller Riksbankens regler.

Meddelande till betalningsmottagaren
Kontoutdragstext (högst 12 tecken)        Text på kopia till betalningsmottagaren

Bankens noteringar

Nytt saldo          Kod          Valuteringsdag (å, m, d)

Kassakvittens
0307019853686 19713A**********12.000.00IN
████████████

För att gälla som kvitto skall denna blankett antingen vara kvitterad i bankens
kvitteringsmaskin eller vara stämpled med bankens datumstämpel samt vara
underskriven av två av bankens tjänstemän.

**SEB**  Skandinaviska Enskilda Banken

**Kreditallegat** INSÄTTNING

Sänd kopia till betalningsmottagaren (mot avgift)    Jag vill ha ett duplikatkvitto

**Kontonummer:** [redacted]

**Belopp med siffror:** 3000,00

Kontohavare

Inbetalare (om annan än kontohavaren)

Utdelningsadress (gata, box e dyl)

Ortsadress (postnummer, ortnamn)

Markera med X om kontohavaren är bosatt i utlandet.
OBS! Vid insättning på konto som avser person eller företag i utlandet, gäller Riksbankens regler.

Meddelande till betalningsmottagaren
Kontoutdragstext (högst 12 tecken)     Text på kopia till betalningsmottagaren

Bankens noteringar
Nytt saldo                Kod        Valuteringsdag (å, m, d)

Kassakvittens

030826$5368504679***************3.000,00IN

[redacted]

För att gälla som kvitto skall denna blankett antingen vara kvitterad i bankens kvitteringsmaskin eller vara stämplad med bankens datumstämpel samt vara underskriven av två av bankens tjänstemän.





| Date | | Reference | | |
|---|---|---|---|---|
| 2012-04-09 | | Accounts Operations/61382332 | | |

**Reply to your request regarding account number:** ▮

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| 8381969993 | 2010-04-13 | 2010-04-13 | 6 300,00 | Transfer from: |
| | | | | VAJIHEH FATEMI DEZFOLI |
| | | | | SVAMPVÄGEN 8A LGH 1102 |
| | | | | 756 45 UPPSALA |
| *5841990687 | 2010-06-24 | 2010-06-24 | 3 174,11 | |
| *5841990687 | 2010-06-28 | 2010-06-28 | 11 441,52 | |
| *5841990687 | 2010-08-18 | 2010-08-18 | 14 596,60 | |
| *5841990687 | 2010-10-19 | 2010-10-19 | 5 542,80 | |

*Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account: ▮

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB





Date
2012-04-09

Reference
Accounts Operations/61382135

**Reply to your request regarding account number:** ▇▇▇▇▇

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| 8381969744 | 2005-08-29 | 2005-08-29 | 1 000,00 | Transfer from: TOURADJ PARSI AMIR SEMLALI JOHANNESBÄCKSGATAN 70 C 754 33 UPPSALA |
| *5841990687 | 2005-11-24 | 2005-11-24 | 4 734,80 | |
| 8381969259 | 2006-02-06 | 2006-02-06 | 4 137,00 | Transfer from: TOURADJ PARSI AMIR SEMLALI JOHANNESBÄCKSGATAN 70 C 754 33 UPPSALA |
| 8381972990 | 2006-02-07 | 2006-02-07 | 4 500,00 | Internet transfer from: VAJIHEH FATEMI DEZFOLI SVAMPVÄGEN 8A 756 45 UPPSALA |
| *5841990687 | 2006-02-08 | 2006-02-08 | 1 197,50 | |

Please see attached copies.

The cost for the investigation in our archives is: 150,00 kr
and has been charged to your account: ▇▇▇▇▇

If you have any questions regarding this please do not hesitate to contact us at
telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

| Postadress | Telefon | Internet |
|---|---|---|
| 106 40 STOCKHOLM | Nat. 0771-365 365 | |

**S|E|B**

Skandinaviska Enskilda Banken        VERIFIKATION KREDITAVI              05-11-24

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 05-11-24 | 5841687TVÅ | 05-11-24 | PASCITMM   10216 |

Debet

BANCA MONTE DEI PASCHI DI SIENA

VIA I. ROSELLINI, 16
I-20124  MILANO        ITALY
REF:086015LB01688

Kredit

█████████████████████████

| | Utländsk belopp | Kurs |
|---|---|---|
| DVAL: 05-11-24 | EUR***********500,00 | 9,489600 |

| Skr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| **********4.744,80 | 10,00 | SEK*********4.734,80 | 05-11-24 |

Meddelanda

REMITTER:                          DETAILS OF PAYMENT:
CARACCIOLO LUCIO                   NO REF.
VIA TORLONIA 19
00161 ROMA RM

