# **EXHIBIT S**

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Monday, May 07, 2012 8:28 AM
**To:** Kapshandy, Timothy E.
**Cc:** Ross, Tom; Jensen, Peter; Afshin Pishevar
**Subject:** NIAC v. Dai - Bank Account and France Police Records

Tim:

I have attached a third production from the Swedish Bank. As always, I will forward any additional productions from the Bank to you.

In regard to the Defendant's France Police Record, what we are requesting is a clean copy of the records, without any alterations by the Defendant. The current copy that we have has "Confidential" stickers on them and we are requesting a copy that is devoid of these stickers or any other alterations. Furthermore, the copy that we have is difficult to read in some portions. We would like a copy that is legible, including the fine print.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))





Date
2012-04-27

Reference
Accounts Operations/61382031

**Reply to your request regarding account number:**

| Verification nr | Value date | Booking date | Amount | Text/Information |
|---|---|---|---|---|
| *5490990004 | 2000-05-08 | 2000-05-08 | -20 000,00 | |
| *5368615119 | 2001-07-10 | 2001-07-09 | 60 000,00 | |
| *8420865675 | 2002-02-06 | 2002-02-05 | 26 470,00 | |
| 5490966888 | 2002-03-25 | 2002-05-22 | 50 000,00 | Transfer from:<br>TICKET LEISURE TRAVEL AB<br>BOX 151<br>131 08 NACKA |
| 5490990006 | 2002-04-19 | 2002-04-19 | 50 000,00 | Internet transfer from:<br>ÅKE WIBERGS STIFTELSE<br>FLORAGATAN 4 STALLET<br>114 31 STOCKHOLM |

*Further information: Copies has already been destroyed since they are older then 10 years.

If you have any questions regarding this please do not hesitate to contact us at telephone +46 771 365 365. When contacting us, please always quote our reference.

Yours sincerely,

SEB

---

SEB

| Postadress | Telefon | Internet |
|---|---|---|
| 106 40  STOCKHOLM | Nat. 0771-365 365 | www.seb.se |