# **EXHIBIT T**

**From:** Kapshandy, Timothy E.
**Sent:** Wednesday, May 09, 2012 3:08 PM
**To:** Farrokh Mohammadi
**Cc:** Ross, Tom; Jensen, Peter; Afshin Pishevar
**Subject:** RE: NIAC v. Dai - Bank Account and France Police Records

Thanks, Farrokh.  It now appears that the requested records that are still missing are:

5/8/2000
7/10/2001
2/6/2002

4/13/2010
10/19/2010
(Note: for both of these there are TWO entries on each date for identical amounts but they are clearly different transactions)

5/9/2011

While the bank states that those records before March 2002 are no longer available as records more than 10 years old have been destroyed, we would encourage Parsi to use all means available to look for them in his personal records.  As Defendant's discovery requests were served in 2009, all of these could have been recovered then had Parsi not stalled and avoided producing these records relating to his damages claim.  Should he not be able to produce the underlying documents relating to these deposits in his Swedish bank account, Defendant will renew motion to strike Parsi's damages claim.

As for the French court records, we do not believe the electronic copies Defendant has are any better than the ones sent to you.  If, however, you could email them to us, we will see if ours are any better and will resend them to you if so.  Defendant will not agree to these not being produced outside of the confidentiality agreement for the reasons previously stated.  If you believe this claim of confidentiality is unfounded, please make arrangements for a call with Judge Bates.

Thanks,

Tim


> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Monday, May 07, 2012 8:28 AM
> **To:** Kapshandy, Timothy E.
> **Cc:** Ross, Tom; Jensen, Peter; Afshin Pishevar
> **Subject:** NIAC v. Dai - Bank Account and France Police Records
>
> Tim:

I have attached a third production from the Swedish Bank. As always, I will forward any additional productions from the Bank to you.

In regard to the Defendant's France Police Record, what we are requesting is a clean copy of the records, without any alterations by the Defendant. The current copy that we have has "Confidential" stickers on them and we are requesting a copy that is devoid of these stickers or any other alterations. Furthermore, the copy that we have is difficult to read in some portions. We would like a copy that is legible, including the fine print.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))