# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

## DECLARATION OF TRITA PARSI

I, Dr. Trita Parsi, am an adult competent to testify to the facts contained herein, upon personal knowledge and belief, swear according to law and under penalty of perjury and say:

1. The statements herein are made both as an individual and in my capacity as President of the National Iranian American Council (NIAC).

2. After the Court's Order of August 30, 2011, I produced all available online bank statements on September 9, 2011.

3. I then requested my full bank statements from SEB. These were provided to me on September 20, 2011 and produced the following day.

4. Subsequently, I attempted to acquire the underlying documentation for the transactions. However, I was informed by the Swedish Bank that they do not keep this documentation.

5. I have had numerous conversations with the Swedish Bank regarding the underlying documentations and each time, they represented that they did not keep these documents. However, when I asked them to provide a declaration attesting to this statement, the Swedish Bank refused to do so.

6. I have never had access to the underlying documentation that was requested and had to rely on the Swedish Bank's representations.

7. On or about March 12, 2012, in a follow-up conversation with the Swedish Bank, I was informed that the bank may be able to locate some of the underlying documents by researching outside of their own database. They maintained, however, that they did not keep these documents themselves.

8. On or about March 16, 2012, I provided the Swedish Bank with a list of approximately 42 transactions for which the underlying documentation was requested.

9. The Swedish Bank produced documentation for 34 of the 42 documents. 4 of the remaining 8 documents do not have any underlying documentation available.

10. The Swedish Bank has not provided a response as to the remaining 4 documents.

11. The cost of researching each transaction is approximately $25.00 per transaction.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.

_____
Dr. Trita Parsi

July 18, 2012
Date