# EXHIBIT B



Farrokh Mohammadi <fm@pishevarlegal.com>

## Parsi/NIAC -- Parsi Swedish Bank Account

**Adrian Nelson** <anelson@pishevarlegal.com>                                    Fri, Sep 9, 2011 at 1:21 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, "Jensen, Peter"
<pjensen@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>, Farrokh Mohammadi <fm@pishevarlegal.com>

Dear Tim:

Attached please find the 14 months of bank records relating to Dr. Parsi's Swedish bank account that are
available online to Dr. Parsi. These bank records are being produced subject to all existing cofidentiality and
non-disclosure agreements previously in effect as it relates to tax, bank, and financial records of our client,
which are produced pursuant to a discovery request.

As previously advised, the remaining bank records have been ordered and will be produced upon their receipt.

Very truly yours,

Adrian Nelson

---

**15 attachments**

 **Apr2011.pdf**
67K

 **Aug2010.pdf**
70K

**Dec2010.pdf**
70K

**feb2011.pdf**
70K

**Jan2011.pdf**
67K

**July2010.pdf**
70K

**June2010.pdf**
69K

**June2011.pdf**
67K

**Last 90 days, p2.pdf**
71K

**Last 90 days.pdf**
72K

**Mar2011.pdf**
70K

**May2011.pdf**
69K

**Nov2010.pdf**
69K

**Oct2010.pdf**
68K

**Sep2010.pdf**
68K