# EXHIBIT C



**Farrokh Mohammadi <fm@pishevarlegal.com>**

## Parsi/NIAC -- Parsi Swedish Bank Account Additional Production & Interview Notes

**Adrian Nelson** <anelson@pishevarlegal.com>   Thu, Sep 29, 2011 at 4:19 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: Afshin Pishevar <ap@pishevarlegal.com>, Farrokh Mohammadi <fm@pishevarlegal.com>, "Jensen, Peter" <pjensen@sidley.com>

Tim,

We are not sure what you are referring to. Please clarify.

Also, in terms of the interview notes you are now requesting. We will provide you with our position by cob tomorrow.

Thanks,

Adrian

On Thu, Sep 29, 2011 at 11:39 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

> Adrian, most of the deposits are blank or have numbers in the "description" field. Can you please produce the underlying documentation reflecting what these deposits were?
>
> Thanks,
>
> Tim
>
> **From:** Adrian Nelson [mailto:anelson@pishevarlegal.com]
> **Sent:** Wednesday, September 21, 2011 8:34 AM
> **To:** Kapshandy, Timothy E.; Jensen, Peter
> **Cc:** Afshin Pishevar; Farrokh Mohammadi
> **Subject:** Parsi/NIAC -- Parsi Swedish Bank Account -- Additional Production
>
> Dear Tim:
>
> Attached is the previously discussed additional production relating to Dr. Parsi's Swedish bank account.
>
> If you have any questions or concerns, please advise.

-Adrian

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*********************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************************