# EXHIBIT D



**Farrokh Mohammadi <fm@pishevarlegal.com>**

# URGENT - Account Summary Information

**Farrokh Mohammadi** <fm@pishevarlegal.com>                          Mon, Mar 12, 2012 at 10:05 AM
To: kontakta5368@seb.se
Bcc: Afshin Pishevar <ap@pishevarlegal.com>

Dear Madam or Sir:

I am an attorney in the United States and my client is Trita Parsi, who is also a client of SEB. His Kontonummer is: 5368-00 789 35 and he is an individual client. We are currently in a lawsuit and as part of discovery, certain bank information is being requested.

We had previously requested bank statements from approximately 2000 to current. Although we did receive that information, certain additional documentation is being requested at this time. Specifically, in the bank statement that was sent, under the "Text" or description heading, some of the fields are simply numbers or blank and therefore cannot be properly identified. For example, it says "H03293585822" or "SK7407219273." We would like to know what those fields mean and would like any underlying documentation for those fields to be provided to us. We are only interested in deposits however, and not withdrawals, debits or transfers.

If you are unable to identify what those numbers mean or are unable to provide any of the underlying documentation for those fields (for example, deposit slips), please provide us with a Declaration stating that that information is not available or cannot be provided.

Additionally, please note that this matter is urgent. Therefore, I would ask that a response be provided as soon as possible. You may contact me at this email or at my telephone number below. Please let me know if you need any additional information. I look forward to hearing from you soon.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))



**Farrokh Mohammadi <fm@pishevarlegal.com>**

## URGENT - Account Summary Information

**Kontakta5368@seb.se** <Kontakta5368@seb.se>    Mon, Mar 12, 2012 at 11:40 AM
To: fm@pishevarlegal.com

Dear Sir,

Please, ask our client to get in touch with Telefonbanken, +46771 365365. He can call all day around and ask them to provide him with the necessary information.

Med vänlig hälsning
**Kristina Key**
Kundrådgivare, Uppsala
SEB
Retail Sverige

Telefonbanken: 0771 365 365
Växel: 0771 621 000
Fax: 018-13 36 32
Postadress: Box 1233, 751 42 Uppsala
Besöksadress: Kungsängsgatan 7-9
E-post: kristina.key@seb.se
www.seb.se

OBS: Jag kan inte ta emot uppdrag via mail eftersom det inte går att garantera banksekretessen på detta sätt. Om du vill få ett ärende utfört ber jag dig logga in på Internetkontoret eller ringa mina kollegor på telefon 0771-365 365 där du får personlig service dygnet runt, alla dagar. Tänk på att ha din digipass tillgänglig så får du enkelt hjälp

CONFIDENTIALITY NOTICE
This e-mail is confidential and may contain legally privileged information. If you have received it by mistake, please inform us by reply e-mail and then delete it (including any attachments) from your system; you should not copy it or in any other way disclose its content to anyone. E-mail is susceptible to data corruption, interception, unauthorised amendment, tampering and virus. We do not accept liability for any such actions or the consequences thereof.

**Från:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Skickat:** den 12 mars 2012 15:05
**Till:** Kontakta5368
**Ämne:** URGENT - Account Summary Information

[Quoted text hidden]