# EXHIBIT G

# PISHEVAR & ASSOCIATES, P.C.

### ATTORNEYS

600 EAST JEFFERSON STREET
JEFFERSON PLAZA • SUITE 316
ROCKVILLE, MARYLAND 20852
TELEPHONE (301) 279-8773 - FACSIMILE (301) 279-7347
WWW.PISHEVARLEGAL.COM

December 22, 2011

Tim Kapshandy, Esq.
HL Rogers, Esq.
Pete Jensen, Esq.
Tom Ross, Esq.
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005

Re:   **Trita Parsi and NIAC v. Said Hassan Daioleslam**
      **Civil Action No.: 08-705 (JDB) (USDC-DC)**

Dear Mr. Kapshandy:

I wanted to bring your attention to an outstanding discovery issue that has been unresolved for approximately one year. During the defendant's depositions, he was asked about his criminal record, involvement in other lawsuits and any arrests. (*See* Defendant's Deposition Transcript, pp 10:4 – 12:1, 123:15 – 125:24.) He stated that while in France, he faced a civil penalty and was ultimately fined. (*Id.*) Defendant stated that those records had been or would be provided to us. (*Id.*)

In accordance with your client's deposition statements, Mr. Nelson sent a follow-up email discussing a number of discovery issues. Among the discussions was a request to provide Plaintiffs with the materials promised during the first two days of Defendant's depositions, which included the civil or criminal penalty he received in France. (*See* Email from Adrian V. Nelson, Esq. on Feb. 4. 2011.) In your response you stated "Defendant will attempt to obtain such records. However, please note that such are in France and may take some time to procure." (See Email from Tim Kapshandy, Esq. on Feb. 7, 2011.)

We have yet to receive Defendant's records from France. Please provide those records by January 6, 2012 as more than enough time has passed to obtain those records since your February 7, 2011 email. Otherwise, we will be forced to file a Motion to Compel with the Court.

PISHEVAR & ASSOCIATES, P.C.
ATTORNEYS

Should you have any questions or concerns, please feel free to contact me.

Very truly yours,

A.P. Pishevar, Esq.

Enclosure

Cc:   Trita Parsi
       Adrian Nelson, Esq.