# EXHIBIT I



Jeff Handelsman <jh@pishevarlegal.com>

# NIAC v. Dai - Swedish Bank Account

**Farrokh Mohammadi** <fm@pishevarlegal.com>  Thu, Apr 26, 2012 at 12:01 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: "Jensen, Peter" <pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, Afshin Pishevar <ap@pishevarlegal.com>
Bcc: jh@pishevarlegal.com

Tim:

I have attached 4 more documents provided to us by the Swedish Bank. As stated in the last email, we will continue to provide these documents to you as they become available, should the bank produce additional ones.

Additionally, Plaintiffs have two concerns that we would like to discuss.

First, Defendant is still in possession of the various drives owned by the Plaintiffs. We would like to have those returned to us immediately, as there is no reason for the Defendant to continue to retain them.

Second, the police reports provided to us by the Defendant for the Paris incidents are extremely difficult to read and completely illegible in some parts. Plaintiffs would like these to be reproduced in a legible manner.

Thank you.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

**4 attachments**

📄 **Swedish Bank Account - Part 2, 1 of 4.pdf**
1649K

- Swedish Bank Account - Part 2, 2 of 4.pdf
  4380K
- Swedish Bank Account - Part 2, 3 of 4.pdf
  2744K
- Swedish Bank Account - Part 2, 4 of 4.pdf
  3005K