Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

TRITA PARSI and NATIONAL IRANIAN AMERICAN

COUNCIL,

                Plaintiffs,

    vs.                No. 08 CV 00705 (JDB)

DAIOLESLAM SEID HASSAN,

                Defendant.

---

DEPOSITION OF DAIOLESLAM SEID HASSAN

Chicago, Illinois

Wednesday, December 15, 2010

Reported by:

Mary M. Flagg, RPR

JOB NO. 4776

Page 10

1   A   Irandoust. I will give it to you at lunch
2   time.
3        MR. NELSON: That's fine.
4   Q   You testified yesterday during your deposition
5   that you had been imprisoned in Iran?
6   A   Yes.
7   Q   What was the crime that you were alleged to
8   have committed?
9   A   I didn't commit any crime. Even after I think
10  36, 37 years I don't know why I was arrested and why I
11  spent six months in jail. In fact, I was high school
12  student at that time and the high school I was in was
13  very political, which was at the time that the former
14  regime was very suspicious of everything.
15       The president of that high school -- that high
16  school belonged to several people that later became
17  highest officials in the new regime including
18  Mr. Bazargan, B-a-z-a-r-g-a-n, who became prime minister.
19  So that high school was very political and taking into
20  consideration that even the president of that high school
21  was himself in jail. I remember that that's -- the class
22  I was in one gentleman -- one of my friends was arrested.
23  He had found at his home some books, some statements
24  leaflets and so and they had asked him with whom you are

Page 11

1   planning or doing something and he had brought my name.
2        So and following that, because I had also
3   problem at that high school because the government had
4   sent a new director to control everything, so several
5   times he had asked me questions and so and so they
6   arrested me.
7        And it was nothing. Finally it was nothing,
8   but they asked question about my brother who at that time
9   was in jail and was MEK member and so they asked the
10  question, especially I had a teacher who was a Marxist.
11  At the same time they arrested him.
12       So it became very complicated. I remember
13  thirteen teacher from that high school they were in jail.
14  Marxist, liberal, MEK, everything. So honestly after
15  38 years I don't know why.
16  Q   Is that the only time that you've ever been
17  arrested, the occasion you just spoke about?
18  A   Yes.
19  Q   Have you ever been arrested in the United
20  States?
21  A   Oh, no.
22  Q   Have you ever been arrested in Europe?
23  A   No.
24  Q   Have you ever arrested in any other country?

Page 12

1   A   No.
2        MR. NELSON: Ask if you could mark that Plaintiff's
3   Exhibit Number 3, please.
4             (Whereupon, Plaintiff's Exhibit
5                 Number 3 was marked
6                 for identification.)
7   Q   I'm handing you what's been marked as
8   Plaintiff's Exhibit Number 3. And this document purports
9   to be a set of interrogatories that were propounded by
10  NIAC upon you, the defendant, and I want to ask you
11  whether or not you recall participating in the
12  preparation of any responses to this particular set of
13  interrogatories.
14  A   Yes. They asked me -- my counsel asked me
15  clarification, and I helped him.
16  Q   And do you recall whether or not you were asked
17  to verify the truth or falsity of your answers?
18  A   Of course, yes.
19  Q   Let me make sure you understand my question.
20  There were answers that were provided by your attorneys
21  on your behalf and I'm asking whether or not you have had
22  to sign anything, if you recall, verifying that the
23  responses that you gave were truthful?
24  A   Oh I don't remember precisely asking me to

Page 13

1   verify something. They asked me to be truthful.
2        MR. KAPSHANDY: Do you have the answers? You can
3   show him maybe.
4        MR. NELSON: I'm sorry?
5        MR. KAPSHANDY: Do you have the answers you can show
6   him maybe.
7        MR. NELSON: I have them in electronic form.
8        MR. KAPSHANDY: As to when?
9        MR. NELSON: And just for the record, there was a
10  request that was made off of the record to insure that we
11  receive a verified set of answers to these
12  interrogatories, because according to our records we
13  haven't received a verified response to this.
14       MR. KAPSHANDY: And for the record, what I have is a
15  verification for the second set of interrogatories. I
16  cannot put my hands on the first verification. If that's
17  a problem we can easily supply it.
18       MR. NELSON: Okay. I would ask that if possible we
19  could get a verification for this set of interrogatories.
20       MR. KAPSHANDY: That's not a problem.
21       MR. NELSON: Today if possible.
22       MR. KAPSHANDY: We can get one to you.
23       MR. NELSON: Ask if you would mark this as
24  Plaintiff's Exhibit Number 4.

