UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL
IRANIAN AMERICAN COUNCIL,

    Plaintiffs,

    v.

SEID HASSAN DAIOLESLAM,

    Defendant.

Civil Action No. 08-705 (JDB)

### ORDER

Upon consideration of [140] plaintiffs' Motion to Stay and Exceptions to Bill of Costs, [143] defendant's Motion for Sanctions (Omnibus), [144] defendant's Motion for Summary Judgment, [156] defendant's Motion to Compel Production of Documents Concerning Meetings with Iranian Governmental Officials, [167] plaintiffs' Motion to Strike, [172] defendant's Motion for Bond, the various memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinions issued on this date, it is hereby **ORDERED** that

    1. [140] plaintiffs' Motion to Stay and Exceptions to Bill of Costs is **GRANTED** as to the Motion to Stay and **HELD IN ABEYANCE** as to the Exceptions to the Bill of Costs;

    2. [143] defendant's Motion for Sanctions (Omnibus) is **GRANTED IN PART and DENIED IN PART**;

    3. [144] defendant's Motion for Summary Judgment is **GRANTED**;

    4. [156] defendant's Motion to Compel is **DENIED AS MOOT**;

    5. [167] plaintiffs' Motion to Strike is **DENIED**; and

    6. [172] defendant's Motion for Bond is **DENIED.**

It is further **ORDERED** that

1. Defendant shall file his Bill of Costs by October 12, 2012;

2. Plaintiffs shall file any objections thereto by October 26, 2012;

3. Defendant shall file any reply by November 9, 2012.

**SO ORDERED.**

   /s/ John D. Bates   <br>
JOHN D. BATES<br>
United States District Judge

Dated: <u>September 13, 2012</u>