UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI<br><br>And<br><br>NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAIOLESLAM SEID HASSAN,<br><br>    Defendant. | CASE NO. 08 CV 00705 (JDB) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.6(c), Bradford A. Berenson moves to withdraw his appearance as counsel for Defendant in the above-captioned matter. Defendant will continue to be represented by Timothy E. Kapshandy, HL Rogers, Peter G. Jensen, and Thomas E. Ross.

Respectfully submitted,

Dated: October 3, 2012

/s/ *Bradford A. Berenson*
Bradford A. Berenson (D.C. Bar No. 441981)
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
HL Rogers (D.C. Bar No. 974462)
Peter G. Jensen (D.C. Bar No. 982599)
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
bberenson@sidley.com

*Attorneys for Defendant*
*Seid Hassan Daioleslam*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TRITA PARSI** | ) |
| And | ) |
| **NATIONAL IRANIAN AMERICAN COUNCIL,** | ) CASE NO. 08 CV 00705 (JDB) |
| Plaintiffs, | ) |
| vs. | ) |
| **DAIOLESLAM SEID HASSAN,** | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on October 3, 2012, I served, via email, Defendant's *Motion to Withdraw Appearance* on:

>Afshin Pishevar
>Farrokh Mohammadi
>PISHEVAR & ASSOCIATES P.C.
>600 East Jefferson Street, Suite 316
>Rockville, Maryland 20852
>(301) 279-8773
>ap@pishevarlegal.com
>fm@pishevarlegal.com

Dated: October 3, 2012

/s/ *Thomas E. Ross*
Thomas E. Ross (D.C. Bar No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tom.ross@sidley.com

*Attorney for Defendant*
*Seid Hassan Daioleslam*