IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil No. 08 CV 00705 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Trita Parsi and National Iranian American Council appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Opinion and Order granting Defendant's Motion for Summary Judgment (Dkt Nos. 189 and 191), entered September 13, 2012 and the Opinion and Order granting in part Defendant's Omnibus Motion for Sanctions (Dkt Nos. 190 and 191), entered September 13, 2012.  In appealing the order, *inter alia*, concerning the Omnibus Sanctions Motion, Plaintiffs presently intend to appeal this Court's orders regarding several underlying discovery motions that were predicates to this Court imposing sanctions. *See, e.g.*, Dkt Nos. 32, 53, 68, 82, 85, 93, 95, 138, 139, 177 and 178.

- 2 -

Dated: October 12, 2012

           Respectfully submitted,

           _____/S/_____

           A.P. Pishevar (D.C. Bar No. 451015)
           **PISHEVAR & ASSOCIATES, P.C.**
           226 N. Adams Street
           Rockville, MD 20850
           Phone: (301) 279 – 8773
           Fax: (301) 279 – 7347
           Counsel for the Plaintiffs