IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI ) |  |
| ) |  |
| and ) |  |
| ) |  |
| NATIONAL IRANIAN AMERICAN COUNCIL ) |  |
| ) |  |
| Plaintiffs, ) |  |
| ) |  |
| v. ) | Civil No. 08 CV 00705 (JDB) |
| ) |  |
| DAIOLESLAM SEID HASSAN, ) |  |
| ) |  |
| Defendant. ) |  |

NOTICE OF ENTRY OF APPEARANCE OF MARK ERIC GALVEZ
ON BEHALF OF DEFENDANT SEID HASSAN DAIOLESLAM

The Clerk of this Court will please note the entry of appearance of Mark Eric Galvez (D.C. Bar No. 990882), of Sidley Austin LLP, 1501 K Street, N.W. Washington, D.C. 20005, (202) 736-8533, as counsel for Defendant Seid Hassan Daioleslam.

Dated: October 15, 2012                        Respectfully Submitted,

/s/ Mark Eric Galvez
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
HL Rogers (D.C. Bar No. 974462)
Peter Jensen (D.C. Bar. No. 982599)
Mark Eric Galvez (D.C. Bar No. 990882)
Thomas Ross (D.C. Bar. No. 994275)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8533
Fax: (202) 736-8711
megalvez@sidley.com

DC1 3021594v.1

## CERTIFICATE OF SERVICE

I certify that today, October 15, 2012, I electronically served the foregoing Notice of Entry of Appearance on the following through the Court's CM/ECF system pursuant to LCvR 5.4(d):

        Afshin Pishevar        Farrokh Mohammadi
        ap@pishevarlegal.com        fm@pishevarlegal.com

Dated: October 15, 2012

    */s/ Mark Eric Galvez*_____
    Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
    HL Rogers (D.C. Bar No. 974462)
    Peter Jensen (D.C. Bar. No. 982599)
    Mark Eric Galvez (D.C. Bar No. 990882)
    Thomas Ross (D.C. Bar. No. 994275)
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C.  20005
    Tel:  (202) 736-8533
    Fax:  (202) 736-8711
    megalvez@sidley.com

    *Attorneys for Defendant*
    *Seid Hassan Daioleslam*