IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil No. 08 CV 00705 |

## NOTICE OF TRANSCRIPT REQUEST

Pursuant to Fed. R. App. Pro. 10(b)(A), Plaintiffs file this Notice of Transcript Request. Plaintiffs requested the following transcripts on October 26, 2012: March 3, 2009, Transcript of Scheduling Conference; November 2, 2009, Transcript of Status Conference. These requests were made to the court reporter and the order was taken by the court reporter orally. A written request was not available. As such, this Notice of Transcript Request shall serve as the order to be filed with the Court pursuant to Fed. R. App. Pro. 10(b)(A)(iii). All other transcripts have been previously requested and are available electronically. No further transcripts are necessary.

Dated: October 26, 2012

- 2 -

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & ASSOCIATES, P.C.**
226 N. Adams Street
Rockville, MD 20850
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| DAIOLESLAM SEID HASSAN, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I certify that on October 26, 2012, I served, via email, Plaintiffs' Notice of Transcript Request to:

> Timothy E. Kapshandy, Esquire
> Peter G. Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam
>
>
> _____/s/_____
> Afshin Pishevar
> 226 N. Adams Street
> Rockville, Maryland 2085
> (301) 279-8773
> ap@pishevarlegal.com
>
>
> Attorneys for Plaintiff
> Trita Parsi
> National Iranian American Council