# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant | Civil No. 08 CV 00705 |

## DECLARATION OF MARC HIRSCHFELD

I, Marc Hirschfeld being over 18 years of age, have personal knowledge of and am competent to testify to the matters and facts set forth in this affidavit, and state as follows:

1. I am an attorney duly licensed in Maryland and the District of Columbia and I am the Founder and President of Precision Legal Services "PLS".

2. PLS has been appointed by the Superior Court of the District of Columbia and Montgomery County Circuit Court to perform forensic data collection, analysis and provide assistance with E-discovery in various civil matters.

3. I have been appointed by the Montgomery County Circuit Court to assist the Court in mediating disputes regarding E-discovery issues.

4. I am a member of the Electronic Discovery Reference Model subcommittee on Search, the Maryland State Bar Association Technology Committee, and the DC Bar E-Discovery Committee.

5. I have provided CLE courses to members of the Montgomery County Bar and presented talks on E-discovery and Forensics to the American Bar Association, Federal Bar Association, Maryland State Bar Association and Montgomery County Bar Association.

6. In my capacity as owner of Precision Legal Services, I provide estimates to potential clients for forensic imaging and forensic analysis services and occasionally subcontract forensic imaging work to other vendors.

7. Forensic analysts charge a combination of fees for imaging hard drives including; 1) a hardware fee for the cost of the hard drive that the information will be stored on, 2) an imaging fee for copying the data and 3) an extraction fee for extracting the information from the images in order to make it accessible to ordinary computers.

8. Imaging fee are based on a per hour charge or a per device charge. Forensic analysis is charged on a per hour basis or on a fixed cost basis. Extraction fees are ordinarily fixed cost.

9. The hardware costs for performing imaging in one instance or in three instances are the same. One hard drive can be attached to one device at a time irregardless if the imaging of all devices occurs in one sitting or multiple sittings. As such there is no additional hardware costs for imaging multiple devices in one sitting or multiple sittings.

10. The fees for imaging multiple devices at one time or in three separate occasions is also not significant. If a company charges an imaging fee per device, than there should be no additional fees for imaging in three occasions instead of one occasion. If a company charges on

a per hour basis, than the cost for imaging 10 drives in one sitting rather than three sittings should be less than the length of time it takes to image the largest drive which is around 5 hours or $1500 at $300 per hour.

11. Industry standards for imaging a RAID NAS device is either to physically image each hard drive and rebuild the RAID controller or image the device logically. Performing both a logical and physical image of a device requires additional time and resources and is unnecessary.

12. I participated in a conference call with PWC in April 2011 and PWC stated that it had failed to seat the hard drive properly into the NAS chasis.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.**

_____          ___10/26/12_____
Marc Hirschfeld, Esq.                                    Date