# EXHIBIT B



April 7, 2011

**Process for Physical Imaging of NAS Server**

The following is a description of the process PwC followed to take a physical forensic image only of the NAS Server. PwC did not perform any other forensic imaging aside from this physical image; a logical image was contemplated, but not attempted after reviewing the online support documentation for the NAS Server.

PwC received the Iomega StorCenter ix4-200d NAS Server at the Sidley Austin offices on 4/6/11, in a powered-off state. PwC did not observe the NAS Server in operation to understand its health prior to delivery or determine how the server was powered down and disconnected from the network by NIAC.

A chain of custody and evidence receipt form was created to track custody of the NAS Server throughout the imaging process. (NIAC - Evidence Receipt Record & CoC DRAFT 2011-4-7.pdf)

PwC brought the NAS Server back to the McLean FTS lab for imaging. The four 500 GB hard drives contained within were removed from the NAS Server, documented and photographed. (NIAC_DC_NAS01_HD01.JPG, NIAC_DC_NAS01_HD02.JPG, NIAC_DC_NAS01_HD03.JPG, NIAC_DC_NAS01_HD04.JPG)

These four 500 GB hard disk drives were individually imaged using industry-standard forensic tools and techniques; EnCase software was used with write blocking hardware attached to prevent any data on the disk drives from being altered. Each image was completed successfully without errors and the MD5 hash value was verified. (NIAC - Digital Evidence Collection & Acquisition Forms DRAFT.pdf, NIAC_DC_NAS01_HD01__Report.rtf, NIAC_DC_NAS01_HD02__Report.rtf, NIAC_DC_NAS01_HD03__Report.rtf, NIAC_DC_NAS01_HD04__Report.rtf).

The four 500 GB hard disk drives were then re-inserted into the NAS Server in the same order from which they were removed. The NAS Server was rebooted to ensure the device booted up properly. A photograph was taken of the server in its power-up state without any status indicator light errors. (NIAC_DC_NAS01_POWER ON.JPG)

These steps are consistent with PwC's forensic methodology and describe in detail how PwC avoided altering this server in any manner and properly re-assembled the drives within the server.

Very truly yours,

PricewaterhouseCoopers LLP

*PricewaterhouseCoopers LLP, One North Wacker, Chicago IL, 60606*
*T: +(312) 298-2000, www.pwc.com*