# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRITA PARSI | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIONAL IRANIAN AMERICAN COUNCIL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 08 CV 00705 |
| | ) | |
| DAIOLESLAM SEID HASSAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF DAVID ELLIOTT

I, David Elliott being over 18 years of age, have personal knowledge of and am competent to testify to the matters and facts set forth in this declaration, and state as follows:

1.      I am an employee of NIAC and was present at the imaging event on April 7, 2011 as well as when the NAS device was returned to NIAC.

2.      After the NAS device was returned and it was discovered to be nonfunctional, a gentlemen from PWC by the name of Brad came to NIAC's office to fix the device.

3.      I was asked to power down the device "like we normally do." I responded that I was not going to touch anything or do anything.

4.      The gentlemen proceeded to work on the device after a moment of hesitation. He started by pressing the power button for a couple seconds. He then waited for a few moments before unplugging the device.

5.     He then opened up the device, removed the hard drives one by one, and then pushed the hard drives back into the device.

6.     He did each hard drive separately until he had placed all four hard drives back in the same order.

7.     Then, he gently began pushing the top hard drive in a little bit harder.  The hard drive did not move for a solid five seconds or more, but it then made an audible noise and clicked forward, after which he took a deep breath and started shaking his head.

8.     He proceeded to push in each of the other hard drives, continuing to shake his head the entire time.

9.     After he performed this work, he stated "that's embarrassing," and that "it will work now."

10.     He reconnected the NAS device and powered it on.

11.     After I got confirmation from other employees at N1AC that the device now worked, I escorted the gentlemen from the office.


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.**


David Elliott                                    10/26/2012
David Elliott                                    Date