# EXHIBIT D

## Defendant's Exhibit A—Expenses for Defendant's Sanctions Motion

Total Hours Claimed by Senior Partner Tim Kapshandy --- 39.8
Total Amount Claimed by Senior Partner Tim Kapshandy--- $18,905.00


Total Number of Pages for Defendant's Omnibus Sanctions Motion—46 pages
Total Number of Pages for Defendant's Reply----------------------------27 pages

                                                                     73 Total Pages

Appropriate Number of Hours Pursuant to *Mitchell*[1] ---------------7.3 hours
**Appropriate Amount (7.3 hours x $475/hr) ------------------------ $3467.50**

---

[1] *Mitchell v. National RR Passenger Corp.*, CA 01-1866 (D.D.C. Aug. 20, 2003).