# EXHIBIT E

**Defendant's Exhibit C---Expenses for Defendant's Motion to Compel Server Production and Motion to Compel Production of Salesforce Data**

Total Hours Claimed by Senior Partner Tim Kapshandy --- 24.2 hours
Total Amount Claimed by Senior Partner Tim Kapshandy--- $11,495.00


Total Pages for Defendant's Motion to Compel Server and Reply-------------15 Pages
Total Pages for Defendant's Motion to Compel Salesforce Date and Reply—20 pages

                                                    35 Total Pages

Appropriate Number of Hours Pursuant to *Mitchell*[1] ---------------3.5 hours
**Appropriate Amount (3.5 hours x $475/hr) ------------------------ $1,662.50**

---

[1] *Mitchell v. National RR Passenger Corp.*, CA 01-1866 (D.D.C. Aug. 20, 2003).