IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Defendant's Final Bill of Recoverable Costs Pursuant To The Court's Order of September 13, 2012, Plaintiffs' Opposition thereto, any permitted replies, and the full record herein, this ____ day of _____, 2012, it is hereby **ORDERED,** that

    1. Defendant's Bill of Recoverable Costs shall be reduced from $280,786.36 to
_____

    2. Defendant's request for prejudgment interest is hereby **DENIED**.

_____
Judge John D. Bates
United States District Court

**SO ORDERED**

Dated: _____