| | **INDEX OF EXHIBITS** |
|---|---|
| EXHIBIT 1 | 1-A:  Email from Tim Kapshandy to Farrokh Mohammadi regarding hard drives (Apr. 30, 2012)<br><br>1-B:  Email from Tom Ross to Farrokh Mohammadi regarding hard drives (May 3, 2012) |
| EXHIBIT 2 | Supporting documentation from PACER regarding page counts for motions and exhibits |
| EXHIBIT 3 | Supporting documentation for Rule 54(d) Costs<br>3-A:  Transcripts<br><br>3-B:  Witness Fees<br><br>3-C:  Translations |
| EXHIBIT 4 | Supporting documentation for the Third-Party Subpoenas |