# EXHIBIT 1

## 1-A

**From:**     Kapshandy, Timothy E.
**Sent:**     Monday, April 30, 2012 11:12 AM
**To:**       'Farrokh Mohammadi'
**Cc:**       Jensen, Peter; Ross, Tom; 'Afshin Pishevar'
**Subject:**  RE: NIAC v. Dai - Swedish Bank Account

Thanks, Farrokh. Please let us know when you expect the rest of the banking records.

Also, please send the images of the French records that you have. The ones we have were scanned in France so I doubt they are any better but we will check to see if the copies we have are any better. Please recall that these are not public records under French law and Defendant has requested that they be treated as confidential under the confidentiality agreement. Other than the Defendant, only Plaintiffs and their counsel have these.

As for the various drives "owned by the plaintiffs" it is not clear to what you refer. All hard drives owned by Plaintiffs were returned long ago. If you are referring to hard drives owned by PwC onto which NIAC files have been imaged, that is a different matter. PwC has in its VA and IL offices 10 imaged drives and 10 backup drives from the April and September 2011 imaging exercises. As the case is not over and further analyses might be needed, if you take possession of these, these will need to be kept sealed and in secure locations (with backups and originals in separate locations). As these contain evidence, any alteration or loss of these could result in a spoliation claim so we request that you use all prudence necessary to prevent such (as happened with Parsi's laptop). Upon completion of the case, if you want to retain them, you may do so if you reimburse PwC for the cost ($2,761.89). Or, you may return them with the data wiped. Please let us know your preference.

Thanks,
Tim

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Thursday, April 26, 2012 11:02 AM
**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar
**Subject:** NIAC v. Dai - Swedish Bank Account

Tim:

I have attached 4 more documents provided to us by the Swedish Bank. As stated in the last email, we will continue to provide these documents to you as they become available, should the bank produce additional ones.

Additionally, Plaintiffs have two concerns that we would like to discuss.

First, Defendant is still in possession of the various drives owned by the Plaintiffs. We would like to have those returned to us immediately, as there is no reason for the Defendant to continue to retain them.

Second, the police reports provided to us by the Defendant for the Paris incidents are extremely difficult to read and completely illegible in some parts. Plaintiffs would like these to be reproduced in a legible manner.

Thank you.

--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

## 1-B

**From:** Ross, Tom
**Sent:** Thursday, May 03, 2012 2:39 PM
**To:** 'Farrokh Mohammadi'
**Cc:** 'Afshin Pishevar'; Kapshandy, Timothy E.; Jensen, Peter
**Subject:** RE: PwC Hard Drives

Farrokh,

Thank you for chatting, and for confirming that you will be keeping the drives sealed and in a secure location during the rest of the case.  PwC is able to do the drop off a 5 p.m. today so I will expect David Elliott then.  He has been here before and knows the drill.

When you get a chance, please let us know whether you will be keeping the drives (and reimbursing PwC) upon conclusion of the case or wiping and returning them.  But, again, the drives should remain sealed until the case is over.

Glad to hear AP is doing well.

Tom

Thomas E. Ross
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Tel: (202) 736-8374
Fax: (202) 736-8711
tom.ross@sidley.com

> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Thursday, May 03, 2012 3:35 PM
> **To:** Ross, Tom
> **Cc:** Afshin Pishevar; Kapshandy, Timothy E.; Jensen, Peter
> **Subject:** Re: PwC Hard Drives
>
> Tom:
>
> David Elliott will be heading over to your office at 5 p.m.  Thanks.
>
> On Thu, May 3, 2012 at 3:28 PM, Farrokh Mohammadi <fm@pishevarlegal.com> wrote:
> Tom:
>
> Give me a call when you get a chance to talk logistics.  (301) 279-8773
>
>
> On Thu, May 3, 2012 at 2:43 PM, Farrokh Mohammadi <fm@pishevarlegal.com> wrote:
> Thanks Tom.  I will contact you as soon as I hear from my client.
>
>
> On Thu, May 3, 2012 at 2:41 PM, Ross, Tom <tom.ross@sidley.com> wrote:
>
> Farrokh,

My contact at PwC is generally available tomorrow and next week.  If some other day works better for you, please give me a few times I can run by him.


Tom


Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Thursday, May 03, 2012 2:38 PM
**To:** Ross, Tom
**Cc:** Afshin Pishevar; Kapshandy, Timothy E.; Jensen, Peter
**Subject:** Re: PwC Hard Drives


Tom:

I will have to try and get in contact with Dr. Parsi today, before I can tell you how we want to handle the hard drives.  As I don't know if I can get a hold of Dr. Parsi before 5:00 p.m, will PwC be able to deliver them to your office on another day?

On Thu, May 3, 2012 at 12:51 PM, Ross, Tom <tom.ross@sidley.com> wrote:

Farrokh,


PwC has the drives onto which NIAC files were imaged, and can deliver them to our offices at **5 p.m. today**.  Please let me know if you or someone from NIAC can be here to sign the chain of custody forms and take possession of the drives.

2

Also, you will recall that Tim (CCed) emailed you on Monday about the drives.  He wrote:

> As for the various drives "owned by the plaintiffs" it is not clear to what you
> refer.  All hard drives owned by Plaintiffs were returned long ago.  If you are
> referring to hard drives owned by PwC onto which NIAC files have been imaged,
> that is a different matter.   PwC has in its VA and IL offices 10 imaged drives and
> 10 backup drives from the April and September 2011 imaging exercises.  As the
> case is not over and further analyses might be needed, if you take possession of
> these, these will need to be kept sealed and in secure locations (with backups and
> originals in separate locations).  As these contain evidence, any alteration or loss
> of these could result in a spoliation claim so we request that you use all prudence
> necessary to prevent such (as happened with Parsi's laptop).  Upon completion of
> the case, if you want to retain them, you may do so if you reimburse PwC for the
> cost ($2,761.89).  Or, you may return them with the data wiped.  Please let us
> know your preference.

Please (i) acknowledge that you will be keeping the drives sealed and in a secure location and (ii)
indicate your preference as to whether you will be retaining the hard drives (and reimbursing
PwC for the costs) upon completion of the case, or wiping and returning them.  Feel free to call
me with any questions or to discuss logistics.

Tom

Thomas E. Ross

Sidley Austin LLP

1501 K Street, NW

Washington, DC 20005

Tel: (202) 736-8374

Fax: (202) 736-8711

tom.ross@sidley.com

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*************************************************************************
*********************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.



*************************************************************************
************************


--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))


--

Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))


--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))


--
Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
Jefferson Plaza - Suite 316
600 E. Jefferson Street
Rockville, MD 20852
Tel.(301)279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

# EXHIBIT 2

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** 112      8 pages      114 kb

| Attachment | Description | | |
|---|---|---|---|
| 1 | Exhibit A | 7 pages | 195 kb |
| 2 | Exhibit B | 14 pages | 456 kb |
| 3 | Exhibit C | 2 pages | 25 kb |
| 4 | Exhibit D | 5 pages | 147 kb |
| 5 | Exhibit E | 4 pages | 112 kb |
| 6 | Exhibit F | 2 pages | 146 kb |
| 7 | Exhibit G | 7 pages | 235 kb |
| 8 | Exhibit H | 5 pages | 239 kb |

[ View All ] or [ Download All ]      54 pages      1.6 mb

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** <u>113</u>          14 pages          1.1 mb

| Attachment | Description | | |
|---|---|---|---|
| <u>1</u> | Exhibit A | 63 pages | 4.7 mb |
| <u>2</u> | Exhibit B | 5 pages | 430 kb |
| <u>3</u> | Exhibit C | 91 pages | 3.0 mb |
| <u>4</u> | Exhibit D | 37 pages | 2.5 mb |
| <u>5</u> | Exhibit E | 18 pages | 0.8 mb |
| <u>6</u> | Exhibit F | 4 pages | 157 kb |
| <u>7</u> | Exhibit G | 23 pages | 0.7 mb |
| <u>8</u> | Exhibit H | 4 pages | 101 kb |
| <u>9</u> | Exhibit I | 6 pages | 210 kb |
| <u>10</u> | Exhibit J | 8 pages | 379 kb |
| <u>11</u> | Exhibit K | 50 pages | 1.2 mb |
| <u>12</u> | Exhibit L | 5 pages | 246 kb |
| <u>13</u> | Exhibit M | 17 pages | 277 kb |
| <u>14</u> | Exhibit N | 17 pages | 0.8 mb |
| <u>15</u> | Exhibit O | 3 pages | 113 kb |
| <u>16</u> | Exhibit P | 4 pages | 149 kb |
| <u>17</u> | Exhibit Q | 5 pages | 158 kb |
| <u>18</u> | Exhibit R | 3 pages | 92 kb |

**Note**: You must view each document individually because the combined PDF would be over the 10 MB size limit.

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** 136          10 pages          87 kb

| Attachment | Description | | |
|---|---|---|---|
| 1 | Exhibit A | 37 pages | 1.0 mb |
| 2 | Exhibit B | 9 pages | 0.5 mb |

