IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN<br><br>Defendant. | Civil Action No. 08-705 (JDB) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S BILL OF RECOVERABLE COSTS

COME NOW, Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire and Pishevar & Associates, P.C., and respectfully file this Motion for Leave to file a surreply to Defendant's Final Bill of Recoverable Costs Pursuant to the Court's Order of September 13, 2012 (hereinafter "Bill of Costs"), and state as follows:

1. On September 13, 2012, the Court awarded the Defendant Sanctions and set forth a schedule whereby the Defendant was to submit his Bill of Costs by October 12, 2012, the Plaintiffs were to file an opposition by October 26, 2012, and the Defendant was to file a reply by November 9, 2012.

2. Defendant's initial Bill of Costs was simply that, a Bill of Costs without any legal support for the claimed amounts and without much supporting documentation to justify the exceedingly high amount of costs demanded.

3. Plaintiffs' Opposition addressed those shortcomings. However, Defendant's Reply only partially curred those shortcomings.

4. More importantly, Defendant's Reply contained mischaracterizations that need to be corrected and that Plaintiffs could not address in their Opposition as they were not asserted previously.

5. Specifically, Defendant's Reply contains two material misrepresentations and mischaracterizations. (*See* Plaintiffs' Surreply to Bill of Costs, attached hereto as Exhibit A.) First, Defendant claims PricewaterhouseCoopers (hereinafter "PwC") did not have access to the entire contents of the hard drives at the time of imaging, therefore greatly increasing the time and costs of the imaging process. Second, Defendant misrepresents the scope of imaging performed by PwC during the second imaging event, in direct contradiction to PwC's own bill.

6. The court may grant leave to file a surreply at its discretion. *American Forest & Paper Ass'n, Inc. v. United States Envtl. Prot. Agency*, 1996 WL 509601, at *3 (D.D.C. 1996). Granting leave to file a surreply is appropriate when a reply leaves "a party ... 'unable to contest matters presented to the court for the first time.'" *Ben-Kotel v. Howard Univ.*, 319 F.3d 532, 536 (D.C. Cir. 2003) (citation omitted); *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting leave).

7. A surreply may be necessary whether the new matter is factual or raises new legal arguments. It is particularly appropriate in order to address and correct inaccuracies in a reply memorandum. *See American Forest & Paper*, 1996 WL 509601 at *3. The court considers whether the surreply is "helpful to the adjudication" of the motion in determining whether to grant leave to file a surreply. *Lopez v. Council On American-Islamic Relation*, 657 F.Supp.2d 104, 108 (D.D.C., 2009).

8. It is necessary for the Plaintiffs to file a surreply in order to address Defendant's mischaracterizations that were not previously raised by the Defendant.

9. Plaintiffs have conferred with the Defendant regarding the instant Motion and Defendant objects to Plaintiffs' filing. (*See* Email between Tim Kapshandy and Farrokh Mohammadi, attached hereto as Exhibit B.)

10. Accordingly, for each of the reasons set forth above, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a surreply to Defendant's Bill of Costs.

>Respectfully submitted,
>
>_____/S/_____
>A.P. Pishevar (D.C. Bar No. 451015)
>**PISHEVAR & ASSOCIATES, P.C.**
>226 N. Adams Street
>Rockville, MD 20850
>Phone: (301) 279 – 8773
>Fax:    (301) 279 – 7347
>Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| DAIOLESLAM SEID HASSAN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on November 20, 2012, I served, via email, Plaintiffs' Motion for Leave to File Surreply to Defendant's Bill of Costs to:

Timothy E. Kapshandy, Esquire
Peter G. Jensen, Esquire
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
tkapshandy@sidley.com

Attorneys for Defendant
Seid Hassan Daioleslam


_____/s/_____
A.P. Pishevar (D.C. Bar No. 451015)
226 N. Adams Street
Rockville, MD 20850
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
ap@pishevarlegal.com
Counsel for the Plaintiffs

Attorneys for Plaintiff
Trita Parsi
National Iranian American Council

4