# EXHIBIT A-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI </br></br> and </br></br> NATIONAL IRANIAN AMERICAN COUNCIL </br></br> Plaintiffs, </br></br> v. </br></br> DAIOLESLAM SEID HASSAN, </br></br> Defendant | Civil No. 08 CV 00705 |

## DECLARATION OF MARC HIRSCHFELD

I, Marc Hirschfeld being over 18 years of age, have personal knowledge of and am competent to testify to the matters and facts set forth in this affidavit, and state as follows:

1. I am an attorney duly licensed in Maryland and the District of Columbia and I am the Founder and President of Precision Legal Services "PLS".

2. PLS has been appointed by the Superior Court of the District of Columbia and Montgomery County Circuit Court to perform forensic data collection, analysis and provide assistance with E-discovery in various civil matters.

3. I have been appointed by the Montgomery County Circuit Court to assist the Court in mediating disputes regarding E-discovery issues.

4.   I am a member of the Electronic Discovery Reference Model subcommittee on Search, the Maryland State Bar Association Technology Committee, and the DC Bar E-Discovery Committee.

5.   I have provided CLE courses to members of the Montgomery County Bar and presented talks on E-discovery and Forensics to the American Bar Association, Federal Bar Association, Maryland State Bar Association and Montgomery County Bar Association.

6.   I was present in Sidley's Washington office during the PWC imaging of hard drives on September 7, 2011.

7.   PWC technicians had automated imaging devices attached to the NIAC hard drives

8.   The automated devices are only capable of imaging the entire contents of a hard drive, not a targeted collection as I suggested should have been performed.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGEOING IS TRUE AND CORRECT.**

_____                    ____11/19/2012_____
Marc Hirschfeld, Esq.                                                   Date