# EXHIBIT B



**Farrokh Mohammadi <fm@pishevarlegal.com>**

## NIAC v. Dai - Motion for Leave to File Surreply

**Kapshandy, Timothy E.** <tkapshandy@sidley.com>   Mon, Nov 19, 2012 at 3:53 PM
To: Farrokh Mohammadi <fm@pishevarlegal.com>
Cc: "Jensen, Peter" <pjensen@sidley.com>, "Ross, Tom" <tom.ross@sidley.com>, Afshin Pishevar <ap@pishevarlegal.com>, Jeff Handelsman <jh@pishevarlegal.com>

Farrokh,

Defendant paid PwC so your distinction between PwC's costs and Defendant's costs is one without a difference. The basis for Defendant's statement about the costs of the court-mandated limitation on the imaging is simple: when one is paying by the hour, a more complicated process costs more than a simple one.

You are the one saying that PwC did a preliminary analysis at the imaging. Nowhere does Defendant say that so there is nothing to reply to regarding that assertion.

Defendant does object to Plaintiffs' attempt to file a surreply.

Thanks,

Tim

> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Monday, November 19, 2012 2:35 PM
> **To:** Kapshandy, Timothy E.
> **Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar; Jeff Handelsman
> **Subject:** Re: NIAC v. Dai - Motion for Leave to File Surreply
>
> Tim,
>
> What you meant to say in your reply and what you actually say are different.
>
> In any event, I'm not sure whether your response is any more accurate than the misrepresentation in the reply. Defendant's lack of access to the full forensic images should have no bearing on PwC's costs, yet Defendant claims that PwC's costs were increased (the whole statement was in section 1 discussing PWC costs not Defendants costs). Does Defendant have any documentation to back up the claim that PwC's costs were increased because of this complication?

Please explain the statement, "Accordingly, this drive was not even subjected to forensic analysis once preliminary analysis showed that Plaintiffs had pulled a switcheroo." How does the statement reconcile with your current representation that "nowhere does defendant claim that PwC performed a preliminary analysis at the second event."

Is it fair to presume that Defendant objects to the filing of the surreply?

On Mon, Nov 19, 2012 at 2:48 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Farrokh,

You are misreading Defendant's reply, so no surreply is necessary. Defendant does not claim that PwC did not have access to the entire hard drive(s) at the time of imaging. Rather, Defendant merely described how the Court's procedure prevented him from viewing each entire hard drive and PwC had to set up fairly involved processes to ensure that it was complying with the Court's imaging order so that it only analyzed permissible files. Second, nowhere does defendant claim that PwC performed a preliminary analysis at the second event. Please call me if you have any questions.

Thanks,

Tim

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Monday, November 19, 2012 1:28 PM
**To:** Kapshandy, Timothy E.
**Cc:** Jensen, Peter; Ross, Tom; Afshin Pishevar; Jeff Handelsman
**Subject:** NIAC v. Dai - Motion for Leave to File Surreply

Tim:

Plaintiffs plan on filing a Motion for Leave to File a Surreply to Defendant's Reply to the Bill of Costs. There are two new assertions that are mischaracterizations/misrepresentations of what occurred during imaging. First, Defendant claims PwC did not have access to the entire contents of the hard drives at the time of imaging, therefore greatly increasing the time and costs of the imaging process. Second, Defendant claims PwC only performed a "preliminary analysis" at the second imaging event.

Plaintiffs plan on filing their Motion for Leave today, so please state whether you consent to this filing by 4:30 pm today. Thank you.

--

Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.

226 N. Adams St.
Rockville, Maryland 20850
Tel.(301) 279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
*******************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************************

--

Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Associates, P.C.
226 N. Adams St.
Rockville, Maryland 20850
Tel.(301) 279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client

relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))