IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION** of Plaintiffs' Motion For Leave To File Surreply to Defendant's Recoverable Bill of Costs, and the full record herein, this _____ day of _____, 201__, it is hereby:

**ORDERED,** that Plaintiffs' Motion for Leave to File a Surreply is **GRANTED**.

**IT IS SO ORDERED**.

_____
Judge John D. Bates
United States District Court