UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI**<br><br>and<br><br>**NATIONAL IRANIAN AMERICAN COUNCIL,**<br>           Plaintiffs,<br><br>v.<br><br>**DAIOLESLAM SEID HASSAN,**<br>           Defendant. | CIVIL NO. 08 CV 00705 (JDB) |

### NOTICE OF FILING OF VERIFICATION OF
### DEFENDANT'S FINAL BILL OF RECOVERABLE COSTS

Defendant Seid Hassan Daioleslam, pursuant to 28 U.S.C. § 1924, hereby files his verification of costs included in his *Final Bill of Recoverable Costs Pursuant to the Court's Order of September 13, 2012* [D.I. 194], dated October 12, 2012, as modified on November 9, 2012 [D.I. 199].

Submitted this 29th day of November, 2012.

/s/  Thomas E. Ross
Thomas E. Ross (D.C. Bar No. 994275)
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Peter Jensen (D.C. Bar No. 982599)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K St., N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL,** | ) | |
| Plaintiffs, | ) | **CIVIL NO. 08 CV 00705 (JDB)** |
| | ) | |
| v. | ) | |
| | ) | |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| Defendant. | ) | |
| | ) | |

VERIFICATION OF DEFENDANT'S
FINAL BILL OF RECOVERABLE COSTS

On October 12, 2012, Defendant filed his *Final Bill of Recoverable Costs Pursuant to the Court's Order of September 13, 2012* [D.I. 194] (the "Final Bill of Costs"). I declare under penalty of perjury that the costs included in the Final Bill of Costs (as modified in Defendant's reply brief in support of the same dated November 9, 2012 [D.I. 199]) are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. Copies of the Final Bill of Costs, Defendant's reply brief in support of the same, and this verification have been served on all parties.

Submitted this 29th day of November, 2012.

          */s/  Thomas E. Ross*      .
          Thomas E. Ross (D.C. Bar No. 994275)
          Timothy E. Kapshandy (Illinois Bar No. 6180926,
          admitted *pro hac vice*)
          Peter Jensen (D.C. Bar No. 982599)
          HL Rogers (D.C. Bar No. 974462)
          SIDLEY AUSTIN LLP
          1501 K St., N.W.
          Washington, D.C.  20005
          (202) 736-8000
          tom.ross@sidley.com

          *Attorneys for Defendant*
          *Seid Hassan Daioleslam*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012, I caused true and correct copies of the foregoing *Notice of Filing of Verification of Defendant's Fill Bill of Recoverable Costs* and *Verification of Defendant's Fill Bill of Recoverable Costs* to be served by e-mail on:

>Afshin Pishevar
>Farrokh Mohammadi
>600 East Jefferson St., Ste 316
>Rockville, MD 20852
>(301) 279-8773
>ap@pishevarlegal.com
>fm@pishevarlegal.com

Dated:  November 29, 2012          /s/ *Thomas E. Ross*          .
>Thomas E. Ross (D.C. Bar No. 994275)
>Timothy E. Kapshandy (Illinois Bar No. 06180926, admitted *pro hac vice*)
>Peter G. Jensen (D.C. Bar No. 982599)
>HL Rogers (D.C. Bar No. 974462)
>SIDLEY AUSTIN LLP
>1501 K St., N.W.
>Washington, D.C.  20005
>(202) 736-8000
>tom.ross@sidley.com
>
>*Attorneys for Defendant*
>*Seid Hassan Daioleslam*