# EXHIBIT A

# PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
PricewaterhouseCoopers Center
300 Madison Avenue
New York NY 10017
Telephone (646) 471 3000
Facsimile (813) 286 6000

October 18, 2010

Timothy Kapshandy
Partner
Sidley Austin
One South Dearborn
Chicago, Illinois 60603

Dear Mr. Kapshandy:

Our Services were performed and this Report was developed in accordance with our engagement letter dated 7/19/2010 and are subject to the terms and conditions included therein.

Our Services were performed in accordance with Standards for Consulting Services established by the American Institute of Certified Public Accountants ("AICPA"). Accordingly, we are providing no opinion, attestation or other form of assurance with respect to our work and we did not verify or audit any information provided to us.

Our work was limited to the specific procedures and analysis described herein and was based only on the information made available through 10/18/2010. Accordingly, changes in circumstances after this date could affect the findings outlined in this Report.

This information has been prepared solely for the use and benefit of, and pursuant to a client relationship exclusively with, Sidley Austin ("Client"). PwC disclaims any contractual or other responsibility to others based on its use and, accordingly, this information may not be relied upon by anyone other than Sidley Austin.

We appreciate the opportunity to assist you with this matter.

Very truly yours,

PricewaterhouseCoopers LLP