IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI<br><br>and<br><br>NATIONAL IRANIAN AMERICAN COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Plaintiffs' Motion to Strike Defendant's Verification of Final Bill of Recoverable Costs, Defendant's Opposition thereto, any permitted replies, and the full record herein, this _____ day of _____, 2012, it is hereby:

**ORDERED,** that Plaintiffs' Motion to Strike is **GRANTED**;

IT IS SO ORDERED.

_____
Judge John D. Bates
United States District Court