**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TRITA PARSI** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL,** | ) | |
| **Plaintiffs,** | ) | **CIVIL NO. 08 CV 00705 (JDB)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**OPPOSITION TO MOTION TO  STRIKE**
**VERIFICATION OF DEFENDANT'S**
**FINAL  BILL OF RECOVERABLE COSTS**

Plaintiffs have moved to strike ("Motion to Strike") Defendant's verification

("Verification") [D.I. 201] of his *Final Bill of Recoverable Costs Pursuant to the Court's Order*

*of September 13, 2012* ("Final Bill of Costs") [D.I. 194] and as modified by Defendant's *Reply*

*Brief* in support of the same [D.I. 199].  They argue that (i) Defendant failed to timely file the

Verification and (ii) Defendant's counsel should not be allowed to verify the costs of work

performed by PricewaterhouseCoopers in connection with the Court-ordered forensic imaging.

*See* Motion to Strike at 2-3.  The Motion to Strike is meritless, and should be denied.

The Motion to Strike is entirely unsupported by law or fact.  The only authority cited

therein is 28 U.S.C. § 1924, which merely states that "*[b]efore any bill of costs is taxed*, the

party claiming any item of cost or disbursement shall attach thereto an affidavit" verifying such

costs.  *See* 28 U.S.C. § 1924 (emphasis added).  The affidavit must be "made by [the party]

himself or by his *duly authorized attorney* or agent having knowledge of the facts."  *Id.*

That is precisely what happened here.  The Verification was signed by Defendant's "duly authorized attorney . . . with knowledge of the facts" before any costs had been taxed.  The Verification covered *all costs* listed in the Final Bill of Costs—including those from *Defendant's Bill of Recoverable Costs Pursuant to the Court's Order of August 30, 2011* [D.I. 139] previously filed on September 6, 2011 (which, in any event, already included an attestation that "[c]ounsel for Defendant certifies that the time reflected [in the bill of costs] was reasonably necessary in bringing the motions").  There is no issue of timing or authority under the statute. *See* 28 U.S.C. § 1924; *see also In re Ellipso*, No. 09-00148, 2010 Bankr. LEXIS 635, at *2 (Bankr. D.C. Mar. 5, 2010) (even failure to file a verification is "curable").  Nor can Plaintiffs credibly suggest that *each and every vendor* in a case such as this—including, but presumably not limited to, PricewaterhouseCoopers—is required to independently verify its costs.  The statute explicitly states otherwise.

There is no reason to grant Plaintiffs the extraordinary remedy they seek.  Not only does 28 U.S.C. § 1924 say so, but allowing a party to avoid sanctions by striking a *verification* would be inequitable in the extreme.  Plaintiffs do not even *allege* prejudice in this instance.  Nor did they even raise the verification issue in their opposition to the Final Bill of Costs or proposed surreply.  As there is no question that the Verification was filed before any costs were taxed, the Motion to Strike should be denied.

Submitted this 30th day of November, 2012.


      /s/  *Thomas E. Ross*       .
Thomas E. Ross (D.C. Bar No. 994275)
Timothy E. Kapshandy (Illinois Bar No. 6180926, admitted *pro hac vice*)
Peter Jensen (D.C. Bar No. 982599)
HL Rogers (D.C. Bar No. 974462)
SIDLEY AUSTIN LLP
1501 K St., N.W.
Washington, D.C.  20005
(202) 736-8000
tom.ross@sidley.com

*Attorneys for Defendant*
*Seid Hassan Daioleslam*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2012, I caused true and correct copies of the

foregoing ***Opposition to Motion to Strike Verification of Defendant's Final Bill of Recoverable***

***Costs*** to be served by e-mail on:

>Afshin Pishevar
>Farrokh Mohammadi
>600 East Jefferson St., Ste 316
>Rockville, MD 20852
>(301) 279-8773
>ap@pishevarlegal.com
>fm@pishevarlegal.com

Dated:  November 30, 2012

>_____/s/  Thomas E. Ross_____.
>Thomas E. Ross (D.C. Bar No. 994275)
>Timothy E. Kapshandy (Illinois Bar No.
>06180926, admitted *pro hac vice*)
>Peter G. Jensen (D.C. Bar No. 982599)
>HL Rogers (D.C. Bar No. 974462)
>SIDLEY AUSTIN LLP
>1501 K St., N.W.
>Washington, D.C.  20005
>(202) 736-8000
>tom.ross@sidley.com
>
>*Attorneys for Defendant*
>*Seid Hassan Daioleslam*