# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 12-7111**                          **September Term, 2012**

1:08-cv-00705-JDB

Filed On: November 30, 2012 [1407722]

Trita Parsi and National Iranian American Council,

         Appellants

         v.

Daioleslam Seid Hassan,

         Appellee

## ORDER

Upon consideration of appellants' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

Appellants are directed to file status reports at 30-day intervals beginning December 31, 2012. A copy of each status report must be served on the district court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the district court proceedings.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                             BY:     /s/
                                             Mark A. Butler
                                             Deputy Clerk