

# Jacobs & Schlesinger LLP
Attorneys at Law

March 1, 2013

Angela D. Caesar
Clerk of Court
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

    Re: <u>Parsi et al. v. Hassan</u>, 1:08-cv-00705-JDB

Dear Ms. Caesar:

    I am one of the appellate counsel for Trita Parsi and National Iranian American Council (D.C. Circuit No. 12-7111). Under an order that the D.C. Circuit entered on November 30, 2012, I am enclosing a service copy of Mr. Parsi's and NIAC's abeyance-related status report that they filed electronically today in the D.C. Circuit.

                                              Respectfully submitted,

                                              David A. Schlesinger, Esq.

                                              Appellate Counsel for Trita Parsi and
                                              National Iranian American Council

cc: A.P. Pishevar (w/o enclosure)
    Peter G. Jensen (w/o enclosure)
    Richard Klingler (w/o enclosure)
    Timothy E. Kapshandy (w/o enclosure)

Enclosure



RECEIVED
Mail Room
MAR - 5 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRITA PARSI and NATIONAL IRANIAN AMERICAN COUNCIL, )<br>)<br>)<br>Appellants, )<br>)<br>)<br>)<br>v. )<br>)<br>DAILOLESLAM SEID HASSAN, )<br>)<br>Appellee. ) | No. 12-7111<br><br>(C.A. No. 1:08-cv-00705-JDB) |

### APPELLANTS' STATUS REPORT

As this Court previously directed, Appellants Trita Parsi and National Iranian American Council write to apprise this Court regarding what has transpired in the underlying district court proceedings since they last filed a status report on February 1, 2013. Simply put, there have not been any developments.

Appellants will file their next Status Report with this Court on April 1,



2013.

Dated: March 1, 2013

                Respectfully submitted,

                s/ A.P. Pishevar

                _____
                A.P. PISHEVAR
                PISHEVAR & ASSOCIATES P.C.
                226 N. Adams Street
                Rockville, MD 20850
                Telephone: (301) 279-8773
                Facsimile: (301) 279-7347
                ap@pishevarlegal.com

                s/David A. Schlesinger
                _____
                DAVID A. SCHLESINGER
                JACOBS & SCHLESINGER LLP
                The Chamber Building
                110 West C Street, Suite 901
                San Diego, CA 92101
                Telephone:  (619) 230-0012
                Facsimile: (619) 230-0044
                david@jsslegal.com

                Counsel for Appellants TRITA PARSI
                and NATIONAL IRANIAN AMERICAN
                COUNCIL

## CERTIFICATE OF SERVICE

I certify that on March 1, 2013, I electronically filed Appellants Trita Parsi's and National Iranian American Council's Status Report with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that I served Peter G. Jensen, and Richard Klingler, counsel of record for Appellee Daioleslam Seid Hassan, on March 1, 2013, via this Court's CM/ECF system. Mssrs. Jensen and Klingler are registered with this Court to receive service electronically.

I also certify that Timothy E. Kapshandy, one of Mr. Hassan's appellate counsel, is not currently registered with this Court to receive service electronically. Accordingly, I served him by sending a paper copy of the status report on March 1, 2013, via first-class United States mail, postage prepaid to:

> Timothy E. Kapshandy, Esq.
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603

I further certify that I served the district court with a paper copy of the Status Report by sending it on March 1, 2013, via first-class United States mail,

postage prepaid, to:

    Angela D. Caesar
    Clerk of Court
    United States District Court for the District of Columbia
    333 Constitution Ave., N.W.
    Washington, D.C. 20001

                        s/David A. Schlesinger
                        DAVID A. SCHLESINGER
                        JACOBS & SCHLESINGER LLP