UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRITA PARSI and NATIONAL
IRANIAN AMERICAN COUNCIL,

    Plaintiffs,

       v.                            Civil Action No.  08-705 (JDB)

SEID HASSAN DAIOLESLAM,

    Defendant.

## ORDER

Pursuant to [189] [190] [191] the Court's September 13, 2012 opinions and order granting summary judgment in favor of defendant and granting in part and denying in part defendant's omnibus motion for sanctions, and [211] the Court's April 8, 2013 order awarding fees and expenses to defendant, it is hereby **ORDERED** that judgment is entered in favor of defendant and against plaintiffs on the merits and that judgment in the amount of $183,480.09, plus interest from September 13, 2012, is entered in favor of defendant and against plaintiffs on defendant's motion for sanctions.

    SO ORDERED.

                                                  /s/ John D. Bates
                                                  JOHN D. BATES
                                             United States District Judge

Dated: April 9, 2013