IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

**PLAINTIFFS' CONSENT MOTION TO FIX THE AMOUNT OF SUPERSEDEAS BOND AND TO STAY EXECUTION OF JUDGMENT PENDING APPEALS**

COME NOW Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Afshin Pishevar, Esquire and Pishevar & Associates, P.C., and respectfully requests that the Court fix the amount of a supersedeas bond and thereafter stay the execution of the Judgment pending appeals, and in support states as follows:

1. The Court herein granted Defendant's Motion for Summary Judgment and granted in part and denied in part Omnibus Sanctions Motion on September 13, 2012 and ordered Defendant to submit his Bill of Costs.

2. Plaintiffs' filed their Notice of Appeal on October 12, 2012.

3. Defendant filed his Bill of Costs on October 12, 2012 to which Plaintiffs' took several objections.

1

4.  Plaintiffs' filed their Response to the Bill of Costs on October 26, 2012 and Defendant filed his Reply on November 9, 2012.

5.  Thereafter, upon consideration of the Plaintiffs' objections to the Bill of Costs, the Court entered a judgment on April 9, 2013 in the amount of $183,480.09, plus post-judgment interest accruing from the date of the September 13, 2012 order.

6.  In order to stay the execution of the judgment during the pendency of the appeal, Plaintiffs are ready, willing and able to post a supersedeas bond pursuant to Fed. R. Civ. P. 62(b).

7.  Plaintiffs are ready, willing and able to post a bond via Cashier's check in the amount $184,000.00 to cover the judgment amount, costs and post-judgment interest. Plaintiffs' have attached a copy of the certified cashiers check hereto. *See* Copy of Certified Cashier's Check, attached hereto as Exhibit 1. The cashier's check is ready to be filed with the Court's Registry upon granting and signing of this order.

8.  Plaintiffs submit that the amount of $184,000.00 is a fair and appropriate amount for the supersedeas bond to stay the execution of the judgment.

9.  Undersigned counsel has contacted the clerk of the court and has received confirmation that should the supersedeas bond be approved by the Court, the Court's Registry would be able to hold the funds.

10. Counsel for Plaintiffs has discussed this Motion with counsel for Defendant who consents to the Motion and consents to the manner and amount of the bond. Defendant's consent is conditioned on his right to proceed against Plaintiffs for any qualifying amounts exceeding the posted bond.

WHEREFORE, Plaintiffs respectfully requests that the Court fix the amount of supersedeas bond at $184,000.00 and thereafter stay the execution of the judgment.

Respectfully submitted,

_____/S/_____
A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & ASSOCIATES, P.C.**
226 North Adams Street
Rockville, MD 20850
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| DAIOLESLAM SEID HASSAN, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on April 23, 2013, I served, via email, Plaintiffs' Consent Motion to Fix The Amount of Supersedeas Bond and to Stay Execution of Judgment Pending Appeal to:

> Timothy E. Kapshandy, Esquire
> Peter G. Jensen, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam

_____/s/_____
Afshin Pishevar
226 North Adams Street
Rockville, Maryland 20850
(301) 279-8773
ap@pishevarlegal.com

Attorneys for Plaintiff
Trita Parsi
National Iranian American Council