IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN <br><br> Defendant. | Civil No. 08 CV 00705 |

ORDER GRANTING
PLAINTIFFS' CONSENT MOTION TO FIX THE AMOUNT OF SUPERSEDEAS
BOND AND TO STAY EXECUTION OF THE JUDGMENT PENDING APPEAL

Upon consideration of the Plaintiffs' Consent Motion to Fix the Amount of Supersedeas Bond and to Stay Execution of the Judgment Pending Appeal, and the entire record herein, and the Court being satisfied that the manner of posting the supersedeas bond is acceptable and the amount of the supersedeas bond is sufficient, it is this 26th day of April, 2013 hereby

**ORDERED** that the Plaintiffs' Consent Motion to Fix the Amount of Supersedeas Bond and to Stay Execution of the Judgment is **GRANTED**; and it is further

**ORDERED** that the Plaintiffs' shall post a supersedeas bond of $184,000.00 via a certified cashier's check with the United States District Court for the District of Columbia's Registry within 10 days of this Order; and it is further

**ORDERED** that the execution of the Judgment is Stayed.

**SO ORDERED.**

_____
Judge Bates, United States District Court for the
District of Columbia