IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRITA PARSI<br>and<br>NATIONAL IRANIAN AMERICAN COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>DAIOLESLAM SEID HASSAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 08 CV 00705<br>)<br>)<br>) |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Trita Parsi and National Iranian American Council appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court Judgment entered on April 9, 2013, in Defendant's favor; its Opinion and Order entered on April 8, 2013, regarding Defendant's request for sanctions against Plaintiffs; its Opinion and Order granting in part Defendant's Omnibus Motion for Sanctions (Dkt Nos. 190 and 191), entered on September 13, 2012; and its Opinion and Order granting Defendant's Motion for Summary Judgment (Dkt. Nos. 189 and 191), also entered on September 13, 2012. In appealing the order concerning the Omnibus Sanctions Motion, Plaintiffs presently intend to appeal this Court's orders regarding several underlying discovery motions that were predicates to this Court's imposing

sanctions. <u>See</u>, <u>e.g.</u>, Dkt Nos. 32, 53, 68, 82, 85, 93, 95, 138, 138, 177, and 178.

Dated: May 7, 2013

              Respectfully submitted,

              _____/S/_____
              A.P. Pishevar (D.C. Bar No. 451015)
              **PISHEVAR & ASSOCIATES, P.C.**
              226 N. Adams Street
              Rockville, MD 20850
              Phone: (301) 279-8773
              Fax: (301) 279-7347
              Counsel for the Plaintiffs