# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 12-7111

September Term, 2014

Filed On: February 10, 2015

TRITA PARSI AND NATIONAL IRANIAN AMERICAN COUNCIL,
APPELLANTS

v.

SEID HASSAN DAIOLESLAM,
APPELLEE



Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cv-00705)

Before: ROGERS and WILKINS, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed in part, be reversed in part, and the case be remanded for reconsideration of those aspects of the judgment awarding Daioleslam's expenses in preparing portions of his sanctions motions related to NIAC's alteration of the document and Parsi's interrogatory responses, as well as the award of post-judgment interest to run from September 13, 2012, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

Date: February 10, 2015

Opinion for the court filed by Circuit Judge Wilkins.