# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI )<br>)<br>and )<br>)<br>NATIONAL IRANIAN AMERICAN COUNCIL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAIOLESLAM SEID HASSAN, )<br>)<br>Defendant. )<br>) | Civil No. 08 CV 00705 |

## PLAINTIFFS' OPPOSED MOTION TO CONTINUE THE MAY 21, 2015 STATUS CONFERENCE

COME NOW, Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Farrokh Mohammadi, Esquire and Pishevar & Associates, P.C., and file this Opposed Motion to Continue the Status Conference set for May 21, 2015 at 10:00 am and for reasons state as follows:

1.  On April 1, 2015, this Court entered Minute Orders scheduling a Status Conference for May 21, 2015 at 10:00 a.m.

2.  However, on or about December 17, 2014, approximately three and a half months prior to this matter being set, the Circuit Court for Montgomery County, Maryland, issued a scheduling order in case number 123188FL, and set the custody merits trial for May 21, 2015 at 9:30 AM for a full day trial. See Scheduling Order, attached hereto as Exhibit 1.

- 2 -

3. As such, undersigned counsel Farrokh Mohammadi, Esq. has a pre-existing conflict on May 21, 2015.

4. Additionally, counsel A.P. Pishevar, Esq. is in California for personal family reasons and is currently not involved in the practice of law. There is no known timeframe for his return.

5. Consequently, undersigned counsel is the only attorney at the firm currently.

6. Prior to requesting the instant continuance, undersigned counsel attempted to resolve either this matter or the matter pending in the Montgomery County Circuit Court. Unfortunately, it does not appear at this time that either matter will resolve short of the May 21, 2015 date.

7. Thus, the instant motion is now required in an effort to resolve the existing conflict.

8. Plaintiffs have conferred with the Defendant, who "strongly objects" to the continuance.

9. Specifically, the Defendant objects and states that he does not want further delay unless permitted to execute on the uncontested amounts.

10. Additionally, the Defendant stated that the other trial should be rescheduled, rather than this status conference.

11. Defendant is aware of counsel A.P. Pishevar's circumstances and his unavailability.

12. Given the circumstances and the relative brief continuance that is being requested, undersigned counsel believes this request for accommodation is reasonable and appropriate.

WHEREFORE, Plaintiffs respectfully request that the Court continue the Status Conference currently set for May 21, 2015 to a later date 3-4 weeks from the current date of the hearing. Should the Court grant this Motion, undersigned counsel is prepared to clear the calendar with the Court to ensure there are no further conflicts.

Respectfully submitted,

_____/S/_____
Farrokh Mohammadi (Admitted Pro Hac Vice)
A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & MOHAMMADI, P.C.**
226 North Adams Street
Rockville, MD 20850
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| DAIOLESLAM SEID HASSAN, | )<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2015, I served, via email and ECF, Plaintiffs' Motion to Continue the May 21, 2015 Status Conference to:

> Timothy E. Kapshandy, Esquire
> Tom Ross, Esquire
> SIDLEY AUSTIN LLP
> 1501 K Street, N.W.
> Washington, D.C. 20005
> (202) 736-8000
> tkapshandy@sidley.com
>
> Attorneys for Defendant
> Seid Hassan Daioleslam

> _____/s/_____
> Farrokh Mohammadi
> 226 North Adams Street
> Rockville, Maryland 20850
> (301) 279-8773
> ap@pishevarlegal.com
>
> Attorney for Plaintiffs
> Trita Parsi
> National Iranian American Council

- 4 -