IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 |

## PROPOSED ORDER

**UPON CONSIDERATION OF** Plaintiffs' Opposed Motion to Continue the May 21, 2015 Status Conference and any Opposition thereto, this _____ day of _____, 2015, it is hereby:

**ORDERED**, that Plaintiffs' Motion is **GRANTED**; and further

**ORDERED**, that the Status Conference is rescheduled to the _____ day of _____, 2012 at _____, in Courtroom _____.

**IT IS SO ORDERED.**

Judge John D. Bates
United States District Court