# EXHIBIT 1

**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Friday, May 08, 2015 3:51 PM |
| **To:** | 'Farrokh Mohammadi' |
| **Cc:** | ap@pishevarlegal.com; Ross, Tom |
| **Subject:** | RE: FW: Issues for May 21 Status Conference |

Thanks, Farrokh.  Same to you.
Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com


**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Friday, May 08, 2015 3:47 PM
**To:** Kapshandy, Timothy E.
**Cc:** ap@pishevarlegal.com; Ross, Tom
**Subject:** Re: FW: Issues for May 21 Status Conference

Tim,

I just wanted to let you know that I have not forgotten about this.  My clients and I are talking and I
should have a response back to you by early next week.  Thanks and have a good weekend.

On Wed, Apr 29, 2015 at 4:19 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
Farrokh,
They are just the Ct App decision and the appendix to our Ct App brief. If you cannot find those please let is
know.
Thanks


**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Wednesday, April 29, 2015 04:04 PM
**To:** Kapshandy, Timothy E.
**Cc:** ap@pishevarlegal.com <ap@pishevarlegal.com>; Ross, Tom
**Subject:** Re: FW: Issues for May 21 Status Conference

Tim,

please send me the exhibits as well.  Thanks.

On Tue, Apr 28, 2015 at 9:14 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Farrokh,

I see AP is out and should have copied you anyway.  Please take a look at this and get back to me.

Thanks,

Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com


---

**From:** Kapshandy, Timothy E.
**Sent:** Tuesday, April 28, 2015 7:54 AM
**To:** ap@pishevarlegal.com
**Cc:** Ross, Tom
**Subject:** Issues for May 21 Status Conference


AP:
Hope all is well.  Before we go back before Judge Bates, let's chat to see if we can narrow or possibly resolve the issues remaining on remand.  Please take a look at the draft motion we have prepared regarding enforcing the bond on the issues not appealed or affirmed.  As you know there are only two minor issues on remand.  If we could agree to the amounts at issue, if not the merits of the one substantive issue left, he might be pleasantly surprised.

So, please review this and let me know a good time to chat in the next week.

Thanks,

Tim


*********************************************************************************
***************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*********************************************************************************
***************

# EXHIBIT 2

**Kapshandy, Timothy E.**

| | |
|---|---|
| **From:** | Farrokh Mohammadi [fm@pishevarlegal.com] |
| **Sent:** | Wednesday, May 13, 2015 9:31 AM |
| **To:** | Kapshandy, Timothy E. |
| **Cc:** | Ross, Tom |
| **Subject:** | Re: FW: Issues for May 21 Status Conference |

I will file the Motion and provide the information I find necessary.  But thanks for the email.

On Wed, May 13, 2015 at 10:30 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

If you plan to file a motion for a continuance, please provide the name of the court and case and that you have asked the judge there for a couple hour extension due to the longstanding hearing set in our case in federal court.

Thanks,

Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com