# EXHIBIT 1

## Kapshandy, Timothy E.

| | |
|---|---|
| **From:** | Kapshandy, Timothy E. |
| **Sent:** | Friday, May 08, 2015 3:51 PM |
| **To:** | 'Farrokh Mohammadi' |
| **Cc:** | ap@pishevarlegal.com; Ross, Tom |
| **Subject:** | RE: FW: Issues for May 21 Status Conference |

Thanks, Farrokh. Same to you.
Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Friday, May 08, 2015 3:47 PM
**To:** Kapshandy, Timothy E.
**Cc:** ap@pishevarlegal.com; Ross, Tom
**Subject:** Re: FW: Issues for May 21 Status Conference

Tim,

I just wanted to let you know that I have not forgotten about this. My clients and I are talking and I should have a response back to you by early next week. Thanks and have a good weekend.

On Wed, Apr 29, 2015 at 4:19 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:
Farrokh,
They are just the Ct App decision and the appendix to our Ct App brief. If you cannot find those please let is know.
Thanks

---

**From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
**Sent:** Wednesday, April 29, 2015 04:04 PM
**To:** Kapshandy, Timothy E.
**Cc:** ap@pishevarlegal.com <ap@pishevarlegal.com>; Ross, Tom
**Subject:** Re: FW: Issues for May 21 Status Conference

Tim,

please send me the exhibits as well. Thanks.

On Tue, Apr 28, 2015 at 9:14 AM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

1

Farrokh,

I see AP is out and should have copied you anyway. Please take a look at this and get back to me.

Thanks,

Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com


---

**From:** Kapshandy, Timothy E.
**Sent:** Tuesday, April 28, 2015 7:54 AM
**To:** ap@pishevarlegal.com
**Cc:** Ross, Tom
**Subject:** Issues for May 21 Status Conference


AP:
Hope all is well. Before we go back before Judge Bates, let's chat to see if we can narrow or possibly resolve the issues remaining on remand. Please take a look at the draft motion we have prepared regarding enforcing the bond on the issues not appealed or affirmed. As you know there are only two minor issues on remand. If we could agree to the amounts at issue, if not the merits of the one substantive issue left, he might be pleasantly surprised.

So, please review this and let me know a good time to chat in the next week.

Thanks,

Tim

*********************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************

2

# EXHIBIT 2

# Kapshandy, Timothy E.

| | |
|---|---|
| **From:** | Farrokh Mohammadi [fm@pishevarlegal.com] |
| **Sent:** | Wednesday, May 13, 2015 8:47 AM |
| **To:** | Kapshandy, Timothy E. |
| **Cc:** | Ross, Tom |
| **Subject:** | Re: FW: Issues for May 21 Status Conference |

Tim,

Since it does not appear that we can resolve this matter at this time, I will need to file a Motion to Continue the Status Conference set for May 21, 2015. I have a previously scheduled trial on that day and it looks like that will not settle either. As such, please let me know if you will consent to a continuance and I will let the Court know your position in the Motion. Thanks.

On Mon, May 11, 2015 at 12:16 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Perfect.

Thanks,

Tim


TIMOTHY E. KAPSHANDY
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com


> **From:** Farrokh Mohammadi [mailto:fm@pishevarlegal.com]
> **Sent:** Monday, May 11, 2015 11:15 AM
>
> **To:** Kapshandy, Timothy E.
> **Cc:** ap@pishevarlegal.com; Ross, Tom
> **Subject:** Re: FW: Issues for May 21 Status Conference
>
>
> I'm about to leave for a trial but should be back by 4:30. Want me to call you then?
>
>
> On Mon, May 11, 2015 at 12:13 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

1

# EXHIBIT 3

## Kapshandy, Timothy E.

| | |
|---|---|
| **From:** | Farrokh Mohammadi [fm@pishevarlegal.com] |
| **Sent:** | Thursday, May 14, 2015 8:52 AM |
| **To:** | Kapshandy, Timothy E. |
| **Cc:** | ap@pishevarlegal.com; Ross, Tom; Rogers, HL |
| **Subject:** | Re: NIAC vs Daioleslam |

Tim,

Your Opposition not only contains confidential settlement discussions, it also contains factual inaccuracies. I never stated that I would present a counter-proposal, only that I would discuss your proposal with my client. Please correct these and refile. Thanks.

On Wed, May 13, 2015 at 6:14 PM, Kapshandy, Timothy E. <tkapshandy@sidley.com> wrote:

Farrokh,

Attached is Defendant's response to Plaintiffs' motion for a continuance filed today. Should you decide to try to continue your Maryland case, we will keep May 21 free so we can attend the hearing before Judge Bates. If, on the other hand, you prefer to cancel the May 21 hearing before Judge Bates and proceed on the papers as we have suggested, that is fine with Defendant, also. That serves our mutual interests of not interfering with the Maryland state court proceeding and keeping the federal case on track for an imminent resolution. Either is fine with us but please let us know before the hearing so we can change travel plans.

Thanks,

Tim


**TIMOTHY E. KAPSHANDY**
Partner

**Sidley Austin LLP**
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com

*********************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************************

1