# EXHIBIT 1




Farrokh Mohammadi <fm@pishevarlegal.com>

# FW: Issues for May 21 Status Conference

**Kapshandy, Timothy E.** <tkapshandy@sidley.com>  Tue, Apr 28, 2015 at 9:14 AM
To: "fm@pishevarlegal.com" <fm@pishevarlegal.com>
Cc: "ap@pishevarlegal.com" <ap@pishevarlegal.com>, "Ross, Tom" <tom.ross@sidley.com>

Farrokh,

I see AP is out and should have copied you anyway. Please take a look at this and get back to me.

Thanks,

Tim


TIMOTHY E. KAPSHANDY
Partner

Sidley Austin LLP
+1.312.853.7643
c: +1.219.670.0698
tkapshandy@sidley.com


**From:** Kapshandy, Timothy E.
**Sent:** Tuesday, April 28, 2015 7:54 AM
**To:** ap@pishevarlegal.com
**Cc:** Ross, Tom
**Subject:** Issues for May 21 Status Conference


AP:
Hope all is well. Before we go back before Judge Bates, let's chat to see if we can narrow or possibly resolve the issues remaining on remand. Please take a look at the draft motion we have prepared regarding enforcing the bond on the issues not appealed or affirmed. As you know there are only two minor issues on remand. If we could agree to the amounts at issue, if not the merits of the one substantive issue left, he might be pleasantly surprised.

So, please review this and let me know a good time to chat in the next week.

Thanks,

Tim

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************

📎 **Hassan _ Rule 65 1 Motion to Enforce Supersedeas Bond (v 2).pdf**
54K