# EXHIBIT 2



Farrokh Mohammadi <fm@pishevarlegal.com>

## FW: Issues for May 21 Status Conference

**Farrokh Mohammadi** <fm@pishevarlegal.com>   Mon, May 11, 2015 at 12:06 PM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: "ap@pishevarlegal.com" <ap@pishevarlegal.com>, "Ross, Tom" <tom.ross@sidley.com>

Tim,

Are you available tomorrow for a call on this? I want to see whether we can get all outstanding matters resolved, rather than just this. If we can, we can submit a Consent Order and have the court sign off on it and close the case, without the need to go to the hearing.

I'm available most of the day tomorrow so if you are available, let me know a couple times that work. Thanks.

[Quoted text hidden]