# EXHIBIT 3



Farrokh Mohammadi <fm@pishevarlegal.com>

## FW: Issues for May 21 Status Conference

**Farrokh Mohammadi** <fm@pishevarlegal.com>
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: "Ross, Tom" <tom.ross@sidley.com>

Wed, May 13, 2015 at 9:46 AM

Tim,

Since it does not appear that we can resolve this matter at this time, I will need to file a Motion to Continue the Status Conference set for May 21, 2015. I have a previously scheduled trial on that day and it looks like that will not settle either. As such, please let me know if you will consent to a continuance and I will let the Court know your position in the Motion. Thanks.

[Quoted text hidden]