# EXHIBIT 4



Farrokh Mohammadi <fm@pishevarlegal.com>

## NIAC vs Daioleslam

**Farrokh Mohammadi** <fm@pishevarlegal.com>                    Thu, May 14, 2015 at 9:51 AM
To: "Kapshandy, Timothy E." <tkapshandy@sidley.com>
Cc: "ap@pishevarlegal.com" <ap@pishevarlegal.com>, "Ross, Tom" <tom.ross@sidley.com>, "Rogers, HL" <hrogers@sidley.com>

Tim,

Your Opposition not only contains confidential settlement discussions, it also contains factual inaccuracies. I never stated that I would present a counter-proposal, only that I would discuss your proposal with my client. Please correct these and refile.  Thanks.

[Quoted text hidden]
--

Kindly yours,

Farrokh Mohammadi, Esq.

Pishevar & Mohammadi, P.C.
226 N. Adams St.
Rockville, Maryland 20850
Tel.(301) 279-8773
www.PishevarLegal.com

(((((READER BEWARE: Unencrypted, unauthenticated Internet e-mail is inherently insecure. Internet messages may be corrupted or incomplete, or may incorrectly identify the sender. ((NOTICE: Confidentiality notice: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4). This electronic message transmission contains information which may be confidential or privileged. The information is intended solely for the recipient, and use by any other party is not authorized. This is not legal advice nor does this communication establish an attorney-client relationship. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please immediately notify us. Thank you.))