IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI <br><br> and <br><br> NATIONAL IRANIAN AMERICAN COUNCIL <br><br> Plaintiffs, <br><br> v. <br><br> DAIOLESLAM SEID HASSAN, <br><br> Defendant. | Civil No. 08 CV 00705 |

**PROPOSED ORDER**

**UPON CONSIDERATION OF** Plaintiffs' Motion to Strike Defendant's Opposition to the Motion to Continue and Defendant's Memorandum Regarding May 22, 2015 Status Conference, and any Opposition thereto, this ____ day of _____, 2015, it is hereby:

**ORDERED,** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's Opposition to the Motion to Continue, Docket Entry # 220 is Stricken; and it is further

**ORDERED**, that the Defendant's Memorandum Regarding May 22, 2015 Status Conference, Docket Entry # 224 is Stricken; and it is further

**IT IS SO ORDERED.**

_____
Judge John D. Bates
United States District Court