IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TRITA PARSI** | ) | |
| and | ) | |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 08 CV 00705 |
| **DAIOLESLAM SEID HASSAN,** | ) | |
| Defendant. | ) | |

**CONSENT ORDER TO RELEASE A PORTION OF THE SUPERSEDEAS BOND**

This matter came before this Court on the Defendant's Omnibus Sanctions Motion, which was granted in part and denied in part on September 13, 2012, and on April 9, 2013, judgment was entered imposing sanctions in the amount of $183,480.09, plus interest. After Plaintiffs appealed this Court's Order, the U.S. Court of Appeals for the District of Columbia affirmed in part, and reversed and remanded in part this Court's Order. Upon consideration of the Defendant's Motion to Enforce Supersedeas Bond Relating to Issues Decided on Appeal, the Plaintiffs' Response thereto, and the consent of the parties, it is hereby:

**ORDERED,** that Defendant's Motion to Enforce is **GRANTED** by Consent; and it is further

**ORDERED**, that the Clerk of the Court for the U.S. District Court for the District of Columbia shall release to Sidley Austin LLP, from the Supersedeas Bond posted by Plaintiffs in

this case on Aril 23, 2013, a total of $158,238.00, plus post-judgment interest running from April 9, 2013, through the date of this Order, at the rate of $0.5636 per day; and it is further

**ORDERED**, that the Clerk of the Court for the U.S. District Court for the District of Columbia shall hold the remaining portion of the Supersedeas Bond posted by Plaintiffs until further order of this Court.

**IT IS SO ORDERED**.

_____
Judge John D. Bates
United States District Court

Date: _____