IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** | )<br>)<br>) |
| and | )<br>) |
| **NATIONAL IRANIAN AMERICAN COUNCIL** | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No. 08 CV 00705 |
| **DAIOLESLAM SEID HASSAN,** | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S BRIEF IN SUPPORT OF FINDING OF BAD FAITH IN GIVING FALSE INTERROGATORY ANSWERS**

COME NOW, Plaintiffs, Dr. Trita Parsi and the National Iranian American Council ("NIAC") (collectively "NIAC"), by and through their counsel, Farrokh Mohammadi, Esquire and Pishevar & Mohammadi, P.C., and file this Response to Defendant's Brief in Support of Finding of Bad Faith in Giving False Interrogatory Answers and for reasons state as follows:

For Plaintiffs, the method of calculating the sanctions was never the issue. In fact, Plaintiffs agreed that the method of calculation suggested by the Defendant was proper. The only matter in dispute was whether the issue of allegedly bad faith interrogatory responses needed to be re-litigated. In line with this, Plaintiffs reached out to Defendant in an attempt to resolve the matter short of litigating this issue. As no agreement could be reached, Plaintiffs were left with no choice but to set forth, before this Court, their position. However, in light of the Court's June 4, 2015 Order in which this Court's position on the remaining issue is

abundantly clear, and in light of the fact that it was never the Plaintiffs' intent to litigate this issue as the costs of doing so outweigh the actual costs at issue, Plaintiffs elect to the latter option articulated by this Court in it's Order.  Specifically, the Plaintiffs do not contest an amount of $4,000.00 or less relating to the interrogatory response.  By doing so, however, Plaintiffs do not admit that the interrogatory response was provided in bad faith and explicitly deny doing so.  Rather, in an effort to finally resolve the matter and avoid further litigation and costs, Plaintiffs do not take issue with an amount of $4,000.00 or less relating to the interrogatory response.

WHEREFORE, Plaintiffs respectfully request and consent that the proposed Consent Order, attached hereto, be entered, and for such further relief as this Court deems just and proper.

Respectfully submitted,

_____/S/_____
Farrokh Mohammadi (Admitted Pro Hac Vice)
A.P. Pishevar (D.C. Bar No. 451015)
**PISHEVAR & MOHAMMADI, P.C.**
226 North Adams Street
Rockville, MD 20850
Phone: (301) 279 – 8773
Fax:    (301) 279 – 7347
Counsel for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRITA PARSI, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 08 CV 00705 (JDB) |
| | ) |
| DAIOLESLAM SEID HASSAN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on June 11, 2015, I served, via email and ECF, Plaintiffs' Response to Defendant's Brief to:

>Timothy E. Kapshandy, Esquire
>Tom Ross, Esquire
>SIDLEY AUSTIN LLP
>1501 K Street, N.W.
>Washington, D.C. 20005
>(202) 736-8000
>tkapshandy@sidley.com
>Attorneys for Defendant
>Seid Hassan Daioleslam


>_____/s/_____
>Farrokh Mohammadi
>226 North Adams Street
>Rockville, Maryland 20850
>(301) 279-8773
>ap@pishevarlegal.com
>Attorney for Plaintiffs
>Trita Parsi
>National Iranian American Council