IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRITA PARSI** ) <br> ) <br> and ) <br> ) <br> **NATIONAL IRANIAN AMERICAN COUNCIL** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **DAIOLESLAM SEID HASSAN,** ) <br> ) <br> Defendant. ) | Civil No. 08 CV 00705 |

**ORDER**

In light of the fact that Plaintiffs do not contest the amount relating to the interrogatory response, it is hereby

**ORDERED,** that the Clerk of the Court for the U.S. District Court for the District of Columbia shall release to Defendant, from [214] the Supersedeas Bond posted by Plaintiffs in this case on Aril 30, 2013, a total of $_____, which amount includes post-judgment interest at a rate of 0.13% interest, running from April 9, 2013 and compounded annually; and it is further

**ORDERED**, that the Clerk of the Court for the U.S. District Court for the District of Columbia shall release to the Plaintiffs the remaining portion of the Supersedeas Bond posted by Plaintiffs, and any and all interest accrued thereon; and it is further

**ORDERED**, that upon disbursement of all portions of the Supersedeas Bond posted by the Plaintiffs, and no further issues remaining in this matter, this matter shall be closed.

**IT IS SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: _____