SE3005 920917

Capella Stockholm

**SEB**

Skandinaviska Enskilda Banken    VERIFIKATION KREDITAVI          06-02-08

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 06-02-08 | 5841687TVÅ | 06-02-08 | POSOIT22 |

Debet

BANCA POPOLARE DI SONDRIO

Kredit

16 PIAZZA GARIBALDI
I-23100  SONDRIO        ITALIEN
REF:I

                                    Utländsk belopp                    Kurs
                DUAL:   06-02-08   EUR※※※※※※※※※※※130,00        9,288700

SKr                        Provision       Nettobelopp               Valutadag
※※※※※※※※※1.207,53          10,00       SEK※※※※※※※※1.197,53       06-02-08

Meddelande

REMITTER:                          DETAILS OF PAYMENT:
GLOBE RESEARCH AND PUBLISHING SRL   COLLABORAZIONE DEL 12/12/05
VIA GIOVANNI SEVERANO 35
00161 ROMA RM

SE9005 920917

Capella Stockholm

**SEB**
Skandinaviska Enskilda Banken

VERIFIKATION KREDITAVI          10-06-24

| Orf/datum | Verifikation | Undarpassdatum | Order |
|---|---|---|---|
| STOCKHOLM 10-06-24 | 5841687TRE | 10-06-24 | NDEANOKK   00000 |

Debet
NORDEA BANK NORGE ASA
C/O NORDEA BANK AB
MIDDELTHUNSGT 17
N-0368 OSLO
REF:

DVAL:  10-06-24

Kredit

Utlandskt belopp                    Kurs
USD***************412,94        7,686600

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ***********3.174,11 | 30,00 | SEK***********3.144,11 | 10-06-24 |

Meddelande
REMITTER:                           DETAILS OF PAYMENT:
HOTEL CONTINENTAL AS
POSTBOKS 1510 VIKA
0117 OSLO

**SEB**
Skandinaviska Enskilda Banken

VERIFIKATION KREDITAVI                    10-06-28

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 10-06-28 | 5841687TVÅ | 10-06-28 | BBRUBEBB   12562 |

Debet

ING BELGIUM SA

AVENUE MARNIX 24
BE-1000 BRUSSELS
REF:

Utländsk belopp                                              Kurs

DUAL:  10-06-25  EUR※※※※※※※※※1.200,00      9,534600

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ※※※※※※※※11.441,52 | | SEK※※※※※※※11.441,52 | 10-06-28 |

Meddelande

REMITTER:                          DETAILS OF PAYMENT:
NOREF - NORSK RESSURSSENTER FOR F   NOREF HONORARIUM
POSTBOKS 2947 TOYEN
0608 OSLO
NO

SE8005 920917

Capella Stockholm

## SEB

Skandinaviska Enskilda Banken          VERIFIKATION KREDITAVI          10-08-18

| Ortdatum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 10-08-18 | 5841687TRE | 10-08-18 | DNBANOKK   00000 |

Debet

DNB NOR BANK ASA

STRANDEN 21
0021 OSLO
REF:

Kredit

████████████████████████

| | | Utländskt belopp | Kurs |
|---|---|---|---|
| DVAL: 10-08-18 | USD※※※※※※※※※2.000,00 | 7,298300 |

| Exr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ※※※※※※※※14.596,60 | 50,00 | SEK※※※※※※※※14.546,60 | 10-08-18 |

Meddelande

REMITTER:                          DETAILS OF PAYMENT:
UTENRIKSDEPARTEMENTET              IRN-10/0004-2,
U/ REGNSKAPSENHETEN                NORWAY VISIT REIMB.,
POSTBOKS 8114 DEP                  COSTS,
0032  OSLO

# S|E|B

**Skandinaviska Enskilda Banken**          VERIFIKATION KREDITAVI          10-10-19

| Ort/datum | Verifikation | Uppdragsdatum | Order |
|---|---|---|---|
| STOCKHOLM 10-10-19 | 5841687 | 10-10-19 | BBRUBEBB    12562 |

**Debet**

ING BELGIUM SA

AVENUE MARNIX 24
BE-1000 BRUSSELS
REF:

**Kredit**

DUAL: 10-10-19 EUR**************600,00

Utländskt belopp

| SKr | Provision | Nettobelopp | Valutadag |
|---|---|---|---|
| ***********5.542,80 | | SEK**********5.542,80 | 10-10-19 |

**Meddelande**

REMITTER:                          DETAILS OF PAYMENT:
NOREF - NORSK RESSURSSENTER FOR F   NOREF FEE
POSTBOKS 2947 TOYEN
0608 OSLO
NO