4 (Pages 10 to 13)

Page 122

1  A  According to the documents produced through
2  discovery.
3  Q  You indicated I think that you said only 139
4  people responded to the survey?
5  A  192 I think.
6  Q  192 people? Do you know how many actual
7  members NIAC had at the time the survey was issued?
8  A  I think at that time based on the board meeting
9  reports that they provided to us, at that time NIAC had
10  about thousand members. Out of them maybe 60 percent
11  they were paying membership, so actual members maybe a
12  couple hundred. Five or six hundred members.
13  Q  And you dispute the fact that the majority of
14  those members were in favor of option B?
15  A  Sir, I dispute not only that does not
16  represent -- because when 192 people participate in a
17  survey, out of them for example 60 percent they say
18  something. 60 percent. 60 percent. First of all, the
19  192 are not all members. So 60 percent of the members
20  who participated in that vote it would be finally maybe
21  ten or 15 percent of the overall members of NIAC.
22  So ten percent of the members of NIAC finally
23  responded. And more than that, sir, you consider one
24  million Iranian Americans, one million Iranian Americans

Page 123

1  so this gentleman Badvi is telling that the overwhelming
2  number of Iranian Americans responded? 192 people out of
3  a million?
4  MR. NELSON: I think it's 12:15. This might be a
5  good point to take a lunch break. Is 45 minutes enough
6  for you? If we could come back at 1:00 o'clock.
7  (Whereupon, a lunch break was taken.)
8  MR. NELSON: Back on the record.
9  Q  Mr. Dai, you wanted to provide that e-mail
10  address that we spoke about earlier?
11  A  Yes. I wanted to first of all give you the
12  e-mail address of Mr. Irandoust, Iran is Iran, doust is
13  d-o-u-s-t. His e-mail address is g-o-y-z-a-n-b-i-l-a
14  @yahoo.com.
15  And I also have something to add to the
16  declarations I made prior this morning because when we
17  talked about the -- my imprisonment in Iran and you asked
18  about the criminal, being arrested for any crime, and so
19  I wanted to add something about France that is not
20  anything criminal, but I wanted to mention that to keep
21  it in the record.
22  That was something related to my business.
23  They saw this was a gentleman who was supplier to me with
24  perfume products, and so this gentleman has sold to four

Page 124

1  people product that they did not know the sources of
2  that. So, the four of us, the four buyers, we had our
3  products sized --
4  Q  Products seized?
5  A  Seized in 2005 and I think it was more than 15
6  hundred perfume. In 2005 it sent to the court and I was
7  the only one who was sentenced to pay. I paid 1,000 euro
8  of fine to the government, 250 euro of fine to a
9  perfumery because four or five perfumes were proved to be
10  stolen, and the reason -- one reason that I didn't bother
11  to go back to France because a year later -- the year
12  before that I was in France in 2004 because of the
13  Patriot Act I had to wait six months for the background
14  check, so I didn't want to go back. So I had to pay
15  that.
16  So that is nothing in my criminal record from
17  France. We can provide you -- I don't know if you gave
18  it to them. It is nothing mentioned. It is not
19  considered a crime, but I had to pay that.
20  Q  So it's your understanding that what you paid
21  was a civil fine?
22  A  Yes.
23  Q  And do you know the jurisdiction of the
24  particular court that was involved?

Page 125

1  A  I think it was Paris.
2  Q  And what year was that?
3  A  It was in 2005. And something else?
4  MR. KAPSHANDY: Yes, I would just note for the
5  record before we started that we provided counsel with at
6  their request copies of the second set of interrogatories
7  that were responded to by defendant on August 13, 2009,
8  with verification. We're in the process of getting also
9  copies of the first interrogatories that were responded
10  to by defendant on April 9, 2009, which unfortunately we
11  can't find the verification, but we will be supplying an
12  updated verification signed by the defendant.
13  MR. PISHEVAR: I don't think there was a
14  verification.
15  MR. KAPSHANDY: It could well be. We can't find it
16  and it was certainly nothing intentional. We certainly
17  verified the second one you've seen, and he's prepared to
18  answer your questions.
19  And then lastly in response to your request,
20  A.P. in the deposition a week ago for a list of the
21  materials that have been provided in response to
22  subpoenas, we will be getting from my assistant. We did
23  an index of those that have been produced electronically
24  and hard copy, some of which you already have. And I