[View All]  or  [Download All]          56 pages          1.7 mb

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** <u>137</u>            16 pages            110 kb


| Attachment | Description | | |
|---|---|---|---|
| <u>1</u> | Exhibit A | 67 pages | 2.6 mb |
| <u>2</u> | Exhibit B | 6 pages | 161 kb |
| <u>3</u> | Exhibit C | 5 pages | 121 kb |
| <u>4</u> | Exhibit D | 2 pages | 69 kb |
| <u>5</u> | Exhibit E | 2 pages | 63 kb |

| View All | or | Download All | 98 pages | 3.1 mb |
|---|---|---|---|---|

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** 143            46 pages                277 kb


| Attachment | Description | | |
|---|---|---|---|
| 1 | Appendix Exhibit List (Omnibus Sanctions) | 3 pages | 13 kb |
| 2 | Exhibit A | 34 pages | 3.8 mb |
| 3 | Exhibit B | 22 pages | 0.8 mb |
| 4 | Exhibit C | 7 pages | 0.8 mb |
| 5 | Exhibit D | 12 pages | 395 kb |
| 6 | Exhibit E | 16 pages | 0.5 mb |
| 7 | Exhibit F | 16 pages | 0.5 mb |
| 8 | Exhibit G | 43 pages | 1.8 mb |
| 9 | Exhibit H | 22 pages | 0.7 mb |
| 10 | Exhibit I | 9 pages | 290 kb |
| 11 | Exhibit J | 8 pages | 245 kb |
| 12 | Exhibit K | 9 pages | 291 kb |
| 13 | Exhibit L | 8 pages | 233 kb |
| 14 | Exhibit M | 12 pages | 366 kb |
| 15 | Exhibit N | 18 pages | 0.5 mb |
| 16 | Exhibit O | 8 pages | 237 kb |
| 17 | Exhibit P | 7 pages | 210 kb |
| 18 | Exhibit Q | 137 pages | 5.4 mb |
| 19 | Exhibit R | 7 pages | 235 kb |
| 20 | Exhibit S | 10 pages | 338 kb |
| 21 | Exhibit T | 7 pages | 306 kb |
| 22 | Exhibit U | 19 pages | 0.7 mb |
| 23 | Exhibit V | 33 pages | 2.5 mb |
| 24 | Exhibit W | 14 pages | 0.6 mb |

| | | | |
|---|---|---|---|
| <u>25</u> | Exhibit X | 3 pages | 57 kb |
| <u>26</u> | Exhibit Y | 6 pages | 153 kb |
| <u>27</u> | Exhibit Z | 137 pages | 5.2 mb |
| <u>28</u> | Exhibit AA | 111 pages | 3.9 mb |
| <u>29</u> | Exhibit BB | 10 pages | 322 kb |
| <u>30</u> | Exhibit CC | 8 pages | 246 kb |
| <u>31</u> | Exhibit DD | 8 pages | 224 kb |
| <u>32</u> | Exhibit EE | 9 pages | 273 kb |
| <u>33</u> | Exhibit FF | 7 pages | 170 kb |
| <u>34</u> | Exhibit GG | 26 pages | 0.7 mb |
| <u>35</u> | Exhibit HH | 12 pages | 364 kb |
| <u>36</u> | Exhibit II | 4 pages | 156 kb |
| <u>37</u> | Exhibit JJ | 2 pages | 17 kb |
| <u>38</u> | Exhibit KK | 9 pages | 255 kb |
| <u>39</u> | Exhibit LL | 46 pages | 1.3 mb |
| <u>40</u> | Exhibit MM | 13 pages | 437 kb |
| <u>41</u> | Exhibit NN | 43 pages | 1.4 mb |
| <u>42</u> | Exhibit OO | 3 pages | 97 kb |
| <u>43</u> | Exhibit PP | 2 pages | 73 kb |
| <u>44</u> | Exhibit QQ | 8 pages | 264 kb |
| <u>45</u> | Exhibit RR | 10 pages | 314 kb |
| <u>46</u> | Exhibit SS | 16 pages | 0.5 mb |
| <u>47</u> | Exhibit TT | 9 pages | 304 kb |
| <u>48</u> | Exhibit UU | 7 pages | 309 kb |
| <u>49</u> | Exhibit VV | 7 pages | 225 kb |
| <u>50</u> | Exhibit WW | 16 pages | 0.6 mb |
| <u>51</u> | Exhibit XX | 394 pages | 1.1 mb |

**Note**: You must view each document individually because the combined PDF would be over the 10 MB size limit.

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** <u>159</u>                    27 pages                    192 kb

| Attachment | Description | | |
|---|---|---|---|
| <u>1</u> | Appendix Index | 1 page | 8 kb |
| <u>2</u> | Exhibit A | 46 pages | 1.0 mb |
| <u>3</u> | Exhibit B | 24 pages | 0.5 mb |
| <u>4</u> | Exhibit C | 9 pages | 355 kb |
| <u>5</u> | Exhibit D | 25 pages | 89 kb |
| <u>6</u> | Exhibit E | 9 pages | 3.5 mb |
| <u>7</u> | Exhibit F | 3 pages | 81 kb |
| <u>8</u> | Exhibit G | 4 pages | 70 kb |
| <u>9</u> | Exhibit H | 37 pages | 139 kb |
| <u>10</u> | Exhibit I | 3 pages | 59 kb |
| <u>11</u> | Exhibit J | 3 pages | 55 kb |
| <u>12</u> | Exhibit K | 3 pages | 55 kb |
| <u>13</u> | Exhibit L | 2 pages | 31 kb |
| <u>14</u> | Exhibit M | 3 pages | 14 kb |

[ View All ]  or  [ Download All ]            199 pages            6.2 mb

**Document Selection Menu**

Select the document you wish to view.

**Document Number:** 163          8 pages          76 kb

| **Attachment** | **Description** | | |
|---|---|---|---|
| 1 | Exhibit A (Email Exchange) | 5 pages | 127 kb |

View All  or  Download All          13 pages          202 kb

# EXHIBIT 3

3-A



**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

Sidley Austin LLP
Attn: Mr. HL Rogers, Esq.
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Mr. HL Rogers, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
USA

| | | | |
|---|---|---|---|
| Invoice #: | 238658 | **Sales Contact:** | Michael Carlson (MCarlson@transperfect.com) |
| Invoice Date: | 10/31/2009 | | |
| Invoice Due: | 11/30/2009 | **Payment Terms:** | Net 30 |
| Contract #: | tpt200161 | **Purchase Order #:** | |

**Project Notes:**

Trita Parsi and National Iranian American Council v. Daioleslam Seid Hassan
Deposition of David Elliott, taken 10/5/09.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original & One Copy** | | | | |
| Deposition Services | 204.00 | Pages | 3.200 | 652.80 |
| Discounted 10% from DC rate of 3.55 per page | | | | |
| E-Transcript/ Condensed Transcript included | | | | |
| **Rough ASCII** | | | | |
| Deposition Services | 204.00 | Pages | 1.350 | 275.40 |
| Discounted 10% from rate of 1.50 per page | | | | |
| **Exhibit Copies** | | | | |
| Deposition Services | 29.00 | Pages | 0.450 | 13.05 |
| Discounted 10% from rate of .50 per page | | | | |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Each | 15.000 | 15.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 956.25 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 956.25 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM


**LDiscovery**
LEGAL AND TECHNOLOGY CONSULTING

8201 Greensboro Drive
7th floor - Suite 717
McLean, VA 22102 - 3810
www.LDiscovery.com
Phone # (703) 288-3380   Fax # (703) 288-3801

# Invoice

Invoice Number:

13424

Invoice Date:

10/31/2009

Bill To:                              Bill to:

Sidley Austin LLP                    EIN: 32-0151780
attn: Justin Tebbe
1501 K Street NW
Washington, DC 20005

| Client Matter/Customer PO | Payment Terms | Due Date | Sales Rep ID | Ship Date | Ship Via |
|---|---|---|---|---|---|
| Babak | Net 30 | 11/30/2009 | C02 | 10/31/2009 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| HD Imaging (200 - 299 GB) - 1 Drive @ $450.00/Drive | 1 | 450.00 | 450.00 |
| Downtime - .75 Hour @ $125.00/Hour | 0.75 | 125.00 | 93.75 |
| Target Media - 1 Drive @ $250.00/Drive | 1 | 250.00 | 250.00 |
| Fuel, Parking, etc. | 1 | 27.37 | 27.37 |
| | | | |
| Job No: LD-09-10-000386 | | | |

Please make checks payable to LDiscovery, LLC (formerly LegisDiscovery, LLC) Thank you!

| | |
|---|---|
| Subtotal: | $821.12 |
| Sales Tax: (5.75%) | $0.00 |
| Total: | $821.12 |
| Payments/Credits: | $0.00 |
| Balance Due: | $821.12 |


**TRANSPERFECT**
LEGAL SOLUTIONS

| Bill To: | | Requested By: | |
|---|---|---|---|
| Sidley Austin LLP<br>Attn: Mr. HL Rogers, Esq.<br>One South Dearborn<br>Chicago, IL 60603<br>USA | | Mr. HL Rogers, Esq.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>USA | |

| Invoice #: | 239801 | Sales Contact: | Michael Carlson<br>(MCarlson@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 11/09/2009 | | |
| Invoice Due: | 12/09/2009 | Payment Terms: | Net 30 |
| Contract #: | tpt202749 | Purchase Order #: | |

**Project Notes:**

Parsi, et al. v. Hassan

Cancellation for scheduled deposition of Emily Blout, 11/02/09.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Court Reporter Cancellation<br>    Deposition Services | 1.00 | Fee | 225.000 | 225.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 225.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 225.00 |

---

**PAYMENT INSTRUCTIONS**

| Please remit payment to: | Wire Transfer Details: |
|---|---|
| TransPerfect Translations International Inc.<br>Attn.: Accounts Receivable<br>Three Park Avenue, 39th Floor<br>New York, NY 10016 | Citibank, N.A.<br>A/C #: 06541211<br>ABA Routing #: 021000089<br>SWIFT CODE: CITIUS33<br>Tax ID #: 13-3686771 |

**Please reference the Contract # tpt202749 and Invoice # 239801 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Sidley Austin LLP
Attn: Mr. HL Rogers, Esq.
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Mr. HL Rogers, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
USA

| | | | |
|---|---|---|---|
| Invoice #: | 249644 | Sales Contact: | Michael Carlson (MCarlson@transperfect.com) |
| Invoice Date: | 01/06/2010 | | |
| Invoice Due: | 02/05/2010 | Payment Terms: | Net 30 |
| Contract #: | tpt209422 | Purchase Order #: | |

**Project Notes:**

Trita Parsi v. Daioleslam Seid Hassan
Deposition of Emily L. Blout, taken 12/8/09.

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original & One Copy** | | | | |
| Deposition Services | 290.00 | Pages | 3.200 | 928.00 |
| 10% Dicount ( DC rate $3.55) | | | | |
| **Exhibit Copies** | | | | |
| CD Burning | 1.00 | Pages | 13.500 | 13.50 |
| 10% Discount (Regular rate $15) | | | | |
| Deposition Services | 263.00 | Pages | 0.450 | 118.35 |
| 10% Discount (Regulare rate  50) | | | | |
| **Videographer Set Up/Minimum** | | | | |
| Deposition Services | 1.00 | Hour | 346.500 | 346.50 |
| 10% Discount (Regular Rate 385) | | | | |
| **Videographer Hourly** | | | | |
| Deposition Services | 6.00 | Hours | 85.500 | 513.00 |
| 10% Discount (Regular rate 95 hourly) | | | | |
| **DVD/MPEG-1** | | | | |
| Deposition Services | 6.00 | Files | 46.500 | 279.00 |
| 10% (Regular Rate 55 per file) | | | | |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Each | 15.000 | 15.00 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ · 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT COM
WWW.TRANSPERFECT.COM

| | |
|---|---|
| Total to Bill this Contract: | US$ 2,213.35 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 2,213.35 |

**PAYMENT INSTRUCTIONS**

| Please remit payment to: | Wire Transfer Details: |
|---|---|
| TransPerfect Translations International Inc. | Citibank, N A |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

Please reference the Contract # tpt209422 and Invoice # 249644 with your remittance.

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



# TRANSPERFECT
## LEGAL SOLUTIONS

| Bill To: | | Requested By: |
|---|---|---|
| Sidley Austin LLP | | Mr. Peter G. Jensen, ESQ |
| Attn: Mr. Peter G. Jensen, ESQ | | Sidley Austin LLP |
| 1501 K Street, NW | | 1501 K Street, NW |
| Washington, DC 20005 | | Washington, DC 20005 |
| USA | | USA |

| | | | |
|---|---|---|---|
| Invoice #: | 260310 | Sales Contact: | Brian McClure |
| Invoice Date: | 03/10/2010 | | (bmcclure@transperfect.com) |
| Invoice Due: | 04/09/2010 | Payment Terms: | Net 30 |
| Contract #: | tpt221362 | Purchase Order #: | |

**Project Notes:**

Trita Parsi and National Iranian American Council V. Seid Hassan Daioleslam
Deposition of Garrett Isacco, taken 2/17/2010

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
|    Deposition Services | | | | |
|       Discounted 10% from DC rate of 3.55 per page | 154.00 | Pages | 3.200 | 492.80 |
| Exhibit Copy | | | | |
|    Deposition Services | | | | |
|       Discounted 10% from rate of .50 per page | 70.00 | Pages | 0.450 | 31.50 |
| Delivery | | | | |
|    Deposition Services | 1.00 | Each | 15.000 | 15.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | **US$ 539.30** |
| **Tax Amount:** | **US$ 0.00** |
| **Total Amount Due:** | **US$ 539.30** |

## PAYMENT INSTRUCTIONS

| Please remit payment to: | Wire Transfer Details: |
|---|---|
| TransPerfect Translations International Inc. | Citibank, N.A |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #. 13-3686771 |

**Please reference the Contract # tpt221362 and Invoice # 260310 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689 1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1





39149/90020

**Bill To:**

Sidley Austin LLP
Attn: Tom Ross, Esq
1501 K Street, NW
Washington, DC 20005
USA

**Requested By:**

Tom Ross, Esq
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 267399 | **Sales Contact:** | Carrie Russ |
| | | | (cruss@transperfect.com) |
| **Invoice Date:** | 04/19/2010 | | |
| **Invoice Due:** | 05/19/2010 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt227612 | **Purchase Order #:** | |

**Project Notes:**

In the Matter of Trita Parsi and National Iranian American Council V. Seld Hassan Daloleslam
Deposition of Philip Isacco, taken 3/19/2010

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Orginal & One Copy | | | | |
|    Deposition Services | 114 00 | Page | 3.200 | 364.80 |
|    Discounted 10% from DC rate of 3 55 per page | | | | |
| Exhibit Copy | | | | |
|    Deposition Services | 119.00 | Page | 0 450 | 53 55 |
|    Discounted 10% from DC rate of 3 55 per page | | | | |
| Delivery | | | | |
|    Deposition Services | 1 00 | Each | 15.000 | 15 00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 433.35 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 433.35 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE. CITIUS33
Tax ID #: 13-3686771

**Please reference the Contract # tpt227612 and Invoice # 267399 with your remittance.**

Interest will be charged at the rate of 1 5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



## TRANSPERFECT
### LEGAL SOLUTIONS

| Bill To: | | Requested By: | |
|---|---|---|---|
| Sidley Austin, LLP | | Mr. Tim Kapshandy, Esq. | |
| Attn: Mr. Tim Kapshandy, Esq. | | Sidley Austin, LLP | |
| One South Dearborn | | One South Dearborn | |
| Chicago, IL 60603 | | Chicago, IL 60603 | |
| USA | | USA | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 267754 | **Sales Contact:** | Brian McClure |
| **Invoice Date:** | 04/21/2010 | | (bmcclure@transperfect.com) |
| **Invoice Due:** | 05/21/2010 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt224806 | **Purchase Order #:** | |

**Project Notes:**

In the Matter of Trita Parsi and National Iranian American Council V. Daioleslam Seld Hassan.
Deposition of Mohammad Mansouri Garakani, taken 3/12/2010

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
| Deposition Services | 233.00 | Pages | 4.250 | 990.25 |
| Court Reporter Appearance Fee | | | | |
| Deposition Services | 2.00 | Each | 40.000 | 80.00 |
| Exhibit Copies | | | | |
| Deposition Services | 409.00 | Pages | 0.500 | 204.50 |
| Delivery | | | | |
| Deposition Services | 1.00 | Each | 15.000 | 15.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 1,289.75 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 1,289.75 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212 689 5555  F +1 212 689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**ESQUIRE**

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Toll Free (800) 708-8087
Fax (866) 590-3205

### Invoice # EQ160631



MARK ROSE ,ESQ.
LAW OFFICES OF MARK J. ROSE
SUITE 2850,
200 WEST ADAMS STREET
CHICAGO, IL 60606

| Invoice Date | 06/07/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/07/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment #. | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/12/2010 | WINDY CITY vs. SAFAVI, NARIMON | 143727 | 06/05/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 04/12/2010, NARIMON SAFAVI (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 266.25 |
| EXHIBITS | $ 39.00 |
| APPEARANCE FEE HOURLY | $ 96.00 |
| | $ 401.25 |
| ARCHIVING FEE | $ 30.00 |
| DELIVERY - WITNESS COPY | $ 8.00 |
| | $ 38.00 |



Received

JUN 1 6 2010

Chicago AP

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 07/22/2010** | **$ 483.18** |
| Amount Due On/Before 07/22/2010 | $ 439.25 |

Tax Number:   22-3779684

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**ESQUIRE**
an Alexander Gallo Company

VISA  MasterCard  DISCOVER  AMEX

| | |
|---|---|
| Invoice #: | EQ160631 |
| Payment Due: | 07/07/2010 |
| **Amount Due After 07/22/2010** | **$ 483.18** |
| Amount Due On/Before 07/22/2010 | $ 439.25 |

MARK ROSE ,ESQ.
LAW OFFICES OF MARK J. ROSE
SUITE 2850,
200 WEST ADAMS STREET
CHICAGO, IL 60606

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

071 0000160631 06072010 4 000043925 3 07072010 07222010 3 000048318 43

# STATEMENT

Aldersoh Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Account No. | Date |
|---|---|
| C27301 | 10/14/2010 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $935.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | $935.00 |

Thomas Ross
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 9/22/2010 | 36651 | 935.00 | 8/31/2010 | Alexander Patico | Trita Parsi v. Daioleslam Seid Hassan |

Tax ID: 53-0257990

Phone: (202)736-8000   Fax:

*Please detach bottom portion and return with payment.*

Thomas Ross
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Account No.   :  C27301
Date             :  10/14/2010

**Total Due**   :  **$ 935.00**

Remit To:  **Alderson Reporting Company, Inc.**
                **1155 Connecticut Ave., NW**
                **Suite 200**
                **Washington, DC 20036**

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036
Phone:1-800-FOR-DEPO  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36651 | 9/22/2010 | 24606 |
| **Job Date** | **Case No.** | |
| 8/31/2010 | 08-CV 00705 | |
| **Case Name** | | |
| Trita Parsi v. Daioleslam Seid Hassan | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Thomas Ross
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Alexander Patico

Videographer (Includes synchronized video on DVD)              8.50 Hours       @        110.00        935.00

TOTAL DUE >>>                                                                                    $935.00

AFTER 10/22/2010 PAY                                                                    $1,028.50

Reference No.      :  2010-0902

client matter # 39149-90040

(-) Payments/Credits:                                                                           0.00
(+) Finance Charges/Debits:                                                                 93.50
(=) New Balance:                                                                          $1,028.50

Tax ID: 53-0257990                                                                    Phone: (202)736-8000  Fax:

*Please detach bottom portion and return with payment.*

Thomas Ross
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

| Invoice No. | : | 36651 |
|---|---|---|
| Invoice Date | : | 9/22/2010 |
| Total Due | : | $1,028.50 |

Remit To:   Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC 20036

| Job No. | : | 24606 |
|---|---|---|
| BU ID | : | DC-Vid-Loc |
| Case No. | : | 08-CV 00705 |
| Case Name | : | Trita Parsi v. Daioleslam Seid Hassan |


# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Sidley Austin LLP
Attn: Peter Jesen, Esq
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Sidley Austin LLP
Attn: Peter Jesen, Esq
One South Dearborn
Chicago, IL 60603
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 111111 | **Sales Contact:** | Brian McClure |
| **Invoice Date:** | 09/13/2012 | | (BMcClure@transperfect.com) |
| **Invoice Due:** | 10/13/2012 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt255811 | **Purchase Order #:** | |

**Project Notes:**
In the matter of Trita Parsi Vs. Daioleslam Seid Hassan
Deposition of Emily Blout, Volume II, Taken 9/1/2010

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | 91.00 | Pages | 3.050 | 277.55 |
| Exhbit Copies | 38.00 | Pages | 0.500 | 19.00 |
| Delivery | 1.00 | Fee | 15.000 | 15.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 311.55 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 311.55 |

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt255811 and Invoice # 111111 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36208 | 9/23/2010 | 24603 |
| Job Date | Case No. | |
| 8/30/2010 | 08-CV 00705 | |
| Case Name | | |
| Trita Parsi v. Daioleslam Seid Hassan | | |
| Payment Terms | | |
| Due upon receipt (1.5%/mo & collection) | | |

Timothy E. Kapshandy
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Samuel Gardiner | 330.00 | Pages | @ | 3.95 | 1,303.50 |
| Exhibit | 729.00 | Pages | @ | 0.35 | 255.15 |
| Processing Fee | 1.00 | | @ | 55.00 | 55.00 |
| | TOTAL DUE >>> | | | | $1,613.65 |
| | AFTER 10/23/2010 PAY | | | | $1,775.02 |

## 39149-90040

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,613.65 |

Tax ID: 53-0257990        Phone: (312)853-7000   Fax:312-853-7036

*Please detach bottom portion and return with payment.*

Timothy E. Kapshandy
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Invoice No. :  36208
Invoice Date :  9/23/2010
**Total Due** **:  $ 1,613.65**

Remit To: **Alderson Reporting Company, Inc.**
    **1155 Connecticut Ave., NW**
    **Suite 200**
    **Washington, DC  20036**

Job No.  :  24603
BU ID   :  DC-Local
Case No.  :  08-CV 00705
Case Name :  Trita Parsi v. Daioleslam Seid Hassan

# INVOICE

Alderson Reporting Company, Inc.
1155 Connecticut Ave., NW
Suite 200
Washington, DC  20036
Phone:1-800-FOR-DEPO  Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 36373 | 9/23/2010 | 24605 |
| **Job Date** | **Case No.** | |
| 8/31/2010 | 08-CV 00705 | |
| **Case Name** | | |
| Trita Parsi v. Daioleslam Seid Hassan | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Timothy E. Kapshandy
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alexander Patico | 293.00 Pages | @ | 3.95 | 1,157.35 |
| Exhibit | 141.00 Pages | @ | 0.35 | 49.35 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |

TOTAL DUE  >>>           $1,261.70
AFTER 10/23/2010 PAY     $1,387.87

##39149-90040

(-) Payments/Credits:        0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:         $1,261.70

Tax ID: 53-0257990                        Phone: (312)853-7000   Fax:312-853-7036

*Please detach bottom portion and return with payment.*

Timothy E. Kapshandy
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Invoice No.    :  36373
Invoice Date   :  9/23/2010
**Total Due**  :  **$ 1,261.70**

Remit To: **Alderson Reporting Company, Inc.**
          **1155 Connecticut Ave., NW**
          **Suite 200**
          **Washington, DC  20036**

Job No.     :  24605
BU ID       :  DC-Local
Case No.    :  08-CV 00705
Case Name   :  Trita Parsi v. Daioleslam Seid Hassan



**TRANSPERFECT**
**LEGAL SOLUTIONS**

Received

DEC 1 3 2010

Chicago AP

| Bill To: | | Requested By: | |
|---|---|---|---|
| Sidley Austin, LLP | | Mr. Tim Kapshandy, Esq. | |
| Attn: Mr. Tim Kapshandy, Esq. | | Sidley Austin, LLP | |
| One South Dearborn | | One South Dearborn | |
| Chicago, IL 60603 | | Chicago, IL 60603 | |
| USA | | USA | |

| Invoice #: | 313096 | Sales Contact: | Brian McClure |
|---|---|---|---|
| | | | (bmcclure@transperfect.com) |
| Invoice Date: | 11/30/2010 | | |
| Invoice Due: | 12/30/2010 | Payment Terms: | Net 30 |
| Contract #: | tpt269996 | Purchase Order #: | |

Project Notes:

In the matter Trita Parsi and National Iranian American Council vs. Daioleslam Seid Hossan
Video Deposition of Babak Talebi, taken 11/12/2010 (Tampa, FL)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
|    Deposition Services | 347.00 | Pages | 4.750 | 1,648.25 |
|    10% DISCOUNT | | | | |
| Court Reporter Appearance Fee | | | | |
|    Deposition Services | 7.00 | Hours | 85.000 | 595.00 |
|    10% DISCOUNT | | | | |
| Exhibit Copies | | | | |
|    Deposition Services | 1,259.00 | Pages | 0.450 | 566.55 |
|    10% DISCOUNT | | | | |
| Videographer Setup | | | | |
|    Deposition Services | 1.00 | Hour | 225.000 | 225.00 |
|    10% DISCOUNT | | | | |
| Videographer Hourly | | | | |
|    Deposition Services | 6.00 | Hours | 105.000 | 630.00 |
|    10% DISCOUNT | | | | |
| DVD/MPEG-1 | | | | |
|    Deposition Services | 4.00 | Files | 27.000 | 108.00 |
|    10% DISCOUNT | | | | |
|    SYNCHRONIZATION DISCOUNT | | | | |
| DVD Synchronization | | | | |
|    Deposition Services | 4.00 | Files | 85.000 | 340.00 |
|    10% DISCOUNT | | | | |
| Delivery | | | | |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212 689 5555  F +1 212.689 1059 • E-MAIL AR@TRANSPERFECT.COM
WWW TRANSPERFECT COM

| | | | | |
|---|---|---|---|---|
| Deposition Services | 1.00 | Fee | 25 000 | 25 00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 4,137.80 |
| 10% Pro Bono Discount Applied: | US$ 413.70 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 3,724.10 |

---

**PAYMENT INSTRUCTIONS**

Please remit payment to: '
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N A
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #, 13-3686771

Please reference the Contract # tpt269996 and Invoice # 313096 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212 689 5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT COM



**TRANSPERFECT**
LEGAL SOLUTIONS

Bill To:

Sidley Austin, LLP
Attn: Mr. Tim Kapshandy, Esq.
One South Dearborn
Chicago, IL 60603
USA

Requested By:

Mr. Tim Kapshandy, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603
USA

Received
JAN 1 C 2011
Chicago AP

| | | | |
|---|---|---|---|
| Invoice #: | 316209 | Sales Contact: | Brian McClure |
| | | | (bmcclure@transperfect.com) |
| Invoice Date: | 12/15/2010 | | |
| Invoice Due: | 01/14/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt273463 | Purchase Order #: | |

Project Notes:

In the matter of Trita Parsi and National Iranian American Council vs. Daioislam Seid Hassan
Video Depositions of Trita Parsi, taken 12/01/2010 - 12/02/2010 (Washington, DC)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
|    Deposition Services | 389.00 | Pages | 3.400 | 1,322.60 |
|    12/01/2010 Volume I | | | | |
| Videographer Cancellation Fee | | | | |
|    Deposition Services | 1.00 | Minimum | 275.000 | 275.00 |
| Original & One Copy | | | | |
|    Deposition Services | 371.00 | Pages | 3.400 | 1,261.40 |
|    12/02/2010 - Volume II | | | | |
| Exhibit Copies | | | | |
|    Deposition Services | 104.00 | Pages | 0.500 | 52.00 |
| Videographer Setup | | | | |
|    Deposition Services | 1.00 | Each | 275.000 | 275.00 |
| Videographer Hourly | | | | |
|    Deposition Services | 6.50 | Each | 100.000 | 650.00 |
| DVD/MPEG-1 | | | | |
|    Deposition Services | 4.00 | Files | 30.000 | 120.00 |
|    Synchronization Discount | | | | |
| DVD Synchronization | | | | |
|    Deposition Services | 4.00 | Files | 95.000 | 380.00 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| Delivery | | | | | |
| Deposition Services | 1 00 | Fee | 15 000 | 15.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 4,351.00 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 4,351.00 |

---

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt273463 and Invoice # 316209 with your remittance.
Interest will be charged at the rate of 1 5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 / 2



**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

Sidley Austin, LLP
Attn: Mr. Tim Kapshandy, Esq.
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Mr. Tim Kapshandy, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603
USA

| | | | |
|---|---|---|---|
| Invoice #: | 319922 | Sales Contact: | Brian McClure |
| Invoice Date: | 12/31/2010 | | (bmcclure@transperfect.com) |
| Invoice Due: | 01/30/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt274612 | Purchase Order #: | |

**Project Notes:**

In the matter of Trita Parsi and National Iranian American Council vs. Daioleslam Seid Hassan
Deposition of Joel N. Morse, Ph.D., taken 12/8/2010 (Baltimore, MD)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original & One Copy** | | | | |
| Deposition Services | 247.00 | Pages | 3.400 | 839.80 |
| **Exhibit Copies** | | | | |
| Deposition Services | 88.00 | Pages | 0.500 | 44.00 |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Fee | 25.000 | 25.00 |

| | |
|---|---|
| Total to Bill this Contract: | US$ 908.80 |
| Discount: | US$ 90.88 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 817.92 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

**Wire Transfer Details:**
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt274612 and Invoice # 319922 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 1

AO44
(Rev. 11/07)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INVOICE NO: 20110005

**MAKE CHECKS PAYABLE TO:**

Peter Jensen
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005

Phone:   (202) 736-8000

pjensen@sidley.com

Bryan A. Wayne, LLC
Official Court Reporter
U.S. Courthouse, Room 6714
333 Constitution Avenue, N.W.
Washington, DC 20001
Phone:   (202) 354-3186
FAX      (202) 289-8464
Tax ID:  27-1431881
bryanawayne@verizon.net

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| [X] CRIMINAL   [ ] CIVIL | 01-11-2011 | 01-20-2011 |

**Case Style:** CA 08-0705, Parsi v Hassan
Transcript of 12/17/10 status hearing before Judge Bates.   7d

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 40 | 4.85 | 194.00 | | | | | | | 194.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 194.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $194.00 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *Bryan A. Wayne* | |

(All previous editions of this form are
cancelled and should be destroyed)



# TRANSPERFECT
## LEGAL SOLUTIONS

**Bill To:**

Sidley Austin LLP
Attn: Mr. Tim Kapshandy, Esq.
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Mr. Tim Kapshandy, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL. 60603
USA

**Received**

FEB 1 4 2011

**Chicago AP**

| | | | |
|---|---|---|---|
| Invoice #: | 324576 | Sales Contact: | Brian McClure (bmcclure@transperfect.com) |
| Invoice Date: | 01/31/2011 | | |
| Invoice Due: | 03/02/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt279233 | Purchase Order #: | |

**Project Notes:**

In the matter of Trista Parsi and the National Iranian American Council vs. Daioleslam Seid Hassan
Deposition of Debashis Aikat, Ph.D., taken 1/5/2011 (Cary, NC)

**"10% Pro Bono Discount Applied to all services"**

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy | | | | |
| Deposition Services | 259.00 | Pages | 4.250 | 1,100.75 |
| 10% Pro Bono Discount applied (normally $4.75/page) | | | | |
| Court Reporter Appearance Fee | | | | |
| Deposition Services | 1.00 | Day | 175.000 | 175.00 |
| Exhibit Copies | | | | |
| Deposition Services | 129.00 | Pages | 0.500 | 64.50 |
| Delivery | | | | |
| Deposition Services | 1.00 | Fee | 31.000 | 31.00 |
| Adjusted 2011 shipping rate | | | | |

| | |
|---|---|
| Total to Bill this Contract: | US$ 1,371.25 |
| Discount: | US$ 137.12 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 1,234.13 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**TRANSPERFECT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Sidley Austin LLP | Thomas Ross, Esq |
| Attn: Thomas Ross, Esq | Sidley Austin LLP |
| 1501 K Street, NW | 1501 K Street, NW |
| Washington, DC 20005 | Washington, DC 20005 |
| USA | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 328195 | **Sales Contact:** | Carrie Russ |
| | | | (cruss@transperfect.com) |
| **Invoice Date:** | 02/15/2011 | | |
| **Invoice Due:** | 03/17/2011 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt284281 | **Purchase Order #:** | |

**Project Notes:**

In the Matter of Trita Parsi and National Iranian American Council vs. Daioleslam Seid Hassan
Deposition of Puneet Talwar, taken 2/01/2011 (Washington, DC)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original & One Copy** | | | | |
| Deposition Services | 71.00 | Pages | 3.400 | 241.40 |
| | | | | |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Fee | 21.000 | 21.00 |
| Adjusted 2011 Shipping Rate | | | | |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 262.40 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 262.40 |

---

**PAYMENT INSTRUCTIONS**

| Please remit payment to: | Wire Transfer Details: |
|---|---|
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt284281 and Invoice # 328195 with your remittance.**

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM


TRANSPERFECT
LEGAL SOLUTIONS

| Bill To: | | Requested By: |
|---|---|---|
| Sidley Austin LLP | | Mr. Tim Kapshandy, Esq. |
| Attn: Mr. Tim Kapshandy, Esq. | | Sidley Austin LLP |
| One South Dearborn | | One South Dearborn |
| Chicago, IL 60603 | | Chicago, IL 60603 |
| USA | | USA |

| Invoice #: | 335739 | Sales Contact: | Brian McClure |
|---|---|---|---|
| | | | (bmcclure@transperfect.com) |
| Invoice Date: | 03/21/2011 | | |
| Invoice Due: | 04/20/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt290769 | Purchase Order #: | |

Project Notes:

In the matter of Trita Pasri and National Iranian American Council vs. Daioleslam Seid Hassan
Video Deposition of Narimon Safavi, taken 2/23/2011 (Chicago, IL)

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original Transcript** | | | | |
| Deposition Services | 86.00 | Pages | 3.250 | 279.50 |
| **Court Reporter Appearance Fee** | | | | |
| Deposition Services | 1.00 | Minimum | 80.000 | 80.00 |
| 2 Hour Minimum | | | | |
| **Exhibit Copies** | | | | |
| Deposition Services | 43.00 | Pages | 0.500 | 21.50 |
| **Videographer Setup** | | | | |
| Deposition Services | 1.00 | Each | 385.000 | 385.00 |
| **Videographer Hourly** | | | | |
| Deposition Services | 1.00 | Each | 95.000 | 95.00 |
| **DVD/MPEG-1** | | | | |
| Deposition Services | 2.00 | Files | 55.000 | 110.00 |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Fee | 21.000 | 21.00 |
| Adjusted 2011 Shipping Rate | | | | |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| | |
|---|---|
| Total to Bill this Contract: | US$ 992.00 |
| Discount: | US$ 99.20 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 892.80 |

| PAYMENT INSTRUCTIONS | |
|---|---|
| **Please remit payment to:** | **Wire Transfer Details:** |
| TransPerfect Translations International Inc. | Citibank, N.A. |
| Attn.: Accounts Receivable | A/C #: 06541211 |
| Three Park Avenue, 39th Floor | ABA Routing #: 021000089 |
| New York, NY 10016 | SWIFT CODE: CITIUS33 |
| | Tax ID #: 13-3686771 |

**Please reference the Contract # tpt290769 and Invoice # 335739 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ · 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:  20110030

### MAKE CHECKS PAYABLE TO:

Peter Jensen
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005

Phone:   (202) 736-8000

pjensen@sidley.com

Bryan A. Wayne, LLC
Official Court Reporter
U.S. Courthouse, Room 6714
333 Constitution Avenue, N.W.
Washington, DC 20001

Phone:     (202) 354-3186
FAX        (202) 289-8464
Tax ID:    27-1431881
bryanawayne@verizon.net

| CRIMINAL | ☒ CIVIL | DATE ORDERED: 04-01-2011 | DATE DELIVERED: 04-07-2011 |
|---|---|---|---|

Case Style: CA 08-0705, Trita Parsi v Daioleslam Seid Hassan
Transcript of 3/4/11 discovery hearing before Judge Bates

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 66 | 4.85 | 320.10 | | | | | | | 320.10 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 320.10 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $320.10 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orc
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Bryan A. Wayne* | |

(All previous editions of this form are
cancelled and should be destroyed)



# TRANSPERFECT
GLOBAL SOLUTIONS

| Bill To: | | Requested By: | |
|---|---|---|---|
| Sidley Austin LLP | | Jeffery Tisak | |
| Attn: Jeffery Tisak | | Sidley Austin LLP | |
| One South Dearborn | | One South Dearborn | |
| Chicago, IL 60603 | | Chicago, IL 60603 | |
| USA | | USA | |

| Invoice #: | 352960 | Sales Contact: | Brian McClure |
|---|---|---|---|
| Invoice Date: | 05/31/2011 | | (bmcclure@transperfect.com) |
| Invoice Due: | 06/30/2011 | Payment Terms: | Net 30 |
| Contract #: | tpt306975 | Purchase Order #: | . |

**Project Notes:**

In the matter of Trita Parsi and National Iranian American Council vs Daioleslam Seid Hassan.
Video deposition of Dr. Trita Parsi taken 5/11/11, (Washington, DC).

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| **Original & One Copy** | | | | |
| Deposition Services | 270.00 | Pages | 3.400 | 918.00 |
| | | | | |
| Rush Premium | 270.00 | Pages | 2.650 | 715.50 |
| 3 Day Expedite | | | | |
| **Exhibit Copies** | | | | |
| Deposition Services | 464.00 | Pages | 0.500 | 232.00 |
| | | | | |
| **Videographer Setup** | | | | |
| Deposition Services | 1.00 | Each | 275.000 | 275.00 |
| | | | | |
| **Videographer Hourly** | | | | |
| Deposition Services | 5.50 | Each | 100.000 | 550.00 |
| | | | | |
| **DVD/MPEG-1** | | | | |
| Deposition Services | 2.00 | Files | 30.000 | 60.00 |
| | | | | |
| **DVD Synchronization** | | | | |
| Deposition Services | 2.00 | Files | 95.000 | 190.00 |
| | | | | |
| **Delivery** | | | | |
| Deposition Services | 1.00 | Fee | 21.000 | 21.00 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 2

| | |
|---|---|
| Total to Bill this Contract: | US$ 2,961.50 |
| Tax Amount: | US$ 0.00 |
| Total Amount Due: | US$ 2,961.50 |

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Translations International Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016

Wire Transfer Details:
Citibank, N.A.
A/C #: 06541211
ABA Routing #: 021000089
SWIFT CODE: CITIUS33
Tax ID #: 13-3686771

Please reference the Contract # tpt306975 and Invoice # 352960 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than 30 days past due.

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**TRANSPERFECT**
LEGAL SOLUTIONS

**Bill To:**

Sidley Austin LLP
Attn: Mr. Tim Kapshandy, Esq.
One South Dearborn
Chicago, IL 60603
USA

**Requested By:**

Jeffery Tisak
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 354575 | **Sales Contact:** | Brian McClure |
| | | | (bmcclure@transperfect.com) |
| **Invoice Date:** | 06/09/2011 | | |
| **Invoice Due:** | 07/09/2011 | **Payment Terms:** | Net 30 |
| **Contract #:** | tpt308706 | **Purchase Order #:** | |

**Project Notes:**

In the matter of Trita Parsi and National Iranian American Council vs Daioleslam Seid Hassan.
Deposition of Samuel B. Gardiner taken 5/31/11, (Arlington, VA).

| Description | Quantity | Unit | Unit Cost (US$) | Extended Cost (US$) |
|---|---|---|---|---|
| Original & One Copy<br>Deposition Services | 47.00 | Pages | 4.200 | .197.40 |
| Court Reporter Appearance Fee<br>Deposition Services | 1.00 | Each | 40.000 | 40.00 |
| Exhibit Copies<br>Deposition Services | 37.00 | Pages | 0.500 | 18.50 |
| Delivery<br>Deposition Services | 1.00 | Fee | 31.000 | 31.00 |

| | |
|---|---|
| **Total to Bill this Contract:** | US$ 286.90 |
| **Tax Amount:** | US$ 0.00 |
| **Total Amount Due:** | US$ 286.90 |

TRANSPERFECT DEPOSITION SERVICES IS A DIVISION OF TRANSPERFECT.
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555  F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 / 2

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE UNITED STATES DISTRICT COURT

INVOICE NO:   02011391

PETER JENSEN
SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005

Phone:

## ─MAKE CHECKS PAYABLE TO:─

CATALINA KERR, RPR, CRR
United States Court Reporter
333 Constitution Avenue
Room 6509
Washington, DC 20001

Phone:   (202) 354-3258
FAX     (202) 354-3043

calykerr@msn.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-08-2011 | 06-20-2011 |

Case Style:  CA 08-705, TRITA PARSI, ET AL v DAIOLESLAM SEID HASSAN
6/3/11- Status Hearing held before Judge Bates.  ORIGINAL EMAIL

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 31 | 4.25 | 131.75 | 31 | 0.90 | 27.90 | | | | 159.65 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 159.65 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $159.65 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                  DATE
                                                           06-20-2011

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO:   20110077

**MAKE CHECKS PAYABLE TO:**

Eric Galvez
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005

Phone:   (202) 736-8533

mgalvez1@sidley.com

Bryan A. Wayne, LLC
Official Court Reporter
U.S. Courthouse, Room 6714
333 Constitution Avenue, N.W.
Washington, DC 20001

Phone:      (202) 354-3186
FAX         (202) 289-8464
Tax ID:     27-1431881
bryanawayne@yahoo.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-12-2011 | DATE DELIVERED: 09-13-2011 |
|---|---|---|---|

Case Style: CA 08-0705, Trita Parsi v Daioleslam Hassan
Transcript of 8/30/11 motions hearing before Judge Bates

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 40 | 4.85 | 194.00 | | | | | | | 194.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 194.00 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $194.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
*Bryan A. Wayne*                                    DATE

(All previous editions of this form are
cancelled and should be destroyed)

## 3-B

Samuel B. Gardiner
4824 North Dittmar Road
Arlington, Virginia 22207
703-534-7402

October 6, 2010

Tria Parsi
NIAC

Cy: Pishevar and Associates, P.C.
Attention: Patrick Parsa
600 East Jefferson Street – Suite 316
Rockville, MD 20852

Subject: Invoice - Expert Research, NIAC Pleadings, July 14 through October 6, 2010

This invoice covers time associated with my deposition, preparation, and research of questions that arose during the deposition:

August 4 - .25
August 10 - .25
August 26 – 2 hours preparation
August 27 – 4.5 hours preparation
August 29 – 1 hour preparation
August 30 – 11 hours preparation and deposition
September 3 – 1 hour post-deposition question research
September 7 – 1 hour question research
September 8 – .5 hour question research
September 9 – 1.5 hours question research
September 13 – 3.0 hours question research

Hours:          26
Rate:           $150/hour
Total Invoice   $3900

Samuel B. Gardiner
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

**Joel N. Morse, Ph.D.**
**Financial Economist**

## *DEPOSITION FEE AND RATES- NOTICE TO PARTY REQUESTING MY DEPOSITION*

My standard consulting fee is $375 per hour, which is also my rate for depositions and trials. My minimum billing for time in a deposition is 2.25 hours, or $843.75. Assuming that the deposition is held in Baltimore, I charge a flat 1/2 hour at my travel rate of $250 per hour. I will absorb the parking fee, which (downtown can run $15). Thus, the amount you owe (in advance) for the deposition, assuming it is complete in 2.25 hours, is $968.75.

I cannot hold depositions at the University of Baltimore, because it is State of Maryland property. One of the litigating parties must provide a location. If the deposition is outside of the city of Baltimore, one of the parties must agree to pay my more significant amount of travel time, plus mileage or public transportation fees.

*I require full payment of $968.75 PRIOR to my deposition.* If the deposition time runs beyond 2.25 hours, you will pay the excess at that time, at the above hourly rate. I request that you mail or "messenger*" the check directly to me at 230 Stony Run Lane, Suite 2F, Baltimore, MD 21210* or to retaining counsel, who I authorize to hold the check until the deposition.

## *FOR FEDEX OR MESSENGERS, MARK THE ENVELOPE "NO SIGNATURE REQUIRED"

Please bring a second check to pay for time in excess of 2.25 hours. If the deposition lasts less than 2.25 hours, no refund will be granted by me, because I have committed the time. If you have pre-paid, and you postpone my deposition before I have left my office to attend the deposition, I will keep the funds, and will apply them to a re-scheduled deposition in the instant matter. If the matter appears ready for trial without a deposition of me, I will promptly return the fee as soon as you request that I do so and you certify by letter or by email that I will <u>not</u> be deposed.

MY TAX ID is 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.
Note to the Deposing party:
Please indicate your acceptance of these financial terms, and your understanding of the deposition date, time and location, by signing below, and faxing back to 410-235-6884. Or,

230 Stony Run Lane • # 2F • Baltimore, MD 21210
410-235-8094  410-235-6884  FAX
email: jnmorse@verizon.net
Home Page  http://home.ubalt.edu/ntsbmors/jmorse.html

you may contact me affirming this arrangement at *jnmorse@verizon.net* .   Until I receive the
signed form and the check,  the date will not be set in my calendar.

_____

(Signed & accepted)

| |
|---|
| DATE & TIME OF DEPOSITION: |
| CASE CAPTION: |
| LOCATION: |
| WHICH PARTY PAYS FOR DEPOSITION TIME? |
| WHICH PARTY PAYS FOR TRAVEL TIME AND EXPENSE?: |

**Bill from:**
**Joel N. Morse, Ph.D.**
**230 Stony Run Lane**
**Suite 2F**
**Baltimore, MD 21210**

TEL 410-235-8094    FAX 410-235-6884    **TAX ID (soc sec #) is 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**

jnmorse@verizon.net    http://jnmorsepages.googlepages.com/home

**Bill submitted to:**

**Date of this bill:**
12/8/2010
**DEPOSITION BILL** (for time beyond the retainer)

Sidley Austin
One South Dearborn
Chicago, IL 60603

**ATT: Mr. Timothy E. Kapshandy**    **CASE: NIAC v Daioleslam Hassan**

| DATE | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| **FILE REVIEW,ANALYSIS,CONFERENCE,TESTIMONY TIME** | | | | |
| 12/6/2010 | Deposition: 115pm-330pm | 2.25 | Paid by retainer | |
| | 330pm-645pm | 3.25 | $375 | 1,218.75 |
| | | | $375 | 0.00 |
| | *SUBTOTAL--PROFESSIONAL HOURS* | *3.25* | *$375* | *1,218.75* |
| **TRAVEL TIME** | | | | |
| | *SUBTOTAL--TRAVEL HOURS* | *0* | $250 | 0.00 |
| **EXPENSES** | | | | |
| | Mileage | | | $0.00 |
| | Parking | | | $0.00 |

Page 1 of 2

SUBTOTAL—EXPENSES                                            $0.00
                                                         _____

TOTAL BILL (SUM OF HOURS & EXPENSES)—DUE UPON RECEIPT    $1,218.75
                                                         _____

My bills are not cumulative.
Thank you for your prompt attention to this invoice.

3-C



**COMPASS**
L A N G U A G E S

1666 Crofton Parkway
The Village Green
Crofton MD 21114

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2009 | CL2137 |

Sidley Austin LLP
Attn: Eric Mark Galvez
1501 K Street, NW
Washington, DC 20005

| Payment Due | 10/10/2009 |
|-------------|------------|

| Internal Project ID |
|---------------------|
| Sidley-Galvez 0901 |

| Terms |
|-------|
| Net 30 |

| Quantity | Details of Projects | Rate | Amount |
|----------|---------------------|------|--------|
| | Translation of files "Original--Aftab article"; "Original--Quds Daily"; "Original--Topiranian" from Farsi into English | 310.00 | 310.00 |
| | Delivered September 10 | | |
| | Pay your bills online at: https://www.intuitbillpay.com/compasslanguages | | |

| | |
|---|---|
| **Total** | $310.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $310.00 |

Please make checks payable to:
The Cresston Company LLC, dba Compass Languages/ Hispanic Compass.
The EIN is 134194307.

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 410 451 4297 | 1 443 782 0215 | billing@compasslanguages.com |

# EXHIBIT 4

# JAMES M. FITZSIMMONS
## FEES AND EXPENSES

## Expenses: APRIL 15-JUNE 17 2009

April 14,15, 2009:

Mileage RT Secaucus, NJ to WDC and WDC mileage in attempt to serve subpoena

450 miles at $0.55 per mile...............................................................................$ 247.50

Tolls...................................................................................    50.00

June 9, 2009:

Mileage RT Secaucus N.J./Kennedyville, Md. 280 miles @ $0.55   . 154.00

Tolls...................................................................................  50.00

June 16, 17 2009

Mileage RT Secaucus, NJ/WDC 440 miles at $0.55/mile.   242.00

Tolls...................................................................................  50.00

## Total Mileage and tolls:.....................................................$793.50

Note: Pro bono project, no charge for hotels, meals.

## Services

Travel/Meeting/attempt to serve subpoena WDC April 14,15, 2009...12 hours
Open Source research April 15-June 15, 2009........................... 10 hours
Interview Wayne T. Gilchrest and related travel, June 9      ............ 8 hours
Travel/NIAC Offices June 16,17 2009................................... 8 hours
Reports................................................................. 2 hours

## Total 40 hours at agreed upon pro bono fee $ 1000.00

**TOTAL FEES AND EXPENSES**                    $ 1793.50

**PLEASE MAKE CHECK PAYABLE TO JAMES M. FITZSIMMONS**

*Inactive*
*New Remit*

00129772

**SIDLEY AUSTIN** LLP
**Request for Payment**

*Remit*

**Accounting Use Only**
Vendor #:
Voucher #:
Fed Tax ID:
RB 1:
RB 2:

RTN

20250050

**DATE:** September 29, 2009

RECEIVED
SEP 2 8 2009
DC AP

**PAYABLE TO /
ADDRESS:**
Bank Fund Staff Federal Credit Union
1725 I Street, N.W.
Suite 600
Washington, D.C. 20006

**CHARGE TO:**     ☒ Client          ☐ Office

**Client/Matter Number:** 39149-90040

**Client/Matter Name:** Middle East/Hassan

**Funds Expended For:** Copying costs for subpoenaed documents

|  |  |
|---|---|
| Meal Expense | |
| Non-Meal Expense | $315.00 |
| TOTAL AMOUNT: | $315.00 |

OCT 0 1 2009    (A)

**Incurred by Signature**   *Peter Jensen*

72932
**User ID**          **Group #**

**Authorized by Signature**          **User ID**          **Group #**

---

**MEAL SUPPLEMENT**
**(This portion must be completed when requesting payment for meal expense)**

**AMOUNT OF MEAL EXPENSE:**

Indicate the nature for which reimbursement is requested and list attendees at the meal. Submit additional information in the "Funds expended for" section above.

**(ORIGINAL RECEIPTS MUST BE ATTACHED)**

Meals Related to:
(Mark one with an X)
☐ Overtime            ☐ In House Business
☐ Recruiting          ☐ Out of Office Business
☐ Other (explain) ____

**ATTENDEES:**

---

**Special Instructions:** Please mail check to Veronica L. Barnes - Secretary   *DC office*

# MPB&JMF Consulting LLC

## *Invoice*

September 4, 2009 to September 22, 2009:

1. Requested by client to locate and establish contact with a witness, Emily L. Blout. Conducted open source research to develop leads. Followed-up on leads developed by JGN Consulting Inc in Lexington, Ma. Followed-up on leads developed in the Washington DC Metropolitan Area. Located witness at 2720 South Veitch, Arlington, Va. 22206 telephone 781-727-8911.

   Contacted the witness. Based upon contact, the witness agreed to the service of subpoena by mail.

2. Requested by client to locate and contact a witness located overseas. Conducted open source research. Developed possible leads on witness's whereabouts in the Middle East. Contacted logical sources and developed a point of contact for witness. Coordinated with the point of contact to establish bona fides for the contact. Developed other leads and established email contact with the witness. Developed the contact. Witness requested confidentiality. Based upon this series of contacts, witness agreed to assist. Witness agreed to meet in the USA during October 2009 for follow-up contact.

## Total for expenses and for services rendered (including associates)............$ 1000.00

Please make check payable to:

James M. Fitzsimmons
2432 Harmon Cove Towers
Secaucus, N.J. 07094
FED ID Number 16-1731927

1/31/2010

**WACHOVIA BANK NA**
Summons & Subpoenas
PO Box 8667 Y1372-110
Philadelphia, PA 19101
(215) 973-4000

Sidley Austin LLP
Peter G Jensen
1501 K Street N.W.
Washington, DC 20005

Re: Overdue Notice
Case No: 1481819                    Invoice No: 52847

Dear Sir or Madam:

**NOTICE – PAYMENT IS 90 DAYS LATE**

Below please find the details of the Invoice for Payment that was forwarded to you ninety (90) days ago.  Although Wachovia Bank NA provided you with the production of documents, you have failed to remit payment.   Please note that if Wachovia Bank NA does not receive reimbursement for the costs listed in the enclosed invoice, we will be forced to take the appropriate legal action.

If you have any questions or concerns regarding our production, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wachovia Bank NA

Invoice Details:

| Invoice No: | 52847 | | Pages Delivered: | 877 @ $0.25 per page |
| Case No: | 1481819 | | Hours Worked: | 1 @ $15.00 per hour |
| Date Sent: | 11/2/09 | | Total Amount: | $234.25 |



* 1 4 8 1 8 1 9 *          * L T R 1 3 *

# LASERSHIP.

## INVOICE

### Balance Due Upon Receipt

Fed ID#54-2015092

| | Billing Period: | 2/1/2010 - 2/15/2010 |

*705620*

| ACCOUNT | INVOICE NO. | INVOICE DATE | CURRENT CHARGES | AMOUNT DUE |
|---------|-------------|--------------|-----------------|------------|
| 062367 | 00623670215 | Feb15 10 | $335.22 | $335.22 |

Attn:  STEWART THOMAS
SIDLEY AUSTIN LLP
1501  K ST NW
LOWR LEVEL
WASHINGTON DC 20005

*#2063555*

Mail Payment To:

LASERSHIP, INC.
PO BOX 406420
ATLANTA, GA 30384-6420

Account Payment Questions:703-761-9030 x8118
Pricing & Customer Service Questions:202-347-7663

## INVOICE SUMMARY

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Invoice | $335.22 |
| Total Amount Due | $335.22 |

## Go LaserShip, Go Green

## Announcing LaserShip e-Billing

### The easiest way to receive, review, and pay your LaserShip invoice.

Received

MAR 0 4 2010

Chicago AP

### Go to **LaserShip.com** to sign up for **e-Billing**.

Please return bottom portion with your payment

---

**LASERSHIP, INC.**

**BALANCE DUE UPON RECEIPT**

| ACCOUNT | INVOICE NO. | INVOICE DATE | CURRENT CHARGES | AMOUNT DUE |
|---------|-------------|--------------|-----------------|------------|
| 062367 | 00623670215 | Feb15 10 | $335.22 | $335.22 |

Please make checks payable to:

LASERSHIP, INC.
PO BOX 406420
ATLANTA, GA 30384-6420

AMOUNT ENCLOSED $_____

# LASERSHIP

### DETAIL OF DELIVERIES

SIDLEY AUSTIN LLP

| | | | | | Account Number | Billing Period |
|---|---|---|---|---|---|---|
| | | | | | 062367 | 2/1/2010 - 2/15/2010 |

| Date | Ordered By | Reference | From | To | POD | | Charges |
|---|---|---|---|---|---|---|---|
| 06100000510954 | | | SIDLEY AUSTIN LLP | GARRETT ISACCO CPA | ISAACO | CD | 136.50 |
| 2/2/2010 | GERALD PALMER | | 1501 K ST NW LOADING DOCK | ▬▬▬▬▬ | | SS | 25.00 |
| | | | WASHINGTON DC 20005 | | | | |
| | | 72932-3914990040 | Peter Jensen | | | EN | 20.17 |
| | | | | | | Tax | 0.00 |
| | | | | | | Total | 181.67 |
| 06100000510955 | | | GARRETT ISACCO CPA | SIDLEY AUSTIN LLP | NOTARY | CD | 136.50 |
| 2/2/2010 | GERALD PALMER | | ▬▬▬▬▬ | 1501 K ST NW LOADING DOCK | | | |
| | | | | WASHINGTON DC 20005 | | | |
| | | 72932-3914990040 | Peter Jensen | | | EN | 17.05 |
| | | | | | | Tax | 0.00 |
| | | | | | | Total | 153.55 |
| | | | | | 335.22 | | |

| | | |
|---|---|---|
| Finance Charge | | 0.00 |

Total: 335.22

**MPB&JMF Consulting LLC**
Invoice
February 16, 2010

Expenses:

Travel RT Secaucus-NYC-Secaucus plus transportation in NYC 3 trips... $ 28.60

     RT POV/parking Secaucus Hoboken Secaucus, 2 trips.................15.00

        Total                $ 43.60

Services:

I-2000 Inc (Transbeam): request for background information:
Conducted open source review of company's operations; physical check at 20 West 36th
Street, NY, NY 10018-8020. 6 hours of investigation/report.

Locate and serve Dr. Mohammad Mansouri with subpoena 12/31/09-2/16/10:
Conducted open source review, 2 trips to physically checked addresses in NYC, made
discreet contacts at prime address, contacted known associate there, developed leads in
New Jersey, physically checked lead at Stevens Institute of Technology on 2/12/10.
Successfully served subpoena 2/16/10. 90 hours of investigation/report.

Total of 96 investigative hours worked; 66 hours billed at pro bono rate of $ 50.00 per
hour (30 hours not billed "pro bono")...............................................$ 3300.00
Expenses (above).....................................................................   43.60

Total................................................................................ $ 3343.60

Please make payment to James M. Fitzsimmons      (Fed ID 16-1731927)
                2432 Harmon Cove Towers
                Secaucus, N.J. 07094-1769

**SIDLEY AUSTIN LLP**
**Request for Payment**

Accounting Use Only
Vendor #:
Voucher #:
Fed Tax ID:
RB 1:
RB 2:

DATE:                February 23, 2010

PAYABLE TO /         Bank Fund Staff Federal Credit Union
ADDRESS:             1725 I Street, N.W.
                     Suite 600
                     Washington, D.C  20006

CHARGE TO:           ☒ Client                    ☐ Office

Client/Matter Number:   39149-90040

Client/Matter Name:     Middle East/Hassan

Funds Expended For:     Copying costs for subpoenaed documents – Bank Fund's production costs

| | | |
|---|---|---|
| Meal Expense | | |
| Non-Meal Expense | | $867.00 |
| TOTAL AMOUNT: | | $ 867.00 |

Incurred by Signature        72932
                             User ID          Group #

Authorized by Signature      User ID          Group #

**MEAL SUPPLEMENT**
**(This portion must be completed when requesting payment for meal expense)**

AMOUNT OF MEAL EXPENSE: _____

Indicate the nature for which reimbursement is requested and list attendees at the meal.  Submit additional information in the "Funds expended for" section above.

**(ORIGINAL RECEIPTS MUST BE ATTACHED)**

Meals Related to:
(Mark one with an X)        ☐ Overtime              ☐ In House Business
                           ☐ Recruiting             ☐ Out of Office Business
                           ☐ Other (explain) _____

ATTENDEES:      _____

Special Instructions:   Please deliver check to Veronica L. Barnes - Secretary   RUSH – Need Check
                        today by 2:00 p.m.

KC-52

# Washington Express LLC

12240 Indian Creek Court #100
Beltsville, Md. 20705
www.washingtonexpress.com

**INVOICE**

2 0891 ...

*WASHINGTON EXPRESS*

| Invoice #: | 50767 |
|---|---|
| Account #: | 11452 |
| Billing Thru: | 05/31/10 |
| Page: | 1 |
| Branch: | Corp |

Please direct all inquires within 7 days to
Phone #: 301-210-0899x206
Email: stephanie.dorsett@washingtonexpress.com

101-02-090-541602000-0000

Received

Sidley Austin LLP
Attn: Accounts Payable
1501 K St NW
Washington, DC 20005

JUN 14 2010

Chicago A...

| Amount Remitted | $ |
|---|---|

Please Remit To:
Washington Express LLC
12240 Indian Creek Court #100
Beltsville, Md 20705

***** DID YOU KNOW WE CAN PROVIDE EDI AND PDF INVOICES ...

| Order Info | Reference | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|

| 918011 | 40461 TOM ROSS | Sidley Austin LLP | Joe N Morse/residence | 201.00 | 9.00 WD | 10.00 MI | 244.12 |
|---|---|---|---|---|---|---|
| Chad Bento | 3914990020 | 1501 K St NW | | S90R Long- | 24.12 GS | | |
| 05/26/10 | | Washington, DC 20005 | | TOS: WD | | | |
| 02:43 PM | ✓ | DEL 17:05 | SIGN slip | | | | |

Washington Express LLC 12240 Indian Creek Court #100 Beltsville, Md. 20705

- We Accept All Major Credit Cards - All Invoices Due upon Receipt -

Any claims for damages, loss or misdelivery please see our website for details www.washingtonexpress.com

| Invoice #: | 50767 |
|---|---|
| Account #: | 11452 |
| Billing Thru: | 05/31/10 |
| Page: | 1 |
| Branch: | Corp |

| | | | | | Total Charges This Invoice | |
|---|---|---|---|---|---|---|
| Account Balance As of 06/02/10 | 0-30 | 31-60 | 61-90 | 91+ | Finance Charge Per Terms | |
| | | | | | Invoice Total | |

Printed 06/02/10 07:55    TO INSURE PROPER POSTING TO YOUR ACCOUNT PLEASE WRITE YOUR ACCOUNT NUMBER OR INVOICE NUMBER ON YOUR REMITTANCE.

# Washington Express LLC

12240 Indian Creek Court #100
Beltsville, Md. 20705
www.washingtonexpress.com

**INVOICE**



| | |
|---|---|
| Invoice #: | 50767 |
| Account #: | 11452 |
| Billing Thru: | 05/31/10 |
| Page: | 2 |
| Branch: | Corp |

Please direct all inquires within 7 days to:
Phone #: 301-210-0899x206
Email: stephanie.dorsett@washingtonexpress.com

Sidley Austin LLP
Attn: Accounts Payable
1501 K St NW
Washington, DC 20005

| Amount Remitted | $ |
|---|---|

| Order Info | Reference | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|
| 918014<br>Chad Bento<br>05/26/10<br>04:15 PM | 40461 TOM ROSS<br>3914990020 ✓ | Joe N Morse/residence<br><br>DEL 18:45 | Sidley Austin LLP<br>1501 K St NW<br>Washington, DC 20005<br>SIGN williams | 204.00<br>S90R Long-<br>TOS: WD | 24.48 GS | 228.48 |
| 918020<br>Chad Bento<br>05/26/10<br>02:45 PM | 40461 Tom Ross<br>3914990020 ✓ | Sidley Austin LLP<br>1501 K St NW<br>Washington, DC 20005<br>DEL 16:30 | samuel gardiner/residence<br><br>SIGN gardiner | 29.00<br>S90 Car 90<br>TOS: WD | 27.60 WD   10.00 MI<br>3.48 GS | 70.08 |
| 918021<br>Chad Bento<br>05/26/10<br>04:17 PM | 40461 Tom Ross<br>3914990020 ✓ | samuel gardiner/residence<br><br>DEL 17:08 | Sidley Austin LLP<br>1501 K St NW<br>Washington, DC 20005<br>SIGN moore | 29.00<br>S90 Car 90<br>TOS: WD | 3.48 GS | 32.48 |
| | | | | | 40461 Tom Ross SUBTOTAL | 575.16 |

Morse
244.12
+ 228.48
472.60

Gardiner
70.08
+ 32.48
102.56

4.02

- We Accept All Major Credit Cards - All Invoices Due upon Receipt -

Any claims for damages, loss or misdelivery please see our website for details at www.washingtonexpress.com

| Invoice #: | 50767 |
|---|---|
| Account #: | 11452 |
| Billing Thru: | 05/31/10 |
| Page: | 2 |
| Branch: | Corp |

| 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|
| | | | |
| Account Balance As of 06/02/10 | | | |

| Total Charges<br>This Invoice | |
|---|---|
| Finance Charge<br>Per Terms | |
| Invoice Total | |

Printed 06/02/10 07:53        TO INSURE PROPER POSTING TO YOUR ACCOUNT PLEASE WRITE YOUR ACCOUNT NUMBER OR INVOICE NUMBER ON YOUR REMITTANCE.

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

Thomas E. Ross, Esquire
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005

**INVOICE:** 10-045045
8/26/2010
Days Past Due: 0

---

Job ID: 10-045045
Case No.: 08-705 (JDB)
Plaintiff: Trita Parsi, et al.
Defendant: Daioleslam Seid Hassan
Serve To: Puneet Talwar
Location: 2857 29th Place, NW, Washington, DC 20008

**Reference:** 391499002040461

Completed 8/26/2010
7:35 AM

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Courier Service | 1 | $15.00 | $15.00 |
| Service of Process | 1 | $60.00 | $60.00 |
| Witness Fee Check Tendered | 1 | $45.00 | $45.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | Sub-Total | $130.00 |
| | | Total Fees | $130.00 |
| | | Payment - | |
| | | Balance Due | $130.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Thursday, August 26, 2010

Inv# EXPSEPT2010

**MPB & JMF LLC**
**Invoice**
**September 17, 2010**

**Services rendered:**

Two hours, pro bono rate $ 50.00/hour. Round trip travel from Secaucus, N.J. to 250 West 57th St NY, NY and service of subpoena on Brown Lloyd James, 16 September 2010.

$ 100.00

**Expenses:**

Round trip bus/subway fare
9.00

**Total**
$ 109.00

**Please remit payment to:**

James M. Fitzsimmons
2432 Harmon Cove Towers
Secaucus, N.J. 07094-1769

SEP 2 0 2010



Subpoena Processing East
PO Box 8667 Y1372-110
Philadelphia, PA 19101

2/4/25'

November 22, 2010

Sidley Austin
Thomas E Ross
1501 K Street N.W.
Washington, DC 20005

| | |
|---|---|
| Re: | 10/6/2010 |
| Served Name: | Trita Parsi and National Iranian American Council vs. Daioleslam Sei |
| Bank Reference #: | 2045645          Invoice No:  71354 |

### INVOICE - PAYMENT REQUEST

Dear Thomas E Ross

This invoice for costs incurred by Wells Fargo for the production of documents requested on the above referenced legal order.
Please remit payment to the above address and include the above bank reference number to ensure proper credit.

### BILLING DETAILS

| | Items | | Items Charge | | Total Charge |
|---|---|---|---|---|---|
| Film Copies: | 4 | $ | $2.00 | $ | $8.00 |
| Image Copies: | 0 | $ | $2.00 | $ | $0.00 |
| **Other Items** | | | | | |
| Statements: | 0 | $ | $2.00 | $ | $0.00 |
| Signature Cards: | 0 | $ | $2.00 | $ | $0.00 |
| Wire Copies: | 0 | $ | $2.00 | $ | $0.00 |
| Loan Copies: | 0 | $ | $0.25 | $ | $0.00 |
| Production Hours: | | | | $ | $125.00 |
| Postage Charge: | | | | $ | |
| | | | | | |
| Total Amount Billed: | | | | $ | $133.00 |

Please contact us at 215-973-4000  if you have any questions.

Sincerely,

Subpoena Processing Department



*2045645*                    *LTR10*

2141248

Wells Fargo Bank NA
Subpoena Processing East
PO Box 8667 Y1372-110
Philadelphia, PA 19101
215-973-4000

12/14/2010

Sidley Austin
Thomas E Ross
1501 K Street N.W.
Washington, DC 20005

Re: Overdue Notice
Case No: 2045645          Invoice No: 69535

Dear Sir or Madam:

**NOTICE - PAYMENT IS 60 DAYS LATE**
Below please find the details of the Invoice for Payment that was forwarded to you sixty (60) days ago.   Although Wells Fargo provided you with the production of documents, you have failed to remit payment.   Please note that if Wells Fargo does not receive reimbursement for the costs listed in the enclosed invoice, we will be forced to take the appropriate legal action.

If you have any questions or concerns regarding our production, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wells Fargo

**Invoice Details:**

| | | | |
|---|---|---|---|
| Invoice No: | 69535 | Hours Worked: | 1 @ $25.00 per hour |
| Case No: | 2045645 | Pages Delivered: | Image Items: 116 @ $2.00 per page |
| Date Sent: | 10/15/10 | | Photo Items: 0 @ $2.00 per page |
| Total Amount: | $441.00 | | Page Loans: 0 @ $0.25 per page |
| | | | Signature Cards: 0 @ $2.00 per page |
| | | | Statements: 92 @ $2.00 per page |
| | | | Wires: 0 @ $2.00 per page |



*2045645*



*LTR12*

2141249

Wells Fargo Bank NA
Subpoena Processing East
PO Box 8667 Y1372-110
Philadelphia, PA 19101
215-973-4000

12/16/2010

Sidley Austin
Thomas E Ross
1501 K Street N.W.
Washington, DC 20005

Re: Overdue Notice
Case No: 2045645                Invoice No: 71044

Dear Sir or Madam:

**NOTICE - PAYMENT IS 30 DAYS LATE**
Below please find the details of the Invoice for Payment that was forwarded to you thirty (30) days ago. Although Wells Fargo provided you with the production of documents, you have failed to remit payment. Please note that if Wells Fargo does not receive reimbursement for the costs listed in the enclosed invoice, we will be forced to take the appropriate legal action.

If you have any questions or concerns regarding our production, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wells Fargo

Invoice Details:

| Invoice No: | 71044 | Hours Worked: | 12 @ $25.00 per hour |
|---|---|---|---|
| Case No: | 2045645 | Pages Delivered: | Image Items: 113 @ $2.00 per page |
| Date Sent: | 11/16/10 | | Photo Items: 0 @ $2.00 per page |
| Total Amount: | $526.00 | | Page Loans: 0 @ $0.25 per page |
| | | | Signature Cards: 0 @ $2.00 per page |
| | | | Statements: 0 @ $2.00 per page |
| | | | Wires: 0 @ $2.00 per page |


\* 2 0 4 5 6 4 5 \*


\* L T R 1 1 \*